KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4709

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox (to be admitted *pro hac vice*)
*ffox@kaplanfox.com*
Donald R. Hall (to be admitted *pro hac vice*)
*dhall@kaplanfox.com*
Jeffrey P. Campisi (to be admitted *pro hac vice*)
*jcampisi@kaplanfox.com*
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**<br><br>Potentially Related Case:<br><br>*Maia v. Tesla, Inc.*, No. 3:18-cv-04939-LHK |

1   Plaintiff Carlos Maia ("Plaintiff") hereby submits this administrative motion, pursuant to Civil Local Rules 3-12(b) and 7-11(a), to consider whether the action styled *Maia v. Tesla, Inc.*, Case No. 3:18-cv-04939 (the "*Maia* Action"), filed on August 14, 2018 and pending before the Honorable Lucy H. Koh, should be related to the action entitled *Isaacs v. Musk*, Case No. 3:18-cv-04865 (the "*Issacs* Action"), filed on August 10, 2018 and pending before this Court. Plaintiff submits that these actions are related within the meaning of Civil Local Rule 3-12(a).

Actions are related when (1) the actions substantially concern the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judicial officers. Civ. L.R. 3-12(a).

The *Maia* Action involves the same defendants and substantially the same transactions and events as the *Isaacs* Action. *See* Civ. L.R. 3-12(a)(1). Specifically, plaintiffs in the actions allege that defendants Tesla, Inc. and Elon R. Musk violated the Securities Exchange Act of 1934 when they made various false statements concerning taking Tesla, Inc. private, which they knew or recklessly disregarded were materially false and misleading in that they contained material misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading. Plaintiffs further allege that Defendants' wrongful conduct artificially manipulated the price of Tesla, Inc.'s publicly traded securities. The time period of the alleged wrongdoing is relatively similar, that is, August 7 through August 14, 2018, and both actions involve similar allegations of wrongdoing arising from the same conduct by the same parties. Accordingly, each action will require adjudication of substantially the same questions of law and fact.

Given these similarities, it "appears likely that there will be an unduly burdensome duplication of labor and expenses of conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a)(2). Having these actions prosecuted separately would create an undue burden on the Court and parties, and cause duplication of labor and expense, as well as lead to potentially conflicting results. Relating these actions will conserve judicial resources and ensure consistent results.

For these reasons, Plaintiff respectfully requests that the *Maia* Action be related to the *Isaacs* Action.

Dated: August 15, 2018

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Mario M. Choi*
    Laurence D. King
    Mario M. Choi
    350 Sansome Street, Suite 400
    San Francisco, CA 94104
    Telephone:  415-772-4700
    Facsimile:   415-772-4707
    *lking@kaplanfox.com*
    *mchoi@kaplanfox.com*

    Frederic S. Fox (to be admitted *pro hac vice*)
    *ffox@kaplanfox.com*
    Donald R. Hall (to be admitted *pro hac vice*)
    *dhall@kaplanfox.com*
    Jeffrey P. Campisi (to be admitted *pro hac vice*)
    *jcampisi@kaplanfox.com*
    850 Third Avenue, 14th Floor
    New York, NY 10022
    Telephone: (212) 687-1980
    Facsimile: (212) 687-7714

*Counsel for Plaintiff*