KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4709

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox (to be admitted *pro hac vice*)
*ffox@kaplanfox.com*
Donald R. Hall (to be admitted *pro hac vice*)
*dhall@kaplanfox.com*
Jeffrey P. Campisi (to be admitted *pro hac vice*)
*jcampisi@kaplanfox.com*
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF MARIO M. CHOI IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**<br><br><u>Potentially Related Case</u>:<br><br>*Maia v. Tesla, Inc.*, No. 3:18-cv-04939-LHK |

1    I, Mario M. Choi, declare as follows:

2    1.   I am an attorney at Kaplan Fox & Kilsheimer LLP, counsel for plaintiff Carlos Maia ("Plaintiff"), in the action entitled *Maia v. Tesla, Inc.*, No. 3:18-cv-04939. I submit this Declaration in Support of Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11. I have personal knowledge of the facts stated in this Declaration and, if called a witness, I could and would testify competently to them.

3    2.   *Maia v. Tesla, Inc.*, Case No. 3:18-cv-04939 (the "*Maia* Action"), filed on August 14, 2018, is pending before the Honorable Lucy H. Koh. *Isaacs v. Musk,* Case No. 3:18-cv-04865 (the "Isaacs Action"), filed August 10, 2018 in this District, is currently pending before this Court.

4    3.   The *Isaacs* Action and the *Maia* Action are both actions filed against the same defendants for alleged violations of the Securities Exchange Act of 1934. Both actions allege that defendants Tesla, Inc. and Elon R. Musk engaged in securities fraud when they made various false statements concerning taking Tesla, Inc. private, which they knew or recklessly disregarded were materially false and misleading in that they contained material misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading. Plaintiffs further allege that Defendants' wrongful conduct artificially manipulated the price of Tesla, Inc.'s publicly traded securities. The time period of the alleged wrongdoing is relatively similar, and both actions involve similar allegations of wrongdoing arising from the same conduct by the same parties. Relating the cases will avoid undue burden and cost to the Court and the parties, and will avoid the potential for conflicting results.

5    4.   Defendants have not yet appeared, as this case was only recently filed. Accordingly, a stipulation could not be obtained under Civil Local Rule 7-12.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 15th day of August 2018, in San Francisco, California.

/s/ *Mario M. Choi*

1 | Mario M. Choi

- 3 -   Case No. 3:18-cv-04865-EMC
CHOI DECL. RE ADMIN. MOT. TO RELATE CASES