1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8
9
10

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL L.R. 3-12 AND 7-11**<br><br><u>Related Case</u>:<br><br>*Maia v. Tesla, Inc.*, No. 3:18-cv-04939-LHK |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 3:18-cv-04865-EMC
[PROPOSED] ORDER GRANTING ADMIN MTN TO RELATE

1  This Court, having considered the administrative motion by Plaintiff Carlos Maia to
2  consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11,
3  IT IS HEREBY ORDERED THAT the action entitled *Maia v. Tesla, Inc.,* Case No. 3:18-
4  cv-04939, is hereby related to the action entitled *Issacs v. Musk*, Case No. 3:18-cv-04865, and
5  IT IS FURTHER ORDERED THAT *Maia v. Tesla, Inc.,* Case No. 3:18-cv-04939, be
6  reassigned to this Court for all further proceedings.
7  IT IS SO ORDERED.

9  DATED:_____      _____
                                      HON. EDWARD M. CHEN
10                                    United States District Judge