Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>ELON MUSK and TESLA, INC.,<br><br>　　　　　　　　　　Defendant(s). | Case No: 3:18-cv-04865<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Uri Seth Ottensoser, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Kalman Isaacs in the above-entitled action. My local co-counsel in this case is Eric M. George, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1330 Avenue of the Americas<br>New York, NY 10019 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>212 653 9715 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>310-274-7100 |
| MY EMAIL ADDRESS OF RECORD:<br>so@kellerlenkner.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>egeorge@bgrfirm.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: UO-9703.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:　　　　　　　　　　　　　　　　　　　　　Uri Seth Ottensoser
　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Uri Seth Ottensoser is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/28/2018

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　*October 2012*