```
 1  BROWNE GEORGE ROSS LLP
    Eric M. George (State Bar No. 166403)
 2    egeorge@bgrfirm.com
    Carl Alan Roth (State Bar No. 151517)
 3    croth@bgrfirm.com
    2121 Avenue of the Stars, Suite 2800
 4  Los Angeles, California 90067
    Telephone: (310) 274-7100
 5  Facsimile: (310) 275-5697

 6  KELLER LENKNER LLC
    Ashley C. Keller (PHV)
 7    ack@kellerlenkner.com
    150 N. Riverside Plaza, Suite 2570
 8  Chicago, IL 60606
    Telephone: (312) 741-5222
 9
    KELLER LENKNER LLC
10  U. Seth Ottensoser (PHV)
      so@kellerlenkner.com
11  1330 Avenue of the Americas
    New York, NY 10019
12  Telephone: (212) 653-9715

13  Attorneys for Plaintiff Kalman Isaacs,
    individually and on behalf of all others similarly
14  situated
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04865<br><br>**NOTICE OF FILING AND SERVICE OF NOTICE REQUIRED BY 15 U.S.C. § 78u-4(a)(3)(i)**<br><br>Complaint Filed: August 10, 2018<br><br>Hon. Edward M. Chen |

1   The Private Securities Litigation Reform Act applies to federal securities class actions. 15 U.S.C. § 78u-4(a)(1). Often, multiple class actions are filed involving the same or similar allegations. When that happens, the Reform Act requires the plaintiff in the first-filed class action to publish a notice alerting members of the purported class about the case and their statutorily-provided opportunity to move for appointment to serve as lead plaintiff. *Id.* § 78u-4(a)(3). Kalman Isaacs is the plaintiff in the first-filed class action and he published the required notice on August 10, 2018.

Northern District Local Rule 23-1(a) provides that "[n]ot later than 21 days after filing the complaint in any action governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995), the party filing that complaint and seeking to serve as lead plaintiff must serve and file a copy of any notice required by the Act." Plaintiff Isaacs accordingly serves and files the "required" notice as exhibit A to this pleading.

Dated: August 31, 2018                         Respectfully Submitted,

/s/ Ashley C. Keller
Ashley C. Keller
KELLER LENKNER LLC
150 N. Riverside Plaza
Chicago, IL 60606
Telephone: (312) 741-5222
ack@kellerlenkner.com

**CERTIFICATE OF SERVICE**

I caused this document to be served today via the Court's CM/ECF system on all ECF-registered counsel of record in this action.

Dated: August 31, 2018                              /s/ Ashley C. Keller