| | |
|---|---|
| 1 | DEAN S. KRISTY (CSB NO. 157646) |
|  | dkristy@fenwick.com |
| 2 | JENNIFER C. BRETAN (CSB NO. 233475) |
|  | jbretan@fenwick.com |
| 3 | MARA R. LUDMER (CSB NO. 307662) |
|  | mludmer@fenwick.com |
| 4 | FENWICK & WEST LLP |
|  | 555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104 |
|  | Telephone:     (415) 875-2300 |
| 6 | Facsimile:      (415) 281-1350 |
| 7 | Attorneys for Defendants |
|  | Elon Musk and Tesla, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated, | Case No. 3:18-cv-04865-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| ELON MUSK and TESLA, INC., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Dean S. Kristy, Jennifer C. Bretan, and Mara R. Ludmer hereby submit this Notice of Appearance as counsel for defendants Tesla, Inc. and Elon Musk.

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Dean S. Kristy:   dkristy@fenwick.com and lkelleybourne@fenwick.com

Jennifer C. Bretan:   jbretan@fenwick.com and pnichols@fenwick.com

Mara R. Ludmer:   mludmer@fenwick.com and lkelleybourne@fenwick.com

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Dated:   September 4, 2018          Respectfully submitted,

FENWICK & WEST LLP

By:  /s/     *Dean S. Kristy*
             Dean S. Kristy

Attorneys for Defendants Elon Musk and Tesla, Inc.