1  DEAN S. KRISTY (CSB NO. 157646)
   dkristy@fenwick.com
2  JENNIFER C. BRETAN (CSB NO. 233475)
   jbretan@fenwick.com
3  MARA R. LUDMER (CSB No. 307662)
   mludmer@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350

7  Attorneys for Defendants
   Elon Musk and Tesla, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(Fed. R. Civ. P. 7.1 and Civil L.R. 3-15)<br><br>Judge: Hon. Edward M. Chen<br><br>Date Action Filed: August 10, 2018 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, defendants Elon Musk and Tesla, Inc. ("Tesla"), by and through counsel, hereby certify the following:

Tesla has no parent corporation and no public corporation owns 10% or more of the Company's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that no listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: September 4, 2018

Respectfully submitted,

FENWICK & WEST LLP

By: /s/   *Jennifer C. Bretan*
         Jennifer C. Bretan

Attorneys for Defendants Elon Musk and Tesla, Inc.