UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSHUA HORWITZ,<br><br>            Plaintiff,<br><br>    v.<br><br>TESLA, INC., et al.,<br><br>            Defendants. | Case No. 18-CV-05258-LHK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), the above captioned case is hereby referred to United States District Judge Edward M. Chen to determine whether it is related to Case No. 18-CV-04865-EMC, *Isaacs v. Musk*.

**IT IS SO ORDERED.**

Dated: September 5, 2018

_Lucy H. Koh_____
LUCY H. KOH
United States District Judge

Case No. 18-CV-05258-LHK
SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES