DEAN S. KRISTY (CSB NO. 157646)
dkristy@fenwick.com
JENNIFER C. BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARA R. LUDMER (CSB No. 307662)
mludmer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:	(415) 875-2300
Facsimile:	(415) 281-1350

Attorneys for Defendants
Tesla, Inc. and Elon Musk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO RELATE CASES AND [PROPOSED] ORDER RELATING CASES**<br><br>(Civil L.R. 3-12, 7-11, and 7-12)<br><br>Judge: Hon. Edward M. Chen<br><br>Date Action Filed: August 10, 2018 |

WHEREAS, on August 10, 2018 plaintiff Kalman Isaacs filed a complaint alleging violation of the federal securities laws against Tesla, Inc. and Elon Musk, captioned *Isaacs v. Musk et al.*, Case No. 3:18-CV-04865-EMC ("*Isaacs*"); and

WHEREAS, on August 10, 2018 plaintiff William Chamberlain filed a complaint alleging violation of the federal securities laws against the same defendants, captioned *Chamberlain v. Tesla, Inc. et al.*, Case No. 3:18-CV-04876-JST ("*Chamberlain*"); and

WHEREAS, on August 13, 2018 plaintiff John Yeager filed a complaint alleging violation of the federal securities laws against the same defendants, captioned *Yeager v. Tesla, Inc. et al.*, Case No. 3:18-CV-04912-CRB ("*Yeager*"); and

WHEREAS, on August 14, 2018 plaintiff Carlos Maia filed a complaint alleging violation of the federal securities laws against the same defendants, captioned *Maia v. Tesla, Inc. et al.*, Case No. 3:18-CV-04939-EMC ("*Maia*"); and

WHEREAS, on August 15, 2018 plaintiff Kewal Dua filed a complaint alleging violation of the federal securities laws against the same defendants, captioned *Dua v. Tesla, Inc. et al.*, Case No. 4:18-CV-04948-HSG ("*Dua*"); and

WHEREAS, on August 28, 2018 plaintiff Joshua Horwitz filed a complaint alleging violation of the federal securities laws against the same defendants, captioned *Horwitz v. Tesla, Inc. et al.*, Case No. 5:18-CV-05258-LHK ("*Horwitz*");

WHEREAS, on September 6, 2018, plaintiff Andrew E. Left filed a complaint alleging violation of the federal securities laws against the same defendants, captioned *Left v. Tesla, Inc. et al.*, Case No. 3:18-cv-05463-VC ("*Left*");

WHEREAS, on September 6, 2018, plaintiff Zhi Xing Fan filed a complaint alleging violation of the federal securities laws against the same defendants, captioned *Fan v. Tesla, Inc. et al.*, Case No. 3:18-cv-05470-YGR ("*Fan*");

WHEREAS, the *Isaacs* and *Maia* actions have previously been deemed related and are currently assigned to the Honorable Edward M. Chen, but the subsequent *Chamberlain*, *Yeager*, *Dua*, *Horwitz*, *Left*, and *Fan* actions are assigned to various other Judges of the United States District Court for the Northern District of California; and

WHEREAS the parties believe the actions should be related because (1) they are all purported class actions, asserting the same causes of action under Section 10(b) and 20(a) of the Securities Exchange Act of 1934, against the same defendants, and arising from the same circumstances; and (2) it would be unduly burdensome, involve unwarranted duplication of effort and expense, and give rise to the prospect of inconsistent or conflicting results if the cases were heard by different Judges.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rules 3-12, 7-11 and 7-12, by and between undersigned counsel for the parties, that in addition to *Maia*, the *Chamberlain*, *Yeager*, *Dua*, *Horwitz*, *Left*, and *Fan* actions should also be related to the *Isaacs* action.

Dated: September 7, 2018

FENWICK & WEST LLP

By: /s/     *Jennifer C. Bretan*
            Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants Tesla, Inc. and Elon Musk

Dated: September 7, 2018

KELLER LENKNER LLC

By: /s/     *U. Seth Ottensoser*
            U. Seth Ottensoser

1330 Avenue of the Americas
New York, NY 10019
Telephone: (212) 653-9715

Attorneys for Plaintiff Kalman Isaacs

Dated: September 7, 2018

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/     *Reed Kathrein*
            Reed Kathrein

715 Hearst Ave., Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Attorneys for Plaintiff William Chamberlain

| | | |
|---|---|---|
| 1 | Dated: September 7, 2018 | SCOTT + SCOTT ATTORNEYS AT LAW LLP |
| 2 | | By: /s/ *John T. Jasnoch* |
| | | John T. Jasnoch |
| 3 | | 600 W. Broadway, Suite 3300 |
| 4 | | San Diego, CA 92101 |
| | | Telephone: (619) 233-4565 |
| 5 | | Facsimile: (619) 233-0508 |
| 6 | | Attorneys for Plaintiffs John Yeager and Kewal Dua |
| 7 | | |
| 8 | Dated: September 7, 2018 | KAPLAN FOX & KILSHEIMER LLP |
| 9 | | By: /s/ *Laurence D. King* |
| | | Laurence D. King |
| 10 | | 350 Sansome Street, Suite 400 |
| 11 | | San Francisco, California 94104 |
| | | Telephone: (415) 772-4700 |
| 12 | | Facsimile: (415) 772-4709 |
| 13 | | Attorneys for Plaintiff Carlos Maia |
| 14 | Dated: September 7, 2018 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 15 | | By: /s/ *Shawn A. Williams* |
| | | Shawn A. Williams |
| 16 | | Post Montgomery Center |
| 17 | | One Montgomery Street, Suite 1800 |
| | | San Francisco, California 94104 |
| 18 | | Telephone: (415) 288-4545 |
| 19 | | Facsimile: (415) 288-4534 |
| 20 | | Attorneys for Plaintiff Joshua Horwitz |
| 21 | Dated: September 7, 2018 | LABATON SUCHAROW LLP |
| 22 | | By: /s/ *Christopher J. Keller* |
| | | Christopher J. Keller |
| 23 | | 140 Broadway |
| 24 | | New York, New York 10005 |
| | | Telephone: (212) 907-0700 |
| 25 | | Facsimile: (212) 818-0477 |
| 26 | | Attorneys for Plaintiff Andrew E. Left |
| 27 | | |
| 28 | | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| Dated: September 7, 2018 | | POMERANTZ LLP |

Dated: September 7, 2018        POMERANTZ LLP

By: /s/   *Jennifer Pafiti*
         Jennifer Pafiti

468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499

Attorneys for Plaintiff Zhi Xing Fan

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filling this stipulation.

Dated: September 7, 2018        By: /s/   *Jennifer C. Bretan*
                                         Jennifer C. Bretan

\* \* \*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September __, 2018

_____
Hon. Edward M. Chen
United States District Court Judge