1  DEAN S. KRISTY (CSB NO. 157646)
   dkristy@fenwick.com
2  JENNIFER C. BRETAN (CSB NO. 233475)
   jbretan@fenwick.com
3  MARA R. LUDMER (CSB No. 307662)
   mludmer@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350

7  Attorneys for Defendants
   Tesla, Inc. and Elon Musk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

The undersigned certified and declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Fenwick & West LLP, 555 California Street, 12th Floor, Sam Francisco, California 94104.  On the date set forth below, I served a copy of the following document(s):

- **ADMINISTRATIVE MOTION TO RELATE CASES; RESPONSE TO SUA SPONTE JUDICIAL REFERRAL**

- **STIPULATION REGARDING ADMINISTRATIVE MOTION TO RELATE CASES AND [PROPOSED] ORDER RELATING CASES**

- **PROOF OF SERVICE**

on the interested parties in the subject actions by placing a true copy thereof as indicated below, and addressed as follows:

[x] **BY ECF:** as noted in the attached service list, by electronic service pursuant to Local Rule 5-1. I hereby certify that the above documents were uploaded to the ECF Website and the ECF Webmaster will give email notification to all registered parties.

[x] **BY OVERNIGHT COURIER:** as noted in attached service list, by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business..

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: September 7, 2018          By:    /s/    *Jennifer C. Bretan*
                                                Jennifer C. Bretan

**PLAINTIFFS' COUNSEL SERVICE LIST**

**VIA ECF –** *Isaacs v. Musk et al.***, Case No. 3:18-CV-04865-EMC**

Eric M. George
Carl Alan Roth
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Email: egeorge@bgrfirm.com
croth@bgrfirm.com

Ashley C. Keller
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 2570
Chicago, IL 60606
Telephone: (312) 741.5222
Email: ack@kellerlenkner.com

U. Seth Ottensoser
KELLER LENKNER LLC
1330 Avenue of the Americas
New York, NY 10019
Telephone: (212) 653.9715
Email: so@kellerlenkner.com

**VIA OVERNIGHT –** *Chamberlain v. Tesla, Inc. et al.***, Case No. 3:18-CV-04876-JST**

Michael W. Stocker
Reed R. Kathrein
Danielle Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Email: reed@hbsslaw.com
mikes@hbsslaw.com
danielles@hbsslaw.com

**VIA OVERNIGHT –** *Yeager v. Tesla, Inc. et al.***, Case No. 3:18-CV-04912-CRB;**
*Dua v. Tesla, Inc. et al.***, Case No. 4:18-CV-04948-HSG**

John T. Jasnoch
Joe Pettigrew
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Email: jjasnoch@scott-scott.com
jpettigrew@scott-scott.com

Thomas L. Laughlin, IV
Rhiana L. Swartz
SCOTT + SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Email: tlaughlin@scott-scott.com
rswartz@scott-scott.com

**VIA OVERNIGHT– *Maia v. Tesla, Inc. et al.*, Case No. 3:18-CV-04939-EMC**

| | |
|---|---|
| Laurence D. King<br>Mario M. Choi<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA  94104<br>Email: lking@kaplanfox.com<br>       mchoi@kaplanfox.com | Frederic Fox<br>Donald R. Hall<br>Jeffrey P. Campisi<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>Email:  ffox@kaplanfox.com<br>        dhall@kaplanfox.com<br>        jcampisi@kaplanfox.com |

**VIA OVERNIGHT – *Horwitz v. Tesla, Inc. et al.*, Case No. 5:18-CV-05258-LHK**

| | |
|---|---|
| Shawn A. Williams<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Email:  shawnw@rgrdlaw.com | David C. Walton<br>ROBBINS GELLER RUDMAN<br>& DOWD<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-8498<br>Email:  davew@rgrdlaw.com |

Frank J. Johnson
JOHNSON FISTEL, LLP
655 West Broadway, Suite 1400
San Diego, CA  92101
Email:  frank@johnsonfistel.com

**VIA OVERNIGHT – *Left v. Tesla, Inc. et al.*, Case No. 3:18-cv-05463-VC**

| | |
|---|---|
| James Matthew Wagstaffe<br>Frank Busch<br>KERR & WAGSTAFFE LLP<br>101 Mission Street, 18th Floor<br>San Francisco, CA 94105-1528<br>Telephone:    (415) 371.8500<br>Facsimile:     (415) 371.0500<br>Email:  wagstaffe@kerrwagstaffe.com | **LABATON SUCHAROW LLP**<br>Christopher J. Keller<br>Eric J. Belfi<br>Michael P. Canty<br>David J. Schwartz<br>Francis P. McConville<br>140 Broadway<br>New York, New York 10005<br>Email: ckeller@labaton.com<br>Email: ebelfi@labaton.com<br>Email: mcanty@labaton.com<br>Email: dschwartz@labaton.com<br>Email: fmcconville@labaton.com |

**VIA OVERNIGHT –** *Fan v. Tesla, Inc. et al.***, Case No. 3:18-cv-05470-YGR**

| | |
|---|---|
| Jeremy A. Lieberman<br>J Alexander Hood II<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Email: ahood@pomlaw.com<br>Email: jalieberman@pomlaw.com | Patrick Dahlstrom<br>POMERANTZ LLP<br>10 South La Salle Street, Suite 3505<br>Chicago, Illinois, 60603<br>Email: pdahlstrom@pomlaw.com |

Jennifer Pafiti
Pomerantz LLP
468 North Camden Drive
Beverly Hills, CA 90210
Email: jpafiti@pomlaw.com