UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW E. LEFT,<br><br>    Plaintiff,<br><br>v.<br><br>TESLA, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-05463-VC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), the above captioned case is hereby referred to United States District Judge Edward M. Chen to determine whether it is related to Case No. 3:18-cv-04865-EMC, *Isaacs v. Musk*.

**IT IS SO ORDERED.**

Dated: September 12, 2018

_____
VINCE CHHABRIA
United States District Judge