DEAN S. KRISTY (CSB NO. 157646)
dkristy@fenwick.com
JENNIFER C. BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARA R. LUDMER (CSB No. 307662)
mludmer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Defendants
Tesla, Inc. and Elon Musk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO RELATE CASES AND [PROPOSED] ORDER RELATING CASES**<br><br>(Civil L.R. 3-12, 7-11, and 7-12)<br><br>Judge: Hon. Edward M. Chen<br><br>Date Action Filed: August 10, 2018 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   WHEREAS, on August 10, 2018 plaintiff Kalman Isaacs filed a complaint alleging

2   violation of the federal securities laws against Tesla, Inc. and Elon Musk, captioned *Isaacs v.*

3   *Musk et al.*, Case No. 3:18-CV-04865-EMC ("*Isaacs*"); and

4   WHEREAS, on August 10, 2018 plaintiff William Chamberlain filed a complaint alleging

5   violation of the federal securities laws against the same defendants, captioned *Chamberlain v.*

6   *Tesla, Inc. et al.*, Case No. 3:18-CV-04876-JST ("*Chamberlain*"); and

7   WHEREAS, on August 13, 2018 plaintiff John Yeager filed a complaint alleging violation

8   of the federal securities laws against the same defendants, captioned *Yeager v. Tesla, Inc. et al.*,

9   Case No. 3:18-CV-04912-CRB ("*Yeager*"); and

10   WHEREAS, on August 14, 2018 plaintiff Carlos Maia filed a complaint alleging violation

11   of the federal securities laws against the same defendants, captioned *Maia v. Tesla, Inc. et al.*,

12   Case No. 3:18-CV-04939-EMC ("*Maia*"); and

13   WHEREAS, on August 15, 2018 plaintiff Kewal Dua filed a complaint alleging violation

14   of the federal securities laws against the same defendants, captioned *Dua v. Tesla, Inc. et al.*,

15   Case No. 4:18-CV-04948-HSG ("*Dua*"); and

16   WHEREAS, on August 28, 2018 plaintiff Joshua Horwitz filed a complaint alleging

17   violation of the federal securities laws against the same defendants, captioned *Horwitz v. Tesla,*

18   *Inc. et al.*, Case No. 5:18-CV-05258-LHK ("*Horwitz*");

19   WHEREAS, on September 6, 2018, plaintiff Andrew E. Left filed a complaint alleging

20   violation of the federal securities laws against the same defendants, captioned *Left v. Tesla, Inc. et*

21   *al.*, Case No. 3:18-cv-05463-VC ("*Left*");

22   WHEREAS, on September 6, 2018, plaintiff Zhi Xing Fan filed a complaint alleging

23   violation of the federal securities laws against the same defendants, captioned *Fan v. Tesla, Inc. et*

24   *al.*, Case No. 3:18-cv-05470-YGR ("*Fan*");

25   WHEREAS, the *Isaacs* and *Maia* actions have previously been deemed related and are

26   currently assigned to the Honorable Edward M. Chen, but the subsequent *Chamberlain*, *Yeager*,

27   *Dua*, *Horwitz*, *Left*, and *Fan* actions are assigned to various other Judges of the United States

28   District Court for the Northern District of California; and

1    WHEREAS the parties believe the actions should be related because (1) they are all

2 purported class actions, asserting the same causes of action under Section 10(b) and 20(a) of the

3 Securities Exchange Act of 1934, against the same defendants, and arising from the same

4 circumstances; and (2) it would be unduly burdensome, involve unwarranted duplication of effort

5 and expense, and give rise to the prospect of inconsistent or conflicting results if the cases were

6 heard by different Judges.

7    IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rules 3-12, 7-11 and 7-

8 12, by and between undersigned counsel for the parties, that in addition to *Maia*, the

9 *Chamberlain*, *Yeager*, *Dua*, *Horwitz*, *Left*, and *Fan* actions should also be related to the *Isaacs*

10 action.

11   Dated:    September 7, 2018          FENWICK & WEST LLP

12                                        By: /s/    *Jennifer C. Bretan*
                                                  Jennifer C. Bretan
13
                                          555 California Street, 12th Floor
14                                        San Francisco, California 94104
                                          Telephone: (415) 875-2300
15                                        Facsimile: (415) 281-1350

16                                        Attorneys for Defendants Tesla, Inc. and Elon Musk

17   Dated:    September 7, 2018          KELLER LENKNER LLC

18                                        By: /s/    *U. Seth Ottensoser*
                                                  U. Seth Ottensoser
19
                                          1330 Avenue of the Americas
20                                        New York, NY 10019
                                          Telephone: (212) 653-9715
21
22                                        Attorneys for Plaintiff Kalman Isaacs

23   Dated:    September 7, 2018          HAGENS BERMAN SOBOL SHAPIRO LLP

24                                        By: /s/    *Reed Kathrein*
                                                  Reed Kathrein
25
                                          715 Hearst Ave., Suite 202
26                                        Berkeley, California 94710
                                          Telephone: (510) 725-3000
27                                        Facsimile: (510) 725-3001

28                                        Attorneys for Plaintiff William Chamberlain

1

Dated:   September 7, 2018            SCOTT + SCOTT ATTORNEYS AT LAW LLP

2
                                      By: /s/      John T. Jasnoch
3                                              John T. Jasnoch

4                                        600 W. Broadway, Suite 3300
                                         San Diego, CA 92101
5                                        Telephone: (619) 233-4565
                                         Facsimile: (619) 233-0508

6
                                      Attorneys for Plaintiffs John Yeager and Kewal Dua
7

8    Dated:   September 7, 2018            KAPLAN FOX & KILSHEIMER LLP

9                                      By: /s/      Laurence D. King
                                               Laurence D. King
10
                                         350 Sansome Street, Suite 400
11                                       San Francisco, California 94104
                                         Telephone: (415) 772-4700
12                                       Facsimile: (415) 772-4709

13                                    Attorneys for Plaintiff Carlos Maia

14   Dated:   September 7, 2018            ROBBINS GELLER RUDMAN & DOWD LLP

15                                     By: /s/     Shawn A. Williams
                                               Shawn A. Williams
16
                                         Post Montgomery Center
17                                       One Montgomery Street, Suite 1800
                                         San Francisco, California 94104
18                                       Telephone: (415) 288-4545
                                         Facsimile: (415) 288-4534
19
                                      Attorneys for Plaintiff Joshua Horwitz
20

21   Dated:   September 7, 2018            LABATON SUCHAROW LLP

22                                     By: /s/     Christopher J. Keller
                                               Christopher J. Keller
23
                                         140 Broadway
24                                       New York, New York 10005
                                         Telephone: (212) 907-0700
25                                       Facsimile: (212) 818-0477

26                                    Attorneys for Plaintiff Andrew E. Left

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Dated:    September 7, 2018                    POMERANTZ LLP

                                              By:  /s/      *Jennifer Pafiti*
                                                        Jennifer Pafiti

                                              468 North Camden Drive
                                              Beverly Hills, CA 90210
                                              Telephone: (818) 532-6499

                                              Attorneys for Plaintiff Zhi Xing Fan

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filling this stipulation.

Dated:    September 7, 2018              By: /s/      *Jennifer C. Bretan*
                                                 Jennifer C. Bretan

                                        * * *

                                  [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    September 12, 2018           _____
                                          Hon. Edward M. Chen
                                          United States District Court Judge