UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS,<br>       Plaintiff,<br>  v.<br>ELON MUSK, et al.,<br>       Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 18-cv-04865-EMC<br><br>**RELATED TO**<br><br>No. C18-4876 EMC<br>No. C18-4912 EMC<br>No. C18-4939 EMC<br>No. C18-4948 EMC<br>No. C18-5258 EMC<br>No. C18-5463 EMC<br>No. C18-5470 EMC |

**NOTICE OF REQUEST FOR VIDEO RECORDING**

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this action pursuant to General Order 65, as part of the Cameras in the Courtroom Pilot Project.  Further information may be found at cand.uscourts.gov/cameras.

Proceeding: **Initial Case Management Conference**

Date of scheduled proceeding: **November 8, 2018 at 9:30 a.m.**

Consent to video recording will be presumed unless a party completes the Objection to Request for Video Recording form available at cand.uscourts.gov/cameras within seven days of the date of this notice.

Dated: 9/14/2018

Susan Y. Soong, Clerk of Court

*Susan Y. Soong*

Signature of Clerk or Deputy Clerk