Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* Eric M. George | | 8. Your Phone Number: (310) 274-7100 | |
| 2. Your Email Address: * egeorge@bgrfirm.com | | 9. Full Case Number (if applicable): 3:18-CV-04865 | |
| 3. Pay.gov Tracking ID Number:* 26BHEPV8 | | 10. Fee Type:* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 12586830 | | | |
| 5. Transaction Date:* 08/10/2018 | | | |
| 6. Transaction Time:* 6:01 pm | | | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |
| 11. Reason for Refund Request:* Explain in detail what happened to cause duplicate charges or no fee required.<br>▪ For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.<br>▪ If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).<br>duplicate charges were posted for the same filing on the same day, please refund $400.00 overpayment. thank you | | | |

✓ *Efile this form using OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.*

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved<br>☐ Denied<br>☑ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 9/21/2018 | Request approved/denied by: Ana Barara |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

1. What happened to cause the duplicate charge was not explained in detail in section #11.

2. The Pay.gov and Agency Tracking ID numbers listed in section 3 & 4 are the correct ID numbers that should be listed in section 11.

3. Enter the Pay.gov and Agency Tracking ID numbers that you are requesting a refund not the correct ID numbers on the docket.