UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS,<br>   Plaintiff,<br> v.<br>ELON MUSK, et al.,<br>   Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 18-cv-04865-EMC<br><br>**RELATED TO**<br><br>No. C18-4876 EMC<br>No. C18-4912 EMC<br>No. C18-4939 EMC<br>No. C18-4948 EMC<br>No. C18-5258 EMC<br>No. C18-5463 EMC<br>No. C18-5470 EMC |

**AMENDED NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the November 8, 2018, Initial Case Management Conference at 9:30 a.m. in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( )  All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project. See cand.uscourts.gov/cameras for more information.

(**X**)  At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 9/21/2018            Susan Y. Soong, Clerk of Court

                        *Susan Y. Soong*
                        Signature of Clerk or Deputy Clerk