Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### AMENDED APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

#### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. **Your Name:*** Eric M. George | 8. **Your Phone Number:** (310) 274-7100 |
| 2. **Your Email Address:*** egeorge@bgrfirm.com | 9. **Full Case Number (if applicable):** 3:18-CV-04865 |
| 3. **Pay.gov Tracking ID Number:*** 26BHEKNN | 10. **Fee Type:*** ☐ Attorney Admission  ☑ Civil Case Filing  ☐ FTR Audio Recording  ☐ Notice of Appeal  ☐ Pro Hac Vice  ☐ Writ of Habeas Corpus |
| 4. **Agency Tracking ID Number:*** 0971- 12586757 | |
| 5. **Transaction Date:*** 08/10/2018 | |
| 6. **Transaction Time:*** 5:55 pm | |
| 7. **Transaction Amount (Amount to be refunded):*** $ 400.00 | |

11. **Reason for Refund Request:*** <mark>Explain in detail what happened to cause duplicate charges</mark> or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

duplicate charge was posted for filing of Complaint on August 10, 2018 (other charge posted - Agency ID 0971-12586830, pay.gov ID 26BHEPV8). Please refund $400.00 overpayment. thank you

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

#### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☐ Approved  ☐ Denied  ✓ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 9/26/2018 | Request approved/denied by: *[signature] Ana Baran* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): **Please explain in detail what happened to cause the duplicate charge (see section 11 -highlighted in yellow).** | |
| Referred for OSC date (if applicable): | |