1  DEAN S. KRISTY (CSB No. 157646)
   dkristy@fenwick.com
2  JENNIFER BRETAN (CSB No. 233475)
   jbretan@fenwick.com
3  MARA LUDMER (CSB No. 307662)
   mludmer@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  Attorneys for Defendants
   Tesla, Inc. and Elon Musk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.: 3:18-cv-04865-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINTS AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>(Civil L.R. 6-1(a) and 16-2)<br><br>Judge:  The Honorable Edward M. Chen<br><br>Date Action Filed:  August 10, 2018 |
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04876-EMC |

| | | |
|---|---|---|
| 1 | JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:18-cv-04912-EMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | TESLA, INC. and ELON MUSK, | |
| 6 | Defendants. | |
| 7 | | Case No.: 3:18-cv-04939-EMC |
| | CARLOS MAIA, on behalf of himself and all other similarly situated, | |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | TESLA, INC. and ELON MUSK, | |
| 12 | Defendants. | |
| 13 | | Case No.: 3:18-cv-04948-EMC |
| | KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | |
| 14 | | |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | TESLA, INC. and ELON MUSK, | |
| 18 | Defendants. | |
| 19 | | Case No.: 3:18-cv-05258-EMC |
| | JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated, | |
| 20 | | |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | TESLA, INC. and ELON R. MUSK, | |
| 24 | Defendants. | |

STIP. AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND AND
CONTINUING CMC DEADLINES

Case No.: 3:18-CV-04865-EMC

*Fenwick & West LLP*
*Attorneys at Law*
*San Francisco*

| | |
|---|---|
| ANDREW E. LEFT, Individually and on Behalf of All Other Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>   Defendants. | Case No.: 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>   Defendants. | Case No.: 3:18-cv-05470-EMC |

STIP. AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND AND
CONTINUING CMC DEADLINES

Case No.: 3:18-CV-04865-EMC

WHEREAS, on September 12, 2018, the Court issued an Order (Dkt. No. 23) deeming this case and seven additional proposed class actions, each alleging violations of the federal securities laws against defendants Tesla, Inc. and Elon Musk (collectively, "Defendants"), "related cases" within the meaning of Northern District of California Civil Local Rule ("Civil L.R.") 3-12(a) (together, the "Related Securities Actions");

WHEREAS, on August 14, 2018, the Court issued an Initial Case Management Scheduling Order (Dkt. No. 4) setting the following deadlines in this case, and subsequently issued orders setting identical schedules in each of the Related Securities Actions:

1. October 18, 2018 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and Alternative Dispute Resolution ("ADR") Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning;

2. November 1, 2018 for the parties to complete initial disclosures or state objection in Rule 26(f) Report, file Joint Case Management Statement, and file/serve Rule 26(f) Report; and

3. November 8, 2018 at 9:30 a.m. for an Initial Case Management (subsequently advanced to November 5, 2018 at 10:00 a.m. due to the Court's unavailability);

WHEREAS, the Related Securities Actions are subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the Reform Act provides for the appointment of a lead plaintiff to act on behalf of the purported class, and further provides that the appointment of lead plaintiff shall not be made until after a decision on a motion to consolidate is rendered (15 U.S.C. § 78u-4 (a)(3)(B)(ii));

WHEREAS, notice of this action was provided by plaintiff in the first-filed case on August 10, 2018, and the parties in the Related Securities Actions expect that a motion to consolidate and for appointment of a lead plaintiff and lead counsel will be filed (the "Lead Plaintiff Motion") on or about October 9, 2018;

WHEREAS, the approval of lead counsel will follow the Court's decision on the Lead Plaintiff Motion;

1    WHEREAS, thereafter, the parties expect the Court to set a schedule for the filing of an
2    amended or consolidated complaint by Lead Plaintiff;

3    WHEREAS, Defendants anticipate filing motion(s) to dismiss in response to Lead
4    Plaintiff's amended or consolidated complaint and that the parties will submit a briefing schedule
5    to the Court in connection with any such motion(s);

6    WHEREAS, because the special procedures specified in the Reform Act contemplate (i)
7    the consolidation of similar actions, (ii) appointment of Lead Plaintiff, and (iii) the filing of a
8    complaint by Lead Plaintiff, requiring Defendants to respond at this time to the existing
9    complaints in the Related Securities Actions would be contrary to the Reform Act and result in
10   the needless expenditure of private and judicial resources;

11   WHEREAS, pursuant to the Reform Act, all discovery and other proceedings shall be
12   stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of
13   any party that particularized discovery is necessary to preserve evidence or to prevent undue
14   prejudice to that party (15 U.S.C. § 78u-4(b)(3)(B));

