DEAN S. KRISTY (CSB NO. 157646)
dkristy@fenwick.com
JENNIFER C. BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARA R. LUDMER (CSB No. 307662)
mludmer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants
Tesla, Inc. and Elon Musk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

The undersigned certified and declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, Sam Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

- **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **STIPULATION REGARDING ADMINISTRATIVE MOTION TO RELATE CASES AND [PROPOSED] ORDER RELATING CASES**

- **PROOF OF SERVICE**

on the interested parties in the subject actions by placing a true copy thereof as indicated below, and as addressed as follows:

[x] **BY ECF:** by electronic service on the parties to this action pursuant to Local Rule 5-1. I hereby certify that the above documents were uploaded to the ECF Website and the ECF Webmaster will give email notification to all registered parties in this action.

[x] **BY OVERNIGHT COURIER:** as addressed below, by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

Marc Y. Lazo
2105 Foothill Blvd., Suite B121
La Verne, CA 91750
Phone No.: (855) 471-1110
Fax No.: (855) 471-1110
marclazo@cox.net

Attorneys for Plaintiff Shahram Sodeifi

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: September 28, 2018          By:    /s/    *Jennifer C. Bretan*
                                              Jennifer C. Bretan

| PROOF OF SERVICE | 1 | CASE NO.: 3:18-cv-04865-EMC |