1  DEAN S. KRISTY (CSB NO. 157646)
   dkristy@fenwick.com
2  JENNIFER C. BRETAN (CSB NO. 233475)
   jbretan@fenwick.com
3  MARA R. LUDMER (CSB No. 307662)
   mludmer@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350

7  Attorneys for Defendants
   Tesla, Inc. and Elon Musk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO RELATE CASES AND [PROPOSED] ORDER RELATING CASES**<br><br>(Civil L.R. 3-12, 7-11, and 7-12)<br><br>Judge: Hon. Edward M. Chen<br><br>Date Action Filed: August 10, 2018 |
|---|---|

1   WHEREAS, on August 10, 2018 plaintiff Kalman Isaacs filed a complaint alleging violation of the federal securities laws against Tesla, Inc. and Elon Musk, captioned *Isaacs v. Musk et al.*, Case No. 3:18-cv-04865-EMC ("*Isaacs*"); and

WHEREAS, on August 30, 2018 plaintiff Shahram Sodeifi filed a complaint alleging violation of the federal securities laws against the same defendants, captioned *Sodeifi v. Tesla, Inc. et al.*, Case No. 2:18-cv-07575-DMG ("*Sodeifi*"); and

WHEREAS, on August 24, 2018, pursuant to the stipulation of the parties, this matter was transferred to the Northern District of California and is now assigned to the Honorable Richard Seeborg, Case No. 3:18-cv-05899-RS; and

WHEREAS the parties believe the actions should be related because (1) they are purported class actions, asserting the same causes of action under Section 10(b) and 20(a) of the Securities Exchange Act of 1934, against the same defendants, and arising from the same circumstances; and (2) it would be unduly burdensome, involve unwarranted duplication of effort and expense, and give rise to the prospect of inconsistent or conflicting results if the cases were heard by different Judges.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rules 3-12, 7-11 and 7-12, by and between undersigned counsel for the parties, that these matters should be related.

Dated:   September 27, 2018          FENWICK & WEST LLP

By: /s/   *Jennifer C. Bretan*
          Jennifer C. Bretan

Attorneys for Defendants Elon Musk and Tesla, Inc.

Dated:   September 27, 2018          By: /s/   *Marc Y. Lazo*
                                              Marc Y. Lazo

2105 Foothill Blvd., Suite B121
La Verne, CA 91750
Phone No.: (855) 471-1110
Fax No.: (855) 471-1110

Attorneys for Plaintiff, Kalman Isaacs

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filling this stipulation.

Dated: September 28, 2018          By: /s/     *Jennifer C. Bretan*
                                           Jennifer C. Bretan

* * *

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 2, 2018

_____
Hon. Edward M. Chen
United States District Court Judge