MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ANDREW J. ENTWISTLE *(Pro Hac Vice* to be submitted*)*
aentwistle@entwistle-law.com
ARTHUR V. NEALON *(Pro Hac Vice* to be submitted*)*
anealon@entwistle-law.com
ROBERT N. CAPPUCCI *(Pro Hac Vice* to be submitted*)*
rcappucci@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

*Counsel for Proposed Lead Plaintiff
FNY Investment Advisers, LLC and
Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04865-EMC<br><br>Hon. Edward M. Chen<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION OF FNY INVESTMENT ADVISERS, LLC FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL<br><br>Date:  November 15, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 17th Floor |

*[Additional captions appear on following pages]*

| | | |
|---|---|---|
| 1 | WILLIAM CHAMBERLAIN, on behalf of himself and all others similarly situated, | Case No. 3:18-cv-04876-EMC |
| 2 | Plaintiff, | |
| 3 | | |
| 4 | vs. | |
| 5 | ELON MUSK and TESLA, INC., | |
| 6 | Defendants. | |
| 7 | JOHN YEAGER, individually and on behalf of all others similarly situated, | Case No. 3:18-cv-04912-EMC |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | | |
| 11 | vs. | |
| 12 | ELON MUSK and TESLA, INC., | |
| 13 | Defendants. | |
| 14 | CARLOS MAIA, on behalf of himself and all others similarly situated, | Case No. 3:18-cv-04939-EMC |
| 15 | | |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | ELON MUSK and TESLA, INC., | |
| 19 | Defendants. | |
| 20 | | |
| 21 | KEWAL DUA, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-04948-EMC |
| 22 | Plaintiff, | |
| 23 | | |
| 24 | vs. | |
| 25 | ELON MUSK and TESLA, INC., | |
| 26 | Defendants. | |
| 27 | | |

28   [PROPOSED] ORDER GRANTING MOTION OF FNY INVESTMENT ADVISERS, LLC FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO. 3:18-CV-04865- EMC

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No. 3:18-cv-05899-EMC |

**WHEREAS,** on October 9, 2018, FNY Investment Advisers, LLC ("First New York") timely filed its Motion for Consolidation of all Related Securities Actions, Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel; and

**WHEREAS,** the Court, having considered First New York's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, and the Memorandum of Points and Authorities in Support thereof, the accompanying Declaration of Marc M. Seltzer, and related filings; and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

First New York's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel is **GRANTED**;

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, all Related Securities Actions, as defined in the motion, are **CONSOLIDATED**, and any subsequently filed, removed or transferred actions brought on behalf of Tesla, Inc. securities investors that arise out of or relate to the conduct alleged in the Related Securities Actions are **CONSOLIDATED**;

First New York is **APPOINTED** as Lead Plaintiff for a proposed class of purchasers of Tesla, Inc. securities during the period August 7, 2018 through August 17, 2018, inclusive; and

First New York's selection of Entwistle & Cappucci LLP and Susman Godfrey L.L.P. to serve as Co-Lead Counsel for Lead Plaintiff and the Class is **APPROVED**.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
**Edward M. Chen**
**UNITED STATES DISTRICT JUDGE**