**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel:  (415) 291-2420
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Glen Littleton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | No.  3:18-cv-04865-EMC<br><br>Hon. Edward M. Chen<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date: November 15, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5-17th Floor |
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., and ELON MUSK,<br><br>Defendants. | No. 3:18-cv-04876-EMC<br><br>Hon. Edward M. Chen |

MCCALL DECLARATION IN SUPPORT OF GLEN LITTLETON'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF. AND APPOINTMENT OF LEAD COUNSEL
Nos. 3:18-cv-04865-EMC, 3:18-cv-04876-EMC, 3:18-cv-04912-EMC, 3:18-cv-04939-EMC;
3:18-cv-04948-EMC, 3:18-cv-05258-EMC, 3:18-cv-05463-EMC, 3:18-cv-05470-EMC, and 3:18-cv-05899-EMC
1

| | |
|---|---|
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | No. 3:18-cv-04912-EMC<br><br>Hon. Edward M. Chen |
| CARLOS MAIA, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | No. 3:18-cv-04939-EMC<br><br>Hon. Edward M. Chen |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., and ELON MUSK,<br><br>Defendants. | No. 3:18-cv-04948-EMC<br><br>Hon. Edward M. Chen |
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | No. 3:18-cv-05258-EMC<br><br>Hon. Edward M. Chen |

MCCALL DECLARATION IN SUPPORT OF GLEN LITTLETON'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF. AND APPOINTMENT OF LEAD COUNSEL
Nos. 3:18-cv-04865-EMC, 3:18-cv-04876-EMC, 3:18-cv-04912-EMC, 3:18-cv-04939-EMC;
3:18-cv-04948-EMC, 3:18-cv-05258-EMC, 3:18-cv-05463-EMC, 3:18-cv-05470-EMC, and 3:18-cv-05899-EMC

| | |
|---|---|
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | No. 3:18-cv-05463-EMC<br><br>Hon. Edward M. Chen |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | No. 3:18-cv-05470-EMC<br><br>Hon. Edward M. Chen |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation , and ELON R. MUSK, an individual,<br><br>Defendants. | No. 3:18-cv-05899-EMC<br><br>Hon. Edward M. Chen |

MCCALL DECLARATION IN SUPPORT OF GLEN LITTLETON'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF. AND APPOINTMENT OF LEAD COUNSEL
Nos. 3:18-cv-04865-EMC, 3:18-cv-04876-EMC, 3:18-cv-04912-EMC, 3:18-cv-04939-EMC; 3:18-cv-04948-EMC, 3:18-cv-05258-EMC, 3:18-cv-05463-EMC, 3:18-cv-05470-EMC, and 3:18-cv-05899-EMC

I, Adam C. McCall, hereby declare as follows:

1. I am an associate at the law firm of Levi & Korsinsky, LLP, counsel for Glen Littleton ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel in the above-captioned actions.

2. Attached hereto collectively as Exhibit A is a true and correct copy of the sworn Certification of Movant.

3. Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing Movant's losses as a result of his transactions in Tesla, Inc securities.

4. Attached hereto as Exhibit C is a true and correct copy of the press release originally published on August 10, 2018, on *PR Newswire* announcing the pendency of the first-filed securities lawsuit.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 9th day of October, 2018.

                                                /s/ Adam C. McCall
                                                Adam C. McCall