# EXHIBIT A

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Glen E Littleton , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Tesla, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this October 9, 2018.

Name: Glen E Littleton

Signed:

*[signature: Glen E Littleton]*

**Glen Littleton**
**Transactions in Tesla, Inc. (TSLA) Securities**

**Class Period: all persons other than Defendants who purchased, sold, or otherwise transacted in Tesla securities between August 7, 2018 and August 17, 2018, both dates inclusive**

| Date of Transaction | Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC) or Buy to Close (BC) | Security | Quantity | Price ($) |
|---|---|---|---|---|
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 39.75000000 |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 39.75000000 |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 39.75000000 |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.40000000 |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.40000000 |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.40000000 |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.40000000 |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.40000000 |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.63000000 |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.90000000 |
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 20.13000000 |
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 19.60000000 |
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 19.43000000 |
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 19.55000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (19) | 12.90000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (1) | 12.80000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (14) | 11.65000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (5) | 11.25000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (6) | 11.25000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (5) | 11.20000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (18) | 11.06277778 |
| 8/7/2018 | SO | C TSLA JUN 550 | (4) | 11.05000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (1) | 10.95000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (2) | 10.95000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (10) | 11.10000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (2) | 11.05000000 |
| 8/7/2018 | SO | C TSLA JUN 550 | (13) | 11.00000000 |
| 8/8/2018 | BO | C TSLA JUN 400 | 50 | 35.64140000 |
| 8/8/2018 | BO | C TSLA JUN 400 | 2 | 36.46500000 |
| 8/8/2018 | BO | C TSLA JUN 400 | 46 | 36.59934783 |
| 8/8/2018 | BO | C TSLA JUN 400 | 50 | 36.75840000 |
| 8/8/2018 | BO | C TSLA JUN 400 | 2 | 35.50000000 |
| 8/8/2018 | BO | C TSLA JUN 400 | 50 | 36.98340000 |
| 8/8/2018 | BO | C TSLA JUN 400 | 50 | 37.16380000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 46.98000000 |

| Date | Action | Security | Quantity | Price |
|---|---|---|---|---|
| 8/8/2018 | BO | C TSLA JAN 400 | 2 | 48.26500000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 48 | 48.20625000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 48.24800000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 15 | 48.83133333 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 48.41960000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 41 | 49.87048780 |
| 8/8/2018 | BO | C TSLA JAN 400 | 9 | 50.78777778 |
| 8/8/2018 | BO | C TSLA JAN 400 | 1 | 50.75000000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 10 | 50.00000000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 24 | 50.02625000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 10 | 50.83200000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 50.50580000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 50.12520000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 51.01780000 |
| 8/8/2018 | BO | C TSLA JAN 400 | 37 | 50.91216216 |
| 8/8/2018 | BO | C TSLA JAN 400 | 3 | 50.57000000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.77400000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (10) | 49.74400000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (1) | 49.93000000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (2) | 49.82500000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (24) | 49.80958333 |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.70360000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (11) | 50.32545455 |
| 8/8/2018 | SC | C TSLA JAN 400 | (16) | 49.28187500 |
| 8/8/2018 | SC | C TSLA JAN 400 | (9) | 50.03333333 |
| 8/8/2018 | SC | C TSLA JAN 400 | (1) | 50.15000000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (1) | 49.23000000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (10) | 49.18400000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (8) | 49.84875000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (7) | 48.88857143 |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.74960000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.67680000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.58000000 |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.54280000 |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 75.00000000 |
| 8/8/2018 | SC | P TSLA JAN 400 | (12) | 75.00000000 |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 73.15000000 |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 72.41560000 |
| 8/8/2018 | SC | P TSLA JAN 400 | (13) | 72.50000000 |
| 8/8/2018 | SC | P TSLA JAN 400 | (15) | 73.70000000 |
| 8/8/2018 | SC | P TSLA JAN 400 | (10) | 72.45000000 |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 73.62000000 |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 72.94600000 |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 71.55080000 |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 16.96440000 |

