# EXHIBIT B

**Glen Littleton**
**Transactions in Tesla, Inc. (TSLA) Securities**
Class Period: all persons other than Defendants who purchased, sold, or otherwise transacted in Tesla securities between August 7, 2018 and August 17, 2018, both dates inclusive

**Total Losses on Stock and Options**   $   **3,518,478.68**

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) | |
|---|---|---|---|---|---|---|
| 8/9/2018 | B | Common Stock | 100 | 350.43 | 35,043.00 | |
| 8/30/2018 | S | Common Stock | (100) | 302.59 | (30,259.00) | ** |
| | | | | **Loss / (Gain) ($)** | **3,552.00** | |

*Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC) or Buy to Close (BC)
**The "Cost/Proceeds" column is the greater of the price sold or the "mean trading price" per the limitation on damages pursuant to 15 U.S.C. §78u-4(e)

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/17/2018 | BO | P TSLA JAN 200 | 25 | 31.05 | 77,625.00 |
| 8/17/2018 | BO | P TSLA JAN 200 | 25 | 30.78 | 76,950.00 |
| 8/17/2018 | BO | P TSLA JAN 200 | 25 | 30.6644 | 76,661.00 |
| 8/17/2018 | BO | P TSLA JAN 200 | 25 | 30.83 | 77,075.00 |
| 8/17/2018 | BO | P TSLA JAN 200 | 5 | 30.95 | 15,475.00 |
| 8/17/2018 | BO | P TSLA JAN 200 | 20 | 31.1 | 62,200.00 |
| 8/17/2018 | BO | P TSLA JAN 200 | 25 | 30.7004 | 76,751.00 |
| 9/12/2018 | SC | P TSLA JAN 200 | (23) | 34.95 | (80,385.00) |
| 9/12/2018 | SC | P TSLA JAN 200 | (25) | 34.95 | (87,375.00) |
| 9/12/2018 | SC | P TSLA JAN 200 | (25) | 34.85 | (87,125.00) |
| 9/12/2018 | SC | P TSLA JAN 200 | (25) | 34.7 | (86,750.00) |
| 9/12/2018 | SC | P TSLA JAN 200 | (25) | 34.8036 | (87,009.00) |
| 9/12/2018 | SC | P TSLA JAN 200 | (25) | 34.8036 | (87,009.00) |
| 9/12/2018 | SC | P TSLA JAN 200 | (2) | 34.1 | (6,820.00) |
| | | | | **Loss / (Gain) ($)** | **(59,736.00)** |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/9/2018 | SO | P TSLA JAN 250 | (25) | 35.05 | (87,625.00) |
| 8/15/2018 | SO | P TSLA JAN 250 | (25) | 32.75 | (81,875.00) |
| 9/12/2018 | BC | P TSLA JAN 250 | 25 | 54.73 | 136,825.00 |
| 9/12/2018 | BC | P TSLA JAN 250 | 25 | 54.88 | 137,200.00 |
| | | | | **Loss / (Gain) ($)** | **104,525.00** |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/2/2018 | BO | P TSLA JUN 300 | 25 | 49.05 | 122,625.00 |
| 8/2/2018 | BO | P TSLA JUN 300 | 25 | 49.05 | 122,625.00 |
| 8/2/2018 | BO | P TSLA JUN 300 | 25 | 48.45 | 121,125.00 |
| 8/2/2018 | BO | P TSLA JUN 300 | 25 | 48.45 | 121,125.00 |
| 8/2/2018 | BO | P TSLA JUN 300 | 25 | 48.95 | 122,375.00 |
| 8/2/2018 | BO | P TSLA JUN 300 | 25 | 48.95 | 122,375.00 |
| 8/2/2018 | BO | P TSLA JUN 300 | 25 | 47.4 | 118,500.00 |
| 8/3/2018 | BO | P TSLA JUN 300 | 25 | 45.28 | 113,200.00 |
| 8/6/2018 | BO | P TSLA JUN 300 | 25 | 44.63 | 111,575.00 |
| 8/6/2018 | BO | P TSLA JUN 300 | 1 | 44.65 | 4,465.00 |
| 8/6/2018 | BO | P TSLA JUN 300 | 24 | 44.7 | 107,280.00 |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 39.75 | (99,375.00) |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 39.75 | (99,375.00) |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 39.75 | (99,375.00) |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.4 | (96,000.00) |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.4 | (96,000.00) |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.4 | (96,000.00) |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.4 | (96,000.00) |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.4 | (96,000.00) |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.63 | (96,575.00) |
| 8/7/2018 | SC | P TSLA JUN 300 | (25) | 38.9 | (97,250.00) |
| | | | | **Loss / (Gain) ($)** | **215,320.00** |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/17/2018 | SO | P TSLA JAN 300 | (25) | 55.7448 | (139,362.00) |
| 8/17/2018 | SO | P TSLA JAN 300 | (2) | 55.835 | (11,167.00) |
| 8/17/2018 | SO | P TSLA JAN 300 | (23) | 55.73521739 | (128,191.00) |
| 8/17/2018 | SO | P TSLA JAN 300 | (25) | 65.4496 | (163,624.00) |
| 8/17/2018 | SO | P TSLA JAN 300 | (25) | 65.7948 | (164,487.00) |
| 9/7/2018 | BC | P TSLA JAN 300 | 25 | 90 | 225,000.00 |
| 9/7/2018 | BC | P TSLA JAN 300 | 2 | 90.62 | 18,124.00 |
| 9/7/2018 | BC | P TSLA JAN 300 | 23 | 91.35 | 210,105.00 |
| 9/12/2018 | BC | P TSLA JAN 300 | 25 | 79.58 | 198,950.00 |
| 9/12/2018 | BC | P TSLA JAN 300 | 25 | 78.94 | 197,350.00 |
