# EXHIBIT C

# Keller Lenkner LLC Files Class Action Suit Against Elon Musk and Tesla, Inc.

NEWS PROVIDED BY
**Keller Lenkner LLC** →
Aug 10, 2018, 18:51 ET

CHICAGO, Aug. 10, 2018 /PRNewswire/ -- Keller Lenkner LLC ("Keller Lenkner") today announced that a class action has been commenced on behalf of all purchasers of securities of Tesla, Inc. ("Tesla" or the "Company") (NASDAQ : TSLA ) after 12:48pm eastern standard time on August 7, 2018 through and including August 8, 2018 (the "Class Period").  The action was filed in the Northern District of California and is captioned *Kalman Isaacs v. Elon Musk, et al.*, No. 3:18-cv-04865.

The complaint charges that defendant Elon Musk ("Musk"), the Company's Chairman and Chief Executive Officer, and Tesla, violated the Securities Exchange Act of 1934 by issuing false and misleading statements regarding Musk taking the Company private.  In particular, and importantly, at 12:48pm eastern standard time on August 7, 2018, Musk issued a statement via Twitter that "funding" for the deal had been "secured" ("Funding secured").  In reaction to Musk's Tweet, the price of Tesla's stock soared to an intra-day high of $387.46, $45.47 above the previous day's closing price, closing at $379.57 per share.  Musk, however, was not telling the truth.  Rather, he had Tweeted to decimate the Company's short-sellers who were forced to cover their positions over the succeeding days at artificially inflated prices.  Indeed, the price of Tesla stock also remained inflated throughout the next day, August 8, 2018.

If you wish to serve as lead plaintiff for the Class, you must file a motion with the Court no later than October 9, 2018, which is the first business day on which the District Court for the Northern District of California is open that is 60 days after the publication date of August 10,

2018.  Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice.

The plaintiff is represented by Keller Lenkner.  If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Ashley Keller of Keller Lenkner at 312-741-5220, or via e-mail at ack@kellerlenkner.com

Keller Lenkner pursues high-stakes litigation for plaintiffs across a variety of claims and practice areas. Its lawyers are uniquely situated at the intersection of law and finance, with experience that includes litigating in courts throughout the country as well as co-founding the world's largest private litigation finance firm. www.kellerlenkner.com

SOURCE Keller Lenkner LLC

Related Links

http://www.kellerlenkner.com