**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Glen Littleton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | No. 3:18-cv-04865-EMC<br><br>Hon. Edward M. Chen<br><br>**CERTIFICATION PURSUANT TO LOCAL RULE 3-15**<br><br>Date: November 15, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5-17th Floor |
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., and ELON MUSK,<br><br>Defendants. | No. 3:18-cv-04876-EMC<br><br>Hon. Edward M. Chen |

CERTIFICATION PURSUANT TO LOCAL RULE 3-15
Nos. 3:18-cv-04865-EMC, 3:18-cv-04876-EMC, 3:18-cv-04912-EMC, 3:18-cv-04939-EMC;
3:18-cv-04948-EMC, 3:18-cv-05258-EMC, 3:18-cv-05463-EMC, 3:18-cv-05470-EMC, and 3:18-cv-05899-EM

| | |
|---|---|
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | No. 3:18-cv-04912-EMC |
| Plaintiff, | Hon. Edward M. Chen |
| v. | |
| TESLA, INC. and ELON MUSK, | |
| Defendants. | |
| CARLOS MAIA, on behalf of himself and all other similarly situated, | No. 3:18-cv-04939-EMC |
| Plaintiff, | Hon. Edward M. Chen |
| v. | |
| TESLA, INC., and ELON R. MUSK, | |
| Defendants. | |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | No. 3:18-cv-04948-EMC |
| Plaintiff, | Hon. Edward M. Chen |
| v. | |
| TESLA, INC., and ELON MUSK, | |
| Defendants. | |
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated, | No. 3:18-cv-05258-EMC |
| Plaintiff, | Hon. Edward M. Chen |
| vs. | |
| TESLA, INC., and ELON R. MUSK, | |
| Defendants. | |

CERTIFICATION PURSUANT TO LOCAL RULE 3-15
Nos. 3:18-cv-04865-EMC, 3:18-cv-04876-EMC, 3:18-cv-04912-EMC, 3:18-cv-04939-EMC;
3:18-cv-04948-EMC, 3:18-cv-05258-EMC, 3:18-cv-05463-EMC, 3:18-cv-05470-EMC, and 3:18-cv-05899-EMC

| | |
|---|---|
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | No. 3:18-cv-05463-EMC<br><br>Hon. Edward M. Chen |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | No. 3:18-cv-05470-EMC<br><br>Hon. Edward M. Chen |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation , and ELON R. MUSK, an individual,<br><br>Defendants. | No. 3:18-cv-05899-EMC<br><br>Hon. Edward M. Chen |

CERTIFICATION PURSUANT TO LOCAL RULE 3-15
Nos. 3:18-cv-04865-EMC, 3:18-cv-04876-EMC, 3:18-cv-04912-EMC, 3:18-cv-04939-EMC;
3:18-cv-04948-EMC, 3:18-cv-05258-EMC, 3:18-cv-05463-EMC, 3:18-cv-05470-EMC, and 3:18-cv-05899-EMC

1  Pursuant to Northern District Local Rule 3-15, I, Adam C. McCall, declare as follows:

2  I certify that as of this date, other than the named parties and Movant Glen Littleton, there is
3  no such interest to report.

4  I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct.  Executed this 9th day of October, 2018.

6

7  /s/ Adam C. McCall
   ADAM C. MCCALL

8

CERTIFICATION PURSUANT TO LOCAL RULE 3-15
Nos. 3:18-cv-04865-EMC, 3:18-cv-04876-EMC, 3:18-cv-04912-EMC, 3:18-cv-04939-EMC;
3:18-cv-04948-EMC, 3:18-cv-05258-EMC, 3:18-cv-05463-EMC, 3:18-cv-05470-EMC, and 3:18-cv-05899-EMC
1