Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Movant Bridgestone Investment Corporation Limited
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-004865-EMC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING BRIDGESTONE INVESTMENT CORPORATION LIMITED'S MOTION FOR: (I) CONSOLIDATION OF RELATED ACTIONS; (II) APPOINTMENT AS LEAD PLAINTIFF; AND (III) FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL<br><br>Judge:      Hon. Edward M. Chen<br>Date:       November 15, 2018<br>Time:       1:30 P.M.<br>Courtroom: Courtroom 5 – 17th Floor |

[PROPOSED] ORDER GRANTING BRIDGESTONE'S MOTION FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

CASE NO. 3:18-CV-04865-EMC

| | | |
|---|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated, | ) ) | No. 18-cv-04876-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC., and ELON MUSK, | ) ) | |
| Defendants. | ) ) ) | |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 18-cv-04912-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON MUSK, | ) ) | |
| Defendants. | ) ) ) | |
| CARLOS MAIA, on behalf of himself and all others similarly situated, | ) ) | No. 18-cv-04939-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON R. MUSK, | ) ) | |
| Defendants. | ) ) ) | |

CASE NO. 3:18-CV-04865-EMC
[PROPOSED] ORDER GRANTING BRIDGESTONE'S MOTION FOR CONSOLIDATION;
APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | | |
|---|---|---|
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 18-cv-04948-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON MUSK, | ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 18-cv-05258-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON R. MUSK, | ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 18-cv-05463-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC., and ELON R. MUSK, | ) ) | |
| Defendants. | ) ) ) | |

CASE NO. 3:18-CV-04865-EMC

[PROPOSED] ORDER GRANTING BRIDGESTONE'S MOTION FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | | |
|---|---|---|
| ZHI XING FAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 18-cv-05470-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON R. MUSK, | ) ) ) | |
| Defendants. | ) ) ) | |
| SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated, | ) ) ) ) ) | No. 18-cv-05899-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, | ) ) ) ) | |
| Defendants. | ) | |

CASE NO. 3:18-CV-04865-EMC

[PROPOSED] ORDER GRANTING BRIDGESTONE'S MOTION FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

1   Before this Court is the Motion of Bridgestone Investment Corporation Limited for (i)
2   Consolidation of the above-captioned related actions; and (ii) Appointment as Lead Plaintiff; and
3   (iii) Approval of Its Selection of Lead Counsel (the "Motion").  The Court, having considered the
4   Motion and the accompanying Memorandum of Points and Authorities, finds that said Motion is
5   well taken and, accordingly, it is hereby:

6   ORDERED that the Motion is GRANTED:

7   (a)   The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

8   (b)   Bridgestone Investment Corporation Limited is appointed as Lead Plaintiff for the
9   putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and

10   (c)   Kahn Swick & Foti, LLC is approved as Lead Counsel for the putative Class pursuant
11   to the PSLRA.

13   Signed this _____ day of _____, 2018.

16   THE HONORABLE EDWARD M. CHEN
17   UNITED STATES DISTRICT COURT