DAVID W. HALL (274921)
dhall@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA  94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Proposed Liaison Counsel for the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.:  3:18-cv-04865-EMC<br><br>**DECLARATION OF LAURENCE HASSON IN SUPPORT OF THE TESLA INVESTOR GROUP'S MOTION TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>**CLASS ACTION**<br><br>JUDGE:  Edward M. Chen<br>Hearing Date: November 15, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5-17th Floor (San Francisco) |
| WILLIAM CHAMBERLAIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA INC., and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04876-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:  Edward M. Chen |

| | |
|---|---|
| JOHN YEAGER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TESLA, INC. and ELON MUSK,<br><br>    Defendants. | Case No.:  3:18-cv-04912-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:  Edward M. Chen |
| CARLOS MAIA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No.:  3:18-cv-04939-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:  Edward M. Chen |

00490341;V1

DECLARATION OF LAURENCE HASSON IN SUPPORT OF THE TESLA INVESTOR GROUP'S MOTION TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

| | |
|---|---|
| KEWAL DUA, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>TESLA, INC. and ELON MUSK,<br><br>        Defendants. | Case No.:   4:18-cv-04948-HSG<br><br>**CLASS ACTION**<br><br>JUDGE:   Haywood S. Gilliam, Jr. |
| JOSHUA HORWITZ, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>       Defendants. | Case No.:   3:18-CV-05258-JSW<br><br>**CLASS ACTION**<br><br>JUDGE:   Jeffrey S. White |

00490341;V1

DECLARATION OF LAURENCE HASSON IN SUPPORT OF THE TESLA INVESTOR GROUP'S
MOTION TO CONSOLIDATE RELATED ACTIONS,
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

| | |
|---|---|
| ANDREW E. LEFT, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TESLA, INC., AND ELON R. MUSK,<br><br>　　　　　　Defendants. | Case No.:　3:18-CV-05463-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:　Edward M. Chen |
| ZHI XING FAN, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>　　　　　　Defendants. | Case No.:　4:18-cv-05470-YGR<br><br>**CLASS ACTION**<br><br>JUDGE:　Yvonne Gonzalez Rogers |

00490341;V1
DECLARATION OF LAURENCE HASSON IN SUPPORT OF THE TESLA INVESTOR GROUP'S
MOTION TO CONSOLIDATE RELATED ACTIONS,
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

I, LAURENCE HASSON, hereby declare under penalty of perjury that:

1. I am a partner at Bernstein Liebhard LLP. I make this Declaration in Support of Jiri Kulik, Jason Han, Esmaeil Riahi, Deepak Mehta, and Raghunath Nama (collectively, the "Tesla Investor Group")'s Motion to Consolidate Related Actions, for Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B: The Tesla Investor Group's sworn certifications pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C: The Tesla Investor Group's Loss Chart;

Exhibit D: Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E: Firm Résumé of Hedin Hall LLP.

Executed: October 9, 2018                 /s/ Laurence Hasson
                                          LAURENCE HASSON

00490341;V1

DECLARATION OF LAURENCE HASSON IN SUPPORT OF THE TESLA INVESTOR GROUP'S
MOTION TO CONSOLIDATE RELATED ACTIONS,
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

# CERTIFICATE OF SERVICE

I, David W. Hall, hereby certify that on October 9, 2018, a true and correct copy of the annexed **DECLARATION OF LAURENCE HASSON IN SUPPORT OF THE TESLA INVESTOR GROUP'S MOTION TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 9, 2018                                        /s/David W. Hall

00490341;V1

DECLARATION OF LAURENCE HASSON IN SUPPORT OF THE TESLA INVESTOR GROUP'S
MOTION TO CONSOLIDATE RELATED ACTIONS,
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL