# Exhibit C

**Tesla, Inc.**
**Class Period: August 7, 2018 - August 17, 2018**                                                        **Common Stock Hold Price:** $295.70

**The Tesla Investor Group Loss Chart**

| | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MOVANT | SECURITY | DATE | SHARES/ CONTRACTS | PURCHASE PRICE (1) | PURCHASE AMOUNT | DATE | SHARES/ CONTRACTS | SALES PRICE (1) | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
| Jiri Kulik | Common Stock | 08/09/18 | 10,270 | $365.55 | $3,754,198.50 | | | | $0.00 | 10,270 | $3,036,844.85 | ($717,353.65) |
| **Jiri Kulik Totals** | | | **10,270** | | **$3,754,198.50** | | **-** | | **$0.00** | **10,270** | **$3,036,844.85** | **($717,353.65)** |
| Raghunath S. Nama | Common Stock | 08/07/18 | 140 | $377.40 | $52,836.00 | 08/08/18 | 140 | $370.00 | $51,800.00 | | | |
| | Jan 18th 2019 350 SP calls | 08/07/18 | 56 | $50.88 | $284,928.00 | 08/09/18 | 56 | $43.50 | $243,600.00 | | | |
| | Sep 21st 2018 350 SP calls | 08/08/18 | 8 | $35.77 | $28,616.00 | Expired | 8 | $0.00 | $0.00 | | | |
| | Jan 18th 2019 350 SP calls | 08/08/18 | 7 | $51.18 | $35,826.00 | 08/09/18 | 7 | $43.46 | $30,422.00 | | | |
| | Jan 18th 2019 350 SP calls | 08/08/18 | 13 | $51.37 | $66,781.00 | 08/09/18 | 13 | $43.56 | $56,628.00 | | | |
| | Jan 18th 2019 350 SP calls | 08/08/18 | 24 | $51.34 | $123,216.00 | 08/09/18 | 24 | $42.15 | $101,160.00 | | | |
| | Sep 21st 2018 370 SP calls | 08/09/18 | 12 | $18.50 | $22,200.00 | Expired | 12 | $0.00 | $0.00 | | | |
| | Jan 18th 2019 370 SP calls | 08/09/18 | 6 | $3.12 | $1,872.00 | Held | 6 | $12.69 | $7,614.00 | | | |
| | Jan 18th 2019 370 SP calls | 08/09/18 | 33 | $32.55 | $107,415.00 | 08/29/18 | 33 | $18.29 | $60,344.63 | | | |
| | Jan 18th 2019 370 SP calls | 08/09/18 | 56 | $33.15 | $185,640.00 | 08/29/18 | 56 | $18.29 | $102,403.00 | | | |
| | Jan 18th 2019 370 SP calls | 08/09/18 | 29 | $33.19 | $96,251.00 | Held | 29 | $12.69 | $36,801.00 | | | |
| | Jan 18th 2019 370 SP calls | 08/09/18 | 19 | $33.40 | $63,460.00 | 09/26/18 | 19 | $16.06 | $30,514.00 | | | |
| | Jan 18th 2019 370 SP calls | 08/09/18 | 37 | $32.38 | $119,806.00 | Held | 37 | $12.69 | $46,953.00 | | | |
| | Jan 18th 2019 420 SP calls | *08/29/18* | *56* | *$5.90* | $33,040.00 | 08/07/18 | 56 | $18.98 | $106,288.00 | | | |
| | Jan 18th 2019 420 SP calls | Held | 10 | $4.95 | $4,950.00 | 08/07/18 | 10 | $19.00 | $19,000.00 | | | |
| | Jan 18th 2019 420 SP calls | *09/26/18* | *13* | *$5.41* | $7,036.71 | 08/08/18 | 13 | $16.44 | $21,372.00 | | | |
| | Sep 21st 2018 420 SP calls | Expired | 8 | $0.00 | $0.00 | 08/08/18 | 8 | $4.43 | $3,544.00 | | | |
| | Jan 18th 2019 420 SP calls | Held | 29 | $4.95 | $14,355.00 | 08/08/18 | 29 | $14.58 | $42,282.00 | | | |
| | Jan 18th 2019 420 SP calls | Held | 24 | $4.95 | $11,880.00 | 08/08/18 | 24 | $16.50 | $39,600.00 | | | |
| | Jan 18th 2019 420 SP calls | *08/29/18* | *33* | *$5.90* | $19,470.00 | 08/09/18 | 33 | $13.65 | $45,045.00 | | | |
| | Jan 18th 2019 420 SP calls | *09/26/18* | *6* | *$6.77* | $4,062.00 | 08/09/18 | 6 | $14.12 | $8,472.00 | | | |
