DAVID W. HALL (274921)
dhall@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Proposed Liaison Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ELON MUSK and TESLA, INC,<br><br>　　　　　Defendants. | Case No.: 3:18-cv-04865-EMC<br><br>**CERTIFICATION OF ATTORNEY DAVID W. HALL PURSUANT TO LOCAL RULE 3-7(d)**<br><br>**CLASS ACTION**<br><br>JUDGE: Edward M. Chen<br>Hearing Date: November 15, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5-17th Floor (San Francisco) |
| WILLIAM CHAMBERLAIN, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TESLA INC., and ELON MUSK,<br><br>　　　　　Defendants. | Case No.: 3:18-cv-04876-EMC<br><br>**CLASS ACTION**<br><br>JUDGE: Edward M. Chen |

00490340;V1

|  |  |
|---|---|
| JOHN YEAGER, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>TESLA, INC. and ELON MUSK,<br><br>            Defendants. | Case No.:  3:18-cv-04912-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:   Edward M. Chen |
| CARLOS MAIA, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>            Defendants. | Case No.:  3:18-cv-04939-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:   Edward M. Chen |

00490340;V1

CERTIFICATION OF ATTORNEY DAVID W. HALL PURSUANT TO LOCAL RULE 3-7(d)

| | |
|---|---|
| KEWAL DUA, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>TESLA, INC. and ELON MUSK,<br><br>        Defendants. | Case No.:  4:18-cv-04948-HSG<br><br>**CLASS ACTION**<br><br>JUDGE:  Haywood S. Gilliam, Jr. |
| JOSHUA HORWITZ, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>       Defendants. | Case No.:  3:18-CV-05258-JSW<br><br>**CLASS ACTION**<br><br>JUDGE:  Jeffrey S. White |

00490340;V1

CERTIFICATION OF ATTORNEY DAVID W. HALL PURSUANT TO LOCAL RULE 3-7(d)

|  |  |
|---|---|
| ANDREW E. LEFT, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>TESLA, INC., AND ELON R. MUSK,<br><br>          Defendants. | Case No.:   3:18-CV-05463-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:   Edward M. Chen |
| ZHI XING FAN, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>          Defendants. | Case No.:   4:18-cv-05470-YGR<br><br>**CLASS ACTION**<br><br>JUDGE:   Yvonne Gonzalez Rogers |

Pursuant to Northern District Local Rule 3-7(d), I, DAVID W. HALL, declare under penalty of perjury, that I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

Executed: October 9, 2018          /s/ David W. Hall
                                   DAVID W. HALL

00490340;V1

CERTIFICATION OF ATTORNEY DAVID W. HALL PURSUANT TO LOCAL RULE 3-7(d)

**CERTIFICATE OF SERVICE**

    I, David W. Hall, hereby certify that on October 9, 2018, a true and correct copy of the annexed **CERTIFICATION OF ATTORNEY DAVID W. HALL PURSUANT TO LOCAL RULE 3-7(d)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 9, 2018                                            /s/David W. Hall