DAVID W. HALL (274921)
dhall@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA  94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Proposed Liaison Counsel for the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC,<br><br>Defendants. | Case No.:  3:18-cv-04865-EMC<br><br>**CERTIFICATION PURSUANT TO LR 3-15**<br><br>**CLASS ACTION**<br><br>JUDGE:  Edward M. Chen<br>Hearing Date: November 15, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5-17th Floor (San Francisco) |
| WILLIAM CHAMBERLAIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA INC., and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04876-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:  Edward M. Chen |

| | |
|---|---|
| JOHN YEAGER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TESLA, INC. and ELON MUSK,<br><br>    Defendants. | Case No.:  3:18-cv-04912-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:   Edward M. Chen |
| CARLOS MAIA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No.:  3:18-cv-04939-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:   Edward M. Chen |

00490339;V1

CERTIFICATION PURSUANT TO LR 3-15

| | |
|---|---|
| KEWAL DUA, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        vs.<br><br>TESLA, INC. and ELON MUSK,<br><br>                Defendants. | Case No.:   4:18-cv-04948-HSG<br><br>**CLASS ACTION**<br><br>JUDGE:   Haywood S. Gilliam, Jr. |
| JOSHUA HORWITZ, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        vs.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>                Defendants. | Case No.:   3:18-CV-05258-JSW<br><br>**CLASS ACTION**<br><br>JUDGE:   Jeffrey S. White |

00490339;V1

CERTIFICATION PURSUANT TO LR 3-15

| | |
|---|---|
| ANDREW E. LEFT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., AND ELON R. MUSK,<br><br>Defendants. | Case No.:   3:18-CV-05463-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:   Edward M. Chen |
| ZHI XING FAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.:   4:18-cv-05470-YGR<br><br>**CLASS ACTION**<br><br>JUDGE:   Yvonne Gonzalez Rogers |

Pursuant to Northern District Local Rule 3-15, the undersigned certifies that as of this date, other than Lead Plaintiff Movant Jiri Kulik, Jason Han, Esmaeil Riahi, Deepak Mehta, and Raghunath Nama (collectively, the "Tesla Investor Group"), there is no such interest to report.

Executed: October 9, 2018          /s/ David W. Hall
                                                     David W. Hall

00490339;V1

CERTIFICATION PURSUANT TO LR 3-15

## CERTIFICATE OF SERVICE

I, David W. Hall, hereby certify that on October 9, 2018, a true and correct copy of the annexed **CERTIFICATION PURSUANT TO LR 3-16** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 9, 2018                                                      /s/David W. Hall