**KELLER LENKNER LLC**
Ashley C. Keller (*admitted pro hac vice*)
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Telephone: (312) 741-5222
ack@kellerlenkner.com

**KELLER LENKNER LLC**
U. Seth Ottensoser (*admitted pro hac vice*)
1330 Avenue of the Americas, Suite 23A
New York, NY 10019
Telephone: (212) 653-9715
so@kellerlenkner.com

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
David J. Schwartz
Francis P. McConville
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
dschwartz@labaton.com
fmcconville@labaton.com

*Counsel for the Tesla Investor Group and Proposed Co-Lead Counsel for the Class*
[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC,<br><br>Defendants.<br><br>*(caption continues on the following pages)* | Case No. 3:18-cv-04865-EMC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES M. WAGSTAFFE IN SUPPORT OF MOTION OF THE TESLA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:       November 15, 2018<br>Time:       1:30 p.m.<br>Courtroom: 5 – 17th Floor<br>Judge:      Hon. Edward M. Chen |

DECLARATION OF JAMES M. WAGSTAFFE
CASE NO. 3:18-cv-04865-EMC

| | | |
|---|---|---|
| 1 | WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04876-EMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | TESLA INC., and ELON MUSK, | |
| 6 | Defendants. | |
| 7 | | |
| 8 | JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04912-EMC |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | TESLA, INC. and ELON MUSK, | |
| 12 | Defendants. | |
| 13 | | |
| 14 | CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04939-EMC |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | TESLA, INC. and ELON R. MUSK, | |
| 18 | Defendants. | |
| 19 | | |
| 20 | KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04948-EMC |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | TESLA, INC. and ELON MUSK, | |
| 24 | Defendants. | |
| 25 | *(caption continues on the following page)* | |

DECLARATION OF JAMES M. WAGSTAFFE
CASE NO. 3:18-cv-04865-EMC

2

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 4:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No. 3:18-cv-05899-EMC |

1  I, James M. Wagstaffe, declare as follows:

2  I am a member in good standing of the bar of the State of California and am admitted to
3  practice before this Court. I am a partner at Kerr & Wagstaffe LLP, proposed Liaison Counsel
4  for the Class. I submit this declaration in support of the motion filed by Andrew E. Left,
5  PROtecto Informatikai Szolgáltató Korlátolt Felelősségű Társaság, Thierry Boutin, Dr. Abrar
6  Shirazi, and Vilas Capital Management, LLC (collectively, the "Tesla Investor Group"), for the
7  entry of an Order: (1) consolidating the above-captioned actions pursuant to Fed. R. Civ. P. 42;
8  (2) appointing the Tesla Investor Group as Lead Plaintiff pursuant to the Private Securities
9  Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; (3) approving its selection
10 of Keller Lenkner LLC ("Keller Lenkner") and Labaton Sucharow LLP ("Labaton Sucharow")
11 as Co-Lead Counsel and Kerr & Wagstaffe LLP as Liaison Counsel for the Class (the "Motion");
12 and (4) granting such other and further relief as the Court may deem just and proper.

13  Attached as Exhibits A through I are true and correct copies of the following documents:

14  EXHIBIT A:  Signed Certifications by members of the Tesla Investor Group, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2);

15
16  EXHIBIT B:  A chart reflecting the Tesla Investor Group's Class Period transactions in Tesla securities and approximate losses;

17  EXHIBIT C:  Notice of pendency of *Kalman Isaacs v. Elon Musk,* No. 3:18-cv-04865-EMC (N.D. Cal.), published on August 10, 2018;

18
19  EXHIBIT D:  Joint Declaration of members of the Tesla Investor Group;

20  EXHIBIT E:  Firm Resume of Keller Lenkner;

21  EXHIBIT F:  Firm resume of Labaton Sucharow;

22  EXHIBIT G:  Biography of James M. Wagstaffe;

23  EXHIBIT H:  Draft of proposed motion to partially lift the PSLRA discovery stay and accompanying exhibits; and

24  EXHIBIT I:  Curriculum Vitae of Harvey L. Pitt.

25
26  I hereby declare under penalty of perjury that the foregoing is true and correct.

27                               */s/ James M. Wagstaffe*
                             James M. Wagstaffe

28