**Exhibit A**

## CERTIFICATION

I, Andrew E. Left, hereby certify as follows:

1. I have reviewed a complaint filed against Tesla, Inc. ("Tesla") alleging violations of the federal securities laws, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint;

2. I did not transact in the securities of Tesla at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. I am willing to serve as a lead plaintiff or representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. My transactions in Tesla securities during the Class Period are reflected in Exhibit A, attached hereto;

5. I have not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

Beyond my pro rata share of any recovery, I will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 31st day of August, 2018.

_____
Andrew E. Left

# EXHIBIT A

## TRANSACTIONS IN TESLA, INC.

| Account | Security | Transaction Type | Trade Date | Quantity | Unit Price | Cost/Proceeds |
|---|---|---|---|---|---|---|
| Account 1 | TSLA Common Stock | Buy | 8/7/2018 | 9,000.00 | $350.07 | ($3,150,630.00) |
| Account 1 | TSLA Common Stock | Sell | 8/7/2018 | -9,000.00 | $342.29 | $3,080,610.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 3,000.00 | $344.70 | ($1,034,100.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/7/2018 | -6,000.00 | $342.57 | $2,055,420.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 5,000.00 | $346.18 | ($1,730,900.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/7/2018 | -2,000.00 | $340.88 | $681,760.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 2,000.00 | $353.85 | ($707,700.00) |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 1,000.00 | $353.85 | ($353,850.00) |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 9,000.00 | $353.85 | ($3,184,650.00) |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 3,000.00 | $353.85 | ($1,061,550.00) |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 4,000.00 | $355.96 | ($1,423,840.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/7/2018 | -7,000.00 | $359.25 | $2,514,750.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 2,000.00 | $361.97 | ($723,940.00) |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 3,500.00 | $368.43 | ($1,289,505.00) |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 1,500.00 | $367.74 | ($551,610.00) |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 1,000.00 | $367.74 | ($367,740.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/7/2018 | -8,000.00 | $358.23 | $2,865,840.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 4,000.00 | $361.78 | ($1,447,120.00) |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 4,000.00 | $367.79 | ($1,471,160.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/7/2018 | -6,000.00 | $380.65 | $2,283,900.00 |
| Account 2 | TSLA Common Stock | Short Sale | 8/7/2018 | -1,500.00 | $374.83 | $562,245.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/7/2018 | 3,000.00 | $378.64 | ($1,135,920.00) |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/8/2018 | 4,500.00 | $371.22 | ($1,670,490.00) |

