# Exhibit B

**LOSS ANALYSIS**

Tesla, Inc. - Tesla Investor Group

Class Period: 8/7/2018 to 8/17/2018

| Andrew E. Left | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Security | | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [1] |
| | | Tesla Common Stock | | TSLA | 88160R101 | B616C79 | US88160R101 | $295.08 |
| **Investor/Account** | **Security** | **Transaction Type** | **Trade Date** | **Quantity** | **Price** | **Cost/Proceeds** | **Hold Value**[1] | **Gain/(Loss)** |
| Andrew E. Left - Account 1 | Tesla Common Stock | Purchase | 8/7/2018 | 9,000 | $350.07 | ($3,150,630.00) | $2,655,685.93 | ($494,944.07) |
| Andrew E. Left - Account 1 | Tesla Common Stock | Sale | 8/7/2018 | -9,000 | $342.29 | $3,080,610.00 | ($2,655,685.93) | $424,924.07 |
| **Andrew E. Left - Account 1** | **Tesla Common Stock** | | | **0** | | **($70,020.00)** | | **($70,020.00)** |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 3,000 | $344.70 | ($1,034,100.00) | $885,228.64 | ($148,871.36) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/7/2018 | -6,000 | $342.57 | $2,055,420.00 | ($1,770,457.29) | $284,962.71 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 5,000 | $346.18 | ($1,730,900.00) | $1,475,381.07 | ($255,518.93) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/7/2018 | -2,000 | $340.88 | $681,760.00 | ($590,152.43) | $91,607.57 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 2,000 | $353.85 | ($707,700.00) | $590,152.43 | ($117,547.57) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 1,000 | $353.85 | ($353,850.00) | $295,076.21 | ($58,773.79) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 9,000 | $353.85 | ($3,184,650.00) | $2,655,685.93 | ($528,964.07) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 3,000 | $353.85 | ($1,061,550.00) | $885,228.64 | ($176,321.36) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 4,000 | $355.96 | ($1,423,840.00) | $1,180,304.86 | ($243,535.14) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/7/2018 | -7,000 | $359.25 | $2,514,750.00 | ($2,065,533.50) | $449,216.50 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 2,000 | $361.97 | ($723,940.00) | $590,152.43 | ($133,787.57) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 3,500 | $368.43 | ($1,289,505.00) | $1,032,766.75 | ($256,738.25) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 1,500 | $367.74 | ($551,610.00) | $442,614.32 | ($108,995.68) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 1,000 | $367.74 | ($367,740.00) | $295,076.21 | ($72,663.79) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/7/2018 | -8,000 | $358.23 | $2,865,840.00 | ($2,360,609.71) | $505,230.29 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 4,000 | $361.78 | ($1,447,120.00) | $1,180,304.86 | ($266,815.14) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 4,000 | $367.79 | ($1,471,160.00) | $1,180,304.86 | ($290,855.14) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/7/2018 | -6,000 | $380.65 | $2,283,900.00 | ($1,770,457.29) | $513,442.71 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/7/2018 | -1,500 | $374.83 | $562,245.00 | ($442,614.32) | $119,630.68 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/7/2018 | 3,000 | $378.64 | ($1,135,920.00) | $885,228.64 | ($250,691.36) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/8/2018 | 4,500 | $371.22 | ($1,670,490.00) | $1,327,842.96 | ($342,647.04) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/8/2018 | -5,000 | $375.30 | $1,876,500.00 | ($1,475,381.07) | $401,118.93 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/8/2018 | -3,133 | $369.25 | $1,156,860.25 | ($924,473.78) | $232,386.47 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/8/2018 | -1,867 | $368.86 | $688,661.62 | ($550,907.29) | $137,754.33 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/9/2018 | 10,000 | $363.00 | ($3,630,000.00) | $2,950,762.14 | ($679,237.86) |

