# Exhibit E

# Keller | Lenkner

# Keller | Lenkner

## Firm Overview

Keller Lenkner LLC is a national law firm that represents a broad array of clients as plaintiffs in complex litigation at the trial and appellate levels. We act for plaintiffs in federal and state court across a variety of claims and practice areas. We seek out complicated cases—frequently class actions or matters in multiple jurisdictions—where our legal and strategic counsel can add significant value.

Our lawyers have litigated "bet the company" cases for plaintiffs and defendants, served at the highest levels of government, and managed more than $1 billion of litigation-related investments. Although we come from a wide range of backgrounds and experiences, we share an unwavering commitment to excellence in advocating on behalf of our clients.

Our lawyers embrace challenges—drawing on their unique backgrounds to litigate complicated litigation matters. Our experience includes:

- Litigating significant cases for plaintiffs in state and federal courts throughout the country.
- Clerking at the Supreme Court of the United States, federal courts of appeals, and federal district courts.
- Serving as defense counsel at leading AmLaw firms and commercial litigation boutiques.
- Acting as in-house counsel for a Fortune 50 company and a leading business advocacy group.
- Co-founding the world's largest private litigation finance firm.

We offer several advantages to our clients and co-counsel partners:

- Our expertise extends across all types of complex disputes in federal and state court.
- Before litigating for plaintiffs, we served as defense counsel and in-house counsel, which helps us anticipate our opponents' moves and better understand their litigation and negotiation strategies
- Our team includes former district court, court of appeals, and Supreme Court law clerks, providing us valuable insights into crafting legal arguments and communicating them to courts.
- Our founders have significant finance experience managing litigation-related investments, which helps them assess litigation outcomes and add expertise to cases involving financial services or products.
- We value our relationships with our clients and co-counsel above all else.

## Our Attorneys

1. **Ashley C. Keller** Partner
2. **Travis D. Lenkner**,Managing Partner
3. **Adam R. Gerchen** Chief Executive Officer
4. **U. Seth Ottensoser** Partner
5. **Warren D. Postman** Partner
6. **Tom Kayes** Associate
7. **Seth A. Meyer** Associate

# Keller | Lenkner



**Ashley C. Keller** *Partner*

Ashley Keller is a Partner at Keller Lenkner LLC. He is a seasoned trial and appellate lawyer with deep substantive knowledge across a wide variety of practice areas and types of claims.

Ashley co-founded the litigation finance firm Gerchen Keller Capital, which grew to more than $1.3 billion in assets under management and was the world's largest private investment manager focused on legal and regulatory risk before it was acquired by Burford Capital in 2016. Every year since 2016, Lawdragon has named Ashley as one of the "100 Leading Legal Consultants and Strategists."

Before co-founding Gerchen Keller, Ashley was a partner at Bartlit Beck Herman Palenchar & Scott LLP, The American Lawyer's litigation boutique of the year, where he handled various trial and appellate matters involving multi-billion-dollar securities and patent cases, contractual disputes, mass torts, and class actions.

Ashley also worked as an analyst at Alyeska Investment Group, a Chicago-based market neutral hedge fund, where he focused on investments in companies facing litigation and other complicated regulatory matters.

Before practicing law, Ashley was a law clerk for Justice Anthony M. Kennedy at the Supreme Court of the United States and Judge Richard Posner at the U.S. Court of Appeals for the Seventh Circuit. He graduated magna cum laude from Harvard College and received an MBA from the University of Chicago Booth School of Business and a J.D. from the University of Chicago Law School, where he graduated first in his class.

# Keller | Lenkner



**Travis D. Lenkner** *Managing Partner*

Travis Lenkner is the Managing Partner of Keller Lenkner LLC. The firm's clients benefit from his experience as a legal entrepreneur and investment manager, a litigator at one of the world's leading law firms, in-house counsel at a Fortune 50 company, and a law clerk at the Supreme Court of the United States.

Travis and his two partners at Keller Lenkner previously co-founded the litigation finance firm Gerchen Keller Capital, which they grew to more than $1.3 billion in assets under management before it was acquired by Burford Capital in 2016.

