# Exhibit I



1130 Connecticut Ave. NW
Suite 710
Washington, DC 20036-3915
Phone: 202-721-0000

# Harvey L. Pitt
## Chief Executive Officer

Harvey L. Pitt is the Chief Executive Officer of the global strategic business consulting firm, Kalorama Partners, LLC, and its law firm affiliate, Kalorama Legal Services, PLLC. Prior to founding the Kalorama firms, Mr. Pitt served as the twenty-sixth Chairman of the United States Securities and Exchange Commission. In that role, from 2001 until 2003, Mr. Pitt was responsible, among other things, for overseeing the SEC's response to the market disruptions resulting from the terrorist attacks of 9/11, for creating the SEC's "real time enforcement" program, and for leading the Commission's adoption of dozens of rules in response to the corporate and accounting crises generated by the excesses of the 1990s.

For nearly a quarter century before serving as SEC Chairman, Mr. Pitt was a senior corporate partner in the international law firm, Fried, Frank LLP. He was a founding trustee and first President of the SEC Historical Society, and participates in numerous bar and continuing legal education activities to further public consideration of significant economic, financial, corporate and investor protection issues. Mr. Pitt has been an Adjunct Law Professor at Georgetown University Law Center (1975-84), George Washington University Law School (1974-82), University of Pennsylvania School of Law (1983-84), and Yale Law School (2007).

Former Chairman Pitt served previously with the SEC, from 1968 until 1978, including three years as SEC General Counsel (1975-78). He received a J.D. degree from St. John's University School of Law (1968), and a B.A. from City University of New York (Brooklyn College) (1965). He received an honorary LL.D. degree from St. John's University in 2002, and the Brooklyn College President's Medal of Distinction in 2003. In 2011, he received the William O. Douglas Award for lifetime contributions to the field of securities law. In 2011, Mr. Pitt was inducted into the NACD Directorship 100 Corporate Governance Hall of Fame. In 2014, he was inducted into the Securities Enforcement Hall of Fame.

Mr. Pitt is a member of the Advisory Council of the Public Company Accounting Oversight Board, a not-for-profit corporation created by the Sarbanes-Oxley Act of 2002 to oversee the audits of public companies and broker-dealers. He serves as an independent fiduciary director of the international hedge funds of Paulson & Co. Inc., and is a member of their Audit Committees. He is a member of the Regulatory and Compliance Advisory Council for Millennium Capital Management, LLC, and serves as a member of the Balyasny Asset Management L.P. Compliance Advisory Committee. In addition,

he is a senior corporate governance advisor to Teneo Holdings LLC, a global business consulting firm.  In 2017, Mr. Pitt was appointed to the Advisory Board of JBS USA Holdings, Inc.

He previously served, for three years, on the National Cathedral School Board of Trustees, where he was, at various times, Board Vice-Chair, Co-Chair of the Board's Governance Committee and Chair of its Audit and Compensation Committees.  Mr. Pitt previously served as a Director and member of the Audit Committee of root 9B Technologies Inc., a public cybersecurity and business solutions company.  He also served as a fiduciary director of CQS (UK) LLP and CQS Investment Management Limited, an international alternative investment fund manager.  He previously served as a Director of Approva Corporation, a software firm that assisted Sarbanes-Oxley compliance efforts by public companies.  He previously served as a Director and Chair of the Audit and Compensation Committees of GWU Medical Faculty Associates, Inc., a §501(c)(3) corporation providing medical care to the Washington, D.C. metropolitan area.