Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Movant Bridgestone Investment Corporation Limited and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated, | ) ) ) Case No. 3:18-cv-004865-EMC ) |
| Plaintiff, | ) CLASS ACTION ) |
| v. | ) DECLARATION OF RAMZI ABADOU IN ) SUPPORT OF BRIDGESTONE INVESTMENT |
| ELON MUSK and TESLA, INC., | ) CORPORATION LIMITED'S MOTION FOR: (I) ) CONSOLIDATION OF RELATED ACTIONS; (II) |
| Defendants. | ) APPOINTMENT AS LEAD PLAINTIFF; AND (III) ) FOR APPROVAL OF ITS SELECTION OF LEAD ) COUNSEL ) ) Judge:    Hon. Edward M. Chen ) Date:     November 15, 2018 ) Time:     1:30 p.m. ) Courtroom: Courtroom 5 – 17th Floor ) ) ) |

| | | |
|---|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated, | ) ) | No. 18-cv-04876-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC., and ELON MUSK, | ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 18-cv-04912-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON MUSK, | ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| CARLOS MAIA, on behalf of himself and all others similarly situated, | ) ) | No. 18-cv-04939-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON R. MUSK, | ) ) | |
| Defendants. | ) ) ) | |

CASE NO. 3:18-CV-04865-EMC

DECLARATION OF RAMZI ABADOU IN SUPPORT OF MOTION FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | |
|---|---|
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | No. 18-cv-04948-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON MUSK, | |
| Defendants. | |

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated, | No. 18-cv-05258-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON R. MUSK, | |
| Defendants. | |

| | |
|---|---|
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated, | No. 18-cv-05463-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC., and ELON R. MUSK, | |
| Defendants. | |

CASE NO. 3:18-CV-04865-EMC
DECLARATION OF RAMZI ABADOU IN SUPPORT OF MOTION FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | | |
|---|---|---|
| ZHI XING FAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 18-cv-05470-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON R. MUSK, | ) ) | |
| Defendants. | ) ) ) | |
| SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated, | ) ) ) ) | No. 18-cv-05899-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, | ) ) ) ) | |
| Defendants. | ) ) | |

CASE NO. 3:18-CV-04865-EMC
DECLARATION OF RAMZI ABADOU IN SUPPORT OF MOTION FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

I, Ramzi Abadou, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California and am admitted to this District.

2. I submit this Declaration, together with the attached exhibits, in support of the Motion of Bridgestone Investment Corporation Limited ("Bridgestone") to Consolidate the Related Actions, to appoint Bridgestone to serve as Lead Plaintiff on behalf of the Class in this Action and to approve its selection of Kahn Swick & Foti, LLC as Lead Counsel. I am fully familiar with the facts set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of the sworn certification of Jian Liu on behalf of Bridgestone, reflecting Bridgestone's transactions in Tesla, Inc. ("Tesla") securities during the Class Period.

4. Attached hereto as Exhibit B is a table reflecting the calculated losses incurred by Bridgestone as a result of its purchases of Tesla securities during the Class Period.

5. Attached hereto as Exhibit C is a true and correct copy of the press release published on August 10, 2018 on *PR Newswire*, a well-known national business-oriented publication, announcing the pendency of the lawsuit commenced against Defendants herein.

6. Attached hereto as Exhibit D is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

7. Attached hereto as Exhibit E is a table reflecting the calculated losses incurred by Bridgestone as a result of its transactions in Tesla securities during the Class Period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 9th day of October, 2018, at San Francisco, CA.

*/s/ Ramzi Abadou*
RAMZI ABADOU

CASE NO. 3:18-CV-04865-EMC
DECLARATION OF RAMZI ABADOU IN SUPPORT OF MOTION FOR CONSOLIDATION;
APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

1