# EXHIBIT A

## CERTIFICATION PURSUANT TO SECURITIES LAWS

Bridgestone Investment Corp., Ltd. ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of **TESLA, INC.** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of **TESLA, INC.** as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 20th Sept. , 2018

_____
Movant's Signature

JIAN LIU for Bridgestone Investment Corp. Ltd.
Printed Name

**Bridgestone Investment Corporation Limited**
**Schedule A:  Class Period Transactions In Tesla Securities**
**CP Begins:**            8/7/2018
**CP Ends:**              8/17/2018
**90-Day:**               11/15/2018

**TESLA COMMON STOCK:**

| Date: | Transaction: | Quantity: | Price: |
|---|---|---|---|
| 8/7/2018 | Buy | 1,000 | -382.133 |
| 8/15/2018 | Sell | 1,000 | 339.25 |

**OPTIONS:**

| Date: | Bought/Sold: | Option Description: | Quantity: | Price: | |
|---|---|---|---|---|---|
| 8/7/2018 | Buy | Call TSLA 1/18/19 420 | 60 | $ (21.24) | |
| 8/16/2018 | Sell | Call TSLA 1/18/19 420 | 60 | $ 8.67 | |
| | | | | | |
| **Date:** | **Bought/Sold:** | **Option Description:** | **Quantity:** | **Price:** | |
| 8/7/2018 | Buy | TSLA 18JAN19 380.0 C | 100 | -37.85 | |
| 8/15/2018 | Sell | TSLA 18JAN19 380.0 C | 1 | 20.05 | |
| 8/15/2018 | Sell | TSLA 18JAN19 380.0 C | 99 | 20.1146465 | |
| | | | | | |
| **Date:** | **Bought/Sold:** | **Option Description:** | **Quantity:** | **Price:** | |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 200 | -18.5 | (opening position) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 200 | -18.11025 | (opening position) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 1 | -18.05 | (opening position) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 99 | -18.9 | (opening position) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 500 | -18.7841 | (opening position) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 500 | -19.6 | (opening position) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 130 | -20 | (opening position) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 182 | -20.9 | (opening position) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 188 | -21.05 | (opening position) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 500 | -21.25 | (opening position) |
| 8/7/2018 | Buy | TSLA 18JAN19 400.0 C | 200 | -21.5 | |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 1 | 13.8 | |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 20 | 13.8 | |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 20 | 13.7 | |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 659 | 13.6 | |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 600 | 13.5 | |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 143 | 13.4 | |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 257 | 13.2 | |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 1000 | 13.21205 | |
| | | | | | |
| **Date:** | **Bought/Sold:** | **Option Description:** | **Quantity:** | **Price:** | |
| 8/7/2018 | Buy | TSLA 18JAN19 420.0 C | 150 | -20.4583333 | |
| 8/15/2018 | Sell | TSLA 18JAN19 420.0 C | 150 | 8.5636667 | |
| | | | | | |
| **Date:** | **Bought/Sold:** | **Option Description:** | **Quantity:** | **Price:** | |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 200 | -15.215 | |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | -16.1 | |

| | | | | |
|---|---|---|---:|---:|
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | -15.5912 |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | -15.5885333 |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | -15.8 |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 200 | -17.7 |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 200 | -17.85 |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | -13 |
| 8/15/2018 | Sell | TSLA 18JAN19 450.0 C | 174 | 3.9 |
| 8/15/2018 | Sell | TSLA 18JAN19 450.0 C | 73 | 3.85 |
| 8/15/2018 | Sell | TSLA 18JAN19 450.0 C | 1103 | 3.8 |