# EXHIBIT B

**Bridgestone Investment Corporation Limited**
**Loss Chart In Tesla Securities**
**CP Begins:** 8/7/2018
**CP Ends:** 8/17/2018
**90-Day:** 11/15/2018

**TESLA COMMON STOCK:**

| PURCHASES: | | | | SALES: | | | | (GAIN)/LOSS: |
|---|---|---|---|---|---|---|---|---|
| Date: | Quantity: | Price: | Cost: | Date: | Quantity: | Price: | (Proceeds): | |
| 8/7/2018 | 1,000 | -382.133 | (382,133.00) | 8/15/2018 | 1,000 | 339.25 | 339,250.00 | (42,883.00) |

**TOTAL LOSSES ON COMMON STOCK:** (42,883.00)

**OPTIONS:**

| Date: | Bought/Sold: | Option Description: | Quantity: | Price: | Amount: |
|---|---|---|---|---|---|
| 8/7/2018 | Buy | Call TSLA 1/18/19 420 | 60 | -21.2417 | $ (127,450.20) |
| 8/16/2018 | Sell | Call TSLA 1/18/19 420 | 60 | 8.67 | $ 52,020.00 |
| | | | | SUBTOTAL: | $ (75,430.20) |

| Date: | Bought/Sold: | Option Description: | Quantity: | Price: | Amount: |
|---|---|---|---|---|---|
| 8/7/2018 | Buy | TSLA 18JAN19 380.0 C | 100 | -37.85 | $ (378,500.00) |
| 8/15/2018 | Sell | TSLA 18JAN19 380.0 C | 1 | 20.05 | $ 2,005.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 380.0 C | 99 | 20.1146465 | $ 199,135.00 |
| | | | | SUBTOTAL: | $ (177,360.00) |

| Date: | Bought/Sold: | Option Description: | Quantity: | Price: | Amount: |
|---|---|---|---|---|---|
| OPENING POSITION: | | | 2500 | | |
| 8/7/2018 | Buy | TSLA 18JAN19 400.0 C | 200 | -21.5 | $ (430,000.00) |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 1 | 13.8 | $ 1,380.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 20 | 13.8 | $ 27,600.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 20 | 13.7 | $ 27,400.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 159 | 13.6 | $ 216,240.00 |
| | | | | SUBTOTAL: | $ (157,380.00) |

| Date: | Bought/Sold: | Option Description: | Quantity: | Price: | Amount: |
|---|---|---|---|---|---|
| 8/7/2018 | Buy | TSLA 18JAN19 420.0 C | 150 | -20.4583333 | $ (306,875.00) |
| 8/15/2018 | Sell | TSLA 18JAN19 420.0 C | 150 | 8.5636667 | $ 128,455.00 |
| | | | | SUBTOTAL: | $ (178,420.00) |

| Date: | Bought/Sold: | Option Description: | Quantity: | Price: | Amount: |
|---|---|---|---|---|---|
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 200 | -15.215 | $ (304,300.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | -16.1 | $ (241,500.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | -15.5912 | $ (233,868.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | -15.5885333 | $ (233,828.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | -15.8 | $ (237,000.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 200 | -17.7 | $ (354,000.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 200 | -17.85 | $ (357,000.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | -13 | $ (195,000.00) |
| 8/15/2018 | Sell | TSLA 18JAN19 450.0 C | 174 | 3.9 | $ 67,860.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 450.0 C | 73 | 3.85 | $ 28,105.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 450.0 C | 1103 | 3.8 | $ 419,140.00 |
| | | | | SUBTOTAL: | $ (1,641,391.00) |

**TOTAL LOSSES ON OPTIONS:** $ (2,229,981.20)

**TOTAL LOSSES ON BOTH COMMON STOCK AND OPTIONS:** $ (2,272,864.20)