# EXHIBIT E

**Bridgestone Investment Corporation Limited**
**Loss Chart In Tesla Securities**
**CP Begins:** 8/7/2018
**CP Ends:** 8/17/2018
**90-Day:** 11/15/2018

**TESLA COMMON STOCK:**

| PURCHASES: | | | | SALES: | | | | (GAIN)/LOSS: |
|---|---|---|---|---|---|---|---|---|
| Date: | Quantity: | Price: | Cost: | Date: | Quantity: | Price: | (Proceeds): | |
| 8/7/2018 | 1,000 | -382.133 | (382,133.00) | 8/15/2018 | 1,000 | 339.25 | 339,250.00 | (42,883.00) |
| | | | | | | **TOTAL LOSSES ON COMMON STOCK:** | | **(42,883.00)** |

**OPTIONS:**

| Date: | Bought/Sold: | Option Description: | Quantity: | Price: | Amount: |
|---|---|---|---|---|---|
| 8/7/2018 | Buy | Call TSLA 1/18/19 420 | 60 | $ (21.24) | $ (127,450.20) |
| 8/16/2018 | Sell | Call TSLA 1/18/19 420 | 60 | $ 8.67 | $ 52,020.00 |
| | | | | SUBTOTAL: | $ (75,430.20) |

| Date: | Bought/Sold: | Option Description: | Quantity: | Price: | Amount: |
|---|---|---|---|---|---|
| 8/7/2018 | Buy | TSLA 18JAN19 380.0 C | 100 | $ (37.85) | $ (378,500.00) |
| 8/15/2018 | Sell | TSLA 18JAN19 380.0 C | 1 | $ 20.05 | $ 2,005.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 380.0 C | 99 | $ 20.11 | $ 199,135.00 |
| | | | | SUBTOTAL: | $ (177,360.00) |

| Date: | Bought/Sold: | Option Description: | Quantity: | Price: | Amount: |
|---|---|---|---|---|---|
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 200 | $ (18.50) | $ (370,000.00) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 200 | $ (18.11) | $ (362,205.00) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 1 | $ (18.05) | $ (1,805.00) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 99 | $ (18.90) | $ (187,110.00) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 500 | $ (18.78) | $ (939,205.00) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 500 | $ (19.60) | $ (980,000.00) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 130 | $ (20.00) | $ (260,000.00) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 182 | $ (20.90) | $ (380,380.00) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 188 | $ (21.05) | $ (395,740.00) |
| 8/2/2018 | Buy | TSLA 18JAN19 400.0 C | 500 | $ (21.25) | $ (1,062,500.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 400.0 C | 200 | $ (21.50) | $ (430,000.00) |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 1 | $ 13.80 | $ 1,380.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 20 | $ 13.80 | $ 27,600.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 20 | $ 13.70 | $ 27,400.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 659 | $ 13.60 | $ 896,240.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 600 | $ 13.50 | $ 810,000.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 143 | $ 13.40 | $ 191,620.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 257 | $ 13.20 | $ 339,240.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 400.0 C | 1000 | $ 13.21 | $ 1,321,205.00 |
| | | | | SUBTOTAL: | $ (1,754,260.00) |

| Date: | Bought/Sold: | Option Description: | Quantity: | Price: | Amount: |
|---|---|---|---|---|---|
| 8/7/2018 | Buy | TSLA 18JAN19 420.0 C | 150 | $ (20.46) | $ (306,875.00) |
| 8/15/2018 | Sell | TSLA 18JAN19 420.0 C | 150 | $ 8.56 | $ 128,455.00 |
| | | | | SUBTOTAL: | $ (178,420.00) |

| Date: | Bought/Sold: | Option Description: | Quantity: | Price: | Amount: |
|---|---|---|---|---|---|
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 200 | $ (15.22) | $ (304,300.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | $ (16.10) | $ (241,500.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | $ (15.59) | $ (233,868.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | $ (15.59) | $ (233,828.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | $ (15.80) | $ (237,000.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 200 | $ (17.70) | $ (354,000.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 200 | $ (17.85) | $ (357,000.00) |
| 8/7/2018 | Buy | TSLA 18JAN19 450.0 C | 150 | $ (13.00) | $ (195,000.00) |
| 8/15/2018 | Sell | TSLA 18JAN19 450.0 C | 174 | $ 3.90 | $ 67,860.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 450.0 C | 73 | $ 3.85 | $ 28,105.00 |
| 8/15/2018 | Sell | TSLA 18JAN19 450.0 C | 1103 | $ 3.80 | $ 419,140.00 |
| | | | | SUBTOTAL: | $ (1,641,391.00) |

**TOTAL LOSSES ON OPTIONS:** $ **(3,826,861.20)**

**TOTAL LOSSES ON BOTH COMMON STOCK AND OPTIONS:** $ **(3,869,744.20)**