1  Ramzi Abadou (SBN 222567)
2  KAHN SWICK & FOTI, LLP
   912 Cole Street, # 251
3  San Francisco, California 94117
   Telephone: (504) 455-1400
4  Facsimile: (504) 455-1498
   ramzi.abadou@ksfcounsel.com
5
6  *Counsel for Movant Bridgestone Investment Corporation Limited and Proposed Lead Counsel for the Class*
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated, ) | Case No. 3:18-cv-004865-EMC |
| ) | |
| Plaintiff, ) | <u>CLASS ACTION</u> |
| ) | |
| v. ) | CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 3-7(d) |
| ELON MUSK and TESLA, INC., ) | |
| ) | |
| Defendants. ) | |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 3-7(D)

CASE NO. 3:18-CV-04865-EMC

| | | |
|---|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated, | ) ) | No. 18-cv-04876-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC., and ELON MUSK, | ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 18-cv-04912-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON MUSK, | ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| CARLOS MAIA, on behalf of himself and all others similarly situated, | ) ) | No. 18-cv-04939-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON R. MUSK, | ) ) | |
| Defendants. | ) ) ) | |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 3-7(D)

CASE NO. 3:18-CV-04865-EMC

| | | |
|---|---|---|
| 1 | KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, ) ) | No. 18-cv-04948-EMC |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | TESLA, INC. and ELON MUSK, ) ) | |
| 6 | Defendants. ) ) | |
| 7 | ) | |
| 8 | | |
| 9 | JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated, ) ) | No. 18-cv-05258-EMC |
| 10 | ) | |
| 11 | Plaintiff, ) ) | |
| 12 | v. ) ) | |
| 13 | TESLA, INC. and ELON R. MUSK, ) ) | |
| 14 | Defendants. ) ) | |
| 15 | ) | |
| 16 | | |
| 17 | ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated, ) ) | No. 18-cv-05463-EMC |
| 18 | ) | |
| 19 | Plaintiff, ) ) | |
| 20 | v. ) ) | |
| 21 | TESLA, INC., and ELON R. MUSK, ) ) | |
| 22 | Defendants. ) ) | |
| 23 | ) | |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 3-7(D)

CASE NO. 3:18-CV-04865-EMC

| | | |
|---|---|---|
| 1 | ZHI XING FAN, Individually and On Behalf of All Others Similarly Situated, ) ) | No. 18-cv-05470-EMC |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | TESLA, INC. and ELON R. MUSK, ) ) | |
| 6 | Defendants. ) ) | |
| 7 | ) ) | |
| 8 | ) | |
| 9 | SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated, ) ) ) | No. 18-cv-05899-EMC |
| 10 | ) | |
| 11 | Plaintiff, ) ) | |
| 12 | v. ) ) | |
| 13 | TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, ) ) ) | |
| 14 | ) | |
| 15 | Defendants. ) | |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 3-7(D)

CASE NO. 3:18-CV-04865-EMC

1  I, Ramzi Abadou, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California:

I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).

Exclusive of securities held through mutual funds or discretionary funds managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 9th day of October, 2018, at San Francisco, CA.


        */s/ Ramzi Abadou*
        RAMZI ABADOU

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 3-7(D)

CASE NO. 3:18-CV-04865-EMC

1