**KELLER LENKNER LLC**
Ashley C. Keller (*admitted pro hac vice*)
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Telephone: (312) 741-5222
ack@kellerlenkner.com

**KELLER LENKNER LLC**
U. Seth Ottensoser (*admitted pro hac vice*)
1330 Avenue of the Americas, Suite 23A
New York, NY 10019
Telephone: (212) 653-9715
so@kellerlenkner.com

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
David J. Schwartz
Francis P. McConville
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
dschwartz@labaton.com
fmcconville@labaton.com

*Counsel for the Tesla Investor Group and Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF FRANK BUSCH PURSUANT TO LOCAL RULE 3-7 (D)**<br><br>Date:       November 15, 2018<br>Time:       1:30 p.m.<br>Courtroom: 5 – 17th Floor<br>Judge:      Hon. Edward M. Chen |

*(caption continues on the following pages)*

| | |
|---|---|
| WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04912-EMC |
| CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04948-EMC |

*(caption continues on the following page)*

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 4:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No. 3:18-cv-05899-EMC |

1   I, Frank Busch, make this declaration pursuant to Local Rule 3-7(d) of the United States
2   District Court for the Northern District of California:
3   Exclusive of securities held through mutual funds or discretionary accounts managed by
4   professional money managers, I do not directly own or otherwise have a beneficial interest in the
5   securities that are the subject of this action.
6   I declare under penalty of perjury that the foregoing is true and correct.  If called as a
7   witness, I could and would competently testify thereto.
8   Executed this 9th day of October, 2018, at San Francisco, California.

                                                              */s/ Frank Busch*
                                                                Frank Busch

**Certificate Pursuant to Local Rule 5-1(i)(3)**

14  I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file
15  this certification of Frank Busch pursuant to Local Rule 3-7(d).  In compliance with Local Rule
16  5-1(i)(3), I hereby attest that Frank Busch concurs in this filing.
17  Dated:  October 9, 2018

                                                              */s/ James M. Wagstaffe*
                                                              James M. Wagstaffe