| | |
|---|---|
| 1 | **KELLER LENKNER LLC** |
| 2 | Ashley C. Keller (*admitted pro hac vice*) |
|   | 150 N. Riverside Plaza, Suite 4270 |
| 3 | Chicago, IL 60606 |
|   | Telephone: (312) 741-5222 |
| 4 | ack@kellerlenkner.com |

**KELLER LENKNER LLC**
U. Seth Ottensoser (*admitted pro hac vice*)
1330 Avenue of the Americas, Suite 23A
New York, NY 10019
Telephone: (212) 653-9715
so@kellerlenkner.com

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
David J. Schwartz
Francis P. McConville
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
dschwartz@labaton.com
fmcconville@labaton.com

*Counsel for the Tesla Investor Group and Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated, | Case No. 3:18-cv-04865-EMC |
| | **CLASS ACTION** |
| Plaintiff, | **CERTIFICATION OF ASHLEY C. KELLER PURSUANT TO LOCAL RULE 3-7 (D)** |
| v. | |
| ELON MUSK and TESLA, INC, | Date: November 15, 2018 |
| Defendants. | Time: 1:30 p.m. |
| | Courtroom: 5 – 17th Floor |
| | Judge: Hon. Edward M. Chen |

*(caption continues on the following pages)*

---

CERTIFICATION OF ASHLEY C. KELLER PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 3:18-CV-04865-EMC

| | |
|---|---|
| WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04912-EMC |
| CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04948-EMC |

*(caption continues on the following page)*

CERTIFICATION OF ASHLEY C. KELLER PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 3:18-CV-04865-EMC

2

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 4:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No. 3:18-cv-05899-EMC |

I, Ashley C. Keller, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 9th day of October, 2018, at Chicago, Illinois.

*/s/ Ashley C. Keller*
Ashley C. Keller

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file this certification of Ashley C. Keller pursuant to Local Rule 3-7(d). In compliance with Local Rule 5-1(i)(3), I hereby attest that Ashley C. Keller concurs in this filing.

Dated: October 9, 2018

*/s/ James M. Wagstaffe*
James M. Wagstaffe