1    **KELLER LENKNER LLC**
     Ashley C. Keller (*admitted pro hac vice*)
2    150 N. Riverside Plaza, Suite 4270
     Chicago, IL 60606
3    Telephone: (312) 741-5222
     ack@kellerlenkner.com
4
     **KELLER LENKNER LLC**
5    U. Seth Ottensoser (*admitted pro hac vice*)
     1330 Avenue of the Americas, Suite 23A
6    New York, NY 10019
     Telephone: (212) 653-9715
7    so@kellerlenkner.com

8    **LABATON SUCHAROW LLP**
     Christopher J. Keller
9    Eric J. Belfi
     David J. Schwartz
10   Francis P. McConville
     140 Broadway
11   New York, NY 10005
     Telephone: (212) 907-0700
12   Facsimile: (212) 818-0477
     ckeller@labaton.com
13   ebelfi@labaton.com
     dschwartz@labaton.com
14   fmcconville@labaton.com

15   *Counsel for the Tesla Investor Group and*
     *Proposed Co-Lead Counsel for the Class*
16
                   **UNITED STATES DISTRICT COURT**
17             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
18

19                                              Case No. 3:18-cv-04865-EMC
     KALMAN ISAACS, on behalf of himself and
20   all others similarly situated,             **CLASS ACTION**

21                           Plaintiff,          **CERTIFICATION OF ERIC J. BELFI**
                                                 **PURSUANT TO LOCAL RULE 3-7 (D)**
22          v.
                                                 Date:        November 15, 2018
23   ELON MUSK and TESLA, INC,                   Time:        1:30 p.m.
                                                 Courtroom:   5 – 17th Floor
24                           Defendants.         Judge:       Hon. Edward M. Chen

25

26   *(caption continues on the following pages)*

27

28

CERTIFICATION OF ERIC J. BELFI PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 3:18-CV-04865-EMC

| | |
|---|---|
| WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04876-EMC |
| Plaintiff, | |
| v. | |
| TESLA INC., and ELON MUSK, | |
| Defendants. | |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04912-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON MUSK, | |
| Defendants. | |
| CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04939-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON R. MUSK, | |
| Defendants. | |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04948-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON MUSK, | |
| Defendants. | |

*(caption continues on the following page)*

2

CERTIFICATION OF ERIC J. BELFI PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 3:18-CV-04865-EMC

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-05258-EMC |
| Plaintiff, | |
| v. | |
| TESLA INC., and ELON R. MUSK, | |
| Defendants. | |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated, | Case No.  3:18-cv-05463-EMC |
| Plaintiff, | |
| v. | |
| TESLA INC., and ELON R. MUSK, | |
| Defendants. | |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated, | Case No.  4:18-cv-05470-EMC |
| Plaintiff, | |
| v. | |
| TESLA INC., and ELON R. MUSK, | |
| Defendants. | |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated, | Case No.  3:18-cv-05899-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, | |
| Defendants. | |

3

CERTIFICATION OF ERIC J. BELFI PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 3:18-CV-04865-EMC

1    I, Eric J. Belfi, make this declaration pursuant to Local Rule 3-7(d) of the United States

2  District Court for the Northern District of California:

3    Exclusive of securities held through mutual funds or discretionary accounts managed by

4  professional money managers, I do not directly own or otherwise have a beneficial interest in the

5  securities that are the subject of this action.

6    I declare under penalty of perjury that the foregoing is true and correct.  If called as a

7  witness, I could and would competently testify thereto.

8    Executed this 9th day of October, 2018, at New York, New York.

9

10                                          */s/ Eric J. Belfi*
                                          Eric J. Belfi

11

12

13                          **Certificate Pursuant to Local Rule 5-1(i)(3)**

14    I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file

15  this certification of Eric J. Belfi pursuant to Local Rule 3-7(d).  In compliance with Local Rule

16  5-1(i)(3), I hereby attest that Eric J. Belfi concurs in this filing.

17  Dated:  October 9, 2018

18                                          */s/ James M. Wagstaffe*
                                          James M. Wagstaffe

19

20

21

22

23

24

25

26

27

28                                                                                    4

CERTIFICATION OF ERIC J. BELFI PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 3:18-CV-04865-EMC