**KELLER LENKNER LLC**
Ashley C. Keller (*admitted pro hac vice*)
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Telephone: (312) 741-5222
ack@kellerlenkner.com

**KELLER LENKNER LLC**
U. Seth Ottensoser (*admitted pro hac vice*)
1330 Avenue of the Americas, Suite 23A
New York, NY 10019
Telephone: (212) 653-9715
so@kellerlenkner.com

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
David J. Schwartz
Francis P. McConville
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
dschwartz@labaton.com
fmcconville@labaton.com

*Counsel for the Tesla Investor Group and Proposed Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF U. SETH OTTENSOSER PURSUANT TO LOCAL RULE 3-7 (D)**<br><br>Date:        November 15, 2018<br>Time:        1:30 p.m.<br>Courtroom:   5 – 17th Floor<br>Judge:       Hon. Edward M. Chen |

*(caption continues on the following pages)*

| | | |
|---|---|---|
| 1 | WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04876-EMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | TESLA INC., and ELON MUSK, | |
| 6 | Defendants. | |
| 7 | | |
| 8 | JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04912-EMC |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | TESLA, INC. and ELON MUSK, | |
| 12 | Defendants. | |
| 13 | | |
| 14 | CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04939-EMC |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | TESLA, INC. and ELON R. MUSK, | |
| 18 | Defendants. | |
| 19 | | |
| 20 | KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04948-EMC |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | TESLA, INC. and ELON MUSK, | |
| 24 | Defendants. | |
| 25 | *(caption continues on the following page)* | |

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No.  3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No.  4:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No.  3:18-cv-05899-EMC |

1    I, U. Seth Ottensoser, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 9th day of October, 2018, at New York, New York.

                                      */s/ U. Seth Ottensoser*
                                        U. Seth Ottensoser

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file this certification of U. Seth Ottensoser pursuant to Local Rule 3-7(d). In compliance with Local Rule 5-1(i)(3), I hereby attest that U. Seth Ottensoser concurs in this filing.

Dated: October 9, 2018

                                      */s/ James M. Wagstaffe*
                                      James M. Wagstaffe