1  Ramzi Abadou (SBN 222567)
   KAHN SWICK & FOTI, LLP
2  912 Cole Street, # 251
   San Francisco, California 94117
3  Telephone: (504) 455-1400
4  Facsimile: (504) 455-1498
   ramzi.abadou@ksfcounsel.com
5
   *Counsel for Movant Bridgestone Investment Corporation Limited*
6  *and Proposed Lead Counsel for the Class*

7

8                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
9                         **SAN FRANCISCO DIVISION**

10

11 KALMAN ISAACS, individually and on      )
   behalf of all others similarly situated, )   Case No. 3:18-cv-004865-EMC
12                                          )
              Plaintiff,                    )   CLASS ACTION
13                                          )
              v.                            )   BRIDGESTONE INVESTMENT CORPORATION
14                                          )   LIMITED'S CERTIFICATE OF INTERESTED
   ELON MUSK and TESLA, INC.,               )   PARTIES
15                                          )
              Defendants.                   )
16                                          )
                                            )
17                                          )
                                            )
18                                          )
                                            )
19                                          )
                                            )
20                                          )
                                            )
21                                          )
                                            )

22

23

24

25

26

27

28
                                                            CASE NO. 3:18-CV-04865-EMC
   CERTIFICATE OF INTERESTED PARTIES

| | | |
|---|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated, | ) ) | No. 18-cv-04876-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC., and ELON MUSK, | ) ) | |
| Defendants. | ) ) ) | |
| | | |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 18-cv-04912-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON MUSK, | ) ) | |
| Defendants. | ) ) ) | |
| | | |
| CARLOS MAIA, on behalf of himself and all others similarly situated, | ) ) | No. 18-cv-04939-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON R. MUSK, | ) ) | |
| Defendants. | ) ) ) | |

| | |
|---|---|
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>        v.<br><br>TESLA, INC. and ELON MUSK,<br><br>            Defendants. | No. 18-cv-04948-EMC |
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>        v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>            Defendants. | No. 18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>        v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>            Defendants. | No. 18-cv-05463-EMC |

CERTIFICATE OF INTERESTED PARTIES

CASE NO. 3:18-CV-04865-EMC

| | | |
|---|---|---|
| ZHI XING FAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 18-cv-05470-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON R. MUSK, | ) ) | |
| Defendants. | ) ) ) | |
| SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated, | ) ) ) ) | No. 18-cv-05899-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, | ) ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATE OF INTERESTED PARTIES

CASE NO. 3:18-CV-04865-EMC

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the
2  named parties, there is no such interest to report.
3  Executed this 9th day of October, 2018, at San Francisco, CA.

*/s/ Ramzi Abadou*
Ramzi Abadou
Attorney of Record for Movant
Bridgestone Investment Corporation Limited

CERTIFICATE OF INTERESTED PARTIES

CASE NO. 3:18-CV-04865-EMC

1