1  **KELLER LENKNER LLC**
   Ashley C. Keller (*admitted pro hac vice*)
2  150 N. Riverside Plaza, Suite 4270
   Chicago, IL 60606
3  Telephone: (312) 741-5222
   ack@kellerlenkner.com
4
   **KELLER LENKNER LLC**
5  U. Seth Ottensoser (*admitted pro hac vice*)
   1330 Avenue of the Americas, Suite 23A
6  New York, NY 10019
   Telephone: (212) 653-9715
7  so@kellerlenkner.com

8  **LABATON SUCHAROW LLP**
   Christopher J. Keller
9  Eric J. Belfi
   David J. Schwartz
10 Francis P. McConville
   140 Broadway
11 New York, NY 10005
   Telephone: (212) 907-0700
12 Facsimile: (212) 818-0477
   ckeller@labaton.com
13 ebelfi@labaton.com
   dschwartz@labaton.com
14 fmcconville@labaton.com

15 *Counsel for the Tesla Investor Group and*
   *Proposed Co-Lead Counsel for the Class*
16

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated, | Case No. 3:18-cv-04865-EMC |
| | **CLASS ACTION** |
| Plaintiff, | **CERTIFICATION OF FRANCIS P. MCCONVILLE PURSUANT TO LOCAL RULE 3-7 (D)** |
| v. | |
| ELON MUSK and TESLA, INC, | Date:        November 15, 2018 |
| Defendants. | Time:        1:30 p.m.<br>Courtroom:  5 – 17th Floor<br>Judge:       Hon. Edward M. Chen |

*(caption continues on the following pages)*

| | |
|---|---|
| WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04912-EMC |
| CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04948-EMC |

*(caption continues on the following page)*

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 4:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No. 3:18-cv-05899-EMC |

CERTIFICATION OF FRANCIS P. MCCONVILLE PURSUANT TO CIV. L.R. 3-7(D)
CASE NO. 3:18-CV-04865-EMC

3

1    I, Francis P. McConville, make this declaration pursuant to Local Rule 3-7(d) of the
2    United States District Court for the Northern District of California:
3    Exclusive of securities held through mutual funds or discretionary accounts managed by
4    professional money managers, I do not directly own or otherwise have a beneficial interest in the
5    securities that are the subject of this action.
6    I declare under penalty of perjury that the foregoing is true and correct.  If called as a
7    witness, I could and would competently testify thereto.
8    Executed this 9th day of October, 2018, at New York, New York.

                                            */s/ Francis P. McConville*
                                            Francis P. McConville

### Certificate Pursuant to Local Rule 5-1(i)(3)

I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file this certification of Francis P. McConville pursuant to Local Rule 3-7(d).  In compliance with Local Rule 5-1(i)(3), I hereby attest that Francis P. McConville concurs in this filing.

Dated:  October 9, 2018

                                            */s/ James M. Wagstaffe*
                                            James M. Wagstaffe