Michael W. Stocker (179083)
Reed R. Kathrein (139304)
Kristen McCulloch (177558)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
mikes@hbsslaw.com
reed@hbsslaw.com
kristenm@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>      v.<br><br>ELON MUSK and TESLA, INC.,<br><br>                              Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF MICHAEL W. STOCKER IN SUPPORT OF MOTION OF JAMES JOHNSON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date:        November 15, 2018<br>Time:       1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge:      Hon. Edward M. Chen<br><br>ORAL ARGUMENT REQUESTED |
| WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>      v.<br><br>TESLA, INC. and ELON MUSK,<br><br>                              Defendants. | Case No. 3:18-cv-04876-EMC |

010768-11 1066380 V1

| | | |
|---|---|---|
| 1 | JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | Case No.3:18-cv-04912-EMC |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | TESLA, INC. and ELON MUSK, | |
| 5 | Defendants. | |
| 6 | | |
| 7 | CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04939-EMC |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | TESLA, INC. and ELON R. MUSK, | |
| 11 | Defendants. | |
| 12 | KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04948-EMC |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | TESLA, INC. and ELON MUSK, | |
| 17 | Defendants. | |
| 18 | JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-05258-EMC |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | TESLA, INC. and ELON R. MUSK | |
| 22 | Defendants. | |

| | |
|---|---|
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>        Defendants. | Case No. 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>        Defendants. | Case No. 3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>        Defendants. | Case No. 3:18-cv-05899-EMC |

**MICHAEL W. STOCKER** declares the following under the penalties of perjury:

1. I am a partner at Hagens Berman Sobol Shapiro LLP.  I submit this declaration in support of the Motion of James Johnson for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Its Selection of Counsel.

2. Attached hereto as **Exhibit A** is a true and correct copy of the PSLRA notice published on *Cision PR Newswire* on August 10, 2018 by Keller Lenkner LLC.

3. Attached hereto as **Exhibit B** is a true and correct copy of the PSLRA certification of James Johnson.

4. Attached hereto as **Exhibit C** is a true and correct copy of the loss chart for James Johnson investments in TSLA securities.

5. Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Hagens Berman Sobol Shapiro LLP.

Executed in Berkeley, CA this 9th day of October, 2018.

*/s/ Michael W. Stocker*
Michael W. Stocker

STOCKER DECL. ISO MOT. TO CONSOL. REL. CASES, APPOINT LEAD PL. AND APPROVE SELECTION OF COUNSEL - 1
Case No.: 3:18-cv-04865

010768-11 1066380 V1