# Exhibit C

## Loss Analysis for James Johnson - Tesla, Inc. (TSLA)

| | | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period Purchases** | 08/08/18 | 5 | $372.1600 | $1,860.80 | 08/08/18 | 5,275 | $373.9800 | $1,972,744.50 |
| | 08/08/18 | 10 | $373.4890 | $3,734.89 | 08/08/18 | 125 | $375.0000 | $46,875.00 |
| | 08/08/18 | 10 | $373.3200 | $3,733.20 | 08/08/18 | 25 | $374.9750 | $9,374.38 |
| | 08/08/18 | 100 | $373.8000 | $37,380.00 | 08/08/18 | 5,300 | $374.9000 | $1,986,970.00 |
| | 08/08/18 | 200 | $374.1260 | $74,825.20 | 08/08/18 | 300 | $374.5850 | $112,375.50 |
| | 08/08/18 | 5,000 | $374.0100 | $1,870,050.00 | 08/08/18 | 5,000 | $374.3600 | $1,871,800.00 |
| | 08/08/18 | 100 | $373.9000 | $37,390.00 | 08/08/18 | 5,000 | $372.2000 | $1,861,000.00 |
| | 08/08/18 | 100 | $373.8800 | $37,388.00 | 08/08/18 | 5,350 | $372.0000 | $1,990,200.00 |
| | 08/08/18 | 200 | $373.6580 | $74,731.60 | 08/08/18 | 5,300 | $372.0000 | $1,971,600.00 |
| | 08/08/18 | 5,000 | $374.0000 | $1,870,000.00 | 08/08/18 | 5,102 | $371.0000 | $1,892,842.00 |
| | 08/08/18 | 5 | $373.3297 | $1,866.65 | 08/08/18 | 264 | $372.0000 | $98,208.00 |
| | 08/08/18 | 19 | $373.3740 | $7,094.11 | 08/08/18 | 5,000 | $379.0000 | $1,895,000.00 |
| | 08/08/18 | 1 | $373.3763 | $373.38 | 08/08/18 | 3,000 | $378.1000 | $1,134,300.00 |
| | 08/08/18 | 300 | $373.2619 | $111,978.57 | 08/08/18 | 200 | $377.3000 | $75,460.00 |
| | 08/08/18 | 5,000 | $375.0000 | $1,875,000.00 | 08/08/18 | 2,700 | $377.3800 | $1,018,926.00 |
| | 08/08/18 | 300 | $373.8000 | $112,140.00 | 08/08/18 | 2,900 | $377.2000 | $1,093,880.00 |
| | 08/08/18 | 3,000 | $373.9700 | $1,121,910.00 | 08/08/18 | 2,900 | $377.7000 | $1,095,330.00 |
| | 08/08/18 | 2,000 | $373.9900 | $747,980.00 | 08/08/18 | 2,626 | $377.7800 | $992,050.28 |
| | 08/08/18 | 5,000 | $371.6200 | $1,858,100.00 | 08/08/18 | 274 | $377.8450 | $103,529.53 |
| | 08/08/18 | 50 | $371.0141 | $18,550.71 | 08/08/18 | 2,900 | $377.1000 | $1,093,590.00 |
| | 08/08/18 | 99 | $371.0650 | $36,735.44 | 08/08/18 | 2,980 | $376.7000 | $1,122,566.00 |
| | 08/08/18 | 201 | $371.1000 | $74,591.10 | 08/08/18 | 3,000 | $376.6016 | $1,129,804.80 |
| | 08/08/18 | 5,000 | $371.5500 | $1,857,750.00 | 08/08/18 | 2,500 | $375.7000 | $939,250.00 |
| | 08/08/18 | 300 | $371.6200 | $111,486.00 | 08/08/18 | 2,500 | $375.2000 | $938,000.00 |
| | 08/08/18 | 5,000 | $372.3000 | $1,861,500.00 | 08/08/18 | 2,500 | $374.5700 | $936,425.00 |
| | 08/08/18 | 16 | $373.8000 | $5,980.80 | 08/08/18 | 2,500 | $374.1650 | $935,412.50 |
| | 08/08/18 | 50 | $373.4900 | $18,674.50 | 08/08/18 | 2,000 | $373.3387 | $746,677.40 |
| | 08/08/18 | 100 | $373.1950 | $37,319.50 | 08/08/18 | 2,000 | $372.5136 | $745,027.20 |
| | 08/08/18 | 200 | $373.7050 | $74,741.00 | 08/08/18 | 2,000 | $372.4500 | $744,900.00 |
| | 08/08/18 | 5,000 | $378.0000 | $1,890,000.00 | 08/08/18 | 1,950 | $371.2000 | $723,840.00 |
| | 08/08/18 | 100 | $373.6050 | $37,360.50 | 08/08/18 | 50 | $371.2040 | $18,560.20 |
| | 08/08/18 | 100 | $373.6548 | $37,365.48 | 08/14/18 | 3 | $356.0101 | $1,068.03 |
| | 08/08/18 | 200 | $373.6580 | $74,731.60 | 08/15/18 | 500 | $333.9830 | $166,991.50 |
| | 08/08/18 | 100 | $373.6612 | $37,366.12 | 08/15/18 | 500 | $332.6600 | $166,330.00 |
| | 08/08/18 | 100 | $373.6644 | $37,366.44 | 08/15/18 | 100 | $333.1200 | $33,312.00 |
| | 08/08/18 | 125 | $373.6675 | $46,708.44 | 08/15/18 | 100 | $333.1100 | $33,311.00 |
| | 08/08/18 | 100 | $373.6770 | $37,367.70 | 08/15/18 | 100 | $333.1000 | $33,310.00 |
| | 08/08/18 | 10 | $373.6802 | $3,736.80 | 08/15/18 | 180 | $333.0733 | $59,953.19 |
| | 08/08/18 | 40 | $373.6834 | $14,947.34 | 08/16/18 | 6,842 | $337.0000 | $2,305,754.00 |
| | 08/08/18 | 25 | $373.6897 | $9,342.24 | | | | |
| | 08/08/18 | 100 | $373.6967 | $37,369.67 | | | | |
| | 08/08/18 | 1,000 | $381.4047 | $381,404.70 | | | | |
| | 08/08/18 | 3,000 | $382.5000 | $1,147,500.00 | | | | |
| | 08/08/18 | 3,000 | $379.5000 | $1,138,500.00 | | | | |
| | 08/08/18 | 3,000 | $377.5000 | $1,132,500.00 | | | | |
| | 08/08/18 | 2,900 | $377.0000 | $1,093,300.00 | | | | |
| | 08/08/18 | 2,900 | $377.0000 | $1,093,300.00 | | | | |
| | 08/08/18 | 2,900 | $377.5000 | $1,094,750.00 | | | | |
| | 08/08/18 | 2,900 | $376.5000 | $1,091,850.00 | | | | |
| | 08/08/18 | 2,900 | $376.5000 | $1,091,850.00 | | | | |
| | 08/08/18 | 2,680 | $376.0000 | $1,007,680.00 | | | | |
| | 08/08/18 | 300 | $375.9000 | $112,770.00 | | | | |
| | 08/08/18 | 3,000 | $375.9000 | $1,127,700.00 | | | | |
| | 08/08/18 | 2,500 | $374.9900 | $937,475.00 | | | | |
| | 08/08/18 | 27 | $374.8900 | $10,122.03 | | | | |
| | 08/08/18 | 164 | $374.9000 | $61,483.60 | | | | |
| | 08/08/18 | 2,309 | $374.9099 | $865,666.96 | | | | |
| | 08/08/18 | 2,500 | $373.5676 | $933,919.00 | | | | |
| | 08/08/18 | 100 | $373.0900 | $37,309.00 | | | | |
| | 08/08/18 | 100 | $373.1200 | $37,312.00 | | | | |
| | 08/08/18 | 400 | $373.1300 | $149,252.00 | | | | |
| | 08/08/18 | 600 | $373.1400 | $223,884.00 | | | | |
| | 08/08/18 | 100 | $373.1500 | $37,315.00 | | | | |
| | 08/08/18 | 200 | $373.1560 | $74,631.20 | | | | |

