Michael W. Stocker (179083)
Reed R. Kathrein (139304)
Kristen McCulloch (177558)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
mikes@hbsslaw.com
reed@hbsslaw.com
kristenm@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>        v.<br><br>ELON MUSK and TESLA, INC.,<br><br>                                    Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**CERTIFICATION OF MICHAEL W. STOCKER PURSUANT TO CIVIL LOCAL RULE 3-7(d)**<br><br>Date:              November 15, 2018<br>Time:             1:30 p.m.<br>Courtroom:    5, 17th Floor<br>Judge:           Hon. Edward M. Chen<br><br>ORAL ARGUMENT REQUESTED |
| WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>        v.<br><br>TESLA, INC. and ELON MUSK,<br><br>                                    Defendants. | Case No. 3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff, | Case No.3:18-cv-04912-EMC |

v.

TESLA, INC. and ELON MUSK,

                         Defendants.

CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated,

                         Plaintiff,

v.

TESLA, INC. and ELON R. MUSK,

                         Defendants.

Case No. 3:18-cv-04939-EMC

KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,

                         Plaintiff,

v.

TESLA, INC. and ELON MUSK,

                         Defendants.

Case No. 3:18-cv-04948-EMC

JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,

                         Plaintiff,

v.

TESLA, INC. and ELON R. MUSK

                         Defendants.

Case No. 3:18-cv-05258-EMC

ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,

                         Plaintiff,

v.

TESLA, INC. and ELON R. MUSK,

                         Defendants.

Case No. 3:18-cv-05463-EMC

ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,

                         Plaintiff,

Case No. 3:18-cv-05470-EMC

1

v.

2

TESLA, INC. and ELON R. MUSK,

3

                                    Defendants.

4

SHAHRAM SODEIFI, Individually and on                    Case No. 3:18-cv-05899-EMC
Behalf of All Others Similarly Situated,

5

                                    Plaintiff,

6

v.

7

TESLA, INC., a Delaware corporation, and
ELON R. MUSK, an individual,

8

                                    Defendants.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

010768-11 1066571 V1

1    TO THE COURT AND ALL PARTIES OF RECORD:

2    Pursuant to Civil Local Rule 3-7(d), I, Michael W. Stocker, declare as follows:

3          Exclusive of securities held through mutual funds or discretionary accounts managed by

4    professional money managers, I do not directly own or otherwise have a beneficial interest in the

5    securities that are the subject of this action.

6          I declare, under penalty of perjury, that the foregoing is true and correct to the best of my

7    knowledge.

8          Executed this 9th day of October, 2018.

9

10                            */s/ Michael W. Stocker*
                              Michael W. Stocker

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOCKER CERT. PURS. TO L.R. 3-7(d)                                                                                          - 1
Case No.: 3:18-cv-04865-EMC

010768-11 1066571 V1