Michael W. Stocker (179083)
Reed R. Kathrein (139304)
Kristen McCulloch (177558)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
mikes@hbsslaw.com
reed@hbsslaw.com
kristenm@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>ELON MUSK and TESLA, INC.,<br><br>                              Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**CERTIFICATION OF KRISTEN MCCULLOCH PURSUANT TO CIVIL LOCAL RULE 3-7(d)**<br><br>Date:           November 15, 2018<br>Time:           1:30 p.m.<br>Courtroom:  5, 17th Floor<br>Judge:         Hon. Edward M. Chen<br><br>ORAL ARGUMENT REQUESTED |
| WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>TESLA, INC. and ELON MUSK,<br><br>                              Defendants. | Case No. 3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff, | Case No.3:18-cv-04912-EMC |

010768-11 1070547 V1

| | |
|---|---|
| v.<br><br>TESLA, INC. and ELON MUSK,<br><br>                      Defendants. | |
| CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>                      Defendants. | Case No. 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>TESLA, INC. and ELON MUSK,<br><br>                      Defendants. | Case No. 3:18-cv-04948-EMC |
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>TESLA, INC. and ELON R. MUSK<br><br>                      Defendants. | Case No. 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>                      Defendants. | Case No. 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff, | Case No. 3:18-cv-05470-EMC |

010768-11 1070547 V1

|  |  |
|---|---|
| v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>                                Defendants. |  |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>                                Plaintiff,<br><br>       v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>                                Defendants. | Case No. 3:18-cv-05899-EMC |

010768-11 1070547 V1

1  TO THE COURT AND ALL PARTIES OF RECORD:

2  Pursuant to Civil Local Rule 3-7(d), I, Kristen McCulloch, declare as follows:

3      Exclusive of securities held through mutual funds or discretionary accounts managed by

4  professional money managers, I do not directly own or otherwise have a beneficial interest in the

5  securities that are the subject of this action.

6      I declare, under penalty of perjury, that the foregoing is true and correct to the best of my

7  knowledge.

8      Executed this 9th day of October, 2018.

10                                        */s/ Kristen McCulloch*
                                        Kristen McCulloch