1  Laurence D. King (SBN 206423)
   Mario M. Choi (SBN 243409)
2  **KAPLAN FOX & KILSHEIMER LLP**
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone: 415-772-4700
4  Facsimile: 415-772-4707
   *lking@kaplanfox.com*
5  *mchoi@kaplanfox.com*

6  *Counsel for Movants Tempus International
   Fund SPC and Opportunity Unique Fund Inc.*
7

8             **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
9                 **SAN FRANCISCO DIVISION**

10 | KALMAN ISAACS, individually and on behalf of all others similar situated, | Case No.: 3:18-cv-04865-EMC |
   |---|---|
11 | Plaintiff, | **DECLARATION OF LAURENCE D. KING IN SUPPORT OF TEMPUS INTERNATIONAL FUND SPC AND OPPORTUNITY UNIQUE FUND INC.'S MOTION FOR (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF THEIR CHOICE OF LEAD COUNSEL** |
12 | v. | |
13 | ELON MUSK and TESLA, INC., | |
14 | Defendants. | |
15 | | |
16 | | Judge: Hon. Edward M. Chen |
   | | Courtroom: 5 |
17 | | Date: November 15, 2018 |
   | | Time: 1:30 p.m. |
18 | | |

19 [Additional Captions Below]

| | |
|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04912-EMC |
| CARLOS MAIA, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04948-EMC |

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>                    Defendants. | Case No.:  3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Other Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>                    Defendants. | Case No.:  3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>                    Defendants. | Case No.:  3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>         v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>                    Defendants. | Case No.: 3:18-cv-05899-EMC |

I, Laurence D. King, hereby declare as follows:

1. I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Support of Tempus International Fund SPC and Opportunity Unique Fund Inc.'s Motion for (1) Consolidation of the Related Actions, (2) Appointment as Lead Plaintiff, and (3) Approval of Their Choice of Lead Counsel. If called as a witness, I could and would competently testify thereto to all facts within my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the August 10, 2018 Notice of Pendency of this Class Action on *PR Newswire* in connection with the filing of *Isaacs v. Musk*, No. 18-cv-04865.

3. Attached hereto as Exhibit B is a true and correct copy of the sworn certification of movant Tempus International Fund SPC ("Tempus") pursuant to the Private Securities Litigation Reform Act of 1995.

4. Attached hereto as Exhibit C is a true and correct copy of the sworn certification of movant Opportunity Unique Fund Inc. ("OUF") pursuant to the Private Securities Litigation Reform Act of 1995.

5. Attached hereto as Exhibit D is a true and correct copy of charts calculating the losses incurred by Tempus and OUF.

6. Attached hereto as Exhibit E is the Firm resume of Kaplan Fox & Kilsheimer LLP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of October at San Francisco, California.

/s/ *Laurence D. King*
Laurence D. King