# EXHIBIT C

## <u>CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS</u>

I, Opportunity Gestão de Investimentos e Recursos Ltda., Investment Manager, on behalf of Opportunity Unique Fund Inc. ("OUF") hereby declare that:

1. I am authorized to make a certification on behalf of OUF.

2. I have reviewed a complaint filed in this action alleging violations of the securities laws and authorize the filing of a lead plaintiff motion.

3. OUF did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4. OUF is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial if necessary.  OUF fully understands the duties and responsibilities of the Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, specifically concerning its selection and retention of counsel and overseeing and directing the prosecution of the action on behalf of the class.

5. OUF's transactions in Tesla, Inc. securities during the proposed class period are set forth in Schedule A, which is attached hereto.

6. OUF has not sought to serve as a representative party on behalf of a class or been appointed lead plaintiff in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

7. OUF will not accept any payment for serving as a representative party on behalf of a class beyond its pro-rata share of any recovery, except as ordered or approved by the court, including any award to a representative plaintiff of reasonable costs and expense directly related to the representation of the class.

8. I declare under penalty of perjury that the foregoing is true and correct, executed on this 27 day of September, 2018.

Opportunity Gestão de Investimentos e Recursos Ltda.
Investment Manager
*Opportunity Unique Fund Inc.*



## Schedule A
### OUF Transactions in Tesla, Inc.

| Security | CUSIP | Transaction | Trade Date | Quantity | Price |
|---|---|---|---|---|---|
| Tesla, Inc. | 88160R101 | Cover Purchase | 8/7/2018 | 11,324 | 375.950 |

