# EXHIBIT D



**Exhibit D**

## TEMPUS AND OUF

### Estimated LIFO Losses in Tesla, Inc. (TSLA) - Class period: 8/7/2018 - 8/17/2018

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) | ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| **TESLA, INC.** | | | | | | | | |
| Tesla, Inc. | 88160R101 | Sold | 5/2/2018 | (37,440) | $299.0651 | ($11,196,997.34) | | TEMPUS |
| Tesla, Inc. | 88160R101 | Sold | 5/2/2018 | (675) | $299.0651 | ($201,868.94) | | TEMPUS |
| Tesla, Inc. | 88160R101 | Sold | 5/3/2018 | (92,454) | $277.4724 | ($25,653,433.27) | | TEMPUS |
| Tesla, Inc. | 88160R101 | Sold | 5/3/2018 | (1,349) | $277.4724 | ($374,310.27) | | TEMPUS |
| Tesla, Inc. | 88160R101 | Sold | 7/31/2018 | (7,660) | $296.2556 | ($2,269,317.90) | | TEMPUS |
| Tesla, Inc. | 88160R101 | Sold | 7/31/2018 | (26,120) | $296.2556 | ($7,738,196.27) | | TEMPUS |
| | | | | *(165,698)* | | *($47,434,123.99)* | | |
| Tesla, Inc. | 88160R101 | Bought | 8/7/2018 | 35,526 | $375.9503 | $13,356,010.36 | | TEMPUS |
| Tesla, Inc. | 88160R101 | Bought | 8/7/2018 | 128,135 | $375.9503 | $48,172,391.69 | | TEMPUS |
| Tesla, Inc. | 88160R101 | Bought | 8/7/2018 | 2,037 | $375.9503 | $765,810.76 | | TEMPUS |
| | | | | *165,698* | | *$62,294,212.81* | $14,860,088.82 | |
| Tesla, Inc. | 88160R101 | Sold | 5/2/2018 | (2,707) | $299.0651 | ($809,569.23) | | UNIQUE EQUITY MASTER |
| Tesla, Inc. | 88160R101 | Sold | 5/3/2018 | (6,197) | $277.4724 | ($1,719,496.46) | | UNIQUE EQUITY MASTER |
| Tesla, Inc. | 88160R101 | Sold | 7/31/2018 | (2,420) | $296.2556 | ($716,938.55) | | UNIQUE EQUITY MASTER |
| | | | | *(11,324)* | | *($3,246,004.24)* | | |
| Tesla, Inc. | 88160R101 | Bought | 8/7/2018 | 11,324 | $375.9503 | $4,257,261.20 | | UNIQUE EQUITY MASTER |
| | | | | *11,324* | | *$4,257,261.20* | $1,011,256.96 | |
| | | | | | | Total Estimated Losses | **$15,871,345.77** | |