**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING TEMPUS INTERNATIONAL FUND SPC AND OPPORTUNITY UNIQUE FUND INC. AS LEAD PLAINTIFF, AND APPROVING THEIR CHOICE OF LEAD COUNSEL**<br><br>Judge:    Hon. Edward M. Chen<br>Courtroom:  5<br>Date:     November 15, 2018<br>Time:     1:30 p.m. |

[Additional Caption Below]

| | |
|---|---|
| 1  WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated | Case No.:  3:18-cv-04876-EMC |
| 2 | |
| 3            Plaintiff, | |
| 4      v. | |
| 5  TESLA, INC. and ELON MUSK, | |
| 6            Defendants. | |
| 7  JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | Case No.:  3:18-cv-04912-EMC |
| 8 | |
| 9            Plaintiff, | |
| 10      v. | |
| 11  TESLA, INC. and ELON MUSK, | |
| 12            Defendants. | |
| 13  CARLOS MAIA, on behalf of himself and all other similarly situated, | Case No.:  3:18-cv-04939-EMC |
| 14 | |
| 15            Plaintiff, | |
| 16      v. | |
| 17  TESLA, INC. and ELON MUSK, | |
| 18            Defendants. | |
| 19  KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | Case No.:  3:18-cv-04948-EMC |
| 20 | |
| 21            Plaintiff, | |
| 22      v. | |
| 23  TESLA, INC. and ELON MUSK, | |
| 24            Defendants. | |

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No.: 3:18-cv-05899-EMC |

1  Before this Court is the Motion of the Tempus International Fund SOC ("Tempus") and
2  Opportunity Unique Fund Inc. ("OUF") for (1) Consolidation of Related Actions, (2) Appointment
3  as Lead Plaintiff, and (3) Approval of Their Choice of Lead Counsel (the "Motion").  The Court,
4  having considered the Motion and the accompanying Memorandum of Points and Authorities and
5  Declaration of Laurence D. King in Support of Tempus and OUF's Motion, finds that said Motion
6  is well taken and, accordingly, it is hereby
7  ORDERED that the Motion is GRANTED; and:
8  (a) the above-captioned securities class actions are related and hereby consolidated under
9  Case No. 18-cv-04865-EMC, and shall hereinafter bear the caption "In re Tesla, Inc. Securities
10 Litigation";
11 (b) Tempus and OUF are hereby appointed as Lead Plaintiff in the consolidated case
12 pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4;
13 (c) Tempus and OUF's choice of Lead Counsel is approved; and
14 (d) Kaplan Fox & Kilsheimer LLP is hereby appointed as Lead Counsel.
15 IT IS SO ORDERED.

17 Signed this _____ day of _____, 2018.

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE