Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

*Counsel for Movants Tempus International Fund SPC and Opportunity Unique Fund Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

KALMAN ISAACS, individually and on behalf of all others similar situated,

Plaintiff,

v.

ELON MUSK and TESLA, INC.,

Defendants.

No. 3:18-cv-04865-EMC

**CLASS ACTION**

**CERTIFICATION OF LAURENCE D. KING PURSUANT TO CIVIL LOCAL RULE 3-7(d)**

Judge: Hon. Edward M. Chen
Courtroom: 5
Date: November 15, 2018
Time: 1:30 p.m.

[Additional Captions Below]

| | |
|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04912-EMC |
| CARLOS MAIA, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04948-EMC |

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No.: 3:18-cv-05899-EMC |

I, Laurence D. King, make this certification pursuant to Civil Local Rule 3-7(d) of the United States District Court for the Northern District of California:

I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).

Exclusive of securities held through mutual funds or discretionary funds managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 9th day of October, 2018, in San Francisco, California.

/s/ *Laurence D. King*
Laurence D. King