1  Laurence D. King (SBN 206423)
   Mario M. Choi (SBN 243409)
2  **KAPLAN FOX & KILSHEIMER LLP**
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone: 415-772-4700
4  Facsimile:  415-772-4707
   *lking@kaplanfox.com*
5  *mchoi@kaplanfox.com*

6  *Counsel for Movants Tempus International
   Fund SPC and Opportunity Unique Fund Inc.*
7

8               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
9                    **SAN FRANCISCO DIVISION**

10 | KALMAN ISAACS, individually and on behalf | No. 3:18-cv-04865-EMC |
   | of all others similar situated,
11 |                                            | **CLASS ACTION**
   |          Plaintiff,
12 |                                            | **CERTIFICATION OF**
   |      v.                                    | **MARIO M. CHOI PURSUANT TO**
13 |                                            | **CIVIL LOCAL RULE 3-7(d)**
   | ELON MUSK and TESLA, INC.,
14 |                                            | Judge:     Hon. Edward M. Chen
   |          Defendants.                       | Courtroom: 5
15 |                                            | Date:      November 15, 2018
   |                                            | Time:      1:30 p.m.
16

17 [Additional Captions Below]

| | |
|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04912-EMC |
| CARLOS MAIA, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04948-EMC |

| | | |
|---|---|---|
| 1 | JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:18-cv-05258-EMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | TESLA, INC. and ELON R. MUSK, | |
| 6 | Defendants. | |
| 7 | | |
| 8 | ANDREW E. LEFT, Individually and on Behalf of All Other Similarly Situated, | Case No.: 3:18-cv-05463-EMC |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | TESLA, INC., and ELON R. MUSK, | |
| 12 | Defendants. | |
| 13 | | |
| 14 | ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:18-cv-05470-EMC |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | TESLA, INC., and ELON R. MUSK, | |
| 18 | Defendants. | |
| 19 | | |
| 20 | SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated, | Case No.: 3:18-cv-05899-EMC |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, | |
| 24 | | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

I, Mario M. Choi, make this certification pursuant to Civil Local Rule 3-7(d) of the United States District Court for the Northern District of California:

I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).

Exclusive of securities held through mutual funds or discretionary funds managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 9th day of October, 2018, in San Francisco, California.

/s/ *Mario M. Choi*
Mario M. Choi

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of October, 2018, at San Francisco, California.

/s/ *Laurence D. King*
Laurence D. King