1 | Jennifer Pafiti (SBN 282790)
2 | **POMERANTZ LLP**
3 | 468 North Camden Drive
4 | Beverly Hills, CA 90210
  | Telephone: (818) 532-6499
  | E-mail: jpafiti@pomlaw.com
  | *Attorney for Movant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04865-EMC<br><br>**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE TESLA INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Edward M. Chen<br>Hearing Date: November 15, 2018<br>Time: 1:30 p.m.<br>Ctrm: #5, 17th Floor (San Francisco) |
| WILLIAM CHAMBERLAIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04876-EMC |

DECLARATION OF JENNIFER PAFITI

| | |
|---|---|
| JOHN YEAGER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04912-EMC |
| CARLOS MAIA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04948-EMC |
| JOSHUA HORWITZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05258-EMC |

| | |
|---|---|
| ANDREW E. LEFT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05470 |

I, Jennifer Pafiti, hereby declare as follows:

1. I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Donald Freeland, Alvin Abrams, Christopher Lyman, and Rajinder Gaur (collectively, the "Tesla Investor Group"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the Tesla Investor Group's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class and approval of the Tesla Investor Group's selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

   Exhibit A:   Press release published over *Globe Newswire* on August 10, 2018, announcing the pendency of the first of the Related Actions to be filed;

   Exhibit B:   Shareholder Certifications executed by the members of Tesla Investor Group;

   Exhibit C:   Loss Chart of the Tesla Investor Group; and

   Exhibit D:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 9, 2018, at New York, New York.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

### CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Jennifer Pafiti*
Jennifer Pafiti