# EXHIBIT C

**Tesla, Inc. (2018) (TSLA)**
**Class Definition:**
(a) Purchased or sold Tesla securities from August 7, 2018 to August 17, 2018
(b) Open short positions/put options as of August 7 to August 8, 2018

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End of Class Shares Retained | 50-Day* Mean Price $295.7006 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abrams, Alvin** | | | | | | | | | | | |
| TSLA Sep 7 2018 Call $380.00 | 8/13/2018 | 140 | $8.8500 | ($123,900) | 8/14/2018 | (22) | $5.2900 | $11,638 | | | |
| TSLA Sep 7 2018 Call $380.00 | 8/14/2018 | 180 | $8.9000 | ($160,200) | 9/7/2018 | (298) | Expired | $0 | | | |
| **Abrams, Alvin** | | **320** | | **($284,100)** | | **(320)** | | **$11,638** | **298** | | **($272,462)** |
| **Freeland, Donald** | | | | | | | | | | | |
| **Account 1** | | | | | | | | | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/13/2018 | 5 | $11.3000 | ($5,650) | 8/13/2018 | (50) | $12.5000 | $62,500 | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/13/2018 | 5 | $11.2500 | ($5,625) | 8/13/2018 | (25) | $12.5000 | $31,250 | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/13/2018 | 8 | $11.3000 | ($9,040) | 8/13/2018 | (25) | $12.5000 | $31,250 | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/13/2018 | 13 | $11.3000 | ($14,690) | 8/14/2018 | (45) | $9.5500 | $42,975 | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/13/2018 | 69 | $11.2500 | ($77,625) | 8/14/2018 | (23) | $9.5500 | $21,965 | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/14/2018 | 1 | $8.7000 | ($870) | 8/14/2018 | (22) | $9.5500 | $21,010 | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/14/2018 | 1 | $8.7000 | ($870) | 8/16/2018 | (50) | $9.0500 | $45,250 | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/14/2018 | 5 | $8.7000 | ($4,350) | 8/16/2018 | (25) | $9.0500 | $22,625 | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/14/2018 | 11 | $8.7000 | ($9,570) | 8/16/2018 | (25) | $9.0500 | $22,625 | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/14/2018 | 35 | $8.7000 | ($30,450) | | | | | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/14/2018 | 37 | $8.7000 | ($32,190) | | | | | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/16/2018 | 1 | $8.0500 | ($805) | | | | | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/16/2018 | 12 | $8.0500 | ($9,660) | | | | | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/16/2018 | 13 | $8.0500 | ($10,465) | | | | | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/16/2018 | 18 | $8.0500 | ($14,490) | | | | | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/16/2018 | 20 | $8.0500 | ($16,100) | | | | | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/16/2018 | 36 | $8.0500 | ($28,980) | | | | | | | |
