Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

*Counsel for movant Tempus International Fund SPC and Opportunity Unique Fund Inc.*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.: 3:18-cv-04865-EMC<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

[Additional Captions Below]

| | | |
|---|---|---|
| 1 | WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated | Case No.:  3:18-cv-04876-EMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | TESLA, INC. and ELON MUSK, | |
| 6 | Defendants. | |
| 7 | | |
| 8 | JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | Case No.:  3:18-cv-04912-EMC |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | TESLA, INC. and ELON MUSK, | |
| 12 | Defendants. | |
| 13 | | |
| 14 | CARLOS MAIA, on behalf of himself and all other similarly situated, | Case No.:  3:18-cv-04939-EMC |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | TESLA, INC. and ELON MUSK, | |
| 18 | Defendants. | |
| 19 | | |
| 20 | KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | Case No.:  3:18-cv-04948-EMC |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | TESLA, INC. and ELON MUSK, | |
| 24 | Defendants. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No.: 3:18-cv-05899-EMC |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, Tempus International Fund SPC and Opportunity Unique Fund Inc., there is no such interest to report.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: October 9, 2018

By:   /s/ *Laurence D. King*
         Laurence D. King

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*pro hac vice* to be filed)
Joel B. Strauss (*pro hac vice* to be filed)
Donald R. Hall (*pro hac vice* to be filed)
Jeffrey P. Campisi (*pro hac vice* to be filed)
850 Third Avenue
New York, NY 10022
Telephone:  212-687-1980
Facsimile:   212-687-7714
ffox@kaplanfox.com
jstrauss@kaplanfox.com
dhall@kaplanfox.com
jcampisi@kaplanfox.com

*Counsel for Movant Tempus International Fund SPC and Opportunity Unique Fund Inc.*