1  Jennifer Pafiti (SBN 282790)
   **POMERANTZ LLP**
2  468 North Camden Drive
   Beverly Hills, CA 90210
3  Telephone: (818) 532-6499
   E-mail: jpafiti@pomlaw.com
4  *Attorney for Movant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04865-EMC<br><br>**CERTIFICATION OF JENNIFER PAFITI PURSUANT TO LOCAL RULE 3-7(d)**<br><br>CLASS ACTION<br><br>JUDGE: Hon. Edward M. Chen<br>Hearing Date: November 15, 2018<br>Time: 1:30 p.m.<br>Ctrm: #5, 17th Floor (San Francisco) |
| WILLIAM CHAMBERLAIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04912-EMC |

CERTIFICATION OF JENNIFER PAFITI

| | |
|---|---|
| CARLOS MAIA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04948-EMC |
| JOSHUA HORWITZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-05463-EMC |

CERTIFICATION OF JENNIFER PAFITI

| | |
|---|---|
| ZHI XING FAN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TESLA, INC. and ELON R. MUSK, <br><br> Defendants. | Case No. 3:18-cv-05470 |

## CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)

Pursuant to Civil L.R. 3-7(d), I, Jennifer Pafiti, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of October, 2018 in New York, New York.

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti