Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com
*Attorney for Movant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04865-EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Edward M. Chen<br>Hearing Date: November 15, 2018<br>Time: 1:30 p.m.<br>Ctrm: #5, 17th Floor (San Francisco) |
| WILLIAM CHAMBERLAIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04912-EMC |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| CARLOS MAIA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No.: 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No.: 3:18-cv-04948-EMC |
| JOSHUA HORWITZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No.: 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No.: 3:18-cv-05463-EMC |

| | |
|---|---|
| ZHI XING FAN, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>       Defendants. | Case No. 3:18-cv-05470 |

## CERTIFICATE PURSUANT TO LOCAL RULE 3-15

Pursuant to Civil L.R. 3-15, Tesla Investor Group (the "Movant"), by and through their undersigned attorney, certifies that as of this date, other than the Movant, there is no such interest to report.

Dated:  October 9, 2018                    Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:     (818) 532-6449
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:     (212) 661-1100
Facsimile:      (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
Email:  peretz@bgandg.com

*Additional Counsel for Movants*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS