ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
RANDI D. BANDMAN (145212)
TRICIA L. McCORMICK (199239)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
rachelj@rgrdlaw.com
randib@rgrdlaw.com
triciam@rgrdlaw.com

LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
ELIZABETH J. CABRASER (83151)
RICHARD M. HEIMANN (63607)
KATHERINE L. BENSON (259826)
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415/956-1000
415/956-1008 (fax)
ecabraser@lchb.com
rheimann@lchb.com
kbenson@lchb.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK, et al.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>CLASS ACTION<br><br>DECLARATION OF TRICIA L. MCCORMICK IN SUPPORT OF DANY DAVID'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL<br><br>DATE:       November 15, 2018<br>TIME:        1:30 p.m.<br>CTRM:      5<br>JUDGE:     Hon. Edward M. Chen |

1    I, TRICIA L. MCCORMICK, declare as follows:

2    1.    I am an attorney licensed to practice before all of the courts of the State of California

3    and this Court.  I am Special Counsel with Robbins Geller Rudman & Dowd LLP, proposed lead

4    counsel for Dany David ("Mr. David") in the above-captioned action.  I make this declaration in

5    support of Mr. David's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff,

6    and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if

7    called upon, I could and would competently testify thereto.

8    2.    Attached are true and correct copies of the following exhibits:

9    Exhibit A:    Notice of pendency of class action published on *PR Newswire*, a national
              business-oriented wire service, on August 10, 2018;

10

11   Exhibit B:    Mr. David's Sworn Certification;

12   Exhibit C:    Mr. David's estimated losses;

13   Exhibit D:    Robbins Geller Rudman & Dowd LLP firm résumé; and

14   Exhibit E:    Lieff, Cabraser, Heimann & Bernstein, LLP firm résumé.

15   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th

16   day of October, 2018.

17

18                                                    s/ Tricia L. McCormick
                                                  TRICIA L. McCORMICK
19

20

21

22

23

24

25

26

27

28

DECLARATION OF TRICIA L. MCCORMICK IN SUPPORT OF DANY DAVID'S MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF SELECTION OF COUNSEL - 3:18-cv-04865-EMC                          - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 9, 2018.

s/ TRICIA L. McCORMICK
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  triciam@rgrdlaw.com

# Mailing Information for a Case 3:18-cv-04865-EMC Isaacs v. Musk et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,aepstein@fenwick.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com

- **Eric Marc George**
  egeorge@bgrfirm.com,khall@bgrfirm.com,cbonilla@bgrfirm.com

- **David William Hall**
  dhall@hedinhall.com

- **Ashley Conrad Keller**
  ack@kellerlenkner.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,lkelleybourne@fenwick.com

- **Mara Rachelle Ludmer**
  mludmer@fenwick.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Uri Seth Ottensoser**
  so@kellerlenkner.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Carl Alan Roth**
  croth@bgrfirm.com,khall@bgrfirm.com,mbetti@bgrfirm.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

- **Michael Walter Stocker**
  mikes@hbsslaw.com,sf_filings@hbsslaw.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,reboredo@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)