# EXHIBIT C

Movants' Purchases and Losses  
Class Period: 08/07/2018 - 08/17/2018  
Tesla

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Dany David account 229** | 08/07/2018 | 2,000 | $342.26 | $684,520.00 | 08/07/2018[S] | 2,000 | $358.02 | $716,040.00 | |
| | 08/07/2018 | 2,000 | $342.96 | $685,920.00 | 08/07/2018[S] | 1,000 | $368.32 | $368,320.00 | |
| | 08/07/2018 | 3,000 | $371.82 | $1,115,460.00 | 08/07/2018 | 2,000 | $343.96 | $687,920.00 | |
| | 08/08/2018 | 4,000 | $379.12 | $1,516,480.00 | 08/07/2018 | 2,000 | $344.42 | $688,840.00 | |
| | 08/08/2018[C] | 2,000 | $371.82 | $743,640.00 | 08/07/2018 | 3,000 | $374.06 | $1,122,180.00 | |
| | 08/08/2018[C] | 500 | $372.62 | $186,310.00 | 08/09/2018 | 2,200 | $358.48 | $788,656.00 | |
| | 08/08/2018[C] | 500 | $376.82 | $188,410.00 | 08/21/2018 | 1,350 | $318.18 | $429,543.00 | |
| | 08/09/2018 | 1,000 | $355.06 | $355,060.00 | 08/21/2018 | 1,350 | $321.82 | $434,457.00 | |
| | 08/09/2018 | 2,000 | $356.13 | $712,253.60 | 08/27/2018 | 2,100 | $319.03 | $669,959.43 | |
| | 08/17/2018 | 2,500 | $308.12 | $770,300.00 | 08/27/2018 | 2,100 | $319.03 | $669,959.43 | |
| | | | | | 08/31/2018 | 400 | $313.59 | $125,434.00 | |
| | | **19,500** | | **$6,958,353.60** | | **19,500** | | **$6,701,308.86** | **($257,044.74)** |
| **Dany David account 971** | 08/08/2018 | 1,000 | $372.12 | $372,120.00 | 08/08/2018 | 1,000 | $374.86 | $374,860.00 | |
| | 08/08/2018 | 716 | $374.18 | $267,912.88 | 08/08/2018 | 716 | $376.92 | $269,874.72 | |
| | 08/09/2018 | 1,500 | $351.62 | $527,430.00 | 09/07/2018 | 500 | $303.55 | $151,776.05 | |
| | 08/16/2018 | 2,500 | $339.55 | $848,875.00 | held | 3,500 | $295.70 | $1,034,952.00 | |
| | | **5,716** | | **$2,016,337.88** | | **5,716** | | **$1,831,462.77** | **($184,875.11)** |

| Name | Date | Contracts Acquired | Price | Total Cost | Date | Contracts Sold | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Dany David account 229 (C365 08-10-18)** | 8/10/2018[E] | 12 | $0.00 | | 08/09/2018 | 12 | $2.10 | $2,520.00 | |
| | | **12** | | **$0.00** | | **12** | | **$2,520.00** | **$2,520.00** |
| **Movants' Total** | | **25,228** | | **$8,974,691.48** | | **25,228** | | **$8,535,291.63** | **($439,399.85)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $295.70 as of October 08, 2018 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

[C]Cover short sale.  
[S]Short sale.  
[E]Expired.