| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | RACHEL L. JENSEN (211456) |
|   | RANDI D. BANDMAN (145212) |
| 3 | TRICIA L. McCORMICK (199239) |
|   | 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101-8498 |
|   | Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
|   | rachelj@rgrdlaw.com |
| 6 | randib@rgrdlaw.com |
|   | triciam@rgrdlaw.com |
| 7 | |
|   | LIEFF, CABRASER, HEIMANN |
| 8 |   & BERNSTEIN, LLP |
|   | ELIZABETH J. CABRASER (83151) |
| 9 | RICHARD M. HEIMANN (63607) |
|   | KATHERINE L. BENSON (259826) |
| 10| 275 Battery Street, 29th Floor |
|   | San Francisco, CA  94111 |
| 11| Telephone:  415/956-1000 |
|   | 415/956-1008 (fax) |
| 12| ecabraser@lchb.com |
|   | rheimann@lchb.com |
| 13| kbenson@lchb.com |
| 14| |
| 15| [Proposed] Lead Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 3:18-cv-04865-EMC |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| | ) | CERTIFICATE OF TRICIA L. |
| vs. | ) | MCCORMICK PURSUANT TO LOCAL |
| | ) | RULE 3-7(d) |
| ELON MUSK, et al., | ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I Tricia L. McCormick, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.  Executed this 9th day of October, 2018, at San Diego, California.

s/ Tricia L. McCormick<br>
TRICIA L. McCORMICK

CERTIFICATE OF TRICIA L. MCCORMICK PURSUANT TO LOCAL RULE 3-7(d) - 3:18-cv-04865-EMC - 1 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 9, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ TRICIA L. McCORMICK
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  triciam@rgrdlaw.com

# Mailing Information for a Case 3:18-cv-04865-EMC Isaacs v. Musk et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,aepstein@fenwick.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com

- **Eric Marc George**
  egeorge@bgrfirm.com,khall@bgrfirm.com,cbonilla@bgrfirm.com

- **David William Hall**
  dhall@hedinhall.com

- **Ashley Conrad Keller**
  ack@kellerlenkner.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,lkelleybourne@fenwick.com

- **Mara Rachelle Ludmer**
  mludmer@fenwick.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Uri Seth Ottensoser**
  so@kellerlenkner.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Carl Alan Roth**
  croth@bgrfirm.com,khall@bgrfirm.com,mbetti@bgrfirm.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

- **Michael Walter Stocker**
  mikes@hbsslaw.com,sf_filings@hbsslaw.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,reboredo@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`