1  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
2  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
3  Los Angeles, CA  90067-6029
   Telephone:  (310) 789-3100
4  Facsimile:  (310) 789-3150

5  ANDREW J. ENTWISTLE *(Pro Hac Vice* to be submitted*)*
   aentwistle@entwistle-law.com
6  ARTHUR V. NEALON *(Pro Hac Vice* to be submitted*)*
   anealon@entwistle-law.com
7  ROBERT N. CAPPUCCI *(Pro Hac Vice* to be submitted*)*
   rcappucci@entwistle-law.com
8  ENTWISTLE & CAPPUCCI LLP
   299 Park Avenue, 20th Floor
9  New York, NY  10171
   Telephone:  (212) 894-7200
10 Facsimile:  (212) 894-7272

11 *Counsel for Proposed Lead Plaintiff*
   *FNY Investment Advisers, LLC and*
12 *Proposed Lead Counsel for the Class*

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17 
18 KALMAN ISAACS, on behalf of himself and     Case No.  3:18-cv-04865-EMC
   all others similarly situated,
19                                             Hon. Edward M. Chen
                Plaintiff,
                                               CLASS ACTION
20
        vs.                                    CERTIFICATION OF ROBERT N.
21                                             CAPPUCCI PURSUANT TO CIVIL LOCAL
   ELON MUSK and TESLA, INC.,                  RULE 3-7(d)
22
                Defendants.                    Date:  November 15, 2018
23                                             Time:  1:30 p.m.
                                               Place: Courtroom 5, 17th Floor
24

25 *[Additional captions appear on following*
   *pages]*
26

27

28

| | |
|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br><br>         vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>         Defendants. | Case No.  3:18-cv-04876-EMC |
| JOHN YEAGER, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br><br>         vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>         Defendants. | Case No.  3:18-cv-04912-EMC |
| CARLOS MAIA, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br><br>         vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>         Defendants. | Case No.  3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated<br><br>         Plaintiff,<br><br><br>         vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>         Defendants. | Case No.  3:18-cv-04948-EMC |

| | |
|---|---|
| 1 | JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated | Case No.  3:18-cv-05258-EMC |
| 2 | |
| 3 | Plaintiff, |
| 4 | vs. |
| 5 | ELON MUSK and TESLA, INC., |
| 6 | Defendants. |

| | |
|---|---|
| 7 | ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated | Case No.  3:18-cv-05463-EMC |
| 8 | |
| 9 | Plaintiff, |
| 10 | |
| 11 | vs. |
| 12 | ELON MUSK and TESLA, INC., |
| 13 | Defendants. |

| | |
|---|---|
| 14 | ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-05470-EMC |
| 15 | |
| 16 | Plaintiff, |
| 17 | vs. |
| 18 | ELON MUSK and TESLA, INC., |
| 19 | Defendants. |
| 20 | |

| | |
|---|---|
| 21 | SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-05899-EMC |
| 22 | |
| 23 | Plaintiff, |
| 24 | vs. |
| 25 | TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, |
| 26 | |
| 27 | Defendants. |
| 28 | |

Pursuant to Northern District Local Rule 3-7(d), I, Robert N. Cappucci, declare under penalty of perjury, that I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 10th day of October, 2018.


*/s/ Robert N. Cappucci*
Robert N. Cappucci


**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Marc M. Seltzer, am the ECF User whose ID and password are being used to file this certification of Robert N. Cappucci pursuant to Local Rule 3-7(d).  In compliance with Local Rule 5 1(i)(3), I hereby attest that Robert N. Cappucci concurs in this filing.

Dated:  October 10, 2018

*/s/ Marc M. Seltzer*
Marc M. Seltzer