MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ANDREW J. ENTWISTLE *(Pro Hac Vice* to be submitted*)*
aentwistle@entwistle-law.com
ARTHUR V. NEALON *(Pro Hac Vice* to be submitted*)*
anealon@entwistle-law.com
ROBERT N. CAPPUCCI *(Pro Hac Vice* to be submitted*)*
rcappucci@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

*Counsel for Proposed Lead Plaintiff
FNY Investment Advisers, LLC and
Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04865-EMC<br><br>Hon. Edward M. Chen<br><br>CLASS ACTION<br><br>CERTIFICATION OF ARTHUR V. NEALON PURSUANT TO CIVIL LOCAL RULE 3-7(d)<br><br>Date:  November 15, 2018<br>Time:  1:30 p.m.<br>Place: Courtroom 5, 17th Floor |

*[Additional captions appear on following pages]*

| | |
|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04876-EMC |
| JOHN YEAGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04912-EMC |
| CARLOS MAIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04948-EMC |

| | | |
|---|---|---|
| 1 | JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-05258-EMC |
| 2 | Plaintiff, | |
| 3 | | |
| 4 | vs. | |
| 5 | ELON MUSK and TESLA, INC., | |
| 6 | Defendants. | |
| 7 | ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-05463-EMC |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | | |
| 11 | vs. | |
| 12 | ELON MUSK and TESLA, INC., | |
| 13 | Defendants. | |
| 14 | ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-05470-EMC |
| 15 | | |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | ELON MUSK and TESLA, INC., | |
| 19 | Defendants. | |
| 20 | | |
| 21 | SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-05899-EMC |
| 22 | Plaintiff, | |
| 23 | | |
| 24 | vs. | |
| 25 | TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

1    I, Arthur V. Nealon, make this certification pursuant to Civil Local Rule 3-7(d) of the
2    United States District Court for the Northern District of California:
3    Exclusive of securities held through mutual funds or discretionary funds managed by
4    professional money managers, I do not directly own or otherwise have a beneficial interest in the
5    securities that are the subject of this action.
6    I declare under penalty of perjury that the foregoing is true and correct. If called as a
7    witness, I could and would competently testify thereto.
8    Executed this 10th day of October, 2018.

                                    */s/ Arthur V. Nealon*
                                    Arthur V. Nealon

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Marc M. Seltzer, am the ECF User whose ID and password are being used to file this certification of Arthur V. Nealon pursuant to Local Rule 3-7(d). In compliance with Local Rule 5 1(i)(3), I hereby attest that Arthur V. Nealon concurs in this filing.

Dated:  October 10, 2018

                                    */s/ Marc M. Seltzer*
                                    Marc M. Seltzer