| | |
|---|---|
| 1 | MARC M. SELTZER (54534) |
| | mseltzer@susmangodfrey.com |
| 2 | SUSMAN GODFREY L.L.P. |
| | 1901 Avenue of the Stars, Suite 950 |
| 3 | Los Angeles, CA  90067-6029 |
| | Telephone:  (310) 789-3100 |
| 4 | Facsimile:  (310) 789-3150 |
| 5 | ANDREW J. ENTWISTLE *(Pro Hac Vice* to be submitted*)* |
| | aentwistle@entwistle-law.com |
| 6 | ARTHUR V. NEALON *(Pro Hac Vice* to be submitted*)* |
| | anealon@entwistle-law.com |
| 7 | ROBERT N. CAPPUCCI *(Pro Hac Vice* to be submitted*)* |
| | rcappucci@entwistle-law.com |
| 8 | ENTWISTLE & CAPPUCCI LLP |
| | 299 Park Avenue, 20th Floor |
| 9 | New York, NY  10171 |
| | Telephone:  (212) 894-7200 |
| 10 | Facsimile:  (212) 894-7272 |
| 11 | *Counsel for Proposed Lead Plaintiff* |
| | *FNY Investment Advisers, LLC and* |
| 12 | *Proposed Lead Counsel for the Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated, | Case No.  3:18-cv-04865-EMC |
| | Hon. Edward M. Chen |
| Plaintiff, | |
| | CLASS ACTION |
| vs. | |
| | CERTIFICATE OF INTERESTED PARTIES |
| ELON MUSK and TESLA, INC., | |
| | Date:   November 15, 2018 |
| Defendants. | Time:   1:30 p.m. |
| | Place:  Courtroom 5, 17th Floor |

*[Additional captions appear on following pages]*

| | |
|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04876-EMC |
| JOHN YEAGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04912-EMC |
| CARLOS MAIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04948-EMC |

| | | |
|---|---|---|
| 1 | JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-05258-EMC |
| 2 | Plaintiff, | |
| 3 | | |
| 4 | vs. | |
| 5 | ELON MUSK and TESLA, INC., | |
| 6 | Defendants. | |
| 7 | ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-05463-EMC |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | | |
| 11 | vs. | |
| 12 | ELON MUSK and TESLA, INC., | |
| 13 | Defendants. | |
| 14 | ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-05470-EMC |
| 15 | | |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | ELON MUSK and TESLA, INC., | |
| 19 | Defendants. | |
| 20 | | |
| 21 | SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-05899-EMC |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | vs. | |
| 25 | TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than named party FNY Investment Advisers, LLC, there is no such interest to report.

Dated:  October 10, 2018

By: */s/ Marc M. Seltzer*
Marc M. Seltzer

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

*Counsel for Proposed Lead Plaintiff FNY Investment Advisers, LLC and Proposed Lead Counsel for the Class*