Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KALMAN ISAACS,                                  )
                                                )  Case No: 3:18-cv-04865
                           Plaintiff(s),        )
                                                )  **APPLICATION FOR**
            v.                                  )  **ADMISSION OF ATTORNEY**
                                                )  **PRO HAC VICE**
ELON MUSK and TESLA, INC.                       )  (CIVIL LOCAL RULE 11-3)
                                                )
                           Defendant(s).        )
                                                )

I, Andrew J. Entwistle, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FNY Investment Advisers, LLC in the above-entitled action. My local co-counsel in this case is Marc M. Seltzer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 299 Park Avenue, Floor 20 New York, NY 10171 | 1900 Avenue of the Stars, Suite 1400 Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: (212) 894-7200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 789-3100 |
| MY EMAIL ADDRESS OF RECORD: aentwistle@entwistle-law.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: mseltzer@susmangodfrey.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1986140.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/16/18

                                    Andrew J. Entwistle
                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew J. Entwistle is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE