# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similar situated,<br><br>Plaintiff(s),<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants(s). | Case No. 3:18-cv-04865-EMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Frederic S. Fox, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Movants Tempus International Fund SPC and Opportunity Unique Fund Inc. in the above-entitled action. My local co-counsel is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of record:<br>Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022 | Local co-counsel's address of record:<br>Kaplan Fox & Kilsheimer LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104 |
|---|---|
| My Telephone # of Record:<br>(212) 687-1980 | Local co-counsel's telephone # of record:<br>(415) 772-4700 |
| My Email Address of Record:<br>ffox@kaplanfox.com | Local co-counsel's email address of record:<br>lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 1988542.

A true and correct copy of a certificate of good standing, or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: October 16, 2018        Frederic S. Fox
                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Frederic S. Fox is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER