Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KALMAN ISAACS,

    Plaintiff(s),

v.

ELON MUSK and TESLA, INC.

    Defendant(s).

Case No: 3:18-cv-04865

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Andrew J. Entwistle, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FNY Investment Advisers, LLC in the above-entitled action. My local co-counsel in this case is Marc M. Seltzer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 299 Park Avenue, Floor 20<br>New York, NY 10171 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 894-7200 | (310) 789-3100 |
| My email address of record: | Local co-counsel's email address of record: |
| aentwistle@entwistle-law.com | mseltzer@susmangodfrey.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1986140.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/16/18

                                      Andrew J. Entwistle
                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Andrew J. Entwistle is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 18, 2018

                                          UNITED STATES DISTRICT JUDGE