**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:     (818) 532-6449
jpafiti@pomlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04865-EMC<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF TESLA INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Edward M. Chen<br>Hearing Date: November 15, 2018<br>Time: 1:30 p.m.<br>Ctrm: #5, 17th Floor (San Francisco) |
| WILLIAM CHAMBERLAIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No.: 3:18-cv-04876-EMC |

| | |
|---|---|
| JOHN YEAGER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No.: 3:18-cv-04912-EMC |
| CARLOS MAIA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No.: 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No.: 3:18-cv-04948-EMC |
| JOSHUA HORWITZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No.: 3:18-cv-05258-EMC |

| | |
|---|---|
| ANDREW E. LEFT, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>      Defendants. | Case No.: 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>      Defendants. | Case No. 3:18-cv-05470 |

      On October 9, 2018, Donald Freeland, Alvin Abrams, Christopher Lyman, and Rajinder Gaur (collectively, the "Tesla Investor Group") filed a motion, pursuant to Federal Rule of Civil Procedure 42(a) and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for: (i) consolidation of the above-captioned related actions (the "Related Actions"); (ii) appointment of the Tesla Investor Group as Lead Plaintiff for the Class; and (iii) approval of the Tesla Investor Group's selection of Pomerantz LLP as Lead Counsel.

      Having reviewed the competing motions before the Court, the Tesla Investor Group does not appear to have the largest financial interest in the Related Actions within the meaning of the PSLRA. Accordingly, the Tesla Investor Group hereby withdraws its motion. This notice of withdrawal shall have no impact on the Tesla Investor Group's membership in the proposed class or its right to share in any recovery obtained for the benefit of class members.

1 | Dated: October 22, 2018          Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:    (818) 532-6449
jpafiti@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

**PROOF OF SERVICE**

I hereby certify that on October 22, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti