DAVID W. HALL (274921)
dhall@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for the Tesla Investor Group*

(*Additional Counsel on signature page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KALMAN ISAACS, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>　　　　Defendants. | Case No.:   3:18-cv-04865-EMC<br><br>**NOTICE OF NON-OPPOSITION OF THE TESLA INVESTOR GROUP**<br><br>**CLASS ACTION**<br><br>JUDGE:   Edward M. Chen<br>Hearing Date: November 15, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5-17th Floor (San Francisco) |
| WILLIAM CHAMBERLAIN, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TESLA INC., and ELON MUSK,<br><br>　　　　Defendants. | Case No.:   3:18-cv-04876-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:   Edward M. Chen |

00490336;V1
NOTICE OF NON-OPPOSITION OF THE TESLA INVESTOR GROUP--3:18-cv-04865-EMC
0

| | |
|---|---|
| JOHN YEAGER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TESLA, INC. and ELON MUSK,<br><br>    Defendants. | Case No.:  3:18-cv-04912-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:  Edward M. Chen |
| CARLOS MAIA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>    Defendants. | Case No.:  3:18-cv-04939-EMC<br><br>**CLASS ACTION**<br><br>JUDGE:  Edward M. Chen |

00490336;v1

NOTICE OF NON-OPPOSITION OF THE TESLA INVESTOR GROUP--3:18-cv-04865-EMC

1

| | |
|---|---|
| 1  KEWAL DUA, Individually and on behalf of all others similarly situated, | Case No.:   4:18-cv-04948-HSG |
| 2 | **CLASS ACTION** |
| 3          Plaintiff, | JUDGE:   Haywood S. Gilliam, Jr. |
| 4      vs. | |
| 5  TESLA, INC. and ELON MUSK, | |
| 6          Defendants. | |

| | |
|---|---|
| 11  JOSHUA HORWITZ, Individually and on behalf of all others similarly situated, | Case No.:   3:18-CV-05258-JSW |
| 12 | **CLASS ACTION** |
| 13          Plaintiff, | JUDGE:   Jeffrey S. White |
| 14      vs. | |
| 15  TESLA, INC. and ELON R. MUSK, | |
| 16          Defendants. | |

| | |
|---|---|
| ANDREW E. LEFT, Individually and on behalf of all others similarly situated, | Case No.:   3:18-CV-05463-EMC |
| Plaintiff, | **CLASS ACTION** |
| vs. | JUDGE:   Edward M. Chen |
| TESLA, INC., AND ELON R. MUSK, | |
| Defendants. | |

| | |
|---|---|
| ZHI XING FAN, Individually and on behalf of all others similarly situated, | Case No.:   4:18-cv-05470-YGR |
| Plaintiff, | **CLASS ACTION** |
| vs. | JUDGE:   Yvonne Gonzalez Rogers |
| TESLA, INC. and ELON R. MUSK, | |
| Defendants. | |

1  TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

2  **PLEASE TAKE NOTICE** that Lead Plaintiff Movant Jiri Kulik, Jason Han, Esmaeil Riahi, Deepak Mehta, and Raghunath Nama (collectively, the "Tesla Investor Group") hereby file this Notice of Non-Opposition, as it appears that Movant Tempus International Fund SPC and Opportunity Unique Fund Inc., two institutional investors, have asserted the largest financial interest in this litigation and are, therefore, the presumptive lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B)(iii).

This Non-Opposition shall have no impact on the Tesla Investor Group's membership in the proposed class, its right to share in any recovery obtained for the benefit of class members, and its ability to serve as a representative party should the need arise. The Tesla Investor Group remains ready, willing, and able to serve as Lead Plaintiff if necessary.

Dated: October 22, 2018                     Respectfully submitted,

/s/ David W. Hall
DAVID W. HALL (274921)
dhall@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Laurence J. Hasson
Daniel Sadeh
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  bernstein@bernlieb.com
         lhasson@bernlieb.com
         dsadeh@bernlieb.com

*Counsel for the Tesla Investor Group*

**CERTIFICATE OF SERVICE**

    I, David W. Hall, hereby certify that on October 22, 2018, a true and correct copy of the annexed **NOTICE OF NON-OPPOSITION OF THE TESLA INVESTOR GROUP** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 22, 2018                                               /s/ David W. Hall