Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Movant Bridgestone Investment
Corporation Limited and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK and TESLA, INC., <br><br> Defendants. | Case No. 3:18-cv-004865-EMC <br><br> <u>CLASS ACTION</u> <br><br> SECOND DECLARATION OF RAMZI ABADOU IN FURTHER SUPPORT OF BRIDGESTONE INVESTMENT CORPORATION LIMITED'S MOTION FOR: (I) CONSOLIDATION OF RELATED ACTIONS; (II) APPOINTMENT AS LEAD PLAINTIFF; AND (III) FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL <br><br> Judge:      Hon. Edward M. Chen <br> Date:       November 15, 2018 <br> Time:       1:30 p.m. <br> Courtroom: Courtroom 5 – 17th Floor |

CASE NO. 3:18-CV-04865-EMC
SECOND DECLARATION OF RAMZI ABADOU IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | | |
|---|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated, | ) ) | No. 18-cv-04876-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC., and ELON MUSK, | ) ) | |
| Defendants. | ) ) ) | |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 18-cv-04912-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON MUSK, | ) ) | |
| Defendants. | ) ) ) | |
| CARLOS MAIA, on behalf of himself and all others similarly situated, | ) ) | No. 18-cv-04939-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON R. MUSK, | ) ) | |
| Defendants. | ) ) ) | |

CASE NO. 3:18-CV-04865-EMC
SECOND DECLARATION OF RAMZI ABADOU IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | | |
|---|---|---|
| 1 | KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, ) ) | No. 18-cv-04948-EMC |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | TESLA, INC. and ELON MUSK, ) ) | |
| 6 | Defendants. ) ) ) | |
| 7 | ) | |

| | | |
|---|---|---|
| 9 | JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated, ) ) | No. 18-cv-05258-EMC |
| 10 | ) | |
| 11 | Plaintiff, ) ) | |
| 12 | v. ) ) | |
| 13 | TESLA, INC. and ELON R. MUSK, ) ) | |
| 14 | Defendants. ) ) ) | |
| 15 | ) | |

| | | |
|---|---|---|
| 17 | ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated, ) ) | No. 18-cv-05463-EMC |
| 18 | ) | |
| 19 | Plaintiff, ) ) | |
| 20 | v. ) ) | |
| 21 | TESLA, INC., and ELON R. MUSK, ) ) | |
| 22 | Defendants. ) ) ) | |
| 23 | ) | |

CASE NO. 3:18-CV-04865-EMC
SECOND DECLARATION OF RAMZI ABADOU IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | | |
|---|---|---|
| ZHI XING FAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 18-cv-05470-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC. and ELON R. MUSK, | ) ) | |
| Defendants. | ) ) ) | |
| SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated, | ) ) ) ) ) | No. 18-cv-05899-EMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, | ) ) ) ) | |
| Defendants. | ) | |

CASE NO. 3:18-CV-04865-EMC
SECOND DECLARATION OF RAMZI ABADOU IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION; APPOINTMENT AS LEAD PLAINTIFF; AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

I, Ramzi Abadou, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California and am admitted to this District.

2. I submit this Second Declaration, together with the attached exhibits, in further support of the Motion of Bridgestone Investment Corporation Limited ("Bridgestone") to Consolidate the Related Actions, to appoint Bridgestone to serve as Lead Plaintiff on behalf of the Class in this Action and to approve its selection of Kahn Swick & Foti, LLC as Lead Counsel. I am fully familiar with the facts set forth herein.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Tempus International Fund SPC's profile page.

4. Attached hereto as **Exhibit 2** is a true and correct copy of *Bloomberg's* Company Overview of Opportunity Unique Hedge Fund.

5. Attached hereto as **Exhibit 3** is a true and correct copy of One Minute Tick History for Tesla securities.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an article dated July 6, 2009 published by *Globo Online* (Brazil) accompanied by its certified translation.

7. Attached hereto at **Exhibit 5** is a true and correct copy of price and volume information for Tesla securities.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the definition of "Short Sales" from the United States Securities and Exchange Commission ("SEC').

9. Attached hereto as **Exhibit 7** is a true and correct copy of a translated article published by *InfoMoney* dated July 21, 2016 titled "GoPro, Tesla, Best Buy and 13 other foreign companies can be traded on Bovespa."

10. Attached hereto as **Exhibit 8** is a true and correct copy of an article published on *CNBC.com* dated March 2, 2016 entitled "Citron exec: This is Tesla's biggest problem."

1        11.      Attached hereto as **Exhibit 9** is a true and correct copy of an article published on *MarketWatch.com* dated March 1, 2016, titled "Tesla lower after Citron Research says it is betting against the stock."

        12.      Attached hereto as **Exhibit 10** is a true and correct copy of the National Futures Association case summary for Andrew Edward Left.

        13.      Attached hereto as **Exhibit 11** is a true and correct copy of a *New York Times* article dated June 8, 2017 titled "The Bounty Hunter of Wall Street."

        14.      Attached hereto as **Exhibit 12** is a true and correct copy of an article from the *South China Morning Post*, titled "Hong Kong finds Citron Research's Andrew Left guilty of issuing false report in 2012 on Evergrande" dated August 26, 2016.

        15.      Attached hereto as **Exhibit 13** is a true and correct copy of an article from the *South China Morning Post*, titled "Hong Kong court rejects US short-seller Andrew Left's application against tribunal ruling" dated January 13, 2017.

        16.      Attached hereto as **Exhibit 14** is a true and correct copy of an article published on October 23, 2018 by *Reuters* titled "Tesla critic Citron makes U-turn ahead of results."

        17.      Attached hereto at **Exhibit 15** is a true and correct copy of an export from *Yahoo! Finance*, showing reported trading values of Tesla securities between August 7, 2018 and August 17, 2018.

        18.  Attached hereto at **Exhibit 16** is a true and correct copy of an investor publication from the SEC's public access website titled "Day Trading: Your Dollars At Risk" dated April 20, 2005.

        19.      Attached hereto at **Exhibit 17** is a true and correct copy of SEC report titled "Oral Statement of Chairman Arthur Levitt Before the Senate Permanent Subcommittee on Investigations, Committee on Governmental Affairs, Concerning Day Trading" dated September 16, 1999.

        20.      Attached hereto at **Exhibit 18** is a true and correct copy of a report from the SEC's public access website titled "Day Trading."

1    I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing facts are true and correct.
3    Executed this 23rd day of October, 2018, at San Francisco, CA.

　　　　　　　　　　　　　　　　　　　*/s/ Ramzi Abadou*
　　　　　　　　　　　　　　　　　　　RAMZI ABADOU