# Exhibit 1

# Legal Entity Identifier Register - LEI

- FAQ
- Contact
- XML Export
  - german

- Homepage
- LEI service
- Search
- Info
- News
- Shopping cart(0)

- Log in
- Register

- Homepage
- LEI service
- Search
- Info
- News
- Shopping cart(0)
- Log in
- Register
- FAQ
- Contact
- XML Export

- Result

## Tempus International Fund SPC - Tempus Segregated Portfolio - 5493000WTY4OJJTSMT27

### LEI Information

LEI
5493000WTY4OJJTSMT27
LEI-Status
ISSUED
Managing LOU
Business Entity Data B.V. (GMEI Utility a service of BED B.V.)
Date of issue
18.05.2016 02:06:00

Date of last change
28.06.2018 00:30:00
Next Renewal
28.06.2019 00:30:00

## Company

Company name
Tempus International Fund SPC - Tempus Segregated Portfolio
Jurisdiction
Cayman Islands
Entity Status
ACTIVE

## Legal Address

ZIP, City
KY1-9007 Camana Bay
Country
Cayman Islands

## Information on headquarters

ZIP, City
KY1-9007 Camana Bay
Country
Cayman Islands

[Back to Homepage](#)

- [Imprint](#)
- [Data privacy statement](#)
- [Legal / Prices](#)