# Exhibit 2

**Capital Markets**
**Company Overview of Opportunity Unique Fund Inc-Unique Hedge Fund**

October 16, 2018 3:05 PM ET

### Snapshot

### People

**Company Overview**

,
British Virgin Islands

**Key Executives For Opportunity Unique Fund Inc-Unique Hedge Fund**

Opportunity Unique Fund Inc-Unique Hedge Fund does not have any Key Executives recorded.

**Similar Private Companies By Industry**

| Company Name | Region |
| --- | --- |
| 898 Management Limited | Americas |
| Able Choice Investments, Ltd. | Americas |
| Ablelink Investments Ltd | Americas |
| Acc Holdings, Ltd. | Americas |
| Accretion Investments Pte Ltd | Americas |

**Recent Private Companies Transactions**

| Type Date | Target |
| --- | --- |
| No transactions available in the past 12 months. | |

**Request Profile Update**

\