# Exhibit 3

# Tesla Inc

One Minute Tick History

| #RIC | Domain | Date | Time | Last Price |
|---|---|---|---|---|
| TSLA.O | Market Price | 8/7/2018 | 12:47:00 PM | 356.7842 |

Source: Thomson Reuters



**Thomson Reuters on Demand**
trondemand@thomsonreuters.com