# Exhibit 5

# Tesla Inc

Price and Volume Tick History as of 08/07/2018
Trade price greater than or equal $375.95 and less than $375.96

| Company Name | RIC | Domain | Date | Time | Type | Price | Volume |
|---|---|---|---|---|---|---|---|
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:45:26.323 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:45:26.327 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:45:26.331 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:45:26.339 PM | Trade | 375.9500 | 20 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:45:26.727 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:53:35.239 PM | Trade | 375.9500 | 50 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:53:36.452 PM | Trade | 375.9535 | 1 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:53:36.651 PM | Trade | 375.9500 | 50 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:54:57.448 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:54:57.448 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:55:01.375 PM | Trade | 375.9500 | 10 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:55:01.376 PM | Trade | 375.9500 | 10 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:16.000 PM | Trade | 375.9500 | 270 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:16.000 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:16.000 PM | Trade | 375.9500 | 200 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:33.280 PM | Trade | 375.9500 | 10 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:33.280 PM | Trade | 375.9500 | 64 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:33.280 PM | Trade | 375.9500 | 90 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:33.384 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:33.384 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:33.384 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:33.520 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:33.644 PM | Trade | 375.9506 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:34.096 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:34.280 PM | Trade | 375.9500 | 202 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:34.608 PM | Trade | 375.9500 | 1 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:34.632 PM | Trade | 375.9550 | 2 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:35.068 PM | Trade | 375.9500 | 2 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:35.068 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:35.480 PM | Trade | 375.9550 | 5 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:35.824 PM | Trade | 375.9500 | 50 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:35.916 PM | Trade | 375.9500 | 2 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:37.868 PM | Trade | 375.9500 | 20 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:37.984 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:38.088 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:38.168 PM | Trade | 375.9500 | 25 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:38.188 PM | Trade | 375.9500 | 4 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:38.200 PM | Trade | 375.9500 | 200 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:38.224 PM | Trade | 375.9500 | 100 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 03:58:38.228 PM | Trade | 375.9528 | 800 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 04:05:21.880 PM | Trade | 375.9500 | 35 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 04:06:38.132 PM | Trade | 375.9500 | 1 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 04:06:38.424 PM | Trade | 375.9500 | 64 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 04:07:44.813 PM | Trade | 375.9500 | 7 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 04:07:44.825 PM | Trade | 375.9500 | 5 |
| Tesla Inc | TSLA.O | Market Price | 8/7/2018 | 04:11:56.577 PM | Trade | 375.9500 | 50 |

Source: Thomson Reuters



**Thomson Reuters on Demand**
trondemand@thomsonreuters.com