# Exhibit 7

# GoPro, Tesla, Best Buy e mais 13 empresas estrangeiras podem ser negociadas na Bovespa

Estão na lista a General Motors, UBS, Transocean, J. C. Penney, Sprint, United States Steel, Chesapeake Energy Corporation, First Solar e Sanchez Energy Corporation

[Rodrigo Tolotti Umpieres,](#)
21 jul, 2016 18h54

SÃO PAULO - Sem grande destaque entre os investidores, os BDRs (Brazilian Depositary Receipt) negociados na BM&FBovespa irão aumentar consideravelmente na próxima semana. Isso porque a partir do dia 27 de julho, 16 empresas estrangeiras passarão a ter ativos no Brasil.

Entre os destaques estão a Tesla, GoPro, Best Buy, General Motors, Alcoa, American Airlines e o UBS. Completam ainda a lista de novas empresas para serem listadsa na Bovespa: Transocean, J. C. Penney, Sprint, United States Steel, Chesapeake Energy Corporation, First Solar, Tesoro, Valero Energy e Sanchez Energy Corporation.

Os BDRs são recibos de ações de empresas estrangeiras negociadas na bolsa brasileira, ou seja, são títulos atrelados aos papéis destas companhias no exterior. No caso destas empresas, a proposta é para BDR nível 1 não patrocinada. Neste tipo, a decisão de emitir os certificados parte de uma instituição depositária (neste caso o Deutsche Bank), que pede o registro do programa à CVM e à BM&FBovespa, sem envolvimento da empresa estrangeira emissora das ações.

Porém, é importante deixar claro que este tipo de investimento não é para qualquer um. BDRs desta classe são apenas para pessoas físicas e jurídicas com investimentos financeiros acima de R$ 1 milhão. Por outro lado, para quem não tem todo esse dinheiro, é possível operar via fundo de investimento.

# GoPro, Tesla, Best Buy and 13 other foreign companies can be traded on Bovespa

General Motors, UBS, Transocean, JC Penney, Sprint, United States Steel, Chesapeake Energy Corporation, First Solar and Sanchez Energy Corporation

[Rodrigo Tolotti Umpieres,](#)
21 Jul, 2016 18h54

SÃO PAULO - With no major highlight among investors, the Brazilian Depositary Receipts (BDRs) traded on the BM & FBovespa will increase considerably next week. This is because as of July 27, 16 foreign companies will have assets in Brazil.

Among the highlights are Tesla, GoPro, Best Buy, General Motors, Alcoa, American Airlines and UBS. They also complete the list of new companies to be listed on the Bovespa: Transocean, JC Penney, Sprint, United States Steel, Chesapeake Energy Corporation, First Solar, Tesoro, Valero Energy and Sanchez Energy Corporation.

The BDRs are receipts of shares of foreign companies traded on the Brazilian stock exchange, ie, they are bonds tied to the securities of these companies abroad. In the case of these companies, the proposal is for non-sponsored Tier 1 BDRs. In this type, the decision to issue the certificates is part of a depository institution (in this case Deutsche Bank), which requests the registration of the program to the CVM and BM & FBovespa, without involvement of the foreign company issuing the shares.

However, it is important to make it clear that this type of investment is not for everyone. BDRs of this class are only for individuals and legal entities with financial investments above R $ 1 million. On the other hand, for those who do not have all that money, it is possible to operate through the investment fund.