# Exhibit 8

# INVESTING

PERSONAL FINANCE | FA HUB | TRADING NATION | FUTURES NOW | OPTIONS ACTION | ETF STREET | EARNINGS

# Citron exec: This is Tesla's biggest problem

Fred Imbert | @foimbert
Published 1:51 PM ET Wed, 2 March 2016 | Updated 3:13 PM ET Wed, 2 March 2016



   UP NEXT      

Citron's short-seller   Citron's Left has no   Valeant cancels call

  MARKETS       BUSINESS NEWS     CNBC TV     MENU

Shares of Tesla Motors will have a hard time going higher because of the news surrounding the company, Andrew Left, Citron Research's executive editor, said Wednesday.

"What I underestimated [about] Tesla the first time is, when the Model S was introduced, nine of 10 stories were saying how great the car is, and the stock just followed. Right now, there's more balance," he told CNBC's "Fast Money: Halftime Report." "If you look at the Geneva auto show, which happened last week, it's no longer about if someone will have long-range electric vehicles in 2019-20, it will be who doesn't have them."

FROM THE WEB                                Sponsored Links by Taboola

**Retirement – Why You Should Never Cash Out a 401(k) Early | Banking Basics**
Banking Basics

**Motley Fool Issues Rare "Double Down" Buy Alert**
The Motley Fool



"It's going to take more to find that incremental buyer for this stock at these levels," he said. "Right now, you see a more balanced information news flow."

On Tuesday, Citron unveiled a short position on the electric carmaker's stock, citing the news flow around Tesla, as well as supply and demand issues.

"Recently, as the price of oil started to increase last week, with the price of Tesla, I heard too many commentators draw the correlation between the two. I said, 'No, this is just wrong.' I thought that it would be a great time, around the $185-190 range to go ahead and re-establish a short position in Tesla," Left said on Wednesday.

Tesla's stock traded slightly lower Wednesday.

Left also said he had covered his short position on Valeant Pharmaceuticals, although he did not say when he covered it.

"I wouldn't be short Valeant, I wouldn't be long Valeant. I think there's just too much of a black box surrounding Valeant right now. I would like to get more information," he said.

On Monday, the embattled pharmaceutical company said it had received a subpoena from the Securities Exchange Commission in the fourth quarter, adding that it has delayed its annual report with the SEC.

Left also said he had been contacted by the SEC and he had provided the agency with information. "I think the stock is uninvestable," he said.

Valeant shares were up nearly 3 percent Wednesday, but remained more than 30 percent lower for the year.



Valeant shares plunge 18% on SEC probe

MARKETS   BUSINESS NEWS



Fred Imbert
Markets Reporter

### RELATED SECURITIES

| Symbol | Price | Change | %Change |
| --- | --- | --- | --- |
| TSLA | 257.445 ▼ | -6.465 | -2.45% |

### Breakfast Sliders Made Even Better With EB
Eggland's Best

### MOTHER OF PEARL
$100 rental - renttherunway.com

by Taboola

Stephen Hawking feared that a rich, 'superhuman' species is set to end humanity

Billionaire Ray Dalio: This is the 'biggest mistake' that most investors make

Suze Orman: This is when to pay off your mortgage

Walmart saves $200 million by changing its light bulbs and $20 million with a new floor wax

Market sell-off could get 'significantly worse' this week — and it echoes 1987 crash, strategist says

Roseanne Barr is very unhappy about her character being killed off in 'The Conners'

### TRENDING NOW



1. It sounds like Amazon is closing in on a location for its new headquarters



2. Democrats want to repeal Trump's tax cuts and replace them with payouts for the poor



3. 3 mistakes you shouldn't make if you win the $970 million Mega Millions jackpot

## MORE FROM CNBC

by Taboola

Here's how much money you have to earn to be considered upper-class

Here's how much you should have saved by 40

Greetings, death: Coca-Cola's marketing slogan backfires badly in New Zealand

Don't expect a big Democratic wave this fall, a new CNBC poll says

Mega Millions and Powerball jackpots up to $1.4 billion — how to maintain some privacy if you win

Richard Branson told this lie at work for years — and didn't come clean until his 50s

Investors can get big tax breaks if they invest in 'opportunity zones' under new Treasury rules

5. 7 cool things Samsung Galaxy Note 9 can do that the iPhone can't

FROM THE WEB                                                   Sponsored Links by Taboola

**10 people took DNA test**
Ancestry

**Selfie Drone Revolution**
Best Saving Tips - Drone

**Experience. Expertise. E:**
Campaign US

**Google My Business Update: The Rise of Reviews. Here's what you need to know.**
Podium

**Huge Discounts On All-In-One Desktop PCs**
Top Stores

**12 Everyday Things That Were Invented With a Completely Different Purpose**
Bestest.info

 MARKETS     BUSINESS NEWS     CNBC TV     MENU



| | |
|---|---|
| Independent Programming | Subscribe to CNBC PRO |
| Licensing & Reprints | Join the CNBC Panel |
| Advertise With Us | Closed Captioning |
| Terms of Service | Digital Products |
| Privacy Policy | News Releases |
| Corrections | Internships |
| About CNBC | AdChoices |
| Site Map | Podcasts |
| Careers | Contact |
| Help | |

## News Tips

Got a confidential news tip? We want to hear from you.

**GET IN TOUCH**



### CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

**SIGN UP NOW**

Get this delivered to your inbox, and more info about our products and services. Privacy Policy.

© 2018 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Data also provided by


MARKETS


BUSINESS NEWS


CNBC TV


MENU