# Exhibit 9

MarketWatch

# Tesla lower after Citron Research says it is betting against the stock

By Claudia Assis
Published: Mar 1, 2016 3:16 p.m. ET

Citron's Andrew Left is bearish on Tesla



*Getty Images*

Shares of Tesla Motors Inc. TSLA, -2.89%  added to losses Tuesday after short seller Andrew Left of online investment site Citron Research said the research firm is shorting the stock, or making a bet that it will fall.

 **Citron Research**
@CitronResearch

Citron shorting $TSLA  Supply AND demand problems should take down to $100 by years end.  News flow all around does not look good for stock

2:26 PM - Mar 1, 2016

224      335 people are talking about this

The stock was last trading down 3.3%, and is down about 23% in the year so far, while the S&P 500 has fallen just 3%.

Graphic embed is no longer available.
Last week, Citron's similar bet against Mobileye, which it named the short of 2016, sent the shares lower.

### See Also
### Two Countries That Stand to Benefit From the Khashoggi Tragedy

In November, Citron also published a report that included allegations of revenue-recognition improprieties at Valeant Pharmaceuticals International Inc., which sent its stock lower.

**More from MarketWatch**

- November shock? Republicans could still control Congress after the midterms, polls suggest
- Half of Americans with this credit card regretted getting one
- Aurora Cannabis stock leads sector higher after news it will start trading on NYSE next week



# Claudia Assis

Claudia Assis is a San Francisco-based reporter for MarketWatch. Follow her on Twitter @ClaudiaAssisMW.

# We Want to Hear from You

Join the conversation

Comment

## Today's Highest Yield Savings Accounts ⓘ

**Initial Deposit**
$ 25,000

**Location**
New Orleans, LA

**Account Type**
Savings & MM...

| INSTITUTION | APY | Min. Balance for APY | |
|---|---|---|---|
| **Capital One - 360 Money Market** | | | Sponsored |
| CapitalOne | 1.85% | $10,000 | Get Details |
| 360 Money Market®: 1.85% APY for Balances $10k+ - Open now Rate: 1.83% • Fees: N/A • FDIC Insured | | | |
| **Radius High-Yield Savings - Radius High-Yield Savings** | | | Sponsored |
| RADIUS BANK | 1.96% | $25,000 | Get Details |
| APY%: Earn 1.96% APY on balances of $25,000 & up Rate: 1.94% • Fees: N/A • FDIC Insured | | | |
| **Ally Bank - Savings** | | | Sponsored |
| ally | 1.90% | $0 | Get Details |
| Consistently Competitive Rates. 24/7 Customer Care. Rate: 1.88% • Fees: N/A • FDIC Insured | | | |
| **American Express National Bank - Savings** | | | Sponsored |
| PERSONAL SAVINGS | 1.90% | $1 | Get Details |

Ad Disclosure                                            Source: Smartasset.com

**SMARTASSET.COM**

BACK TO TOP

- **MarketWatch**
  - Site Index
  - Topics
  - Help
  - Feedback
  - Newsroom Roster
  - Media Archive
  - Premium Products
  - Mobile

- **Company**
  - Company Info
  - Code of Conduct
  - Corrections
  - Advertising Media Kit
  - Advertise Locally
  - Reprints & Licensing
  - Your Ad Choices

- **Dow Jones Network**
  - WSJ.com

- Barron's Online
- BigCharts
- Virtual Stock Exchange
- Financial News London
- WSJ.com Small Business
- realtor.com
- Mansion Global



Copyright © 2018 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Terms of Service, Privacy Policy, and Cookie Policy.



Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.