# Exhibit 15

Search for news, symbols or companies

Sign in

| Finance Home | Watchlists | My Portfolio | My Screeners | Markets | Industries | Personal Finance | Tech |

US Markets close in 2 hrs and 60 mins

**S&P 500** 2,812.80 +2.88 (+0.10%)
**Dow 30** 25,769.24 -29.18 (-0.11%)
**Nasdaq** 7,641.46 -4.03 (-0.05%)
**Russell 2000** 1,588.35 -8.49 (-0.53%)
**Crude Oil** 70.94 -0.98 (-1.36%)
**Gold** 1,230.2 -0.80 (-0.

## Tesla, Inc. (TSLA)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

⭐ Add to watchlist

Quote Lookup

**268.04** -8.55 (-3.09%)
As of 1:00PM EDT. Market open.

Buy    Sell

| Summary | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability |

Proctor & Gamble Earnings Report 10/19 — Should You BUY or SELL PG? — VectorVest — Analyze Any Stock Free

Get live quotes and news on new tabs

Time Period: Aug 07, 2018 - Aug 17, 2018    Show: Historical Prices
Frequency: Daily
Apply

YAHOO! FINANCE MORNING BRIEF — Wake up to the day's top finance news in your inbox — Sign up now

Currency in USD    ⬇ Download Data

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Aug 17, 2018 | 323.5000 | 326.7700 | 303.5300 | 305.5000 | 305.5000 | 18,958,600 |
| Aug 16, 2018 | 339.9100 | 342.2800 | 333.8200 | 335.4500 | 335.4500 | 6,064,000 |
| Aug 15, 2018 | 341.9100 | 344.4900 | 332.1400 | 338.6900 | 338.6900 | 9,101,300 |
| Aug 14, 2018 | 358.4500 | 359.2000 | 347.1000 | 347.6400 | 347.6400 | 6,986,400 |
| Aug 13, 2018 | 361.1300 | 363.1900 | 349.0200 | 356.4100 | 356.4100 | 10,450,200 |
| Aug 10, 2018 | 354.0000 | 360.0000 | 346.0000 | 355.4900 | 355.4900 | 11,552,000 |
| Aug 09, 2018 | 365.5500 | 367.0100 | 345.7300 | 352.4500 | 352.4500 | 17,103,700 |
| Aug 08, 2018 | 369.0900 | 382.6400 | 367.1200 | 370.3400 | 370.3400 | 24,571,200 |
| Aug 07, 2018 | 343.8400 | 387.4600 | 339.1500 | 379.5700 | 379.5700 | 30,875,800 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **FB** Facebook, Inc. | 159.16 | +0.38 | +0.24% |
| **NFLX** Netflix, Inc. | 359.02 | +12.62 | +3.64% |
| **AMZN** Amazon.com, Inc. | 1,829.76 | +9.80 | +0.54% |
| **GOOG** Alphabet Inc. | 1,115.50 | -5.78 | -0.52% |
| **BABA** Alibaba Group Holding Limited A | 147.27 | -2.33 | -1.56% |

**Total ESG score** ›    ▼ Category Average
**61**  Average Performer  56th percentile

0                                                                                         100