**KELLER LENKNER LLC**
Ashley C. Keller (*admitted pro hac vice*)
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Telephone: (312) 741-5222
ack@kellerlenkner.com

**KELLER LENKNER LLC**
U. Seth Ottensoser (*admitted pro hac vice*)
1330 Avenue of the Americas, Suite 23A
New York, NY 10019
Telephone: (212) 653-9715
so@kellerlenkner.com

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
David J. Schwartz
Francis P. McConville
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
dschwartz@labaton.com
fmcconville@labaton.com

*Counsel for the Tesla Investor Group and Proposed Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES M. WAGSTAFFE IN FURTHER SUPPORT OF MOTION OF THE TESLA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:        November 15, 2018<br>Time:       1:30 p.m.<br>Courtroom: 5 – 17th Floor<br>Judge:      Hon. Edward M. Chen |

*(caption continues on the following pages)*

| | |
|---|---|
| WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04912-EMC |
| CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04948-EMC |

*(caption continues on the following page)*

DECLARATION OF JAMES M. WAGSTAFFE
CASE NO. 3:18-CV-04865-EMC

2

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 4:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No. 3:18-cv-05899-EMC |

I, James M. Wagstaffe, declare as follows:

I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner at Kerr & Wagstaffe LLP, proposed Liaison Counsel for the Class. I submit this declaration in further support of the motion filed by Andrew E. Left, PROtecto Informatikai Szolgáltató Korlátolt Felelősségű Társaság, Thierry Boutin, Dr. Abrar Shirazi, and Vilas Capital Management, LLC ("Vilas Capital") (collectively, the "Tesla Investor Group"). *See* ECF No. 47.

Attached as Exhibits A through I are true and correct copies of the following documents:

EXHIBIT A: Amended Loss Chart including inadvertently omitted transactions of Vilas Capital; and amended Signed Certification by Vilas Capital;

EXHIBIT B: Declaration of Hui Chang, Esq.;

EXHIBIT C: A copy of the case report authored by Susan Perkins, entitled *Citigroup's Shareholder Tango in Brazil (A)*, revised Sept. 27, 2013;

EXHIBIT D: Copies of Opportunity Unique Fund Inc.'s corporate registry filed with the British Virgin Islands Financial Services Commission;

EXHIBIT E: Expert Declaration of Robert M. Daines;

EXHIBIT F: Intraday Trading Data of Tesla's common stock for August 7, 2018, sourced from Bloomberg;

EXHIBIT G: Supplemental declarations of members of the Tesla Investor Group;

EXHIBIT H: Copy of letter sent to Tempus and OUF's counsel, dated October 15, 2018; and

EXHIBIT I: A chart reflecting movant FNY Investment Advisers, LLC's loss calculations in Tesla securities, as performed by proposed Co-Lead Counsel Keller Lenkner LLC and Labaton Sucharow LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October, 2018, at San Francisco, California.

                                                              */s/ James M. Wagstaffe*
                                                               James M. Wagstaffe