**Exhibit D**



# Opportunity Unique Fund Inc.

June 28, 2018

**Entity Type:** Private Funds (/terms/regulated-entities/private-funds)
**Name:** Opportunity Unique Fund Inc.
**Entity Status:**
Former Regulated Entities (/terms/regulation-status/former-regulated-entities)



# Opportunity Unique Fund Inc.

October 1, 2018

**Entity Type:** Professional Funds (/terms/regulated-entities/professional-funds)
**Name:** Opportunity Unique Fund Inc.
**Entity Status:**
Currently Regulated Entities (/terms/regulation-status/currently-regulated-entities)



# Investment Business

CSV (/investment-business-data.csv?combine=unique)

*Opportunity Unique Fund Inc.*                                                      **Cancelled**

*Category:* Private Funds

---

**Opportunity Unique Fund Inc.**

*Category:* Professional Funds