**Exhibit F**

| Date | Last Price |
|------|-----------|
| 8/7/2018 15:59 | 379.57 |
| 8/7/2018 15:59 | 378.04 |
| 8/7/2018 15:59 | 380 |
| 8/7/2018 15:59 | 378.38 |
| 8/7/2018 15:58 | 378.38 |
| 8/7/2018 15:58 | 374.91 |
| 8/7/2018 15:58 | 378.42 |
| 8/7/2018 15:58 | 375.0197 |
| 8/7/2018 15:57 | 375 |
| 8/7/2018 15:57 | 371.08 |
| 8/7/2018 15:57 | 375.22 |
| 8/7/2018 15:57 | 372.39 |
| 8/7/2018 15:56 | 372.2578 |
| 8/7/2018 15:56 | 370 |
| 8/7/2018 15:56 | 374 |
| 8/7/2018 15:56 | 373.77 |
| 8/7/2018 15:55 | 373.715 |
| 8/7/2018 15:55 | 373 |
| 8/7/2018 15:55 | 376.7 |
| 8/7/2018 15:55 | 376.065 |
| 8/7/2018 15:54 | 376.065 |
| 8/7/2018 15:54 | 373.29 |
| 8/7/2018 15:54 | 376.44 |
| 8/7/2018 15:54 | 373.32 |
| 8/7/2018 15:53 | 373.386 |
| 8/7/2018 15:53 | 373.19 |
| 8/7/2018 15:53 | 380.25 |
| 8/7/2018 15:53 | 380.25 |
| 8/7/2018 15:52 | 380.135 |
| 8/7/2018 15:52 | 380 |
| 8/7/2018 15:52 | 382.18 |
| 8/7/2018 15:52 | 381.29 |
| 8/7/2018 15:51 | 381.2966 |
| 8/7/2018 15:51 | 380 |
| 8/7/2018 15:51 | 383 |
| 8/7/2018 15:51 | 382.99 |
| 8/7/2018 15:50 | 383.05 |
| 8/7/2018 15:50 | 380.28 |
| 8/7/2018 15:50 | 384 |

| Date | Last Price |
|---|---|
| 8/7/2018 15:50 | 381.21 |
| 8/7/2018 15:49 | 381.27 |
| 8/7/2018 15:49 | 379.34 |
| 8/7/2018 15:49 | 381.96 |
| 8/7/2018 15:49 | 381.25 |
| 8/7/2018 15:48 | 381.58 |
| 8/7/2018 15:48 | 380.88 |
| 8/7/2018 15:48 | 384.8 |
| 8/7/2018 15:48 | 384.79 |
| 8/7/2018 15:47 | 384.83 |
| 8/7/2018 15:47 | 380.59 |
| 8/7/2018 15:47 | 387.46 |
| 8/7/2018 15:47 | 386.4 |
| 8/7/2018 15:46 | 386.4795 |
| 8/7/2018 15:46 | 376.88 |
| 8/7/2018 15:46 | 386.64 |
| 8/7/2018 15:46 | 378.7304 |
| 8/7/2018 15:45 | 378.7012 |
| 8/7/2018 15:45 | 367.52 |
| 8/7/2018 15:45 | 382.35 |
| 8/7/2018 15:45 | 369.09 |
| 8/7/2018 15:45 | 368.22 |
| 8/7/2018 15:45 | 366.06 |
| 8/7/2018 15:45 | 370 |
| 8/7/2018 15:45 | 370 |
| 8/7/2018 14:08 | 367.25 |
| 8/7/2018 14:08 | 366.5015 |
| 8/7/2018 14:08 | 367.4 |
| 8/7/2018 14:08 | 366.9974 |
| 8/7/2018 14:07 | 366.9 |
| 8/7/2018 14:07 | 366.7 |
| 8/7/2018 14:07 | 369.8399 |
| 8/7/2018 14:07 | 369.57 |
| 8/7/2018 14:06 | 369.24 |
| 8/7/2018 14:06 | 368.61 |
| 8/7/2018 14:06 | 370 |
| 8/7/2018 14:06 | 369.7298 |
| 8/7/2018 14:05 | 369.793 |
| 8/7/2018 14:05 | 368.08 |
| 8/7/2018 14:05 | 370 |

| Date | Last Price |
|---|---|
| 8/7/2018 14:05 | 368.08 |
| 8/7/2018 14:04 | 368.24 |
| 8/7/2018 14:04 | 367.2 |
| 8/7/2018 14:04 | 368.9 |
| 8/7/2018 14:04 | 368.67 |
| 8/7/2018 14:03 | 368.83 |
| 8/7/2018 14:03 | 366.32 |
| 8/7/2018 14:03 | 369.02 |
| 8/7/2018 14:03 | 366.52 |
| 8/7/2018 14:02 | 366.66 |
| 8/7/2018 14:02 | 365.015 |
| 8/7/2018 14:02 | 367.3 |
| 8/7/2018 14:02 | 365.0257 |
| 8/7/2018 14:01 | 365.01 |
| 8/7/2018 14:01 | 364.06 |
| 8/7/2018 14:01 | 365.8 |
| 8/7/2018 14:01 | 364.8046 |
| 8/7/2018 14:00 | 364.93 |
| 8/7/2018 14:00 | 363.21 |
| 8/7/2018 14:00 | 364.97 |
| 8/7/2018 14:00 | 364.84 |
| 8/7/2018 13:59 | 364.77 |
| 8/7/2018 13:59 | 364.37 |
| 8/7/2018 13:59 | 366.05 |
| 8/7/2018 13:59 | 364.6421 |
| 8/7/2018 13:58 | 364.595 |
| 8/7/2018 13:58 | 363.7 |
| 8/7/2018 13:58 | 365.18 |
| 8/7/2018 13:58 | 364.6 |
| 8/7/2018 13:57 | 364.74 |
| 8/7/2018 13:57 | 364.03 |
| 8/7/2018 13:57 | 365.5 |
| 8/7/2018 13:57 | 364.8 |
| 8/7/2018 13:56 | 364.5816 |
| 8/7/2018 13:56 | 364.16 |
| 8/7/2018 13:56 | 365.65 |
| 8/7/2018 13:56 | 364.44 |
| 8/7/2018 13:55 | 364.3 |
| 8/7/2018 13:55 | 363.5 |
| 8/7/2018 13:55 | 364.4895 |

