**Exhibit G**

DECLARATION OF ANDREW E. LEFT IN FURTHER SUPPORT
OF THE MOTION OF THE TESLA INVESTOR GROUP FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL

I, Andrew E. Left, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Tesla Investor Group and respectfully submit this Declaration in further support of the Motion of the Tesla Investor Group for the entry of an Order: (1) consolidating the related securities class actions pending against Tesla, Inc. ("Tesla") and Elon Musk ("Musk" and with Tesla, "Defendants"); (2) appointing the Tesla Investor Group as Lead Plaintiff on behalf of all injured purchasers and sellers of Tesla securities between August 7, 2018 and August 17, 2018, inclusive (the "Class Period"); and (3) approving the selection of Keller Lenkner LLC and Labaton Sucharow LLP as Co-Lead Counsel and Kerr & Wagstaffe LLP as Liaison Counsel for the Class.

2. I relied upon the materially false and misleading information disseminated by Defendants Musk and Tesla, when I covered my Tesla short positions during the Class Period. I did not cover my Tesla short positions because my broker exercised its contractual right to automatically liquidate my position without my then present knowledge or affirmative signoff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true to the best of my knowledge.

*[Signature]* Andrew Left
10/23/2018

## DECLARATION OF DÁNIEL NEMES IN FURTHER SUPPORT OF THE MOTION OF THE TESLA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, Dániel Nemes, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Tesla Investor Group and sole owner of PROtecto Informatikai Szolgáltató Korlátolt Felelősségű Társaság ("PROtecto Kft."). I serve as the Managing Director of PROtecto Kft. and am authorized to make this declaration on its behalf. I respectfully submit this Declaration in further support of the Motion of the Tesla Investor Group for the entry of an Order: (1) consolidating the related securities class actions pending against Tesla, Inc. ("Tesla") and Elon Musk ("Musk" and with Tesla, "Defendants"); (2) appointing the Tesla Investor Group as Lead Plaintiff on behalf of all injured purchasers and sellers of Tesla securities between August 7, 2018 and August 17, 2018, inclusive (the "Class Period"); and (3) approving the selection of Keller Lenkner LLC and Labaton Sucharow LLP as Co-Lead Counsel and Kerr & Wagstaffe LLP as Liaison Counsel for the Class.

2. I relied upon the materially false and misleading information disseminated by Defendants Musk and Tesla, when I covered PROtecto Kft.'s Tesla short positions during the Class Period. I did not cover Tesla short positions because PROtecto Kft.'s broker exercised its contractual right to automatically liquidate PROtecto Kft.'s position without its then present knowledge or affirmative signoff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to PROtecto Kft. are true to the best of my knowledge.

Executed this 23rd day of October, 2018.

_____
Dániel Nemes
Sole Owner and Managing Director

*On behalf of PROtecto Informatikai Szolgáltató Korlátolt Felelősségű Társaság*

**DECLARATION OF JOHN C. THOMPSON IN FURTHER SUPPORT
OF THE MOTION OF THE TESLA INVESTOR GROUP FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL**

I, John C. Thompson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Tesla Investor Group and serve as the Chief Executive Officer and Chief Investment Officer of Vilas Capital Management, LLC ("Vilas Capital"). I am authorized to make this declaration on its behalf. I respectfully submit this Declaration in further support of the Motion of the Tesla Investor Group for the entry of an Order: (1) consolidating the related securities class actions pending against Tesla, Inc. ("Tesla") and Elon Musk ("Musk" and with Tesla, "Defendants"); (2) appointing the Tesla Investor Group as Lead Plaintiff on behalf of all injured purchasers and sellers of Tesla securities between August 7, 2018 and August 17, 2018, inclusive (the "Class Period"); and (3) approving the selection of Keller Lenkner LLC and Labaton Sucharow LLP as Co-Lead Counsel and Kerr & Wagstaffe LLP as Liaison Counsel for the Class.

2. I relied upon the materially false and misleading information disseminated by Defendants Musk and Tesla, when I covered Vilas Capital's Tesla short positions during the Class Period. I did not cover Tesla short positions because Vilas Capital's broker exercised its contractual right to automatically liquidate Vilas Capital's position without its then present knowledge or affirmative signoff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to Vilas Capital are true to the best of my knowledge.

Executed this 22 day of October, 2018.

*John C. Thompson*
John C. Thompson
Chief Executive Officer and Chief Investment Officer

*On behalf of Vilas Capital Management, LLC*