# EXHIBIT 1

TSLA US $   ↓263.91    -7.87           Q263.93/263.95Q      11x4
.... ⓘ At 13:00  d  Vol 5,372,581   O 269.29Q  H 271.00Q  L 263.00D  Val 1.43B

TSLA US Equity                Actions    Settings                      Trade/Quote Recap
Range 08/07/18  00:00:01  - 08/07/18  23:59:59  Net Imbalance  Hide  Show
2) Trade Recap   3) Quote Recap
Show Ticks All           ▼  Cond Code Definitions
High  387.46     Low   339.15

| Time | Size (x100) <min size> | Price 375.95 - 375.96 | Brk Adv | E | Cond |
|---|---|---|---|---|---|
| 13:11:56 | 0.5 | 375.95 | | P | FT,OL |
| 13:10:20 | 1.9 | 375.96 | | Q | FT,R6,IS |
| 13:07:44 | 0.05 | 375.95 | | B | FT,OL |
| 13:07:44 | 0.07 | 375.95 | | B | FT,OL |
| 13:07:37 | 0.1 | 375.96 | | B | FT,OL |
| 13:06:38 | 0.64 | 375.95 | | P | FT,R6,IS,OL |
| 13:06:38 | 0.01 | 375.95 | | P | FT,R6,IS,OL |
| 13:05:21 | 0.35 | 375.95 | | P | FT,R6,IS,OL |
| 13:05:07 | 0.03 | 375.96 | | B | FT,OL |
| 13:05:07 | 0.01 | 375.96 | | B | FT,OL |
| 13:04:57 | 0.29 | 375.96 | | Q | FT,R6,IS,OL |
| 13:04:48 | 1 | 375.96 | | Q | FT |
| 13:04:47 | 0.01 | 375.96 | | B | FT,OL |
| 13:04:45 | 0.05 | 375.96 | | B | FT,OL |
| 13:04:17 | 0.12 | 375.96 | | Z | FT,R6,OL |
| 13:04:17 | 0.02 | 375.96 | | Q | FT,OL |
| 12:58:38 | 8 | ↓375.953 | | D | Q |
| 12:58:38 | 1 | 375.95 | | D | Q |
| 12:58:38 | 2 | ↓375.95 | | D | Q |

Currency USD

SN 622011 PDT   GMT-7:00 H190-204-1 18-Oct-2018 13:32:49

| TSLA US Equity | | Actions | Settings | | Trade/Quote Recap |

Range 08/07/18 00:00:01 - 08/07/18 23:59:59 Net Imbalance [Hide] [Show]

2) Trade Recap  3) Quote Recap

Show Ticks [All ▼]  [Cond Code Definitions]

High 387.46   Low 339.15

| Time | Size (x100) <min size> | Price 375.95 - 375.96 | Brk Adv | E | Cond |
|---|---|---|---|---|---|
| 12:58:38 | 0.04 | 375.95 | | D | Q,OL |
| 12:58:38 | 0.25 | 375.95 | | D | N,OL |
| 12:58:38 | 1 | 375.96 | | D | N |
| 12:58:38 | 1 | ↓375.96 | | D | N |
| 12:58:38 | 1 | 375.95 | | D | Q |
| 12:58:37 | 1 | ↓375.95 | | P | |
| 12:58:37 | 0.2 | 375.95 | | P | R6,IS,OL |
| 12:58:35 | 0.02 | 375.95 | | D | Q,OL |
| 12:58:35 | 0.5 | 375.95 | | D | N,OL |
| 12:58:35 | 0.05 | 375.955 | | D | Q,OL |
| 12:58:35 | 1 | ↓375.95 | | D | Q |
| 12:58:35 | 0.02 | 375.95 | | F | OL |
| 12:58:34 | 0.02 | 375.955 | | D | N,OL |
| 12:58:34 | 0.01 | 375.95 | | D | N,OL |
| 12:58:34 | 2.02 | ↓375.95 | | D | Q |
| 12:58:34 | 1 | ↑375.95 | | Q | |
| 12:58:33 | 1 | ↑375.951 | | D | N |
| 12:58:33 | 1 | ↓375.95 | | B | |
| 12:58:33 | 1 | 375.95 | | Q | R6,IS |

