# EXHIBIT 10

Menu () Search () Sign)In (https://www.bloomberg.com/signup?in_source=login_direct) Bloomberg (https://www.bloomberg.com/)

Feedback (https://www.bloomberg.com/feedback)

# Vilas Capital Management LLC

Private Company

## Company Profile

**Sector:** Financials
**Industry:** Asset Management
**Sub-Industry:** Investment Management

Vilas Capital Management, LLC provides investment management services. The Company offers financial planning and portfolio management services, as well as invests in portfolio of undervalued securities. Vilas Capital Management serves clients in the United States.

## Corporate Information

**Address:**
200 East Randolph Street
Suite 5100, Aon Center
Chicago, IL 60601
United States

**Phone:** 1-312-702-1976 (tel:1-312-702-1976)
**Fax:** - (tel:-)
**Web url:** www.vilascapital.com (http://www.vilascapital.com/)

## Board Members

| CHAIRMAN/CEO/FOUNDER | COMPANY |
| --- | --- |
| **John Thompson** (https://www.bloomberg.com/profiles/people/4296432-john-thompson) | **Vilas Capital Management LLC** (https://www.bloomberg.com/profiles/companies/1545541D:US-vilas-capital-management-llc) |

| CHIEF OPERATING & FINANCIAL OFCR | COMPANY |
| --- | --- |
| **Matthew Druzba** (https://www.bloomberg.com/profiles/people/20479570-matthew-druzba) | **Vilas Capital Management LLC** (https://www.bloomberg.com/profiles/companies/1545541D:US-vilas-capital-management-llc) |

## Key Executives

**John C Thompson** (https://www.bloomberg.com/profiles/people/4296432-john-c-thompson) — Chairman/CEO/Founder

**Matthew F Druzba** (https://www.bloomberg.com/profiles/people/20479570-matthew-f-druzba) Chief Operating & Financial Ofcr

Terms of Service (http://www.bloomberg.com/tos)
Trademarks (http://www.bloomberg.com/trademarks) Privacy Policy (http://www.bloomberg.com/privacy)
©2018 Bloomberg L.P. All Rights Reserved
Careers (http://www.bloomberg.com/careers/?utm_source=dotcom&utm_medium=footer) Made in NYC (http://nytm.org/made-in-nyc)
Advertise (http://bloombergmedia.com/) Ad Choices (http://www.bloomberg.com/privacy#advertisements) Contact Us (http://www.bloomberg.com/feedback)
Help (http://www.bloomberg.com/help)