Michael W. Stocker (179083)
Reed R. Kathrein (139304)
Kristen McCulloch (177558)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
mikes@hbsslaw.com
reed@hbsslaw.com
kristenm@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF REED R. KATHREIN IN SUPPORT OF MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF JAMES JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL; AND IN OPPOSITION TO COMPETING MOTIONS**<br><br>Date:           November 15, 2018<br>Time:           1:30 p.m.<br>Courtroom:  5, 17th Floor<br>Judge:          Hon. Edward M. Chen<br><br>ORAL ARGUMENT REQUESTED |
| WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK, | Case No. 3:18-cv-04876-EMC |

010768-11 1071433 V1

| | |
|---|---|
| Defendants. | |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | Case No.3:18-cv-04912-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON MUSK, | |
| Defendants. | |
| CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04939-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON R. MUSK, | |
| Defendants. | |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04948-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON MUSK, | |
| Defendants. | |
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-05258-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON R. MUSK | |
| Defendants. | |

| | |
|---|---|
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No. 3:18-cv-05899-EMC |

010768-11 1071433 V1

1  **REED R. KATHREIN** declares the following under the penalties of perjury:

2      1.    I am a partner at Hagens Berman Sobol Shapiro LLP.  I submit this declaration in

3  further support of the Motion of James Johnson for Consolidation of Related Actions, Appointment

4  as Lead Plaintiff, and Approval of His Selection of Counsel.

5      2.    Attached hereto as **Exhibit A** is a true and correct copy of James Johnson's resume.

6  Executed in Berkeley, CA this 23rd day of October, 2018.

                              */s/ Reed R. Kathrein*
                              Reed R. Kathrein

KATHREIN DECL. IFSO MOT. TO APPOINT LEAD PL. AND APPROVE SELECTION OF COUNSEL; AND IN OPP. TO COMPETING MOTIONS - 1
Case No.: 3:18-cv-04865

010768-11 1071433 V1