# Exhibit A

# Jim Johnson

*Proven Global Business Development Leader; Strategy, Execution & Management*



## Profile:

**20+ years of managing business transformations, launching profitable start-ups and establishing operational excellence within technical industries.**

- Notable career marked by rapid turnarounds for global leaders including; Thyssenkrupp, Alcoa, SKF & Federal Mogul.
- Proven success in identifying, addressing and resolving gaps to meet global customer requirements.
- Dynamic leader skilled in recruiting, developing and motivating talent to realize aggressive stretch goals.

**AREAS OF EXPERTISE INCLUDE:**

- Global Operations Management
- Turnaround & Start-up Leadership
- Strategic Business Planning
- Revenue, Profit & Market Growth
- New Market/Product Development
- Contract Negotiations
- Project Management
- Budget/Forecast/P&L Management
- Strategic Partnerships & Alliances

## PROFESSIONAL EXPERIENCE

**Thyssenkrupp** – Irvine, CA                                                                                            **July 2017 – Current**

**Regional Business Manager**
Responsible for existing and new business development of highly engineered manufacturing automation systems. Main focus is the electric vehicle industry (automotive, heavy duty truck, bus, recreational and industrial). Managing over $400M in new opportunities for electric motors, batteries, body-in-white and general assembly applications.

**ALCOA** – HQ Knoxville, TN (Worked remote in CA)                                                    **March 2016 – July 2017**

**Director, Global Business Development and Management**
Created the global strategy and managed the execution for $1B of new business opportunities with advanced aluminum alloy chemistries. OEM industries included; automotive, heavy duty truck, industrial and aerospace. Regions: USA, Canada, Mexico, Europe, Asia and South America.

**ZWZ BEARING USA, INC.** – City of Industry, CA                                                     **July 2010 – December 2016**

**President & COO**
Initiated and established a start-up roller bearing company for the OEM automotive and heavy-duty truck industries.
- Under my leadership grew sales from $0 to $400M within 5 ½ years.
- Key activities: supply base development and partnerships, manufacturing process development, customer validation testing approvals, TS16949 certifications and adherence.
- Established and staffed the following new facilities; North American sales and technical center, NA warehouse and operations in Europe.
- Recruited and managed the teams for manufacturing, engineering, project management and sales to successfully launch many high profile OEM automotive and heavy duty truck programs.
- Ensured superior quality performance by instituting zero defect policy for all company functions.
- Launched the company's European operations during an eight-month overseas assignment in Germany.
- Won GKN "Supplier Excellence Award" by exceeding customer expectations.

Jim Johnson | Page 2 of 2

**SKF –** Plymouth, MI                                                                                                         **August 2002 – July 2010**

**Manager, Sales and Engineering - Global OEM Automotive Powertrain & Steering**
Responsible for the turnaround of the global OEM automotive powertrain and steering business.  North America, South America, Europe and Asia.
- Led the engineering, project management and sales teams.
- Achieved 500% increase in sales, over $500M in new sales.
- Improved profitability from negative margins to an average of 25% positive overall margins.
- Negotiated customer price increases, diversified customer base and developed value-added sales/engineering strategies.
- Won two SKF New Product Excellence awards.

**FEDERAL MOGUL CORP.** – Southfield, MI                                                                        **May 2000 – August 2002**

**Senior Account Manager**
Responsible for managing the business development of advanced sealing components to OEM automotive customers.

**SISUNER INTERNATIONAL INC.** – Ann Arbor, MI                                                                **June 1996 – May 2000**

**Engineering Manager / Sales Manager**
Responsible for the engineering, manufacturing and sales operations for a Japanese startup company targeting OEM and after-market automotive components.
- Project management for the building and staffing of a new 100K sq. /ft. greenfield factory and a 50Ksq/ft. sales and technical center.
- Enabled successful business transfer from Japan to North America, 8 month assignment in Japan.

**MASCO** – Ypsilanti, MI                                                                                                   **April 1993 – June 1996**

**Manufacturing Engineer / Sales Engineer**
Responsible for automating manufacturing processes to improve quality, cost and cycle times.  Met with the OEM automotive customers to present and sell manufacturing improvements.

## EDUCATION & TRAINING

EASTERN MICHIGAN UNIVERSITY – **Bachelor of Science, Manufacturing Engineering**
SKF – **Leadership Training Programs**