Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

*Counsel for movant Tempus International Fund SPC and Opportunity Unique Fund Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.: 3:18-cv-04865-EMC<br><br>**DECLARATION OF LAURENCE D. KING IN SUPPORT OF TEMPUS INTERNATIONAL FUND SPC AND OPPORTUNITY UNIQUE FUND INC.'S OPPOSITION TO COMPETING MOTIONS AND IN FURTHER SUPPORT OF THEIR MOTION FOR (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF THEIR CHOICE OF LEAD COUNSEL**<br><br>Judge: Edward M. Chen<br>Courtroom: 5<br>Date: November 15, 2018<br>Time: 1:30 p.m. |

[Additional Captions Below]

| | |
|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04912-EMC |
| CARLOS MAIA, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04948-EMC |

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>              Defendants. | Case No.:  3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Other Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>              Defendants. | Case No.:  3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>              Defendants. | Case No.:  3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>     v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>              Defendants. | Case No.:  3:18-cv-05899-EMC |

I, Laurence D. King, hereby declare as follows:

1. I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Support of Tempus International Fund SPC and Opportunity Unique Fund Inc.'s Opposition to Competing Motions and in Further Support of Their Motion for (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Their Choice of Lead Counsel. If called as a witness, I could and would competently testify thereto to all facts within my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the NFA Regulatory Actions concerning Andrew M. Left obtained on October 23, 2018 from www.nfa.futures.org. Highlights were added by counsel.

3. Attached hereto as Exhibit B are true and correct copies of the following documents concerning an Enforcement Committee Decision by the Autorité des Marchés Financiers (the "AMF") concerning Thierry Boutin ("Boutin") pursuant to which Boutin was fined €1.2 million by the AMF for insider market abuse and breaches:

  B-1: February 26, 2008 AMF Press Release;

  B-2: English Translation by Google Translator of AMF publication dated February 27, 2008 of December 6, 2007 Decision by the AMF; and

  B-3: AMF publication dated February 27, 2008 of December 6, 2007 Decision by the AMF in French.

4. Attached hereto as Exhibit C are true and correct copies of the following concerning an Enforcement Committee Decision by the AMF concerning Boutin pursuant to which Boutin was fined €500,000 by the AMF for insider market abuse and breaches:

  C-1: English Translation by Google Translator of June 16, 2008 AMF Decision.

  C-2: June 16, 2008 Decision by the AMF in French.

5. Attached hereto as Exhibit D is a true and correct copy of the October 10, 2016 Order in *In re Tesla Motors, Inc. Stockholder Litig.* C.A. No. 12711-VCS (Del. Ch.) (the "Tesla Derivative Action") appointing Robbins Geller Rudman & Dowd LLP as Co-Lead Counsel in the Tesla Derivative Action.

6. Attached hereto as Exhibit E is a true and correct copy of the Second Amended Verified Class Action and Derivative Complaint, filed on March 16, 2017, in the Tesla Derivative Action.

7. Attached hereto as Exhibit F is a true and correct copy of Labaton Sucharow LLP's Motion to Withdraw the Appearance of Labaton Sucharow LLP on Behalf of Plaintiffs Arkansas Teacher Retirement System and Boston Retirement System in the Tesla Derivative Action, dated October 5, 2018.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of October at San Francisco, California.

/s/ *Laurence D. King*
Laurence D. King