# EXHIBIT D

| | |
|---|---|
| and<br><br>TESLA MOTORS, INC.,<br><br>    Nominal Defendant. | |
| P. EVAN STEPHENS, Individually and on Behalf of All Others Similarly Situated and Derivatively on Behalf of TESLA MOTORS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ELON MUSK, ANTONIO J. GRACIAS, KIMBAL MUSK, IRA EHRENPREIS, STEPHEN T. JURVETSON, BRAD W. BUSS, and ROBYN M. DENHOLM,<br><br>    Defendants,<br><br>-and-<br><br>TESLA MOTORS, INC., a Delaware corporation,<br><br>    Nominal Defendant. | C.A. No. 12745-VCS |
| PYARE DIWANA, on behalf of himself and all other similarly situated stockholders of TESLA MOTORS, INC., and derivatively on behalf TESLA MOTORS, INC.,<br><br>    Plaintiff,<br><br>v. | C.A. No. 12796-VCS |

EFiled: Oct 07 2016 04:46PM EDT
Transaction ID 59671955
Case No. Multi-Case

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CITY OF RIVIERA BEACH POLICE PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, ANTONIO J. GRACIAS, ROBYN M. DENHOLM, KIMBAL MUSK, STEVE JURVETSON, IRA EHRENPREIS, BRAD W. BUSS, J.B. STRAUBEL, LYNDON RIVE, PETER RIVE, D SUBSIDIARY, INC., AND SOLARCITY, INC., <br><br> Defendants, <br><br> and <br><br> TESLA MOTORS, INC., <br><br> Nominal Defendant. | C.A. No. 12711-VCS |
| ELLEN PRASINOS, derivatively on behalf of Nominal Defendant TESLA MOTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, BRAD W. BUSS, ROBYN M. DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, KIMBAL MUSK, LYNDON RIVE, PETER RIVE, JOHN H. N. FISHER, JEFFREY B. STRAUBEL, D SUBSIDIARY, INC., | C.A. No. 12723-VCS |

| | |
|---|---|
| AND SOLARCITY CORPORATION,<br><br>                 Defendants,<br><br>and<br><br>TESLA MOTORS, INC.,<br><br>                 Nominal Defendant. | |
| ARKANSAS TEACHER RETIREMENT SYSTEM, BOSTON RETIREMENT SYSTEM, ROOFERS LOCAL 149 PENSION FUND, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, KBC ASSET MANAGEMENT NV, ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT M.B.H., STICHTING BLUE SKY ACTIVE LARGE CAP EQUITY FUND USA, FELIX ROVELLI, and AARON ROCKE, on behalf of themselves and all other similarly situated stockholders of TESLA MOTORS, INC., and derivatively on behalf of Nominal Defendant TESLA MOTORS, INC.,<br><br>                 Plaintiffs,<br><br>v.<br><br>ELON MUSK, BRAD W. BUSS, ROBYN M. DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, and KIMBAL MUSK,<br><br>                 Defendants, | C.A. No. 12740-VCS |

ELON MUSK, BRAD W. BUSS, ROBYN M. DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, KIMBAL MUSK, LYNDON RIVE, PETER RIVE, JOHN H. N. FISHER, JEFFREY B. STRAUBEL, NANCY E. PFUND, THE GOLDMAN SACHS GROUP, INC., EVERCORE GROUP L.L.C., D SUBSIDIARY, INC., and SOLARCITY CORPORATION,

Defendants,

-and-

TESLA MOTORS, INC., a Delaware Corporation,

Nominal Defendant.

**[PROPOSED] ORDER FOR APPOINTMENT OF
<u>CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL</u>**

**IT IS HEREBY ORDERED** this __10__ day of __October__, 2016:

1. The law firms of Grant & Eisenhofer P.A., Kessler Topaz Meltzer & Check, LLP and Robbins Geller Rudman & Dowd LLP are hereby designated as co-Lead Counsel for Plaintiffs ("Co-Lead Counsel").

2. Arkansas Teacher Retirement System, Boston Retirement System, Oklahoma Firefighters Pension and Retirement System, Roofers Local 149 Pension Fund, KBC Asset Management NV, ERSTE-SPARINVEST

Kapitalanlagegesellschaft m.b.H. and Stichting Blue Sky Active Large Cap Equity Fund USA (collectively, the "Institutional Plaintiffs") are hereby designated as Co-Lead Plaintiffs.

3. The complaint filed by the Institutional Plaintiffs in Civil Action No. 12740-VCS (Trans. ID 59635132) is hereby designated as the operative complaint in the consolidated action.

4. Co-Lead Counsel shall set policy for plaintiffs for the prosecution of this litigation, delegate and monitor the work performed by plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of plaintiffs the initiation and conduct of discovery proceedings, and provide supervision and coordination of the activities of plaintiffs' counsel. Co-Lead Counsel shall have the authority to negotiate a settlement, subject to approval of plaintiffs and the Court. Any agreement reached between counsel for Defendants and Co-Lead Counsel shall be binding on all other plaintiffs.

5. Co-Lead Counsel shall assume the following powers and responsibilities:

    a. coordinate and direct the preparation of pleadings;

    b. coordinate and direct the briefing and argument of motions;

    c. coordinate and direct the conduct of discovery and other pretrial proceedings;

    d.    coordinate and direct class certification proceedings;

    e.    conduct any and all settlement negotiations with counsel for the Defendants;

    f.    coordinate and direct the preparation for trial and trial of this matter, and to delegate work responsibilities to selected counsel as may be required; and

    g.    coordinate and direct any other matters concerning the prosecution or resolution of the consolidated action.

6.    This Order shall apply to the consolidated action and any future-filed actions relating to the subject matter of this case.

SO ORDERED this 1vh day of October, 2016

_____
Vice Chancellor Joseph R. Slights, III

3