# EXHIBIT F

EFiled: Oct 05 2018 04:55PM EDT
Transaction ID 62528241
Case No. 12711-VCS

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE TESLA MOTORS, INC. STOCKHOLDER LITIGATION | ) ) | Consolidated C.A. No. 12711-VCS |

## MOTION TO WITHDRAW THE APPEARANCE OF LABATON SUCHAROW LLP ON BEHALF OF PLAINTIFFS ARKANSAS TEACHER RETIREMENT SYSTEM AND <u>BOSTON RETIREMENT SYSTEM</u>

Under Court of Chancery Rule 5(aa), plaintiffs Arkansas Teacher Retirement System and Boston Retirement System hereby move to withdraw the appearance of the firm Labaton Sucharow LLP ("Labaton"). Withdrawal will not have an adverse effect on plaintiffs or this proceeding. Labaton is not Co-Lead Counsel in this action, and plaintiffs and the class will continue to be represented by Co-Lead Counsel.

        LABATON SUCHAROW LLP

        */s/ Ned Weinberger*
        Ned Weinberger (Bar No. 5256)
        Thomas Curry (Bar No. 5877)
        300 Delaware Ave., Suite 1340
        Wilmington, DE 19801
        (302) 573-2540

        *Counsel for Co-Lead Plaintiffs*
Dated: October 5, 2018      *Arkansas Teacher Retirement System*
        *and Boston Retirement System*

## **CERTIFICATE OF SERVICE**

I, Ned Weinberger, hereby certify that on this 5th day of October, 2018, I caused a copy of the foregoing Motion to Withdraw the Appearance of Labaton Sucharow LLP on Behalf of Plaintiffs Arkansas Teacher Retirement System and Boston Retirement System to be served via File & ServeXpress upon the following attorneys of record:

| | |
|---|---|
| David E. Ross, Esquire<br>Garrett B. Moritz, Esquire<br>Benjamin Z. Grossberg, Esquire<br>ROSS ARONSTAM & MORITZ LLP<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801 | Jay W. Eisenhofer, Esquire<br>James J. Sabella, Esquire<br>Kelly Tucker, Esquire<br>GRANT & EISENHOFER, P.A.<br>123 Justison Street<br>Wilmington, DE 19801 |

                                                       */s/ Ned Weinberger*
                                                       Ned Weinberger (Bar No. 5256)