**KELLER LENKNER LLC**
Ashley C. Keller (*admitted pro hac vice*)
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Telephone: (312) 741-5222
ack@kellerlenkner.com

U. Seth Ottensoser (*admitted pro hac vice*)
1330 Avenue of the Americas, Suite 23A
New York, NY 10019
Telephone: (212) 653-9715
so@kellerlenkner.com

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
David J. Schwartz
Francis P. McConville
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
dschwartz@labaton.com
fmcconville@labaton.com

*Counsel for the Tesla Investor Group and Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC,<br><br>Defendants.<br><br>*(caption continues on the following pages)* | Case No. 3:18-cv-04865-EMC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES M. WAGSTAFFE IN FURTHER SUPPORT OF MOTION OF THE TESLA INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date: November 15, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5 – 17th Floor<br>Judge: Hon. Edward M. Chen |

| | | |
|---|---|---|
| 1 | WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04876-EMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | TESLA INC., and ELON MUSK, | |
| 6 | Defendants. | |
| 7 | | |
| 8 | JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04912-EMC |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | TESLA, INC. and ELON MUSK, | |
| 12 | Defendants. | |
| 13 | | |
| 14 | CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04939-EMC |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | TESLA, INC. and ELON R. MUSK, | |
| 18 | Defendants. | |
| 19 | | |
| 20 | KEWAL DUA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04948-EMC |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | TESLA, INC. and ELON MUSK, | |
| 24 | Defendants. | |
| 25 | *(caption continues on the following page)* | |

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC., and ELON R. MUSK,<br><br>Defendants. | Case No. 4:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No. 3:18-cv-05899-EMC |

I, James M. Wagstaffe, declare as follows:

    I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner at Kerr & Wagstaffe LLP, proposed Liaison Counsel for the Class. I submit this declaration in further support of the motion filed by Andrew E. Left, PROtecto Informatikai Szolgáltató Korlátolt Felelősségű Társaság, Thierry Boutin, Dr. Abrar Shirazi, and Vilas Capital Management, LLC ("Vilas Capital") (collectively, the "Tesla Investor Group"). *See* ECF No. 47.

    Attached as Exhibits A through B are true and correct copies of the following documents:

    EXHIBIT A:   Supplemental Joint Declaration of the Tesla Investor Group; and

    EXHIBIT B:   Supplemental Declaration of Robert M. Daines;

I hereby declare under penalty of perjury that the foregoing is true and correct.

    Executed this 30th day of October, 2018, at San Francisco, California.

                                                       */s/ James M. Wagstaffe*
                                                         James M. Wagstaffe