# EXHIBIT A

EFiled: Aug 31 2018 03:21PM EDT
Transaction ID 62402787
Case No. 12711-VCS

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE TESLA MOTORS, INC. STOCKHOLDER LITIGATION | Consolidated C.A. No. 12711-VCS |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Jay G. Stirling of Potter Anderson & Corroon LLP as counsel on behalf of nominal defendant Tesla Motors, Inc., in connection with the captioned matter.

        POTTER ANDERSON & CORROON LLP

By: */s/ Jay G. Stirling*
    Kevin R. Shannon (No. 63137)
    Berton W. Ashman, Jr. (No. 4681)
    Jaclyn C. Levy (No. 5631)
    Jay G. Stirling (No. 6207)
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    (302) 984-6000

Dated: August 31, 2018
5911762

*Attorneys for Nominal Defendant Tesla Motors, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2018, the foregoing document was served electronically via *File & ServeXpress* on the following counsel of record:

>David E. Ross, Esquire
>Garrett B. Moritz, Esquire
>Benjamin Z. Grossberg, Esquire
>ROSS ARONSTAM & MORITZ LLP
>100 S. West Street, Suite 400
>Wilmington, Delaware 19801
>
>Stuart M. Grant, Esquire
>Jay W. Eisenhofer, Esquire
>James J. Sabella, Esquire
>Christine M. Mackintosh, Esquire
>Kelly L. Tucker, Esquire
>GRANT & EISENHOFER
>123 Justison Street
>Wilmington, Delaware 19801

>　　　　　　　　　　　　　　　　 */s/ Jay G. Stirling*　　　　　　　
>　　　　　　　　　　　　　　　　Jay G. Stirling (No. 6207)

5911762

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE TESLA MOTORS, INC. STOCKHOLDER LITIGATION | ) ) ) | Consolidated<br>C.A. No. 12711-VCS |

# ENTRY OF APPEARANCE

Please enter the appearance of Benjamin Z. Grossberg of Ross Aronstam & Moritz LLP as counsel on behalf of Defendants Tesla Motors, Inc., Elon Musk, Brad W. Buss, Robyn M. Denholm, Ira Ehrenpreis, Antonio J. Gracias, Stephen T. Jurvetson and Kimbal Musk in the above-captioned action.

|  |  |
|---|---|
|  | ROSS ARONSTAM & MORITZ LLP |
|  | */s/ Benjamin Z. Grossberg* |
| *Of Counsel*: | David E. Ross (Bar No. 5228)<br>Garrett B. Moritz (Bar No. 5646) |
| William Savitt<br>Graham W. Meli<br>Steven Winter<br>WACHTELL, LIPTON,<br>   ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York  10019<br>(212) 403-1000 | Benjamin Z. Grossberg (Bar No. 5615)<br>100 S. West Street, Suite 400<br>Wilmington, Delaware  19801<br>(302) 576-1600<br><br>*Attorneys for Defendants Tesla Motors, Inc., Elon Musk, Brad W. Buss, Robyn M. Denholm, Ira Ehrenpreis, Antonio J. Gracias, Stephen T. Jurvetson and Kimbal Musk* |

June 12, 2017

## **CERTIFICATE OF SERVICE**

I, Benjamin Z. Grossberg, hereby certify that on June 12, 2017, I caused a true and correct copy of the foregoing *Entry of Appearance* to be served through File & Serve*Xpress* on the following counsel of record:

>Stuart M. Grant
>Jay W. Eisenhofer
>James J. Sabella
>GRANT & EISENHOFER
>123 Justison Street
>Wilmington, Delaware 19801
>(302) 622-7000

>*/s/ Benjamin Z. Grossberg*
>Benjamin Z. Grossberg (Bar No. 5615)

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE TESLA MOTORS, INC. STOCKHOLDER LITIGATION | ) Consolidated<br>) C.A. No. 12711-VCS |

### ENTRY OF APPEARANCE

Please enter the appearance of John A. Eakins of Ross Aronstam & Moritz LLP as counsel on behalf of Defendants Tesla Motors, Inc., Elon Musk, Brad W. Buss, Robyn M. Denholm, Ira Ehrenpreis, Antonio J. Gracias, Stephen T. Jurvetson and Kimbal Musk in the above-captioned action.

ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

William Savitt
Graham W. Meli
Steven Winter
WACHTELL, LIPTON,
  ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
(212) 403-1000

January 27, 2017

*/s/ John A. Eakins*
David E. Ross (Bar No. 5228)
Garrett B. Moritz (Bar No. 5646)
John A. Eakins (Bar No. 5160)
100 S. West Street, Suite 400
Wilmington, Delaware  19801
(302) 576-1600

*Attorneys for Defendants Tesla Motors, Inc., Elon Musk, Brad W. Buss, Robyn M. Denholm, Ira Ehrenpreis, Antonio J. Gracias, Stephen T. Jurvetson and Kimbal Musk*

## **CERTIFICATE OF SERVICE**

I, John A. Eakins, hereby certify that on January 27, 2017, I caused a true and correct copy of the foregoing the *Entry of Appearance* to be served through File & Serve*Xpress* on the following counsel of record:

>Stuart M. Grant
>Jay W. Eisenhofer
>James J. Sabella
>GRANT & EISENHOFER
>123 Justison Street
>Wilmington, Delaware 19801
>(302) 622-7000

>*/s/ John A. Eakins*
>John A. Eakins (Bar No. 5160)

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CITY OF RIVIERA BEACH POLICE PENSION FUND,<br><br>            Plaintiff,<br>  v.<br><br>ELON MUSK, ANTONIO J. GRACIAS, ROBYN M. DENHOLM, KIMBAL MUSK, STEVE JURVETSON, IRA EHRENPREIS, BRAD W. BRUSS, J.B. STRAUBEL, LYNDON RIVE, PETER RIVE, D SUBSIDIARY, INC. AND SOLARCITY INC.,<br><br>            Defendants. | C.A. No. 12711-VCS |
| ELLEN PRASINOS, derivatively on behalf of TESLA MOTORS, INC.,<br><br>            Plaintiff,<br>  v.<br><br>ELON MUSK, BRAD W. BUSS, ROBYN M. DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, KIMBAL MUSK, LYNDON RIVE, PETER RIVE, JOHN H.N. FISHER, JEFFREY B. STRAUBEL, D SUBSIDIARY, INC., and SOLARCITY CORPORATION,<br><br>            Defendants,<br>-and-<br><br>TESLA MOTOR , INC., a Delaware Corporation,<br><br>            Nominal Defendant. | C.A. No. 12723-VCS |

{FG-W0413886.}

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, BOSTON RETIREMENT SYSTEM, and AARON ROCKE, on behalf of themselves and all other similarly situated stockholders of TESLA MOTORS, INC., and derivatively on behalf of Nominal Defendants TESLA MOTORS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, BRAD W. BUSS, ROBYN M. DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, KIMBAL MUSK, SOLARCITY CORPORATION, LYNDON RIVE, PETER J. RIVE AND NACY E. PFUND, <br><br> Defendants, <br><br> -and- <br><br> TESLA MOTORS, INC., <br><br> Nominal Defendant. | C.A. No. 12740-VCS |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Joel Friedlander and Jeffrey M. Gorris of Friedlander & Gorris, P.A. hereby enter their appearances in the above-captioned actions as counsel for Roofers Local 149 Pension Fund. Attached as Exhibit A hereto is a letter filed with the Court yesterday.

|  |  |
|---|---|
| | FRIEDLANDER & GORRIS, P.A. |
| | */s/ Jeffrey M. Gorris* |
| OF COUNSEL: | Joel Friedlander (Bar No. 3163) |
| | Jeffrey M. Gorris (Bar No. 5012) |
| ROBBINS GELLER RUDMAN | 1201 North Market Street, Suite 2200 |
|   & DOWD LLP | Wilmington, Delaware 19801 |
| Randall J. Baron | (302) 573-3500 |
| David T. Wissbroecker | |
| Maxwell R. Huffman | *Counsel for Roofers Local 149* |
| 655 West Broadway, Suite 1900 | *Pension Fund* |
| San Diego, CA 92101 | |
| (619) 231-1058 | |

DATED: September 13, 2016

# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2016, I caused a true and correct copy of this **Entry of Appearance** to be served upon the following counsel of record via File & Serve*Xpress*:

Carmella P. Keener, Esquire
ROSENTHAL, MONHAIT &
 GODDESS, P.A.
919  N. Market Street, Suite 1401
Wilmington, DE 19801

Ned Weinberger, Esquire
LABATON SUCHAROW LLP
300 Delaware Avenue, Suite 1340
Wilmington, DE 19801

