1  Laurence D. King (SBN 206423)
   Mario M. Choi (SBN 243409)
2  **KAPLAN FOX & KILSHEIMER LLP**
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone:  415-772-4700
4  Facsimile:   415-772-4707
   *lking@kaplanfox.com*
5  *mchoi@kaplanfox.com*

6  *Counsel for movant Tempus International Fund
   SPC and Opportunity Unique Fund Inc.*
7

8               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
9                     **SAN FRANCISCO DIVISION**

10

11  KALMAN ISAACS, individually and on        Case No.: 3:18-cv-04865-EMC
    behalf of all others similar situated,
                                              **DECLARATION OF**
12                 Plaintiff,                 **LAURENCE D. KING IN SUPPORT OF**
                                              **TEMPUS INTERNATIONAL FUND SPC**
13          v.                                **AND OPPORTUNITY UNIQUE FUND**
                                              **INC.'S REPLY**
14  ELON MUSK and TESLA, INC.,
                                              Judge:  Edward M. Chen
15                 Defendants.                Courtroom: 5
                                              Date: November 15, 2018
16                                            Time: 1:30 p.m.

17
    [Additional Captions Below]
18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04876-EMC |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04912-EMC |
| CARLOS MAIA, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.:  3:18-cv-04948-EMC |

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>              Defendants. | Case No.: 3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Other Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>              Defendants. | Case No.: 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>TESLA, INC., and ELON R. MUSK,<br><br>              Defendants. | Case No.: 3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>   v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>              Defendants. | Case No.: 3:18-cv-05899-EMC |

I, Laurence D. King, hereby declare as follows:

1. I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Support of Tempus International Fund SPC ("Tempus") and Opportunity Unique Fund Inc.'s ("OUF") Reply memorandum of points and authorities. If called as a witness, I could and would competently testify thereto to all facts within my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Gary Linford, dated October 30, 2018.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Alan Davidson, dated October 30, 2018.

4. Attached hereto as Exhibit C is a true and correct copy the Investment Management Agreement between Opportunity and Tempus, dated August 12, 2012 (redacted).

5. Attached hereto as Exhibit D is a true and correct copy the Investment Management Agreement between Opportunity and OUF, dated November 28, 2014 (redacted).

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Marcos Pinheiro, dated October 30, 2018.

7. Attached hereto as Exhibit F is a true and correct copy of Opportunity Unique Fund Inc.'s Certificate of Good Standing, obtained on October 25, 2018 from the Registrar of Corporate Affair for the British Virgin Islands Financial Services Commission.

8. Attached hereto as Exhibit G is a true and correct copy of a Register of Companies Search Report obtained from the British Virgin Islands Financial Services Commission, Registry of Corporate Affairs (obtained October 25, 2018).

9. Attached hereto as Exhibit H are true and correct copies of the following documents corresponding to the Summary of the Annulment:

    a. Summary of Habeas Corpus No. 149.250 – SP (2009/0192565-8), Superior Justice Tribunal, concerning Daniel Valente Dantas, published September 5, 2011 (English translation);

    b. Certification of translation provided by Transperfect, dated October 29, 2018; and

        c.    Original Portuguese Language Version of Summary of Habeas Corpus No. 149.250 – SP (2009/0192565-8), Superior Justice Tribunal, concerning Daniel Valente Dantas.

10. Attached hereto as Exhibit I are true and correct copies of the following documents corresponding to the Superior Justice Tribunal's Annulment:

        a.    Report, Summary and Vote - Habeas Corpus No. 149.250 – SP (2009/0192565-8), Superior Justice Tribunal, concerning Daniel Valente Dantas (English translation) (with highlighting added by counsel);

        b.    Certification of translation provided by Transperfect, dated October 29, 2018; and

        c.    Original Portuguese Language Version of Summary, Report and Vote of Habeas Corpus No. 149.250 – SP (2009/0192565-8), Superior Justice Tribunal, concerning Daniel Valente Dantas.

11. Attached hereto as Exhibit J are true and correct copies of the following documents corresponding to the Supremo Tribunal Federal's (Federal Supreme Court) dismissal of appeal and confirmation of annulment:

        a.    Extraordinary Appeal 680.967 Federal District, dated June 24, 2015 (English translation).

        b.    Certification of translation provided by Transperfect, dated October 29, 2018; and

        c.    Original Portuguese Language Version of Extraordinary Appeal 680.967 Federal District, dated June 24, 2015.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of October at San Francisco, California.

                                          /s/ *Laurence D. King*
                                          Laurence D. King