# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.: 3:18-cv-04865-EMC<br><br>**DECLARATION OF GARY LINFORD IN FURTHER SUPPORT OF THE MOTION OF TEMPUS INTERNATIONAL FUND SPC AND OPPORTUNITY UNIQUE FUND INC.'S MOTION FOR (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF THEIR CHOICE OF LEAD COUNSEL** |

[Additional Captions Omitted]

I, Gary Linford, declare the following under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C § 1746 as follows:

1. I am currently a member of the board of directors of Tempus International Fund SPC ("Tempus").

2. The other member of Tempus's board is John Lewis.

3. By Section 2.2 (p) of the Investment Manager Agreement dated August 12, 2012 between Tempus and Opportunity Gestão Internacional De Recursos Ltda. (now known as Opportunity Gestão de Investimentos e Recursos Ltda. ("Opportunity"), Opportunity, as investment manager, is authorized to bring lawsuits on behalf of Tempus.

4. I have personal knowledge that Opportunity sought lead plaintiff status for Tempus on October 9, 2018 and I hereby ratify such action.

Dated:  October 30, 2018

_____
Gary Linford
Director of Tempus International Fund SPC