# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.: 3:18-cv-04865-EMC<br><br>**DECLARATION OF ALAN DAVIDSON IN FURTHER SUPPORT OF THE MOTION OF TEMPUS INTERNATIONAL FUND SPC AND OPPORTUNITY UNIQUE FUND INC.'S MOTION FOR (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF THEIR CHOICE OF LEAD COUNSEL** |

[Additional Captions Omitted]

I, Alan Davidson, declare the following under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C § 1746 as follows:

1. I am currently a member of the board of directors of Opportunity Unique Fund Inc. ("OUF").

2. The other member of OUF's board is Ian McConnell.

3. By Section 2.2 (r) of the Investment Manager Agreement dated November 28, 2014 between OUF and Opportunity Gestão Internacional De Recursos Ltda. (now known as Opportunity Gestão de Investimentos e Recursos Ltda. ("Opportunity"), Opportunity, as investment manager, is authorized to bring lawsuits on behalf of OUF.

4. I have personal knowledge that Opportunity sought lead plaintiff status for OUF on October 9, 2018 and I hereby ratify such action.

Dated: October 30, 2018

Alan Davidson
Director of Opportunity Unique Fund Inc.