# EXHIBIT G



**BVI Financial Services Commission, Registry of Corporate Affairs**
# Register of Companies Search Report

**Date of Search :** 25/10/2018
This search is accurate as at the Search Date above.

| | |
|---|---|
| **Company Name :** | Opportunity Unique Fund Inc. |
| **Company Number :** | 508804 |
| **Company Type :** | BC Re-registration |
| **Date of Incorporation / Registration :** | 12/08/2002 |

**Current Status :**

| | |
|---|---|
| Status Description: | Active |
| Status Date: | 06/05/2013 |
| Re-registration Type: | Automatic |
| Re-registration date: | 01/01/2007 |
| Current Registered Agent: | HARNEYS CORPORATE SERVICES LIMITED |
| Current Registered Agent Address: | Craigmuir Chambers<br>Road Town<br>Tortola<br>British Virgin Islands<br>VG1110<br>VIRGIN ISLANDS, BRITISH |
| Current Registered Agent Phone Number: | 284-494-2233 |
| Current Registered Agent Fax Number: | 284-494-3547 |
| Current Registered Office : | HWR Services Limited<br>P.O. Box 71<br>Road Town, Tortola<br>Road Town, Tortola<br>VIRGIN ISLANDS, BRITISH |
| Telephone: | |
| Agent Fax: | |
| Director Register Type : | Private |

**Share/Capital Information:**

| | |
|---|---|
| Ability to Issue Bearer Shares: | No |

**Previous Names History**

| | | | Date Range or Cease Date | |
|---|---|---|---|---|
| S.No | Previous Name | Foreign Character Name | From | To |
| 1 | GLOBAL HEDGE INVESTMENT FUND INC. | | 12/08/2002 | 13/10/2003 |
| 2 | Opportunity Unique Fund Inc. | | 13/10/2003 | |

**Transaction History**

| S.No | Date | Transaction Number | Description | Status | Eforms/Attachments |
|---|---|---|---|---|---|
| 1 | 12/08/2002 | T020017069 | Application for Incorporation (IBC) | Approved | General Filing |
| | | | | | General Filing - General Filing |
| 2 | 23/10/2002 | T020017070 | IBC Amendment of Memorandum and Articles | Approved | General Filing |
| | | | | | General Filing - General Filing |
| 3 | 16/05/2003 | T030019095 | IBC Request for Certificate of Goodstanding/Certified Certificates | Approved | General Filing |
| | | | | | General Filing - General Filing |
| 4 | 13/10/2003 | T030019093 | IBC Application for Change of Name | Approved | General Filing |
| | | | | | General Filing - General Filing |
| 5 | 12/01/2004 | T040057793 | IBC Request for Certificate of Goodstanding/Certified Certificates | Approved | General Filing |
| | | | | | General Filing - General Filing |
| 6 | 11/01/2006 | T060080640 | IBC Request for Certificate of Goodstanding/Certified Certificates | Approved | General Filing |
| | | | | | General Filing - General Filing |
| 7 | 29/09/2006 | T060080642 | IBC Amendment of Memorandum and Articles | Approved | General Filing |
| | | | | | General Filing - General Filing |
| 8 | 26/03/2007 | T070973214 | Originally Signed Certificate of Goodstanding | Approved | General Filing |
| | | | | | General Filing - General Filing |
| 9 | 26/03/2007 | T070143724 | Request for Certificate of Goodstanding | Approved | General Filing |
| | | | | | General Filing - General Filing |
| 10 | 02/11/2007 | T070731272 | Application for Registration of Charge | Approved | Application For Registration Of Charge |
| | | | | | The attached particulars of the charge are an accurate description of it |
| | | | | | The attached particulars of the charge are an accurate description of it |
| | | | | | The attached particulars of the charge are an accurate description of it |
| | | | | | The attached particulars of the charge are an accurate description of it |
| 11 | 30/11/2007 | T070892919 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 12 | 26/02/2008 | T080106500 | Amendments of Memorandum and / Or Articles of Association | Approved | Amendments Of Memorandum And Or Articles Of Association |
| | | | | | The attachment restated memorandum/articles incorporates the amendment made |
| 13 | 14/03/2008 | T080142244 | Request for Certifications (BC) | Approved | Request for Certifications |
| 14 | 05/06/2008 | T080453890 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 15 | 07/07/2008 | T080516048 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 16 | 05/12/2008 | T080867511 | Amendments of Memorandum and / Or Articles of Association | Approved | Amendments Of Memorandum And Or Articles Of Association |
| | | | | | The attachment restated memorandum/articles incorporates the amendment made |

