EXHIBIT H-1

# Superior Justice Tribunal

ELECTRONIC COURT GAZETTE
Issue No. 885 - Brasilia, Available: Friday, September 02, 2011 Published: Monday, September 05, 2011

**HABEAS CORPUS No. 149.250 - SP (2009/0192565-8)**

| | | |
|---|---|---|
| **RAPPORTEUR** | : | JUSTICE ADILSON VIEIRA MACABU (JUSTICE CALLED FROM THE TR/RJ) |
| PETITIONER | : | ANDREI ZENKNER SCHMIDT ET AL |
| LAWYER | : | TIAGO CEDRAZ LEITE OLIVEIRA |
| DEFENDANT | : | FEDERAL REGIONAL COURT OF THE 3rd REGION |
| CLIENT | : | DANIEL VALENTE DANTAS |

### SUMMARY

PENAL AND CRIMINAL PROCEEDINGS. *HABEAS CORPUS*. OPERATION SATIAGRAHA. IRREGULAR, IMPROPERLY PROVEN PARTICIPATION OF MANY EMPLOYEES OF THE BRAZILIAN INFORMATION AGENCY (ABIN) AND A FORMER SNI PUBLIC SERVANT IN AN INVESTIGATION CONDUCTED BY THE FEDERAL POLICE. MANIFEST ABUSE OF POWER. IMPOSSIBILITY OF CONSIDERING THE ACTION CARRIED OUT AS AN EXCEPTIONAL CASE, PERMITTING DATA SHARING BETWEEN BODIES OF THE BRAZILIAN INTELLIGENCE SYSTEM. LACK OF A LAW AUTHORIZING IT. CLEAR OCCURRENCE OF STATE INTROMISSION, ABUSIVE AND ILLEGAL IN PRIVATE LIFE, IN THIS SPECIFIC CASE. VIOLATIONS OF HONOR, IMAGE AND DIGNITY OF THE HUMAN PERSON. IMPROPER OBTAINMENT OF UNLAWFUL EVIDENCE, AS IT WAS GATHERED IN BREACH OF LAW. LACK OF REASONABLENESS. NULLITIES VERIFIED IN THE PRE-PROCEDURAL PHASE, AND EXHAUSTIVELY DEMONSTRATED, MAR FUTURE CRIMINAL ACTIONS. BREACH OF VARIOUS PROVISIONS OF LAW. BREACH OF THE PRINCIPLES OF LEGALITY, IMPARTIALITY AND DUE LEGAL PROCESS UNQUESTIONABLY DEFINED. THE JUDGE'S AUTHORITY IS DIRECTLY LINKED TO HIS INDEPENDENCE IN JUDGING AND IMPARTIALITY. A COURT DECISION CANNOT BE DICTATED BY SUBJECTIVE CRITERIA, GOVERNED BY THE ABUSE OF POWER OR BEYOND LEGAL PARAMETERS. THESE REQUIREMENTS RESULT FROM DEMOCRATIC PRINCIPLES AND FROM THE INDIVIDUAL RIGHTS AND GUARANTEES SET FORTH IN THE CONSTITUTION. NULLITY OF THE PROCEDURES, ANNULLING, FROM THE BEGINNING, THE CRIMINAL ACTION.

# Superior Justice Tribunal

**ELECTRONIC COURT GAZETTE**
Issue No. 885 - Brasilia, Available: Friday, September 02, 2011 Published: Monday, September 05, 2011

1. A detailed analysis of the 11 (eleven) volumes that comprise the HC shows that there is a significant amount of evidence to confirm, **in full**, the undue, flagrantly illegal and abusive participation of ABIN and of the private investigator hired by the Police Chief responsible for heading up Operation Satiagraha.

2. There was no data sharing between ABIN and the Federal Police, given that the situation in the case records does not fall under the exceptions provided for under Law No. 9.883/99.

3. We live in a democratic rule of law, in which, as Professor Ada Pellegrini Grinover explains, *in* "Nullities in Criminal Proceedings," "**the right to evidence is limited in that it constitutes the guarantees of adversary proceedings and full defense, so that the exercise of such cannot exceed the limits of the law and, above all, of the Constitution.**"

4. In the case in question, the damage caused by the investigations carried out in violation of the law is unquestionable, and they do not remedy it, from any angle that the matter may be analyzed, since the nullity of the procedures carried out by the ABIN agents and a former agent of SNI, is manifest, and in violation of the law.

5. We must point out, as appropriate, that the judge must strictly follow penal law, and cannot depart therefrom unless he recklessly risks following, alone, a tortuous path of subjectivity which, quite often, leads to an odious loss of impartiality. He must never lose sight of the importance of democracy and the democratic rule of law.

6. There is therefore no question that such evidence is irremediably tainted and must be considered to be unlawful and inadmissible, circumstances which make it devoid of any legal effect, in accordance with the position already recognized by well-established legal writing and backed by extensive jurisprudence of our courts.

