1  Michael W. Stocker (179083)
   Reed R. Kathrein (139304)
2  Kristen McCulloch (177558)
   Danielle Smith (291237)
3  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Ave., Suite 202
4  Berkeley, CA  94710
   Telephone: (510) 725-3000
5  Facsimile:  (510) 725-3001
   mikes@hbsslaw.com
6  reed@hbsslaw.com
   kristenm@hbsslaw.com
7  danielles@hbsslaw.com

8  *Attorneys for Proposed Lead Plaintiff*

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  KALMAN ISAACS, Individually and on Behalf    Case No. 3:18-cv-04865-EMC
    of All Others Similarly Situated,

14                                               **DECLARATION OF REED R.**
                            Plaintiff,           **KATHREIN IN SUPPORT OF REPLY**
15                                               **MEMORANDUM OF LAW IN**
         v.                                      **FURTHER SUPPORT OF MOTION**
16                                               **OF JAMES JOHNSON FOR**
    ELON MUSK and TESLA, INC.,                   **CONSOLIDATION OF RELATED**
17                                               **CASES, APPOINTMENT AS LEAD**
                            Defendants.          **PLAINTIFF, AND APPROVAL OF**
18                                               **HIS SELECTION OF LEAD**
                                                 **COUNSEL**
19

20                                               Date:        November 15, 2018
                                                 Time:        1:30 p.m.
21                                               Courtroom:   5, 17th Floor
                                                 Judge:       Hon. Edward M. Chen
22

23                                               ORAL ARGUMENT REQUESTED

    ──────────────────────────────────
24  WILLIAM CHAMBERLAIN, Individually and        Case No. 3:18-cv-04876-EMC
    on Behalf of All Others Similarly Situated,

25                            Plaintiff,

26       v.

27  TESLA, INC. and ELON MUSK,

28

|  |  |
|---|---|
| Defendants. |  |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No.3:18-cv-04912-EMC |
| CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04948-EMC |
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK<br><br>Defendants. | Case No. 3:18-cv-05258-EMC |

| | |
|---|---|
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-05463-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON R. MUSK, | |
| Defendants. | |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-05470-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON R. MUSK, | |
| Defendants. | |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-05899-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, | |
| Defendants. | |

1    **REED R. KATHREIN** declares the following under the penalties of perjury:

2        1.      I am a partner at Hagens Berman Sobol Shapiro LLP.  I submit this declaration in

3    further support of the Motion of James Johnson for Consolidation of Related Actions, Appointment

4    as Lead Plaintiff, and Approval of His Selection of Counsel.

5        2.      Attached hereto as **Exhibit A** is a true and correct copy of the Declaration Of James

6    Johnson In Support Of Memorandum Of Law In Further Support Of Motion Of James Johnson For

7    Appointment As Lead Plaintiff, And Approval Of His Selection Of Lead Counsel; And In

8    Opposition To Competing Motions ("Johnson Decl.").

9        3.      Attached hereto as **Exhibit B** are separate charts for each movant summarizing the

10   criticisms of each by other movants.

11       4.      Attached hereto as **Exhibit C** is a true and correct copy of a printout of Dany David's

12   LinkedIn Profile page.

13       5.      Attached hereto as **Exhibit D** is a true and correct copy of the October 12, 2018

14   Motion to Amend the Order for Appointment of Co-Lead Plaintiffs and Co-Lead Counsel in the

15   derivative action filed in the Delaware Chancery Court, *In re Tesla Motors, Inc. Stockholder Litig.*,

16   C.A. No. 12711-VCS (Del. Ch.) (the "Delaware Tesla Derivative Action"), in which Robbins Geller

17   Rudman & Dowd LLP and Labaton Sucharow LLP's were appointed as Co-Lead Counsel before

18   Labaton Sucharow LLP was granted its requested for withdrawal on October 19, 2018.

19       6.      Attached hereto as **Exhibit E** is a true and correct copy of the March 5, 2018 request

20   to stay the federal derivative action in favor of the "Tesla Derivative Action" filed in the U.S.

21   District Court for the District of Delaware, *In re Tesla Motors, Inc. Stockholder Litig.*, Case No. 17-

22   317-VAC-CJB (the "Federal Tesla Derivative Action"), in which Robbins Geller Rudman & Dowd

23   LLP was appointed as Co-Lead Counsel.

24       7.      Attached hereto as **Exhibit F** is a true and correct copy of the May 4, 2018 Joint

25   Status Conference Statement in which Robbins Geller Rudman & Dowd LLP updated the Delaware

26   District Court in the Federal Tesla Derivative Action on the status of the Delaware Tesla Derivative

27   Action.

28

1       Executed in Berkeley, CA this 30th day of October, 2018.

2

3                     */s/ Reed R. Kathrein*

                          Reed R. Kathrein