# Exhibit A

| | |
|---|---|
| 1 | Michael W. Stocker (179083) |
| | Reed R. Kathrein (139304) |
| 2 | Kristen McCulloch (177558) |
| | Danielle Smith (291237) |
| 3 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 715 Hearst Ave., Suite 202 |
| 4 | Berkeley, CA  94710 |
| | Telephone: (510) 725-3000 |
| 5 | Facsimile:  (510) 725-3001 |
| | mikes@hbsslaw.com |
| 6 | reed@hbsslaw.com |
| | kristenm@hbsslaw.com |
| 7 | danielles@hbsslaw.com |

*Attorneys for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04865-EMC |
| Plaintiff, | **DECLARATION OF JAMES JOHNSON IN SUPPORT OF MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF JAMES JOHNSON FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL; AND IN OPPOSITION TO COMPETING MOTIONS** |
| v. | |
| ELON MUSK and TESLA, INC., | |
| Defendants. | |
| | Date:       November 15, 2018 |
| | Time:       1:30 p.m. |
| | Courtroom:  5, 17th Floor |
| | Judge:      Hon. Edward M. Chen |
| | ORAL ARGUMENT REQUESTED |
| WILLIAM CHAMBERLAIN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-04876-EMC |
| Plaintiff, | |
| v. | |
| TESLA, INC. and ELON MUSK, | |

010768-11 1075733 V1

| | |
|---|---|
| Defendants. | |
| JOHN YEAGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04912-EMC |
| CARLOS MAIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>Defendants. | Case No. 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:18-cv-04948-EMC |
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC. and ELON R. MUSK<br><br>Defendants. | Case No. 3:18-cv-05258-EMC |

010768-11 1075733 V1

| | |
|---|---|
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>        Defendants. | Case No. 3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>TESLA, INC. and ELON R. MUSK,<br><br>        Defendants. | Case No. 3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>        Defendants. | Case No. 3:18-cv-05899-EMC |

010768-11 1075733 V1

1    **I, JAMES JOHNSON,** declare the following under the penalties of perjury:

2    1.    I respectfully submit this Declaration in support of the memorandum of law in further support of the motion for the appointment of me, James Johnson, as lead plaintiff, and approval of my selection of lead counsel and in opposition to competing motions. I have personal knowledge regarding the information in this Declaration.

2.    I have only purchased Tesla, Inc. common stock for a long-term position.

3.    I have never shorted Tesla, Inc. common stock.

4.    I have never bought or sold Tesla put or call options.

5.    Prior to August 7, 2018 (i.e., the beginning of the class period), I did not have a current position in Tesla common stock, or any other Tesla securities. My purchases of Tesla, Inc. common stock during the class period were new purchases based on the public Twitter messages of Elon Musk.

6.    A true and correct copy of my resume was previously attached as Exhibit A to the Declaration of Reed R. Kathrein In Support Of Memorandum Of Law In Further Support Of Motion Of James Johnson For Appointment As Lead Plaintiff, And Approval Of His Selection Of Lead Counsel; And In Opposition To Competing Motions (ECF No. 114-1).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true to the best of my knowledge.

Executed in Irvine, CA this 30th day of October, 2018.


James Johnson