# Exhibit C

in  Q Search

MILLION DOLLAR ADVOCATES - The TopTrial Laywers In America. Since 1993.   Ad  ...

Reactivate Premium

**Dany David** • 3rd
trader at New York Mercantile Exchange
Greater New York City Area

Message  ...

New York Mercantile Exchange
CW Post
See contact info
176 connections

## Experience

**trader**
New York Mercantile Exchange

## Education

**CW Post**
Bachelor's degree, Business Administration and Management, General
1983 – 1987

## Interests

**New York Mercantile Exchange**
1,209 followers

**Promoted**

**Attorney Needed ASAP**
Crucial need for local attorney in your area. View new cases toda

**The Top Trial Lawyers**
Million Dollar Advocates Forum Since 1993. Are you qualified?

**Reach Legal Media**
New Press Release Distribution Network for Legal Industry

**People Also Viewed**

**Elysse Schiller** • 3rd
Trader

**Anthony Volpe** • 3rd
Commodity Futures Broker

**Chris Kenny** • 3rd
Derivatives Trader

**Daniel Cotty** • 3rd
Trading Floor Operations at C.M Group

**Mitchell Steinhause**
independent trader at self emplo

**Jeffrey Lowy** • 3rd
Metals Trader at Empire Resourc

**Liam Carroll** • 3rd
Owner, New York Mercantile Exc

**Traci Carr**
HR Manager at NYMEX

**Jessica Vivian** • 3rd
EVP at NYMEX

**Charles Organ** • 3rd
Market Reporter at CME Group/ for new opportunities

**Learn the skills Dany has**

Product Management Building a Product St
Viewers: 31,122

Financial Record Keep
Viewers: 10,182

Managing in Difficult
Viewers: 6,952

Messaging