# Exhibit D

EFiled:  Oct 12 2018 10:49AM EDT
Transaction ID 62553479
Case No. 12711-VCS

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE TESLA MOTORS, INC. | ) | Consolidated |
| STOCKHOLDER LITIGATION | ) | C.A. No. 12711-VCS |

## MOTION TO AMEND THE ORDER FOR
## APPOINTMENT OF CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL

Co-Lead Plaintiff Boston Retirement System ("Boston") hereby moves to amend the Order for Appointment of Co-Lead Plaintiffs and Co-Lead Counsel, entered October 10, 2016 (Trans. ID No. 59677113), to have Boston withdrawn as a Co-Lead Plaintiff in this action.

1.     Boston presently is one of seven Co-Lead Plaintiffs in this Action.

2.     After consulting its counsel, Labaton Sucharow LLP, who has withdrawn from this litigation (Trans. ID 62528241), Boston has determined to withdraw as a Co-Lead Plaintiff.

3.     Plaintiffs will continue to be represented by six other Co-Lead Plaintiffs, each of which is a sophisticated institutional investor represented by experienced counsel.  Boston's withdrawal will therefore not have an adverse effect on this litigation.

Wherefore, Boston respectfully requests that the Court grant its motion.

OF COUNSEL:

KESSLER TOPAZ MELTZER
& CHECK, LLP
Lee D. Rudy
Eric L. Zagar
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

ROBBINS GELLER RUDMAN
& DOWD LLP
Randall J. Baron
David T. Wissbroecker
Maxwell R. Huffman
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058


Dated:  October 12, 2018

GRANT & EISENHOFER P.A.

 */s/ James J. Sabella*
Jay W. Eisenhofer (#2864)
James J. Sabella (#5124)
Christine M. Mackintosh (#5085)
Kelly L. Tucker (#6382)
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
**WORDS:  123**

*Counsel for Co-Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I, James J. Sabella, hereby certify that on this 12th day of October, 2018, I caused a copy of the foregoing Motion to Amend the Order for Appointment of Co-Lead Plaintiffs and Co-Lead Counsel to be served via File & ServeXpress upon the following attorneys of record:

David E. Ross, Esq.
Garrett B. Moritz, Esq.
Benjamin Z. Grossberg, Esq.
ROSS ARONSTAM & MORITZ LLP
100 S. West Street
Suite 400
Wilmington, DE 19801

Kevin R. Shannon, Esq.
Berton W. Ashman, Jr., Esq.
Jaclyn C. Levy, Esq.
Jay G. Stirling, Esq.
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801


 */s/ James J. Sabella*
James J. Sabella (Bar No. 5124)