# Exhibit F

May 4, 2018

Honorable Christopher J. Burke
United States Magistrate Judge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28
Room 2325
Wilmington, DE 19801-3555

          **Re:**    *In re Tesla, Inc. Stockholder Litigation*,
                 **No. 1:17-cv-00317-VAC-CJB (D. Del.)**

Dear Judge Burke:

      This letter is jointly submitted on behalf of Co-Lead Plaintiffs and Defendants pursuant to the Court's March 6, 2018 Minute Order, which requests that within 60 days of the entry of that Order, the parties "provide the Court with a joint status report letter . . . regarding (1) the status of the pending motion to dismiss in the Chancery Court action and (2) its effect on the stay in the instant case." (Dkt. No. 37).

      On March 28, 2018, the Court of Chancery issued a Memorandum Opinion in which it denied Defendants' motion to dismiss. *See In re Tesla Motors, Inc. Stockholder Litigation*, C.A. No. 12711-VCS, 2018 Del. Ch. LEXIS 102 (Del. Ch. Mar. 28, 2018). On April 9, 2018, pursuant to Delaware Supreme Court Rule 42, Defendants filed an application in the Chancery Court for certification of an interlocutory appeal of that Memorandum Opinion. On April 27, 2018, that application was denied. That same day, Defendants petitioned the Delaware Supreme Court to hear their interlocutory appeal. On May 3, 2018, the Supreme Court refused to hear that appeal.

      Pursuant to Paragraph 2 of the stipulation and order filed by the parties on March 5, 2018 and entered by the Court on March 6, 2018, the stay shall continue *sine die* subject to further agreement of the parties and order of the Court. Given the substantial overlap between the Chancery Court action and this action, the parties believe it would serve the interests of justice and judicial efficiency to continue the stay of the action in this Court.

      We are available at the Court's convenience should the Court have any questions regarding this submission.

Hon. Christopher J. Burke
May 4, 2018
Page 2

|  | Respectfully submitted, |
|---|---|
| **ROSS ARONSTAM & MORITZ LLP** | **GRANT & EISENHOFER P.A.** |
| /s/ *Garrett B. Moritz* | /s/ *Michael T. Manuel* |
| David E. Ross (#5228) | James J. Sabella (#5124) |
| Garrett B. Moritz (#5646) | Michael T. Manuel (#6055) |
| 100 S. West Street, Suite 400 | Kelly L. Tucker (#6382) |
| Wilmington, DE 19801 | 123 Justison Street |
| (302) 576-1600 | Wilmington, DE 19801 |
| | (302) 622-7000 |
| **WACHTELL, LIPTON, ROSEN & KATZ** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| William Savitt | Randall J. Baron |
| Steven P. Winter | David T. Wissbroecker |
| 51 West 52nd Street | Maxwell R. Huffman |
| New York, NY 10019 | 655 West Broadway, Suite 1900 |
| (212) 403-1000 | San Diego, CA 92101 |
| | (619) 231-1058 |
| *Counsel for Defendants* | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| | Lee D. Rudy |
| | Eric L. Zagar |
| | Kristen L. Ross |
| | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| | (610) 667-7706 |
| | *Co-Lead Counsel for Plaintiffs* |