# EXHIBIT 1

## FINANCIAL INTEREST OF MOVANTS

### Financial Interest of Tesla Common Stock Purchasers

| Movant | Purchased Shares | Gross Expenditure | Claimed Loss |
|---|---|---|---|
| First New York | 418,613 | $148,211,177.23 | $304,204.98 |
| James Johnson | 91,846 | $34,429,733.27 | $333,185.26 |
| Dany David[1] | 25,228 | $8,974,691.48 | $439,399.85 |

### Financial Interest of Tesla Derivative Securities Investors

| Movant | Purchased Options | Gross Expenditure | Claimed Loss |
|---|---|---|---|
| Glen Littleton | N/A[2] | $20,944,252.68 | $3,518,478.68 |
| Bridgestone[3] | N/A | $3,781,454.20 | $2,272,864.20 |

### Financial Interest of Tesla Short Sellers

| Movant | Covered Shares | Gross Expenditure | Claimed Loss |
|---|---|---|---|
| Tempus/ OUF | 177,022 | $66,551,474.11 | $15,871,345.00 |
| Tesla Investor Group (Andrew Left et al)[4] | 175,500 [5] | $63,358,926.73 | $4,582,035.74 |

---

[1] Approximately $1.1 million of Mr. David's purchases were made to cover (close) pre-Class Period short positions.

[2] Options traders reported a variety of transactions, including purchases and sales of calls, purchases and sales of puts, and expirations and assignments of various instruments. First New York takes no position as to the correct application of this *Olsten-Lax* factor to options trades.

[3] Bridgestone and Littleton also made *de minimus* common stock transactions.

[4] The Left-led Tesla Investor Group also claims stock and derivative losses, but the actions of Mr. Left, as the "group's spokesperson and liaison with counsel and the Court," (ECF No. 51-4, at 7) and a vocal short seller making public statements during this process, dominates the group.

[5] Includes both the Tesla Investor Groups' covered shares and common stock purchases but excludes the options transactions for the reason discussed *supra* at note 2.