# EXHIBIT 2

**First New York**
**Summary of Common Stock Transactions in Tesla, Inc.**
**August 7, 2018 - August 17, 2018**

|  | Shares | $ | Calculation |
|---|---|---|---|
| Total Holdings @ 08/06/2018 Close | 6,223 | | |
| Total Purchases in Losing Accounts: * | 213,913 | $ 75,416,191.54 | (1) |
| Total Sales in Losing Accounts: * | 213,913 | $ 74,981,521.76 | (2) |
| **Total Losses in Losing Accounts:** | | **$ (434,669.78)** | **(3) = (2) - (1)** |
| Total Purchases in Gaining Accounts: * | 207,098 | $ 73,527,846.57 | (4) |
| Total Sales in Gaining Accounts: * | 207,098 | $ 73,839,848.06 | (5) |
| Total Gains in Gaining Accounts | | $ 312,001.49 | (6) = (5) - (4) |
| Gains Allocable to Traders** | | $ 181,536.69 | (7) |
| **Gains Allocable to FNY** | | **$ 130,464.80** | **(8) = (6) - (7)** |
| **Loss Attributable to FNY** | | **$ (304,204.98)** | **(9) = (3) + (8)** |

\*  Excluding transactions to close out 08/06/2018 positions; Including transactions to close out 08/17/2018 positions, which were recorded on the next trading day.

\*\* Pursuant to agreements between First New York and the traders managing the relevant accounts, gains are allocable between First New York and the traders managing those accounts pursuant to set percentages.  The applicable percentages are used to calculate gains allocable to First New York here.