MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-4405
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ANDREW J. ENTWISTLE (*Pro hac Vice*)
aentwistle@entwistle-law.com
ARTHUR V. NEALON (*Pro hac Vice*)
anealon@entwistle-law.com
ROBERT N. CAPPUCCI (*Pro hac Vice*)
rcappucci@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

*Counsel for FNY Investment Advisers, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04865-EMC<br><br>Hon. Edward M. Chen<br><br>CLASS ACTION<br><br>REPLY DECLARATION OF SHAWN I. FISCHMAN IN FURTHER SUPPORT OF FNY INVESTMENT ADVISERS, LLC'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL<br><br>Date: November 15, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 17th Floor |

*[Additional captions appear on following pages]*

DECLARATION OF SHAWN I. FISCHMAN

CASE NO. 3:18-CV-04865- EMC

| | |
|---|---|
| WILLIAM CHAMBERLAIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04876-EMC |
| JOHN YEAGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04912-EMC |
| CARLOS MAIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04939-EMC |
| KEWAL DUA, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-04948-EMC |

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>　　　　　Defendants. | Case No.  3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>　　　　　Defendants. | Case No.  3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>　　　　　Defendants. | Case No. 3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>　　　　　Defendants. | Case No. 3:18-cv-05899-EMC |

I, Shawn I. Fischman, declare under penalty of perjury:

1. I am a member of the Bar of the State of New York and General Counsel and Chief Compliance Officer for FNY Investment Advisers, LLC ("First New York" or the "Firm"). I respectfully submit this Reply Declaration in Further Support of The Motion of FNY Investment Advisers, LLC for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

2. I am duly authorized by First New York to bring this litigation and to bind the Firm in this litigation.

3. As an international equity trading firm, First New York has both domestic and international trading desks at its offices in New York City. The Firm also has a trading entity in London.

4. First New York employs experienced traders, each of whom is highly educated and trained. Such traders benefit from state-of-the-art information systems that enable them to communicate with other market participants. Their capabilities include market monitoring, market and technical analysis and order entry. First New York's traders consistently follow news and other information disseminated in the market concerning the companies in which they invest. Specifically, through press releases and other public statements issued by such companies, as well as analyst research reports and issuer conference calls, First New York traders are continually reviewing market news and information affecting their investments. Accordingly, traders at First New York make trading decisions based on news and other information disseminated to the market by publicly traded companies, such as Tesla, Inc. ("Tesla").

5. First New York serves as the investment adviser to FNY Partners Fund LP and its affiliates, including FNY Managed Accounts LLC (collectively, the "First New York Fund"). The First New York Fund held title to the Tesla securities reflected in First New York's certification in this matter. First New York has the contractual authority to engage legal counsel and handle, prosecute and settle any claims of the First New York Fund.

6. Each of First New York's traders directs the trading activity of a particular account owned by the First New York Fund. Each such trader is entitled to a portion of the net gains realized in the account he or she controls. However, net losses sustained in each account are generally not shared with the trader, but rather are borne entirely by the First New York Fund.

7. First New York is not a "day trader," and it does not function as one. Moreover, First New York is not a "market maker," and it does not function as one. Rather, First New York is a sophisticated, multi-strategy institutional trading firm that employs a variety of trading strategies. While some of First New York's positions are purchased and sold within the same day, it employs a variety of stock trading strategies, including long-term strategies, in an attempt to maximize profitability. Moreover, First New York's traders consciously engage in transactions with regard to a security's market price, as well as the company's reported financials and other publicly available information.

8. First New York's management (through a predecessor trading entity, First New York Securities LLC) previously co-led a class action for violations of the federal securities laws, captioned *In re Facebook, Inc. IPO Sec. & Derivative Litig.*, MDL No. 12-2389 (S.D.N.Y.). First New York stands ready, willing and able to serve as both a Lead Plaintiff and Class Representative in this case and looks forward to testifying at a deposition and trial, if necessary. First New York will further assist in the prosecution of the litigation by providing documents and other information supporting plaintiffs' case.

9. In consultation with my colleagues at First New York, I have selected Entwistle & Cappucci LLP and Susman Godfrey L.L.P. as First New York's counsel because these firms have successfully prosecuted securities class actions in the past, and I believe that the appointment of both firms as Co-Lead Counsel in this litigation would best serve the interests of the Class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 30, 2018

_____

Shawn I. Fischman

General Counsel and Chief Compliance Officer

FNY Investment Advisers, LLC