Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Movant Bridgestone
Investment Corporation Limited
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 3:18-cv-004865-EMC ) ) <u>CLASS ACTION</u> ) |
| v. | ) **NOTICE OF APPEARANCE** ) **OF COUNSEL** |
| ELON MUSK and TESLA, INC., | ) ) |
| Defendants. | ) ) |

1  Please note the appearance of the undersigned, Ramzi Abadou of Kahn Swick & Foti, LLP,
2  912 Cole Street, Suite # 251, San Francisco, California 94117, Telephone: (415) 459-6900,
3  Facsimile: (504) 455-1498, email: ramzi.abadou@ksfcounsel.com as counsel for proposed lead
4  plaintiff Bridgestone Investment Corporation Limited.

6  Dated: November 12, 2018          KAHN SWICK & FOTI, LLP

7                                    By: /s/ Ramzi Abadou
                                      Ramzi Abadou (SBN 222567)
8                                     ramzi.abadou@ksfcounsel.com
                                      KAHN SWICK & FOTI, LLP
9                                     912 Cole Street, # 251
10                                    San Francisco, California 94117
                                      Telephone: (415) 459-6900
11                                    Facsimile: (504) 455-1498

12                                    -and-

14                                    KAHN SWICK & FOTI, LLC
                                      Lewis S. Kahn (*pro hac vice to be submitted*)
15                                    Alexander L. Burns (*pro hac vice to be submitted*)
                                      Alayne K. Gobeille (*pro hac vice to be submitted)*
16                                    KAHN SWICK & FOTI, LLC
                                      1100 Poydras Street, Suite 3200
17                                    New Orleans, Louisiana 70163
                                      Telephone: (504) 455-1400
18                                    Facsimile: (504) 455-1498
                                      lewis.kahn@ksfcounsel.com
19                                    alexander.burns@ksfcounsel.com
                                      alayne.gobeille@ksfcounsel.com
20
21                                    *Counsel for Movant Bridgestone Investment
                                      Corporation Limited and Proposed Lead Counsel
22                                    for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                       */s/ Ramzi Abadou*
                                                       RAMZI ABADOU

**Mailing Information for a Case 3:18-cv-04865-EMC Isaacs v. Musk et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,aepstein@fenwick.com

- **Robert Nicholas Cappucci**
  rcappucci@entwistle-law.com,ncasey@entwistle-law.com,ffleming@entwistle-law.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com

- **Andrew John Entwistle**
  aentwistle@entwistle-law.com,jbeemer@entwistle-law.com,bbrodeur@entwistle-law.com,sriegert@entwistle-law.com,RArnall@Entwistle-Law.com,ffleming@entwisle-law.com,ncasey@entwistle-law.com,mgayle@entwistle-law.com,rcappucci@entwistle-law.com

- **Frederic S. Fox**
  FFox@kaplanfox.com

- **Eric Marc George**
  egeorge@bgrfirm.com,khall@bgrfirm.com,cbonilla@bgrfirm.com

- **David William Hall**
  dhall@hedinhall.com

- **Rachel Lynn Jensen**
  rachelj@rgrdlaw.com,e_file_sd@rgrdlaw.com,6139295420@filings.docketbird.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,brianm@hbsslaw.com,sf_filings@hbsslaw.com

- **Ashley Conrad Keller**
  ack@kellerlenkner.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,lkelleybourne@fenwick.com

...

- **Mara Rachelle Ludmer**
  mludmer@fenwick.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Francis P McConville**
  fmcconville@labaton.com,kgutierrez@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Arthur Vincent Nealon**
  anealon@entwistle-law.com

- **Uri Seth Ottensoser**
  so@kellerlenkner.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,jpalazzolo@pomlaw.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Carl Alan Roth**
  croth@bgrfirm.com,khall@bgrfirm.com,mbetti@bgrfirm.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

- **Michael Walter Stocker**
  mikes@hbsslaw.com,sf_filings@hbsslaw.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,reboredo@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)