| | |
|---|---|
| MARC M. SELTZER (54534)<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067-4405<br>Telephone:  (310) 789-3100<br>Facsimile:  (310) 789-3150<br><br>ANDREW J. ENTWISTLE (*Pro hac Vice*)<br>aentwistle@entwistle-law.com<br>ARTHUR V. NEALON (*Pro hac Vice*)<br>anealon@entwistle-law.com<br>ROBERT N. CAPPUCCI (*Pro hac Vice*)<br>rcappucci@entwistle-law.com<br>ENTWISTLE & CAPPUCCI LLP<br>299 Park Avenue, 20th Floor<br>New York, NY  10171<br>Telephone:  (212) 894-7200<br>Facsimile:  (212) 894-7272<br><br>*Counsel for FNY Investment Advisers, LLC* | REED R. KATHREIN (139304)<br>reed@hbsslaw.com<br>MICHAEL W. STOCKER (179083)<br>mikes@hbsslaw.com<br>KRISTEN MCCULLOCH (177558)<br>kristenm@hbsslaw.com<br>DANIELLE SMITH (291237)<br>danielles@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, CA 94710<br>Telephone:  (510) 725-3000<br>Facsimile:  (510) 725-3001<br><br>*Counsel for James Johnson* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated,<br><br>                                Plaintiff,<br><br>                        vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>                                Defendants.<br><br>*[Additional captions appear on following pages]* | Case No.  3:18-cv-04865-EMC<br><br>Hon. Edward M. Chen<br><br>CLASS ACTION<br><br>FNY INVESTMENT ADVISERS, LLC AND JAMES JOHNSON'S JOINT SUPPLEMENTAL REPLY IN FURTHER SUPPORT OF THEIR MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL<br><br><br>Date:  November 15, 2018<br>Time:  1:30 p.m.<br>Place:  Courtroom 5, 17th Floor |

| | | |
|---|---|---|
| 1 | WILLIAM CHAMBERLAIN, on behalf of himself and all others similarly situated, | Case No.  3:18-cv-04876-EMC |
| 2 | Plaintiff, | |
| 3 | | |
| 4 | vs. | |
| 5 | ELON MUSK and TESLA, INC., | |
| 6 | Defendants. | |
| 7 | JOHN YEAGER, individually and on behalf of all others similarly situated, | Case No.  3:18-cv-04912-EMC |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | | |
| 11 | vs. | |
| 12 | ELON MUSK and TESLA, INC., | |
| 13 | Defendants. | |
| 14 | CARLOS MAIA, on behalf of himself and all others similarly situated, | Case No.  3:18-cv-04939-EMC |
| 15 | | |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | ELON MUSK and TESLA, INC., | |
| 19 | Defendants. | |
| 20 | | |
| 21 | KEWAL DUA, Individually and on Behalf of All Others Similarly Situated | Case No.  3:18-cv-04948-EMC |
| 22 | Plaintiff, | |
| 23 | | |
| 24 | vs. | |
| 25 | ELON MUSK and TESLA, INC., | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-05258-EMC |
| ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-05463-EMC |
| ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No. 3:18-cv-05470-EMC |
| SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual,<br><br>Defendants. | Case No. 3:18-cv-05899-EMC |

FNY Investment Advisers, LLC ("First New York") and James Johnson wish to advise the Court that on November 8, 2018, they and their counsel met and conferred by conference call to discuss the possibility of a co-leadership structure to represent, *i.e.*, non-short-seller, purchasers of Tesla common stock in the above-captioned actions. During the conference call, the parties discussed their respective backgrounds, their knowledge of the case and their commitment to prosecuting claims on behalf of Tesla common stock investors. Both First New York and James Johnson agreed that a co-leadership structure involving the appointment of both an institutional and an individual investor may best serve the interests of the proposed class of Tesla common stock investors.[1] The parties thus propose that the Court consider appointing First New York and James Johnson as Co-Lead Plaintiffs and approve their selection of Entwistle & Cappucci LLP, Susman Godfrey L.L.P. and Hagens Berman Sobol Shapiro LLP as co-lead counsel for the proposed class of purchasers of Tesla common stock.

As First New York and James Johnson both noted in their respective Reply briefs,[2] courts in the Ninth Circuit and elsewhere often consider it appropriate to appoint both an institutional and an individual investor in order to "ensure that all class members will be adequately represented in the prosecution of [the] action." *Weisz v. Calpine Corp.*, No. 4:02-CV-1200, 2002 WL 32818827, at *8 (N.D. Cal. Aug. 19, 2002); *see also Yousefi v. Lockheed Martin Corp.*, 70 F. Supp. 2d 1061, 1070 (C.D. Cal. 1999). In especially complex or unique securities cases under the PSLRA, as here, courts often prefer the appointment of both an institution and an individual because such an arrangement allows the lead plaintiffs to "represent a broader range of shareholder interests than if the Court appointed an individual or an institutional investor alone." *Yousefi*, 70 F. Supp. 2d, at 1071. More specifically, this arrangement ensures adequate representation "in the negotiation and approval of a fair settlement, and that the settlement

---

[1] Only First New York and James Johnson have recognized both the inherent intra-class conflicts of the various Tesla investor classes as defined in the pending motions and the attendant need for separate leadership on behalf of long purchasers of Tesla common stock. As First New York and James Johnson have previously indicated, the proposed class of Tesla common stock purchasers would be well served by the appointment of both an institution and individual as co-lead plaintiffs. ECF Nos. 117 at 3-4; and 113 at 5-8.

[2] *See* ECF Nos. 126 at 8; and 131 at 9.

process will not be distorted by the differing aims of differently situated claimants." *In re Oxford Health Plans, Inc. Sec. Litig.*, 182 F.R.D. 42, 49 (S.D.N.Y. 1998). For these reasons, the proposed class would be well served by the appointment of both First New York and James Johnson – the only parties that have recognized the need for separate leadership for long purchasers of Tesla common stock.

Accordingly, First New York and James Johnson respectfully submit that − to the extent the Court considers appointment of Co-Lead Plaintiffs on behalf of long investors in Tesla common stock − such investors would be well served by the appointment of First New York and James Johnson as Co-Lead Plaintiffs, and Entwistle & Cappucci LLP, Susman Godfrey L.L.P. and Hagens Berman Sobol Shapiro LLP as Co-Lead Counsel.

Dated: November 13, 2018

| */s/ Reed R. Kathrein* | */s/ Marc M. Seltzer* |
|---|---|
| Reed R. Kathrein | Marc M. Seltzer |
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>REED R. KATHREIN<br>MICHAEL W. STOCKER (179083)<br>KRISTEN MCCULLOCH (177558)<br>DANIELLE SMITH (291237)<br>715 Hearst Ave., Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br><br>*Counsel for James Johnson* | **SUSMAN GODFREY L.L.P.**<br>MARC M. SELTZER<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-4405<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>**ENTWISTLE & CAPPUCCI LLP**<br>ANDREW J. ENTWISTLE<br>ARTHUR V. NEALON<br>ROBERT N. CAPPUCCI<br>299 Park Avenue, 20th Floor<br>New York, NY 10171<br>Telephone: (212) 894-7200<br>Facsimile: (212) 894-7272<br><br>*Counsel for FNY Investment Advisers, LLC* |