Elizabeth J. Cabraser (State Bar No. 083151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 063607)
rheimann@lchb.com
Katherine C. Lubin (State Bar No. 259826)
kbenson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Rachel L. Jensen (State Bar No. 211456)
rachelj@rgrdlaw.com
Danielle S. Myers (State Bar No. 259916)
dmyers@rgrdlaw.com
Randi D. Bandman (State Bar No. 145212)
randib@rgrdlaw.com
Tricia L. McCormick (State Bar No. 199239)
triciam@rgrdlaw.com
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619.231.1058
Facsimile:  619.231.7423

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK, et al.<br><br>Defendant. | Case No.  3:18-cv-04865-EMC<br><br>**CLASS ACTION**<br><br>NOTICE OF APPEARANCE OF COUNSEL |

1  Please note the appearance of the undersigned Elizabeth J. Cabraser of Lieff Cabraser
2  Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, California 94111,
3  phone number (415) 956-1000, email: ecabraser@lchb.com, as counsel for lead plaintiff movant
4  Dany David in this action. The undersigned respectfully requests to be included via email on the
5  Court's notification of all electronic filings in this action.

6  Dated: November 14, 2018          Respectfully submitted,

7                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

9                                    By: /s/ *Elizabeth J. Cabraser*
                                         Elizabeth J. Cabraser
10                                       Richard M. Heimann
                                         Katherine C. Lubin
11                                       LIEFF CABRASER HEIMANN
                                         & BERNSTEIN, LLP
12                                       275 Battery Street, 29th Floor
                                         San Francisco, CA  94111-3339
13                                       Telephone:  415.956.1000
                                         Facsimile:  415.956.1008
14
                                         ROBBINS GELLER RUDMAN
15                                       & DOWD LLP
                                         Rachel L. Jensen
16                                       Danielle S. Myers
                                         Randi D. Bandman
17                                       Tricia L. McCormick
                                         655 West Broadway, Suite 1900
18                                       San Diego, CA  92101-8498
                                         Telephone:  619.231.1058
19                                       Facsimile:  619.231.7423

20                                    [Proposed] Lead Counsel for Plaintiff Dany David

21
22
23
24
25
26
27
28