| | |
|---|---|
| 1 | Elizabeth J. Cabraser (State Bar No. 083151) |
| | ecabraser@lchb.com |
| 2 | Richard M. Heimann (State Bar No. 063607) |
| | rheimann@lchb.com |
| 3 | Katherine C. Lubin (State Bar No. 259826) |
| | kbenson@lchb.com |
| 4 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 5 | San Francisco, CA  94111-3339 |
| | Telephone:  415.956.1000 |
| 6 | Facsimile:  415.956.1008 |
| 7 | Rachel L. Jensen (State Bar No. 211456) |
| | rachelj@rgrdlaw.com |
| 8 | Danielle S. Myers (State Bar No. 259916) |
| | dmyers@rgrdlaw.com |
| 9 | Randi D. Bandman (State Bar No. 145212) |
| | randib@rgrdlaw.com |
| 10 | Tricia L. McCormick (State Bar No. 199239) |
| | triciam@rgrdlaw.com |
| 11 | ROBBINS GELLER RUDMAN |
| | & DOWD LLP |
| 12 | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101-8498 |
| 13 | Telephone:  619.231.1058 |
| | Facsimile:  619.231.7423 |
| 14 | |
| | [Proposed] Lead Counsel for Dany David |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK, et al.<br><br>Defendant. | Case No.  3:18-cv-04865-EMC<br><br>**CLASS ACTION**<br><br>CERTIFICATE OF ELIZABETH J. CABRASER PURSUANT TO LOCAL RULE 3-7(d) |

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I Elizabeth J. Cabraser, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.  Executed this 14th day of November, 2018, at San Francisco, California.

          Respectfully submitted,

          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ *Elizabeth J. Cabraser*
    Elizabeth J. Cabraser
    Richard M. Heimann
    Katherine C. Lubin
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA  94111-3339
    Telephone:  415.956.1000
    Facsimile:  415.956.1008

ROBBINS GELLER RUDMAN & DOWD LLP
Rachel L. Jensen
Danielle S. Myers
Randi D. Bandman
Tricia L. McCormick
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619.231.1058
Facsimile:  619.231.7423

[Proposed] Lead Counsel for Plaintiff Dany David