```
1   Elizabeth J. Cabraser (State Bar No. 083151)
    ecabraser@lchb.com
2   Richard M. Heimann (State Bar No. 063607)
    rheimann@lchb.com
3   Katherine C. Lubin (State Bar No. 259826)
    kbenson@lchb.com
4   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
5   San Francisco, CA  94111-3339
    Telephone:  415.956.1000
6   Facsimile:  415.956.1008

7   Rachel L. Jensen (State Bar No. 211456)
    rachelj@rgrdlaw.com
8   Danielle S. Myers (State Bar No. 259916)
    dmyers@rgrdlaw.com
9   Randi D. Bandman (State Bar No. 145212)
    randib@rgrdlaw.com
10  Tricia L. McCormick (State Bar No. 199239)
    triciam@rgrdlaw.com
11  ROBBINS GELLER RUDMAN
     & DOWD LLP
12  655 West Broadway, Suite 1900
    San Diego, CA  92101-8498
13  Telephone:  619.231.1058
    Facsimile:  619.231.7423
14
    [Proposed] Lead Counsel for Plaintiff
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK, et al.<br><br>Defendant. | Case No.  3:18-cv-04865-EMC<br><br>**CLASS ACTION**<br><br>NOTICE OF APPEARANCE OF COUNSEL |
|---|---|

1665472.2

1

NOTICE OF APPEARANCE OF COUNSEL
3:18-cv-04865-EMC

1  Please note the appearance of the undersigned Richard M. Heimann of Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, California 94111, phone number (415) 956-1000, email: rheimann@lchb.com, as counsel for lead plaintiff movant Dany David in this action. The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action.

Dated: November 14, 2018         Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By: /s/ *Richard M. Heimann*
    Elizabeth J. Cabraser
    Richard M. Heimann
    Katherine C. Lubin
    LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA  94111-3339
    Telephone:  415.956.1000
    Facsimile:  415.956.1008

    ROBBINS GELLER RUDMAN
    & DOWD LLP
    Rachel L. Jensen
    Danielle S. Myers
    Randi D. Bandman
    Tricia L. McCormick
    655 West Broadway, Suite 1900
    San Diego, CA  92101-8498
    Telephone:  619.231.1058
    Facsimile:  619.231.7423

    [Proposed] Lead Counsel for Plaintiff Dany David