Elizabeth J. Cabraser (State Bar No. 083151)
ecabraser@lchb.com
Richard M. Heimann (State Bar No. 063607)
rheimann@lchb.com
Katherine C. Lubin (State Bar No. 259826)
kbenson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Rachel L. Jensen (State Bar No. 211456)
rachelj@rgrdlaw.com
Danielle S. Myers (State Bar No. 259916)
dmyers@rgrdlaw.com
Randi D. Bandman (State Bar No. 145212)
randib@rgrdlaw.com
Tricia L. McCormick (State Bar No. 199239)
triciam@rgrdlaw.com
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619.231.1058
Facsimile: 619.231.7423

[Proposed] Lead Counsel for Plaintiff Dany David

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK, et al.<br><br>Defendant. | Case No. 3:18-cv-04865-EMC<br><br>**CLASS ACTION**<br><br>CERTIFICATE OF RICHARD M. HEIMANN PURSUANT TO LOCAL RULE 3-7(d) |

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I Richard M. Heimann, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.  Executed this 14th day of November, 2018, at San Francisco, California.

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By: /s/ *Richard M. Heimann*
Elizabeth J. Cabraser
Richard M. Heimann
Katherine C. Lubin
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

ROBBINS GELLER RUDMAN
& DOWD LLP
Rachel L. Jensen
Danielle S. Myers
Randi D. Bandman
Tricia L. McCormick
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619.231.1058
Facsimile:  619.231.7423

[Proposed] Lead Counsel for Plaintiff Dany David