| | |
|---|---|
| 1 | Elizabeth J. Cabraser (State Bar No. 083151) |
| | ecabraser@lchb.com |
| 2 | Richard M. Heimann (State Bar No. 063607) |
| | rheimann@lchb.com |
| 3 | Katherine C. Lubin (State Bar No. 259826) |
| | kbenson@lchb.com |
| 4 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 5 | San Francisco, CA  94111-3339 |
| | Telephone:  415.956.1000 |
| 6 | Facsimile:  415.956.1008 |

Rachel L. Jensen (State Bar No. 211456)
rachelj@rgrdlaw.com
Danielle S. Myers (State Bar No. 259916)
dmyers@rgrdlaw.com
Randi D. Bandman (State Bar No. 145212)
randib@rgrdlaw.com
Tricia L. McCormick (State Bar No. 199239)
triciam@rgrdlaw.com
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619.231.1058
Facsimile:  619.231.7423

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK, et al.<br><br>Defendant. | Case No.  3:18-cv-04865-EMC<br><br>**CLASS ACTION**<br><br>NOTICE OF APPEARANCE OF COUNSEL |

1  Please note the appearance of the undersigned Katherine C. Lubin of Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, California 94111, phone number (415) 956-1000, email: kbenson@lchb.com, as counsel for lead plaintiff movant Dany David in this action. The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action.

Dated: November 14, 2018

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By: /s/ *Katherine C. Lubin*
    Elizabeth J. Cabraser
    Richard M. Heimann
    Katherine C. Lubin
    LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA  94111-3339
    Telephone:  415.956.1000
    Facsimile:  415.956.1008

ROBBINS GELLER RUDMAN
& DOWD LLP
Rachel L. Jensen
Danielle S. Myers
Randi D. Bandman
Tricia L. McCormick
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619.231.1058
Facsimile:  619.231.7423

[Proposed] Lead Counsel for Plaintiff Dany David