| | |
|---|---|
| 1 | Elizabeth J. Cabraser (State Bar No. 083151) |
|   | ecabraser@lchb.com |
| 2 | Richard M. Heimann (State Bar No. 063607) |
|   | rheimann@lchb.com |
| 3 | Katherine C. Lubin (State Bar No. 259826) |
|   | kbenson@lchb.com |
| 4 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|   | 275 Battery Street, 29th Floor |
| 5 | San Francisco, CA  94111-3339 |
|   | Telephone:  415.956.1000 |
| 6 | Facsimile:  415.956.1008 |

Rachel L. Jensen (State Bar No. 211456)
rachelj@rgrdlaw.com
Danielle S. Myers (State Bar No. 259916)
dmyers@rgrdlaw.com
Randi D. Bandman (State Bar No. 145212)
randib@rgrdlaw.com
Tricia L. McCormick (State Bar No. 199239)
triciam@rgrdlaw.com
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619.231.1058
Facsimile:  619.231.7423

[Proposed] Lead Counsel for Plaintiff Dany David

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ELON MUSK, et al.<br><br>Defendant. | Case No.  3:18-cv-04865-EMC<br><br>**CLASS ACTION**<br><br>CERTIFICATE OF KATHERINE C. LUBIN PURSUANT TO LOCAL RULE 3-7(d) |

1665456.2

1

CERTIFICATE OF KATHERINE C. LUBIN PURSUANT
TO LOCAL RULE 3-7(d)
3:18-cv-04865-EMC

1  **CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

2  Pursuant to Northern District Local Rule 3-7(d), I Katherine C. Lubin, declare as follows:

3  I do not directly own or otherwise have a beneficial interest in the securities that are the
4  subject of this action.

5  I declare under penalty of perjury that the foregoing is true and correct. If called as a
6  witness, I could and would competently testify thereto.  Executed this 14th day of November,
7  2018, at San Francisco, California.

8                                                      Respectfully submitted,

9                                                      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

11                                                     By: /s/ *Katherine C. Lubin*
                                                           Elizabeth J. Cabraser
12                                                         Richard M. Heimann
                                                           Katherine C. Lubin
13                                                         LIEFF CABRASER HEIMANN
                                                           & BERNSTEIN, LLP
14                                                         275 Battery Street, 29th Floor
                                                           San Francisco, CA  94111-3339
15                                                         Telephone:  415.956.1000
                                                           Facsimile:  415.956.1008
16
                                                           ROBBINS GELLER RUDMAN
17                                                         & DOWD LLP
                                                           Rachel L. Jensen
18                                                         Danielle S. Myers
                                                           Randi D. Bandman
19                                                         Tricia L. McCormick
                                                           655 West Broadway, Suite 1900
20                                                         San Diego, CA  92101-8498
                                                           Telephone:  619.231.1058
21                                                         Facsimile:  619.231.7423

22                                                     [Proposed] Lead Counsel for Plaintiff Dany David