MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ANDREW J. ENTWISTLE *(Pro Hac Vice)*
aentwistle@entwistle-law.com
ARTHUR V. NEALON *(Pro Hac Vice)*
anealon@entwistle-law.com
ROBERT N. CAPPUCCI *(Pro Hac Vice)*
rcappucci@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

*Counsel for Proposed Lead Plaintiff
FNY Investment Advisers, LLC and
Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Case No.  3:18-cv-04865-EMC<br><br>Hon. Edward M. Chen<br><br>CLASS ACTION<br><br>NOTICE OF APPEARANCE OF COUNSEL |

*[Additional captions appear on following pages]*

CASE NO. 3:18-CV-04865- EMC

6176606v1/016141

| | | |
|---|---|---|
| 1 | WILLIAM CHAMBERLAIN, on behalf of himself and all others similarly situated, | Case No. 3:18-cv-04876-EMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | ELON MUSK and TESLA, INC., | |
| 6 | Defendants. | |
| 7 | JOHN YEAGER, individually and on behalf of all others similarly situated, | Case No. 3:18-cv-04912-EMC |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | vs. | |
| 11 | ELON MUSK and TESLA, INC., | |
| 12 | Defendants. | |
| 13 | | |
| 14 | CARLOS MAIA, on behalf of himself and all others similarly situated, | Case No. 3:18-cv-04939-EMC |
| 15 | | |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | ELON MUSK and TESLA, INC., | |
| 19 | Defendants. | |
| 20 | KEWAL DUA, Individually and on Behalf of All Others Similarly Situated | Case No. 3:18-cv-04948-EMC |
| 21 | | |
| 22 | Plaintiff, | |
| 23 | | |
| 24 | vs. | |
| 25 | ELON MUSK and TESLA, INC., | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | JOSHUA HORWITZ, Individually and on Behalf of All Others Similarly Situated | Case No.  3:18-cv-05258-EMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | ELON MUSK and TESLA, INC., | |
| 6 | Defendants. | |
| 7 | ANDREW E. LEFT, Individually and on Behalf of All Others Similarly Situated | Case No.  3:18-cv-05463-EMC |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | | |
| 11 | vs. | |
| 12 | ELON MUSK and TESLA, INC., | |
| 13 | Defendants. | |
| 14 | ZHI XING FAN, Individually and on Behalf of All Others Similarly Situated | Case No.  3:18-cv-05470-EMC |
| 15 | | |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | ELON MUSK and TESLA, INC., | |
| 19 | Defendants. | |
| 20 | SHAHRAM SODEIFI, Individually and on Behalf of All Others Similarly Situated | Case No.  3:18-cv-05899-EMC |
| 21 | | |
| 22 | Plaintiff, | |
| 23 | | |
| 24 | vs. | |
| 25 | TESLA, INC., a Delaware corporation, and ELON R. MUSK, an individual, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Marc M. Seltzer of Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067, enters his appearance in the above-captioned matter as co-counsel for Proposed Lead Plaintiff FNY Investment Advisers, LLC.

Dated:  November 14, 2018            Respectfully submitted,

                                              MARC M. SELTZER
                                              SUSMAN GODFREY L.L.P.

                                              ANDREW J. ENTWISTLE
                                              ARTHUR V. NEALON
                                              ROBERT N. CAPPUCCI

                                              ENTWISTLE & CAPPUCCI LLP

                                              By:   */s/ Marc M. Seltzer*
                                                                  Marc M. Seltzer
                                             *Counsel for Proposed Lead Plaintiff FNY Investment*
                                             *Advisers, LLC and Proposed Lead Counsel for the Class*

6176606v1/016141