ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
DANIELLE S. MYERS (259916)
RANDI D. BANDMAN (145212)
TRICIA L. McCORMICK (199239)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
rachelj@rgrdlaw.com
dmyers@rgrdlaw.com
randib@rgrdlaw.com
triciam@rgrdlaw.com

LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
ELIZABETH J. CABRASER (83151)
RICHARD M. HEIMANN (63607)
KATHERINE C. LUBIN (259826)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415/956-1000
415/956-1008 (fax)
ecabraser@lchb.com
rheimann@lchb.com
kbenson@lchb.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK, et al.,<br><br>Defendants. | Case No. 3:18-cv-04865-EMC<br><br>CLASS ACTION<br><br>NOTICE OF RECENT DEVELOPMENT PERTAINING TO PENDING LEAD PLAINTIFF MOTIONS<br><br>DATE:     November 15, 2018<br>TIME:     1:30 p.m.<br>CTRM:   5, 17th Floor<br>JUDGE:  Hon. Edward M. Chen |

1502095_1

1   PLEASE TAKE NOTICE that Dany David's counsel respectfully submits a transcript of
2   Andrew Left's appearance on the morning of November 14, 2018 on the CNBC show *Fast Money*
3   *Halftime Report* wherein Mr. Left engaged in the following exchange with the host:

| Speaker | Transcript |
| --- | --- |
| Host | Uh, interesting, from Wozniak who owns a Tesla and bought it on the expectations that it was going to be as grand as Musk sort of laid out everything to be, and you heard his thought there. All right, so let's go to Andrew Left on this—so you were short? |
| Andrew Left | Yes. |
| Host | You are now part of the class action lawsuit regarding his now infamous— |
| Andrew Left | I'm the lead plaintiff. |
| Host | You're the lead plaintiff. |
| Andrew Left | Yes. |
| Host | Is it a class action now? |
| Andrew Left | Yes. |
| Female Voice 1 | And you're long the stock? [laugh] |
| Andrew Left | Yes. |
| Host | How did you go from short – [laughter, inaudible] |
| Andrew Left | You'll appreciate that! I want my money. On one particular day, he lied and I want my money, he took my money. How that is relevant to the story right now is— |
| Host | How much did you lose that day? |
| Andrew Left | Uh, I think that was like two million dollars. And, believe it or not, for the funds, but whatever it was with the class, I was, ok. Obviously, I had sent my paperwork in and next thing I know, I had a CNBC alert on my phone, I looked down and saw my name. Like, uh-oh, what happened? And it said I'm the lead claim, I'm like ok. Well, that's fair. |
| Host | So you're the lead plaintiff, and now you're long the stock-- |
| Andrew Left | Yeah. |

A copy of the transcript, prepared by counsel's staff from a recording of this morning's show, is attached to the Declaration of Danielle S. Myers, filed concurrently herewith. Counsel saved a recording of the show's audio to a thumb drive and will provide copies to all counsel and the Court at the hearing on the pending lead plaintiff motions.

DATED: November 14, 2018                Respectfully submitted,

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        RACHEL L. JENSEN
                                        DANIELLE S. MYERS
                                        RANDI D. BANDMAN
                                        TRICIA L. McCORMICK


                                              s/ Danielle S. Myers
                                        DANIELLE S. MYERS

                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101-8498
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

                                        LIEFF, CABRASER, HEIMANN
                                          & BERNSTEIN, LLP
                                        ELIZABETH J. CABRASER
                                        RICHARD M. HEIMANN
                                        KATHERINE C. LUBIN
                                        275 Battery Street, 29th Floor
                                        San Francisco, CA  94111-3339
                                        Telephone:  415/956-1000
                                        415/956-1008 (fax)

                                        [Proposed] Lead Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on November 14, 2018 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

1502095_1

# Mailing Information for a Case 3:18-cv-04865-EMC Isaacs v. Musk et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,aepstein@fenwick.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com

- **Robert Nicholas Cappucci**
  rcappucci@entwistle-law.com,ncasey@entwistle-law.com,ffleming@entwistle-law.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com

- **Andrew John Entwistle**
  aentwistle@entwistle-law.com,jbeemer@entwistle-law.com,bbrodeur@entwistle-law.com,sriegert@entwistle-law.com,RArnall@Entwistle-Law.com,ffleming@entwisle-law.com,ncasey@entwistle-law.com,mgayle@entwistle-law.com,rcappucci@entwistle-law.com

- **Frederic S. Fox**
  FFox@kaplanfox.com

- **Eric Marc George**
  egeorge@bgrfirm.com,khall@bgrfirm.com,cbonilla@bgrfirm.com

- **David William Hall**
  dhall@hedinhall.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Rachel Lynn Jensen**
  rachelj@rgrdlaw.com,e_file_sd@rgrdlaw.com,6139295420@filings.docketbird.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,brianm@hbsslaw.com,sf_filings@hbsslaw.com

- **Ashley Conrad Keller**
  ack@kellerlenkner.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,lkelleybourne@fenwick.com

- **Katherine Collinge Lubin**
  klubin@lchb.com

- **Mara Rachelle Ludmer**
  mludmer@fenwick.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Francis P McConville**
  fmcconville@labaton.com,kgutierrez@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Arthur Vincent Nealon**
  anealon@entwistle-law.com

- **Uri Seth Ottensoser**
  so@kellerlenkner.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,jpalazzolo@pomlaw.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Carl Alan Roth**
  croth@bgrfirm.com,khall@bgrfirm.com,mbetti@bgrfirm.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

- **Michael Walter Stocker**
  mikes@hbsslaw.com,sf_filings@hbsslaw.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,reboredo@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`