1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | RACHEL L. JENSEN (211456)
  | DANIELLE S. MYERS (259916)
3 | RANDI D. BANDMAN (145212)
  | TRICIA L. McCORMICK (199239)
4 | 655 West Broadway, Suite 1900
  | San Diego, CA  92101-8498
5 | Telephone:  619/231-1058
  | 619/231-7423 (fax)
6 | rachelj@rgrdlaw.com
  | dmyers@rgrdlaw.com
7 | randib@rgrdlaw.com
  | triciam@rgrdlaw.com
8 |
  | LIEFF, CABRASER, HEIMANN
9 |   & BERNSTEIN, LLP
  | ELIZABETH J. CABRASER (83151)
10| RICHARD M. HEIMANN (63607)
  | KATHERINE C. LUBIN (259826)
11| 275 Battery Street, 29th Floor
  | San Francisco, CA  94111-3339
12| Telephone:  415/956-1000
  | 415/956-1008 (fax)
13| ecabraser@lchb.com
  | rheimann@lchb.com
14| kbenson@lchb.com

15| [Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>       vs.<br><br>ELON MUSK, et al.,<br><br>                            Defendants. | Case No. 3:18-cv-04865-EMC<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF DANIELLE S. MYERS<br><br>DATE:      November 15, 2018<br>TIME:       1:30 p.m.<br>CTRM:      5, 17th Floor<br>JUDGE:    Hon. Edward M. Chen |

1502108_1

I, DANIELLE S. MYERS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for Dany David in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On November 14, 2018, I received an email from Randi Bandman with an audio file attached. Ms. Bandman informed me that the audio was of today's CNBC show *Fast Money Halftime Report* in which Andrew Left was interviewed regarding this case and Tesla.

3. I listened to the audio.

4. A transcript of the audio file was prepared, which transcript is attached hereto as Exhibit A. I listened to the audio while reviewing the transcript, and believe Exhibit A to be a true and accurate transcription of the audio.

5. I searched the CNBC *Halftime Report* website for a video of the same interview, or for a story or transcript of the interview. A video of a segment of the interview, beginning after Mr. Left's comments about his role in this case, is available online at https://www.cnbc.com/video/2018/11/14/why-the-short-seller-who-hated-tesla-decided-to-buy-the-stock.html.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2018, at San Diego, California.

                                                        s/ Danielle S. Myers
                                                        DANIELLE S. MYERS

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 14, 2018 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    &amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

1502108_1

# Mailing Information for a Case 3:18-cv-04865-EMC Isaacs v. Musk et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,aepstein@fenwick.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com

- **Robert Nicholas Cappucci**
  rcappucci@entwistle-law.com,ncasey@entwistle-law.com,ffleming@entwistle-law.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com

- **Andrew John Entwistle**
  aentwistle@entwistle-law.com,jbeemer@entwistle-law.com,bbrodeur@entwistle-law.com,sriegert@entwistle-law.com,RArnall@Entwistle-Law.com,ffleming@entwisle-law.com,ncasey@entwistle-law.com,mgayle@entwistle-law.com,rcappucci@entwistle-law.com

- **Frederic S. Fox**
  FFox@kaplanfox.com

- **Eric Marc George**
  egeorge@bgrfirm.com,khall@bgrfirm.com,cbonilla@bgrfirm.com

- **David William Hall**
  dhall@hedinhall.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Rachel Lynn Jensen**
  rachelj@rgrdlaw.com,e_file_sd@rgrdlaw.com,6139295420@filings.docketbird.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,brianm@hbsslaw.com,sf_filings@hbsslaw.com

- **Ashley Conrad Keller**
  ack@kellerlenkner.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,lkelleybourne@fenwick.com

- **Katherine Collinge Lubin**
  klubin@lchb.com

- **Mara Rachelle Ludmer**
  mludmer@fenwick.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Francis P McConville**
  fmcconville@labaton.com,kgutierrez@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Arthur Vincent Nealon**
  anealon@entwistle-law.com

- **Uri Seth Ottensoser**
  so@kellerlenkner.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,jpalazzolo@pomlaw.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Carl Alan Roth**
  croth@bgrfirm.com,khall@bgrfirm.com,mbetti@bgrfirm.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

- **Michael Walter Stocker**
  mikes@hbsslaw.com,sf_filings@hbsslaw.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,reboredo@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`