# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 15, 2018   **Time:** 1:59 – 3:16 =   **Judge:** EDWARD M. CHEN
1 Hour; 17 Minutes

**Case No.:** 18-cv-04865-EMC   **Case Name:** Isaacs v. Musk, et al
Related to: 18-cv-04876-EMC   Chamberlain v. Tesla, Inc., et al
18-cv-04912-EMC   Yeager v. Tesla, Inc., et al
18-cv-04939-EMC   Maia v. Musk, et al
18-cv-04948-EMC   Dua v. Tesla, Inc., et al
18-cv-05258-EMC   Horwitz v. Tesla, Inc., et al
18-cv-05463-EMC   Left v. Tesla, Inc., et al
18-cv-05470-EMC   Fan v. Tesla, Inc., et al
18-cv-05899-EMC   Shahram Sodeifi v. Tesla, Inc., et al

**Attorneys for Plaintiff:** Elizabeth Cabraser, Katherine Lubin, Danielle Myers, Rachel Jensen, Ramsey Abadou, Mario Choi, Laurence King, Frederick Fox, Robert Cappucci, Mark Seltzer, Reed Kathrein
**Attorneys for Defendant:** Dean Kristy, Jennifer Bretan, Ashley Keller, Christopher Keller, Frank Busch

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Ana Dub

## PROCEEDINGS

[19][21][22][24][32][40][41][45][46][47][64][71][80] Motions to Consolidate, and Appoint Lead Plaintiff and Lead Counsel - held.

## SUMMARY

Parties stated appearances and proffered argument. The Court takes the matters under submission. Status Conference set for January 17, 2019 at 10:30 a.m.