ADAM M. APTON (SBN 316506)
aapton@zlk.com
LEVI & KORSINSKY, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 373-1671
Fax: (415) 4841294

*Attorneys for Lead Plaintiff and Lead Counsel for Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA INC. SECURITIES LITIGATION | Case No. 3:18-CV-04865-EMC<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Hon. Edward M. Chen |
|---|---|

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Lead Plaintiff Glen Littleton and the Class.

Dated: November 27, 2018         s/ Adam M. Apton
                                 Adam M. Apton (SBN 316506)
                                 LEVI & KORSINSKY, LLP
                                 44 Montgomery Street, Suite 650
                                 San Francisco, CA 94104
                                 Tel: (415) 373-1671
                                 Fax: (415) 4841294
                                 aapton@zlk.com