ADAM M. APTON (SBN 316506)
aapton@zlk.com
LEVI & KORSINSKY, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 373-1671
Fax: (415) 4841294

*Attorneys for Lead Plaintiff and Lead Counsel for Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA INC. SECURITIES LITIGATION | Case No. 3:18-CV-04865-EMC <br><br> CLASS ACTION <br><br> **CERTIFICATE OF ADAM M. APTON PURSUANT TO LOCAL RULE 3-7(d)** <br><br> Hon. Edward M. Chen |

Pursuant to Northern District Local Rule 3-7(d), I, Adam M. Apton, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 27th day of November, 2018.

Dated: November 27, 2018         s/ Adam M. Apton

Adam M. Apton (SBN 316506)
LEVI & KORSINSKY, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 373-1671
Fax: (415) 4841294
aapton@zlk.com

1