1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| KALMAN ISAACS, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>ELON MUSK, et al.,<br><br>  Defendants. | Case No. 3:18-cv-04865-EMC<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING DANY DAVID'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL |

1507550_1

1  Having considered Dany David's Motion for Leave to File Motion for Reconsideration of
2  Order Appointing Lead Plaintiff and Lead Counsel (the "Motion") and good cause appearing
3  therefor, the Court ORDERS as follows:
4      1.  The Motion is GRANTED;
5      2.  Mr. Littleton is permitted to file a response by December __, 2018; and
6      3.  Mr. David is permitted to file a reply by December __, 2018.
7  IT IS SO ORDERED.

9  DATED: December    , 2018
10                                              THE HONORABLE EDWARD M. CHEN
                                                UNITED STATES DISTRICT COURT JUDGE

1507550_1

[PROPOSED] ORDER GRANTING DANY DAVID'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL - 3:18-cv-04865-EMC
- 1 -