Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Movant Bridgestone
Investment Corporation Limited
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE TESLA INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC <br><br> Judge:     Hon. Edward M. Chen <br> Date:      N/A <br> Time:      N/A <br> Courtroom: Courtroom 5 – 17th Floor |

[PROPOSED] ORDER GRANTING BRIDGESTONE INVESTMENT CORPORATION
LIMITED'S MOTION FOR LEAVE TO FILE MOTION
FOR RECONSIDERATION OF NOVEMBER 27, 2018 ORDER

Before this Court is the Motion of Bridgestone Investment Corporation Limited for Leave to File Motion for Reconsideration of the November 27, 2018 Order Denying its Motion for Appointment as Lead Plaintiff. The Court, having considered the Motion and the accompanying Memorandum of Points and Authorities, finds that said Motion is well taken and, accordingly, it is hereby

ORDERED that the Motion is GRANTED:

(a) Mr. Littleton is permitted to file a response by December ___, 2018; and

(b) Bridgestone Investment Corporation Limited is permitted to file a reply by December ___, 2018

Signed this _____ day of _____, 2018.

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT