Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Movant Bridgestone
Investment Corporation Limited
and Proposed Lead Counsel for the Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE TESLA INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>Judge:      Hon. Edward M. Chen<br>Date:        N/A<br>Time:       N/A<br>Courtroom: Courtroom 5 – 17th Floor |

DECLARATION OF RAMZI ABADOU IN SUPPORT OF BRIDGESTONE INVESTMENT CORPORATION LIMITED'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF NOVEMBER 27, 2018 ORDER

I, Ramzi Abadou, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California and am admitted to this District.
2. I submit this Declaration, together with the attached exhibits, in support of Bridgestone Investment Corporation Limited's Notice of Motion and Motion for Leave to File Motion for Reconsideration of November 27, 2018 Order. I am fully familiar with the facts stated herein.
3. Attached hereto as "Exhibit A" is a true and correct copy of the Court's November 27, 2018 order;
4. Attached hereto as "Exhibit B" is a true and correct copy of a profile of Defendant Elon Musk dated as reported by *Forbes*; and
5. Attached hereto as "Exhibit C" is an excerpt from the loss chart Littleton submitted to support his motion for lead plaintiff (originally submitted at ECF No. 42-2), which highlights his opening purchases of call options with a strike prices greater than $420.00.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Monday, December 3, 2018, in San Francisco, California.

*/s/ Ramzi Abadou*
RAMZI ABADOU

CASE NO. 3:18-CV-04865-EMC
DECLARATION OF RAMZI ABADOU IN SUPPORT OF BRIDGESTONE INVESTMENT CORPORATION LIMITED'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF NOVEMBER 27, 2018 ORDER

1