# Exhibit B



Nuveen provides investment advisory solutions through its investment affiliates. Investing involves, risk, including the loss of principal. 585465-INV-AN-08/19

# #24 Elon Musk

CEO and Chairman, Tesla



**REAL TIME NET WORTH**

as of 12/3/18

## $22.9B

**2018 FORBES 400 NET WORTH**

as of 10/3/18

## $19.6B

PREVIOUS        NEXT

- Elon Musk is working to revolutionize transportation both on Earth and in space.
- His automaker, Tesla Motors, which was founded in 2003, is bringing fully-electric vehicles to the mass market.
- He settled with the SEC in September 2018 for making alleged "false statements" about a plan to take Tesla private, and had to step down as chairman.
- SpaceX, Musk's rocket company, is now valued at more than $20 billion.

- He grew up in South Africa, then immigrated to Canada at age 17. He landed in the US as a transfer student at the University of Pennsylvania.

**ON FORBES LISTS**

| #24 | **Forbes 400 2018** |
|---|---|
| #25 | **Powerful People 2018** |
| #54 | **Billionaires 2018** |
| #12 | **Richest In Tech 2017** |
|  | **Global Game Changers 2016** |

**STATS**

| AGE | **47** |
|---|---|
| SOURCE OF WEALTH | **Tesla Motors, Self Made** |
| SELF-MADE SCORE | **8** |
| PHILANTHROPY SCORE | **3** |
| RESIDENCE | **Los Angeles, California** |
| CITIZENSHIP | **United States** |
| MARITAL STATUS | **Divorced** |
| CHILDREN | **5** |
| EDUCATION | **Bachelor of Arts/Science, University of Pennsylvania** |

**DID YOU KNOW**

Musk was accepted to a graduate program at Stanford, but deferred attendance to launch his first business, software

← →

company Zip2.

## NET WORTH OVER TIME

**$8.4B**  Billionaires
March 2014

*I operate on the physics approach to analysis. You boil things down to the first principles or fundamental truths in a particular area and then you reason up from there.*

Elon Musk

## CONNECTIONS



**Peter Thiel**
Cofounder



**Tesla**
Holds stake in Tesla

## NEWSWORTHY

**BUSINESS** / **#INNOVATION**                                a month ago

### Rewiring Storytelling: Neuroanalytic Brand Boosting From The Startup That Predicted The Trump Win

By **Katie Baron**    6 min read        👁 1,462   ↪ 469



#LEADERSHIP                                                            2 months ago

## Tesla's Board Needs More Manufacturing Expertise

By **Patricia Lenkov**    👁 2,918   ↪ 340



INVESTING / #STOCKWATCH                                                2 months ago

## Amidst The Chaos, Tesla To Report Quarterly Production Results

By **Bonanza Chalaban**   2 min read    👁 6,577   ↪ 371



INVESTING / #BILLIONAIRES                                              2 months ago

## Billionaire Elon Musk's $40 Million Tweet May Be A Blessing For Tesla After Settling Fraud Suit

By **Antoine Gara**   3 min read    👁 35,977   ↪ 2,745



INVESTING / #POWERUP                                                   2 months ago

## Did Saudi Arabia Just Troll Elon Musk's Tesla?

By **Ellen R. Wald**    👁 10,864   ↪ 1,008



INVESTING / #POWERUP                                                             3 months ago

### Tesla Is Elon Musk, For Better Or For Worse

By **Ellen R. Wald**   2 min read    👁 7,319   ↪ 1,074



LEADERSHIP / #LEADERSHIP                                                          3 months ago

### Can You Handle The Truth? How Transparent Companies Become Role Models To Consumers

By **Imperial Business Insights**   3 min read   👁 1,558   ↪ 360



INVESTING / #POWERUP                                                             4 months ago

### Instead Of Tesla, Saudi Arabia Should Invest In Battery Tech

By **Ellen R. Wald**   4 min read    👁 2,547   ↪ 438



INVESTING / #MARKETMOVES                                                         4 months ago

### If Tesla Falls, Other Electric Vehicles Could Thrive

By **Ellen R. Wald**   👁 12,257   ↪ 837



INVESTING / #NEWTECH

5 months ago

### Elon Musk And The Dangers Of Hero Worship

By **Karl Kaufman**   3 min read   👁 13,346   ↪ 1,146



More Articles

# Forbes

© 2018 Forbes Media LLC. All Rights Reserved.

AdChoices   Privacy Statement   Terms and Conditions   Contact Us   Send Us Feedback
Jobs At Forbes   Reprints & Permissions   Forbes Press Room   Forbes Quote of the Day   Advertise