# Exhibit C

Case 3:18-cv-04865-EMC   Document 42-2   Filed 10/09/18   Page 6 of 10

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/1/2018 | BO | P TSLA JAN 400 | 5 | 102.254 | 51,127.00 |
| 2/1/2018 | BO | P TSLA JAN 400 | 5 | 103.892 | 51,946.00 |
| 2/1/2018 | BO | P TSLA JAN 400 | 5 | 104.538 | 52,269.00 |
| 2/2/2018 | BO | P TSLA JAN 400 | 5 | 107.066 | 53,533.00 |
| 2/5/2018 | BO | P TSLA JAN 400 | 5 | 111.872 | 55,936.00 |
| 2/5/2018 | BO | P TSLA JAN 400 | 5 | 110.984 | 55,492.00 |
| 2/12/2018 | BO | P TSLA JAN 400 | 19 | 126.3692 | 240,101.48 |
| 6/15/2018 | BO | P TSLA JAN 400 | 11 | 111.0390909 | 122,143.00 |
| 6/18/2018 | BO | P TSLA JAN 400 | 5 | 106.162 | 53,081.00 |
| 6/18/2018 | BO | P TSLA JAN 400 | 5 | 104.284 | 52,142.00 |
| 6/21/2018 | BO | P TSLA JAN 400 | 10 | 114.705 | 114,705.00 |
| 6/28/2018 | BO | P TSLA JAN 400 | 10 | 114.636 | 114,636.00 |
| 6/28/2018 | BO | P TSLA JAN 400 | 10 | 113.076 | 113,076.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 10 | 110.669 | 110,669.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 10 | 124.977 | 124,977.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 2 | 124.74 | 24,948.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 10 | 124.846 | 124,846.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 8 | 124.79125 | 99,833.00 |
| 7/2/2018 | BO | P TSLA JAN 400 | 10 | 124.604 | 124,604.00 |
| 7/18/2018 | BO | P TSLA JAN 400 | 25 | 126.4796 | 316,199.00 |
| 7/19/2018 | BO | P TSLA JAN 400 | 25 | 130.3168 | 325,792.00 |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 75 | (187,500.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (12) | 75 | (90,000.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 73.15 | (182,875.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 72.4156 | (181,039.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (13) | 72.5 | (94,250.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (15) | 73.7 | (110,550.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (10) | 72.45 | (72,450.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 73.62 | (184,050.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 72.946 | (182,365.00) |
| 8/8/2018 | SC | P TSLA JAN 400 | (25) | 71.5508 | (178,877.00) |
|  |  |  |  | **Loss / (Gain) ($)** | 918,099.48 |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.13 | 77,825.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.08 | 77,700.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.4 | 78,500.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.35 | 78,375.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.58 | 78,950.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.75 | 79,375.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.85 | 79,625.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.95 | 79,875.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.8 | 79,500.00 |
| 8/3/2018 | BO | C TSLA JUN 450 | 25 | 31.9 | 79,750.00 |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 16.9644 | (84,822.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (2) | 16.645 | (3,329.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (46) | 16.95369565 | (77,987.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 17.0036 | (85,018.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (2) | 17.05 | (3,410.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 17.39 | (86,950.00) |
| 8/8/2018 | SC | C TSLA JUN 450 | (50) | 17.2338 | (86,169.00) |
|  |  |  |  | **Loss / (Gain) ($)** | 361,790.00 |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 45.858 | 22,929.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.166 | 23,083.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.182 | 23,091.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.236 | 23,118.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.28 | 23,140.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.282 | 23,141.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.27 | 23,135.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.278 | 23,139.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.282 | 23,141.00 |
| 12/19/2017 | BO | C TSLA JAN 450 | 5 | 46.278 | 23,139.00 |

