1  **LEVI & KORSINSKY, LLP**
   Adam M. Apton (SBN 316506)
2  Adam C. McCall (SBN 302130)
   44 Montgomery Street, Suite 650
3  San Francisco, CA 94104
   Tel: (415) 291-2420
4  Email: aapton@zlk.com
   Email: amccall@zlk.com
5
   *Attorneys for Lead Plaintiff Glen Littleton*
6  *and Lead Counsel for the Class*

7  [Additional counsel on signature blocks]

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  | IN RE TESLA, INC. SECURITIES | No. C-18-04865 |
    | LITIGATION | |
13  | | Hon. Edward M. Chen |
14  | | **DECLARATION OF ADAM M. APTON IN SUPPORT OF GLEN LITTLETON'S OPPOSITON TO DANY DAVID'S MOTION FOR RECONSIDERATION (DKT. NO. 156)** |
15
16
17  | | [No hearing scheduled] |
18

I, Adam M. Apton, hereby declare as follows:

1. I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Lead Plaintiff Glen Littleton, and a member in good standing of the bar of the State of California. I am licensed to practice before this Court. On behalf of Lead Plaintiff Glen Littleton, I respectfully submit this declaration in opposition to Dany David's Motion for Reconsideration (Dkt. No. 156).

2. Attached hereto as Exhibit A is a true and correct copy of the transcript from the November 15, 2018 proceeding before Judge Edward Chen in the above referenced action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 7th day of December, 2018.

/s/ Adam M. Apton
Adam M. Apton

---

1

DECLARATION OF ADAM M. APTON IN SUPPORT OF GLEN LITTLETON'S OPPOSITION TO DANY DAVID'S MOTION FOR RECONSIDERATION
*In re Tesla, Inc. Securities Litigation*
No. C-18-4865