**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff Glen Littleton
and Lead Counsel for the Class*

[Additional counsel on signature blocks]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | No. C-18-04865 <br><br> Hon. Edward M. Chen <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF GLEN LITTLETON'S OPPOSITON TO BRIDGESTONE INVESTMENT CORPORATION'S MOTION FOR RECONSIDERATION (DKT. NO. 158)** <br><br> [No hearing scheduled] |

I, Adam M. Apton, hereby declare as follows:

1. I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Lead Plaintiff Glen Littleton, and a member in good standing of the bar of the State of California. I am licensed to practice before this Court. On behalf of Lead Plaintiff Glen Littleton, I respectfully submit this declaration in opposition to Bridgestone Investment Corporation's Motion for Reconsideration (Dkt. No. 158).

2. Attached hereto as Exhibit A is a true and correct copy of the September 27, 2018 complaint filed by the United States Securities and Exchange Commission against Elon Musk.

3. Attached hereto as Exhibit B is a true and correct copy of the transcript from the November 15, 2018 proceeding before Judge Edward Chen in the above referenced action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 10th day of December, 2018.

/s/ Adam M. Apton
Adam M. Apton