UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TESLA, INC. SECURITIES LITIGATION | No. C-18-04865<br><br>Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO SERVE NON-PARTY DOCUMENT PRESERVATION SUBPOENAS** |
|---|---|

ON THIS DAY, the Court considered Lead Plaintiff Glen Littleton's motion for leave to serve non-party document preservation subpoenas;

Having considered the arguments submitted in connection therewith, the motion is hereby GRANTED;

Lead Plaintiff Glen Littleton may serve the non-parties identified in the motion in substantially the same form as the subpoena submitted in support of the motion.

IT IS SO ORDERED.

Dated: _____

EDWARD M. CHEN
United States District Judge