# EXHIBIT C

# Tesla Motors Inc

## Automotive – Auto OEMs




# Private Tesla to send ripples across industry

- **Taking Tesla out of the spotlight?** In an announcement on Tuesday afternoon, Tesla CEO Elon Musk wrote in a blog post that he is considering taking the company private at $420/share. This is still subject to shareholders' approval, which may be the most obvious challenge for the transaction. The funding of the transaction is unclear, but is potentially less of an obstacle than obtaining shareholders' approval, in our view. We consider the $420/share proposal as low and believe the fair value per share is higher at $500.
- **Securing long-term ambitions:** The move to potentially take Tesla private would undoubtedly have wide-ranging implications for the entire automotive industry. However, despite the market's surprise at Mr Musk's announcement, such a move is perhaps easier to justify than it initially seems. It removes Tesla from the glare of the public market's short-termism, allowing the company easier access to funding sources that are more aligned with Mr Musk's longer-term ambitions. Furthermore, with potentially less burdensome disclosure requirements, the company will likely find itself more nimble in addressing opportunities to expand its regional footprint and product portfolio, without the pressure of short-term financial targets.
- **Private Tesla adds risks and uncertainties for OEMs:** For the traditional OEMs, a privately held Tesla exacerbates several problems. Firstly, the company will be much better placed to execute its expansion plans, such as in China and Europe, with potentially accelerated timeframes. That means Tesla competitors may have even less time to produce viable alternatives, or risk losing significant market share. Meanwhile, with likely less visibility on profitability or investment levels at Tesla, the OEMs will struggle to benchmark their own electric vehicle development plans and gauge the risk of becoming laggards. That means the OEMs may need to bolster their own investment plans, putting cash flow and return targets in danger.
- **Deal structure would allow shareholders to decide:** If the proposal is approved, shareholders who value the company above $420/share may still choose to retain ownership in a privately owned Tesla. By allowing existing shareholders to participate in the transition, the deal should largely preserve the current shareholder structure. As with SpaceX, there will be no liquid secondary market, except for periodic events when shares in the private company can be traded. With respect to shareholders who choose to accept cash, funding for the transaction will likely be raised from strategic investors and/or debt – a scenario in which 20% of shares are exchanged for cash would imply that funding of around $14bn is required.
- **Fundamentals justify higher premium:** Although a premium of around 20% to Monday's close would offer shareholders some near-term upside, the fundamental value of the company is significantly higher, in our view. Under private ownership, an acceleration of expansion plans could unlock Tesla's full potential value much earlier than anticipated.

| Y/E 31/12, USDm | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Volumes | 76,230 | 103,055 | 240,380 | 427,000 | 572,770 |
| Sales | 7,000 | 11,759 | 20,816 | 32,732 | 42,239 |
| EBIT | -667 | -1,632 | -604 | 1,525 | 2,889 |
| Net profit | -675 | -1,961 | -1,159 | 545 | 1,417 |
| EPS | -4.68 | -11.83 | -6.85 | 3.22 | 8.38 |
| EPS (Non-GAAP) | -2.87 | -8.67 | -3.52 | 6.71 | 12.91 |
| Free cash flow | -1,405 | -3,475 | -1,154 | 729 | 1,475 |
| Free cash flow (Non-GAAP) | -635 | -2,964 | -1,504 | 379 | 1,125 |
| Gross margin | 22.8% | 18.9% | 17.3% | 21.3% | 23.2% |
| EBIT margin | -9.5% | -13.9% | -2.9% | 4.7% | 6.8% |
| EV/Sales | 4.8 | 4.9 | 3.2 | 2.0 | 1.5 |

*Source: Company data, Berenberg*

8 August 2018




| **Current price** | **Price target** |
|---|---|
| USD379.57 | USD500.00 |

07/08/2018 NASDAQ Close

| | |
|---|---|
| Market cap (USDm) | 57,846 |
| Reuters | TSLA.O |
| Bloomberg | TSLA US |

### Changes made in this note

Rating: Buy (no change)
Price target: USD500.00 (no change)

### Estimates changes

| | 2018E | | 2019E | | 2020E | |
|---|---|---|---|---|---|---|
| | old | Δ % | old | Δ % | old | Δ % |
| Sales | 20,816 | - | 32,732 | - | 42,239 | - |
| EBIT | -604 | - | 1,525 | - | 2,889 | - |
| EPS | -3.52 | - | 6.71 | - | 12.91 | - |

*Source: Berenberg estimates*

### Share data

| | |
|---|---|
| Shares outstanding (m) | 169 |
| Enterprise value (USDm) | 66,398 |
| Daily trading volume | 6.9m |

### Key data

| | |
|---|---|
| Price/book value | 16.8 |
| Net debt/equity | 223.1% |
| CAGR sales 2017-2020 | 53.2% |
| CAGR EPS 2017-2020 | n.m. |




*Source: Thomson Reuters Datastream*

Alexander Haissl
Analyst
+44 20 3465 2749
alexander.haissl@berenberg.com

Fei Teng
Analyst
+44 20 3753 3049
fei.teng@berenberg.com

Cristian Dirpes
Analyst
+44 20 3465 2721
cristian.dirpes@berenberg.com

Viktoria Oushatova, CFA
Analyst
+44 20 3207 7890
viktoria.oushatova@berenberg.com

