# EXHIBIT E

![MarketWatch]

# Call of the day: Tesla shares are headed for $420 regardless

By Barbara Kollmeyer
Published: Aug 8, 2018 9:45 a.m. ET

Critical information for the U.S. trading day


*Getty Images*
*Gassing up.*

While the S&P 500 continues to flirt with that January record high, it'll take a lot to kill the spotlight on Tesla today.

Shock waves are still rippling after CEO Elon Musk's bombshell tweet about plans to take the company private, which demolished short sellers and sent Tesla's stock rocketing higher. Shares finished up 11% yesterday, but have dropped 2% at as trading kicks off this morning.


*Wild ride for Tesla after hours*

It may be the biggest story yet in a summer that has been buffeted by more back-and-forth developments on trade, and a mostly upbeat parade of corporate earnings.

The Tesla saga has plenty of room to run. There are questions over the identity of those "funding-secured" backers and investing chat rooms are dominated by verbal fisticuffs between the faithful and those ready to bail, as future earnings also remain a subject of debate. Many are also pondering whether Musk's Twitter announcement could get him in trouble with the regulators. In the latest development, Tesla's board of directors said they met several times over the last week to discuss the option of taking the company private.

Not too many analysts are weighing in on Tesla yet. But our **call of the day** finds Baird analysts boldly predicting shares of the electric-car maker haven't seen their best days, thanks to the company's fearless leader.

"We think some shareholders may demand a steeper premium than the $420 mark, and we think shares could move higher as shorts cover and investors demand a higher price to go private," said analysts Ben Kallo and David Katter, in a note to clients. "We view the risk/reward as extremely favorable at current levels."

**Read:** Tesla buyout would be the largest in history

The Baird analysts argue that there is more flexibility for Tesla with finding sources of capital if it doesn't go private, while investors will benefit from added liquidity and oversight requirements of a non-private Tesla.

Another catalyst for those shares is reports of that Saudi stake in car maker—believed to be around $1.7 billion to $2.9 billion. They note how Tesla shares got a lift last year after China tech giant Tencent 0700, +1.80%  took a 5% stake— viewed as a sign of confidence in the company—and think the same could happen thanks to the House of Saud.

On that note, here's one view from Markets.com Neil Wilson: "At $420 it would be a $70bn company without a profit. Public or private, that is a valuation that is beyond the sensible. However, if Saudi Arabia really is behind this and prepared to bankroll Musk then it could be viable."

**Read:** JP Morgan raises Tesla price target but stays underweight in case shares trade on fundamentals again

Last word goes to Global Macro Investor founder Raoul Pal, who tweets that Tesla may ultimately belong in private hands, with those who truly understand the risk.



**Raoul Pal**
@RaoulGMI

In the end, $tsla in private hands with long term risk capital that understands the risk is the right thing. The public should not take VC risk. Whether he pulls it off or not is a different matter. Remember Richard Branson did this with Virgin. Note: I'm no Musk or Tesla fan.

215   4:18 PM - Aug 7, 2018

59 people are talking about this

## The market

The Dow DJIA, +1.69% S&P SPX, +1.63%  and Nasdaq Composite COMP, +2.14% all have all opened little changed.

**Opinion:** Why the S&P 500 could gain another 10% from its previous high

The dollar DXY, -0.42%  is up a little, largely from the pound GBPUSD, +1.1770% which hit a year low against the dollar over Brexit-deal worries. Gold US:GCU8  is also up, while crude US:CLU8  is flat. In Europe, SXXP, +1.69% stocks are struggling for traction, while in Asia, China stocks suffered another beat down.

Check out Market Snapshot

Bitcoin BTCUSD, +2.36%  is still taking it on the chin, 3% at $6,493.55 after the SEC delayed its decision on the first bitcoin-related exchange-traded fund.

**Read:** These may be the 3 biggest hurdles to a bitcoin ETF

## The chart

Tinder owner Match Group MTCH, +6.19% shot up 14% at the start, thanks to upbeat earnings, and could be in for its best session in years. Our **chart of the day** shows a bumpy ride for Match this year, but shares still up 24% year-to-date:



*Love is in the air for Match?*

According to FactSet, the last big upbeat day for Match was June 14, 2016, when it gained 11.5% on the day, and before that on May 4, 2016 when it shot up nearly 15%.

