DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendants
Tesla, Inc. and Elon Musk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON LEAD PLAINTIFF'S MOTION FOR LEAVE TO SERVE NON-PARTY DOCUMENT PRESERVATION SUBPOENAS; AND CONTINUING HEARING TO JANUARY 24, 2019 AT 1:30 P.M.**<br><br>(Civil L.R. 6-1(b) and 16-2)<br><br>Judge:  The Honorable Edward M. Chen<br><br>Date Action Filed:  August 10, 2018 |

WHEREAS, on November 27, 2018, the Court issued an Order (Dkt. No. 152) (1) granting Plaintiffs' motions to consolidate this case and eight additional proposed class actions, each alleging violations of the federal securities laws against defendants Tesla, Inc. and Elon Musk (collectively, "Defendants"); and (2) Granting Plaintiff Glen Littleton's ("Lead Plaintiff") motion for appointment as Lead Plaintiff and approving Littleton's selection of Levi & Korsinsky, LLP as Lead Counsel;

WHEREAS, pursuant to the Reform Act, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, on December 12, 2018, Lead Plaintiff filed a Motion for Leave to Serve Non-Party Document Preservation Subpoenas (Dkt. No. 167) and noticed a hearing for January 17, 2019 at 1:30 p.m.;

WHEREAS, in light of the upcoming holidays, the parties have met and conferred and agreed on a revised briefing and hearing schedule in connection with Lead Plaintiffs' Motion for Leave to Serve Non-Party Document Preservation Subpoenas;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for Defendants and Lead Plaintiff, subject to the approval of the Court, that:

1. Defendants shall file an opposition to Lead Plaintiff's Motion for Leave to Serve Non-Party Document Preservation Subpoenas on or before January 4, 2019;

2. Lead Plaintiff shall file any reply in support of his motion on or before January 11, 2019;

3. The hearing on Lead Plaintiff's Motion for Leave to Serve Non-Party Document Preservation Subpoenas shall be CONTINUED to January 24, 2019 at 1:30 P.M. or at such other time as the Court may deem appropriate.

///

///

///

STIP. AND [PROPOSED] ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON LEAD PLTFS.' MOT. FOR LEAVE TO SERVE PRESERVATION SUBPOENAS

1

Case No.: 3:18-CV-04865-EMC

Dated:   December 21, 2018

FENWICK & WEST LLP

By: /s/   *Jennifer C. Bretan*
      Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants Tesla, Inc. and Elon Musk

Dated:   December 21, 2018

LEVI & KORSINSKY, LLP

By: /s/   *Adam M. Apton*
      Adam M. Apton

44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420

Attorneys Lead Plaintiff Glen Littleton

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:   December 21, 2018

By: /s/   *Jennifer C. Bretan*
      Jennifer C. Bretan

\*\*\*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   December __, 2018

_____
Hon. Edward M. Chen
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON LEAD PLTFS.' MOT. FOR LEAVE TO SERVE PRESERVATION SUBPOENAS

2

Case No.: 3:18-CV-04865-EMC