1  DEAN S. KRISTY (CSB No. 157646)
   dkristy@fenwick.com
2  JENNIFER BRETAN (CSB No. 233475)
   jbretan@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:     415.875.2300
5  Facsimile:     415.281.1350

6  Attorneys for Defendants
   Tesla, Inc. and Elon Musk
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| | Case No.: 3:18-cv-04865-EMC |
| IN RE TESLA, INC. SECURITIES LITIGATION | **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON LEAD PLAINTIFF'S MOTION FOR LEAVE TO SERVE NON-PARTY DOCUMENT PRESERVATION SUBPOENAS; AND CONTINUING HEARING TO JANUARY 24, 2019 AT 1:30 P.M.** AS MODIFIED<br>(Civil L.R. 6-1(b) and 16-2)<br><br>Judge:  The Honorable Edward M. Chen<br><br>Date Action Filed:  August 10, 2018 |

STIP. AND [PROPOSED] ORDER
EXTENDING BRIEFING AND HEARING
SCHEDULE ON LEAD PLTFS.' MOT.
FOR LEAVE TO SERVE PRESERVATION
SUBPOENAS                                                  Case No.: 3:18-CV-04865-EMC

WHEREAS, on November 27, 2018, the Court issued an Order (Dkt. No. 152) (1) granting Plaintiffs' motions to consolidate this case and eight additional proposed class actions, each alleging violations of the federal securities laws against defendants Tesla, Inc. and Elon Musk (collectively, "Defendants"); and (2) Granting Plaintiff Glen Littleton's ("Lead Plaintiff") motion for appointment as Lead Plaintiff and approving Littleton's selection of Levi & Korsinsky, LLP as Lead Counsel;

WHEREAS, pursuant to the Reform Act, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, on December 12, 2018, Lead Plaintiff filed a Motion for Leave to Serve Non-Party Document Preservation Subpoenas (Dkt. No. 167) and noticed a hearing for January 17, 2019 at 1:30 p.m.;

WHEREAS, in light of the upcoming holidays, the parties have met and conferred and agreed on a revised briefing and hearing schedule in connection with Lead Plaintiffs' Motion for Leave to Serve Non-Party Document Preservation Subpoenas;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for Defendants and Lead Plaintiff, subject to the approval of the Court, that:

1. Defendants shall file an opposition to Lead Plaintiff's Motion for Leave to Serve Non-Party Document Preservation Subpoenas on or before ~~January 4, 2019~~; 1/3/19

2. Lead Plaintiff shall file any reply in support of his motion on or before January 11, 2019;

3. The hearing on Lead Plaintiff's Motion for Leave to Serve Non-Party Document Preservation Subpoenas shall be CONTINUED to January 24, 2019 at 1:30 P.M. or at such other time as the Court may deem appropriate.

///

///

///

STIP. AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON LEAD PLTFS.' MOT. FOR LEAVE TO SERVE PRESERVATION SUBPOENAS

1

Case No.: 3:18-CV-04865-EMC

| | | |
|---|---|---|
| Dated: December 21, 2018 | | FENWICK & WEST LLP |
| | | By: /s/    *Jennifer C. Bretan* |
| | | Jennifer C. Bretan |
| | | 555 California Street, 12th Floor<br>San Francisco, California 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 |
| | | Attorneys for Defendants Tesla, Inc. and Elon Musk |
| Dated: December 21, 2018 | | LEVI & KORSINSKY, LLP |
| | | By: /s/    *Adam M. Apton* |
| | | Adam M. Apton |
| | | 44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>Telephone: (415) 291-2420 |
| | | Attorneys Lead Plaintiff Glen Littleton |

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: December 21, 2018        By: /s/    *Jennifer C. Bretan*
                                            Jennifer C. Bretan

***

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 21, 2018

_____
Hon. Edward M. Chen
United States District Court Judge

STIP. AND [PROPOSED] ORDER EXTENDING BRIEFING AND HEARING SCHEDULE ON LEAD PLTFS.' MOT. FOR LEAVE TO SERVE PRESERVATION SUBPOENAS            2            Case No.: 3:18-CV-04865-EMC