DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
Tesla, Inc. and Elon Musk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>**DECLARATION OF DEAN S. KRISTY IN OPPOSITION TO LEAD PLAINTIFF'S MOTION TO LIFT THE DISCOVERY STAY TO ISSUE NON-PARTY SUBPOENAS**<br><br>Date: January 24, 2019<br>Time: 1:30 p.m.<br>Dept.: Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>Date Action Filed: August 10, 2018 |

DECL. OF D. KRISTY IN OPP'N TO PLTF.'S MOT. TO LIFT DISCOVERY STAY TO ISSUE NON-PARTY SUBPOENAS

Case No.: 3:18-CV-04865-EMC

I, Dean S. Kristy, hereby declare:

1. I am an attorney admitted to practice before this Court and a partner at the law firm of Fenwick & West LLP which represents defendants Tesla, Inc. ("Tesla") and Elon Musk (collectively, "defendants") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below.

2. Attached as **Exhibit 1** is a true and correct copy of my December 13, 2018 letter to Adam M. Apton and Adam C. McCall, counsel for lead plaintiff in this action.

3. Attached as **Exhibit 2** is a true and correct copy of counsel for lead plaintiff's December 14, 2018 letter in response to my December 13, 2018 letter.

4. Attached as **Exhibit 3** is a true and correct copy of a New York Post, Page Six December 18, 2018 article, entitled "Did Azealia Banks offer Twitter CEO Jack Dorsey Protection from ISIS?" (Available at: https://pagesix.com/2018/12/18/did-azealia-banks-offer-twitter-ceo-jack-dorsey-protection-from-isis/).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed at San Francisco, California on January 3, 2019.

Dated: January 3, 2019

FENWICK & WEST LLP

By: /s/  *Dean S. Kristy*
     Dean S. Kristy

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants Tesla, Inc. and Elon Musk

DECL. OF D. KRISTY IN OPP'N TO PLTF.'S MOT. TO LIFT DISCOVERY STAY TO ISSUE NON-PARTY SUBPOENAS

1

Case No.: 3:18-CV-04865-EMC

# EXHIBIT 1

**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

December 13, 2018

DEAN S. KRISTY

EMAIL DKRISTY@FENWICK.COM
Direct Dial +1 (415) 875-2387

**VIA EMAIL**

Adam M. Apton, Esq. (*aapton@zlk.com*)
Adam C. McCall, Esq. (*amccall@zlk.com*)
Levi & Korsinsky, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104

Re:   *In re Tesla, Inc. Securities Litigation* - Case No. 3:18-cv-04865-EMC

Counsel:

    We write in response to the December 12 motion filed by lead plaintiff seeking to lift the PSLRA's mandatory discovery stay in order to serve "document preservation" subpoenas on five non-parties. That motion was filed in violation of Local Rule 37-1, which requires lead plaintiff to meet and confer before filing any discovery-related motion, as well as Judge Chen's Standing Order on Discovery (the "Order"). Paragraph 4 of the Order explicitly provides that no discovery-related motions "may be filed without prior leave of the Court." Moreover, not only does the Standing Order require lead plaintiff's counsel to meet and confer with us in person, but it expressly provides that any request for discovery relief "must be made by the parties in a joint letter brief no longer than three pages."

    Because the lead plaintiff filed his motion in contravention of these provisions, it needs to be withdrawn promptly. At a minimum he needs to provide us with a draft of his section of the letter brief, limited to 1.5 pages, and we will then provide you with a draft of our 1.5 page section for joint submission to the Court.

    Finally, if lead plaintiff intends to proceed with his motion despite the Order and Local Rules, we note that he has unilaterally imposed a schedule without conferring with us, which is a standard professional courtesy. That schedule would require us to respond the day after Christmas, December 26, and is unreasonable under any circumstances (much less where lead plaintiff status is still being challenged by other applicants).

    Please let us know by tomorrow if you will be withdrawing your motion.

Sincerely,

FENWICK & WEST LLP

Dean S. Kristy

# EXHIBIT 2



44 Montgomery Street, Ste. 650
San Francisco, CA 94104
Tel : 415-373-1671
Fax : 415-484-1294
www.zlk.com

Adam M. Apton
aapton@zlk.com

December 14, 2018

**VIA ELECTRONIC MAIL**
Dean S. Kristy
555 California Street, 12th Floor
San Francisco, California 94104
E: dkristy@fenwick.com

      Re:   *In re Tesla Inc. Securities Litigation*
               Docket No. 3:18-cv-04865-EMC (N.D. Cal.)

Dear Mr. Kristy:

     Plaintiff did not violate any local rules or standing orders by filing the motion for leave to serve preservation subpoenas. The motion involves the interests of non-parties, and not Defendants, and requires only the preservation of documents and other materials. The subpoenas do not place any burden upon Defendants or interfere with their defense in this action. If a deposition is ever noticed, we will of course meet and confer with you as required by Local Rule 30-1.

     Concerning the opposition to the motion, Plaintiff is willing to accommodate Defendants by granting a reasonable extension of time to respond to the motion. Please suggest a date or circulate a stipulation with a proposed briefing schedule.

                                                    Sincerely,

                                                    Adam M. Apton

# EXHIBIT 3



### Born Before 1964? Claim These 17 Senior Rebates Now

# Did Azealia Banks offer Twitter CEO Jack Dorsey protection from ISIS?

By Derrick Bryson Taylor                                      December 18, 2018 | 11:40am



Azealia Banks and Jack Dorsey
Getty Images

Jack Dorsey and Azealia Banks had an unusual business arrangement.

Nick Bilton dropped an unusual gem in his Vanity Fair recent story about the 42-year-old Twitter CEO. Bilton adds he often receives bizarre gossip and scoops about Dorsey and added, "Once, a source who worked with him told me that Dorsey had sent a rapper his beard shavings to make him an amulet that would protect him from evildoers."

While the 27-year-old rapper's name wasn't given, all signs point to Banks who talked about it at length years ago.

In 2016, according to Stereogum, she went on a Twitter spree crying foul over a business agreement she had with Dorsey.

Dorsey allegedly asked Banks to tweet about his cash app, Square, and in exchange, he would promote her mixtape, "Slay-Z." Banks seemingly held up her end of the bargain, while Dorsey didn't deliver.

But there was more.

"He also sent me his hair in an envelope because I was supposed to make him an amulet for protection," she said in since-deleted tweets. "I'm about to hex this n—a. I have 3 strands of a billionaire's hair. I should steal his luck."

The protection was from ISIS, who threatened Dorsey along with Mark Zuckerberg earlier that year.

It's unclear what happened to the beard clippings or if Banks ever used them for any purpose.

Dorsey's rep had no comment.

FILED UNDER   **AZEALIA BANKS**, **CELEBRITY WTF**, **JACK DORSEY**

Recommended by



**New Rule in Mountain View, CA Leaves Drivers Fuming**