**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class*

[Additional counsel on signature blocks]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TESLA, INC. SECURITIES LITIGATION | No. 18-cv-04865-EMC |
|---|---|
| | Hon. Edward M. Chen |
| | **DECLARATION OF ADAM M. APTON IN SUPPORT OF LEAD PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO SERVE NON-PARTY DOCUMENT PRESERVATION SUBPOENAS** |
| | DATE: January 24, 2019
TIME: 1:30 p.m.
COURTROOM: Courtroom 5 – 17th Floor |

I, Adam M. Apton, hereby declare as follows:

1. I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Lead Plaintiff Glen Littleton ("Plaintiff"), and a member in good standing of the bar of the State of California. I am licensed to practice before this Court. On behalf of Plaintiff, I respectfully submit this declaration in further support of his motion for leave to serve non-party document preservation subpoenas.

2. Attached hereto as Exhibit A is a true and correct copy of Zero Hedge article titled "'This Is Going To Get Extremely Ugly': Azealia Banks Reignites Feud With Elon Musk." dated January 6, 2019 and located online at https://www.zerohedge.com/news/2019-01-06/going-get-extremely-ugly-azealia-banks-reignites-feud-elon-musk.

3. Attached hereto as Exhibit B is a true and correct copy of the Business Insider article titled "Lawyers voice concerns about the potential for deleted information as rapper Azealia Banks gets pulled into a lawsuit against Elon Musk" dated January 8, 2019 and located online at https://www.businessinsider.com/lawyer-suing-elon-musk-cites-potential-destruction-of-information-concern-2019-1.

4. Attached hereto as Exhibit C is a true and correct copy of Seeking Alpha article titled "Farewell For Now" dated July 24, 2018 located online at https://seekingalpha.com/instablog/37229846-montana-skeptic/5190656-farewell-now.

5. Attached hereto as Exhibit D is a draft request for production of documents that, if leave is granted, would be served upon the non-parties identified in the motion.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed this 11th day of January, 2019.

/s/ Adam M. Apton
Adam M. Apton

1
DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFF'S REPLY BRIEF TO MOTION FOR LEAVE TO SERVE SUBPOENAS
*In re Tesla, Inc. Securities Litigation*
Case No. 18-cv-04865-EMC