# EXHIBIT "A"

## "This Is Going To Get Extremely Ugly": Azealia Banks Reignites Feud With Elon Musk



by Tyler Durden
Sun, 01/06/2019 – 18:45

The feud between Elon Musk and Azealia Banks first emerged while Musk was under fire for his famous "funding secured" tweet that later led to him being sued by the SEC for securities fraud. Banks was a guest in Musk's home around the time Musk sent out the Tweet, reportedly invited by Musk's then girlfriend, Grimes.

Lately, however, Banks had been relatively quiet about Musk – until last Friday.

Shareholders are trying to subpoena Banks as part of a lawsuit against Musk surrounding the "funding secured" fiasco. When Musk's lawyer, Dean Kristy, filed a motion to argue against the subpoena, the contents of the filing set Banks off again.



Banks took to Instagram on Friday, posting a picture of the motion and writing "**They are still slighting [sic] me like I don't have plenty more dirt to spill on Elon. This is going to get extremely ugly…Elon will learn very soon who is more powerful of us two.**"

**azealiabanks** This was written by Elon Musk's lawyer Dean Kristy. Not enough that they took my phone and tried tampering with evidence, - they are STILL slighting me like I don't have plenty more dirt to spill on Elon. He thinks this is a game. I'm now even more angered by the fact that his lawyer is falsely stating I lied after being vindicated in both incidents with Russell Crowe and Jack Dorsey. This is going to get extremely ugly. I may be a lot of things but a liar is not one of them. Elon will learn very soon who is more powerful of us two.

The post has since been deleted. Banks also seemed to allude during a post on Instagram that Musk had hacked her phone, hacked her computer, had a PI follow her *and even tried to poison her.*



**azealiabanks** 3h

Elon can hack my phone, my computer, my website, have a PI wait on my block, stalk my social media, have failed attempts to poison me etc etc, and none of it is enough to truly make me give a fuck about the situation lol. I'm not getting paid to report this Tesla shit and it's cutting into my single promo !!!!! In the same breath, I'm tired of letting men walk all over me and make my life unnecessarily hard while I sit back and take it.

Shareholder attorneys are trying to place Banks in Musk's house during the fallout from Musk's famous tweet. Banks had previously posted in depth about her time staying at Elon's home, claiming that while there, Grimes was comforting Musk about "being too stupid not to go on Twitter while on acid".

So naturally, those suing Musk are trying to get subpoenas for all parties involved: Banks, Grimes and even media names that interviewed both of them about their dispute directly after it happened.

But Musk's attorneys fired back, stating that "It is evident that this is really more of an effort to sensationalize these proceedings than a legitimate attempt to preserve evidence". They then stated that Banks has a "history of making bold and sometimes unverified claims".



Musk's attorneys also brought up a story about Twitter CEO Jack Dorsey allegedly mailing his shaved beard hairs to Banks, so she could make him an "amulet to protect him from evildoers", prompting amused questions if this is what goes on in the lives of billionaires and the Hollywood elite in California.

Citing this story, Musk's lawyers argued that Banks is "...simply not the type of witness, or actual record, that could justify the required finding of exceptional circumstances necessary".

"I'm now even more angered by the fact that his lawyer is falsely stating I lied after being vindicated in both incidents with Russell Crowe and Jack Dorsey," Banks responded.



### Former Teacher Trains Thousands How to Trade Stocks

Sponsored By Raging Bull

Jason Bond was a broke schoolteacher deep in debt with no hope… Until he discovered THREE simple patterns that would forever change his life. Now he shows others how they can do it. You owe it to yourself to watch exactly how Jason did it right here. Read More

54071  122 

**From the Web**  Ads by Revcontent

**Tragically Awkward Sports Photos**
Routinejournal

**Remember Her? Take a Deep Breath Before You See What She Looks Like Now**
Routinejournal

**New Rule in Washington, District of Columbia Leaves Drivers Fuming**
Smart Lifestyle Trends

**District of Columbia: 1000s of Drivers Have Saved Money with This Free Service**
Everquote

**1 Cup (Before Bed), Burn Belly Fat Like Crazy! (Genius)**
Flat Belly Revolution

**District of Columbia Will Pay Homeowners to Install Solar**
Energybillcruncher

## You May Like

- 🏠 **Rachel Maddow's New Mansion is Just Plain Disgusting** ›
  Routinejournal

- 🖥 **This is the Real Reason That 'Bewitched' Was Cancelled** ›
  Routinejournal

- 🚗 **New Rule in Washington, District of Columbia Leaves Drivers Furious** ›
  Smart Lifestyle Trends

- 💡 **District of Columbia Will Pay You to Install Solar if You Live Near Washington** ›
  Energy Bill Cruncher

- 👁 **Optometrist: Glasses Are Gone, This Restores Vision Clarity** ›
  Outback Vision Protocol

- 👤 **1 Vegetable That Destroys You from the Inside** ›
  UN Health

## More From ZeroHedge

- **The Main Reason Congress Is Getting So Little Done Is... They Will Have 218 Days Off In 2017** ›

- **Awan Plot Thickens As NY Democrat Yvette Clarke "Quietly" Wrote-Off $120,000 Of Missing Tech Equipment** ›

- **Comey, Rosenstein, McCabe All Named In FISA Memo, First Leak Reveals** ›

- **Fitness Tracking App Accidentally Reveals Secret US Military Bases, CIA "Black" Sites** ›

- **Declassified: Comey Had Secret Russia Meeting With Obama Amid "Unmaskings"** ›

- **U.S. Navy Destroyer Armed With Tomahawks Arrives Off Syrian Coast, "Harassed" By Russian Warplanes** ›

Show 122 Comments

Discrimination Notice     Cookie Policy

Copyright ©2009-2019 ZeroHedge.com/ABC Media, LTD