1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA 94104
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  shawnw@rgrdlaw.com
          – and –
6  DAVID C. WALTON (167268)
   655 West Broadway, Suite 1900
7  San Diego, CA 92101-8498
   Telephone: 619/231-1058
8  619/231-7423 (fax)
   davew@rgrdlaw.com
9

10 Attorneys for Plaintiff Joshua Horwitz

11 [Additional counsel appear on signature page.]

12

13                   UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 | IN RE TESLA, INC. SECURITIES   | Case No.: 3:18-cv-04865-EMC
   | LITIGATION                     |
16 |                                | **NOTICE OF VOLUNTARY
   |                                | DISMISSAL**
17 |                                |
18 |                                | Judge: The Honorable Edward M. Chen
19 |                                | Date Action Filed: August 10, 2018

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that plaintiff Joshua Horwitz hereby voluntarily dismisses his claims without prejudice to his ability to participate in this consolidated action as an absent class member. Mr. Horwitz's counsel, Shawn A. Williams and David C. Walton of Robbins Geller Rudman & Dowd LLP and Frank J. Johnson of Johnson Fistel, LLP, are also concurrently filing a Notice of Request for Withdrawal of Counsel in this action.[i] The class's interests will continue to be represented by Levi & Korsinsky, LLP, Court-appointed Lead Counsel.

Respectfully submitted,

Dated: January 18, 2019

JOHNSON FISTEL, LLP
FRANK J. JOHNSON

By: */s/ Frank J. Johnson*
FRANK J. JOHNSON

655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)
FrankJ@johnsonfistel.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID C. WALTON
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

*Attorneys for Plaintiff Joshua Horwitz*

---

[i] *Horwitz v. Tesla, Inc., et al.*, 3:18-cv-05258-EMC was consolidated per the Court's order dated November 27, 2018.