| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
| 3 | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 4 | San Francisco, CA 94104<br>Telephone: 415/288-4545 |
| 5 | 415/288-4534 (fax)<br>shawnw@rgrdlaw.com |
| 6 | – and –<br>DAVID C. WALTON (167268) |
| 7 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498 |
| 8 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 9 | davew@rgrdlaw.com |
| 10 | Attorneys for Plaintiff Joshua Horwitz |
| 11 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>**NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL**<br><br>Judge: The Honorable Edward M. Chen<br><br>Date Action Filed: August 10, 2018 |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 5-11, plaintiff Joshua Horwitz's counsel (Shawn A. Williams and David C. Walton of Robbins Geller Rudman & Dowd LLP and Frank J. Johnson of Johnson Fistel, LLP) hereby request to withdraw as counsel in this action.[1]  On November 27, 2018, this Court appointed Glen Littleton Lead Plaintiff, and approved Lead Plaintiff's choice of Levi & Korsinsky, LLP as Lead Counsel.  See ECF No. 31. Mr. Horwitz and his counsel have no representative role in the action and the putative class will be represented by Lead Plaintiff and his counsel.  Please remove Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP from the docket as counsel of record, along with the above-named attorneys.  A [Proposed] Order granting the withdrawal is submitted herewith as **Exhibit A**.

Respectfully submitted,

Dated: January 18, 2019

JOHNSON FISTEL, LLP
FRANK J. JOHNSON

By: */s/ Frank J. Johnson*
FRANK J. JOHNSON

655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)
FrankJ@johnsonfistel.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

---

[1] *Horwitz v. Tesla, Inc., et al.*, 3:18-cv-05258-EMC was consolidated per the Court's order dated November 27, 2018.

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| | & DOWD LLP |
| 2 | DAVID C. WALTON |
| | 655 West Broadway, Suite 1900 |
| 3 | San Diego, CA 92101-8498 |
| | Telephone: 619/231-1058 |
| 4 | 619/231-7423 (fax) |
| 5 | *Attorneys for Plaintiff Joshua Horwitz* |

2
NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL
Case No.: 3:18-cv-04865-EMC