1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  | IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC |
    |---|---|
    |  | **[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good cause shown, it is HEREBY ORDERED that Shawn A. Williams and David C. Walton of Robbins Geller Rudman & Dowd LLP and Frank J. Johnson of Johnson Fistel, LLP are hereby withdrawn as counsel of record. The clerk is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

**IT IS SO ORDERED.**

DATED:

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE