UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Tesla Inc. Securities Litigation

Case No: 3:18-cv-04865-EMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Eduard Korsinsky, an active member in good standing of the bar of U.S.D.C. S.D.N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lead Plaintiff Glen Littleton in the above-entitled action. My local co-counsel in this case is Adam M. Apton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 55 Broadway, 10th Floor<br>New York, NY 10006 | 44 Montgomery Street, Suite 650 San Francisco, CA 94104 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 363-7500 | (415) 373-1671 |
| My email address of record: | Local co-counsel's email address of record: |
| ek@zlk.com | aapton@zlk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: EK8989.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/08/19

/s/ Eduard Korsinsky
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Eduard Korsinsky is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__EDUARD KORSINSKY__, Bar # __EK8989__

was duly admitted to practice in the Court on

__November 06, 1998__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.         On      January 17, 2019
           New York, New York


        Ruby J. Krajick                By        Deputy Clerk
         Clerk of Court