```
 1  DEAN S. KRISTY (CSB No. 157646)
    dkristy@fenwick.com
 2  JENNIFER BRETAN (CSB No. 233475)
    jbretan@fenwick.com
 3  FENWICK & WEST LLP
    555 California Street, 12th Floor
 4  San Francisco, CA  94104
    Telephone:    415.875.2300
 5  Facsimile:    415.281.1350

 6  Attorneys for Defendants
    Tesla, Inc. and Elon Musk
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER ADJUSTING SCHEDULE FOR RESPONDING TO CONSOLIDATED COMPLAINT** |
| | (Civil L.R. 6-1(b)) |
| | Judge:  The Honorable Edward M. Chen |
| | Date Action Filed:  August 10, 2018 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  WHEREAS, on November 27, 2018, the Court issued an Order (1) consolidating nine proposed class actions, each alleging violations of the federal securities laws against defendants Tesla, Inc. and Elon Musk (collectively, "Defendants"); and (2) granting Plaintiff Glen Littleton's ("Lead Plaintiff") motion for appointment as Lead Plaintiff and approving Littleton's selection of Levi & Korsinsky, LLP as Lead Counsel;

WHEREAS, pursuant to stipulation, on January 4, 2019, the Court issued an Order setting the following schedule for responding to Lead Plaintiff's anticipated consolidated complaint: March 7, 2019 to move to dismiss; April 26, 2019 to oppose; and May 31, 2019 for any reply;

WHEREAS, on January 16, 2019, Lead Plaintiff filed his Consolidated Complaint;

WHEREAS, the Consolidated Complaint named seven additional defendants;

WHEREAS, in light of the inclusion of additional defendants who were not parties at the time of the originally stipulated schedule, counsel for the parties have met and conferred and agreed to adjust the schedule for responding to the Consolidated Complaint (and associated briefing) by three weeks, which adjustment does not disturb any other date set by the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Any motion to dismiss or otherwise respond to Lead Plaintiff's Consolidated Complaint shall be filed on or before March 28, 2019;

2. Lead Plaintiff's opposition thereto shall be filed on or before May 17, 2019; and

3. Any reply shall be filed on or before June 21, 2019.

Dated: February 8, 2019        FENWICK & WEST LLP

By: /s/   *Jennifer C. Bretan*
          Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants Tesla, Inc. and Elon Musk

///

///

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Dated: February 8, 2019      LEVI & KORSINSKY, LLP

By: /s/ *Nicholas I. Porritt*
  Nicholas I. Porritt (admitted *pro hac vice*)

1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 337-1567
Attorneys Lead Plaintiff Glen Littleton and Lead Counsel for the Class

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: February 8, 2019      By: /s/   *Jennifer C. Bretan*
              Jennifer C. Bretan

*** 

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February __, 2019

_____
Hon. Edward M. Chen
United States District Court Judge