1  DEAN S. KRISTY (CSB No. 157646)
   dkristy@fenwick.com
2  JENNIFER BRETAN (CSB No. 233475)
   jbretan@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:     415.875.2300
5  Facsimile:     415.281.1350

6  Attorneys for Defendants
   Tesla, Inc. and Elon Musk
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER ADJUSTING SCHEDULE FOR RESPONDING TO CONSOLIDATED COMPLAINT** AS MODIFIED (Civil L.R. 6-1(b)) |
| | Judge:  The Honorable Edward M. Chen |
| | Date Action Filed:  August 10, 2018 |

1  WHEREAS, on November 27, 2018, the Court issued an Order (1) consolidating nine proposed class actions, each alleging violations of the federal securities laws against defendants Tesla, Inc. and Elon Musk (collectively, "Defendants"); and (2) granting Plaintiff Glen Littleton's ("Lead Plaintiff") motion for appointment as Lead Plaintiff and approving Littleton's selection of Levi & Korsinsky, LLP as Lead Counsel;

WHEREAS, pursuant to stipulation, on January 4, 2019, the Court issued an Order setting the following schedule for responding to Lead Plaintiff's anticipated consolidated complaint: March 7, 2019 to move to dismiss; April 26, 2019 to oppose; and May 31, 2019 for any reply;

WHEREAS, on January 16, 2019, Lead Plaintiff filed his Consolidated Complaint;

WHEREAS, the Consolidated Complaint named seven additional defendants;

WHEREAS, in light of the inclusion of additional defendants who were not parties at the time of the originally stipulated schedule, counsel for the parties have met and conferred and agreed to adjust the schedule for responding to the Consolidated Complaint (and associated briefing) by three weeks, which adjustment does not disturb any other date set by the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Any motion to dismiss or otherwise respond to Lead Plaintiff's Consolidated Complaint shall be filed on or before March 28, 2019;
2. Lead Plaintiff's opposition thereto shall be filed on or before ~~May 17, 2019~~ April 25, 2019; and
3. Any reply shall be filed on or before ~~June 21, 2019~~. May 16, 2019.
4. Hearing set on June 13, 2019 at 1:30 p.m., courtroom 5, 17th floor, San Francisco.

Dated:   February 8, 2019          FENWICK & WEST LLP

By: /s/   *Jennifer C. Bretan*
          Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants Tesla, Inc. and Elon Musk

///

///

| | | |
|---|---|---|
| 1 | Dated:  February 8, 2019 | LEVI & KORSINSKY, LLP |
| 2 | | By: /s/ *Nicholas I. Porritt* |
| 3 | | Nicholas I. Porritt (admitted *pro hac vice*) |
| 4 | | 1101 30th Street NW, Suite 115<br>Washington, D.C. 20007 |
| 5 | | Telephone: (202) 524-4290<br>Facsimile: (202) 337-1567 |
| 6 | | Attorneys Lead Plaintiff Glen Littleton and Lead Counsel for the Class |

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:  February 8, 2019          By: /s/     *Jennifer C. Bretan*
                                              Jennifer C. Bretan

***

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  February 11, 2019

_____
Hon. Edward M. Chen
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER
ADJUSTING SCHEDULE FOR RESPONDING
TO CONSOLIDATED COMPLAINT         2         Case No.: 3:18-CV-04865-EMC