1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL |
|---|---|

1  Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good
2  cause shown, it is HEREBY ORDERED that Shawn A. Williams and David C. Walton of
3  Robbins Geller Rudman & Dowd LLP and Frank J. Johnson of Johnson Fistel, LLP are hereby
4  withdrawn as counsel of record.  The clerk is directed to remove the above-named attorneys and
5  law firm from the docket as well as the ECF Service List.

6  **IT IS SO ORDERED.**

7  DATED:  February 12, 2019

8  HON. EDWARD M. CHEN
   UNITED STATES DISTRICT JUDGE