| | |
|---|---|
| 1 | DEAN S. KRISTY (CSB No. 157646) |
|   | dkristy@fenwick.com |
| 2 | KEVIN P. MUCK (CSB. No. 120918) |
|   | kmuck@fenwick.com |
| 3 | JENNIFER BRETAN (CSB No. 233475) |
|   | jbretan@fenwick.com |
| 4 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104 |
|   | Telephone:     415.875.2300 |
| 6 | Facsimile:     415.281.1350 |

ALISON C. JORDAN (CSB NO. 311081)
ajordan@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE TESLA, INC. SECURITIES LITIGATION

Case No.: 3:18-cv-04865-EMC

**NOTICE OF APPEARANCE OF COUNSEL**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Dean S. Kristy and Jennifer C. Bretan, hereby submit this Notice of Appearance as counsel for defendants Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (the "Director Defendants").  Mr. Kristy and Ms. Bretan also continue to represent defendants Tesla, Inc. ("Tesla" or the "Company") and Elon Musk in this action.

PLEASE TAKE FURTHER NOTICE THAT pursuant to Civil Local Rule 5-1(c), Kevin P. Muck and Alison C. Jordan of Fenwick & West LLP hereby submit this Notice of Appearance as counsel for defendants Tesla, Elon Musk, and the Director Defendants.

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Dean S. Kristy:   dkristy@fenwick.com and lkelleybourne@fenwick.com

Kevin P. Muck:   kmuck@fenwick.com

Jennifer C. Bretan:   jbretan@fenwick.com and pnichols@fenwick.com

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Alison C. Jordan: ajordan@fenwick.com and vpieretti@fenwick.com

FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Dated:   March 22, 2019

FENWICK & WEST LLP

By: /s/      *Jennifer C. Bretan*
           Jennifer C. Bretan

Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice