DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
KEVIN P. MUCK (CSB. No. 120918)
kmuck@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

ALISON C. JORDAN (CSB NO. 311081)
ajordan@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Defendants Tesla, Inc., Elon Musk,
Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
Antonio J. Gracias, James Murdoch, Kimbal
Musk, and Linda Johnson Rice

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE TESLA, INC. SECURITIES
LITIGATION

Case No.: 3:18-cv-04865-EMC

**AMENDED CERTIFICATION OF
INTERESTED ENTITIES OR
PERSONS**

(Fed. R. Civ. P. 7.1 and Civil L.R. 3-15)

Judge: Hon. Edward M. Chen

Date Action Filed: August 10, 2018

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, defendants

2  Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias,

3  James Murdoch, Kimbal Musk, and Linda Johnson Rice, by and through counsel, hereby certify

4  the following:

5        Tesla has no parent corporation and no public corporation owns 10% or more of the

6  Company's stock.

7        Pursuant to Civil L.R. 3-15, the undersigned certifies, on behalf of all defendants, that as

8  of this date, other than the named parties, there is no such interest to report.

9

10  Dated:    March 22, 2019                Respectfully submitted,

11                                          FENWICK & WEST LLP

12                                          By: /s/      *Jennifer C. Bretan*
                                                       Jennifer C. Bretan
13
                                            Attorneys for Defendants Tesla, Inc., Elon Musk,
14                                          Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
                                            Antonio J. Gracias, James Murdoch, Kimbal Musk,
15                                          and Linda Johnson Rice

16
17
18
19
20
21
22
23
24
25
26
27
28