DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
KEVIN P. MUCK (CSB. No. 120918)
kmuck@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

ALISON C. JORDAN (CSB NO. 311081)
ajordan@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendants Tesla, Inc., Elon Musk,
Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
Antonio J. Gracias, James Murdoch, Kimbal
Musk, and Linda Johnson Rice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR RELIEF FROM CASE SCHEDULE PENDING LEAD PLAINTIFF PROCEEDINGS IN THE NINTH CIRCUIT**<br><br>Date Action Filed: August 10, 2018 |

[PROP.] ORDER GRANTING DEFS.'
ADMIN MOTION FOR RELIEF FROM
CASE SCHEDULE PENDING LEAD PLTF.
PROCEEDINGS IN NINTH CIRCUIT

Case No.: 3:18-CV-04865-EMC

Having considered defendants' Administrative Motion for Relief from Case Schedule Pending Lead Plaintiff Proceedings in the Ninth Circuit, the Court rules as follows:

1. Defendants' response to the Consolidated Complaint due March 28, 2019 under the current case schedule shall be DEFERRED and all associated deadlines in this case are temporarily stayed during the pendency of the lead plaintiff proceedings in the Ninth Circuit;

2. The hearing on defendants' Motion to Dismiss the Consolidated Complaint currently scheduled for June 13, 2019 is hereby VACATED; and

3. The relevant parties are hereby ORDERED to meet and confer and submit to the Court a schedule for resuming proceedings promptly upon a determination by the Ninth Circuit on Bridgestone's petition for writ of mandamus.

**IT IS SO ORDERED.**

Dated:_____

Hon. Edward M. Chen
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROP.] ORDER GRANTING DEFS.' ADMIN MOTION FOR RELIEF FROM CASE SCHEDULE PENDING LEAD PLTF. PROCEEDINGS IN NINTH CIRCUIT

1

Case No.: 3:18-CV-04865-EMC