1  Ramzi Abadou (SBN 222567)
   KAHN SWICK & FOTI, LLP
2  912 Cole Street, # 251
3  San Francisco, California 94117
   Telephone: (415) 459-6900
4  Facsimile: (504) 455-1498
   ramzi.abadou@ksfcounsel.com
5
6  *Counsel for Movant Bridgestone*
   *Investment Corporation Limited*
7  *and Proposed Lead Counsel for the Class*

   [Additional counsel on signature page]
8

9                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
10                         **SAN FRANCISCO DIVISION**

11                                    )
12                                    )   Case No. 3:18-cv-04865-EMC
                                      )
13                                    )
                                      )
14                                    )
     IN RE TESLA INC. SECURITIES      )   Judge:     Hon. Edward M. Chen
15   LITIGATION                       )   Date:      May 2, 2019
                                      )   Time:      1:30 P.M.
16                                    )   Courtroom: Courtroom 5 – 17th Floor
                                      )
17                                    )
                                      )
18   _____   )

19
      BRIDGESTONE INVESTMENT CORPORATION LIMITED'S NOTICE OF MOTION AND
20   MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF PETITION FOR WRIT OF
     MANDAMUS BY THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
21

22

23

24

25

26

27

28

**NOTICE OF MOTION AND MOTION**

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that at 1:30 P.M. on May 2, 2019, or as soon prior to that date as the matter may be heard, before the Honorable Edward M. Chen, United States District Court, Northern District of California, San Francisco Courthouse, Courtroom 5 - 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Bridgestone Investment Corporation Limited ("Bridgestone") will and hereby does move for an order staying these proceedings and vacating its February 11, 2019 Scheduling Order (ECF No. 194) pending resolution of Bridgestone's Petition for Writ of Mandamus before the United States Court of Appeals for the Ninth Circuit.

**STATEMENT OF ISSUES TO BE DECIDED**

Whether this action should be stayed pending resolution of Bridgestone's Petition for Writ of Mandamus before the United States Court of Appeals for the Ninth Circuit.

**MEMORANDUM IN SUPPORT**

On November 27, 2018, this Court entered its order appointing Glen Littleton as Lead Plaintiff in the above-captioned matter. ECF No. 152. On December 3, 2018, Bridgestone sought leave to move the Court to reconsider its November 27, 2018 order. *See* ECF No. 158. The Court granted Bridgestone's motion. ECF No. 160. While the motion for reconsideration was pending, the Court stayed its prior scheduling order. ECF No. 171. On December 17, 2018, the Court denied Bridgestone's motion. ECF No. 172. On January 4, 2019, Bridgestone filed its Petition for Writ of Mandamus with the United States Court of Appeals for the Ninth Circuit (the "Petition"). ECF No. 196.

On March 22, 2019, the Ninth Circuit entered an Order finding that Bridgestone's Petition raised issues that warrant an answer ("Ninth Circuit Order"). *See* Declaration of Ramzi Abadou ("Abadou Decl.") Ex. A. The Ninth Circuit directed interested parties and/or this Court to file a response to the Petition within fourteen days. *Id.* In light of the Ninth Circuit's Order, this Court should stay the instant proceedings as previous courts in this District have done under identical circumstances. *See* Abadou Decl. Ex. B. It is well-settled that district courts have the inherent power to issue stays to manage their dockets. *See Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*,

1  898 F.2d 1428, 1429 (9th Cir. 1990). Moreover, in light of the issues before the Ninth Circuit,
2  Bridgestone believes that it would be in the judicial efficiency interests of the Court, the parties and
3  the putative class to stay this litigation pending a ruling on its Petition. Finally, the undersigned
4  counsel has conferred with counsel for Defendants who agree that the stay Bridgestone seeks is fully
5  warranted.

## CONCLUSION

For the foregoing reasons. Bridgestone's motion to stay should be granted in its entirety.

Dated: March 22, 2019                    Respectfully submitted,

                                         KAHN SWICK & FOTI, LLP

                                         By:   */s/ Ramzi Abadou*

                                         Ramzi Abadou (SBN 222567)
                                         ramzi.abadou@ksfcounsel.com
                                         KAHN SWICK & FOTI, LLP
                                         912 Cole Street, # 251
                                         San Francisco, California 94117
                                         Telephone: (415) 459-6900
                                         Facsimile: (504) 455-1498

                                         -and-

                                         Lewis S. Kahn (*pro hac vice to be submitted*)
                                         Alexander L. Burns (*pro hac vice to be submitted*)
                                         Alayne K. Gobeille (*pro hac vice to be submitted)*
                                         KAHN SWICK & FOTI, LLC
                                         1100 Poydras Street, Suite 3200
                                         New Orleans, Louisiana 70163
                                         Telephone: (504) 455-1400
                                         Facsimile: (504) 455-1498
                                         lewis.kahn@ksfcounsel.com
                                         alexander.burns@ksfcounsel.com
                                         alayne.gobeille@ksfcounsel.com

                                         *Counsel for Movant Bridgestone Investment Corporation Limited and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

  */s/ Ramzi Abadou*
  RAMZI ABADOU

# Mailing Information for a Case 3:18-cv-04865-EMC In re Tesla Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,chris.yount@ksfcounsel.com

- **Adam Marc Apton**
  aapton@zlk.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,aepstein@fenwick.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com

- **Robert Nicholas Cappucci**
  rcappucci@entwistle-law.com,ncasey@entwistle-law.com,ffleming@entwistle-law.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com

- **Andrew John Entwistle**
  aentwistle@entwistle-law.com,jbeemer@entwistle-law.com,bbrodeur@entwistle-law.com,efilings@entwistle-law.com,sriegert@entwistle-law.com,RArnall@Entwistle-Law.com,ffleming@entwisle-law.com,ncasey@entwistle-law.com,mgayle@entwistle-law.com,rcappucci@entwistle-law.com

- **Frederic S. Fox**
  FFox@kaplanfox.com

- **Eric Marc George**
  egeorge@bgrfirm.com,Lburns@bgrfirm.com,mvenezia@bgrfirm.com,khall@bgrfirm.com,cbonilla@bgrfirm.com

- **David William Hall**
  dhall@hedinhall.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Rachel Lynn Jensen**
  rachelj@rgrdlaw.com,e_file_sd@rgrdlaw.com,6139295420@filings.docketbird.com

- **Frank James Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,kristeno@johnsonfistel.com,ceciliar@johnsonfistel.com,paralegal@johnsonfistel.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,brianm@hbsslaw.com,sf_filings@hbsslaw.com

- **Ashley Conrad Keller**
  ack@kellerlenkner.com

- **Christopher J. Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Eduard Korsinsky**
  ek@zlk.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,lkelleybourne@fenwick.com

- **Alexander A. Krot , III**
  akrot@zlk.com

- **Joseph E Levi**
  jlevi@zlk.com

- **Katherine Collinge Lubin**
  klubin@lchb.com

- **Mara Rachelle Ludmer**
  mludmer@fenwick.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Francis P McConville**
  fmcconville@labaton.com,HChang@labaton.com,kgutierrez@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,3045517420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Arthur Vincent Nealon**
  anealon@entwistle-law.com

- **Uri Seth Ottensoser**
  so@kellerlenkner.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,cgarcia@pomlaw.com,abarbosa@pomlaw.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Carl Alan Roth**
  croth@bgrfirm.com,lsmith@bgrfirm.com,khall@bgrfirm.com,mbetti@bgrfirm.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

- **Michael Walter Stocker**
  mikes@hbsslaw.com,sf_filings@hbsslaw.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`