Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Movant Bridgestone Investment Corporation Limited and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: Courtroom 5 – 17th Floor |

**[PROPOSED] ORDER GRANTING BRIDGESTONE INVESTMENT CORPORATION LIMITED'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF PETITION FOR WRIT OF MANDAMUS BY THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

Having considered Movant Bridgestone Investment Corporation Limited's ("Bridgestone's") Motion to Stay Proceedings Pending Resolution of its Petition for Writ of Mandamus in the United States Court of Appeals for the Ninth Circuit (the "Petition"), and finding good cause shown, the Court GRANTS the Motion. The Court hereby ORDERS the instant matter STAYED pending the Ninth Circuit's resolution of Bridgestone's Petition. Further, the Court VACATES the February 11, 2019 Stipulation and Order Adjusting Schedule for Responding to the Consolidated Complaint (ECF No. 194). A new scheduling order will be issued upon the resolution of Bridgestone's Petition.

Signed this _____ day of _____, 2019.

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT