1  Ramzi Abadou (SBN 222567)
2  KAHN SWICK & FOTI, LLP
   912 Cole Street, # 251
3  San Francisco, California 94117
   Telephone: (415) 459-6900
4  Facsimile: (504) 455-1498
   ramzi.abadou@ksfcounsel.com
5
6  *Counsel for Movant Bridgestone*
   *Investment Corporation Limited*
   *and Proposed Lead Counsel for the Class*
7
   *[Additional counsel on signature page]*
8

9                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
10                     **SAN FRANCISCO DIVISION**

11                                    )
12                                    )        Case No. 3:18-cv-04865-EMC
                                      )
13                                    )
                                      )
14   IN RE TESLA INC. SECURITIES      )    Judge:      Hon. Edward M. Chen
15   LITIGATION                       )    Date:       May 2, 2019
                                      )    Time:       1:30 PM
16                                    )    Courtroom:  Courtroom 5 – 17th Floor
                                      )
17                                    )
                                      )
18 _____      )

19        DECLARATION OF RAMZI ABADOU IN SUPPORT OF BRIDGESTONE INVESTMENT
20   CORPORATION LIMITED'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS
     PENDING RESOLUTION OF PETITION FOR WRIT OF MANDAMUS BY THE UNITED
21          STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

22
23
24
25
26
27
28
                                         Case No. 3:18-cv-04865-EMC
                                         Decl. of Ramzi Abadou in Support of
                                         Bridgestone Inv. Corp. Ltd.'s Mtn. to Stay

I, Ramzi Abadou, hereby declare as follows:

1.  I am a member in good standing of the bar of the State of California and am admitted to this District.

2.  I submit this Declaration, together with the attached exhibits, in support of Bridgestone Investment Corporation Limited's Notice of Motion and Motion to Stay.  I am fully familiar with the facts stated herein.

3.  Attached hereto as "Exhibit A" is a true and correct copy of the March 22, 2019 order from the United States Court of Appeals for the Ninth Circuit, captioned *In re: Bridgestone Investment Corporation Limited*, No. 19-70031 (9th Cir.).

4.  Attached hereto as "Exhibit B" is a true and correct copy of the February 24, 2009 stay order captioned *In re Nvidia Corporation Securities Litigation*, No. 3:08-cv-04260-RS (N.D. Cal.).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Friday, March 22, 2019, in San Francisco, California.


_____*/s/ Ramzi Abadou*_____
RAMZI ABADOU

CASE NO. 3:18-CV-04865-EMC
DECL. OF RAMZI ABADOU IN SUPPORT OF
BRIDGESTONE INV. CORP. LTD.'S MTN. TO STAY