# Exhibit B

| | |
|---|---|
| 1  Michael F. Ram (SBN 104805) | |
| 2  mfr@lrolaw.com | |
|    Karl Olson (SBN 104760) | |
| 3  ko@lrolaw.com | **IT IS SO ORDERED** |
|    LEVY, RAM & OLSON | *James Ware* |
| 4  639 Front Street, Fourth Floor | Judge James Ware |
| 5  San Francisco, California 94111 | |
|    Telephone: (415) 433-4949 | |
| 6  Facsimile: (415) 433-7311 | |

*Counsel for Lead Plaintiff Roberto Cohen*

| | |
|---|---|
| Kim E. Miller (SBN 178370) | Lewis S. Kahn |
| KAHN GAUTHIER SWICK, LLC | KAHN GAUTHIER SWICK, LLC |
| 12 E. 41st St., Ste. 1200 | 650 Poydras Street, Ste. 2150 |
| New York, New York 10017 | New Orleans, LA 70130 |
| Telephone: (212) 696-3730 | Telephone: (504) 455-1400 |
| Facsimile: (504) 455-1498 | Facsimile: (504) 455-1498 |
| E-mail: kim.miller@kgscounsel.com | E-mail: lewis.kahn@kgscounsel.com |
| *Counsel for Lead Plaintiff Roberto Cohen* | *Counsel for Lead Plaintiff Roberto Cohen* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NVIDIA CORPORATION SECURITIES LITIGATION | ) ) ) ) MASTER FILE NUMBER: ) CIVIL ACTION NO. 08-CV-4260-JW ) |
| This Document Relates To: All Actions | ) ) CTRM: 8, 4th Floor ) ) ) ) |

*James Ware*

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF ROBERTO COHEN'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF LEAD PLAINTIFF ROBERTO COHEN'S PETITION FOR WRIT OF MANDAMUS BY THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| 1 | Having considered Lead Plaintiff Roberto Cohen's Motion for Stay Pending Resolution |
| 2 | of Lead Plaintiff Roberto Cohen's Petition for Writ of Mandamus by the United States Court of |
| 3 | Appeals for the Ninth Circuit, and finding good cause shown, the Court GRANTS the Motion. |
| 4 | As such, the Court hereby ORDERS the instant matter STAYED pending resolution of Lead |
| 5 | Plaintiff Roberto Cohen's Petition for Writ of Mandamus by the United States Court of Appeals |
| 6 | for the Ninth Circuit. |

DATED: February 24, 2009

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF
ROBERTO COHEN'S MOTION FOR STAY PENDING
RESOLUTION OF LEAD PLAINTIFF ROBERTO
COHEN'S PETITION FOR WRIT OF MANDAMUS BY
THE UNITED STATES COURT OF APPEALS FOR THE
NINTH CIRCUIT                                    2