1  DEAN S. KRISTY (CSB No. 157646)
   dkristy@fenwick.com
2  KEVIN P. MUCK (CSB. No. 120918)
   kmuck@fenwick.com
3  JENNIFER BRETAN (CSB No. 233475)
   jbretan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  ALISON C. JORDAN (CSB NO. 311081)
   ajordan@fenwick.com
8  FENWICK & WEST LLP
   801 California Street
9  Mountain View, CA  94041
   Telephone:     (650) 988-8500
10 Facsimile:     (650) 938-5200

11 Attorneys for Defendants Tesla, Inc., Elon Musk,
   Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
12 Antonio J. Gracias, James Murdoch, Kimbal
   Musk, and Linda Johnson Rice

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17  |  | Case No.: 3:18-cv-04865-EMC

18  IN RE TESLA, INC. SECURITIES LITIGATION

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR RELIEF FROM CASE SCHEDULE PENDING LEAD PLAINTIFF PROCEEDINGS IN THE NINTH CIRCUIT**

Date Action Filed:  August 10, 2018

---

[PROP.] ORDER GRANTING DEFS.'
ADMIN MOTION FOR RELIEF FROM
CASE SCHEDULE PENDING LEAD PLTF.
PROCEEDINGS IN NINTH CIRCUIT

Case No.: 3:18-CV-04865-EMC

Having considered defendants' Administrative Motion for Relief from Case Schedule Pending Lead Plaintiff Proceedings in the Ninth Circuit, the Court rules as follows:

1. Defendants' response to the Consolidated Complaint due March 28, 2019 under the current case schedule shall be DEFERRED and all associated deadlines in this case are temporarily stayed during the pendency of the lead plaintiff proceedings in the Ninth Circuit;

2. The hearing on defendants' Motion to Dismiss the Consolidated Complaint currently scheduled for June 13, 2019 is hereby VACATED; and

3. The relevant parties are hereby ORDERED to meet and confer and submit to the Court a schedule for resuming proceedings promptly upon a determination by the Ninth Circuit on Bridgestone's petition for writ of mandamus.

**IT IS SO ORDERED.**

Dated: March 22, 2019

Hon. Edward M. Chen
United States District Court Judge