

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: BRIDGESTONE INVESTMENT CORPORATION LIMITED.

———————————————

BRIDGESTONE INVESTMENT CORPORATION LIMITED,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

        Respondent,

KALMAN ISAACS; et al.,

        Real Parties in Interest.

No. 19-70031

D.C. No. 3:18-cv-04865-EMC
Northern District of California,
San Francisco

ORDER

Before: SILVERMAN, TALLMAN, and MURGUIA, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real parties in interest shall file an answer.

The district court, within 14 days after the date of this order, may address the petition if it so desires. The district court may elect to file an answer with this court or to issue an order and serve a copy on this court. Petitioner may file a reply

ARM/MOATT

within 5 days after service of the answer(s). The petition, answer(s), and any reply shall be referred to the next available motions panel.

The Clerk shall serve this order on the district court and District Judge Edward M. Chen.

ARM/MOATT 2