dDEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
KEVIN P. MUCK (CSB. No. 120918)
kmuck@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

ALISON C. JORDAN (CSB NO. 311081)
ajordan@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendants Tesla, Inc., Elon Musk,
Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
Antonio J. Gracias, James Murdoch, Kimbal
Musk, and Linda Johnson Rice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>**DEFENDANTS' RESPONSE TO BRIDGESTONE'S MOTION TO STAY**<br><br>Date:     May 2, 2019<br>Time:    1:30 p.m.<br>Dept.:    Courtroom 5, 17th Floor<br>Judge:   Hon. Edward M. Chen<br><br>Date Action Filed: August 10, 2018 |

1  For the reasons detailed in defendants' administrative motion filed on March 22, 2019
2  (Dkt. No. 199), which the Court granted on the same date (Dkt. No. 203), defendants agree with
3  Bridgestone that it is appropriate to stay this matter pending proceedings in the Ninth Circuit on
4  the issue of lead plaintiff.  *See* Dkt. No. 201.

Dated: March 28, 2019

FENWICK & WEST LLP

By: /s/   *Jennifer C. Bretan*
         Jennifer C. Bretan

Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice