**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class*

[Additional counsel on signature blocks]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | No. C-18-04865<br><br>Hon. Edward M. Chen<br><br>**LEAD PLAINTIFF'S RESPONSE TO BRIDGESTONE INVESTMENT CORPORATION LIMITED'S MOTION TO STAY PROCEEDINGS**<br><br>DATE: May 2, 2019<br>TIME: 1:30 p.m.<br>COURTROOM: Courtroom 5 – 17th Floor |

On March 22, 2019, this Court granted Defendants' administrative motion to vacate all case deadlines pending the resolution of lead plaintiff proceedings in the Ninth Circuit. ECF No. 203. Accordingly, Bridgestone Investment Corporation Limited's Motion to Stay Proceedings, which sought the identical relief, is moot.

Lead Plaintiff Glen Littleton is available to provide the Court with any additional information or further submissions at the Court's convenience.

| | |
|---|---|
| Dated: March 28, 2019 | Respectfully submitted, |
| | **LEVI & KORSINSKY, LLP** |
| | /s/ Adam M. Apton |
| | Adam M. Apton (SBN 316506) |
| | Adam C. McCall (SBN 302130) |
| | 44 Montgomery Street, Suite 650 |
| | San Francisco, CA 94104 |
| | Tel: 415-291-2420 |
| | Email: aapton@zlk.com |
| | Email: amccall@zlk.com |
| | |
| | Nicholas I. Porritt (admitted pro hac vice) |
| | Alexander A. Krot III (to be admitted pro hac vice) |
| | 1101 30th Street, NW, Suite 115 |
| | Washington, DC 20007 |
| | Tel: 202-524-4290 |
| | Email: nporritt@zlk.com |
| | |
| | Eduard Korsinsky (admitted pro hac vice) |
| | 55 Broadway, 10th Floor |
| | New York, New York 10006 |
| | Tel: 212-363-7500 |
| | Email: ek@zlk.com |
| | |
| | *Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class* |