1  Ramzi Abadou (SBN 222567)
   KAHN SWICK & FOTI, LLP
2  912 Cole Street, # 251
   San Francisco, California 94117
3  Telephone: (415) 459-6900
4  Facsimile: (504) 455-1498
   ramzi.abadou@ksfcounsel.com
5
   *Counsel for Bridgestone*
6  *Investment Corporation Limited*

7  [Additional counsel on signature page]

8
                UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
10

11                                    )
                                      )   Case No. 3:18-cv-04865-EMC
12                                    )
                                      )
13                                    )
                                      )
14  IN RE TESLA INC. SECURITIES       )   Judge:     Hon. Edward M. Chen
    LITIGATION                        )   Date:      May 2, 2019
15                                    )   Time:      1:30 P.M.
                                      )   Courtroom: Courtroom 5 – 17th Floor
16                                    )
                                      )
17                                    )
    _____    )
18

19          BRIDGESTONE INVESTMENT CORPORATION LIMITED'S
                REPLY IN SUPPORT OF ITS MOTION TO STAY
20

21

22

23

24

25

26

27

28

1    On March 22, 2019, Bridgestone filed a motion to stay in light of the Ninth Circuit's Order on Bridgestone's Petition for Writ of Mandamus. ECF No. 201. On March 28, 2019, Defendants filed a response stating that they "agree[d] with Bridgestone that it is appropriate to stay this matter pending proceedings in the Ninth Circuit on the issue of Lead Plaintiff." ECF No. 207. Glen Littleton also filed a response that day asserting that Bridgestone's motion to stay is moot because Defendants' administrative motion, which the Court granted, "sought identical relief." ECF No. 208. Although the Court's order granting Defendants' administrative motion deferred briefing deadlines in connection with Defendants' motion to dismiss (and vacated oral argument on the motion to dismiss), it did not stay all proceedings as other courts in this district have done under similar circumstances. *See* ECF No. 202-2.

Bridgestone's motion is therefore not "moot" because the relief it respectfully seeks is broader than the administrative relief from the case schedule that Defendants sought and obtained. *See*, *e.g.*, *Ocean Beauty Seafoods LLC v. Pac. Seafood Grp. Acquisition Co*., 2015 U.S. Dist. LEXIS 185076, at *5 (W.D. Wash. 2015) (granting motion to stay proceedings pending resolution of mandamus petition). A stay would, for instance, preclude Mr. Littleton and his counsel from, *inter alia*: (i) seeking to engage in discovery pursuant to 15 U.S.C. §78u-4(b)(3); (ii) seeking Defendants' consent to engage in private mediation; or (iii) otherwise litigating this case while the Ninth Circuit addresses Bridgestone's Petition for Writ of Mandamus. Indeed, while this Court has previously denied "Lead Plaintiff's request to propound document requests on Defendants[,]" it did so primarily because the "request was brought up for the first time on reply." ECF No. 181 at 2. Bridgestone and the putative class should not be subject to Lead Counsel's possible renewed decision-making on such issues given that its role serving in that capacity has become uncertain. *See In re Cohen v. United States Dist. Court for the N. Dist. of Cal*., 586 F.3d 703, 709 (9th Cir. 2009). For the foregoing reasons, Bridgestone's motion to stay should be granted.

Dated: March 29, 2019                    Respectfully submitted,

KAHN SWICK & FOTI, LLP

By:  */s/ Ramzi Abadou*

Ramzi Abadou (SBN 222567)

1
2
3
4

ramzi.abadou@ksfcounsel.com
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498

5      -and-

6      Lewis S. Kahn
7      Alexander L. Burns
       Alayne K. Gobeille
8      **KAHN SWICK & FOTI, LLC**
       1100 Poydras Street, Suite 3200
9      New Orleans, Louisiana 70163
       Telephone: (504) 455-1400
10     Facsimile: (504) 455-1498
11     lewis.kahn@ksfcounsel.com
       alexander.burns@ksfcounsel.com
12     alayne.gobeille@ksfcounsel.com

13     *Counsel for Bridgestone Investment*
       *Corporation Limited*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Ramzi Abadou*
RAMZI ABADOU

# Mailing Information for a Case 3:18-cv-04865-EMC In re Tesla Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,chris.yount@ksfcounsel.com

- **Adam Marc Apton**
  aapton@zlk.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,kgutierrez@labaton.com,ElectronicCaseFiling@labaton.com,4076904420@filings.docketbird.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,aepstein@fenwick.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com

- **Michael P. Canty**
  mcanty@labaton.com,kgutierrez@labaton.com,7677707420@filings.docketbird.com,fmalonzo@labaton.com,acarpio@labaton.com,electroniccasefiling@labaton.com

- **Robert Nicholas Cappucci**
  rcappucci@entwistle-law.com,ncasey@entwistle-law.com,ffleming@entwistle-law.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com

- **Andrew John Entwistle**
  aentwistle@entwistle-law.com,jbeemer@entwistle-law.com,bbrodeur@entwistle-law.com,efilings@entwistle-law.com,sriegert@entwistle-law.com,RArnall@Entwistle-Law.com,ffleming@entwisle-law.com,ncasey@entwistle-law.com,mgayle@entwistle-law.com,rcappucci@entwistle-law.com

- **Frederic S. Fox**
  FFox@kaplanfox.com

- **Eric Marc George**
  egeorge@bgrfirm.com,khall@bgrfirm.com,cbonilla@bgrfirm.com

- **David William Hall**
  dhall@hedinhall.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,efile@scott-scott.com

- **Rachel Lynn Jensen**
  rachelj@rgrdlaw.com,e_file_sd@rgrdlaw.com,6139295420@filings.docketbird.com

- **Frank James Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,kristeno@johnsonfistel.com,ceciliar@johnsonfistel.com,paralegal@johnsonfistel.com

- **Alison Clare Jordan**
  ajordan@fenwick.com,vpieretti@fenwick.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,lisal@hbsslaw.com,brianm@hbsslaw.com,sf_filings@hbsslaw.com

- **Ashley Conrad Keller**
  ack@kellerlenkner.com

- **Christopher J. Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Eduard Korsinsky**
  ek@zlk.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,lkelleybourne@fenwick.com

- **Alexander A. Krot , III**
  akrot@zlk.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,efile@scott-scott.com

- **Marc Y Lazo**
  mlazo@wkbllp.com

- **Joseph E Levi**
  jlevi@zlk.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Katherine Collinge Lubin**
  klubin@lchb.com

- **Mara Rachelle Ludmer**
  mludmer@fenwick.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Francis P McConville**
  fmcconville@labaton.com,HChang@labaton.com,kgutierrez@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,kayoung@fenwick.com,lkelleybourne@fenwick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,3045517420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Arthur Vincent Nealon**
  anealon@entwistle-law.com

- **Uri Seth Ottensoser**
  so@kellerlenkner.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,disaacson@pomlaw.com,cgarcia@pomlaw.com,abarbosa@pomlaw.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Carl Alan Roth**
  croth@bgrfirm.com,lsmith@bgrfirm.com,khall@bgrfirm.com,mbetti@bgrfirm.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

- **Danielle Smith**
  daniellec@hbsslaw.com

- **Michael Walter Stocker**
  mikes@hbsslaw.com,sf_filings@hbsslaw.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joseph         Allan Pettigrew
Scott+Scott Attorneys at Law LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
```