| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 23 2019<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: BRIDGESTONE INVESTMENT CORPORATION LIMITED.

———————————————

BRIDGESTONE INVESTMENT CORPORATION LIMITED,

       Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

       Respondent,

KALMAN ISAACS; FNY INVESTMENT ADVISERS, LLC; ELON MUSK; TESLA, INC.; CARLOS MAIA; GLEN LITTLETON; JIRI KULIK; JASON HAN; ESMAEIL RIAHI; DEEPAK MEHTA; RAGHUNATH NAMA; ANDREW E. LEFT; PROTECTO INFORMATIKAI SZOLGALTATO KORLATOLT FELELOSSEGU TARSASAG; THIERRY BOUTIN; ABRAR SHIRAZI, Dr.; VILAS CAPITAL MANAGEMENT LLC; JAMES JOHNSON; TEMPUS INTERNATIONAL FUND SPC; OPPORTUNITY UNIQUE FUND INC.; DONALD FREELAND; ALVIN ABRAMS; CHRISTOPHER LYMAN; RAJINDER GAUR; DANY DAVID,

No. 19-70031

D.C. No. 3:18-cv-04865-EMC
Northern District of California,
San Francisco

ORDER

Real Parties in Interest.

Before:  O'SCANNLAIN, W. FLETCHER, and WATFORD, Circuit Judges.

    The petition for a writ of mandamus and responses are referred to a merits panel.  The Clerk shall calendar this case on the next available oral argument calendar.