1  DEAN S. KRISTY (CSB No. 157646)
   dkristy@fenwick.com
2  KEVIN P. MUCK (CSB. No. 120918)
   kmuck@fenwick.com
3  JENNIFER BRETAN (CSB No. 233475)
   jbretan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  ALISON C. JORDAN (CSB NO. 311081)
   ajordan@fenwick.com
8  FENWICK & WEST LLP
   801 California Street
9  Mountain View, CA  94041
   Telephone:     (650) 988-8500
10 Facsimile:     (650) 938-5200

11 Attorneys for Defendants Tesla, Inc., Elon Musk,
   Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
12 Antonio J. Gracias, James Murdoch, Kimbal
   Musk, and Linda Johnson Rice

13 *Additional Counsel and Parties on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE**<br><br>Date Action Filed:  August 10, 2018 |

On March 22, 2019, the Court issued an order staying all proceedings in this matter pending resolution of the mandamus petition currently before the Ninth Circuit Court of Appeals (ECF No. 203). While the Ninth Circuit heard oral argument on August 7, 2019, it has not yet issued any ruling. Because the stay in this action remains in place, the parties submit that good cause exists to vacate the status conference currently set for October 8, 2019 (set by the Clerk's Notice of September 13, 2019) (ECF No. 215).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that: Pursuant to Civil L.R. 16-2, the Status Conference scheduled for October 8, 2019 is vacated. As per this Court's March 22, 2019 Order, the parties will meet and confer regarding further proceedings once the Ninth Circuit has ruled on the pending mandamus petition.

Dated:   October 1, 2019

FENWICK & WEST LLP

By: /s/   *Jennifer C. Bretan*
      Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice

Dated:   October 1, 2019

LEVI & KORSINSKY, LLP

By: /s/  *Nicholas I. Porritt*
      Nicholas I. Porritt (admitted *pro hac vice*)

1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 337-1567

Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in this filing.

Dated:   October 1, 2019

By: /s/   *Jennifer C. Bretan*
      Jennifer C. Bretan

Case 3:18-cv-04865-EMC   Document 216   Filed 10/01/19   Page 3 of 3

***

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   October __, 2019

_____
Hon. Edward M. Chen
United States District Court Judge