Adam M. Apton (316506)
Adam C. McCall (302130)
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com
        amccall@zlk.com

*Attorneys for Lead Plaintiff Glen Littleton
and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT, AND TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, the office address for the law firm of Levi & Korsinsky, LLP and its attorneys Adam M. Apton and Adam C. McCall has changed. The new address is:

LEVI & KORSINSKY, LLP<br>
388 Market Street, Suite 1300<br>
San Francisco, CA 94111

Telephone and facsimile numbers and email information remain unchanged.

Please revise your proof of service and file information accordingly.

Dated: November 11, 2019                                    Respectfully submitted,

                                                          **LEVI & KORSINSKY, LLP**

                                                          By: /s/ *Adam C. McCall*
                                                          Adam C. McCall
                                                          Adam M. Apton
                                                          388 Market Street, Suite 1300
                                                          San Francisco, CA 94111
                                                          Telephone: (415) 373-1671
                                                          Facsimile: (415) 484-1294

                                                          *Attorneys for Lead Plaintiff Glen Littleton*
                                                          *and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

/s/ *Adam C. McCall*
Adam C. McCall