1   DEAN S. KRISTY (CSB No. 157646)
    dkristy@fenwick.com
2   KEVIN P. MUCK (CSB. No. 120918)
    kmuck@fenwick.com
3   JENNIFER BRETAN (CSB No. 233475)
    jbretan@fenwick.com
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, CA  94104
    Telephone:     415.875.2300
6   Facsimile:     415.281.1350

7   ALISON C. JORDAN (CSB NO. 311081)
    ajordan@fenwick.com
8   FENWICK & WEST LLP
    801 California Street
9   Mountain View, CA  94041
    Telephone:     (650) 988-8500
10  Facsimile:     (650) 938-5200

11  Attorneys for Defendants Tesla, Inc., Elon Musk,
    Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
12  Antonio J. Gracias, James Murdoch, Kimbal
    Musk, and Linda Johnson Rice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>**JOINT STATUS REPORT REGARDING SCHEDULE FOR RESPONDING TO CONSOLIDATED COMPLAINT AND RELATED FILINGS**<br><br>Date Action Filed:  August 10, 2018 |

On November 4, 2019, the Court ordered the parties to meet and confer regarding (1) Lead Plaintiff supplementing the Consolidated Class Action Complaint by preparing and filing a chart consistent with paragraph 10 of the Court's standing order, as amended September 25, 2019 and (2) any impact on the schedule for defendants' motion to dismiss (ECF No. 221). The parties have met and conferred as ordered by the Court. Lead Plaintiff shall supplement the Consolidated Complaint by filing the required chart on or before November 11, 2019. The parties agree that all other dates to remain as scheduled, unless otherwise ordered by the Court.

Dated:   November 11, 2019              FENWICK & WEST LLP

                                        By: /s/    *Jennifer C. Bretan*
                                                   Jennifer C. Bretan

                                        555 California Street, 12th Floor
                                        San Francisco, California 94104
                                        Telephone: (415) 875-2300
                                        Facsimile: (415) 281-1350

                                        Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice

Dated:   November 11, 2019              LEVI & KORSINSKY, LLP

                                        By: /s/  *Nicholas I. Porritt*
                                                 Nicholas I. Porritt (admitted *pro hac vice*)

                                        1101 30th Street NW, Suite 115
                                        Washington, D.C. 20007
                                        Telephone: (202) 524-4290
                                        Facsimile: (202) 337-1567

                                        Adam M. Apton (SBN 316506)
                                        Adam C. McCall (SBN 302130)
                                        388 Market Street, Suite 1300
                                        San Francisco, CA 94111
                                        Telephone: (415) 373-1671
                                        Facsimile: (415) 484-1294

                                        Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this joint report.

Dated:   November 11, 2019              By: /s/    *Jennifer C. Bretan*
                                                   Jennifer C. Bretan