**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Email: aapton@zlk.com
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel.: 415-373-1671
Fax: 415-484-1294

*Attorneys for Lead Plaintiff Glen Littleton
and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | No. 18-cv-04865-EMC<br><br>Hon. Edward M. Chen<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO CONVERT DEFENDANTS' MOTION TO DISMISS TO MOTION FOR SUMMARY JUDGMENT; MOTION TO STRIKE**<br><br>Date: March 5, 2020<br>Time: 1:30 p.m.<br>Location: Courtroom 5, 17th Floor<br>Judge: Hon. Edward Chen<br><br>Date Action Filed: August 10, 2018 |

I, Adam M. Apton, hereby declare as follows:

1. I am a partner at the law firm of Levi & Korsinsky, LLP, counsel for Lead Plaintiff Glen Littleton ("Plaintiff"), and a member in good standing of the bar of the State of California. I am licensed to practice before this Court.

2. Attached hereto as Exhibit A is a true and correct copy of the article by Taylor Telford published in *The Washington Post* titled "Elon Musk: Tweet that cost $20 million was 'worth it'" dated October 29, 2018 and located online at: https://www.washingtonpost.com/business/2018/10/29/musk-tweet-that-cost-million-was-worth-it/.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed this 27th day of December, 2019.

        /s/ Adam M. Apton
        Adam M. Apton