Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

*Counsel for Movants Tempus International Fund SPC and Opportunity Unique Fund Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge:  Edward M. Chen |

TO: THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT as of January 1, 2020, the San Francisco office of Kaplan Fox & Kilsheimer LLP has relocated.  The new mailing address for attorneys Laurence D. King and Mario M. Choi is:

KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612

The firm's telephone number and the attorneys' email addresses have not changed.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: January 31, 2020       By:  /s/ *Laurence D. King*
                                                                     Laurence D.  King

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, CA  94612

Case No. 18-cv-04865-EMC
NOTICE OF CHANGE OF ADDRESS

Telephone: 415-772-4700
Facsimile:  415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

*Counsel for Movant Tempus International Fund SPC and Opportunity Unique Fund Inc.*