Reed R. Kathrein (139304)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Plaintiff William Chamberlain
and [Proposed] Lead Plaintiff James Johnson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL** <br><br> Judge: Hon. Edward Chen |

010768-11/1241643 V1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 5-11, plaintiff William Chamberlain and movant James Johnson's counsel (Reed R. Kathrein, Michael W Stocker and Danielle Smith of Hagens Berman Sobol Shapiro LLP) hereby request to withdraw as counsel in this action[1]. Mr. Stocker is no longer associated with the law firm Hagens Berman Sobol Shapiro LLP. On November 27, 2018, this Court appointed Glen Littleton as Lead Plaintiff and approved Lead Plaintiff's choice of Levi & Korsinsky, LLP as Lead Counsel. *See* ECF No. 31. Mr. Chamberlain and Mr. Johnson and his counsel have no representative role in the action and the putative class will be represented by Lead Plaintiff and his counsel. Please remove Hagens Berman Sobol Shapiro LLP from the docket as counsel of record, along with the above-named attorneys. A [Proposed] Order granting the withdrawal is submitted herewith as **Exhibit A**.

Dated: February 20, 2020

Respectfully submitted,

*/s/ Reed R.Kathrein*
Reed R. Kathrein (139304)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Plaintiff William Chamberlain and Proposed Lead Plaintiff James Johnson*

---

[1] *Chamberlain v. Tesla, Inc. et al.*, No. 3:18-cv-04876-EMC was consolidated per the Court's order dated November 27, 2019.

NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL - 1
Case No.: 3:18-cv-04865-EMC