# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |
|---|---|
| | **[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL** |

010768-11/1241644 V1

1  Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good cause
2  shown, it is HEREBY ORDERED that Reed R. Kathrein and Danielle Smith of Hagens Berman
3  Sobol Shapiro LLP, and Michael W. Stocker are hereby withdrawn as counsel of record.  The clerk
4  is directed to remove the above-named attorneys and law firm from the docket as well as the ECF
5  Service List.

**IT IS SO ORDERED.**

DATED: _____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE