UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |
|---|---|
| | **[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL** |

010768-11/1241644 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good cause shown, it is HEREBY ORDERED that Reed R. Kathrein and Danielle Smith of Hagens Berman Sobol Shapiro LLP, and Michael W. Stocker are hereby withdrawn as counsel of record.  The clerk is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

**IT IS SO ORDERED.**

DATED: February 20, 2020

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE