# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 6, 2020     **Time:** 3:25-4:29=     **Judge:** EDWARD M. CHEN
1 Hour; 4 Minutes

**Case No.**: 18-cv-04865-EMC     **Case Name:** In re Tesla Inc. Securities Litigation

**Attorneys for Plaintiff:** Nicholas Porritt, Adam McCall
**Attorneys for Defendant:** Dean Kristy, Jennifer Bretan, Alison Jordan

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

[233] Motion to Strike held.

## SUMMARY

Parties stated appearances and proffered argument.

Court takes matter under submission.