1  DEAN S. KRISTY (CSB No. 157646)
   dkristy@fenwick.com
2  KEVIN P. MUCK (CSB. No. 120918)
   kmuck@fenwick.com
3  JENNIFER BRETAN (CSB No. 233475)
   jbretan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  ALISON C. JORDAN (CSB No. 311081)
   ajordan@fenwick.com
8  FENWICK & WEST LLP
   801 California Street
9  Mountain View, CA  94041
   Telephone:     (650) 988-8500
10 Facsimile:     (650) 938-5200

11 Attorneys for Defendants Tesla, Inc., Elon Musk,
   Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
12 Antonio J. Gracias, James Murdoch, Kimbal
   Musk, and Linda Johnson Rice

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>**STIPULATION SETTING SCHEDULE FOR FILING ANSWER TO CONSOLIDATED COMPLAINT**<br><br>(Civil L.R. 6-1(a))<br><br>Judge: The Honorable Edward M. Chen<br><br>Date Action Filed:  August 10, 2018 |

WHEREAS, on April 15, 2020, this Court entered an Order Denying Plaintiff's Motion to Convert, or Alternatively, to Strike; Granting Defendants' Request for Judicial Notice; and Denying Defendants' Motion to Dismiss ("Order") (ECF No. 251);

WHEREAS, in light of the Order and pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the time for all defendants to answer the Consolidated Complaint is April 29, 2020;

WHEREAS, the parties have met and conferred and agreed to extend the deadline for defendants to file their answer(s) to June 15, 2020;

WHEREAS, pursuant to Civil Local Rule 6-1(a), the parties may stipulate in writing, without a Court order, to extend the time within which to answer the complaint, provided the change will not alter the date of any event or deadline already fixed by Court order;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rule 6-1(a), by and between the undersigned counsel for the parties, that the deadline for all defendants to answer the Consolidated Complaint shall be extended to June 15, 2020.

Dated:   April 22, 2020

FENWICK & WEST LLP

By: /s/   *Jennifer C. Bretan*
       Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice

Dated:   April 22, 2020

LEVI & KORSINSKY, LLP

By: /s/   *Nicholas I. Porritt*
       Nicholas I. Porritt (admitted *pro hac vice*)

1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 337-1567

Adam M. Apton (CSB No. 316506)
Adam C. McCall (CSB No. 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Attorneys for Lead Plaintiff Glen Littleton and<br>Lead Counsel for the Class

***

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:   April 22, 2020                    By: /s/   *Jennifer C. Bretan*
                                                    Jennifer C. Bretan