DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
KEVIN P. MUCK (CSB. No. 120918)
kmuck@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

ALISON C. JORDAN (CSB No. 311081)
ajordan@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>**STIPULATION SETTING SCHEDULE FOR FILING ANSWER TO CONSOLIDATED COMPLAINT**<br><br>(Civil L.R. 6-1(a))<br><br>Judge: The Honorable Edward M. Chen<br><br>Date Action Filed: August 10, 2018 |

WHEREAS, on April 15, 2020, this Court entered an Order Denying Plaintiff's Motion to Convert, or Alternatively, to Strike; Granting Defendants' Request for Judicial Notice; and Denying Defendants' Motion to Dismiss ("Order") (ECF No. 251);

WHEREAS, in light of the Order and pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the time for all defendants to answer the Consolidated Complaint is April 29, 2020;

WHEREAS, the parties have met and conferred and agreed to extend the deadline for defendants to file their answer(s) to June 15, 2020;

WHEREAS, pursuant to Civil Local Rule 6-1(a), the parties may stipulate in writing, without a Court order, to extend the time within which to answer the complaint, provided the change will not alter the date of any event or deadline already fixed by Court order;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rule 6-1(a), by and between the undersigned counsel for the parties, that the deadline for all defendants to answer the Consolidated Complaint shall be extended to June 15, 2020.

Dated: April 22, 2020

FENWICK & WEST LLP

By: /s/ *Jennifer C. Bretan*
     Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice

Dated: April 22, 2020

LEVI & KORSINSKY, LLP

By: /s/ *Nicholas I. Porritt*
     Nicholas I. Porritt (admitted *pro hac vice*)

1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 337-1567

Adam M. Apton (CSB No. 316506)
Adam C. McCall (CSB No. 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class

\*\*\*

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:   April 22, 2020    By: /s/   *Jennifer C. Bretan*
                                    Jennifer C. Bretan

DATED: 4/22/2020



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA