ANDREW J. ENTWISTLE *(Pro Hac Vice)*
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

*Counsel for Plaintiffs FNY Investment Advisers, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC, SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that ANDREW J. ENTWISTLE, of the law firm ENTWISTLE & CAPPUCCI LLP, pursuant to Rule 11-5(a), hereby requests the Court withdraw them as counsel of record in this matter on behalf of Plaintiffs FNY Investment Advisers, LLC, individually and on behalf of all similarly situated persons.

Further, pursuant to Rule 11-5(a), of the Local Rules of this Court, attached hereto as Exhibit A is a [Proposed] Order Granting Withdrawal of Counsel for entry by the Court.

Dated: May 26, 2020              By:   */s/ Andrew J. Entwistle*
                                       Andrew J. Entwistle
                                       ENTWISTLE & CAPPUCCI LLP

                                       *Counsel for Plaintiffs FNY Investment Advisers, LLC*

# CERTIFICATE OF SERVICE

I, Andrew J. Entwistle, hereby affirm and declare that on May 26, 2020, I caused a true and correct copy of the Notice of Withdrawal of Counsel to be served via the Court's ECF system.

Dated: May 26, 2020          By:   */s/Andrew J. Entwistle*
                                  Andrew J. Entwistle