**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
Northern District of California

**CIVIL MINUTES**

**Date:** May 29, 2020      **Time:** 9:58-10:15= 17 Minutes      **Judge:** EDWARD M. CHEN

**Case No.**: 18-cv-04865-EMC      **Case Name:** In re Tesla Inc. Securities Litigation v.

**Attorneys for Plaintiff:** Nicholas Porritt, Adam McCall, Adam Apton
**Attorneys for Defendant:** Dean Kristy, Jennifer Bretan

**Deputy Clerk:** Angella Meuleman      **Court Reporter:** Ana Dub

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Further Case Management Conference - held.

**SUMMARY**

Court inquired as to status of related derivative actions. Counsel stated matters are stayed pending resolution of this matter.

Initial Disclosures to be exchanged by 6/30/2020. Regarding ADR, the Court directed the parties to discuss timing and format. The possible point to conduct ADR include after filing of class cert. briefs but before the hearing, after the class cert. hearing, and after MSJ. Court urged parties to consider commencing ADR as early as possible. ADR will be discussed at the next status conference.

Jury Trial set for 5/31/2022; 10 trial days. Scheduling Order to issue.

Further Status Conference set 9/3/2020 at 10:30 AM. Joint Status Report due 8/27/2020.