1  DEAN S. KRISTY (CSB No. 157646)
   dkristy@fenwick.com
2  KEVIN P. MUCK (CSB. No. 120918)
   kmuck@fenwick.com
3  JENNIFER BRETAN (CSB No. 233475)
   jbretan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  ALISON C. JORDAN (CSB No. 311081)
   ajordan@fenwick.com
8  FENWICK & WEST LLP
   801 California Street
9  Mountain View, CA  94041
   Telephone:     (650) 988-8500
10 Facsimile:     (650) 938-5200

11 Attorneys for Defendants Tesla, Inc., Elon Musk,
   Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
12 Antonio J. Gracias, James Murdoch, Kimbal
   Musk, and Linda Johnson Rice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC<br><br>**STIPULATION AMENDING SCHEDULE FOR FILING ANSWER TO CONSOLIDATED COMPLAINT**<br><br>(Civil L.R. 6-1(a))<br><br>Judge: The Honorable Edward M. Chen<br><br>Date Action Filed:  August 10, 2018 |

WHEREAS, on April 15, 2020, this Court entered an Order Denying Plaintiff's Motion to Convert, or Alternatively, to Strike; Granting Defendants' Request for Judicial Notice; and Denying Defendants' Motion to Dismiss ("Order") (ECF No. 251);

WHEREAS, in light of the Order and under Federal Rule of Civil Procedure 12(a)(4)(A), the time for all defendants to answer the Consolidated Complaint was April 29, 2020;

WHEREAS, pursuant to Civil Local Rule 6-1(a), the parties previously stipulated to extend the time for defendants to answer to June 15, 2020 (ECF No. 253);

WHEREAS, the parties have subsequently agreed to amend the schedule for defendants to file their answer(s) by one week, to June 22, 2020, a date that does not alter the date of any event or deadline already fixed by Court order;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rule 6-1(a), by and between the undersigned counsel for the parties, that the deadline for all defendants to answer the Consolidated Complaint shall be June 22, 2020.

Dated:   June 10, 2020

FENWICK & WEST LLP

By: /s/   *Jennifer C. Bretan*
         Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice

Dated:   June 10, 2020

LEVI & KORSINSKY, LLP

By: /s/   *Adam M. Apton*
         Adam M. Apton

Adam M. Apton (CSB No. 316506)
Adam C. McCall (CSB No. 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Nicholas I. Porritt (admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 337-1567

Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class

\*\*\*

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:   June 10, 2020                    By: /s/   *Jennifer C. Bretan*
                                                   Jennifer C. Bretan