| | |
|---|---|
| 1 | DEAN S. KRISTY (CSB No. 157646) |
|   | dkristy@fenwick.com |
| 2 | KEVIN P. MUCK (CSB. No. 120918) |
|   | kmuck@fenwick.com |
| 3 | JENNIFER BRETAN (CSB No. 233475) |
|   | jbretan@fenwick.com |
| 4 | MARIE C. BAFUS (CSB No. 258417) |
|   | mbafus@fenwick.com |
| 5 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 6 | San Francisco, CA  94104 |
|   | Telephone:     415.875.2300 |
| 7 | Facsimile:     415.281.1350 |
| 8 | ALISON C. JORDAN (CSB NO. 311081) |
|   | ajordan@fenwick.com |
| 9 | FENWICK & WEST LLP |
|   | 801 California Street |
| 10 | Mountain View, CA  94041 |
|   | Telephone:    (650) 988-8500 |
| 11 | Facsimile:    (650) 938-5200 |

Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.: 3:18-cv-04865-EMC |
| | **NOTICE OF APPEARANCE OF COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Marie C. Bafus of Fenwick & West LLP hereby submits this Notice of Appearance as counsel for defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice.

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Marie C. Bafus:   mbafus@fenwick.com

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Dated:   July 8, 2020

FENWICK & WEST LLP

By: /s/   *Marie C. Bafus*
         Marie C. Bafus

Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice