| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com)<br>3175 Hanover Street |
| 3 | Palo Alto, California 94304-1130<br>Telephone:    +1 650 843 5000 |
| 4 | Facsimile:     +1 650 849 7400 |

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF APPEARANCE**<br>**PATRICK E. GIBBS** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

NOTICE OF APPEARANCE
PATRICK E. GIBBS
CASE NO. 18-CV-04865-EMC

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Patrick E. Gibbs of Cooley LLP will appear as counsel of record on behalf of Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice in the above-captioned matter.  Effective immediately, please add counsel as attorney to be noticed on all matters at the following address:

> Patrick E. Gibbs (SBN 183174) (pgibbs@cooley.com)
> Cooley LLP
> 3175 Hanover Street
> Palo Alto, CA  94304-1130
> Telephone:     (650) 843-5000
> Facsimile:     (650) 849-7400

Dated: August 10, 2020                                       COOLEY LLP

                                                             By: *Patrick E. Gibbs*
                                                                  Patrick E. Gibbs

                                                             Attorneys for Defendants
                                                             TESLA, INC., ELON MUSK, BRAD W. BUSS, ROBYN DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, JAMES MURDOCH, KIMBAL MUSK, and LINDA JOHNSON RICE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

NOTICE OF APPEARANCE
PATRICK E. GIBBS
CASE NO. 18-CV-04865-EMC