COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF APPEARANCE STEPHEN C. NEAL** |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

NOTICE OF APPEARANCE
STEPHEN C. NEAL
CASE NO. 18-CV-04865-EMC

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Stephen C. Neal of Cooley LLP will appear as counsel of record on behalf of Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice in the above-captioned matter.  Effective immediately, please add counsel as attorney to be noticed on all matters at the following address:

> Stephen C. Neal (SBN 170085) (nealsc@cooley.com)
> Cooley LLP
> 3175 Hanover Street
> Palo Alto, CA  94304-1130
> Telephone:     (650) 843-5000
> Facsimile:      (650) 849-7400

Dated: August 10, 2020                                          COOLEY LLP

                                                                              By: *Stephen C. Neal*
                                                                                 Stephen C. Neal

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS, ROBYN DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, JAMES MURDOCH, KIMBAL MUSK, and LINDA JOHNSON RICE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

NOTICE OF APPEARANCE
STEPHEN C. NEAL
CASE NO. 18-CV-04865-EMC