COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice ("Defendants") have retained Cooley LLP to substitute as counsel for Fenwick & West LLP in the above-captioned matter.

Withdrawing counsel for Defendants are:

Dean S. Kristy
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Phone: (415) 875-2324
Fax: (415) 281-1350
Email: dkristy@fenwick.com

Alison Clare Jordan
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

NOTICE OF WITHDRAWAL & SUBSTITUTION
OF COUNSEL FOR DEFENDANTS
3:18-CV-04865-EMC

1  Phone: (650) 335-7246
   Fax: (650) 938-5200
2  Email: ajordan@fenwick.com

3  Jennifer Corinne Bretan
4  Fenwick & West LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Phone: (415) 875-2300
6  Fax: (415) 281-1350
7  Email: jbretan@fenwick.com

8  Kevin Peter Muck
   Fenwick & West LLP
9  555 California Street, 12th Floor
   San Francisco, CA 94104
10 Phone: (415) 875-2387
   Fax: (415) 281-1350
11 Email: kmuck@fenwick.com

12
   Mara Rachelle Ludmer
13 Fenwick and West LLP
   555 California Street, 12th Floor
14 San Francisco, CA 94104
   Phone: (415) 875-2000
15 Fax: (415) 281-1350
16 Email: mludmer@fenwick.com

17 Marie Caroline Bafus
18 Fenwick and West LLP
   555 California Street, 12th Floor
19 San Francisco, CA 94104
   Phone: (415) 875-2300
20 Fax: (415) 281-1350
   Email: mbafus@fenwick.com
21
22     All pleadings, orders and notices should henceforth be served upon the following

   substituted counsel for Defendants:
23
   Patrick Edward Gibbs
24 Cooley LLP
   3175 Hanover Street
25 Palo Alto, CA 94304
   Phone: (650) 843-5000
26 Fax: (650) 849-7400
   Email: pgibbs@cooley.com
27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

NOTICE OF WITHDRAWAL & SUBSTITUTION
OF COUNSEL FOR DEFENDANTS
3:18-CV-04865-EMC

Stephen Cassidy Neal
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Phone: (650) 843-5000
Fax: (650) 849-7400
Email: sneal@cooley.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: August 18, 2020                    TESLA, INC.


                                          By: /s/ Lynn Miller
                                              LYNN MILLER, Deputy General Counsel


Dated: August 18, 2020                    By: /s/ Elon Musk
                                              ELON MUSK


Dated: August 18, 2020                    By: /s/ Brad W. Buss
                                              BRAD W. BUSS


Dated: August 18, 2020                    By: /s/ Robyn Denholm
                                              ROBYN DENHOLM


Dated: August 18, 2020                    By: /s/ Ira Ehrenpreis
                                              IRA EHRENPREIS


Dated: August 18, 2020                    By: /s/ Antonio J. Gracias
                                              ANTONIO J. GRACIAS


Dated: August 18, 2020                    By: /s/ James Murdoch
                                              JAMES MURDOCH


Dated: August 18, 2020                    By: /s/ Kimbal Musk
                                              KIMBAL MUSK


Dated: August 18, 2020                    By: /s/ Linda Johnson Rice
                                              LINDA JOHNSON RICE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

NOTICE OF WITHDRAWAL & SUBSTITUTION
OF COUNSEL FOR DEFENDANTS
3:18-CV-04865-EMC

1    Dated: August 18, 2020                    FENWICK & WEST LLP

2

3                                              By: /s/ Dean S. Kristy
                                                   DEAN S. KRISTY
4

5    Dated: August 18, 2020                    COOLEY LLP

6

7                                              By: /s/ Patrick E. Gibbs
                                                   PATRICK E. GIBBS
8

9                                * * * * *

10          I hereby attest that I obtained concurrence in the filing of this document from each of the

11   other signatories on this e-filed document.

12   Dated: August 18, 2020                    COOLEY LLP

13

14                                             By: /s/ Patrick E. Gibbs
                                                   PATRICK E. GIBBS
15

16                               * * * * *

17          The above withdrawal and substitution of counsel is approved and so ORDERED.

18   Dated: August ___, 2020

19                                             _____
                                                   JUDGE EDWARD M. CHEN
20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

NOTICE OF WITHDRAWAL & SUBSTITUTION
OF COUNSEL FOR DEFENDANTS
3:18-CV-04865-EMC