```
COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice ("Defendants") have retained Cooley LLP to substitute as counsel for Fenwick & West LLP in the above-captioned matter.

Withdrawing counsel for Defendants are:

Dean S. Kristy
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Phone: (415) 875-2324
Fax: (415) 281-1350
Email: dkristy@fenwick.com

Alison Clare Jordan
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

NOTICE OF WITHDRAWAL & SUBSTITUTION
OF COUNSEL FOR DEFENDANTS
3:18-CV-04865-EMC

1   Phone: (650) 335-7246
    Fax: (650) 938-5200
2   Email: ajordan@fenwick.com

3
    Jennifer Corinne Bretan
4   Fenwick & West LLP
    555 California Street, 12th Floor
5   San Francisco, CA 94104
    Phone: (415) 875-2300
6   Fax: (415) 281-1350
    Email: jbretan@fenwick.com
7

8   Kevin Peter Muck
    Fenwick & West LLP
9   555 California Street, 12th Floor
    San Francisco, CA 94104
10  Phone: (415) 875-2387
    Fax: (415) 281-1350
11  Email: kmuck@fenwick.com

12
    Mara Rachelle Ludmer
13  Fenwick and West LLP
    555 California Street, 12th Floor
14  San Francisco, CA 94104
    Phone: (415) 875-2000
15  Fax: (415) 281-1350
    Email: mludmer@fenwick.com
16

17  Marie Caroline Bafus
    Fenwick and West LLP
18  555 California Street, 12th Floor
    San Francisco, CA 94104
19  Phone: (415) 875-2300
    Fax: (415) 281-1350
20  Email: mbafus@fenwick.com

21
        All pleadings, orders and notices should henceforth be served upon the following
22
    substituted counsel for Defendants:
23
        Patrick Edward Gibbs
24      Cooley LLP
        3175 Hanover Street
25      Palo Alto, CA 94304
        Phone: (650) 843-5000
26      Fax: (650) 849-7400
        Email: pgibbs@cooley.com
27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

NOTICE OF WITHDRAWAL & SUBSTITUTION
OF COUNSEL FOR DEFENDANTS
3:18-CV-04865-EMC

Stephen Cassidy Neal
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Phone: (650) 843-5000
Fax: (650) 849-7400
Email: sneal@cooley.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: August 18, 2020          TESLA, INC.

                                By: */s/ Lynn Miller*
                                    LYNN MILLER, Deputy General Counsel

Dated: August 18, 2020          By: */s/ Elon Musk*
                                    ELON MUSK

Dated: August 18, 2020          By: */s/ Brad W. Buss*
                                    BRAD W. BUSS

Dated: August 18, 2020          By: */s/ Robyn Denholm*
                                    ROBYN DENHOLM

Dated: August 18, 2020          By: */s/ Ira Ehrenpreis*
                                    IRA EHRENPREIS

Dated: August 18, 2020          By: */s/ Antonio J. Gracias*
                                    ANTONIO J. GRACIAS

Dated: August 18, 2020          By: */s/ James Murdoch*
                                    JAMES MURDOCH

Dated: August 18, 2020          By: */s/ Kimbal Musk*
                                    KIMBAL MUSK

Dated: August 18, 2020          By: */s/ Linda Johnson Rice*
                                    LINDA JOHNSON RICE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

NOTICE OF WITHDRAWAL & SUBSTITUTION
OF COUNSEL FOR DEFENDANTS
3:18-CV-04865-EMC

| | | |
|---|---|---|
| 1 | Dated: August 18, 2020 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ Dean S. Kristy |
| 4 | | DEAN S. KRISTY |
| 5 | Dated: August 18, 2020 | COOLEY LLP |
| 7 | | By: /s/ Patrick E. Gibbs |
| 8 | | PATRICK E. GIBBS |

* * * * *

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

| | | |
|---|---|---|
| Dated: August 18, 2020 | | COOLEY LLP |
| | | By: /s/ Patrick E. Gibbs |
| | | PATRICK E. GIBBS |

* * * * *

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: August 21, 2020

_____
JUDGE EDWARD M. CHEN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

NOTICE OF WITHDRAWAL & SUBSTITUTION
OF COUNSEL FOR DEFENDANTS
3:18-CV-04865-EMC