COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
JOSHUA WALDEN (327794) (jwalden@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:   +1 650 843 5000
Facsimile:   +1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS, ROBYN
DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS,
JAMES MURDOCH, KIMBAL MUSK, and LINDA
JOHNSON RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF APPEARANCE OF SAMANTHA A. KIRBY** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

NOTICE OF APPEARANCE OF
SAMANTHA A. KIRBY
CASE NO. 18-CV-04865-EMC

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Samantha A Kirby of Cooley LLP will appear as counsel of record on behalf of Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice in the above-captioned matter.  Effective immediately, please add counsel as attorney to be noticed on all matters at the following address:

> SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
> Cooley LLP
> 3175 Hanover Street
> Palo Alto, CA  94304-1130
> Telephone:   (650) 843-5000
> Facsimile:     (650) 849-7400

Dated: August 28, 2020                                              COOLEY LLP

By: /s/ *Samantha A. Kirby*
Samantha A. Kirby

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS, ROBYN DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, JAMES MURDOCH, KIMBAL MUSK, and LINDA JOHNSON RICE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

NOTICE OF APPEARANCE OF
SAMANTHA A. KIRBY
CASE NO. 18-CV-04865-EMC