| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | STEPHEN C. NEAL (170085) (nealsc@cooley.com)<br>PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
| 3 | SAMANTHA A. KIRBY (307917) (skirby@cooley.com)<br>JOSHUA WALDEN (327794) (jwalden@cooley.com) |
| 4 | 3175 Hanover Street<br>Palo Alto, California 94304-1130 |
| 5 | Telephone:   +1 650 843 5000<br>Facsimile:    +1 650 849 7400 |
| 6 | Attorneys for Defendants |
| 7 | TESLA, INC., ELON MUSK, BRAD W. BUSS, ROBYN<br>DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, |
| 8 | JAMES MURDOCH, KIMBAL MUSK, and LINDA<br>JOHNSON RICE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF APPEARANCE OF JOSHUA WALDEN** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

NOTICE OF APPEARANCE OF
JOSHUA WALDEN
CASE NO. 18-CV-04865-EMC

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Joshua Walden of Cooley LLP will appear as counsel of record on behalf of Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice in the above-captioned matter. Effective immediately, please add counsel as attorney to be noticed on all matters at the following address:

> JOSHUA WALDEN (327794) (jwalden@cooley.com)
> Cooley LLP
> 3175 Hanover Street
> Palo Alto, CA  94304-1130
> Telephone:    (650) 843-5000
> Facsimile:    (650) 849-7400

Dated: August 28, 2020                             COOLEY LLP

                                                   By:  /s/ *Joshua Walden*
                                                        Joshua Walden

                                                   Attorneys for Defendants
                                                   TESLA, INC., ELON MUSK, BRAD W. BUSS, ROBYN DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, JAMES MURDOCH, KIMBAL MUSK, and LINDA JOHNSON RICE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

NOTICE OF APPEARANCE OF
JOSHUA WALDEN
CASE NO. 18-CV-04865-EMC