# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE TESLA, INC. SECURITIES LITIGATION

Case No: <u>3:18-cv-04865-EMC</u>

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, <u>Sarah Lightdale</u>, an active member in good standing of the bar of <u>the State of New York</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>Defendants Tesla, Inc., Elon Musk, et al. (see below)</u> in the above-entitled action. My local co-counsel in this case is <u>Patrick E. Gibbs</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 479-6000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 843-5000 |
| MY EMAIL ADDRESS OF RECORD:<br>slightdale@cooley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>pgibbs@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>4395661</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct***.

Dated: August 28, 2020

*/s/ Sarah Lightdale*
APPLICANT
Defendants TESLA, INC., ELON MUSK, BRAD W. BUSS, ROBYN DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, JAMES MURDOCH, KIMBAL MUSK, and LINDA JOHNSON RICE

---

*PRO HAC VICE* APPLICATION & ORDER

*October 2012*



**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of  Sarah Lightdale  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 28, 2020

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*

