1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE TESLA, INC. SECURITIES
LITIGATION

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 3:18-cv-04865-EMC

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brian M. French , an active member in good standing of the bar of
the State of New York , hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: Defendants Tesla, Inc., Elon Musk, et al. (see below)
in the above-entitled action. My local co-counsel in this case is Patrick E. Gibbs , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001 | Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |
| My telephone # of record:<br>(212) 479-6000 | Local co-counsel's telephone # of record:<br>(650) 843-5000 |
| My email address of record:<br>bfrench@cooley.com | Local co-counsel's email address of record:<br>pgibbs@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 5262498.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct***.

Dated: August 28, 2020

*/s/ Brian M. French*
APPLICANT
Defendants TESLA, INC., ELON MUSK, BRAD
W. BUSS, ROBYN DENHOLM, IRA
EHRENPREIS, ANTONIO J. GRACIAS,
JAMES MURDOCH, KIMBAL MUSK, and
LINDA JOHNSON RICE



**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _Brian M. French_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8 / 2 8 / 2 0 2 0

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_PRO HAC VICE_ APPLICATION & ORDER


American LegalNet, Inc.
www.FormsWorkFlow.com