Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Catherine Galan | 7. **Your Phone Number:** | (650) 843-5089 |
| 2. **Your Email Address: *** | galancr@cooley.com | 8. **Full Case Number (if applicable):** | 3:18-cv-04865-EMC |
| 3. **Receipt Number:*** | 0971-14874729 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☑ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 08/28/2020 | | |
| 5. **Transaction Time:*** | 12:18 pm | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 310.00 | | |

10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

I filed three PHV papers, but was charged for four fees:
MOTION for leave to appear in PHV for Sarah Lightdale (Filing fee $310, receipt number 0971-14874683)
MOTION for leave to appear in PHV for Brian M. French (Filing fee $310, receipt number 0971-14874736)
MOTION for leave to appear in PHV for Bingxin Wu (Filing fee $310, receipt number 0971-14874810)
Please Refund to original payment for Receipt No. 0971-14874729.

✓   *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | **APPROVED**<br>*By Ana Banares at 6:16 pm, Sep 02, 2020* |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

## Plastic Card - Refund Detail

| | |
|---|---|
| Application Name: | CAND CM ECF |
| Pay.gov Tracking ID: | 26PL0SGM |
| Agency Tracking ID: | 0971-14782192 |
| Payment Method: | Plastic Card |
| Transaction Type: | Refund |
| Current Date and Time: | 09/04/2020 10:55 AM ET |
| Transaction Amount: | $400.00 |
| Account Holder Name: | Stephen Ellingson |
| Card Type: | Visa |
| Account Holder Name: | ************4671 |