**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** September 3, 2020    **Time:** 10:30-10:38=    **Judge:** EDWARD M. CHEN
                                8 Minutes

**Case No.**: 18-cv-04865-EMC    **Case Name:**  In re Tesla Inc. Securities Litigation

**Attorneys for Plaintiff:** Nicholas Porritt, Adam McCall, Adam Apton
**Attorneys for Defendant:** Sarah Lightdale, Patrick Gibbs, Samantha Kirby

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Katherine Sullivan

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Status Conference held.

**SUMMARY**

Parties negotiating ESI stipulation and down to the last final strokes.

Discovery: Plaintiff reported no issues have arisen; one week delay due to change of defense counsel but nothing that has jeopardized the case management schedule.  Document exchange between the parties has begun.  Plaintiff has received a reasonable production from Securities and Exchange Commission.

Parties are on schedule for Class Certification.  Parties are discussing the narrowing of issues.  Request to extend page limit likely; Court cautioned against excessive briefing.

ADR: Court inquired as to status.  Opposition to class certification motion due 11/23/2020.  By then, parties should have a better idea of case analysis in order for ADR to be meaningful.  Court encouraged parties to begin discussions for selection of mediator and mediation platform; sooner rather than later.

Further Status Conference set 12/3/2020 at 10:30 a.m.  Joint Status Report due 11/25/2020.