# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case Number: 3:18-cv-04865-EMC |
| | **STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

IT IS HEREBY STIPULATED AND AGREED by and between parties hereto, through their undersigned counsel, and subject to this Court's approval that:

WHEREAS, pursuant to the Court's Case Management and Pretrial Order for Jury Trial dated May 31, 2020 (ECF No. 261), Plaintiff must file his motion for class certification by September 22, 2020;

WHEREAS, the parties have met and conferred and agree that certain of the issues pertaining to Plaintiff's forthcoming motion for class certification can be agreed to, which will narrow the briefing on the motion and save the parties and the Court time and resources;

WHEREAS, in spite of narrowing the issues, the motion for class certification will involve complicated legal issues that necessitate briefing in excess of the page limits set forth in Civil L.R. 7-4(b);

NOW, THEREFORE, having met and conferred, the parties have agreed to, and respectively submit for approval by the Court, the following:

1. The parties stipulate to and agree that Plaintiff's proposed class meets the

requirements of numerosity and commonality under Federal Rules of Civil Procedure 23(a)(1) and 23(a)(2);

2. The page limitations applicable to the briefing shall be extended, allowing Plaintiff to file an opening brief not to exceed 35 pages and a reply brief not to exceed 20 pages, and Defendants to file an opposition brief not to exceed 40 pages.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: September 18, 2020               COOLEY LLP

                                        By:   s/ Patrick E. Gibbs
                                              Patrick E. Gibbs

                                        STEPHEN C. NEAL (170085)
                                        PATRICK E. GIBBS (183174)

                                        *Attorneys for Defendants Tesla, Inc., Elon Musk,*
                                        *Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
                                        *Antonio J. Gracias, James Murdoch, Kimbal*
                                        *Musk, and Linda Johnson Rice*

Dated: September 18, 2020               LEVI & KORSINSKY, LLP

                                        By:   s/ Adam M. Apton
                                              Adam M. Apton

                                        Adam M. Apton (SBN 316506)
                                        Adam C. McCall (SBN 302130)
                                        388 Market Street, Suite 1300
                                        San Francisco, CA 94111
                                        Telephone: (415) 373-1671
                                        Facsimile: (212) 363-7171
                                        Email: aapton@zlk.com
                                        Email: amccall@zlk.com

                                        Nicholas I. Porritt (admitted pro hac vice)
                                        Alexander A. Krot III (admitted pro hac vice)
                                        1101 30th Street NW, Suite 115
                                        Washington, D.C. 20007
                                        Telephone: (202) 524-4290

2

Facsimile: (212) 363-7171
Email: nporritt@zlk.com
Email: akrot@zlk.com

Joseph Levi (admitted pro hac vice)
Eduard Korsinsky (admitted pro hac vice)
55 Broadway, 10th Floor
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: jlevi@zlk.com
Email: ek@zlk.com

*Attorneys for Lead Plaintiff Glen Littleton and
Lead Counsel for the Class*

Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Stipulation and Proposed Order.

Dated: September 18, 2020             LEVI & KORSINSKY, LLP

                                      By: s/ Adam M. Apton
                                          Adam M. Apton


Pursuant to the Stipulation, **IT IS ORDERED**.


Dated: _____          _____

                                      HON. EDWARD M. CHEN

                                UNITED STATES DISTRICT JUDGE