**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
          amccall@zlk.com

*Attorneys for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: February 18, 2021<br>Time: 1:30 p.m.<br>Location: Courtroom 5, 17th Floor<br>Judge: Hon. Edward Chen |

The Court, having considered the arguments submitted by the parties, and determined that the requirements of Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(g) have been met, hereby grants Lead Plaintiff Glen Littleton's ("Lead Plaintiff") Motion for Class Certification.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1.     This action is certified as a class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3) on behalf of a Class consisting of all individuals and entities who purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018 (the "Class Period"), and were damaged thereby (the "Class"). Excluded from the Class are: Defendants; the officers and directors of Tesla, Inc., at all relevant times;

members of their immediate families and their legal representatives, heirs, successors or assigns; and any entity in which Defendants have or had a controlling interest.

2. Lead Plaintiff Glen Littleton is appointed as the Class Representative.

3. Pursuant to Federal Rule of Civil Procedure 23(g), Levi & Korsinsky, LLP is appointed Class Counsel to the Class.

DATED this _____ day of _____ 2021.

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE