# EXHIBIT "A"

# EXHIBIT A

| Security | Quantity |
|---|---|
| TSLA 400.0190621C | 250 |
| TSLA 400.0200117C | 250 |
| TSLA 450.0190621C | 250 |
| TSLA 450.0200117C | 500 |
| TSLA 500.0200117C | 250 |
| TSLA 550.0200117C | (320) |
| TSLA 600.0200117C | (475) |
| TSLA 650.0200117C | (250) |
| TSLA 250.0200117P | (50) |
| TSLA 300.0190621P | 250 |
| TSLA 300.0200117P | (50) |
| TSLA 400.0200117P | 200 |
| TSLA 600.0200117P | (100) |