# EXHIBIT "B"

# EXHIBIT B

| Trade Date | Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC) or Buy to Close (BC) | Security | Quantity | Price ($) |
|---|---|---|---|---|
| 8/7/2018 | SC | TSLA 300.0190621P | (25) | 39.75000000 |
| 8/7/2018 | SC | TSLA 300.0190621P | (25) | 39.75000000 |
| 8/7/2018 | SC | TSLA 300.0190621P | (25) | 39.75000000 |
| 8/7/2018 | SC | TSLA 300.0190621P | (25) | 38.40000000 |
| 8/7/2018 | SC | TSLA 300.0190621P | (25) | 38.40000000 |
| 8/7/2018 | SC | TSLA 300.0190621P | (25) | 38.40000000 |
| 8/7/2018 | SC | TSLA 300.0190621P | (25) | 38.40000000 |
| 8/7/2018 | SC | TSLA 300.0190621P | (25) | 38.40000000 |
| 8/7/2018 | SC | TSLA 300.0190621P | (25) | 38.63000000 |
| 8/7/2018 | SC | TSLA 300.0190621P | (25) | 38.90000000 |
| 8/7/2018 | SO | TSLA 500.0190621C | (25) | 20.13000000 |
| 8/7/2018 | SO | TSLA 500.0190621C | (25) | 19.60000000 |
| 8/7/2018 | SO | TSLA 500.0190621C | (25) | 19.43000000 |
| 8/7/2018 | SO | TSLA 500.0190621C | (25) | 19.55000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (19) | 12.90000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (1) | 12.80000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (14) | 11.65000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (5) | 11.25000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (6) | 11.25000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (5) | 11.20000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (18) | 11.06277778 |
| 8/7/2018 | SO | TSLA 550.0190621C | (4) | 11.05000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (1) | 10.95000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (2) | 10.95000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (10) | 11.10000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (2) | 11.05000000 |
| 8/7/2018 | SO | TSLA 550.0190621C | (13) | 11.00000000 |
| 8/8/2018 | SC | TSLA 400.0200117P | (25) | 75.00000000 |
| 8/8/2018 | SC | TSLA 500.0200117C | (50) | 17.25000000 |
| 8/8/2018 | SC | TSLA 400.0200117P | (12) | 75.00000000 |
| 8/8/2018 | SC | TSLA 400.0200117P | (25) | 73.15000000 |
| 8/8/2018 | SC | TSLA 400.0200117P | (25) | 72.41560000 |
| 8/8/2018 | BC | TSLA 600.0200117P | 25 | 232.93560000 |
| 8/8/2018 | SC | TSLA 400.0200117P | (13) | 72.50000000 |
| 8/8/2018 | SC | TSLA 400.0200117P | (15) | 73.70000000 |
| 8/8/2018 | SC | TSLA 400.0200117P | (10) | 72.45000000 |
| 8/8/2018 | BO | TSLA 400.0190621C | 50 | 35.64140000 |
| 8/8/2018 | SC | TSLA 450.0190621C | (50) | 16.96440000 |
| 8/8/2018 | SC | TSLA 500.0200117C | (50) | 16.25000000 |

| Date | Action | Symbol | Qty | Price |
|---|---|---|---|---|
| 8/8/2018 | BO | TSLA 400.0190621C | 2 | 36.46500000 |
| 8/8/2018 | SC | TSLA 450.0190621C | (2) | 16.64500000 |
| 8/8/2018 | SC | TSLA 400.0200117P | (25) | 73.62000000 |
| 8/8/2018 | BC | TSLA 600.0200117P | 25 | 233.07320000 |
| 8/8/2018 | SC | TSLA 400.0200117P | (25) | 72.94600000 |
| 8/8/2018 | BC | TSLA 600.0200117P | 25 | 233.61600000 |
| 8/8/2018 | BO | TSLA 400.0190621C | 46 | 36.59934783 |
| 8/8/2018 | SC | TSLA 450.0190621C | (46) | 16.95369565 |
| 8/8/2018 | SC | TSLA 400.0200117P | (25) | 71.55080000 |
| 8/8/2018 | BC | TSLA 600.0200117P | 25 | 231.89640000 |
| 8/8/2018 | BO | TSLA 400.0190621C | 50 | 36.75840000 |
| 8/8/2018 | SC | TSLA 450.0190621C | (50) | 17.00360000 |
| 8/8/2018 | BO | TSLA 400.0190621C | 2 | 35.50000000 |
| 8/8/2018 | SC | TSLA 450.0190621C | (2) | 17.05000000 |
| 8/8/2018 | BO | TSLA 400.0190621C | 50 | 36.98340000 |
| 8/8/2018 | SC | TSLA 450.0190621C | (50) | 17.39000000 |
| 8/8/2018 | BO | TSLA 400.0190621C | 50 | 37.16380000 |
