COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

LEVI & KORSINSKY, LLP
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171

Attorneys for Lead Plaintiff
GLEN LITTLETON and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.  3:18-cv-04865-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:       December 4, 2020<br>Time:      10:30 a.m.<br>Judge:     Hon. Edward M. Chen |

Lead Plaintiff Glen Littleton ("Lead Plaintiff") and Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice ("Defendants") (collectively, Lead Plaintiff and Defendants are referred to as the "Parties") submit this Joint Case Management Statement under the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-10(d).

The last status conference in this matter occurred on September 3, 2020, during which the Court ordered a further status conference to occur on December 3, 2020. (ECF No. 286). On September 22, 2020, Lead Plaintiff filed his Motion for Class Certification (ECF No. 289) pursuant to the May 31, 2020 Case Management and Pretrial Order for Jury Trial (ECF No. 261). On November 19, 2020, Defendants deposed Plaintiff's expert Michael L. Hartzmark, Ph.D. On November 22, 2020, the Court continued the status conference from December 3, 2020 to December 4, 2020. (ECF No. 295). On November 23, 2020, the Parties filed a Stipulation and [Proposed] Order for Class Certification. (ECF No. 296). The stipulation is currently pending.

**1 - 3.   JURISDICTION AND SERVICE, FACTS, LEGAL ISSUES.**

There have been no updates to these categories since the Parties' last joint case management statement, filed August 27, 2020. (ECF No. 272.)

**4.   MOTIONS.**

Lead Plaintiff filed his Motion for Class Certification on September 22, 2020. (ECF No. 289). On November 23, 2020, the Parties filed a Stipulation and [Proposed] Order for Class Certification. (ECF No. 296). The stipulation is currently pending.

Dispositive Motions are due by October 15, 2021.

**5.   AMENDMENT OF PLEADINGS.**

The last day to amend the pleading was July 31, 2020.

**6.   EVIDENCE PRESERVATION.**

The Parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"), and confirm that the parties have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action.

On October 13, 2020, the Parties filed a Stipulation for Discovery of Electronically Stored Information. (ECF No. 293.) On the same day, the Court granted the stipulation. (ECF. No. 294.)

**7.   DISCLOSURES.**

There have been no updates to this category since the Parties' last joint case management statement, filed August 27, 2020. (ECF No. 272.)

**8. DISCOVERY.**

To date, Lead Plaintiff has made six productions to Defendants, which consist of documents responsive to Defendant's First Request for Production of Documents.

To date, Defendants have made three productions to Lead Plaintiff. Defendants have confirmed that they contain all the documents that Defendants produced to the U.S. Securities and Exchange Commission ("SEC") in connection with the SEC's investigation of the Tesla taking-private matter.

Discovery is ongoing with a non-expert discovery cut-off of June 15, 2021. Remaining discovery includes document discovery, depositions, and third-party discovery.

The Parties continue to conduct discovery in good faith and have identified no discovery disputes to date. The Parties agree to meet and confer in good faith if any dispute arises.

**9. CLASS ACTIONS.**

On November 19, 2020, Counsel for Defendants deposed Michael L. Hartzmark, the expert retained by Lead Plaintiff's counsel in connection with the Motion to Certify Class.

On November 23, 2020, the Parties filed a Stipulation and [Proposed] Order for Class Certification. (ECF No. 295.) The stipulation is currently pending.

All attorneys of record for the parties have reviewed the Procedural Guidance for Class Action Settlements.

**10 - 11. RELATED CASES, RELIEF.**

There have been no updates to these categories since the Parties' last joint case management statement, filed August 27, 2020. (ECF No. 272.)

**12. SETTLEMENT AND ADR.**

The Parties have met and conferred regarding ADR and are in the process of discussing potential mediators and ADR venues with their respective clients.

**13 - 20. CONSENT TO MAGISTRATE JUDGE FOR ALL PROCEEDINGS, OTHER REFERENCES, NARROWING OF ISSUES, EXPEDITED TRIAL PROCEDURE, SCHEDULING, TRIAL, DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS, PROFESSIONAL CONDUCT.**

There have been no updates to these categories since the Parties' last joint case management

1  statement, filed August 27, 2020.  (ECF No. 272.)

2  Dated:  November 25, 2020                COOLEY LLP

3                                           By:  */s/ Patrick E. Gibbs*
4                                                 Patrick E. Gibbs

5                                           Stephen C. Neal (170085)
                                            Patrick E. Gibbs (183174)
6                                           Samantha A. Kirby (307917)
                                            3175 Hanover Street
7                                           Palo Alto, CA 94304-1130
                                            Telephone: (650) 843-5000
8                                           Facsimile: (650) 849-7400
                                            Email: nealsc@cooley.com
9                                                  pgibbs@cooley.com
10                                                 skirby@cooley.com

11                                          Sarah M. Lightdale (*pro hac vice*)
                                            Brian M. French (*pro hac vice*)
12                                          Bingxin Wu (*pro hac vice*)
                                            55 Hudson Yards
13                                          New York, NY 10001-2157
                                            Telephone: (212) 479-6000
14                                          Facsimile: (212) 479-6275
                                            Email: slightdale@cooley.com
15                                                 bfrench@cooley.com
                                                   bwu@cooley.com
16

17                                          *Attorneys for Defendants Tesla, Inc., Elon Musk,*
18                                          *Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
                                            *Antonio J. Gracias, James Murdoch, Kimbal*
19                                          *Musk, and Linda Johnson Rice*

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: November 25, 2020 | LEVI & KORSINSKY, LLP |
| 2 | | By: */s/ Adam M. Apton* |
| 3 | | Adam M. Apton |

Adam M. Apton (316506)
Adam C. McCall (302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171
Email: aapton@zlk.com
Email: amccall@zlk.com

Nicholas I. Porritt (admitted pro hac vice)
Alexander A. Krot III (admitted pro hac vice)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (212) 363-7171
Email: nporritt@zlk.com
Email: akrot@zlk.com

Joseph Levi (admitted pro hac vice)
Eduard Korsinsky (admitted pro hac vice)
55 Broadway, 10th Floor
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: jlevi@zlk.com
Email: ek@zlk.com

Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Joint Case Management Statement.

Dated: November 25, 2020                    COOLEY LLP

By: */s/ Patrick E. Gibbs*
PATRICK E. GIBBS