**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** December 3, 2020     **Time:** 2:57-3:03= 6 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 18-cv-04865-EMC     **Case Name:**  In re Tesla Inc. Securities Litigation v.

**Attorneys for Plaintiff:** Nicholas Porritt, Adam Apton, Gabrielle Diamse
**Attorneys for Defendant:** Brian French, Sarah Lightdale, Samantha Kirby

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Debra Pas

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Status Conference - held.

**SUMMARY**

Parties stated appearances.

ADR and Discovery: Draft class notice is due in 60 days. Discovery proceeding as scheduled. Court inquired as to the possibility of settlement discussions prior to class notification.  Parties will return for further status conference on 1/14/2021 and are to be prepared to update the Court re timing of mediation relative to sequencing of class notice as stated on the record.

**Further Status Conference set January 14, 2021 at 10:30 AM. Joint Status Report due January 7, 2021.**