ANDREW J. ENTWISTLE *(Pro Hac Vice)*
aentwistle@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

*Counsel for Plaintiffs FNY Investment Advisers, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC, SECURITIES LITIGATION | Civil Case No. 3:18-cv-04865-EMC <br><br> [~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF COUNSEL |

**[~~PROPOSED~~] ORDER**

Upon consideration of Plaintiffs' Notice of Withdrawal of Counsel, it is HEREBY ORDERED that ANDREW J. ENTWISTLE, of the law firm ENTWISTLE & CAPPUCCI LLP, is hereby withdrawn as counsel of record in this matter on behalf of Plaintiffs FNY Investment Advisers, LLC.

The Clerk of the Court is directed to remove Andrew J. Entwistle from the record and from the Court's ECF System for this case.

Dated: December 15, 2020        By: _____
                                Honorable Edward M. Chen
                                United States District Judge