COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:	+1 650 843 5000
Facsimile:	+1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

LEVI & KORSINSKY, LLP
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171

Attorneys for Lead Plaintiff
GLEN LITTLETON and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:	January 14, 2021<br>Time:	10:30 a.m.<br>Judge:	Hon. Edward M. Chen |

Lead Plaintiff Glen Littleton ("Lead Plaintiff") and Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice ("Defendants") (collectively, Lead Plaintiff and Defendants are referred to as the "Parties") submit this Joint Case Management Statement under the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-10(d).

The last status conference in this matter occurred on December 3, 2020, during which the Court ordered a further status conference to occur on January 14, 2021.  (ECF No. 300.)

**1 - 7.  JURISDICTION AND SERVICE, FACTS, LEGAL ISSUES, MOTIONS, AMENDMENT OF PLEADINGS, EVIDENCE PRESERVATION, DISCLOSURES.**

There have been no updates to these categories since the Parties' last joint case management statement, filed November 25, 2020.  (ECF No. 297.)

**8.     DISCOVERY.**

Discovery is ongoing with a non-expert discovery cut-off of June 15, 2021.  Remaining discovery includes document discovery, depositions, and third-party discovery. Lead Plaintiff anticipates filing a Motion for Issuance of a Request for Judicial Assistance (Letters Rogatory) shortly.

The Parties continue to conduct discovery in good faith and have identified no discovery disputes to date.  The Parties agree to meet and confer in good faith if any dispute arises.

**9 - 11.  CLASS ACTIONS, RELATED CASES, RELIEF.**

There have been no updates to these categories since the Parties' last joint case management statement, filed November 25, 2020.  (ECF No. 297.)  Lead Plaintiff has provided a draft Class Notice to Defendants and the parties anticipate submitting it and a proposed Notice Plan for consideration by the Court by the January 22, 2021 deadline established by the Court.

**12.    SETTLEMENT AND ADR.**

The Parties expect to schedule a mediation in February or March, 2021.  Eric Green of Resolutions, LLC will conduct the mediation.

**13 - 20. CONSENT TO MAGISTRATE JUDGE FOR ALL PROCEEDINGS, OTHER REFERENCES, NARROWING OF ISSUES, EXPEDITED TRIAL PROCEDURE, SCHEDULING, TRIAL, DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS, PROFESSIONAL CONDUCT.**

There have been no updates to these categories since the Parties' last joint case management statement, filed November 25, 2020.  (ECF No. 297.)

Dated: January 7, 2021

COOLEY LLP

By: */s/ Patrick E. Gibbs*
    Patrick E. Gibbs

Stephen C. Neal (170085)
Patrick E. Gibbs (183174)
Samantha A. Kirby (307917)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: nealsc@cooley.com
      pgibbs@cooley.com
      skirby@cooley.com

Sarah M. Lightdale (*pro hac vice*)
Brian M. French (*pro hac vice*)
Bingxin Wu (*pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: slightdale@cooley.com
      bfrench@cooley.com
      bwu@cooley.com

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice*

| | |
|---|---|
| Dated: January 7, 2021 | LEVI & KORSINSKY, LLP |
| | By:  */s/ Adam M. Apton* |
| | Adam M. Apton |

Adam M. Apton (316506)
Adam C. McCall (302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171
Email: aapton@zlk.com
Email: amccall@zlk.com

Nicholas I. Porritt (admitted pro hac vice)
Alexander A. Krot III (admitted pro hac vice)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (212) 363-7171
Email: nporritt@zlk.com
Email: akrot@zlk.com

Joseph Levi (admitted pro hac vice)
Eduard Korsinsky (admitted pro hac vice)
55 Broadway, 10th Floor
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: jlevi@zlk.com
Email: ek@zlk.com

Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Joint Case Management Statement.

| | |
|---|---|
| Dated: January 7, 2021 | COOLEY LLP |
| | By: */s/ Patrick E. Gibbs* |
| | PATRICK E. GIBBS |