**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Email: aapton@zlk.com
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel.: 415-373-1671
Fax: 415-484-1294

*Attorneys for Class Representative*
*Glen Littleton and Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE OF A REQUEST FOR JUDICIAL ASSISTANCE (LETTERS ROGATORY)**<br><br>Date:        February 18, 2021<br>Time:        1:30 p.m.<br>Location:   Courtroom 5, 17th Floor<br>Judge:       Hon. Edward M. Chen<br><br>Date Action Filed: August 10, 2018 |

I, Adam M. Apton, declare as follows:

1. I am attorney at law licensed to practice in State of California, and a partner with the firm Levi & Korsinsky, LLP. I represent Plaintiff Glen Littleton in the above-captioned action. This declaration is submitted in connection with Plaintiff's Motion for Issuance of a Request for Judicial Assistance (Letters Rogatory). I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto.

1

DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE OF A REQUEST FOR JUDICIAL ASSISTANCE (LETTERS ROGATORY)
Case No. 18-cv-04865-EMC

2. Attached hereto are true and correct copies of the following documents received from the U.S. Securities and Exchange Commission in response to a subpoena for documents:

| Exhibit | Document |
|---------|----------|
| Exhibit A | SEC-EPROD-000016694 |
| Exhibit B | SEC-EPROD-000009477 |

3. The Kingdom of Saudi Arabia's sovereign wealth fund named the "Public Investment Fund" is incorporated and headquartered in Saudi Arabia. It does not maintain any offices within the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of January 2021.

                                                 _s/ Adam M. Apton_____
                                                 Adam M. Apton

2

DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE OF A REQUEST FOR JUDICIAL ASSISTANCE (LETTERS ROGATORY)
Case No. 18-cv-04865-EMC