UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALMAN ISAACS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELON MUSK, et al.,<br><br>  Defendants. | Case No. 18-cv-04865-EMC<br><br>**ORDER OF REFERENCE**<br><br>Re: Dkt. Nos. 303, 304 |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred FOR ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his or her calendar. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: January 15, 2021

_____
EDWARD M. CHEN
United States District Judge