**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** January 14, 2021      **Time:** 10:31-10:37 =      **Judge:** EDWARD M. CHEN
                                        6 Minutes

**Case No.**: 18-cv-04865-EMC      **Case Name:**  In re Tesla Inc. Securities Litigation

**Attorneys for Plaintiff:** Nicholas Porritt, Adam McCall
**Attorneys for Defendant:** Patrick Gibbs, Brian French

**Deputy Clerk:** Angella Meuleman            **Court Reporter:** Debra Pas

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Status Conference - held.

**SUMMARY**

Parties stated appearances.

ADR and Discovery: Non-expert discovery cutoff is 6/15/2021.  Discovery proceeding as planned. Mediator identified and scheduled for 3/9/2021.  Publishing of Class Notice is stayed until after 3/9/2021.

Plaintiff intends to file an unopposed motion for letters of rogatory.  Subject to cooperation, parties believe this can be accomplished by discovery cut-off.

**Further Status Conference set April 15, 2021 at 10:30 AM. Joint Status Report due April 8, 2021.**