UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |

**NOTICE OF WITHDRAWAL AS COUNSEL**

PLEASE TAKE NOTICE that the undersigned attorneys move this Court to withdraw Ashley C. Keller and U. Seth Ottensoser as attorneys of record in the above-captioned matter. Based on the selection of lead plaintiff, Kalman Isaacs is no longer pursuing the case as the plaintiff, and Glen Littleton (who the Court selected as the lead plaintiff) is represented by separate counsel. Accordingly, the firm of Keller Lenker LLC is seeking to withdraw from this matter. Service should continue to be made upon the remaining attorneys.

All attorneys seeking withdrawal have concurred in the filing of this document.

Dated: January 19, 2021                                    Respectfully submitted,

/s/ *U. Seth Ottensoser*                                    /s/ *Ashley C. Keller*
U. Seth Ottensoser (*pro hac vice*)                        Ashley C. Keller (*pro hac vice*)
so@kellerlenkner.com                                       ack@kellerlenkner.com
KELLER LENKNER LLC                                         KELLER LENKNER LLC
477 Madison Ave., Suite 621                                150 N. Riverside Plaza, Suite 4270
New York, NY 10022                                         Chicago, IL 60606
(516) 782-3817                                             (312) 741-5220
                                                           *Attorneys for Kalman Isaacs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel who have registered for the receipt of the documents filed in this matter.

/s/ *Ashley C. Keller*