**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S MOTION FOR ISSUANCE OF A REQUEST FOR JUDICIAL ASSISTANCE (LETTERS ROGATORY)**<br><br>~~Date:        February 18, 2021~~<br>~~Time:        1:30 p.m.~~<br>~~Location:  Courtroom 5, 17th Floor~~<br>~~Judge:       Hon. Edward M. Chen~~<br><br>Date Action Filed: August 10, 2018 |

Plaintiff Glen Littleton has brought an Administrative Motion to File Under Seal Plaintiff's Motion for Issuance of a Request for Judicial Assistance (Letters Rogatory).

The Court has considered Plaintiff's motion and concludes that Plaintiff has shown good cause for sealing the materials at issue. The Court therefore GRANTS Plaintiff's motion and ORDERS that the materials below be sealed:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Exhibit A: SEC-EPROD-000016694 | Entirety | Non-Party United States Securities & Exchange Commission |
| Exhibit B: SEC-EPROD-000009477 | Entirety | Non-Party United States Securities & Exchange Commission |

**IT IS SO ORDERED.**

Dated: _____January 21_____, 2021



_____
~~Honorable Edward M. Chen~~
~~United States District Judge~~

IT IS SO ORDERED
Kandis Westmore
Judge Kandis Westmore