LEVI & KORSINSKY, LLP
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171

Attorneys for Lead Plaintiff
GLEN LITTLETON and the Class

COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ISSUANCE OF LETTERS ROGATORY** |

WHEREAS, by Order dated November 27, 2018, the Court appointed Glen Littleton ("Littleton" or "Plaintiff") as lead plaintiff in this action (Dkt. No. 152).

WHEREAS, on January 16, 2019, Littleton filed a Consolidated Class Action Complaint against Elon Musk, Tesla, Inc., Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (Dkt. No. 184).

WHEREAS, Defendants filed a Motion to Dismiss the Consolidated Class Action Complaint on November 22, 2019 (Dkt. No. 227).

WHEREAS, the Court Denied Defendants' Motion to Dismiss on April 15, 2020 (Dkt. No. 251).

WHEREAS, on November 25, 2020, the Court entered an Order granting the parties' stipulation for Class Certification (Dkt. No. 298).

WHEREAS, the factual allegations of the Consolidated Class Action Complaint include allegations regarding a meeting between certain Defendants and representatives of Saudi Arabia's sovereign wealth fund, the Public Investment Fund.

WHEREAS, Plaintiff now seeks testimony from H.E. Yasir Al-Rumayyan, Saad Al Jarboa, and Naif Al Mogren of the Public Investment Fund.

WHEREAS, Plaintiff believes that it cannot serve a third-party subpoena on the Public Investment Fund because it has no U.S. offices of subsidiaries.

WHEREAS, Plaintiff requested that Defendants consent to Plaintiff's motion for the issuance of letters rogatory, and Defendants consented;

WHEREAS, on January 21, 2020, the Court ordered that, if Defendants consent to the issuance of letters rogatory, the parties shall submit a stipulation to the issuance of letters rogatory;

WHEREAS, Plaintiff respectfully requests, and Defendants do not oppose, that this Court issue pursuant to 28 U.S.C. § 1781 and Federal Rules of Civil Procedure 26(b)(1) and 28(b) the accompanying letters rogatory to obtain testimony from H.E. Yasir Al-Rumayyan, Saad Al Jarboa, and Nai Al Mogren of the Kindgom of the Public Investment Fund.

WHEREAS, Plaintiff believes that its requests for evidence are narrowly tailored and will not impose an undue burden on the Public Investment fund or H.E. Yasir Al-Rumayyan, Saad Al Jarboa, or Nai Al Mogren.

WHEREAS, this Court has authority to issue the letters rogatory.

WHEREAS, Plaintiff and Defendants agree to the terms and conditions set forth in this stipulation.

1    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by counsel for

2    the parties listed below, subject to the approval of the Court, that:

3        1.    The accompanying letters rogatory to obtain testimony from H.E. Yasir Al-

4    Rumayyan, Saad Al Jarboa, and Nai Al Mogren of the Kindgom of the Public Investment Fund

5    should be issued by the Court pursuant to 28 U.S.C. § 1781 and Federal Rules of Civil Procedure

6    26(b)(1) and 28(b).

Dated: January 28, 2021                     LEVI & KORSINSKY, LLP

                                            By:   */s/ Adam M. Apton*
                                                  Adam M. Apton

                                            Adam M. Apton (316506)
                                            Adam C. Mccall (302130)
                                            388 Market Street, Suite 1300
                                            San Francisco, CA 94111
                                            Telephone: (415) 373-1671
                                            Facsimile: (212) 363-7171
                                            Email: aapton@zlk.com
                                            Email: amccall@zlk.com

                                            Nicholas I. Porritt (*pro hac vice*)
                                            Alexander A. Krot III (*pro hac vice*)
                                            1101 30th Street NW, Suite 115
                                            Washington, D.C. 20007
                                            Telephone: (202) 524-4290
                                            Facsimile: (212) 363-7171
                                            Email: nporritt@zlk.com
                                            Email: akrot@zlk.com

                                            Joseph Levi (*pro hac vice*)
                                            Eduard Korsinsky (*pro hac vice*)
                                            55 Broadway, 10th Floor
                                            New York, New York 10006
                                            Tel: (212) 363-7500
                                            Fax: (212) 363-7171
                                            Email: jlevi@zlk.com
                                            Email: ek@zlk.com

                                            *Attorneys for Lead Plaintiff Glen Littleton and*
                                            *Lead Counsel for the Class*

STIPULATION AND [PROPOSED] ORDER FOR
ISSUANCE OF LETTERS ROGATORY
CASE NO. 18-CV-04865-EMC

1

2

Dated: January 28, 2021

COOLEY LLP

3

By: /s/ Patrick E. Gibbs

     Patrick E. Gibbs

4

5

Stephen C. Neal (170085)
Patrick E. Gibbs (183174)
Samantha A. Kirby (307917)

6

3175 Hanover Street
Palo Alto, CA 94304-1130

7

Telephone: (650) 843-5000
Facsimile: (650) 849-7400

8

Email: nealsc@cooley.com

9

      pgibbs@cooley.com

      skirby@cooley.com

10

Sarah M. Lightdale (*pro hac vice*)

11

Brian M. French (*pro hac vice*)
Bingxin Wu (*pro hac vice*)

12

55 Hudson Yards
New York, NY 10001-2157

13

Telephone: (212) 479-6000

14

Facsimile: (212) 479-6275
Email: slightdale@cooley.com

15

      bfrench@cooley.com

      bwu@cooley.com

16

17

*Attorneys for Defendants Tesla, Inc., Elon Musk,
Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*

18

*Antonio J. Gracias, James Murdoch, Kimbal
Musk, and Linda Johnson Rice*

19

20

21

Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Stipulation.

22

23

Dated: January 28, 2021

LEVI & KORSINSKY, LLP

24

By: /s/ Adam M. Apton

25

     Adam M. Apton

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR
ISSUANCE OF LETTERS ROGATORY
CASE NO. 18-CV-04865-EMC

1    **SO ORDERED.**

2

3

4    Dated: _____

5                                                    _____
                                                     HON. KANDIS A. WESTMORE
6                                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28