1

LEVI & KORSINSKY, LLP
ADAM M. APTON (SBN 316506)

2

ADAM C. MCCALL (SBN 302130)
388 Market Street, Suite 1300

3

San Francisco, CA 94111
Telephone: (415) 373-1671

4

Facsimile: (212) 363-7171

5

Attorneys for Lead Plaintiff

6

GLEN LITTLETON and the Class

7

COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)

8

PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street

9

Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000

10

Facsimile:    +1 650 849 7400

11

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,

12

ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,

13

KIMBAL MUSK, and LINDA JOHNSON RICE

14

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

SAN FRANCISCO DIVISION

18

19

IN RE TESLA, INC. SECURITIES
LITIGATION

Case No. 3:18-cv-04865-EMC

20

**STIPULATION AND ORDER FOR ISSUANCE OF LETTERS ROGATORY**

21

22

**MAGISTRATE JUDGE KANDIS A. WESTMORE**

23

WHEREAS, by Order dated November 27, 2018, the Court appointed Glen Littleton

24

("Littleton" or "Plaintiff") as lead plaintiff in this action (Dkt. No. 152).

25

WHEREAS, on January 16, 2019, Littleton filed a Consolidated Class Action Complaint

26

against Elon Musk, Tesla, Inc., Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias,

27

James Murdoch, Kimbal Musk, and Linda Johnson Rice (Dkt. No. 184).

28

1    WHEREAS, Defendants filed a Motion to Dismiss the Consolidated Class Action

2    Complaint on November 22, 2019 (Dkt. No. 227).

3    WHEREAS, the Court Denied Defendants' Motion to Dismiss on April 15, 2020 (Dkt. No.

4    251).

5    WHEREAS, on November 25, 2020, the Court entered an Order granting the parties'

6    stipulation for Class Certification (Dkt. No. 298).

7    WHEREAS, the factual allegations of the Consolidated Class Action Complaint include

8    allegations regarding a meeting between certain Defendants and representatives of Saudi Arabia's

9    sovereign wealth fund, the Public Investment Fund.

10    WHEREAS, Plaintiff now seeks testimony from H.E. Yasir Al-Rumayyan, Saad Al Jarboa,

11    and Naif Al Mogren of the Public Investment Fund.

12    WHEREAS, Plaintiff believes that it cannot serve a third-party subpoena on the Public

13    Investment Fund because it has no U.S. offices of subsidiaries.

14    WHEREAS, Plaintiff requested that Defendants consent to Plaintiff's motion for the

15    issuance of letters rogatory, and Defendants consented;

16    WHEREAS, on January 21, 2020, the Court ordered that, if Defendants consent to the

17    issuance of letters rogatory, the parties shall submit a stipulation to the issuance of letters rogatory;

18    WHEREAS, Plaintiff respectfully requests, and Defendants do not oppose, that this Court

19    issue pursuant to 28 U.S.C. § 1781 and Federal Rules of Civil Procedure 26(b)(1) and 28(b) the

20    accompanying letters rogatory to obtain testimony from H.E. Yasir Al-Rumayyan, Saad Al Jarboa,

21    and Nai Al Mogren of the Kindgom of the Public Investment Fund.

22    WHEREAS, Plaintiff believes that its requests for evidence are narrowly tailored and will

23    not impose an undue burden on the Public Investment fund or H.E. Yasir Al-Rumayyan, Saad Al

24    Jarboa, or Nai Al Mogren.

25    WHEREAS, this Court has authority to issue the letters rogatory.

26    WHEREAS, Plaintiff and Defendants agree to the terms and conditions set forth in this

27    stipulation.

28

STIPULATION AND ORDER FOR ISSUANCE OF
LETTERS ROGATORY
CASE NO. 18-CV-04865-EMC

1       **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by counsel for

2 the parties listed below, subject to the approval of the Court, that:

3       1.     The accompanying letters rogatory to obtain testimony from H.E. Yasir Al-

4 Rumayyan, Saad Al Jarboa, and Nai Al Mogren of the Kindgom of the Public Investment Fund

5 should be issued by the Court pursuant to 28 U.S.C. § 1781 and Federal Rules of Civil Procedure

6 26(b)(1) and 28(b).

