LEVI & KORSINSKY, LLP
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171

Attorneys for Lead Plaintiff
GLEN LITTLETON and the Class

COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**AMENDED STIPULATION AND ORDER FOR ISSUANCE OF LETTERS ROGATORY** |

WHEREAS, by Order dated November 27, 2018, the Court appointed Glen Littleton ("Littleton" or "Plaintiff") as lead plaintiff in this action (Dkt. No. 152).

WHEREAS, on January 16, 2019, Littleton filed a Consolidated Class Action Complaint against Elon Musk, Tesla, Inc., Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (Dkt. No. 184).

1   WHEREAS, Defendants filed a Motion to Dismiss the Consolidated Class Action Complaint on November 22, 2019 (Dkt. No. 227).

WHEREAS, the Court Denied Defendants' Motion to Dismiss on April 15, 2020 (Dkt. No. 251).

WHEREAS, on November 25, 2020, the Court entered an Order granting the parties' stipulation for Class Certification (Dkt. No. 298).

WHEREAS, the factual allegations of the Consolidated Class Action Complaint include allegations regarding a meeting between certain Defendants and representatives of Saudi Arabia's sovereign wealth fund, the Public Investment Fund.

WHEREAS, Plaintiff now seeks testimony from H.E. Yasir Al-Rumayyan, Saad Al Jarboa, and Naif Al Mogren of the Public Investment Fund.

WHEREAS, Plaintiff believes that it cannot serve a third-party subpoena on the Public Investment Fund because it has no U.S. offices of subsidiaries.

WHEREAS, Plaintiff requested that Defendants consent to Plaintiff's motion for the issuance of letters rogatory, and Defendants consented;

WHEREAS, on January 21, 2020, the Court ordered that, if Defendants consent to the issuance of letters rogatory, the parties shall submit a stipulation to the issuance of letters rogatory;

WHEREAS, Plaintiff respectfully requests, and Defendants do not oppose, that this Court issue pursuant to 28 U.S.C. § 1781 and Federal Rules of Civil Procedure 26(b)(1) and 28(b) the accompanying letters rogatory to obtain testimony from H.E. Yasir Al-Rumayyan, Saad Al Jarboa, and Nai Al Mogren of the Kindgom of the Public Investment Fund.

WHEREAS, Plaintiff believes that its requests for evidence are narrowly tailored and will not impose an undue burden on the Public Investment fund or H.E. Yasir Al-Rumayyan, Saad Al Jarboa, or Nai Al Mogren.

WHEREAS, this Court has authority to issue the letters rogatory.

WHEREAS, Plaintiff and Defendants agree to the terms and conditions set forth in this stipulation.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by counsel for the parties listed below, subject to the approval of the Court, that:

1. The accompanying letters rogatory to obtain testimony from H.E. Yasir Al-Rumayyan, Saad Al Jarboa, and Nai Al Mogren of the Kindgom of the Public Investment Fund should be issued by the Court pursuant to 28 U.S.C. § 1781 and Federal Rules of Civil Procedure 26(b)(1) and 28(b).

Dated: February 26, 2021

LEVI & KORSINSKY, LLP

By: /s/ *Adam M. Apton*
    Adam M. Apton

Adam M. Apton (316506)
Adam C. Mccall (302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171
Email: aapton@zlk.com
Email: amccall@zlk.com

Nicholas I. Porritt (*pro hac vice*)
Alexander A. Krot III (*pro hac vice*)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (212) 363-7171
Email: nporritt@zlk.com
Email: akrot@zlk.com

Joseph Levi (*pro hac vice*)
Eduard Korsinsky (*pro hac vice*)
55 Broadway, 10th Floor
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: jlevi@zlk.com
Email: ek@zlk.com

*Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class*

| | | |
|---|---|---|
| Dated: February 26, 2021 | | COOLEY LLP |

By: */s/ Patrick E. Gibbs*
     Patrick E. Gibbs

Stephen C. Neal (170085)
Patrick E. Gibbs (183174)
Samantha A. Kirby (307917)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: nealsc@cooley.com
     pgibbs@cooley.com
     skirby@cooley.com

Sarah M. Lightdale (*pro hac vice*)
Brian M. French (*pro hac vice*)
Bingxin Wu (*pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: slightdale@cooley.com
     bfrench@cooley.com
     bwu@cooley.com

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice*

Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Stipulation.

Dated: February 26, 2021                   LEVI & KORSINSKY, LLP

By: */s/ Adam M. Apton*
     Adam M. Apton

**SO ORDERED.**

Dated: March 4, 2021

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*