COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:   +1 650 843 5000
Facsimile:   +1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

LEVI & KORSINSKY, LLP
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171

Attorneys for Lead Plaintiff
GLEN LITTLETON and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   April 15, 2021<br>Time:  10:30 a.m.<br>Judge: Hon. Edward M. Chen |

Lead Plaintiff Glen Littleton ("Lead Plaintiff") and Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice ("Defendants") (collectively, Lead Plaintiff and Defendants are referred to as the "Parties") submit this Joint Case Management Statement under the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-10(d).

The last status conference in this matter occurred on Janaury 14, 2021, during which the Court ordered a further status conference to occur on April 15, 2021. (ECF No. 306.)

**1-7.   JURISDICTION AND SERVICE, FACTS, LEGAL ISSUES, MOTIONS, AMENDMENT OF PLEADINGS, EVIDENCE PRESERVATION, DISCLOSURES.**

There have been no updates to these categories since the Parties' last joint case management statement, filed January 7, 2021. (ECF No. 302.)

**8.   DISCOVERY.**

The current non-expert discovery cut-off is June 15, 2021. The Parties have conferred regarding extending discovery deadlines given that document production is ongoing and no depositions have taken place. The Parties anticipate filing a stipulation with the Court in the coming days to request a modification to the Case Management and Pretrial Order entered by the Court on May 31, 2020 (ECF No. 261). The stipulation will propose extending the non-expert discovery cut-off to late-September 2021 along with similar extensions for other deadlines.

On February 24, 2021, Lead Plaintiff served his first set of interrogatories to Elon Musk and Tesla.  By agreement of the Parties, Mr. Musk's and Tesla's objections and responses to Lead Plaintiff's interrogatories are due on April 9, 2021.

Remaining discovery includes document discovery, depositions, and third-party discovery. The Parties continue to conduct discovery in good faith. The Parties have met and conferred regarding additional document requests from Plaintiff and depositions, including search terms for the document requests and the number of depositions to be taken by Plaintiff beyond the limit specified in FRCP 30(a)(2). The Parties have also met and conferred with the U.S. Securities and Exchange Commission ("SEC") regarding Lead Plaintiff's challenge to certain confidentiality designations in the SEC's production of documents. The Parties also stipulated to the issuance of a request for judicial assistance (Letters Rogatory) to the judicial authorities of the Kingdom of Saudi Arabia, which Magistrate Judge Westmore so-ordered. (ECF No. 314.)

At this time, Plaintiff believes judicial intervention may eventually be required with respect to certain confidentiality designations and the number of depositions to be taken by Plaintiff.

**9.      CLASS ACTIONS.**

The Parties anticipate submitting a proposed Class Notice and Notice Plan for consideration by the Court in the coming weeks.

**10-11. RELATED CASES, RELIEF.**

There have been no updates to these categories since the Parties' last joint case management statement, filed January 7, 2021. (ECF No. 302.)

**12.     SETTLEMENT AND ADR.**

On March 9, 2021, the Parties participated in a mediation conducted by Eric Green of Resolutions, LLC for approximately five hours. The Parties did not reach a settlement.

**13-20. CONSENT TO MAGISTRATE JUDGE FOR ALL PROCEEDINGS, OTHER REFERENCES, NARROWING OF ISSUES, EXPEDITED TRIAL PROCEDURE, SCHEDULING, TRIAL, DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS, PROFESSIONAL CONDUCT.**

There have been no updates to these categories since the Parties' last joint case management statement, filed January 7, 2021. (ECF No. 302.)

| | |
|---|---|
| Dated: April 8, 2021 | COOLEY LLP |
| | By: */s/ Patrick E. Gibbs* |
| |     Patrick E. Gibbs |
| | |
| | Stephen C. Neal (170085) |
| | Patrick E. Gibbs (183174) |
| | Samantha A. Kirby (307917) |
| | 3175 Hanover Street |
| | Palo Alto, CA 94304-1130 |
| | Telephone: (650) 843-5000 |
| | Facsimile: (650) 849-7400 |
| | Email: nealsc@cooley.com |
| |        pgibbs@cooley.com |
| |        skirby@cooley.com |
| | |
| | Sarah M. Lightdale (*pro hac vice*) |
| | Brian M. French (*pro hac vice*) |
| | Bingxin Wu (*pro hac vice*) |
| | 55 Hudson Yards |
| | New York, NY 10001-2157 |
| | Telephone: (212) 479-6000 |
| | Facsimile: (212) 479-6275 |
| | Email: slightdale@cooley.com |
| |        bfrench@cooley.com |
| |        bwu@cooley.com |
| | |
| | *Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice* |

| | | |
|---|---|---|
| 1 | Dated: April 8, 2021 | LEVI & KORSINSKY, LLP |
| 2 | | By: */s/ Adam M. Apton* |
| 3 | |     Adam M. Apton |

Adam M. Apton (316506)
Adam C. McCall (302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171
Email: aapton@zlk.com
Email: amccall@zlk.com

Nicholas I. Porritt (admitted pro hac vice)
Alexander A. Krot III (admitted pro hac vice)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (212) 363-7171
Email: nporritt@zlk.com
Email: akrot@zlk.com

Joseph Levi (admitted pro hac vice)
Eduard Korsinsky (admitted pro hac vice)
55 Broadway, 10th Floor
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: jlevi@zlk.com
Email: ek@zlk.com

    Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Joint Case Management Statement.

Dated: April 8, 2021                               COOLEY LLP

                                                                                 By: */s/ Patrick E. Gibbs*
                                                                                       Patrick E. Gibbs