**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
Northern District of California

**CIVIL MINUTES**

**Date:** April 15, 2021   **Time:** 10:33-10:43= 10 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 18-cv-04865-EMC   **Case Name:**  In re Tesla Inc. Securities Litigation v.

**Attorneys for Plaintiff:** Nicholas Porritt, Adam McCall
**Attorneys for Defendant:** Patrick Gibbs, Sarah Lightdale, Brian French

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Jo Ann Bryce

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Status Conference held.

**SUMMARY**

Parties stated appearances.

ADR: Parties reported nothing planned between now and fact discovery deadline.

Discovery: Parties request extension of Fact Discovery from 6/15/2021 to 9/15/2021 and Expert Discovery from 9/15/2021 to 12/15/2021 (3 months).  Parties further requested extension of disposition motion hearing date from January 2022 to March 2022.  Court directed the parties to submit their proposed stipulation.  Court reserves the right to modify disposition motions hearing deadlines and date given time needed between MSJ and PTC.  Defense counsel noted neither side anticipating sweeping MSJ.  To extent MSJ, they are likely to be narrowly focused regarding particular representations or particular defendants.  Plaintiff's counsel concurs.

Proposed class notice and plan to be submitted within the next 3 weeks.  Notice Administrator has been retained.  Anticipates 5 months to be completed.

Further Status Conference set 11/18/2021 at 10:30AM. Joint Status Report due 11/12/2021.