UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) Case No: 3:18-cv-04865-EMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Elizabeth K. Tripodi, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lead Plaintiff Glen Littleton in the above-entitled action. My local co-counsel in this case is Adam M. Apton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Levi & Korsinsky, LLP<br>1101 30th Street NW, Suite 115<br>Washington, DC 20007 | Levi & Korsinsky, LLP<br>388 Market Street, Suite 1300<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(202) 524-4290 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 373-1671 |
| MY EMAIL ADDRESS OF RECORD:<br>etripodi@zlk.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>aapton@zlk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 979154.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/21/21                                   Elizabeth K. Tripodi
                                                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Elizabeth K. Tripodi is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE