```
 1  COOLEY LLP
    STEPHEN C. NEAL (170085) (nealsc@cooley.com)
 2  PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
    3175 Hanover Street
 3  Palo Alto, California 94304-1130
    Telephone:    +1 650 843 5000
 4  Facsimile:    +1 650 849 7400
 5  Attorneys for Defendants
    TESLA, INC., ELON MUSK, BRAD W. BUSS,
 6  ROBYN DENHOLM, IRA EHRENPREIS,
    ANTONIO J. GRACIAS, JAMES MURDOCH,
 7  KIMBAL MUSK, and LINDA JOHNSON RICE
 8
    LEVI & KORSINSKY, LLP
 9  ADAM M. APTON (SBN 316506)
    ADAM C. MCCALL (SBN 302130)
10  388 Market Street, Suite 1300
    San Francisco, CA 94111
11  Telephone: (415) 373-1671
    Facsimile: (212) 363-7171
12
13  Attorneys for Lead Plaintiff
    GLEN LITTLETON and the Class
14
15  [Additional counsel listed on signature page]
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-2, Lead Plaintiff Glen Littleton ("Lead Plaintiff") and Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants") (collectively, Lead Plaintiff and Defendants are referred to as the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed order:

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATED REQUEST FOR ORDER
CHANGING TIME AND [PROPOSED] ORDER
3:18-CV-04865-EMC

1  WHEREAS, on May 22, 2020, the Parties filed a Joint Case Management Statement and Proposed Order proposing litigation deadlines for this case (Dkt. No. 256);

WHEREAS, on May 31, 2020, the Court entered a Case Management and Pretrial Order for Jury Trial setting the litigation deadlines for this case (Dkt. No. 261);

WHEREAS, because substantial discovery still remains to be completed, counsel for Defendants and counsel for Lead Plaintiff have conferred regarding extending certain litigation deadlines for this case;

WHEREAS, the Parties agreed to modify certain deadlines for this case while maintaining the previously scheduled dates for the Final Pretrial Conference and Trial;

NOW, THEREFORE, the Parties hereby jointly request that the Court enter an order establishing the following deadlines in this case:

| Event | Current Schedule | Proposed Modified Schedule |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off | June 15, 2021 | September 28, 2021 |
| Opening Expert Reports | July 14, 2021 | October 12, 2021 |
| Rebuttal Expert Reports | August 25, 2021 | November 16, 2021 |
| Expert Discovery Cut-Off | September 15, 2021 | December 3, 2021 |
| Dispositive Motions | October 15, 2021 | December 16, 2021 |
| Opposition to Dispositive Motions | November 23, 2021 | January 17, 2022 |
| Reply in Further Support of Dispositive Motions | December 23, 2021 | February 7, 2022 |
| Hearing on Dispositive Motions | January 20, 2022 | March 3, 2022 |
| Final Pretrial Conference | May 3, 2022 | May 3, 2022 |
| Trial | May 31, 2022 | May 31, 2022 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATED REQUEST FOR ORDER
CHANGING TIME AND [PROPOSED] ORDER
3:18-CV-04865-EMC

| | |
|---|---|
| Dated: May 3, 2021 | COOLEY LLP |
| | By: */s/ Patrick E. Gibbs*<br>Patrick E. Gibbs |

Stephen C. Neal (170085)
Patrick E. Gibbs (183174)
Samantha A. Kirby (307917)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: nealsc@cooley.com
pgibbs@cooley.com
skirby@cooley.com

Sarah M. Lightdale (pro hac vice)
Brian M. French (pro hac vice)
Bingxin Wu (pro hac vice)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: slightdale@cooley.com
bfrench@cooley.com
bwu@cooley.com

Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice

| | |
|---|---|
| Dated: May 3, 2021 | LEVI & KORSINSKY, LLP |
| | By: */s/ Adam M. Apton* |
| | Adam M. Apton |

Adam M. Apton (316506)
Adam C. McCall (302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171
Email: aapton@zlk.com
Email: amccall@zlk.com

Nicholas I. Porritt (admitted pro hac vice)
Alexander A. Krot III (admitted pro hac vice)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (212) 363-7171
Email: nporritt@zlk.com
Email: akrot@zlk.com

Joseph Levi (admitted pro hac vice)
Eduard Korsinsky (admitted pro hac vice)
55 Broadway, 10th Floor
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: jlevi@zlk.com
Email: ek@zlk.com

Attorneys for Lead Plaintiff
GLEN LITTLETON and the Class

## **ATTESTATION OF SIGNATURES**

Pursuant to Civil Local Rule No. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

| | |
|---|---|
| Dated: May 3, 2021 | COOLEY LLP |
| | By: */s/ Patrick E. Gibbs* |
| | Patrick E. Gibbs |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

STIPULATED REQUEST FOR ORDER
CHANGING TIME AND [PROPOSED] ORDER
3:18-CV-04865-EMC

**IT IS SO ORDERED.**

Date:_____

_____
The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE