1  COOLEY LLP
   STEPHEN C. NEAL (170085) (nealsc@cooley.com)
2  PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3  3175 Hanover Street
   Palo Alto, California 94304-1130
4  Telephone:    +1 650 843 5000
   Facsimile:    +1 650 849 7400
5  Attorneys for Defendants
6  TESLA, INC., ELON MUSK, BRAD W. BUSS,
   ROBYN DENHOLM, IRA EHRENPREIS,
7  ANTONIO J. GRACIAS, JAMES MURDOCH,
   KIMBAL MUSK, and LINDA JOHNSON RICE
8
   LEVI & KORSINSKY, LLP
9  ADAM M. APTON (SBN 316506)
   ADAM C. MCCALL (SBN 302130)
10 388 Market Street, Suite 1300
   San Francisco, CA 94111
11 Telephone: (415) 373-1671
   Facsimile: (212) 363-7171
12
13 Attorneys for Lead Plaintiff
   GLEN LITTLETON and the Class
14
15 *[Additional counsel listed on signature page]*

16              UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA

18              SAN FRANCISCO DIVISION

19

20 IN RE TESLA, INC. SECURITIES          Case No.  3:18-cv-04865-EMC
21 LITIGATION
                                          **STIPULATED REQUEST FOR ORDER
22                                         CHANGING TIME AND ORDER AS
                                           MODIFIED**
23

24
          Pursuant to Civil Local Rule 6-2, Lead Plaintiff Glen Littleton ("Lead Plaintiff") and
25
   Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J.
26
   Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants")
27
   (collectively, Lead Plaintiff and Defendants are referred to as the "Parties"), by and through their
28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATED REQUEST FOR ORDER
CHANGING TIME AND ORDER
3:18-CV-04865-EMC

undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on May 22, 2020, the Parties filed a Joint Case Management Statement and Proposed Order proposing litigation deadlines for this case (Dkt. No. 256);

WHEREAS, on May 31, 2020, the Court entered a Case Management and Pretrial Order for Jury Trial setting the litigation deadlines for this case (Dkt. No. 261);

WHEREAS, because substantial discovery still remains to be completed, counsel for Defendants and counsel for Lead Plaintiff have conferred regarding extending certain litigation deadlines for this case;

WHEREAS, the Parties agreed to modify certain deadlines for this case while maintaining the previously scheduled dates for the Final Pretrial Conference and Trial;

NOW, THEREFORE, the Parties hereby jointly request that the Court enter an order establishing the following deadlines in this case:

| **Event** | **Current Schedule** | **Proposed Modified Schedule** |
|---|---|---|
| Non-Expert Discovery Cut-Off | June 15, 2021 | September 28, 2021 |
| Opening Expert Reports | July 14, 2021 | October 12, 2021 |
| Rebuttal Expert Reports | August 25, 2021 | November 16, 2021 |
| Expert Discovery Cut-Off | September 15, 2021 | December 3, 2021 |
| Dispositive Motions | October 15, 2021 | December 9, 2021 |
| Opposition to Dispositive Motions | November 23, 2021 | January 10, 2022 |
| Reply in Further Support of Dispositive Motions | December 23, 2021 | January 31, 2022 |
| Hearing on Dispositive Motions | January 20, 2022 | February 17, 2022 |
| Final Pretrial Conference | May 3, 2022 | May 3, 2022 |
| Trial | May 31, 2022 | May 31, 2022 |

1    Dated: May 3, 2021

2                                                COOLEY LLP

3                                                By:   /s/ Patrick E. Gibbs
                                                        Patrick E. Gibbs

4
                                                 Stephen C. Neal (170085)
5                                                Patrick E. Gibbs (183174)
                                                 Samantha A. Kirby (307917)
6                                                3175 Hanover Street
                                                 Palo Alto, CA 94304-1130
7                                                Telephone: (650) 843-5000
                                                 Facsimile: (650) 849-7400
8                                                Email: nealsc@cooley.com
                                                 pgibbs@cooley.com
9                                                skirby@cooley.com

10                                               Sarah M. Lightdale (pro hac vice)
                                                 Brian M. French (pro hac vice)
11                                               Bingxin Wu (pro hac vice)
                                                 55 Hudson Yards
12                                               New York, NY 10001-2157
                                                 Telephone: (212) 479-6000
13                                               Facsimile: (212) 479-6275
                                                 Email: slightdale@cooley.com
14                                               bfrench@cooley.com
                                                 bwu@cooley.com

15                                               Attorneys for Defendants Tesla, Inc., Elon Musk,
                                                 Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
16                                               Antonio J. Gracias, James Murdoch, Kimbal
                                                 Musk, and Linda Johnson Rice
17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATED REQUEST FOR ORDER
CHANGING TIME AND ORDER
3:18-CV-04865-EMC

1  Dated: May 3, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20  **IT IS SO ORDERED.**

21

22

23

24  Date: May 5, 2021

25

26

27

28

LEVI & KORSINSKY, LLP

By:  /s/ Adam M. Apton
      Adam M. Apton

Adam M. Apton (316506)
Adam C. McCall (302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171
Email: aapton@zlk.com
Email: amccall@zlk.com

Nicholas I. Porritt (admitted pro hac vice)
Alexander A. Krot III (admitted pro hac vice)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (212) 363-7171
Email: nporritt@zlk.com
Email: akrot@zlk.com

Joseph Levi (admitted pro hac vice)
Eduard Korsinsky (admitted pro hac vice)
55 Broadway, 10th Floor
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: jlevi@zlk.com
Email: ek@zlk.com

Attorneys for Lead Plaintiff
GLEN LITTLETON and the Class

The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE

Cooley LLP
Attorneys at Law
Palo Alto

4

Stipulated Request for Order
Changing Time and Order
3:18-cv-04865-EMC