**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** May 21, 2021          **Time:** 9:00-9:08=          **Judge:** EDWARD M. CHEN
                                                8 Minutes

**Case No.:** 18-cv-04865-EMC     **Case Name:**  In re Tesla Inc. Securities Litigation v.

**Attorneys for Plaintiff:** Nicholas Porritt, Adam Apton
**Attorney for Defendant:** Patrick Gibbs

**Deputy Clerk:** Angella Meuleman                **Court Reporter:** Ana Dub

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Status Conference re: Class Notice held.

**SUMMARY**

Parties stated appearances.

Plaintiffs stated shareholder and brokerages lists were used to identify everyone who transacted in the relevant class period.  Claims Administrator stated today that 70% of the potential class are typically reached using this method.

Court inquired about causes of 30% not reached by usual notification process in securities class actions. Counsel did not have information readily at hand.  Counsel agrees to include notification by email as a complete supplement, and not limit such to those for whom there is no physical address.

Plaintiffs will encompass all edits the Court has proposed.  Court directed plaintiffs to forward the revised proposed order to the Court.