Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

Frederic S. Fox (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715
ffox@kaplanfox.com

*Attorneys for Plaintiff Carlos Maia and
Movants Tempus International Fund SPC and
Opportunity Unique Fund Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: TESLA INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

**TO:  THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that after July 9, 2021, Mario M. Choi will no longer be affiliated with the law firm of Kaplan Fox & Kilsheimer LLP and therefore hereby withdraws as counsel for Plaintiff Carlos Maia and Movants Tempus International Fund SPC and Opportunity Unique Fund Inc.  Plaintiff Carlos Maia and Movants Tempus International Fund SPC and Opportunity Unique Fund Inc. will continue to be represented by other attorneys on the record for Kaplan Fox & Kilsheimer LLP in this action.

DATED: July 9, 2021	**KAPLAN FOX & KILSHEIMER LLP**

By:	/s/ *Mario M. Choi*
	Mario M. Choi

Laurence D. King
Mario M. Choi
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707

Frederic S. Fox (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715

*Attorneys for Plaintiff Carlos Maia and Movants Tempus International Fund SPC and Opportunity Unique Fund Inc.*