Adam M. Apton
aapton@zlk.com
Levi & Korsinsky, LLP
388 Market Street, Suite 1300
San Francisco, CA 94111
(415) 373-1671

*Attorneys for Plaintiff*

Warren Metlitzky
Conrad | Metlitzky | Kane LLP
wmetlitzky@conmetkane.com
Four Embarcadero Center, Suite 1400
San Francisco, CA  94111
(415) 343-7100

Elliot Greenfield (*pro hac vice* forthcoming)
egreenfield@debevoise.com
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6772

*Attorneys for Non-Party Egon Pierre-Durban*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

IN RE TESLA, INC. SECURITIES LITIGATION

Case No. 3:18-cv-04865-EMC-KAW

**JOINT LETTER REGARDING NON-PARTY DEPOSITION SUBPOENA**

Hon. Kandis A. Westmore

Hearing Date:   TBD

Plaintiff Glen Littleton and non-party Egon Pierre-Durban hereby submit this joint letter pursuant to your Honor's standing orders (attached as Exhibit A). Plaintiff served a deposition subpoena on Mr. Durban on May 26, 2021. Mr. Durban promptly objected to the subpoena as imposing an undue burden and the parties exchanged correspondence on June 4, July 2 and July 8 and spoke by phone or videoconference on June 24, July 13 and July 23. Plaintiff served a revised subpoena on July 19, 2021 (attached as Exhibit B).  Mr. Durban seeks an order quashing the subpoena.

Counsel for the parties complied with Section 9 of the Northern District's Guidelines for Professional Conduct at all times. Counsel have been unable to resolve their dispute and respectfully request Your Honor's assistance.

Dated: July 30, 2021

Respectfully,

**Levi & Korsinsky, LLP**

/s/   Adam M. Apton
Adam M. Apton
aapton@zlk.com
388 Market Street, Suite 1300
San Francisco, CA 94111
(415) 373-1671

*Attorneys for Class Representative
and Class Counsel*


**Conrad | Metlitzky | Kane LLP**

/s/   Warren Metlitzky
Warren Metlitzky
wmetlitzky@conmetkane.com
Four Embarcadero Center, Suite 1400
San Francisco, CA  94111
(415) 343-7100

**Debevoise & Plimpton LLP**
Elliot Greenfield (*pro hac vice* forthcoming)
egreenfield@debevoise.com
919 Third Avenue
New York, NY 10022
(212) 909-6772

*Attorneys for Non-Party Egon Pierre-Durban*


    Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this document.


Dated: July 30, 2021

/s/   Adam M. Apton
Adam M. Apton