WARREN METLITZKY (CA Bar No. 220758)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:     (415) 343-7100
Fax:    (415) 343-7101
Email: wmetlitzky@conmetkane.com

ELLIOT GREENFIELD (*pro hac vice* forthcoming)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Tel:     (212) 909-6772
Fax:    (212) 521-7972
Email: egreenfield@debevoise.com

Attorneys for EGON PIERRE-DURBAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | CASE NO. 3:18-CV-04865-EMC-KAW<br><br>**NOTICE OF APPEARANCE OF WARREN METLITZKY ON BEHALF OF THIRD-PARTY EGON PIERRE-DURBAN** |
|---|---|

1  TO THE CLERK OF COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Warren Metlitzky, of the law firm Conrad | Metlitzky | Kane LLP,

3  hereby enters his appearance as counsel for third-party Egon Pierre-Durban, in the above-captioned

4  action.

6  DATED: August 2, 2021      Respectfully submitted,

7       CONRAD | METLITZKY | KANE LLP

10      */s/ Warren Metlitzky*
     WARREN METLITZKY

11      Attorneys for EGON PIERRE-DURBAN