Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE TESLA, INC. SECURITIES LITIGATION

)
) Case No: 3:18-cv-04865-EMC-KAW
)
) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
)
)

I, Elliot Greenfield, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: third-party Egon Pierre-Durban in the above-entitled action. My local co-counsel in this case is Warren Metlitzky, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 | Conrad \| Metlitzky \| Kane LLP<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 909-6772 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 343-7100 |
| MY EMAIL ADDRESS OF RECORD:<br>egreenfield@debevoise.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>wmetlitzky@conmetkane.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4396479.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/02/21

Elliot Greenfield
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elliot Greenfield is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 08/09/2021

UNITED STATES DISTRICT XXXXXXXXXXX JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*