1  GLANCY PRONGAY & MURRAY LLP
   Kevin F. Ruf (SBN 136901)
2  1925 Century Park East, Suite 2100
   Los Angeles, CA 90067
3  Telephone: (310) 201-9150
   Facsimile: (310) 201-9150
4  Email: kruf@glancylaw.com

5  *Counsel for Class Member Gregory Reyes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |
|---|---|
| | <u>Class Action</u> |
| | **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Kevin F. Ruf, an attorney with Glancy Prongay & Murray LLP, hereby enters his appearance as counsel of record for Class Member Gregory Reyes in the above-captioned matter.  It is respectfully requested that Mr. Ruf be added to the service list of this action and that copies of all pleadings and notices pertaining to the above-entitled matter be forwarded to counsel at the following address:

> GLANCY PRONGAY & MURRAY LLP
> Kevin F. Ruf (#136901)
> 1925 Century Park East, Suite 2100
> Los Angeles, California 90067
> Telephone: (310) 201-9150
> Facsimile: (310) 201-9160
> Email:  kruf@glancylaw.com

Mr. Ruf is licensed to practice law in the State of California and is a member in good standing with the California State Bar.

> Respectfully submitted,

DATED: August 11, 2021    **GLANCY PRONGAY & MURRAY LLP**

> By:  *s/ Kevin F. Ruf*
> Kevin F. Ruf
> 1925 Century Park East, Suite 2100
> Los Angeles, California 90067
> Telephone:  (310) 201-9150
> Facsimile:   (310) 201-9160
> Email: kruf@glancylaw.com
>
> *Counsel for Class Member Gregory Reyes*

---

NOTICE OF APPEARANCE

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On, August 11, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on, August 11, 2021, at Los Angeles, California.

*/s/ Kevin F. Ruf*
Kevin F. Ruf