WARREN METLITZKY (CA Bar No. 220758)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: wmetlitzky@conmetkane.com

ELLIOT GREENFIELD (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Tel:   (212) 909-6772
Fax:   (212) 521-7972
Email: egreenfield@debevoise.com

JULIE M. RIEWE (CA Bar No. 207520)
**DEBEVOISE & PLIMPTON LLP**
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel:   (202) 383-8070
Fax:   (202) 383-8118
Email: jriewe@debevoise.com

Attorneys for EGON PIERRE-DURBAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | CASE NO. 3:18-CV-04865-EMC-KAW<br><br>**NOTICE OF APPEARANCE OF JULIE M. RIEWE ON BEHALF OF THIRD-PARTY EGON PIERRE-DURBAN** |
|---|---|

1  TO THE CLERK OF COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Julie M. Riewe, of the law firm Debevoise & Plimpton LLP,

3  hereby enters her appearance as counsel for third-party Egon Pierre-Durban, in the above-captioned

4  action.

6  DATED: September 7, 2021        Respectfully submitted,

                                                     DEBEVOISE & PLIMPTON LLP

                                                   */s/ Julie M. Riewe*
                                                   JULIE M. RIEWE

                                                 Attorneys for EGON PIERRE-DURBAN