LEVI & KORSINSKY, LLP
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171

Attorneys for Lead Plaintiff
GLEN LITTLETON and the Class

COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ISSUANCE OF LETTERS ROGATORY** |

WHEREAS, by Order dated November 27, 2018, the Court appointed Glen Littleton ("Littleton" or "Plaintiff") as lead plaintiff in this action (Dkt. No. 152);

WHEREAS, on January 16, 2019, Littleton filed a Consolidated Class Action Complaint against Elon Musk, Tesla, Inc., Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (Dkt. No. 184);

WHEREAS, Defendants filed a Motion to Dismiss the Consolidated Class Action Complaint on November 22, 2019 (Dkt. No. 227);

1    WHEREAS, the Court Denied Defendants' Motion to Dismiss on April 15, 2020 (Dkt. No. 251);

2    WHEREAS, on November 25, 2020, the Court entered an Order granting the parties' stipulation for Class Certification that certified a class of "[a]ll individuals and entities who purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018 and were damaged thereby." (Dkt. No. 298);

3    WHEREAS, based on its investigation, Plaintiff's counsel believes that the following brokers located in Canada have relevant information regarding potential Class members' trades in Defendant Tesla Inc.'s securities at issue in the above-captioned litigation: BMO Nesbitt Burns Inc.; Caldwell Securities Ltd.; CIBC World Markets Inc.; CI Investment Services Inc.; Desjardins Securities Inc., Fidelity Clearing Canada ULC; National Bank Financial Inc.; Questrade, Inc.; RBC Dominion Securities Inc.; Scotia Capital, Inc.; and TD Waterhouse Canada, Inc. (collectively, the "Brokers");

4    WHEREAS, based on its investigation, Plaintiff's counsel believes that the Brokers, as Canadian entities, cannot be served third-party subpoenas in the United States;

5    WHEREAS, based on its investigation, Plaintiff's counsel believes that the Brokers are the centralized entities that have exclusive possession, custody or control of the documents and electronic data sought;

6    WHEREAS, Plaintiff now seeks documents and electronic data from the Brokers for use at trial or in preparing for trial concerning damages suffered by members of the class in this matter;

7    WHEREAS, based on its investigation, Plaintiff's counsel believes that the documents and electronic data sought are relevant to the question of economic loss as a result of the alleged fraud (*i.e.*, damages), necessary elements of the Class's claims;

8    WHEREAS, Plaintiff's counsel believes that the documents/data sought is the type of evidence that is necessary to support the claims that Class members suffered damages as a result of the alleged fraud;

1    WHEREAS, the parties agree that Defendants reserve the right to argue that the evidence sought by Plaintiff from the Brokers is not relevant to the claims and defenses in this action and to make other, appropriate evidentiary objections at the appropriate time;

WHEREAS, Plaintiff's counsel believes that the requests for evidence are narrowly tailored and will not impose an undue burden on the Brokers;

WHEREAS, Plaintiff requested that Defendants consent to Plaintiff's motion for the issuance of letters rogatory, and Defendants consented;

WHEREAS, the Court has previously ordered that if Defendants consent to the issuance of letters rogatory, the parties shall submit a stipulation to the issuance of letters rogatory (*see* Dkt. No. 308);

WHEREAS, Plaintiff respectfully requests, and Defendants do not oppose, that this Court issue pursuant to 28 U.S.C. § 1781 and Federal Rules of Civil Procedure 26(b)(1) the accompanying letters rogatory to obtain documentary evidence from the Brokers;

WHEREAS, this Court has authority to issue the letters rogatory;

WHEREAS, Plaintiff and Defendants agree to the terms and conditions set forth in this stipulation;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by counsel for the parties listed below, subject to the approval of the Court, that:

1.   The accompanying letters rogatory to obtain documentary evidence from the Brokers should be issued by the Court pursuant to 28 U.S.C. § 1781 and Federal Rules of Civil Procedure 26(b)(1) and 45.

| | | |
|---|---|---|
| 1 | Dated: September 27, 2021 | LEVI & KORSINSKY, LLP |
| 2 | | By: */s/ Adam M. Apton* |
| 3 | | Adam M. Apton |
| 4 | | Adam M. Apton (316506) |
| | | Adam C. Mccall (302130) |
| 5 | | 388 Market Street, Suite 1300 |
| 6 | | San Francisco, CA 94111 |
| | | Telephone: (415) 373-1671 |
| 7 | | Facsimile: (212) 363-7171 |
| | | Email: aapton@zlk.com |
| 8 | | Email: amccall@zlk.com |
| 9 | | Nicholas I. Porritt (*pro hac vice*) |
| 10 | | Alexander A. Krot III (*pro hac vice*) |
| | | 1101 30th Street NW, Suite 115 |
| 11 | | Washington, D.C. 20007 |
| | | Telephone: (202) 524-4290 |
| 12 | | Facsimile: (212) 363-7171 |
| | | Email: nporritt@zlk.com |
| 13 | | Email: akrot@zlk.com |
| 14 | | Joseph Levi (*pro hac vice*) |
| 15 | | Eduard Korsinsky (*pro hac vice*) |
| | | 55 Broadway, 10th Floor |
| 16 | | New York, New York 10006 |
| | | Tel: (212) 363-7500 |
| 17 | | Fax: (212) 363-7171 |
| | | Email: jlevi@zlk.com |
| 18 | | Email: ek@zlk.com |
| 19 | | |
| | | *Attorneys for Lead Plaintiff Glen Littleton and* |
| 20 | | *Lead Counsel for the Class* |

Dated: September 27, 2021

COOLEY LLP

By: */s/ Patrick E. Gibbs*
    Patrick E. Gibbs

Stephen C. Neal (170085)
Patrick E. Gibbs (183174)
Samantha A. Kirby (307917)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: nealsc@cooley.com
      pgibbs@cooley.com
      skirby@cooley.com

Sarah M. Lightdale (*pro hac vice*)
Brian M. French (*pro hac vice*)
Bingxin Wu (*pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: slightdale@cooley.com
      bfrench@cooley.com
      bwu@cooley.com

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice*

Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Stipulation.

Dated: September 27, 2021

LEVI & KORSINSKY, LLP

By: */s/ Adam M. Apton*
    Adam M. Apton

**SO ORDERED.**

Dated: _____

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge