**LEVI & KORSINSKY, LLP**
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171

*Attorneys for Lead Plaintiff*
*Glen Littleton and the Class*

**COOLEY LLP**
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:     +1 650 849 7400

*Attorneys for Defendants*
*Tesla, Inc., Elon Musk, Brad W. Buss,*
*Robyn Denholm, Ira Ehrenpreis,*
*Antonio J. Gracias, James Murdoch,*
*Kimbal Musk, and Linda Johnson Rice*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |
| | **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF SCHEDULING ORDER** |

Pursuant to Civil Local Rule 6-2, Lead Plaintiff Glen Littleton ("Lead Plaintiff") and

Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J.

Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants")

(collectively, Lead Plaintiff and Defendants are referred to as the "Parties"), by and through their

undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on May 31, 2020, the Court entered a Case Management and Pretrial Order for Jury Trial setting the litigation deadlines for this case (Dkt. No. 261);

WHEREAS, on May 3, 2021, the Parties filed a Stipulation with Proposed Order requesting a Modification to the Pretrial Order (Dkt. No. 320);

WHEREAS, on May 5, 2021, the Court entered the Stipulated Request for Order Changing Time and Order as Modified (Dkt. No. 321);

WHEREAS, despite the Parties' best efforts in scheduling depositions, due to schedules and other restraints, some of Defendants' depositions are not scheduled until late October, after the deadline for Opening Expert Reports;

WHEREAS, because the Defendants' depositions may affect the opening expert reports, counsel for Defendants and counsel for Lead Plaintiff have conferred regarding extending certain litigation deadlines for this case;

WHEREAS, the Parties agreed to modify certain deadlines for this case while maintaining the previously scheduled dates for the Final Pretrial Conference and Trial;

NOW, THEREFORE, the Parties hereby jointly request that the Court enter an order establishing the following deadlines in this case:

| EVENT | CURRENT SCHEDULE | PROPOSED MODIFIED SCHEDULE |
|---|---|---|
| Disclosure of Experts and Topics | October 12, 2021 | November 9, 2021 |
| Opening Expert Reports | October 12, 2021 | November 9, 2021 |
| Rebuttal Expert Reports | November 16, 2021 | December 14, 2021 |
| Expert Depositions | December 3, 2021 | January 11, 2022 |
| Dispositive Motions | December 16, 2021 | January 14, 2022 |
| Opposition to Dispositive Motions | January 17, 2022 | February 15, 2022 |
| Reply in Further Support of Dispositive Motions | February 7, 2022 | March 7, 2022 |
| Hearing on Dispositive Motions | March 3, 2022 | March 17, 2022 |
| Final Pretrial Conference | May 3, 2022 | May 3, 2022 |
| Trial | May 31, 2022 | May 31, 2022 |

STIPULATION AND [PROPOSED] ORDER FOR
MODIFICATION OF SCHEDULING ORDER
CASE NO. 18-CV-04865-EMC

1   Dated: October 6, 2021                    LEVI & KORSINSKY, LLP

2                                             By:  */s/ Adam M. Apton*

3                                                  Adam M. Apton

4                                             Adam M. Apton (316506)
                                              Adam C. McCall (302130)
5                                             388 Market Street, Suite 1300
                                              San Francisco, CA 94111
6                                             Telephone: (415) 373-1671
                                              Facsimile: (212) 363-7171
7                                             Email: aapton@zlk.com
                                              Email: amccall@zlk.com
8

9                                             Nicholas I. Porritt (*pro hac vice*)
                                              Alexander A. Krot III (*pro hac vice*)
10                                            1101 30th Street NW, Suite 115
                                              Washington, D.C. 20007
11                                            Telephone: (202) 524-4290
                                              Facsimile: (212) 363-7171
12                                            Email: nporritt@zlk.com
                                              Email: akrot@zlk.com
13

14                                            Joseph Levi (*pro hac vice*)
                                              Eduard Korsinsky (*pro hac vice*)
15                                            55 Broadway, 10th Floor
                                              New York, New York 10006
16                                            Tel: (212) 363-7500
                                              Fax: (212) 363-7171
17                                            Email: jlevi@zlk.com
                                              Email: ek@zlk.com
18

19                                            *Attorneys for Lead Plaintiff Glen Littleton and*
                                              *Lead Counsel for the Class*
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR
MODIFICATION OF SCHEDULING ORDER
CASE NO. 18-CV-04865-EMC

1

2
Dated: October 6, 2021                       COOLEY LLP

3                                            By:   /s/ Patrick E. Gibbs
                                                   Patrick E. Gibbs

4
                                             Stephen C. Neal (170085)
5                                            Patrick E. Gibbs (183174)
                                             Samantha A. Kirby (307917)
6                                            3175 Hanover Street
                                             Palo Alto, CA 94304-1130
7                                            Telephone: (650) 843-5000
                                             Facsimile: (650) 849-7400
8                                            Email: nealsc@cooley.com
                                                    pgibbs@cooley.com
9                                                   skirby@cooley.com

10
                                             Sarah M. Lightdale (*pro hac vice*)
11                                           Brian M. French (*pro hac vice*)
                                             Bingxin Wu (*pro hac vice*)
12                                           55 Hudson Yards
                                             New York, NY 10001-2157
13                                           Telephone: (212) 479-6000
                                             Facsimile: (212) 479-6275
14                                           Email: slightdale@cooley.com
                                                    bfrench@cooley.com
15                                                  bwu@cooley.com

16
                                             *Attorneys for Defendants Tesla, Inc., Elon Musk,*
17                                           *Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
                                             *Antonio J. Gracias, James Murdoch, Kimbal*
18                                           *Musk, and Linda Johnson Rice*

19

20

21
          Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Stipulation.

22

23   Dated: October 6, 2021                      LEVI & KORSINSKY, LLP

24                                           By: /s/ Adam M. Apton
                                                  Adam M. Apton
25

26

27

28

**SO ORDERED.**

Dated: _____

_____

HON. EDWARD M. CHEN
United States District Judge