**LEVI & KORSINSKY, LLP**
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171

*Attorneys for Lead Plaintiff*
*Glen Littleton and the Class*

**COOLEY LLP**
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

*Attorneys for Defendants*
*Tesla, Inc., Elon Musk, Brad W. Buss,*
*Robyn Denholm, Ira Ehrenpreis,*
*Antonio J. Gracias, James Murdoch,*
*Kimbal Musk, and Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**STIPULATION AND ORDER AS MODIFIED FOR MODIFICATION OF SCHEDULING ORDER** |
|---|---|

Pursuant to Civil Local Rule 6-2, Lead Plaintiff Glen Littleton ("Lead Plaintiff") and Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants") (collectively, Lead Plaintiff and Defendants are referred to as the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on May 31, 2020, the Court entered a Case Management and Pretrial Order for Jury Trial setting the litigation deadlines for this case (Dkt. No. 261);

WHEREAS, on May 3, 2021, the Parties filed a Stipulation with Proposed Order requesting a Modification to the Pretrial Order (Dkt. No. 320);

WHEREAS, on May 5, 2021, the Court entered the Stipulated Request for Order Changing Time and Order as Modified (Dkt. No. 321);

WHEREAS, despite the Parties' best efforts in scheduling depositions, due to schedules and other restraints, some of Defendants' depositions are not scheduled until late October, after the deadline for Opening Expert Reports;

WHEREAS, because the Defendants' depositions may affect the opening expert reports, counsel for Defendants and counsel for Lead Plaintiff have conferred regarding extending certain litigation deadlines for this case;

WHEREAS, the Parties agreed to modify certain deadlines for this case while maintaining the previously scheduled dates for the Final Pretrial Conference and Trial;

NOW, THEREFORE, the Parties hereby jointly request that the Court enter an order establishing the following deadlines in this case:

| EVENT | CURRENT SCHEDULE | MODIFIED SCHEDULE |
|---|---|---|
| Disclosure of Experts and Topics | October 12, 2021 | November 5, 2021 |
| Opening Expert Reports | October 12, 2021 | November 5, 2021 |
| Rebuttal Expert Reports | November 16, 2021 | December 3, 2021 |
| Expert Depositions | December 3, 2021 | January 6, 2022 |
| Dispositive Motions | December 16, 2021 | January 11, 2022 |
| Opposition to Dispositive Motions | January 17, 2022 | February 1, 2022 |
| Reply in Further Support of Dispositive Motions | February 7, 2022 | February 15, 2022 |
| Hearing on Dispositive Motions | March 3, 2022 | March 10, 2022 |
| Final Pretrial Conference | May 3, 2022 | May 3, 2022 |
| Trial | May 31, 2022 | May 31, 2022 |

Dated: October 6, 2021

LEVI & KORSINSKY, LLP

By: */s/ Adam M. Apton*
Adam M. Apton

Adam M. Apton (316506)
Adam C. McCall (302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171
Email: aapton@zlk.com
Email: amccall@zlk.com

Nicholas I. Porritt (*pro hac vice*)
Alexander A. Krot III (*pro hac vice*)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (212) 363-7171
Email: nporritt@zlk.com
Email: akrot@zlk.com

Joseph Levi (*pro hac vice*)
Eduard Korsinsky (*pro hac vice*)
55 Broadway, 10th Floor
New York, New York 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: jlevi@zlk.com
Email: ek@zlk.com

*Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class*

Dated: October 6, 2021

COOLEY LLP

By: */s/ Patrick E. Gibbs*
Patrick E. Gibbs

Stephen C. Neal (170085)
Patrick E. Gibbs (183174)
Samantha A. Kirby (307917)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: nealsc@cooley.com
pgibbs@cooley.com
skirby@cooley.com

Sarah M. Lightdale (*pro hac vice*)
Brian M. French (*pro hac vice*)
Bingxin Wu (*pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: slightdale@cooley.com
bfrench@cooley.com
bwu@cooley.com

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice*

Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Stipulation.

Dated: October 6, 2021

LEVI & KORSINSKY, LLP

By: */s/ Adam M. Apton*
Adam M. Apton

**SO ORDERED.**

Dated: October 8, 2021

HON. EDWARD M. CHEN
United States District Judge