ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
RANDI D. BANDMAN (145212)
DANIELLE S. MYERS (259916)
TRICIA L. McCORMICK (199239)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
rachelj@rgrdlaw.com
randib@rgrdlaw.com
dmyers@rgrdlaw.com
triciam@rgrdlaw.com

Counsel for Lead Plaintiff Movant Dany David

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL |

1       PLEASE TAKE NOTICE that pursuant to Civ. L.R. 11-5, lead plaintiff movant Dany
2 David's counsel, Rachel L. Jensen, Randi D. Bandman, Danielle S. Myers, and Tricia L. McCormick
3 of Robbins Geller Rudman & Dowd LLP hereby request to withdraw as counsel in this action.  On
4 November 27, 2018, this Court appointed Glen Littleton as Lead Plaintiff and approved Lead
5 Plaintiff's selection of Levi & Korsinsky, LLP as Lead Counsel  Consequently, Mr. David and his
6 counsel have no representative role in the action and the putative class will be represented by Lead
7 Plaintiff and his counsel.  Please remove Robbins Geller Rudman & Dowd LLP from the docket as
8 counsel of record, along with the above-named attorneys.  A [Proposed] Order granting the
9 withdrawal is submitted herewith.

10 DATED:  October 11, 2021

ROBBINS GELLER RUDMAN
   & DOWD LLP
RACHEL L. JENSEN (211456)
RANDI D. BANDMAN (145212)
DANIELLE S. MYERS (259916)
TRICIA L. McCORMICK (199239

         s/ Danielle S. Myers
        DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
rachelj@rgrdlaw.com
randib@rgrdlaw.com
dmyers@rgrdlaw.com
triciam@rgrdlaw.com

Attorneys for Lead Plaintiff Movant Dany David

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 11, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

# Mailing Information for a Case 3:18-cv-04865-EMC In re Tesla Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,Ashley.Errington@ksfcounsel.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,lpina@labaton.com,ElectronicCaseFiling@labaton.com,4076904420@filings.docketbird.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com

- **Michael P. Canty**
  mcanty@labaton.com,lpina@labaton.com,4727379420@filings.docketbird.com,fmalonzo@labaton.com,acarpio@labaton.com,electroniccasefiling@labaton.com

- **Robert Nicholas Cappucci**
  rcappucci@entwistle-law.com,ncasey@entwistle-law.com,ffleming@entwistle-law.com

- **Frederic S. Fox**
  FFox@kaplanfox.com

- **Brian French**
  bfrench@cooley.com

- **Eric Marc George**
  egeorge@bgrfirm.com,khall@bgrfirm.com,cbonilla@bgrfirm.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,agarcia@cooley.com

- **Elliot Greenfield**
  egreenfi@debevoise.com,bfetzer@debevoise.com,mao-ecf@debevoise.com

- **David William Hall**
  dhall@hedinhall.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,tsaviano@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,edewan@scott-scott.com

- **Rachel Lynn Jensen**
  rachelj@rgrdlaw.com,e_file_sd@rgrdlaw.com,RachelJ@ecf.courtdrive.com

- **Frank James Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,kristeno@johnsonfistel.com,ceciliar@johnsonfistel.com,paralegal@johnsonfistel.com,brettm@johnsonfistel.cc

- **Christopher J. Keller**
  ckeller@labaton.com,5497918420@filings.docketbird.com,lpina@labaton.com,electroniccasefiling@labaton.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Samantha Anne Kirby**
  skirby@cooley.com,emadrigal@cooley.com

- **Eduard Korsinsky**
  ek@zlk.com,ecf@zlk.com

- **Alexander A. Krot , III**
  akrot@zlk.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,efile@scott-scott.com

- **Marc Y. Lazo**
  mlazo@kllawgroup.com,rcantillo@kllawgroup.com

- **Joseph E Levi**
  jlevi@zlk.com,ecf@zlk.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Sarah Malke Lightdale**
  slightdale@cooley.com,efiling-notice@ecf.pacerpro.com

- **Katherine Collinge Lubin**
  klubin@lchb.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Francis P. McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Warren Metlitzky**
  wmetlitzky@conmetkane.com,ecf@conmetkane.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Stephen Cassidy Neal**
  sneal@cooley.com,wilsonla@cooley.com

- **Arthur Vincent Nealon**
  anealon@entwistle-law.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,asoto@pomlaw.c

- **Joseph Allan Pettigrew**
  jpettigrew@scott-scott.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com,ecf@zlk.com

- **Julie M. Riewe**
  jriewe@debevoise.com,mao-ecf@debevoise.com

- **Carl Alan Roth**
  croth@bgrfirm.com,khall@bgrfirm.com,cubence@bgrfirm.com

- **Kevin Francis Ruf**
  info@glancylaw.com,kevin-ruf-7394@ecf.pacerpro.com,kevinruf@gmail.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

- **Elizabeth K. Tripodi**
  etripodi@zlk.com

- **James Matthew Wagstaffe**
  wagstaffe@wvbrlaw.com,johnson@wvbrlaw.com

- **Joshua Sol Schelly Walden**
  jwalden@cooley.com,agarcia@cooley.com

- **Bingxin Wu**
  bwu@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
William Chamberlain
,
```