ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
RANDI D. BANDMAN (145212)
DANIELLE S. MYERS (259916)
TRICIA L. McCORMICK (199239)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
rachelj@rgrdlaw.com
randib@rgrdlaw.com
dmyers@rgrdlaw.com
triciam@rgrdlaw.com

Counsel for Lead Plaintiff Movant Dany David

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TESLA, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Case No. 3:18-cv-04865-EMC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL |
| This Document Relates To:<br><br>  ALL ACTIONS. | | |

1    Upon consideration of Notice of Request for Withdrawal of Counsel, and for good cause
2 shown, it is HEREBY ORDERED that Rachel L. Jensen, Randi D. Bandman, Danielle S. Myers, and
3 Tricia L. McCormick of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel of
4 record.  The clerk is directed to remove the above-named attorneys and law firm from the docket as
5 well as the ECF Service List.
6    IT IS SO ORDERED.
7 DATED: _____    _____
                                                                HON. EDWARD M. CHEN
8                                                               UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL - 3:18-cv-04865-EMC                                                                                                                         - 1 -