**LEVI & KORSINSKY, LLP**
Adam M. Apton (316506)
Adam C. McCall (302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
       amccall@zlk.com

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF LUIGGY SEGURA** |

I, Luiggy Segura, hereby declare as follows:

1.  I am a Senior Director of Securities Class Actions at JND Legal Administration ("JND"). JND is the Court-appointed Notice Administrator under the terms of the Stipulation and Order Re: Class Notice dated May 24, 2021 (ECF No. 326-1) (the "Notice Plan"). I am making this Declaration pursuant to the Notice Plan to provide information to the Court concerning JND's notice efforts, including the mailing of the Notice of Pendency of Class Action (the "Notice") and the publication of the Summary Notice of Pendency of Class Action (the "Summary Notice"), as well as other information concerning requests for exclusions. The following statements are based on my personal knowledge and information provided to me by other experienced JND employees and, if called as a witness, I could and would testify competently thereto.

**MAILING OF POSTCARD NOTICE**

2. Pursuant to the Notice Plan, JND was responsible for disseminating the Postcard Notice to potential Class Members. Notice Plan at ¶5. A sample of the Postcard Notice is attached hereto as Exhibit A.

3. On June 4, 2021, JND received the names and addresses of persons who purchased and/or sold Tesla Inc. securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018, inclusive (the "Class Period"). JND received these names and addresses from Class Counsel. This contained a total of 1,112 unique names. Prior to JND mailing out Postcard Notices, JND verified the mailing records through the National Change of Address ("NCOA") database to ensure the most current address was being used. On June 21, 2021, JND mailed 1,112 Postcard Notices via First-Class mail to potential Class Members.

4. JND also researched filings with the U.S. Securities and Exchange Commission (the "SEC") on Form 13-F to identify additional institutions or entities who may have purchased and/or sold Tesla's securities during the Class Period. As a result, JND mailed Postcard Notices via First-Class mail to 983 institutions and/or entities identified on June 21, 2021.

5. As in most securities class actions, a large majority of Class Members are beneficial purchasers whose securities are held in "street name," *i.e.*, the securities are purchased by brokerage firms, banks, institutions, or other third-party nominees in the name of the nominee on behalf of the beneficial purchasers. JND maintains a proprietary database with the names and addresses of the most common banks and brokerage firms, nominees and known third-party filers. JND mailed Postcard Notices via First-Class mail to 4,091 banks, brokerage firms, nominees and known third-party filers on June 21, 2021.

6. Based on all sources of information, JND mailed a total of 6,186 Postcard Notices via First-Class mail to potential Class members/Nominees (the "Initial Mailing").

7. JND also posted the Notice for brokers and nominees on the DTC Lens service. This service is made available to all brokers/nominees who use the DTC. The DTC Lens is a place for legal

notice to be posted pertaining to publicly traded companies. JND provided DTC Lens with the Notice on June 18, 2021, for posting on June 21, 2021.

8. In a further attempt to garner broker responses, JND reached out via telephone to 50 of the largest firms from the broker/nominee and third-party filer community.

9. On July 2, 2021, JND caused reminder postcards to be mailed by First-Class mail, postage prepaid, to the nominees in the Broker Database who did not respond to the Initial Mailing. The postcard advised nominees of their obligation to facilitate notice of the class action to their clients who purchased and/or sold Tesla's securities during the Class Period. Although these reminder postcards were not required under the Notice Plan, JND sent them to ensure delivery to the nominees that did not respond to the Initial Mailing.

10. The Notice requested all nominees who purchased and/or sold Tesla securities during the Class period to either (i) within ten (10) calendar days after receipt of the Postcard Notice, forward the Postcard Notice to all such beneficial owners; (ii) within ten (10) calendar days of receipt of the Postcard Notice, send the Postcard Notice to beneficial owners via electronic communication; or (iii) within ten (10) calendar days of receipt of the Postcard Notice, provide a list of names, address, and email addresses of all such beneficial owners to JND so that we could mail the Postcard Notice to the potential Class Members.

11. Following the Initial Mailing, JND has received an additional 146,034 unique names and addresses of potential Class Members from individuals or nominees requesting Postcard Notices to be mailed to such persons or entities. JND has also received requests from brokers and other nominee holders for 80,069 Postcard Notices that will be forward by the nominee to their customers.

12. As a result of the efforts described above, as of October 8, 2021, JND mailed a total of 226,103 Postcard Notices to potential Class Members, brokers, and nominee holders.

## PUBLICATION OF THE SUMMARY NOTICE

13. Pursuant to the Notice Plan, JND caused the Summary Notice to be transmitted once in the national edition of *The Wall Street Journal* and once in *Investor's Business* Daily on June 28, 2021. A copy of the publications for *The Wall Street Journal* and *Investor's Business Daily* are attached hereto as Exhibit B.

## ESTABLISHMENT OF THE CLAIMS CALL CENTER

14. Beginning on or about June 18, 2021, JND established and continues to maintain a toll-free telephone number (1-833-636-2111) for Class Members to call and obtain information about the class action and request a Notice. As of October 8, 2021, JND has received a total of 175 calls to the telephone hotline. JND has promptly responded to each telephone inquiry and will continue to address Class Member inquiries.

## ESTABLISHMENT OF THE WEBSITE

15. To further assist potential Class Members, JND, in coordination with Class Counsel, designed, implemented, and currently maintains www.TeslaSecuritiesLitigation2018.com, a website dedicated to the class action (the "Class Action Website"). The Class Action Website became operational on June 18, 2021, and is accessible 24 hours a day, 7 days week. Among other things, the Class Action Website includes general information regarding the class action. JND also posted to the Class Action Website copies of the Notice Plan, Notice, and other relevant Court documents. The Class Action Website will continue to be updated with relevant case information and Court documents. As of October 7, 2021, the Class Action website has received 11,578 hits.

## OJECTIONS AND EXCLUSIONS

16. The deadline for Class Members to object and/or request exclusions from the class action is October 8, 2021.

17. To date, JND has received no objections to the class action.

18. As of the date of this declaration, JND received 92 timely requests for exclusion. True and accurate copies of these exclusions are attached hereto as Exhibit C.

19. JND also received 2 late requests for exclusion after October 8, 2021. True and accurate copies of these exclusions are attached hereto as Exhibit D.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on October 22nd, 2021.

*Luiggy Segura*
Luiggy Segura