# EXHIBIT A

*A federal court authorized this Notice.*
*This is not a solicitation from a lawyer.*

**If you purchased and/or sold Tesla, Inc. stock, options and/or other securities between August 7, 2018 and August 17, 2018, a class action lawsuit may affect your rights.**

**Questions? Call (833) 636-2111 or visit www.TeslaSecuritiesLitigation2018.com for complete information and details.**

*In re Tesla, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

<<BARCODE>>

Postal Service: Please do not mark barcode

«CF_NAME»
«CF_ADDRESS_1»
«CF_ADDRESS_2»
«CF_CITY», «CF_STATE» «CF_ZIP»

**What is this notice?**

**A class action has been filed, and you may be a member of the class. If you do not wish to be a part of the class, you must respond to this notice with a written request for exclusion (see below). If you are a broker or custodian, please immediately review the full Notice at the website below for instructions on providing timely notification to beneficial owners.**

A class action lawsuit called *In re Tesla, Inc. Securities Litigation*, No. 3:18-cv-04865-EMC (the "Action") is now pending in the U.S. District Court for the Northern District of California against Tesla, Inc. ("Tesla"), Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants"). The lawsuit alleges, among other things, that in August 2018, Elon Musk made false and/or materially misleading statements via Twitter about Tesla possibly becoming a private company. Defendants strongly deny that they did anything wrong. The Action has been certified as a class action on behalf of the Class described below, except for certain persons and entities that request to be excluded from the Class. The Court has appointed Plaintiff Glen Littleton to represent the Class as the Class Representative. By certifying the Class and authorizing this notice, the Court is not suggesting that the Class Representative will win or lose this case; he will instead attempt to prove his claims in proceedings that will occur in the future. This notice is intended only to advise you that the Action has been certified as a class action and of your rights with respect to the lawsuit. Additional information about the Action and your rights is available at www.TeslaSecuritiesLitigation2018.com or by calling (833) 636-2111.

**Why am I being contacted?**

You are a member of the Class if you purchased and/or sold Tesla stock, options, and/or other securities between 12:48 P.M. EDT on 8/7/2018 and 8/17/2018.

### What are my options?

If you are a Class Member, you have the right to decide whether to remain a member of the Class. You can (1) do nothing, in which case you will automatically be included in the class, or (2) exclude yourself from the Class. **Whether you act or not, your rights may be affected**. If you choose to remain a member of the Class, you do not need to do anything at this time (other than retain your documentation reflecting your transactions in Tesla securities). You will automatically be included in the Class, and you will be bound by the proceedings in this Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable. If you are a Class Member and do not wish to remain a member of the Class, you must take steps to exclude yourself from the Class. If you timely and validly request to be excluded from the Class, you will not be bound by any orders or judgments in the Action, and you will not be eligible to receive a share of any money that might be recovered in the future for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion postmarked no later than October 8, 2021, in accordance with the instructions set forth in the full Notice (see below). If at a later date the parties decide to settle, then you will have another opportunity to exclude yourself from the Class. Absent settlement, however, you will not be able to exclude yourself from the Class or subsequent orders and judgments if you do not request exclusion in response to this notice.

### Do I have a lawyer?

Yes. The Court has appointed lawyers from Levi & Korsinsky, LLP as "Class Counsel." They represent you and other Class Members. Unless you hire your own personal lawyer, as a Class Member you will not have any direct obligations to pay the costs of this lawsuit. If you hire your own lawyer, you will need to pay your own legal fees.

### Where can I find additional information?

For the full Notice and more information about the Action, including how to exclude yourself, go to www.TeslaSecuritiesLitigation2018.com or call (833) 636-2111.

If you are a broker or custodian, please immediately review the full Notice at the website above for instructions on providing timely notification to beneficial owners.

Case 3:18-cv-04865-EMC   Document 345-1   Filed 10/22/21   Page 5 of 5

*Complete, sign and return Address Change Form at the perforation*

Name: _____

Current Address: _____

_____

_____

**Address Change Form**
To make sure your information remains up-to-date in our records, please confirm your address by filling in the above information and depositing this postcard in the U.S. Mail.

Place
Stamp
Here



*In re Tesla, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111