# EXHIBIT C



| | |
|---|---|
| **From:** | ████Koszewski <████████████ |
| **Sent:** | Thursday, July 1, 2021 12:47 PM |
| **To:** | CA - info@TeslaSecuritiesLitigation2018.com |
| **Subject:** | Re: In re Tesla, Inc. Securities Litigation, Case Number: 3:18-cv-04865-EMC |
| **Attachments:** | image001.png |

Please excuse me from this litigation.

C███

On Thu, Jul 1, 2021, 9:59 AM CA - info@TeslaSecuritiesLitigation2018.com <info@teslasecuritieslitigation2018.com> wrote:



**RE:** ***In re Tesla, Inc. Securities Litigation,*** Case Number: 3:18-cv-04865-EMC

Name of Security: Tesla stock, options, and other securities

Class Period: 12:48 p.m. EDT on August 7, 2018 to August 17, 2018, inclusive

Settlement Class Criteria: **All individuals and entities who purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018 and were damaged thereby. Excluded from the Class are: Defendants; the officers and directors of Tesla at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which Defendants have or had a controlling interest. The Class definition is subject to change by Court order, pursuant to Rule 23 of the Federal Rules of Civil Procedure.**

To Whom It May Concern,

> **The Court directed that the <u>Notice</u> be provided to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018, inclusive, you may be a member of the Class. As a Class Member, you will be bound by the result of any trial of the Action, any judgment entered by the Court, and any determination made by the Court, unless you timely mail a request for exclusion, as described below, postmarked no later than October 8, 2021.**

**PLEASE READ THE NOTICE CAREFULLY.**

**If you have any questions about the Notice please DO NOT contact the Court, the Defendants in the Action or their counsel. All questions should be directed to Class Counsel (*see* page 6 of the <u>Notice</u>) or the Notice Administrator (*see* below).**

| WHAT ARE MY OPTIONS? | | |
|---|---|---|
| **Do nothing** | | **Stay in this lawsuit. Await the outcome. Give up certain rights.**<br><br>By doing nothing, you keep the possibility of sharing in any recovery (monetary or otherwise) that may result from a resolution in favor of the Class, such as a trial or a settlement. In exchange, you give up any right you may have to sue Defendants separately about the same factual circumstances and legal claims being raised in this lawsuit, and you will be bound by the outcome of this case if tried before a jury or decided by the Court. If the parties agree to a settlement, then you will have another opportunity to opt out or exclude yourself from the case at that time. |
| **Ask to be excluded by**<br><br>**October 8, 2021** | | **Get out of this lawsuit. Get no benefits from it. Keep your rights.**<br><br>If you ask to be excluded from this lawsuit, you will not be bound by what happens in this case and will keep any right you might have to sue Defendants separately about the same factual circumstances and legal claims being raised in this lawsuit. If a recovery is later awarded in this case, you would not share in that recovery. |

Regards,

The Notice Administrator

**Mailing Address:** *In re Tesla, Inc. Securities Litigation*

c/o JND Legal Administration

P.O. Box 91410

Seattle, WA 98111

**Email**: info@TeslaSecuritiesLitigation2018.com

**Website**: www.TeslaSecuritiesLitigation2018.com

**Phone**: 1-833-636-2111

**From:**
**Sent:** Thursday, July 1, 2021 12:08 PM
**To:** CA - info@TeslaSecuritiesLitigation2018.com
**Cc:** CA - info@TeslaSecuritiesLitigation2018.com
**Subject:** Re: In re Tesla, Inc. Securities Litigation, Case Number: 3:18-cv-04865-EMC

To whom it may concern,

Please exclude me.

-----Original Message-----
From: CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>
CC: CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>
Sent: Thu, 1 Jul 2021 15:55
Subject: In re Tesla, Inc. Securities Litigation, Case Number: 3:18-cv-04865-EMC



RE: *In re Tesla, Inc. Securities Litigation,* Case Number: 3:18-cv-04865-EMC

Name of Security: Tesla stock, options, and other securities

Class Period: 12:48 p.m. EDT on August 7, 2018 to August 17, 2018, inclusive

Settlement Class Criteria: **All individuals and entities who purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018 and were damaged thereby. Excluded from the Class are: Defendants; the officers and directors of Tesla at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which Defendants have or had a controlling interest. The Class definition is subject to change by Court order, pursuant to Rule 23 of the Federal Rules of Civil Procedure.**
To Whom It May Concern,

**The Court directed that the <u>Notice</u> be provided to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018, inclusive, you may be a member of the Class. As a Class Member, you will be bound by the result of any trial of the Action, any judgment entered by the Court, and any determination made by the Court, unless you timely mail a request for exclusion, as described below, postmarked no later than October 8, 2021.**

**PLEASE READ THE NOTICE CAREFULLY.**
**If you have any questions about the Notice please DO NOT contact the Court, the Defendants in the Action or their counsel. All questions should be directed to Class Counsel (*see* page 6 of the <u>Notice</u>) or the Notice Administrator (*see* below).**

| WHAT ARE MY OPTIONS? | |
|---|---|
| **Do nothing** | **Stay in this lawsuit. Await the outcome. Give up certain rights.**<br>By doing nothing, you keep the possibility of sharing in any recovery (monetary or otherwise) that may result from a resolution in favor of the Class, such as a trial or a settlement. In exchange, you give up any right you may have to sue Defendants separately about the same factual circumstances and legal claims being raised in this lawsuit, and you will be bound by the outcome of this case if |

| WHAT ARE MY OPTIONS? | |
|---|---|
| | tried before a jury or decided by the Court. If the parties agree to a settlement, then you will have another opportunity to opt out or exclude yourself from the case at that time. |
| **Ask to be excluded by October 8, 2021** | **Get out of this lawsuit. Get no benefits from it. Keep your rights.**<br>If you ask to be excluded from this lawsuit, you will not be bound by what happens in this case and will keep any right you might have to sue Defendants separately about the same factual circumstances and legal claims being raised in this lawsuit. If a recovery is later awarded in this case, you would not share in that recovery. |

Regards,

The Notice Administrator

**Mailing Address:** *In re Tesla, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111
**Email**: info@TeslaSecuritiesLitigation2018.com
**Website**: www.TeslaSecuritiesLitigation2018.com
**Phone**: 1-833-636-2111

██████████

| | |
|---|---|
| **From:** | B███ Kim ████████████████m> |
| **Sent:** | Thursday, July 1, 2021 11:19 AM |
| **To:** | CA - info@TeslaSecuritiesLitigation2018.com |
| **Subject:** | Re: In re Tesla, Inc. Securities Litigation, Case Number: 3:18-cv-04865-EMC |

Please exclude me from the lawsuit.

On Thu, Jul 1, 2021 at 10:01 AM CA - info@TeslaSecuritiesLitigation2018.com <info@teslasecuritieslitigation2018.com> wrote:



**RE:** *In re Tesla, Inc. Securities Litigation,* Case Number: 3:18-cv-04865-EMC

Name of Security: Tesla stock, options, and other securities

Class Period: 12:48 p.m. EDT on August 7, 2018 to August 17, 2018, inclusive

Settlement Class Criteria: **All individuals and entities who purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018 and were damaged thereby. Excluded from the Class are: Defendants; the officers and directors of Tesla at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which Defendants have or had a controlling interest. The Class definition is subject to change by Court order, pursuant to Rule 23 of the Federal Rules of Civil Procedure.**

To Whom It May Concern,

> **The Court directed that the <u>Notice</u> be provided to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018, inclusive, you may be a member of the Class. As a Class Member, you will be bound by the result of any trial of the Action, any judgment entered by the Court, and any determination made by the Court, unless you timely mail a request for exclusion, as described below, postmarked no later than October 8, 2021.**

**PLEASE READ THE NOTICE CAREFULLY.**

**If you have any questions about the Notice please DO NOT contact the Court, the Defendants in the Action or their counsel. All questions should be directed to Class Counsel (*see* page 6 of the <u>Notice</u>) or the Notice Administrator (*see* below).**

| WHAT ARE MY OPTIONS? | | |
|---|---|---|
| **Do nothing** | | **Stay in this lawsuit. Await the outcome. Give up certain rights.**<br><br>By doing nothing, you keep the possibility of sharing in any recovery (monetary or otherwise) |

| WHAT ARE MY OPTIONS? | | |
|---|---|---|
| | | that may result from a resolution in favor of the Class, such as a trial or a settlement. In exchange, you give up any right you may have to sue Defendants separately about the same factual circumstances and legal claims being raised in this lawsuit, and you will be bound by the outcome of this case if tried before a jury or decided by the Court. If the parties agree to a settlement, then you will have another opportunity to opt out or exclude yourself from the case at that time. |
| **Ask to be excluded by October 8, 2021** | | **Get out of this lawsuit. Get no benefits from it. Keep your rights.**<br><br>If you ask to be excluded from this lawsuit, you will not be bound by what happens in this case and will keep any right you might have to sue Defendants separately about the same factual circumstances and legal claims being raised in this lawsuit. If a recovery is later awarded in this case, you would not share in that recovery. |

Regards,

The Notice Administrator

**Mailing Address:** *In re Tesla, Inc. Securities Litigation*

c/o JND Legal Administration

P.O. Box 91410

Seattle, WA 98111

**Email**: info@TeslaSecuritiesLitigation2018.com

**Website**: www.TeslaSecuritiesLitigation2018.com

**Phone**: 1-833-636-2111

--
B████ Kim



Reply all    ⌄    🗑 Delete    ⊘ Junk    Block    ⋯

## exclude me



WC    W██ Chan <██████@gmail.com>

Fri 7/16/2021 1:41 PM

**To:** CA - info@TeslaSecuritiesLitigation2018.com

Do not count me as part of your sad class action lawsuit. Have fun wasting your time.

Reply  |  Forward

# TES - Tesla Securities Litigation Contact Request

www@jndla.com <www@jndla.com>

Tue 7/20/2021 3:43 AM

**To:** CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

| | |
|---:|:---|
| **Name** | C█████ Lafferty |
| **Address** | ████████████ ██████ LE9 2HJ UK |
| **City** | █████ |
| **State/Province** | Leicestershire |
| **Zip/Postal Code** | LE9 2HJ |
| **Telephone** | ████████ |
| **Email Address** | ████████████ |
| **Choose a Reason for Contact** | OtherQuestions *(Other Questions)* |
| **Questions/Comments** | I never dealt Tesla shares between 7th Aug 2018-17th Aug 2018 & wish to be excluded from the class action C█████ Lafferty |

In regard to the Class action lawsuit: In Re Tesla,Inc. Securities Litigation, Case No3:18-cv-04865-EMC(N.D.Cal) I request exclusion from this case.

R█████Chase

█████Wisconsin █████

█████

Received

JUL 2 2 2021

by JNDLA

Tesla Securities purchased/sold during Class Period: 0
Only Tesla Securities ever purchased my me: 100 shares of Tesla common stock @ 97.248 on June 11,2013. Well out of the range of this Class Period.

Signed

Chase   July 18, 2021

I cannot resist stating my displeasure in being drawn into this ridiculous and frivolous class action suit. Where was due diligence used in selecting potential case members? I am sure Pershing LLC could have provided the information that I did not take any action regarding Tesla stock between Aug7 and Aug 17,2018. Requiring one to opt out in writing with details is likely to cause people to decide to skip it. Then there was the advice on the web site advising anyone who was considering opting out to consult an attorney first. Seems set up to me to try to retain as many people in this suit as possible. Then there is the matter of the suit itself. When I heard from a news source ( not social media) that the company might go private I thought Musk had finally had enough. He decided to rattle the cages of the jack asses that were always shorting the stock. Who would think a statement on social media carried the weight of being legally binding? I wouldn't. Tell me is this the thing to do now? When I don't get something I merely think I have coming to me it's okay to sue to get my way. Really?



WI 530

19 JUL 2021   PM 1  L

In re tesla, Inc. Securities Litigation
c/o JND Legal Administration
Exclusions
P. O. Box 91460
Seattle, Wa 98111

2ND 07/22/21

98111-016010

## Class Litigation Opt Out

 P■■■ Parrish <pparrish ■■■■■■■■■■■■■■■■■

Mon 7/26/2021 10:25 AM

**To:** CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

To whom it may concern,

Because I did not sell or trade Tesla stock in this period, I opt out of this litigation.

Thanks,

 P■■■■ Parrish

Switzerland

6-24-21

Received
JUL 27 2021
by JNDLA

EXCLUDE ME FROM THIS CLASS.
ACTION LAWSUIT. I DO NOT WISH
TO BE A MEMBER OF THIS CLASS.

S█████ KOHLER


NEW ADDRESS

KS

*A federal court authorized this Notice.*
*This is not a solicitation from a lawyer.*

**If you purchased
and/or sold Tesla, Inc.
stock, options and/or
other securities between
August 7, 2018
and August 17, 2018,
a class action lawsuit
may affect your rights.**

Questions? Call (833) 636-2111 or visit
www.TeslaSecuritie
for complete infor

*In re Tesla, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111



DMTPFRQBVU

404513**F0001-S0005-B0003*****AUTO**MIXED AADC 926
S ▮▮▮▮▮ Kohler
▮▮▮▮▮▮▮▮▮▮▮▮ KS ▮▮▮▮▮▮

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SANTA ANA, CA
PERMIT NO. 949

Electronic Service Requested

641 NFE 1241721I0007/14/21
2 ACS<-

▮▮▮▮▮▮▮▮▮▮▮▮ KS ▮▮▮▮▮▮

BC: 662071621Ø1    *4260-00256-14-14

KANSAS CITY  640

24 JUL 2021  PM 2  L

JUL 2 7 2021

RE: TESLA Inc SECURITIES LITIGATION

C/O JND LEGAL ADMINISTRATION

P.O. BOX 91410

SEATTLE, WA

98111

KOHLER

KS

Received

JUL 27 2021

by JNDLA

To whom it may concern,

    I, S█████ Pingree, request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.). Below are the details required for my request of exclusion:

| | |
|---|---|
| Name | S████ Pingree |
| Address | ███████████████<br>███████, CA █████ |
| Telephone Number | █████████ |
| Securities Type | Purchased Stock |
| Securities Amount | 15 Shares |
| Date of Securities Bought | 15 August 2018 |
| Price of Securities | $333.248 per share |

Signature: _____



In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

JUL 2 7 2021

98111-016810

## IN RE TESLA, INC. SECURITIES Case Number: 3:18-cv-04865-EMC

j██████████.com <.██████████████.com>
Wed 7/28/2021 3:45 PM
**To:** CA - ████████████8.com <████████████8.com>

Hello,

Further to your le██er sent to us as a TSLA shareholders, ████████ Australia re: Tesla Class Ac██on.

