# EXHIBIT D



To whom it may concern,

I am writing to request exclusion from the Class in In Re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.).

Below is the information required to be provided in this request for "opt-out" under item 9 of the Notice of Pendency of Class Action:

(i) state the name, address, and telephone number of the person or entity requesting exclusion;

M█████ Johnson
█████████████████████
█████ TX █████
█████████████

(ii) state the type and amount of Tesla securities that the person or entity requesting exclusion purchased and/or sold during the Class Period, as well as the dates and prices of each such purchase and/or sale;

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/10 | CALL (TSLA) TESLA INC COM AUG 10 18 $380 (100 SHS) OPENING TRANSACTION | 3771159AW | You Bought | 15.000 | $0.46000 | - | -$15.21 | -$705.21 |
| 08/13 | CALL (TSLA) TESLA INC COM AUG 10 18 $380 (100 SHS) CLOSING TRANSACTION | 3771159AW | You Sold Transaction Loss: $591.73 | -15.000 | 0.08000 | 705.21 | -6.52 | 113.48 |
| 08/13 | TESLA INC COM | 88160R101 | You Bought | 30.000 | 348.93000 | | -4.95 | -10,472.85 |
| Total Securities Bought | | | | | | - | -$20.16 | -$11,178.06 |
| Total Securities Sold | | | | | | $705.21 | -$6.52 | $113.48 |

(iii) be signed by the person or entity requesting exclusion or an authorized representative.

Name ___M█████ Johnson___

Date ___10/8/21___
October 8, 2021



M. ███ Johnson
███, TX

OCT 1 2 2021

9 OCT 2021 PM 3 L  TX 787

In re Tesla, Inc. Securities Litigation
c/o JND Legal Administration
PO Box 91410
Seattle, WA 98111

JND 10/12/21

Name: F█ Naveena  Oct 10th 2021

Address: ███████ CA-████

Tel: 408-███-████

Received
OCT 22 2021
by JNDLA

Subject: Exclude myself from the class.

Dear Sir/madam,

please exclude me from this class. this is my transaction details from Aug 7th 2018 and Aug 17th 2018.

| Settle Date | Trade Date | Transaction Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 08/6/18 | 08/02/18 | Shortsale TESLA INC: TSLA | (100.0000) | 330.0000 | 32,999.57 |
| 08/21/18 | 08/17/18 | Cover short TESLA INC: TSLA | 100.0000 | 305.0000 | 30,500.00 |

Thanking you



Oct 10th 2021

