**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, as of November 1, 2021, the address of the San Francisco office of Levi & Korsinsky, LLP and its attorneys Adam M. Apton and Adam C. McCall will change. The new address is:

LEVI & KORSINSKY, LLP
75 Broadway, Suite 202
San Francisco, CA 94111

All telephone and facsimile numbers and email addresses remain the same. Please revise your proof of service and file information accordingly.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 28, 2021 | **LEVI & KORSINSKY, LLP** |
| 3 | | _/s/ Adam M. Apton_ |
| 4 | | Adam M. Apton (SBN 316506) |
| | | Adam C. McCall (SBN 302130) |
| 5 | | 75 Broadway, Suite 202 |
| 6 | | San Francisco, CA 94111 |
| | | Tel.: (415) 291-2420 |
| 7 | | Email: aapton@zlk.com |
| | | Email: amccall@zlk.com |