COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:     +1 650 843 5000
Facsimile:      +1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

LEVI & KORSINSKY, LLP
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (212) 363-7171

Attorneys for Lead Plaintiff
GLEN LITTLETON and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No.  3:18-cv-04865-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:       November 18, 2021<br>Time:      11:30 a.m.<br>Judge:     Hon. Edward M. Chen |

    Lead Plaintiff Glen Littleton ("Lead Plaintiff") and Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice ("Defendants") (collectively, Lead Plaintiff and Defendants are referred to as the "Parties") submit this Joint Case Management Statement under the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-10(d).

The last status conference in this matter occurred on April 15, 2021, during which the Court ordered a further status conference to occur on November 18, 2021. (ECF No. 317.)

**1-7. JURISDICTION AND SERVICE, FACTS, LEGAL ISSUES, MOTIONS, AMENDMENT OF PLEADINGS, EVIDENCE PRESERVATION, DISCLOSURES.**

There have been no updates to these categories since the Parties' last joint case management statement, filed April 8, 2021. (ECF No. 316.)

**8.   DISCOVERY.**

The Parties have substantially completed fact discovery. Remaining fact discovery includes: the Lead Plaintiff's deposition; the completion of a non-party witness's deposition; and the resolution of a pending dispute concerning Defendants' assertion of attorney-client privilege and work product claims. In addition, Lead Plaintiff served his objections and responses to Defendants' interrogatories on November 4, 2021. Defendants have identified certain deficiencies in Lead Plaintiff's objections and responses, and will raise them shortly.

The Parties continue to conduct discovery in good faith. At this time, the Parties do not believe judicial intervention is required with respect to any discovery disputes, except potentially for the Parties' dispute over Defendants' privilege claims, as referenced above. In addition, the Parties also intend to resolve outstanding issues with respect to the "confidentiality" designations of various documents exchanged in discovery.

**9.   CLASS ACTIONS.**

On May 24, 2021, the Court granted the Parties' stipulation regarding the form, content, and method of providing notices to the Class. (ECF No. 326.) On October 22, 2021, the notice administrator informed the Court of the notice efforts. (ECF No. 345.)

**10-16. RELATED CASES, RELIEF, SETTLEMENT AND ADR, CONSENT TO MAGISTRATE JUDGE FOR ALL PROCEEDINGS, OTHER REFERENCES, NARROWING OF ISSUES, EXPEDITED TRIAL PROCEDURE.**

There have been no updates to these categories since the Parties' last joint case management statement, filed April 15, 2021. (ECF No. 316.)

**17.   SCHEDULING.**

On October 8, 2021, the Court entered a modified scheduling order setting forth the dates

for expert disclosure and reports, and dispositive motions. (ECF No. 341.) Pursuant to the modified scheduling order, the Parties would exchange opening expert reports on November 5, 2021 and rebuttal expert reports on December 3, 2021. Due to deposition scheduling issues, the Parties agreed at Plaintiff's request to an extension of the deadline for the exchange of opening expert reports. The Parties exchanged their opening expert reports but anticipate mutually agreeing to a brief extension of the date for rebuttal expert reports.

**18-20. TRIAL, DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS, PROFESSIONAL CONDUCT.**

There have been no updates to these categories since the Parties' last joint case management statement, filed April 15, 2021. (ECF No. 316.)

Dated: November 12, 2021                     COOLEY LLP

                                             By:  /s/ Patrick E. Gibbs
                                                  Patrick E. Gibbs

                                             Stephen C. Neal (170085)
                                             Patrick E. Gibbs (183174)
                                             Samantha A. Kirby (307917)
                                             3175 Hanover Street
                                             Palo Alto, CA 94304-1130
                                             Telephone: (650) 843-5000
                                             Facsimile: (650) 849-7400
                                             Email: nealsc@cooley.com
                                                    pgibbs@cooley.com
                                                    skirby@cooley.com

                                             Sarah M. Lightdale (*pro hac vice*)
                                             Brian M. French (*pro hac vice*)
                                             Bingxin Wu (*pro hac vice*)
                                             55 Hudson Yards
                                             New York, NY 10001-2157
                                             Telephone: (212) 479-6000
                                             Facsimile: (212) 479-6275
                                             Email: slightdale@cooley.com
                                                    bfrench@cooley.com
                                                    bwu@cooley.com

                                             *Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice*

| | |
|---|---|
| Dated: November 12, 2021 | LEVI & KORSINSKY, LLP |
| | By: */s/ Adam M. Apton* |
| | Adam M. Apton |
| | |
| | Adam M. Apton (316506) |
| | Adam C. McCall (302130) |
| | 75 Broadway, Suite 202 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 373-1671 |
| | Facsimile: (212) 363-7171 |
| | Email: aapton@zlk.com |
| | Email: amccall@zlk.com |
| | |
| | Nicholas I. Porritt (admitted pro hac vice) |
| | Alexander A. Krot III (admitted pro hac vice) |
| | 1101 30th Street NW, Suite 115 |
| | Washington, D.C. 20007 |
| | Telephone: (202) 524-4290 |
| | Facsimile: (212) 363-7171 |
| | Email: nporritt@zlk.com |
| | Email: akrot@zlk.com |
| | |
| | Joseph Levi (admitted pro hac vice) |
| | Eduard Korsinsky (admitted pro hac vice) |
| | 55 Broadway, 10th Floor |
| | New York, New York 10006 |
| | Tel: (212) 363-7500 |
| | Fax: (212) 363-7171 |
| | Email: jlevi@zlk.com |
| | Email: ek@zlk.com |

Pursuant to Civil Local Rule No. 5-1(i)(3), all signatories concur in filing this Joint Case Management Statement.

| | |
|---|---|
| Dated: November 12, 2021 | COOLEY LLP |
| | By: */s/ Patrick E. Gibbs* |
| | Patrick E. Gibbs |

COOLEY LLP