QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Michael T. Lifrak (Bar No. 232430)
    michaellifrak@quinnemanuel.com
   Jeanine Zalduendo (Bar No. 243374)
    jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*pro hac vice forthcoming*)
    alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER** |

1   PLEASE TAKE NOTICE that Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn
2   Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson
3   Rice ("Defendants") have retained Quinn Emanuel Urquhart & Sullivan, LLP to substitute as
4   counsel for Cooley LLP in the above-captioned matter.
5   Withdrawing counsel for Defendants are:

Patrick Edward Gibbs
Cooley LLP
3175 Hanover Street Palo Alto, CA 94304
Phone: (650) 843-5000
Fax: (650) 849-7400
Email: pgibbs@cooley.com

Stephen Cassidy Neal
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Phone: (650) 843-5000
Fax: (650) 849-7400
Email: sneal@cooley.com

Bingxin Wu
Cooley LLP
55 Hudson Yards
New York, NY 10001
Phone: (212) 479-6000
Fax: (212) 479-6275
Email: bwu@cooley.com

Brian French
Cooley LLP
55 Hudson Yards
New York, NY 10001
Phone: (212) 479-6000
Fax: (212) 479-6275
Email: bfrench@cooley.com

Sarah Malke Lightdale
Cooley LLP
55 Hudson Yards
New York, NY 10001
Phone: (212) 479-6000
Fax: (212) 479-6275
Email: slightdale@cooley.com

| | |
|---|---|
| 1 | Joshua Sol Schelly Walden |
| 2 | Cooley LLP |
|   | 3175 Hanover Street Palo Alto, CA 94304 |

Joshua Sol Schelly Walden
Cooley LLP
3175 Hanover Street Palo Alto, CA 94304
Phone: (650) 843-5000
Fax: (650) 849-7400
Email: jwalden@cooley.com

Samantha Anne Kirby
Cooley LLP
3175 Hanover Street Palo Alto, CA 94304
Phone: (650) 843-5000
Fax: (650) 849-7400
Email: skirby@cooley.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants:

Alex Spiro (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email:      alexspiro@quinnemanuel.com

Michael Lifrak
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone:    +1 213 443-3000
Email:      michaellifrak@quinnemanuel.com

Jeanine M. Zalduendo
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone:    +1 213 443-3000
Email:      jeaninezalduendo@quinnemanuel.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

| | |
|---|---|
| Dated: December 16, 2021 | TESLA, INC.<br><br>By: *Nathaniel Smith III* (signature)<br>NATHANIEL SMITH |
| Dated: December ___, 2021 | By: _____<br>ELON MUSK |
| Dated: December ___, 2021 | By: _____<br>BRAD W. BUSS |
| Dated: December ___, 2021 | By: _____<br>ROBYN DENHOLM |
| Dated: December ___, 2021 | By: _____<br>IRA EHRENPREIS |
| Dated: December ___, 2021 | By: _____<br>ANTONIO J. GRACIAS |
| Dated: December ___, 2021 | By: _____<br>JAMES MURDOCH |
| Dated: December ___, 2021 | By: _____<br>KIMBAL MUSK |
| Dated: December ___, 2021 | By: _____<br>LINDA JOHNSON RICE |
| Dated: December ___, 2021 | COOLEY LLP<br><br>By: _____<br>PATRICK E. GIBBS |

1

2  Dated: December __, 2021                TESLA, INC.

3

4                                          By: _____
                                               NATHANIEL SMITH
5

6  Dated: December 12, 2021                By: *Elon Musk*
                                               Elon Musk (Dec 12, 2021 15:34 EST)
7                                              ELON MUSK

8  Dated: December ___, 2021               By: _____
                                               BRAD W. BUSS
9

10 Dated: December ___, 2021               By: _____
                                               ROBYN DENHOLM
11

12 Dated: December ___, 2021               By: _____
                                               IRA EHRENPREIS
13

14 Dated: December ___, 2021               By: _____
                                               ANTONIO J. GRACIAS
15

16 Dated: December ___, 2021               By: _____
                                               JAMES MURDOCH
17

18 Dated: December ___, 2021               By: _____
                                               KIMBAL MUSK
19

20 Dated: December ___, 2021               By: _____
                                               LINDA JOHNSON RICE
21

22 Dated: December ___, 2021

23                                          COOLEY LLP

24
                                           By: _____
25                                             PATRICK E. GIBBS

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December __, 2021 | TESLA, INC. |
| 3 | | |
| 4 | | By: _____<br>     NATHANIEL SMITH |
| 5 | | |
| 6 | Dated: December ___, 2021 | By: _____<br>     ELON MUSK |
| 7 | | |
| 8 | Dated: December ___, 2021 | By: *Brad Buss*<br>     Brad Buss (Dec 13, 2021 17:23 PST)<br>     BRAD W. BUSS |
| 9 | | |
| 10 | Dated: December ___, 2021 | By: _____<br>     ROBYN DENHOLM |
| 11 | | |
| 12 | Dated: December ___, 2021 | By: _____<br>     IRA EHRENPREIS |
| 13 | | |
| 14 | Dated: December ___, 2021 | By: _____<br>     ANTONIO J. GRACIAS |
| 15 | | |
| 16 | Dated: December ___, 2021 | By: _____<br>     JAMES MURDOCH |
| 17 | | |
| 18 | Dated: December ___, 2021 | By: _____<br>     KIMBAL MUSK |
| 19 | | |
| 20 | Dated: December ___, 2021 | By: _____<br>     LINDA JOHNSON RICE |
| 21 | | |
| 22 | Dated: December ___, 2021 | |
| 23 | | COOLEY LLP |
| 24 | | |
| 25 | | By: _____<br>     PATRICK E. GIBBS |

