QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Michael T. Lifrak (Bar No. 232430)
     michaellifrak@quinnemanuel.com
   Jeanine Zalduendo (Bar No. 243374)
     jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*pro hac vice forthcoming*)
     alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [~~PROPOSED~~] ORDER** |

1   PLEASE TAKE NOTICE that Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn
2   Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson
3   Rice ("Defendants") have retained Quinn Emanuel Urquhart & Sullivan, LLP to substitute as
4   counsel for Cooley LLP in the above-captioned matter.

5   Withdrawing counsel for Defendants are:

6   Patrick Edward Gibbs
7   Cooley LLP
    3175 Hanover Street Palo Alto, CA 94304
8   Phone: (650) 843-5000
    Fax: (650) 849-7400
9   Email: pgibbs@cooley.com

10  Stephen Cassidy Neal
11  Cooley LLP
    3175 Hanover Street
12  Palo Alto, CA 94304-1130
    Phone: (650) 843-5000
13  Fax: (650) 849-7400
    Email: sneal@cooley.com
14

15  Bingxin Wu
    Cooley LLP
16  55 Hudson Yards
    New York, NY 10001
17  Phone: (212) 479-6000
    Fax: (212) 479-6275
18  Email: bwu@cooley.com

19
    Brian French
20  Cooley LLP
    55 Hudson Yards
21  New York, NY 10001
    Phone: (212) 479-6000
22  Fax: (212) 479-6275
    Email: bfrench@cooley.com
23

24  Sarah Malke Lightdale
    Cooley LLP
25  55 Hudson Yards
    New York, NY 10001
26  Phone: (212) 479-6000
    Fax: (212) 479-6275
27  Email: slightdale@cooley.com
28

Case 3:18-cv-04865-EMC   Document 350   Filed 12/16/21   Page 3 of 14

Joshua Sol Schelly Walden
Cooley LLP
3175 Hanover Street Palo Alto, CA 94304
Phone: (650) 843-5000
Fax: (650) 849-7400
Email: jwalden@cooley.com

Samantha Anne Kirby
Cooley LLP
3175 Hanover Street Palo Alto, CA 94304
Phone: (650) 843-5000
Fax: (650) 849-7400
Email: skirby@cooley.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants:

Alex Spiro (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email:     alexspiro@quinnemanuel.com

Michael Lifrak
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone:    +1 213 443-3000
Email:     michaellifrak@quinnemanuel.com

Jeanine M. Zalduendo
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone:    +1 213 443-3000
Email:     jeaninezalduendo@quinnemanuel.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

3

NOTICE OF WITHDRAWAL & SUBSTITUTION
OF COUNSEL FOR DEFENDANTS
3:18-CV-04865-EMC

| | |
|---|---|
| Dated: December 16, 2021 | TESLA, INC. |
| | By: /s/ Nathaniel Smith III |
| | NATHANIEL SMITH |
| | |
| Dated: December ___, 2021 | By: _____ |
| | ELON MUSK |
| | |
| Dated: December ___, 2021 | By: _____ |
| | BRAD W. BUSS |
| | |
| Dated: December ___, 2021 | By: _____ |
| | ROBYN DENHOLM |
| | |
| Dated: December ___, 2021 | By: _____ |
| | IRA EHRENPREIS |
| | |
| Dated: December ___, 2021 | By: _____ |
| | ANTONIO J. GRACIAS |
| | |
| Dated: December ___, 2021 | By: _____ |
| | JAMES MURDOCH |
| | |
| Dated: December ___, 2021 | By: _____ |
| | KIMBAL MUSK |
| | |
| Dated: December ___, 2021 | By: _____ |
| | LINDA JOHNSON RICE |
| | |
| Dated: December ___, 2021 | COOLEY LLP |
| | |
| | By: _____ |
| | PATRICK E. GIBBS |

