| | |
|---|---|
| 1 | **LEVI & KORSINSKY, LLP** |
| 2 | Adam M. Apton (SBN 316506) |
|   | Adam C. McCall (SBN 302130) |
| 3 | 75 Broadway, Suite 202 |
|   | San Francisco, CA 94111 |
| 4 | Tel.: (415) 373-1671 |
|   | Email: aapton@zlk.com |
| 5 |        amccall@zlk.com |

*Attorneys for Plaintiff and Counsel for the Class*

[Additional Counsel on Signature Block]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, Lead Plaintiff Glen Littleton ("Plaintiff") brings this administrative motion to file under seal and/or redacted versions of (1) Plaintiff's Motion for Partial Summary Judgment; and (2) the exhibits attached to Plaintiff's Motion for Partial Summary Judgment.

This motion is necessitated by the Stipulated Protective Order dated May 20, 2020 (ECF No. 255), which provides that a party seeking to file "Protected Material" with the Court must do so under seal pursuant to Civil L.R. 79-5. *See* Stipulated Protective Order at ¶12.3. Notwithstanding the foregoing, Plaintiff has objected to Defendants' designation of the "Protected Material" as "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" on the basis that it does not deserve confidential treatment. *See Circle Click Media LLC v. Regus Mgmt. Grp. LLC*, No. 12-cv-04000-EMC, 2016 U.S. Dist. LEXIS 32665, at *4 (N.D. Cal. Mar. 14, 2016) (denying motion to seal where motions were "dispositive"). Therefore, Plaintiff's present Administrative Motion is made for the sole purpose of complying with the Stipulated Protective Order's directives concerning the filing of "Protected Material."

The materials to be sealed and/or redacted pursuant to this Administrative Motion are as follows:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality | Basis for Sealing |
| --- | --- | --- | --- |
| Exhibit 44 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 45 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 46 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 47 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 58 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 79 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 81 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 82 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 83 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 90 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 91 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 101 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 113 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |

| Exhibit 114 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
|---|---|---|---|
| Exhibit 115 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 116 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 117 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 118 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 119 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 120 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 121 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 146 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 147 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 150 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 151 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 155 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 157 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 158 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 165 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |

| | | | |
|---|---|---|---|
| Exhibit 175 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 179 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 194 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 201 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 301 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Deepak Ahuja Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Deepak Ahuja SEC Transcript (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Robyn Denholm Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Egon-Pierre Durban Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Egon-Pierre Durban SEC Transcript (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Nii Owuraka Koney Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Elon Musk Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Elon Musk SEC Transcript (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Sam Teller Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Martin Viecha Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |

| | | |
|---|---|---|
| 1 | Dated: January 11, 2022 | Respectfully submitted, |
| 2 | | **LEVI & KORSINSKY, LLP** |

 s/ Adam M. Apton
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

-and-

Nicholas I. Porritt
Elizabeth K. Tripodi
Alexander A. Krot III
LEVI & KORSINSKY, LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Tel.: (202) 524-4290
Email: nporritt@zlk.com
Email: akrot@zlk.com
(*admitted pro hac vice*)

-and-

Joseph Levi
Eduard Korsinsky
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: jlevi@zlk.com
Email: ek@zlk.com
(*admitted pro hac vice*)

*Attorneys for Plaintiff and Counsel for the Class*