**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
          amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Adam M. Apton, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. This declaration is submitted in connection with Plaintiff's Administrative Motion to File Under Seal.

2. I am attorney at law licensed to practice in State of California and a partner with the firm Levi & Korsinsky, LLP. I represent Lead Plaintiff Glen Littleton and the Class in the above-captioned action.

3. Plaintiff is moving for partial summary judgment for the reasons outlined in its accompanying motion. In support of that motion, Plaintiff cites to numerous materials obtained in discovery that Defendants have designated as "Protective Material" under the Stipulated Protective Order dated May 20, 2020 (ECF No. 255). This includes deposition transcripts as well as documents used as exhibits during the course of the depositions.

4.     While Plaintiff has objected to the designation of these materials as "Protected Material," he still seeks leave to file them under seal and/or in redacted form as required by the Stipulated Protective Order. *See* Stipulated Protective Order at ¶12.3.

5.     Attached hereto is a redacted version and an unredacted version of Plaintiff's Motion for Partial Summary Judgment, the latter of which contains highlights indicating the portions of the document for which sealing is sought.

6.     The other materials at issue in Plaintiff's Administrative Motion to File Under Seal are being filed under seal in their entirety and, accordingly, are not highlighted to reflect proposed redactions. Instead, the highlights in the deposition excerpts identify the cited testimony. Unredacted true and accurate copies of these materials are attached hereto as follows:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|---|
| Exhibit 44 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 45 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 46 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 47 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 58 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 79 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 81 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 82 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |

| Exhibit 83 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| --- | --- | --- | --- |
| Exhibit 90 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 91 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 101 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 113 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 114 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 115 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 116 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 117 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 118 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 119 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 120 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 121 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 146 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 147 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 150 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |

| Exhibit 151 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
|---|---|---|---|
| Exhibit 155 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 157 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 158 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 165 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 175 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 179 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 194 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 201 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Exhibit 301 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Deepak Ahuja Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Deepak Ahuja SEC Transcript (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Robyn Denholm Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Egon-Pierre Durban Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Egon-Pierre Durban SEC Transcript (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Nii Owuraka Koney Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |

| | | | |
|---|---|---|---|
| Elon Musk Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Elon Musk SEC Transcript (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Sam Teller Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Martin Viecha Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January 2022.

                                                                      <u>s/ Adam M. Apton</u>
                                                                       Adam M. Apton