**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
          amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

This matter comes before the Court on Plaintiff's Administrative Motion to File Under Seal ("Motion") portions of Plaintiff's accompanying Motion for Partial Summary Judgment.

The Court has considered the Motion, any supporting material and requests by any interested party or non-party to seal the materials identified herein, and finds good cause to file under seal the following materials:

| Document | Portions to be Filed Under Seal |
|---|---|
| Plaintiff's Motion for Partial Summary Judgment | Redacted/highlighted portions of Memorandum of Points and Authorities |
| Exhibit 44 | Entirety |
| Exhibit 45 | Entirety |
| Exhibit 46 | Entirety |
| Exhibit 47 | Entirety |
| Exhibit 58 | Entirety |
| Exhibit 79 | Entirety |
| Exhibit 81 | Entirety |
| Exhibit 82 | Entirety |

| | |
|---|---|
| Exhibit 83 | Entirety |
| Exhibit 90 | Entirety |
| Exhibit 91 | Entirety |
| Exhibit 101 | Entirety |
| Exhibit 113 | Entirety |
| Exhibit 114 | Entirety |
| Exhibit 115 | Entirety |
| Exhibit 116 | Entirety |
| Exhibit 117 | Entirety |
| Exhibit 118 | Entirety |
| Exhibit 119 | Entirety |
| Exhibit 120 | Entirety |
| Exhibit 121 | Entirety |
| Exhibit 146 | Entirety |
| Exhibit 147 | Entirety |
| Exhibit 150 | Entirety |
| Exhibit 151 | Entirety |
| Exhibit 155 | Entirety |
| Exhibit 157 | Entirety |
| Exhibit 158 | Entirety |
| Exhibit 165 | Entirety |
| Exhibit 175 | Entirety |
| Exhibit 179 | Entirety |
| Exhibit 194 | Entirety |
| Exhibit 201 | Entirety |
| Exhibit 301 | Entirety |
| Deepak Ahuja Deposition (excerpts) | Entirety |
| Deepak Ahuja SEC Transcript (excerpts) | Entirety |
| Robyn Denholm Deposition (excerpts) | Entirety |
| Egon-Pierre Durban Deposition (excerpts) | Entirety |
| Egon-Pierre Durban SEC Transcript (excerpts) | Entirety |
| Nii Owuraka Koney Deposition (excerpts) | Entirety |
| Elon Musk Deposition (excerpts) | Entirety |
| Elon Musk SEC Transcript (excerpts) | Entirety |
| Sam Teller Deposition (excerpts) | Entirety |
| Martin Viecha Deposition (excerpts) | Entirety |

**IT IS SO ORDERED.**

- 3 -

Dated: _____          _____
                                      Hon. Edward M. Chen
                                      United States District Judge