**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
   amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Adam M. Apton, declare as follows:

1. I am a partner at Levi & Korsinsky, LLP, attorneys for Plaintiff Glenn Littleton in the above-captioned action. I make this declaration in support of Plaintiff's Motion for Partial Summary Judgment. I am admitted to practice before this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto are true and accurate excerpts from the following depositions taken in this action as set forth below:

| Witness | Deposition Date |
|---|---|
| Deepak Ahuja | August 5, 2021 |
| Ryan Brinkman | May 4, 2021 |
| Robyn Denholm | October 5, 2021 |
| Egon-Pierre Durban | September 7, 2021 |
| Joseph Fath | July 12, 2021 |
| Michael Hartzmark | November 19, 2020 |

| | |
|---|---|
| Nii Owuraka Koney | July 14, 2021 |
| Elon Musk | November 5, 2021 |
| Sam Teller | August 11, 2021 |
| Martin Viecha | August 23, 2021 |

3. Attached hereto are true and accurate excerpts from testimony obtained by the United States Securities and Exchange Commission in connection with its investigation in the matter of Tesla Moros, Inc., produced in discovery in this action as set forth below:

| Witness | Deposition Date | Exhibit Number |
|---|---|---|
| Elon Musk | August 29, 2018 | 330 |
| Deepak Ahuja | August 28, 2018 | SEC-EPROD-000014373-14624 |
| Egon-Pierre Durban | September 12, 2018 | 176 |

4. Attached hereto are true and accurate copies of the following exhibits marked during depositions in the course of discovery:

| Exhibit | Date | Exhibit Description | Bates Range |
|---|---|---|---|
| 8 | 8/7/2018 | Elon Musk tweet at 9:48 am, "Am considering taking Tesla private at $420. Funding secured." | |
| 9 | 8/7/2018 | Elon Musk tweet at 10:40 am, "I don't have a controlling vote now & wouldn't expect any shareholder to…" | |
| 10 | 8/7/2018 | Elon Musk tweet at 11:00 am, " My hope is *all* current investors remain with Tesla even if we're private..." | |
| 11 | 8/7/2018 | Elon Musk tweet at 11:13 am," Shareholders could either to sell at 420 or hold shares & go private." | |
| 12 | 8/7/2018 | Tesla Blog Post: Elon Musk email to Tesla | |

| | | | |
|---|---|---|---|
| | | employees "Taking Tesla Private" August 7, 2018 | |
| 13 | 8/7/2018 | Elon Musk tweet at 12:36pm, "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote." | |
| 15 | 8/8/2018 | J.P. Morgan/Ryan Brinkman Analist Report: "Tesla Inc: Raise PT to Reflect Possible Go-Private Offer, But Remain Underweight on Chance Shares Could Again Trade on Fundamentals". | JPMS_00000047-JPMS_00000061 |
| 16 | 8/13/2018 | Tesla Blog Post: "Update on Taking Tesla Private" by Elon Musk, dated August 13, 2018 | |
| 19 | 8/16/2018 | New York Times article: "Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil" | SEC-EPROD-000015778-SEC-EPROD-000015784 |
| 23 | 8/20/2018 | J.P. Morgan/Ryan Brinkam analyst report: "Tesla Inc, Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195" | JPMS_00000001-JPMS_00000015 |
| 44 | 8/8/2018 | Email from Joseph Fath (TRowe) to Taymour Tamaddon and others at TRowe, Re: Tesla go private | TRP_000012 |

| | | | |
|---|---|---|---|
| 45 | 8/8/2018 | Email from Josh Spencer (TRowe) to Joseph Fath (TRowe), Re: Tesla go private | TRP_000013 |
| 46 | 8/8/2018 | Email from Scott Berg (TRowe) to Josh Spencer (TRowe) and Joseph Fath (TRowe), Re: Tesla go private | TRP_000016 |
| 47 | 8/8/2018 | Email from Don Peters (TRowe) to Joseph Fath (TRowe) and Josh Spencer (TRowe), Re: Tesla go private | TRP_000017 |
| 58 | 8/7/2018 | Email from Martin Viecha to Owuraka Koney (Jennison) | JENN0000074-JENN0000075 |
| 79 | | Deepak Ahuja Text Messages | Deepak Ahuja Text Messages |
| 80 | 7/31/2018 | Minutes of meeting between PIF and Elon Musk | SEC-EPROD-000009477 |
| 81 | 8/2/2018 | Email from Elon Musk to the Board; Todd Maron; Deepak Ahuja, Re: Offer to Take Tesla Private at $420 | TESLA_LITTLETON_00000078 |
| 82 | 8/2/2018 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., August 2, 2018 | TESLA_LITTLETON_00012790-TESLA_LITTLETON_00012791 |
| 83 | 8/3/2018 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., August 3, 2018 | TESLA_LITTLETON_00012812-TESLA_LITTLETON_00012814 |
| 90 | 8/7/2018 | Email from Elon Musk to Matt Fassnacht, Re: Why? | TESLA_LITTLETON_00006289- |

