EXCERPTS FROM THE DEPOSITION OF
DEEPAK AHUJA
TAKEN AUGUST 5, 2021

```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4

 5   IN RE TESLA, INC.,            )
                                   ) Case No.
 6   SECURITIES LITIGATION,        ) 3:18-cv-04865-EMC
     _____)
 7

 8

 9

10    ** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

11

12

13

14

15              REMOTE VIDEO DEPOSITION OF

16                     DEEPAK AHUJA

17               Thursday, August 5, 2021

18

19

20

21   Reported by:

22   LISA MOSKOWITZ, CA CSR 10816, RPR, CRR, CLR,

23   Washington State CSR 21001437

24   NCRA Realtime Systems Administrator

25   JOB NO. 197876
```

1

2

3

4

5                    August 5, 2021

6                      8:33 a.m.

7

8

9       Remote Video deposition of DEEPAK

10 AHUJA, taken on behalf of Plaintiffs, reported

11 stenographically by Lisa Moskowitz, California

12 Certified Shorthand Reporter No. 10816,

13 Washington State Certified Shorthand Reporter

14 No. 21001437, RPR, CRR, Realtime Systems

15 Administrator.

16

17

18

19

20

21

22

23

24

25

```
 1   A P P E A R A N C E S:
 2
 3   For the Plaintiffs:
 4       LEVI & KORSKINSKY
 5       1101 30th Street, N.W.
 6       Washington, DC 20007
 7       BY:  NICHOLAS PORRITT, ESQ.
 8       BY:  ELIZABETH TRIPODI, ESQ.
 9
10   For Tesla and the Deponent:
11       COOLEY
12       3175 Hanover Street
13       Palo Alto, California 94304
14       BY:  SARAH LIGHTDALE, ESQ.
15       BY:  BINGXIN WU, ESQ.
16
17   ALSO PRESENT:
18       PHIL RIZZUTI, Videographer
19       CANDACE JACKMAN, ESQ., TESLA
20       KATHY AMES
21
22
23
24
25
```

```
 1              THURSDAY, AUGUST 5, 2021
 2                   8:33 A.M.
 3
 4         THE VIDEOGRAPHER:  Good morning,
 5   Counsel.  My name is Phil Rizzuti.  I am
 6   a legal videographer in association with
 7   TSG Reporting, Inc.  Due to the severity
 8   of the COVID-19 and following the
 9   practice of social distancing, I will
10   not be in the same room with the
11   witness.  Instead, I will record this
12   videotape deposition remotely.
13         The reporter, Lisa Moskowitz, also
14   will not be in the same room and will
15   swear the witness remotely.
16         Do all parties stipulate to the
17   validity of this video recording and
18   remote swearing and that it will be
19   admissible in the courtroom as if it had
20   been taken following Rule 30 of the
21   Federal Rules of Civil Procedure and the
22   state's rules where this case is
23   pending?
24         MR. PORRITT:  Yes.
25         MS. LIGHTDALE:  Yes.
```

1      THE VIDEOGRAPHER:  Okay.  Thank
2  you.
3      This is the start of media labeled
4  number 1 of the video-recorded
5  deposition of Mr. Deepak Ahuja in the
6  matter of In Re Tesla, Inc., Securities
7  Litigation in the United States District
8  Court for the Northern District of
9  California, San Francisco Division,
10  Civil Action Number 3:18-cv-04865.
11      This deposition is being held on
12  August 5, 2021, at approximately
13  8:35 a.m.  My name is Phil Rizzuti.  I'm
14  the legal video specialist from TSG
15  Reporting, Inc.  The court reporter is
16  Lisa Moskowitz, in association with TSG
17  Reporting.
18      Counsel, please introduce
19  yourselves.
20      MR. PORRITT:  Good morning, I'm
21  Nicholas Porritt of Levi & Korsinsky on
22  behalf of the plaintiff and the class.
23      MS. LIGHTDALE:  Good morning.
24  Sarah Lightdale of Cooley on behalf of
25  the defendants and for the witness

1       today.  With me are my colleague Bing
2       Wu, as well as Candace Jackman, in-house
3       counsel at Tesla.
4            MR. PORRITT:  I should add for the
5       record, with me are my colleagues
6       Elizabeth Tripodi and Kathy Ames.
7            THE VIDEOGRAPHER:  Thank you.
8            Will the court reporter please
9       swear in the witness.
10
11                  DEEPAK AHUJA,
12  called as a witness, having been duly sworn, was
13         examined and testified as follows:
14
15                   EXAMINATION
16  BY MR. PORRITT:
17     Q.   Good morning, Mr. Ahuja.  As you
18  heard, my name is Nicholas Porritt.  I'm one
19  of the counsel for the class and the
20  plaintiff in this action, and I'll be taking
21  your deposition here today.
22           Before we start, I just thought I'd
23  go over a few ground rules for your
24  testimony here today.  First one is you
25  understand that you're under oath?

# DEPOSITION TESTIMONY

# FILED UNDER SEAL

# ERRATA

# FILED UNDER SEAL

# CERTIFICATE

STATE OF CALIFORNIA:

I, LISA MOSKOWITZ, California CSR, Washington State CSR, RPR, CRR, CLR, NCRA Realtime Systems Administrator, Certified Shorthand Reporter, do hereby certify:

That the witness whose deposition is hereinbefore set forth was duly remotely sworn and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of August, 2021.

_____

LISA MOSKOWITZ, CA CSR 10816, RPR, CRR

Washington State CSR 21001437

Realtime Systems Administrator