EXCERPTS FROM THE DEPOSITION OF
ROBYN DENHOLM
TAKEN OCTOBER 5, 2021

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4   IN RE: TESLA, INC.           ) CIVIL ACTION NO:
 5   SECURITIES LITIGATION        ) 3:18-cv-04865-EMC
 6
 7          -----------------------------------------
 8            VIDEOTAPED AND REMOTE ORAL DEPOSITION OF
 9                          ROBYN DENHOLM
10                         OCTOBER 5, 2021
11          -----------------------------------------
12         VIDEOTAPED AND REMOTE ORAL DEPOSITION OF ROBYN
13   DENHOLM, produced as a witness at the instance of the
14   PLAINTIFFS, and duly sworn, was taken in the above-styled
15   and numbered cause on the 5th day of October, 2021, from
16   10:51 a.m. to 3:21 p.m., before Kathryn R. Baker, CSR,
17   RPR, in and for the State of Texas, reported by machine
18   shorthand in the City of Austin, State of Texas, pursuant
19   to the Federal Rules of Civil Procedure.
20
21
22
23
24   REPORTED BY KATHRYN R. BAKER, RPR, CSR
25   JOB #200188
```

```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:
     By: Elizabeth Tripodi, Esq.
 3       Kathy Ames Valdivieso, Esq.
     LEVI & KORSINSKY
 4   1101 30th Street NW
     Washington, DC 20007
 5


 6

     FOR TESLA:
 7   By: Patrick Gibbs, Esq.
         Joshua Walden, Esq.
 8   COOLEY
     3175 Hanover Street
 9   Palo Alto, California 94304


10


11   ALSO PRESENT:
     Mr. Marshall Fox, Videographer
12
     Ms. Candice Jackman, in-house counsel, Tesla
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  We're now on the record.
 3   The time is 10:51.
 4              This is the remote videotaped deposition of
 5   Robyn Denholm on October 5th, 2021, in case, In Re: Tesla,
 6   Inc., Securities Litigation, in the United States District
 7   Court, Northern District of California, San Francisco
 8   Division.
 9              This deposition is being held remotely over
10   Zoom.  My name is Marshall Fox.  I am the certified legal
11   video specialist with TSG Reporting.  The court reporter
12   today is Kathryn Baker, also in association with TSG
13   Reporting.
14              Due to the ongoing COVID-19 precautions,
15   all parties are participating remotely.  I will not be in
16   the same room with the witness.  Instead, I will record
17   this videotaped deposition remotely.  The reporter also
18   will not be in the same room and will swear the witness
19   remotely.
20              If counsel could please state their
21   appearance for the record and stipulate to the validity of
22   this remote recording and remote swearing.
23              MS. TRIPODI:  Good morning.  Elizabeth
24   Tripodi of Levi & Korsinsky, LLP, on behalf of the
25   plaintiff.  With me today is my colleague, Kathy Ames,
```

```
 1   also of Levi & Korsinsky.
 2              And plaintiffs stipulate to the validity.
 3              MR. GIBBS:  Good morning.  This is Patrick
 4   Gibbs from Cooley on behalf of the defendants in the case,
 5   including Ms. Denholm.  Also with me today are Josh
 6   Walden, also from Cooley, and Candice Jackman, in-house
 7   counsel from Tesla.
 8              We also stipulate to the remote deposition
 9   proceeding.
10              THE VIDEOGRAPHER:  Thank you very much.
11              If the court reporter will please swear in
12   the witness.
13              ROBYN DENHOLM,
14   having been first duly sworn, testified as follows:
15                          ▇▇▇▇▇▇▇▇▇
16   ▇▇▇▇▇▇▇▇▇▇▇
17        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
20              ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
21   ▇▇▇▇
22        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
24        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
25        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
```

DEPOSITION TESTIMONY

FILED UNDER SEAL

ERRATA

FILED UNDER SEAL

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 142

ACKNOWLEDGMENT OF DEPONENT

I, _Robyn Denholm_, do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form and substance, if any, noted on the attached Errata.

_[signature: Robyn Denholm]_  12/11/21
WITNESS NAME                    DATE

```
                                                            Page 143
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4   IN RE: TESLA, INC.           ) CIVIL ACTION NO:
 5   SECURITIES LITIGATION        ) 3:18-cv-04865-EMC
 6
 7            *********************************
 8                    REPORTER'S CERTIFICATION
 9                ORAL DEPOSITION OF ROBYN DENHOLM
10                         OCTOBER 5, 2021
11                 (CONDUCTED REMOTELY VIA ZOOM)
12            *********************************
13           I, Kathryn R. Baker, RPR, a Certified Shorthand
14   Reporter in and for the State of Texas, hereby certify to
15   the following:
16           That the witness, ROBYN DENHOLM, was duly sworn
17   by the officer and that the transcript of the oral
18   deposition is a true record of the testimony given by the
19   witness;
20           I further certify that pursuant to FRCP Rule
21   30(f)(1) that the signature of the deponent:
22           _X_ was requested by the deponent or a party
23   before the completion of the deposition and is to be
24   returned within 30 days from the date of receipt of the
25   transcript.  If returned, the attached Errata contain any
```

Page 144

1  changes and the reasons therefor;
2      ___ was not requested by the deponent or a party
3  before the completion of the deposition.
4      I further certify that I am neither counsel for,
5  related to, nor employed by any of the parties or
6  attorneys in the action in which this proceeding was
7  taken, and further that I am not financially or otherwise
8  interested in the outcome of the action;
9      Subscribed and sworn to on this 16th day of
10 October, 2021.
11
12 _____
   KATHRYN R. BAKER, RPR, CSR #6955
13 Expiration Date:  04/30/2023
   Firm Registration No. 615
14 TSG Reporting