# EXCERPTS FROM THE DEPOSITION OF MICHAEL LEE HARTZMARK, PH.D. TAKEN NOVEMBER 19, 2020

Page 1

```
 1              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION

 3   IN RE TESLA, INC.            )
     SECURITIES LITIGATION        ) Civil Action No.
 4                                ) 3:18-cv-04865-EMC

 5

 6

 7

 8            VIDEOTAPED DEPOSITION

 9                      OF

10        MICHAEL LEE HARTZMARK, PH.D.

11         Thursday, November 19, 2020

12

13

14

15

16

17

18

19

20

21

22

23   Reported by:
     JANET L. ROBBINS, CSR, RPR
24   JOB NO. 186044

25
```

Page 2

1
2
3
4
5            November 19, 2020
6                9:15 a.m.
7
8
9     Videotaped deposition of MICHAEL LEE
10  HARTZMARK, PH.D., taken pursuant to notice,
11  before JANET L. ROBBINS, Illinois Certified
12  Shorthand Reporter, Registered Professional
13  Reporter.
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                                Page 3
 1   A P P E A R A N C E S:

 2   LEVI & KORSINSKY
     BY:  NICHOLAS PORRITT, ESQ.
 3        ALEXANDER KROT, ESQ.
     1101 30th Street, N.W.
 4   Washington, D.C.  20007

 5       appeared on behalf of Plaintiffs;

 6
     COOLEY
 7   BY:  SARAH LIGHTDALE, ESQ.
          BINGXIN WU, ESQ.
 8        SAMANTHA KIRBY, ESQ.
          BRIAN FRENCH, ESQ.
 9   55 Hudson Yards
     New York, New York  10001
10

11        appeared on behalf of the Defendants.

12

13

14

15

16

17   ALSO PRESENT:

18

19       MICHAEL KEABLE, Compass Lexicon

20

21

22

23

24

25
```

Page 5

```
 1                (Witness sworn.)
 2           MICHAEL LEE HARTZMARK, PH.D.,
 3   called as a witness herein, having been first
 4   duly sworn, was examined and testified as
 5   follows:
 6                   EXAMINATION
 7   BY MS. LIGHTDALE:
 8       Q.   Good morning, Dr. Hartzmark.  We met
 9   off the record.  I'm Sarah Lightdale from
10   Cooley on behalf of the defendants.
11           Could you state and spell your name
12   for the record, please.
13       A.   Yes.  My name is Michael Lee
14   Hartzmark.  Michael is M-I-C-H-A-E-L.  Lee is
15   L-E-E.  And Hartzmark is H-A-R-T-Z-M-A-R-K.
16       Q.   What's your current business
17   address?
18       A.   4950 South Chicago Beach Drive,
19   Unit 6A, Chicago, Illinois, 60615.
20       Q.   Where do you find yourself working
21   from during the pandemic?
22       A.   At the address that I've just
23   mentioned.
24       Q.   Understood.
25           You've been deposed before, correct?
```

Page 34

```
 1   put it on the record I'm putting aside the
 2   complaint now.
 3             The first page or the first section
 4   of this is the Declaration of Michael
 5   Hartzmark.  And this is all document -- it's
 6   all Document 291 and various subdocuments,
 7   dated September 22nd, 2020.  It started with
 8   the declaration, Document 29-1.  Exhibit A is
 9   my expert report.
10             And just so that I hoped it would
11   make your life easier and my life easier, I
12   have here the text of my report.  And I will
13   submit that this is my signature.
14             And I separated from that the
15   exhibits from my report.  And you can see this
16   is also 291-1, so the exhibits from the report.
17             And then, same thing, 291-1, quite a
18   sizable appendix.  And the appendix is quite
19   sizable because of the literally thousands of
20   articles on Tesla during the class period.
21             Again, you can see how thick this
22   is.  I just thought it would be easier, if you
23   don't mind, that I separate these documents.
24        Q.   I appreciate your explanation of the
25   way you have them organized.  I think it's
```

Page 35

1  largely consistent with the way that we have
2  them organized.
3              I will just clarify that what we
4  have marked as Exhibit 1 in this deposition
5  does not include your declaration.  So you can
6  put that to the side.  I don't expect to have
7  questions for you on it.  Although if at any
8  point you want to refer to it, you may do so.
9  Please just let me know that you are referring
10 to it.
11             (Exhibit 1 was marked for
12       identification.)
13 BY MS. LIGHTDALE:
14      Q.     What we have marked as Exhibit 1
15 begins -- is the ECF document 291-1, which is
16 your expert report, the title page that you
17 held up.
18             So for the sake of good order, and I
19 appreciate you tried to show me on the camera,
20 could you please turn to the final page of your
21 report, which is internal Page 81.
22             MR. PORRITT:  Sarah, can I just
23      quickly make one clarification on the
24      record?
25             When the witness referred to

Page 36

1        appendix, I think you -- is it correct
2        you're referring to -- there were
3        Appendices A through I, I believe, to your
4        report.
5              You're referring to all of those
6        appendices when you said the appendix?
7              THE WITNESS:  Yes.  It starts with
8        Appendix A and it would end here with --
9        sorry.  I'm not sure what the number is,
10       but it's 340 -- 340 of 372, which is
11       Appendix H, which is the last appendix.
12             So, yes, it is all of the
13       appendices.  I'm sorry for the -- and as
14       you asked, this Page 81 has my signature on
15       the report.  And it's on Page 85 of 372.
16  BY MS. LIGHTDALE:
17       Q.   Thank you.
18            As for the appendices, I have
19  Appendices A through I.
20            Would you check to see if you do, in
21  fact, have Appendix I there as well?
22       A.   I'm sorry.  It got caught up in the
23  other one.  Yes, I have Appendix I.
24       Q.   Wonderful.
25       A.   Yeah.  And that would be the last --

Page 292

```
 1                C E R T I F I C A T E
 2   STATE OF ILLINOIS  )
 3                      ) ss.:
 4   COUNTY OF C O O K  )
 5              I, JANET L. ROBBINS, a Notary Public
 6        within and for the State of Illinois, do
 7        hereby certify:
 8              That MICHAEL LEE HARTZMARK, PH.D.,
 9        the witness whose deposition is
10        hereinbefore set forth, was duly sworn by
11        me and that such deposition is a true
12        record of the testimony given by such
13        witness.
14              I further certify that I am not
15        related to any of the parties to this
16        action by blood or marriage; and that I am
17        in no way interested in the outcome of this
18        matter.
19              IN WITNESS WHEREOF, I have hereunto
20        set my hand this 4th day of December,
21        2020.
22
23                     _____
24                     JANET L. ROBBINS, CSR, RPR
25
```