EXCERPTS FROM THE DEPOSITION OF
NII OWURAKA KONEY
TAKEN JULY 14, 2021

Page 1

1            UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4    IN RE TESLA, INC.,           Civil Acton No.

5    SECURITIES LITIGATION        3:18-cv-04865-EMC

6

7                   CONFIDENTIAL

8
           Virtual Videotape Zoom Deposition
9               Of Nii Owuraka Koney
                  July 14, 2021
10                At 10:00 a.m.

11

12

13

14

15

16

17

18

19

20

21

22   Reported by LeShaunda Cass-Byrd, CSR, RPR

23   TSG Job No. 196498

24

25

```
 1   APPEARANCES OF COUNSEL:

 2   On behalf of the Witness and Jennison Associates:

 3        JENNIFER DELGADO, Esq.
          Lowenstein Sandler
 4        1251 Avenue of the Americas
          New York, New York 10020
 5
     On behalf of Plaintiff:
 6
          NICHOLAS PORRITT, Esq.
 7        ELIZABETH TRIPODI, Esq.
          KATHY AMES, Esq.
 8        Levi & Korsinsky
          1101 30th Street NW
 9        Washington, DC 20007

10   On behalf of Tesla:

11        BINGXIN WU, Esq.
          PATRICK GIBBS, Esq.
12        Cooley
          3175 Hanover Street
13        Palo Alto, California 94304

14   Also Present:

15        Trisha Von Lanken, Videographer
          Ruth Zimmerman, Law Clerk
16

17

18

19

20

21

22

23

24

25
```

1    THE VIDEOGRAPHER:  Good morning,
2 counselors.  My name is Trisha Vaughn
3 Lincoln, and I'm a certified legal
4 videographer in association with TSG
5 Reporting.
6    Due to the severity of Covid-19 and
7 following the practice of social
8 distancing, I will not be in the same room
9 with the witness.  Instead, I will record
10 this videotape deposition remotely.  The
11 court reporter, LeShaunda Byrd, also will
12 not be in the same room and will swear the
13 witness remotely.
14    Do all parties stipulate to the
15 validly of this video recording and remote
16 swearing and that it will be admissible in
17 the courtroom as if it had been taken
18 following Rule 30 of the Civil Procedures
19 and the state's rules where this case is
20 pending?
21    Do you all agree?
22    MR. PORRITT:  Yes.
23    MR. WU:  Yes.
24    THE VIDEOGRAPHER:  Thank you.  This
25 is the start of media labeled number 1, of

1   the video deposition of Nii Owuraka Koney,

2   in the matter of In Re:  Tesla,

3   Incorporated, Securities Litigation, in the

4   United States District Court for the

5   Northern District of California, San

6   Francisco Division, Civil Action No.

7   3:18-CV-04865-EMC.

8          This deposition is being held

9   remotely on Wednesday, July 14th, 2021, at

10  approximately 10:14 a.m.

11         Counsel, will you please introduce

12  yourselves and the parties you represent,

13  after which the court reporter will swear

14  the witness.

15         MR. PORRITT:  Nicholas Porritt of the

16  firm Levy & Korsinsky, LLP, on behalf of

17  the plaintiff and the class.  With me,

18  Elizabeth Tripodi and Kathy Ames, also of

19  this firm.

20         MR. GIBBS:  Patrick Gibbs from Cooley

21  for the defendants, and also with me is

22  Bing Wu of Cooley.

23         MS. DELGADO:  Jennifer Fiorica

24  Delgado of Lowenstein Sandler for the

25  witness Mr. Koney and Jennison Associates.

1  Also with me is Ruth Zimmerman, a colleague
2  from Lowenstein.
3              NII OWURAKA KONEY,
4  having been first duly sworn, was examined and
5  testified as follows:
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

# DEPOSITION TESTIMONY

# FILED UNDER SEAL

ERRATA

FILED UNDER SEAL

1           REPORTER'S CERTIFICATE

2       I, LESHAUNDA CASS-BYRD, CSR No. B-2291, RPR,

3   Registered Professional Reporter, certify that the

4   foregoing proceedings were taken before me at the time

5   and place therein set forth, at which time the witness

6   was put under oath by me;

7       That the testimony of the witness, the questions

8   propounded, and all objections and statements made at

9   the time of the examination were recorded

10  stenographically by me and were thereafter

11  transcribed;

12      That the foregoing is a true and correct

13  transcript of my shorthand notes to taken.

14  I further certify that I am not a relative or employee

15  of any attorney or the parties, nor financially

16  interested in the action.

17      I declare under penalty of perjury under the laws

18  of North Carolina that the foregoing is true and

19  correct.

20      Dated this July 27, 2021.

21          *Leshaunda Byrd*

22      _____

23          LESHAUNDA CASS-BYRD, CCR-B-2291, RPR

24

25