EXCERPTS FROM THE DEPOSITION OF
ELON MUSK
TAKEN NOVEMBER 5, 2021

Confidential

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3  SAN FRANCISCO DIVISION

4  IN RE TESLA, INC. SECURITIES ) Case No.
   LITIGATION                    ) 3:18-cv-04865-EMC
5                                )
                                 )
6                                )
                                 )
7                                )
                                 )
8  _____ )

9  _____

10                      CONFIDENTIAL

11          ORAL AND VIDEOTAPED DEPOSITION OF

12                       ELON MUSK

13                   NOVEMBER 5, 2021
    _____
14

15     ORAL AND VIDEOTAPED DEPOSITION OF ELON MUSK,

16  produced as a witness at the instance of the Plaintiff,

17  and duly sworn, was taken in the above-styled and

18  numbered cause on November 5, 2021, from 10:32 a.m. to

19  8:04 p.m., before Candice Andino, Certified Shorthand

20  Reporter in and for the State of Texas, reported by

21  machine shorthand, at Armbrust & Brown, PLLC, 100

22  Congress Avenue, Suite 1300, Austin, Texas, pursuant to

23  Notice and in accordance with the Federal Rules of Civil

24  Procedure.

25  JOB NO. 202221

```
 1              A P P E A R A N C E S

 2    FOR THE PLAINTIFFS:

 3         LEVI & KORSINSKY
           BY:  MR. NICHOLAS PORRITT
 4              MS. ELIZABETH TRIPODI
                MS. KATHY AMES VALDIVIESO
 5         1101 30th Street N.W.
           Washington, DC 20007
 6


 7


 8
      FOR THE DEFENDANTS:
 9
           COOLEY
10         BY:  MR. STEPHEN NEAL
           3175 Hanover Street
11         Palo Alto, California 94304

12


13    ALSO PRESENT:

14         CASEY MUMMERT, Videographer

15         CANDACE JACKMAN, Tesla in-house counsel

16         JOSHUA WALDEN (appearing telephonically)

17

18

19

20

21

22

23

24

25
```

```
 1            FRIDAY, NOVEMBER 5, 2021, 10:32 A.M.

 2                       AUSTIN, TEXAS

 3            THE VIDEOGRAPHER:  Good morning.  This is

 4   the start of media labeled Number 1 of the video

 5   recorded deposition of Mr. Elon Musk, in the matter in

 6   re Tesla, Inc. Securities Litigation, in the US District

 7   Court Northern District of California, San Francisco

 8   Division, No. 3:18-cv-04865-EMC.

 9            This deposition is being held at the law

10   offices of Armbrust & Brown on November 5th, 2021, at

11   approximately 10:32 a.m.

12            My name is Casey Mummert.  I'm the legal

13   video specialist from TSG Reporting, Inc. headquartered

14   in 228 East 45th Street, Suite 810, New York, New York

15   10017.

16            The court reporter is Candice Andino in

17   association with TSG Reporting.

18            Counsel, please introduce yourselves.

19            MR. PORRITT:  Excuse me.  Nicholas Porritt

20   of the firm of Levi & Korsinsky on behalf of the

21   Plaintiff and the Class.

22            MS. AMES VALDIVIESO:  Kathy Ames on behalf

23   of Plaintiff.

24            MS. TRIPODI:  And Elizabeth Tripodi with

25   Levi & Korsinsky on behalf of Plaintiff.
```

1           MR. NEAL:  And I'm Stephen Neal of Cooley
2    representing Mr. Musk and the other defendants in this
3    case.
4           MS. JACKMAN:  Candace Jackman, in-house
5    counsel with Tesla.
6              (Witness sworn.)
7           THE WITNESS:  I do.
8                     ELON MUSK,
9    having been first duly sworn, was examined and testified
10   as follows:
11                    EXAMINATION
12   BY MR. PORRITT:
13      Q.  Good morning, Mr. Musk.
14      A.  Good morning.
15      Q.  As you just heard, my name is Nicholas Porritt.
16   I'm one of the counsel for the plaintiffs in this
17   matter.
18      A.  Okay.
19      Q.  I'll be taking your deposition today.  I know
20   you've been deposed before, but I'll just quickly go
21   over a couple of ground rules just to -- just to make
22   sure we're all on the same page.  Excuse me.
23              One is we are creating a written record.
24   You can see Candice here is writing down what I say and
25   will write down what you say.  So, with that in mind,

# DEPOSITION TESTIMONY

# FILED UNDER SEAL

# ERRATA

# FILED UNDER SEAL

Confidential

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4   IN RE TESLA, INC. SECURITIES) Case No.
     LITIGATION                  ) 3:18-cv-04865-EMC
 5                               )
                                 )
 6                               )
                                 )
 7                               )
                                 )
 8   _____)

 9                    REPORTER'S CERTIFICATION

10              ORAL AND VIDEOTAPED DEPOSITION OF

11                         ELON MUSK

12                      NOVEMBER 5, 2021

13

14       I, CANDICE ANDINO, Certified Shorthand Reporter in

15   and for the State of Texas, hereby certify to the

16   following:

17       That the witness, ELON MUSK, was duly sworn by the

18   officer and that the transcript of the oral deposition

19   is a true record of the testimony given by the witness;

20       I further certify that pursuant to FRCP Rule

21   30(f)(1) that the signature of the deponent:

22       ____ was requested by the deponent or a party

23   before the completion of the deposition and returned

24   within 30 days from date of receipt of the transcript.

25   If returned, the attached Changes and Signature Page
```

```
 1   contains changes and the reasons therefor;

 2        __X__ was not requested by the deponent or a party

 3   before the completion of the deposition.

 4        I further certify that I am neither attorney nor

 5   counsel for, related to, nor employed by any of the

 6   parties to the action in which this testimony was taken.

 7        Further, I am not a relative or employee of any

 8   attorney of record in this cause, nor do I have a

 9   financial interest in the action.

10        Subscribed and sworn to on this 10th day of

11   November, 2021.

12

13                    _____
                      CANDICE ANDINO, Texas CSR No. 9332, RMR
14                    Expiration Date:  8/31/23
                      TSG Reporting, Inc.
15                    Firm Registration No. 615
                      747 Third Avenue, 10th Floor
16                    New York, New York 10017
                      (877) 702-9580
17

18

19

20

21

22

23

24

25
```