# EXCERPTS FROM THE DEPOSITION OF SAM TELLER
# TAKEN AUGUST 11, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION
    ------------------------------------------------------x
 4  In Re:

 5         TESLA, INC.              Civil Action No.
                                    3:18-cv-04865-EMC
 6         SECURITIES LITIGATION
    ------------------------------------------------------x
 7

 8

 9      * * *  C O N F I D E N T I A L  * * *

10

11

12

13  CONFIDENTIAL REMOTE VIDEOTAPED DEPOSITION OF

14                      SAM TELLER

15        Roberts Creek, British Columbia

16            Wednesday, August 11, 2021

17

18

19

20

21

22  Reported by:

23  THOMAS A. FERNICOLA, RPR

24  JOB NO. 198117

25
```

```
 1

 2

 3

 4          Wednesday, August 11, 2021

 5                 9:00 a.m.

 6

 7

 8         CONFIDENTIAL REMOTE VIDEOTAPED DEPOSITION of

 9   SAM TELLER, held before Thomas A. Fernicola, a

10   Registered Professional Reporter and Notary Public of

11   the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1   A P P E A R A N C E S
 2   (All Attendees Appearing Via Videoconference and/or
 3   Telephonically):
 4
 5       LEVI & KORSINSKY
 6       Attorneys for Plaintiffs
 7           1101 30th Street Northwest
 8           Washington, DC 20007
 9       BY:  ELIZABETH TRIPODI, ESQ.
10            KATHY AMES, ESQ.
11
12
13       COOLEY
14       Attorneys for Tesla
15           3175 Hanover Street
16           Palo Alto, CA 94304
17       BY:  PATRICK GIBBS, ESQ.
18            BINGXIN WU, ESQ.
19
20
21
22   ALSO PRESENT:
23            MICHAEL BROWN, Videographer
24            CANDICE JACKMAN, In-House Counsel, Tesla.
25
```

```
 1         THE VIDEOGRAPHER:  Good morning.
 2    My name is Michael Brown.  I'm a Legal
 3    Videographer in association with TSG
 4    Reporting.
 5         Due to the severity of the
 6    COVID-19 pandemic and following the
 7    practice of social distancing, I will
 8    not be in the same room as the witness.
 9    Instead, I will be recording this
10    videotaped deposition remotely.
11         The reporter, Tom Fernicola, also
12    will not be in the same room and will
13    swear the witness remotely.
14         Do all parties stipulate to the
15    validity of this video recording and
16    remote swearing, and that it will be
17    admissible in the courtroom following
18    Rule 30 of the Federal Rules of Civil
19    Procedures and the state's rules where
20    this case is pending?
21         MS. TRIPODI:  Good morning.  My
22    name is Elizabeth Tripodi.  I'm with
23    Levi & Korsinsky, LLP, and I'm here
24    today representing plaintiff, and I
25    agree.
```

Page 5

1    With me today is my co-counsel
2 Kathy Ames also from my firm.
3    MR. GIBBS:  Good morning.  This is
4 Patrick Gibbs from Cooley representing
5 the defendants as well as Mr. Teller.
6    We also agree to the remote
7 format.
8    With me today are my colleagues
9 Bingxin Wu, and here from Tesla is
10 Candace Jackman.
11    THE VIDEOGRAPHER:  This marks the
12 beginning of Video 1 of the Deposition
13 of Sam Teller in the matter of In Re:
14 Tesla, Inc. Securities Litigation.
15    Today's date is August 11.  The
16 time on the video monitor is 9:09 a.m.
17    Will the court reporter please
18 swear in the witness.
19
20
21
22
23
24
25

Page 6

1  SAM TELLER,
2  called as a witness, having been duly sworn by a
3  Notary Public, was examined and testified as
4  follows:
5  ████████████████
6  ████████████████████████████████
7  ████████████████████
8  ████████████████████████████
9  ████████████████████████
10 ██████████████
11 ██████████████████████████████████
12 ████████████████████████████████████
13 ██████████████████████████
14 ██████████████████████████████
15 ████████████████████████████████████
16 ██████████████████
17 ████████████████████████████
18 ██████████████████████████████
19 ████████████████████████
20 ████████████████████████████
21 ████████████████
22 ██████████████████████
23 ████████████████
24 ██████████████████████████████
25 ████████████████████████

# DEPOSITION TESTIMONY

# FILED UNDER SEAL

1

2         C E R T I F I C A T E

3

4    STATE OF NEW YORK  )

5                      ) ss.:

6    COUNTY OF NEW YORK )

7

8        I, THOMAS A. FERNICOLA, Registered

9    Reporter and Notary Public within and

10   for the State of New York, do hereby

11   certify that the within is a true and

12   accurate transcript of the proceedings

13   held on Wednesday, August 11, 2021.

14       That I am not related to any of

15   the parties to this action by blood or

16   marriage; and that I am in no way

17   interested in the outcome of this

18   matter.

19       IN WITNESS WHEREOF, I have

20   hereunto set my hand this 23rd day of

21   August 2021.

22

23   _____

24        THOMAS A. FERNICOLA, RPR

25