EXCERPTS FROM THE DEPOSITION OF
MARTIN VIECHA
TAKEN AUGUST 23, 2021

Page 1

1      UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3           SAN FRANCISCO DIVISION

4

5                                  )   Civil Action

6   IN RE TESLA, INC.              )   No. 3:18-cv

7   SECURITIES LITIGATION          )   -04865-EMC

8                                  )   Page 1-234

9

10      THIS TRANSCRIPT IS DESIGNATED CONFIDENTIAL

11         PURSUANT TO THE PROTECTIVE ORDER

12

13

14   REMOTE VIDEOTAPED DEPOSITION OF MARTIN VIECHA

15                   TAKEN ON

16            MONDAY, AUGUST 23, 2021

17

18

19

20

21

22  Reported by:

23  BRENDA R. COUNTZ, RPR-CRR

24  CSR NO. 12563

25  JOB NO. 198694

1
2
3
4
5
6
7
8
9
10     Remote Videotaped deposition of MARTIN VIECHA
11  taken via Zoom or teleconference in Los Angeles,
12  California, on Monday, August 23, 2021, before
13  Brenda R. Countz, CSR No. 12563.
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

```
 1   APPEARANCES OF COUNSEL:
 2            (All counsel and participants present
 3             via Zoom and/or teleconference.)
 4
 5   FOR THE PLAINTIFFS:
 6            LEVI & KORSINSKY
 7            BY:  NICHOLAS PORRITT, ESQ.
 8                 ELIZABETH TRIPODI, ESQ.
 9                 KATHY AMES, ESQ.
10            1101 30th Street NW
11            Washington, D.C. 20007
12
13
14
15
16   FOR THE DEFENDANT TESLA AND THE DEPONENT:
17            COOLEY
18            BY:  PATRICK GIBBS, ESQ.
19                 BINGXIN WU, ESQ.
20            3175 Hanover Street
21            Palo Alto, California 94304
22
23
24
25
```

Page 4

1  APPEARANCES (Continued)

2

3  ALSO PRESENT:

4          BRENT JORDAN, Videographer

5          CANDACE JACKMAN, Tesla In-house Counsel

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4

 5                                    )   Civil Action

 6    IN RE TESLA, INC.               )   No. 3:18-cv

 7    SECURITIES LITIGATION           )   -04865-EMC

 8                                    )   Page 1-234

 9

10        THIS TRANSCRIPT IS DESIGNATED CONFIDENTIAL

11            PURSUANT TO THE PROTECTIVE ORDER

12

13

14    REMOTE VIDEOTAPED DEPOSITION OF MARTIN VIECHA

15                      TAKEN ON

16              MONDAY, AUGUST 23, 2021

17

18

19

20

21

22   Reported by:

23   BRENDA R. COUNTZ, RPR-CRR

24   CSR NO. 12563

25   JOB NO. 198694
```

1    LOS ANGELES, CA - MONDAY, AUGUST 23, 2021

2                    9:06 A.M.

3

4         THE VIDEOGRAPHER:  Good morning,
5    counselors.  My name is Brent Jordan.  I'm the
6    Certified Legal Videographer in association with
7    TSG Reporting, Inc.  Due to the severity of the
8    Covid-19 and following the practices of social
9    distancing, I will not be in the same room with
10   the witness.
11        Instead I will record this videotaped
12   deposition remotely.  The reporter, Brenda
13   Countz, also will not be in the same room and
14   will swear the witness remotely.
15        Do all parties stipulate to the
16   validity of this video recording and remote
17   swearing and that it will be admissible in the
18   courtroom as if it had been taken following Rule
19   30 of the Federal Rules of Civil Procedures and
20   the State's rules where this case is pending?
21        MR. PORRITT:  Yes.
22        MR. GIBBS:  Yes.
23        THE WITNESS:  Yes.
24        THE VIDEOGRAPHER:  Thank you.  This is
25   the start of media number one in the videotape

1  deposition of Martin Viecha taken In Re The

2  Tesla, Inc. Securities Litigation filed in the

3  United States District Court for the Northern

4  District of California, San Francisco Division,

5  Case No. 3:18-cv-04865.

6          This deposition is being taken on

7  August 23, 2021 at approximately 9:06 a.m.

8          My name is Brent Jordan.  I'm the legal

9  video specialist from TSG Reporting, Inc.

10 headquartered at 228 East 45th Street, New York,

11 New York.  The court reporter is Brenda Countz in

12 association with TSG Reporting.

13         Will counsel please introduce

14 yourselves for the record.

15         MR. PORRITT:  Good morning, Nicholas

16 Porritt of Levy & Korsinsky on behalf of the

17 Plaintiff and the class.  With me are Elizabeth

18 Tripodi and Kathy Ames.

19         MR. GIBBS:  Good morning, this is

20 Patrick Gibbs from Cooley for the Defendants and

21 for the witness, and with me is Bing Wu also from

22 Cooley.

23         THE VIDEOGRAPHER:  Will the court

24 reporter please swear in the witness.

25

```
 1                    MARTIN VIECHA,
 2          having been first duly sworn, was
 3          examined and testified as follows:
 4
 5                    █████████
 6          ███████████████
 7          ████████████████████████████████
 8          ██████████████████████████████████
 9          ██████████████████████████████████████
10
11
12                 █████████████████████████████
13          █████████
14          ███████████████████████████████    ████
15                 █████████████████████████████
16          ████████████████████████████████████████
17          ████████████████████████
18                 ██████████████████████████████
19          ████████
20                 ███████████████████████
21                 ██████████████████████████████
22          ████
23                 █████████
24                 ████████████████████████████
25                 █████████
```

DEPOSITION TESTIMONY

FILED UNDER SEAL

ERRATA

FILED UNDER SEAL

Page 233

```
 1   STATE OF CALIFORNIA    )   SS
 2   COUNTY OF LOS ANGELES  )
 3              I, BRENDA R. COUNTZ, Certified Shorthand
 4   Reporter No. 12563 for the State of California,
 5   do hereby certify:
 6              That prior to being examined, the
 7   witness named in the foregoing deposition was
 8   duly sworn to testify the truth, the whole truth,
 9   and nothing but the truth;
10              That said deposition was taken down by
11   me in shorthand at the time and place therein
12   named and thereafter transcribed and that the
13   same is a true, correct, and complete transcript
14   of said proceedings.
15              Before completion of the deposition,
16   review of the transcript [ ] was [ ] was not
17   requested.  If requested, any changes made by the
18   deponent during the period allowed are appended
19   hereto.
20              I further certify that I am not
21   interested in the outcome of the action.
22   Witness my hand this 2nd day of September, 2021.
23                    /s/ Brenda R. Countz
24              _____
25                    Brenda R. Countz, CSR No. 12563
```