# EXCERPTS FROM THE SEC TESTIMONY OF ELON MUSK TAKEN AND RECORDED AUGUST 29, 2018

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

| | | |
|---|---|---|
| In the Matter of: | ) | File No. SF-04082-A |
| | ) | AMENDED 9-5-2018 |
| | ) | 9-10-2018 |
| TESLA MOTORS, INC. | ) | CONFIDENTIAL |

WITNESS: Elon Musk
PAGES: 1 through 283
PLACE: 44 Montgomery Street
Suite 2800
San Francisco, California
DATE: Wednesday, August 29, 2018

The above-entitled matter came on for hearing, pursuant to notice, at 9:17 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200



APPEARANCES:

On behalf of the Securities and Exchange Commission:

WALKER NEWELL, ESQ.
STEVEN D. BUCHHOLZ, ESQ.
E. BARRETT ATWOOD, ESQ.
BRENT SMYTH, ESQ.
44 Montgomery Street, 28th Floor
San Francisco, California 94104
(415) 705-2325
newellw@sec.gov
buchholzs@sec.gov

CHERYL L. CRUMPTON, ESQ.
TED YU, ESQ.
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-5000
crumptonc@sec.gov



CONFIDENTIAL

APPEARANCES (CONT.):

On behalf of the Witness:

STEVEN FARINA, ESQ.
DANE BUTSWINKAS, ESQ.
Williams & Connolly
725 Twelfth Street, N.W.
Washington, D.C. 2005
(202) 434-5000
sfarina@wc.com

TERENCE M. HEALY, ESQ.
ROEL C. CAMPOS, ESQ.
Hughes Hubbard & Reed
1775 I Street, N.W. Suite 600
Washington, D.C 20006
(202) 721-4600
terence.healy@hugheshubbard.com

APPEARANCES(CONT):

On behalf of the Witness(cont.):

BRADLEY J. BONDI, ESQ.
Cahill Gordon & Reindel, LLP
1990 K Street, N.W. Suite 950
Washington, D.C. 20006
(202) 862-8900
bbondi@cahill.com



CONFIDENTIAL

APPEARANCES(CONT.):

Also Present:

Lucien Newell, Video Operator



CONFIDENTIAL

P R O C E E D I N G S

(SEC Exhibit No. 1 was marked for identification.)

VIDEO OPERATOR: Here begins DVD No. 1 in the testimony of Elon Musk in the investigation by the U.S. Securities and Exchange Commission in the Matter of: Tesla Motors, Inc., File SF-04082-A

Today's date is August 29th, 2018. The time on the video monitor is 9:17. The video operator today is Lucien Newell, employed by Behmke Reporting and Video Services, Inc., subcontracted by Diversified Reporting Services, Inc.

This video investigation is taking place at 44 Montgomery Street, Suite 2800, San Francisco. The court reporter today is Mary Bardellini, Certified Shorthand Reporter, contracted by Behmke Reporting and Video Services, Inc., and subcontracted by Diversified Reporting Services.

Counsel, please voice identify yourselves for the record.

MR. FARINA: Steve Farina, Williams and Connolly, on behalf of the witness.

MR. HEALY: Terence Healy, Hughes Hubbard & Reed, LLP, on behalf of the witness.

MR. CAMPOS: Roel Campos, Hughes Hubbard & Reed, on behalf of the witness.



CONFIDENTIAL

MR. BONDI: Brad Bondi, Cahill, Gordon & Reindel on behalf of the witness and the company.

MR. BUTSWINKAS: Dane Butswinkas, Williams and Connolly, on behalf of Mr. Musk.

MR. NEWELL: I'm Walker Newell, Securities and Exchange Commission. With me are Steven Buchholz, Cheryl Crumpton, Barrett Atwood and Brent Smyth, and with us via the video is Ted Yu.

Mr. Musk, please raise your right hand.

Whereupon,

ELON MUSK

was called as a witness and, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. NEWELL:

Q Please state your full name and spell it for the record.

A Elon Reeve Musk, E-L-O-N, R-E-E-V-E, M-U-S-K.

Q We're going to do a little redux of what we just did for the record again. So, apologies for the redundancy.

Again, my name is Walker Newell. With me are Steven Buchholz, Cheryl Crumpton, Barrett Atwood, Brent Smyth and Ted Yu on video from Washington, D.C. We're officers of the Commission for purposes of this



CONFIDENTIAL

TESTIMONY

FILED UNDER SEAL

PROOFREADER'S CERTIFICATE

In the Matter of: TESLA MOTORS, INC.
Witness: Elon Musk
File Number: SF-04082-A
Date: Wednesday, August 29, 2018
Location: San Francisco, California

This is to certify that I, Christine Boyce, (the undersigned) do hereby swear and affirm that the attached proceedings before the U.S. Securities and Exchange Commission were held according to the record, and that this is the original, complete, true and accurate transcript, which has been compared with the reporting or recording accomplished at the hearing.

Chr E Boyce 8-30-18

(Proofreader's Name) (Date)



CONFIDENTIAL

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN FRANCISCO )

I hereby certify that the investigative hearing was reported by me in the within-entitled cause; that said hearing was taken at the time and place herein named; that the hearing is a true record of the witness' testimony as reported by me, a duly certified shorthand reporter and a disinterested person, and was thereafter transcribed into typewriting by computer.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of August, 2018.

Mary Bardellini, CSR 2976

MARY BARDELLINI, CSR No. 2976

STATE OF CALIFORNIA



CONFIDENTIAL