EXCERPTS FROM THE SEC TESTIMONY OF DEEPAK AHUJA
TAKEN AND RECORDED AUGUST 28, 2018

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                )
                                 ) File No. SF-04082-A
TESLA MOTORS, INC.               ) CONFIDENTIAL
                                   AMENDED 10-29-2018

WITNESS: Deepak Ahuja
PAGES:   1 through 254
PLACE:   44 Montgomery Street, Suite 2800
         San Francisco, California
DATE:    Tuesday, August 28, 2018

    The above-entitled matter came on for hearing, pursuant to notice, at 9:13 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

CONFIDENTIAL

```
                                                    Page 2
 1   APPEARANCES:
 2   On behalf of the Securities and Exchange Commission:
 3       STEVEN D. BUCHHOLZ, ESQ.
 4       BRENT SMYTH, ESQ.
 5       44 Montgomery Street
 6       Suite 2800
 7       San Francisco, California 94104
 8       (415) 705-2500
 9       buchholzs@sec.gov
10       smythb@sec.gov
11
12
13       CHERYL L. CRUMPTON, ESQ.
14       TED YU, ESQ. (VIA VIDEOCONFERENCE)
15       100 F Street, N.E.
16       Washington, D.C. 20549
17       (202) 551-5000
18       crumptonc@sec.gov
19
20
21
22
23
24
25
```

CONFIDENTIAL

```
                                                         Page 3
1    APPEARANCES(CONT):
2
3    On behalf of the Witness:
4        BRADLEY J. BONDI, ESQ.
5        JOHN J. CYCON, ESQ.
6        Cahill Gordon & Reindel, LLP
7        1990 K Street, N.W.
8        Suite 950
9        Washington, DC 20006
10       (202) 862-8900
11       bbondi@cahill.com
12       jcycon@cahill.com
13
14       MATTHEW M. McDONAGH, ESQ.
15       Cahill Gordon & Reindel, LLP
16       80 Pine Street
17       New York, New York 10005
18       Telephone:  (212) 701-3000
19       mmcdonagh@cahill.com
20
21   Also Present:
22       Daniel Stroud, Videographer
23
24
25
```

SEC-EPROD-000014375

CONFIDENTIAL

Page 8

```
 1            P R O C E E D I N G S
 2               (SEC Exhibit No. 1 was marked
 3                 for identification.)
 4         THE VIDEOGRAPHER:  Good morning, ladies and
 5  gentlemen.  We're on video record.  The time is
 6  9:13 a.m.  Today's date is August 28th, 2018.  This
 7  begins Video 1, Volume 1, in the testimony of Deepak
 8  Ahuja in the investigation by the United States
 9  Securities and Exchange Commission in the matter of
10  Tesla Motors, Incorporated, File No. SF-04082-A.
11         We are located today at 44 Montgomery
12  Street, Suite 2800, San Francisco, California.  My
13  name is Daniel Stroud.
14         I'm your video specialist.
15  Our court reporter is Ms. Cynthia Dammann, certified
16  shorthand reporter.  We are contracted by Behmke
17  Reporting & Video Services of San Francisco and
18  subcontracted by Diversified Reporting Services.
19         Would all counsel in the room please
20  identify themselves for the record.
21         MR. BONDI:  Brad Bondi, Cahill Gordon &
22  Reindel, for the witness and for Tesla.
23         MR. CYCON:  John Cycon, Cahill Gordon &
24  Reindel, for the witness and for Tesla.
25         MR. McDONAGH:  Matthew McDonagh, Cahill
```

CONFIDENTIAL

```
                                                         Page 9
1     Gordon & Reindel, for the witness and for Tesla.
2             MR. BUCHHOLZ:  Steven Buchholz for the
3     Securities and Exchange Commission.
4             MR. SMYTH:  Brent Smyth for the Securities
5     and Exchange Commission.
6             MS. CRUMPTON:  Cheryl Crumpton for the
7     Securities and Exchange Commission.
8             MR. BUCHHOLZ:  And also appearing by video?
9             THE VIDEOGRAPHER:  Appearing from video
10    conference?
11            MR. YU:  Ted Yu.
12            COURT REPORTER:  I'm sorry.  I didn't catch
13    that.
14            MR. YU:  Ted Yu from the Securities and
15    Exchange Commission.
16            COURT REPORTER:  Thank you.
17            THE VIDEOGRAPHER:  You may swear in the
18    witness.
19            MR. BUCHHOLZ:  That's okay.  Please raise
20    your right hand, Mr. Ahuja.
21            (Whereupon the oath was administered.)
22            THE WITNESS:  Yes, yes, I do.
23    Whereupon,
24                     DEEPAK AHUJA
25    was called as a witness and, having been first
```

CONFIDENTIAL

```
                                                          Page 10
 1   duly sworn, was examined and testified as follows:
 2                          EXAMINATION
 3              BY MR. BUCHHOLZ:
 4        Q     Thank you.  Please state your full name and
 5   spell your name for the record.
 6        A     Deepak Ahuja.  D-e-e-p-a-k A-h-u-j-a.
 7        Q     Do you have a middle name?
 8        A     P as in Peter.
 9        Q     Initial?
10        A     That's the initial.  I can give you the full
11   name if you want.  The full name is spelled as
12   P-r-a-b as in boy h-u.
13        Q     Thank you.  My name is Steven Buchholz.
14   With me are Brent Smyth, Cheryl Crumpton, and Ted
15   Yu, appearing by video from Washington, D.C.  We are
16   officers of the Commission for the purposes of this
17   proceeding.  This is an investigation by the United
18   States Securities and Exchange Commission in the
19   matter of Tesla motors, Inc. to determine whether
20   there have been violations of certain provisions of
21   the federal securities laws.  However, the facts
22   developed in the investigation might constitute
23   violations of other federal or state civil or
24   criminal laws.  Prior to the opening of the record,
25   you were provided with a copy of the formal order of
```

CONFIDENTIAL

TESTIMONY FILED

UNDER SEAL

Case 3:18-cv-04865-EMC   Document 352-13   Filed 01/11/22   Page 9 of 9

```
                                                        Page 252
 1    discussions.
 2        Q    Okay.  Okay.  We have no further questions
 3    at this time.  As I said before, if we need to speak
 4    with you again, we'll contact your counsel.
 5        A    Okay.
 6        Q    We'll go off the record at 6:35 p.m.
 7        A    Okay.  Thank you.
 8             THE VIDEOGRAPHER:  We're off the record.
 9    The time is 6:36 p.m.
10             The time -- this will be the
11    end of Video 4, Volume 1, in the testimony of Deepak
12    Ahuja.
13             (Whereupon, at 6:36 p.m., the examination
14    was concluded.)
15                      * * * * *
16
17
18
19
20
21
22
23
24
25
```

SEC-EPROD-000014624

CONFIDENTIAL