EXCERPTS FROM THE SEC TESTIMONY OF
EGON DURBAN
TAKEN AND RECORDED SEPTEMBER 12, 2018

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:          )

                           )  File No. SF-04082-A

TESLA MOTORS, INC.         )

                              CONFIDENTIAL


WITNESS:   Egon Pierre-Durban

PAGES:     1 through 172

PLACE:     Securities and Exchange Commission

           44 Montgomery Street

           Suite 2800

           San Francisco, California

DATE:      Wednesday, September 12, 2018


      The above-entitled matter came on for hearing,

pursuant to notice, at 2:20 p.m.


COPY


Diversified Reporting Services, Inc.

(202) 467-9200

Exhibit 176

CONFIDENTIAL

SEC-EPROD-000016522

Page 2

1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4         WALKER NEWELL, ESQ.

5         E. BARRETT ATWOOD, ESQ.

6         STEVEN D. BUCHHOLZ, ESQ.

7         Securities and Exchange Commission

8         44 Montgomery Street, Suite 2800

9         San Francisco, California 94104

10        (415) 705-2500

11        newellw@sec.gov

12        atwoode@sec.gov

13        buchholzs@sec.gov

14

15   On behalf of the Witness:

16        JULIE M. RIEWE, ESQ.

17        JOHN T. CHISHOLM, ESQ.

18        Debevoise & Plimpton

19        801 Pennsylvania Avenue, N.W.

20        Washington, D.C. 20004

21        (202) 383-8000

22        jriewe@debevoise.com

23        jtchisholm@debevoise.com

24

25

CONFIDENTIAL

```
 1    APPEARANCES (CONT.):

 2

 3          KAREN M. KING, ESQ.

 4          Silver Lake

 5          2775 Sand Hill Road, Suite 100

 6          Menlo Park, California 94025

 7          (650) 233-8120

 8          karen.king@silverlake.com

 9

10    Also Present:

11          Lucien Newell, Video Operator

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL

SEC-EPROD-000016524

Page 6

1                    P R O C E E D I N G S

2               THE VIDEO OPERATOR:  Here begins DVD No. 1 in

3     the testimony of Egon Durban in the investigation by the

4     U.S. Securities and Exchange Commission in the matter of

5     Tesla Motors, Inc., File No. SF-04082-A.

6               Today's date is September 12th, 2018.  The

7     time on the video monitor is 2:20.

8               The video operator today is Lucien Newell,

9     employed by Behmke Reporting and Video Services, Inc.,

10    and subcontracted by Diversified Reporting Services,

11    Inc.  This video investigation is taking place at 44

12    Montgomery Suite (sic), Suite 2800, San Francisco.

13              The court reporter today is Suzanne Andrade,

14    Certified Shorthand Reporter, contracted by Behmke

15    Reporting and Video Services, Inc., and subcontracted by

16    Diversified Reporting Services, Inc.

17              Counsel, please voice identify yourselves for

18    the record.

19              MR. NEWELL:  Walker Newell and Barrett Atwood

20    on behalf of the Securities and Exchange Commission.

21              MS. RIEWE:  And Julie Riewe and John Chisholm

22    from Debevoise & Plimpton, LLP, on behalf of Mr. Durban

23    and Karen King from Silver Lake also on behalf of Mr.

24    Durban.

25              MR. NEWELL:  Mr. Durban, please raise your

1    right hand.

2              Do you swear or affirm to tell the whole

3    truth -- the truth, the whole truth, and nothing but the

4    truth?

5              MR. PIERRE-DURBAN:  Yes.

6    Whereupon,

7                        EGON PIERRE-DURBAN

8    was called as a witness and, having been first duly

9    sworn, was examined and testified as follows:

10                       EXAMINATION

11             BY MR. NEWELL:

12        Q    Please state your full name, and spell your

13   name for the record.

14        A    Egon Durban.  Egon-Pierre Durban.  It's

15   hyphenated.  Can I put my hand down?

16        Q    Yes, please.

17        A    Okay.

18        Q    And could you spell that for the record,

19   please.

20        A    Yes.  E-g-o-n, dash, P-i-e-r-r-e; Durban,

21   D-u-r-b-a-n.

22             MR. NEWELL:  Thanks, Mr. Durban.

23             We're going to do another round of

24   introductions for the record.  So apologies for the

25   redundancy.

CONFIDENTIAL

TESTIMONY FILED

UNDER SEAL

```
 1                   PROOFREADER'S CERTIFICATE

 2

 3  In The Matter of:    TESLA MOTORS, INC.

 4  Witness:             Egon Pierre-Durban

 5  File Number:         SF-04082-A

 6  Date:                Wednesday, September 12, 2018

 7  Location:            San Francisco, CA

 8

 9           This is to certify that I, Maria E. Paulsen,

10  (the undersigned), do hereby swear and affirm that the

11  attached proceedings before the U.S. Securities and

12  Exchange Commission were held according to the record and

13  that this is the original, complete, true and accurate

14  transcript that has been compared to the reporting or

15  recording accomplished at the hearing.

16

17                                      9/13/2018

18  (Proofreader's Name)                (Date)

19

20

21

22

23

24

25
```

CONFIDENTIAL

1   STATE OF CALIFORNIA                        )ss.

2   COUNTY OF SAN FRANCISCO                     )

3         I, SUZANNE I. ANDRADE, CSR NO. 10682, a

4   Certified Shorthand Reporter of the State of California,

5   do hereby certify:

6         That the foregoing proceedings were taken

7   before me at the time and place herein set forth; that

8   any witnesses in the foregoing proceedings, prior to

9   testifying, were placed under oath; that a verbatim

10  record of the proceedings was made by me using machine

11  shorthand which was thereafter transcribed under my

12  direction; further, that the foregoing is an accurate

13  transcription thereof.

14        I further certify that I am not interested in

15  the outcome of said action nor connected with, nor

16  related to, any of the parties in said action, nor to

17  their respective counsel.

18        IN WITNESS WHEREOF, I have hereunto

19  set my hand and affixed my signature this

20  13th day of September, 2018.

21

22

23        SUZANNE I. ANDRADE, CSR 10682

24

25

171

CONFIDENTIAL

SEC-EPROD-000016693