EXHIBIT 8

8/7/2018
Home
Moments
Search Twitter
Have an account? Log in
Elon Musk
@elonmusk
Follow
Am considering taking Tesla private at $420. Funding secured.
9:48 AM - 7 Aug 2018
8,343 Retweets 38,534 Likes
3.9K 8.3K 39K
Elon Musk @elonmusk · 1h
Shareholders could either to sell at 420 or hold shares & go private
792 1.0K 6.4K
Gali @Gfilche · 2h
Replying to @elonmusk
Noooooo!!!! Still processing what this means, but would be sad to see all the investors who've been w/ $TSLA miss out on the upside over the next few years. Although if this helps the mission & Elon thinks it's smart, I understand and fully support
44 15 398
Elon Musk @elonmusk · 1h
My hope is *all* current investors remain with Tesla even if we're private. Would create special purpose fund enabling anyone to stay with Tesla. Already do this with Fidelity's SpaceX investment.
357 526 3.3K
Gali @Gfilche · 1h
amazing, thank you for the clarification :)
17 1 167
SaintBurg @SubCanyon · 1h
Need a video Gali Stat!
33
Derek M. @thatspacegeek · 28m
Replying to @elonmusk
Could we still invest once private?
2 2 29
Elon Musk @elonmusk · 26m
Yes, but liquidity events would be limited to every 6 months or so (like SpaceX)
52 41 364
Elon Musk @elianimusk · 10m
Do not forget about our competition!
1 26
Elon Musk @elianimusk · 9m
twitter.com
giving away 5 000 Ethereum!
ETHEREUM
ethereum
https://twitter.com/elonmusk/status/1026872652290379776
1/1
EXHIBIT
KM-7
SF-4082 9-11-18

Exhibit 8