# EXHIBIT 10



Exhibit 10