# EXHIBIT 11



Exhibit 11