# EXHIBIT 13



**Exhibit 13**

EXHIBIT
KM-11
SF-4082  9-11-18