EXHIBIT 23

EXHIBIT FILED UNDER SEAL