# EXHIBIT 80

# EXHIBIT FILED UNDER SEAL