EXHIBIT 101

EXHIBIT FILED UNDER SEAL