# EXHIBIT 113

# EXHIBIT FILED UNDER SEAL