EXHIBIT 114

EXHIBIT FILED UNDER SEAL