EXHIBIT 115

EXHIBIT FILED UNDER SEAL