EXHIBIT 116

EXHIBIT FILED UNDER SEAL