EXHIBIT 117

EXHIBIT FILED UNDER SEAL