# EXHIBIT 118

# EXHIBIT FILED UNDER SEAL