EXHIBIT 119

EXHIBIT FILED UNDER SEAL