EXHIBIT 120

EXHIBIT FILED UNDER SEAL