EXHIBIT 121

EXHIBIT FILED UNDER SEAL