# EXHIBIT 146

# EXHIBIT FILED UNDER SEAL