EXHIBIT 147

EXHIBIT FILED UNDER SEAL