# EXHIBIT 150

# EXHIBIT FILED UNDER SEAL