EXHIBIT 151

EXHIBIT FILED UNDER SEAL