# EXHIBIT 155

# EXHIBIT FILED UNDER SEAL