EXHIBIT 157

EXHIBIT FILED UNDER SEAL