EXHIBIT 158

EXHIBIT FILED UNDER SEAL