EXHIBIT 165

EXHIBIT FILED UNDER SEAL