# EXHIBIT 175

# EXHIBIT FILED UNDER SEAL