EXHIBIT 179

EXHIBIT FILED UNDER SEAL