# EXHIBIT 194

# EXHIBIT FILED UNDER SEAL