# EXHIBIT 201

# EXHIBIT FILED UNDER SEAL