EXHIBIT 301

EXHIBIT FILED UNDER SEAL