ECF 298
STIPULATION AND ORDER
FOR CLASS CERTIFICATION