EXHIBIT 15

# Tesla Inc

## Raise PT to Reflect Possible Go-Private Offer, But Remain Underweight on Chance Shares Could Again Trade on Fundamentals

**Underweight**
TSLA, TSLA US
Price: $379.57
▲ Price Target: $308.00
Previous: $195.00

On Tuesday during the market, Tesla CEO Elon Musk announced via Twitter that he is considering pursuing a path (no final decision has been made) which would take the company private at a price of $420 per share. This was followed up by further statements that "funding has been secured" and "investor support confirmed". As surprising to us as these developments are, and as lacking as the statements are in any details regarding who is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. Either funding is secured or it is not secured, and Tesla's CEO says funding is secured. Therefore, we are incorporating into our valuation the real possibility the equity will be taken out at $420 per share. Separate from the Twitter statements, the company also made public a letter Mr. Musk had written to Tesla employees in which he states, "If the process ends the way I expect it will, a private Tesla would ultimately be an enormous opportunity for all of us." To us, this suggests more than mere consideration — Mr. Musk expects Tesla will go private. We are not as certain, and so assign only a 50% probability to such a scenario in our updated valuation. We continue to believe Tesla's valuation based on fundamentals alone (i.e., a 50/50 blend of DCF and 2020-based multiples analysis — itself consisting of a blend of P/E, EV/EBITDA, and Price-to-Sales) is worth no more than $195 (our previous price target). But introducing a new 50% weighting of $420 suggests a large upward revision to our price target is warranted, and we newly value Tesla at $308 per share (i.e., 50/50 blend of $195 and $420).

**Autos & Auto Parts**
**Ryan Brinkman** AC
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com
Bloomberg JPMA BRINKMAN <GO>
J.P. Morgan Securities LLC

**David L Kelley**
(1-212) 622-8657
david.l.kelley@jpmorgan.com
J.P. Morgan Securities LLC

**Aayush Gupta**
(91-22) 6157-3363
aayush.gupta@jpmchase.com
J.P. Morgan India Private Limited



Price Performance

- **We continue to rate TSLA shares Underweight:** We remain Underweight-rated, including given the comparatively little +11% upside remaining vs. Tuesday's close to the purported $420 take-out price in comparison to the much larger -49% downside to the $195 we feel Tesla should trade at based upon an analysis of fundamentals alone. Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through.

- **Details of the proposed transaction are very few at this time:** Tesla provided no details regarding the needed funding, except to say that it has been secured. Mr. Musk stated current shareholders could continue to participate in the private company, suggesting the actual amount of needed cash could be far less than the firm's current equity valuation or enterprise value (equivalent to only the amount of shares tendered times $420 per share). Mr. Musk plants to continue to own ~20%.

**Exhibit 15**

**Tesla Inc (TSLA;TSLA US)**

| FYE Dec | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| EPS - Recurring ($) | | | | | |
| Q1 (Mar) | (1.45) | (1.33) | (3.35)A | - | - |
| Q2 (Jun) | (1.61) | (1.33) | (3.06)A | - | - |
| Q3 (Sep) | 0.71 | (2.92) | (1.66) | - | - |
| Q4 (Dec) | (0.69) | (3.04) | (0.82) | - | - |
| FY | (2.83) | (8.66) | (8.92) | (1.55) | 2.65 |
| Bloomberg EPS FY ($) | -2.96 | -9.15 | -5.99 | 2.59 | 9.07 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

**Company Data**
| | |
|---|---|
| Price ($) | 379.57 |
| Date Of Price | 07-Aug-18 |
| 52-week Range ($) | 389.61-244.59 |
| Market Cap ($ mn) | 64,448.71 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 170 |
| Price Target ($) | 308.00 |
| Price Target End Date | 31-Dec-18 |

**See page 12 for analyst certification and important disclosures, including non-US analyst disclosures.**
J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

www.jpmorganmarkets.com
This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.
CONFIDENTIAL                                                                                                   JPMS_00000047

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
08 August 2018

J.P.Morgan

- **In the event Tesla shares remain public, our concerns regarding Tesla's business model are unchanged:** As a reminder, we are concerned about the ability for Tesla to generate the substantially better than industry EBIT margins which the firm guides to ("mid-teens") and that seem embedded in valuation. We have highlighted before concerns regarding increased competition, including from automakers looking to use the sale of battery electric vehicles to subsidize their more lucrative internal combustion engine portfolio vehicles from a legal, regulatory, and compliance perspective, rather than trying to generate profit on the sale of these battery electric vehicles in and of themselves, suggesting that these automakers may be incentivized to price battery electric vehicles at price points that could be below cost, such that they may sell in sufficient enough quantity to accomplish this aim (in turn, the more profitable internal combustion portfolio vehicles of these automakers subsidize the battery electric vehicles from a financial perspective). We expect these pressures could become more acute as governments increasingly mandate (such as in the case of China's NEV standards) or effectively mandate (such as in the case of US Corporate Average Fuel Economy or European Union Grams of $CO_2$ per Kilometer requirements) larger portions of automaker fleets be comprised of battery electric vehicles.

