EXHIBIT 80

**This document was produced natively**



CONFIDENTIAL

SEC-EPROD-000009477



# MINUTES – ELON MUSK TESLA

| **LOCATION:** | Tesla Factory, San Francisco |
|---|---|
| **DATE:** | 31 July 2018 |

## Attendance

| **Firm** | **Attendee** | **Firm** | **Attendee** |
|---|---|---|---|
| PIF | H.E Yasir Al-Rumayyan | Tesla | Elon Musk |
| PIF | Saad Al Jarboa | Tesla | Deepak Ahuja |
| PIF | Naif Al Mogren | Tesla | Sam Teller |
|  |  |  |  |

Apologies: None

## Agreed actions

1-To provide the plan and the financial calculations to take Tesla Private (**Elon**).

## Meeting Agenda & Notes:

- Disscussing current Tesla performance.

- **H.E Yar** told Elon that PIF bought less than 5% stake in Tesla.

- **Elon** facing a problem with the stock price, **Elon** Said it's highly volatile and any news can affect the price and the problem that most of the negative news are fake.

- **Elon**: running a public company is headache my time is wasted between issuing a statements and disclosures.

- **Elon**: I want to take the company private so I can focus.

- **H.E Yar**: are you going to take it public again after you take it private, **Elon**: No, not while I am running it.

Page 2
31 July 2018

- **Elon**: I think it's a 200 billion company probably 500 billion in the long term.

- **H.E Yar**: I believe in Tesla and we would like to see where we can collaborate with you and I would like to listen more about your plan to take it private, we are a long term investors.

- **Elon**: I have some problems with **Masa** SBG.

- **H.E Yar**: **Masa** is just one thing which is SVF, in PIF we are independent and I am the one calling the shots in PIF.

- Discussing Tesla production goals, **Elon**: in the next 8 or 10 years we will have 10 factories each with 2 million production capacity.

- **H.E Yar**: we have a solar project in KSA we will reach 200GW by 2030.

- **Elon**: we also have some projects of clean energy.

- **H.E Yar**: how can we take this forward? I mean between us.

- **H.E Yar** and **Elon** agreed that the teams should talk then they will be engaged.

- **H.E Yar**: what is the percentage of your ownership in the company?

- **Elon**: around 19%, but I have some options if I its exercised it will be 25%.

- **H.E Yar**: whats the percentage needed to take the company private?

- **Deepak Ahuja**: more than 50% , but I will check if its need more.

- **H.E Yar**: I would like to listen to your plan Elon and what are the financial calculations to take it private in the next week and if I did not receive anything I will call you.

Confidential Treatment Requested by PIF - PIF 000002