QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael T. Lifrak (Bar No. 232430)
   michaellifrak@quinnemanuel.com
  Jeanine Zalduendo (Bar No. 243374)
   jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (*pro hac vice forthcoming*)
   alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 351)** |

|   |   |
|---|---|
| 1 | Pursuant to Northern District of California Civil Local Rules 6-1 and 6-2, Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants"), by and through their undersigned counsel of record, submit the following stipulation and proposed order: |

Pursuant to Northern District of California Civil Local Rules 6-1 and 6-2, Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants"), by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on December 16, 2021, Defendants substituted their counsel to the firm of Quinn Emanuel Urquhart & Sullivan, LLP.  (ECF No. 350);

WHEREAS, counsel for Defendants have been working diligently to fully complete this transition and become familiarized with all issues in this case, including open discovery disputes between the parties, and in particular those that relate to confidentiality designations;

WHEREAS, on January 11, 2022, Plaintiff Glen Littleton ("Lead Plaintiff"), filed a Partial Motion for Summary Judgment (ECF No. 352) and an Administration Motion to File Under Seal (ECF No. 351) ("Motion to Seal");

WHEREAS, the Northern District of California's Civil Local Rule 79-5(f)(3) requires that Defendants respond to the Motion to Seal in 7 days, or by January 18, 2022;

WHEREAS, given the amount of confidential and highly confidential material that has been filed by Plaintiff in support of his Motion for Partial Summary Judgment, Defendants' counsel require additional time to familiarize themselves with and assess the content of these materials in order to respond to the Motion to Seal;

WHEREAS, the parties have conferred and Lead Plaintiff does not object to the provision of additional time for Defendants to respond to the Motion to Seal.

NOW, THEREFORE, Defendants request that the Court enter an order providing Defendants with 14 days to respond to the Motion to Seal, such that a response would now be due on **January  25, 2022**.

| | |
|---|---|
| Dated: January 14, 2022 | LEVI & KORSINSKY, LLP |
| | By: */S/ Adam Apton* |
| | Adam Apton |
| | *Attorneys for Plaintiff and Counsel for the Class* |
| Dated: January 13, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */S/ Michael T. Lifrak* |
| | MICHAEL T. LIFRAK |
| | *Attorneys for Defendants* |

\* \* \* \* \*

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

| | |
|---|---|
| Dated: January 14, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */S/ Michael T. Lifrak* |
| | MICHAEL T. LIFRAK |

\* \* \* \* \*

[PROPOSED] ORDER

PURSUANT TO THE TERMS OF THE ABOVE STIPULATION, it is so ORDERED.

Dated: January __, 2022

JUDGE EDWARD M. CHEN