QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Michael T. Lifrak (Bar No. 232430)
   michaellifrak@quinnemanuel.com
   Jeanine Zalduendo (Bar No. 243374)
   jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*pro hac vice forthcoming*)
   alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC <br><br>**DECLARATION OF MICHAEL LIFRAK IN SUPPORT OF STIPULATION ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 351)** |
|---|---|

**I, Michael T. Lifrak, declare as follows:**

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this Declaration in support of Defendants' Stipulation To Extend Time For Defendants To Respond To Motion To File Under Seal, filed herewith.  I have personal knowledge of the matters described below and I am competent to testify thereto.

3. On December 16, 2021, Defendants substituted their counsel to the firm of Quinn Emanuel Urquhart & Sullivan, LLP.

4. Since that time, counsel for Defendants have worked diligently to fully complete this transition and become familiarized with all issues in this case, including open discovery disputes between the parties, and in particular those that relate to confidentiality designations.

5. On January 11, 2022, Plaintiff Glen Littleton ("Lead Plaintiff"), filed a Partial Motion for Summary Judgment and an Administration Motion to File Under Seal ("Motion to Seal").

6. The Motion to Seal seeks to seal 44 exhibits and deposition transcripts, as well as excerpts from the Partial Motion for Summary Judgment.

7. Counsel for Defendants require additional time to assess this volume of materials in order to respond to the Motion to Seal, and intend to do so in a holistic way that addresses larger confidentiality issues between the parties.

8. Although the parties have previously stipulated to and received changes in the case schedule, counsel for Defendants have not sought an extension of time to address a sealing motion before now.

9. The provision of a seven day extension of time for Defendants to respond to the Motion to Seal will not impact the deadlines otherwise set for the briefing or hearing on Plaintiff's Partial Motion for Summary Judgment.

DECLARATION OF MICHAEL LIFRAK IN SUPPORT OF STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO MOTION TO FILE UNDER SEAL
3:18-CV-04865-EMC

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed in Los Angeles, California.

DATED: January 13, 2022

By /s/ *Michael T. Lifrak*
Michael T. Lifrak

DECLARATION OF MICHAEL LIFRAK IN SUPPORT OF STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO MOTION TO FILE UNDER SEAL
3:18-CV-04865-EMC