1  WARREN METLITZKY (CA Bar No. 220758)
   **CONRAD | METLITZKY | KANE LLP**
2  wmetlitzky@conmetkane.com
   Four Embarcadero Center, Suite 1400
3  San Francisco, CA  94111
4  (415) 343-7100

5  JULIE M. RIEWE (CA Bar No. 207520)
   **DEBEVOISE & PLIMPTON LLP**
6  jriewe@debevoise.com
7  801 Pennsylvania Avenue N.W.
   Washington, D.C. 20004
8  (202) 383-8070

9  ELLIOT GREENFIELD (*pro hac vice*)
   **DEBEVOISE & PLIMPTON LLP**
10 egreenfield@debevoise.com
11 919 Third Avenue
   New York, NY 10022
12 (212) 909-6772

13 Attorneys for Silver Lake
   Technology Management L.L.C.
14

15

16
                    **UNITED STATES DISTRICT COURT**
17
                    **NORTHERN DISTRICT OF CALIFORNIA**
18
                    **SAN FRANCISCO DIVISION**
19

20

21 | IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC-KAW |
   |---|---|
   |  | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SILVER LAKE TO RESPOND TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

22

23

24

25

26

27

28

---

CASE NO. 3:18-CV-04865-EMC-KAW          STIP. TO EXTEND TIME TO RESPOND
                                        TO MOTION TO FILE UNDER SEAL

1   Pursuant to Northern District of California Civil Local Rules 6-1 and 6-2, non-party Silver
2   Lake Technology Management L.L.C. ("Silver Lake"), by and through its undersigned counsel of
3   record, submit the following stipulation and proposed order:
4   WHEREAS, on January 11, 2022, Plaintiff Glen Littleton ("Lead Plaintiff"), filed a Partial
5   Motion for Summary Judgment (ECF No. 352) and an Administration Motion to File Under Seal
6   (ECF No. 351) ("Motion to Seal");
7   WHEREAS, the Northern District of California's Civil Local Rule 79-5(f)(3) requires that
8   Silver Lake respond to the Motion to Seal in 7 days, or by January 18, 2022;
9   WHEREAS, Defendants filed an unopposed stipulation requesting until January 25, 2022
10  to respond to the Motion to Seal;
11  WHEREAS, Plaintiff filed material containing confidential information relating to Silver
12  Lake, and Silver Lake's counsel requires additional time to assess the content of the materials and
13  to coordinate with Defendants' counsel about the scope and extent of their confidential
14  information within those materials.
15  WHEREAS, neither Plaintiff nor Defendants object to the provisions of additional time for
16  Silver Lake to respond to the Motion to Seal.
17  NOW, THEREFORE, Silver Lake requests that the Court enter an order providing Silver
18  Lake until January 25, 2022 to respond to the Motion to Seal.

| | | |
|---|---|---|
| 1 | DATED: January 18, 2022 | Respectfully submitted, |
| 2 | | **LEVI & KORSINSKY, LLP** |
| 4 | | /s/ *Adam Apton* <br> Adam Apton |
| 5 | | *Attorneys for Plaintiff and Counsel for the Class* |
| 7 | DATED: January 18, 2022 | **QUINN EMANUEL URQHART & SULLIVAN, LLP** |
| 8 | | /s/ *Michael T. Lifrak* <br> Michael T. Lifrak |
| 9 | | *Attorneys for Defendants* |
| 11 | DATED: January 18, 2022 | **CONRAD \| METLITZKY \| KANE LLP** |
| 12 | | /s/ *Warren Metlitzky* <br> Warren Metlitzky |
| 14 | | *Attorneys for Silver Lake Technology Management L.L.C.* |

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

| | | |
|---|---|---|
| 17 | DATED: January 18, 2022 | CONRAD \| METLITZKY \| KANE |
| 18 | |  /s/ *Warren Metlitzky* <br> Warren Metlitzky |

\* \* \* \* \*

### [PROPOSED] ORDER

PURSUANT TO THE TERMS OF THE ABOVE STIPULATION, it is SO ORDERED.

DATED: January 18, 2022

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE