WARREN METLITZKY (CA Bar No. 220758)
**CONRAD | METLITZKY | KANE LLP**
wmetlitzky@conmetkane.com
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 343-7100

JULIE M. RIEWE (CA Bar No. 207520)
**DEBEVOISE & PLIMPTON LLP**
jriewe@debevoise.com
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 383-8070

ELLIOT GREENFIELD (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
egreenfield@debevoise.com
919 Third Avenue
New York, NY 10022
(212) 909-6772

Attorneys for Silver Lake
Technology Management L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC-KAW<br><br>**DECLARATION OF SHARON BINGER IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Sharon Binger, declare as follows:

1. I am currently an employee of Silver Lake Technology Management, L.L.C. ("Silver Lake"), a non-party in this litigation. I have been employed by Silver Lake since 2017. My current title is Managing Director, Chief Compliance Officer & Head of Litigation. My responsibilities include administering Silver Lake's compliance program worldwide and addressing the firm's litigation. I have personal knowledge of the matters set forth herein and I could and would testify competently hereto, if called upon to do so.

2. Silver Lake is a global technology investment firm. It raises capital from investors and invests those funds into the world's leading technology businesses. Leveraging a deep network of relationships throughout the global technology industry, Silver Lake seeks to cultivate proprietary or specialized investment opportunities not typically available to generalist investors.

3. The identity of Silver Lake's investors is highly-sensitive and confidential. Silver Lake does not publicly or privately identify them to others in light of the competitive nature of the private equity industry. There also is a long-established relationship of confidentiality and Silver Lake is contractually prohibited from revealing who has invested in its funds.

4. Silver Lake's process for selecting potential investment opportunities also is highly-sensitive and confidential because Silver Lake uses a proprietary and bespoke methodology. Silver Lake's investment selection and strategy embodies its substantial experience in the private equity industry and is at the core of the value Silver Lake offers to its investors. There is no one-size-fits-all method for analyzing a potential investment, and competitors would obtain an unfair advantage over Silver Lake if its methods were revealed.

5. I understand that the Plaintiff in this action has submitted a Motion for Partial Summary Judgment that attaches transcripts and exhibits that have been designated as confidential. I am submitting this declaration in support of Silver Lake's request that discrete portions of Exhibits 179, 194 (including the corresponding text in Plaintiff's brief) and 201 remain under seal because their public disclosure would jeopardize Silver Lake's long-standing relationship with certain investors and reveal the proprietary manner in which Silver Lake analyzes potential investments.

1  6. Exhibits 179, 194 and 201 are attached hereto and highlighted to reflect the
2 material that should be redacted.

3 **Exhibit 194**

4  7. Exhibit 194 is an August 16, 2018 email sent by Egon Pierre-Durban, Silver Lake's
5 Co-CEO, regarding investor outreach in connection with a potential Tesla take-private transaction.
6 A portion of the final bullet in the list of potential investors should be redacted because it reveals
7 the identities of certain Silver Lake investors, which Silver Lake does not publicly disclose and
8 have nothing to do with the issues raised in Plaintiff's motion.

9  8. Publicly identifying the names of these investors would jeopardize Silver Lake's
10 relationship with them and impair its ability to raise capital from them in the future.

11  9. Silver Lake has a compelling business justification for keeping the identity of its
12 investors confidential, including with respect to market dynamics with other investment firms
13 which, like Silver Lake, may be soliciting investments from many of the same investors.

14  10. The identified investors also expect and contractually require that their identities
15 remain confidential.  For example, the agreement between Silver Lake and the second investor
16 listed states that, subject to certain narrow exceptions, Silver Lake shall not "include the Investor's
17 name, or other identifying information . . . in written materials disseminated to third parties . . .
18 and shall not otherwise disclose, either orally or in writing, any relationship with the Investor
19 using the Investor's name to persons or entities which are not agents or representatives of the
20 Partnership (including attorneys or accountants thereof)."  The agreements with the other investors
21 listed include similar language and restrictions.

