QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (*appearing pro hac vice*)
  alexspiro@quinnemanuel.com
  Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

  Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
  Jeanine Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk,
Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
Antonio J. Gracias, James Murdoch, Kimbal Musk,
And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL** |

1   THE COURT, having considered Defendants Tesla, Inc., Elon Musk, Brad W. Buss,
2 Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda
3 Johnson Rice (together, "Defendants") Administrative Motion to File Under Seal passages in their
4 Opposition to Plaintiff's Partial Motion for Summary Judgment, and confidential exhibits and
5 testimony used in support thereof, the Declaration of Nathaniel Smith, and all other filings in this
6 case, has found:

7   (1)  There exist compelling reasons to seal these materials that overcome the right of public
8 access to these materials;

9   (2)  A substantial probability exists that the overriding interest will be prejudiced if these
10 materials are not sealed;

11   (3)  The proposed sealing is narrowly tailored; and

12   (4)  No less restrictive means exist to achieve the overriding interest (CRC 2.550(d));

13   **HEREBY ORDERS THAT**:

14   Because the documents listed below contain material that is sealable pursuant to Northern
15 District of California Civil Local Rule 79-5, Defendants' Administrative Motion to Seal is hereby
16 **GRANTED as follows:**

| Document | Portion to be Sealed | Designee | Ruling |
|---|---|---|---|
| Defendants' Opposition | Portions highlighted in yellow | Defendants | |
| Exhibit 76 | Entirety | Defendants | |
| Exhibit 81 | Entirety | Defendants | |
| Exhibit 94 | Entirety | Defendants | |
| Exhibit 105 | Entirety | Defendants | |
| Exhibit 106 | Entirety | Defendants | |
| Exhibit 109 | Entirety | Defendants | |
| Exhibit 121 | Entirety | Defendants | |
| Exhibit 182 | Entirety | Defendants | |
| Exhibit 255 | Entirety | Defendants | |

| | | |
|---|---|---|
| Exhibit B | Excerpts | Defendants |
| Exhibit C | Excerpts | Defendants |
| Exhibit E | Excerpts | Defendants |
| Exhibit F | Entirety | Defendants |
| Exhibit G | Entirety | Defendants |
| Exhibit H | Entirety | Defendants |
| Exhibit J | Entirety | Defendants |
| Exhibit L | Excerpts | Plaintiff |
| Exhibit O | Excerpts | Defendants |
| Exhibit P | Excerpts | Defendants |
| Exhibit Q | Excerpts | Defendants |

**IT IS SO ORDERED**.

DATED: _____, 2022

By_____
　　Honorable Edward M. Chen