QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (*appearing pro hac vice*)
  alexspiro@quinnemanuel.com
  Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

  Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
  Jeanine Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF NATHANIEL SMITH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL AMENDED EXHIBIT 182** |
|---|---|

**I, Nathaniel Smith, declare as follows:**

1. I am a member of the bar of the District of Columbia and serve as Managing Counsel for Defendant Tesla, Inc. I have been employed with Tesla since April 2021, and in the course of my employment have become familiar with Tesla's treatment of its proprietary business information, such as that described in this declaration. I have personal knowledge of the matters described below and I am competent to testify thereto.

2. I make this declaration pursuant to the Northern District of California Civil Local Rule 795(c), in support of Defendants' Administrative Motion To Seal Amended Exhibit 182 ("Motion to Seal Am. Ex. 182").

3. On January 11, 2022, Plaintiff Glen Littleton ("Lead Plaintiff"), filed a Partial Motion for Summary Judgment ("MSJ") (ECF No. 352). On February 1, 2022, Defendants filed an Opposition to the MSJ, (ECF No. 365), which contains certain confidential information and relies on certain confidential exhibits and deposition testimony. Accordingly, Defendants also submitted an Administrative Motion to Seal (ECF No. 364), requesting that the Court seal the confidential excerpts in the Opposition, and exhibits and deposition testimony relied on.

4. Defendants now bring the Motion to Seal Am. Ex. 182 to correct one of the confidential exhibits filed in support of the Opposition.

5. In particular, Defendants are refiling an amended Exhibit 182 in condensed form, providing only excerpts of the specific pages cited in the Opposition.

6. The amended Exhibit 182 had been designated "Confidential" under the May 20, 2020, Protective Order (ECF No. 255) entered in this case, and contains text messages of third party advisors with Tesla executives, and includes non-public, private business communications regarding reactions to, advice on, planning for, and funding of the Elon Musk's August 7, 2018 bid to take Tesla private. The personal contact information of numerous private individuals is contained throughout this condensed exhibit.

7. The revelation of the contents of amended Exhibit 182 will cause harm to Tesla by revealing financial, planning, personal, and commercial information that could be misconstrued for improper purposes. Such a release of material, in a piecemeal way, risks that the information will

be discussed and spread without the proper context and undermine Tesla's ability to receive a fair trial. This risk of misinformation spreading is heightened because Tesla is one of the most followed companies globally and its CEO, Elon Musk, is one of the most followed individuals in the world. In Tesla's view, sealing the materials for a brief period of time—until trial—balances the public's right to access with Tesla's ability to preserve the sensitive and confidential nature of its information.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed in Washington, D.C.

DATED: February 8, 2022

By /s/ Nathaniel Smith
Nathaniel Smith

\*\*\*\*

I, Kyle K. Batter, am the ECF user whose ID and password are being used to file the above declaration. In compliance with Local Rule 5-1(h)(3), I hereby attest that Nathaniel Smith has concurred in the filing of the above declaration.

DATED: February 8, 2022           QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /S/ Kyle Batter
Kyle Batter