1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Alex Spiro (*appearing pro hac vice*)
2     alexspiro@quinnemanuel.com
      Kyle Batter (Bar No. 301803)
3     kylebatter@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
5  Telephone: (650) 801-5000

6     Michael T. Lifrak (Bar No. 210846)
      michaellifrak@quinnemanuel.com
7     Jeanine Zalduendo (Bar No. 243374)
      jeaninezalduendo@quinnemanuel.com
8  865 South Figueroa Street, 10th Floor
9  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
10
11 *Attorneys for Defendants Tesla, Inc., Elon Musk,*
   *Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
12 *Antonio J. Gracias, James Murdoch, Kimbal Musk,*
   *And Linda Johnson Rice*
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                         SAN FRANCISCO DIVISION
16

17

18 | IN RE TESLA, INC. SECURITIES | Case No. 3:18-cv-04865-EMC |
   | LITIGATION | |
19 | | **[PROPOSED] ORDER GRANTING** |
   | | **DEFENDANTS' ADMINISTRATIVE** |
20 | | **MOTION TO SEAL AMENDED** |
   | | **EXHIBIT 182** |
21 | | |

1     THE COURT, having considered Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (together, "Defendants") Administrative Motion to File Under Seal Amended Exhibit 182, and testimony used in support thereof, the Declaration of Nathaniel Smith, and all other filings in this case, has found:

    (1)  There exist compelling reasons to seal Amended Exhibit 182 that overcome the right of public access to the information it contains;

    (2)  A substantial probability exists that the overriding interest will be prejudiced if Amended Exhibit 182 is not sealed;

    (3)  The proposed sealing is narrowly tailored; and

    (4)  No less restrictive means exist to achieve the overriding interest (CRC 2.550(d));

**HEREBY ORDERS THAT**:

Because Amended Exhibit 182 contains material that is sealable pursuant to Northern District of California Civil Local Rule 79-5, Defendants' Administrative Motion to Seal Amended Exhibit 182 is hereby **GRANTED**.

**IT IS SO ORDERED**.

DATED: _____, 2022

By _____
Honorable Edward M. Chen