**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
        amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

[Additional Counsel on Signature Block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF PLAINTIFF'S REPLY IN FURTHER SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1  I, ADAM C. MCCALL, hereby declare as follows:

2      1.    I am an associate at Levi & Korsinsky, LLP, attorneys for Plaintiff Glen Littleton in the above-captioned action. I make this declaration in support of Plaintiff's Reply in Further Support of Motion for Partial Summary Judgment. I am admitted to practice before this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

    2.    Attached hereto are true and accurate excerpts from the following depositions taken in this action as set forth below:

| Witness | Deposition Date |
|---|---|
| Deepak Ahuja | August 5, 2021 |
| Robyn Denholm | October 5, 2021 |
| Egon Pierre-Durban | September 7, 2021 |
| Joseph Fath | July 12, 2021 |
| Elon Musk | November 5, 2021 |
| Sam Teller | August 11, 2021 |

    3.    Attached hereto are true and accurate excerpts from testimony obtained by the United States Securities and Exchange Commission in connection with its investigation in the matter of Tesla Motors, Inc., produced in discovery in this action as set forth below:

| Witness | Deposition Date | Exhibit Number |
|---|---|---|
| Elon Musk | August 29, 2018 | 330 |
| Samuel Teller | August 28, 2018 | SEC-EPROD-000017196-17509 |

    4.    Attached hereto are true and accurate copies of the following exhibits marked during depositions in the course of discovery:

| Exhibit # | Document Date | Exhibit Description | Bates Range |
|---|---|---|---|
| 14 | 8/8/2018 | Email from Ryan Brinkman to EQR - Aprroval Request, Re: Request approval to raise Tesla (TSLA) price target by | JPMS_000016045-JPMS_00016047 |

| | | +58% | |
|---|---|---|---|
| 41 | 8/7/2018 | Email from Joseph Fath (TRowe) to Robert Marcotte and others at TRowe, Re: TSLA (Tesla) Updates | TRP_000002 |
| 107 | 2/22/2017 | Email from Yasir AlRumayyan (PIF) to Elon Musk, Re: OpenAI Funding | TESLA_LITTLETON_00003900-TESLA_LITTLETON_00003901 |
| 149 | 8/7/2018 | Email from Nasdaq to Aaron Chew and Martin Viecha re trading resuming | TESLA_LITTLETON_00006610 |
| 194 | 8/16/2018 | Email from Egon Durban to Steve Rosenblum (WLRK) and Mark Kim (MTO); Cc: Elon Musk; Sam Teller; Dan Dees and other GS people re investor outreach list | SL_3P00000306 |
| 204 | 8/7/2018 | Email from Ilene Taylor (Nasdaq) to Aaron Chew re Elon tweets / trading halt | TESLA_LITTLETON_00006615-TESLA_LITTLETON_00006616 |
| 265 | 8/15/2018 | Email from Dan Dees to Orbit Drive, FW: Titanium Materials. ATTACHMENT: 2018-08-15 Project Titanium Discussion Material by GS | SEC-EPROD-000005826-SEC-EPROD-000005837 |

5.  Attached hereto as **Exhibit R** is a true and accurate copy of an August 14, 2018 analyst report published by Morningstar Digest titled "Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain."

6.  Attached hereto as **Exhibit S** is a true and accurate copy of an August 7, 2018 analyst report published by RBC Capital Markets titled "On Tesla $420."

7.  Attached hereto as **Exhibit T** is a true and accurate copy of an August 7, 2018 analyst report published by Morningstar Equity Research titled "Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price."

8.  Attached hereto as **Exhibit U** is a true and accurate copy of an August 7, 2018 analyst report published by Bank of America Merrill Lynch titled "Shorts may be burned for now … but buyer beware."

9. Attached hereto as **Exhibit V** is a true and accurate copy of the November 8, 2021 report of Daniel R. Fischel.

10. Attached hereto as **Exhibit W** is a true and accurate copy of the December 8, 2021 report of Daniel R. Fischel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of February, 2022.

s/ *Adam C. McCall*
Adam C. McCall

DECLARATION OF ADAM C. MCCALL IN SUPPORT OF PLAINTIFF'S REPLY IN FURTHER SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

CASE NO. 3:18-CV-04865-EMC

3