EXCERPTS FROM THE DEPOSITION OF
DEEPAK AHUJA
TAKEN AUGUST 5, 2021

Confidential

Page 1

1                UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4

5    IN RE TESLA, INC.,              )
                                     )   Case No.
6    SECURITIES LITIGATION,          )   3:18-cv-04865-EMC
     _____)

7

8

9

10    ** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

11

12

13

14

15               REMOTE VIDEO DEPOSITION OF

16                     DEEPAK AHUJA

17                Thursday, August 5, 2021

18

19

20

21    Reported by:

22    LISA MOSKOWITZ, CA CSR 10816, RPR, CRR, CLR,

23    Washington State CSR 21001437

24    NCRA Realtime Systems Administrator

25    JOB NO. 197876

Confidential

1

2

3

4

5                        August 5, 2021

6                         8:33 a.m.

7

8

9          Remote Video deposition of DEEPAK

10   AHUJA, taken on behalf of Plaintiffs, reported

11   stenographically by Lisa Moskowitz, California

12   Certified Shorthand Reporter No. 10816,

13   Washington State Certified Shorthand Reporter

14   No. 21001437, RPR, CRR, Realtime Systems

15   Administrator.

16

17

18

19

20

21

22

23

24

25

```
 1   A P P E A R A N C E S:

 2

 3   For the Plaintiffs:

 4        LEVI & KORSKINSKY

 5        1101 30th Street, N.W.

 6        Washington, DC 20007

 7        BY:  NICHOLAS PORRITT, ESQ.

 8        BY:  ELIZABETH TRIPODI, ESQ.

 9

10   For Tesla and the Deponent:

11        COOLEY

12        3175 Hanover Street

13        Palo Alto, California 94304

14        BY:  SARAH LIGHTDALE, ESQ.

15        BY:  BINGXIN WU, ESQ.

16

17   ALSO PRESENT:

18        PHIL RIZZUTI, Videographer

19        CANDACE JACKMAN, ESQ., TESLA

20        KATHY AMES

21

22

23

24

25
```

Confidential

 1          THURSDAY, AUGUST 5, 2021

 2                8:33 A.M.

 3

 4        THE VIDEOGRAPHER:  Good morning,

 5    Counsel.  My name is Phil Rizzuti.  I am

 6    a legal videographer in association with

 7    TSG Reporting, Inc.  Due to the severity

 8    of the COVID-19 and following the

 9    practice of social distancing, I will

10    not be in the same room with the

11    witness.  Instead, I will record this

12    videotape deposition remotely.

13        The reporter, Lisa Moskowitz, also

14    will not be in the same room and will

15    swear the witness remotely.

16        Do all parties stipulate to the

17    validity of this video recording and

18    remote swearing and that it will be

19    admissible in the courtroom as if it had

20    been taken following Rule 30 of the

21    Federal Rules of Civil Procedure and the

22    state's rules where this case is

23    pending?

24        MR. PORRITT:  Yes.

25        MS. LIGHTDALE:  Yes.

Confidential

```
 1        THE VIDEOGRAPHER:  Okay.  Thank

 2   you.

 3        This is the start of media labeled

 4   number 1 of the video-recorded

 5   deposition of Mr. Deepak Ahuja in the

 6   matter of In Re Tesla, Inc., Securities

 7   Litigation in the United States District

 8   Court for the Northern District of

 9   California, San Francisco Division,

10   Civil Action Number 3:18-cv-04865.

11        This deposition is being held on

12   August 5, 2021, at approximately

13   8:35 a.m.  My name is Phil Rizzuti.  I'm

14   the legal video specialist from TSG

15   Reporting, Inc.  The court reporter is

16   Lisa Moskowitz, in association with TSG

17   Reporting.

18        Counsel, please introduce

19   yourselves.

20        MR. PORRITT:  Good morning, I'm

21   Nicholas Porritt of Levi & Korsinsky on

22   behalf of the plaintiff and the class.

23        MS. LIGHTDALE:  Good morning.

24   Sarah Lightdale of Cooley on behalf of

25   the defendants and for the witness
```

Confidential

Page 10

1        today.  With me are my colleague Bing

2        Wu, as well as Candace Jackman, in-house

3        counsel at Tesla.

4              MR. PORRITT:  I should add for the

5        record, with me are my colleagues

6        Elizabeth Tripodi and Kathy Ames.

7              THE VIDEOGRAPHER:  Thank you.

8              Will the court reporter please

9        swear in the witness.

10

11                    DEEPAK AHUJA,

12   called as a witness, having been duly sworn, was

13            examined and testified as follows:

14

15                    EXAMINATION

16   BY MR. PORRITT:

17      Q.   Good morning, Mr. Ahuja.  As you

18   heard, my name is Nicholas Porritt.  I'm one

19   of the counsel for the class and the

20   plaintiff in this action, and I'll be taking

21   your deposition here today.

22              Before we start, I just thought I'd

23   go over a few ground rules for your

24   testimony here today.  First one is you

25   understand that you're under oath?

DEPOSITION TESTIMONY

FILED UNDER SEAL

ERRATA

FILED UNDER SEAL

Page 284

```
 1              C E R T I F I C A T E

 2   STATE OF CALIFORNIA:

 3

 4       I, LISA MOSKOWITZ, California CSR,

 5   Washington State CSR, RPR, CRR, CLR, NCRA

 6   Realtime Systems Administrator, Certified

 7   Shorthand Reporter, do hereby certify:

 8       That the witness whose deposition is

 9   hereinbefore set forth was duly remotely sworn

10   and that such deposition is a true record of the

11   testimony given by such witness.

12       I further certify that I am not related to

13   any of the parties to this action by blood or

14   marriage and that I am in no way interested in

15   the outcome of this matter.

16       IN WITNESS WHEREOF, I have hereunto set my

17   hand this 17th day of August, 2021.

18

19

20

21   _____

22   LISA MOSKOWITZ, CA CSR 10816, RPR, CRR

23   Washington State CSR 21001437

24   Realtime Systems Administrator

25
```