EXCERPTS FROM THE DEPOSITION OF
EGON PIERRE-DURBAN
TAKEN SEPTEMBER 7, 2021

Page 1

1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4

5  IN RE TESLA, INC.                    )
                                        )
6  SECURITIES LITIGATION                ) Case No. 3:18-cv-04865-EMC
                                        ) Volume I
7                                       ) Pages 1 to 165
   _____)
8

9

10

11

12

13

14

15    REMOTE VIDEOCONFERENCED VIDEOTAPED DEPOSITION OF

16                   EGON PIERRE-DURBAN

17            Remotely in Los Angeles, California

18                Tuesday, September 7, 2021

19

20

21

22

23

24  Reported by:
    ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
25  JOB NO. 199146

Page 2

1
2
3
4
5
6
7
8        Remote Videoconferenced Videotaped
9   Deposition of EGON PIERRE-DURBAN, Volume I,
10  taken on behalf of the Plaintiffs, remotely in
11  Los Angeles, California, commencing at
12  10:31 a.m., Tuesday, September 7, 2021, before
13  Elizabeth Borrelli, a Certified Shorthand
14  Reporter in the State of California, License
15  No. 7844.
16                    * * *
17
18
19
20
21
22
23
24
25

```
 1   APPEARANCES OF COUNSEL:

 2

 3   For the Plaintiffs:

 4            LEVI & KORSINSKY
              BY:  NICHOLAS PORRITT, ESQ.
 5                ELIZABETH TRIPODI, ESQ.
                  KATHY AMES VALDIVIESO, ESQ.
 6            1101 30th Street NW
              Washington, DC 20007
 7

 8

 9   For Tesla:

10            COOLEY
              BY:  SARAH LIGHTDALE, ESQ.
11            55 Hudson Yards
              New York, New York 10001
12

13

14   For the Witness:

15            DEBEVOISE & PLIMPTON
              BY:  JULIE RIEWE, ESQ.
16                BRANDON FETZER, ESQ.
              801 Pennsylvania Avenue N.W.
17            Washington, DC 20004

18

19

20

21      Also Present:

22         KAREN KING, appearing remotely

23         SHARON BINGER, appearing remotely

24

25
```

1     LOS ANGELES, CALIFORNIA; TUESDAY, SEPTEMBER 7, 2021

2                        10:31 A.M.

3

4          THE VIDEOGRAPHER:  Good morning.  My name

5  is Chris Jordan and I'm the legal videographer in

6  association with TSG Reporting.  Due to the COVID-19

7  and following the practice of social distancing, I

8  will not be in the same room with the witness;

9  instead, I will record this videotaped deposition

10 remotely.

11         The reporter, Ms. Borrelli, also will not

12 be in the same room and will swear the witness

13 remotely.

14         Do all parties stipulate to the validity

15 of this video recording and remote swearing and that

16 it will be admissible in the courtroom as if it had

17 been taken following Rule 30 of the Federal Rules of

18 Civil Procedures and the state's rules where this

19 case is pending?

20         MR. PORRITT:  Yes.

21         MS. RIEWE:  Yes.

22         MS. LIGHTDALE:  Yes.

23         MS. KING:  Yes.

24         THE VIDEOGRAPHER:  Thank you, Counsel.

25 Thank you.

1        This marks the beginning of the videotaped
2   deposition of Egon Durban being taken In Re: Tesla,
3   Inc., Securities Litigation, being held in the
4   United States District Court for the Northern
5   District of California, San Francisco Division.
6        The deposition is being taken on
7   September 7, 2021, at approximately 10:32 a.m.
8   Again, my name is Chris Jordan with TSG Reporting.
9   The court reporter is Liz Borrelli with TSG
10  Reporting.
11       Will counsel please state your name for
12  the record.
13       MR. PORRITT:  Nicholas Porritt on behalf
14  of Plaintiff Glen Littleton and the class.  With me
15  is Elizabeth Tripodi and Kathy Ames for the firm
16  Levi & Korsinsky LLP.
17       MS. RIEWE:  And Julie Riewe.  With me is
18  Brandon Fetzer with Debevoise & Plimpton, counsel
19  for the deponent, Mr. Egon Durban.
20       MS. LIGHTDALE:  Sarah Lightdale from
21  Cooley on behalf of the defendants.
22       And I have two preliminary matters to
23  cover as we have covered in other depositions in
24  this case.  The first is to confirm that as with --
25  again, as with other depositions, we will reserve

Page 11

1  purely evidentiary objections until a later time and
2  only offer form objections.  And the second is to go
3  ahead and put this transcript and designate it as
4  confidential under the protective order.
5           MR. PORRITT:  And once again, noting your
6  statement, reserving rights, obviously, on that --
7  on the designation.
8           THE VIDEOGRAPHER:  Has all counsel stated
9  their name and appearance?
10          MS. KING:  This is Karen King, counsel for
11 Silver Lake, the defendant's [sic] employer.
12          MS. BINGER:  And Sharon Binger as well for
13 Silver Lake.
14          THE VIDEOGRAPHER:  Thank you.
15          Will the reporter please swear in the
16 witness.
17                  EGON PIERRE-DURBAN,
18             having been duly administered
19           an oath in accordance with CCP 2094,
20            was examined and testified as follows:
21                       EXAMINATION
22 BY MR. PORRITT:
23    Q.   Good morning, Mr. Durban.  As I stated
24 before, my name is Nicholas Porritt.  I'm one of the
25 attorneys for the plaintiff in this matter.

# DEPOSITION TESTIMONY
# FILED UNDER SEAL

Page 164

1  STATE OF CALIFORNIA        )
                              )    ss.
2  COUNTY OF LOS ANGELES      )

3

4          I, Elizabeth Borrelli, Certified Shorthand

5  Reporter, Certificate No. 7844, for the State of

6  California, hereby certify:

7          I am the deposition officer that

8  stenographically recorded the testimony in the

9  foregoing deposition;

10         Prior to being examined the deponent was

11 first duly sworn by me;

12         The foregoing transcript is a true record

13 of the testimony given;

14         Before completion of the deposition,

15 review of the transcript [X] was [ ] was not

16 requested.  If requested, any changes made by the

17 deponent (and provided to the reporter) during the

18 period allowed are appended hereto.

19

20 Dated: September 17th, 2021.

21

22

23 _____

24 ELIZABETH BORRELLI, CSR 7844

25