EXCERPTS FROM THE DEPOSITION
OF SAMUEL TELLER
TAKEN AUGUST 11, 2021

```
 1            UNITED STATES DISTRICT COURT

 2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION
    ------------------------------------------------------x
 4  In Re:

 5          TESLA, INC.              Civil Action No.
                                     3:18-cv-04865-EMC
 6          SECURITIES LITIGATION
    ------------------------------------------------------x
 7

 8

 9      * * *  C O N F I D E N T I A L  * * *

10

11

12

13  CONFIDENTIAL REMOTE VIDEOTAPED DEPOSITION OF

14                    SAM TELLER

15       Roberts Creek, British Columbia

16           Wednesday, August 11, 2021

17

18

19

20

21

22  Reported by:

23  THOMAS A. FERNICOLA, RPR

24  JOB NO. 198117

25
```

1

2

3

4        Wednesday, August 11, 2021

5              9:00 a.m.

6

7

8      CONFIDENTIAL REMOTE VIDEOTAPED DEPOSITION of

9  SAM TELLER, held before Thomas A. Fernicola, a

10 Registered Professional Reporter and Notary Public of

11 the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   A P P E A R A N C E S
 2   (All Attendees Appearing Via Videoconference and/or
 3   Telephonically):
 4
 5       LEVI & KORSINSKY
 6       Attorneys for Plaintiffs
 7            1101 30th Street Northwest
 8            Washington, DC 20007
 9       BY:  ELIZABETH TRIPODI, ESQ.
10            KATHY AMES, ESQ.
11
12
13       COOLEY
14       Attorneys for Tesla
15            3175 Hanover Street
16            Palo Alto, CA 94304
17       BY:  PATRICK GIBBS, ESQ.
18            BINGXIN WU, ESQ.
19
20
21
22   ALSO PRESENT:
23            MICHAEL BROWN, Videographer
24            CANDICE JACKMAN, In-House Counsel, Tesla.
25
```

```
 1         THE VIDEOGRAPHER:  Good morning.
 2   My name is Michael Brown.  I'm a Legal
 3   Videographer in association with TSG
 4   Reporting.
 5         Due to the severity of the
 6   COVID-19 pandemic and following the
 7   practice of social distancing, I will
 8   not be in the same room as the witness.
 9   Instead, I will be recording this
10   videotaped deposition remotely.
11         The reporter, Tom Fernicola, also
12   will not be in the same room and will
13   swear the witness remotely.
14         Do all parties stipulate to the
15   validity of this video recording and
16   remote swearing, and that it will be
17   admissible in the courtroom following
18   Rule 30 of the Federal Rules of Civil
19   Procedures and the state's rules where
20   this case is pending?
21         MS. TRIPODI:  Good morning.  My
22   name is Elizabeth Tripodi.  I'm with
23   Levi & Korsinsky, LLP, and I'm here
24   today representing plaintiff, and I
25   agree.
```

Page 5

1       With me today is my co-counsel
2  Kathy Ames also from my firm.
3       MR. GIBBS:  Good morning.  This is
4  Patrick Gibbs from Cooley representing
5  the defendants as well as Mr. Teller.
6       We also agree to the remote
7  format.
8       With me today are my colleagues
9  Bingxin Wu, and here from Tesla is
10 Candace Jackman.
11      THE VIDEOGRAPHER:  This marks the
12 beginning of Video 1 of the Deposition
13 of Sam Teller in the matter of In Re:
14 Tesla, Inc. Securities Litigation.
15      Today's date is August 11.  The
16 time on the video monitor is 9:09 a.m.
17      Will the court reporter please
18 swear in the witness.
19
20
21
22
23
24
25

```
 1  SAM TELLER,
 2  called as a witness, having been duly sworn by a
 3  Notary Public, was examined and testified as
 4  follows:
 5  BY THE REPORTER:
 6       Q    Please state your full name and
 7    address for the record.
 8       A    Sam Teller, 1417 Kellam Avenue,
 9    Los Angeles, California 90026.
10  BY MS. TRIPODI:
11       Q    Good morning, again, Mr. Teller.
12    As I stated before, my name is Elizabeth
13    Tripodi.  I'm with the Law Firm Levi &
14    Korsinsky, and I represent Plaintiff Glen
15    Littleton in an action titled In Re: Tesla
16    Securities Litigation.
17            The action is currently pending in
18    the United States District Court for the
19    Northern District of California.
20            Mr. Teller, where are you located
21    for today's deposition?
22       A    I'm in Roberts Creek, British
23    Columbia in Canada.
24       Q    Before we begin, I just want to go
25    over some basic ground rules for the
```

# DEPOSITION TESTIMONY
# FILED UNDER SEAL

1

2        C E R T I F I C A T E

3

4   STATE OF NEW YORK   )

5                       ) ss.:

6   COUNTY OF NEW YORK  )

7

8        I, THOMAS A. FERNICOLA, Registered

9   Reporter and Notary Public within and

10  for the State of New York, do hereby

11  certify that the within is a true and

12  accurate transcript of the proceedings

13  held on Wednesday, August 11, 2021.

14       That I am not related to any of

15  the parties to this action by blood or

16  marriage; and that I am in no way

17  interested in the outcome of this

18  matter.

19       IN WITNESS WHEREOF, I have

20  hereunto set my hand this 23rd day of

21  August 2021.

22

23       _____

24            THOMAS A. FERNICOLA, RPR

25