# EXCERPTS FROM THE SEC TESTIMONY OF ELON MUSK TAKEN AND RECORDED AUGUST 29, 2018



Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

| | |
|---|---|
| In the Matter of: ) | File No. SF-04082-A |
| ) | AMENDED 9-5-2018 |
| ) | 9-10-2018 |
| TESLA MOTORS, INC. ) | CONFIDENTIAL |

WITNESS:  Elon Musk
PAGES:    1 through 283
PLACE:    44 Montgomery Street
          Suite 2800
          San Francisco, California
DATE:     Wednesday, August 29, 2018

The above-entitled matter came on for hearing, pursuant to notice, at 9:17 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200



EXHIBIT 330
Elon Musk
11/5/2021
Reported by: Candice Andino
TX CSR No. 9332, RMR

CONFIDENTIAL

```
                                                         Page 2
 1   APPEARANCES:
 2
 3
 4   On behalf of the Securities and Exchange Commission:
 5        WALKER NEWELL, ESQ.
 6        STEVEN D. BUCHHOLZ, ESQ.
 7        E. BARRETT ATWOOD, ESQ.
 8        BRENT SMYTH, ESQ.
 9        44 Montgomery Street, 28th Floor
10        San Francisco, California 94104
11        (415) 705-2325
12        newellw@sec.gov
13        buchholzs@sec.gov
14
15
16        CHERYL L. CRUMPTON, ESQ.
17        TED YU, ESQ.
18        100 F Street, N.E.
19        Washington, D.C. 20549
20        (202) 551-5000
21        crumptonc@sec.gov
22
23
24
25
```

SEC-EPROD-000016110

CONFIDENTIAL

```
                                                          Page 3
 1    APPEARANCES(CONT.):
 2
 3    On behalf of the Witness:
 4
 5         STEVEN FARINA, ESQ.
 6         DANE BUTSWINKAS, ESQ.
 7         Williams & Connolly
 8         725 Twelfth Street, N.W.
 9         Washington, D.C. 2005
10         (202) 434-5000
11         sfarina@wc.com
12
13
14
15         TERENCE M. HEALY, ESQ.
16         ROEL C. CAMPOS, ESQ.
17         Hughes Hubbard & Reed
18         1775 I Street, N.W. Suite 600
19         Washington, D.C 20006
20         (202) 721-4600
21         terence.healy@hugheshubbard.com
22
23
24
25
```

CONFIDENTIAL

```
                                                      Page 4
 1    APPEARANCES(CONT):
 2
 3    On behalf of the Witness(cont.):
 4         BRADLEY J. BONDI, ESQ.
 5         Cahill Gordon & Reindel, LLP
 6         1990 K Street, N.W. Suite 950
 7         Washington, D.C. 20006
 8         (202) 862-8900
 9         bbondi@cahill.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SEC-EPROD-000016112

CONFIDENTIAL

```
                                                              Page 5
 1    APPEARANCES(CONT.):
 2
 3    Also Present:
 4          Lucien Newell, Video Operator
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SEC-EPROD-000016113

CONFIDENTIAL

Page 9

```
 1                    P R O C E E D I N G S
 2                (SEC Exhibit No. 1 was marked
 3                   for identification.)
 4          VIDEO OPERATOR: Here begins DVD No. 1 in the
 5   testimony of Elon Musk in the investigation by the U.S.
 6   Securities and Exchange Commission in the Matter of:
 7   Tesla Motors, Inc., File SF-04082-A
 8          Today's date is August 29th, 2018. The time on the
 9   video monitor is 9:17. The video operator today is Lucien
10   Newell, employed by Behmke Reporting and Video Services, Inc.,
11   subcontracted by Diversified Reporting Services, Inc.
12          This video investigation is taking place at 44
13   Montgomery Street, Suite 2800, San Francisco. The court
14   reporter today is Mary Bardellini, Certified Shorthand
15   Reporter, contracted by Behmke Reporting and Video
16   Services, Inc., and subcontracted by Diversified Reporting
17   Services.
18          Counsel, please voice identify yourselves for the
19   record.
20          MR. FARINA: Steve Farina, Williams and Connolly,
21   on behalf of the witness.
22          MR. HEALY: Terence Healy, Hughes Hubbard & Reed,
23   LLP, on behalf of the witness.
24          MR. CAMPOS: Roel Campos, Hughes Hubbard & Reed,
25   on behalf of the witness.
```

CONFIDENTIAL

```
                                                          Page 10
 1            MR. BONDI:  Brad Bondi, Cahill, Gordon &
 2   Reindel on behalf of the witness and the company.
 3            MR. BUTSWINKAS:  Dane Butswinkas, Williams and
 4   Connolly, on behalf of Mr. Musk.
 5            MR. NEWELL:  I'm Walker Newell, Securities and
 6   Exchange Commission.  With me are Steven Buchholz, Cheryl
 7   Crumpton, Barrett Atwood and Brent Smyth, and with us via
 8   the video is Ted Yu.
 9            Mr. Musk, please raise your right hand.
10   Whereupon,
11                         ELON MUSK
12   was called as a witness and, having been first
13   duly sworn, was examined and testified as follows:
14                        EXAMINATION
15       BY MR. NEWELL:
16       Q    Please state your full name and spell it for the
17   record.
18       A    Elon Reeve Musk, E-L-O-N, R-E-E-V-E, M-U-S-K.
19       Q    We're going to do a little redux of what we just
20   did for the record again.  So, apologies for the
21   redundancy.
22            Again, my name is Walker Newell.  With me are
23   Steven Buchholz, Cheryl Crumpton, Barrett Atwood, Brent
24   Smyth and Ted Yu on video from Washington, D.C.  We're
25   officers of the Commission for purposes of this
```

SEC-EPROD-000016118

CONFIDENTIAL

# TESTIMONY

# FILED UNDER SEAL

```
 1                PROOFREADER'S CERTIFICATE
 2
 3   In the Matter of:    TESLA MOTORS, INC.
 4   Witness:             Elon Musk
 5   File Number:         SF-04082-A
 6   Date:                Wednesday, August 29, 2018
 7   Location:            San Francisco, California
 8
 9        This is to certify that I, Christine Boyce,
10   (the undersigned) do hereby swear and affirm that the
11   attached proceedings before the U.S. Securities and
12   Exchange Commission were held according to the record,
13   and that this is the original, complete, true and
14   accurate transcript, which has been compared with the
15   reporting or recording accomplished at the hearing.
16
17
18   ____Ch. E. Boyce____         ____8-30-18____
19     (Proofreader's Name)           (Date)
20
21
22
23
24
25
```

SEC-EPROD-000016390

CONFIDENTIAL

```
1    STATE OF CALIFORNIA      )
2                             )   ss
3    COUNTY OF SAN FRANCISCO  )
4           I hereby certify that the investigative hearing
5    was reported by me in the within-entitled cause; that said
6    hearing was taken at the time and place herein named; that
7    the hearing is a true record of the witness' testimony as
8    reported by me, a duly certified shorthand reporter and a
9    disinterested person, and was thereafter transcribed into
10   typewriting by computer.
11          I further certify that I am not interested in the
12   outcome of the said action, nor connected with, nor
13   related to any of the parties in said action, nor to their
14   respective counsel.
15          IN WITNESS WHEREOF, I have hereunto set my hand
16   this 30th day of August, 2018.
```

*[Signature: Mary Bardellini, CSR 2976]*

MARY BARDELLINI, CSR No. 2976
STATE OF CALIFORNIA

CONFIDENTIAL