# EXCERPTS FROM THE SEC TESTIMONY OF SAMUEL TELLER TAKEN AND RECORDED AUGUST 28, 2018

UNITED SECURITIES AND EXCHANGE COMMISSION

COPY

In the Matter of: )

) File No. SF-04082-A

TESLA MOTORS, INC. ) Amended: 9/10/2018

10/2/2018

CONFIDENTIAL

WITNESS: Samuel Teller

PAGES: 1 through 314

PLACE: Securities and Exchange Commission

44 Montgomery Street

Suite 2800

San Francisco, California

DATE: Tuesday, August 28, 2018

The above-entitled matter came on for hearing, pursuant to notice, at 9:21 a.m.

Diversified Reporting Services, Inc.

(202) 467-9200

APPEARANCES:

On behalf of the Securities and Exchange Commission:

WALKER NEWELL, ESQ.
E. BARRETT ATWOOD, ESQ.
ERIN SCHNEIDER, ESQ.
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California 94104
(415) 705-2500
newellw@sec.gov
atwoode@sec.gov
schneidere@sec.gov

CHERYL L. CRUMPTON, ESQ.
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-5000
crumptonc@sec.gov

APPEARANCES (CONT.):

On behalf of the Witness:

MILES EHRLICH, ESQ.
CHHAYA BHALOTRA, ESQ.
Ramsey Ehrlich, LLP
803 Hearst Avenue
Berkeley, California 94710
(510) 548-3600
miles@ramsey-ehrlich.com
chhaya@ramsey-ehrlich.com

BROCKTON B. BOSSON, ESQ.
Cahill Gordon & Reindel, LLP
80 Pine Street
New York, New York 10005
(212) 701-3136
bbosson@cahill.com

Also Present:

Lucien Newell, Video Operator

P R O C E E D I N G S

VIDEO OPERATOR: Here begins DVD number one in the testimony of Sam Teller in the investigation by the U.S. Securities and Exchange Commission in the matter of Tesla Motors, Inc., File SF-04082-A. Today's date is 8 -- August 28, 2018. The time on the video monitor is 9:21. The video operator today is Lucien Newell, employed by Behmke Reporting and Video Services, Inc., and subcontracted by Diversified Reporting Services, Inc.

This investigation is taking place at 44 Montgomery Street, Suite 2800, San Francisco. The court reporter today is Mary Bardellini, Certified Shorthand Reporter, contracted by Behmke Reporting and Video Services, Inc., and subcontracted by Diversified Reporting Services, Inc.

Counsel, please voice identify yourselves for the record.

MR. NEWELL: Walker Newell, Securities and Exchange Commission.

With me are Barrett Atwood and Erin Schneider, also with the Securities and Exchange Commission.

MR. EHRLICH: Miles Ehrlich from Ramsey and Ehrlich on behalf of the witness, Sam Teller. With me is Chhaya Bhalotra, also from Ramsey and Ehrlich.

MR. BOSSON: I'm Brockton Bosson from Cahill

Gordon and Reindel on behalf of the company and the witness, Mr. Teller.

VIDEO OPERATOR: Please begin.

Whereupon,

SAMUEL TELLER

was called as a witness and, having been first duly sworn, was examined and testified as follows:

(SEC Exhibit Nos. 1 and 2 were marked for identification.)

EXAMINATION

BY MR. NEWELL:

**Q Mr. Teller, please state your full name, and spell your name for the record.**

A And what?

**Q And spell your name for the record.**

A Samuel Weill Teller. S-A-M-U-E-L. W-E-I-L-L. T-E-L-L-E-R.

**Q Again, my name is Walker Newell, and with me are Barrett Atwood and Erin Schneider. We're officers of the Securities and Exchange Commission for purposes of this proceeding. This is an investigation by the United States Securities and Exchange Commission in the matter of Tesla Motors, Inc., to determine whether there have been violations of certain provisions of the federal securities laws. However the facts developed in this**

TESTIMONY FILED
UNDER SEAL

PROOFREADER'S CERTIFICATE

In The Matter of: TESLA MOTORS, INC.

Witness: Samuel Teller

File Number: SF-04082-A

Date: Tuesday, August 28, 2018

Location: San Francisco, CA

This is to certify that I, Maria E. Paulsen, (the undersigned), do hereby swear and affirm that the attached proceedings before the U.S. Securities and Exchange Commission were held according to the record and that this is the original, complete, true and accurate transcript that has been compared to the reporting or recording accomplished at the hearing.

8/29/2018

(Proofreader's Name) (Date)

STATE OF CALIFORNIA )
) ss.
COUNTY OF PLACER )

I certify that the witness in the foregoing investigation,

SAMUEL TELLER,

was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein named; that the testimony of said witness was reported by me, a duly certified shorthand reporter and a disinterested person, and was thereafter transcribed into typewriting.

I further certify that I am not of counsel or attorney for either or any of the parties to said deposition, nor in any way interested in the outcome of the cause named in said caption.

IN WITNESS WHEREOF, I have hereunto set my hand this 31st day of August, 2018.

Mary Bardellini, CSR 2976

MARY BARDELLINI, CSR No. 2976
Certified Shorthand Reporter
State of California

CONFIDENTIAL