# EXHIBIT 107

# EXHIBIT FILED UNDER SEAL