# EXHIBIT 149

# EXHIBIT FILED UNDER SEAL