# EXHIBIT 204

# EXHIBIT FILED UNDER SEAL