# EXHIBIT 265

# EXHIBIT FILED UNDER SEAL