# EXHIBIT S

 **RBC Capital Markets**

RBC Capital Markets, LLC
Joseph Spak, CFA (Analyst)
(212) 428-2364
joseph.spak@rbccm.com
George Clark, CFA (Senior Associate)
(212) 428-6522
george.clark@rbccm.com

Joseph Heidt (Associate)
(212) 428-3050
joseph.heidt@rbc.com

August 7, 2018

# Tesla, Inc.

## On Tesla $420

**Sector: Autos & Auto Parts**

**Sector Perform**
NASDAQ: TSLA; USD 379.57
**Price Target USD 315.00**

**Our view:** Elon Musk announced today that he may take the company private at $420/share (~22% premium to its closing price as of 8/6/18). Because of traditional buyout funding challenges, we believe this indicates there is significant outside funding that is interested.

### WHAT'S INSIDE

| | |
|---|---|
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☐ Est. Change |
| ☐ Preview | ☑ News Analysis |

**Key points:**

**Tesla going private?** Earlier today, CEO Elon Musk started tweeting about "considering taking Tesla private at $420/share. Funding secured." This was later followed up with a letter to employees detailing the rationale. The structure would apparently be to create a special purpose fund enabling current shareholders to remain shareholders or cash out at $420. This would be subject to a shareholder vote. While we are not assessing probability today, we believe there is substance to the news and note that prior "controversial" shareholder votes (like Solar City) have always voted with Elon.

**Success of consummation contingent on who goes along for the ride.** The ability to convince shareholders to stay involved is likely critical to the success of Tesla going private which would be the biggest buyout in history (over $70bn). Musk owns ~20% of the shares, so all else equal, they may need to get committed financing for the remaining ~80% (~$57bn). Given Tesla's financials, we don't believe lenders would sign up to support the deal. For instance, that amount would bring LTM net debt/EBITDA to ~12,267x, and ~22x NTM consensus EBITDA. Now, the deal cost could come down if they get other large holders to commit to roll over to the new structure. And there are some chunky page 1 holders that collectively make up ~30% of the shares. However, some of those holders may not be able to hold Tesla (or as much as they currently hold) should Tesla go private. A preliminary review of some of the big mutual fund holders indicates holding limits on illiquid securities. At the very least it could cause broader portfolio reviews. That's not to say that a private Tesla can't find its way into other funds at those holders.

**New outside equity?** Elon's tone and messaging regarding a potential transaction lead us to believe that there could be significant outside funding lined up. Learning who this is will be important (and relevant for shareholders deciding whether they should stay involved should the deal consummate). We note an unconfirmed FT article from today indicates that Saudi Arabia's sovereign fund took a 3-5% stake on the public markets, it was also noted they approached Tesla about new shares. In our view, sovereign funds (broadly), cash rich tech companies, Chinese sources and large VCs could all be potential candidates to provide funding.

Continued on Page 3...

### Scenario Analysis*

| Downside Scenario | Price Target | Current Price | Upside Scenario |
|---|---|---|---|
| 220.00 | 315.00 | 379.57 | 420.00 |
| ↓42% | ↓17% | | ↑11% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 170.0 | Market Cap (MM): | 64,527 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 8,851,012 |

### RBC Estimates

| FY Feb | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|
| Revenue | 11,758.8 | 21,104.2 | 29,953.5 | 36,681.5 |
| EPS, Adj Diluted | (8.63) | (4.22) | 6.45 | 8.40 |
| P/AEPS | NM | NM | 58.8x | 45.2x |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2017 | 2,696.3A | 2,789.6A | 2,984.7A | 3,288.2A |
| 2018 | 3,408.8A | 4,002.2A | 6,787.9E | 6,905.3E |
| 2019 | 7,289.3E | 7,314.8E | 7,717.1E | 7,632.2E |
| **EPS, Adj Diluted** | | | | |
| 2017 | (1.33)A | (1.33)A | (2.92)A | (3.05)A |
| 2018 | (3.36)A | (3.06)A | 0.23E | 1.97E |
| 2019 | 1.36E | 1.33E | 1.92E | 1.84E |

All values in USD unless otherwise noted.

