**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel : (415) 373-1671
Email: aapton@zlk.com
         amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF<br>MICHAEL L. HARTZMARK, PH.D.** |

I, Michael L. Hartzmark, Ph.D., declare as follows:

1. I am the President of Hartzmark Economics Litigation Practice, LLC, a firm that specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including securities class actions.

2. I have submitted two expert reports in this matter: Expert Report of Michael L. Hartzmark, Ph.D. dated September 22, 2020; and Expert Damages Report of Michael L. Hartzmark, Ph.D. dated November 10, 2021. I was also deposed regarding the Expert Report of Michael L. Hartzmark, Ph.D. dated September 22, 2020 on November 19, 2020.

3. A true and correct copy of the Expert Damages Report of Michael L. Hartzmark, Ph.D. dated November 10, 2021, is attached hereto as Exhibit X.

4. If called as a witness, I could and would testify competently as to the opinions set forth in my reports.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on
2  February 11, 2022.

_____
Michael L. Hartzmark, Ph.D.