WARREN METLITZKY (CA Bar No. 220758)
**CONRAD | METLITZKY | KANE LLP**
wmetlitzky@conmetkane.com
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 343-7100

JULIE M. RIEWE (CA Bar No. 207520)
**DEBEVOISE & PLIMPTON LLP**
jriewe@debevoise.com
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 383-8070

ELLIOT GREENFIELD (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
egreenfield@debevoise.com
919 Third Avenue
New York, NY 10022
(212) 909-6772

Attorneys for Silver Lake
Technology Management, L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC-KAW <br><br> **SILVER LAKE'S RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
|---|---|

Silver Lake Technology Management, L.L.C. ("Silver Lake") submits this response to Plaintiff's Administrative Motion to File Under Seal. (Dkt. No. 369.) In connection with his reply brief, Plaintiff filed Exhibit 194 under seal. (*See* Dkt. No. 369-5.) That same exhibit was filed under seal in connection with Plaintiff's opening brief. (*See* Dkt. No. 351-35.) The names of the investors listed in final bullet in Exhibit 194 should remain under seal for the same reasons explained in Silver Lake's initial response: the identified investors expect and contractually require that their identities remain confidential and Silver Lake has a compelling business justification for keeping the identity of its investors confidential, including with respect to market dynamics with other investment firms which, like Silver Lake, may be soliciting investments from many of the same investors. (*See* Dkt. No. 362.)

DATED: February 22, 2022                    Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

*/s/ Warren Metlitzky*
Warren Metlitzky