QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*appearing pro hac vice*)
   alexspiro@quinnemanuel.com
   Kyle Batter (Bar No. 301803)
   kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

   Michael T. Lifrak (Bar No. 210846)
   michaellifrak@quinnemanuel.com
   Jeanine Zalduendo (Bar No. 243374)
   jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk,*
*Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
*Antonio J. Gracias, James Murdoch, Kimbal Musk,*
*and Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**JOINT STATUS REPORT** |

Consistent with the Court's Order (ECF No. 348), the parties respectfully submit this Joint Status Report in advance of the March 8, 2022 Status Conference before the Court. The parties are in the process of completing expert depositions and anticipate finishing such depositions in March. The parties are also in the process of conducting meet-and-confer conferences in accordance with Magistrate Judge Westmore's practice rules concerning (1) challenges to Defendants' confidentiality designations under the Stipulated Protective Order (ECF No. 255), (2) disputes over whether Defendants properly asserted privilege when withholding certain categories of documents from production in the course of discovery, and (3) disputes over alleged deficiencies in Plaintiff's interrogatory responses.

The parties are meanwhile preparing to appear before the Court on March 10 for the hearing on Plaintiff's motion for partial summary judgment, which we understand will be conducted remotely via Zoom.

Finally, the parties are in the process of preparing the pretrial disclosures due in April, including motions in limine, a jury statement and instructions, voir dire questions, exhibits, verdict form, etc., and are prepared to begin trial on May 31, 2022.

Respectfully submitted,

DATED:  March 1, 2022          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                               By: */s/ Alex Spiro*
                                   Alex Spiro *(appearing pro hac vice)*
                                   *Attorneys for Tesla, Inc., Elon Musk, Brad W. Buss,*
                                   *Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias,*
                                   *James Murdoch, Kimbal Musk, and Linda Johnson Rice*

DATED:  March 1, 2022          LEVI & KORSINSKY, LLP

                               By: */s/ Nicholas I. Porritt*
                                   Nicholas I. Porritt *(appearing pro hac vice)*
                                   *Attorneys for Lead Plaintiff Glen Littleton and Lead*
                                   *Counsel for the Class*

**ATTESTATION**

I, Kyle K. Batter, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(h)(3), I hereby attest that Alex Spiro and Nicholas Porritt have concurred in the filing of the above document.

*/s/ Kyle K. Batter*
Kyle K. Batter
