| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 07/2021) | **TRANSCRIPT ORDER** **Please use one form per court reporter.** *CJA counsel please use Form CJA24* *Please read instructions on next page.* | COURT USE ONLY **DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER | 2a. CONTACT PHONE NUMBER | 3. CONTACT EMAIL ADDRESS |
|---|---|---|
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | 5. CASE NAME | 6. CASE NUMBER |
|---|---|---|

| 7. COURT REPORTER NAME (or enter "RECORDED" and start/stop times) | 8. THIS TRANSCRIPT ORDER IS FOR: |
|---|---|

8. THIS TRANSCRIPT ORDER IS FOR:

☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)

☐ NON-APPEAL ☐ CIVIL CJA: <u>Do not use this form; use Form CJA24.</u>

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. | HEARING(S) (OR PORTIONS OF HEARINGS) | b. | SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*) | c. | DELIVERY TYPE (Choose one per line) |
|---|---|---|---|---|---|

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE**

**12. DATE**