LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
(appearance *pro hac vice*)
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
ckeller@labaton.com

*Attorneys for Plaintiff Andrew E. Left*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | )  No. 3:18-cv-04865-EMC |
| | ) |
| | )  **NOTICE OF CHANGE IN COUNSEL** |
| | ) |
| | ) |

1    **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

2         **PLEASE TAKE NOTICE THAT** pursuant to Local Civil Rule 5-1(c)(2)(C), counsel

3    for Plaintiff Andrew E. Left respectfully requests that attorney Michael P. Canty be withdrawn as

4    counsel in the above-captioned matter.

5         Attorney Christopher J. Keller of Labaton Sucharow LLP, who has been admitted to

6    appear in this action *pro hac vice*, will continue to represent Plaintiff Andrew E. Left in the

7    above-captioned matter.

8
     DATED:  March 18, 2022                    Respectfully submitted,
9
                                               LABATON SUCHAROW LLP
10
                                               */s/ Christopher J. Keller*
11                                             Christopher J. Keller*
                                               140 Broadway
12                                             New York, NY  10005
                                               Telephone:  212/907-0700
13                                             212/818-0477 (fax)

14
                                               *Attorneys for Plaintiff Andrew E. Left*
15
                                               * = appearance pro hac vice
16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE IN COUNSEL                                                          1
Case No. 3:18-cv-04865-EMC

## **CERTIFICATE OF SERVICE**

I, Christopher J. Keller, hereby certify that on March 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send electronic notices of same to all counsel of record.

/s/ Christopher J. Keller
Christopher J. Keller (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
ckeller@labaton.com