# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 10, 2022     **Time:** 31 minutes     **Judge:** EDWARD M. CHEN

**Case No.:** 18-cv-04865-EMC     **Case Name:** In re Tesla Inc. Securities Litigation

**Attorneys for Plaintiff:** Nicholas Porritt, Adam Apton and Adam McCall
**Attorneys for Defendant:** Alex Spiro, Kyle Batter and Michael Lifrak

**Deputy Clerk:** Vicky Ayala     **Zoom Webinar Time:** 2:00-2:31

## PROCEEDINGS

Motion for Partial Summary Judgment - held

## SUMMARY

Parties stated appearances.

Matter taken under submission.