COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:  +1 650 843 5000
Facsimile:  +1 650 849 7400

Attorneys for Defendants
TESLA, INC., ELON MUSK, BRAD W. BUSS,
ROBYN DENHOLM, IRA EHRENPREIS,
ANTONIO J. GRACIAS, JAMES MURDOCH,
KIMBAL MUSK, and LINDA JOHNSON RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DEFENDANT TESLA, INC.'S OBJECTIONS AND RESPONSES TO LEAD PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
|---|---|

1  will endeavor to conduct a reasonable and proportional search for and produce relevant, responsive,
2  non-privileged documents, if any exist, within a reasonable time following such agreement.

3  **II.     SPECIFIC OBJECTIONS AND RESPONSES.**

4  Tesla submits the following Specific Objections and Responses to the Requests. The
5  presence or absence of a Specific Objection to a Request is not an admission that documents
6  responsive to that Request exist. Tesla incorporates its General Objections into each Response
7  below.

8  **DEMAND FOR PRODUCTION NO. 1:**

9  All documents and communications during the Relevant Period relating to a potential
10 transaction where Tesla would become a privately owned company including, but not limited to,
11 the potential transaction referred to by Musk in his tweet dated August 7, 2018 as alleged in
12 paragraph 74 of the Complaint, including but not limited to any internal or public reports,
13 descriptions, summaries, analyses, studies, plans, proposals, offers, discussions or comments on
14 actual, proposed, or contemplated going-private transactions.

15 **RESPONSE TO DEMAND FOR PRODUCTION NO. 1:**

16 Tesla objects to the Request to the extent that it is overly broad, unduly burdensome, seeks
17 irrelevant documents, and seeks documents that are not proportional to the needs of the case. Tesla
18 further objects to the Request to the extent that it seeks documents or information protected by the
19 attorney-client privilege, work-product doctrine, the common interest privilege, or any other
20 applicable privilege, protection, or immunity. Tesla further objects to the Request to the extent that
21 it seeks documents outside Tesla's possession, custody, or control. Tesla further objects to the
22 Request to the extent that such documents or information are public and therefore equally available
23 to Plaintiff, or that such documents or information are duplicative or cumulative of documents or
24 information that have already been produced to Plaintiff by other sources.

25 Tesla will produce materials that it produced to the SEC in connection with the SEC's
26 investigation concerning Musk's August 7, 2018 tweet regarding a potential going-private
27 transaction for Tesla. To the extent that Plaintiff, after reviewing the production, believes that
28 further production is warranted, Tesla's counsel is available to meet and confer at a mutually

COOLEY LLP
ATTORNEYS AT LAW

11.

DEFENDANT TESLA INC.'S OBJECTIONS AND
RESPONSES TO LEAD PLAINTIFF'S 1ST RFP
3:18-CV-04865-EMC

agreeable time.

**DEMAND FOR PRODUCTION NO. 2:**

All documents and communications during the Relevant Period relating to any actual, proposed, or contemplated investment which would result in a potential investor owning, directly or indirectly, 4% or more of Tesla's total equity or total debt.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 2:**

Tesla objects to the Request to the extent that it is overly broad, unduly burdensome, seeks irrelevant documents, and seeks documents that are not proportional to the needs of the case. Tesla further objects to the Request as being without any reasonable topical scope. Tesla further objects to the Request to the extent that it seeks documents or information protected by the attorney-client privilege, work-product doctrine, the common interest privilege, or any other applicable privilege, protection, or immunity. Tesla further objects to the Request to the extent that it seeks documents or information protected by Tesla's, another defendant's, or a third party's privacy rights. Tesla further objects to the Request to the extent that it seeks documents outside Tesla's possession, custody, or control. Tesla further objects to the Request to the extent that such documents or information are public and therefore equally available to Plaintiff, or that such documents or information are duplicative or cumulative of documents or information that have already been produced to Plaintiff by other sources. Tesla further objects to the Request to the extent that it seeks documents or information that are duplicative or cumulative of documents or information sought by other Requests, including Request No. 6.

Tesla will produce materials that it produced to the SEC in connection with the SEC's investigation concerning Musk's August 7, 2018 tweet regarding a potential going-private transaction for Tesla. To the extent that Plaintiff, after reviewing the production, believes that further production is warranted, Tesla's counsel is available to meet and confer at a mutually agreeable time.

**DEMAND FOR PRODUCTION NO. 3:**

Without regard to the Relevant Time Period, all documents and communications relating to Musk's departure, resignation, or removal as the Chairman of the Board as alleged in the Complaint

COOLEY LLP
ATTORNEYS AT LAW

12.

DEFENDANT TESLA INC.'S OBJECTIONS AND
RESPONSES TO LEAD PLAINTIFF'S 1ST RFP
3:18-CV-04865-EMC

sources.

Tesla will produce materials that it produced to the SEC in connection with the SEC's investigation concerning Musk's August 7, 2018 tweet regarding a potential going-private transaction for Tesla. To the extent that Plaintiff, after reviewing the production, believes that further production is warranted, Tesla's counsel is available to meet and confer at a mutually agreeable time.

