QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (*appearing pro hac vice*)
  alexspiro@quinnemanuel.com
  Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

  Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
  Jeanine Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk,
Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
Antonio J. Gracias, James Murdoch, Kimbal Musk,
And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION PURSUANT TO LOCAL RULE 7-3(d) FOR PERMISSION TO SUPPLEMENT THE RECORD ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
|---|---|

This matter comes before the Court on Defendants' Motion Pursuant to Local Rule 7-3(d) For Permission to Supplement the Record on Plaintiff's Motion for Partial Summary Judgment ("Motion").

The Court has considered the Motion and supporting materials, and hereby grants Defendants permission to supplement the record on Plaintiff's motion for partial summary judgment (ECF No.

1  352) with sworn testimony by Plaintiff Glen Littleton, which was given during his deposition on

2  March 31, 2022 and attached as Exhibit A to the Declaration of Kyle Batter dated April 1, 2022.

3

4  DATED: _____            _____
5                                                               Hon. Edward M. Chen
                                                                 United States District Judge
6