1  **LEVI & KORSINSKY, LLP**
2  Adam M. Apton (SBN 316506)
   Adam C. McCall (SBN 302130)
3  75 Broadway, Suite 202
   San Francisco, CA 94111
4  Tel.: (415) 373-1671
   Email: aapton@zlk.com
5         amccall@zlk.com

6  *Attorneys for Plaintiff and Counsel for the Class*

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 | IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |
   |---|---|
14 | | **STIPULATION AND [PROPOSED] ORDER REGARDING THE SUBMISSION OF THE PARTIES' JOINT PRETRIAL CONFERENCE STATEMENT AND PRETRIAL MATERIALS** |

18       Pursuant to Civil Local Rule 6-2, Lead Plaintiff Glen Littleton ("Lead Plaintiff") and
19 Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J.
20 Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants")
21 (collectively, Lead Plaintiff and Defendants are referred to as the "Parties"), by and through their
22 undersigned counsel of record, submit the following stipulation and proposed order:

23       WHEREAS, on May 31, 2020, the Court entered a Case Management and Pretrial Order
24 for Jury Trial ("Pretrial Order") setting the litigation deadlines for this case (Dkt. No. 261);

25       WHEREAS, the Pretrial Order set April 12, 2022 (21 days prior to the final pretrial
26 conference) as the deadline to file a joint pretrial conference statement and pretrial materials. Dkt.
27 No. 261);

28

WHEREAS, Plaintiff moved for partial summary judgment on January 11, 2022 (Dkt. No. 352);

WHEREAS, the Court issued a Sealed Order on April 1, 2022 (Dkt. 387), which the parties did not receive until April 10, 2022 at 6:43 p.m. (the "Sealed Order");

WHEREAS, the Parties have been working cooperatively on the joint pretrial conference statement and pretrial materials;

WHEREAS, due to the Sealed Order, the Parties need additional time to revise the joint pretrial conference statement and pretrial materials to reflect the Court's Sealed Order and its effect on trial;

WHEREAS, the Parties jointly propose to postpone the deadline to file the joint pretrial conference statement and pretrial materials until April 25, 2022;

WHEREAS, the Sealed Order also addressed Defendants' motions to seal confidential information filed in conjunction with the pleadings on the motion for partial summary judgment (*see, e.g.,* Dkt Nos. 361, 364, 367, 374), ordering the Parties to meet and confer thereon within two weeks from the date of the Sealed Order;

WHEREAS, because the Parties did not receive the Sealed Order until April 10, 2022, the Parties will calculate the two week period to meet and confer starting from the date the Sealed Order was served.

NOW, THEREFORE, the Parties hereby jointly request that the Court enter an order establishing the following deadlines in this case, or alternatively to schedule a hearing in order to discuss the submission of joint pretrial conference statement and pretrial materials:

| EVENT | CURRENT SCHEDULE | PROPOSED MODIFIED SCHEDULE |
|---|---|---|
| Joint pretrial conference statement, and pretrial materials | April 12, 2022 (21 days prior to the pretrial conference) | April 25, 2022[1] |
| Final Pretrial Conference | May 3, 2022 | May 3, 2022 |
| Trial[2] | May 31, 2022 | May 31, 2022 |

---

[1] Defendants will also file any additional papers regarding its request to seal confidential information on or before this date.

[2] Defendants reserve the right to seek certification of the Sealed Order (Dkt. 387), or to otherwise seek alteration of the trial date.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 12, 2022 | LEVI & KORSINSKY, LLP |
| 3 | | |
| 4 | | By: */s/ Adam M. Apton* |
| | | Adam M. Apton |
| 5 | | *Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class* |
| 6 | | |
| 7 | DATED: April 12, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 8 | | By: */s/ Alex Spiro* |
| 9 | | Alex Spiro *(appearing pro hac vice)* |
| | | *Attorneys for Tesla, Inc., Elon Musk, Brad W. Buss,* |
| 10 | | *Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias,* |
| | | *James Murdoch, Kimbal Musk, And Linda Johnson Rice* |

**IT IS SO ORDERED.**

Dated: _____

                                                  HON. EDWARD M. CHEN
                                                  United States District Judge

**ATTESTATION**

I, Adam M. Apton, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(h)(3), I hereby attest that the above named attorneys of record have concurred in the filing of the above document.

                                                  */s/ Adam M. Apton*
                                                  Adam M. Apton