**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
           amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC <br><br> **DECLARATION OF ADAM C. MCCALL IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
|---|---|

I, Adam C. McCall, declare as follows:

1. I am an associate at Levi & Korsinsky, LLP, attorneys for Plaintiff Glenn Littleton in the above-captioned action. I make this declaration in support of Plaintiff's Motion for a Temporary Restraining Order against Defendant Elon R. Musk ("Musk"). I am admitted to practice before this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On April 15, 2022, Defendants were provided notice of Plaintiff's motion via email. A copy of Plaintiff's motion was attached to the email.

3. Attached hereto as Exhibit A is a true and accurate copy of the complaint filed by the United States Securities and Exchange Commission against Elon Musk in *SEC v. Musk*, No. 1:18-cv-08865-AJN (S.D.N.Y.) on September 27, 2018, ECF No. 1.

4. Attached hereto as Exhibit B is a true and accurate copy of the Consent of Defendant Elon Musk signed by Elon Musk on September 28, 2018, and filed in *SEC v. Musk*, No. 1:18-cv-08865-AJN (S.D.N.Y.) on September 29, 2018, ECF No. 6-1.

5. Attached hereto as Exhibit C is a true and accurate copy of an excerpt of Musk's oral and videotaped deposition held on November 5, 2021.

6. Attached hereto as Exhibit D is a true and accurate copy of Musk's declaration signed March 7, 2022 filed in support of his Motion to Quash and Terminate Consent Decree in *SEC v. Musk*, No. 1:18-cv-08865-AJN (S.D.N.Y.), ECF No. 72.

7. Attached hereto as Exhibit E is a true and accurate copy of an excerpted transcript of Musk's interview with Chris Anderson on April 14, 2022. The transcript was prepared by Alexandria Brobst on April 15, 2022. Ms. Brobst's certification of the accuracy of the transcript is attached to the end of the transcript. The interview can be watched in full at the following link: https://www.youtube.com/watch?v=cdZZpaB2kDM (last accessed Apr. 15, 2022).

8. Attached hereto as Exhibit F is a true and accurate copy of a letter from Alex Spiro to Judge Nathan filed in *SEC v. Musk*, No. 1:18-cv-08865-AJN (S.D.N.Y.) on February 17, 2022, ECF No. 61.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of April 2022.

*/s/ Adam C. McCall*
Adam C. McCall