EXHIBIT "C"

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4  IN RE TESLA, INC. SECURITIES) Case No.
    LITIGATION                  ) 3:18-cv-04865-EMC
 5                              )
                                )
 6                              )
                                )
 7                              )
                                )
 8  _____)
 9        _____
10                      CONFIDENTIAL
11          ORAL AND VIDEOTAPED DEPOSITION OF
12                       ELON MUSK
13                   NOVEMBER 5, 2021
          _____
14
15      ORAL AND VIDEOTAPED DEPOSITION OF ELON MUSK,
16  produced as a witness at the instance of the Plaintiff,
17  and duly sworn, was taken in the above-styled and
18  numbered cause on November 5, 2021, from 10:32 a.m. to
19  8:04 p.m., before Candice Andino, Certified Shorthand
20  Reporter in and for the State of Texas, reported by
21  machine shorthand, at Armbrust & Brown, PLLC, 100
22  Congress Avenue, Suite 1300, Austin, Texas, pursuant to
23  Notice and in accordance with the Federal Rules of Civil
24  Procedure.
25  JOB NO. 202221
```

```
 1                A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:

 3        LEVI & KORSINSKY
          BY:  MR. NICHOLAS PORRITT
 4             MS. ELIZABETH TRIPODI
               MS. KATHY AMES VALDIVIESO
 5        1101 30th Street N.W.
          Washington, DC 20007
 6


 7


 8
     FOR THE DEFENDANTS:
 9
          COOLEY
10        BY:  MR. STEPHEN NEAL
          3175 Hanover Street
11        Palo Alto, California 94304

12


13   ALSO PRESENT:

14        CASEY MUMMERT, Videographer

15        CANDACE JACKMAN, Tesla in-house counsel

16        JOSHUA WALDEN (appearing telephonically)

17

18

19

20

21

22

23

24

25
```

I N D E X

|   |   | PAGE |
|---|---|---|
| 3 | Appearances............................................ | 2 |
| 4 | WITNESS: ELON MUSK | |
| 5 | Examination by: | |
| 6 | MR. PORRITT................................. | 8 |
| 7 | Reporter's Certificate............................ | 299 |

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 324 | Tweet dated May 4, 2018 | 42 |
| Exhibit 325 | Tweets dated June 17, 2018 | 52 |
| Exhibit 326 | Tweets dated July 5, 2018 | 56 |
| Exhibit 327 | Article entitled "For Tesla's Elon Musk, Twitter Is Sword Against Short Sellers" | 59 |
| Exhibit 328 | Email dated August 1, 2018 (BARON_00000053) | 66 |
| Exhibit 329 | Email dated August 1, 2018 (BARON_00000029) | 68 |
| Exhibit 330 | Elon Musk SEC Transcript (SEC-EPROD-000016109 - SEC-EPROD-000016391) | 104 |
| Exhibit 331 | Text Messages (TESLA_LITTLETON_00020197) | 197 |
| Exhibit 332 | Article entitled "Saudi Fund in Talks to Invest in Tesla Buyout Deal" | 236 |

```
 1                    EXHIBITS (Continued)

 2   NO.                     DESCRIPTION                        PAGE

 3   Exhibit 333   Mutual Non-Disclosure Agreement              263
                   (TESLA_LITTLETON_00005310 -
 4                 TESLA_LITTLETON_00005313)

 5   Exhibit 334   Email dated August 8, 2018                   266
                   (TESLA_LITTLETON_00005551)
 6
     Exhibit 335   Email Chain                                  272
 7                 (TESLA_LITTLETON_00018851)

 8   Exhibit 336   Email Chain                                  282
                   (SEC-EPROD-000005623)
 9
     Exhibit 337   Email Chain                                  295
10                 (TESLA_LITTLETON_00019605)

11

12                 PREVIOUSLY MARKED EXHIBITS

13   NO.                     DESCRIPTION                        PAGE

14   Exhibit 8     Tweet dated August 7, 2018                   181

15   Exhibit 9     Tweet dated August 7, 2018                   198

16   Exhibit 10    Tweet dated August 7, 2018                   200

17   Exhibit 11    Tweets dated August 5, 2018                  203

18   Exhibit 12    Blog post entitled "Taking Tesla             207
                   Private"
19
     Exhibit 13    Tweet dated August 7, 2018                   211
20
     Exhibit 16    Blog post entitled "Update on                255
21                 Taking Tesla Private"

