# EXHIBIT "E"

1

2

3

4

5

6

7    Transcription of YouTube Video:  Elon Musk talks

8    Twitter, Tesla and the future — live at TED2022

9

10                      Video Link:

11     https://www.youtube.com/watch?v=cdZZpaB2kDM

12

13                   Runtime:  54:45

14                Date:  April 14th, 2022

15

16            Transcription Begins:  27:00

17             Transcription Ends:  31:40

18

19

20

21

22

23

24

25

1      MR. MUSK:  So, I don't know.  I just
2  sort of like tweet out things that are
3  interesting, or funny, or you know.  And
4  then people seem to like it.
5      MR. ANDERSON:  So, if you are
6  unsuccessful, -- actually, let me -- before
7  I ask that, let me ask this.  In fact, I
8  don't -- so, how can I say, is funding
9  secured?
10      MR. MUSK:  I have sufficient assets to
11  complete the -- it's not a forward-looking
12  statement, blah, blah, blah.  I have suff--
13  I mean, I can do it if possible.
14      MR. ANDERSON:  Right.
15      MR. MUSK:  So, -- and I mean, I should
16  say actually, even in the -- or originally
17  the -- with Tesla back in the day, funding
18  was actually secured.  I want to be clear
19  about that.  In fact, this may be a good
20  opportunity to clarify that.  Funding was
21  indeed secured, and I should say, like, why
22  do I not have respect for the SEC in that
23  situation.  And I don't mean to blame
24  everyone at the SEC, but certainly the San
25  Francisco office.  It's because the SEC knew

1    that the funding was secured, but they

2    pursued the -- an active public

3    investigation none the less.  At the time,

4    Tesla was in a precarious financial

5    situation, and I was told by the banks that

6    if I did not agree to settle with the SEC,

7    that they would -- the banks would cease

8    providing working capital and Tesla would go

9    bankrupt immediately.  So, that's like

10   having a gun to your child's head.  So, I

11   was forced to concede to the SEC,

12   unlawfully, those bastards.  And now, they -

13   - it makes it look like I lied, when I did

14   not in fact lie.  I was forced to admit that

15   I lied for -- to save Tesla's life and

16   that's the only reason.

17        MR. ANDERSON:  Given what's actually

18   happened -- given what's actually happened

19   to Tesla since then though, aren't you glad

20   that you didn't take it private?

21        MR. MUSK:  Yeah.  I mean, the -- it's

22   simple to put yourself in the position at

23   the time, Tesla was under the most

24   relentless short seller attack in the

25   history of the stock market.  There's

1  something called a short and distort, where

2  the barrage of negativity that Tesla was

3  experiencing from short sellers on Wall

4  Street was beyond (inaudible) -- Tesla was

5  the most shorted stock in the history of the

6  stock market.

7       MR. ANDERSON:  Yeah.

8       MR. MUSK:  This is saying something.

9  So, you know, this was affecting our ability

10  to hire people, it was affecting our ability

11  to sell cars, it was -- there were -- yeah,

12  it was terrible.  The -- yeah, they wanted

13  Tesla to die so bad they could taste it.

14       MR. ANDERSON:  Well, most of them have

15  paid the price.

16       MR. MUSK:  Yes.  How they -- where are

17  they now?

18       MR. ANDERSON:  So, that was a very

19  strong statement.  I mean, obviously, a lot

20  of people who support you, I would have

21  thought would say, you have so much to offer

22  the world on the upside -- on the vision

23  side, don't waste your time getting

24  distracted by these battles that bring out

25  negativity and make people feel that you're

1  being defensive or -- you know, people don't

2  like fights, especially with powerful

3  government authorities, they would rather --

4  they would rather buy into your -- to a

5  dream.  Do you -- do you -- like, aren't you

6  encouraged by people, just to edit that --

7  in that, you know, temptation out and go

8  with the bigger story?

9      MR. MUSK:  Well, I mean, I'm -- I would

10  say like, you know, I'm sort of a mixed bag,

11  you know?  I mean, what --

12      MR. ANDERSON:  Well, you're a fighter

13  and you don't -- you don't like to lose, and

14  you are determined that you don't,

15  basically.  I mean, you are --

16      MR. MUSK:  Sure, I don't like to lose.

17  I'm not sure many people do.  They -- but

18  the truth matters to me a lot.  Like really,

19  -- like I -- sort of pathologically, it

20  matters to me.

21      MR. ANDERSON:  Okay, so you don't like

22  to lose.  If in this case you are not

23  successful and, you know, the board does not

24  accept your offer, you have said you won't

25  go higher, is there a plan B?

1          MR. MUSK:  There is.

2          MR. ANDERSON:  I think we -- I think we

3    would like to hear a little bit about plan

4    B.

5          MR. MUSK:  For a -- for another time, I

6    think.

7          MR. ANDERSON:  Another time?

8          MR. MUSK:  Yeah.

9               (End of recording.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE

 2

 3                       - - -

 4

 5         I, Alexandria Brobst, Transcriptionist,

 6    do hereby certify that I was authorized to

 7    and did listen to and transcribe the

 8    foregoing recorded proceedings and that the

 9    transcript is a true record to the best of

10    my professional ability.

11

12         Dated this 15th day of April, 2022.

13

14

15

16    _Alexandria Brobst_

17    Alexandria Brobst

18

19

20

21

22

23

24

25
```