**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
         amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE** |

The motion of Lead Plaintiff Glen Littleton ("Plaintiff") against Defendant Elon R. Musk ("Musk") for a temporary restraining order came before the Court for a hearing on April __, 2022. The parties were represented by their respective counsel of record. Upon consideration of the application, and for good cause shown, IT IS HEREBY ORDERED as follows:

**<u>Temporary Restraining Order</u>**

The Court finds that Plaintiff has demonstrated a substantial likelihood of success on the merits of their claims that Musk is prejudicing Plaintiff's right to a fair trial and/or tainting the jury pool by publicly discussing the above-captioned case and its underlying facts. The Court further finds that Musk's conduct as described in the accompanying Memorandum of Points and Authorities has caused and, absent the requested relief, will continue to cause irreparable harm to Plaintiff. The public interest will be served by the requested injunction.

Accordingly, IT IS HEREBY ORDERED that, until the Court can consider argument from all parties, Musk is enjoined from discussing this case and its underlying facts including but not limited to: the character, credibility, or reputation of any party or witnesses; the contents of any

pretrial materials or evidence in the case; the strengths or weaknesses of the case of either party; and any other information Defendants or their counsel know or reasonably should know is likely to be inadmissible as evidence and would create a substantial risk of prejudice if disclosed.

### Order to Show Cause

Musk is ordered to show cause before this Court why an injunction should not issue enjoining him from discussing this case and its underlying facts through and until the end of trial in this matter, including but not limited to: the character, credibility, or reputation of any party or witnesses; the contents of any pretrial materials or evidence in the case; the strengths or weaknesses of the case of either party; and any other information Defendants or their counsel know or reasonably should know is likely to be inadmissible as evidence and would create a substantial risk of prejudice if disclosed. The hearing on the order to show cause will be held on _____ at _____.

Defendants' opposition to Plaintiff's motion shall be filed and served on _____.

Plaintiff's reply in support of the motion shall be filed and served on _____.

**IT IS SO ORDERED.**

Dated: _____          _____
                                    Hon. Edward M. Chen
                                    United States District Judge