1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Alex Spiro (*appearing pro hac vice*)
2      alexspiro@quinnemanuel.com
3  51 Madison Avenue, 22nd Floor,
New York, New York 10010
4  Telephone: (212) 849-7000

5      Kathleen M. Sullivan (Bar No. 242261)
    kathleensullivan@quinnemanuel.com
6      Michael T. Lifrak (Bar No. 210846)
7      michaellifrak@quinnemanuel.com
    Jeanine Zalduendo (Bar No. 243374)
8      jeaninezalduendo@quinnemanuel.com
9  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
10  Telephone: (213) 443-3000

11      Kyle Batter (Bar No. 301803)
    kylebatter@quinnemanuel.com
12  555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
13  Telephone: (650) 801-5000

14  *Attorneys for Defendants Tesla, Inc., Elon Musk,*
*Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
15  *Antonio J. Gracias, James Murdoch, Kimbal Musk,*
*And Linda Johnson Rice*
16

17
18  UNITED STATES DISTRICT COURT
19  NORTHERN DISTRICT OF CALIFORNIA
20

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |
|---|---|
| | **NOTICE OF APPEARANCE** |

**TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Kathleen M. Sullivan hereby appears as counsel for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.  I certify that I am admitted to practice in this court.

Dated: April 22, 2022    Respectfully submitted,

Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*/s/ Kathleen M. Sullivan*
Kathleen M. Sullivan

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

**ATTESTATION**

I, Kyle K. Batter, am the ECF User whose ID and password are being used to file this Notice of Appearance.  In compliance with Civil Local Rule 5-1, I hereby attest that Kathleen M. Sullivan has concurred in this filing.

DATED: April 22, 20222  QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Kyle Batter*
Kyle Batter

-3-

Case No. 3:18-cv-04865-EMC
NOTICE OF APPEARANCE