QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (*appearing pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

  Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
  Jeanine Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
  Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk,
Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
Antonio J. Gracias, James Murdoch, Kimbal Musk,
And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S RENEWED ADMINISTRATIVE MOTION TO SEAL** |

1  THE COURT, having considered Defendants Tesla, Inc., Elon Musk, Brad W. Buss,
2  Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda
3  Johnson Rice (together, "Defendants") Renwed Administrative Motion to File Under Seal certain
4  confidential excerpts of and exhibits and testimony cited in the Parties' pleadings related to
5  Plaintiff's Partial Motion for Summary Judgment (Dkt. No. 352), the Declaration of Nathaniel
6  Smith, the Court's April 1, 2022 Order (Dkt. No. 387), and all other filings in this case, has found:
7  (1)  There exist compelling reasons to seal these materials that overcome the right of public
8  access to these materials;
9  (2)  A substantial probability exists that the overriding interest will be prejudiced if these
10 materials are not sealed;
11 (3)  The proposed sealing is narrowly tailored; and
12 (4)  No less restrictive means exist to achieve the overriding interest (CRC 2.550(d));
13 **HEREBY ORDERS THAT**:
14 Because the documents listed below contain material that is sealable pursuant to Northern
15 District of California Civil Local Rule 79-5, Defendants' Renewed Administrative Motion to Seal
16 is hereby **GRANTED as follows:**

| Document | Dkt. No. | Portion | Ruling |
|---|---|---|---|
| Plaintiff's Partial Motion for Summary Judgment | 352 | Updated redactions | |
| Defendants' Opposition to Partial Motion for Summary Judgment | 365 | Updated redactions | |
| Reply in Support of Partial Motion for Summary Judgment | 370 | Updated redactions | |
| Exhibit 41 | 369-2; 371-10 | Updated redactions | |
| Exhibit 44 | 351-4; 352-25 | Sealed in full | |
| Exhibit 45 | 351-5; 352-26 | Sealed in full | |
| Exhibit 46 | 351-6; 352-27 | Sealed in full | |
| Exhibit 47 | 351-7; 352-28 | Sealed in full | |
| Exhibit 58 | 351-8; 352-29 | Updated redactions | |
| Exhibit 79 | 351-9; 352-30 | Updated redactions | |
| Exhibit 90 | 351-13; 352-35 | Sealed in full | |

| Exhibit 91 | 351-14; 352-36 | Updated redactions | |
| Exhibit 121 | 351-24; 352-46 | Updated redactions | |
| Exhibit 147 | 351-26; 352-48 | Sealed in full | |
| Exhibit 155 | 351-29; 352-51 | Sealed in full | |
| Exhibit 157 | 351-30; 352-52 | Updated redactions | |
| Exhibit 158 | 351-31; 352-53 | Updated redactions | |
| Exhibit 165 | 351-32; 352-54 | Updated redactions | |
| Excerpts from the Deposition of Joseph Fath | 352-6 | Updated redactions | |
| Excerpts from the Deposition of Nii Owuraka Koney | 351-45; 352-8 | Sealed in full | |
| Excerpts from the Deposition of Martin Viecha | 351-47; 352-11 | Updated redactions | |
| Excerpts from the Deposition of Elon Musk | 365-1 (Ex. B) | Updated redactions | |
| Excerpts from the Deposition of Deepak Ahuja | 365-1 (Ex. E) | Updated redactions | |
| Excerpts from the Deposition of Joseph Fath | 371-4 | Updated redactions | |

**IT IS SO ORDERED**.

DATED: _____, 2022

By_____
Honorable Edward M. Chen