# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 18, 2022     **Time:** 2:28-2:41     **Judge:** EDWARD M. CHEN
13 Minutes

**Case No.**: 18-cv-04865-EMC     **Case Name:** In re Tesla Inc. Securities Litigation

**Attorneys for Plaintiffs:** Nicholas Porritt, Adam Apton and Adam McCall
**Attorneys for Defendants:** Alexander Spiro and Michael Lifrak

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Belle Ball

## PROCEEDINGS

Status Conference - held

## SUMMARY

**Trial date set for 1/17/2023. Pretrial Conference set for 12/12/2022, at 2:30 p.m.** Pretrial motions hearing should be scheduled for the end of August 2022. Parties are to contact Judge's clerk for available dates.

Parties are to meet and confer and file a briefing schedule. Court ordered parties to meet and confer regarding ADR. Parties should be prepared to discuss ADR at the next status conference.

CASE CONTINUED TO: **July 19, 2022, at 2:30 P.M., for Status Conference.** Joint status report **due by 7/12/2022.**