UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION. | Case No. 18-cv-04865-EMC<br><br>**ORDER RE SCHEDULE FOR PRETRIAL FILINGS**<br><br>Docket No. 409 |

The Court has reviewed the parties' stipulation and proposed order regarding the schedule for pretrial filings. *See* Docket No. 409 (stipulation and proposed order). The Court modifies the parties' stipulation as follows.

1. The parties shall be permitted to file "early" motions in limine ("MILs").

2. Each side shall file no more than three (3) early MILs. This will count against the five (5) MILs that the Court typically permits. A party that seeks to file more than five (5) MILs total must ask for leave to file and must establish good cause. The good cause requirement shall be strictly enforced.

3. Each early MIL shall be no longer than ten (10) pages, and oppositions shall also be so limited in length. There shall be no reply briefs. The parties are expected to meet and confer thoroughly before the filing of any and all MILs so that each side is well apprised of the other's position and there is no need for reply briefs. The meet and confer(s) must be voice-to-voice; a written meet and confer(s) is insufficient.

| EVENT | PARTIES' PROPOSAL | COURT'S ORDER |
|---|---|---|
| Early MILs exchanged | 6/16/2022 | 6/16/2022 |
| Status conference (to discuss ADR) | 7/19/2022 | 6/28/2022 |
| Oppositions to early MILs exchanged | 7/21/2022 | 6/30/2022 |
| Replies in support of early MILs exchanged | 8/11/2022 | None |
| Hearing on MILs | 8/25/2022 | 7/21/2022 |
| Meet and confer (to discuss pretrial filings and settlement) | 10/31/2022 | 8/25/2022 |
| Serve remaining MILs | 11/4/2022 | [Parties may meet and confer and reach agreement] |
| Serve oppositions to remaining MILs | 11/18/2022 | [Parties may meet and confer and reach agreement] |
| File joint pretrial conference statement and pretrial material | 11/21/2022 | 9/20/2022 |
| Final Pretrial Conference | 12/12/2022 | 10/25/2022 |
| Trial | 1/17/2023 | 1/17/2023 |

This order disposes of Docket No. 409.

**IT IS SO ORDERED**.

Dated: May 3, 2022

_____
EDWARD M. CHEN
United States District Judge

2