**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
          amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

[Additional Counsel on Signature Block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil L.R. 7-11 and 79-5(f), Lead Plaintiff Glen Littleton ("Plaintiff") brings this administrative motion to consider whether another party's materials should be filed under seal and/or in redacted form.

This motion is necessitated by the Stipulated Protective Order dated May 20, 2020 (ECF No. 255), which provides that a party seeking to file "Protected Material" with the Court must do so under seal pursuant to Civil L.R. 79-5. *See* Stipulated Protective Order at ¶12.3. Notwithstanding the foregoing, Plaintiff has objected to Defendants' designation of the "Protected Material" as "Confidential" and/or "Highly Confidential – Attorneys' Eyes Only" on the basis that it does not deserve confidential treatment, as argued in connection with the parties' administrative motions concerning Plaintiff's summary judgment motion. *See Circle Click Media LLC v. Regus Mgmt. Grp. LLC*, No. 12-cv-04000-EMC, 2016 U.S. Dist. LEXIS 32665, at *4 (N.D. Cal. Mar. 14, 2016) (denying motion to seal where motions were "dispositive"). Therefore, Plaintiff's present Administrative Motion is made for the sole purpose of complying with the Stipulated Protective

Order's directives concerning the filing of "Protected Material" and in the event that the Court approves sealing for any materials currently at issue. *See* ECF Nos. 403, 405, 408.

The materials to be considered for sealing and/or redaction are as follows:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality | Basis for Sealing |
|---|---|---|---|
| Exhibit 337 | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Elon Musk Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Professor Daniel Fischel Deposition (excerpts) | Entirety | Defendants | Stipulated Protective Order, ¶12.3 |
| Plaintiff's Opposition to Defendants' Motion for Reconsideration | Redactions* | Defendants | Stipulated Protective Order, ¶12.3 |
| Plaintiff's Opposition to Defendants' Motion for Certification Under 28 U.S.C. §1292(b) | Redactions* | Defendants | Stipulated Protective Order, ¶12.3 |

\* Plaintiff's redactions include quotations from and/or descriptions of the Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Partial Summary Judgment, which presently remains under seal even though the parties anticipate that it will be filed publicly once the Court addresses Defendants' pending renewed motion to seal (ECF No. 405).

Dated: May 6, 2022                                Respectfully submitted,

**LEVI & KORSINSKY, LLP**

 s/ Adam M. Apton
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

-and-

Nicholas I. Porritt
Elizabeth K. Tripodi
Alexander A. Krot III
LEVI & KORSINSKY, LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Tel.: (202) 524-4290
Email: nporritt@zlk.com
Email: akrot@zlk.com
(*admitted pro hac vice*)

-and-

Joseph Levi
Eduard Korsinsky
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: jlevi@zlk.com
Email: ek@zlk.com
(*admitted pro hac vice*)

*Attorneys for Plaintiff and Counsel for the Class*