**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
       amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF ADAM C. MCCALL IN OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION (ECF NO. 401) AND IN OPPOSITION TO DEFENDANTS' MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b) (ECF NO. 402)** |

1  I, ADAM C. MCCALL, hereby declare as follows:

2      1.    I am an associate at Levi & Korsinsky, LLP, attorneys for Plaintiff Glen Littleton in the above-captioned action. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Reconsideration (ECF No. 401) and Plaintiff's Opposition to Defendants' Motion for Certification under 28 U.S.C. § 1292(b) (ECF No. 402). I am admitted to practice before this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

    2.    Attached hereto are true and accurate excerpts from the following depositions taken in this action as set forth below:

| Witness | Deposition Date |
| --- | --- |
| Elon Musk | November 5, 2021 |
| Dr. Michael Hartzmark | March 18, 2022 |
| Professor Daniel Fischel | March 28, 2022 |
| Glen Littleton | March 31, 2022 |

    3.    Attached hereto are true and accurate copies of the following exhibits marked during depositions in the course of discovery:

| Exhibit # | Document Date | Exhibit Description | Bates Range |
| --- | --- | --- | --- |
| 103 | 11/5/2013 | Form 8-K of Tesla Motors, Inc., dated November 5, 2013 re Elon's Twitter account | |
| 337 | 8/7/2018 | Email from Deepak Ahuja to Elon Musk, re: inquiries from investors | TESLA_LITTLETON_00019605 |

    4.    Attached hereto as **Exhibit A** is a true and accurate copy of the Transcript of Proceedings held on March 10, 2022, before Judge Edward Chen in this matter. ECF No. 381.

    5.    Attached hereto as **Exhibit B** is a true and accurate copy of a transcript of a CNBC segment that aired on August 7, 2018 titled "Was Elon Musk's tweet market manipulation?". The transcript was prepared by Wendy Sawyer on May 5, 2022. Ms. Sawyer's certification of the

accuracy of the transcript is attached to the end of the transcript. The segment can be watched in full at the following link: https://www.cnbc.com/video/2018/08/07/was-elon-musks-tweet-market-manipulation-tesla-tsla-stock-elon-musk-private-capital-investors-sec.html (last accessed May 6, 2022).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May, 2022.

s/ *Adam C. McCall*
Adam C. McCall