# EXCERPTS FROM THE DEPOSITION OF MICHAEL HARTZMARK TAKEN MARCH 18, 2022

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2

 3    IN RE:                               )
                                           )Case No.
 4    TESLA, INC., SECURITIES              )18-cv-04865-EMC
      LITIGATION                           )
 5

 6

 7

 8            **********************************
                   REMOTE VIDEOTAPED DEPOSITION OF
 9                       MICHAEL HARTZMARK
                          March 18, 2022
10            **********************************

11

12

13           MICHAEL HARTZMARK, produced as a witness at

14    the instance of the Plaintiffs, was duly sworn and

15    deposed in the above-styled and numbered cause on

16    March 18, 2022, from 8:39 a.m. to 6:28 p.m. CST,

17    stenographically reported, pursuant to the Federal

18    Rules of Civil Procedure and the provisions stated

19    on the record.

20

21

22
      Reported by:    Rebecca A. Graziano, CSR, RMR, CRR
23                    Texas CSR 9306
                      California CSR 14407
24                    Illinois CSR 084.004659

25
```

1  A P P E A R A N C E S

2  (all attendees appearing via remote videoconference)

3

4  REPRESENTING THE PLAINTIFFS:

5  Mr. Nicholas I. Porritt
   Mr. Alexander Krot, III
6  LEVI & KORSINSKY, LLP
   1101 30th Street N.W., Suite 115
7  Washington, DC  20007
   (202) 524-4290
8  nporritt@zlk.com
   akrot@zlk.com

9

10 REPRESENTING THE DEFENDANTS:

11 Mr. Andrew J. Rossman
   Mr. Jesse Bernstein
12 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   51 Madison Avenue, 22nd Floor
13 New York City, New York  10010
   (212) 849-7000
14 andrewrossman@quinnemanuel.com
   jessebernstein@quinnemanuel.com
15

16 ALSO PRESENT:

17 Mr. Michael A. Keable, Executive Vice President,
   Compass Lexecon
18

19 THE VIDEOGRAPHER:

20 Mr. Paul D'Ambra

21

22

23

24

25

```
 1                    PROCEEDINGS
 2             (On the record at 8:39 a.m. CST)
 3             THE VIDEOGRAPHER:  We are now on
 4      the record.  Today's date is March 18th,
 5      2022.  The time is 9:39 a.m. Eastern.
 6             This is the recorded video
 7      deposition of Michael Hartzmark in the
 8      matter of in re Tesla, Incorporated,
 9      securities litigation in the United States
10      District Court, Northern District of
11      California, Case Number 18-cv-04865-EMC.
12             My name is Paul D'Ambra from
13      Everest Court Reporting.  I'm the video
14      specialist.  Our court reporter today is
15      Becky Graziano, also with Everest.  All
16      counsel appearing today will be noted on
17      the stenographic record.
18             Will the court reporter please
19      swear in the witness.
20             (Witness duly sworn.)
21             MICHAEL HARTZMARK,
22   being first duly sworn, testified as follows:
23                    EXAMINATION
24   BY MR. ROSSMAN:
25   Q      Very good.  Good morning again,
```

# DEPOSITION TESTIMONY

# FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2

 3   IN RE:                           )
                                      )Case No.
 4   TESLA, INC., SECURITIES          )18-cv-04865-EMC
     LITIGATION                       )
 5

 6                  REPORTER'S CERTIFICATION
              REMOTE VIDEOTAPED DEPOSITION OF
 7                    MICHAEL HARTZMARK
                       March 18, 2022
 8

 9        I, Rebecca A. Graziano, Certified Shorthand

10   Reporter in and for the States of Texas,

11   California, and Illinois, hereby certify to the

12   following:

13        That the witness, MICHAEL HARTZMARK, was

14   duly sworn and that the transcript of the oral

15   deposition is a true record of the testimony given

16   by the witness;

17        I further certify that pursuant to FRCP Rule

18   30(f)(1) that the signature of the deponent:

19        ____ was requested by the deponent or a

20   party before the completion of the deposition and

21   returned within 30 days from date of receipt of

22   the transcript.  If returned, the attached Changes

23   and Signature Page contains any changes and the

24   reasons therefor.

25        ____ was not requested by the deponent or a
```

1  party before the completion of the deposition.

2       I further certify that I am neither attorney
3  nor counsel for, related to, nor employed by any
4  of the parties to the action in which this
5  testimony was taken.

6       Further, I am not a relative or employee of
7  any attorney of record in this cause, nor do I
8  have a financial interest in the action.

9

10              Certified on March 20, 2022

11

12              *[signature]*

13       _____
         Rebecca A. Graziano, CSR, RMR, CRR
14       Texas CSR 9306
         Expiration: 07/31/22
15       California CSR 14407
         Expiration: 09/30/22
16       Illinois CSR 084.004659
         Expiration: 05/31/23

17

18

19

20

21

22

23

24

25