EXHIBIT 337
FILED UNDER SEAL