Transcription of Video

https://www.cnbc.com/video/2018/08/07/was-elon-musks-tweet-market-manipulation-tesla-tsla-stock-elon-musk-private-capital-investors-sec.html

Video Runtime:  0:03:47

Page 2

1            (Beginning of Video Recording.)
2            FEMALE VOICE:  Tesla CEO Elon Musk
3    tweeting that he's considering taking Tesla
4    private at $420, and that funding is secured.
5    He then followed by saying, "I don't have a
6    controlling vote now and wouldn't expect any
7    shareholder to have one if we go private.  I
8    won't be selling in either scenario."  Let's
9    bring in Mike Santoli and Bob Pisani on the
10   floor of the New York Stock Exchange to
11   discuss.  Gentlemen, what is the sentiment on
12   the floor of the New York Stock Exchange,
13   given this news today?  Bob, I'll start with
14   you.
15           MIKE SANTOLI:  Anybody know to make of
16   it?
17           BOB PISANI:  I think people are just --
18   we were just talking; people are just puzzled
19   and don't know what to make of it.  I'll tell
20   you the big question is was it even legal
21   doing what he said.  Now, I don't know the
22   answers, but I can tell you for sure, Mike
23   knows this, the very heart of the SEC Act of
24   1934, that created the SEC involved statements
25   about market manipulation because that was a

1  big problem in the 1920s, so they wanted to

2  make it very clear under what circumstances

3  people might be manipulating the market.

4        Now, if Mr. Musk was trading around

5  this announcement, that's clearly

6  manipulation, but I assume that's not

7  happening.  But even if he was making

8  statements to affect the price of the stock,

9  potentially, that could involve questions of

10 manipulation.  I don't know, but I'm quite

11 sure that this SEC lawyers are looking at this

12 right now, and that's --

13       MIKE SANTOLI:  Yeah.

14       BOB PISANI:  -- probably what people

15 are wondering about.  Why would he make such a

16 statement?

17       MIKE SANTOLI:  I mean, it was

18 established, as you guys have said, that

19 disclosing material information by way of

20 social media, Twitter or Facebook, has now

21 been allowed as a legal way for a corporate

22 executive to get information out there.  The

23 question is the truthfulness of that

24 information, right, and the intent behind it,

25 so yeah, having secured funding, to me, is the

1  big number right there.  And beyond that, just
2  financially, how would this potentially work?
3  If you look at all of the amount of capital
4  you would need to take out all the other
5  shareholders aside from Elon Musk and maybe
6  some other strategic ones, they already have
7  debt on the balance sheet.  And let's
8  remember, once whatever group of investors
9  were to maybe take --
10              BOB PISANI:  Yep.
11              MIKE SANTOLI:  -- this company private,
12  you still have tremendous capital demands
13  because the company is still investing to grow
14  so much, building a plant in China, for
15  example, is one of its wishes.  So, so many
16  questions --
17              BOB PISANI:  Yeah.
18              MIKE SANTOLI:  -- about whether the
19  market could swallow a deal like this, even if
20  it were by process.
21              BOB PISANI:  But just to go back to
22  this question, even if the statement is true,
23  everything he said, assuming it's true there,
24  if this was effected for the purpose of moving
25  the stock price, I mean, he said he hates the

```
                                                        Page 5
 1   shorts already, that could -- questions could
 2   --
 3           MIKE SANTOLI:  Sure.
 4           BOB PISANI:  -- arise about SEC
 5   potential violations there.  That's why --
 6   what's what -- immediately what I saw.  That
 7   was my question.
 8           MALE VOICE:  We're going to talk about
 9   that with our next guest, former SEC chairman,
10   Harvey Pipp.  Let me ask both of you guys, our
11   producer, Sandy Kenel (phonetic), asks, if
12   this deal were done involving a ton of foreign
13   money, might CIPHIAS (phonetic) come into
14   play, might the President oppose it based on
15   the idea that we can't have a company that is
16   strategically important, electric vehicles
17   controlled by foreign investors?
18           MIKE SANTOLI:   It's obviously an
19   interesting question.
20           BOB PISANI:   It's a small investment,
21   though.  It's 3 to 5 percent --
22           MALE VOICE:  No, what I'm saying if the
23   financing --
24           MIKE SANTOLI:   -- If the other
25   investors were foreign --
```

Page 6

```
 1            MALE VOICE:  if the other investors
 2   were foreign.
 3            BOB PISANI:   Yeah --
 4            MALE VOICE:  -- the foreign players --
 5            MIKE SANTOLI:   Well, potentially --
 6            MALE VOICE:  -- China --
 7            MIKE SANTOLI:   -- actually, a little
 8   bit of an irony, if, in fact, this
 9   administration said, nope, electric vehicles
10   manufactured here is a strategic investment
11   required for economic and national security, I
12   do think --
13            BOB PISANI:   Yes.
14            MIKE SANTOLI:   -- the question would
15   be asked, of course, would really matter a lot
16   exactly what countries the funding --
17            MALE VOICE:  Yeah.
18            MIKE SANTOLI:   -- is coming from
19   potentially, so --
20            MALE VOICE:  Yeah, we're getting --
21            MIKE SANTOLI:   -- it's all -- I mean,
22   the swirl of questions grows.
23            MALE VOICE:  We're getting into deep
24   speculation, which we just wallow in, guys.
25            BOB PISANI:   You love that, right?
```

1        MALE VOICE:  We love that.  That's what
2   we do.
3        MIKE SANTOLI:   Ask Harvey Pitt about
4   Section 9.  I think Section 9 of the SEC Act,
5   I mean, Harvey would know this, was the one
6   that was dealing with market manipulation.
7   They had a whole thing about this.  This is
8   very, very well-developed securities law right
9   now.
10       (End of Video Recording.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

CERTIFICATE

I, Wendy Sawyer, do hereby certify that I was authorized to and transcribed the foregoing recorded proceedings and that the transcript is a true record, to the best of my ability.

DATED this 5th day of May, 2022.

_____

WENDY SAWYER, CDLT