ARTHUR V. NEALON *(Pro Hac Vice)*
anealon@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
230 Park Avenue, 3rd Floor
New York, NY 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

*Counsel for Plaintiff FNY Investment
Advisers, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC, SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that ARTHUR V. NEALON, of the law firm ENTWISTLE & CAPPUCCI LLP, pursuant to Rule 11-5(a), hereby requests the Court withdraw him as counsel of record in this matter on behalf of Plaintiff FNY Investment Advisers, LLC, individually and on behalf of all similarly situated persons.

Further, pursuant to Rule 11-5(a), of the Local Rules of this Court, attached hereto as Exhibit A is a [Proposed] Order Granting Withdrawal of Counsel for entry by the Court.

Dated: May 9, 2022          By:     */s/ Arthur V. Nealon*
                                     Arthur V. Nealon
                                     ENTWISTLE & CAPPUCCI LLP

                                     *Counsel for Plaintiff FNY Investment
                                     Advisers, LLC*

# CERTIFICATE OF SERVICE

I, Arthur V. Nealon, hereby affirm and declare that on May 9, 2022, I caused a true and correct copy of the Notice of Withdrawal of Counsel to be served via the Court's ECF system.

Dated: May 9, 2022            By:    */s/ Arthur V. Nealon*
                                     Arthur V. Nealon

1