ARTHUR V. NEALON *(Pro Hac Vice)*
anealon@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
230 Park Avenue, 3rd Floor
New York, NY  10171
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

*Counsel for Plaintiff FNY Investment Advisers, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC, SECURITIES LITIGATION | Civil Case No. 3:18-cv-04865-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF COUNSEL |

**[~~PROPOSED~~] ORDER**

Upon consideration of Plaintiff's Notice of Withdrawal of Counsel, it is HEREBY ORDERED that ARTHUR V. NEALON, of the law firm ENTWISTLE & CAPPUCCI LLP, is hereby withdrawn as counsel of record in this matter on behalf of Plaintiff FNY Investment Advisers, LLC.

The Clerk of the Court is directed to remove Arthur V. Nealon from the record and from the Court's ECF System for this case.

Dated:  May 9, 2022            By:  _____
                                    Honorable Edward M. Chen
                                    United States District Judge