1  ROBERT N. CAPPUCCI *(Pro Hac Vice)*
   rcappucci@entwistle-law.com
2  ENTWISTLE & CAPPUCCI LLP
   230 Park Avenue, 3rd Floor
3  New York, NY  10171
   Telephone:  (212) 894-7200
4  Facsimile:  (212) 894-7272

5  *Counsel for Plaintiff FNY Investment Advisers, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC, SECURITIES LITIGATION | Civil Case No. 3:18-cv-04865-EMC <br><br> [~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF COUNSEL |
|---|---|

**[~~PROPOSED~~] ORDER**

Upon consideration of Plaintiff's Notice of Withdrawal of Counsel, it is HEREBY ORDERED that ROBERT N. CAPPUCCI, of the law firm ENTWISTLE & CAPPUCCI LLP, is hereby withdrawn as counsel of record in this matter on behalf of Plaintiff FNY Investment Advisers, LLC.

The Clerk of the Court is directed to remove Robert N. Cappucci from the record and from the Court's ECF System for this case.

Dated: May 9, 2022                By: _____
                                      Honorable Edward M. Chen
                                      United States District Judge