**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
　Alex Spiro (*appearing pro hac vice*)
　alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

　Michael T. Lifrak (Bar No. 210846)
　michaellifrak@quinnemanuel.com
　Jeanine Zalduendo (Bar No. 243374)
　jeaninezalduendo@quinnemanuel.com
　Kyle Batter (Bar No. 301803)
　kylebatter@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**JOINT STIPULATION REGARDING COURT ORDER NO. 387** |

　　Pursuant to this Court's Order (Dkt. No. 419), Lead Plaintiff Glen Littleton ("Plaintiff") and Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants") (collectively, Plaintiff and Defendants are referred to as the "Parties"), by and through their undersigned counsel of record, submit the following joint stipulation:

1  WHEREAS, Plaintiff moved for Partial Summary Judgment on January 11, 2022 (Dkt. No. 352);

WHEREAS, as this Court noted in its Order Granting In Part and Denying In Part Plaintiff Littleton's Motion For Partial Summary Judgment (Dkt. No. 387), Defendants made several requests to seal in conjunction with the summary judgment briefing;

WHEREAS, the Court denied Tesla's requests to seal without prejudice (Dkt. No. 387), directing Defendants to refile a Motion to Seal if the Parties could not agree on which materials should remain sealed;

WHEREAS, the Parties could not come to an agreement, and Defendants accordingly filed a Renewed Motion to Seal (Dkt. No. 405);

WHEREAS, Defendants' Renewed Motion to Seal (Dkt. No. 405) did not request to seal any portion the Court's Order Granting In Part and Denying In Part Plaintiff Littleton's Motion For Partial Summary Judgment (Dkt. No. 387);

WHEREAS, on May 9, 2022, the Court ordered the Parties to meet and confer on what portions of the Court's Order Granting In Part and Denying In Part Plaintiff Littleton's Motion For Partial Summary Judgment (Dkt. No. 387) should be sealed (Dkt. No. 419);

WHEREAS, the Parties agree that no portion of the Court's Order Granting In Part and Denying In Part Plaintiff Littleton's Motion For Partial Summary Judgment (Dkt. No. 387) needs to be sealed;

NOW, THEREFORE, the Parties hereby submit their agreement that no portion of Court's Order Granting In Part and Denying In Part Plaintiff Littleton's Motion For Partial Summary Judgment (Dkt. No. 387) need be permanently sealed.

DATED: May 10, 2022          LEVI & KORSINSKY, LLP

By: */s/ Nicholas I. Porritt*
*Nicholas I. Porritt (appearing pro hac vice)*
*Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class*

DATED: May 10, 2022      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alex Spiro*
Alex Spiro *(appearing pro hac vice)*
Attorneys for Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice

**ATTESTATION**

I, Jeanine Zalduendo, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(h)(3), I hereby attest that Alex Spiro and Nicholas Porritt have concurred in the filing of the above document.

*/s/ Jeanine Zalduendo*
Jeanine Zalduendo

**APPROVED**

5/10/2022