QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (*appearing pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

  Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
  Jeanine Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
  Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STATUS CONFERENCE AND MOTION IN LIMINE HEARING DATE** |

Pursuant to Civil Local Rule 6-2, Lead Plaintiff Glen Littleton ("Lead Plaintiff") and Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants") (collectively, Lead Plaintiff and Defendants are referred to as the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed order:

1  WHEREAS, on May 3, 2022, the Court entered an Order re Schedule for Pretrial Filings, which, among other things set a Status Conference (to discuss ADR) on June 28, 2022 and a Hearing on "early" MILs on July 21, 2022.  (Dkt. No. 411);

WHEREAS, counsel for Defendants are unavailable on the dates set by the Court for the Status Conference and Hearing and requested that counsel for Plaintiff stipulate to request new dates from the Court;

WHEREAS counsel for Plaintiff are willing to accommodate the request from counsel for Defendants;

NOW, THEREFORE, the Parties hereby jointly and respectfully request that the Court reschedule the Status Conference (to discuss ADR) to **July 6, 2022 or thereafter** and the Hearing on "early" MILs to **August 4, 2022 or thereafter**, with the deadlines for the MIL briefing adjusted accordingly (35 days prior to the hearing for motions and 14 days thereafter for oppositions).

DATED:  May 11, 2022    LEVI & KORSINSKY, LLP

By: */s/ Nicholas I. Porritt*
Nicholas I. Porritt *(appearing pro hac vice)*
*Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class*

DATED:  May 11, 2022    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alex Spiro*
Alex Spiro *(appearing pro hac vice)*
*Attorneys for Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

# ORDER

The Status Conference to discuss ADR is hereby reset to _____, 2022

The hearing to discuss "early" MILs is hereby reset to _____, 2022.  Motions shall be filed 35 days in advance of the hearing date and oppositions 14 days thereafter.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. EDWARD M. CHEN
United States District Judge

## **ATTESTATION**

I, Jeanine Zalduendo, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(h)(3), I hereby attest that Alex Spiro and Nicholas Porritt have concurred in the filing of the above document.

>   */s/ Jeanine Zalduendo*
>   Jeanine Zalduendo