UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION. | Case No. 18-cv-04865-EMC<br><br>**ORDER RE REVISED SCHEDULE FOR PRETRIAL FILINGS**<br><br>Docket No. 426 |

The Court has received the parties' stipulation at Docket No. 426. It modifies the schedule for pretrial filings, *see* Docket No. 411, as follows.

///

| EVENT | PARTIES' PROPOSAL | COURT'S ORDER |
|---|---|---|
| Early MILs exchanged | 6/16/2022 | 6/16/2022 |
| Status conference (to discuss ADR) | 7/19/2022 | ~~6/28/2022~~ 7/12/2022 |
| Oppositions to early MILs exchanged | 7/21/2022 | 6/30/2022 |
| Replies in support of early MILs exchanged | 8/11/2022 | None |
| Hearing on MILs | 8/25/2022 | ~~7/21/2022~~ 7/28/2022 |
| Meet and confer (to discuss pretrial filings and settlement) | 10/31/2022 | 8/25/2022 |
| Serve remaining MILs | 11/4/2022 | [Parties may meet and confer and reach agreement] |
| Serve oppositions to remaining MILs | 11/18/2022 | [Parties may meet and confer and reach agreement] |
| File joint pretrial conference statement and pretrial material | 11/21/2022 | 9/20/2022 |
| Final Pretrial Conference | 12/12/2022 | 10/25/2022 |
| Trial | 1/17/2023 | 1/17/2023 |

This order disposes of Docket No. 426.

**IT IS SO ORDERED**.

Dated: May 11, 2022

_____
EDWARD M. CHEN
United States District Judge