**LEVI & KORSINSKY, LLP**
ADAM M. APTON
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

[Additional Counsel on Signature Block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**JOINT SUBMISSION REGARDING COURT ORDER NO. 433** |

     Pursuant to this Court's Order (Dkt. No.433), Lead Plaintiff Glen Littleton ("Plaintiff") and Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants") (collectively, Plaintiff and Defendants are referred to as the "Parties"), by and through their undersigned counsel of record, submit the following joint submission:

     WHEREAS, Defendants moved to Seek Reconsideration of the Court's Partial Grant of Summary Judgment on April 22, 2022 (Dkt. No. 401);

     WHEREAS, Defendants moved for a Certificate of Appealability Under 28 U.S.C. 1292(b) on April 22, 2022 (Dkt. No. 402);

     WHEREAS, Plaintiff filed his Opposition to the Motion to Seek Reconsideration of the Court's Partial Grant of Summary Judgment on May 6, 2022 (Dkt. Nos. 415, 417);

     WHEREAS, Plaintiff filed his Opposition to the Motion for a Certificate of Appealability Under 28 U.S.C. 1292(b) on May 6, 2022 (Dkt. Nos. 416, 417);

1  WHEREAS, in association with Dkt. Nos. 415 and 416, Plaintiff filed his Administrative Motion to File Under Seal Per LR Civ. 79-5(f) (Consider Whether Another Party's Materials Should Be Filed Under Seal) on May 6, 2022 (Dkt. No. 414);

WHEREAS, the Court denied Plaintiff's Administrative Motion to File Under Seal Per LR Civ. 79-5(f) (Consider Whether Another Party's Materials Should Be Filed Under Seal) on June 3, 2022 (Dkt. No. 433);

WHEREAS, the Court ordered the Parties to meet and confer to determine which parts, if any, of the information at issue in Plaintiff's Administrative Motion to File Under Seal Per LR Civ. 79-5(f) (Consider Whether Another Party's Materials Should Be Filed Under Seal) (Dkt. No. 414) needs to be filed under seal (Dkt. No. 433);

WHEREAS, the Parties agree that no portion of the Plaintiff's Administrative Motion to File Under Seal Per LR Civ. 79-5(f) (Consider Whether Another Party's Materials Should Be Filed Under Seal) (Dkt. No. 414) needs to be sealed;

NOW, THEREFORE, the Parties hereby submit their agreement that no portion of the Plaintiff's Administrative Motion to File Under Seal Per LR Civ. 79-5(f) (Consider Whether Another Party's Materials Should Be Filed Under Seal) (Dkt. No. 414) need be permanently sealed.

DATED: June 9, 2022            LEVI & KORSINSKY, LLP

By: */s/ Nicholas I. Porritt*
Nicholas I. Porritt *(appearing pro hac vice)*
*Attorneys for Lead Plaintiff Glen Littleton and Lead Counsel for the Class*

DATED: June 9, 2022            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alex Spiro*
Alex Spiro *(appearing pro hac vice)*
*Attorneys for Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

**ATTESTATION**

I, Adam C. McCall, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(h)(3), I hereby attest that Alex Spiro and Nicholas Porritt have concurred in the filing of the above document.

/s/     *Adam C. McCall*
Adam C. McCall