| | |
|---|---|
| **From:** | Fath, Joseph <Joseph_Fath@troweprice.com> |
| **Sent:** | Tuesday, August 07, 2018 1:17 PM |
| **To:** | Marcotte, Robert |
| **Cc:** | Poussard, Adam; Holcomb, Ann; Doran, Christopher; Eiswert, David; Giroux, David; Rooth, David; Rowlett, David; Peters, Don; Veiel, Eric; Solomon, Gabriel; Balkrishna, Hari; Nogueira, Jason; Polun, Jason; Rottinghaus, Jeff; Grant, Joel; Nelson, Josh; Slater, Josh; Spencer, Josh; Allen, Ken; Uematsu, Ken; Puglia, Larry; Muschamp, Mark; Weigman, Mark; Snowling, Matt; Wehn, Michael; Welsh, Nick; Bates, Peter; Burger, Philip; de los Reyes, Rick; Harlow, Robert; Berg, Scott; Livingston, Scott; Mallet, Sebastien; Hubrich, Stefan; Tamaddon, Taymour; ICG Trades; Mcdonald, Jamie; Crawford, Katherine; Dopkin, Anna; Moffett, Eric; Klaiber, Gretchen; Sinn, Angela; Taylor, Ron; To, Christine; Von Paris, Lyn; Watson, Thomas; Tse, Connie; Chan, Nicole; Wong, Stanley; Baig, Kamran; Amieva, Paulina; Berghuis, Brian; Pinnington, Richard; Childs, Jacqueline; Blanca, Omar; Collins, Davis; Traders; TRPI HK Dealing; London Trading Group; Portfolio Modeling Group; TRPI AU Dealing |
| **Subject:** | Re: TSLA (Tesla) Update |

I am on vacation down in Nevis so a bit out of pocket but I just spoke to IR. I got sense company is getting their ducks in order to make a public statement but that this is real. The SAMA investment news being broken by FT seems like the catalyst for him to tweet this. If I learn anything else, I will be back to you all but I can't imagine he would tweet this if not truth to it because that would seem to me like pretty black and white stock manipulation.

Joe

Sent from my very stable genius iPhone


On Aug 7, 2018, at 12:57 PM, Marcotte, Robert <Robert_Marcotte@troweprice.com> wrote:

> (BFW) *MUSK TWEETS 'AM CONSIDERING TAKING TESLA PRIVATE AT $420'...stock traded as high as $371.15 on this
>
> **IF YOU ARE REPLYING TO THIS TRADING ALERT WITH AN ACTIONABLE ORDER, PLEASE INCLUDE EITHER 'TRADERS'/'EQTA' FOR THE AMERICAS, 'LONDON TRADING GROUP', 'TRPI HK DEALING', OR 'TRPI AU DEALING' ***

Confidential Treatment                     Requested by T. Rowe Price                     TRP00002
CONFIDENTIAL PURSUANT TO                                                                  TRP_000002
PROTECTIVE ORDER