EXCERPTS FROM THE SEC TESTIMONY OF
EGON DURBAN
TAKEN AND RECORDED SEPTEMBER 12, 2018

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:          )

                           ) File No. SF-04082-A

TESLA MOTORS, INC.         )

                    CONFIDENTIAL


WITNESS:   Egon Pierre-Durban

PAGES:     1 through 172

PLACE:     Securities and Exchange Commission

           44 Montgomery Street

           Suite 2800

           San Francisco, California

DATE:      Wednesday, September 12, 2018


     The above-entitled matter came on for hearing,

pursuant to notice, at 2:20 p.m.


COPY


Diversified Reporting Services, Inc.

(202) 467-9200

Exhibit 176

CONFIDENTIAL

Page 2

1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4          WALKER NEWELL, ESQ.

5          E. BARRETT ATWOOD, ESQ.

6          STEVEN D. BUCHHOLZ, ESQ.

7          Securities and Exchange Commission

8          44 Montgomery Street, Suite 2800

9          San Francisco, California 94104

10         (415) 705-2500

11         newellw@sec.gov

12         atwoode@sec.gov

13         buchholzs@sec.gov

14

15   On behalf of the Witness:

16         JULIE M. RIEWE, ESQ.

17         JOHN T. CHISHOLM, ESQ.

18         Debevoise & Plimpton

19         801 Pennsylvania Avenue, N.W.

20         Washington, D.C. 20004

21         (202) 383-8000

22         jriewe@debevoise.com

23         jtchisholm@debevoise.com

24

25

CONFIDENTIAL

Page 3

```
 1    APPEARANCES (CONT.):

 2

 3          KAREN M. KING, ESQ.

 4          Silver Lake

 5          2775 Sand Hill Road, Suite 100

 6          Menlo Park, California 94025

 7          (650) 233-8120

 8          karen.king@silverlake.com

 9

10    Also Present:

11          Lucien Newell, Video Operator

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL

SEC-EPROD-000016524

Page 6

