EXHIBIT 107

**Exhibit 107**

Message

**From:** Sam Teller [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3BBD88993S194BE5BF3603889339F2AE-SAM TELLER]

**Sent:** 3/2/2017 11:48:31 PM

**To:** Emma Gallagher [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f89f0e82b3884bf1b4dd8ded11a8e99d-
Emma Gallag]

**Subject:** Re: OpenAI Funding

Yes

On Mar 2, 2017, at 3:45 PM, Emma Gallagher <emma@tesla.com> wrote:

Just making sure that Yasir was the one he called on his own last Tuesday right?

---

**From:** Elon Musk <erm@spacex.com>
**Date:** Thursday, February 23, 2017 at 4:19 AM
**To:** Yasir AlRumayyan <yalrumayyan@pif.gov.sa>
**Cc:** Turqi Alnowaiser <Talnowaiser@pif.gov.sa>, Saad AlJarboa <saljarboa@pif.gov.sa>, EMDesk <emdesk@spacex.com>
**Subject:** Re: OpenAI Funding

Perhaps we can talk by phone in the next few days.

On Feb 22, 2017, at 10:06 AM, Yasir AlRumayyan <yalrumayyan@pif.gov.sa> wrote:

Dear Elon,

I hope my note finds you well. I am writing to follow up on the subject of PIF funding OpenAI, which we discussed during our meeting in San Francisco. How should we proceed on this?

Best,
Yasir

"Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). يحتوي هذا البريد الإلكتروني بما في ذلك أي مرفقات على معلومات سرية وقد تكون محمية بموجب القانون. يرجى العلم أنه إذا لم تكن الشخص المقصود استلام هذا البريد فإنه يمنع منعاً باتاً مراجعة أو استخدام أو الإفصاح عن محتوى هذا البريد أو توزيعه. في حال استلامك لهذا البريد عن طريق الخطأ يرجى إبلاغ المرسل والقيام بإتلاف جميع النسخ. إن المعلومات والآراء الواردة في هذا البريد الإلكتروني تخص المرسل ولا تعكس بالضرورة وجهة نظر صندوق الاستثمارات العامة"

TSLA_PROD0024167
TESLA_LITTLETON_00003901

Confidential - Rule 6e Materials
CONFIDENTIAL

قمد ادرالها الموجودة الدسستج جه يري لا لاف الاو ك ترذي و ال يزد ها عاى الرد طرف عن الترسل اخطار ذرحو ا لحت ثي يد ب4ه ص ر2 2صرحات

قمد ادرالها الموجودة الدسستج جه يري وال ك ترذي و ال يزد ها عاى الرد ضرورة لك مث ي لا بالترسل خاصةال ر سلاةو يا مثكوردوالاز ا م ال تصرد حات

الا سد ثلات ح ندوق اه ب د ال ضرورة لك مث ي لا

.. علقة الا س د ثلات