EXHIBIT 149

| | |
|---|---|
| From: | Brian Joyce [Brian.Joyce@nasdaq.com] |
| Sent: | 8/7/2018 12:39:20 PM |
| To: | Aaron Chew [achew@tesla.com]; Martin Viecha [mviecha@tesla.com] |
| CC: | Charles Brown [Charles.Brown@nasdaq.com]; Steven Brown [Steven.Brown@nasdaq.com]; Chris Dearborn [Chris.Dearborn@nasdaq.com] |
| Subject: | Nasdaq MID - TSLA expected to resume trading at 3:45pm |

Martin / Aaron,

TSLA is expected to resume trading at 3:45.  At 3:40 we will begin showing opening indications.  I will keep you both up.

Brian

**Brian F. Joyce, CMT**
Managing Director
Market Intelligence Desk



| | |
|---|---|
| Desk | + 1 888 437 5242 |
| Mobile | 646 346 3184 |
| Email | brian.joyce@nasdaq.com |
| Address | 4 Times Square, New York, NY 10036 |

    

rewritetomorrow.com

*******************************************
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information.  Personal data in this email is governed by our Privacy Policy at  http://business.nasdaq.com/privacy-statement  unless explicitly excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data.  If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
*******************************************

Exhibit 149