EXHIBIT 204

| | |
|---|---|
| **From**: | Ilene Taylor [Ilene.Taylor@nasdaq.com] |
| **Sent**: | 8/7/2018 11:09:29 AM |
| **To**: | Aaron Chew [achew@tesla.com] |
| **Subject**: | RE: Please call Nasdaq MarketWatch as soon as possible |
| **Importance**: | High |

Dear Mr. Chew,

Nasdaq has implemented a trading halt in TSLA as of 2:08 p.m. ET.  Please call me as soon as possible to discuss.

Sincerely,

**Ilene G. Taylor**
Associate Director
MarketWatch



**Desk**      + 1 301 978 8525
**Main**      + 1 800 537 3929 or +1 800 211 4953

---

**From:** Ilene Taylor
**Sent:** Tuesday, August 07, 2018 2:04 PM
**To:** 'achew@tesla.com'
**Subject:** RE: Please call Nasdaq MarketWatch as soon as possible
**Importance:** High

Dear Mr. Chew,

I am just following up regarding our prior conversation.  It looks like there is now an additional tweet.

Thanks,

**Ilene G. Taylor**
Associate Director
MarketWatch



**Desk**      + 1 301 978 8525
**Main**      + 1 800 537 3929 or +1 800 211 4953

---

**From:** Ilene Taylor
**Sent:** Tuesday, August 07, 2018 1:49 PM
**To:** 'achew@tesla.com'
**Subject:** Please call Nasdaq MarketWatch as soon as possible
**Importance:** High

Dear Mr. Chew,

**Exhibit 204**

Please call me as soon as possible as I would like to discuss the trading activity and the information in the market regarding Mr. Musk's tweet.

Sincerely,

**Ilene G. Taylor**
Associate Director
MarketWatch



| | |
|---|---|
| **Desk** | + 1 301 978 8500 |
| **Main** | + 1 800 537 3929 or +1 800 211 4953 |
| **Email** | Ilene.taylor@nasdaq.com |
| **Address** | 805 King Farm Boulevard Rockville, MD 20850 |

    

rewritetomorrow.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIALITY AND PRIVACY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient and may constitute non-public information.  Personal data in this email is governed by our Privacy Policy at  http://business.nasdaq.com/privacy-statement  unless explicitly excluded from it; please see the section in the policy entitled "Situations Where This Privacy Policy Does Not Apply" for circumstances where different privacy terms govern emailed personal data.  If you received this e-mail in error, disclosing, copying, distributing or taking any action in reliance of this e-mail is strictly prohibited and may be unlawful. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive any work product or other applicable legal privilege(s) by the transmission of this message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*