EXHIBIT 265

# FW: Titanium materials

| | |
|---|---|
| From: | "Dees, Dan [IBD]" <dan.dees@ny.ibd.email.gs.com> |
| To: | Orbit Drive <orbitdrive@securedocs.gs.com> |
| Date: | Wed, 15 Aug 2018 16:47:59 -0700 |
| Attachments: | 2018-08-15 Materials v16.pdf (635.13 kB) |

From: Dong, Brian [IBD]
Sent: Wednesday, August 15, 2018 5:30:38 PM
To: Dees, Dan [IBD]; Britton, Sam [IBD]
Cc: Watson, Simon R. [IBD]; Tenenbaum, Kurt [IBD]; Shanahan, Michael H [IBD]; Cohn, Michael [IBD]; Buddin, Chris [IBD]; Tang, Felicity [IBD]
Subject: Titanium materials

Current draft. Doing final reviews but given your travel window wanted to send now.

Sam we'll print hard copies for your reference and have them sent to your hotel.

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unintended recipients are prohibited from taking action on the basis of information in this e-mail.
E-mail messages may contain computer viruses or other defects, may not be accurately replicated on other systems, or may be intercepted, deleted or interfered with without the knowledge of the sender or the intended recipient. If you are not comfortable with the risks associated with e-mail messages, you may decide not to use e-mail to communicate with Goldman Sachs.
Goldman Sachs reserves the right, to the extent and under circumstances permitted by applicable law, to retain, monitor and intercept e-mail messages to and from its systems. See the http://www.gs.com/disclaimer/atg/ for important information regarding this message and your reliance on information contained in it.

Your Personal Data: We may collect and process information about you that may be subject to data protection laws. For more information about how we use and disclose your personal data, how we protect your information, our legal basis to use your information, your rights and who you can contact, please refer to: www.gs.com/privacy-notices

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.

CONFIDENTIAL

GSGTSLA-0000989
SEC-EPROD-000005826



Preliminary & Confidential Draft

INVESTMENT BANKING
DIVISION

# Discussion Materials

## Project Titanium

**Goldman Sachs & Co. LLC**

August 15, 2018

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.     GSGTSLA-0000990

SEC-EPROD-000005827

CONFIDENTIAL

> Preliminary & Confidential Draft

# Potential Investor Universe
## Preliminary Target List

INVESTMENT BANKING DIVISION

| Ticket Size | Sovereign Wealth / Pension | Family Office | Sponsors / PE | Crossover | Strategic |
|---|---|---|---|---|---|
| Greater than $1 billion | ADIA<br>ADIC<br>CDPQ<br>CIC<br>CPPIB<br>GIC<br>Hong Kong Monetary Authority<br>Khazanah<br>Mubadala<br>National Council for Social Security Fund (China)<br>Norges Bank<br>OTPP<br>PSP<br>Public Investment Fund (PIF)<br>Rosewood / SAFE<br>SAMA<br>Temasek | Access Industries (Blavatnik)<br>Cascade Investments (Gates)<br>ICONIQ (Facebook founders)<br>Inbursa (Slim)<br>Madrone (Walton)<br>MSD (Dell)<br>Soros Fund<br>Vulcan (Allen) | Apollo Management<br>Blackstone<br>Berkshire (Buffett)<br>Carlyle<br>KKR<br>RRJ Capital<br>Silver Lake<br>TPG Capital | Alliance Bernstein<br>Baillie Gifford<br>BlackRock<br>Capital Group<br>Discovery Capital<br>Dragoneer<br>Fidelity<br>Franklin Templeton<br>Jennison<br>JPMorgan AM<br>MS Investment Management<br>Neuberger Berman<br>Susquehanna<br>T Rowe Price<br>Wellington | Alibaba<br>Alphabet<br>Amazon<br>Alibaba<br>Baidu<br>Facebook<br>Fosun<br>JD.com<br>Microsoft<br>Samsung<br>Softbank<br>Tencent |

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.            GSGTSLA-0000991