15   WHEREAS, counsel for the parties in the Related Securities Actions respectfully submit
16   that because the pleadings are not yet set, and because discovery is stayed pending any motion(s)
17   to dismiss, good cause exists to vacate the existing November 5, 2018 Initial Case Management
18   Conference and associated deadlines until such time as the Court has the opportunity to rule on
19   the appointment of Lead Plaintiff and its counsel and any motion(s) to dismiss;

20   WHEREAS, this stipulation is entered without prejudice to any position the parties in the
21   Related Securities Actions may take with respect to the Lead Plaintiff process under the Reform
22   Act, including whether appointment of one or more lead plaintiffs is appropriate, or in connection
23   with consolidation of the Related Securities Actions;

24   ///
25   ///
26   ///
27   ///
28   ///

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the parties in each of the Related Securities Actions, that:

i. Pursuant to Civil L.R. 6-1(a), the time for Defendants to answer, move or otherwise respond to the complaints in the Related Securities Actions is extended until after the appointment of a Lead Plaintiff and lead counsel, at which time the parties shall meet and confer and submit to the Court a mutually agreeable schedule for the filing of an amended or consolidated complaint and Defendants' responses thereto;

ii. Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for November 5, 2018 in each of the Related Cases be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules or by Court Order, to be reset for a date that is 30 days after the Court rules on Defendants' anticipated motion(s) to dismiss Lead Plaintiff's complaint, or such other date as the Court shall determine to be appropriate; and

iii. All associated ADR Program deadlines likewise be deferred.

Dated:   September 26, 2018          FENWICK & WEST LLP

By: /s/     *Jennifer C. Bretan*
             Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants Tesla, Inc. and Elon Musk

Dated:   September 26, 2018          KELLER LENKNER LLC

By: /s/     *U. Seth Ottensoser*
             U. Seth Ottensoser

1330 Avenue of the Americas
New York, New York 10019
Telephone: (212) 0653-9715

Attorneys for Plaintiff Kalman Isaacs

Dated: September 26, 2018          HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/     *Reed Kathrein*
             Reed Kathrein

715 Hearst Ave., Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Attorneys for Plaintiff William Chamberlain

| | | |
|---|---|---|
| 1 | Dated: September 26, 2018 | SCOTT + SCOTT ATTORNEYS AT LAW LLP |
| 2 | | By: /s/ *John T. Jasnoch* |
| | | John T. Jasnoch |
| 3 | | 600 W. Broadway, Suite 3300 |
| 4 | | San Diego, CA 92101 |
| | | Telephone: (619) 233-4565 |
| 5 | | Facsimile: (619) 233-0508 |
| 6 | | Attorneys for Plaintiffs John Yeager and Kewal Dua |
| 7 | Dated: September 26, 2018 | KAPLAN FOX & KILSHEIMER LLP |
| 8 | | By: /s/ *Laurence D. King* |
| | | Laurence D. King |
| 9 | | 350 Sansome Street, Suite 400 |
| 10 | | San Francisco, California 94104 |
| | | Telephone: (415) 772-4700 |
| 11 | | Facsimile: (415) 772-4709 |
| 12 | | Attorneys for Plaintiff Carlos Maia |
| 13 | Dated: September 26, 2018 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 14 | | By: /s/ *Shawn A. Williams* |
| | | Shawn A. Williams |
| 15 | | Post Montgomery Center |
| 16 | | One Montgomery Street, Suite 1800 |
| | | San Francisco, California 94104 |
| 17 | | Telephone: (415) 288-4545 |
| | | Facsimile: (415) 288-4534 |
| 18 | | |
| 19 | | Attorneys for Plaintiff Joshua Horwitz |
| 20 | Dated: September 26, 2018 | LABATON SUCHAROW LLP |
| 21 | | By: /s/ *Christopher J. Keller* |
| | | Christopher J. Keller |
| 22 | | 140 Broadway |
| 23 | | New York, New York 10005 |
| | | Telephone: (212) 907-0700 |
| 24 | | Facsimile: (212) 818-0477 |
| 25 | | Attorneys for Plaintiff Andrew E. Left |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND AND CONTINUING CMC DEADLINES — 4 — Case No.: 3:18-CV-04865-EMC

| | | |
|---|---|---|
| 1 | Dated: September 26, 2018 | POMERANTZ LLP |
| 2 | | By: /s/   *Jennifer Pafiti* |
| 3 | | Jennifer Pafiti |
| | | 468 North Camden Drive |
| 4 | | Beverly Hills, CA 90210 |
| | | Telephone: (818) 532-6499 |
| 5 | | |
| 6 | | Attorneys for Plaintiff Zhi Xing Fan |

7  Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

8  Dated:   September 26, 2018         By: /s/   *Jennifer C. Bretan*
                                              Jennifer C. Bretan

\*\*\*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   September 28, 2018

_____
Hon. Edward M. Chen
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND AND
CONTINUING CMC DEADLINES     5     Case No.: 3:18-CV-04865-EMC