| Date | Type | Security | Qty | Price |
|---|---|---|---|---|
| 8/8/2018 | SC | C TSLA JUN 450 | (2) | 16.64500000 |
| 8/8/2018 | SC | C TSLA JUN 450 | (46) | 16.95369565 |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 17.00360000 |
| 8/8/2018 | SC | C TSLA JUN 450 | (2) | 17.05000000 |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 17.39000000 |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 17.23380000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 26.42000000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (2) | 27.70500000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (48) | 27.48875000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 27.54800000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (15) | 28.13133333 |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 27.66960000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (41) | 29.02048780 |
| 8/8/2018 | SC | C TSLA JAN 450 | (9) | 29.77777778 |
| 8/8/2018 | SC | C TSLA JAN 450 | (1) | 29.65000000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (10) | 28.86000000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (24) | 28.78625000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (10) | 29.73200000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 29.23580000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 28.72520000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 29.61780000 |
| 8/8/2018 | SC | C TSLA JAN 450 | (37) | 29.62567568 |
| 8/8/2018 | SC | C TSLA JAN 450 | (3) | 29.07000000 |
| 8/8/2018 | SO | C TSLA JUN 500 | (25) | 9.08000000 |
| 8/8/2018 | SO | C TSLA JUN 500 | (25) | 9.10000000 |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.25000000 |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 16.25000000 |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.25000000 |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.25000000 |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.50000000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 7.28400000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 10 | 7.25400000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 1 | 7.58000000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 2 | 7.57500000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 24 | 7.81958333 |
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 8.02360000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 11 | 8.42545455 |
| 8/8/2018 | BC | C TSLA JAN 600 | 16 | 7.60187500 |
| 8/8/2018 | BC | C TSLA JAN 600 | 9 | 8.48333333 |
| 8/8/2018 | BC | C TSLA JAN 600 | 1 | 8.50000000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 1 | 7.47000000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 10 | 7.58400000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 8 | 8.25000000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 7 | 7.33857143 |
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 7.90000000 |

| Date | Action | Security | Qty | Price |
|---|---|---|---|---|
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 7.83000000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 7.73400000 |
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 7.70000000 |
| 8/8/2018 | BC | P TSLA JAN 600 | 25 | 232.93560000 |
| 8/8/2018 | BC | P TSLA JAN 600 | 25 | 233.07320000 |
| 8/8/2018 | BC | P TSLA JAN 600 | 25 | 233.61600000 |
| 8/8/2018 | BC | P TSLA JAN 600 | 25 | 231.89640000 |
| 8/9/2018 | B | Common Stock | 100 | 350.43000000 |
| 8/9/2018 | SO | P TSLA JAN 250 | (25) | 35.05000000 |
| 8/9/2018 | SC | C TSLA JAN 400 | (25) | 45.88000000 |
| 8/9/2018 | SC | C TSLA JAN 400 | (25) | 46.55000000 |
| 8/9/2018 | SC | C TSLA JAN 400 | (25) | 46.50000000 |
| 8/9/2018 | SC | C TSLA JAN 400 | (9) | 46.43222222 |
| 8/9/2018 | SC | C TSLA JAN 400 | (10) | 46.45000000 |
| 8/9/2018 | SC | C TSLA JAN 400 | (15) | 46.30000000 |
| 8/9/2018 | SC | C TSLA JAN 400 | (13) | 46.40000000 |
| 8/9/2018 | SC | C TSLA JAN 400 | (3) | 46.30000000 |
| 8/9/2018 | SO | C TSLA JUN 500 | (25) | 9.35000000 |
| 8/9/2018 | SO | C TSLA JUN 500 | (25) | 9.15000000 |
| 8/9/2018 | SO | C TSLA JAN 550 | (25) | 12.50000000 |
| 8/9/2018 | SO | C TSLA JAN 550 | (5) | 12.50000000 |
| 8/9/2018 | SO | C TSLA JAN 550 | (25) | 12.25000000 |
| 8/9/2018 | SO | C TSLA JAN 550 | (25) | 12.25000000 |
| 8/9/2018 | SO | C TSLA JAN 600 | (10) | 9.15000000 |
| 8/9/2018 | SO | C TSLA JAN 600 | (15) | 9.05000000 |
| 8/9/2018 | SO | C TSLA JAN 600 | (25) | 9.50000000 |
| 8/9/2018 | BC | C TSLA JAN 650 | 9 | 7.05222222 |
| 8/9/2018 | BC | C TSLA JAN 650 | 13 | 7.15000000 |
| 8/9/2018 | BC | C TSLA JAN 650 | 3 | 7.26000000 |
| 8/10/2018 | SO | P TSLA JAN 350 | (25) | 72.25000000 |
| 8/10/2018 | SO | P TSLA JAN 350 | (5) | 68.00000000 |
| 8/10/2018 | SO | P TSLA JAN 350 | (5) | 66.25000000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 35.11040000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.83880000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.62800000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.53200000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (19) | 34.62526316 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.61320000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.61720000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (5) | 34.58000000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.39280000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.02040000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.00600000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 33.99240000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 33.28000000 |