|  |  |  |  | **Loss / (Gain) ($)** | 242,698.00 |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/15/2018 | BO | C TSLA JAN 350 | 25 | 58.438 | 146,095.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 2 | 58.245 | 11,649.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 11 | 57.97545455 | 63,773.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 12 | 56.3425 | 67,611.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 9 | 56.78222222 | 51,104.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 5 | 56.096 | 28,048.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 4 | 55.01 | 22,004.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 4 | 55.8725 | 22,349.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 2 | 56.05 | 11,210.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 1 | 54.81 | 5,481.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 19 | 55.14315789 | 104,772.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 6 | 54.97333333 | 32,984.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 11 | 54.94909091 | 60,444.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 14 | 55.24285714 | 77,340.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 25 | 52.4604 | 131,151.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 1 | 52.48 | 5,248.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 25 | 52.03 | 130,075.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 24 | 52.685 | 126,444.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 24 | 52.69541667 | 126,469.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 1 | 52.7 | 5,270.00 |
| 8/15/2018 | BO | C TSLA JAN 350 | 25 | 56.3036 | 140,759.00 |
| 9/12/2018 | SC | C TSLA JAN 350 | (25) | 43.95 | (109,875.00) |
| 9/12/2018 | SC | C TSLA JAN 350 | (4) | 47.6675 | (19,067.00) |
| 9/12/2018 | SC | C TSLA JAN 350 | (25) | 47.5228 | (118,807.00) |
| 9/12/2018 | SC | C TSLA JAN 350 | (25) | 47.5756 | (118,939.00) |
| 9/12/2018 | SC | C TSLA JAN 350 | (25) | 46.054 | (115,135.00) |
| 9/12/2018 | SC | C TSLA JAN 350 | (25) | 46.036 | (115,090.00) |
| 9/12/2018 | SC | C TSLA JAN 350 | (25) | 46.0296 | (115,074.00) |
| 9/12/2018 | SC | C TSLA JAN 350 | (25) | 45.928 | (114,820.00) |
| 9/12/2018 | SC | C TSLA JAN 350 | (25) | 45.7916 | (114,479.00) |
| 9/12/2018 | SC | C TSLA JAN 350 | (21) | 46.01714286 | (96,636.00) |
| 9/12/2018 | SC | C TSLA JAN 350 | (25) | 44.9112 | (112,278.00) |
|  |  |  |  | **Loss / (Gain) ($)** | 220,080.00 |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/10/2018 | SO | P TSLA JAN 350 | (25) | 72.25 | (180,625.00) |
| 8/10/2018 | SO | P TSLA JAN 350 | (5) | 68 | (34,000.00) |
| 8/10/2018 | SO | P TSLA JAN 350 | (5) | 66.25 | (33,125.00) |
| 8/13/2018 | SO | P TSLA JAN 350 | (5) | 66.5 | (33,250.00) |
| 8/13/2018 | SO | P TSLA JAN 350 | (5) | 63.5 | (31,750.00) |
| 8/13/2018 | SO | P TSLA JAN 350 | (5) | 64.9 | (32,450.00) |
| 8/17/2018 | BC | P TSLA JAN 350 | 25 | 79.302 | 198,255.00 |
| 8/17/2018 | BC | P TSLA JAN 350 | 2 | 79.295 | 15,859.00 |
| 8/17/2018 | BC | P TSLA JAN 350 | 23 | 79.27695652 | 182,337.00 |
|  |  |  |  | **Loss / (Gain) ($)** | 51,251.00 |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/2/2018 | BO | C TSLA JUN 400 | 25 | 35.75 | 89,375.00 |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/2/2018 | BO | C TSLA JUN 400 | 25 | 35.75 | 89,375.00 |
| 8/2/2018 | BO | C TSLA JUN 400 | 25 | 35.75 | 89,375.00 |
| 8/2/2018 | BO | C TSLA JUN 400 | 25 | 35.85 | 89,625.00 |
| 8/3/2018 | BO | C TSLA JUN 400 | 25 | 42.8 | 107,000.00 |
| 8/3/2018 | BO | C TSLA JUN 400 | 25 | 42.8 | 107,000.00 |
| 8/3/2018 | BO | C TSLA JUN 400 | 25 | 43.53 | 108,825.00 |
| 8/3/2018 | BO | C TSLA JUN 400 | 25 | 44.034 | 110,085.00 |
| 8/3/2018 | BO | C TSLA JUN 400 | 25 | 44.05 | 110,125.00 |
| 8/3/2018 | BO | C TSLA JUN 400 | 25 | 43.03 | 107,575.00 |
| 8/8/2018 | BO | C TSLA JUN 400 | 50 | 35.6414 | 178,207.00 |
| 8/8/2018 | BO | C TSLA JUN 400 | 2 | 36.465 | 7,293.00 |
| 8/8/2018 | BO | C TSLA JUN 400 | 46 | 36.59934783 | 168,357.00 |
| 8/8/2018 | BO | C TSLA JUN 400 | 50 | 36.7584 | 183,792.00 |
| 8/8/2018 | BO | C TSLA JUN 400 | 2 | 35.5 | 7,100.00 |
| 8/8/2018 | BO | C TSLA JUN 400 | 50 | 36.9834 | 184,917.00 |