| | Jan 18th 2019 420 SP calls | Held | 6 | $4.95 | $2,970.00 | 08/09/18 | 6 | $15.23 | $9,138.00 | | | |
| | Jan 18th 2019 420 SP calls | Held | 13 | $4.95 | $6,435.00 | 08/09/18 | 13 | $13.74 | $17,862.00 | | | |
| **Raghunath S. Nama Totals** | | | **638** | | **$1,293,045.71** | | **638** | | **$1,080,842.63** | **-** | **$0.00** | **($212,203.09)** |
| Esmaeil Riahi | Common Stock | 08/08/18 | 100 | $370.88 | $37,088.00 | *08/20/18* | *2,100* | *$308.44* | $647,724.00 | | | |
| | Common Stock | 08/08/18 | 1,800 | $372.00 | $669,600.00 | | | | $0.00 | | | |
| | Common Stock | 08/09/18 | 200 | $361.72 | $72,343.40 | | | | $0.00 | | | |
| **Esmaeil Riahi Totals** | | | **2,100** | | **$779,031.40** | | **2,100** | | **$647,724.00** | **-** | **$0.00** | **($131,307.40)** |
| Jason Han | Common Stock | 08/09/18 | 700 | $361.80 | $253,260.00 | 08/15/18 | 100 | $337.03 | $33,703.00 | | | |
| | Common Stock | 08/09/18 | 3,000 | $364.00 | $1,092,000.00 | 08/15/18 | 150 | $337.01 | $50,551.50 | | | |
| | Common Stock | 08/10/18 | 700 | $358.95 | $251,265.00 | 08/15/18 | 450 | $337.00 | $151,650.00 | | | |
| | Common Stock | | | | | 08/15/18 | 45 | $336.24 | $15,130.80 | | | |
| | Common Stock | | | | | 08/15/18 | 23 | $336.20 | $7,732.60 | | | |
| | Common Stock | | | | | 08/15/18 | 511 | $336.22 | $171,808.42 | | | |
| | Common Stock | | | | | 08/15/18 | 18 | $336.04 | $6,048.72 | | | |
| | Common Stock | | | | | 08/15/18 | 123 | $336.16 | $41,347.68 | | | |
| | Common Stock | | | | | 08/15/18 | 435 | $336.02 | $146,168.70 | | | |
| | Common Stock | | | | | 08/15/18 | 596 | $336.01 | $200,261.96 | | | |
| | Common Stock | | | | | 08/15/18 | 609 | $336.12 | $204,697.08 | | | |
| | Common Stock | | | | | 08/15/18 | 395 | $336.15 | $132,779.25 | | | |
| | Common Stock | | | | | 08/15/18 | 245 | $336.00 | $82,320.00 | | | |
| | Common Stock | | | | | 08/15/18 | 700 | $336.36 | $235,454.94 | | | |
| **Jason Han Totals** | | | **4,400** | | **$1,596,525.00** | | **4,400** | | **$1,479,654.65** | **-** | **$0.00** | **($116,870.35)** |
| Deepak Mehta | Common Stock | 08/08/18 | 1,000 | $378.71 | $378,710.00 | *08/20/18* | *1,000* | *$308.44* | $308,440.00 | 0 | $0.00 | ($70,270.00) |
| **Deepak Mehta Totals** | | | **1,000** | | **$378,710.00** | | **1,000** | | **$308,440.00** | **-** | **$0.00** | **($70,270.00)** |
| **GRAND TOTALS** | | | | | | | | | | | | **($1,248,004.49)** |

(1) Long securities positions closed within 90 days after the class period *(italicized)* have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale. Call position purchases closing class period opening transactions*(scrick gf +)* have been valued at the lower price between the actual purchase price and the average closing price from the end of the class period to the date of purchase.

Jan 18th 2019 420 call positions open as of the date of this filing are valued using the average price of $4.95 per contract

Jan 18th 2019 370 SP call positions open as of the date of this filing are valued using the average price of $12.69 per contract