| Account | Security | Transaction Type | Trade Date | Quantity | Unit Price | Cost/Proceeds |
|---|---|---|---|---|---|---|
| Account 2 | TSLA Common Stock | Short Sale | 8/8/2018 | -5,000.00 | $375.30 | $1,876,500.00 |
| Account 2 | TSLA Common Stock | Short Sale | 8/8/2018 | -3,133.00 | $369.25 | $1,156,860.25 |
| Account 2 | TSLA Common Stock | Short Sale | 8/8/2018 | -1,867.00 | $368.86 | $688,661.62 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/9/2018 | 10,000.00 | $363.00 | ($3,630,000.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/9/2018 | -4,600.00 | $359.81 | $1,655,126.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/9/2018 | 4,600.00 | $362.11 | ($1,665,706.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/9/2018 | -2,000.00 | $359.38 | $718,760.00 |
| Account 2 | TSLA Common Stock | Short Sale | 8/9/2018 | -3,000.00 | $356.64 | $1,069,920.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/9/2018 | 5,000.00 | $357.94 | ($1,789,700.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/9/2018 | -5,000.00 | $350.48 | $1,752,400.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/9/2018 | 5,000.00 | $352.09 | ($1,760,450.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/10/2018 | -3,000.00 | $349.95 | $1,049,850.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/10/2018 | 3,000.00 | $350.57 | ($1,051,710.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/17/2018 | -3,000.00 | $328.00 | $984,000.00 |
| Account 2 | TSLA Common Stock | Short Sale | 8/17/2018 | -1,000.00 | $326.27 | $326,270.00 |
| Account 2 | TSLA Common Stock | Short Sale | 8/17/2018 | -1,000.00 | $322.29 | $322,290.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/17/2018 | 5,000.00 | $325.54 | ($1,627,700.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/17/2018 | -5,000.00 | $309.98 | $1,549,900.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/17/2018 | 5,000.00 | $309.09 | ($1,545,450.00) |
| Account 2 | TSLA Common Stock | Short Sale | 8/17/2018 | -8,000.00 | $307.54 | $2,460,320.00 |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/17/2018 | 1,500.00 | $308.58 | ($462,870.00) |
| Account 2 | TSLA Common Stock | Cover Purchase | 8/17/2018 | 6,500.00 | $305.50 | ($1,985,750.00) |
| Account 2 | TSLA Common Stock | Buy | 8/9/2018 | 7,000.00 | $360.99 | ($2,526,930.00) |
| Account 2 | TSLA Common Stock | Buy | 8/9/2018 | 5,000.00 | $361.83 | ($1,809,150.00) |
| Account 2 | TSLA Common Stock | Buy | 8/9/2018 | 3,000.00 | $362.90 | ($1,088,700.00) |
| Account 2 | TSLA Common Stock | Sell | 8/10/2018 | -3,000.00 | $350.05 | $1,050,150.00 |
| Account 2 | TSLA Common Stock | Sell | 8/10/2018 | -3,500.00 | $348.90 | $1,221,150.00 |
| Account 2 | TSLA Common Stock | Sell | 8/10/2018 | -5,100.00 | $346.56 | $1,767,456.00 |
| Account 2 | TSLA Common Stock | Buy | 8/10/2018 | 15,000.00 | $356.18 | ($5,342,700.00) |
| Account 2 | TSLA Common Stock | Sell | 8/10/2018 | -15,000.00 | $353.64 | $5,304,600.00 |
| Account 2 | TSLA Aug 24 '18 $355 Call | Short Sale | 8/9/2018 | -50.00 | $15.65 | $78,250.00 |

| Account | Security | Transaction Type | Trade Date | Quantity | Unit Price | Cost/Proceeds |
|---|---|---|---|---|---|---|
| Account 2 | TSLA Aug 24 '18 $355 Call | Cover Purchase | 8/17/2018 | 50.00 | $1.12 | ($5,600.00) |
| Account 2 | TSLA Nov 16 '18 $360 Call | Short Sale | 8/9/2018 | -80.00 | $35.22 | $281,760.00 |
| Account 2 | TSLA Nov 16 '18 $360 Call | Cover Purchase | 8/10/2018 | 80.00 | $34.65 | ($277,200.00) |
| Account 2 | TSLA Sep 21 '18 $320 Call | Short Sale | 8/9/2018 | -50.00 | $42.00 | $210,000.00 |
| Account 2 | TSLA Sep 21 '18 $320 Call | Cover Purchase | 8/10/2018 | 90.00 | $47.60 | ($428,400.00) |
| Account 2 | TSLA Sep 21 '18 $320 Call | Short Sale | 8/17/2018 | -30.00 | $22.00 | $66,000.00 |
| Account 2 | TSLA Aug 31 '18 $302.50 Call | Short Sale | 8/17/2018 | -40.00 | $21.00 | $84,000.00 |
| Account 2 | TSLA Nov 16 '18 $330 Call | Short Sale | 8/16/2018 | -60.00 | $37.39 | $224,340.00 |
| Account 2 | TSLA Nov 16 '18 $330 Call | Short Sale | 8/17/2018 | -60.00 | $27.09 | $162,540.00 |
| Account 2 | TSLA Nov 16 '18 $330 Call | Cover Purchase | 8/17/2018 | 120.00 | $26.36 | ($316,320.00) |

## CERTIFICATION

I, Dániel Nemes, certify as follows:

1.  I am the Managing Director and sole owner of PROtecto Informatikai Szolgáltató Korlátolt Felelősségű Társaság ("PROtecto Kft."), headquartered 6/A III/8 Iglói utca, H-1118 Budapest, Hungary, corporate register number 01-09-885516, and have authority to execute this certification on behalf of PROtecto Kft.