| Investor/Account | Security | Transaction Type | Trade Date | Quantity | Price | Cost/Proceeds | Hold Value[1] | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/9/2018 | -4,600 | $359.81 | $1,655,126.00 | ($1,357,350.59) | $297,775.41 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/9/2018 | 4,600 | $362.11 | ($1,665,706.00) | $1,357,350.59 | ($308,355.41) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/9/2018 | -2,000 | $359.38 | $718,760.00 | ($590,152.43) | $128,607.57 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/9/2018 | -3,000 | $356.64 | $1,069,920.00 | ($885,228.64) | $184,691.36 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/9/2018 | 5,000 | $357.94 | ($1,789,700.00) | $1,475,381.07 | ($314,318.93) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/9/2018 | -5,000 | $350.48 | $1,752,400.00 | ($1,475,381.07) | $277,018.93 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/9/2018 | 5,000 | $352.09 | ($1,760,450.00) | $1,475,381.07 | ($285,068.93) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/10/2018 | -3,000 | $349.95 | $1,049,850.00 | ($885,228.64) | $164,621.36 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/10/2018 | 3,000 | $350.57 | ($1,051,710.00) | $885,228.64 | ($166,481.36) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/17/2018 | -3,000 | $328.00 | $984,000.00 | ($885,228.64) | $98,771.36 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/17/2018 | -1,000 | $326.27 | $326,270.00 | ($295,076.21) | $31,193.79 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/17/2018 | -1,000 | $322.29 | $322,290.00 | ($295,076.21) | $27,213.79 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/17/2018 | 5,000 | $325.54 | ($1,627,700.00) | $1,475,381.07 | ($152,318.93) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/17/2018 | -5,000 | $309.98 | $1,549,900.00 | ($1,475,381.07) | $74,518.93 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/17/2018 | 5,000 | $309.09 | ($1,545,450.00) | $1,475,381.07 | ($70,068.93) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Short Sale | 8/17/2018 | -8,000 | $307.54 | $2,460,320.00 | ($2,360,609.71) | $99,710.29 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/17/2018 | 1,500 | $308.58 | ($462,870.00) | $442,614.32 | ($20,255.68) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Short) | Cover Purchase | 8/17/2018 | 6,500 | $305.50 | ($1,985,750.00) | $1,917,995.39 | ($67,754.61) |
| **Andrew E. Left - Account 2** | **Tesla Common Stock (Short)** | | | **20,000** | | **($7,098,638.13)** | | **($1,197,113.84)** |
| | | | | | | | | |
| Andrew E. Left - Account 2 | Tesla Common Stock (Long) | Purchase | 8/9/2018 | 7,000 | $360.99 | ($2,526,930.00) | $2,065,533.50 | ($461,396.50) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Long) | Purchase | 8/9/2018 | 5,000 | $361.83 | ($1,809,150.00) | $1,475,381.07 | ($333,768.93) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Long) | Purchase | 8/9/2018 | 3,000 | $362.90 | ($1,088,700.00) | $885,228.64 | ($203,471.36) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Long) | Sale | 8/10/2018 | -3,000 | $350.05 | $1,050,150.00 | ($885,228.64) | $164,921.36 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Long) | Sale | 8/10/2018 | -3,500 | $348.90 | $1,221,150.00 | ($1,032,766.75) | $188,383.25 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Long) | Sale | 8/10/2018 | -5,100 | $346.56 | $1,767,456.00 | ($1,504,888.69) | $262,567.31 |
| Andrew E. Left - Account 2 | Tesla Common Stock (Long) | Purchase | 8/10/2018 | 15,000 | $356.18 | ($5,342,700.00) | $4,426,143.21 | ($916,556.79) |
| Andrew E. Left - Account 2 | Tesla Common Stock (Long) | Sale | 8/10/2018 | -15,000 | $353.64 | $5,304,600.00 | ($4,426,143.21) | $878,456.79 |
| **Andrew E. Left - Account 2** | **Tesla Common Stock (Long)** | | | **3,400** | | **($1,424,124.00)** | | **($420,864.87)** |