Travis is a frequent speaker at legal seminars across the country and is quoted in the media as an expert on the Supreme Court, complex litigation matters, and the economics of the legal industry. He has appeared on CNN, CNBC, Bloomberg TV and Radio, Fox Business, and Chicago's WTTW, as well as in the pages of The Wall Street Journal, New York Times, Forbes, Chicago Tribune, The American Lawyer, Law360, Politico, National Law Journal, and Crain's Chicago, among others. Every year since 2016, Lawdragon has named Travis as one of the "100 Leading Legal Consultants and Strategists."

Prior to helping launch Gerchen Keller, Travis was a Senior Counsel at The Boeing Company, the world's largest aerospace firm and the leading manufacturer of commercial jetliners and defense, space, and security systems. While at Boeing, he represented the company in litigation matters and advised senior executives on significant regulatory issues.

Previously, Travis was a litigation and appellate attorney in the New York and Washington offices of Gibson, Dunn & Crutcher LLP, where he represented clients in complex civil and criminal disputes before the Supreme Court and other tribunals.

Travis served as a law clerk for Justice Anthony M. Kennedy at the Supreme Court of the United States and Judge Brett M. Kavanaugh at the U.S. Court of Appeals for the D.C. Circuit. He earned his law degree from the University of Kansas School of Law, where he was Editor-in-Chief of the Kansas Law Review, and his undergraduate degree from Kansas State University.

# Keller | Lenkner



**Adam R. Gerchen** *Chief Executive Officer*

Adam Gerchen is the Chief Executive Officer of Keller Lenkner LLC, where he applies a quantitative approach to the practice of law utilizing his unique background in finance, investment management, and the economics of litigation.

Before entering private practice, Adam co-founded and was CEO of the litigation finance firm Gerchen Keller Capital. In three years, he and his partners grew Gerchen Keller to more than $1.3 billion in assets under management before the firm was acquired by Burford Capital in 2016. As President of Burford, Adam helped lead the organization to commit more than $1.3 billion to new investments in 2017, tripling its previous investment pace. Every year since 2016, Lawdragon has named Adam as one of the "100 Leading Legal Consultants and Strategists."

Before co-founding Gerchen Keller, Adam was a portfolio manager at Alyeska Investment Group, a Chicago-based market neutral hedge fund with more than $6 billion in assets under management, where he specialized in risk arbitrage and event-driven investing.

He also worked as an investment banker at Goldman, Sachs & Co. in the Industrials and Natural Resources groups, focusing primarily on the transportation, metals and mining, paper and forest products, and regulated power industries.

Adam graduated Phi Beta Kappa and magna cum laude from Brown University and received his law degree from Harvard Law School, where he was President of the Harvard Association of Law and Business.

# Keller | Lenkner



**U. Seth Ottensoser** *Partner*

Seth Ottensoser is a Partner at Keller Lenkner LLC. He represents investors—including pension funds, labor unions, hedge funds, and individual shareholders—in merger-and-acquisition litigation, securities class actions, and corporate litigation. Seth's track record includes successful class actions that have generated more than $3.3 billion in resolutions. Those matters include:

- *In re Cablevision Systems Corp. Shareholders Litigation* (N.Y. Sup. Ct.) (successfully blocked a going-private transaction by a controlling shareholder, leading to payment of a dividend worth approximately $2.5 billion).
- *In re Marsh & McLennan Cos., Inc. Securities Litigation* (S.D.N.Y.) ($400 million recovery)
- *In re Freeport-McMoRan Copper & Gold, Inc. Derivative Litigation* (Del. Ch.) ($153.5 million recovery, representing the second largest derivative settlement in Delaware)
- *In re Aetna, Inc. Securities Litigation* (E.D. Pa.) ($82.5 million recovery)
- *In re Plains Resources, Inc. Shareholders Litigation* (Del. Ch.) ($67 million in additional merger consideration for the shareholders of Plains Resources)
- *In re Triton Energy Ltd. Securities Litigation* (E.D. Tex.) ($49.5 million recovery)
- *In re Ascent Entertainment Derivative Litigation* (Del. Ch.) ($40 million derivative settlement relating to the sale of the Denver Nuggets and the Colorado Avalanche)
- *City of Austin Police & Retirement Fund v. Kinross Gold Corp.* (S.D.N.Y.) ($33 million settlement)
- *In re Waste Management Derivative Litigation* (Del. Ch.) ($25 million recovery)
- *In re UnitedGlobalCom Shareholders Litigation* (Del. Ch.) ($25 million recovery in a going-private transaction)

For his work in securities litigation, Seth has been repeatedly named a leading lawyer by Super Lawyers Magazine (2010, 2013-2018) and Super Lawyers Business Editions (2011, 2013-2015). In addition, he is recommended by The Legal 500 (2011, 2012, 2016).