| | 08/08/18 | 220 | $373.1600 | $82,095.20 |
| --- | --- | --- | --- | --- |
| | 08/08/18 | 780 | $373.1690 | $291,071.82 |
| | 08/08/18 | 2,000 | $371.6286 | $743,257.20 |
| | 08/08/18 | 20 | $371.9900 | $7,439.80 |
| | 08/08/18 | 180 | $372.0000 | $66,960.00 |
| | 08/08/18 | 1,800 | $372.0150 | $669,627.00 |
| | 08/08/18 | 2,000 | $370.9400 | $741,880.00 |
| | 08/08/18 | 2,000 | $368.7000 | $737,400.00 |

**Post Class Purchases**

**Post Class Sales**

| Total Shares Acquired in CP | 91,846 | Total Amount Paid in CP | $34,429,733.27 | | Total Shares Sold in CP | 91,846 | Total Amount Sold in CP | $34,096,548.01 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| | | | | | Total Shares Sold to Current | 91,846 | Total Amount Sold to Current | $34,096,548.01 | ALTERNATIVE |

**Actual Net Shares Acquired in CP**   –   (CP Retained Shares)

Net Amount Paid in CP   $333,185.26
Net Amount Paid in CP Minus Sold to Current Date   $333,185.26 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)   0   Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date   0   Automatically 0 if Negative   ALTERNATIVE

90-Day Mean Share Price after last Day of CP   $303.36071

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price   $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price   $0.00   ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price   $333,185.26   ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)   $333,185.26
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)   $333,185.26   ALTERNATIVE