| **Account 1** | | **290** | | **($271,430)** | | **(290)** | | **$301,450** | **0** | | **$30,020** |
| **Account 2** | | | | | | | | | | | |
| CALL TSLA 310 TESLA INC EXP 08-24-18 | 8/17/2018 | 90 | $11.1200 | ($100,080) | 8/21/2018 | (90) | $11.1500 | $100,350 | 90 | | $270 |
| CALL TSLA 315 TESLA INC EXP 08-24-18 | 8/17/2018 | 13 | $9.5500 | ($12,415) | 8/17/2018 | (50) | $9.5500 | $47,750 | | | |
| CALL TSLA 315 TESLA INC EXP 08-24-18 | 8/17/2018 | 18 | $9.5500 | ($17,190) | 8/17/2018 | (25) | $9.5500 | $23,875 | | | |
| CALL TSLA 315 TESLA INC EXP 08-24-18 | 8/17/2018 | 20 | $9.5500 | ($19,100) | 8/17/2018 | (25) | $9.5500 | $23,875 | | | |
| CALL TSLA 315 TESLA INC EXP 08-24-18 | 8/17/2018 | 24 | $9.5500 | ($22,920) | | | | | | | |
| CALL TSLA 315 TESLA INC EXP 08-24-18 | 8/17/2018 | 25 | $9.5500 | ($23,875) | | | | | | | |
| **CALL TSLA 315 TESLA INC EXP 08-24-18** | | **100** | | **($95,500)** | | **(100)** | | **$95,500** | **0** | | **$0** |
| CALL TSLA 335 TESLA INC EXP 08-17-18 | 8/16/2018 | 33 | $4.0500 | ($13,365) | 8/16/2018 | (22) | $4.2000 | $9,240 | | | |
| CALL TSLA 335 TESLA INC EXP 08-17-18 | 8/16/2018 | 2 | $4.0500 | ($810) | 8/16/2018 | (23) | $4.2000 | $9,660 | | | |
| CALL TSLA 335 TESLA INC EXP 08-17-18 | 8/16/2018 | 11 | $4.1000 | ($4,510) | 8/16/2018 | (45) | $4.2000 | $18,900 | | | |
| CALL TSLA 335 TESLA INC EXP 08-17-18 | 8/16/2018 | 2 | $4.1000 | ($820) | | | | | | | |
| CALL TSLA 335 TESLA INC EXP 08-17-18 | 8/16/2018 | 38 | $4.1000 | ($15,580) | | | | | | | |
| CALL TSLA 335 TESLA INC EXP 08-17-18 | 8/16/2018 | 4 | $4.0500 | ($1,620) | | | | | | | |
| **CALL TSLA 335 TESLA INC EXP 08-17-18** | | **90** | | **($36,705)** | | **(90)** | | **$37,800** | **0** | | **$1,095** |
| CALL TSLA 340 TESLA INC EXP 08-17-18 | 8/15/2018 | 71 | $5.1500 | ($36,565) | 8/15/2018 | (45) | $5.2000 | $23,400 | | | |
| CALL TSLA 340 TESLA INC EXP 08-17-18 | 8/15/2018 | 19 | $5.1400 | ($9,766) | 8/15/2018 | (22) | $5.2000 | $11,440 | | | |
| CALL TSLA 340 TESLA INC EXP 08-17-18 | 8/16/2018 | 42 | $2.9400 | ($12,348) | 8/15/2018 | (23) | $5.2000 | $11,960 | | | |
| CALL TSLA 340 TESLA INC EXP 08-17-18 | 8/16/2018 | 20 | $2.9500 | ($5,900) | 8/16/2018 | (50) | $3.0000 | $15,000 | | | |
| CALL TSLA 340 TESLA INC EXP 08-17-18 | 8/16/2018 | 4 | $2.9500 | ($1,180) | 8/16/2018 | (25) | $3.0000 | $7,500 | | | |
| CALL TSLA 340 TESLA INC EXP 08-17-18 | 8/16/2018 | 5 | $2.9500 | ($1,475) | 8/16/2018 | (25) | $3.0000 | $7,500 | | | |
| CALL TSLA 340 TESLA INC EXP 08-17-18 | 8/16/2018 | 7 | $2.9500 | ($2,065) | | | | | | | |
| CALL TSLA 340 TESLA INC EXP 08-17-18 | 8/16/2018 | 22 | $2.9400 | ($6,468) | | | | | | | |
| **CALL TSLA 340 TESLA INC EXP 08-17-18** | | **190** | | **($75,767)** | | **(190)** | | **$76,800** | **0** | | **$1,033** |