3

| Date | Last Price |
|---|---|
| 8/7/2018 13:55 | 363.61 |
| 8/7/2018 13:54 | 363.5134 |
| 8/7/2018 13:54 | 363.356 |
| 8/7/2018 13:54 | 365.3 |
| 8/7/2018 13:54 | 364.693 |
| 8/7/2018 13:53 | 364.63 |
| 8/7/2018 13:53 | 362.62 |
| 8/7/2018 13:53 | 364.939 |
| 8/7/2018 13:53 | 364.3722 |
| 8/7/2018 13:52 | 364.38 |
| 8/7/2018 13:52 | 363.442 |
| 8/7/2018 13:52 | 364.86 |
| 8/7/2018 13:52 | 363.442 |
| 8/7/2018 13:51 | 363.43 |
| 8/7/2018 13:51 | 362.51 |
| 8/7/2018 13:51 | 365.9795 |
| 8/7/2018 13:51 | 365.5053 |
| 8/7/2018 13:50 | 365.505 |
| 8/7/2018 13:50 | 364.35 |
| 8/7/2018 13:50 | 366.21 |
| 8/7/2018 13:50 | 364.58 |
| 8/7/2018 13:49 | 364.38 |
| 8/7/2018 13:49 | 364.02 |
| 8/7/2018 13:49 | 368.22 |
| 8/7/2018 13:49 | 367.9983 |
| 8/7/2018 13:48 | 367.885 |
| 8/7/2018 13:48 | 365.61 |
| 8/7/2018 13:48 | 368.65 |
| 8/7/2018 13:48 | 365.67 |
| 8/7/2018 13:47 | 365.8678 |
| 8/7/2018 13:47 | 364.12 |
| 8/7/2018 13:47 | 366.45 |
| 8/7/2018 13:47 | 364.55 |
| 8/7/2018 13:46 | 364.54 |
| 8/7/2018 13:46 | 362.52 |
| 8/7/2018 13:46 | 364.55 |
| 8/7/2018 13:46 | 363.1763 |
| 8/7/2018 13:45 | 363.215 |
| 8/7/2018 13:45 | 361.61 |
| 8/7/2018 13:45 | 364.1597 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 13:45 | 362.69 |
| 8/7/2018 13:44 | 362.69 |
| 8/7/2018 13:44 | 361.8841 |
| 8/7/2018 13:44 | 362.8 |
| 8/7/2018 13:44 | 361.98 |
| 8/7/2018 13:43 | 361.92 |
| 8/7/2018 13:43 | 360.28 |
| 8/7/2018 13:43 | 362.14 |
| 8/7/2018 13:43 | 361.02 |
| 8/7/2018 13:42 | 361.27 |
| 8/7/2018 13:42 | 361.22 |
| 8/7/2018 13:42 | 363.4 |
| 8/7/2018 13:42 | 361.574 |
| 8/7/2018 13:41 | 361.6395 |
| 8/7/2018 13:41 | 359.99 |
| 8/7/2018 13:41 | 363.63 |
| 8/7/2018 13:41 | 360.07 |
| 8/7/2018 13:40 | 360.28 |
| 8/7/2018 13:40 | 359.27 |
| 8/7/2018 13:40 | 361.752 |
| 8/7/2018 13:40 | 361.5263 |
| 8/7/2018 13:39 | 361.65 |
| 8/7/2018 13:39 | 361.11 |
| 8/7/2018 13:39 | 363.02 |
| 8/7/2018 13:39 | 362.645 |
| 8/7/2018 13:38 | 362.76 |
| 8/7/2018 13:38 | 361.76 |
| 8/7/2018 13:38 | 362.79 |
| 8/7/2018 13:38 | 361.8 |
| 8/7/2018 13:37 | 361.75 |
| 8/7/2018 13:37 | 361.25 |
| 8/7/2018 13:37 | 362.3999 |
| 8/7/2018 13:37 | 361.435 |
| 8/7/2018 13:36 | 361.43 |
| 8/7/2018 13:36 | 361.16 |
| 8/7/2018 13:36 | 363.17 |
| 8/7/2018 13:36 | 363.17 |
| 8/7/2018 13:35 | 363.19 |
| 8/7/2018 13:35 | 361.53 |
| 8/7/2018 13:35 | 363.2 |

| Date | Last Price |
|---|---|
| 8/7/2018 13:35 | 361.6103 |
| 8/7/2018 13:34 | 361.61 |
| 8/7/2018 13:34 | 360.72 |
| 8/7/2018 13:34 | 362.2 |
| 8/7/2018 13:34 | 361.746 |
| 8/7/2018 13:33 | 361.92 |
| 8/7/2018 13:33 | 359.63 |
| 8/7/2018 13:33 | 361.92 |
| 8/7/2018 13:33 | 359.76 |
| 8/7/2018 13:32 | 359.74 |
| 8/7/2018 13:32 | 359 |
| 8/7/2018 13:32 | 360.43 |
| 8/7/2018 13:32 | 360.42 |
| 8/7/2018 13:31 | 360.3221 |
| 8/7/2018 13:31 | 358.75 |
| 8/7/2018 13:31 | 360.45 |
| 8/7/2018 13:31 | 359.36 |
| 8/7/2018 13:30 | 359.245 |
| 8/7/2018 13:30 | 358.51 |
| 8/7/2018 13:30 | 360.65 |
| 8/7/2018 13:30 | 360.179 |
| 8/7/2018 13:29 | 359.87 |
| 8/7/2018 13:29 | 358.26 |
| 8/7/2018 13:29 | 360.4 |
| 8/7/2018 13:29 | 358.29 |
| 8/7/2018 13:28 | 358.557 |
| 8/7/2018 13:28 | 358.2 |
| 8/7/2018 13:28 | 360.63 |
| 8/7/2018 13:28 | 359.93 |
| 8/7/2018 13:27 | 360.0695 |
| 8/7/2018 13:27 | 358.4078 |
| 8/7/2018 13:27 | 360.71 |
| 8/7/2018 13:27 | 358.4497 |
| 8/7/2018 13:26 | 358.476 |
| 8/7/2018 13:26 | 358.12 |
| 8/7/2018 13:26 | 359.39 |
| 8/7/2018 13:26 | 358.765 |
| 8/7/2018 13:25 | 358.8899 |
| 8/7/2018 13:25 | 358.55 |
| 8/7/2018 13:25 | 360.5 |

| Date | Last Price |
|------|-----------:|
| 8/7/2018 13:25 | 360.2 |
| 8/7/2018 13:24 | 360.2097 |
| 8/7/2018 13:24 | 359.11 |
| 8/7/2018 13:24 | 361.1 |
| 8/7/2018 13:24 | 360.05 |
| 8/7/2018 13:23 | 360.0934 |
| 8/7/2018 13:23 | 359.64 |
| 8/7/2018 13:23 | 361.28 |
| 8/7/2018 13:23 | 360.7455 |
| 8/7/2018 13:22 | 360.4685 |
| 8/7/2018 13:22 | 360.38 |
| 8/7/2018 13:22 | 362.04 |
| 8/7/2018 13:22 | 361.8201 |
| 8/7/2018 13:21 | 362 |
| 8/7/2018 13:21 | 361.2 |
| 8/7/2018 13:21 | 362.8799 |
| 8/7/2018 13:21 | 362.2206 |
| 8/7/2018 13:20 | 362.25 |
| 8/7/2018 13:20 | 361.96 |
| 8/7/2018 13:20 | 363.3243 |
| 8/7/2018 13:20 | 363.32 |
| 8/7/2018 13:19 | 363.33 |
| 8/7/2018 13:19 | 363.16 |
| 8/7/2018 13:19 | 364.5 |
| 8/7/2018 13:19 | 364 |
| 8/7/2018 13:18 | 363.75 |
| 8/7/2018 13:18 | 363.13 |
| 8/7/2018 13:18 | 365.57 |
| 8/7/2018 13:18 | 364.8039 |
| 8/7/2018 13:17 | 364.7623 |
| 8/7/2018 13:17 | 364.1425 |
| 8/7/2018 13:17 | 366.09 |
| 8/7/2018 13:17 | 364.1425 |
| 8/7/2018 13:16 | 364.14 |
| 8/7/2018 13:16 | 362.71 |
| 8/7/2018 13:16 | 365.15 |
| 8/7/2018 13:16 | 363.3611 |
| 8/7/2018 13:15 | 363.4 |
| 8/7/2018 13:15 | 360.66 |
| 8/7/2018 13:15 | 366.83 |