Currency USD

SN 622011 PDT   GMT-7:00 H190-204-1 18-Oct-2018 13:33:12

Screen Printed

TSLA US Equity | Actions | Settings | Trade/Quote Recap
Range 08/07/18 00:00:01 - 08/07/18 23:59:59 Net Imbalance Hide Show
2) Trade Recap  3) Quote Recap
Show Ticks All   Cond Code Definitions
High 387.46   Low 339.15

| Time | Size (x100) <min size> | Price 375.95 - 375.96 | Brk Adv | E | Cond |
|---|---|---|---|---|---|
| 12:58:33 | 1 | 375.95 | | Q | R6,IS |
| 12:58:33 | 1 | ↑375.95 | | Q | R6,IS |
| 12:58:33 | 0.9 | 375.95 | | Z | R6,IS,OL |
| 12:58:33 | 0.64 | 375.95 | | Q | R6,IS,OL |
| 12:58:33 | 0.1 | 375.95 | | Z | R6,IS,OL |
| 12:58:33 | 1 | ↑375.96 | | N | R6,IS |
| 12:58:16 | 0.02 | 375.96 | | Q | OL |
| 12:58:16 | 0.05 | 375.96 | | Q | OL |
| 12:58:15 | 2 | 375.95 | | K | R6,IS |
| 12:58:15 | 1 | 375.95 | | K | R6,IS |
| 12:58:15 | 2.7 | ↑375.95 | | Q | |
| 12:55:10 | 0.5 | 375.96 | | Q | OL |
| 12:55:01 | 0.1 | 375.95 | | P | OL |
| 12:55:01 | 0.1 | 375.95 | | P | OL |
| 12:55:00 | 2.5 | ↑375.96 | | D | Q |
| 12:54:57 | 1 | 375.95 | | Q | R6,IS |
| 12:54:57 | 1 | ↑375.95 | | Q | R6,IS |
| 12:53:37 | 1 | ↑375.96 | | K | R6,IS |
| 12:53:36 | 0.3 | 375.96 | | P | R6,IS,OL |

Currency USD

SN 622011 PDT   GMT-7:00 H190-204-1 18-Oct-2018 13:33:22

Screen Printed

TSLA US Equity | Actions | Settings | Trade/Quote Recap
Range 08/07/18 00:00:01 - 08/07/18 23:59:59  Net Imbalance [Hide] [Show]
2) Trade Recap    3) Quote Recap
Show Ticks All    Cond Code Definitions
High  387.46    Low  339.15

| Time | Size (x100) <min size> | Price 375.95 - 375.96 | Brk Adv | E | Cond |
|---|---|---|---|---|---|
| 12:53:36 | 0.5 | 375.95 | | J | OL |
| 12:53:36 | 0.1 | 375.96 | | P | R6,IS,OL |
| 12:53:36 | 0.1 | 375.96 | | D | N,OL |
| 12:53:36 | 0.01 | 375.954 | | D | Q,OL |
| 12:53:35 | 0.5 | 375.95 | | Q | R6,IS,OL |
| 12:45:26 | 1 | ↑375.95 | | D | Q |
| 12:45:26 | 0.2 | 375.95 | | Q | R6,IS,OL |
| 12:45:26 | 1 | 375.95 | | N | R6,IS |
| 12:45:26 | 1 | ↑375.95 | | P | R6,IS |
| 12:45:26 | 1 | ↑375.95 | | P | R6,IS |

Currency USD

SN 622011 PDT   GMT-7:00 H190-204-1 18-Oct-2018 13:33:50