Michael P. Kelly, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Center
405 North King Street, 8th Floor
Wilmington, DE 19801

David E. Ross, Esquire
ROSS ARONSTAM &
 MORITZ, LLP
100 S. West Street, Suite 400
Wilmington, DE 19801

*/s/ Jeffrey M. Gorris*
Jeffrey M. Gorris (Bar No. 5012)

{FG-W0413886.}

EFiled: Sep 12 2016 06:08PM EDT
Transaction ID 59548926
Case No. Multi-Case

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CITY OF RIVIERA BEACH POLICE PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, ANTONIO J. GRACIAS, ROBYN M. DENHOLM, KIMBAL MUSK, STEVE JURVETSON, IRA EHRENPREIS, BRAD W. BUSS, J.B. STRAUBEL, LYNDON RIVE, PETER RIVE, D SUBSIDIARY, INC., AND SOLARCITY, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12711-CB |
| ELLEN PRASINOS, derivatively on behalf of TESLA MOTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, BRAD W. BUSS, ROBYN M. DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, STEPHEN T. JURVESTON, KIMBAL MUSK, LYNDON RIVE, PETER RIVE, JOHN H. N. FISHER, JEFFREY B. STRAUBEL, D SUBSIDIARY, INC., and SOLARCITY CORPORATION, <br><br> Defendants, <br><br> -and- <br><br> TESLA MOTORS, INC., a Delaware Corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12723-CB |

|   |   |   |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, BOSTON RETIREMENT SYSTEM, and AARON ROCKE, on behalf of themselves and all other similarly situated stockholders of TESLA MOTORS, INC., and derivatively on behalf of Nominal Defendant TESLA MOTORS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, BRAD W. BUSS, ROBYN M. DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, KIMBAL MUSK, SOLARCITY CORPORATION, LYNDON RIVE, PETER J. RIVE and NANCY E. PFUND, <br><br> Defendants, <br><br> -and- <br><br> TESLA MOTORS, INC., <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12740-CB |

## ENTRY OF APPEARANCE

Please enter the appearance of David E. Ross and Garrett B. Moritz of Ross Aronstam & Moritz LLP as counsel on behalf of Defendants Tesla Motors, Inc., Elon Musk, Brad W. Buss, Robyn M. Denholm, Ira Ehrenpreis, Antonio J. Gracias, Stephen T. Jurvetson and Kimbal Musk in the above-captioned actions.

|  |  |
|---|---|
| | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ David E. Ross*<br>David E. Ross (Bar No. 5228)<br>Eric D. Selden (Bar No. 4911) |
| William Savitt<br>WACHTELL, LIPTON, ROSEN<br> & KATZ<br>51 West 52nd Street<br>New York, New York  10019<br>(212) 403-1000 | Nicholas D. Mozal (Bar No. 5838)<br>100 S. West Street, Suite 400<br>Wilmington, Delaware  19801<br>(302) 576-1600 |
| Dated:  September 12, 2016 | *Attorneys for Defendants Tesla Motors, Inc., Elon Musk, Brad W. Buss, Robyn M. Denholm, Ira Ehrenpreis, Antonio J. Gracias, Stephen T. Jurvetson and Kimbal Musk* |

# **CERTIFICATE OF SERVICE**

I, David E. Ross, hereby certify that on September 12, 2016, I caused a true and correct copy of the foregoing the *Entry of Appearance* to be served through File & Serve*Xpress* on the following counsel of record:

| | |
|---|---|
| Carmella P. Keener<br>ROSENTHAL, MONHAIT<br>  & GODDESS, P.A.<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, Delaware  19899 | Michael P. Kelly<br>Daniel J. Brown<br>Benjamin A. Smyth<br>McCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware  19801 |
| Michael Hanrahan<br>Paul A. Fioravanti, Jr.<br>Samuel L. Closic<br>PRICKETT, JONES & ELLIOTT, P.A.<br>1310 N. King Street<br>Wilmington, Delaware  19801 | Ned Weinberger<br>Ryan T. Keating<br>Thomas Curry<br>LABATON SUCHAROW LLP<br>300 Delaware Ave., Suite 1340<br>Wilmington, Delaware  19801 |

　　　　　　　　　　　　　　　　　　　*/s/ David E. Ross*
　　　　　　　　　　　　　　　　　　　David E. Ross (Bar No. 5228)