| # | Date | Transaction No. | Type | Status | Description |
|---|---|---|---|---|---|
| 17 | 02/07/2009 | T090416131 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 18 | 28/10/2010 | T100661294 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 19 | 22/12/2010 | T100876351 | Amendments of Memorandum and / Or Articles of Association | Approved | Amendments Of Memorandum And Or Articles Of Association |
| | | | | | The attachment restated memorandum/articles incorporates the amendment made |
| 20 | 30/08/2011 | T110587205 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 21 | 10/11/2011 | T110748660 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 22 | 04/01/2012 | T120952827 | Originally Signed Certified certificate of Incorporation BC | Approved | General Filing |
| | | | | | General Filing - General Filing |
| 23 | 04/01/2012 | T120006541 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 24 | 04/01/2012 | T120006542 | Request for Certifications (BC) | Approved | Request for Certifications |
| 25 | 13/01/2012 | T120952828 | Originally Signed Certified certificate of name change BC | Approved | General Filing |
| | | | | | General Filing - General Filing |
| 26 | 13/01/2012 | T120020405 | Request for Certifications (BC) | Approved | Request for Certifications |
| 27 | 13/06/2012 | T120452429 | Request for Certifications (BC) | Approved | Request for Certifications |
| 28 | 13/06/2012 | T120452435 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 29 | 06/05/2013 | T130248921 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 30 | 09/05/2013 | T130259455 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 31 | 30/07/2013 | T130538431 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 32 | 22/01/2014 | T140035651 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 33 | 27/03/2014 | T140147876 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 34 | 30/06/2015 | T150504146 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 35 | 18/03/2016 | T160119259 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 36 | 22/04/2016 | T160182118 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 37 | 25/10/2016 | T160897180 | Register of Members or Directors | Approved | Register of Directors |
| 38 | 22/02/2017 | T170346986 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |
| 39 | 27/02/2017 | T170358394 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 40 | 03/05/2017 | T170675532 | Amendments of Memorandum and / Or Articles of Association | Approved | Amendments Of Memorandum And Or Articles Of Association |
| | | | | | The attachment restated memorandum/articles incorporates the amendment made |
| 41 | 14/03/2018 | T180168109 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 42 | 16/04/2018 | T180243555 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Good Standing |

**Certificate History**

| S.No | Transaction No. | Type of Certificate | Date of Filing |
|---|---|---|---|
| 1 | T070731272 | Certificate of Registration of Charge | 02/11/2007 |
| 2 | T070731272 | Certificate of Registration of Charge | 02/11/2007 |
| 3 | T070731272 | Certificate of Registration of Charge | 02/11/2007 |

| 4 | T070731272 | Certificate of Registration of Charge | 02/11/2007 |
| 5 | T080516048 | Certificate of Good Standing | 07/07/2008 |
| 6 | T110587205 | Certificate of Good Standing | 30/08/2011 |
| 7 | T120006541 | Certificate of Good Standing | 04/01/2012 |
| 8 | T120006542 | Certified Certificate of Incorporation - IBC - Sections 14 & 15 | 04/01/2012 |
| 9 | T120020405 | Certified Certificate of Incorporation (Name Change)-IBC- Sec 11 | 13/01/2012 |
| 10 | T120452429 | Certified Certificate of Incorporation (Name Change)-IBC- Sec 11 | 13/06/2012 |
| 11 | T120452435 | Certificate of Good Standing | 13/06/2012 |
| 12 | T130248921 | Certificate of Restoration | 06/05/2013 |
| 13 | T130259455 | Certificate of Good Standing | 09/05/2013 |
| 14 | T140035651 | Certificate of Good Standing | 22/01/2014 |
| 15 | T160182118 | Certificate of Good Standing | 22/04/2016 |
| 16 | T170346986 | Certificate of Good Standing | 22/02/2017 |
| 17 | T180243555 | Certificate of Good Standing | 16/04/2018 |

**DISCLAIMER:**

Although care has been taken to ensure the accuracy, completeness and reliability of the information provided through the use of this service ("the Information"), neither the Registrar of Corporate Affairs ("the Registrar") nor the Financial Services Commission ("the Commission") assumes any responsibility for the accuracy, completeness and reliability of the Information. This report does not reflect any transactions that may be submitted and not yet registered, or other changes for which the Registrar has not received notice. The user of the Information agrees that the Information is subject to change without notice, and neither the Registrar nor the Commission is responsible for any discrepancies that may result if a transaction is approved for filing after the issuance of this report. Neither the Registrar nor the Commission assumes any responsibility for the consequences of use of the Information, nor for any infringement of third party intellectual property rights which may result from its use. In no event shall the Commission or the Registrar be liable for any direct, indirect, special or incidental damage resulting from, arising out of or in connection with the use of the Information.