# Superior Justice Tribunal

**ELECTRONIC COURT GAZETTE**
Issue No. 885 - Brasilia, Available: Friday, September 02, 2011 Published: Monday, September 05, 2011

7. In light of the foregoing, **I hereby order the annulment**, of all evidence produced, in particular that of procedures No. 2007.61.81.010208-7 (telephone surveillance), No. 2007.61.81.011419-3 (telephone surveillance), and No. 2008.61.81.008291-3 (controlled action), and other related procedures, also annulling, **from the outset**, the criminal action, in the same vein as the well-prepared opinion drawn up by the Federal Office of the Attorney General.

## JUDGMENT

Continuing with the trial, the case records, which include the above having examined, reported and discussed, the Justices of the Fifth Panel of the Superior Court of Justice, by majority, agree to grant the order, in accordance with the vote of the Rapporteur Justice. Justices Napoleão Nunes Maia Filho and Jorge Mussi voted together with the Rapporteur Justice.

Dissenting votes by Justice Gilson Dipp and Justice Laurita Vaz, who denied the order.

Absent, with justification, from this session, Justice Gilson Dipp.

IN THE SESSION OF 03/01/2011: HON. ANDREI ZENKNER SCHMIDT (BY AGREEMENT) MADE ORAL ARGUMENTS

Brasília (DF), June 7, 2011 (Date of Trial).

Justice Jorge Mussi
Chief

Justice Adilson Vieira Macabu (Justice CALLED FROM THE TR/RJ)
Rapporteur

# EXHIBIT H-2



City of New York, State of New York, County of New York

I, Jordan Johnson, hereby certify that the document "HABEAS CORPUS No. 149.250 - SP (2009-0192565-8) Summary and Judgment dated June 7 2011" is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English

*Jordan Johnson*

Sworn to before me this
October 29, 2018

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE

EXHIBIT H-3

*Superior Tribunal de Justiça*
**DIÁRIO DA JUSTIÇA ELETRÔNICO**
Edição nº 885 - Brasília, Disponibilização: Sexta-feira, 02 de Setembro de 2011   Publicação: Segunda-feira, 05 de Setembro de 2011

**HABEAS CORPUS Nº 149.250 - SP (2009/0192565-8)**

| | | |
|---|---|---|
| **RELATOR** | : | **MINISTRO ADILSON VIEIRA MACABU (DESEMBARGADOR CONVOCADO DO TJ/RJ)** |
| IMPETRANTE | : | ANDREI ZENKNER SCHMIDT E OUTROS |
| ADVOGADO | : | TIAGO CEDRAZ LEITE OLIVEIRA |
| IMPETRADO | : | TRIBUNAL REGIONAL FEDERAL DA 3A REGIÃO |
| PACIENTE | : | DANIEL VALENTE DANTAS |

**EMENTA**

PENAL E PROCESSO PENAL. *HABEAS CORPUS*. OPERAÇÃO SATIAGRAHA. PARTICIPAÇÃO IRREGULAR, INDUVIDOSAMENTE COMPROVADA, DE DEZENAS DE FUNCIONÁRIOS DA AGÊNCIA BRASILEIRA DE INFORMAÇÃO (ABIN) E DE EX-SERVIDOR DO SNI, EM INVESTIGAÇÃO CONDUZIDA PELA POLÍCIA FEDERAL. MANIFESTO ABUSO DE PODER. IMPOSSIBILIDADE DE CONSIDERAR-SE A ATUAÇÃO EFETIVADA COMO HIPÓTESE EXCEPCIONALÍSSIMA, CAPAZ DE PERMITIR COMPARTILHAMENTO DE DADOS ENTRE ÓRGÃOS INTEGRANTES DO SISTEMA BRASILEIRO DE INTELIGÊNCIA. INEXISTÊNCIA DE PRECEITO LEGAL AUTORIZANDO-A. PATENTE A OCORRÊNCIA DE INTROMISSÃO ESTATAL, ABUSIVA E ILEGAL NA ESFERA DA VIDA PRIVADA, NO CASO CONCRETO. VIOLAÇÕES DA HONRA, DA IMAGEM E DA DIGNIDADE DA PESSOA HUMANA. INDEVIDA OBTENÇÃO DE PROVA ILÍCITA, PORQUANTO COLHIDA EM DESCONFORMIDADE COM PRECEITO LEGAL. AUSÊNCIA DE RAZOABILIDADE. AS NULIDADES VERIFICADAS NA FASE PRÉ-PROCESSUAL, E DEMONSTRADAS À EXAUSTÃO, CONTAMINAM FUTURA AÇÃO PENAL. INFRINGÊNCIA A DIVERSOS DISPOSITIVOS DE LEI. CONTRARIEDADE AOS PRINCÍPIOS DA LEGALIDADE, DA IMPARCIALIDADE E DO DEVIDO PROCESSO LEGAL INQUESTIONAVELMENTE CARACTERIZADA. A AUTORIDADE DO JUIZ ESTÁ DIRETAMENTE LIGADA À SUA INDEPENDÊNCIA AO JULGAR E À IMPARCIALIDADE. UMA DECISÃO JUDICIAL NÃO PODE SER DITADA POR CRITÉRIOS SUBJETIVOS, NORTEADA PELO ABUSO DE PODER OU DISTANCIADA DOS PARÂMETROS