| Date | Action | Security | Qty | Price | Amount |
|---|---|---|---|---|---|
| 12/26/2017 | BO | C TSLA JAN 450 | 5 | 38.104 | 19,052.00 |
| 12/26/2017 | BO | C TSLA JAN 450 | 5 | 38.022 | 19,011.00 |
| 12/26/2017 | BO | C TSLA JAN 450 | 5 | 38.084 | 19,042.00 |
| 12/26/2017 | BO | C TSLA JAN 450 | 5 | 38.062 | 19,031.00 |
| 12/26/2017 | BO | C TSLA JAN 450 | 5 | 38.04 | 19,020.00 |
| 1/3/2018 | BO | C TSLA JAN 450 | 5 | 37.582 | 18,791.00 |
| 1/3/2018 | BO | C TSLA JAN 450 | 5 | 37.532 | 18,766.00 |
| 1/3/2018 | BO | C TSLA JAN 450 | 5 | 37.556 | 18,778.00 |
| 1/3/2018 | BO | C TSLA JAN 450 | 5 | 37.578 | 18,789.00 |
| 1/3/2018 | BO | C TSLA JAN 450 | 5 | 37.59 | 18,795.00 |
| 1/4/2018 | BO | C TSLA JAN 450 | 10 | 36.368 | 36,368.00 |
| 1/5/2018 | BO | C TSLA JAN 450 | 10 | 34.772 | 34,772.00 |
| 1/8/2018 | BO | C TSLA JAN 450 | 5 | 40.054 | 20,027.00 |
| 1/8/2018 | BO | C TSLA JAN 450 | 10 | 40.066 | 40,066.00 |
| 1/8/2018 | BO | C TSLA JAN 450 | 10 | 40.154 | 40,154.00 |
| 1/8/2018 | BO | C TSLA JAN 450 | 5 | 39.982 | 19,991.00 |
| 1/9/2018 | BO | C TSLA JAN 450 | 10 | 42.57 | 42,570.00 |
| 1/9/2018 | BO | C TSLA JAN 450 | 5 | 42.438 | 21,219.00 |
| 1/9/2018 | BO | C TSLA JAN 450 | 5 | 42.362 | 21,181.00 |
| 1/9/2018 | BO | C TSLA JAN 450 | 5 | 42.342 | 21,171.00 |
| 1/16/2018 | BO | C TSLA JAN 450 | 5 | 43.266 | 21,633.00 |
| 1/16/2018 | BO | C TSLA JAN 450 | 5 | 43.214 | 21,607.00 |
| 1/16/2018 | BO | C TSLA JAN 450 | 5 | 43.51 | 21,755.00 |
| 1/16/2018 | BO | C TSLA JAN 450 | 5 | 44.54 | 22,270.00 |
| 1/16/2018 | BO | C TSLA JAN 450 | 5 | 44.54 | 22,270.00 |
| 1/22/2018 | BO | C TSLA JAN 450 | 5 | 52.576 | 26,288.00 |
| 1/22/2018 | BO | C TSLA JAN 450 | 5 | 52.57 | 26,285.00 |
| 1/22/2018 | BO | C TSLA JAN 450 | 5 | 52.57 | 26,285.00 |
| 1/22/2018 | BO | C TSLA JAN 450 | 5 | 52.57 | 26,285.00 |
| 1/22/2018 | BO | C TSLA JAN 450 | 5 | 52.57 | 26,285.00 |
| 5/16/2018 | BO | C TSLA JAN 450 | 25 | 24.45 | 61,125.00 |
| 5/16/2018 | BO | C TSLA JAN 450 | 25 | 24.45 | 61,125.00 |
| 6/12/2018 | BO | C TSLA JAN 450 | 25 | 41.8416 | 104,604.00 |
| 6/12/2018 | BO | C TSLA JAN 450 | 25 | 41.6324 | 104,081.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 5 | 48.094 | 24,047.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 7 | 50.53 | 35,371.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 25 | 50.8156 | 127,039.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 25 | 50.9308 | 127,327.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 25 | 50.9748 | 127,437.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 5 | 50.814 | 25,407.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 9 | 50.92 | 45,828.00 |
| 6/15/2018 | BO | C TSLA JAN 450 | 4 | 50.89 | 20,356.00 |
| 6/22/2018 | BO | C TSLA JAN 450 | 10 | 42.5452 | 42,545.20 |
| 7/27/2018 | BO | C TSLA JAN 450 | 7 | 31.2 | 21,840.00 |
| 7/27/2018 | BO | C TSLA JAN 450 | 3 | 30.7 | 9,210.00 |
| 7/30/2018 | BO | C TSLA JAN 450 | 10 | 29.439 | 29,439.00 |
| 8/3/2018 | BO | C TSLA JAN 450 | 10 | 47.826 | 47,826.00 |
| 8/3/2018 | BO | C TSLA JAN 450 | 10 | 47.882 | 47,882.00 |
| 8/3/2018 | BO | C TSLA JAN 450 | 10 | 47.965 | 47,965.00 |
| 8/3/2018 | BO | C TSLA JAN 450 | 10 | 47.965 | 47,965.00 |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 26.42 | (132,100.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (2) | 27.705 | (5,541.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (48) | 27.48875 | (131,946.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 27.548 | (137,740.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (15) | 28.13133333 | (42,197.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 27.6696 | (138,348.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (41) | 29.0204878 | (118,984.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (9) | 29.77777778 | (26,800.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (1) | 29.65 | (2,965.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (10) | 28.86 | (28,860.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (24) | 28.78625 | (69,087.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (10) | 29.732 | (29,732.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 29.2358 | (146,179.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 28.7252 | (143,626.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (50) | 29.6178 | (148,089.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (37) | 29.62567568 | (109,615.00) |
| 8/8/2018 | SC | C TSLA JAN 450 | (3) | 29.07 | (8,721.00) |