# Tesla Motors Inc

## Automotive – Auto OEMs




**BUY**

8 August 2018

| **Current price** | **Price target** |
|---|---|
| USD379.57 | USD500.00 |

07/08/2018 NASDAQ Close

| | |
|---|---|
| Reuters | TSLA.O |
| Bloomberg | TSLA US |
| Market cap (USDm) | 57,846 |
| EV (USDm) | 66,398 |
| Trading volume | 6.9m |
| Free float | 75.0% |

**Non-institutional shareholders**

Elon Musk: 19.87%
Tencent Holdings: 4.92%

**Share performance**

| | |
|---|---|
| High 52 weeks | USD385.00 |
| Low 52 weeks | USD252.48 |

**Business description**

Tesla manufactures and sells passenger electric cars under the Tesla brand and also sells stationary storage batteries for both residential and industrial applications.

**Performance relative to**

| | S&P 500 | SXAP |
|---|---|---|
| 1mth | 7.4% | 11.9% |
| 3mth | 6.3% | 26.4% |
| 12mth | -18.6% | -7.6% |

# Investment thesis

- **Superior electronic architecture:** Tesla's centralised, integrated, technology-driven architecture enables flexibility and OTA software upgradeability across the entire domain. This stands in sharp contrast to the traditional OEMs, which add technology to the legacy architecture. For OEMs, a sweeping overhaul of the entire architecture is necessary, but this comes at a high cost and risk.
- **Model 3 gross margin to positively surprise:** The widespread assumption that Model 3 margins can be directly inferred from Model S/X is inherently and almost totally flawed. Substantial gains from lower labour content, as well as capital and material use efficiencies, should allow Tesla to comfortably achieve a margin above 25% throughout the product cycle.
- **Significant advantage on battery technology:** We expect Tesla to remain the battery technology leader, as traditional OEMs have shown little effort to commit meaningful capital to battery technology. Tesla's temperature management is the most sophisticated in the industry, allowing better resilience to capacity degradation, and consequently better residual values.
- **DCF-based valuation:** Based on normalised annualised volumes of 1.7m vehicles by 2030E, terminal growth of 2.5% and WACC of 9.5%, our DCF yields a fair value of $500 per share.

**Profit and loss summary**

| USDm | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Revenues | 7,000 | 11,759 | 20,816 | 32,732 | 42,239 |
| EBITDA | 280 | 4 | 1,165 | 3,462 | 5,017 |
| EBITA | -198 | -765 | 38 | 2,146 | 3,499 |
| EBIT | -667 | -1,632 | -604 | 1,525 | 2,889 |
| Associates contribution | - | - | - | - | - |
| Net interest | -190 | -452 | -694 | -1,052 | -1,312 |
| Tax | 27 | 32 | 37 | 78 | 310 |
| Minorities | -98 | -279 | -300 | -250 | -250 |
| Net income adj. | -675 | -1,961 | -1,159 | 545 | 1,417 |
| EPS reported | -4.68 | -11.83 | -6.85 | 3.22 | 8.38 |
| EPS adjusted | -2.87 | -8.67 | -3.52 | 6.71 | 12.91 |
| Year end shares | 144 | 166 | 169 | 169 | 169 |
| Average shares | 144 | 166 | 169 | 169 | 169 |
| DPS | - | - | - | - | - |

**Cash flow summary**

| USDm | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Net income | -773 | -2,241 | -1,459 | 295 | 1,167 |
| Depreciation | 477 | 769 | 1,127 | 1,317 | 1,518 |
| Working capital changes | 176 | -318 | -1,142 | -1,413 | -1,896 |
| Other non-cash items | -4 | 1,728 | 3,183 | 3,732 | 4,467 |
| Operating cash flow | -124 | -61 | 1,709 | 3,931 | 5,256 |
| Capex | -1,281 | -3,415 | -2,863 | -3,202 | -3,781 |
| FCFE | -1,405 | -3,475 | -1,154 | 729 | 1,475 |
| Acquisitions, disposals | 54 | -781 | -450 | -450 | -450 |
| Other investment CF | -189 | -223 | 0 | 0 | 0 |
| Dividends paid | - | - | - | - | - |
| Buybacks, issuance | 1,702 | 400 | 0 | 0 | 0 |
| Change in net debt | 1,980 | 3,496 | 1,604 | -279 | -1,025 |
| Net debt (cash negative) | 3,451 | 6,947 | 8,551 | 8,272 | 7,247 |
| FCF per share | -9.74 | -20.97 | -6.82 | 4.31 | 8.72 |

**Growth and margins**

| | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Revenue growth | 73.0% | 68.0% | 77.0% | 57.2% | 29.0% |
| EBITDA growth | -195.1% | -98.6% | 29632.7% | 197.3% | 44.9% |
| EBIT growth | -6.9% | 144.6% | -63.0% | -352.5% | 89.4% |
| EPS adj growth | -46.8% | 202.3% | -59.4% | -290.8% | 92.5% |
| FCF growth | -35.0% | 147.4% | -66.8% | -163.2% | 102.3% |
| EBITDA margin | 4.0% | 0.0% | 5.6% | 10.6% | 11.9% |
| EBIT margin | -9.5% | -13.9% | -2.9% | 4.7% | 6.8% |
| Net income margin | -11.0% | -19.1% | -7.0% | 0.9% | 2.8% |
| FCF margin | -49.6% | -9.8% | 3.5% | 0.0% | 0.0% |