Check out MarketWatch's post-earnings interview with Match CEO Mandy Ginsberg, who talked about launching a Tinder app just for college students.

## The buzz

There's been some deal news this morning, with Starwood Property buying GE Capital's energy finance unit for $2.56 billion.

Disney DIS, +0.82% is down a bit after disappointing results. CEO Bob Iger also laid out plans for its acquisition of Fox FOX, +0.29% assets and the coming Disney-branded streaming service.

Snap SNAP, +4.96% released guidance for the first time last night and posted a user decline, but shares are looking up.

CVS CVS, +2.95% is well up after results, and it is the same for Michael Kors KORS, +0.51% Mylan MYL, +2.80% is dropping after a quarterly miss and slashed guidance.

As we wait to hear if/when China will respond to news the U.S. is yet again placing tariffs on the country—this time on another $16 billion of Chinese goods—note we've had some data from that country that shows exports aren't looking too shabby.

Esports in the Olympics? That is the vision of Logitech LOGI, +2.59% CEO Bracken Darrell.

New documents show the Justice Department struggled to convince a key judge to block AT&T T, +1.36% planned Time Warner buy, The Wall Street Journal reports.

On the political front, House races in Ohio and Kansas, which could gauge the country's political climate right now, are still looking too close to call. Meanwhile, it was a win for the unions in Missouri.

## Random reads

U.S. citizenship for illegal immigrants may be about to get tougher

U.K. PM Theresa May wants Boris Johnson to say sorry for burqas comment

Drought-hit Aussie farms in 'survival mode'

Congo death toll rises over highly-fatal strain of Ebola

College graduation photo, complete with alligator

**Need to Know starts early and is updated until the opening bell, but** sign up here **to get it delivered once to your email box. Be sure to check the Need to Know item. The emailed version will be sent out at about 7:30 a.m. Eastern.**

Follow MarketWatch on Twitter, Instagram, Facebook.

Providing critical information for the U.S. trading day. Subscribe to MarketWatch's free Need to Know newsletter. Sign up here.

### Need to Know

Need to Know guides investors to the most important, insightful items required to chart a course ahead of each trading day.

SIGN UP

**More from MarketWatch**

- Aurora stock falls as earnings show cannabis company's investments are still the big earners
- Why does the early-retirement movement have so many haters?
- One stat reveals the absurdity of San Francisco's pricey housing market



# Barbara Kollmeyer

Barbara Kollmeyer is an editor for MarketWatch in Madrid. Follow her on Twitter @bkollmeyer.

# We Want to Hear from You

Join the conversation

Comment

**Today's Highest Yield Savings Accounts** ⓘ   Ask a Financial

Initial Deposit: $ 25,000

Location: Madisonville, LA

Account Type: Savings & MM...

| INSTITUTION | APY | Min. Balance for APY | |
|---|---|---|---|
| Ally Bank - Savings | 2.00% | $0 | Sponsored — Get Details |
| Consistently Competitive Rates. 24/7 Customer Care. Rate: 1.98% • Fees: N/A • FDIC Insured | | | |
| Synchrony Bank - Savings | 2.05% | $0 | Sponsored — Get Details |
| Easy Withdrawals. No Monthly Fees. Rate: 2.03% • Fees: N/A • FDIC Insured | | | |
| Barclays - Savings | 2.05% | $0 | Sponsored — Get Details |
| An award-winning account with rates 23x the national average. Rate: 2.03% • Fees: N/A • FDIC Insured | | | |
| Capital One - 360 Money Market | 2.00% | $10,000 | Sponsored — Get Details |
| 360 Money Market®: 2.00% APY for Balances $10k+ - Open now | | | |

Ad Disclosure    As of: 12/12/2018

SMARTASSET.COM

BACK TO TOP

- **MarketWatch**
  - Site Index
  - Topics
  - Help
  - Feedback
  - Newsroom Roster
  - Media Archive
  - Premium Products
  - Mobile

- **Company**
  - Company Info
  - Code of Conduct
  - Corrections
  - Advertising Media Kit
  - Advertise Locally
  - Reprints & Licensing
  - Your Ad Choices

- **Dow Jones Network**

- WSJ.com
- Barron's Online
- BigCharts
- Virtual Stock Exchange
- Financial News London
- WSJ.com Small Business
- realtor.com
- Mansion Global



Copyright © 2018 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Terms of Service, Privacy Policy, and Cookie Policy.

- 

Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.