| 8/8/2018 | SC | TSLA 450.0190621C | (50) | 17.23380000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 50 | 46.98000000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (50) | 26.42000000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 2 | 48.26500000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (2) | 27.70500000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 48 | 48.20625000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (48) | 27.48875000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 50 | 48.24800000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (50) | 27.54800000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 15 | 48.83133333 |
| 8/8/2018 | SC | TSLA 450.0200117C | (15) | 28.13133333 |
| 8/8/2018 | BO | TSLA 400.0200117C | 50 | 48.41960000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (50) | 27.66960000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 41 | 49.87048780 |
| 8/8/2018 | SC | TSLA 450.0200117C | (41) | 29.02048780 |
| 8/8/2018 | BO | TSLA 400.0200117C | 9 | 50.78777778 |
| 8/8/2018 | SC | TSLA 450.0200117C | (9) | 29.77777778 |
| 8/8/2018 | SC | TSLA 500.0200117C | (50) | 17.25000000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 1 | 50.75000000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (1) | 29.65000000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 10 | 50.00000000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (10) | 28.86000000 |
| 8/8/2018 | SC | TSLA 500.0200117C | (50) | 17.25000000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 24 | 50.02625000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (24) | 28.78625000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 10 | 50.83200000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (10) | 29.73200000 |

| Date | Action | Symbol | Qty | Price |
|---|---|---|---|---|
| 8/8/2018 | BO | TSLA 400.0200117C | 50 | 50.50580000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (50) | 29.23580000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 50 | 50.12520000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (50) | 28.72520000 |
| 8/8/2018 | SC | TSLA 500.0200117C | (50) | 17.50000000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 50 | 51.01780000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (50) | 29.61780000 |
| 8/8/2018 | BO | TSLA 400.0200117C | 37 | 50.91216216 |
| 8/8/2018 | SC | TSLA 450.0200117C | (37) | 29.62567568 |
| 8/8/2018 | BO | TSLA 400.0200117C | 3 | 50.57000000 |
| 8/8/2018 | SC | TSLA 450.0200117C | (3) | 29.07000000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (25) | 49.77400000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 25 | 7.28400000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (10) | 49.74400000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 10 | 7.25400000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (1) | 49.93000000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 1 | 7.58000000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (2) | 49.82500000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 2 | 7.57500000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (24) | 49.80958333 |
| 8/8/2018 | BC | TSLA 600.0200117C | 24 | 7.81958333 |
| 8/8/2018 | SC | TSLA 400.0200117C | (25) | 49.70360000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 25 | 8.02360000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (11) | 50.32545455 |
| 8/8/2018 | BC | TSLA 600.0200117C | 11 | 8.42545455 |
| 8/8/2018 | SC | TSLA 400.0200117C | (16) | 49.28187500 |
| 8/8/2018 | BC | TSLA 600.0200117C | 16 | 7.60187500 |
| 8/8/2018 | SC | TSLA 400.0200117C | (9) | 50.03333333 |
| 8/8/2018 | BC | TSLA 600.0200117C | 9 | 8.48333333 |