7

8

9    Dated: January 28, 2021               LEVI & KORSINSKY, LLP

10                                     By:   */s/ Adam M. Apton*
                                         Adam M. Apton

11

12                                  Adam M. Apton (316506)
                                 Adam C. Mccall (302130)

13                                  388 Market Street, Suite 1300
                                 San Francisco, CA 94111

14                                  Telephone: (415) 373-1671
                                 Facsimile: (212) 363-7171

15                                  Email: aapton@zlk.com
                                 Email: amccall@zlk.com

16

17                                  Nicholas I. Porritt (*pro hac vice*)
                                 Alexander A. Krot III (*pro hac vice*)

18                                  1101 30th Street NW, Suite 115
                                 Washington, D.C. 20007

19                                  Telephone: (202) 524-4290
                                 Facsimile: (212) 363-7171

20                                  Email: nporritt@zlk.com
                                 Email: akrot@zlk.com

21

22                                  Joseph Levi (*pro hac vice*)
                                 Eduard Korsinsky (*pro hac vice*)

23                                  55 Broadway, 10th Floor
                                 New York, New York 10006

24                                  Tel: (212) 363-7500
                                 Fax: (212) 363-7171

25                                  Email: jlevi@zlk.com
                                 Email: ek@zlk.com

26

27                                  *Attorneys for Lead Plaintiff Glen Littleton and*
                                 *Lead Counsel for the Class*

28

STIPULATION AND ORDER FOR ISSUANCE OF
LETTERS ROGATORY
CASE NO. 18-CV-04865-EMC

1

Dated: January 28, 2021                    COOLEY LLP

2

3                                          By:  */s/ Patrick E. Gibbs*
                                                Patrick E. Gibbs

4
                                           Stephen C. Neal (170085)
5                                          Patrick E. Gibbs (183174)
                                           Samantha A. Kirby (307917)
6                                          3175 Hanover Street
                                           Palo Alto, CA 94304-1130
7                                          Telephone: (650) 843-5000
                                           Facsimile: (650) 849-7400
8                                          Email: nealsc@cooley.com
                                                   pgibbs@cooley.com
9                                                  skirby@cooley.com

10
                                           Sarah M. Lightdale (*pro hac vice*)
11                                         Brian M. French (*pro hac vice*)
                                           Bingxin Wu (*pro hac vice*)
12                                         55 Hudson Yards
                                           New York, NY 10001-2157
13                                         Telephone: (212) 479-6000
                                           Facsimile: (212) 479-6275
14                                         Email: slightdale@cooley.com
                                                   bfrench@cooley.com
15                                                 bwu@cooley.com

16
                                           *Attorneys for Defendants Tesla, Inc., Elon Musk,*
17                                         *Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
                                           *Antonio J. Gracias, James Murdoch, Kimbal*
18                                         *Musk, and Linda Johnson Rice*

19

20

21
       Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Stipulation.
22

23     Dated: January 28, 2021                    LEVI & KORSINSKY, LLP

24                                         By: */s/ Adam M. Apton*
                                               Adam M. Apton
25

26

27

28

STIPULATION AND  ORDER FOR ISSUANCE OF
LETTERS ROGATORY
CASE NO. 18-cv-04865-EMC

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  In light of the parties'

2  stipulation, the Court terminates Plaintiff's motion for issuance of letters rogatory (Dkt. No. 303)

3  as moot.

4

5

6  Dated: January 29, 2021

7                                                    _____
                                                     HONORABLE KANDIS A. WESTMORE
                                                     United States Magistrate Judge

IT IS SO ORDERED
*Kandis Westmore*
Judge Kandis Westmore

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND  ORDER FOR ISSUANCE OF
LETTERS ROGATORY
CASE NO. 18-cv-04865-EMC