We have read it and checked the website referred to in it.

We never "opted in" to the class ac██on and it seems to me that he process to "opt out" is onerous on us insofar as all the informa██on we need to provide in wri██en, posted form to opt out. You clearly know some of our shares fall within the date range, hence you sending us the le██er in the first instance.

We wish to "OPT OUT" but we won't be following your instruc██ons to do so. In this day and age, an email or digitally signed pro-forma should suffice.

Regards,

J████ and █ Stanley



In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration EXCLUSIONS
PO Box 91410
Seattle, WA 98111



To Whom It May Concern:

According to my records, I am <u>NOT</u> a Class Member per the definition in the Class notice:
"anyone who purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT
on August 7, 2018 to August 17, 2018."

However, in order to confirm that I do <u>not</u> wish to be part of the Class, I am sending this notice.
My required information is:

(i) The R████████████ Agrmt, R███ Jackson & N█████Hartman Ttees, ████████████
████████████I.█████████████████ (ii) state the type and amount of Tesla
securities that the person or entity requesting exclusion purchased and/or sold during the Class
Period, as well as the dates and prices of each such purchase and/or sale – <u>NONE</u>; and (iii) signed
by the person or entity requesting exclusion or an authorized representative – SIGNATURE
BELOW.

Sincerely,

R████████ Jackson ✓
N████████ Horten

The R███ Jackson █████████, R███ Jackson & N████ Hartman Ttees



In re Tesla, Inc. Securities
Litigation
C/o JND Legal Administration EXCLUSIONS
PO Box 91410
Seattle, WA 98111

26 JUL 2021   PM 4   L   IL

FOREVER / USA

s0111-016810

JUL 2 9 2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration EXCLUSIONS
PO Box 91410
Seattle, WA 98111

```
Received
JUL 29 2021
by JNDLA
```

To Whom It May Concern:

According to my records, I am <u>NOT</u> a Class Member per the definition in the Class notice: "anyone who purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018."

However, in order to confirm that I do <u>not</u> wish to be part of the Class, I am sending this notice. My required information is:

(i) The R█████████ Agrmt, R████ Jackson & N█████ Hartman Ttees, ████████ ████ IL ████████████ (ii) state the type and amount of Tesla securities that the person or entity requesting exclusion purchased and/or sold during the Class Period, as well as the dates and prices of each such purchase and/or sale - <u>NONE</u>; and (iii) signed by the person or entity requesting exclusion or an authorized representative – SIGNATURE BELOW.

Sincerely,

R█████ Jackson
N█████ Hartn

The R█████████ Agrmt, R████ Jackson & N█████ Hartman Ttees



FOREVER / USA

IL

26 JUL 2021   PM 4   L

JUL 2 9 2021

IL

TBF

In re Tesla, Inc. Securities
Litigation
C/o JND Legal Administration EXCLUSIONS
PO Box 91410
Seattle, WA 98111

98111-016810

# tesla lawsuits

D█████ <d█████████████.net>

Sat 7/31/2021 5:47 PM

**To:** CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

You are idiots, get me out of this lawsuit.

D██ White█

August 2, 2021

In re Tesla. Inc. Securities Litigation
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

Re:        Case 3:18-cv-04865-EMC
           TD Ameritrade Account ████████

Subject:   Exclusion Request

Gentlemen / Ladies:

I received the class action lawsuit regarding the Tesla lawsuit and request exclusion
from this class action.

While Mr. Musk has in the past been somewhat cavalier and careless regarding public
pronouncements regarding TSLA stock, I have been nevertheless pleased with the
company's performance and have no interest in being part of any effort to distract or
discredit either TSLA or Mr. Musk.  I understand others may have had greater stakes
than I or had suffered setbacks, but if there were any outcome to the lawsuit, I would
only hope that it reinforces past court orders for Mr. Musk to restrain himself from
making public pronouncements based on less than substantial facts.  Aspirations and
goals are not statements of fact and should be differentiated accordingly.

Thank-you,


B████████. Kawakami
████████████████████
Kaneohe, ████████████

**Luis Batista**

| | |
|---|---|
| **From:** | ████████████████.net |
| **Sent:** | Monday, August 2, 2021 7:25 PM |
| **To:** | CA - info@TeslaSecuritiesLitigation2018.com |
| **Subject:** | Exclusion request |
| **Attachments:** | ████████████████████Lawsuit-BTK.docx |

Attached please find my letter requesting exclusion from the class action lawsuit.

B██████ Kawakami

████████████████

Kaneohe, ██ █████

August 2, 2021

In re Tesla. Inc. Securities Litigation
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

Re:         Case 3:18-cv-04865-EMC
            TD Ameritrade Account ███████████

Subject:    Exclusion Request

Gentlemen / Ladies:

I received the class action lawsuit regarding the Tesla lawsuit and request exclusion from this class action.

While Mr. Musk has in the past been somewhat cavalier and careless regarding public pronouncements regarding TSLA stock, I have been nevertheless pleased with the company's performance and have no interest in being part of any effort to distract or discredit either TSLA or Mr. Musk.  I understand others may have had greater stakes than I or had suffered setbacks, but if there were any outcome to the lawsuit, I would only hope that it reinforces past court orders for Mr. Musk to restrain himself from making public pronouncements based on less than substantial facts.  Aspirations and goals are not statements of fact and should be differentiated accordingly.

Thank-you,


G███████ Kawakami

Kaneohe, ████████████████

**Luis Batista**

| | |
|---|---|
| **From:** | g███████████.net |
| **Sent:** | Monday, August 2, 2021 7:21 PM |
| **To:** | CA – info@TeslaSecuritiesLitigation2018.com |
| **Subject:** | Exclusion Request |
| **Attachments:** | ████████████████onLawsuit.docx |

Please find attached my exclusion letter.

G█████ Kawakami

████████████████

Kaneohe██████████

**Luis Batista**

| | |
|---|---|
| **From:** | G███ and D███ <c█████████████.net> |
| **Sent:** | Tuesday, August 3, 2021 10:59 AM |
| **To:** | CA - info@TeslaSecuritiesLitigation2018.com |
| **Cc:** | c█████████████.net |
| **Subject:** | Lawsuit Exclusion |

I have no interest in getting any recovery from TESLA, please put me on the list to be excluded from this lawsuit. Elon Musk has given so much already.



G███ C
████████

**Luis Batista**

| | |
|---|---|
| **From:** | J█ Haverkate <j█████████.com> |
| **Sent:** | Tuesday, August 3, 2021 11:34 AM |
| **To:** | CA - info@TeslaSecuritiesLitigation2018.com |
| **Subject:** | Opt out |

J█████ Haverkate and all family members and dependants are opting OUT of this frivolous lawsuit. If you demand it in mail then send me a stamp.

**Luis Batista**

| | |
|---|---|
| **From:** | www@jndla.com |
| **Sent:** | Tuesday, August 3, 2021 2:09 PM |
| **To:** | CA - info@TeslaSecuritiesLitigation2018.com |
| **Subject:** | TES - Tesla Securities Litigation Contact Request |

| | |
|---|---|
| **Name** | ███ Nothaft |
| **Address** | ██████████ |
| **City** | La Jolla |
| **State/Province** | ███ |
| **Zip/Postal Code** | ██ |
| **Telephone** | ██████ |
| **Email Address** | ███@me.com |
| **Choose a Reason for Contact** | ChangeAddress*(Change Address)* |
| **Questions/Comments** | Hi, how do I exclude myself from this litigation? Or, please exclude me from this litigation. Thank you |

## Luis Batista

**From:** www@jndla.com
**Sent:** Wednesday, August 4, 2021 3:20 AM
**To:** CA - info@TeslaSecuritiesLitigation2018.com
**Subject:** TES - Tesla Securities Litigation Contact Request

| | |
|---|---|
| **Name** | L█████████████ CRUZ |
| **Address** | ████████████████████ |
| **City** | ██████████████ |
| **State/Province** | Lisboa |
| **Zip/Postal Code** | ████████ |
| **Telephone** | ████████ |
| **Email Address** | ████████████@gmail.com |
| **Choose a Reason for Contact** | OtherQuestions*(Other Questions)* |
| **Questions/Comments** | Dear Sirs, Thanks for this information. After analising the situation I have decided to kindly ask you to exclude myself from the Class Action. Best Regards, L█████ Cruz |

**Luis Batista**

**From:**          J█ Lucas <█████@comcast.net>
**Sent:**          Tuesday, August 3, 2021 8:41 PM
**To:**            CA - info@TeslaSecuritiesLitigation2018.com
**Cc:**            G█ Heaton
**Subject:**       Removal from the Class Action lawsuit

Dear Sirs,

Today I received a postcard indicating that you have instituted a class action suit against Tesla and Elon Musk for making false and misleading statements in 2018 concerning Mr. Musk's intention of becoming a private company.  I am hereby contacting you in writing (as indicated on the postcard) to be removed, excluded and disassociated from the Class of this lawsuit.

I am sure that if you search into your diminutive body of ethical resources you will be able to appreciate why I want to be disassociated from you.

Sincerely,

J█ Lucas



/J█ Lucas/

**Luis Batista**

| | |
|---|---|
| **From:** | S████ Oudman ████████@yahoo.com> |
| **Sent:** | Wednesday, August 4, 2021 3:24 PM |
| **To:** | CA - info@TeslaSecuritiesLitigation2018.com |
| **Subject:** | Lawsuit removal |

This is a ridiculous and frivolous lawsuit.

I have to print all this out and then sign and get notarized?  I have been automatically included in other class action lawsuits and could remove myself online.  Just the fact that this is so difficult, is suspect.

Date: 8/2/2021

Received
AUG 0 6 2021
by JNDLA

Re: Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.)

To whom it may concern,

I request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.). My information and transaction data are listed below.

Name: H█████Famili

Address: ████████████████CA ███████

Telephone: ██████████████

Transaction Date: 8/14/2018

Transaction Description: Stock Purchase

Transaction Quantity: 15

Transaction Price: $349.70680

If you have any questions about this request, you may reach me at the above stated address.

Sincerely,



H████████Famili

H ███ Famili
███ ███
CA ███

3 AUG 2021   PM 2   L



AUG 0 6 2021

In re Tesca, Inc. Securities Litigation

c/o JND Legal Administration

Exclusions
P.O. Box 91410
Seattle, WA 98111

JND 08/06/2

98111-016810

(No subject)

L█ Jeng <████@gmail.com>

Thu 8/5/2021 7:35 PM

**To:** CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

I would like to be excluded from this lawsuit.  This is frivolous and I will not be a part of this nonsense.

Sincerely,

L█ Jeng

# TES - Tesla Securities Litigation Contact Request

## www@jndla.com <www@jndla.com>

Sat 8/7/2021 4:40 PM

**To:** CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

| | |
|---|---|
| **Name** | T██ Shepherd |
| **Address** | ████████████████ |
| **City** | ████████████████ |
| **State/Province** | VIC |
| **Zip/Postal Code** | ██████ |
| **Telephone** | ████████████ |
| **Email Address** | ██████████ bigpond.com |
| **Choose a Reason for Contact** | OtherQuestions *(Other Questions)* |
| **Questions/Comments** | The ██████████████████ Fund has received advice of the class action lawsuit. I am one of the directors with my wife being the other. Rather than mail a letter to the US (from Australia) is there an email address I can us to advise our wish to be excluded? We could sign, scan, and attach a letter if that is required in addition to an email. Thanks you. |

To: JND Legal Administration
PO Box 91410
Seattle, WA 98111

From: R███ Green R███ Smith ████████

Received

AUG 10 2021

by JNDLA

August 6, 2021

To Whom It May Concern:

This is a request for exclusion from the class action suit concerning Tesla Inc
Securities Litigation, Case # 318CV04865EMC.

Date of purchase:  08/13/2018
Price of purchase:  356.3499
Net amount:  3,616.61
Number of shares:  10

If you have questions of concerns, I may be contacted at he following address:



R███ Green R███ Smith ████████
████████████ FL ████
████████

R███ Smith



Smith
FL

7 AUG 2021  PM 2  L

FL

AUG 1 0 2021

JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

98iii-016810

Carefully separate this Address Change Form.

Name:

Current Address:

**Address Change Form**

To make sure your information remains up-to-date in our records, please confirm your address by filling in the above information and depositing this postcard in the U.S. Mail.

Received

AUG 1 0 2021

by JNDLA

*In re Tesla, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

AUG 1 0 2021

## What is this notice?

A class action has been filed, and you may be a member of the class. If you do not wish to be a part of the class, you must respond to this notice with a written request for exclusion (see below). If you are a broker or custodian, please immediately review the full Notice at the website below for instructions on providing timely notification to beneficial owners.