4

**NOTICE OF WITHDRAWAL & SUBSTITUTION**
**OF COUNSEL FOR DEFENDANTS**
**3:18-CV-04865-EMC**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December __, 2021 | TESLA, INC. |
| 3 | | |
| 4 | | By: _____<br>NATHANIEL SMITH |
| 5 | | |
| 6 | Dated: December ___, 2021 | By: _____<br>ELON MUSK |
| 7 | | |
| 8 | Dated: December ___, 2021 | By: _____<br>BRAD W. BUSS |
| 9 | | |
| 10 | Dated: December ___, 2021 | By: _*Robyn Denholm (Dec 16, 2021 09:52 GMT+11)*_<br>ROBYN DENHOLM |
| 11 | | |
| 12 | Dated: December ___, 2021 | By: _____<br>IRA EHRENPREIS |
| 13 | | |
| 14 | Dated: December ___, 2021 | By: _____<br>ANTONIO J. GRACIAS |
| 15 | | |
| 16 | Dated: December ___, 2021 | By: _____<br>JAMES MURDOCH |
| 17 | | |
| 18 | Dated: December ___, 2021 | By: _____<br>KIMBAL MUSK |
| 19 | | |
| 20 | Dated: December ___, 2021 | By: _____<br>LINDA JOHNSON RICE |
| 21 | | |
| 22 | Dated: December ___, 2021 | COOLEY LLP |
| 23 | | |
| 24 | | By: _____<br>PATRICK E. GIBBS |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December __, 2021 | TESLA, INC. |
| 3 | | |
| 4 | | By: _____<br>NATHANIEL SMITH |
| 5 | | |
| 6 | Dated: December ___, 2021 | By: _____<br>ELON MUSK |
| 7 | | |
| 8 | Dated: December ___, 2021 | By: _____<br>BRAD W. BUSS |
| 9 | | |
| 10 | Dated: December ___, 2021 | By: _____<br>ROBYN DENHOLM |
| 11 | | |
| 12 | Dated: December ___, 2021 | By: *Ira Ehrenpreis*<br>Ira Ehrenpreis (Dec 12, 2021 09:35 PST)<br>IRA EHRENPREIS |
| 13 | | |
| 14 | Dated: December ___, 2021 | By: _____<br>ANTONIO J. GRACIAS |
| 15 | | |
| 16 | Dated: December ___, 2021 | By: _____<br>JAMES MURDOCH |
| 17 | | |
| 18 | Dated: December ___, 2021 | By: _____<br>KIMBAL MUSK |
| 19 | | |
| 20 | Dated: December ___, 2021 | By: _____<br>LINDA JOHNSON RICE |
| 21 | | |
| 22 | Dated: December ___, 2021 | COOLEY LLP |
| 23 | | |
| 24 | | By: _____<br>PATRICK E. GIBBS |
| 25 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December __, 2021 | TESLA, INC. |
| 3 | | |
| 4 | | By: _____<br>    NATHANIEL SMITH |
| 5 | | |
| 6 | Dated: December ___, 2021 | By: _____ |
| 7 | |     ELON MUSK |
| 8 | Dated: December ___, 2021 | By: _____ |
| 9 | |     BRAD W. BUSS |
| 10 | Dated: December ___, 2021 | By: _____ |
| 11 | |     ROBYN DENHOLM |
| 12 | Dated: December ___, 2021 | By: _____ |
| 13 | |     IRA EHRENPREIS |
| 14 | Dated: December ___, 2021 | By: _[signature]_____<br>    Antonio Gracias (Dec 13, 2021 11:52 EST) |
| 15 | |     ANTONIO J. GRACIAS |
| 16 | Dated: December ___, 2021 | By: _____ |
| 17 | |     JAMES MURDOCH |
| 18 | Dated: December ___, 2021 | By: _____ |
| 19 | |     KIMBAL MUSK |
| 20 | Dated: December ___, 2021 | By: _____ |
| 21 | |     LINDA JOHNSON RICE |
| 22 | Dated: December ___, 2021 | |
| 23 | | COOLEY LLP |
| 24 | | |
| 25 | | By: _____<br>    PATRICK E. GIBBS |