| | | |
|---|---|---|
| Dated: December __, 2021 | | TESLA, INC. |
| | | By: _____ |
| | | NATHANIEL SMITH |
| Dated: December 12, 2021 | | By: *Elon Musk* |
| | | Elon Musk (Dec 12, 2021 15:34 EST) |
| | | ELON MUSK |
| Dated: December ___, 2021 | | By: _____ |
| | | BRAD W. BUSS |
| Dated: December ___, 2021 | | By: _____ |
| | | ROBYN DENHOLM |
| Dated: December ___, 2021 | | By: _____ |
| | | IRA EHRENPREIS |
| Dated: December ___, 2021 | | By: _____ |
| | | ANTONIO J. GRACIAS |
| Dated: December ___, 2021 | | By: _____ |
| | | JAMES MURDOCH |
| Dated: December ___, 2021 | | By: _____ |
| | | KIMBAL MUSK |
| Dated: December ___, 2021 | | By: _____ |
| | | LINDA JOHNSON RICE |
| Dated: December ___, 2021 | | COOLEY LLP |
| | | By: _____ |
| | | PATRICK E. GIBBS |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December __, 2021 | TESLA, INC. |
| 3 | | |
| 4 | | By: _____<br>    NATHANIEL SMITH |
| 5 | | |
| 6 | Dated: December ___, 2021 | By: _____<br>    ELON MUSK |
| 7 | | |
| 8 | Dated: December ___, 2021 | By: *Brad Buss*<br>    Brad Buss (Dec 13, 2021 17:23 PST)<br>    BRAD W. BUSS |
| 9 | | |
| 10 | Dated: December ___, 2021 | By: _____<br>    ROBYN DENHOLM |
| 11 | | |
| 12 | Dated: December ___, 2021 | By: _____<br>    IRA EHRENPREIS |
| 13 | | |
| 14 | Dated: December ___, 2021 | By: _____<br>    ANTONIO J. GRACIAS |
| 15 | | |
| 16 | Dated: December ___, 2021 | By: _____<br>    JAMES MURDOCH |
| 17 | | |
| 18 | Dated: December ___, 2021 | By: _____<br>    KIMBAL MUSK |
| 19 | | |
| 20 | Dated: December ___, 2021 | By: _____<br>    LINDA JOHNSON RICE |
| 21 | | |
| 22 | Dated: December ___, 2021 | COOLEY LLP |
| 23 | | |
| 24 | | By: _____<br>    PATRICK E. GIBBS |
| 25 | | |