| | | | TESLA_LITTLETON_000 06290 |
|---|---|---|---|
| 91 | 8/7/2018 | Email from Martin Viecha to Deepak Ahuja, Re: sanity check | TESLA_LITTLETON_000 04131- TESLA_LITTLETON_000 04135 |
| 101 | 8/23/2018 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., August 23, 2018 | TESLA_LITTLETON_000 12794- TESLA_LITTLETON_000 12798 |
| 113 | 8/9/2018 | Teller email reaching out to investor re going private - Tencent | TESLA_LITTLETON_000 14812 |
| 114 | 8/9/2018 | Teller email reaching out to investor re going private - Primecap | TESLA_LITTLETON_000 14813 |
| 115 | 8/9/2018 | Teller email reaching out to investor re going private - Jennison | TESLA_LITTLETON_000 14814 |
| 116 | 8/9/2018 | Teller email reaching out to investor re going private - Capital World | TESLA_LITTLETON_000 14815 |
| 117 | 8/9/2018 | Teller email reaching out to investor re going private - AllianzGI | TESLA_LITTLETON_000 14816 |
| 118 | 8/9/2018 | Teller email reaching out to investor re going private - Fidelity | TESLA_LITTLETON_000 15990 |
| 119 | 8/9/2018 | Teller email reaching out to investor re going private - Baillie Gifford | TESLA_LITTLETON_000 16050 |
| 120 | 8/9/2018 | Teller email reaching out to investor re going private - T. Rowe | TESLA_LITTLETON_000 16051 |
| 121 | 8/1/2018 8/15/2018 | Elon Musk Text messages - Spreadsheet | TESLA_LITTLETON_000 00320 |

| 146 | 8/7/2018 | Email from Martin Viecha to Itay Michaeli (Citi Research) re Elon tweet | TESLA_LITTLETON_00004154 |
|---|---|---|---|
| 147 | 8/7/2018 | Viecha Ahuja emails re Ron Baron | TESLA_LITTLETON_00004008-TESLA_LITTLETON_00004009 |
| 150 | 8/7/2018 | Email from Martin Viecha to Bradley Erickson (KeyBanc) re Elon Tweet | TESLA_LITTLETON_00004010-TESLA_LITTLETON_00004011 |
| 151 | 8/7/2018 | Email from Martin Viecha to Toni Sacconaghi (Bernstein Research) re Elon tweet | TESLA_LITTLETON_00004253-TESLA_LITTLETON_00004255 |
| 155 | 8/8/2018 | Email from Aaron Chew to Martin Viecha and Deepak Ahuja, Re: Investor Feedback | TESLA_LITTLETON_00004625-TESLA_LITTLETON_00004626 |
| 157 | 8/13/2018 | Email from Martin Viecha to Elon Musk, Todd Maron, Deepak Ahuja, Re T Rowe Price | TESLA_LITTLETON_00018643-TESLA_LITTLETON_00018644 |
| 158 | 8/15/2018 | Email from Martin Viecha to Deepak Ahuja and Todd Maron, Re: FW: Investor Feedback. Todd Maron forwarded an FYI to Elon Musk. | TESLA_LITTLETON_00019026-TESLA_LITTLETON_00019027 |
| 165 | | Elon Musk Call Log | TESLA_LITTLETON_00000315 |
| 175 | 8/6/2018 | Egon Durban's handwritten notes from August 6 meeting with Elon Musk | SL_3P00001712 |
| 179 | 8/10/2018 | Project Turbo Discussion Materials, August 10, | SL_3P00000001-SL_3P00000035 |

| | | | |
|---|---|---|---|
| | | 2018 by Silver Lake Partners | |
| 194 | 8/16/2018 | Email from Egon Durban to Steve Rosenblum (WLRK) and Mark Kim (MTO); Cc: Elon Musk; Sam Teller; Dan Dees and other GS people re investor outreach list | SL_3P00000306 |
| 201 | 8/23/2018 | Silver Lake's Project Titanium Discussion Materials, August 23, 2018 presentation | TESLA_LITTLETON_00006169- TESLA_LITTLETON_00006238 |
| 301 | 8/7/2018 | Email from Dave Arnold to Aaron Chew; Minji (Kimberly) Go (Tesla); Cc: Philip Rothenberg, Re: blog post [includes Draft Email from Elon Musk to Tesla employees] | TESLA_LITTLETON_00018995- TESLA_LITTLETON_00018997 |

5. Attached hereto is a true and accurate copy of Elon Musk's Supplemental Interrogatory Responses dated September 10, 2021, which are Mr. Musk's verified Responses to Plaintiff's First Set of Interrogatories.

6. Attached hereto is a true and accurate copy of Defendants' Answer to Consolidated Complaint for Securities Fraud ("Answer") (ECF No. 264).

7. Attached hereto is a true and accurate copy of the expert report of Plaintiff's expert Dr. Michael Hartzmark submitted in conjunction with the briefing on Class Certification. (ECF No. 291-1).

8. Attached hereto is a true and accurate copy of the Stipulation and Order for Class Certification dated November 25, 2020 (ECF No. 298).

//
//
//

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 11th day of January 2022.

                                            s/ Adam M. Apton
                                            Adam M. Apton