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.
CONFIDENTIAL
JPMS_00000048

Ryan Brinkman  
(1-212) 622-6581  
ryan.j.brinkman@jpmorgan.com

North America Equity Research  
08 August 2018

J.P.Morgan

# Investment Thesis, Valuation and Risks

**Tesla Inc** *(Underweight; Price Target: $308.00)*

**Investment Thesis**

Our Underweight rating considers notable investment positives, including a highly differentiated business model, appealing product portfolio, and leading-edge technology, which we believe are more than offset by above-average execution risk and valuation that seems to be pricing in a lot. Tesla is attractively saddled with none of the pension, OPEB, and other legacy costs which frequently burden large entrenched automakers. Its products are bold, distinctive, elegant, and highly entertaining to drive. The company is led by visionary leadership, backed by a management team with solid functional strength. Although both technology and execution risk seem substantially less than was once feared, expansion into higher-volume segments with lower price points seems fraught with greater risk relative to demand, execution, and competition. Meanwhile, valuation appears to be pricing in upside related to expansion into mass-market segments well beyond our volume forecasts for the Model 3.

**Valuation**

We maintain our Underweight rating on Tesla shares but raise our December 2018 price target substantially, to $308 from $195 prior, on account of newly incorporating the very real possibility the company could be taken private at $420 per share, based upon statements from the company's CEO. We derive our December 2018 price target of $308 based upon a blended approach which values the firm 50% using the proposed take-out price of $420 and 50% upon our pre-existing framework which valued the company at $195 based upon an assessment of fundamentals (50% DCF and 50% 2020-based multiples analysis — itself a blend of P/E, EV/EBITDA, and Price-to-Sales).

**Risks to Rating and Price Target**

*Upside risks include:* (1) The company could in fact be taken private for $420 per share, as suggested by the firm's CEO who has stated that funding for such a transaction has been secured and investor interest is confirmed but that it would be subject to a shareholder vote; (2) In the event the firm remains public, demand for Tesla vehicles could rise materially beyond our expectations; (3) Gasoline prices could increase or government penalties and regulations on rival internal combustion engine vehicles could increase, which could drive adoption towards electric vehicles, benefitting Tesla.

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.  
CONFIDENTIAL                                                                                                  JPMS_00000049

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
08 August 2018

J.P.Morgan

## Detailed TSLA Combined Company Price Target Analysis

**We value Tesla, including the Solar City business, using a blend of a multiple-based analysis and DCF, which suggests $195 value.** We value TSLA shares using a 50/50 blend of (1) the proposed $420 go-private take-out price; and (2) our pre-existing valuation framework which is based upon fundamentals and considers DCF, P/E, EV/EBITDA, and Price-to-Sales. A summary of our December 2018 price target methodology is shown below in Table 1.

Table 1: TSLA Blended Value per Share Analysis

In $/share

| Valuation Methodology | | |
|---|---|---|
| $195 | 50% | JPM DCF & Multiples-based Analysis |
| $420 | 50% | Purported Going Private Price |
| $308 | 100% | **J.P. Morgan Weighted-average Price Target** |
| | -19% | *Upside vs. Current Price* |

Source: J.P. Morgan estimates.

**The value we ascribe to Tesla based only upon fundamentals ($195) is shown in Table 2, which now receives only a 50% weighting.** This was our previous price target.

Table 2: TSLA Value per Share Analysis Based Upon Fundamentals Alone

In $/share

| Fundamentals-Based Valuation Analysis | Weighting | Share Price |
|---|---|---|
| Discounted Cash Flows | 50% | $216 |
| 2020 Multiples-based Analysis | 50% | $175 |
| **Fundamentals-Based Valuation Analysis** | **100%** | **$195** |
| Current Share Price | | $380 |
| *Upside/ Downside to current share price* | | *-49%* |

Source: J.P. Morgan estimates.

**Our multiple-based analysis on 2020E financial estimates suggests value of $175/share**

A summary of our multiples-based valuation approach is shown in Table 3.

Table 3: 2020 Financial Performance-based TSLA Automotive Value Per Share Analysis

In $/share

| 2020 Multiples-based Analysis | Weighting | Share Price | Discount Rate (Corporate WACC) | Share Price Discounted to December 2018 |
|---|---|---|---|---|
| EV/EBITDAP | 33% | $191 | 15% | $166 |
| Price-to-Earnings | 33% | $133 | 15% | $115 |
| Price-to-Sales | 33% | $278 | 15% | $242 |
| **2020 Multiples-based Analysis** | **100%** | **$201** | **15%** | **$175** |

Source: J.P. Morgan estimates.