22 **Exhibit 179**

23  11. Exhibit 179 is a copy of a presentation that Mr. Durban and Elon Musk, Tesla's
24 CEO, discussed during a meeting on August 10, 2018 relating to Mr. Musk's attempt to take Tesla
25 private.  The presentation is more than 30 pages long, but only one page – page 29 – is cited in
26 Plaintiff's brief.

27  12. The vast majority of the presentation's slides can be made public, including page
28 29, but certain discrete portions should be redacted because they reveal Silver Lake's proprietary

analysis of a Tesla take-private transaction, Tesla's business prospects and its proprietary views of the broader electric vehicle industry.  Although the presentation is a few years old at this point, Silver Lake's approach to analyzing companies and their industries and sectors is proprietary and one of Silver Lake's most important differentiating factors in the industry, and there are themes and commonalities that remain true at present.

13. Silver Lake is in the business of growing companies and making them better, and a substantial focus of the presentation reflects how Silver Lake would apply its proprietary expertise and industry views to accomplish those objectives with respect to Tesla.  As such, this information and Silver Lake's approach to analyzing Tesla would be of significant value to a competitor, including because one could apply similar analyses and perspectives to other companies.

14. For example, pages 4-5 reflect Silver Lake's proprietary analysis of the way in which a Tesla take-private could have been structured and pages 19-22 reflect Silver Lake's proprietary assessment of Tesla's performance and business opportunities.  Beyond its analysis of Tesla, pages 16 and 24-25 reflects Silver Lake's views on the broader electric vehicle sector and the opportunities that exist within that sector.  Such information is particularly sensitive because Silver Lake is an investor in that industry.

15. The second page of the presentation, which can be made public, contains an extensive disclaimer underscoring the confidential nature of its contents and the potential for irreparable harm to Silver Lake in the event of disclosure.  For example, the disclaimer states that the presentation "is being provided on a confidential basis for use solely in connection with the contemplated discussions regarding a potential investment by Silver Lake" and "[b]y receiving this Presentation, the recipient is deemed to agree that it will keep the confidential information contained herein (including the fact that discussions are taking place) confidential; the recipient agrees that it will use the information contained herein only for its intended informational purpose and for no other purpose; and promptly return any such information, along with any other copies, at the request of Silver Lake.  The recipient acknowledges that irreparable harm may be caused by the recipient's failure to do so."

16. Publishing Exhibit 179 in full would seriously disadvantage Silver Lake compared

to it competitors, whose investment methodologies would remain secret. If other investment companies were to become aware of Silver Lake's methodologies, they would be able to undercut Silver Lake's ability to pitch investments and otherwise obtain opportunities that belong to Silver Lake.

**Exhibit 201**

17.  Exhibit 201 is a presentation prepared by Silver Lake in connection with a meeting of Tesla's Board of Directors on August 23, 2018. The presentation, which is marked confidential and subject to legal review, is 70 pages long, but only 2 pages – pages 9 and 58 – are referenced in Plaintiff's brief.

18.  As with Exhibit 179, the vast majority of the presentation can be made public, including the information cited in Plaintiff's brief, but certain discrete portions should remain under seal because they reveal Silver Lake's proprietary analysis of a Tesla take-private transaction, Tesla's business prospects and its proprietary views regarding the broader electric vehicle industry. This presentation, however, goes into even greater detail concerning Tesla's business prospects and the electric vehicle industry and thus starkly presents the prospect for irreparable harm.

19.  For example, pages 15-19 and 21 reflect Silver Lake's proprietary assessment of Tesla's performance and business opportunities and pages 31-33, 35, 39-40, 45-47 and 49 reflect Silver Lake's views on the broader electric vehicle sector and the opportunities that exist within that sector.

20.  The second page of the presentation, which can be made public, contains the same language as Exhibit 179 and again underscores the confidential nature of Silver Lake's analysis and the harm that would result to Silver Lake if it were to become public.

21.  For the same reasons discussed above, the revelation of the highlighted information would seriously disadvantage Silver Lake compared to its competitors.

**Memorandum of Points and Authorities**

22.  One sentence of Plaintiff's brief – lines 18-19 on page 15 – requires redaction because it quotes the list of investors identified in Exhibit 194.

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed this 25th day of January 2022, at Portola Valley, California.

*Sharon Binger*

Sharon Binger