Disseminated: Aug 7, 2018 20:52ET; Produced: Aug 7, 2018 20:52ET

Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 6.**

Exclusive use of Erin  Orozco (eorozco@compasslexecon.com) at Compass Lexecon LLC

TESLA_LITTLETON_00022486



## Target/Upside/Downside Scenarios

**Exhibit 1: Tesla Inc.**



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

**Target price/base case**
Our base case assumes ~1.7mm vehicle deliveries by 2028 and total revenue of ~$89bn and generating EBIT margins of 9.7%. Our $315 price target is based on our 2028E DCF (12% discount rate, 10x exit EBITDA multiple).

**Upside scenario**
Our upside scenario assumes that Elon's plan to take Tesla private comes to fruition, which values TSLA shares at $420.

**Downside scenario**
Our downside scenario assumes that Elon's plan to take Tesla private falls through and the company delivers fewer vehicles (closer to 1.4mm deliveries), which leads to lower revenue growth and gross margins. Our $220 downside value assumes an 8.0x exit multiple on our 2028E downside case EBITDA (discount rate of 12%).

## Investment summary

Our Sector Perform rating is based on our view that while Tesla is a very innovative and disruptive company with strong growth ahead via disrupting large addressable markets, it is also a classic story stock that is difficult to value given that the investment decision is often qualitative rather than quantitative. Thus, near- to medium-term performance is likely to be determined by expectations and delivering on targets. While we are positive on the long-term opportunity, the stock appears to fairly balance medium-term assumptions with execution risk.

To that end, we believe that Tesla is essentially learning how to become a manufacturing company on the fly. While we don't have meaningful reason to doubt that Tesla can eventually achieve its targets, doing so in a timely manner without some growing pains could prove challenging. Failure to hit near-term objectives may not impact the long-term view but could hold back the stock or provide a more favorable risk/reward entry point.

**Key positives:** (1) Electric vehicles are LT share gainers with some inherent advantages vs. internal combustion engines and Tesla is at the forefront. (2) Early-stage investment opportunity for energy storage play. (3) Li-ion battery cost leader and costs to decline further with gigafactory. Vehicle demand and battery costs could enter virtuous cycle.

**This is balanced by several key concerns:** (1) Tesla's value is dependent on a long time horizon with limited visibility and a high margin for error. (2) Tesla has set ambitious production targets for the Model 3, that the company may struggle to achieve. (3) How quickly the energy storage market evolves remains unclear. (4) Tesla is likely to continue to invest and may not earn as much as it could.

**Potential catalysts:** (1) Delivery announcements; (2) product and feature introductions; (3) earnings and guidance; (4) solar tiles, Class 8 truck and other product announcements/progress; (5) reductions in battery cost; and (6) more/less favorable regulatory rulings.

**Risks to our thesis:** Potential risks are varied and include: (1) battery cost reduction targets prove to be widely different than expectations; (2) Tesla demand and/or deliveries vary from expectations; (3) timing of Model 3 is faster/slower than expected; (4) competition from other automakers, technology companies, and storage players; (5) global industry demand (particularly US, Europe, and China) proves to be more challenging; (6) key man risk; (7) Elon's plan to take Tesla private at $420/share falls through; and (8) positive/negative regulatory changes.

For the exclusive use of Erin Orozco (eorozco@compasslexecon.com) at Compass Lexecon LLC

TESLA_LITTLETON_00022487



**Positives and negatives from being private.** We mostly agree with Elon's sentiment that being public puts more focus on short term quarterly metrics and can distract from the long-term mission. He held up SpaceX, which does seem to operate more smoothly, as a prime example. However, being private could hamper raising new equity if ever needed. Now if we are correct in the above on outside funding, Elon may believe that gives him the cushion he needs to get him through Model 3 ramp and China Gigafactory build out as well as coming debt obligations. Should this deal occur, we believe that remaining in is a vote of confidence in Elon and represents an avenue for those that want to invest with Elon. However, liquidity is hampered (2 trading periods a year) and what type of disclosure would be provided is unclear. It also values Tesla at way short of the market capitalization levels laid out in Musk's long-term compensation plan and the trillion dollar value in 10-years he was quoted on. That being said, Musk did write that once Tesla enters slower, more predictable growth, it likely makes sense to return to the public markets.