**DEMAND FOR PRODUCTION NO. 23:**

All documents and communications during the Relevant Time Period between Tesla, including anyone acting on its behalf, and the NASDAQ exchange Concerning Tesla.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 23:**

Tesla objects to the Request to the extent that it is overly broad, unduly burdensome, seeks irrelevant documents, and seeks documents that are not proportional to the needs of the case. Tesla further objects to the Request as being without any reasonable topical scope. Tesla further objects to the Request to the extent that it seeks documents outside Tesla's possession, custody, or control. Tesla further objects to the Request to the extent that such documents or information are public and therefore equally available to Plaintiff, or that such documents or information are duplicative or cumulative of documents or information that have already been produced to Plaintiff by other sources.

Tesla will produce materials that it produced to the SEC in connection with the SEC's investigation concerning Musk's August 7, 2018 tweet regarding a potential going-private transaction for Tesla. To the extent that Plaintiff, after reviewing the production, believes that further production is warranted, Tesla's counsel is available to meet and confer at a mutually agreeable time.

**DEMAND FOR PRODUCTION NO. 24:**

All documents and communications from the period from June 29, 2010 to December 31, 2018 Concerning the reaction of Tesla's share price in response to public statements made by Musk about Tesla.

COOLEY LLP
ATTORNEYS AT LAW

28.

DEFENDANT TESLA INC.'S OBJECTIONS AND
RESPONSES TO LEAD PLAINTIFF'S 1ST RFP
3:18-CV-04865-EMC

**RESPONSE TO DEMAND FOR PRODUCTION NO. 24:**

Tesla objects to the Request to the extent that it is overly broad, unduly burdensome, seeks irrelevant documents, and seeks documents that are not proportional to the needs of the case. Tesla further objects to the Request as being without any reasonable time limitation or topical scope. Tesla further objects to the Request as a premature demand for expert discovery and inconsistent with the Applicable Rules. Tesla further objects that the phrase "reaction of Tesla's share price in response to public statements made by Musk" is vague and ambiguous. Tesla further objects to the Request to the extent that it seeks documents or information protected by the attorney-client privilege, work-product doctrine, the common interest privilege, or any other applicable privilege, protection, or immunity. Tesla further objects to the Request to the extent that it seeks documents outside Tesla's possession, custody, or control. Tesla further objects to the Request to the extent that such documents or information are public and therefore equally available to Plaintiff, or that such documents or information are duplicative or cumulative of documents or information that have already been produced to Plaintiff by other sources.

Tesla will produce materials that it produced to the SEC in connection with the SEC's investigation concerning Musk's August 7, 2018 tweet regarding a potential going-private transaction for Tesla. To the extent that Plaintiff, after reviewing the production, believes that further production is warranted, Tesla's counsel is available to meet and confer at a mutually agreeable time.

**DEMAND FOR PRODUCTION NO. 25:**

All documents and communications during the Relevant Time Period relating to purchases and/or sales of Tesla securities by Tesla employees, directors, or officers and/or their immediate family members and entities in which they have a controlling interest.

**RESPONSE TO DEMAND FOR PRODUCTION NO. 25:**

Tesla objects to the Request to the extent that it is overly broad, unduly burdensome, seeks irrelevant documents, and seeks documents that are not proportional to the needs of the case. Tesla further objects to the Request to the extent that it seeks documents or information protected by the attorney-client privilege, work-product doctrine, the common interest privilege, or any other

COOLEY LLP
ATTORNEYS AT LAW

29.

DEFENDANT TESLA INC.'S OBJECTIONS AND
RESPONSES TO LEAD PLAINTIFF'S 1ST RFP
3:18-CV-04865-EMC

1    Tesla's counsel is available to meet and confer at a mutually agreeable time to discuss the
2    documents Plaintiff seeks with this Request.

3    **DEMAND FOR PRODUCTION NO. 32:**

4    All documents and communications during the Relevant Time Period relating to any loan
5    or investment collateralized by Tesla securities.

6    **RESPONSE TO DEMAND FOR PRODUCTION NO. 32:**

7    Tesla objects to the Request to the extent that it is overly broad, unduly burdensome, seeks
8    irrelevant documents, and seeks documents that are not proportional to the needs of the case. Tesla
9    further objects to the Request as being without any reasonable topical scope. Tesla further objects
10   that the phrase "any loan or investment" is vague and ambiguous. Tesla further objects to the
11   Request to the extent that it seeks documents or information protected by the attorney-client
12   privilege, work-product doctrine, the common interest privilege, or any other applicable privilege,
13   protection, or immunity. Tesla further objects to the Request to the extent that it seeks documents
14   outside Tesla's possession, custody, or control. Tesla further objects to the Request to the extent
15   that such documents or information are public and therefore equally available to Plaintiff, or that
16   such documents or information are duplicative or cumulative of documents or information that have
17   already been produced to Plaintiff by other sources.

Dated: August 24, 2020                           COOLEY LLP

                                                 */s/ Patrick E. Gibbs*
                                                 Patrick E. Gibbs

                                                 Attorneys for Defendants Tesla, Inc., Elon Musk,
                                                 Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
                                                 Antonio J. Gracias, James Murdoch, Kimbal
                                                 Musk, and Linda Johnson Rice

COOLEY LLP
ATTORNEYS AT LAW

33.

DEFENDANT TESLA INC.'S OBJECTIONS AND
RESPONSES TO LEAD PLAINTIFF'S 1ST RFP
3:18-CV-04865-EMC