22   Exhibit 77    Email Chain                                  85
                   (TESLA_LITTLETON_00006162)
23

24

25
```

PREVIOUSLY MARKED EXHIBITS (Continued)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 78 | Email dated August 1, 2018 (BARON_00000055 - BARON_00000056) | 39 |
| Exhibit 81 | Email dated August 2, 2018 (TESLA_LITTLETON_00000078) | 129 |
| Exhibit 83 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc. Dated August 3, 2018 (TESLA_LITTLETON_00012812 - TESLA_LITTLETON_00012814) | 149 |
| Exhibit 87 | Email dated August 7, 2018 (TESLA_LITTLETON_00005353) | 171 |
| Exhibit 94 | Email dated August 11, 2018 (TESLA_LITTLETON_00000106) | 274 |
| Exhibit 101 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., dated August 23, 2018 (TESLA_LITTLETON_00012794 - TESLA_LITTLETON_00012798) | 291 |
| Exhibit 102 | Social Meda Policy (TESLA_LITTLETON_00006168) | 69 |
| Exhibit 104 | Email Chain (MUSK_001706 - MUSK_001707) | 34 |
| Exhibit 105 | Email Chain (TESLA_LITTLETON_00006239 - TESLA_LITTLETON_00006240) | 72 |
| Exhibit 106 | Email dated January 31, 2017 (TESLA_LITTLETON_00004579) | 73 |
| Exhibit 107 | Email Chain (TESLA_LITTLETON_00003900) | 80 |
| Exhibit 121 | Text Messages (TESLA_LITTLETON_00000320) | 146 |

Page 6

| | NO. | DESCRIPTION | PAGE |
|---|---|---|---|
| 1 | | PREVIOUSLY MARKED EXHIBITS (Continued) | |
| 3 | Exhibit 127 | Email dated May 4, 2018 | 64 |
| 4 | Exhibit 134 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., dated August 16, 2018 (TESLA_LITTLETON_00012799 - TESLA_LITTLETON_00012800) | 285 |
| 7 | Exhibit 137 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc. dated August 18, 2018 (TESLA_LITTLETON_00012801 - TESLA_LITTLETON_00012803) | 288 |
| 10 | Exhibit 207 | Email Chain (TESLA_LITTLETON_00018998) | 206 |
| | Exhibit 229 | Blog post entitled "Staying Public" (TESLA_LITTLETON_00007163) | 214 |
| | Exhibit 256 | Email Chain (SEC-EPROD-000005388 - SEC-EPROD-000005389) | 273 |
| | Exhibit 271 | Email Chain (MS_TESLA0001351 - MS_TESLA0001353) | 264 |
| | Exhibit 298 | Email Chain (TESLA_LITTLETON_00018287- TESLA_LITTLETON_00018289) | 178 |
| | Exhibit 320 | Tweet dated June 6, 2017 | 29 |
| | Exhibit 321 | Tweet dated July 15, 2018 | 32 |
| | Exhibit 322 | Article entitled "Saudi Arabia's sovereign fund builds $2bn Tesla stake" | 177 |

```
 1              FRIDAY, NOVEMBER 5, 2021, 10:32 A.M.

 2                       AUSTIN, TEXAS

 3              THE VIDEOGRAPHER:  Good morning.  This is

 4   the start of media labeled Number 1 of the video

 5   recorded deposition of Mr. Elon Musk, in the matter in

 6   re Tesla, Inc. Securities Litigation, in the US District

 7   Court Northern District of California, San Francisco

 8   Division, No. 3:18-cv-04865-EMC.

 9              This deposition is being held at the law

10   offices of Armbrust & Brown on November 5th, 2021, at

11   approximately 10:32 a.m.

12              My name is Casey Mummert.  I'm the legal

13   video specialist from TSG Reporting, Inc. headquartered

14   in 228 East 45th Street, Suite 810, New York, New York

15   10017.

16              The court reporter is Candice Andino in

17   association with TSG Reporting.