```
 1                    P R O C E E D I N G S
 2              THE VIDEO OPERATOR:  Here begins DVD No. 1 in
 3    the testimony of Egon Durban in the investigation by the
 4    U.S. Securities and Exchange Commission in the matter of
 5    Tesla Motors, Inc., File No. SF-04082-A.
 6              Today's date is September 12th, 2018.  The
 7    time on the video monitor is 2:20.
 8              The video operator today is Lucien Newell,
 9    employed by Behmke Reporting and Video Services, Inc.,
10    and subcontracted by Diversified Reporting Services,
11    Inc.  This video investigation is taking place at 44
12    Montgomery Suite (sic), Suite 2800, San Francisco.
13              The court reporter today is Suzanne Andrade,
14    Certified Shorthand Reporter, contracted by Behmke
15    Reporting and Video Services, Inc., and subcontracted by
16    Diversified Reporting Services, Inc.
17              Counsel, please voice identify yourselves for
18    the record.
19              MR. NEWELL:  Walker Newell and Barrett Atwood
20    on behalf of the Securities and Exchange Commission.
21              MS. RIEWE:  And Julie Riewe and John Chisholm
22    from Debevoise & Plimpton, LLP, on behalf of Mr. Durban
23    and Karen King from Silver Lake also on behalf of Mr.
24    Durban.
25              MR. NEWELL:  Mr. Durban, please raise your
```

CONFIDENTIAL

Page 7

1    right hand.

2            Do you swear or affirm to tell the whole

3    truth -- the truth, the whole truth, and nothing but the

4    truth?

5            MR. PIERRE-DURBAN:  Yes.

6    Whereupon,

7                    EGON PIERRE-DURBAN

8    was called as a witness and, having been first duly

9    sworn, was examined and testified as follows:

10                   EXAMINATION

11           BY MR. NEWELL:

12       Q    Please state your full name, and spell your

13   name for the record.

14       A    Egon Durban.  Egon-Pierre Durban.  It's

15   hyphenated.  Can I put my hand down?

16       Q    Yes, please.

17       A    Okay.

18       Q    And could you spell that for the record,

19   please.

20       A    Yes.  E-g-o-n, dash, P-i-e-r-r-e; Durban,

21   D-u-r-b-a-n.

22           MR. NEWELL:  Thanks, Mr. Durban.

23           We're going to do another round of

24   introductions for the record.  So apologies for the

25   redundancy.

CONFIDENTIAL

Page 76

1          Q    Okay.  So we'll turn back to that one.

2               Did your call with Mr. Musk on the evening of

3     August 6 start at about 7:00 o'clock Pacific Daylight

4     Time?

5          A    Yes.

6          Q    Let's take a look at Exhibit 4.  You have that

7     in front of you.

8               That appears to be notes.  And again, it bears

9     Bates No. 1712 on the front page.

10              Do you recognize this document, Mr. Durban?

11         A    Yes.

12         Q    What is it?

13         A    These are my notes written down post call with

14    Mr. Musk.

15         Q    And there are three pages of these notes,

16    right?

17         A    Sorry.  And then the following -- so the first

18    page would be my notes following my call with Mr. Musk.

19              The second page would be the notes I made to

20    have a discussion with Mr. Musk prior to meeting with

21    him en route to the meeting.  So as I was flying down

22    from San Francisco to Los Angeles.

23              And the third page on August 15th would be my

24    notes for -- made flying, again, to meet Mr. Musk -- en

25    route to go meet Mr. Musk to structure my thoughts.

CONFIDENTIAL

1   phenomenal hardware invention and software invention to

2   their name. There's almost like a universe of like two

3   people or three people that have walked the planet and

4   done that.

5           He's obviously running one of the biggest

6   technology companies.  And for a CEO like this to reach

7   out to you saying, "I've spoken to multiple of your

8   CEOs," it's just an honor, and you're flattered.

9           So the other thing I observed for him -- and I

10  remember it -- is, if there was ever a company that, you

11  know, I think would benefit by being private, just given

12  all the volatility and sort of how he was experiencing

13  the media, said it was probably you, which I'll come

14  back to.

15          As I look at my notes, I recall him mentioning

16  a 20 percent premium, which at the time, you know, I

17  just assumed it to be a 20 percent premium to his

18  publicly traded stock price.

19          And then, as we go through this, he -- he

20  wasn't looking -- and it -- and this gets into sort of

21  the public, private aspect of what he was describing.

22          He wasn't looking for a change of control, per

23  se, in that -- you know, in our experience, usually when

24  something like this happens, there was -- there's sort

25  of a complete -- you know, either the CEO is looking to

CONFIDENTIAL

SEC-EPROD-000016602

Page 82

1  get more voting control, which is the case in Mr. Dell,

2  or you're fundamentally changing the equity ownership,

3  at least an institutional of the business.

4          So, you know, as I look at these notes, he

5  talked -- he had obviously thought about it.  And he

6  talked about having public investors in -- rolling into

7  a special purpose vehicle or being able to stay invested

8  in some way.  But he used the words "SPV."

9          He wanted to encourage investors to stay

10  investors in his company.  Again, something I'd never

11  heard before.

12          He had hired Steve Rosenblum from Wachtel and

13  a firm named Olson, I think it's Munger, to help advise

14  him.

15          And then these are sort of -- and then we --

16  we have -- in the top right here, we talked about -- he

17  mentioned Saudi Arabia being interested.  The United

18  Emirates/Qatar.  I can't remember if I wrote that down

19  or he wrote that down, in my recollection.

20      Q    You mean --

21      A    I can't remember if I said that -- those words

22  or if he -- if he had spoken to them or -- I just can't

23  remember.

24          And then the -- the -- the bottom half of

25  the -- or the last sort of -- whatever it is -- quarter

CONFIDENTIAL

Page 86

1    looking to replace them."

2        Q    Did he make any specific reference to

3    discussions he'd had with anyone representing the Saudi

4    Arabian government about an investment in Tesla?

5        A    I can't recall.

6        Q    Did the Public Investment Fund come up on the

7    call?

8        A    I can't recall.

9        Q    You're familiar with the Public Investment

10   Fund?

11       A    Yes.  They're -- they're an investor in

12   Endeavor.

13       Q    We'll call them the PIF for the remainder of

14   today, if it's all right with you.

15       A    Yes.

16       Q    It was your expectation at the outset of the

17   call, as Mr. Musk described his interest in a

18   going-private transaction, that the amount of capital

19   required for such a transaction was somewhere in the

20   ballpark of $50 billion; is that right?

21       A    I can't recall if we specifically talked about

22   a number amount of capital required for the transaction.

23   But the ballpark number would be -- that's exactly

24   right, with him rolling a significant stake.

25       Q    Did Mr. Musk explain to you in any further

Page 87