SEC-EPROD-000005828
CONFIDENTIAL



**Preliminary & Confidential Draft**

# Potential Investor Universe *(Cont'd)*
## Preliminary Target List

INVESTMENT BANKING DIVISION

| Ticket Size | Sovereign Wealth / Pension | Family Office | | Sponsors / PE | Crossover | Strategics |
|---|---|---|---|---|---|---|
| Sub $1 billion | • AIMCo<br>• APG<br>• AustralianSuper<br>• Bank of Japan<br>• BCIMC<br>• CalPERS<br>• Central Provident Fund (Singapore)<br>• Danica Pension<br>• Federal Retirement Thrift Investment Board<br>• Future Fund<br>• Government Pension Investment Fund, Japan<br>• HOOPP<br>• Japan Post<br>• KIC<br>• Mumtalakat<br>• National Pension Service (Korea)<br>• New Zealand Superannuation<br>• OMERS<br>• OPTrust<br>• OSOOL<br>• PensionDanmark<br>• PFA Pension<br>• PGGM<br>• SF City Government<br>• Victorian Funds Management Corp | • Aurum Partners (York)<br>• AC Limited<br>• Appaloosa (Tepper)<br>• Bayshore (Brin)<br>• Belzberg & Co. (Belzberg / Zelnick)<br>• Bezos Expeditions<br>• Blue Pool (Ma/Tsai)<br>• Bregal (Brenninkmeijer)<br>• Chow Tai Fook<br>• Cohen Private Ventures<br>• Domo Investments (de Clerck)<br>• Emerson Collective (Jobs)<br>• Equity Group Investments (Zell)<br>• Freemark Partners (Marks)<br>• Heineken (de Carvalho)<br>• Groupe Arnault<br>• Hillspire (Schmidt)<br>• Horizon Ventures (Li)<br>• Inter IKEA (Kamprad)<br>• Kingdom Holdings<br>• Kuok family<br>• Kwok family<br>• Larry Ellison | • Longview (Crown)<br>• LK Advisers (Mittal)<br>• Meritage (Simons)<br>• Mousse Partners (Wertheimer)<br>• Olayan<br>• OW Management (Winfrey)<br>• Patricia Industries (Wallenberg)<br>• Peter Thiel<br>• PremjiInvest<br>• Pritzker Group<br>• Pritzker Organization<br>• Quadrant (Santo Domingo)<br>• RIT (Rothschild)<br>• Safra<br>• Stone Canyon (Milken)<br>• Tom Steyer<br>• Talpion (Swieca)<br>• Tao Capital (Pritzker)<br>• Tresalia (Aramburuzabala)<br>• Triangle Peak (Morgan)<br>• Virgin (Branson)<br>• Wildcat (Bonderman)<br>• Willett (Bloomberg)<br>• Willoughby (Och) | • Apax Partners<br>• Advent International<br>• Bain Capital<br>• CapitalG<br>• CICC<br>• CVC<br>• General Atlantic<br>• GS Investment Partners<br>• GTCR<br>• Hellman & Friedman<br>• HarbourVest<br>• Hillhouse<br>• Hony Capital<br>• Insight Venture Partners<br>• Macquarie<br>• Oaktree<br>• Primavera<br>• Providence Equity<br>• Summit Partners<br>• TA Associates<br>• Thoma Bravo<br>• Vista Equity Partners<br>• Warburg Pincus | • Anchorage<br>• Baupost<br>• Coatue<br>• GSAM<br>• Highfields<br>• Landsdowne<br>• Lone Pine Capital<br>• Putnam Investments<br>• Sands Capital<br>• TIAA / Nuveen<br>• Tudor Investment Corp<br>• Wafra | • Allianz<br>• AXA<br>• LG<br>• Naspers<br>• Panasonic |

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.                                    GSGTSLA-0000992



**Preliminary & Confidential Draft**

# Top Titanium Shareholders

INVESTMENT BANKING DIVISION

- T. Rowe, Fidelity, Baillie Gifford, Tencent, and Saudi PIF (not shown) own ~35% of shares outstanding
- A number of Titanium's top investors have track records of owning stakes in private companies