| Date | Action | Security | Quantity | Price |
|---|---|---|---|---|
| 8/10/2018 | SC | C TSLA JUN 400 | (26) | 35.36038462 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 35.31640000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 35.34440000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 35.35360000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.75920000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 33.85640000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.62640000 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.58480000 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 47.58040000 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 47.31960000 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 47.16480000 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 47.09120000 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 46.92640000 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 46.53760000 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 46.55000000 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 46.09440000 |
| 8/10/2018 | BC | C TSLA JUN 500 | 19 | 9.41105263 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 9.48800000 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 9.49280000 |
| 8/10/2018 | BC | C TSLA JUN 500 | 5 | 9.48000000 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 9.81040000 |
| 8/10/2018 | BC | C TSLA JUN 500 | 26 | 10.17769231 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 10.18720000 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 10.20920000 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 10.19920000 |
| 8/10/2018 | SO | C TSLA JAN 500 | (25) | 18.25000000 |
| 8/10/2018 | SO | C TSLA JAN 500 | (25) | 18.25000000 |
| 8/10/2018 | BC | C TSLA JUN 550 | 25 | 4.80000000 |
| 8/10/2018 | BC | C TSLA JUN 550 | 25 | 5.25520000 |
| 8/10/2018 | BC | C TSLA JUN 550 | 25 | 5.57640000 |
| 8/10/2018 | BC | C TSLA JUN 550 | 25 | 5.58480000 |
| 8/13/2018 | SO | P TSLA JAN 350 | (5) | 66.50000000 |
| 8/13/2018 | SO | P TSLA JAN 350 | (5) | 63.50000000 |
| 8/13/2018 | SO | P TSLA JAN 350 | (5) | 64.90000000 |
| 8/13/2018 | SO | C TSLA JAN 550 | (10) | 9.58000000 |
| 8/13/2018 | SO | C TSLA JAN 550 | (10) | 9.95000000 |
| 8/13/2018 | SO | C TSLA JAN 550 | (5) | 9.40000000 |
| 8/14/2018 | SO | C TSLA JAN 500 | (10) | 12.75000000 |
| 8/14/2018 | SO | C TSLA JAN 500 | (10) | 12.75000000 |
| 8/14/2018 | SO | C TSLA JAN 500 | (5) | 12.75000000 |
| 8/15/2018 | SO | P TSLA JAN 250 | (25) | 32.75000000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 25 | 58.43800000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 2 | 58.24500000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 11 | 57.97545455 |
| 8/15/2018 | BO | C TSLA JAN 350 | 12 | 56.34250000 |

| Date | Action | Security | Qty | Price |
|---|---|---|---|---|
| 8/15/2018 | BO | C TSLA JAN 350 | 9 | 56.78222222 |
| 8/15/2018 | BO | C TSLA JAN 350 | 5 | 56.09600000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 4 | 55.01000000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 4 | 55.87250000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 2 | 56.05000000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 1 | 54.81000000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 19 | 55.14315789 |
| 8/15/2018 | BO | C TSLA JAN 350 | 6 | 54.97333333 |
| 8/15/2018 | BO | C TSLA JAN 350 | 11 | 54.94909091 |
| 8/15/2018 | BO | C TSLA JAN 350 | 14 | 55.24285714 |
| 8/15/2018 | BO | C TSLA JAN 350 | 25 | 52.46040000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 1 | 52.48000000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 25 | 52.03000000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 24 | 52.68500000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 24 | 52.69541667 |
| 8/15/2018 | BO | C TSLA JAN 350 | 1 | 52.70000000 |
| 8/15/2018 | BO | C TSLA JAN 350 | 25 | 56.30360000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (50) | 34.41340000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (4) | 35.29250000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (22) | 35.66363636 |
| 8/15/2018 | SC | C TSLA JAN 400 | (24) | 34.57000000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (18) | 34.04444444 |
| 8/15/2018 | SC | C TSLA JAN 400 | (10) | 33.32600000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (8) | 32.69500000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (8) | 33.10250000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (4) | 33.05000000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (2) | 33.25000000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (38) | 32.62815789 |
| 8/15/2018 | SC | C TSLA JAN 400 | (12) | 32.56333333 |
| 8/15/2018 | SC | C TSLA JAN 400 | (22) | 33.19863636 |
| 8/15/2018 | SC | C TSLA JAN 400 | (28) | 32.88500000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (50) | 31.81900000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (2) | 31.52000000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (50) | 31.87500000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (24) | 32.10208333 |
| 8/15/2018 | SC | C TSLA JAN 400 | (24) | 32.09875000 |
| 8/15/2018 | SC | C TSLA JAN 400 | (25) | 34.08280000 |
| 8/15/2018 | BC | C TSLA JAN 650 | 25 | 4.05000000 |
| 8/15/2018 | BC | C TSLA JAN 650 | 25 | 4.25000000 |
| 8/15/2018 | BC | C TSLA JAN 650 | 15 | 4.25000000 |
| 8/15/2018 | BC | C TSLA JAN 650 | 10 | 4.30000000 |
| 8/15/2018 | BC | C TSLA JAN 650 | 25 | 4.15000000 |
| 8/16/2018 | SC | C TSLA JAN 400 | (25) | 33.95440000 |
| 8/16/2018 | BC | C TSLA JAN 650 | 25 | 4.13160000 |
| 8/17/2018 | BO | P TSLA JAN 200 | 25 | 31.05000000 |