| 8/8/2018 | BO | C TSLA JUN 400 | 50 | 37.1638 | 185,819.00 |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 35.1104 | (87,776.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.8388 | (87,097.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.628 | (86,570.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.532 | (86,330.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (19) | 34.62526316 | (65,788.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.6132 | (86,533.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.6172 | (86,543.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (5) | 34.58 | (17,290.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.3928 | (85,982.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.0204 | (85,051.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.006 | (85,015.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 33.9924 | (84,981.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 33.28 | (83,200.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (26) | 35.36038462 | (91,937.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 35.3164 | (88,291.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 35.3444 | (88,361.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 35.3536 | (88,384.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.7592 | (86,898.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 33.8564 | (84,641.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.6264 | (86,566.00) |
| 8/10/2018 | SC | C TSLA JUN 400 | (25) | 34.5848 | (86,462.00) |
| | | | | **Loss / (Gain) ($)** | 194,149.00 |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 4/13/2018 | BO | C TSLA JAN 400 | 25 | 43.1656 | 107,914.00 |
| 6/15/2018 | BO | C TSLA JAN 400 | 25 | 67.17 | 167,925.00 |
| 6/18/2018 | BO | C TSLA JAN 400 | 10 | 72.216 | 72,216.00 |
| 6/21/2018 | BO | C TSLA JAN 400 | 25 | 66.164 | 165,410.00 |
| 6/21/2018 | BO | C TSLA JAN 400 | 25 | 66.1 | 165,250.00 |
| 6/27/2018 | BO | C TSLA JAN 400 | 25 | 61.0948 | 152,737.00 |
| 6/27/2018 | BO | C TSLA JAN 400 | 25 | 61.1032 | 152,758.00 |
| 6/27/2018 | BO | C TSLA JAN 400 | 20 | 61.0585 | 122,117.00 |
| 6/27/2018 | BO | C TSLA JAN 400 | 20 | 61.063 | 122,126.00 |
| 6/29/2018 | BO | C TSLA JAN 400 | 25 | 67.348 | 168,370.00 |
| 6/29/2018 | BO | C TSLA JAN 400 | 25 | 67.3724 | 168,431.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 46.98 | 234,900.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 2 | 48.265 | 9,653.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 48 | 48.20625 | 231,390.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 48.248 | 241,240.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 15 | 48.83133333 | 73,247.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 48.4196 | 242,098.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 41 | 49.8704878 | 204,469.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 9 | 50.78777778 | 45,709.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 1 | 50.75 | 5,075.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 10 | 50 | 50,000.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 24 | 50.02625 | 120,063.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 10 | 50.832 | 50,832.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 50.5058 | 252,529.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 50.1252 | 250,626.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 50 | 51.0178 | 255,089.00 |
| 8/8/2018 | BO | C TSLA JAN 400 | 37 | 50.91216216 | 188,375.00 |

| Date | Action | Security | Qty | Price | Amount |
|---|---|---|---|---|---|
| 8/8/2018 | BO | C TSLA JAN 400 | 3 | 50.57 | 15,171.00 |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.774 | (124,435.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (10) | 49.744 | (49,744.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (1) | 49.93 | (4,993.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (2) | 49.825 | (9,965.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (24) | 49.80958333 | (119,543.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.7036 | (124,259.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (11) | 50.32545455 | (55,358.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (16) | 49.281875 | (78,851.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (9) | 50.03333333 | (45,030.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (1) | 50.15 | (5,015.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (1) | 49.23 | (4,923.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (10) | 49.184 | (49,184.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (8) | 49.84875 | (39,879.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (7) | 48.88857143 | (34,222.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.7496 | (124,374.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.6768 | (124,192.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.58 | (123,950.00) |
| 8/8/2018 | SC | C TSLA JAN 400 | (25) | 49.5428 | (123,857.00) |
| 8/9/2018 | SC | C TSLA JAN 400 | (25) | 45.88 | (114,700.00) |
| 8/9/2018 | SC | C TSLA JAN 400 | (25) | 46.55 | (116,375.00) |
| 8/9/2018 | SC | C TSLA JAN 400 | (25) | 46.5 | (116,250.00) |