2.  I have reviewed the first filed complaint alleging that Tesla, Inc. ("Tesla") and Elon Musk ("Musk") violated the federal securities laws in connection with Musk's "funding secured" tweet, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint. I have authorized Keller Lenkner LLC and Labaton Sucharow LLP to file a motion on behalf of PROtecto Kft. seeking to be appointed as lead plaintiff to prosecute those claims.

3.  PROtecto Kft. did not purchase the securities of Tesla at the direction of counsel, or to participate in a private action under the federal securities laws.

4.  PROtecto Kft. is willing to serve as lead plaintiff and representative party in this matter, including providing testimony at deposition and at trial, if necessary.

5.  Exhibit A to this certification sets forth PROtecto Kft.'s transactions in Tesla securities between August 7, 2018, and August 17, 2018. That period is the longest class period alleged in any of the pending, related complaints against Tesla and Musk.

6.  PROtecto Kft. has not sought to serve as a representative party or as a lead plaintiff in any class action under the federal securities laws filed during the last three years.

7.  Beyond PROtecto Kft.'s pro rata share of any recovery from this action, PROtecto Kft. will not accept payment for serving as lead plaintiff and representative party, except for reimbursement of reasonable costs and expenses related to its representation of a class, as ordered or approved by the court.

Under penalty of perjury under the laws of the United States of America, I declare that the foregoing is true and correct.

Dated: October 7, 2018

_____
Dániel Nemes on behalf of PROtecto Kft.

EXHIBIT A

| Date | Shares/Options | Price | Total | Type of Security |
|---|---|---|---|---|
| 8/7/18 | 100.00 | $ 384.74 | $ 38,473.50 | TSLA Common Stock |
| 8/7/18 | 37.00 | $ 384.74 | $ 14,235.20 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.88 | $ 38,488.00 | TSLA Common Stock |
| 8/7/18 | 10.00 | $ 384.84 | $ 3,848.40 | TSLA Common Stock |
| 8/7/18 | 63.00 | $ 384.74 | $ 24,238.31 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.88 | $ 38,488.00 | TSLA Common Stock |
| 8/7/18 | 18.00 | $ 384.88 | $ 6,927.84 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.88 | $ 38,488.00 | TSLA Common Stock |
| 8/7/18 | 500.00 | $ 384.60 | $ 192,300.00 | TSLA Common Stock |
| 8/7/18 | 50.00 | $ 384.54 | $ 19,227.00 | TSLA Common Stock |
| 8/7/18 | 50.00 | $ 384.54 | $ 19,227.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.55 | $ 38,455.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.57 | $ 38,457.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.59 | $ 38,459.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.59 | $ 38,459.00 | TSLA Common Stock |
| 8/7/18 | 1070.00 | $ 384.59 | $ 411,511.30 | TSLA Common Stock |
| 8/7/18 | 30.00 | $ 384.36 | $ 11,530.80 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.38 | $ 38,438.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 385.02 | $ 38,502.00 | TSLA Common Stock |
| 8/7/18 | 50.00 | $ 385.02 | $ 19,251.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.97 | $ 38,497.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 385.00 | $ 38,500.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 385.00 | $ 38,500.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.97 | $ 38,497.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.94 | $ 38,494.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.96 | $ 38,496.00 | TSLA Common Stock |
| 8/7/18 | 32.00 | $ 385.00 | $ 12,320.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 385.02 | $ 38,502.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.99 | $ 38,499.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 385.00 | $ 38,500.00 | TSLA Common Stock |
| 8/7/18 | 33.00 | $ 385.00 | $ 12,705.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 385.00 | $ 38,500.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.94 | $ 38,494.00 | TSLA Common Stock |
| 8/7/18 | 250.00 | $ 384.93 | $ 96,232.50 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.83 | $ 38,483.00 | TSLA Common Stock |
| 8/7/18 | 34.00 | $ 384.70 | $ 13,079.80 | TSLA Common Stock |