| | | Security | | Ticker | CUSIP | SEDOL | ISIN | Lookback Price[1] |
|---|---|---|---|---|---|---|---|---|
| | | TSLA Aug 24 '18 $355 Call | | - | - | - | - | $0.46 |
| Investor/Account | Security | Transaction Type | Trade Date | Quantity | Price | Cost/Proceeds | Hold Value[1] | Gain/(Loss) |
| Andrew E. Left - Account 2 | TSLA Aug 24 '18 $355 Call | Short Sale | 8/9/2018 | -50 | $15.65 | $78,250.00 | ($2,283.33) | $75,966.67 |
| Andrew E. Left - Account 2 | TSLA Aug 24 '18 $355 Call | Cover Purchase | 8/17/2018 | 50 | $1.12 | ($5,600.00) | $2,283.33 | ($3,316.67) |
| **Andrew E. Left - Account 2** | **TSLA Aug 24 '18 $355 Call** | | | **0** | | **$72,650.00** | | **$72,650.00** |

| | | Security | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [1] |
|---|---|---|---|---|---|---|---|
| | | TSLA Nov 16 '18 $360 Call | - | - | - | - | $8.55 |
| **Investor/Account** | **Security** | **Transaction Type** | **Trade Date** | **Quantity** | **Price** | **Cost/Proceeds** | **Hold Value** [1] | **Gain/(Loss)** |
| Andrew E. Left - Account 2 | TSLA Nov 16 '18 $360 Call | Short Sale | 8/9/2018 | -80 | $35.22 | $281,760.00 | ($68,374.74) | $213,385.26 |
| Andrew E. Left - Account 2 | TSLA Nov 16 '18 $360 Call | Cover Purchase | 8/10/2018 | 80 | $34.65 | ($277,200.00) | $68,374.74 | ($208,825.26) |
| **Andrew E. Left - Account 2** | **TSLA Nov 16 '18 $360 Call** | | | **0** | | **$4,560.00** | | **$4,560.00** |

| | | Security | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [1] |
|---|---|---|---|---|---|---|---|
| | | TSLA Sep 21 '18 $320 Call | - | - | - | - | $4.86 |
| **Investor/Account** | **Security** | **Transaction Type** | **Trade Date** | **Quantity** | **Price** | **Cost/Proceeds** | **Hold Value** [1] | **Gain/(Loss)** |
| Andrew E. Left - Account 2 | TSLA Sep 21 '18 $320 Call | Short Sale | 8/9/2018 | -50 | $42.00 | $210,000.00 | ($24,277.63) | $185,722.37 |
| Andrew E. Left - Account 2 | TSLA Sep 21 '18 $320 Call | Cover Purchase | 8/10/2018 | 90 | $47.60 | ($428,400.00) | $43,699.74 | ($384,700.26) |
| Andrew E. Left - Account 2 | TSLA Sep 21 '18 $320 Call | Short Sale | 8/17/2018 | -30 | $22.00 | $66,000.00 | ($14,566.58) | $51,433.42 |
| **Andrew E. Left - Account 2** | **TSLA Sep 21 '18 $320 Call** | | | **10** | | **($152,400.00)** | | **($174,917.89)** |
| Andrew E. Left - Account 2 | TSLA Sep 21 '18 $320 Call | Post-Class Cover Purchase | 8/20/2018 | 30 | $13.98 | ($41,940.00) | $14,566.58 | ($27,373.42) [2] |

| | | Security | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [1] |
|---|---|---|---|---|---|---|---|
| | | TSLA Aug 31 '18 $302.50 Call | - | - | - | - | $15.46 |
| **Investor/Account** | **Security** | **Transaction Type** | **Trade Date** | **Quantity** | **Price** | **Cost/Proceeds** | **Hold Value** [1] | **Gain/(Loss)** |
| Andrew E. Left - Account 2 | TSLA Aug 31 '18 $302.50 Call | Short Sale | 8/17/2018 | -40 | $21.00 | $84,000.00 | ($618.47) | $83,381.53 |
| **Andrew E. Left - Account 2** | **TSLA Aug 31 '18 $302.50 Call** | | | **-40** | | **$84,000.00** | | **$33,000.00** |
| Andrew E. Left - Account 2 | TSLA Aug 31 '18 $302.50 Call | Post-Class Cover Purchase | 8/20/2018 | 40 | $12.75 | ($51,000.00) | $618.47 | ($50,381.53) [2] |