Seth lectures on civil procedure, federal practice, class actions, securities regulation, corporate finance, litigation finance, and corporate governance, and has also been published extensively on those matters. He is a frequent guest lecturer at Harvard Law School and has served as a member of the Special Committee on Mergers, Acquisitions and Corporate Control Contests of the New York City Bar Association.

Seth received his J.D. from the University of Southern California School of Law after graduating with high honors from Queens College of the City University of New York, where he was elected to Phi Beta Kappa.

Keller | Lenkner



**Warren D. Postman** *Partner*

Warren Postman is a partner at Keller Lenkner. He combines a deep understanding of the civil litigation system with broad substantive expertise to solve complex litigation challenges.

Before joining Keller Lenkner, Warren was Vice President and Chief Counsel for Appellate Litigation at the U.S. Chamber Litigation Center. In that role, he managed appellate strategy for the U.S. Chamber of Commerce, which participates in more than 150 cases each year to shape the law on a wide range of issues affecting businesses. Working closely with senior in-house lawyers at some of the world's largest companies, Warren gained unique insight into the dynamics and trends that shape business litigation. He has particular expertise in class action litigation, arbitration, labor & employment litigation, federal jurisdiction, and constitutional law.

Warren previously was an attorney in the Issues & Appeals practice at Jones Day, where he helped guide trial and appellate strategy in some of the firm's most complex and high-stakes cases.

At both Jones Day and the U.S. Chamber, Warren regularly represented plaintiffs challenging the actions of federal agencies. He has won victories against the Food and Drug Administration, Department of Health and Human Services, Federal Communications Commission, Department of the Treasury, Department of Labor, Environmental Protection Agency, and Army Corps of Engineers.

Warren served as a law clerk for Justice David H. Souter at the Supreme Court of the United States and Judge William A. Fletcher at the U.S. Court of Appeals for the Ninth Circuit. He graduated magna cum laude from Harvard Law School, where he was Articles Editor on the Harvard Law Review, and graduated magna cum laude and Phi Beta Kappa from Brandeis University.

# Keller | Lenkner



**Tom Kayes** *Associate*

Tom Kayes is an associate at Keller Lenkner LLC. He is a former federal appellate and district court law clerk who has represented clients throughout the United States in securities, products liability, consumer protection, commercial, and civil rights cases, including numerous class actions.

Before joining Keller Lenkner, Tom was an associate at Sidley Austin LLP. He also has worked for leadings plaintiff's firms in the civil rights and consumer class action areas.

Tom is an adjunct professor at Northwestern University Pritzker School of Law, where he teaches a seminar on the federal Fair Housing Act.

Tom served as a law clerk for Judge Richard C. Tallman of the U.S. Court of Appeals for the Ninth Circuit and Judge Edmond E. Chang of the U.S. District Court for the Northern District of Illinois. He earned his law degree from Northwestern, graduating magna cum laude and order of the coif.

Keller | Lenkner



**Seth A. Meyer** *Associate*

Seth Meyer is an Associate at Keller Lenkner LLC. He represents clients in a wide range of litigation and arbitration disputes before courts and arbitration panels at trial and on appeal.

Before joining Keller Lenkner, Seth was an associate at Williams & Connolly LLP in Washington, D.C. and Kirkland & Ellis LLP in Chicago. At those firms, he handled various trial, appellate, and arbitral matters for companies and sovereignties, involving contract disputes, government and internal investigations, mass torts, and class actions.

Seth is an Adjunct Professor in the Center for Legal Studies at Northwestern University and a North American Representative to the International Chamber of Commerce Young Arbitrators Forum.

Seth served as a law clerk for Judge Richard F. Suhrheinrich of the U.S. Court of Appeals for the Sixth Circuit. He earned his J.D. from the University of Virginia School of Law, where he was elected to the Order of the Coif and served as In Brief Editor on the Managing Board of the Virginia Law Review. He graduated summa cum laude from Northwestern University.