*Avg Closing Prices from August 20 to October October 8

**Tesla, Inc. (2018) (TSLA)**
**Class Definition:**
(a) Purchased or sold Tesla securities from August 7, 2018 to August 17, 2018
(b) Open short positions/put options as of August 7 to August 8, 2018

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End of Class Shares Retained | 50-Day* Mean Price $295.7006 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/15/2018 | 37 | $10.5500 | ($39,035) | 8/15/2018 | (22) | $10.6000 | $23,320 | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | 8/15/2018 | 53 | $10.5500 | ($55,915) | 8/15/2018 | (23) | $10.6000 | $24,380 | | | |
| CALL TSLA 340 TESLA INC EXP 08-24-18 | | | | | 8/15/2018 | (45) | $10.6000 | $47,700 | | | |
| **CALL TSLA 340 TESLA INC EXP 08-24-18** | | **90** | | **($94,950)** | | **(90)** | | **$95,400** | **0** | | **$450** |
| CALL TSLA 360 TESLA INC EXP 08-10-18 | 8/13/2018 | 5 | Expired | $0 | 8/10/2018 | (4) | $0.6800 | $272 | | | |
| CALL TSLA 360 TESLA INC EXP 08-10-18 | | | | | 8/10/2018 | (1) | $0.7700 | $77 | | | |
| **CALL TSLA 360 TESLA INC EXP 08-10-18** | | **5** | | **$0** | | **(5)** | | **$349** | **0** | | **$349** |
| PUT TSLA 310 TESLA INC EXP 08-24-18 | 8/17/2018 | 80 | $9.5500 | ($76,400) | 8/17/2018 | (40) | $10.9000 | $43,600 | | | |
| PUT TSLA 310 TESLA INC EXP 08-24-18 | | | | | 8/17/2018 | (20) | $10.9000 | $21,800 | | | |
| PUT TSLA 310 TESLA INC EXP 08-24-18 | | | | | 8/17/2018 | (20) | $10.9000 | $21,800 | | | |
| **PUT TSLA 310 TESLA INC EXP 08-24-18** | | **80** | | **($76,400)** | | **(80)** | | **$87,200** | **0** | | **$10,800** |
| PUT TSLA 335 TESLA INC EXP 08-17-18 | 8/15/2018 | 27 | $3.5000 | ($9,450) | 8/15/2018 | (45) | $4.0000 | $18,000 | | | |
| PUT TSLA 335 TESLA INC EXP 08-17-18 | 8/15/2018 | 21 | $3.5000 | ($7,350) | 8/15/2018 | (23) | $4.0000 | $9,200 | | | |
| PUT TSLA 335 TESLA INC EXP 08-17-18 | 8/15/2018 | 7 | $3.5000 | ($2,450) | 8/15/2018 | (22) | $4.0000 | $8,800 | | | |
| PUT TSLA 335 TESLA INC EXP 08-17-18 | 8/15/2018 | 35 | $3.5000 | ($12,250) | | | | | | | |
| **PUT TSLA 335 TESLA INC EXP 08-17-18** | | **90** | | **($31,500)** | | **(90)** | | **$36,000** | **0** | | **$4,500** |
| **Account 2** | | **735** | | **(510,902)** | | **(735)** | | **529,399** | **90** | | **18,497** |
| **Account 3** | | | | | | | | | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $340 | 08/07/2018 | 100 | $6.0100 | ($60,100) | 08/07/2018 | (100) | $6.5000 | $65,000 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $340 | 08/09/2018 | 100 | $5.5500 | ($55,500) | 08/10/2018 | (50) | $0.4300 | $2,150 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $340 | 08/09/2018 | 100 | $6.0400 | ($60,400) | 08/10/2018 | (40) | $0.4300 | $1,720 