| Date | Last Price |
|---|---|
| 8/7/2018 13:15 | 366.37 |
| 8/7/2018 13:14 | 366.31 |
| 8/7/2018 13:14 | 365.1 |
| 8/7/2018 13:14 | 366.49 |
| 8/7/2018 13:14 | 365.54 |
| 8/7/2018 13:13 | 365.3395 |
| 8/7/2018 13:13 | 364.5 |
| 8/7/2018 13:13 | 366.95 |
| 8/7/2018 13:13 | 366.4475 |
| 8/7/2018 13:12 | 366.5398 |
| 8/7/2018 13:12 | 365.75 |
| 8/7/2018 13:12 | 368.22 |
| 8/7/2018 13:12 | 366.43 |
| 8/7/2018 13:11 | 366.4215 |
| 8/7/2018 13:11 | 364.69 |
| 8/7/2018 13:11 | 368.78 |
| 8/7/2018 13:11 | 365.3673 |
| 8/7/2018 13:10 | 365.36 |
| 8/7/2018 13:10 | 363.018 |
| 8/7/2018 13:10 | 365.57 |
| 8/7/2018 13:10 | 363.34 |
| 8/7/2018 13:09 | 363.0907 |
| 8/7/2018 13:09 | 361.5 |
| 8/7/2018 13:09 | 363.7 |
| 8/7/2018 13:09 | 362.2059 |
| 8/7/2018 13:08 | 362.31 |
| 8/7/2018 13:08 | 360.68 |
| 8/7/2018 13:08 | 362.65 |
| 8/7/2018 13:08 | 361.365 |
| 8/7/2018 13:07 | 361.5675 |
| 8/7/2018 13:07 | 361 |
| 8/7/2018 13:07 | 362.1 |
| 8/7/2018 13:07 | 361.63 |
| 8/7/2018 13:06 | 361.63 |
| 8/7/2018 13:06 | 360.332 |
| 8/7/2018 13:06 | 361.74 |
| 8/7/2018 13:06 | 360.43 |
| 8/7/2018 13:05 | 360.65 |
| 8/7/2018 13:05 | 358.6 |
| 8/7/2018 13:05 | 362.54 |

| Date | Last Price |
|---|---|
| 8/7/2018 13:05 | 361.35 |
| 8/7/2018 13:04 | 361.4999 |
| 8/7/2018 13:04 | 361.14 |
| 8/7/2018 13:04 | 363.2358 |
| 8/7/2018 13:04 | 362.82 |
| 8/7/2018 13:03 | 362.9575 |
| 8/7/2018 13:03 | 360.85 |
| 8/7/2018 13:03 | 363.37 |
| 8/7/2018 13:03 | 361.086 |
| 8/7/2018 13:02 | 361.028 |
| 8/7/2018 13:02 | 360.35 |
| 8/7/2018 13:02 | 361.86 |
| 8/7/2018 13:02 | 360.71 |
| 8/7/2018 13:01 | 360.82 |
| 8/7/2018 13:01 | 359.23 |
| 8/7/2018 13:01 | 362 |
| 8/7/2018 13:01 | 362 |
| 8/7/2018 13:00 | 361.81 |
| 8/7/2018 13:00 | 361.49 |
| 8/7/2018 13:00 | 363.37 |
| 8/7/2018 13:00 | 362.192 |
| 8/7/2018 12:59 | 362.36 |
| 8/7/2018 12:59 | 360.06 |
| 8/7/2018 12:59 | 362.37 |
| 8/7/2018 12:59 | 360.4651 |
| 8/7/2018 12:58 | 360.18 |
| 8/7/2018 12:58 | 360 |
| 8/7/2018 12:58 | 363.98 |
| 8/7/2018 12:58 | 362.9333 |
| 8/7/2018 12:57 | 362.935 |
| 8/7/2018 12:57 | 362.2 |
| 8/7/2018 12:57 | 365 |
| 8/7/2018 12:57 | 362.23 |
| 8/7/2018 12:56 | 361.95 |
| 8/7/2018 12:56 | 360 |
| 8/7/2018 12:56 | 363.1 |
| 8/7/2018 12:56 | 362.3 |
| 8/7/2018 12:55 | 362.4146 |
| 8/7/2018 12:55 | 359.12 |
| 8/7/2018 12:55 | 362.57 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 12:55 | 359.39 |
| 8/7/2018 12:54 | 359.5 |
| 8/7/2018 12:54 | 357.75 |
| 8/7/2018 12:54 | 359.77 |
| 8/7/2018 12:54 | 359.71 |
| 8/7/2018 12:53 | 359.98 |
| 8/7/2018 12:53 | 357 |
| 8/7/2018 12:53 | 363.8 |
| 8/7/2018 12:53 | 363.78 |
| 8/7/2018 12:52 | 363.62 |
| 8/7/2018 12:52 | 360.05 |
| 8/7/2018 12:52 | 364 |
| 8/7/2018 12:52 | 361 |
| 8/7/2018 12:51 | 360.5135 |
| 8/7/2018 12:51 | 359.1 |
| 8/7/2018 12:51 | 363.09 |
| 8/7/2018 12:51 | 361.84 |
| 8/7/2018 12:50 | 361.84 |
| 8/7/2018 12:50 | 361.08 |
| 8/7/2018 12:50 | 370.93 |
| 8/7/2018 12:50 | 370.8 |
| 8/7/2018 12:49 | 370.79 |
| 8/7/2018 12:49 | 363.31 |
| 8/7/2018 12:49 | 371.15 |
| 8/7/2018 12:49 | 365.29 |
| 8/7/2018 12:48 | 365.03 |
| 8/7/2018 12:48 | 356.53 |
| 8/7/2018 12:48 | 368.71 |
| 8/7/2018 12:48 | 356.82 |
| 8/7/2018 12:47 | 356.85 |
| 8/7/2018 12:47 | 356.39 |
| 8/7/2018 12:47 | 357.49 |
| 8/7/2018 12:47 | 356.9497 |
| 8/7/2018 12:46 | 357 |
| 8/7/2018 12:46 | 355.506 |
| 8/7/2018 12:46 | 357.16 |
| 8/7/2018 12:46 | 355.56 |
| 8/7/2018 12:45 | 355.5447 |
| 8/7/2018 12:45 | 355.1242 |
| 8/7/2018 12:45 | 355.82 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 12:45 | 355.205 |
| 8/7/2018 12:44 | 355.1692 |
| 8/7/2018 12:44 | 354.67 |
| 8/7/2018 12:44 | 356.7595 |
| 8/7/2018 12:44 | 356.65 |
| 8/7/2018 12:43 | 356.64 |
| 8/7/2018 12:43 | 355.76 |
| 8/7/2018 12:43 | 356.79 |
| 8/7/2018 12:43 | 356.79 |
| 8/7/2018 12:42 | 356.695 |
| 8/7/2018 12:42 | 356.46 |
| 8/7/2018 12:42 | 358.3644 |
| 8/7/2018 12:42 | 358.3644 |
| 8/7/2018 12:41 | 358.29 |
| 8/7/2018 12:41 | 357.45 |
| 8/7/2018 12:41 | 358.73 |
| 8/7/2018 12:41 | 357.666 |
| 8/7/2018 12:40 | 357.646 |
| 8/7/2018 12:40 | 357.21 |
| 8/7/2018 12:40 | 358.27 |
| 8/7/2018 12:40 | 358.03 |
| 8/7/2018 12:39 | 358.1357 |
| 8/7/2018 12:39 | 357.66 |
| 8/7/2018 12:39 | 358.9889 |
| 8/7/2018 12:39 | 358.5 |
| 8/7/2018 12:38 | 358.537 |
| 8/7/2018 12:38 | 357.65 |
| 8/7/2018 12:38 | 359.75 |
| 8/7/2018 12:38 | 359.441 |
| 8/7/2018 12:37 | 359.5 |
| 8/7/2018 12:37 | 357.8109 |
| 8/7/2018 12:37 | 359.59 |
| 8/7/2018 12:37 | 357.8109 |
| 8/7/2018 12:36 | 357.97 |
| 8/7/2018 12:36 | 356.7 |
| 8/7/2018 12:36 | 358.5 |
| 8/7/2018 12:36 | 357 |
| 8/7/2018 12:35 | 357 |
| 8/7/2018 12:35 | 355.7 |
| 8/7/2018 12:35 | 357.19 |