Case 3:18-cv-04865-EMC   Document 125-8   Filed 10/30/18   Page 9 of 10

*Superior Tribunal de Justiça*
**DIÁRIO DA JUSTIÇA ELETRÔNICO**
Edição nº 885 - Brasília, Disponibilização: Sexta-feira, 02 de Setembro de 2011   Publicação: Segunda-feira, 05 de Setembro de 2011

LEGAIS. ESSAS EXIGÊNCIAS DECORREM DOS PRINCÍPIOS DEMOCRÁTICOS E DOS DIREITOS E GARANTIAS INDIVIDUAIS INSCRITOS NA CONSTITUIÇÃO. NULIDADE DOS PROCEDIMENTOS QUE SE IMPÕE, ANULANDO-SE, DESDE O INÍCIO, A AÇÃO PENAL.

1. Uma análise detida dos 11 (onze) volumes que compõem o HC demonstra que existe uma grande quantidade de provas aptas a confirmar, **cabalmente**, a participação indevida, flagrantemente ilegal e abusiva, da ABIN e do investigador particular contratado pelo Delegado responsável pela chefia da Operação Satiagraha.

2. Não há se falar em compartilhamento de dados entre a ABIN e a Polícia Federal, haja vista que a hipótese dos autos não se enquadra nas exceções previstas na Lei nº 9.883/99.

3. Vivemos em um Estado Democrático de Direito, no qual, como nos ensina a Profª. Ada Pellegrini Grinover, *in* "Nulidades no Processo Penal", "**o direito à prova está limitado, na medida em que constitui as garantias do contraditório e da ampla defesa, de sorte que o seu exercício não pode ultrapassar os limites da lei e, sobretudo, da Constituição.**"

4. No caso em exame, é inquestionável o prejuízo acarretado pelas investigações realizadas em desconformidade com as normas legais, e não convalescem, sob qualquer ângulo que seja analisada a questão, porquanto é manifesta a nulidade das diligências perpetradas pelos agentes da ABIN e um ex-agente do SNI, ao arrepio da lei.

5. Insta assinalar, por oportuno, que o juiz deve estrita fidelidade à lei penal, dela não podendo se afastar a não ser que imprudentemente se arrisque a percorrer, de forma isolada, o caminho tortuoso da subjetividade que, não poucas vezes, desemboca na odiosa perda da imparcialidade. Ele não deve, jamais, perder de vista a importância da democracia e do Estado Democrático de Direito.

6. Portanto, inexistem dúvidas de que tais provas estão irremediavelmente maculadas, devendo ser consideradas ilícitas e inadmissíveis, circunstâncias que as tornam

*Superior Tribunal de Justiça*
**DIÁRIO DA JUSTIÇA ELETRÔNICO**
Edição nº 885 - Brasília, Disponibilização: Sexta-feira, 02 de Setembro de 2011   Publicação: Segunda-feira, 05 de Setembro de 2011

destituídas de qualquer eficácia jurídica, consoante entendimento já cristalizado pela doutrina pacífica e lastreado na torrencial jurisprudência dos nossos tribunais.

7. Pelo exposto, **concedo a ordem para anular**, **todas as provas produzidas, em especial a dos procedimentos nº 2007.61.81.010208-7 (monitoramento telefônico), nº 2007.61.81.011419-3 (monitoramento telefônico), e nº 2008.61.81.008291-3 (ação controlada), e dos demais correlatos, anulando também, desde o início**, **a ação penal, na mesma esteira do bem elaborado parecer exarado pela douta Procuradoria da República**.

### ACÓRDÃO

Prosseguindo no julgamento, Vistos, relatados e discutidos os autos em que são partes as acima indicadas, acordam os Senhores Ministros da Quinta Turma do Superior Tribunal de Justiça, por maioria, em conceder a ordem, nos termos do voto do Sr. Ministro Relator.Os Srs. Ministros Napoleão Nunes Maia Filho e Jorge Mussi votaram com o Sr. Ministro Relator.

Votaram vencidos os Srs. Ministros Gilson Dipp e Ministra Laurita Vaz, que denegavam a ordem.

Ausente, justificadamente, nesta assentada, o Sr. Ministro Gilson Dipp.

SUSTENTOU ORALMENTE NA SESSÃO DE 01/03/2011: DR. ANDREI ZENKNER SCHMIDT (P/ PACTE)

Brasília (DF), 07 de junho de 2011(Data do Julgamento).

Ministro Jorge Mussi
Presidente

Ministro Adilson Vieira Macabu (desembargador Convocado do Tj/rj)
Relator