**Loss / (Gain) ($)**   696,502.20

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) | |
|---|---|---|---|---|---|---|
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 20.13 | (50,325.00) | |
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 19.6 | (49,000.00) | |
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 19.43 | (48,575.00) | |
| 8/7/2018 | SO | C TSLA JUN 500 | (25) | 19.55 | (48,875.00) | |
| 8/8/2018 | SO | C TSLA JUN 500 | (25) | 9.08 | (22,700.00) | |
| 8/8/2018 | SO | C TSLA JUN 500 | (25) | 9.1 | (22,750.00) | |
| 8/9/2018 | SO | C TSLA JUN 500 | (25) | 9.35 | (23,375.00) | |
| 8/9/2018 | SO | C TSLA JUN 500 | (25) | 9.15 | (22,875.00) | |
| 8/10/2018 | BC | C TSLA JUN 500 | 19 | 9.41105263 | 17,881.00 | |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 9.488 | 23,720.00 | |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 9.4928 | 23,732.00 | |
| 8/10/2018 | BC | C TSLA JUN 500 | 5 | 9.48 | 4,740.00 | |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 9.8104 | 24,526.00 | |
| 8/10/2018 | BC | C TSLA JUN 500 | 26 | 10.17769231 | 26,462.00 | |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 10.1872 | 25,468.00 | |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 10.2092 | 25,523.00 | |
| 8/10/2018 | BC | C TSLA JUN 500 | 25 | 10.1992 | 25,498.00 | |
| | | | | **Loss / (Gain) ($)** | (90,925.00) | |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) | |
|---|---|---|---|---|---|---|
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.7184 | 99,296.00 | |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.1996 | 97,999.00 | |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.0704 | 97,676.00 | |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 38.9332 | 97,333.00 | |
| 6/29/2018 | BO | C TSLA JAN 500 | 13 | 39.34 | 51,142.00 | |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.1788 | 97,947.00 | |
| 6/29/2018 | BO | C TSLA JAN 500 | 12 | 39.04666667 | 46,856.00 | |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.5296 | 98,824.00 | |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 39.5708 | 98,927.00 | |
| 6/29/2018 | BO | C TSLA JAN 500 | 25 | 38.3072 | 95,768.00 | |
| 6/29/2018 | BO | C TSLA JAN 500 | 4 | 38.13 | 15,252.00 | |
| 6/29/2018 | BO | C TSLA JAN 500 | 21 | 38.2952381 | 80,420.00 | |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.25 | (86,250.00) | The sum of the |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 16.25 | (81,250.00) | highlighted transactions |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.25 | (86,250.00) | in this group of options |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.25 | (86,250.00) | is a loss of |
| 8/8/2018 | SC | C TSLA JAN 500 | (50) | 17.5 | (87,500.00) | $549,940.00 |
| 8/10/2018 | SO | C TSLA JAN 500 | (25) | 18.25 | (45,625.00) | |
| 8/10/2018 | SO | C TSLA JAN 500 | (25) | 18.25 | (45,625.00) | |
| 8/14/2018 | SO | C TSLA JAN 500 | (10) | 12.75 | (12,750.00) | |
| 8/14/2018 | SO | C TSLA JAN 500 | (10) | 12.75 | (12,750.00) | |
| 8/14/2018 | SO | C TSLA JAN 500 | (5) | 12.75 | (6,375.00) | |
| 8/27/2018 | BC | C TSLA JAN 500 | 25 | 21.1 | 52,750.00 | |
| 8/27/2018 | BC | C TSLA JAN 500 | 25 | 23.25 | 58,125.00 | |
| 8/27/2018 | BC | C TSLA JAN 500 | 25 | 23.096 | 57,740.00 | |
| | | | | **Loss / (Gain) ($)** | 595,430.00 | |

| Date of Transaction | (B), (S), (SO), (BO), (SC) or (BC)* | Security | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/7/2018 | SO | C TSLA JUN 550 | (19) | 12.9 | (24,510.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (1) | 12.8 | (1,280.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (14) | 11.65 | (16,310.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (5) | 11.25 | (5,625.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (6) | 11.25 | (6,750.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (5) | 11.2 | (5,600.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (18) | 11.06277778 | (19,913.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (4) | 11.05 | (4,420.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (1) | 10.95 | (1,095.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (2) | 10.95 | (2,190.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (10) | 11.1 | (11,100.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (2) | 11.05 | (2,210.00) |
| 8/7/2018 | SO | C TSLA JUN 550 | (13) | 11 | (14,300.00) |
| 8/10/2018 | BC | C TSLA JUN 550 | 25 | 4.8 | 12,000.00 |