**Key ratios**

| | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Net debt / equity | 72.6% | 163.9% | 223.1% | 160.4% | 96.2% |
| Net debt / EBITDA | 12.3 | 1773.5 | 7.3 | 2.4 | 1.4 |
| Avg cost of debt | 1.0% | 1.4% | 1.6% | 2.1% | 2.3% |
| Tax rate | -3.6% | -1.4% | -2.6% | 21.0% | 21.0% |
| Interest cover | -3.4 | -3.5 | -0.8 | 1.4 | 2.2 |
| Payout ratio | - | - | - | - | - |
| ROCE | -4.3% | -8.3% | -2.9% | 6.3% | 10.2% |
| Capex / sales | 18.3% | 29.0% | 13.8% | 9.8% | 9.0% |
| Capex / depreciation | 268.3% | 443.9% | 254.1% | 243.2% | 249.1% |

**Valuation metrics**

| | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| P / adjusted EPS | -73.2 | -36.2 | -108.0 | 56.6 | 29.4 |
| P / book value | 6.4 | 12.3 | 16.8 | 12.4 | 8.5 |
| FCF yield | -4.6% | -6.9% | -2.0% | 1.3% | 2.6% |
| Dividend yield | - | - | - | - | - |
| EV / sales | 4.8 | 4.9 | 3.2 | 2.0 | 1.5 |
| EV / EBITDA | 120.6 | 14613.9 | 57.0 | 19.1 | 13.0 |
| EV / EBIT | -50.6 | -35.1 | -109.9 | 43.3 | 22.5 |
| EV / FCF | -24.0 | -16.5 | -57.5 | 90.7 | 44.1 |
| EV / cap. employed | 2.2 | 2.9 | 3.2 | 2.7 | 2.3 |

**Key risks to our investment thesis**

- Material ramp-up problems/delays with the Model 3 could pose a risk.
- Potential cash-out for cars sold with resale value guarantees could lead to pressure on cash flows.
- A change in traditional OEMs' strategies, such as a material step-up in EV investments, could put more pressure on Tesla's business.
- Product reliability issues and faults could result in higher costs.
- Failure of the autopilot could lead to lower take rates.

Alexander Haissl
Analyst
+44 20 3465 2749
alexander.haissl@berenberg.com

Fei Teng
Analyst
+44 20 3753 3049
fei.teng@berenberg.com

Cristian Dirpes
Analyst
+44 20 3465 2721
cristian.dirpes@berenberg.com

Viktoria Oushatova, CFA
Analyst
+44 20 3207 7890
viktoria.oushatova@berenberg.com

# Tesla Motors Inc
## Automotive – Auto OEMs




**Please note that the use of this research report is subject to the conditions and restrictions set forth in the "General investment-related disclosures" and the "Legal disclaimer" at the end of this document.**

**For analyst certification and remarks regarding foreign investors and country-specific disclosures, please refer to the respective paragraph at the end of this document.**

### Disclosures in respect of Article 20 of Regulation (EU) No. 596/2014 of the European Parliament and of the Council of 16 April 2014 on market abuse (market abuse regulation – MAR)

| Company | Disclosures |
|---|---|
| Tesla Motors Inc | no disclosures |

(1) Joh. Berenberg, Gossler & Co. KG (hereinafter referred to as "the Bank") and/or its affiliate(s) was Lead Manager or Co-Lead Manager over the previous 12 months of a public offering of this company.
(2) The Bank acts as Designated Sponsor/Market Maker for this company.
(3) Over the previous 12 months, the Bank and/or its affiliate(s) has effected an agreement with this company for investment banking services or received compensation or a promise to pay from this company for investment banking services.
(4) The Bank and/or its affiliate(s) holds 5% or more of the share capital of this company.
(5) The Bank holds a long position in shares of this company.
(6) The Bank holds a short position in shares of this company.

Production of the recommendation completed: 08.08.2018, 07:19

**Historical price target and rating changes for Tesla Motors Inc in the last 12 months**

| Date | Price target - USD | Rating | First dissemination GMT | Initiation of coverage |
|---|---|---|---|---|
| 03 November 17 | 455.00 | Buy | 2017-11-03 12:22 | 02 February 16 |
| 08 February 18 | 470.00 | Buy | 2018-02-08 12:49 | |
| 18 May 18 | 500.00 | Buy | 2018-05-21 07:01 | |

Click here for a list of all recommendations on any financial instrument or issuer that were disseminated during the preceding 12-month period.

**Berenberg Equity Research ratings distribution and in proportion to investment banking services on a quarterly basis, as of 1 July 2018**

| | | |
|---|---|---|
| Buy | 50.26 % | 78.21 % |
| Sell | 11.98 % | 0.00 % |
| Hold | 37.76 % | 21.79 % |

**Valuation basis/rating key**
The recommendations for companies analysed by Berenberg's Equity Research department are made on an absolute basis for which the following three-step rating key is applicable:

**Buy:** Sustainable upside potential of more than 15% to the current share price within 12 months;

**Sell:** Sustainable downside potential of more than 15% to the current share price within 12 months;

**Hold:** Upside/downside potential regarding the current share price limited; no immediate catalyst visible.

NB: During periods of high market, sector, or stock volatility, or in special situations, the recommendation system criteria may be breached temporarily.