| 8/8/2018 | SC | TSLA 400.0200117C | (1) | 50.15000000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 1 | 8.50000000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (1) | 49.23000000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 1 | 7.47000000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (10) | 49.18400000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 10 | 7.58400000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (8) | 49.84875000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 8 | 8.25000000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (7) | 48.88857143 |
| 8/8/2018 | BC | TSLA 600.0200117C | 7 | 7.33857143 |
| 8/8/2018 | SC | TSLA 400.0200117C | (25) | 49.74960000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 25 | 7.90000000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (25) | 49.67680000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 25 | 7.83000000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (25) | 49.58000000 |

| Date | Type | Symbol | Qty | Price |
|---|---|---|---|---|
| 8/8/2018 | BC | TSLA 600.0200117C | 25 | 7.73400000 |
| 8/8/2018 | SC | TSLA 400.0200117C | (25) | 49.54280000 |
| 8/8/2018 | BC | TSLA 600.0200117C | 25 | 7.70000000 |
| 8/8/2018 | SO | TSLA 500.0190621C | (25) | 9.08000000 |
| 8/8/2018 | SO | TSLA 500.0190621C | (25) | 9.10000000 |
| 8/9/2018 | SC | TSLA 400.0200117C | (25) | 45.88000000 |
| 8/9/2018 | SC | TSLA 400.0200117C | (25) | 46.55000000 |
| 8/9/2018 | SC | TSLA 400.0200117C | (25) | 46.50000000 |
| 8/9/2018 | BC | TSLA 650.0200117C | 9 | 7.05222222 |
| 8/9/2018 | SC | TSLA 400.0200117C | (9) | 46.43222222 |
| 8/9/2018 | SC | TSLA 400.0200117C | (10) | 46.45000000 |
| 8/9/2018 | SC | TSLA 400.0200117C | (15) | 46.30000000 |
| 8/9/2018 | SO | TSLA 500.0190621C | (25) | 9.35000000 |
| 8/9/2018 | SO | TSLA 500.0190621C | (25) | 9.15000000 |
| 8/9/2018 | BC | TSLA 650.0200117C | 13 | 7.15000000 |
| 8/9/2018 | SC | TSLA 400.0200117C | (13) | 46.40000000 |
| 8/9/2018 | BC | TSLA 650.0200117C | 3 | 7.26000000 |
| 8/9/2018 | SC | TSLA 400.0200117C | (3) | 46.30000000 |
| 8/9/2018 | SO | TSLA 550.0200117C | (25) | 12.50000000 |
| 8/9/2018 | SO | TSLA 550.0200117C | (5) | 12.50000000 |
| 8/9/2018 | SO | TSLA 550.0200117C | (25) | 12.25000000 |
| 8/9/2018 | SO | TSLA 550.0200117C | (25) | 12.25000000 |
| 8/9/2018 | SO | TSLA 600.0200117C | (10) | 9.15000000 |
| 8/9/2018 | SO | TSLA 600.0200117C | (15) | 9.05000000 |
| 8/9/2018 | SO | TSLA 250.0200117P | (25) | 35.05000000 |
| 8/9/2018 | SO | TSLA 600.0200117C | (25) | 9.50000000 |
| 8/9/2018 | B | TSLA | 100 | 350.43000000 |
| 8/10/2018 | BO | TSLA 400.0200117C | 25 | 47.58040000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 35.11040000 |
| 8/10/2018 | BO | TSLA 400.0200117C | 25 | 47.31960000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 34.83880000 |
| 8/10/2018 | BO | TSLA 400.0200117C | 25 | 47.16480000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 34.62800000 |
| 8/10/2018 | BO | TSLA 400.0200117C | 25 | 47.09120000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 34.53200000 |
| 8/10/2018 | BC | TSLA 500.0190621C | 19 | 9.41105263 |
| 8/10/2018 | SC | TSLA 400.0190621C | (19) | 34.62526316 |
| 8/10/2018 | BC | TSLA 500.0190621C | 25 | 9.48800000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 34.61320000 |
| 8/10/2018 | BC | TSLA 500.0190621C | 25 | 9.49280000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 34.61720000 |
| 8/10/2018 | BC | TSLA 500.0190621C | 5 | 9.48000000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (5) | 34.58000000 |
| 8/10/2018 | BO | TSLA 400.0200117C | 25 | 46.92640000 |

| Date | Action | Security | Qty | Price |
|---|---|---|---|---|
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 34.39280000 |