A class action lawsuit called *In re Tesla, Inc. Securities Litigation*, No. 3:18-cv-04865-EMC (the "Action") is now pending in the U.S. District Court for the Northern District of California against Tesla, Inc. ("Tesla"), Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants"). The lawsuit alleges, among other things, that in August 2018, Elon Musk made false and/or materially misleading statements via Twitter about Tesla possibly becoming a private company. Defendants strongly deny that they did anything wrong. The Action has been certified as a class action on behalf of the Class described below, except for certain persons and entities that request to be excluded from the Class. The Court has appointed Plaintiff Glen Littleton to represent the Class as the Class Representative. By certifying the Class and authorizing this notice, the Court is not suggesting that the Class Representative will win or lose this case; he will instead attempt to prove his claims in proceedings that will occur in the future. This notice is intended only to advise you that the Action has been certified as a class action and of your rights with respect to the lawsuit. Additional information about the Action and your rights is available at www.TeslaSecuritiesLitigation2018.com or by calling (833) 636-2111.

## Why am I being contacted?

You are a member of the Class if you purchased and/or sold Tesla stock, options, and/or other securities between 12:48 P.M. EDT on 8/7/2018 and 8/17/2018.

Received
AUG 1 0 2021
by JNDLA

August 7, 2021



██████
██ CA ██████

RE: Exclusion from the Class in In Re Tesla, Inc. Securities Litigation,
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

To Whom It May Concerned:

I, J██████ Choongumjorn, currently resident at ██████ CA ██████████████, hereby
requesting the exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-
EMC (N.D. Cal.). Following are details of the securities.

Securities name: TESLA (Ticker symbol TSLA)

Securities type: Common stock

*Amount of securities: 1000 shares*

Period: Purchase since January 1st, 2018 and held it to date

Sincerely,

J██ Khoongumjorn



7 AUG 2021 PM 4 L

CA

AUG 1 0 2021

AUG 1 0 2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

98111-041040

Khoongumjorn

J    CA

**OPT-OUT LETTER**

Received
AUG 12 2021
by JNDLA

Tesla, Inc. Securities Litigation
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

Dear Sir or Madam:

I want to exclude myself from the Cash Settlement Class in the *In re Tesla, Inc. Securities Litigation.*

My personal information is as follows:

V█████ Bogaard █

████████████CA ████

██████████████

08-02-21



AUG 1 2 2021

CA   9 AUG 2021  PM 5  L

Tesla, Inc. Securities Litigation
c/o JND Legal Administration
P.O. Box 91410
Seattle WA 98111

**Kenny Duftler**

**From:** A███ Mairena <████████@gmail.com>
**Sent:** Wednesday, August 11, 2021 4:41 PM
**To:** CA - info@TeslaSecuritiesLitigation2018.com
**Subject:** Tesla Securities

My name is A████████ Mairena and I wish to be excluded from the class action lawsuit against Tesla, Inc.

**Luis Batista**

**From:** A███████ <████████@protonmail.com>
**Sent:** Thursday, August 12, 2021 10:01 PM
**To:** CA - info@TeslaSecuritiesLitigation2018.com
**Subject:** Exclude me from this class

Hi,

I received a letter saying I was automatically included in this class despite not being interested or asked. Please exclude me from it.

Regards,
A██████ Garg.

8 August 2021

M███████████ Frank
███████████████████████████
███████████████ CO, █████████

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410 Seattle, WA 98111

Received
AUG 13 2021
by JNDLA

JND Legal Administration,

I, M████████ Frank, request exclusion from the Class in *In Re Tesla, inc. Securities Litigation.* Case No. 3:18-cv-04865-EMC (N.D Cal.) At the time of purchase my address was ███████████████████████████████ and phone number was/is ███████████ My address has since changes to ███████████████████████████████ CO, ███████ My purchased fractional shares holdings had a grand total $15.90 over three (3) transactions. All holdings were held has past 8/17/2018.

Sincerely,

M████████ Frank



In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

AUG 1 3 2021

Frank

**Luis Batista**

| | |
|---|---|
| **From:** | www@jndla.com |
| **Sent:** | Friday, August 13, 2021 11:39 PM |
| **To:** | CA - info@TeslaSecuritiesLitigation2018.com |
| **Subject:** | TES - Tesla Securities Litigation Contact Request |

| | |
|---|---|
| **Name** | A█████ Hussain |
| **Address** | ████████████ |
| **City** | ██████ |
| **State/Province** | California |
| **Zip/Postal Code** | █████ |
| **Telephone** | ████████ |
| **Email Address** | ████████@icloud.com |
| **Choose a Reason for Contact** | OtherQuestions*(Other Questions)* |
| **Questions/Comments** | I would like to be excluded... |

**Luis Batista**

**From:** www@jndla.com
**Sent:** Saturday, August 14, 2021 4:09 PM
**To:** CA - info@TeslaSecuritiesLitigation2018.com
**Subject:** TES - Tesla Securities Litigation Contact Request

| | |
|---|---|
| **Name** | H██ Peirce |
| **Address** | ███████ |
| **City** | ██████ |
| **State/Province** | PA |
| **Zip/Postal Code** | ████ |
| **Telephone** | ███████ |
| **Email Address** | ██████@gmail.com |
| **Choose a Reason for Contact** | OtherQuestions*(Other Questions)* |
| **Questions/Comments** | Dear Lawyers of L██ & K██████. I don't wish to be a part of your class action suit against Tesla. I resent that you are requiring written notice sent via US mail (that is no longer reliable since Trump & DeJoy had their fun with it). This is so a-typical of class action suits and it is a slimy move. People typically opt-in to a class action suit, and yet you are forcing an opt-out which is both time consuming and inconvenient. Reddit is a buzz with outrage over this underhanded move on your part. |

## EXCLUSION REQUEST

H Pei <████████@gmail.com>

Tue 8/17/2021 8:06 AM

To:  CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

📎 1 attachments (114 KB)

EXCLUSION REQUEST PEIRCE 8.17.21.pdf;

Please see attached, signed letter requisition EXCLUSION from this lawsuit.

Please send me a confirmation of receipt.

H████Peirce

To: Levi & Korsinsky Law

RE: Tesla Securities Litigation 2018

This letter is to confirm that I wish to be EXCLUDED from this law suit.

H████   Peirce

I████ PA ████

Transactions between 8.7.2018 and 8.17.2018

| 08/16 | TESLA INC COM | 88160R101 | You Sold Transaction Profit: $2,135.39 | -60.000 | 349.81000 | 18,847.98 | -5.23 | 20,983.37 |
| 08/16 | TESLA INC COM | 88160R101 | You Sold Transaction Profit: $535.23 | -15.000 | 349.82000 | 4,712.00 | -0.07 | 5,247.23 |

Signature:



**Luis Batista**

**From:** G█████ Olsen <█████████@hotmail.com>
**Sent:** Saturday, August 14, 2021 4:54 PM
**To:** CA - info@TeslaSecuritiesLitigation2018.com
**Subject:** Opt-out Procedure

Hello,

I would like to opt out of the class action lawsuit. I saw that I should write a letter, but I want to make sure that I am removed. What address should I use and how do we receive confirmation of removal? I would rather my name not be associated with the litigation in any manner.

Thank you,

G█████ Olsen

Get Outlook for Android

**Luis Batista**

| | |
|---|---|
| **From:** | O█ Fabri <█████@gmail.com> |
| **Sent:** | Monday, August 16, 2021 11:39 AM |
| **To:** | CA - info@TeslaSecuritiesLitigation2018.com |
| **Subject:** | exclusion from lawsuit |

I want to be excluded from this lawsuit


--
O█ Fabri

█████@gmail.com

E█████ Tough



UK
█████████████

To whom it may concern,

Please may I request exclusion from the Class in *In Re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

On the 12th June 2017 I purchased 2 shares at 29,281p of TESLA INC COM USD0.001

Regards

E█████ Tough

Royal Mail

Supporting youth
mental health with
ACTION FOR CHILDREN

10-08-2021
20000118




BY AIR MAIL
*par avion*

Royal Mail®

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
Exclusions
PO BOX 91410
Seattle, WA 98111
USA.

JND 08/16/21

9811130168 B900

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

```
Received
AUG 17 2021
by JNDLA
```

To Whom It May Concern,

I, K█ Lam, request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

My details are:
Name:         K█ Lam
Address:      ████████████████
                     ██CA██████
Phone:        ████████████
Securities:    120 Shares of TSLA purchased on 10 Aug 2018 at $354.20/share.

Regards,
K█ Lam

13 Aug 2021



GO FOR BROKE

CA 913

13 AUG 2021 PM 1 L

AUG 1 7 2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

98111-01410

K
Lam
, CA

Received
AUG 16 2021
by JNDLA

*In re Tesla, Inc. Securities Litigation*

# Tesla Securities Litigation

Case Number: 3:18-cv-04865-EMC

Please select one option.

Please Remove my name From this Litigation
As I do not want tobe apart of this:
Name: M████ Hildren
Address: ████████████ CA ████████

# WELCOME TO THE TESLA, INC. WEBSITE

The information contained on this website is only a summary of the information presented in more detail in the Notice of Pendency of Class Action. Because this website is just a summary, you should review the Notice for additional details.

## Summary of the Action

The purpose of the Notice is to inform you of a class action lawsuit now pending in the United States District Court for the Northern District of California (the "Court") against Tesla. Inc. ("Tesla") and Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants"). The Notice is intended only to advise you that the action has been certified by the Court to proceed as a class action on behalf of certain purchasers and/or sellers of Tesla securities and your rights with respect to the lawsuit. If you do not wish to be a part of the class, you must respond to this notice with a written request for exclusion by October 8, 2021 (see page 5 of the Notice).

Elon Musk, Tesla, and the other Defendants deny that they did anything wrong and believe that the claims have no merit. Among other things. Defendants contend that the challenged statements were entirely true; that Defendants did not make any materially

false or misleading statements; that they did not act with scienter; that the Class Representative and the Class cannot show damages; and that there is no control person liability.

The Court has not decided who is right and there has been no monetary recovery. By certifying the Class and authorizing the Notice, the Court is not suggesting that the Class Representative will win or lose this case. The Class Representative will attempt to prove his claims in proceedings that will occur in the future.

The Class consists of:

**All individuals and entities who purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018 and were damaged thereby**

| WHAT ARE MY OPTIONS? | |
|---|---|
| | **Stay in this lawsuit. Await the outcome. Give up certain rights.** |
| **Do Nothing** | By doing nothing, you keep the possibility of sharing in any recovery (monetary or otherwise) that may result from a resolution in favor of the Class, such as a trial or a settlement. In exchange, you give up any right you may have to sue Defendants separately about the same factual circumstances and legal claims being raised in this lawsuit, and you will be bound by the outcome of this case if tried before a jury or decided by the Court. If the parties agree to a settlement, then you will have another opportunity to opt out or exclude yourself from the case at that time. |
| | **Get out of this lawsuit. Get no benefits from it. Keep your rights.** |
| **Ask to be Excluded by October 8, 2021** | If you ask to be excluded from this lawsuit, you will not be bound by what happens in this case and will keep any right you might have to sue Defendants separately about the same factual circumstances and legal claims being raised in this lawsuit. If a recovery is later awarded in this case you would not share in that recovery. |

# How do I obtain more information?

More detailed information about the Action is contained in the full Notice available on the Important Documents page on this website. Additional information can also be obtained by contacting the Notice Administrator by calling toll-free 1-833-636-2111; emailing info@TeslaSecuritiesLitigation2018.com; or mailing a letter to:

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

Inquiries should **NOT** be directed to the Court or Defendants

# FOR MORE INFORMATION

Visit this website often to get the most up-to-date information

📞 Call
1-833-636-2111

✈ Email
info@TeslaSecuritiesLitigation2018.com

✉ Mail
In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

 © 2021 JND Legal Administration. All rights reserved

Privacy Policy

M     Hildreth

CA

12 AUG 2021  AM 1

ONE VEW / USA

In re Tesla, Inc. Securities Litigation
C/O JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

JND 08/16/21

98111-016810



Received

AUG 1 9 2021

by JNDLA

██ Fl August 14th, 2021

To whom it may concern,

A per the instructions below:

*If you wish to be excluded from the Class ("opt-out"), you must submit a letter stating that you "request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.)." Your request for exclusion must: (i) state the name, address, and telephone number of the person or entity requesting exclusion; (ii) state the type and amount of Tesla securities that the person or entity requesting exclusion purchased and/or sold during the Class Period, as well as the dates and prices of each such purchase and/or sale; and (iii) be signed by the person or entity requesting exclusion or an authorized representative. You must mail your exclusion request so that it is postmarked no later than October 8, 2021.*

I kindly request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

(i)   M██ Saynez, ████████████████ Fl ████████████████

(ii)  Type and amount of Tesla securities purchased during the Class Period, dates, and prices.

| Security Description CUSIP (Box 1a) | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain Loss Amount |
|---|---|---|---|---|---|---|---|---|
| **Subtotals** | 0.41796 | | | $34.54 | $35.00 | $0.00 | $0.00 | ($0.46) |
| TESLA INC COMMON STOCK CUSIP: 88160R101 | 0.07211 | 05/27/2018 | 10/19/2018 | $18.98 | $25.00 | $0.00 | $0.00 | ($6.02) |
| | 0.01454 | 06/27/2018 | 10/19/2018 | $3.83 | $5.00 | $0.00 | $0.00 | ($1.17) |
| | 0.01557 | 07/11/2018 | 10/19/2018 | $4.13 | $5.00 | $0.00 | $0.00 | ($0.87) |
| → | 0.01636 | 07/25/2018 | 10/19/2018 | $4.31 | $5.00 | $0.00 | $0.00 | ($0.69) |
| | 0.01343 | 08/08/2018 | 10/19/2018 | $3.53 | $5.00 | $0.00 | $0.00 | ($1.47) |
| | 0.01546 | 08/24/2018 | 10/19/2018 | $4.07 | $5.00 | $0.00 | $0.00 | ($0.93) |
| | 0.01911 | 09/07/2018 | 10/19/2018 | $5.03 | $5.00 | $0.00 | $0.00 | $0.03 |
| | 0.01674 | 09/21/2018 | 10/19/2018 | $4.41 | $5.00 | $0.00 | $0.00 | ($0.59) |
| | 0.01916 | 10/05/2018 | 10/19/2018 | $5.04 | $5.00 | $0.00 | $0.00 | $0.04 |
| **Subtotals** | 0.20258 | | | $53.33 | $65.00 | $0.00 | $0.00 | ($11.67) |