| | | |
|---|---|---|
| Dated: December __, 2021 | | TESLA, INC. |
| | | By: _____ |
| | |     NATHANIEL SMITH |
| Dated: December ___, 2021 | | By: _____ |
| | |     ELON MUSK |
| Dated: December ___, 2021 | | By: _____ |
| | |     BRAD W. BUSS |
| Dated: December ___, 2021 | | By: _____ |
| | |     ROBYN DENHOLM |
| Dated: December ___, 2021 | | By: _____ |
| | |     IRA EHRENPREIS |
| Dated: December ___, 2021 | | By: _____ |
| | |     ANTONIO J. GRACIAS |
| Dated: December ___, 2021 | | By: *JRM* |
| | |     JRM (Dec 14, 2021 10:32 EST) |
| | |     JAMES MURDOCH |
| Dated: December ___, 2021 | | By: _____ |
| | |     KIMBAL MUSK |
| Dated: December ___, 2021 | | By: _____ |
| | |     LINDA JOHNSON RICE |
| Dated: December ___, 2021 | | |
| | | COOLEY LLP |
| | | By: _____ |
| | |     PATRICK E. GIBBS |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December __, 2021 | TESLA, INC. |
| 3 | | |
| 4 | | By: _____<br>     NATHANIEL SMITH |
| 5 | | |
| 6 | Dated: December ___, 2021 | By: _____ |
| 7 | |     ELON MUSK |
| 8 | Dated: December ___, 2021 | By: _____ |
| 9 | |     BRAD W. BUSS |
| 10 | Dated: December ___, 2021 | By: _____ |
| 11 | |     ROBYN DENHOLM |
| 12 | Dated: December ___, 2021 | By: _____ |
| 13 | |     IRA EHRENPREIS |
| 14 | Dated: December ___, 2021 | By: _____ |
| 15 | |     ANTONIO J. GRACIAS |
| 16 | Dated: December ___, 2021 | By: _____ |
| 17 | |     JAMES MURDOCH |
| 18 | Dated: December 12, 2021 | By: *KMusk*<br>    KMusk (Dec 12, 2021 10:37 MST) |
| 19 | |     KIMBAL MUSK |
| 20 | Dated: December ___, 2021 | By: _____ |
| 21 | |     LINDA JOHNSON RICE |
| 22 | Dated: December ___, 2021 | |
| 23 | | COOLEY LLP |
| 24 | | |
| 25 | | By: _____<br>    PATRICK E. GIBBS |

| | | |
|---|---|---|
| Dated: December __, 2021 | | TESLA, INC. |
| | By: | _____ |
| | | NATHANIEL SMITH |
| Dated: December ___, 2021 | By: | _____ |
| | | ELON MUSK |
| Dated: December ___, 2021 | By: | _____ |
| | | BRAD W. BUSS |
| Dated: December ___, 2021 | By: | _____ |
| | | ROBYN DENHOLM |
| Dated: December ___, 2021 | By: | _____ |
| | | IRA EHRENPREIS |
| Dated: December ___, 2021 | By: | _____ |
| | | ANTONIO J. GRACIAS |
| Dated: December ___, 2021 | By: | _____ |
| | | JAMES MURDOCH |
| Dated: December ___, 2021 | By: | _____ |
| | | KIMBAL MUSK |
| Dated: December ___, 2021 | By: | *Linda Johnson Rice* |
| | | Linda Johnson Rice (Dec 13, 2021 11:36 CST) |
| | | LINDA JOHNSON RICE |
| Dated: December ___, 2021 | | |
| | | COOLEY LLP |
| | By: | _____ |
| | | PATRICK E. GIBBS |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December ___, 2021 | TESLA, INC. |
| 3 | | |
| 4 | | By: _____<br>NATHANIEL SMITH |
| 5 | | |
| 6 | Dated: December ___, 2021 | By: _____ |
| 7 | | ELON MUSK |
| 8 | Dated: December ___, 2021 | By: _____ |
| 9 | | BRAD W. BUSS |
| 10 | Dated: December ___, 2021 | By: _____ |
| 11 | | ROBYN DENHOLM |
| 12 | Dated: December ___, 2021 | By: _____ |
| 13 | | IRA EHRENPREIS |
| 14 | Dated: December ___, 2021 | By: _____ |
| 15 | | ANTONIO J. GRACIAS |
| 16 | Dated: December ___, 2021 | By: _____ |
| 17 | | JAMES MURDOCH |
| 18 | Dated: December ___, 2021 | By: _____ |
| 19 | | KIMBAL MUSK |
| 20 | Dated: December ___, 2021 | By: _____ |
| 21 | | LINDA JOHNSON RICE |
| 22 | Dated: December 16, 2021 | |
| 23 | | COOLEY LLP |
| 24 | | |
| 25 | | By: */S/ Patrick E. Gibbs*<br>PATRICK E. GIBBS |

Dated: December 16, 2021                         QUINN EMANUEL URQUART & SULLIVAN, LLP

By: */S/ Michael T. Lifrak*
MICHAEL T. LIFRAK

\* \* \* \* \*

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: December 16, 2021                         QUINN EMANUEL URQUART & SULLIVAN, LLP

By: */S/ Michael T. Lifrak*
MICHAEL T. LIFRAK

\* \* \* \* \*

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: December ___, 2021

JUDGE EDWARD M. CHEN