| | | |
|---|---|---|
| Dated: December __, 2021 | | TESLA, INC. |
| | | By: _____ |
| | | NATHANIEL SMITH |
| Dated: December ___, 2021 | | By: _____ |
| | | ELON MUSK |
| Dated: December ___, 2021 | | By: _____ |
| | | BRAD W. BUSS |
| Dated: December ___, 2021 | | By: *Robyn Denholm (Dec 16, 2021 09:52 GMT+11)* |
| | | ROBYN DENHOLM |
| Dated: December ___, 2021 | | By: _____ |
| | | IRA EHRENPREIS |
| Dated: December ___, 2021 | | By: _____ |
| | | ANTONIO J. GRACIAS |
| Dated: December ___, 2021 | | By: _____ |
| | | JAMES MURDOCH |
| Dated: December ___, 2021 | | By: _____ |
| | | KIMBAL MUSK |
| Dated: December ___, 2021 | | By: _____ |
| | | LINDA JOHNSON RICE |
| Dated: December ___, 2021 | | COOLEY LLP |
| | | By: _____ |
| | | PATRICK E. GIBBS |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December __, 2021 | TESLA, INC. |
| 3 | | |
| 4 | | By: _____<br>NATHANIEL SMITH |
| 5 | | |
| 6 | Dated: December ___, 2021 | By: _____<br>ELON MUSK |
| 7 | | |
| 8 | Dated: December ___, 2021 | By: _____<br>BRAD W. BUSS |
| 9 | | |
| 10 | Dated: December ___, 2021 | By: _____<br>ROBYN DENHOLM |
| 11 | | |
| 12 | Dated: December ___, 2021 | By: *Ira Ehrenpreis*<br>Ira Ehrenpreis (Dec 12, 2021 09:35 PST)<br>IRA EHRENPREIS |
| 13 | | |
| 14 | Dated: December ___, 2021 | By: _____<br>ANTONIO J. GRACIAS |
| 15 | | |
| 16 | Dated: December ___, 2021 | By: _____<br>JAMES MURDOCH |
| 17 | | |
| 18 | Dated: December ___, 2021 | By: _____<br>KIMBAL MUSK |
| 19 | | |
| 20 | Dated: December ___, 2021 | By: _____<br>LINDA JOHNSON RICE |
| 21 | | |
| 22 | Dated: December ___, 2021 | |
| 23 | | COOLEY LLP |
| 24 | | |
| 25 | | By: _____<br>PATRICK E. GIBBS |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December __, 2021 | TESLA, INC. |
| 3 | | |
| 4 | | By: _____<br>    NATHANIEL SMITH |
| 5 | | |
| 6 | Dated: December ___, 2021 | By: _____ |
| 7 | |     ELON MUSK |
| 8 | Dated: December ___, 2021 | By: _____ |
| 9 | |     BRAD W. BUSS |
| 10 | Dated: December ___, 2021 | By: _____ |
| 11 | |     ROBYN DENHOLM |
| 12 | Dated: December ___, 2021 | By: _____ |
| 13 | |     IRA EHRENPREIS |
| 14 | Dated: December ___, 2021 | By: _____<br>    Antonio Gracias (Dec 13, 2021 11:52 EST) |
| 15 | |     ANTONIO J. GRACIAS |
| 16 | Dated: December ___, 2021 | By: _____ |
| 17 | |     JAMES MURDOCH |
| 18 | Dated: December ___, 2021 | By: _____ |
| 19 | |     KIMBAL MUSK |
| 20 | Dated: December ___, 2021 | By: _____ |
| 21 | |     LINDA JOHNSON RICE |
| 22 | Dated: December ___, 2021 | |
| 23 | | COOLEY LLP |
| 24 | | |
| 25 | | By: _____<br>    PATRICK E. GIBBS |
| 26 | | |
| 27 | | |
| 28 | | |

|     |                              |                              |
| --- | ---------------------------- | ---------------------------- |
| 1   |                              |                              |
| 2   | Dated: December __, 2021     | TESLA, INC.                  |
| 3   |                              |                              |
| 4   |                              | By: _____ |
|     |                              |     NATHANIEL SMITH          |

Dated: December ___, 2021          By: _____
                                       ELON MUSK

Dated: December ___, 2021          By: _____
                                       BRAD W. BUSS

Dated: December ___, 2021          By: _____
                                       ROBYN DENHOLM

Dated: December ___, 2021          By: _____
                                       IRA EHRENPREIS

Dated: December ___, 2021          By: _____
                                       ANTONIO J. GRACIAS

Dated: December ___, 2021          By: *JRM*_____
                                       JRM (Dec 14, 2021 10:32 EST)
                                       JAMES MURDOCH

Dated: December ___, 2021          By: _____
                                       KIMBAL MUSK

Dated: December ___, 2021          By: _____
                                       LINDA JOHNSON RICE