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.
CONFIDENTIAL                                                                                                                                    JPMS_00000050

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
08 August 2018

J.P.Morgan

**Our EV/EBITDAP analysis, a 1/3-weighted component of our multiple-based analysis, is shown in Table 4**. The implied value per share is $191, which when discounted back to December 2018 represents $166 value. We use a target multiple of 15.0x EBITDA, based on the average NTM trading multiple for a set of comparable high growth companies (as shown in Table 7)—which includes both luxury and high growth automakers, auto parts suppliers of technical products, innovators of disruptive technology and clean tech companies.

Table 4: TSLA Automotive EV/EBITDAP Based Value Per Share Analysis
In $ mn, except share price

| EV/EBITDAP-based Analysis | Earnings Ramp 2019E | 2020E |
|---|---|---|
| JPM EBITDA ex. Equity Income | 2,233 | 3,083 |
| (+) Pension Expense | - | - |
| **EBITDAP** | **2,233** | **3,083** |
| | | |
| Current Multiple of JPM NTM EBITDAP | | |
| JPM EV/EBITDAP Multiple | 15.0x | 15.0x |
| **Enterprise Value** | **33,611** | **46,392** |
| | | |
| (-) Total Debt | (12,856) | (15,443) |
| (+) Cash & Investments | 2,462 | 3,819 |
| Net Cash/(Debt) | (10,393) | (11,623) |
| | | |
| (+) Equity Stakes (10x P/E) | - | - |
| (-) Noncontrolling Stakes (10x P/E) | - | - |
| (-) Pension Underfunding (35% tax) | - | - |
| Other Adjustments | - | - |
| | | |
| **Implied Equity Value** | **23,217** | **34,768** |
| | | |
| Diluted Share Count | 168.8 | 182 |
| **Implied Value/Share** | **$138** | **$191** |
| | | |
| Current Value per Share | $379.6 | $379.6 |
| Upside vs. Current | -64% | -50% |
| | | |
| Memo: | | |
| Sales | 21,575 | 25,319 |
| *Implied Price/Sales* | *1.1x* | *1.4x* |
| | | |
| Net Income | (266) | 482 |
| EPS | ($1.58) | $2.65 |
| *Implied P/E* | *-87.3x* | *72.1x* |

Source: J.P. Morgan estimates.

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.
CONFIDENTIAL                                                                                      JPMS_00000051

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
08 August 2018

J.P.Morgan

**Our Price-to-Earnings analysis, a 1/3-weighted component of our multiple-based analysis, is shown in Table 5.** The implied value per share is $133, which when discounted back to December 2018 represents $115 value. We use a target multiple of 50.0x EPS, premium to the average NTM trading multiple for a set of comparable high growth companies (as shown in Table 7)—which includes both luxury and high growth automakers, auto parts suppliers of technical products, innovators of disruptive technology and clean tech companies.

Table 5: TSLA Price-to-Earnings Based Value Per Share Analysis

In $ mn, except share price

| Price-to-Earnings-based Analysis | Earnings Ramp 2019E | 2020E |
|---|---|---|
| Net Income | -266 | 482 |
| P/E Multiple | 50.0x | 50.0x |
| **Implied Equity Value** | **-13,295** | **24,122** |
| Diluted Share Count | 169 | 182 |
| **Implied Value/Share** | **($79)** | **$133** |
| Current Value per Share | $379.6 | $379.6 |
| Upside vs. Current | -121% | -65% |
| Memo: | | |
| (-) Net Cash/(Debt) | (10,393) | (11,623) |
| (-) Other Adjustments | - | - |
| Enterprise Value | -2,901 | 35,745 |
| JPM EBITDAP | 2,233 | 3,083 |
| *Implied EV/EBITDAP* | *-1.3x* | *11.6x* |
| Sales | 21,575 | 25,319 |
| *Implied Price/Sales* | *-0.6x* | *1.0x* |

Source: J.P. Morgan estimates.

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.
CONFIDENTIAL                                                                                                          JPMS_00000052

Ryan Brinkman  
(1-212) 622-6581  
ryan.j.brinkman@jpmorgan.com

North America Equity Research  
08 August 2018

J.P.Morgan

**Our Price-to-Sales analysis, a 1/3-weighted component of our multiple-based analysis, is shown in Table 6.** The implied value per share is $278, which when discounted back to December 2018 represents $242 value. We use a target multiple of 2.0x Sales, based on the average NTM trading multiple for a set of comparable high growth companies (as shown in Table 7)—which includes both luxury and high growth automakers, auto parts suppliers of technical products, innovators of disruptive technology and clean tech companies.