For the exclusive use of Erin Orozco (eorozco@compasslexecon.com) at Compass Lexecon LLC

TESLA_LITTLETON_00022488

 **RBC Capital Markets**

Autos & Auto Parts
Tesla Inc.

## Valuation

Our $315 price target is based on our DCF out to 2028E when we have Tesla delivering ~1.7mm vehicles and generating a 9.7% total company EBIT margin. We also have non-automotive revenue growing to ~$11.9bn from ~$2bn in 2017. We use a 10x exit EBITDA multiple, and a 12% WACC. Our price target supports our Sector Perform rating.

## Risks to rating and price target

- Tesla has significant "key man" risk with CEO Elon Musk and CTO J.B. Straubel. A loss of either of these executives would be a negative for our price target and rating.
- Tesla is a growth company and quarterly results may be lumpy owing to timing of new vehicles/deliveries, and a variety of manufacturing issues, which could cause stock price volatility.
- Battery costs could decline at a faster/slower rate than we (and Tesla) expect.
- Adoption of electric vehicles could occur at a different pace than expected.
- The auto industry is highly regulated, with significant government oversight, and very competitive.
- Increased competition from both traditional OEMs and technology players.
- Regulatory risk.
- Supply chain disruptions.
- Tax and foreign currency risk.

## Company description

Tesla Motors, Inc. designs and manufactures luxury fully electric vehicles, advanced electric vehicle powertrain components, and stationary energy storage systems. The company's corporate headquarters are located in Palo Alto, CA, and the Tesla Factory is located in Fremont, CA.

For the exclusive use of Erin Orozco (eorozco@compasslexecon.com) at Compass Lexecon LLC

TESLA_LITTLETON_00022489



**RBC Capital Markets**

Autos & Auto Parts
Tesla Inc.