18              Counsel, please introduce yourselves.

19              MR. PORRITT:  Excuse me.  Nicholas Porritt

20   of the firm of Levi & Korsinsky on behalf of the

21   Plaintiff and the Class.

22              MS. AMES VALDIVIESO:  Kathy Ames on behalf

23   of Plaintiff.

24              MS. TRIPODI:  And Elizabeth Tripodi with

25   Levi & Korsinsky on behalf of Plaintiff.
```

Page 8

1        MR. NEAL:  And I'm Stephen Neal of Cooley
2   representing Mr. Musk and the other defendants in this
3   case.
4        MS. JACKMAN:  Candace Jackman, in-house
5   counsel with Tesla.
6             (Witness sworn.)
7        THE WITNESS:  I do.
8                   ELON MUSK,
9   having been first duly sworn, was examined and testified
10  as follows:
11                  EXAMINATION
12  BY MR. PORRITT:
13      Q.  Good morning, Mr. Musk.
14      A.  Good morning.
15      Q.  As you just heard, my name is Nicholas Porritt.
16  I'm one of the counsel for the plaintiffs in this
17  matter.
18      A.  Okay.
19      Q.  I'll be taking your deposition today.  I know
20  you've been deposed before, but I'll just quickly go
21  over a couple of ground rules just to -- just to make
22  sure we're all on the same page.  Excuse me.
23           One is we are creating a written record.
24  You can see Candice here is writing down what I say and
25  will write down what you say.  So, with that in mind,

```
 1   we'll request that you don't talk over one another just
 2   to make Candice's life a little bit easier.  So, if
 3   you'd please wait for me to finish my question before
 4   answering, I'll try and wait and -- I'll let you finish
 5   your answer before answering [sic] my next question, and
 6   we'll go forward that way.
 7               Is that okay?
 8       A.   Yes.
 9       Q.   And I'm sure we'll break that rule -- I'm sure
10   I will break that rule going forward, but we'll just do
11   our best.
12               If there's anything about a question that
13   you don't understand, please don't hesitate to point
14   that out to me, and I'll do my best to ask a better
15   question.
16               The other point is, we'll be taking breaks
17   kind of every hour or so, typically.  But, if at any
18   time otherwise you feel the need to take a break, please
19   just raise that with me, and we'll try and take a break.
20   The only proviso is that you should answer any pending
21   question before we take a break.
22               Understood?
23       A.   Yes.
```

```
17        A.   I should mention that I'm actually quite
18   excited about this case, because I've -- I'm extremely
19   unhappy about the SEC settlement, but I'm prohibited
20   from talking about it, but now I'm forced to talk about
21   it under penalty of perjury.  And so I can now clear the
22   record about that terrible SEC settlement where they
23   held a gun to Tesla's head, and it was Tesla would
24   either die or they would force me to lie.  And now I can
25   finally clear the record, and I'd like to thank you for
```

Page 121

```
1    that.
2         Q.   You're welcome.
3         A.   It's gonna to be great.
4         Q.   Okay.
5         A.   I can't wait.
```

[redacted lines 6–16]

```
17        Q.   Okay.  All right.  So just confirming that
18   last -- that that last -- your last statement wasn't
19   saying anything about your testimony to the SEC.  That
20   was all.
21        A.   No.  It was saying that the SEC -- and this is
22   the reason why I lack respect for the SEC, is that they
23   knew they had no case.  They knew that they were
24   factually in the wrong, but they also knew that Tesla
25   would be under extreme pressure to settle the case, and
```

Page 122

1   that -- and I declined to settle the case with the SEC.
2   And then I was told by Deepak Ahuja that if we did not
3   settle the SEC, that the banks would stop providing
4   Tesla with working capital, and we would go bankrupt
5   immediately.
6              So I was faced with a terrible choice,
7   publicly settle with the SEC -- and although the -- it
8   says there is no admission or denial of guilt, if you
9   pay a fine to the SEC, everyone thinks you're guilty.  I
10  knew this, and this has been used against me for a long
11  time.  And now I can finally clear the record.  And I'm
12  going to do it, and it's going to be great.
13  ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████
██████████
████████████████████████████████████████
████████████████████████