```
 1    detail how he envisioned the public equity rolling into
 2    private equity feature of his potential transaction
 3    working?
 4         A    The -- what I recall from the conversation I
 5    wrote down here, actually, which is he needed to keep
 6    the shareholder number below some amount, which I guess
 7    is 300.  And there -- he mentioned the word "special
 8    purpose vehicle." Again, I hadn't really thought of
 9    that.
10         Q    Who said you'd need to keep the shareholder
11    amount below 300, you or --
12         A    Mr.
13         Q    -- Mr. Musk?
14         A    Mr. Musk.  Mr. Musk.
15              Again, this is a structure -- I'll -- I'll
16    reiterate it for the record -- I'd never contemplated as
17    a way to finance a -- a going-private transaction.
18         Q    Were you familiar with the concept of a
19    special purpose vehicle, as Mr. Musk was using that term
20    in your conversation?
21         A    I mean, I know what a special purpose vehicle
22    is, yes.
23         Q    Did you know what he meant on the call,
24    though?
25         A    Not at all.
```

CONFIDENTIAL

1       Q    Did you ask any follow-ups to get a sense of

2   what -- what he was driving at?

3       A    No.

4       Q    Did you have an understanding on the call

5   of -- of why he raised the 300 shareholder amount on the

6   call?

7       A    No.

8       Q    But you do recall Mr. Musk making reference to

9   300 shareholders?

10      A    Yes.

11      Q    Stepping down a bit, you wrote:   "Major

12  investors to remain investors."

13           Do you see that piece of your notes?

14      A    Yes.

15      Q    Was that also part of what was said on the

16  call?

17      A    Yes.   It's the notion that his largest public

18  shareholders would remain -- or want to remain as

19  investors.

20           And then actually -- sorry.   This is --

21  conversation is like prompting my memory.

22           Several of them were already investors in

23  SpaceX.   And part of the conversation was him

24  juxtaposing how much he enjoyed the SpaceX sort of

25  governance and ownership structure relative to what he

CONFIDENTIAL

Page 89

1   was experiencing at Tesla.

2       Q    Do you recall Mr. Musk mentioning any specific

3   large institutional investors on the call?

4       A    Fidelity, T. Rowe -- I can't remember.  I -- I

5   can't remember specifically.  It -- the large branded

6   mutual funds that were crossover investors in SpaceX.

7   That's what I -- I mean, if I had to pull it up, that's

8   what it would be.

9       Q    Do you recall any discussion on the call with

10  Mr. Musk about the feasibility of large institutional

11  shareholders rolling over their stakes into a private

12  Tesla?

13      A    No.

14      Q    Did you have any reaction to that feature of

15  the transaction at the time of the call as he said that

16  to you?

17      A    I was listening -- my reaction was I was

18  listening.  I felt it was unprecedented.  I didn't

19  understand it.  And we needed to go study it before I

20  met with him --

21      Q    You weren't --

22      A    -- to see if it -- yeah.  See if it was

23  feasible.  I didn't want to comment on it.  He -- he had

24  seemed to have thought about it.

25      Q    Mr. Musk seemed confident in that potential

CONFIDENTIAL

Page 126

1    next in connection with going-private transaction.

2              You mentioned that there was a call or a

3    meeting scheduled for August 10th with Mr. Musk; is that

4    right?

5         A    Yes.

6         Q    Did that meeting ultimately take place?

7         A    Yes.

8         Q    Did you have any communications with Mr. Musk

9    or anyone else at Tesla between the time these tweets

10   came out on the morning of August 7th and that August

11   10th meeting?

12        A    I don't recall.  But if I did -- I didn't

13   speak with him.  It'd be in the text messages that you

14   have.

15        Q    Did you ever communicate with Mr. Musk via any

16   nontext message messaging application?

17        A    No.

18        Q    Did that August 10th meeting ultimately take

19   place?

20        A    Yes.

21        Q    Where was that held?

22        A    At his home.

23        Q    Were others from Silver Lake present?

24        A    No.

25        Q    Who else was present?

CONFIDENTIAL

Page 127