| Name | Investor Type | Active in Privates | Latest Position Shares (mm) | % Out[1] |
|---|---|---|---|---|
| EM[2] | Insider | | 33.6 | 19.7 % |
| T. Rowe Price Associates | Active | ✓ | 15.6 | 9.2 |
| Fidelity Management & Research Company | Active | ✓ | 14.0 | 8.2 |
| Baillie Gifford & Co. | Active | ✓ | 13.2 | 7.7 |
| Tencent Holdings | Strategic | ✓ | 8.3 | 4.9 |
| The Vanguard Group | Index | | 7.1 | 4.2 |
| Capital World Investors | Active | ✓ | 4.4 | 2.6 |
| BlackRock Institutional Trust Company | Index | | 4.4 | 2.6 |
| Jennison Associates | Active | ✓ | 3.2 | 1.9 |
| CTC myCFO | Active | | 3.2 | 1.9 |
| Capital International Investors | Active | ✓ | 2.6 | 1.5 |
| State Street Global Advisors (US) | Index | | 2.5 | 1.5 |
| Baron Capital Management | Active | | 1.7 | 1.0 |
| Invesco PowerShares Capital Management | Index | | 1.4 | 0.8 |
| Susquehanna International Group | Active | ✓ | 1.3 | 0.7 |
| PRIMECAP Management Company | Active | | 1.1 | 0.6 |
| Geode Capital Management | Index | | 1.0 | 0.6 |
| Fidelity Management & Research (Hong Kong) | Active | | 0.9 | 0.5 |
| Deutsche Asset Management Americas | Active | | 0.8 | 0.5 |
| Allianz Global Investors U.S. | Active | | 0.8 | 0.5 |
| Norges Bank Investment Management (NBIM) | Active | ✓ | 0.8 | 0.5 |
| Nuveen | Active | | 0.8 | 0.5 |
| Mitsubishi UFJ Trust and Banking Corporation | Active | | 0.7 | 0.4 |
| Northern Trust Investments | Index | | 0.7 | 0.4 |
| BNY Mellon Asset Management North America | Index | | 0.6 | 0.4 |
| **Top 25 Shareholders** | | | **124.7** | **73.1 %** |

Source: Thomson
Note: Not pro forma for Saudi PIF investment.
[1] Based on 170.6mm total basic shares outstanding.
[2] Represents basic share ownership. Excludes options.

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.   GSGTSLA-0000993

SEC-EPROD-000005830
CONFIDENTIAL



# Private Investment Policies for Top Titanium Active Funds
($ in millions)

**Preliminary & Confidential Draft**

INVESTMENT BANKING DIVISION

Many of the top funds holding Titanium's stock have significant capacity to hold additional illiquid assets. However, the value of these funds' current Titanium holdings is large relative to the total amount of non-traded Level 3 assets held by these funds