| Date | Action | Security | Quantity | Price |
|---|---|---|---|---|
| 8/17/2018 | BO | P TSLA JAN 200 | 25 | 30.78000000 |
| 8/17/2018 | BO | P TSLA JAN 200 | 25 | 30.66440000 |
| 8/17/2018 | BO | P TSLA JAN 200 | 25 | 30.83000000 |
| 8/17/2018 | BO | P TSLA JAN 200 | 5 | 30.95000000 |
| 8/17/2018 | BO | P TSLA JAN 200 | 20 | 31.10000000 |
| 8/17/2018 | BO | P TSLA JAN 200 | 25 | 30.70040000 |
| 8/17/2018 | SO | P TSLA JAN 300 | (25) | 55.74480000 |
| 8/17/2018 | SO | P TSLA JAN 300 | (2) | 55.83500000 |
| 8/17/2018 | SO | P TSLA JAN 300 | (23) | 55.73521739 |
| 8/17/2018 | SO | P TSLA JAN 300 | (25) | 65.44960000 |
| 8/17/2018 | SO | P TSLA JAN 300 | (25) | 65.79480000 |
| 8/17/2018 | BC | P TSLA JAN 350 | 25 | 79.30200000 |
| 8/17/2018 | BC | P TSLA JAN 350 | 2 | 79.29500000 |
| 8/17/2018 | BC | P TSLA JAN 350 | 23 | 79.27695652 |
| 8/17/2018 | SC | C TSLA JAN 400 | (25) | 30.90480000 |
| 8/17/2018 | SC | C TSLA JAN 400 | (25) | 30.92000000 |
| 8/17/2018 | SC | C TSLA JAN 400 | (2) | 30.99500000 |
| 8/17/2018 | SC | C TSLA JAN 400 | (17) | 31.08588235 |
| 8/17/2018 | SC | C TSLA JAN 400 | (25) | 30.87600000 |
| 8/17/2018 | SC | C TSLA JAN 400 | (19) | 30.99947368 |
| 8/17/2018 | SC | C TSLA JAN 400 | (6) | 30.92333333 |
| 8/17/2018 | SC | C TSLA JAN 400 | (1) | 30.90000000 |
| 8/17/2018 | SC | C TSLA JAN 400 | (5) | 30.35400000 |
| 8/17/2018 | BC | C TSLA JAN 600 | 19 | 5.04157895 |
| 8/17/2018 | BC | C TSLA JAN 600 | 6 | 4.93333333 |
| 8/17/2018 | BC | C TSLA JAN 650 | 25 | 4.36480000 |
| 8/17/2018 | BC | C TSLA JAN 650 | 25 | 4.38000000 |
| 8/17/2018 | BC | C TSLA JAN 650 | 2 | 3.47500000 |
| 8/17/2018 | BC | C TSLA JAN 650 | 17 | 3.69588235 |
| 8/17/2018 | BC | C TSLA JAN 650 | 25 | 3.82600000 |
| 8/17/2018 | BC | C TSLA JAN 650 | 1 | 3.85000000 |
| 8/17/2018 | BC | C TSLA JAN 650 | 5 | 3.31000000 |