| 8/9/2018 | SC | C TSLA JAN 400 | (9) | 46.43222222 | (41,789.00) |
| 8/9/2018 | SC | C TSLA JAN 400 | (10) | 46.45 | (46,450.00) |
| 8/9/2018 | SC | C TSLA JAN 400 | (15) | 46.3 | (69,450.00) |
| 8/9/2018 | SC | C TSLA JAN 400 | (13) | 46.4 | (60,320.00) |
| 8/9/2018 | SC | C TSLA JAN 400 | (3) | 46.3 | (13,890.00) |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 47.5804 | 118,951.00 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 47.3196 | 118,299.00 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 47.1648 | 117,912.00 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 47.0912 | 117,728.00 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 46.9264 | 117,316.00 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 46.5376 | 116,344.00 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 46.55 | 116,375.00 |
| 8/10/2018 | BO | C TSLA JAN 400 | 25 | 46.0944 | 115,236.00 |
| 8/15/2018 | SC | C TSLA JAN 400 | (50) | 34.4134 | (172,067.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (4) | 35.2925 | (14,117.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (22) | 35.66363636 | (78,460.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (24) | 34.57 | (82,968.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (18) | 34.04444444 | (61,280.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (10) | 33.326 | (33,326.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (8) | 32.695 | (26,156.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (8) | 33.1025 | (26,482.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (4) | 33.05 | (13,220.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (2) | 33.25 | (6,650.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (38) | 32.62815789 | (123,987.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (12) | 32.56333333 | (39,076.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (22) | 33.19863636 | (73,037.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (28) | 32.885 | (92,078.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (50) | 31.819 | (159,095.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (2) | 31.52 | (6,304.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (50) | 31.875 | (159,375.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (24) | 32.10208333 | (77,045.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (24) | 32.09875 | (77,037.00) |
| 8/15/2018 | SC | C TSLA JAN 400 | (25) | 34.0828 | (85,207.00) |
| 8/16/2018 | SC | C TSLA JAN 400 | (25) | 33.9544 | (84,886.00) |
| 8/17/2018 | SC | C TSLA JAN 400 | (25) | 30.9048 | (77,262.00) |
| 8/17/2018 | SC | C TSLA JAN 400 | (25) | 30.92 | (77,300.00) |
| 8/17/2018 | SC | C TSLA JAN 400 | (2) | 30.995 | (6,199.00) |
| 8/17/2018 | SC | C TSLA JAN 400 | (17) | 31.08588235 | (52,846.00) |
| 8/17/2018 | SC | C TSLA JAN 400 | (25) | 30.876 | (77,190.00) |
| 8/17/2018 | SC | C TSLA JAN 400 | (19) | 30.99947368 | (58,899.00) |
| 8/17/2018 | SC | C TSLA JAN 400 | (6) | 30.92333333 | (18,554.00) |
| 8/17/2018 | SC | C TSLA JAN 400 | (1) | 30.9 | (3,090.00) |
| 8/17/2018 | SC | C TSLA JAN 400 | (5) | 30.354 | (15,177.00) |

**Loss / (Gain) ($)**    1,274,513.00

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/1/2018 | BO | P TSLA JAN 400 | 5 | 102.254 | 51,127.00 |
| 2/1/2018 | BO | P TSLA JAN 400 | 5 | 103.892 | 51,946.00 |
| 2/1/2018 | BO | P TSLA JAN 400 | 5 | 104.538 | 52,269.00 |
| 2/2/2018 | BO | P TSLA JAN 400 | 5 | 107.066 | 53,533.00 |
| 2/5/2018 | BO | P TSLA JAN 400 | 5 | 111.872 | 55,936.00 |
| 2/5/2018 | BO | P TSLA JAN 400 | 5 | 110.984 | 55,492.00 |
| 2/12/2018 | BO | P TSLA JAN 400 | 19 | 126.3692 | 240,101.48 |
| 6/15/2018 | BO | P TSLA JAN 400 | 11 | 111.0390909 | 122,143.00 |
| 6/18/2018 | BO | P TSLA JAN 400 | 5 | 106.162 | 53,081.00 |
| 6/18/2018 | BO | P TSLA JAN 400 | 5 | 104.284 | 52,142.00 |
| 6/21/2018 | BO | P TSLA JAN 400 | 10 | 114.705 | 114,705.00 |
| 6/28/2018 | BO | P TSLA JAN 400 | 10 | 114.636 | 114,636.00 |
| 6/28/2018 | BO | P TSLA JAN 400 | 10 | 113.076 | 113,076.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 10 | 110.669 | 110,669.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 10 | 124.977 | 124,977.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 2 | 124.74 | 24,948.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 10 | 124.846 | 124,846.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 8 | 124.79125 | 99,833.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 10 | 124.604 | 124,604.00 |
| 7/18/2018 | BO | P TSLA JAN 400 | 25 | 126.4796 | 316,199.00 |