| Date | Quantity | Price | Amount | Security |
|---|---|---|---|---|
| 8/7/18 | 100.00 | $ 384.80 | $ 38,480.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.70 | $ 38,470.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.71 | $ 38,471.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.81 | $ 38,481.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 384.81 | $ 38,481.00 | TSLA Common Stock |
| 8/7/18 | 34.00 | $ 385.57 | $ 13,109.38 | TSLA Common Stock |
| 8/7/18 | 34.00 | $ 385.57 | $ 13,109.38 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 385.61 | $ 38,561.00 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 385.58 | $ 38,558.00 | TSLA Common Stock |
| 8/7/18 | 66.00 | $ 385.58 | $ 25,448.28 | TSLA Common Stock |
| 8/7/18 | 34.00 | $ 385.59 | $ 13,110.06 | TSLA Common Stock |
| 8/7/18 | 100.00 | $ 385.62 | $ 38,562.00 | TSLA Common Stock |
| 8/7/18 | 134.00 | $ 385.62 | $ 51,673.08 | TSLA Common Stock |
| 8/7/18 | 266.00 | $ 385.62 | $ 102,574.92 | TSLA Common Stock |
| 8/7/18 | 34.00 | $ 385.48 | $ 13,106.32 | TSLA Common Stock |
| 8/7/18 | 71.00 | $ 385.57 | $ 27,375.47 | TSLA Common Stock |
| 8/7/18 | (62.00) | $ 18.75 | $ (116,250.00) | TSLA 1/17/20 200.00 P |
| 8/7/18 | (28.00) | $ 18.75 | $ (52,500.00) | TSLA 1/17/20 200.00 P |
| 8/7/18 | (46.00) | $ 29.50 | $ (135,700.00) | TSLA 3/15/19 330.00 P |



## CERTIFICATION

I, Thierry Boutin, certifies as follows:

1. I have reviewed the first complaint alleging that Tesla, Inc. ("Tesla") and Elon Musk ("Musk") violated the federal securities laws in connection with Musk's "funding secured" tweet, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint. I have authorized Keller Lenkner LLC to file a motion on my behalf seeking to be appointed as lead plaintiff to prosecute those claims.

2. I did not purchase the securities of Tesla at the direction of counsel, or to participate in a private action under the federal securities laws.

3. I am willing to serve as lead plaintiff and representative party in this matter, including providing testimony at deposition and at trial, if necessary.

4. Exhibit A to this certification sets forth my transactions in Tesla securities between August 7, 2018, and August 17, 2018. That period is the longest class period alleged in any of the pending, related complaints against Tesla and Musk.

5. I have not sought to serve as a representative party or as a lead plaintiff in any class action under the federal securities laws filed during the last three years.

6. Beyond my pro rata share of any recovery from this action, I will not accept payment for serving as lead plaintiff and representative party, except for reimbursement of reasonable costs and expenses related to its representation of a class, as ordered or approved by the court.

Under penalty of perjury under the laws of the United States of America, I declare that the foregoing is true and correct.

Dated: October 8th, 2018

_____
Thierry Boutin

## EXHIBIT A

| Date | Purchase/Sale | Quantity | Unit Price | Security |
|---|---|---|---|---|
| 8/9/18 | Purchase | 2000 | $ 355.01 | Common Stock |
| 8/9/18 | Purchase | 2000 | $ 352.01 | Common Stock |
| 8/16/18 | Purchase | 1000 | $ 337.01 | Common Stock |
| 8/16/18 | Purchase | 1000 | $ 335.96 | Common Stock |
| 8/16/18 | Purchase | 1000 | $ 335.01 | Common Stock |
| 8/17/18 | Purchase | 1500 | $ 322.80 | Common Stock |
| 8/17/18 | Purchase | 2000 | $ 322.80 | Common Stock |
| 8/17/18 | Purchase | 1500 | $ 322.80 | Common Stock |
| 8/17/18 | Purchase | 2000 | $ 306.01 | Common Stock |
| 8/17/18 | Sale | 20 | $ 67.20 | 1/17/20 330 Put |
| 8/17/18 | Sale | 20 | $ 67.20 | 1/17/20 330 Put |
| 8/17/18 | Sale | 20 | $ 67.21 | 1/17/20 330 Put |
| 8/17/18 | Sale | 20 | $ 68.99 | 1/17/20 330 Put |

*[signature]*

## CERTIFICATION

I, Abrar Shirazi, certifies as follows:

1. I have reviewed the complaint alleging that Tesla, Inc. ("Tesla") and Elon Musk ("Musk") violated the federal securities laws in connection with Musk's "funding secured" tweet, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint. I have authorized Keller Lenkner LLC to file a motion on my behalf seeking to be appointed as lead plaintiff to prosecute those claims.