| | | Security | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [1] |
|---|---|---|---|---|---|---|---|
| | | TSLA Nov 16 '18 $330 Call | - | - | - | - | $16.56 |
| **Investor/Account** | **Security** | **Transaction Type** | **Trade Date** | **Quantity** | **Price** | **Cost/Proceeds** | **Hold Value** [1] | **Gain/(Loss)** |
| Andrew E. Left - Account 2 | TSLA Nov 16 '18 $330 Call | Short Sale | 8/16/2018 | -60 | $37.39 | $224,340.00 | ($99,363.16) | $124,976.84 |
| Andrew E. Left - Account 2 | TSLA Nov 16 '18 $330 Call | Short Sale | 8/17/2018 | -60 | $27.09 | $162,540.00 | ($99,363.16) | $63,176.84 |
| Andrew E. Left - Account 2 | TSLA Nov 16 '18 $330 Call | Cover Purchase | 8/17/2018 | 120 | $26.36 | ($316,320.00) | $198,726.32 | ($117,593.68) |
| **Andrew E. Left - Account 2** | **TSLA Nov 16 '18 $330 Call** | | | **0** | | **$70,560.00** | | **$70,560.00** |

| | |
|---|---|
| **Andrew E. Left Total Loss:** | **($1,682,146.61)** |

| PROtecto Informatikai Szolgáltató Korlátolt Felelősségű Társaság ("PROtecto Kft") | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Security | | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [1] |
| | | Tesla Common Stock | | TSLA | 88160R101 | B616C79 | US88160R101 | $295.08 |
| Investor/Account | Security | Transaction Type | Trade Date | Quantity | Price | Cost/Proceeds | Hold Value [1] | Gain/(Loss) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.74 | ($38,473.50) | $29,507.62 | ($8,965.88) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 37 | $384.74 | ($14,235.20) | $10,917.82 | ($3,317.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.88 | ($38,488.00) | $29,507.62 | ($8,980.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 10 | $384.84 | ($3,848.40) | $2,950.76 | ($897.64) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 63 | $384.74 | ($24,238.31) | $18,589.80 | ($5,648.50) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.88 | ($38,488.00) | $29,507.62 | ($8,980.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 18 | $384.88 | ($6,927.84) | $5,311.37 | ($1,616.47) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.88 | ($38,488.00) | $29,507.62 | ($8,980.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 500 | $384.60 | ($192,300.00) | $147,538.11 | ($44,761.89) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 50 | $384.54 | ($19,227.00) | $14,753.81 | ($4,473.19) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 50 | $384.54 | ($19,227.00) | $14,753.81 | ($4,473.19) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.55 | ($38,455.00) | $29,507.62 | ($8,947.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.57 | ($38,457.00) | $29,507.62 | ($8,949.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.59 | ($38,459.00) | $29,507.62 | ($8,951.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.59 | ($38,459.00) | $29,507.62 | ($8,951.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 1,070 | $384.59 | ($411,511.30) | $315,731.55 | ($95,779.75) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 30 | $384.36 | ($11,530.80) | $8,852.29 | ($2,678.51) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.38 | ($38,438.00) | $29,507.62 | ($8,930.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $385.02 | ($38,502.00) | $29,507.62 | ($8,994.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 50 | $385.02 | ($19,251.00) | $14,753.81 | ($4,497.19) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.97 | ($38,497.00) | $29,507.62 | ($8,989.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $385.00 | ($38,500.00) | $29,507.62 | ($8,992.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $385.00 | ($38,500.00) | $29,507.62 | ($8,992.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.97 | ($38,497.00) | $29,507.62 | ($8,989.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.94 | ($38,494.00) | $29,507.62 | ($8,986.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.96 | ($38,496.00) | $29,507.62 | ($8,988.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 32 | $385.00 | ($12,320.00) | $9,442.44 | ($2,877.56) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $385.02 | ($38,502.00) | $29,507.62 | ($8,994.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.99 | ($38,499.00) | $29,507.62 | ($8,991.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $385.00 | ($38,500.00) | $29,507.62 | ($8,992.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 33 | $385.00 | ($12,705.00) | $9,737.52 | ($2,967.48) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $385.00 | ($38,500.00) | $29,507.62 | ($8,992.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.94 | ($38,494.00) | $29,507.62 | ($8,986.38) |