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $340 | | | | | 08/10/2018 | (25) | $0.4500 | $1,125 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $340 | | | | | 08/10/2018 | (22) | $0.4400 | $968 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $340 | | | | | 08/10/2018 | (19) | $0.4700 | $893 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $340 | | | | | 08/10/2018 | (16) | $0.5000 | $800 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $340 | | | | | 08/10/2018 | (14) | $0.4700 | $658 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $340 | | | | | 08/10/2018 | (7) | $0.4300 | $301 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $340 | | | | | 08/10/2018 | (6) | $0.4400 | $264 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $340 | | | | | 08/10/2018 | (1) | $0.4500 | $45 | | | |
| **CALL (TSLA) TESLA INC COM AUG 10 18 $340** | | **300** | | **($176,000)** | | **(300)** | | **$73,924** | **0** | | **($102,076)** |
| CALL (TSLA) TESLA INC COM AUG 10 18 $362.5 | 08/08/2018 | 55 | $7.2500 | ($39,875) | 08/10/2018 | (24) | $0.2000 | $480 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $362.5 | 08/08/2018 | 20 | $7.2500 | ($14,500) | 08/10/2018 | (36) | $0.2200 | $792 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $362.5 | 08/08/2018 | 10 | $7.1500 | ($7,150) | 08/10/2018 | (40) | $0.2100 | $840 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $362.5 | 08/08/2018 | 9 | $7.2000 | ($6,480) | 08/08/2018 | (34) | $7.2000 | $24,480 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $362.5 | 08/08/2018 | 3 | $7.3000 | ($2,190) | 08/08/2018 | (66) | $7.2000 | $47,520 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $362.5 | 08/08/2018 | 2 | $7.2500 | ($1,450) | | | | | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $362.5 | 08/08/2018 | 1 | $7.1500 | ($715) | | | | | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $362.5 | 08/13/2018 | 100 | Expired | $0 | | | | | | | |
| **CALL (TSLA) TESLA INC COM AUG 10 18 $362.5** | | **200** | | **($72,360)** | | **(200)** | | **$74,112** | **0** | | **$1,752** |
| CALL (TSLA) TESLA INC COM AUG 10 18 $400 | 08/10/2018 | 56 | $0.0200 | ($112) | 08/13/2018 | (100) | Expired | $0 | | | |
| CALL (TSLA) TESLA INC COM AUG 10 18 $400 | 08/10/2018 | 44 | $0.0300 | ($132) | | | | | | | |
| **CALL (TSLA) TESLA INC COM AUG 10 18 $400** | | **100** | | **($244)** | | **(100)** | | **$0** | **0** | | **($244)** |
| CALL (TSLA) TESLA INC COM AUG 17 18 $340 | 08/16/2018 | 73 | $2.7600 | ($20,148) | 08/16/2018 | (100) | $2.8000 | $28,000 | | | |
| CALL (TSLA) TESLA INC COM AUG 17 18 $340 | 08/16/2018 | 14 | $2.7000 | ($3,780) | | | | | | | |
| CALL (TSLA) TESLA INC COM AUG 17 18 $340 | 08/16/2018 | 12 | $2.7100 | ($3,252) | | | | | | | |