11

| Date | Last Price |
|------|-----------|
| 8/7/2018 12:35 | 356.15 |
| 8/7/2018 12:34 | 355.9656 |
| 8/7/2018 12:34 | 355.35 |
| 8/7/2018 12:34 | 357.48 |
| 8/7/2018 12:34 | 357.31 |
| 8/7/2018 12:33 | 357.3508 |
| 8/7/2018 12:33 | 356.51 |
| 8/7/2018 12:33 | 357.73 |
| 8/7/2018 12:33 | 357.615 |
| 8/7/2018 12:32 | 357.41 |
| 8/7/2018 12:32 | 356.47 |
| 8/7/2018 12:32 | 358.31 |
| 8/7/2018 12:32 | 356.47 |
| 8/7/2018 12:31 | 356.55 |
| 8/7/2018 12:31 | 355.76 |
| 8/7/2018 12:31 | 357.24 |
| 8/7/2018 12:31 | 356.59 |
| 8/7/2018 12:30 | 356.47 |
| 8/7/2018 12:30 | 355.44 |
| 8/7/2018 12:30 | 358 |
| 8/7/2018 12:30 | 355.82 |
| 8/7/2018 12:29 | 355.9496 |
| 8/7/2018 12:29 | 353.95 |
| 8/7/2018 12:29 | 356 |
| 8/7/2018 12:29 | 354.3 |
| 8/7/2018 12:28 | 354.26 |
| 8/7/2018 12:28 | 352.79 |
| 8/7/2018 12:28 | 355 |
| 8/7/2018 12:28 | 353 |
| 8/7/2018 12:27 | 352.9973 |
| 8/7/2018 12:27 | 351.7795 |
| 8/7/2018 12:27 | 354.5 |
| 8/7/2018 12:27 | 354.5 |
| 8/7/2018 12:26 | 354.3797 |
| 8/7/2018 12:26 | 352.4 |
| 8/7/2018 12:26 | 354.45 |
| 8/7/2018 12:26 | 352.4144 |
| 8/7/2018 12:25 | 352.415 |
| 8/7/2018 12:25 | 351.5 |
| 8/7/2018 12:25 | 353 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 12:25 | 352.09 |
| 8/7/2018 12:24 | 352.26 |
| 8/7/2018 12:24 | 349.35 |
| 8/7/2018 12:24 | 352.7 |
| 8/7/2018 12:24 | 351.29 |
| 8/7/2018 12:23 | 351.37 |
| 8/7/2018 12:23 | 349.76 |
| 8/7/2018 12:23 | 355 |
| 8/7/2018 12:23 | 349.84 |
| 8/7/2018 12:22 | 349.79 |
| 8/7/2018 12:22 | 348.18 |
| 8/7/2018 12:22 | 350 |
| 8/7/2018 12:22 | 348.7436 |
| 8/7/2018 12:21 | 348.84 |
| 8/7/2018 12:21 | 346.2737 |
| 8/7/2018 12:21 | 348.86 |
| 8/7/2018 12:21 | 346.2737 |
| 8/7/2018 12:20 | 346.28 |
| 8/7/2018 12:20 | 344.9 |
| 8/7/2018 12:20 | 346.61 |
| 8/7/2018 12:20 | 344.967 |
| 8/7/2018 12:19 | 345.125 |
| 8/7/2018 12:19 | 343.7853 |
| 8/7/2018 12:19 | 345.69 |
| 8/7/2018 12:19 | 343.7853 |
| 8/7/2018 12:18 | 343.86 |
| 8/7/2018 12:18 | 342.34 |
| 8/7/2018 12:18 | 344.73 |
| 8/7/2018 12:18 | 342.34 |
| 8/7/2018 12:17 | 342.27 |
| 8/7/2018 12:17 | 342.181 |
| 8/7/2018 12:17 | 342.517 |
| 8/7/2018 12:17 | 342.32 |
| 8/7/2018 12:16 | 342.26 |
| 8/7/2018 12:16 | 342.26 |
| 8/7/2018 12:16 | 342.5932 |
| 8/7/2018 12:16 | 342.5725 |
| 8/7/2018 12:15 | 342.54 |
| 8/7/2018 12:15 | 342.441 |
| 8/7/2018 12:15 | 342.5645 |

| Date | Last Price |
|---|---|
| 8/7/2018 12:15 | 342.552 |
| 8/7/2018 12:14 | 342.5 |
| 8/7/2018 12:14 | 342.37 |
| 8/7/2018 12:14 | 342.6094 |
| 8/7/2018 12:14 | 342.4503 |
| 8/7/2018 12:13 | 342.42 |
| 8/7/2018 12:13 | 342.29 |
| 8/7/2018 12:13 | 342.49 |
| 8/7/2018 12:13 | 342.349 |
| 8/7/2018 12:12 | 342.25 |
| 8/7/2018 12:12 | 342.1375 |
| 8/7/2018 12:12 | 342.35 |
| 8/7/2018 12:12 | 342.2147 |
| 8/7/2018 12:11 | 342.21 |
| 8/7/2018 12:11 | 342.027 |
| 8/7/2018 12:11 | 342.36 |
| 8/7/2018 12:11 | 342.2856 |
| 8/7/2018 12:10 | 342.3 |
| 8/7/2018 12:10 | 342.1211 |
| 8/7/2018 12:10 | 342.572 |
| 8/7/2018 12:10 | 342.46 |
| 8/7/2018 12:09 | 342.42 |
| 8/7/2018 12:09 | 342.21 |
| 8/7/2018 12:09 | 342.4348 |
| 8/7/2018 12:09 | 342.21 |
| 8/7/2018 12:08 | 342.2953 |
| 8/7/2018 12:08 | 342.06 |
| 8/7/2018 12:08 | 342.38 |
| 8/7/2018 12:08 | 342.155 |
| 8/7/2018 12:07 | 342.33 |
| 8/7/2018 12:07 | 342.33 |
| 8/7/2018 12:07 | 342.6432 |
| 8/7/2018 12:07 | 342.54 |
| 8/7/2018 12:06 | 342.47 |
| 8/7/2018 12:06 | 342.4 |
| 8/7/2018 12:06 | 342.61 |
| 8/7/2018 12:06 | 342.4801 |
| 8/7/2018 12:05 | 342.49 |
| 8/7/2018 12:05 | 342.49 |
| 8/7/2018 12:05 | 342.79 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 12:05 | 342.73 |
| 8/7/2018 12:04 | 342.7403 |
| 8/7/2018 12:04 | 342.46 |
| 8/7/2018 12:04 | 342.76 |
| 8/7/2018 12:04 | 342.76 |
| 8/7/2018 12:03 | 342.86 |
| 8/7/2018 12:03 | 342.86 |
| 8/7/2018 12:03 | 343.122 |
| 8/7/2018 12:03 | 343.122 |
| 8/7/2018 12:02 | 343.1553 |
| 8/7/2018 12:02 | 342.82 |
| 8/7/2018 12:02 | 343.29 |
| 8/7/2018 12:02 | 342.9201 |
| 8/7/2018 12:01 | 342.9448 |
| 8/7/2018 12:01 | 342.905 |
| 8/7/2018 12:01 | 343.19 |
| 8/7/2018 12:01 | 342.96 |
| 8/7/2018 12:00 | 342.8447 |
| 8/7/2018 12:00 | 342.61 |
| 8/7/2018 12:00 | 342.9 |
| 8/7/2018 12:00 | 342.66 |
| 8/7/2018 11:59 | 342.57 |
| 8/7/2018 11:59 | 342.57 |
| 8/7/2018 11:59 | 342.84 |
| 8/7/2018 11:59 | 342.6227 |
| 8/7/2018 11:58 | 342.6922 |
| 8/7/2018 11:58 | 342.4961 |
| 8/7/2018 11:58 | 342.8481 |
| 8/7/2018 11:58 | 342.4961 |
| 8/7/2018 11:57 | 342.47 |
| 8/7/2018 11:57 | 342.15 |
| 8/7/2018 11:57 | 342.59 |
| 8/7/2018 11:57 | 342.3175 |
| 8/7/2018 11:56 | 342.12 |
| 8/7/2018 11:56 | 342.12 |
| 8/7/2018 11:56 | 342.85 |
| 8/7/2018 11:56 | 342.8372 |
| 8/7/2018 11:55 | 342.8397 |
| 8/7/2018 11:55 | 342.6303 |
| 8/7/2018 11:55 | 342.87 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 11:55 | 342.8124 |
| 8/7/2018 11:54 | 342.8 |
| 8/7/2018 11:54 | 342.4386 |
| 8/7/2018 11:54 | 342.885 |
| 8/7/2018 11:54 | 342.5247 |
| 8/7/2018 11:53 | 342.49 |
| 8/7/2018 11:53 | 342.0563 |
| 8/7/2018 11:53 | 342.58 |
| 8/7/2018 11:53 | 342.11 |
| 8/7/2018 11:52 | 342.2203 |
| 8/7/2018 11:52 | 342.2203 |
| 8/7/2018 11:52 | 342.5 |
| 8/7/2018 11:52 | 342.49 |
| 8/7/2018 11:51 | 342.4155 |
| 8/7/2018 11:51 | 342.194 |
| 8/7/2018 11:51 | 342.51 |
| 8/7/2018 11:51 | 342.5 |
| 8/7/2018 11:50 | 342.5 |
| 8/7/2018 11:50 | 341.746 |
| 8/7/2018 11:50 | 342.58 |
| 8/7/2018 11:50 | 341.746 |
| 8/7/2018 11:49 | 341.73 |
| 8/7/2018 11:49 | 341.72 |
| 8/7/2018 11:49 | 341.92 |
| 8/7/2018 11:49 | 341.73 |
| 8/7/2018 11:48 | 341.7 |
| 8/7/2018 11:48 | 341.06 |
| 8/7/2018 11:48 | 341.8162 |
| 8/7/2018 11:48 | 341.09 |
| 8/7/2018 11:47 | 341.1106 |
| 8/7/2018 11:47 | 341 |
| 8/7/2018 11:47 | 341.19 |
| 8/7/2018 11:47 | 341.031 |
| 8/7/2018 11:46 | 341.07 |
| 8/7/2018 11:46 | 340.965 |
| 8/7/2018 11:46 | 341.39 |
| 8/7/2018 11:46 | 341.16 |
| 8/7/2018 11:45 | 341.24 |
| 8/7/2018 11:45 | 341.24 |
| 8/7/2018 11:45 | 341.49 |