**Competent supervisory authority**
Bundesanstalt für Finanzdienstleistungsaufsicht -BaFin- (Federal Financial Supervisory Authority), Graurheindorfer Straße 108, 53117 Bonn and Marie-Curie-Str. 24-28, 60439 Frankfurt am Main, Germany.

**General investment-related disclosures**
Joh. Berenberg, Gossler & Co. KG (hereinafter referred to as "the Bank") has made every effort to carefully research all information contained in this financial analysis. The information on which the financial analysis is based has been obtained from sources which we believe to be reliable such as, for example, Thomson Reuters, Bloomberg and the relevant specialised press as well as the company which is the subject of this financial analysis.




Only that part of the research note is made available to the issuer (who is the subject of this analysis) which is necessary to properly reconcile with the facts. Should this result in considerable changes a reference is made in the research note.

Opinions expressed in this financial analysis are our current opinions as of the issuing date indicated on this document. The companies covered by Berenberg are continuously followed by the analyst. Based on developments with the relevant company, the sector or the market which may have a material impact on the research views, research reports will be updated as it deems appropriate.

The functional job title of the person/s responsible for the recommendations contained in this report is "Equity Research Analyst" unless otherwise stated on the cover.

**The following internet link provides further remarks on our financial analyses:**
https://www.berenberg.de/fileadmin/assets/research/Hinweise_zu_Finanzanalysen_e.pdf

**Legal disclaimer**

This document has been prepared by Joh. Berenberg, Gossler & Co. KG (hereinafter referred to as "the Bank"). This document does not claim completeness regarding all the information on the stocks, stock markets or developments referred to in it.

On no account should the document be regarded as a substitute for the recipient procuring information for himself/herself or exercising his/her own judgements.

The document has been produced for information purposes for institutional clients or market professionals.

Private customers, into whose possession this document comes, should discuss possible investment decisions with their customer service officer as differing views and opinions may exist with regard to the stocks referred to in this document.

This document is not a solicitation or an offer to buy or sell the mentioned stock.

The document may include certain descriptions, statements, estimates, and conclusions underlining potential market and company development. These reflect assumptions, which may turn out to be incorrect. The Bank and/or its employees accept no liability whatsoever for any direct or consequential loss or damages of any kind arising out of the use of this document or any part of its content.

The Bank and/or its employees may hold, buy or sell positions in any securities mentioned in this document, derivatives thereon or related financial products. The Bank and/or its employees may underwrite issues for any securities mentioned in this document, derivatives thereon or related financial products or seek to perform capital market or underwriting services.

**Analyst certification**

I, Alexander Haissl, hereby certify that all of the views expressed in this report accurately reflect my personal views about any and all of the subject securities or issuers discussed herein.

In addition, I hereby certify that no part of my compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed in this research report, nor is it tied to any specific investment banking transaction performed by the Bank or its affiliates.

I, Fei Teng, hereby certify that all of the views expressed in this report accurately reflect my personal views about any and all of the subject securities or issuers discussed herein.

In addition, I hereby certify that no part of my compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed in this research report, nor is it tied to any specific investment banking transaction performed by the Bank or its affiliates.

I, Cristian Dirpes, hereby certify that all of the views expressed in this report accurately reflect my personal views about any and all of the subject securities or issuers discussed herein.

In addition, I hereby certify that no part of my compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed in this research report, nor is it tied to any specific investment banking transaction performed by the Bank or its affiliates.

I, Viktoria Oushatova, CFA, hereby certify that all of the views expressed in this report accurately reflect my personal views about any and all of the subject securities or issuers discussed herein.

In addition, I hereby certify that no part of my compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed in this research report, nor is it tied to any specific investment banking transaction performed by the Bank or its affiliates.

**Remarks regarding foreign investors**

The preparation of this document is subject to regulation by German law. The distribution of this document in other jurisdictions may be restricted by law, and persons into whose possession this document comes should inform themselves about, and observe, any such restrictions.

# Tesla Motors Inc

## Automotive – Auto OEMs




**United Kingdom**

This document is meant exclusively for institutional investors and market professionals, but not for private customers. It is not for distribution to or the use of private investors or private customers.

**United States of America**

This document has been prepared exclusively by the Bank. Although Berenberg Capital Markets, LLC ("BCM"), an affiliate of the Bank and registered US broker-dealer, distributes this document to certain investors, BCM does not provide input into its contents, nor does this document constitute research of BCM. In addition, this document is meant exclusively for institutional investors and market professionals, but not for retail investors or private customers. It is not for distribution to or the use of retail investors or private customers. BCM accepts responsibility for this research document's contents and institutional investors receiving this research and wishing to effect any transactions in any security discussed herein should do so through BCM and not the Bank.

Please contact Berenberg Capital Markets, LLC (+1 646 949 9000) if you require additional information.

**Third-party research disclosures**

| Company | Disclosures |
| --- | --- |
| Tesla Motors Inc | no disclosures |

(1) BCM or its affiliates owned 1% or more of the outstanding shares of any class of the subject company by the end of the prior month.

(2) The subject company is or was, during the 12-month period preceding the date of distribution of this report, a client of BCM or its affiliates. BCM or its affiliates provided the subject company non-investment banking, securities-related services.