| 8/10/2018 | BO | TSLA 400.0200117C | 25 | 46.53760000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 34.02040000 |
| 8/10/2018 | BO | TSLA 400.0200117C | 25 | 46.55000000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 34.00600000 |
| 8/10/2018 | BC | TSLA 550.0190621C | 25 | 4.80000000 |
| 8/10/2018 | BC | TSLA 500.0190621C | 25 | 9.81040000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 33.99240000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 33.28000000 |
| 8/10/2018 | SO | TSLA 350.0200117P | (25) | 72.25000000 |
| 8/10/2018 | BC | TSLA 500.0190621C | 26 | 10.17769231 |
| 8/10/2018 | SC | TSLA 400.0190621C | (26) | 35.36038462 |
| 8/10/2018 | BC | TSLA 500.0190621C | 25 | 10.18720000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 35.31640000 |
| 8/10/2018 | BC | TSLA 500.0190621C | 25 | 10.20920000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 35.34440000 |
| 8/10/2018 | BC | TSLA 500.0190621C | 25 | 10.19920000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 35.35360000 |
| 8/10/2018 | BC | TSLA 550.0190621C | 25 | 5.25520000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 34.75920000 |
| 8/10/2018 | BO | TSLA 400.0200117C | 25 | 46.09440000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 33.85640000 |
| 8/10/2018 | BC | TSLA 550.0190621C | 25 | 5.57640000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 34.62640000 |
| 8/10/2018 | BC | TSLA 550.0190621C | 25 | 5.58480000 |
| 8/10/2018 | SC | TSLA 400.0190621C | (25) | 34.58480000 |
| 8/10/2018 | SO | TSLA 500.0200117C | (25) | 18.25000000 |
| 8/10/2018 | SO | TSLA 500.0200117C | (25) | 18.25000000 |
| 8/10/2018 | SO | TSLA 350.0200117P | (5) | 68.00000000 |
| 8/10/2018 | SO | TSLA 350.0200117P | (5) | 66.25000000 |
| 8/13/2018 | SO | TSLA 350.0200117P | (5) | 66.50000000 |
| 8/13/2018 | SO | TSLA 350.0200117P | (5) | 63.50000000 |
| 8/13/2018 | SO | TSLA 550.0200117C | (10) | 9.58000000 |
| 8/13/2018 | SO | TSLA 350.0200117P | (5) | 64.90000000 |
| 8/13/2018 | SO | TSLA 550.0200117C | (10) | 9.95000000 |
| 8/13/2018 | SO | TSLA 550.0200117C | (5) | 9.40000000 |
| 8/14/2018 | SO | TSLA 500.0200117C | (10) | 12.75000000 |
| 8/14/2018 | SO | TSLA 500.0200117C | (10) | 12.75000000 |
| 8/14/2018 | SO | TSLA 500.0200117C | (5) | 12.75000000 |
| 8/15/2018 | BC | TSLA 650.0200117C | 25 | 4.05000000 |
| 8/15/2018 | SO | TSLA 250.0200117P | (25) | 32.75000000 |
| 8/15/2018 | BC | TSLA 650.0200117C | 25 | 4.25000000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (50) | 34.41340000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 25 | 58.43800000 |

| Date | Action | Symbol | Qty | Price |
|---|---|---|---|---|
| 8/15/2018 | SC | TSLA 400.0200117C | (4) | 35.29250000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 2 | 58.24500000 |
| 8/15/2018 | BC | TSLA 650.0200117C | 15 | 4.25000000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (22) | 35.66363636 |
| 8/15/2018 | BO | TSLA 350.0200117C | 11 | 57.97545455 |
| 8/15/2018 | SC | TSLA 400.0200117C | (24) | 34.57000000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 12 | 56.34250000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (18) | 34.04444444 |
| 8/15/2018 | BO | TSLA 350.0200117C | 9 | 56.78222222 |
| 8/15/2018 | SC | TSLA 400.0200117C | (10) | 33.32600000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 5 | 56.09600000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (8) | 32.69500000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 4 | 55.01000000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (8) | 33.10250000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 4 | 55.87250000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (4) | 33.05000000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 2 | 56.05000000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (2) | 33.25000000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 1 | 54.81000000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (38) | 32.62815789 |