(iii)  M██ Saynez 



16 AUG 2021 PM1 1 L

FL 330

M Saynez
FL

In re Tesla, Inc. Securities Litigation
c/o IND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

AUG 1 9 2021

98111-016810

Certified Sourcing
www.sfiprogram.org
SFI-01078
SUSTAINABLE FORESTRY INITIATIVE

RM 5198 (20090901)



J ██████████████ S A N C H E Z

██████ Florida ██████

August 12, 2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

Received
AUG 1 9 2021
by JNDLA

Per instructions provided in the Notice, I am writing to request exclusion from the Class in *In Re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

My Information:

R████ Sanchez
████████ FL ██████

Shares Purchased during Class Period, all Common Stock:
8/16/2018    50 shares    $350.00 per share
8/17/2018    19  "        $344.00    "

Sincerely,

F████ Sanchez



FL 320

14 AUG 2021 PM2 L

AUG 1 9 2021

UND 08/19/21

From:

R        Sanchez

Florida

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

98111-999955

Received
AUG 1 9 2021
by JNDLA

A ███ VanDoren 
████ CA ████

In re Tesla, Inc Securities Litigation
% JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

I hereby request exclusion from the Class in *In Re Tesla, Inc. Securities Litigation,* Case No.
3:18-cv-04865-EMC (N.D. Cal.).

My name, address, and phone number are:
A ███ VanDoren 

████ CA ████

During the class period between 12:48 p.m. EDT on August 7, 2018 through August 17th, 2018,
I made the following transactions of Tesla securities:

2018-08-17 10:08 PDT - Buy 2 shares at $307.36 each

Signed,



A ███ VanDoren

USA FIRST-CLASS FOREVER

CA 945

16 AUG 2021 PM 5 L

JND 08/19/21

VanDoren

CA.

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
Po Box 91410
Seattle, WA 98111

98111-016810

To Whom It May Concern,

Received
AUG 1 9 2021
by JNDLA

I am requesting exclusion from the Class in *In Re Tesla, Inc. Securities Litigation*,

Case No. 3:18-cv-04865-EMC (N.D. Cal)

Name: ▮ Keen

Address: ▮▮▮ UT ▮

Phone #: ▮

Type and Amount of Tesla securities:

Purchased 2 shares of TSLA stock on Aug. 17th, 2018, for $ 306.69 each for a total of $ 613.38

Signature: ▮ Keen

Date:  8-13-21



UT 840

15 AUG 2021 PM 3 L

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

98111-016810

Aileen

UT

August 12, 2021



I request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Regarding the following transactions:

Sold 26 TSLA @ 337.3355    on 08/16/2018  10:45:11
Sold 38 TSLA @ 336.1554    on 08/16/2018  10:58:29


I do not wish to be a party in your lawsuit against Tesla, Inc.


Sincerely,




D███ Worden

██████ CA ████



CA 940

16 AUG 2021 PM 4 L

In re Tesla, Inc. Securities Litigation
C/o JND Legal Administration
Exclusions
P.O. Box 91410
Seattle, WA 98111

98111-01581D 08/18/21



AUGUST 11TH 2021

To Whom It May Concern,

REMOVE MY NAME FROM THIS CLASS. I WANT TO BE EXCLUDED FROM THIS LAWSUIT.

AUG 1 9 2021

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

**If you purchased and/or sold Tesla, Inc. stock, options and/or other securities between August 7, 2018 and August 17, 2018, a class action lawsuit may affect your rights.**

Questions? Call (833) 636-2111 or visit **www.TeslaSecuritiesLitigation2018.com** for complete information and details.

GFB-IP1

00007818

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225
JOB# N60479-010

08                          15#

IN RE TESLA, INC. SECURITIES 00007818
LITIGATION
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91410
SEATTLE, WA 98111

*******AUTO**ALL FOR AADC 926
D████SERPELL-MORRIS
█████████
███ CA █████████

Received
AUG 1 9 2021
by JNDLA

---

**What is this notice?**

A class action has been filed, and you may be a part of the class. If you do not wish to be a part of the class, you must respond to this notice with a written request for exclusion (see below). If you are a broker or custodian, please immediately review the full Notice at the website below for instructions on providing timely notification to beneficial owners.

A class action lawsuit called *In re Tesla, Inc. Securities Litigation*, No. 3:18-cv-04865-EMC (the "Action") is now pending in the U.S. District Court for the Northern District of California against Tesla, Inc. ("Tesla"), Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants"). The lawsuit alleges, among other things, that in August 2018, Elon Musk made false and/or materially misleading statements via Twitter about Tesla possibly becoming a private company. Defendants strongly deny that they did anything wrong. The Action has been certified as a class action on behalf of the Class described below, except for certain persons and entities that request to be excluded from the Class. The Court has appointed Plaintiff Glen Littleton to represent the Class as the Class Representative. By certifying the Class and authorizing this notice, the Court is not suggesting that the Class Representative will win or lose this case; he will instead attempt to prove his claims in proceedings that will occur in the future. This notice is intended only to advise you that the Action has been certified as a class action and of your rights with respect to the lawsuit. Additional information about the Action and your rights is available at www.TeslaSecuritiesLitigation2018.com or by calling (833) 636-2111.

**Why am I being contacted?**

You are a member of the Class if you purchased and/or sold Tesla stock, options, and/or other securities between 12:48 P.M. EDT on 8/7/2018 and 8/17/2018.

CA 926

16 AUG 2021 PM 1 L

FOREVER / USA

UMD 08/19/21

In Re Tesla, Inc. Securities   00007818
Litigation
C/O JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

98111-016810

From ~

CA

*A federal court authorized this Notice.*
*This is not a solicitation from a lawyer.*

**If you purchased and/or sold Tesla, Inc. stock, options and/or other securities between August 7, 2018 and August 17, 2018, a class action lawsuit may affect your rights.**

**Questions? Call (833) 636-2111 or visit www.TeslaSecuritiesLitigation2018.com for complete information and details.**

74 GPT-NF1 89451

00031851

01

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225
JOB# N60478-010
31#

IN RE TESLA, INC. SECURITIES 00031851
LITIGATION
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91410
SEATTLE, WA 98111

********AUTO**ALL FOR AADC 894
[redacted] DEMOREST
[redacted]

01

Received
AUG 23 2021

**What is this notice?**

**A class action has been filed, and you may be a member of the class. If you do not wish to be a part of the class, you must respond to this notice with a written request for exclusion (see below). If you are a broker or custodian, please immediately review the full Notice at the website below for instructions on providing timely notification to beneficial owners.**

A class action lawsuit called *In re Tesla, Inc. Securities Litigation*, No. 3:18-cv-04865-EMC (the "Action") is now pending in the U.S. District Court for the Northern District of California against Tesla, Inc. ("Tesla"), Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants"). The lawsuit alleges, among other things, that in August 2018, Elon Musk made false and/or materially misleading statements via Twitter about Tesla possibly becoming a private company. Defendants strongly deny that they did anything wrong. The Action has been certified as a class action on behalf of the Class described below, except for certain persons and entities that request to be excluded from the Class. The Court has appointed Plaintiff Glen Littleton to represent the Class as the Class Representative. By certifying the Class and authorizing this notice, the Court is not suggesting that the Class Representative will win or lose this case; he will instead attempt to prove his claims in proceedings that will occur in the future. This notice is intended only to advise you that the Action has been certified as a class action and of your rights with respect to the lawsuit. Additional information about the Action and your rights is available at www.TeslaSecuritiesLitigation2018.com or by calling (833) 636-2111.

**Why am I being contacted?**

You are a member of the Class if you purchased and/or sold Tesla stock, options, and/or other securities between 12:48 P.M. EDT on 8/7/2018 and 8/17/2018.

I DO NOT WANT TO PARTICIPATE IN THIS LAWSUIT! OPT ME OUT!

| **What are my options?** |
| --- |

If you are a Class Member, you have the right to decide whether to remain a member of the Class. You can (1) do nothing, in which case you will automatically be included in the class, or (2) exclude yourself from the Class. **Whether you act or not, your rights may be affected.** If you choose to remain a member of the Class, you do not need to do anything at this time (other than retain your documentation reflecting your transactions in Tesla securities). You will automatically be included in the Class, and you will be bound by the proceedings in this Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable. If you are a Class Member and do not wish to remain a member of the Class, you must take steps to exclude yourself from the Class. If you timely and validly request to be excluded from the Class, you will not be bound by any orders or judgments in the Action, and you will not be eligible to receive a share of any money that might be recovered in the future for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion postmarked no later than October 8, 2021, in accordance with the instructions set forth in the full Notice (see below). If at a later date the parties decide to settle, then you will have another opportunity to exclude yourself from the Class. Absent settlement, however, you will not be able to exclude yourself from the Class or subsequent orders and judgments if you do not request exclusion in response to this notice.

| **Do I have a lawyer?** |
| --- |

Yes. The Court has appointed lawyers from Levi & Korsinsky, LLP as "Class Counsel." They represent you and other Class Members. Unless you hire your own personal lawyer, as a Class Member you will not have any direct obligations to pay the costs of this lawsuit. If you hire your own lawyer, you will need to pay your own legal fees.

| **Where can I find additional information?** |
| --- |

For the full Notice and more information about the Action, including how to exclude yourself, go to www.TeslaSecuritiesLitigation2018.com or call (833) 636-2111.

If you are a broker or custodian, please immediately review the full Notice at the website above for instructions on providing timely notification to beneficial owners.

---

Seattle, WA 98111
P.O. Box 91410
c/o JND Legal Administration
*In re Tesla, Inc. Securities Litigation*



---

depositing this postcard in the U.S. Mail.
please confirm your address by filling in the above information and
To make sure your information remains up-to-date in our records,
**Address Change Form**

_____

_____

Current Address:

_____

Name:

*Carefully separate this Address Change Form at the perforation*

Place
Stamp
Here



AUG 23 2021

IN RE TESLA, INC SECURITIES 00131851
LITIGATION
C/O JND LEGAL ADMISTRATION
PO BOX 91410
SEATTLE, WA 98111

19 AUG 2021 PM 2 T

August 18, 2021

In re Tesla Inc. Securities Litigation
c/o JND Legal Administration
Exclusions
P.O. Box 91410
Seattle, WA 98111

```
Received
AUG 23 2021
by JNDLA
```

To whom it may concern,
My Name is S█████████ Larson and I request exclusion from
the Class in In Re Tesla, Inc. Securities Litigation, Case No.
3:18-cv-04865-EMC (N.D. Cal.).

1. State the name, address, and telephone number of the
   person requesting exclusion
   a. S█████████Larson
   b. ███████████████████████CA,█████
   c. █████████████
2. State the type and amount of Tesla securities that the person
   requesting exclusion purchase and or sold during the Class
   Period, as well as the dates and prices of each such
   purchase and/or sale
   a. Purchase Date: August 13, 2018
   b. Price: $357.40
   c. Type: TSLA Stock
   d. Amount of Tesla Securities:  0.01398
3. Be signed by the person requesting exclusion
   a. See below

Respectfully,

S█████████Larson

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111



To Whom It May Concern,          August 16, 2021

I, R█████Chen, ask to be excluded from the class action lawsuit.
I'm against filing a lawsuit based on a Twitter tweet.

F█████Chen

Received
AUG 23 2021
by JNDLA

18 AUG 2021  PM 5  L

AUG 2 3 2021

To: In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

98111-016810

JND 08/23/21

In Re Tesla, Inc, Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

```
┌─────────────────────┐
│      Received       │
│    AUG 23 2021      │
│     by JNDLA        │
└─────────────────────┘
```

17 August 2021

To whom it may concern,

I, N███ Annichiarico, hereby request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

I purchased one (1) share of common stock TSLA on 8/8/2018 for $374.75. This was the only transaction made by me with TSLA within the class period.

Sincerely,

N███ Annichiarico
███████████████
███████ KY ██████
███████████

, KY

Anti-biotics

In Re Tesla, Inc., Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

18 AUG 2021 PM 2 L

KY

JND 08/23/21



 

8/20/2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

To whom it may concern:

I request exclusion from the Class in *In Re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC (N.D.Cal.).

(i)  My personal information is as follows:



(ii) Tesla Stocks Purchased 8/15/2018:  20 Shares

8/15/2018:   8 shares @$333.74   ($2669.95)
8/15/2018:  12 shares @$333.20   ($3998.42)

Sincerely,



**UNITED STATES POSTAL SERVICE**  *Retail*

**P** US POSTAGE PAID
**$7.95**
Origin: 73086
08/20/21
3979310442-07

PRIORITY MAIL 2-DAY®

0 Lb 1.80 Oz
**1006**

EXPECTED DELIVERY DAY: 08/23/21

**B900**

SHIP
TO:
PO BOX 91410
Seattle WA 98111-0168

USPS TRACKING® #



9505 5149 9882 1232 3243 41

ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.


USPS.COM/PICKUP



PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY® MAIL

use.
f insurance (restrictions apply).*
any international destinations.
tion form is required.
g claims exclusions see the
ailability and limitations of coverage.