Dated: December ___, 2021

                                   COOLEY LLP


                                   By: _____
                                       PATRICK E. GIBBS

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December __, 2021 | TESLA, INC. |
| 3 | | |
| 4 | | By: _____<br>    NATHANIEL SMITH |
| 5 | | |
| 6 | Dated: December ___, 2021 | By: _____ |
| 7 | | ELON MUSK |
| 8 | Dated: December ___, 2021 | By: _____ |
| 9 | | BRAD W. BUSS |
| 10 | Dated: December ___, 2021 | By: _____ |
| 11 | | ROBYN DENHOLM |
| 12 | Dated: December ___, 2021 | By: _____ |
| 13 | | IRA EHRENPREIS |
| 14 | Dated: December ___, 2021 | By: _____ |
| 15 | | ANTONIO J. GRACIAS |
| 16 | Dated: December ___, 2021 | By: _____ |
| 17 | | JAMES MURDOCH |
| 18 | Dated: December 12, 2021 | By: *KMusk*<br>    KMusk (Dec 12, 2021 10:37 MST) |
| 19 | | KIMBAL MUSK |
| 20 | Dated: December ___, 2021 | By: _____ |
| 21 | | LINDA JOHNSON RICE |
| 22 | Dated: December ___, 2021 | |
| 23 | | COOLEY LLP |
| 24 | | |
| 25 | | By: _____<br>    PATRICK E. GIBBS |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December __, 2021 | TESLA, INC. |
| 3 | | |
| 4 | | By: _____<br>    NATHANIEL SMITH |
| 5 | | |
| 6 | Dated: December ___, 2021 | By: _____<br>    ELON MUSK |
| 7 | | |
| 8 | Dated: December ___, 2021 | By: _____<br>    BRAD W. BUSS |
| 9 | | |
| 10 | Dated: December ___, 2021 | By: _____<br>    ROBYN DENHOLM |
| 11 | | |
| 12 | Dated: December ___, 2021 | By: _____<br>    IRA EHRENPREIS |
| 13 | | |
| 14 | Dated: December ___, 2021 | By: _____<br>    ANTONIO J. GRACIAS |
| 15 | | |
| 16 | Dated: December ___, 2021 | By: _____<br>    JAMES MURDOCH |
| 17 | | |
| 18 | Dated: December ___, 2021 | By: _____<br>    KIMBAL MUSK |
| 19 | | |
| 20 | Dated: December ___, 2021 | By: *Linda Johnson Rice*<br>    Linda Johnson Rice (Dec 13, 2021 11:36 CST) |
| 21 | | LINDA JOHNSON RICE |
| 22 | Dated: December ___, 2021 | |
| 23 | | COOLEY LLP |
| 24 | | |
| 25 | | By: _____<br>    PATRICK E. GIBBS |

4

**NOTICE OF WITHDRAWAL & SUBSTITUTION OF COUNSEL FOR DEFENDANTS**
**3:18-CV-04865-EMC**

| | | |
|---|---|---|
| Dated: December ___, 2021 | | TESLA, INC. |
| | | By: _____ |
| | | NATHANIEL SMITH |
| Dated: December ___, 2021 | | By: _____ |
| | | ELON MUSK |
| Dated: December ___, 2021 | | By: _____ |
| | | BRAD W. BUSS |
| Dated: December ___, 2021 | | By: _____ |
| | | ROBYN DENHOLM |
| Dated: December ___, 2021 | | By: _____ |
| | | IRA EHRENPREIS |
| Dated: December ___, 2021 | | By: _____ |
| | | ANTONIO J. GRACIAS |
| Dated: December ___, 2021 | | By: _____ |
| | | JAMES MURDOCH |
| Dated: December ___, 2021 | | By: _____ |
| | | KIMBAL MUSK |
| Dated: December ___, 2021 | | By: _____ |
| | | LINDA JOHNSON RICE |
| Dated: December 16, 2021 | | COOLEY LLP |
| | | By: */S/ Patrick E. Gibbs* |
| | | PATRICK E. GIBBS |

Dated: December 16, 2021        QUINN EMANUEL URQUART & SULLIVAN, LLP

                                By: */S/ Michael T. Lifrak*
                                    MICHAEL T. LIFRAK

* * * * *

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: December 16, 2021        QUINN EMANUEL URQUART & SULLIVAN, LLP

                                By: */S/ Michael T. Lifrak*
                                    MICHAEL T. LIFRAK

* * * * *

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: December 16, 2021

                                _____
                                JUDGE EDWARD M. CHEN