Table 6: TSLA Price-to-Sales Based Value Per Share Analysis

In $ mn, except share price

| Price-to-Sales-based Analysis | Earnings Ramp | |
|---|---|---|
|  | 2019E | 2020E |
| Sales | 21,575 | 25,319 |
| Price/Sales Multiple | 2.0x | 2.0x |
| **Implied Equity Value** | **43,151** | **50,637** |
| Diluted Share Count | 169 | 182 |
| **Implied Value/Share** | **$256** | **$278** |
| Current Value per Share | $379.6 | $379.6 |
| Upside vs. Current | -33% | -27% |
| Memo: | | |
| (-) Net Cash/(Debt) | (10,393) | (11,623) |
| (-) Other Adjustments | - | - |
| Enterprise Value | 53,544 | 62,260 |
| JPM EBITDAP | 2,233 | 3,083 |
| *Implied EV/EBITDAP* | *24.0x* | *20.2x* |
| Net Income | -266 | 482 |
| *Implied P/E* | *-162.3x* | *105.0x* |

Source: J.P. Morgan estimates.

7

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.  
CONFIDENTIAL                                                                                                                   JPMS_00000053

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
08 August 2018

J.P.Morgan

Table 7: Comparables Used in Multiples-Based Analysis

| Investment Comparable | Ticker | Price (Local FX) | Market Cap | Enterprise Value (mm) | Price/Sales | | | EV/EBITDA | | | | P/E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2016 | 2017 | 2018 | 2019 | 2016 | 2017 | 2018 | 2019 | 2016 | 2017 | 2018 | 2019 |
| **Disruptive Technology** | | | | | | | | | | | | | | | | |
| Apple | AAPL | USD 207.11 | 1,000,326 | 871,183 | 4.6x | 4.4x | 3.8x | 3.6x | 12.4x | 12.3x | 10.7x | 10.3x | 25.0x | 23.0x | 17.6x | 15.3x |
| Google | GOOG | USD 1,242.22 | 868,575 | 770,302 | 11.9x | 9.8x | 7.9x | 6.6x | 21.2x | 17.5x | 15.2x | 12.6x | 35.9x | 28.8x | 23.5x | 21.1x |
| Average | | | | | 8.3x | 7.1x | 5.8x | 5.1x | 16.8x | 14.9x | 12.9x | 11.4x | 30.5x | 25.9x | 20.5x | 18.2x |
| **Clean Technology** | | | | | | | | | | | | | | | | |
| First Solar | FSLR | USD 53.60 | 5,617 | 2,607 | 2.0x | 1.9x | 2.2x | 1.8x | 4.6x | 8.0x | 8.3x | 4.3x | 11.4x | NM | NM | NM |
| SunPower | SPWR | USD 7.37 | 1,039 | 2,118 | 0.4x | 0.5x | 0.5x | 0.4x | 11.0x | 12.0x | 16.0x | 9.9x | NM | NM | NM | NM |
| Average | | | | | 1.2x | 1.2x | 1.4x | 1.1x | 7.8x | 10.0x | 12.1x | 7.1x | 11.4x | NM | NM | NM |
| **Auto Tech / Innovation** | | | | | | | | | | | | | | | | |
| Borgwarner | BWA | USD 46.36 | 9,683 | 11,588 | 1.1x | 1.0x | 0.9x | 0.9x | 7.7x | 7.1x | 6.4x | 6.1x | 14.2x | 12.1x | 10.4x | 9.7x |
| Gentex | GNTX | USD 23.88 | 6,422 | 5,977 | 3.8x | 3.6x | 3.4x | 3.2x | 9.8x | 9.6x | 9.2x | 8.8x | 19.7x | 18.7x | 14.3x | 13.2x |
| Average | | | | | 2.4x | 2.3x | 2.2x | 2.0x | 8.7x | 8.3x | 7.8x | 7.4x | 17.0x | 15.4x | 12.3x | 11.5x |
| **Luxury Automakers** | | | | | | | | | | | | | | | | |
| BMW | BMW | EUR 84.05 | 54,612 | 96,418 | 0.6x | 0.6x | 0.6x | 0.5x | 6.7x | 6.5x | 6.6x | 6.3x | 8.2x | 7.2x | 7.5x | 7.2x |
| Daimler | DAI | EUR 58.89 | 63,003 | 45,252 | 0.4x | 0.4x | 0.4x | 0.4x | 2.4x | 2.2x | 2.3x | 2.2x | 6.6x | 6.3x | 6.7x | 6.3x |
| Average | | | | | 0.5x | 0.5x | 0.5x | 0.4x | 4.5x | 4.4x | 4.4x | 4.3x | 7.4x | 6.7x | 7.1x | 6.8x |
| **High Growth Automakers** | | | | | | | | | | | | | | | | |
| BYD | 1211 | CNY 41.65 | 117,268 | 179,724 | 1.2x | 1.1x | 0.9x | 0.8x | 12.6x | 11.5x | 10.8x | 9.2x | 21.9x | 27.0x | 26.0x | 19.9x |
| Great Wall | 2333 | CNY 5.27 | 71,252 | 81,141 | 0.7x | 0.7x | 0.6x | 0.6x | 5.8x | 9.4x | 6.4x | 5.7x | 4.8x | 9.4x | 6.5x | 5.9x |
| SAIC | 600104 | CNY 30.02 | 350,738 | 451,691 | 0.5x | 0.4x | 0.4x | 0.4x | 13.5x | 10.4x | 9.5x | 8.5x | 10.6x | 10.0x | 9.3x | 8.6x |
| Average | | | | | 0.8x | 0.7x | 0.6x | 0.6x | 10.6x | 10.4x | 8.9x | 7.8x | 12.4x | 15.5x | 13.9x | 11.4x |
| **All Company Average** | | | | | **2.5x** | **2.2x** | **2.0x** | **1.7x** | **9.8x** | **9.7x** | **9.2x** | **7.6x** | **15.8x** | **15.8x** | **13.5x** | **11.9x** |