| Tesla, Inc. | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18E | 4Q18E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vehicle Deliveries** | | | | | | | | | | | | | | | | | | | |
| Model S | 13,450 | 12,026 | 14,050 | 15,305 | 11,745 | 10,930 | 14,000 | 14,000 | 12,500 | 12,500 | 12,500 | 12,500 | 31,655 | 50,366 | 50,973 | 54,831 | 50,675 | 50,000 | 50,000 |
| Model X | 11,601 | 10,000 | 11,865 | 13,120 | 10,070 | 11,389 | 14,000 | 14,000 | 12,500 | 12,500 | 12,500 | 12,500 | - | 214 | 25,312 | 46,586 | 49,459 | 50,000 | 50,000 |
| Model 3 | - | - | 223 | 1,542 | 8,182 | 18,449 | 57,650 | 60,000 | 75,000 | 80,000 | 90,000 | 95,000 | - | - | - | 1,765 | 144,281 | 340,000 | 500,000 |
| Total Vehicle Deliveries | 25,051 | 22,026 | 26,138 | 29,967 | 29,997 | 40,768 | 85,650 | 88,000 | 100,000 | 105,000 | 115,000 | 120,000 | 31,655 | 50,580 | 76,285 | 103,182 | 244,415 | 440,000 | 600,000 |
| *(Dollars in millions, except per share)* | | | | | | | | | | | | | | | | | | | |
| **Income Statement** | | | | | | | | | | | | | | | | | | | |
| Automotive Revenues | 2,289.6 | 2,286.6 | 2,362.9 | 2,702.2 | 2,735.3 | 3,357.7 | 6,001.5 | 6,138.8 | 6,532.8 | 6,564.9 | 6,802.0 | 6,759.1 | 3,007.0 | 3,741.0 | 6,350.8 | 9,641.3 | 18,233.3 | 26,658.9 | 32,771.9 |
| Energy generation and storage | 213.9 | 286.8 | 317.5 | 298.0 | 410.0 | 374.4 | 390.8 | 406.5 | 427.2 | 412.2 | 420.6 | 423.1 | | | 169.7 | 1,116.3 | 1,581.7 | 1,683.2 | 1,975.9 |
| Services and other | 192.7 | 216.2 | 304.3 | 288.0 | 263.4 | 270.1 | 395.6 | 360.0 | 329.3 | 337.7 | 494.5 | 450.0 | 191.3 | 305.1 | 575.5 | 1,001.2 | 1,289.1 | 1,611.4 | 1,933.7 |
| **Total Revenue** | **2,696.3** | **2,789.6** | **2,984.7** | **3,288.2** | **3,408.8** | **4,002.2** | **6,787.9** | **6,905.3** | **7,289.3** | **7,314.8** | **7,717.1** | **7,632.2** | **3,198.4** | **4,046.0** | **7,096.0** | **11,758.8** | **21,104.2** | **29,953.5** | **36,681.5** |
| Cost of Automotive revenues | 1,652.6 | 1,640.5 | 1,920.7 | 2,175.0 | 2,177.8 | 2,653.5 | 4,844.5 | 4,740.2 | 4,952.7 | 4,834.4 | 5,042.9 | 5,051.8 | 2,445.9 | 2,804.1 | 4,719.7 | 7,389.9 | 14,416.0 | 19,881.7 | 24,573.4 |
| Cost of energy generation and storage | 151.8 | 203.8 | 237.3 | 281.7 | 375.4 | 330.3 | 312.6 | 304.9 | 311.9 | 296.8 | 298.6 | 296.2 | | | 152.1 | 874.5 | 1,323.2 | 1,203.5 | 1,383.1 |
| Cost of services and other revenues | 213.9 | 271.2 | 367.4 | 376.6 | 381.0 | 386.4 | 494.5 | 396.0 | 345.7 | 347.8 | 489.5 | 423.0 | 170.9 | 299.2 | 520.9 | 1,229.0 | 1,657.9 | 1,606.1 | 1,779.0 |
| **Total Cost of Revenues** | **2,018.3** | **2,115.5** | **2,525.4** | **2,833.3** | **2,934.1** | **3,370.1** | **5,651.6** | **5,441.1** | **5,610.3** | **5,479.0** | **5,831.0** | **5,771.0** | **2,616.8** | **3,103.3** | **5,392.6** | **9,492.4** | **17,397.0** | **22,691.3** | **27,735.5** |
| Auto Gross Profit | 637.0 | 646.1 | 442.2 | 527.2 | 557.5 | 704.2 | 1,157.0 | 1,398.5 | 1,580.2 | 1,730.5 | 1,759.2 | 1,707.3 | 649.3 | 936.9 | 1,631.1 | 2,252.4 | 3,817.3 | 6,777.2 | 8,198.5 |