```
 1      A     Sam Teller.

 2      Q     Anyone from Goldman Sachs?

 3      A     No.

 4      Q     What had you done or had others at Silver Lake

 5   do between the morning of August 7th until August 10th

 6   to further your understanding of how this going-private

 7   transaction might work?

 8      A     We created a presentation on this -- that

 9   hopefully you've received.

10      Q     What was that presentation meant to convey at

11   a high level to Mr. Musk?

12      A     It was meant to convey sort of what you -- the

13   process you'd need to undertake, a few theories of

14   victory around transaction structure, you know, several

15   alternatives around how you'd try to go at it, the

16   process and sort of diligence that you would need to do

17   to raise the capital.

18            And I think, yeah, even some, you know, ideas

19   around how you'd raise the money.

20      Q     Did --

21      A     We -- we can pull the presentation and flip

22   through it if it's helpful.

23      Q     Did you contact any potential sources of

24   capital between the morning of August 7th and that

25   August 10th meeting to assess their interest in a
```

CONFIDENTIAL

SEC-EPROD-000016648

```
 1                    PROOFREADER'S CERTIFICATE

 2

 3  In The Matter of:    TESLA MOTORS, INC.

 4  Witness:             Egon Pierre-Durban

 5  File Number:         SF-04082-A

 6  Date:                Wednesday, September 12, 2018

 7  Location:            San Francisco, CA

 8

 9            This is to certify that I, Maria E. Paulsen,

10  (the undersigned), do hereby swear and affirm that the

11  attached proceedings before the U.S. Securities and

12  Exchange Commission were held according to the record and

13  that this is the original, complete, true and accurate

14  transcript that has been compared to the reporting or

15  recording accomplished at the hearing.

16

17                                      9/13/2018

18  (Proofreader's Name)                (Date)

19

20

21

22

23

24

25
```

CONFIDENTIAL

```
 1    STATE OF CALIFORNIA                        )ss.

 2    COUNTY OF SAN FRANCISCO                     )

 3            I, SUZANNE I. ANDRADE, CSR NO. 10682, a

 4    Certified Shorthand Reporter of the State of California,

 5    do hereby certify:

 6            That the foregoing proceedings were taken

 7    before me at the time and place herein set forth; that

 8    any witnesses in the foregoing proceedings, prior to

 9    testifying, were placed under oath; that a verbatim

10    record of the proceedings was made by me using machine

11    shorthand which was thereafter transcribed under my

12    direction; further, that the foregoing is an accurate

13    transcription thereof.

14            I further certify that I am not interested in

15    the outcome of said action nor connected with, nor

16    related to, any of the parties in said action, nor to

17    their respective counsel.

18            IN WITNESS WHEREOF, I have hereunto

19    set my hand and affixed my signature this

20    13th day of September, 2018.

21

22

23            SUZANNE I. ANDRADE, CSR 10682

24

25
```

171

CONFIDENTIAL

SEC-EPROD-000016693