| # | Fund | Parent Firm | Titanium Position % OS | Titanium Position Shares | Titanium Position Value[1] | Equity Assets | Restrictions on Illiquid Investments | Max Illiquid Assets[2] | Level 3 Assets[3] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | T. Rowe Price Growth Stock Fund | T. Rowe Price | 2.1 % | 3.5 | $ 1,486 | $ 53,107 | 15% or less of assets | $ 7,966 | $ 692 |
| 2 | American Funds New Perspective Fund | Capital International Investors | 1.5 | 2.6 | 1,100 | 75,981 | 15% or less of assets | 11,397 | 0 |
| 3 | JNL/American Funds Growth Fund | Capital World Investors | 1.1 | 1.8 | 761 | 22,769 | 15% or less of assets | 3,415 | N/A |
| 4 | Fidelity Blue Chip Growth Fund | Fidelity | 1.0 | 1.8 | 742 | 24,840 | 10% or less of assets | 2,484 | 495 |
| 5 | Fidelity Growth Company Fund | Fidelity | 1.0 | 1.7 | 721 | 43,166 | 10% or less of assets | 4,317 | 1,333 |
| 6 | Scottish Mortgage Investment Trust PLC | Baillie Gifford | 1.0 | 1.7 | 719 | 8,141 | 25% or less of assets | 2,035 | 1,409 |
| 7 | Harbor Capital Appreciation Fund | Jennison Associates | 1.0 | 1.7 | 708 | 30,593 | 15% or less of assets | 4,589 | 0 |
| 8 | Fidelity Contrafund | Fidelity | 0.9 | 1.6 | 666 | 123,853 | 10% or less of assets | 12,385 | 1,591 |
| 9 | Vanguard International Growth Fund | Schroder Investment Management | 0.9 | 1.5 | 638 | 35,814 | 15% or less of assets | 5,372 | 317 |
| 10 | Fidelity OTC Portfolio | Fidelity | 0.9 | 1.5 | 628 | 19,527 | 15% or less of assets | 2,929 | 0 |
| 11 | T. Rowe Price Blue Chip Growth Fund | T. Rowe Price | 0.8 | 1.3 | 545 | 53,838 | 15% or less of assets | 8,076 | 0 |
| 12 | Baron Partners Fund | Baron Capital Management | 0.7 | 1.1 | 386 | 2,405 | 15% or less of assets | 361 | 92 |
| 13 | Statens Pensjonsfond Utland | Norges Bank Investment Management | 0.5 | 0.8 | 341 | 682,551 | N/A | N/A | N/A |
| 14 | Baillie Gifford Long Term Global Growth Investment Fund | Baillie Gifford | 0.4 | 0.7 | 305 | 4,258 | N/A | N/A | 0 |
| 15 | T. Rowe Price Institutional Large-Cap Growth Fund | T. Rowe Price | 0.4 | 0.7 | 295 | 18,125 | 15% or less of assets | 2,719 | 155 |
| 16 | Fidelity Information Technology Central Fund | Fidelity | 0.4 | 0.6 | 263 | 4,813 | 10% or less of assets | 481 | 54 |
| 17 | Vanguard Capital Opportunity Fund | PRIMECAP Management Company | 0.4 | 0.6 | 258 | 16,003 | 15% or less of assets | 2,401 | 0 |
| 18 | JNL/T. Rowe Price Established Growth Fund | T. Rowe Price | 0.3 | 0.6 | 234 | 8,983 | 15% or less of assets | 1,347 | 69 |
| 19 | American Century Ultra Fund | American Century | 0.3 | 0.5 | 226 | 11,383 | 15% or less of assets | 1,707 | 0 |
| 20 | T. Rowe Price Global Technology Fund | T. Rowe Price | 0.3 | 0.5 | 212 | 6,509 | 15% or less of assets | 976 | 11 |
| 21 | Stichting Pensioenfonds ABP | APG Asset Management | 0.3 | 0.5 | 210 | 170,830 | N/A | N/A | N/A |
| 22 | Fidelity Select Technology Portfolio | Fidelity (Hong Kong) Limited | 0.3 | 0.5 | 206 | 6,138 | 10% or less of assets | 614 | 69 |
| 23 | Fidelity Series Growth Company Fund | Fidelity | 0.3 | 0.5 | 200 | 12,099 | 10% or less of assets | 1,210 | 305 |
| 24 | Fidelity Series Blue Chip Growth Fund | Fidelity | 0.3 | 0.4 | 188 | 5,960 | 10% or less of assets | 596 | 219 |
| 25 | Baillie Gifford American Fund | Baillie Gifford | 0.2 | 0.4 | 151 | 1,928 | N/A | N/A | 0 |
| 26 | Florida State Board Administration Fund | Florida State Board of Administration | 0.2 | 0.3 | 126 | 88,951 | N/A | N/A | N/A |
| 27 | Prudential Jennison Growth Fund | Jennison Associates | 0.2 | 0.3 | 120 | 4,964 | 15% or less of assets | 745 | 0 |
| 28 | JPMorgan Large Cap Growth Fund | JP Morgan Asset Management | 0.2 | 0.3 | 111 | 14,334 | 15% or less of assets | 2,150 | 0 |
| 29 | PRIMECAP Odyssey Aggressive Growth Fund | PRIMECAP Management | 0.2 | 0.3 | 111 | 10,915 | 15% or less of assets | 1,637 | 23 |
| 30 | Fidelity Stock Selector All Cap Fund | Fidelity | 0.2 | 0.3 | 111 | 9,953 | 10% or less of assets | 995 | N/A |
| 31 | TD Science & Technology Fund | T. Rowe Price | 0.1 | 0.2 | 87 | 631 | N/A | N/A | 2 |
| 32 | Fidelity Advisor New Insights Fund | Fidelity | 0.1 | 0.2 | 86 | 26,860 | 15% or less of assets | 4,029 | 415 |
| 33 | Vanguard Morgan Growth Fund | Wellington Management | 0.1 | 0.2 | 83 | 13,986 | 15% or less of assets | 2,098 | 0 |
| 34 | CREF Stock Account | Nuveen | 0.1 | 0.2 | 81 | 121,648 | 10% or less of assets | 12,165 | 15 |
| 35 | T. Rowe Price Science & Technology Fund | T. Rowe Price | 0.1 | 0.2 | 71 | 5,635 | 15% or less of assets | 845 | 62 |

[1] Value at $420 per share offer price.
[2] Calculation Based on Equity Assets for illustrative purposes.
[3] Level 3 assets based on latest filings. Represents restricted investments when Level 3 assets is not available.