| 7/19/2018 | BO | P TSLA JAN 400 | 25 | 130.3168 | 325,792.00 |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 75 | (187,500.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (12) | 75 | (90,000.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 73.15 | (182,875.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 72.4156 | (181,039.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (13) | 72.5 | (94,250.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (15) | 73.7 | (110,550.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (10) | 72.45 | (72,450.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 73.62 | (184,050.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 72.946 | (182,365.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 71.5508 | (178,877.00) |
| | | | | Loss / (Gain) ($) | 918,099.48 |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.13 | 77,825.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.08 | 77,700.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.4 | 78,500.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.35 | 78,375.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.58 | 78,950.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.75 | 79,375.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.85 | 79,625.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.95 | 79,875.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.8 | 79,500.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.9 | 79,750.00 |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 16.9644 | (84,822.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (2) | 16.645 | (3,329.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (46) | 16.95369565 | (77,987.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 17.0036 | (85,018.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (2) | 17.05 | (3,410.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 17.39 | (86,950.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 17.2338 | (86,169.00) |
| | | | | Loss / (Gain) ($) | 361,790.00 |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 45.858 | 22,929.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.166 | 23,083.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.182 | 23,091.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.236 | 23,118.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.28 | 23,140.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.282 | 23,141.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.27 | 23,135.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.278 | 23,139.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.282 | 23,141.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.278 | 23,139.00 |

| Date | Action | Security | Qty | Price | Amount |
|---|---|---|---|---|---|
| 12/26/2017 | BO | C TSLA JAN 450 | 5 | 38.104 | 19,052.00 |
| 12/26/2017 | BO | C TSLA JAN 450 | 5 | 38.022 | 19,011.00 |
| 12/26/2017 | BO | C TSLA JAN 450 | 5 | 38.084 | 19,042.00 |
| 12/26/2017 | BO | C TSLA JAN 450 | 5 | 38.062 | 19,031.00 |
| 12/26/2017 | BO | C TSLA JAN 450 | 5 | 38.04 | 19,020.00 |
| 1/3/2018 | BO | C TSLA JAN 450 | 5 | 37.582 | 18,791.00 |
| 1/3/2018 | BO | C TSLA JAN 450 | 5 | 37.532 | 18,766.00 |
| 1/3/2018 | BO | C TSLA JAN 450 | 5 | 37.556 | 18,778.00 |
| 1/3/2018 | BO | C TSLA JAN 450 | 5 | 37.578 | 18,789.00 |
| 1/3/2018 | BO | C TSLA JAN 450 | 5 | 37.59 | 18,795.00 |
| 1/4/2018 | BO | C TSLA JAN 450 | 10 | 36.368 | 36,368.00 |
| 1/5/2018 | BO | C TSLA JAN 450 | 10 | 34.772 | 34,772.00 |
| 1/8/2018 | BO | C TSLA JAN 450 | 5 | 40.054 | 20,027.00 |
| 1/8/2018 | BO | C TSLA JAN 450 | 10 | 40.066 | 40,066.00 |
| 1/8/2018 | BO | C TSLA JAN 450 | 10 | 40.154 | 40,154.00 |
| 1/8/2018 | BO | C TSLA JAN 450 | 5 | 39.982 | 19,991.00 |
| 1/9/2018 | BO | C TSLA JAN 450 | 10 | 42.57 | 42,570.00 |
| 1/9/2018 | BO | C TSLA JAN 450 | 5 | 42.438 | 21,219.00 |
| 1/9/2018 | BO | C TSLA JAN 450 | 5 | 42.362 | 21,181.00 |
| 1/9/2018 | BO | C TSLA JAN 450 | 5 | 42.342 | 21,171.00 |
| 1/16/2018 | BO | C TSLA JAN 450 | 5 | 43.266 | 21,633.00 |
| 1/16/2018 | BO | C TSLA JAN 450 | 5 | 43.214 | 21,607.00 |
| 1/16/2018 | BO | C TSLA JAN 450 | 5 | 43.51 | 21,755.00 |
| 1/16/2018 | BO | C TSLA JAN 450 | 5 | 44.54 | 22,270.00 |
| 1/16/2018 | BO | C TSLA JAN 450 | 5 | 44.54 | 22,270.00 |
| 1/22/2018 | BO | C TSLA JAN 450 | 5 | 52.576 | 26,288.00 |
| 1/22/2018 | BO | C TSLA JAN 450 | 5 | 52.57 | 26,285.00 |
| 1/22/2018 | BO | C TSLA JAN 450 | 5 | 52.57 | 26,285.00 |
| 1/22/2018 | BO | C TSLA JAN 450 | 5 | 52.57 | 26,285.00 |
| 1/22/2018 | BO | C TSLA JAN 450 | 5 | 52.57 | 26,285.00 |