2. I did not purchase the securities of Tesla at the direction of counsel, or to participate in a private action under the federal securities laws.

3. I am willing to serve as lead plaintiff and representative party in this matter, including providing testimony at deposition and at trial, if necessary.

4. Exhibit A to this certification sets forth my transactions in Tesla securities between August 7, 2018, and August 17, 2018. That period is the longest class period alleged in any of the pending, related complaints against Tesla and Musk.

5. I have not sought to serve as a representative party or as a lead plaintiff in any class action under the federal securities laws filed during the last three years.

6. Beyond my pro rata share of any recovery from this action, I will not accept payment for serving as lead plaintiff and representative party, except for reimbursement of reasonable costs and expenses related to its representation of a class, as ordered or approved by the court.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 9, 2018

Abrar Shirazi

## EXHIBIT A

| Date | Action | Shares | Price | Amount | Type |
|---|---|---|---|---|---|
| 8/7/18 | Purchase | 2500 | $ 360.00 | $ 900,000.00 | Common Stock |
| 8/7/18 | Purchase | 3000 | $ 380.00 | $ 1,140,000.00 | Common Stock |
| 8/8/18 | Purchase | 2055 | $ 373.83 | $ 768,220.65 | Common Stock |
| 8/8/18 | Purchase | 145 | $ 373.83 | $ 54,205.34 | Common Stock |
| 8/8/18 | Purchase | 100 | $ 373.82 | $ 37,381.80 | Common Stock |
| 8/8/18 | Purchase | 200 | $ 373.81 | $ 74,762.00 | Common Stock |
| 8/8/18 | Purchase | 500 | $ 373.80 | $ 186,900.00 | Common Stock |
| | | 8500 | | $ 3,161,469.79 | |

## CERTIFICATION

I, John C. Thompson, serve as Chief Executive Officer ("CEO") and Chief Investment officer (CIO") at Vilas Capital Management LLC ("Vilas Capital"), and hereby certify as follows:

1. In my capacity as CEO and CIO at Vilas Capital, I am duly authorized to enter into and execute this certification. I have reviewed a complaint filed against Tesla, Inc. ("Tesla") alleging violations of the federal securities laws, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint;

2. Vilas Capital did not transact in the securities of Tesla at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Vilas Capital is willing to serve as a lead plaintiff or representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. Vilas Capital's transactions in Tesla securities during the Class Period are reflected in Exhibit A, attached hereto;

5. Vilas Capital has not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

6. Beyond its pro rata share of any recovery, Vilas Capital will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 1st day of October, 2018.

*[signature: John C. Thompson]*

John C. Thompson, CFA
Chief Executive Officer and
Chief Investment Officer
*Vilas Capital Management LLC*

# EXHIBIT A

## TRANSACTIONS IN TESLA, INC.

| Security | Transaction Type | Trade Date | Quantity | Unit Price | Cost/Proceeds |
|---|---|---|---|---|---|
| Tesla, Inc. Common Stock | Cover Purchase | 8/7/2018 | 4,000.00 | $385.25 | ($1,541,018.79) |
| Tesla, Inc. Common Stock | Cover Purchase | 8/7/2018 | 4,000.00 | $382.32 | ($1,529,280.00) |
| Tesla, Inc. Common Stock | Cover Purchase | 8/7/2018 | 4,000.00 | $374.07 | ($1,496,280.00) |
| Tesla, Inc. Common Stock | Short Sale | 8/13/2018 | -2,000.00 | $359.09 | $718,180.00 |
| Tesla, Inc. Common Stock | Short Sale | 8/13/2018 | -2,000.00 | $359.99 | $719,980.00 |
| Tesla, Inc. Common Stock | Short Sale | 8/14/2018 | -708.00 | $358.63 | $253,910.04 |
| Tesla, Inc. Common Stock | Short Sale | 8/17/2018 | -1,292.00 | $316.53 | $408,951.98 |