| Investor/Account | Security | Transaction Type | Trade Date | Quantity | Price | Cost/Proceeds | Hold Value[1] | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 250 | $384.93 | ($96,232.50) | $73,769.05 | ($22,463.45) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.83 | ($38,483.00) | $29,507.62 | ($8,975.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 34 | $384.70 | ($13,079.80) | $10,032.59 | ($3,047.21) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.80 | ($38,480.00) | $29,507.62 | ($8,972.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.70 | ($38,470.00) | $29,507.62 | ($8,962.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.71 | ($38,471.00) | $29,507.62 | ($8,963.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.81 | ($38,481.00) | $29,507.62 | ($8,973.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $384.81 | ($38,481.00) | $29,507.62 | ($8,973.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 34 | $385.57 | ($13,109.38) | $10,032.59 | ($3,076.79) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 34 | $385.57 | ($13,109.38) | $10,032.59 | ($3,076.79) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $385.61 | ($38,561.00) | $29,507.62 | ($9,053.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $385.58 | ($38,558.00) | $29,507.62 | ($9,050.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 66 | $385.58 | ($25,448.28) | $19,475.03 | ($5,973.25) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 34 | $385.59 | ($13,110.06) | $10,032.59 | ($3,077.47) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 100 | $385.62 | ($38,562.00) | $29,507.62 | ($9,054.38) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 134 | $385.62 | ($51,673.08) | $39,540.21 | ($12,132.87) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 266 | $385.62 | ($102,574.92) | $78,490.27 | ($24,084.65) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 34 | $385.48 | ($13,106.32) | $10,032.59 | ($3,073.73) |
| PROtecto Kft | Tesla Common Stock | Purchase | 8/7/2018 | 71 | $385.57 | ($27,375.47) | $20,950.41 | ($6,425.06) |
| **PROtecto Kft** | **Tesla Common Stock** | | | **5,900** | | **($2,270,874.53)** | | **($529,924.87)** |

| | | Security | | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [1] |
|---|---|---|---|---|---|---|---|---|
| | | TSLA Mar 15 '19 $330 Put | | - | - | - | - | $68.38 |
| Investor/Account | Security | Transaction Type | Trade Date | Quantity | Price | Cost/Proceeds | Hold Value[1] | Gain/(Loss) |
| PROtecto Kft | TSLA Mar 15 '19 $330 Put | Sale | 8/7/2018 | -46 | $29.50 | $135,700.00 | ($314,560.11) | ($178,860.11) |
| **PROtecto Kft** | **TSLA Mar 15 '19 $330 Put** | | | **-46** | | **$135,700.00** | | **($178,860.11)** |

| | | Security | | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [1] |
|---|---|---|---|---|---|---|---|---|
| | | TSLA Jan 17 '20 $200 Put | | - | - | - | - | $33.73 |
| Investor/Account | Security | Transaction Type | Trade Date | Quantity | Price | Cost/Proceeds | Hold Value[1] | Gain/(Loss) |
| PROtecto Kft | TSLA Jan 17 '20 $200 Put | Sale | 8/7/2018 | -62 | $18.75 | $116,250.00 | ($209,098.26) | ($92,848.26) |
| PROtecto Kft | TSLA Jan 17 '20 $200 Put | Sale | 8/7/2018 | -28 | $18.75 | $52,500.00 | ($94,431.47) | ($41,931.47) |
| **PROtecto Kft** | **TSLA Jan 17 '20 $200 Put** | | | **-90** | | **$168,750.00** | | **($134,779.74)** |

| | | | | | | | **PROtecto Kft Total Loss:** | **($843,564.71)** |
|---|---|---|---|---|---|---|---|---|