*Avg Closing Prices from August 20 to October October 8

**Tesla, Inc. (2018) (TSLA)**
**Class Definition:**
(a) Purchased or sold Tesla securities from August 7, 2018 to August 17, 2018
(b) Open short positions/put options as of August 7 to August 8, 2018

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End of Class Shares Retained | 50-Day* Mean Price $295.7006 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CALL (TSLA) TESLA INC COM AUG 17 18 $340 | 08/16/2018 | 1 | $2.6500 | ($265) | | | | | | | |
| **CALL (TSLA) TESLA INC COM AUG 17 18 $340** | | **100** | | **($27,445)** | | **(100)** | | **$28,000** | **0** | | **$555** |
| | | | | | | | | | | | |
| CALL (TSLA) TESLA INC COM AUG 17 18 $345 | 08/15/2018 | 87 | $4.3300 | ($37,671) | 08/15/2018 | (100) | $4.4000 | $44,000 | | | |
| CALL (TSLA) TESLA INC COM AUG 17 18 $345 | 08/15/2018 | 13 | $4.4000 | ($5,720) | | | | | | | |
| **CALL (TSLA) TESLA INC COM AUG 17 18 $345** | | **100** | | **($43,391)** | | **(100)** | | **$44,000** | **0** | | **$609** |
| | | | | | | | | | | | |
| **CALL (TSLA) TESLA INC COM AUG 17 18 $360** | 08/13/2018 | **50** | $8.8000 | **($44,000)** | 08/13/2018 | **(50)** | $8.8500 | **$44,250** | **0** | | **$250** |
| | | | | | | | | | | | |
| CALL (TSLA) TESLA INC COM AUG 17 18 $360 | 08/14/2018 | 100 | $4.8900 | ($48,900) | 08/14/2018 | (12) | $4.9500 | $5,940 | | | |
| CALL (TSLA) TESLA INC COM AUG 17 18 $360 | | | | | 08/14/2018 | (88) | $4.9500 | $43,560 | | | |
| **CALL (TSLA) TESLA INC COM AUG 17 18 $360** | | **100** | | **($48,900)** | | **(100)** | | **$49,500** | **0** | | **$600** |
| | | | | | | | | | | | |
| CALL (TSLA) TESLA INC COM AUG 24 18 $320 | 08/17/2018 | 100 | $5.3000 | ($53,000) | 08/17/2018 | (32) | $10.0000 | $32,000 | | | |
| CALL (TSLA) TESLA INC COM AUG 24 18 $320 | 08/17/2018 | 100 | $8.0500 | ($80,500) | 08/17/2018 | (68) | $10.0000 | $68,000 | | | |
| CALL (TSLA) TESLA INC COM AUG 24 18 $320 | 08/17/2018 | 100 | $8.0600 | ($80,600) | 08/17/2018 | (100) | $5.5000 | $55,000 | | | |
| CALL (TSLA) TESLA INC COM AUG 24 18 $320 | | | | | 08/17/2018 | (100) | $8.1000 | $81,000 | | | |
| **CALL (TSLA) TESLA INC COM AUG 24 18 $320** | | **300** | | **($214,100)** | | **(300)** | | **$236,000** | **0** | | **$21,900** |
| | | | | | | | | | | | |
| PUT (TSLA) TESLA INC COM AUG 10 18 $350 | 08/07/2018 | 12 | $9.2100 | ($11,052) | 08/07/2018 | (100) | $4.0000 | $40,000 | | | |
| PUT (TSLA) TESLA INC COM AUG 10 18 $350 | 08/07/2018 | 88 | $9.3700 | ($82,456) | 08/07/2018 | (100) | $9.8500 | $98,500 | | | |
| PUT (TSLA) TESLA INC COM AUG 10 18 $350 | 08/07/2018 | 100 | $2.5200 | ($25,200) | 08/08/2018 | (100) | $9.0000 | $90,000 | | | |
| PUT (TSLA) TESLA INC COM AUG 10 18 $350 | 08/08/2018 | 100 | $8.2100 | ($82,100) | | | | | | | |