| Date | Last Price |
|---|---|
| 8/7/2018 11:45 | 341.49 |
| 8/7/2018 11:44 | 341.48 |
| 8/7/2018 11:44 | 341.23 |
| 8/7/2018 11:44 | 341.492 |
| 8/7/2018 11:44 | 341.3477 |
| 8/7/2018 11:43 | 341.1 |
| 8/7/2018 11:43 | 341.08 |
| 8/7/2018 11:43 | 341.6 |
| 8/7/2018 11:43 | 341.31 |
| 8/7/2018 11:42 | 341.38 |
| 8/7/2018 11:42 | 341.07 |
| 8/7/2018 11:42 | 341.6668 |
| 8/7/2018 11:42 | 341.1 |
| 8/7/2018 11:41 | 341.1568 |
| 8/7/2018 11:41 | 340.71 |
| 8/7/2018 11:41 | 341.24 |
| 8/7/2018 11:41 | 341.06 |
| 8/7/2018 11:40 | 341.1712 |
| 8/7/2018 11:40 | 341.03 |
| 8/7/2018 11:40 | 341.4971 |
| 8/7/2018 11:40 | 341.48 |
| 8/7/2018 11:39 | 341.41 |
| 8/7/2018 11:39 | 341.37 |
| 8/7/2018 11:39 | 341.93 |
| 8/7/2018 11:39 | 341.814 |
| 8/7/2018 11:38 | 341.84 |
| 8/7/2018 11:38 | 341.68 |
| 8/7/2018 11:38 | 341.88 |
| 8/7/2018 11:38 | 341.88 |
| 8/7/2018 11:37 | 341.93 |
| 8/7/2018 11:37 | 341.71 |
| 8/7/2018 11:37 | 342.18 |
| 8/7/2018 11:37 | 342.178 |
| 8/7/2018 11:36 | 342.1208 |
| 8/7/2018 11:36 | 341.9 |
| 8/7/2018 11:36 | 342.25 |
| 8/7/2018 11:36 | 342.0899 |
| 8/7/2018 11:35 | 342.07 |
| 8/7/2018 11:35 | 341.9024 |
| 8/7/2018 11:35 | 342.25 |

| Date | Last Price |
|---|---|
| 8/7/2018 11:35 | 341.9024 |
| 8/7/2018 11:34 | 341.89 |
| 8/7/2018 11:34 | 341.81 |
| 8/7/2018 11:34 | 342.0547 |
| 8/7/2018 11:34 | 342.02 |
| 8/7/2018 11:33 | 342.01 |
| 8/7/2018 11:33 | 341.876 |
| 8/7/2018 11:33 | 342.35 |
| 8/7/2018 11:33 | 341.96 |
| 8/7/2018 11:32 | 341.86 |
| 8/7/2018 11:32 | 341.82 |
| 8/7/2018 11:32 | 342.39 |
| 8/7/2018 11:32 | 342.0872 |
| 8/7/2018 11:31 | 342.0135 |
| 8/7/2018 11:31 | 342.0127 |
| 8/7/2018 11:31 | 342.33 |
| 8/7/2018 11:31 | 342.19 |
| 8/7/2018 11:30 | 342.06 |
| 8/7/2018 11:30 | 341.6 |
| 8/7/2018 11:30 | 342.18 |
| 8/7/2018 11:30 | 341.8 |
| 8/7/2018 11:29 | 341.795 |
| 8/7/2018 11:29 | 341.17 |
| 8/7/2018 11:29 | 341.89 |
| 8/7/2018 11:29 | 341.3 |
| 8/7/2018 11:28 | 341.55 |
| 8/7/2018 11:28 | 340.5725 |
| 8/7/2018 11:28 | 341.55 |
| 8/7/2018 11:28 | 340.78 |
| 8/7/2018 11:27 | 340.6429 |
| 8/7/2018 11:27 | 340.45 |
| 8/7/2018 11:27 | 341.14 |
| 8/7/2018 11:27 | 341.14 |
| 8/7/2018 11:26 | 341.09 |
| 8/7/2018 11:26 | 340.95 |
| 8/7/2018 11:26 | 341.27 |
| 8/7/2018 11:26 | 341.22 |
| 8/7/2018 11:25 | 341.19 |
| 8/7/2018 11:25 | 341.01 |
| 8/7/2018 11:25 | 341.58 |