(3) BCM or its affiliates received compensation from the subject company during the past 12 months for products or services other than investment banking services.

(4) During the previous 12 months, BCM or its affiliates has managed or co-managed any public offering for the subject company.

(5) BCM is making a market in the subject securities at the time of the report.

(6) BCM or its affiliates received compensation for investment banking services in the past 12 months, or expects to receive such compensation in the next 3 months.

(7) There is another potential conflict of interest of the analyst(s), BCM, of which the analyst knows or has reason to know at the time of publication of this research report.

(8) The research analyst or a member of the research analyst's household serves as an officer, director, or advisory board member of the subject company

(9) The research analyst or a member of the research analyst's household has a financial interest in the equity or debt securities of the subject company (including options, rights, warrants, or futures).

(10) The research analyst has received compensation from the subject company in the previous 12 months.

* For disclosures regarding affiliates of Berenberg Capital Markets LLC please refer to the 'Disclosures in respect of section 34b of the German Securities Trading Act (Wertpapierhandelsgesetz – WpHG)' section above.

**Copyright**

The Bank reserves all the rights in this document. No part of the document or its content may be rewritten, copied, photocopied or duplicated in any form by any means or redistributed without the Bank's prior written consent.

© 2018 Joh. Berenberg, Gossler & Co. KG

# Contacts




JOH. BERENBERG, GOSSLER & CO. KG

Internet www.berenberg.com

E-mail: firstname.lastname@berenberg.com

## EQUITY RESEARCH

**AEROSPACE & DEFENCE**

| Name | Phone |
|---|---|
| Ryan Booker | +44 20 3753 3074 |
| Andrew Gollan | +44 20 3207 7891 |
| Ross Law | +44 20 3465 2692 |

**AUTOMOTIVES**

| Name | Phone |
|---|---|
| Cristian Dirpes | +44 20 3465 2721 |
| Alexander Haissl | +44 20 3465 2749 |
| Viktoria Oushatova | +44 20 3207 7890 |
| Fei Teng | +44 20 3753 3049 |

**BANKS**

| Name | Phone |
|---|---|
| Adam Barrass | +44 20 3207 7923 |
| Stephanie Carter | +44 20 3207 3106 |
| Michael Christodoulou | +44 20 3207 7920 |
| Andrew Lowe | +44 20 3465 2743 |
| Alex Medhurst | +44 20 3753 3047 |
| Eoin Mullany | +44 20 3207 7854 |
| Peter Richardson | +44 20 3465 2681 |

**BEVERAGES**

| Name | Phone |
|---|---|
| Javier Gonzalez Lastra | +44 20 3465 2719 |
| Matt Reid | +44 20 3753 3075 |

**BUSINESS SERVICES, LEISURE & TRANSPORT**

| Name | Phone |
|---|---|
| Zaim Beekawa | +44 20 3207 7855 |
| Tom Burlton | +44 20 3207 7852 |
| Roberta Ciaccia | +44 20 3207 7805 |
| Najet El Kassir | +44 20 3207 7836 |
| William Fitzalan Howard | +44 20 3465 2640 |
| Stuart Gordon | +44 20 3207 7858 |
| Annabel Hay-Jahans | +44 20 3465 2720 |
| Joel Spungin | +44 20 3207 7867 |
| Adrian Yanoshik | +44 20 3753 3073 |

**CAPITAL GOODS**

| Name | Phone |
|---|---|
| Nicholas Housden | +44 20 3753 3050 |
| Sebastian Kuenne | +44 20 3207 7856 |
| Philippe Lorrain | +44 20 3207 7823 |
| Rizk Maidi | +44 20 3207 7806 |
| Jaroslaw Pominkiewicz | +44 20 3753 3035 |
| Simon Toennessen | +44 20 3207 7819 |
| Ethan Zhang | +44 20 3465 2634 |

**CHEMICALS**

| Name | Phone |
|---|---|
| Sebastian Bray | +44 20 3753 3011 |
| Anthony Manning | +44 20 3753 3092 |
| Rikin Patel | +44 20 3753 3080 |

**DIVERSIFIED FINANCIALS**

| Name | Phone |
|---|---|
| Charles Bendit | +44 20 3465 2729 |
| Chris Turner | +44 20 3753 3019 |

**FOOD MANUFACTURING AND H&PC**

| Name | Phone |
|---|---|
| Rosie Edwards | +44 20 3207 7880 |
| Fintan Ryan | +44 20 3465 2748 |
| James Targett | +44 20 3207 7873 |

**FOOD RETAIL**

| Name | Phone |
|---|---|
| Dusan Milosavljevic | +44 20 3753 3123 |

**GENERAL MID CAP - DACH**

| Name | Phone |
|---|---|
| Saravana Bala | +44 20 3753 3043 |
| Martin Comtesse | +44 20 3207 7878 |
| Charlotte Friedrichs | +44 20 3753 3077 |
| Gustav Fröberg | +44 20 3465 2655 |
| James Letten | +44 20 3753 3176 |
| Alexander O'Donoghue | +44 20 3207 7804 |
| Gerhard Orgonas | +44 20 3465 2635 |
| Henrik Paganetty | +44 20 3453 3140 |
| Benjamin Pfannes-Varrow | +44 20 3465 2620 |