| 8/15/2018 | BO | TSLA 350.0200117C | 19 | 55.14315789 |
| 8/15/2018 | BC | TSLA 650.0200117C | 10 | 4.30000000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (12) | 32.56333333 |
| 8/15/2018 | BO | TSLA 350.0200117C | 6 | 54.97333333 |
| 8/15/2018 | SC | TSLA 400.0200117C | (22) | 33.19863636 |
| 8/15/2018 | BO | TSLA 350.0200117C | 11 | 54.94909091 |
| 8/15/2018 | SC | TSLA 400.0200117C | (28) | 32.88500000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 14 | 55.24285714 |
| 8/15/2018 | SC | TSLA 400.0200117C | (50) | 31.81900000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 25 | 52.46040000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (2) | 31.52000000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 1 | 52.48000000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (50) | 31.87500000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 25 | 52.03000000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (24) | 32.10208333 |
| 8/15/2018 | BO | TSLA 350.0200117C | 24 | 52.68500000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (24) | 32.09875000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 24 | 52.69541667 |
| 8/15/2018 | BC | TSLA 650.0200117C | 25 | 4.15000000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 1 | 52.70000000 |
| 8/15/2018 | BO | TSLA 350.0200117C | 25 | 56.30360000 |
| 8/15/2018 | SC | TSLA 400.0200117C | (25) | 34.08280000 |
| 8/16/2018 | SC | TSLA 400.0200117C | (25) | 33.95440000 |
| 8/16/2018 | BC | TSLA 650.0200117C | 25 | 4.13160000 |

| Date | Action | Security | Qty | Price |
|---|---|---|---|---|
| 8/17/2018 | BC | TSLA 350.0200117P | 25 | 79.30200000 |
| 8/17/2018 | SO | TSLA 300.0200117P | (25) | 55.74480000 |
| 8/17/2018 | BC | TSLA 350.0200117P | 2 | 79.29500000 |
| 8/17/2018 | SO | TSLA 300.0200117P | (2) | 55.83500000 |
| 8/17/2018 | BC | TSLA 350.0200117P | 23 | 79.27695652 |
| 8/17/2018 | SO | TSLA 300.0200117P | (23) | 55.73521739 |
| 8/17/2018 | SC | TSLA 400.0200117C | (25) | 30.90480000 |
| 8/17/2018 | BC | TSLA 650.0200117C | 25 | 4.36480000 |
| 8/17/2018 | SC | TSLA 400.0200117C | (25) | 30.92000000 |
| 8/17/2018 | BC | TSLA 650.0200117C | 25 | 4.38000000 |
| 8/17/2018 | SC | TSLA 400.0200117C | (2) | 30.99500000 |
| 8/17/2018 | BC | TSLA 650.0200117C | 2 | 3.47500000 |
| 8/17/2018 | SC | TSLA 400.0200117C | (17) | 31.08588235 |
| 8/17/2018 | BC | TSLA 650.0200117C | 17 | 3.69588235 |
| 8/17/2018 | SC | TSLA 400.0200117C | (25) | 30.87600000 |
| 8/17/2018 | BC | TSLA 650.0200117C | 25 | 3.82600000 |
| 8/17/2018 | SC | TSLA 400.0200117C | (19) | 30.99947368 |
| 8/17/2018 | BC | TSLA 600.0200117C | 19 | 5.04157895 |
| 8/17/2018 | SC | TSLA 400.0200117C | (6) | 30.92333333 |
| 8/17/2018 | BC | TSLA 600.0200117C | 6 | 4.93333333 |
| 8/17/2018 | SC | TSLA 400.0200117C | (1) | 30.90000000 |
| 8/17/2018 | BC | TSLA 650.0200117C | 1 | 3.85000000 |
| 8/17/2018 | SC | TSLA 400.0200117C | (5) | 30.35400000 |
| 8/17/2018 | BC | TSLA 650.0200117C | 5 | 3.31000000 |
| 8/17/2018 | BO | TSLA 200.0200117P | 25 | 31.05000000 |
| 8/17/2018 | BO | TSLA 200.0200117P | 25 | 30.78000000 |
| 8/17/2018 | BO | TSLA 200.0200117P | 25 | 30.66440000 |
| 8/17/2018 | SO | TSLA 300.0200117P | (25) | 65.44960000 |
| 8/17/2018 | BO | TSLA 200.0200117P | 25 | 30.83000000 |
| 8/17/2018 | BO | TSLA 200.0200117P | 5 | 30.95000000 |
| 8/17/2018 | BO | TSLA 200.0200117P | 20 | 31.10000000 |
| 8/17/2018 | BO | TSLA 200.0200117P | 25 | 30.70040000 |
| 8/17/2018 | SO | TSLA 300.0200117P | (25) | 65.79480000 |