FROM:

**PRIORITY ★ MAIL ★**  
UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: J_____ Parker


**TO:** In re Tesla, Inc.
Securities Litigation
c/o JND Legal Admin.
Exclusions
PO Box 91410
Seattle, WA 98111

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

August 20, 2021

Received

AUG 24 2021

by JNDLA

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

RE: Request **exclusion** from the Class in *In Re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

To Whom It May Concern:

I received a notification in the mail stating that I had been added (without my consent) to a class action lawsuit against a company I hold in the highest regard. The notice specified that I "**must** submit a written request for exclusion."

Per the document entitled TES - Longform Notice - Final 6.14.21.pdf downloaded from https://www.teslasecuritieslitigation2018.com/documents on August 20, 1021, I hereby not only request but demand that I be completely excluded from the Class in *In Re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

The information required per the PDF is below. I am submitting this information under protest for the following reasons:

1) I did not ask to be included in this lawsuit. It would be far more fair and logical to be provided with a notice and the option to opt in (not be forced to opt out, taking considerable time).
2) Having been included by default, the least you could have done was make it easy to opt out. It is clear that your method is intended to place an onerous burden on those who do not wish to participate in order to maximize the number of class participants.
3) Information about me or my share purchases is none of your business and is hereby provided under protest since there is no other apparent option to withdraw from your action.
4) I'm no lawyer but this lawsuit strikes me as frivolous, inappropriate and completely ridiculous. People buy and sell stock all the time for all sorts of reasons. No one put a gun to my head and forced me to buy it. Actions like this give the legal system a bad reputation, whether you are in technical compliance with the law or not.
5) On the other hand, your actions have caused me to spend valuable time on something I want nothing to do with. Since I'm sure you understand the value of *your* time, please remit $250.00 in the form of a check to my address below as compensation for the time *I spent* responding to your absurd demand.

It is my informed opinion, based on substantive facts and direct experience, that Tesla, Inc. is an amazing company and one of very few that is actually taking direct, effective, meaningful action to mitigate climate change. Mr. Musk has earned my utmost respect.

I own two Tesla vehicles (with a third on order). Having driven these vehicles for years, I can say they are the best products I have ever encountered, bar none. Elon Musk and the entire Tesla team

should be praised for their incredible mission and their commitment to excellence. Rather than participate in a lawsuit against them, I would much prefer to give each of them a big hug of gratitude. I am a proud shareholder. I continue to buy TSLA stock (when I can) and have not sold a single share.

*It pains me to learn of this class action lawsuit against a company that is working so hard to help* every person on Earth by accelerating the transition to sustainable energy, and by building cleaner, safer vehicles. **It is my strong opinion that this class action should be completely dismissed.**

**Please respond in writing with confirmation that I have been successfully excluded from the Class in** *In Re Tesla, Inc. Securities Litigation*, **Case No. 3:18-cv-04865-EMC (N.D. Cal.).**

Thank you.

Here is the required information:

(i) state the name, address, and telephone number of the person or entity requesting exclusion;



S████████Rypka

████████NV

(ii) state the type and amount of Tesla securities that the person or entity requesting exclusion purchased and/or sold during the Class Period, as well as the dates and prices of each such purchase and/or sale;

Fidelity ROTH IRA – S████████Rypka – BOUGHT TESLA INC COM (TSLA) (Cash)

| | |
|---|---|
| Date | 08/17/2018 |
| Description | TESLA INC COM |
| Shares | + 10.000 |
| Price | 310.9373 |
| Amount | –$3,114.32 |
| Commission | $4.95 |
| Settlement Date | 08/21/2018 |

(iii) be signed by the person or entity requesting exclusion or an authorized representative.

Signed: _____

S████████Rypka

CC:     Corporate Secretary; Mr. Elon Musk; Board of Directors
        Tesla, Inc.
        3500 Deer Creek Road
        Palo Alto, CA 94304





S    Rynko
, NV

NV

21 AUG 2021  PM 3  L

AUG 2 4 2021

IN RE TESLA, INC. SECURITIES LITIGATION
C/O JND LEGAL ADMINISTRATON
EXCLUSIONS
PO BOX 91410
SEATTLE, WA 98111

98111-016810

**D███ Smith**

| | |
|---|---|
| **From:** | A██ Geller ████████ @gmail.com> |
| **Sent:** | Friday, July 16, 2021 12:26 PM |
| **To:** | CA - info@TeslaSecuritiesLitigation2018.com |
| **Subject:** | Please remove myself and W███ geller from this lawsuit |

Thank you

TESLA                          M████  GODDARD

LITIGATION                     ████████████████████

| Received | | ████████  IOWA |
| AUG 2 6 2021 | | ██████████████ |
| by JNDLA | | 20 AUGUST 202 |

Dear Sirs,

This is my written request
for EXCLUSION from the class action
lawsuit called "In re Tesla, Inc.
Securities Litigation, No 3:18-cv-
04865-EMC" ("The Action")

I firmly believe "The Defendants",
Elon Musk et al, did nothing wrong,
and did not make false or misleading
statements, and I want nothing to do
with this 'spiteful' litigation. I am
Fully responsible for my own financial
decisions, and I humbly suggest you take
full responsibility for yours too.

Yours faithfully

M. Goddard.

FROM M. GODDARD. ███████████
         IOWA. ███████         ███████ IA ███

23 AUG 2021 PM 3 L

To/ In re Tesla, Inc. Securities Litigation,
    C/o JND Legal Administration.
    PO BOX 91410
    SEATTLE,
    WA
    98111

AUG 26 2021

JND 08/26/21

98111-016810

Received
AUG 2 7 2021
by JNDLA

████████ VA ████
August 24, 2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

To Whom It May Concern:

We recently received legal notice that we are a Class Member in the Tesla, Inc. Securities Litigation.

By this letter we request exclusion from the Class in *In Re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04856-EMC (N.D. Cal.).

The following requested information is provided from our records:

(i) ❋  R████ Mohr
        J████ Mohr
        ████████████████
        ████████ VA ████
        ████████████

(ii)  08/16/2018    80.00 shares   Tesla Inc. Stock   Sold    at    $336.116 unit price
      08/16/2018     3.00               "             "      "     $332.923     "

Sincerely,

R████ Mohr

J████ Mohr



**PRIORITY**® **MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

 

U.S. POSTAGE PAID
PM 2-DAY
MC LEAN, VA
22101
AUG 25, 21
AMOUNT
**$11.15**
R2304Y121946-20

1006          98111

J████ Mohr



VA

*In re Tesla, Inc. Securities Litigation*
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

EXPECTED DELIVERY DAY: 08/28/21
USPS SIGNATURE® TRACKING #

For international shipments, the maximum weight is 4 lbs.                    10 x 5





August 24, 2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

To Whom It May Concern:

We recently received legal notice that we are a Class Member in the Tesla, Inc. Securities Litigation.

By this letter we request exclusion from the Class in *In Re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04856-EMC (N.D. Cal.).

The following requested information is provided from our records:

(i)     R████ Mohr
        J████ Mohr



(ii)    08/16/2018    80.00 shares  Tesla Inc. Stock  Sold  at  $336.116 unit price
        08/16/2018    3.00          "                 "     "  $332.923     "

Sincerely,



F████ Mohr

J████ Mohr

# PRIORITY MAIL

AUG 2 2021

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE




U.S. POSTAGE PAID
PM 2-Day
MC LEAN, VA
22101
AUG 25, 21
AMOUNT

**$11.15**

1006          98111          R2304Y121946-20

J███ Mohr,
████████████
████████      VA ███████

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

EXPECTED DELIVERY DAY: 08/28/21

USPS SIGNATURE® TRACKING #



0 x 5

For international shipments, the maximum weight is 4 lbs.

To: S███. Soong, Clerk                                    August 11, 2021
District Court of N. California
450 Golden Gate Ave.
Box 36060
San Francisco, CA 94102-3489

RE: Tesla, Inc. Securities litigation
No.: 3:18-CV-04865-EMC

Dear Ms. Soong,
We received this notice that, since we purchased or sold Tesla shares between 8/7/2018 –
8/17/2018. We wish to go on record to unequivocally oppose this sham of a lawsuit,
backed by short sellers, who along with the attorneys bringing the suit, have only one
motive, which is to bring down the value of Tesla stock so they can make a short term,
fraudulent profit off the back of the very investors that they are pretending to represent.

Elon Musk and Tesla are the <u>ONLY</u> entities truly responsible for providing the technical
battery and EV advancements necessary to allow the governments and the public their
only possibility to slow and reverse the absolute collapse of our ecosystems and eventually
civilizations because of the catastrophic, human driven global warming!

I would, however, be happy to join any class action against the blood-sucking short sellers,
who can only get rich by denigrating companies who are actually building the future. The
short sellers are why Elon Musk considered taking Tesla private.

If there were true integrity in the judicial system, there would be world-wide class action
against all the oil companies, coal industry, and all the legacy car companies who
intentionally did everything in their power to see as much fossil fuels burned as fast as
possible out of pure greed, with the actual world-wide damages in the tens of trillions of
dollars, and soon to be hundreds of trillions of dollars with the collapse of farming,
ecosystems and oceans, and civilization as we've know it.

B███████ Sanctuary
J██ Allen, managing member
K█████ Clark, managing member



*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

## If you purchased and/or sold Tesla, Inc. stock, options and/or other securities between August 7, 2018 and August 17, 2018, a class action lawsuit may affect your rights.

**Questions? Call (833) 636-2111 or visit www.TeslaSecuritiesLitigation2018.com for complete information and details.**
90 GPT-NP1 96719



00030576

06

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225
JOB# N60478-010
25#

IN RE TESLA, INC. SECURITIES 00030576
LITIGATION
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91410
SEATTLE, WA 98111



ALL FOR AADC 967
SANCTUARY

District Court, Northern CA
450 Golden Gate Avenue Box 36060
San Francisco, CA 94102-3489

06

*Carefully separate this Address Change Form at the perforation*

Name: _____

Current Address: _____

_____

_____

Place
Stamp
Here

**Address Change Form**
To make sure your information remains up-to-date in our records, please confirm your address by filling in the above information and depositing this postcard in the U.S. Mail.



*In re Tesla, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

| What are my options? |
| --- |

ou are a Class Member, you have the right to decide whether to remain a member of the Class. You c̲_____ _____hing, in _____ch case you will automatically be included in the class, or (2) exclude yourself from the Class. **Whether yo__ __t or not, __ rights may be affected.** If you choose to remain a member of the Class, you do not need to do anything at this time (other than retain your documentation reflecting your transactions in Tesla securities). You will automatically be included in the Class, and you will be bound by the proceedings in this Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable. If you are a Class Member and do not wish to remain a member of the Class, you must take steps to exclude yourself from the Class. If you timely and validly request to be excluded from the Class, you will not be bound by any orders or judgments in the Action, and you will not be eligible to receive a share of any money that might be recovered in the future for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion postmarked no later than October 8, 2021, in accordance with the instructions set forth in the full Notice (see below). If at a later date the parties decide to settle, then you will have another opportunity to exclude yourself from the Class. Absent settlement, however, you will not be able to exclude yourself from the Class or subsequent orders and judgments if you do not request exclusion in response to this notice.

| Do I have a lawyer? |
| --- |

Yes. The Court has appointed lawyers from Levi & Korsinsky, LLP as "Class Counsel." They represent you and other Class Members. Unless you hire your own personal lawyer, as a Class Member you will not have any direct obligations to pay the costs of this lawsuit. If you hire your own lawyer, you will need to pay your own legal fees.

| Where can I find additional information? |
| --- |

For the full Notice and more information about the Action, including how to exclude yourself, go to www.TeslaSecuritiesLitigation2018.com or call (833) 636-2111.

If you are a broker or custodian, please immediately review the full Notice at the website above for instructions on providing timely notification to beneficial owners.

| What is this notice? |
| --- |

**A class action has been filed, and you may be a member of the class. If you do not wish to be a part of the class, you must respond to this notice with a written request for exclusion (see below). If you are a broker or custodian, please immediately review the full Notice at the website below for instructions on providing timely notification to beneficial owners.**

A class action lawsuit called *In re Tesla, Inc. Securities Litigation*, No. 3:18-cv-04865-EMC (the "Action") is now pending in the U.S. District Court for the Northern District of California against Tesla, Inc. ("Tesla"), Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants"). The lawsuit alleges, among other things, that in August 2018, Elon Musk made false and/or materially misleading statements via Twitter about Tesla possibly becoming a private company. Defendants strongly deny that they did anything wrong. The Action has been certified as a class action on behalf of the Class described below, except for certain persons and entities that request to be excluded from the Class. The Court has appointed Plaintiff Glen Littleton to represent the Class as the Class Representative. By certifying the Class and authorizing this notice, the Court is not suggesting that the Class Representative will win or lose this case; he will instead attempt to prove his claims in proceedings that will occur in the future. This notice is intended only to advise you that the Action has been certified as a class action and of your rights with respect to the lawsuit. Additional information about the Action and your rights is available at www.TeslaSecuritiesLitigation2018.com or by calling (833) 636-2111.

| Why am I being contacted? |
| --- |

You are a member of the Class if you purchased and/or sold Tesla stock, options, and/or other securities between 12:48 P.M. EDT on 8/7/2018 and 8/17/2018.



S Soong
District Court of Northern CA
450 Golden Gate Ave, Box 36060
San Francisco, CA 94102-3489

HI 12 AUG 2021 PM 1 L

94102-348999

CLARK B FS
ALLEN

*A federal court authorized this Notice.*
*This is not a solicitation from a lawyer.*

**If you purchased and/or sold Tesla, Inc. stock, options and/or other securities between August 7, 2018 and August 17, 2018, a class action lawsuit may affect your rights.**

Questions? Call (833) 636-2111 or visit
www.TeslaSecuritiesLitigation2018.com
for complete information and details.