Source: Company reports and J.P. Morgan estimates. Note: The P/E and EV/EBITDA average multiple exclude BYD

8

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

CONFIDENTIAL

JPMS_00000054

Ryan Brinkman  
(1-212) 622-6581  
ryan.j.brinkman@jpmorgan.com

North America Equity Research  
08 August 2018

J.P.Morgan

**Our Discounted Cash Flows analysis suggests value per share of $216**

Our discounted cash flows analysis, which comprises 50% of our entire price target methodology, and implied value per share of $216, is shown in Table 8.

Table 8: TSLA Discounted Cash Flows Analysis

In $ mn, except share price

| TSLA DCF Analysis | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|
| Operating Cash Flow | -61 | 553 | 2,441 | 3,964 |
| Less: Capex | -3,415 | -2,975 | -3,560 | -3,418 |
| Add: Cash Interest | 452 | 620 | 620 | 621 |
| Add: Direct Leasing | 511 | 879 | 2,269 | 2,500 |
| Unlevered Free Cash Flow | -2,513 | -923 | 1,770 | 3,667 |
| | | | | |
| PV of FCF | | | 1,652 | 2,979 |
| | | | | |
| Terminal Value | | | | 42,586 |
| Implied Terminal Value Factor | | | | 12x |
| PV of Terminal Value | | | | 34,597 |

| Equity Value – DCF Valuation Method | |
|---|---|
| PV of FCFs | 4,630 |
| PV of Terminal Value | 34,597 |
| **Enterprise Value** | **39,228** |
| | |
| Net Debt | 3,726 |
| **Equity Value** | **35,501** |
| | |
| **Implied Share Price** | **$216** |

| WACC | |
|---|---|
| (1) Risk-Free Rate* | 2.3% |
| (2) Beta | 2.0 |
| (3) Risk Premium** | 7.1% |
| **Cost of Equity: (1)+(2*3)** | **16.40%** |
| | |
| Cost of Debt | 3.9% |
| Tax Rate | 24.0% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| Equity | 88.5% |
| Debt | 11.5% |
| | |
| **Calculated WACC** | **14.9%** |
| | |
| Memo: Capital Structure | |
| Debt | 3,130 |
| Equity (Market Cap) | 51,081 |
| Total Capitalization | 54,211 |

* US 10-yr Treasury yield  
** Source: US Country Risk Premium (Bloomberg)

Source: J.P. Morgan estimates

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.  
CONFIDENTIAL                                                                                                                                  JPMS_00000055