| Energy generation and storage Gross Profit | 62.2 | 83.0 | 80.2 | 16.3 | 34.7 | 44.1 | 78.2 | 101.6 | 115.3 | 115.4 | 122.0 | 126.9 | | | 2.6 | 241.7 | 258.6 | 479.7 | 592.8 |
| Services and other Gross Profit | (21.2) | (16.5) | (63.1) | (98.6) | (117.6) | (116.2) | (98.9) | (36.0) | (16.5) | (10.1) | 4.9 | 27.0 | 20.4 | 5.8 | 54.6 | (227.8) | (368.7) | 5.4 | 154.7 |
| **Total Gross Profit** | **678.0** | **674.1** | **459.3** | **455.0** | **474.6** | **632.1** | **1,136.3** | **1,464.2** | **1,679.1** | **1,835.8** | **1,886.1** | **1,861.2** | **669.7** | **942.7** | **1,688.4** | **2,266.3** | **3,707.2** | **7,262.2** | **8,946.0** |
| R&D | 272.8 | 312.0 | 280.6 | 295.1 | 306.0 | 295.1 | 295.1 | 295.1 | 583.1 | 585.2 | 617.4 | 610.6 | 402.1 | 628.6 | 679.8 | 1,160.5 | 1,191.2 | 2,396.3 | 3,301.3 |
| SG&A Expense | 559.0 | 487.0 | 601.6 | 623.7 | 624.0 | 761.1 | 657.7 | 723.5 | 686.4 | 837.2 | 723.5 | 723.5 | 527.2 | 832.8 | 1,267.2 | 2,271.2 | 2,700.5 | 2,970.5 | 3,178.4 |
| **Operating Income (EBIT)** | **(153.8)** | **(124.9)** | **(422.8)** | **(463.8)** | **(455.3)** | **(424.0)** | **183.6** | **511.4** | **409.6** | **413.4** | **545.3** | **527.2** | **(259.6)** | **(518.6)** | **(258.6)** | **(1,165.3)** | **(184.4)** | **1,895.4** | **2,466.2** |
| **EBITDA** | **222.8** | **264.3** | **(22.2)** | **5.8** | **(39.1)** | **61.2** | **733.6** | **1,111.4** | **1,059.6** | **1,113.4** | **1,295.3** | **1,327.2** | **(27.7)** | **(96.0)** | **688** | **470.7** | **1,867.1** | **4,795.4** | **5,946.2** |
| Interest Income | 3.1 | 4.8 | 5.5 | 6.3 | 5.2 | 5.1 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 1.1 | 1.5 | 8.5 | 19.7 | 15.3 | 10.0 | 10.0 |
| Interest Expense | 99.3 | 108.4 | 117.1 | 146.4 | 149.5 | 163.6 | 167.2 | 167.9 | 176.3 | 185.1 | 186.2 | 187.5 | 100.9 | 118.9 | 198.8 | 471.3 | 648.3 | 735.0 | 761.6 |
| Other income (expense), net | (6.5) | (41.2) | (6.2) | (13.7) | (37.7) | 50.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.8 | (41.7) | 22.6 | (67.6) | 13.2 | - | - |
| Pre-tax Income | (256.6) | (269.7) | (540.6) | (617.6) | (637.4) | (531.7) | 18.8 | 346.0 | 235.8 | 230.8 | 361.5 | 342.2 | (357.5) | (677.6) | (426.3) | (1,684.5) | (804.2) | 1,170.4 | 1,714.6 |
| Income Taxes | 25.3 | 15.6 | (0.3) | (9.1) | 5.6 | 15.7 | 2.8 | 34.6 | 35.4 | 34.6 | 54.2 | 49.6 | 9.4 | 13.0 | 26.7 | 31.5 | 56.7 | 173.8 | 349.8 |
| Tax rate | -10% | -6% | 0% | 1% | -1% | -3% | 15% | 10% | 15% | 15% | 15% | 15% | -3% | -2% | -1% | -2% | -7% | 15% | 20% |
| **Non-GAAP Net Income/(loss) (ex-stock comp)** | **(281.9)** | **(285.4)** | **(540.3)** | **(608.5)** | **(643.0)** | **(545.4)** | **16.0** | **311.4** | **200.4** | **196.2** | **307.3** | **292.6** | **(366.9)** | **(690.7)** | **(453.0)** | **(1,716.1)** | **(860.9)** | **996.6** | **1,364.8** |
| Net income loss attributable to non controlling interest | (66.9) | (65.0) | (51.8) | (95.5) | (75.1) | (25.2) | (25.2) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | | | | (279.2) | (175.4) | (200.0) | (200.0) |