- After excluding investors that are either not permitted to hold illiquid investments or do not disclose restrictions on illiquid investments, the remaining 29 funds hold $12.0bn of Titanium stock
- Of this amount, $7.3bn is held by funds which have existing "Level 3" illiquid assets

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.    GSGTSLA-0000994

SEC-EPROD-000005831

CONFIDENTIAL

Preliminary & Confidential Draft

# Key Process Steps

INVESTMENT BANKING DIVISION

### Pre-Offer
- Initial Outreach
- Solicit Interest From Equity Participants

**Potential Equity Build Sequence**
1) Confirm Anchor investors (e.g. Tencent, PIF)
2) Confirm largest public institutions (e.g. Fidelity, T.Rowe, Baillie Gifford)
3) Reach out to larger list of potentially interested existing shareholders to roll
4) Collect signed commitment documents and prepare proposal

### Initial Offer
- Due Diligence
- Negotiation of Definitive Agreement and Other Terms

### Special Committee Approval
- Sign Definitive Agreement
- File Proxy

### Shareholder Vote
- Transaction Close

5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.    GSGTSLA-0000995

SEC-EPROD-000005832
CONFIDENTIAL

Preliminary & Confidential Draft

## Existing Investor Participation Impact on Financing Need
($ in billions)

INVESTMENT BANKING DIVISION

### Shareholder Overview

| | Shares |
|---|---|
| T. Rowe, Fidelity, Baillie Gifford | 42.8 |
| Tencent & Saudi PIF | 16.9 |
| Total Top 5 | 59.6 |
| Other Active | 38.7 |
| Passive | 21.3 |
| Elon | 33.6 |
| Insider ex-Elon | 1.0 |
| Retail / Other | 16.3 |
| Total Basic Shares | 170.6 |
| Total Dilution | 12.9 |
| Fully Diluted Shares | 183.5 |

### Incremental Equity Need Build

| Total Uses | |
|---|---|
| Equity Value at $420/share | $ 77.1 |
| Recourse Debt | 7.7 |
| Total Uses | $ 84.8 |

| Total Financing Sources / Need | |
|---|---|
| (-) EM, Insiders, & Employees (100% Roll) | $ 19.9 |
| (-) New / Rolled / Refinanced Recourse Debt | 7.7 |
| Equity Funding Required Before Investor Roll | $ 57.2 |
| (-) Tencent and Saudi PIF (20% of OS) | $ 28.7 |
| (-) T.Rowe, Fidelity, Baillie Gifford (50% Roll) | 9.0 |
| (-) Other Non-Index Investors (50% Roll) | 11.6 |
| Incremental Financing Need | $ 7.9 |

### Incremental Equity Need Sensitivity

% of Other Non-Index Investors Rolling

| Tencent and Saudi PIF % OS | 0.0 % | 25.0 % | 50.0 % | 75.0 % |
|---|---|---|---|---|
| 5.0 % | $ 41.0 | $ 35.2 | $ 29.4 | $ 23.7 |
| 10.0 % | 33.8 | 28.1 | 22.3 | 16.5 |
| 15.0 % | 26.7 | 20.9 | 15.1 | 9.3 |
| 20.0 % | 19.5 | 13.7 | 7.9 | 2.2 |

Note: Assumes non-recourse debt remains outstanding; does not include the impact of debt take-out.

6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.   GSGTSLA-0000996

SEC-EPROD-000005833

CONFIDENTIAL



## Capital Structure Impact

Preliminary & Confidential Draft

INVESTMENT BANKING
DIVISION

- The specific deal structure and transaction consideration will influence the change of control treatment across Titanium's various debt tranches

    — Converts will be taken out for cash or converted into underlying transaction consideration

    — Potential to structure transaction to allow HY notes to remaining outstanding and avoid breakage costs (~$130mm)

    — Titanium will need an amendment from its ABL bank group to waive the credit agreement change of control, which is very achievable

    — Potential for project debt and lease facilities to remain in place

- Call spreads associated with the convertible instruments would unwind, potentially resulting in additional value paid by / received from Titanium

- Traditional recourse debt (including HY, converts, ABL) will be sized at least at current level (~$8bn)

- Preferred instruments and common equity will fund the remaining financing need

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.                    GSGTSLA-0000997