| 5/16/2018 | BO | C TSLA JAN 450 | 25 | 24.45 | 61,125.00 |
| 5/16/2018 | BO | C TSLA JAN 450 | 25 | 24.45 | 61,125.00 |
| 6/12/2018 | BO | C TSLA JAN 450 | 25 | 41.8416 | 104,604.00 |
| 6/12/2018 | BO | C TSLA JAN 450 | 25 | 41.6324 | 104,081.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 5 | 48.094 | 24,047.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 7 | 50.53 | 35,371.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 25 | 50.8156 | 127,039.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 25 | 50.9308 | 127,327.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 25 | 50.9748 | 127,437.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 5 | 50.814 | 25,407.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 9 | 50.92 | 45,828.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 4 | 50.89 | 20,356.00 |
| 6/22/2018 | BO | C TSLA JAN 450 | 10 | 42.5452 | 42,545.20 |
| 7/27/2018 | BO | C TSLA JAN 450 | 7 | 31.2 | 21,840.00 |
| 7/27/2018 | BO | C TSLA JAN 450 | 3 | 30.7 | 9,210.00 |
| 7/30/2018 | BO | C TSLA JAN 450 | 10 | 29.439 | 29,439.00 |
| 8/3/2018 | BO | C TSLA JAN 450 | 10 | 47.826 | 47,826.00 |
| 8/3/2018 | BO | C TSLA JAN 450 | 10 | 47.882 | 47,882.00 |
| 8/3/2018 | BO | C TSLA JAN 450 | 10 | 47.965 | 47,965.00 |
| 8/3/2018 | BO | C TSLA JAN 450 | 10 | 47.965 | 47,965.00 |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 26.42 | (132,100.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (2) | 27.705 | (5,541.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (48) | 27.48875 | (131,946.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 27.548 | (137,740.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (15) | 28.13133333 | (42,197.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 27.6696 | (138,348.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (41) | 29.0204878 | (118,984.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (9) | 29.77777778 | (26,800.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (1) | 29.65 | (2,965.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (10) | 28.86 | (28,860.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (24) | 28.78625 | (69,087.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (10) | 29.732 | (29,732.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 29.2358 | (146,179.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 28.7252 | (143,626.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 29.6178 | (148,089.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (37) | 29.62567568 | (109,615.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (3) | 29.07 | (8,721.00) |

**Loss / (Gain) ($)**     696,502.20

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 20.13 | (50,325.00) |
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 19.6 | (49,000.00) |
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 19.43 | (48,575.00) |
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 19.55 | (48,875.00) |
| 8/8/2018 | SO | C TSLA JUN 500 | (25) | 9.08 | (22,700.00) |
| 8/8/2018 | SO | C TSLA JUN 500 | (25) | 9.1 | (22,750.00) |
| 8/9/2018 | SO | C TSLA JUN 500 | (25) | 9.35 | (23,375.00) |
| 8/9/2018 | SO | C TSLA JUN 500 | (25) | 9.15 | (22,875.00) |
| 8/10/2018 | BC | C TSLA JUN 500 | 19 | 9.41105263 | 17,881.00 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 9.488 | 23,720.00 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 9.4928 | 23,732.00 |
| 8/10/2018 | BC | C TSLA JUN 500 | 5 | 9.48 | 4,740.00 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 9.8104 | 24,526.00 |
| 8/10/2018 | BC | C TSLA JUN 500 | 26 | 10.17769231 | 26,462.00 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 10.1872 | 25,468.00 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 10.2092 | 25,523.00 |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 10.1992 | 25,498.00 |
|  |  |  |  | **Loss / (Gain) ($)** | **(90,925.00)** |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.7184 | 99,296.00 |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.1996 | 97,999.00 |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.0704 | 97,676.00 |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 38.9332 | 97,333.00 |
| 6/29/2018 | BO | C TSLA JAN 500 | 13 | 39.34 | 51,142.00 |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.1788 | 97,947.00 |
| 6/29/2018 | BO | C TSLA JAN 500 | 12 | 39.04666667 | 46,856.00 |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.5296 | 98,824.00 |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.5708 | 98,927.00 |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 38.3072 | 95,768.00 |