**Thierry Boutin**

| | | Security | | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [1] |
|---|---|---|---|---|---|---|---|---|
| | | Tesla Common Stock | | TSLA | 88160R101 | B616C79 | US88160R101 | $295.08 |
| **Investor/Account** | **Security** | **Transaction Type** | **Trade Date** | **Quantity** | **Price** | **Cost/Proceeds** | **Hold Value**[1] | **Gain/(Loss)** |
| Thierry Boutin | Tesla Common Stock | Purchase | 8/9/2018 | 2,000 | $355.01 | ($710,020.00) | $590,152.43 | ($119,867.57) |
| Thierry Boutin | Tesla Common Stock | Purchase | 8/9/2018 | 2,000 | $352.01 | ($704,020.00) | $590,152.43 | ($113,867.57) |
| Thierry Boutin | Tesla Common Stock | Purchase | 8/16/2018 | 1,000 | $337.01 | ($337,010.00) | $295,076.21 | ($41,933.79) |
| Thierry Boutin | Tesla Common Stock | Purchase | 8/16/2018 | 1,000 | $335.96 | ($335,961.40) | $295,076.21 | ($40,885.19) |
| Thierry Boutin | Tesla Common Stock | Purchase | 8/16/2018 | 1,000 | $335.01 | ($335,010.00) | $295,076.21 | ($39,933.79) |
| Thierry Boutin | Tesla Common Stock | Purchase | 8/17/2018 | 1,500 | $322.80 | ($484,200.00) | $442,614.32 | ($41,585.68) |
| Thierry Boutin | Tesla Common Stock | Purchase | 8/17/2018 | 2,000 | $322.80 | ($645,600.00) | $590,152.43 | ($55,447.57) |
| Thierry Boutin | Tesla Common Stock | Purchase | 8/17/2018 | 1,500 | $322.80 | ($484,200.00) | $442,614.32 | ($41,585.68) |
| Thierry Boutin | Tesla Common Stock | Purchase | 8/17/2018 | 2,000 | $306.01 | ($612,020.00) | $590,152.43 | ($21,867.57) |
| **Thierry Boutin** | **Tesla Common Stock** | | | **14,000** | | **($4,648,041.40)** | | **($516,974.40)** |

| | | Security | | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [1] |
|---|---|---|---|---|---|---|---|---|
| | | TSLA Jan 17 '20 $330 Put | | - | - | - | - | $91.52 |
| **Investor/Account** | **Security** | **Transaction Type** | **Trade Date** | **Quantity** | **Price** | **Cost/Proceeds** | **Hold Value**[1] | **Gain/(Loss)** |
| Thierry Boutin | TSLA Jan 17 '20 $330 Put | Sale | 8/17/2018 | -20 | $67.20 | $134,400.00 | ($183,036.84) | ($48,636.84) |
| Thierry Boutin | TSLA Jan 17 '20 $330 Put | Sale | 8/17/2018 | -20 | $67.20 | $134,400.00 | ($183,036.84) | ($48,636.84) |
| Thierry Boutin | TSLA Jan 17 '20 $330 Put | Sale | 8/17/2018 | -20 | $67.21 | $134,420.00 | ($183,036.84) | ($48,616.84) |
| Thierry Boutin | TSLA Jan 17 '20 $330 Put | Sale | 8/17/2018 | -20 | $68.99 | $137,980.00 | ($183,036.84) | ($45,056.84) |
| **Thierry Boutin** | **TSLA Jan 17 '20 $330 Put** | | | **-80** | | **$541,200.00** | | **($190,947.37)** |

| | | | | | | **Thierry Boutin Total Loss:** | | **($707,921.77)** |
|---|---|---|---|---|---|---|---|---|