| **PUT (TSLA) TESLA INC COM AUG 10 18 $350** | | **300** | | **($200,808)** | | **(300)** | | **$228,500** | **0** | | **$27,692** |
| | | | | | | | | | | | |
| **Account 3** | | **1,550** | | **(827,248)** | | **(1,550)** | | **778,286** | **0** | | **(48,962)** |
| **Account 4** | | | | | | | | | | | |
| Common Stock (long) | | | | | PreClass | 3,600 | | | | | |
| Common Stock (long) | | | | | 8/7/2018 | (3,600) | $350.1200 | $1,260,410 | | | |
| Common Stock (long) | 8/8/2018 | 3,500 | $373.4400 | ($1,307,058) | 8/8/2018 | (3,500) | $374.2500 | $1,309,863 | | | |
| Common Stock (long) | 8/8/2018 | 3,500 | $373.9500 | ($1,308,825) | 8/8/2018 | (3,500) | $376.6100 | $1,318,105 | | | |
| Common Stock (long) | 8/8/2018 | 3,500 | $371.3800 | ($1,299,844) | 8/8/2018 | (3,500) | $371.6000 | $1,300,583 | | | |
| Common Stock (long) | 8/9/2018 | 3,500 | $361.8900 | ($1,266,612) | | | | | | | |
| **Common Stock (long)** | | **14,000** | | **($5,182,339)** | | **(14,100)** | | **$5,188,960** | **3,500** | **$1,034,952** | **($218,836)** |
| | | | | | | | | | | | |
| Common Stock (short) | 8/8/2018 | 3,500 | $374.2500 | ($1,309,875) | 8/8/2018 | (3,500) | $374.3300 | $1,310,139 | | | |
| Common Stock (short) | 8/8/2018 | 3,500 | $373.0500 | ($1,305,675) | 8/8/2018 | (3,500) | $373.8000 | $1,308,283 | | | |
| **Common Stock (short)** | | **7,000** | | **($2,615,550)** | | **(7,000)** | | **$2,618,422** | **0** | | **$2,872** |
| | | | | | | | | | | | |
| **CALL TSLA 350 TESLA INC EXP 08-10-18** | **8/10/2018** | **40** | **$2.2000** | **($8,817)** | **8/10/2018** | **(40)** | **$2.6000** | **$10,383** | **0** | | **$1,566** |
| | | | | | | | | | | | |
| **CALL TSLA 362.5 TESLA INC EXP 08-10-18** | **8/13/2018** | **35** | **Expired** | **$0** | **8/10/2018** | **(35)** | **$1.0000** | **$3,485** | **0** | | **$3,485** |
| | | | | | | | | | | | |
| PUT TSLA 352.5 TESLA INC EXP 08-10-18 | 8/7/2018 | 2 | $6.4500 | ($1,291) | 8/9/2018 | (13) | $3.0000 | $3,895 | | | |
| PUT TSLA 352.5 TESLA INC EXP 08-10-18 | 8/7/2018 | 4 | $6.5500 | ($2,622) | 8/9/2018 | (12) | $3.0000 | $3,595 | | | |
| PUT TSLA 352.5 TESLA INC EXP 08-10-18 | 8/7/2018 | 2 | $6.5500 | ($1,311) | 8/9/2018 | (25) | $3.0000 | $7,490 | | | |
| PUT TSLA 352.5 TESLA INC EXP 08-10-18 | 8/7/2018 | 42 | $6.5500 | ($27,527) | | | | | | | |
| **PUT TSLA 352.5 TESLA INC EXP 08-10-18** | | **50** | | **($32,750)** | | **(50)** | | **$14,980** | **0** | | **($17,771)** |
| | | | | | | | | | | | |
| CALL TSLA 360 TESLA INC EXP 08-17-18 | 8/13/2018 | 9 | $7.8500 | ($7,069) | 8/17/2018 | (40) | Expired | $0 | | | |
| CALL TSLA 360 TESLA INC EXP 08-17-18 | 8/13/2018 | 4 | $7.8500 | ($3,142) | | | | | | | |
| CALL TSLA 360 TESLA INC EXP 08-17-18 | 8/13/2018 | 4 | $7.8500 | ($3,142) | | | | | | | |
| CALL TSLA 360 TESLA INC EXP 08-17-18 | 8/13/2018 | 11 | $7.8500 | ($8,640) | | | | | | | |