| Date | Last Price |
|---|---|
| 8/7/2018 11:25 | 341.5333 |
| 8/7/2018 11:24 | 341.5 |
| 8/7/2018 11:24 | 341.18 |
| 8/7/2018 11:24 | 341.9052 |
| 8/7/2018 11:24 | 341.72 |
| 8/7/2018 11:23 | 341.97 |
| 8/7/2018 11:23 | 341.71 |
| 8/7/2018 11:23 | 342.43 |
| 8/7/2018 11:23 | 342.37 |
| 8/7/2018 11:22 | 342.43 |
| 8/7/2018 11:22 | 342.26 |
| 8/7/2018 11:22 | 342.6315 |
| 8/7/2018 11:22 | 342.26 |
| 8/7/2018 11:21 | 342.27 |
| 8/7/2018 11:21 | 342.2 |
| 8/7/2018 11:21 | 342.8 |
| 8/7/2018 11:21 | 342.661 |
| 8/7/2018 11:20 | 342.69 |
| 8/7/2018 11:20 | 342.621 |
| 8/7/2018 11:20 | 343.17 |
| 8/7/2018 11:20 | 343.17 |
| 8/7/2018 11:19 | 343.1 |
| 8/7/2018 11:19 | 342.96 |
| 8/7/2018 11:19 | 343.185 |
| 8/7/2018 11:19 | 343.1 |
| 8/7/2018 11:18 | 343.17 |
| 8/7/2018 11:18 | 343.17 |
| 8/7/2018 11:18 | 343.4 |
| 8/7/2018 11:18 | 343.24 |
| 8/7/2018 11:17 | 343.18 |
| 8/7/2018 11:17 | 343.02 |
| 8/7/2018 11:17 | 343.215 |
| 8/7/2018 11:17 | 343.02 |
| 8/7/2018 11:16 | 343.02 |
| 8/7/2018 11:16 | 343.01 |
| 8/7/2018 11:16 | 343.3 |
| 8/7/2018 11:16 | 343.1953 |
| 8/7/2018 11:15 | 343.17 |
| 8/7/2018 11:15 | 342.86 |
| 8/7/2018 11:15 | 343.542 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 11:15 | 343.455 |
| 8/7/2018 11:14 | 343.35 |
| 8/7/2018 11:14 | 343.1048 |
| 8/7/2018 11:14 | 343.52 |
| 8/7/2018 11:14 | 343.1048 |
| 8/7/2018 11:13 | 343.14 |
| 8/7/2018 11:13 | 342.95 |
| 8/7/2018 11:13 | 343.14 |
| 8/7/2018 11:13 | 343.13 |
| 8/7/2018 11:12 | 343.11 |
| 8/7/2018 11:12 | 342.851 |
| 8/7/2018 11:12 | 343.56 |
| 8/7/2018 11:12 | 343.56 |
| 8/7/2018 11:11 | 343.67 |
| 8/7/2018 11:11 | 343.5325 |
| 8/7/2018 11:11 | 343.91 |
| 8/7/2018 11:11 | 343.87 |
| 8/7/2018 11:10 | 343.8053 |
| 8/7/2018 11:10 | 343.7053 |
| 8/7/2018 11:10 | 344.05 |
| 8/7/2018 11:10 | 344.05 |
| 8/7/2018 11:09 | 344.24 |
| 8/7/2018 11:09 | 344 |
| 8/7/2018 11:09 | 344.27 |
| 8/7/2018 11:09 | 344.26 |
| 8/7/2018 11:08 | 344.3347 |
| 8/7/2018 11:08 | 344.2 |
| 8/7/2018 11:08 | 344.47 |
| 8/7/2018 11:08 | 344.47 |
| 8/7/2018 11:07 | 344.433 |
| 8/7/2018 11:07 | 344.1696 |
| 8/7/2018 11:07 | 344.6078 |
| 8/7/2018 11:07 | 344.1696 |
| 8/7/2018 11:06 | 344.21 |
| 8/7/2018 11:06 | 344.0779 |
| 8/7/2018 11:06 | 344.36 |
| 8/7/2018 11:06 | 344.19 |
| 8/7/2018 11:05 | 344.21 |
| 8/7/2018 11:05 | 344.21 |
| 8/7/2018 11:05 | 344.46 |

20

| Date | Last Price |
|---|---|
| 8/7/2018 11:05 | 344.36 |
| 8/7/2018 11:04 | 344.25 |
| 8/7/2018 11:04 | 343.69 |
| 8/7/2018 11:04 | 344.25 |
| 8/7/2018 11:04 | 343.7406 |
| 8/7/2018 11:03 | 343.79 |
| 8/7/2018 11:03 | 343.6352 |
| 8/7/2018 11:03 | 344.15 |
| 8/7/2018 11:03 | 343.65 |
| 8/7/2018 11:02 | 343.5815 |
| 8/7/2018 11:02 | 343.52 |
| 8/7/2018 11:02 | 343.93 |
| 8/7/2018 11:02 | 343.575 |
| 8/7/2018 11:01 | 343.5653 |
| 8/7/2018 11:01 | 343.11 |
| 8/7/2018 11:01 | 343.6376 |
| 8/7/2018 11:01 | 343.14 |
| 8/7/2018 11:00 | 343.15 |
| 8/7/2018 11:00 | 342.99 |
| 8/7/2018 11:00 | 343.36 |
| 8/7/2018 11:00 | 343.36 |
| 8/7/2018 10:59 | 343.42 |
| 8/7/2018 10:59 | 342.95 |
| 8/7/2018 10:59 | 343.55 |
| 8/7/2018 10:59 | 343.045 |
| 8/7/2018 10:58 | 343.05 |
| 8/7/2018 10:58 | 342.72 |
| 8/7/2018 10:58 | 343.191 |
| 8/7/2018 10:58 | 343.175 |
| 8/7/2018 10:57 | 343.11 |
| 8/7/2018 10:57 | 342.7341 |
| 8/7/2018 10:57 | 343.25 |
| 8/7/2018 10:57 | 343.0016 |
| 8/7/2018 10:56 | 343.0738 |
| 8/7/2018 10:56 | 343.0248 |
| 8/7/2018 10:56 | 343.4 |
| 8/7/2018 10:56 | 343.3016 |
| 8/7/2018 10:55 | 343.27 |
| 8/7/2018 10:55 | 342.53 |
| 8/7/2018 10:55 | 343.4 |