**GENERAL MID CAP - EU core**

| Name | Phone |
|---|---|
| Beatrice Allen | +44 20 3465 2662 |
| Christoph Greulich | +44 20 3753 3119 |
| Andreas Markou | +44 20 3753 3022 |
| Anna Patrice | +44 20 3207 7863 |
| Trion Reid | +44 20 3753 3113 |

**GENERAL MID CAP - UK**

| Name | Phone |
|---|---|
| Joseph Barron | +44 20 3207 7828 |
| Calum Battersby | +44 20 3753 3118 |
| Robert Chantry | +44 20 3207 7861 |
| Sam Cullen | +44 20 3753 3183 |
| Ned Hammond | +44 20 3753 3017 |
| Omar Ismail | +44 20 3753 3102 |
| Anthony Plom | +44 20 3207 7908 |
| Edward James | +44 20 3207 7811 |
| Lush Mahendrarajah | +44 20 3207 7896 |

**GENERAL MID CAP - UK (cont'd)**

| Name | Phone |
|---|---|
| Benjamin May | +44 20 3465 2667 |
| Eoghan Reid | +44 20 3753 3055 |
| Owen Shirley | +44 20 3465 2731 |
| Donald Tait | +44 20 3753 3031 |
| Sean Thapar | +44 20 3465 2657 |

**GENERAL RETAIL**

| Name | Phone |
|---|---|
| Thomas Davies | +44 20 3753 3104 |
| Michelle Wilson | +44 20 3465 2663 |

**HEALTHCARE**

| Name | Phone |
|---|---|
| Scott Bardo | +44 20 3207 7869 |
| Alistair Campbell | +44 20 3207 7876 |
| Klara Fernandes | +44 20 3465 2718 |
| Tom Jones | +44 20 3207 7877 |
| Joseph Lockey | +44 20 3465 2730 |
| Samantha Osborne | +44 20 3207 7882 |
| Michael Ruzic-Gauthier | +44 20 3753 3128 |
| Laura Sutcliffe | +44 20 3465 2669 |
| Charles Weston | +44 20 3465 2746 |

**INSURANCE**

| Name | Phone |
|---|---|
| Trevor Moss | +44 20 3207 7893 |
| Emanuele Musio | +44 20 3207 7916 |
| Iain Pearce | +44 20 3465 2665 |
| Philip Ross | +44 20 3465 2726 |

**LUXURY GOODS**

| Name | Phone |
|---|---|
| Mariana Horn | +44 20 3753 3044 |
| Lauren Molyneux | +44 20 3207 7892 |
| Zuzanna Pusz | +44 20 3207 7812 |

**MEDIA**

| Name | Phone |
|---|---|
| Robert Berg | +44 20 3465 2680 |
| Keisi Hysa | +44 20 3207 7817 |
| Laura Janssens | +44 20 3465 2639 |
| Alastair Reid | +44 20 3207 7841 |
| Sarah Simon | +44 20 3207 7830 |

**METALS & MINING**

| Name | Phone |
|---|---|
| Charlie Clark | +44 20 3207 3133 |
| Richard Hatch | +44 20 3753 3070 |
| Laurent Kimman | +44 20 3465 2675 |
| Michael Stoner | +44 20 3465 2643 |

**OIL & GAS**

| Name | Phone |
|---|---|
| Henry Tarr | +44 20 3207 7827 |

**REAL ESTATE**

| Name | Phone |
|---|---|
| Kai Klose | +44 20 3207 7888 |

**TECHNOLOGY**

| Name | Phone |
|---|---|
| Josep Bori | +44 20 3753 3058 |
| Georgios Kertsos | +44 20 3465 2715 |
| Tej Sthankiya | +44 20 3753 3099 |
| Gordon Tveito-Duncan | +44 20 3753 3100 |
| Tammy Qiu | +44 20 3465 2673 |

**TELECOMMUNICATIONS**

| Name | Phone |
|---|---|
| David Burns | +44 20 3753 3059 |
| Nicolas Didio | +44 20 3753 3091 |
| Usman Ghazi | +44 20 3207 7824 |
| Laura Janssens | +44 20 3465 2639 |
| Carl Murdock-Smith | +44 20 3207 7918 |

**THEMATIC RESEARCH**

| Name | Phone |
|---|---|
| Nick Anderson | +44 20 3207 7838 |
| Oyvind Bjerke | +44 20 3753 3082 |
| Steven Bowen | +44 20 3753 3057 |
| Asad Farid | +44 20 3207 7932 |
| Robert Lamb | +44 20 3465 2623 |
| Paul Marsch | +44 20 3207 7857 |
| Saliha Shariff | +44 20 3753 3097 |

**TOBACCO**

| Name | Phone |
|---|---|
| Jonathan Leinster | +44 20 3465 2645 |

**UTILITIES**

| Name | Phone |
|---|---|
| Oliver Brown | +44 20 3207 7922 |
| Andrew Fisher | +44 20 3207 7937 |
| Lawson Steele | +44 20 3207 7887 |

## ECONOMICS

| Name | Phone |
|---|---|
| Florian Hense | +44 20 3207 7859 |
| Carsten Hesse | +44 20 3753 3001 |
| Kallum Pickering | +44 20 3465 2672 |
| Holger Schmieding | +44 20 3207 7889 |