74 CPT-NP1 89451

00031850

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225
JOB# N60478-010
31#

00

IN RE TESLA, INC. SECURITIES 00031850
LITIGATION
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91410
SEATTLE, WA 98111

*********AUTO**ALL FOR AADC 894
E███████████DEATON
POSTAL EXPRESS
█████████████████NV██████

00

AUG 27 2021

---

**What is this notice?**

DO NOT INCLUDE ME IN YOUR LAWSUIT!

A class action has been filed, and you may be a part of the class. If you do not wish to be a part of the class, you must respond to this notice with a written request for exclusion (see below). If you are a broker or custodian, please immediately review the full Notice at the website below for instructions on providing timely notification to beneficial owners.

A class action lawsuit called *In re Tesla, Inc. Securities Litigation*, No. 3:18-cv-04865-EMC (the "Action") is now pending in the U.S. District Court for the Northern District of California against Tesla, Inc. ("Tesla"), Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants"). The lawsuit alleges, among other things, that in August 2018, Elon Musk made false and/or materially misleading statements via Twitter about Tesla possibly becoming a private company. Defendants strongly deny that they did anything wrong. The Action has been certified as a class action on behalf of the Class described below, except for certain persons and entities that request to be excluded from the Class. The Court has appointed Plaintiff Glen Littleton to represent the Class as the Class Representative. By certifying the Class and authorizing this notice, the Court is not suggesting that the Class Representative will win or lose this case; he will instead attempt to prove his claims in proceedings that will occur in the future. This notice is intended only to advise you that the Action has been certified as a class action and of your rights with respect to the lawsuit.

Additional information about the Action and your rights is available at www.TeslaSecuritiesLitigation2018.com or by calling (833) 636-2111.

**Why am I being contacted?**

You are a member of the Class if you purchased and/or sold Tesla stock, options, and/or other securities between 12:48 P.M. EDT on 8/7/2018 and 8/17/2018.



Received
AUG 30 2021
by JNDLA

August 24, 2021
RE:  Tesla, Inc.  Securities Litigation

My name is J███ Martinez, I am submitting this letter stating that I

"request exclusion from the Class in *In Re Tesla, Inc. Securities Litigation*,  Case No. 3:18-cv-04865-EMC
(N.D. Cal.)."

| Date | Activity Type | Description | Quantity | Price | Amount($) |
|------|---------------|-------------|----------|-------|-----------|
| 08/08/18 | Sold | TESLA INC UNSOLICITED TRADE | 7.000 | 373.8284 | 2,545.34 |

Thank you,

J██ Martinez

*A federal court authorized this Notice.*
*This is not a solicitation from a lawyer.*

**If you purchased and/or sold Tesla, Inc. stock, options and/or other securities between August 7, 2018 and August 17, 2018, a class action lawsuit may affect your rights.**

Questions? Call (833) 636-2111 or visit
www.TeslaSecuritiesLitigation2018.com
for complete information and details.

GFB-IFi

00016922

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225
JOB# N60479-010
7#

02

IN RE TESLA, INC. SECURITIES 00016922
LITIGATION
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91410
SEATTLE, WA 98111

**********AUTO**MIXED AADC 117
J. ███ MARTINEZ IRA ROLLOVER
███████████
CA ███████

02

*Sold 7 shares 8-8-18*



AUG 3 0 2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO BOX 91410
Seattle, WA 98111

98111-016810

Received

AUG 30 2021

by JNDLA

To whom this may concern

I, V█████Gowdra residing at █████████████████WA█████ bought TSLA shares in August 2018, details of which are shown below.

|  |  | # of shares | price/share |
|---|---|---|---|
| 08/10/2018 | TSLA | 30 | $353.50 |
| 08/10/2018 | TSLA | 30 | $355.30 |

Please exclude me from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Thank you

8/23/2021

V████ Gowdra
████████████
████████WA████



**PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE**    *Retail*

P

**US POSTAGE PAID**
**$7.95**
Origin: 98684
08/27/21
5488240378-09

**PRIORITY® MAIL**

**PRIORITY MAIL 2-DAY®**

0 Lb 1.70 Oz
1006

EXPECTED DELIVERY DAY: 08/30/21

B900

SHIP
TO:
PO BOX 91410
Seattle WA 98111-0158

**USPS TRACKING® #**

9505 5141 7786 1239 2128 57

**TRACKED ■ INSURED**

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

FROM: V_____ Gowdra

*United States Postal Service®*

VISIT US AT USPS.COM®
Label 106A, Nov 2018

In re Tesla, Inc. Securities Litigation

EXCLUSIONS

c/o JND Legal Administration

P.O. Box 91410

Seattle, WA 98111

AUG 3 0 2021

## SHEPBERG EXCLUSION

T⬛ Shepherd <tim.shepherd5@bigpond.com>

Wed 9/1/2021 11:30 PM

To: CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

📎 1 attachments (771 KB)

Tesla Class Action.pdf;

Hi,

Please find attached our request to be excluded from the class action.

Thanks,

T⬛ Shepherd

 This email has been checked for viruses by Avast antivirus software.
[www.avast.com](http://www.avast.com)

In re Tesla, Inc. Securities Litigation        2 September 2021

c/o JND Legal Administration

PO Box 91410

Seattle, WA 98111

Dear Sir,

We have received your advice regarding the class action that has been filed.

The Shepberg ███████████ Fund wishes to be excluded from the class.



T█ Shepherd

(Trustee)

█ Ekberg

(Trustee)

## Lawsuit No.3:18-cv-04865-EMC

█ Key < █████ @gmail.com>

Sat 9/4/2021 9:52 AM

To:  CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

**ASK TO BE EXCLUDED**

Good afternoon!
My name: █ Chifiac
Name #: DASZB782LQ
Address: ███████████████, IL ██████████

I want to be Excluded from Lawsuit No.3:18-cv-04865-EMC!

Thank you very much.
Best Regards,
█████

## TES - Tesla Securities Litigation Contact Request

www@jndla.com <www@jndla.com>

Mon 9/6/2021 8:53 AM

To:  CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

| | |
|---|---|
| **Name** | B█████Sung |
| **Address** | ████████████████████████ ██████ |
| **City** | ████████ |
| **State/Province** | Taiwan |
| **Zip/Postal Code** | ████ |
| **Telephone** | ████████████ |
| **Email Address** | ████████@gmail.com |
| **Choose a Reason for Contact** | OtherQuestions *(Other Questions)* |
| **Questions/Comments** | I want to be Excluded by October 8, 2021.Because, during these time I short TESLA and get some bucks.I didn't lose any money. |



G███████Hirota



In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

September 15, 2021

I, G██████Hirota, residing at ██████████████H1 ████████ (phone number ████
██████ requests exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-
04865-EMC (N.D. Cal.). 20.00000 shares of TESLA INC Symbol:TSLA CUSIP:88160R-10-1 was purchased
on August 16, 2018 at $335.73990 per share for total cost of $6,714.80 (+transaction fee $7.00 Net Amount
$6,721.80).

Sincerely yours,



G███████Hirota



G████████ Hirota
████████ HI ████████



TEC



████████ HI ████

3 SEP 2021   PM 1   L



FOREVER/USA

SEP 0 7 2021

IN RE TESLA, INC. SECURITIES 00030783
LITIGATION
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91410
SEATTLE, WA 98111

JND 09/07/21

98111-016810



## Telsa Class Action

D███ Dunne <████████@yahoo.com.au>

Wed 9/8/2021 6:50 PM

To: CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

I D████████ Dunne do not wish to be part of this class Tesla Class action so please remove me for this or any further actions that may be pending.

I live in Australia and we are currently under lock-down so accessing postal services to return authorized notification is currently very difficult.

There are numbers on the notification which may help ID me 200347 or DHXK7RPQEU

Please email me if you require any additional information.

Thank You

D███ Dunne

████████

NSW
Australia.

## Case 3:18-cv-04865-EMC

S█████ Fraval <████████@gmail.com>

Thu 9/9/2021 5:23 PM

To:  CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

I'm requesting to be excluded from this class action lawsuit. Please confirm I have been removed.

Regards,

S█████ Fraval
████████████████

Received

SEP 10 2021

by JNDLA

Hello,

I am writing ~~to state to say self~~ to state that I request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.). Here are the requested information that is asked from me to not be included in the lawsuit:

(i) C█████ Kalafatis, ████████████

█████████████

███████, NC ███████

(ii) Bought 1 share of Tesla Stock
        August 8, 2018 1:28pm @ $373.39

        C████ ████

Sincerely,

        C██████ Kalafatis



In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

To:
In re Tesla, Inc. Securities Litigation
% JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

Received
SEP 10 2021
by JNDLA

To Whom It May Concern,

Please exclude me from the class action lawsuit against Tesla. I am no longer able to access the information regarding my stock purchases between August 7, 2018 and August 17th, 2018.

Thanks,

S█ Rahman
█TN

USA ★ FOREVER

7 SEP 2021 PM 5 L

SEP 10 2021

To:
In Re Tesla Securities Litigation
c/o JND Legal Administration
PO Box 91410
Seattle, WA 98111

98111-016810

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

From:
S. RAHMAN

TN



Received
SEP 10 2021
by JNDLA

S█████ Henck



@gmail.com

September 6, 2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

To Whom it May Concern,

I wish to be excluded from the 2018 Tesla Class Action lawsuit.  The only shares of Tesla, Inc, that I traded during the time period this lawsuit covers were 15 shares of common stock purchased @ 342.3625 on 8/15/2021.

Sincerely,

S█████ Henck

S. HENICK

In Re Tesla, Inc, Securities
Litigation

c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

SEP 10 2021

981130159

**From:**      M███ M (M&M's) <████████@gmail.com>
**Sent:**       Monday, September 13, 2021 3:06 PM
**To:**          CA - info@TeslaSecuritiesLitigation2018.com
**Subject:**    Exclude me from this class action suit

I wish to be EXCLUDED form this Class Action suit.

Sincerely


R██████ Mendivil

## Exclusion Letter

M███ M (M&M's) <██████████@gmail.com>

Wed 9/15/2021 7:47 PM

To:  CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com>

📎  1 attachments (135 KB)

Tesla Exclusion Letter.pdf;

Please EXCLUDE me from this Tesla Class Action Suit.

September 15, 2021



R ████ Mendivil

████ Az ██

To whom it may concern

Please find enclosed in this email all the requested material in order to be EXCLUDED from this Tesla Class action suit.

Sincerely yours,

R ████ Mendivil



Trade Transaction Details                                      ✕

**TSLA 08/10/2018 430.00 C**                          🖨 Print

| Transactions | Trade Details |
|---|---|
| Trade Date | 08/08/2018 |
| Settle Date | 08/09/2018 |
| Security # | 4324543 |
| CUSIP # | |
| Action | Buy to Open |
| Quantity | 1 |
| Price | $0.16 |
| Principal | -$16.00 |
| Commission | $5.60 |
| Total | -$21.60 |

Close

Transactions From 06/07/2018 To 09/17/2018 (Refreshed June Summary)

| Date | Action | | Symbol | Description | Quantity | Price | Total Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/15/2018 exp of 08/15/2018 | Expired | | TSLA 08/10/2018 430.00 C | CALL TESLA INC $430 EXP 08/10/18 | -1 | | | |
| 08/08/2018 | Buy to Open | Trade Details | TSLA 08/10/2018 430.00 C | CALL TESLA INC $430 EXP 08/10/18 | 1 | $0.16 | $0.00 | -$21.60 |
| Transactions Total | | | | | | | | $21.60 |

█████████ CA ████

Received
SEP 16 2021
by JNDLA

**USPS CERTIFIED MAIL**

9214 8901 4298 0463 0299 39

0005147150000011
JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle WA 98111
USA

Re: Tesla, Inc. Securities Litigation

September 10, 2021

**The undersigned elects exclusion from the Class in "Tesla, Inc. Securities Litigation",
Case No. 3:18-cv-04865-EMC (N.D. Cal.).**

Name: B███ Fam
Address: ██████████████ CA █████
Telephone ████████████

who, on 8/10/2018, purchased 1666 shares of TSLA common stock at $350.10 per share



B███ Fam
9/10/2021



9/10/21

Received
SEP 16 2021
by JNDLA

I  S███ Cluchey request to be excluded
from the Class action No. 3:18-CV-04865-EMC


: S███ Clancy

SEP 16 2021

IN RE TESLA, INC SECURITIES 000 45 416
LITIGATION
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91410
SEATTLE, WA 98111

9811130168

JND 09 16/21



In re Tesla, Inc. Securities Litigation                    2 September 2021

c/o JND Legal Administration

PO Box 91410

Seattle, WA 98111

Received
SEP 20 2021
by JNDLA

Dear Sir,

We have received your advice regarding the class action that has been filed.

The S▉▉▉  S▉▉▉▉▉▉ Fund wishes to be excluded from the class.

T▉ Shepherd

(Trustee)

S▉ Ekberg

(Trustee)

AIR MAIL

SEP 2 0 2021

In re Tesla, Inc Securities Litigation
c/o JND Legal Administration
PO Box 91410
Seattle, WA 98111
USA

AUSTRALIA $3.40
Blue Lake wetland, NSW

Received
SEP 2 4 2021
by JNDLA

Sept 20, 2021

I request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

G ▮ Yakushiji
▮▮▮▮▮
▮▮▮▮, DC ▮▮
▮▮▮▮

Bought 2 shares of TSLA common stock on Aug 10, 2018 for $715.35.