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
08 August 2018

J.P.Morgan

Table 9: TSLA Summary Model

In $ mn, except per share amounts

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| Automotive Revenues | 149 | 386 | 1,998 | 3,193 | 3,741 | 6,351 | 9,641 | 14,391 | 17,504 | 20,438 |
| Service Revenues | 55 | 28 | 16 | 6 | 305 | 518 | 1,001 | 1,134 | 1,134 | 1,134 |
| Solar and Energy Storage Revenues | - | - | - | - | - | 131 | 1,116 | 1,981 | 2,938 | 3,747 |
| **Total Revenues** | **204** | **413** | **2,013** | **3,198** | **4,046** | **7,000** | **11,759** | **17,505** | **21,575** | **25,319** |
| Total COGS | 143 | 383 | 1,557 | 2,317 | 3,123 | 5,401 | 9,536 | 14,719 | 17,551 | 20,643 |
| **Total Gross Profit** | **61** | **30** | **456** | **882** | **924** | **1,599** | **2,222** | **2,786** | **4,024** | **4,676** |
| **Gross Margin** | **30%** | **7%** | **23%** | **28%** | **23%** | **23%** | **19%** | **16%** | **19%** | **18%** |
| Research and Development | 209 | 274 | 232 | 465 | 718 | 834 | 1,378 | 1,453 | 1,293 | 1,202 |
| SG&A | 104 | 150 | 286 | 604 | 922 | 1,416 | 2,477 | 2,763 | 2,810 | 2,828 |
| Operating income/(loss) | -252 | -394 | -61 | -187 | -717 | -652 | -1,632 | -1,533 | -79 | 645 |
| | -123% | -95% | -3% | -6% | -18% | -9% | -14% | -9% | 0% | 3% |
| Interest Income/(expense) | 0 | 0 | -33 | -100 | -117 | -190 | -452 | -620 | -620 | -621 |
| Other (loss)/gain | -3 | -2 | 23 | 2 | -42 | 23 | -114 | 13 | 0 | 0 |
| **Pre-tax Income/(loss)** | **-254** | **-396** | **-71** | **-285** | **-876** | **-819** | **-2,197** | **-2,140** | **-698** | **24** |
| Add: Non-cash Stock Based Compensation | 29 | 50 | 84 | 156 | 198 | 334 | 468 | 569 | 512 | 538 |
| | -222 | -346 | 26 | -63 | -604 | -353 | -1,436 | -1,505 | -266 | 482 |
| Non-GAAP Net Income | 100 | 107 | 132 | 137 | 130 | 146 | 166 | 169 | 172 | 182 |
| Weighted average number of shares - Diluted | | | | | | | | | | |
| **Non-GAAP Diluted EPS** | | | **$ (0.01)** | **$ (1.00)** | **$ (5.31)** | **$ (2.83)** | **$ (8.66)** | **$ (8.92)** | **$ (1.55)** | **$ 2.65** |

Source: Company data, J.P. Morgan estimates.

10

CONFIDENTIAL

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

JPMS_00000056

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
08 August 2018

J.P.Morgan

# Tesla Inc: Summary of Financials

| Income Statement - Annual | FY16A | FY17A | FY18E | FY19E | FY20E | Income Statement - Quarterly | 1Q18A | 2Q18A | 3Q18E | 4Q18E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 7,000 | 11,759 | 17,505 | 21,575 | 25,319 | Revenue | 3,409A | 4,002A | 4,737 | 5,358 |
| COGS | (4,454) | (7,900) | (12,968) | (15,751) | (18,743) | COGS | (2,536)A | (2,898)A | (3,507) | (4,027) |
| **Gross profit** | 1,599 | 2,222 | 2,786 | 4,024 | 4,676 | **Gross profit** | 457A | 619A | 804 | 906 |
| SG&A | (1,416) | (2,477) | (2,763) | (2,810) | (2,828) | SG&A | (686)A | (751)A | (701) | (625) |
| **Adj. EBITDA** | 296 | 4 | 322 | 1,721 | 2,545 | **Adj. EBITDA** | (181)A | (33)A | 184 | 351 |
| D&A | (947) | (1,636) | (1,751) | (1,800) | (1,900) | D&A | (416)A | (485)A | (425) | (425) |
| **Adj. EBIT** | (652) | (1,632) | (1,430) | (79) | 645 | **Adj. EBIT** | (597)A | (518)A | (241) | (74) |
| Net Interest | (190) | (452) | (620) | (620) | (621) | Net Interest | (144)A | (159)A | (159) | (159) |
| **Adj. PBT** | (819) | (2,197) | (2,140) | (698) | 24 | **Adj. PBT** | (779)A | (729)A | (399) | (233) |
| Tax | (27) | (32) | (59) | (80) | (80) | Tax | (6)A | (14)A | (20) | (20) |
| Minority Interest | 98 | 279 | 125 | 0 | 0 | Minority Interest | 75A | 25A | 25 | 0 |
| **Adj. Net Income** | (414) | (1,436) | (1,505) | (266) | 482 | **Adj. Net Income** | (567)A | (520)A | (279) | (138) |
| Reported EPS | (2.83) | (8.66) | (8.92) | (1.55) | 2.65 | Reported EPS | (3.35)A | (3.06)A | (1.66) | (0.82) |
| **Adj. EPS** | (2.83) | (8.66) | (8.92) | (1.55) | 2.65 | **Adj. EPS** | (3.35)A | (3.06)A | (1.66) | (0.82) |
| DPS | - | - | - | - | - | DPS | | - | - | - |
| Payout ratio | - | - | - | - | - | Payout ratio | | - | - | - |
| Shares outstanding | 146 | 166 | 169 | 172 | 182 | Shares outstanding | 169A | 170A | 168 | 168 |