| **Non-GAAP Net Income/(loss) attributable to common** | **(215.0)** | **(220.4)** | **(488.5)** | **(513.1)** | **(567.9)** | **(520.2)** | **41.2** | **361.4** | **250.4** | **246.2** | **357.3** | **342.6** | | | | **(1,436.9)** | **(685.5)** | **1,196.6** | **1,564.8** |
| Change in fair value of warrant liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Per Share Data** | | | | | | | | | | | | | | | | | | | |
| Basic Avg. Shares Out. | 162.1 | 165.2 | 167.3 | 168.3 | 169.1 | 170.0 | 170.8 | 171.7 | 172.6 | 173.4 | 174.3 | 175.2 | 124.6 | 128.2 | 144.2 | 165.7 | 170.4 | 173.9 | 174.7 |
| Diluted Avg. Shares Out. | 162.1 | 165.2 | 167.3 | 168.3 | 169.1 | 170.0 | 182.3 | 183.2 | 184.1 | 184.9 | 185.8 | 186.7 | 141.9 | 146.8 | 151.6 | 165.7 | 176.2 | 185.4 | 186.2 |
| Diluted GAAP EPS | | | | | | | | | | | | | ($4.20) | ($6.93) | ($4.42) | | | | |
| Diluted Non-GAAP EPS | ($1.33) | ($1.33) | ($2.92) | ($3.05) | ($3.36) | ($3.06) | $0.23 | $1.97 | $1.36 | $1.33 | $1.92 | $1.84 | ($2.94) | ($5.39) | ($3.14) | ($8.63) | ($4.22) | $6.45 | $8.40 |
| Dividends per share | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Year/Year % Change** | | | | | | | | | | | | | | | | | | | |
| Automotive Revenues | 123.1% | 93.5% | 10.0% | 35.5% | 19.5% | 46.8% | 154.0% | 127.2% | 138.8% | 95.5% | 13.3% | 10.1% | 50.5% | 24.4% | 69.8% | 51.9% | 89.1% | 46.2% | 22.9% |
| Energy generation and storage | | | | | 91.6% | 30.6% | 23.1% | 36.4% | 4.2% | 10.1% | 7.6% | 4.1% | | | | | 41.7% | 6.4% | 17.4% |
| Services and other Revenues | 5.6% | 156.7% | 103.2% | 81.0% | 36.7% | 25.0% | 30.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | | 59.4% | 88.7% | 74.0% | 28.8% | 25.0% | 20.0% |
| **Total Revenues** | **121.7%** | **119.0%** | **28.5%** | **43.9%** | **26.4%** | **43.5%** | **127.4%** | **110.0%** | **113.8%** | **82.8%** | **13.7%** | **10.5%** | **58.8%** | **26.5%** | **75.4%** | **65.7%** | **79.5%** | **41.9%** | **22.5%** |
| R&D | 91.0% | 97.3% | 61.2% | 44.2% | 12.1% | -5.4% | 5.2% | 0.0% | 90.6% | 98.3% | 109.2% | 106.9% | 104.6% | 56.3% | 8.1% | 70.7% | 2.6% | 101.2% | 37.8% |
| SG&A Expense | 103.6% | 65.7% | 102.9% | 55.0% | 11.6% | 56.3% | 9.3% | 5.5% | 10.0% | 10.0% | 10.0% | 10.0% | 113.9% | 58.0% | 52.2% | 79.2% | 18.9% | 10.0% | 7.0% |
| **Operating Expenses** | **99.3%** | **76.8%** | **87.5%** | **51.4%** | **11.8%** | **32.2%** | **8.0%** | **3.7%** | **36.5%** | **34.7%** | **40.7%** | **40.0%** | **109.8%** | **57.3%** | **33.2%** | **76.3%** | **13.4%** | **37.9%** | **20.7%** |
| Operating Income (EBIT) | -58.5% | 28.5% | -339.8% | -184.2% | -196.0% | -239.6% | 143.4% | 210.3% | 189.9% | 197.5% | 197.0% | 3.1% | -358.9% | -99.8% | 50.1% | -350.6% | 84.2% | 1127.9% | 30.1% |
| Pre-tax Income | -101.6% | -19.3% | -547.9% | -219.0% | -148.4% | -97.1% | 103.5% | 156.0% | 137.0% | 143.4% | 1818.2% | -1.1% | -435.7% | -89.5% | 37.1% | -295.1% | 52.3% | 245.5% | 46.5% |
| Net Income | -115.0% | -24.2% | -579.9% | -197.3% | -128.1% | -91.1% | 103.0% | 151.2% | 131.2% | 136.0% | 1818.2% | -6.0% | -453.1% | -88.2% | 34.4% | -278.9% | 49.8% | 215.8% | 37.0% |