SEC-EPROD-000005834
CONFIDENTIAL



**Preliminary & Confidential Draft**

# Titanium Change of Control
## Preliminary Covenant Analysis

INVESTMENT BANKING DIVISION

| Debt Facility | Amount ($m) | Requires Backstop? | Change of Control | Treatment |
|---|---|---|---|---|
| Senior Unsecured Notes | $1,800 | Potentially | Dual trigger<br>1. Change of Control (50% of Voting Stock or merger) <u>and</u><br>2. Downgrade / withdrawal of Senior Note Ratings by **both** Moody's and S&P below the lower of:<br>— Status quo (currently Caa1 / B-) or<br>— Original bond ratings (B3 / B-) | We believe it may be possible for the Senior Notes to remain outstanding by structuring around both trigger 1 and 2, subject to further diligence<br>— Avoids make-whole payment (~$130 million at 12/31/18) |
| Non-Recourse Debt (various) | $3,227 | Unlikely | Change of control definition typically does not contemplate equity ownership changes | Potential to remain in place, subject to receipt of and review of all documents not already in public domain |
| Asset Based Credit Facility (ABL) | $1,925 | Yes | Single trigger<br>— Expected to be cross-triggered by Make-Whole Fundamental Change under Permitted Convertible Notes | Change of control waiver achieved with consent from majority of lenders (50.1% of commitments outstanding) |
| Titanium Convertible Notes | $3,278 | Yes | Single trigger<br>— Delisting of common stock constitutes a Make-Whole Fundamental Change | Holders may elect to either:<br>— Convert into the underlying transaction consideration at an increased conversion rate, or<br>— Put the Convertible Notes at par |
| Solar Convertible Notes | $899 | Yes | Single trigger<br>— Delisting of common stock constitutes a Make-Whole Fundamental Change | Put the Convertible Notes at par |

8

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.   GSGTSLA-0000998

SEC-EPROD-000005835

CONFIDENTIAL

Preliminary & Confidential Draft

 **Illustrative Cost of Convertible Note Repurchase**  INVESTMENT BANKING DIVISION
**Excluding Impact of Call Spread Unwinds**

---

Upon a Change of Control for cash consideration, Titanium would need to repurchase Solar Convertible Notes at par for ~$899mm and Titanium Convertibles, inclusive of a make whole adjustment, would become convertible into ~$4.2bn or cash

| Assumptions | Convertible Cost Under a Change of Control |
|---|---|

**Global Assumptions:**
- All outstanding Titanium and Solar Convertibles in a Change of Control scenario are tendered for repurchase or converted into cash

**Titanium Convertible Notes:**
- Titanium Convertible Notes are converted into cash with an illustrative make-whole adjustment based on an assumed stock price of $420 per share
- Convertible Notes considered:
  - $920mm, 0.250% Convertible Senior Notes due 2019
  - $1,380mm, 1.250% Convertible Senior Notes due 2021
  - $978mm, 2.375% Convertible Senior Notes due 2022

**Solar Convertible Notes:**
- Assumes all Solar bonds are repurchased at par given they are out-of-the-money
- Convertible Notes considered:
  - $230mm, 2.750% Convertible Senior Notes due 2018 (November)
  - $566mm, 1.630% Convertible Senior Notes due 2019
  - $103mm, 0.000% Convertible Senior Notes due 2020

**Solar – Repurchased at Par**

- Cash at Par: $230mm + $566mm + $103mm = **$899mm**

**Titanium – Repurchased with Make Whole**

**Illustrative Make Whole Building Blocks:**



Initial Conv. Ratio + MW Adj.[1] × Stock Price × No. of Bonds = Total Cost

- 2019: [ 2.7788 + 0.0872 ] * $420 * 920k = $1.1bn
- 2021: [ 2.7788 + 0.2888 ] * $420 * 1,380k = $1.8bn
- 2022: [ 3.0534 + 0.1621 ] * $420 * 978k = $1.3bn
- Total: **$4.2bn**

Source: Bloomberg and company filings
Note: Analysis included herein has been provided for illustrative purposes only
[1] Make whole ("MW") adjustments have been estimated based on a weighted average of publically disclosed make whole tables assuming a stock price of $420 per share and the bonds being repurchased on 15-Aug-2018.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.   GSGTSLA-0000999

SEC-EPROD-000005836
CONFIDENTIAL



## Key Next Steps

*Preliminary & Confidential Draft*

INVESTMENT BANKING DIVISION

1. Confirm Protocol for Information Exchange with Special Counsel

2. Deeper Dive on Potential Debt Structure, CoC Impact, and Financing Plan

3. Develop Strategy Regarding Existing Investor Rollover

4. Draft Marketing Materials and Form Plan to Field Investor Interest

10

FOIA CONFIDENTIAL TREATMENT REQUESTED BY THE GOLDMAN SACHS GROUP, INC.    GSGTSLA-0001000

SEC-EPROD-000005837

CONFIDENTIAL