| 6/29/2018 | BO | C TSLA JAN 500 | 4 | 38.13 | 15,252.00 |
| 6/29/2018 | BO | C TSLA JAN 500 | 21 | 38.2952381 | 80,420.00 |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.25 | (86,250.00) |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 16.25 | (81,250.00) |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.25 | (86,250.00) |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.25 | (86,250.00) |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.5 | (87,500.00) |
| 8/10/2018 | SO | C TSLA JAN 500 | (25) | 18.25 | (45,625.00) |
| 8/10/2018 | SO | C TSLA JAN 500 | (25) | 18.25 | (45,625.00) |
| 8/14/2018 | SO | C TSLA JAN 500 | (10) | 12.75 | (12,750.00) |
| 8/14/2018 | SO | C TSLA JAN 500 | (10) | 12.75 | (12,750.00) |
| 8/14/2018 | SO | C TSLA JAN 500 | (5) | 12.75 | (6,375.00) |
| 8/27/2018 | BC | C TSLA JAN 500 | 25 | 21.1 | 52,750.00 |
| 8/27/2018 | BC | C TSLA JAN 500 | 25 | 23.25 | 58,125.00 |
| 8/27/2018 | BC | C TSLA JAN 500 | 25 | 23.096 | 57,740.00 |
|  |  |  |  | **Loss / (Gain) ($)** | **595,430.00** |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/7/2018 | SO | C TSLA JUN 550 | (19) | 12.9 | (24,510.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (1) | 12.8 | (1,280.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (14) | 11.65 | (16,310.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (5) | 11.25 | (5,625.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (6) | 11.25 | (6,750.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (5) | 11.2 | (5,600.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (18) | 11.06277778 | (19,913.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (4) | 11.05 | (4,420.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (1) | 10.95 | (1,095.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (2) | 10.95 | (2,190.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (10) | 11.1 | (11,100.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (2) | 11.05 | (2,210.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (13) | 11 | (14,300.00) |
| 8/10/2018 | BC | C TSLA JUN 550 | 25 | 4.8 | 12,000.00 |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/10/2018 | BC | C TSLA JUN 550 | 25 | 5.2552 | 13,138.00 |
| 8/10/2018 | BC | C TSLA JUN 550 | 25 | 5.5764 | 13,941.00 |
| 8/10/2018 | BC | C TSLA JUN 550 | 25 | 5.5848 | 13,962.00 |
| | | | | Loss / (Gain) ($) | (62,262.00) |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/9/2018 | SO | C TSLA JAN 550 | (25) | 12.5 | (31,250.00) |
| 8/9/2018 | SO | C TSLA JAN 550 | (5) | 12.5 | (6,250.00) |
| 8/9/2018 | SO | C TSLA JAN 550 | (25) | 12.25 | (30,625.00) |
| 8/9/2018 | SO | C TSLA JAN 550 | (25) | 12.25 | (30,625.00) |
| 8/13/2018 | SO | C TSLA JAN 550 | (10) | 9.58 | (9,580.00) |
| 8/13/2018 | SO | C TSLA JAN 550 | (10) | 9.95 | (9,950.00) |
| 8/13/2018 | SO | C TSLA JAN 550 | (5) | 9.4 | (4,700.00) |
| 8/30/2018 | BC | C TSLA JAN 550 | 10 | 13.48 | 13,480.00 |
| 8/30/2018 | BC | C TSLA JAN 550 | 15 | 13.6 | 20,400.00 |
| 9/12/2018 | BC | C TSLA JAN 550 | 25 | 10.75 | 26,875.00 |
| 9/12/2018 | BC | C TSLA JAN 550 | 25 | 10.684 | 26,710.00 |
| 9/12/2018 | BC | C TSLA JAN 550 | 25 | 10.9 | 27,250.00 |
| 9/12/2018 | BC | C TSLA JAN 550 | 5 | 11.15 | 5,575.00 |
| | | | | Loss / (Gain) ($) | (2,690.00) |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 6/15/2018 | SO | C TSLA JAN 600 | (7) | 21.36 | (14,952.00) |
| 6/15/2018 | SO | C TSLA JAN 600 | (25) | 21.338 | (53,345.00) |
| 6/15/2018 | SO | C TSLA JAN 600 | (25) | 21.3512 | (53,378.00) |
| 6/15/2018 | SO | C TSLA JAN 600 | (25) | 21.338 | (53,345.00) |
| 6/15/2018 | SO | C TSLA JAN 600 | (5) | 21.412 | (10,706.00) |
| 6/15/2018 | SO | C TSLA JAN 600 | (9) | 21.31 | (19,179.00) |
| 6/15/2018 | SO | C TSLA JAN 600 | (4) | 21.285 | (8,514.00) |
| 6/22/2018 | SO | C TSLA JAN 600 | (25) | 17.8668 | (44,667.00) |
| 6/22/2018 | SO | C TSLA JAN 600 | (12) | 17.85416667 | (21,425.00) |
| 6/22/2018 | SO | C TSLA JAN 600 | (25) | 17.846 | (44,615.00) |
| 6/22/2018 | SO | C TSLA JAN 600 | (25) | 17.8452 | (44,613.00) |
| 6/22/2018 | SO | C TSLA JAN 600 | (1) | 17.84 | (1,784.00) |
| 6/22/2018 | SO | C TSLA JAN 600 | (6) | 17.57 | (10,542.00) |
| 6/22/2018 | SO | C TSLA JAN 600 | (6) | 17.84666667 | (10,708.00) |
| 6/25/2018 | SO | C TSLA JAN 600 | (25) | 18.1712 | (45,428.00) |
| 6/25/2018 | SO | C TSLA JAN 600 | (25) | 18.1888 | (45,472.00) |