**Dr. Abrar Shirazi**

| | | Security | | Ticker | CUSIP | SEDOL | ISIN | Lookback Price [1] |
|---|---|---|---|---|---|---|---|---|
| | | Tesla Common Stock | | TSLA | 88160R101 | B616C79 | US88160R101 | $295.08 |
| **Investor/Account** | **Security** | **Transaction Type** | **Trade Date** | **Quantity** | **Price** | **Cost/Proceeds** | **Hold Value**[1] | **Gain/(Loss)** |
| Dr. Abrar Shirazi | Tesla Common Stock | Purchase | 8/7/2018 | 2,500 | $360.00 | ($900,000.00) | $737,690.54 | ($162,309.46) |
| Dr. Abrar Shirazi | Tesla Common Stock | Purchase | 8/7/2018 | 3,000 | $380.00 | ($1,140,000.00) | $885,228.64 | ($254,771.36) |
| Dr. Abrar Shirazi | Tesla Common Stock | Purchase | 8/8/2018 | 2,055 | $373.83 | ($768,220.65) | $606,381.62 | ($161,839.03) |
| Dr. Abrar Shirazi | Tesla Common Stock | Purchase | 8/8/2018 | 145 | $373.83 | ($54,205.34) | $42,786.05 | ($11,419.28) |
| Dr. Abrar Shirazi | Tesla Common Stock | Purchase | 8/8/2018 | 100 | $373.82 | ($37,381.80) | $29,507.62 | ($7,874.18) |

| Investor/Account | Security | Transaction Type | Trade Date | Quantity | Price | Cost/Proceeds | Hold Value[1] | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| Dr. Abrar Shirazi | Tesla Common Stock | Purchase | 8/8/2018 | 200 | $373.81 | ($74,762.00) | $59,015.24 | ($15,746.76) |
| Dr. Abrar Shirazi | Tesla Common Stock | Purchase | 8/8/2018 | 500 | $373.80 | ($186,900.00) | $147,538.11 | ($39,361.89) |
| **Dr. Abrar Shirazi** | **Tesla Common Stock** | | | **8,500** | | **($3,161,469.79)** | | **($653,321.96)** |

**Dr. Abrar Shirazi Total Loss:** **($653,321.96)**

| **Vilas Capital Management, LLC ("Vilas Capital")** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Security | | Ticker | CUSIP | SEDOL | ISIN | Lookback Price[1] |
| | | Tesla Common Stock | | TSLA | 88160R101 | B616C79 | US88160R101 | $295.08 |
| Investor/Account | Security | Transaction Type | Trade Date | Quantity | Price | Cost/Proceeds | Hold Value[1] | Gain/(Loss) |
| Vilas Capital | Tesla Common Stock | Cover Purchase | 8/7/2018 | 4,000 | $385.25 | ($1,541,000.00) | $1,180,304.86 | ($360,695.14) |
| Vilas Capital | Tesla Common Stock | Cover Purchase | 8/7/2018 | 4,000 | $382.32 | ($1,529,280.00) | $1,180,304.86 | ($348,975.14) |
| Vilas Capital | Tesla Common Stock | Cover Purchase | 8/7/2018 | 4,000 | $374.07 | ($1,496,280.00) | $1,180,304.86 | ($315,975.14) |
| Vilas Capital | Tesla Common Stock | Short Sale | 8/13/2018 | -2,000 | $359.09 | $718,180.00 | ($590,152.43) | $128,027.57 |
| Vilas Capital | Tesla Common Stock | Short Sale | 8/13/2018 | -2,000 | $359.99 | $719,980.00 | ($590,152.43) | $129,827.57 |
| Vilas Capital | Tesla Common Stock | Short Sale | 8/14/2018 | -708 | $358.63 | $253,910.04 | ($208,913.96) | $44,996.08 |
| Vilas Capital | Tesla Common Stock | Short Sale | 8/17/2018 | -1,292 | $316.53 | $408,951.98 | ($381,238.47) | $27,713.51 |
| **Vilas Capital** | **Tesla Common Stock** | | | **6,000** | | **($2,465,537.98)** | | **($695,080.69)** |

**Vilas Capital Total Loss:** **($695,080.69)**

**Tesla Investor Group Total Losses:** **($4,582,035.74)**

*Endnotes*

[1] *Lookback Prices and Hold Values are valued at the mean trading price of the security from 8/17/2018 to 10/9/2018.*

[2] *Cover purchases occurring during the 90-day lookback period have been valued at the original trading price.*