*Avg Closing Prices from August 20 to October October 8    Page 3 of 5

**Tesla, Inc. (2018) (TSLA)**
**Class Definition:**
(a) Purchased or sold Tesla securities from August 7, 2018 to August 17, 2018
(b) Open short positions/put options as of August 7 to August 8, 2018

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End of Class Shares Retained | 50-Day* Mean Price $295.7006 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CALL TSLA 360 TESLA INC EXP 08-17-18 | 8/13/2018 | 7 | $7.8500 | ($5,498) | | | | | | | |
| **CALL TSLA 360 TESLA INC EXP 08-17-18** | 8/13/2018 | 5 | $7.8500 | ($3,927) | | | | | | | |
| | | 40 | | ($31,417) | | (40) | | $0 | 0 | | ($31,417) |
| **Account 4 (options)** | | 165 | | (72,984) | | (165) | | 28,847 | 0 | | (44,137) |
| **Account 4 (common stock)** | | 21,000 | | | | | | | | | |
| **Summary** | | | | | | | | | | | |
| **Options** | | | | | | | | | | | |
| Account 1 | | 290 | | ($271,430) | | (290) | | $301,450 | 0 | | $30,020 |
| Account 2 | | 735 | | ($510,902) | | (735) | | $529,399 | 90 | | $18,497 |
| Account 3 | | 1,550 | | ($827,248) | | (1,550) | | $778,286 | 0 | | ($48,962) |
| Account 4 (options) | | 165 | | ($72,984) | | (165) | | $28,847 | 0 | | ($44,137) |
| **Options Total** | | **2,740** | | **($1,682,564)** | | **(2,740)** | | **$1,637,982** | **90** | | **($44,582)** |
| **Common Stock** | | | | | | | | | | | |
| Common Stock (long) | | 14,000 | | ($5,182,339) | | (14,100) | | $5,188,960 | 3,500 | | ($218,836) |
| Common Stock (short) | | 7,000 | | ($2,615,550) | | (7,000) | | $2,618,422 | 0 | | $2,872 |
| **Common Stock Total** | | **21,000** | | **($7,797,889)** | | **(21,100)** | | **$7,807,382** | **3,500** | | **($215,964)** |
| **Freeland, Donald** | | | | **($9,480,453)** | | | | **$9,445,365** | | | **($260,546)** |
| Lyman, Christopher | | | | | | | | | | | |
| Common Stock | 8/7/2018 | 676 | $369.8524 | ($250,020) | 8/7/2018 | (69) | $369.0000 | $25,461 | | | |
| Common Stock | 8/7/2018 | 69 | $362.0600 | ($24,982) | 8/8/2018 | (100) | $370.3600 | $37,036 | | | |
| Common Stock | 8/8/2018 | 263 | $376.9999 | ($99,151) | 8/8/2018 | (414) | $370.3101 | $153,308 | | | |
| Common Stock | 8/10/2018 | 1,398 | $357.3484 | ($499,573) | 8/8/2018 | (425) | $370.3079 | $157,381 | | | |
| Common Stock | 8/17/2018 | 319 | $305.2100 | ($97,362) | 9/28/2018 | (776) | $298.2297 | $231,426 | | | |
| Common Stock | 8/17/2018 | 500 | $305.2199 | ($152,610) | | | | | | | |
| Common Stock | 8/17/2018 | 100 | $314.7099 | ($31,471) | | | | | | | |
| Common Stock | 8/17/2018 | 253 | $314.7847 | ($79,641) | | | | | | | |
| Common Stock | 8/17/2018 | 100 | $314.7605 | ($31,476) | | | | | | | |
| Common Stock | 8/17/2018 | 100 | $314.6143 | ($31,461) | | | | | | | |
| Common Stock | 8/17/2018 | 140 | $314.7475 | ($44,065) | | | | | | | |
| Common Stock | 8/17/2018 | 100 | $314.5750 | ($31,458) | | | | | | | |
| Common Stock | 8/17/2018 | 200 | $324.1650 | ($64,833) | | | | | | | |
| Common Stock | 8/17/2018 | 100 | $324.2700 | ($32,427) | | | | | | | |
| Common Stock | 8/17/2018 | 1,245 | $324.2161 | ($403,649) | | | | | | | |
| **Lyman, Christopher** | | **5,563** | | **($1,874,179)** | | **(1,784)** | | **$604,612** | **4,555** | **$1,117,452** | **($152,114)** |
| Gaur, Rajinder | | | | | | | | | | | |
| Common Stock | 8/7/2018 | 1,000 | $380.0000 | ($380,000) | 8/27/2018 | (1,000) | $319.0283 | $319,028 | | | |
| Common Stock | 8/9/2018 | 675 | $362.0000 | ($244,350) | | | | | | | |
| **Gaur, Rajinder** | | **1,675** | | **($624,350)** | | **(1,000)** | | **$319,028** | **1,675** | **$199,598** | **($105,724)** |

**Tesla, Inc. (2018) (TSLA)**
**Class Definition:**
(a) Purchased or sold Tesla securities from August 7, 2018 to August 17, 2018
(b) Open short positions/put options as of August 7 to August 8, 2018

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End of Class Shares Retained | 50-Day* Mean Price $295.7006 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary of Losses** | | | | | | | | | | | |
| Common Stock | | | | | | | | | | | |
| Freeland, Donald | | 21,000 | | ($7,797,889) | | (21,100) | | $7,807,382 | 3,500 | | ($215,964) |
| Lyman, Christopher | | 5,563 | | ($1,874,179) | | (1,784) | | $604,612 | 4,555 | | ($152,114) |
| Gaur, Rajinder | | 1,675 | | ($624,350) | | (1,000) | | $319,028 | 1,675 | | ($105,724) |
| **Common Stock Total** | | **28,238** | | **($10,296,417)** | | **(23,884)** | | **$8,731,023** | **9,730** | | **($473,801)** |
| | | | | | | | | | | | |
| Options | | | | | | | | | | | |
| Abrams, Alvin | | 320 | | ($284,100) | | (320) | | $11,638 | 298 | | ($272,462) |
| Freeland, Donald | | 2,740 | | ($1,682,564) | | (2,740) | | $1,637,982 | 90 | | ($44,582) |
| **Options Total** | | **3,060** | | **($1,966,664)** | | **(3,060)** | | **$1,649,620** | **388** | | **($317,044)** |
| | | | | | | | | | | | |
| **Combined Total Loss** | | | | | | | | | | | **($790,845)** |

*Avg Closing Prices from August 20 to October October 8