| Date | Last Price |
|---|---|
| 8/7/2018 10:55 | 342.53 |
| 8/7/2018 10:54 | 342.6577 |
| 8/7/2018 10:54 | 342.26 |
| 8/7/2018 10:54 | 342.77 |
| 8/7/2018 10:54 | 342.629 |
| 8/7/2018 10:53 | 342.7183 |
| 8/7/2018 10:53 | 342.3217 |
| 8/7/2018 10:53 | 342.89 |
| 8/7/2018 10:53 | 342.86 |
| 8/7/2018 10:52 | 342.75 |
| 8/7/2018 10:52 | 342.6 |
| 8/7/2018 10:52 | 343.14 |
| 8/7/2018 10:52 | 343.09 |
| 8/7/2018 10:51 | 343.01 |
| 8/7/2018 10:51 | 343.01 |
| 8/7/2018 10:51 | 344.52 |
| 8/7/2018 10:51 | 344.48 |
| 8/7/2018 10:50 | 344.41 |
| 8/7/2018 10:50 | 344.04 |
| 8/7/2018 10:50 | 344.48 |
| 8/7/2018 10:50 | 344.18 |
| 8/7/2018 10:49 | 344.09 |
| 8/7/2018 10:49 | 344.04 |
| 8/7/2018 10:49 | 344.4765 |
| 8/7/2018 10:49 | 344.15 |
| 8/7/2018 10:48 | 344.0712 |
| 8/7/2018 10:48 | 343.803 |
| 8/7/2018 10:48 | 344.28 |
| 8/7/2018 10:48 | 344.0758 |
| 8/7/2018 10:47 | 344.1 |
| 8/7/2018 10:47 | 344.01 |
| 8/7/2018 10:47 | 344.5 |
| 8/7/2018 10:47 | 344.5 |
| 8/7/2018 10:46 | 344.537 |
| 8/7/2018 10:46 | 344.53 |
| 8/7/2018 10:46 | 345.059 |
| 8/7/2018 10:46 | 344.98 |
| 8/7/2018 10:45 | 344.9 |
| 8/7/2018 10:45 | 344.9 |
| 8/7/2018 10:45 | 345.2688 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 10:45 | 345.1568 |
| 8/7/2018 10:44 | 345.1 |
| 8/7/2018 10:44 | 345.1 |
| 8/7/2018 10:44 | 345.3 |
| 8/7/2018 10:44 | 345.1379 |
| 8/7/2018 10:43 | 345.16 |
| 8/7/2018 10:43 | 344.95 |
| 8/7/2018 10:43 | 345.17 |
| 8/7/2018 10:43 | 345.16 |
| 8/7/2018 10:42 | 345.16 |
| 8/7/2018 10:42 | 345.07 |
| 8/7/2018 10:42 | 345.6499 |
| 8/7/2018 10:42 | 345.18 |
| 8/7/2018 10:41 | 345.16 |
| 8/7/2018 10:41 | 344.81 |
| 8/7/2018 10:41 | 345.41 |
| 8/7/2018 10:41 | 345.41 |
| 8/7/2018 10:40 | 345.495 |
| 8/7/2018 10:40 | 345.37 |
| 8/7/2018 10:40 | 345.57 |
| 8/7/2018 10:40 | 345.51 |
| 8/7/2018 10:39 | 345.75 |
| 8/7/2018 10:39 | 345.4953 |
| 8/7/2018 10:39 | 346 |
| 8/7/2018 10:39 | 345.8 |
| 8/7/2018 10:38 | 345.705 |
| 8/7/2018 10:38 | 345.33 |
| 8/7/2018 10:38 | 345.7981 |
| 8/7/2018 10:38 | 345.505 |
| 8/7/2018 10:37 | 345.5107 |
| 8/7/2018 10:37 | 345.35 |
| 8/7/2018 10:37 | 345.75 |
| 8/7/2018 10:37 | 345.36 |
| 8/7/2018 10:36 | 345.335 |
| 8/7/2018 10:36 | 345.006 |
| 8/7/2018 10:36 | 345.6336 |
| 8/7/2018 10:36 | 345.0341 |
| 8/7/2018 10:35 | 345.04 |
| 8/7/2018 10:35 | 344.4218 |
| 8/7/2018 10:35 | 345.18 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 10:35 | 344.62 |
| 8/7/2018 10:34 | 344.62 |
| 8/7/2018 10:34 | 344.3901 |
| 8/7/2018 10:34 | 344.86 |
| 8/7/2018 10:34 | 344.4 |
| 8/7/2018 10:33 | 344.465 |
| 8/7/2018 10:33 | 344.46 |
| 8/7/2018 10:33 | 345.22 |
| 8/7/2018 10:33 | 345.19 |
| 8/7/2018 10:32 | 345.09 |
| 8/7/2018 10:32 | 344.8487 |
| 8/7/2018 10:32 | 345.33 |
| 8/7/2018 10:32 | 345.22 |
| 8/7/2018 10:31 | 345.2432 |
| 8/7/2018 10:31 | 345.2117 |
| 8/7/2018 10:31 | 345.825 |
| 8/7/2018 10:31 | 345.825 |
| 8/7/2018 10:30 | 345.75 |
| 8/7/2018 10:30 | 345.75 |
| 8/7/2018 10:30 | 346.2355 |
| 8/7/2018 10:30 | 345.98 |
| 8/7/2018 10:29 | 345.94 |
| 8/7/2018 10:29 | 345.71 |
| 8/7/2018 10:29 | 346 |
| 8/7/2018 10:29 | 345.77 |
| 8/7/2018 10:28 | 345.81 |
| 8/7/2018 10:28 | 345.6 |
| 8/7/2018 10:28 | 346.03 |
| 8/7/2018 10:28 | 346.03 |
| 8/7/2018 10:27 | 346.05 |
| 8/7/2018 10:27 | 345.9 |
| 8/7/2018 10:27 | 346.64 |
| 8/7/2018 10:27 | 346.56 |
| 8/7/2018 10:26 | 346.63 |
| 8/7/2018 10:26 | 346.29 |
| 8/7/2018 10:26 | 346.64 |
| 8/7/2018 10:26 | 346.49 |
| 8/7/2018 10:25 | 346.44 |
| 8/7/2018 10:25 | 346.1554 |
| 8/7/2018 10:25 | 346.73 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 10:25 | 346.405 |
| 8/7/2018 10:24 | 346.5 |
| 8/7/2018 10:24 | 346.3119 |
| 8/7/2018 10:24 | 346.85 |
| 8/7/2018 10:24 | 346.47 |
| 8/7/2018 10:23 | 346.3853 |
| 8/7/2018 10:23 | 345.915 |
| 8/7/2018 10:23 | 346.62 |
| 8/7/2018 10:23 | 346 |
| 8/7/2018 10:22 | 346 |
| 8/7/2018 10:22 | 345.34 |
| 8/7/2018 10:22 | 346 |
| 8/7/2018 10:22 | 345.7 |
| 8/7/2018 10:21 | 345.495 |
| 8/7/2018 10:21 | 345.02 |
| 8/7/2018 10:21 | 345.7 |
| 8/7/2018 10:21 | 345.54 |
| 8/7/2018 10:20 | 345.47 |
| 8/7/2018 10:20 | 345.4 |
| 8/7/2018 10:20 | 346.14 |
| 8/7/2018 10:20 | 345.6 |
| 8/7/2018 10:19 | 345.48 |
| 8/7/2018 10:19 | 345.3213 |
| 8/7/2018 10:19 | 345.95 |
| 8/7/2018 10:19 | 345.37 |
| 8/7/2018 10:18 | 345.37 |
| 8/7/2018 10:18 | 344.813 |
| 8/7/2018 10:18 | 345.68 |
| 8/7/2018 10:18 | 344.813 |
| 8/7/2018 10:17 | 344.78 |
| 8/7/2018 10:17 | 344.73 |
| 8/7/2018 10:17 | 345.01 |
| 8/7/2018 10:17 | 344.91 |
| 8/7/2018 10:16 | 344.8301 |
| 8/7/2018 10:16 | 344.29 |
| 8/7/2018 10:16 | 345 |
| 8/7/2018 10:16 | 344.55 |
| 8/7/2018 10:15 | 344.58 |
| 8/7/2018 10:15 | 344.5666 |
| 8/7/2018 10:15 | 345.2 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 10:15 | 344.7 |
| 8/7/2018 10:14 | 344.52 |
| 8/7/2018 10:14 | 344.4753 |
| 8/7/2018 10:14 | 345.05 |
| 8/7/2018 10:14 | 344.72 |
| 8/7/2018 10:13 | 344.77 |
| 8/7/2018 10:13 | 344.5552 |
| 8/7/2018 10:13 | 345.02 |
| 8/7/2018 10:13 | 344.5552 |
| 8/7/2018 10:12 | 344.67 |
| 8/7/2018 10:12 | 343.9 |
| 8/7/2018 10:12 | 344.7 |
| 8/7/2018 10:12 | 344.35 |
| 8/7/2018 10:11 | 344.35 |
| 8/7/2018 10:11 | 344.1462 |
| 8/7/2018 10:11 | 344.8 |
| 8/7/2018 10:11 | 344.155 |
| 8/7/2018 10:10 | 344.134 |
| 8/7/2018 10:10 | 344.134 |
| 8/7/2018 10:10 | 344.55 |
| 8/7/2018 10:10 | 344.2306 |
| 8/7/2018 10:09 | 344.279 |
| 8/7/2018 10:09 | 343.21 |
| 8/7/2018 10:09 | 344.279 |
| 8/7/2018 10:09 | 343.53 |
| 8/7/2018 10:08 | 343.61 |
| 8/7/2018 10:08 | 343.5 |
| 8/7/2018 10:08 | 344 |
| 8/7/2018 10:08 | 343.62 |
| 8/7/2018 10:07 | 343.69 |
| 8/7/2018 10:07 | 343.54 |
| 8/7/2018 10:07 | 344 |
| 8/7/2018 10:07 | 343.89 |
| 8/7/2018 10:06 | 343.94 |
| 8/7/2018 10:06 | 343.43 |
| 8/7/2018 10:06 | 344.12 |
| 8/7/2018 10:06 | 343.585 |
| 8/7/2018 10:05 | 343.53 |
| 8/7/2018 10:05 | 343.34 |
| 8/7/2018 10:05 | 343.9 |