## EQUITY SALES

### SPECIALIST SALES

**AEROSPACE & DEFENCE & CAPITAL GOODS**

| Name | Phone |
|---|---|
| Cara Luciano | +44 20 3753 3146 |

**AUTOS & TECHNOLOGY**

| Name | Phone |
|---|---|
| Edward Wales | +44 20 3207 7815 |

**BANKS, DIVERSIFIED FINANCIALS & INSURANCE**

| Name | Phone |
|---|---|
| Calum Marris | +44 20 3753 3040 |

**BUSINESS SERVICES, LEISURE & TRANSPORT**

| Name | Phone |
|---|---|
| Rebecca Langley | +44 20 3207 7930 |

**CONSUMER DISCRETIONARY**

| Name | Phone |
|---|---|
| Victoria Maigrot | +44 20 3753 3010 |

**CONSUMER STAPLES**

| Name | Phone |
|---|---|
| Ramnique Sroa | +44 20 3753 3064 |

**HEALTHCARE**

| Name | Phone |
|---|---|
| David Hogg | +44 20 3465 2628 |

**THEMATICS**

| Name | Phone |
|---|---|
| Chris Armstrong | +44 20 3207 7809 |

### SALES

**BENELUX**

| Name | Phone |
|---|---|
| Miel Bakker | +44 20 3207 7808 |
| Bram van Hijfte | +44 20 3753 3000 |

**FRANCE**

| Name | Phone |
|---|---|
| Alexandre Chevassus | +33 1 5844 9512 |
| Dalila Farigoule | +33 1 5844 9510 |

**FRANCE (cont'd)**

| Name | Phone |
|---|---|
| Kevin Nor | +33 1 5844 9505 |
| Guillaume Viret | +331 5844 9507 |

**SCANDINAVIA**

| Name | Phone |
|---|---|
| Mikko Vanhala | +44 20 3207 7818 |
| Marco Weiss | +49 40 350 60 719 |

**UK**

| Name | Phone |
|---|---|
| James Burt | +44 20 3207 7807 |
| Fabian De Smet | +44 20 3207 7810 |
| Marta De-Sousa Fialho | +44 20 3753 3098 |
| Jules Emmet | +44 20 3753 3260 |
| Katie Ferry | +44 20 3753 3041 |
| Robert Floyd | +44 20 3753 3018 |
| David Franklin | +44 20 3465 2747 |
| Karl Hancock | +44 20 3207 7803 |
| Sean Heath | +44 20 3465 2742 |
| Stuart Holt | +44 20 3465 2646 |
| James Hunt | +44 20 3753 3007 |
| James McRae | +44 20 3753 3036 |
| David Mortlock | +44 20 3207 7850 |
| Eleni Papoula | +44 20 3465 2741 |
| Bhavin Patel | +44 20 3207 7926 |
| Kushal Patel | +44 20 3753 3038 |
| Richard Payman | +44 20 3207 7825 |

**UK (cont'd)**

| Name | Phone |
|---|---|
| Christopher Pyle | +44 20 3753 3076 |
| Adam Robertson | +44 20 3753 3095 |
| Joanna Sanders | +44 20 3207 7925 |
| Mark Sheridan | +44 20 3207 7802 |
| George Smibert | +44 20 3207 7911 |
| Alexander Wace | +44 20 3465 2670 |
| Paul Walker | +44 20 3465 2632 |

**GERMANY**

| Name | Phone |
|---|---|
| Michael Brauburger | +49 69 91 30 90 741 |
| Nina Buechs | +49 69 91 30 90 735 |
| André Grosskurth | +49 69 91 30 90 734 |
| Joerg Wenzel | +49 69 91 30 90 743 |

**SWITZERLAND, AUSTRIA & ITALY**

| Name | Phone |
|---|---|
| Duncan Downes | +41 22 317 1062 |
| Andrea Ferrari | +41 44 283 2020 |
| Gianni Lavigna | +41 44 283 2038 |
| Jamie Nettleton | +41 44 283 2026 |
| Yeannie Rath | +41 44 283 2029 |
| Mirco Tieppo | +41 44 293 2024 |

**COO Office**

| Name | Phone |
|---|---|
| Greg Swallow | +44 20 3207 7833 |
| Fenella Neill | +44 20 3207 7868 |

**CRM**

| Name | Phone |
|---|---|
| Laura Cooper | +44 20 3753 3065 |
| Jessica Jarmyn | +44 20 3465 2696 |
| Madeleine Lockwood | +44 20 3753 3110 |
| Vikram Nayar | +44 20 3465 2737 |
| Rita Pilar | +44 20 3753 3066 |

**CORPORATE ACCESS**

| Name | Phone |
|---|---|
| Lindsay Arnold | +44 20 3207 7821 |
| Robyn Gowers | +44 20 3753 3109 |
| Dipti Jethwani | +44 20 3207 7936 |
| Ross Mackay | +44 20 3207 7866 |
| Stella Siggins | +44 20 3465 2630 |
| Lucy Stevens | +44 20 3753 3068 |
| Abbie Stewart | +44 20 3753 3054 |

**EVENTS**

| Name | Phone |
|---|---|
| Charlotte David | +44 20 3207 7832 |
| Suzy Khan | +44 20 3207 7915 |
| Natalie Meech | +44 20 3207 7831 |
| Eleanor Metcalfe | +44 20 3207 7834 |
| Rebecca Mikowski | +44 20 3207 7822 |
| Sarah Weyman | +44 20 3207 7801 |