IN RE TESLA, INC. SECURITIES LITIGATION
C/O JND LEGAL ADMINISTRATION
EXCLUSIONS
PO BOX 91410
SEATTLE, WA 98111

**What is this notice?**

**A class action has been filed, and you may be a member of the class. If you do not wish to be a part of the class, you must respond to this notice with a written request for exclusion (see below). If you are a broker or custodian, please immediately review the full Notice at the website below for instructions on providing timely notification to beneficial owners.**

A class action lawsuit called *In re Tesla, Inc. Securities Litigation*, No. 3:18-cv-04865-EMC (the "Action") is now pending in the U.S. District Court for the Northern District of California against Tesla, Inc. ("Tesla"), Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants"). The lawsuit alleges, among other things, that in August 2018, Elon Musk made false and/or materially misleading statements via Twitter about Tesla possibly becoming a private company. Defendants strongly deny that they did anything wrong. The Action has been certified as a class action on behalf of the Class described below, except for certain persons and entities that request to be excluded from the Class. The Court has appointed Plaintiff Glen Littleton to represent the Class as the Class Representative. By certifying the Class and authorizing this notice, the Court is not suggesting that the Class Representative will win or lose this case; he will instead attempt to prove his claims in proceedings that will occur in the future. This notice is intended only to advise you that the Action has been certified as a class action and of your rights with respect to the lawsuit. Additional information about the Action and your rights is available at www.TeslaSecuritiesLitigation2018.com or by calling (833) 636-2111.

**Why am I being contacted?**

You are a member of the Class if you purchased and/or sold Tesla stock, options, and/or other securities between 12:48 P.M. EDT on 8/7/2018 and 8/17/2018.

20 AUG BOUGHT 50 $299.
8 AUG 2018 SOLD 50 $374.99

01

TEL: +[redacted]

[redacted] FC 000000000

M [redacted] CORNELIUS &
[redacted] CORNELIUS JTWROS

WE REQUEST EXCLUSION from the CLASS IN IN RE TESLA-INC SECURITIES LITIGATION CASE 318-cv-04865-EMO (N.D.Cal)

IN RE TESLA, INC. SECURITIES 00000351
LITIGATION
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91410
SEATTLE, WA 98111

01

00000351

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225
JOB# N60479-010

INTL PRIORITY AIRMAIL
U.S. POSTAGE
PAID
JAMAICA, NY 11430
PERMIT NO. 9032

PAR AVION
INTERNATIONAL
PRIORITY AIRMAIL

Questi
www.T
for co

Received
SEP 24 2021
by JNDLA

## What are my options?

If you    a Class Member, you have the right to decide whether to remain a member of the Class. You can (1) do nothing, in which case you will automatically be included in the class, or (2) exclude yourself from the Class. **Whether you act or not, your rights may be affected.** If you choose to remain a member of the Class, you do not need to do anything at this time (other than retain your documentation reflecting your transactions in Tesla securities). You will automatically be included in the Class, and you will be bound by the proceedings in this Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable. If you are a Class Member and do not wish to remain a member of the Class, you must take steps to exclude yourself from the Class. If you timely and validly request to be excluded from the Class, you will not be bound by any orders or judgments in the Action, and you will not be eligible to receive a share of any money that might be recovered in the future for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion postmarked no later than October 8, 2021, in accordance with the instructions set forth in the full Notice (see below). If at a later date the parties decide to settle, then you will have another opportunity to exclude yourself from the Class. Absent settlement, however, you will not be able to exclude yourself from the Class or subsequent orders and judgments if you do not request exclusion in response to this notice.

## Do I have a lawyer?

Yes. The Court has appointed lawyers from Levi & Korsinsky, LLP as "Class Counsel." They represent you and other Class Members. Unless you hire your own personal lawyer, as a Class Member you will not have any direct obligations to pay the costs of this lawsuit. If you hire your own lawyer, you will need to pay your own legal fees.

## Where can I find additional information?

For the full Notice and more information about the Action, including how to exclude yourself, go to www.TeslaSecuritiesLitigation2018.com or call (833) 636-2111.

If you are a broker or custodian, please immediately review the full Notice at the website above for instructions on providing timely notification to beneficial owners.

Seattle, WA 98111
P.O. Box 91410
c/o JND Legal Administration
*In re Tesla, Inc. Securities Litigation*



depositing this postcard in the U.S. Mail.
please confirm your address by filling in the above information and
To make sure your information remains up-to-date in our records,
**Address Change Form**
_____
_____
Current Address: _____
Name: _____
*Carefully separate this Address Change Form at the perforation.*

Place a Stamp Here



M CORNELIUS

UAE

AIR MAIL

In re Tesla, Inc, Securities Litigation
c/o JND Legal Administration
Exclusions
P O Box 91410
SEATTLE, WA 98111

U.S.A.

A██████        JANGA

████████████████████████

██████  TX - ██████

Date:- sept 8th, 2021

Dear sir/madam

Received
SEP 27 2021
by JNDLA

I write to you to request exclusion from the class in
In Re Tesla, Inc. Securities litigation,
Case No: 3:18-cv-04865-EMC (N.D. Cal.)

(i)    A████████████████    JANGA
       ████████████████████████
       ██████████████
       ████████ - TX ████████
       Ph:- ██████████████

(ii)   shares bought : 2 shares at $378.21 per share
       shares sold : 0
       date & time : Aug 7th, 2018 at 3:31 PM

(iii)   A████████

Thank you,
A██████

SEP 27 2021

-TX-

JANYA

IN RE TESLA, INC. SECURITIES LITIGATION

C/O IND LEGAL ADMINISTRATION/21

EXCLUSIONS

PO BOX 91410

SEATTLE, WA 98111

7020 2450 0000 8280 1111

CERTIFIED MAIL

MAILED FROM ZIP CODE
0000022307   SEP 22 2021
02 1P

$ 004.910

PITNEY BOWES

UNITED STATES POSTAGE



Received
SEP 27 2021
by JNDLA

SEP 27 2021

Sept. 25, 2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

Sirs,

      I, I█ █ Schroeder, ██████████ IA █
████ request exclusion from the: Class in *In Re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC (N.D. Cal.). I purchased nine shares of TSLA stock at 9:39 AM on Aug. 17, 2018. The share price was $322.00.
      Although you did not request it, the current value of these shares is approximately $33,750.

*Schroeder*

I █ Schroeder



24 SEP 2021   PM 1   L

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

SEP 27 2021

MONDAY, SEPTEMBER 27, 2021

GREETINGS!!

Received

SEP 30 2021

by JNDLA

To WHOM IT MAY CONCERN:

I AM OFFICIALLY EXCLUDING MYSELF FROM THE CLASS ACTION LAWSUIT AGAINST TESLA. THANK YOU.

REGARDS.

JERVEY

M Jervey

_____, VA



27 SEP 2021   PM 1   L

In Re-Tesla, Inc. Securities Litigation

PO Box 91410

Seattle, WA 98111

JND 09/30/21

98111-016810



© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

IN RE TESLA, INC. SECURITIES LITIGATION

Received
OCT 04 2021
by JNDLA

Name: M█████ Roda & E███ Zambrano

Address: ████████████████████████, FL ██████

Phone #: ████████████

Type and amount of Tesla securities: 25 RSU, for $7,541.50

Statement Period : August 1, 2018 - August 31,

| 8 | $301.66 | $2,413.28 |
|---|---------|-----------|
| 11 | $301.66 | $3,318.26 |
| 1 | $301.66 | $301.66 |
| 5 | $301.66 | $1,508.30 |

With all the information detail above WE "request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.)."

M█████ Roda

E██ Zambrano



U.S. POSTAGE PAID
FCM LETTER

$7.38
R2305M144643-19

SEP 30 '21
AMOUNT

98111

CERTIFIED MAIL

7021 0950 0002 2831 9474

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91416
Seattle, WA 98111

98111-016810

RETURN RECEIPT
REQUESTED

OCT 0 4 2021

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

IN RE TESLA, INC. SECURITIES LITIGATION

Received
OCT 04 2021
by JNDLA

Name: M██████ Roda & E███ Zambrano

Address: ████████████████████████ FL ████

Phone #: ████████████

Type and amount of Tesla securities: 25 RSU, for $7,541.50

Statement Period : August 1, 2018 - August 31,

| | | |
|---|---|---|
| 8 | $301.66 | $2,413.28 |
| 11 | $301.66 | $3,318.26 |
| 1 | $301.66 | $301.66 |
| 5 | $301.66 | $1,508.30 |

With all the information detail above WE "request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.)."

M██████ Roda

E███ Zambrano



In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration

EXCLUSIONS'
P.O. Box 91410
Seattle, WA 98111

U.S. POSTAGE PAID
FCM LETTER
FL
SEP 27 '21
$7.38
R2305M144643-19

98111

CERTIFIED MAIL

7021 0950 0000 2337 8749

RETURN RECEIPT
REQUESTED

98111-016810

Received
OCT 0 4 2021
by JNDLA

To whom it may concern:

I request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No.
3:18-cv-04865-EMC (N.D. Cal.).

Name of person requesting exclusion: F ███ Singer
Address of person requesting exclusion: ████████████████████ NC ███
Telephone number of person requesting exclusion: ████████

| Type of Tesla Security | Purchased or Sold? | Quantity Sold | Date of Sale | Sale Price of Security (USD) |
|---|---|---|---|---|
| Common Stock | Sell | 14 shares | 8/17/2018 | $308.13 |

Signature of Person requesting exclusion: _____

Date of Signature: 9/19/2021

---

**9. If I am a Class Member, how do I ask the Court to exclude me from the Class?**

If you wish to be excluded from the Class ("opt-out"), you must submit a letter stating that you "request
exclusion from the Class in *In Re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC (N.D.
Cal.)." Your request for exclusion must: (i) state the name, address, and telephone number of the person
or entity requesting exclusion; (ii) state the type and amount of Tesla securities that the person or entity
requesting exclusion purchased and/or sold during the Class Period, as well as the dates and prices of
each such purchase and/or sale; and (iii) be signed by the person or entity requesting exclusion or an
authorized representative. You must mail your exclusion request so that it is postmarked no later than
October 8, 2021 to:

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

You cannot exclude yourself from the Class by telephone or by email, and a request for exclusion will
not be effective unless it contains all the information called for by this section and is postmarked by the
date stated above, unless the Court makes an exception. Only request exclusion if you do not wish to
participate in the Action and do not wish to share in any potential recovery that the Class may obtain.



28 SEP 2021   PM 4   L

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

P. Singer

NC

▮▮▮▮▮▮▮▮

| | |
|---|---|
| **From:** | I▮▮▮▮▮ <i▮▮▮@gmail.com> |
| **Sent:** | Monday, October 4, 2021 1:28 PM |
| **To:** | CA - info@TeslaSecuritiesLitigation2018.com |
| **Subject:** | Re: In re Tesla, Inc. Securities Litigation, Case Number: 3:18-cv-04865-EMC |

Please note that I ask to be excluded for this lawsuit.

Please confirm receipt.

Thank you.
I▮▮▮ Raue

On Jul 29, 2021, at 9:26 AM, CA - info@TeslaSecuritiesLitigation2018.com <info@TeslaSecuritiesLitigation2018.com> wrote:

<image001.png>

**RE:** *In re Tesla, Inc. Securities Litigation,* Case Number: 3:18-cv-04865-EMC

Name of Security: Tesla stock, options, and other securities

Class Period: 12:48 p.m. EDT on August 7, 2018 to August 17, 2018, inclusive

Settlement Class Criteria **All individuals and entities who purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018 and were damaged thereby. Excluded from the Class are: Defendants; the officers and directors of Tesla at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which Defendants have or had a controlling interest. The Class definition is subject to change by Court order, pursuant to Rule 23 of the Federal Rules of Civil Procedure.**
To Whom It May Concern,

The Court directed that the Notice be provided to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018, inclusive, you may be a member of the Class. As a Class Member, you will be bound by the result of any trial of the Action, any judgment entered by the Court, and any determination made by the Court, unless you timely mail a request for exclusion, as described below, postmarked no later than **October 8, 2021**.

**PLEASE READ THE NOTICE CAREFULLY.**
**If you have any questions about the Notice please DO NOT contact the Court, the Defendants in the Action or their counsel. All questions should be directed to Class Counsel (*see* page 6 of the Notice) or the Notice Administrator (*see* below).**

| WHAT ARE MY OPTIONS? | |
|---|---|
| **Do nothing** | **Stay in this lawsuit. Await the outcome. Give up certain rights.**<br>By doing nothing, you keep the possibility of sharing in any recovery (monetary or otherwise) that may result from a resolution in favor of the Class, such as a trial or a settlement. In exchange, you give up any right you may have to sue Defendants separately about the same factual circumstances and legal claims being raised in this lawsuit, and you will be bound by the outcome of this case if |

| WHAT ARE MY OPTIONS? | |
|---|---|
| | tried before a jury or decided by the Court. If the parties agree to a settlement, then you will have another opportunity to opt out or exclude yourself from the case at that time. |
| **Ask to be excluded by**<br><br>**October 8, 2021** | **Get out of this lawsuit. Get no benefits from it. Keep your rights.**<br>If you ask to be excluded from this lawsuit, you will not be bound by what happens in this case and will keep any right you might have to sue Defendants separately about the same factual circumstances and legal claims being raised in this lawsuit. If a recovery is later awarded in this case, you would not share in that recovery. |

Regards,

The Notice Administrator

**Mailing Address:** *In re Tesla, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

**Email**: info@TeslaSecuritiesLitigation2018.com
**Website**: www.TeslaSecuritiesLitigation2018.com
**Phone**: 1-833-636-2111

# REQUEST FOR EXCLUSION

## Lawsuit No. 3:18-cv-04865-EMC

Name:                     I█ Chifiac

Address:                  ███████████████ IL ████████████

Telephone number:        █████████████

## Auto-Stash Purchased

Date:                     August 9th 2018

Purchase price:           $25.00

Amount of Tesla shares:   0.07123

Share price:              $350.93

_10/01/2021_
Date

_C█ _____
Signature

10.01.2021

Cr ▓▓▓▓ ROZMUS

▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓, NY ▓▓▓

TEL. ▓▓▓▓▓▓▓▓▓

Received
OCT 05 2021
by JNDLA

I, G▓▓▓ Rozmus request exclusion from the
Class in In Re Tesla, Inc. Securities Litigation, Case
Nº 3:18-cv-04865-EMC (N.D. Cal.).