| Balance Sheet & CashFlow Statement | FY16A | FY17A | FY18E | FY19E | FY20E | Ratio Analysis | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 3,393 | 3,368 | 2,462 | 3,819 | 7,090 | Gross margin | 22.8% | 18.9% | 15.9% | 18.7% | 18.5% |
| Accounts receivable | 499 | 515 | 700 | 863 | 1,013 | EBITDA margin | 4.2% | 0.0% | 1.8% | 8.0% | 10.1% |
| Inventories | 2,067 | 2,264 | 3,385 | 4,563 | 5,161 | EBIT margin | (9.3%) | (13.9%) | (8.2%) | (0.4%) | 2.5% |
| Other current assets | 300 | 424 | 497 | 578 | 653 | Net profit margin | (5.9%) | (12.2%) | (8.6%) | (1.2%) | 1.9% |
| **Current assets** | 6,260 | 6,571 | 7,045 | 9,824 | 13,917 | | | | | | |
| PP&E | 5,983 | 10,028 | 11,829 | 13,589 | 15,107 | ROE | (11.7%) | (24.9%) | (28.0%) | (5.0%) | 8.1% |
| LT investments | - | - | - | - | - | ROA | (2.7%) | (5.6%) | (4.9%) | (0.7%) | 1.0% |
| Other non current assets | 10,421 | 12,057 | 13,494 | 19,713 | 26,454 | ROCE | (8.0%) | (11.4%) | (8.7%) | (0.5%) | (6.4%) |
| **Total assets** | 22,664 | 28,655 | 32,367 | 43,126 | 55,478 | SG&A/Sales | 20.2% | 21.1% | 15.8% | 13.0% | 11.2% |
| | | | | | | Net debt/equity | 63.0% | 123.3% | 202.6% | 214.4% | 172.8% |
| Short term borrowings | | | | | - | Net debt/EBITDA | 1260.8% | 177353.9% | 3230.2% | 675.2% | 439.1% |
| Payables | 3,070 | 4,122 | 4,989 | 6,257 | 7,342 | | | | | | |
| Other short term liabilities | 0 | 0 | 0 | 0 | 0 | P/E (x) | NM | NM | NM | NM | 143.2 |
| **Current liabilities** | 3,070 | 4,122 | 4,989 | 6,257 | 7,342 | P/BV (x) | 9.4 | 11.2 | 12.5 | 12.0 | 10.7 |
| Long-term debt | 7,120 | 10,315 | 12,856 | 15,443 | 18,266 | EV/EBITDA (x) | 230.7 | 18,227.1 | 232.6 | 44.2 | 29.7 |
| Other long term liabilities | 6,560 | 8,586 | 9,393 | 16,006 | 23,400 | Dividend Yield | - | - | - | - | - |
| **Total liabilities** | 16,750 | 23,023 | 27,238 | 37,706 | 49,009 | | | | | | |
| Shareholders' equity | 5,914 | 5,632 | 5,130 | 5,421 | 6,469 | Sales/Assets (x) | 0.5 | 0.5 | 0.6 | 0.6 | 0.5 |
| Minority interests | - | - | - | - | - | Interest cover (x) | 1.6 | 0.0 | 0.5 | 2.8 | 4.1 |
| **Total liabilities & equity** | 22,664 | 28,655 | 32,367 | 43,126 | 55,478 | Operating leverage | (12.4%) | 221.4% | (25.4%) | (406.4%) | (5312.4%) |
| Net debt/(cash) | 3,726 | 6,947 | 10,393 | 11,623 | 11,176 | Revenue y/y Growth | 73.0% | 68.0% | 48.9% | 23.3% | 17.3% |
| | | | | | | EBITDA y/y Growth | (200.5%) | (98.7%) | 8114.5% | 435.0% | 47.8% |
| **Cash flow from operating activities** | (124) | (61) | 553 | 2,441 | 3,964 | Tax rate | (3.3%) | (1.4%) | (2.8%) | (11.4%) | 325.8% |
| o/w Depreciation & amortization | 947 | 1,636 | 1,751 | 1,800 | 1,900 | Adj. Net Income y/y Growth | (40.1%) | 247.2% | 4.8% | (82.3%) | (281.4%) |
| o/w Changes in working capital | | | | | - | EPS y/y Growth | NM | 206.2% | 2.9% | NM | NM |
| **Cash flow from investing activities** | (1,416) | (4,419) | (3,735) | (4,229) | (4,082) | DPS y/y Growth | - | - | - | - | - |
| o/w Capital expenditure | (1,281) | (3,415) | (2,975) | (3,560) | (3,418) | | | | | | |
| as % of sales | 18.3% | 29.0% | 17.0% | 16.5% | 13.5% | | | | | | |
| **Cash flow from financing activities** | 3,744 | 4,415 | 2,289 | 3,145 | 3,389 | | | | | | |
| o/w Dividends paid | - | - | - | - | - | | | | | | |
| o/w Net debt issued/(repaid) | 2,853 | 7,138 | 2,179 | 318 | 323 | | | | | | |
| o/w Share Repurchases | - | - | - | - | - | | | | | | |
| **Net change in cash** | 2,204 | (65) | (893) | 1,357 | 3,271 | | | | | | |
| **Adj. Free cash flow to firm** | | (635) | (3,475) | (2,461) | (0) | (0) | | | | | |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data). Fiscal year ends Dec. o/w - out of which