| Diluted Avg. Shares Out. | 11.6% | 10.7% | 6.6% | 8.6% | 4.3% | 2.9% | 9.0% | 8.8% | 8.8% | 8.8% | 1.9% | 1.9% | 7.1% | 3.5% | 3.3% | 9.3% | 6.3% | 5.2% | 0.5% |
| **Diluted Non-GAAP EPS** | **-34.2%** | **18.3%** | **-507.0%** | **-343.6%** | **-153.2%** | **-129.4%** | **107.7%** | **164.7%** | **140.5%** | **143.5%** | **751.4%** | **-7.0%** | **-520.5%** | **-83.3%** | **41.7%** | **-174.6%** | **51.1%** | **252.9%** | **30.3%** |
| **Expense Analysis** | | | | | | | | | | | | | | | | | | | |
| Auto Cost of Goods Sold | 72.2% | 71.7% | 81.3% | 80.5% | 79.6% | 79.0% | 80.7% | 77.2% | 75.8% | 73.6% | 74.1% | 74.7% | 81.3% | 75.0% | 74.3% | 76.6% | 79.1% | 74.6% | 75.0% |
| Energy and Storage Cost of Goods Sold | 70.9% | 71.1% | 74.7% | 94.5% | 91.5% | 88.2% | 80.0% | 75.0% | 73.0% | 72.0% | 71.0% | 70.0% | | | 89.6% | 78.3% | 83.7% | 71.5% | 70.0% |
| Total Cost of Goods Sold | 74.9% | 75.8% | 84.6% | 86.2% | 86.1% | 84.2% | 83.3% | 78.8% | 77.0% | 74.9% | 75.6% | 75.6% | 81.8% | 76.7% | 76.0% | 80.7% | 82.4% | 75.8% | 75.6% |
| R&D | 10.1% | 11.2% | 9.4% | 9.0% | 9.0% | 7.4% | 4.3% | 4.3% | 8.0% | 8.0% | 8.0% | 8.0% | 12.6% | 15.5% | 9.6% | 9.9% | 5.6% | 8.0% | 9.0% |
| SG&A Expense | 20.7% | 17.5% | 20.2% | 19.0% | 18.3% | 19.0% | 9.7% | 9.5% | 9.4% | 11.4% | 9.4% | 9.5% | 16.5% | 20.6% | 17.9% | 19.3% | 12.8% | 9.9% | 8.7% |
| **Margin Analysis** | | | | | | | | | | | | | | | | | | | |
| Automotive Gross Margin (non-GAAP) | 27.8% | 28.3% | 18.7% | 19.5% | 20.4% | 21.0% | 19.3% | 22.8% | 24.2% | 26.4% | 25.9% | 25.3% | 18.7% | 25.0% | 25.7% | 23.4% | 20.9% | 25.4% | 25.0% |
| Auto Gross Margin ex-ZEV Credits | 27.8% | 25.0% | 18.7% | 13.8% | 18.9% | 19.7% | 19.3% | 22.8% | 24.2% | 26.4% | 25.9% | 25.3% | 17.4% | 22.7% | 23.1% | 21.1% | 20.5% | 25.4% | 25.0% |
| Energy generation and storage Gross Margin | 29.1% | 28.9% | 25.3% | 5.5% | 8.5% | 11.8% | 20.0% | 25.0% | 27.0% | 28.0% | 29.0% | 30.0% | | | 1.6% | 21.7% | 16.3% | 28.5% | 30.0% |
| Services and other Gross Margin | (11.0%) | (25.4%) | (20.7%) | (30.7%) | (44.6%) | (43.0%) | (25.0%) | (10.0%) | (5.0%) | (3.0%) | 1.0% | 6.0% | 10.7% | 1.9% | 9.5% | (22.8%) | (28.6%) | 0.3% | 8.0% |
| **Total Gross Margin** | **25.1%** | **24.2%** | **15.4%** | **13.8%** | **13.9%** | **15.8%** | **16.7%** | **21.2%** | **23.0%** | **25.1%** | **24.4%** | **24.4%** | **20.9%** | **23.3%** | **23.8%** | **19.3%** | **17.6%** | **24.2%** | **24.4%** |
| EBIT Margin | (5.7%) | (4.5%) | (14.2%) | (14.1%) | (13.4%) | (10.6%) | 2.7% | 7.4% | 5.6% | 5.7% | 7.1% | 6.9% | (8.1%) | (12.8%) | (3.6%) | (9.9%) | (0.9%) | 6.3% | 6.7% |
| EBITDA Margin | 8.3% | 9.5% | (0.7%) | 0.2% | (1.1%) | 1.5% | 10.8% | 16.1% | 14.5% | 15.2% | 16.8% | 17.4% | (0.9%) | (2.4%) | 9.7% | 4.0% | 8.8% | 16.0% | 16.2% |
| Pre-tax Margin | (9.5%) | (9.7%) | (18.1%) | (18.8%) | (18.7%) | (13.3%) | 0.3% | 5.0% | 3.2% | 3.2% | 4.7% | 4.5% | (11.2%) | (16.7%) | (6.0%) | (14.3%) | (3.8%) | 3.9% | 4.7% |