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 7.284 | 18,210.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 10 | 7.254 | 7,254.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 1 | 7.58 | 758.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 2 | 7.575 | 1,515.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 24 | 7.81958333 | 18,767.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 8.0236 | 20,059.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 11 | 8.42545455 | 9,268.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 16 | 7.601875 | 12,163.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 9 | 8.48333333 | 7,635.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 1 | 8.5 | 850.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 1 | 7.47 | 747.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 10 | 7.584 | 7,584.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 8 | 8.25 | 6,600.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 7 | 7.33857143 | 5,137.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 7.9 | 19,750.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 7.83 | 19,575.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 7.734 | 19,335.00 |
| 8/8/2018 | BC | C TSLA JAN 600 | 25 | 7.7 | 19,250.00 |
| 8/9/2018 | SO | C TSLA JAN 600 | (10) | 9.15 | (9,150.00) |
| 8/9/2018 | SO | C TSLA JAN 600 | (15) | 9.05 | (13,575.00) |
| 8/9/2018 | SO | C TSLA JAN 600 | (25) | 9.5 | (23,750.00) |
| 8/17/2018 | BC | C TSLA JAN 600 | 19 | 5.04157895 | 9,579.00 |
| 8/17/2018 | BC | C TSLA JAN 600 | 6 | 4.93333333 | 2,960.00 |
| 9/12/2018 | BC | C TSLA JAN 600 | 25 | 7.8 | 19,500.00 |
| | | | | Loss / (Gain) ($) | (302,652.00) |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/13/2017 | SO | P TSLA JAN 600 | (5) | 271.222 | (135,611.00) |
| 12/19/2017 | SO | P TSLA JAN 600 | (5) | 269.12 | (134,560.00) |
| 12/26/2017 | SO | P TSLA JAN 600 | (5) | 285.63 | (142,815.00) |
| 1/3/2018 | SO | P TSLA JAN 600 | (5) | 283.73 | (141,865.00) |
| 1/8/2018 | SO | P TSLA JAN 600 | (3) | 286.9166667 | (86,075.00) |
| 1/8/2018 | SO | P TSLA JAN 600 | (2) | 277.09 | (55,418.00) |
| 1/8/2018 | SO | P TSLA JAN 600 | (5) | 276.788 | (138,394.00) |
| 1/8/2018 | SO | P TSLA JAN 600 | (5) | 276.27 | (138,135.00) |
| 1/8/2018 | SO | P TSLA JAN 600 | (5) | 276.284 | (138,142.00) |
| 1/8/2018 | SO | P TSLA JAN 600 | (5) | 276.26 | (138,130.00) |
| 1/8/2018 | SO | P TSLA JAN 600 | (5) | 276.26 | (138,130.00) |
| 7/18/2018 | SO | P TSLA JAN 600 | (25) | 287.9612 | (719,903.00) |
| 7/19/2018 | SO | P TSLA JAN 600 | (25) | 294.168 | (735,420.00) |
| 8/8/2018 | BC | P TSLA JAN 600 | 25 | 232.9356 | 582,339.00 |
| 8/8/2018 | BC | P TSLA JAN 600 | 25 | 233.0732 | 582,683.00 |
| 8/8/2018 | BC | P TSLA JAN 600 | 25 | 233.616 | 584,040.00 |
| 8/8/2018 | BC | P TSLA JAN 600 | 25 | 231.8964 | 579,741.00 |
| | | | | **Loss / (Gain) ($)** | **(513,795.00)** |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 6/29/2018 | SO | C TSLA JAN 650 | (25) | 17.9784 | (44,946.00) |
| 6/29/2018 | SO | C TSLA JAN 650 | (25) | 17.5504 | (43,876.00) |
| 6/29/2018 | SO | C TSLA JAN 650 | (25) | 17.402 | (43,505.00) |
| 6/29/2018 | SO | C TSLA JAN 650 | (25) | 17.2588 | (43,147.00) |
| 6/29/2018 | SO | C TSLA JAN 650 | (13) | 17.9 | (23,270.00) |
| 6/29/2018 | SO | C TSLA JAN 650 | (25) | 17.648 | (44,120.00) |
| 6/29/2018 | SO | C TSLA JAN 650 | (12) | 17.49583333 | (20,995.00) |
| 6/29/2018 | SO | C TSLA JAN 650 | (25) | 17.9828 | (44,957.00) |
| 6/29/2018 | SO | C TSLA JAN 650 | (25) | 18.0256 | (45,064.00) |
| 6/29/2018 | SO | C TSLA JAN 650 | (25) | 16.7924 | (41,981.00) |
| 6/29/2018 | SO | C TSLA JAN 650 | (4) | 16.69 | (6,676.00) |
| 6/29/2018 | SO | C TSLA JAN 650 | (21) | 16.7752381 | (35,228.00) |
| 8/9/2018 | BC | C TSLA JAN 650 | 9 | 7.05222222 | 6,347.00 |
| 8/9/2018 | BC | C TSLA JAN 650 | 13 | 7.15 | 9,295.00 |
| 8/9/2018 | BC | C TSLA JAN 650 | 3 | 7.26 | 2,178.00 |
| 8/15/2018 | BC | C TSLA JAN 650 | 25 | 4.05 | 10,125.00 |
| 8/15/2018 | BC | C TSLA JAN 650 | 25 | 4.25 | 10,625.00 |
| 8/15/2018 | BC | C TSLA JAN 650 | 15 | 4.25 | 6,375.00 |
| 8/15/2018 | BC | C TSLA JAN 650 | 10 | 4.3 | 4,300.00 |
| 8/15/2018 | BC | C TSLA JAN 650 | 25 | 4.15 | 10,375.00 |
| 8/16/2018 | BC | C TSLA JAN 650 | 25 | 4.1316 | 10,329.00 |
| 8/17/2018 | BC | C TSLA JAN 650 | 25 | 4.3648 | 10,912.00 |
| 8/17/2018 | BC | C TSLA JAN 650 | 25 | 4.38 | 10,950.00 |
| 8/17/2018 | BC | C TSLA JAN 650 | 2 | 3.475 | 695.00 |
| 8/17/2018 | BC | C TSLA JAN 650 | 17 | 3.69588235 | 6,283.00 |
| 8/17/2018 | BC | C TSLA JAN 650 | 25 | 3.826 | 9,565.00 |
| 8/17/2018 | BC | C TSLA JAN 650 | 1 | 3.85 | 385.00 |
| 8/17/2018 | BC | C TSLA JAN 650 | 5 | 3.31 | 1,655.00 |
| | | | | **Loss / (Gain) ($)** | **(327,371.00)** |