| Date | Last Price |
|---|---|
| 8/7/2018 10:05 | 343.67 |
| 8/7/2018 10:04 | 343.7092 |
| 8/7/2018 10:04 | 343.26 |
| 8/7/2018 10:04 | 343.7092 |
| 8/7/2018 10:04 | 343.6575 |
| 8/7/2018 10:03 | 343.6097 |
| 8/7/2018 10:03 | 343.06 |
| 8/7/2018 10:03 | 343.6425 |
| 8/7/2018 10:03 | 343.06 |
| 8/7/2018 10:02 | 343.0164 |
| 8/7/2018 10:02 | 342.59 |
| 8/7/2018 10:02 | 343.06 |
| 8/7/2018 10:02 | 342.75 |
| 8/7/2018 10:01 | 342.7658 |
| 8/7/2018 10:01 | 342.68 |
| 8/7/2018 10:01 | 343 |
| 8/7/2018 10:01 | 342.77 |
| 8/7/2018 10:00 | 342.83 |
| 8/7/2018 10:00 | 342.55 |
| 8/7/2018 10:00 | 343.0399 |
| 8/7/2018 10:00 | 342.835 |
| 8/7/2018 9:59 | 342.81 |
| 8/7/2018 9:59 | 342.55 |
| 8/7/2018 9:59 | 343.182 |
| 8/7/2018 9:59 | 343.182 |
| 8/7/2018 9:58 | 343.1292 |
| 8/7/2018 9:58 | 343.0417 |
| 8/7/2018 9:58 | 343.75 |
| 8/7/2018 9:58 | 343.74 |
| 8/7/2018 9:57 | 343.6528 |
| 8/7/2018 9:57 | 343.448 |
| 8/7/2018 9:57 | 344 |
| 8/7/2018 9:57 | 343.448 |
| 8/7/2018 9:56 | 343.5557 |
| 8/7/2018 9:56 | 343.334 |
| 8/7/2018 9:56 | 343.7 |
| 8/7/2018 9:56 | 343.605 |
| 8/7/2018 9:55 | 343.63 |
| 8/7/2018 9:55 | 343.45 |
| 8/7/2018 9:55 | 344.08 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 9:55 | 343.89 |
| 8/7/2018 9:54 | 343.8875 |
| 8/7/2018 9:54 | 343.57 |
| 8/7/2018 9:54 | 344.36 |
| 8/7/2018 9:54 | 344.36 |
| 8/7/2018 9:53 | 344.315 |
| 8/7/2018 9:53 | 343.94 |
| 8/7/2018 9:53 | 344.6297 |
| 8/7/2018 9:53 | 344.544 |
| 8/7/2018 9:52 | 344.53 |
| 8/7/2018 9:52 | 344.36 |
| 8/7/2018 9:52 | 344.89 |
| 8/7/2018 9:52 | 344.5253 |
| 8/7/2018 9:51 | 344.5303 |
| 8/7/2018 9:51 | 344.19 |
| 8/7/2018 9:51 | 344.86 |
| 8/7/2018 9:51 | 344.491 |
| 8/7/2018 9:50 | 344.5402 |
| 8/7/2018 9:50 | 343.41 |
| 8/7/2018 9:50 | 344.585 |
| 8/7/2018 9:50 | 343.5 |
| 8/7/2018 9:49 | 343.3475 |
| 8/7/2018 9:49 | 343.24 |
| 8/7/2018 9:49 | 344.41 |
| 8/7/2018 9:49 | 343.9723 |
| 8/7/2018 9:48 | 343.9135 |
| 8/7/2018 9:48 | 343.3684 |
| 8/7/2018 9:48 | 344.16 |
| 8/7/2018 9:48 | 343.4382 |
| 8/7/2018 9:47 | 343.51 |
| 8/7/2018 9:47 | 342.4448 |
| 8/7/2018 9:47 | 343.51 |
| 8/7/2018 9:47 | 342.4448 |
| 8/7/2018 9:46 | 342.4388 |
| 8/7/2018 9:46 | 342.17 |
| 8/7/2018 9:46 | 343.41 |
| 8/7/2018 9:46 | 343.41 |
| 8/7/2018 9:45 | 343.44 |
| 8/7/2018 9:45 | 343.29 |
| 8/7/2018 9:45 | 344.36 |

| Date | Last Price |
|---|---|
| 8/7/2018 9:45 | 344.34 |
| 8/7/2018 9:44 | 344.33 |
| 8/7/2018 9:44 | 344.23 |
| 8/7/2018 9:44 | 344.76 |
| 8/7/2018 9:44 | 344.6 |
| 8/7/2018 9:43 | 344.655 |
| 8/7/2018 9:43 | 343.77 |
| 8/7/2018 9:43 | 345.2 |
| 8/7/2018 9:43 | 343.8159 |
| 8/7/2018 9:42 | 343.7797 |
| 8/7/2018 9:42 | 343.01 |
| 8/7/2018 9:42 | 344.186 |
| 8/7/2018 9:42 | 344.1603 |
| 8/7/2018 9:41 | 344.25 |
| 8/7/2018 9:41 | 344.09 |
| 8/7/2018 9:41 | 345.37 |
| 8/7/2018 9:41 | 344.79 |
| 8/7/2018 9:40 | 344.82 |
| 8/7/2018 9:40 | 344.51 |
| 8/7/2018 9:40 | 345.199 |
| 8/7/2018 9:40 | 344.64 |
| 8/7/2018 9:39 | 344.57 |
| 8/7/2018 9:39 | 344 |
| 8/7/2018 9:39 | 344.6343 |
| 8/7/2018 9:39 | 344.114 |
| 8/7/2018 9:38 | 344.0697 |
| 8/7/2018 9:38 | 343.75 |
| 8/7/2018 9:38 | 344.808 |
| 8/7/2018 9:38 | 344.784 |
| 8/7/2018 9:37 | 344.7 |
| 8/7/2018 9:37 | 343.87 |
| 8/7/2018 9:37 | 344.85 |
| 8/7/2018 9:37 | 344.33 |
| 8/7/2018 9:36 | 344.3353 |
| 8/7/2018 9:36 | 343.92 |
| 8/7/2018 9:36 | 344.4599 |
| 8/7/2018 9:36 | 343.93 |
| 8/7/2018 9:35 | 343.93 |
| 8/7/2018 9:35 | 343.68 |
| 8/7/2018 9:35 | 344.6075 |

| Date | Last Price |
|------|-----------|
| 8/7/2018 9:35 | 344.14 |
| 8/7/2018 9:34 | 344.15 |
| 8/7/2018 9:34 | 342.35 |
| 8/7/2018 9:34 | 344.33 |
| 8/7/2018 9:34 | 342.6 |
| 8/7/2018 9:33 | 342.44 |
| 8/7/2018 9:33 | 341.67 |
| 8/7/2018 9:33 | 342.55 |
| 8/7/2018 9:33 | 341.94 |
| 8/7/2018 9:32 | 341.78 |
| 8/7/2018 9:32 | 340.4 |
| 8/7/2018 9:32 | 342.15 |
| 8/7/2018 9:32 | 341.1842 |
| 8/7/2018 9:31 | 341.16 |
| 8/7/2018 9:31 | 339.1501 |
| 8/7/2018 9:31 | 341.71 |
| 8/7/2018 9:31 | 341.58 |
| 8/7/2018 9:30 | 341.59 |
| 8/7/2018 9:30 | 341.14 |
| 8/7/2018 9:30 | 344 |
| 8/7/2018 9:30 | 343.84 |