## SALES TRADING

**LONDON**

| Name | Phone |
|---|---|
| Assia Adanouj | +44 20 3753 3087 |
| Charles Beddow | +44 20 3465 2691 |
| Mike Berry | +44 20 3465 2755 |
| Joseph Chappell | +44 20 3207 7885 |
| Stewart Cook | +44 20 3465 2752 |
| Mark Edwards | +44 20 3753 3004 |
| Tom Floyd | +44 20 3753 3136 |
| Tristan Hedley | +44 20 3753 3006 |
| Peter King | +44 20 3753 3139 |
| Simon Messman | +44 20 3465 2754 |
| AJ Pulleyn | +44 20 3465 2756 |
| Matthew Regan | +44 20 3465 2750 |
| Michael Schumacher | +44 20 3753 3006 |
| Paul Somers | +44 20 3465 2753 |

**PARIS**

| Name | Phone |
|---|---|
| Vincent Klein | +33 1 58 44 95 09 |
| Antonio Scuotto | +33 1 58 44 95 03 |

## EQUITY TRADING

**HAMBURG**

| Name | Phone |
|---|---|
| David Hohn | +49 40 350 60 761 |
| Gregor Labahn | +49 40 350 60 571 |
| Lennart Pleus | +49 40 350 60 596 |
| Marvin Schweden | +49 40 350 60 576 |
| Omar Sharif | +49 40 350 60 563 |
| Philipp Wiechmann | +49 40 350 60 346 |
| Christoffer Winter | +49 40 350 60 559 |

**LONDON**

| Name | Phone |
|---|---|
| Christopher Brown | +44 20 3753 3085 |
| Edward Burlison-Rush | +44 20 3753 3005 |
| Richard Kenny | +44 20 3753 3083 |
| Chris McKeand | +44 20 3207 7938 |
| Ross Tobias | +44 20 3753 3137 |
| Robert Towers | +44 20 3753 3262 |

## ELECTRONIC TRADING

| Name | Phone |
|---|---|
| Jonas Doehler | +44 40 350 60 391 |
| Matthias Führer | +49 40 350 60 597 |
| Sven Kramer | +49 40 350 60 347 |
| Matthias Schuster | +44 40 350 60 463 |

# Contacts




**BERENBERG CAPITAL MARKETS LLC** Member FINRA & SIPC

Internet www.berenberg-us.com E-mail: firstname.lastname@berenberg-us.com

## EQUITY RESEARCH

**HEALTHCARE - MED. TECH/SERVICES**

| | |
|---|---|
| Ravi Misra | +1 646 949 9028 |

**HEALTHCARE - SPECIALTY PHARMACEUTICALS**

| | |
|---|---|
| Patrick R. Trucchio | +1 646 949 9027 |

**LEISURE**

| | |
|---|---|
| Brennan Matthews | +1 646 949 9024 |

**INDUSTRIAL MATERIALS**

| | |
|---|---|
| Paretosh Misra | +1 646 949 9031 |

**SHIPPING & TRANSPORTATION**

| | |
|---|---|
| Donald McLee | +1 646 949 9026 |

**SOFTWARE & IT SERVICES**

| | |
|---|---|
| Alexander Frankiewicz | +1 646 949 9029 |
| Gal Munda | +1 646 949 9021 |

## EQUITY SALES

**SALES**

| | |
|---|---|
| Albert Aguiar | +1 646 949 9218 |
| Enrico DeMatt | +1 646 949 9230 |
| Kelleigh Faldi | +1 617 292 8288 |
| Ted Franchetti | +1 646 949 9231 |
| Shawna Giust | +1 646 949 7216 |
| Rich Harb | +1 617 292 8228 |
| Zubin Hubner | +1 646 949 9202 |
| Michael Kaye | +1 646 949 9216 |
| Jessica London | +1 646 949 9203 |
| Anthony Masucci | +1 646 949 9217 |
| Ryan McDonnell | +1 646 949 9214 |
| Emily Mouret | +1 415 802 2525 |
| Peter Nichols | +1 646 949 9201 |
| Kieran O'Sullivan | +1 617 292 8292 |
| Rodrigo Ortigao | +1 646 949 9205 |

**CORPORATE ACCESS**

| | |
|---|---|
| Olivia Lee | +1 646 949 9207 |
| Robert Meyers | +1 646 949 9215 |
| Panthea O'Connell | +1 646 949 9208 |

**CRM**

| | |
|---|---|
| LaJada Gonzales | +1 646 949 9213 |
| Monika Kwok | +1 646 949 9212 |
| Stephanie Rieben | +1 646 949 9240 |

**EVENTS**

| | |
|---|---|
| Laura Hawes | +1 646 949 9209 |

## ECONOMICS

| | |
|---|---|
| Mickey Levy | +1 646 949 9099 |
| Roiana Reid | +1 646 949 9098 |

## SALES TRADING

| | |
|---|---|
| Ronald Cestra | +1 646 949 9104 |
| Mark Corcoran | +1 646 949 9105 |
| Michael Haughey | +1 646 949 9106 |
| Christopher Kanian | +1 646 949 9103 |
| Lars Schwartau | +1 646 949 9101 |
| Bob Spillane | +1 646 949 9102 |