I purchased 15 stocks of Tesla INC. on 10/26/2018
for 308.25 USD each for total amount 4,623.75

I DO NOT want to be part of Class Member.
I Do NOT wish to remain a Member of the Class.
Please exclude me from the Class in In Re Tesla, Inc.
Securities Litigation, Case Nº 3:18-cv-04865-EMC (N.D.Cal.)

G▓▓▓ Rozmus
10/01/2021

G▓▓▓ Rozmus
tel ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓ NY ▓▓▓

Mr ▮▮▮▮ Rozmus
NY

OCT 05 2021

TESLA

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
Exclusions
P.O. Box 91410
Seattle, WA 98111

90111-016810

2 OCT 2021   PM 3   L
NY  144

JND  10/05/21

FOREVER / USA

Date: 10/04/2021

Received
OCT 06 2021
by JNDLA

To Whom It May Concern,

I request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Name of the person requesting exclusion: S███ Attupurath

Address of the person requesting exclusion: █████████████████████ CA, █████

Telephone number of the person requesting exclusion: ███████████

Type of Tesla securities purchased: Stocks

Amount of Tesla securities purchased: 2

Dates when Tesla securities purchased: 08/13/2018

Price of each Tesla securities purchased: $357.61

S███ Attupurath

OCT 0 6 2021

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL**

P

PRIORITY MAIL 2-DAY®

US POSTAGE PAID
$8.70
Retail

Origin: 96554
10/04/21
0595480214-11

0 Lb 1.80 Oz

EXPECTED DELIVERY DAY: 10/07/21

SHIP
TO:
  PO BOX 91410
  Seattle WA 98111-0168

USPS TRACKING® #

9505 5118 0237 1277 4090 06

1006

B900

TRACKED

FLAT RATE
ONE RATE ■ ANY

- Expected delivery da
- Most domestic ship
- USPS Tracking® incl
- Limited international
- When used internati
- *Insurance does not cover c
  Domestic Mail Manual at ht
- ** See International Mail Ma

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

FROM: S          ATTURUPATH

TO:
In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

RECEIVED

OCT 08 2021

by JNDLA

To whom it may concern,

I, Z███ Holz, request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).  My full name, address and telephone number are as follows:

Z██████ Holz
██████████
████████
█████PA███
████████

On 8/16/2021 I purchased 10 shares of Tesla Inc Common Stock at a price of $338.31 per share.

On 8/16/2021 I sold 10 shares of Tesla Inc Common Stock at a price of $339.8375 per share.

Thank you.

Signed,

Z███Holz



In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

98111-016610

PA 150
5 OCT 2021 PM 2 L



To Whom It May Concern

Request exclusion from the Class in *In Re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

I kindly request for "opt-out" from the above class. Please kindly find the details that were requested as part of the opting-out process in the notice

(i) state the name, address, and telephone number of the person or entity requesting exclusion

**NAME:** A▇▇▇▇ Soundararajan
**ADDRESS:** ▇▇▇▇▇▇▇▇

▇▇▇▇▇ CA ▇▇▇
**MOBILE:** ▇▇▇▇▇▇▇

(ii) state the type and amount of Tesla securities that the person or entity requesting exclusion purchased and/or sold during the Class Period, as well as the dates and prices of each such purchase and/or sale

| | |
|---|---|
| **TYPE:** | Stock (TSLA) |
| **AMOUNT OF TESLA SECURITIES :** | 1 stock (total $365)  or  (post **5 for 1** split,  5 stocks  => $73*5=$365 in total) |
| **DATES:** | 08/09/2018 |
| **PURCHASE PRICE:** | $365 per stock  or (post 5 for 1 split => $73 per stock) |

(iii) be signed by the person or entity requesting exclusion or an authorized representative

▇▇▇▇ SOUNDARARAJAN

Thanks and Regards

A▇▇▇ Soundararajan



PRESS FIRM

**PRIORITY MAIL**

U.S. POSTAGE PAID
$8.70
AMOUNT
R2304E1-04782-02

FROM: _SOUNDARARAJAN_

_____ , CA

RECEIVED
OCT 08 2021
by JNDLA

TO:

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111

EXPECTED DELIVERY DAY: 10/09/21

USPS TRACKING® #

9505 5105 1512 1279 5734 16

■ Expected delivery date specified for domestic use.
■ Most domestic shipments include up to $50 of insurance (restrictions apply).*
■ USPS Tracking® included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free Package Pickup,
scan the QR code.

**From:** ████ Herrera <████████@hotmail.com>
**Sent:** Friday, October 8, 2021 1:21 PM
**To:** CA - info@TeslaSecuritiesLitigation2018.com
**Subject:** D████ HERRERA lawsuit No. 3: 18-cv04865-EMC. TSLA

Please request to be excluded from this lawsuit No. 3: 18-cv04865-EMC.

thank you very much for your attention.


D████████ CASTRO
████████████████████
████████████████
MEXICO CITY ████████
MEXICO

 Libre de virus. www.avast.com

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

Received
OCT 1 2 2021
by JNDLA

October 7, 2021

To whom it may concern,

We, I████ Taylor and G████Mitchell, request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

Address (joint):

████████████
████ KS████

Cell (I████ :    ████████        Cell (C████ :    ████████

Tesla securities purchased and/or sold between 12:48 P.M. EDT on 8/7/2018 and 8/17/2018:

| Date | Time | Description | Price | Amount |
|------|------|-------------|-------|--------|
| 08/13/2018 | 10:55:36 | Bought 28 TSLA (stock) | $355.0000 | $9,940.00 |

Signed,



L████ Taylor          10/7/2021          G████ Mitchell     10/7/2021

(date)          (date)





U.S. POSTAGE PAID
FCM LETTER
MO
OCT 07, 21
AMOUNT
$4.33
R2304W119722-25

98111

1000

640

7 OCT 2021 PM 5 L

OCT 1 2 2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

KANSAS CITY 640
7 OCT 2021 PM 5 L



7020 1290 0000 5663 1570



CERTIFIED MAIL

7020 1290 0000 5663 1570

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

Received
OCT 1 2 2021
by JNDLA

October 7, 2021

To whom it may concern,

We, L███ Taylor and G███ Mitchell, request exclusion from the Class in In Re Tesla, Inc. Securities
Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

Address (joint):

████████████
████ KS █████

Cell (I████):  ████████         Cell (G███):      ████████

Tesla securities purchased and/or sold between 12:48 P.M. EDT on 8/7/2018 and 8/17/2018:

| Date | Time | Description | Price | Amount |
|------|------|-------------|-------|--------|
| 08/13/2018 | 10:55:36 | Bought 28 TSLA (stock) | $355.0000 | $9,940.00 |

Signed,

/ T8L ————   10/7/2021        / G█ Mitchell   10/7/2021
L███ Taylor        (date)        G███ Mitchell        (date)



In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

Oct. 7, 2021

Received
OCT 1 2 2021
by JNDLA

In Re: Tesla, Inc. Securities Litigation

c/o JND Legal Administration EXCLUSIONS

PO Box 91410 Seattle, WA 98111


Dear US District Court, Northern District of CA San Francisco Division,


I'm requesting exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

V█████ Quirindongo



CA █████

████████████

**Tesla Securities**

| | |
|---|---|
| Exercised Date: | Aug 7, 2018 |
| Grant Type: | ISO |
| Grant Price: | $103.64 |
| Exercise Market Value: | $379.57 |
| Shares Exercised: | 6 |
| Shares Issued: | 6 |

| | |
|---|---|
| Release Date: | Aug 16, 2018 |
| Award Type: | RSU |
| Market Value Per Share: | $338.69 |
| Sale Price Per Share: | $339.91 |
| Shares Released: | 2 |

Regards,

V███ Quirindongo

OCT 1 2 2021

CA

QUIRINDONGO

IN RE TESLA INC. SECURITIES LITIGATION
C/O JND LEGAL ADMINISTRATION
PO BOX 91410
SEATTLE WA 98111

98111-01688

7 OCT 2021  PM 5  L

CA 957



USA FIRST-CLASS



E██████ Santoro

███ CO ████

```
Received
OCT 1 2 2021
by JNDLA
```

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
P.O. Box 91410
Seattle, WA 98111

October 5, 2021

Dear JND Legal Administration,

I request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).  My name is E██████ Santoro, ████████████████ CO ████ (Phone Number ████████).  I made the following Tesla Securities transactions during the Class period as follows:

| Security | Quantity | Date Acquired | Date Sold | Proceeds | | Cost Basis | |
|---|---|---|---|---|---|---|---|
| Tesla Common Stock | 20 | 6/21/2017 | 8/8/2018 | $ | 7,499 | $ | 7,385 |
| Tesla Common Stock | 10 | 6/29/2017 | 8/8/2018 | $ | 3,749 | $ | 3,620 |
| Tesla Common Stock | 5 | 7/10/2017 | 8/8/2018 | $ | 1,875 | $ | 1,531 |
| Tesla Common Stock | 5 | 10/3/2017 | 8/8/2018 | $ | 1,875 | $ | 1,739 |
| Tesla Common Stock | 5 | 10/20/2017 | 8/8/2018 | $ | 1,874 | $ | 1,744 |
| Tesla Common Stock | 6 | 10/25/2017 | 8/8/2018 | $ | 2,250 | $ | 1,955 |
| Tesla Common Stock | 5 | 2/9/2018 | 8/8/2018 | $ | 1,875 | $ | 1,529 |
| Tesla Common Stock | 10 | 3/23/2018 | 8/8/2018 | $ | 3,749 | $ | 3,053 |
| Tesla Common Stock | 15 | 3/28/2018 | 8/8/2018 | $ | 5,624 | $ | 3,856 |
| Totals: | 81 | | | $ | 30,370 | $ | 26,412 |

Please update your files to exclude me from the case.

Sincerely,



E██████ Santoro



Santoro

OCT 1 2 2021

In re: Tesla Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111

98111-01680

7 OCT 2021 · PM 9 L

CO 802

JND 10/12/21



Oct 5, 2021



To whom this may concern

I, S███ Sebastian currently residing at ██████████████ PR███ bought TESLA shares in August of 2018, details of which are shown below.  My phone number is ████████

| Date | Symbol | # of shares | price/share |
|------|--------|-------------|-------------|
| 08/10/2018 | TSLA | 300 | 352.92 |

Please exclude me from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Thank you.

S███ Sebastian





Z ▉ Luo
▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉
Australia
06/10/2021

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
PO Box 91410
Seattle, WA 98111


Dear JND Legal Administration,

My name is Z ▉ Luo, and I request exclusion from the Class in In Re Tesla, Inc. Securities
Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

My address is ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Australia, and my Phone number is
▉▉▉▉▉▉▉▉▉▉

I purchased ten shares at the price of $379.665 (total: $3796.55) on August 7, 2018.

Regards,

Z ▉ Luo



In re Tesla Inc. Securities Litigation
c/o JND Legal Administration
EXCLUSIONS
P.O. Box 91410
Seattle, WA 98111
USA

Received
SEP 3 0 2021
by JNDLA

To Whom It May Concern,

I would like to kindly excuse myself from the class, as I did not buy/sell Tesla stock during the specified time frame and therefore do not meet the qualifications to become a class member.

Sincerely,
J█████ Stubrich
█████████████████
█████ NV █████
ID# D2WSXHQEZ6

Received

SEP 16 2021

by JNDLA

17 SEP 2021 PM 3 T

IN RE TESLA INC. SECURITIES LITIGATION
C/O JND LEGAL ADMINISTRATION
P.O. BOX 91410
SEATTLE, WA 98111

SEP 30 2021

JEP
2

JND 09/30/21



To whom it may concern,

I am writing to request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

Below is the information required to be provided in this request for "opt-out" under item 9 of the Notice of Pendency of Class Action:

(i)   state the name, address, and telephone number of the person or entity requesting exclusion;



M███ Johnson

████████████████

████ TX ██████

███████

(ii)  state the type and amount of Tesla securities that the person or entity requesting exclusion purchased and/or sold during the Class Period, as well as the dates and prices of each such purchase and/or sale;

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/10 | CALL (TSLA) TESLA INC COM AUG 10 18 $380 (100 SHS) OPENING TRANSACTION | 3771159AW | You Bought | 15.000 | $0.46000 | - | -$15.21 | -$705.21 |
| 08/13 | CALL (TSLA) TESLA INC COM AUG 10 18 $380 (100 SHS) CLOSING TRANSACTION | 3771159AW | You Sold Transaction Loss: $591.73 | -15.000 | 0.08000 | 705.21 | -6.52 | 113.48 |
| 08/13 | TESLA INC COM | 88160R101 | You Bought | 30.000 | 348.93000 | | -4.95 | -10,472.85 |
| Total Securities Bought | | | | | | - | -$20.16 | -$11,178.06 |
| Total Securities Sold | | | | | | $705.21 | -$6.52 | $113.48 |

(iii)  be signed by the person or entity requesting exclusion or an authorized representative.

Name  _M███ Johnson_

Date  _10/8/21_
October 8, 2021



In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
PO Box 91410
Seattle, WA 98111