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.
CONFIDENTIAL                                                                                                                                 JPMS_00000057

Ryan Brinkman  
(1-212) 622-6581  
ryan.j.brinkman@jpmorgan.com

North America Equity Research  
08 August 2018

**J.P.Morgan**

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

**Important Disclosures**

- **Market Maker:** JPMS makes a market in the stock of Tesla Inc.
- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Tesla Inc.
- **Beneficial Ownership (1% or more):** J.P. Morgan beneficially owns 1% or more of a class of common equity securities of Tesla Inc.
- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Tesla Inc.
- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Tesla Inc.
- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Tesla Inc.
- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Tesla Inc.
- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Tesla Inc.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.



Tesla Inc (TSLA, TSLA US) Price Chart

| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 20-Oct-15 | UW | 213.03 | 180.00 |
| 11-Feb-16 | UW | 143.67 | 155.00 |
| 19-Apr-16 | UW | 247.37 | 170.00 |
| 05-May-16 | UW | 211.53 | 185.00 |
| 20-Jul-16 | UW | 228.36 | 180.00 |
| 19-Jan-17 | UW | 243.76 | 188.00 |
| 21-Apr-17 | UW | 305.60 | 185.00 |
| 04-May-17 | UW | 295.46 | 190.00 |
| 03-Aug-17 | UW | 325.89 | 200.00 |
| 20-Oct-17 | UW | 345.10 | 195.00 |
| 02-Nov-17 | UW | 299.26 | 185.00 |
| 08-Feb-18 | UW | 345.00 | 190.00 |
| 04-Apr-18 | UW | 286.94 | 185.00 |
| 03-May-18 | UW | 284.45 | 180.00 |
| 02-Aug-18 | UW | 349.54 | 195.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.  
Initiated coverage Aug 09, 2010.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.  
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

12

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.
CONFIDENTIAL                                                                                                       JPMS_00000058

Ryan Brinkman  
(1-212) 622-6581  
ryan.j.brinkman@jpmorgan.com

North America Equity Research  
08 August 2018

**J.P.Morgan**

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Brinkman, Ryan**: Adient (ADNT), American Axle (AXL), Aptiv (APTV), Autoliv Inc. (ALV), Avis Budget Group (CAR), BorgWarner Inc. (BWA), Camping World (CWH), Cooper Tire (CTB), Copart, Inc. (CPRT), Dana Inc (DAN), Ferrari (RACE), Ford Motor (F), General Motors (GM), Gentex Corporation (GNTX), Gentherm (THRM), Goodyear (GT), Hertz Global Holdings (HTZ), KAR Auction Services, Inc. (KAR), LKQ (LKQ), Lear Corporation (LEA), Magna International Inc. (MGA), Meritor Inc. (MTOR), Tenneco Inc. (TEN), Tesla Inc (TSLA), Tower International (TOWR), Visteon Corporation (VC)

**J.P. Morgan Equity Research Ratings Distribution, as of July 02, 2018**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 41% | 13% |
| IB clients* | 54% | 48% | 40% |
| JPMS Equity Research Coverage | 45% | 42% | 13% |
| IB clients* | 74% | 66% | 58% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

13

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.
CONFIDENTIAL                                                                                                                              JPMS_00000059

Ryan Brinkman  
(1-212) 622-6581  
ryan.j.brinkman@jpmorgan.com

North America Equity Research  
08 August 2018

**J.P.Morgan**

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 059/09/2017], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.
CONFIDENTIAL                                                                                                                                                               JPMS_00000060

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Equity Research
08 August 2018

J.P.Morgan

date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised June 30, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

15

Completed    08 Aug 2018 12:48 AM EDT                    Disseminated 08 Aug 2018 01:01 AM EDT

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.
CONFIDENTIAL                                                                          JPMS_00000061