Source: Company reports and RBC Capital Markets estimates

August 7, 2018    Joseph Spak, CFA (212) 428-2364; joseph.spak@rbccm.com    5

For the exclusive use of Erin Orozco (eorozco@compasslexecon.com) at Compass Lexecon LLC

TESLA_LITTLETON_00022490



**RBC Capital Markets**

Autos & Auto Parts<br/>Tesla Inc.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for Tesla Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from Tesla Inc. in the past 12 months.

RBC Capital Markets, LLC makes a market in the securities of Tesla Inc..

RBC Capital Markets has provided Tesla Inc. with investment banking services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**
**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.
**Outperform (O):** Expected to materially outperform sector average over 12 months.
**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.
**Underperform (U):** Returns expected to be materially below sector average over 12 months.
**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.
**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.
**Risk Rating**
The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick/Outperform, Sector Perform, and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 854 | 53.61 | 262 | 30.68 |
| HOLD [Sector Perform] | 665 | 41.75 | 142 | 21.35 |
| SELL [Underperform] | 74 | 4.65 | 6 | 8.11 |

*Distribution of ratings — RBC Capital Markets, Equity Research — As of 30-Jun-2018*

For the exclusive use of Erin Orozco (eorozco@compasslexecon.com) at Compass Lexecon LLC

TESLA_LITTLETON_00022491



References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12), and former lists called the Guided Portfolio: Large Cap (RL 7), the Guided Portfolio: Midcap 111 (RL 9), and the Guided Portfolio: Global Equity (U.S.) (RL 11). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Tesla Inc.**

**Valuation**

Our $315 price target is based on our DCF out to 2028E when we have Tesla delivering ~1.7mm vehicles and generating a 9.7% total company EBIT margin. We also have non-automotive revenue growing to ~$11.9bn from ~$2bn in 2017. We use a 10x exit EBITDA multiple, and a 12% WACC. Our price target supports our Sector Perform rating.

**Risks to rating and price target**

- Tesla has significant "key man" risk with CEO Elon Musk and CTO J.B. Straubel. A loss of either of these executives would be a negative for our price target and rating.
- Tesla is a growth company and quarterly results may be lumpy owing to timing of new vehicles/deliveries, and a variety of manufacturing issues, which could cause stock price volatility.
- Battery costs could decline at a faster/slower rate than we (and Tesla) expect.
- Adoption of electric vehicles could occur at a different pace than expected.
- The auto industry is highly regulated, with significant government oversight, and very competitive.
- Increased competition from both traditional OEMs and technology players.
- Regulatory risk.
- Supply chain disruptions.

August 7, 2018    Joseph Spak, CFA (212) 428-2364; joseph.spak@rbccm.com    7

For the exclusive use of Erin Orozco (eorozco@compasslexecon.com) at Compass Lexecon LLC

TESLA_LITTLETON_00022492

 **RBC Capital Markets**  Autos & Auto Parts
Tesla Inc.

- Tax and foreign currency risk.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer
---
RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this

August 7, 2018          Joseph Spak, CFA (212) 428-2364; joseph.spak@rbccm.com    8

For the exclusive use of Erin Orozco (eorozco@compasslexecon.com) at Compass Lexecon LLC

TESLA_LITTLETON_00022493



**RBC Capital Markets**

Autos & Auto Parts
Tesla Inc.

report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.
**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.
**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.
**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).
**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.
**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ('SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)
**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity granted offshore bank licence by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.
**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2018 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2018 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2018
Copyright © Royal Bank of Canada 2018
All rights reserved

August 7, 2018

Joseph Spak, CFA (212) 428-2364; joseph.spak@rbccm.com    9

For the exclusive use of Erin Orozco (eorozco@compasslexecon.com) at Compass Lexecon LLC

TESLA_LITTLETON_00022494