EXHIBIT V

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| In re Tesla, Inc. Securities Litigation | ) ) ) ) | Case No. 18-CV-04865 (EMC) |

**REPORT OF DANIEL R. FISCHEL**

**November 8, 2021**

## I.    QUALIFICATIONS

1.    I am President and Chairman of Compass Lexecon, a consulting firm that specializes in the application of economics to a variety of legal and regulatory issues.  I am also the Lee and Brena Freeman Professor of Law and Business Emeritus at The University of Chicago Law School.  I have served previously as Dean of The University of Chicago Law School, Director of the Law and Economics Program at The University of Chicago, and as Professor of Law and Business at The University of Chicago Graduate School of Business (by courtesy), the Northwestern University Law School, and the Kellogg School of Management at Northwestern University (by courtesy).

2.    Both my research and teaching have concerned the economics of corporate law and financial markets.  I have published approximately fifty articles in leading legal and economics journals and am coauthor, with Judge Frank Easterbrook of the Seventh Circuit Court of Appeals, of the book The Economic Structure of Corporate Law (Harvard University Press). Courts of all levels, including the Supreme Court of the United States, have cited my articles as authoritative.  My curriculum vitae, which contains a list of my publications, is attached hereto as **Appendix A**.

3.    I have served as a consultant or advisor on economic issues to, among others, the United States Department of Justice, the United States Securities and Exchange Commission, the National Association of Securities Dealers, the New York Stock Exchange, the Chicago Board of Trade, the Chicago Board Options Exchange, the Chicago Mercantile Exchange, the New York Mercantile Exchange, the United States Department of Labor, the Federal Deposit Insurance Corporation, the Resolution Trust Corporation, the Federal Housing Finance Agency, and the Federal Trade Commission.

4.      I am a member of the American Economic Association and the American Finance Association.  I am also a former member of the Board of Governors of the Becker Friedman Institute at The University of Chicago, a former Advisor to the Corporate Governance Project at Harvard University, a former member of the Board of Directors of the Center for the Study of the Economy and the State at The University of Chicago, and former Chairman of the American Association of Law Schools' Section on Law and Economics.  I have testified as an expert witness in multiple proceedings in federal and state courts across the country, as detailed in **Appendix A**.

5.      I am being compensated for my work in this matter at my current hourly rate, which is $1,750.  In addition, professional staff members at Compass Lexecon performed research and other support work for me under my direction at hourly rates ranging from $250 to $1,050.  Neither my fees nor Compass Lexecon's fees are contingent upon the conclusions I reach or on the outcome of this matter.

## II.      INTRODUCTION AND SUMMARY OF CONCLUSIONS

6.      Tesla, Inc. ("Tesla" or the "Company") designs, develops, manufactures, and sells high-performance fully electric vehicles and energy generation and storage systems, among other things.[1]  As of December 31, 2017, Tesla produced and sold three fully electric vehicles:  the Model S sedan, the Model X sport utility vehicle, and the Model 3 sedan.[2]  The Company's stock has traded on the NASDAQ Global Select Market since it began trading on June 29, 2010 following its initial public offering ("IPO") at $17 per share.[3]  By February 2018, Tesla's stock was described as "the largest equity short in the U.S. market and the third largest worldwide

---

[1]    Tesla, Inc. Form 10-K for the fiscal year ended December 31, 2017 ("2017 10-K") at 1.
[2]    2017 10-K at 1.
[3]    2017 10-K at 36.

short."[4]  On August 6, 2018, Tesla's stock price closed at $341.99, and 26% of the shares not held by reporting officers and directors were sold short – placing it above the 97th percentile of shorted stocks in the world at the time.[5]

7.      Elon Musk has been Tesla's Chief Executive Officer and largest shareholder from at least the Company's IPO through today.[6]  On August 7, 2018 at 12:48 p.m. ET, Mr. Musk tweeted "Am considering taking Tesla private at $420. Funding secured."[7]  He further tweeted, among other things:  1) "Shareholders could either [] sell at 420 or hold shares & go private;"[8] 2) "… liquidity events would be limited to every 6 months or so (like SpaceX);"[9] and 3) "Investor support is confirmed.  Only reason why this is not certain is that it's contingent on a shareholder vote."[10]  The same day, Tesla's blog posted an email Mr. Musk sent to the Company's employees in which he explained his reasons for wanting to take Tesla private.[11]  On August 13, 2018, Mr. Musk provided an update on his plans to take Tesla private in a post on the Company's blog.[12]  On August 24, 2018, Mr. Musk announced on Tesla's blog that the Company would remain public.[13]

8.      Lead Plaintiff Glen Littleton ("Plaintiff") asserts claims on behalf of a class of "[a]ll individuals and entities who purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018 [the "Class Period"] and were

---

[4]   S3 Analytics, "Tesla Shorts Down $340 million Pre-Earnings Release," February 7, 2018.
[5]   *See infra* ¶ 18.
[6]   Tesla Motors, Inc. Prospectus dated June 28, 2010 at 43 & Tesla Form 10-K for the fiscal year ended December 31, 2020 at 20.
[7]   https://twitter.com/elonmusk/status/1026872652290379776?lang=en.
[8]   https://twitter.com/elonmusk/status/1026894228541071360?lang=en.
[9]   https://twitter.com/elonmusk/status/1026906046839672832?lang=en.
[10]  https://twitter.com/elonmusk/status/1026914941004001280?lang=en.
[11]  "Taking Tesla Private," August 7, 2018, https://www.tesla.com/blog/taking-tesla-private.
[12]  "Update on Taking Tesla Private," August 13, 2018, https://www.tesla.com/blog/update-taking-tesla-private.
[13]  "Staying Public," August 24, 2018, https://www.tesla.com/blog/staying-public.

damaged thereby."[14]  Among other claims, Plaintiff alleges that Mr. Musk's August 7, 2018 tweets "created the impression to the public that it was virtually certain that Musk could take Tesla private at $420 per share, that funding for this multi-billion dollar transaction had been secured, and the only remaining contingency was a shareholder vote."[15]  Plaintiff also alleges: "Musk knew of the uncertain and contingent nature of any going-private transaction for Tesla as well as the lack of any secured funding at $420 per share or at any other price.  Yet Musk published his tweets and other statements anyway, disrupting the markets in Tesla securities such as stock and stock options, and causing billions of dollars of damage to Tesla investors."[16]

9.     Regarding alleged damages, Plaintiff claims, among other things, that "Tesla's stock price dropped substantially once it was confirmed that funding for the go-private transaction had in fact never been 'secured' and the proposed $420 price had never been agreed."[17]  In particular, Plaintiff claims that on August 17, 2018, the last day of the Class Period, a decline in Tesla's stock price of almost 9% "was caused by *The New York Times* report on Musk … [which] confirmed to investors that Musk's 'funding secured' tweet had in fact been

---

[14]   Stipulation and Order for Class Certification, *In re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC filed November 25, 2020 ¶ 4.  The defendants are Tesla, Mr. Musk, and seven directors collectively referred to as the "Board."  Class Action Consolidated Complaint for Violations of the Federal Securities Laws, *In re Tesla, Inc. Securities Litigation*, Case No. 18-cv-04865-EMC filed January 16, 2019 ("Complaint") ¶¶ 20-27.

[15]   Complaint ¶ 2.  Although the Complaint also alleges that the August 13, 2018 blog post was a misstatement for the same reasons as the August 7, 2018 tweets (*id.* ¶¶ 2-3), I understand that the Court ruled that "the blog post on August 13 is not independently actionable as a misleading statement because while it claimed on the one hand that the deal was viable and imminent, it eventually (and truthfully) revealed that the deal was subject to further scrutiny."  Order Denying Plaintiff's Motion to Convert or, Alternatively, to Strike; Granting Defendants' Request for Judicial Notice; and Denying Defendants' Motion to Dismiss, *In re Tesla, Inc. Securities Litigation* filed April 15, 2020 at 26.

[16]   Complaint ¶ 5.

[17]   Complaint ¶ 189.

false when made and that, in reality, there was no definitive agreement to take Tesla private in place, or even close to being finalized."[18]

10.   I have been asked by counsel for the Defendants to analyze the economic evidence regarding whether:  1) Mr. Musk's actions were consistent with his prior statements about taking Tesla private and protecting investors who believed in his vision; 2) it was reasonable to believe that the proposed transaction would have been funded if it moved forward; 3) the $420 potential offer price was reasonable; and 4) Mr. Musk or the other Defendants benefited from the alleged fraud.  I have been assisted by Compass Lexecon's professional staff. **Appendix B** lists the materials I have relied upon in preparing this report.

11.   Based on these materials and our analysis, I have reached the following principal conclusions:

- Mr. Musk's actions were consistent with his prior-stated interest in taking Tesla private and in protecting investors who believed in his vision;

- It was reasonable to believe that the proposed transaction would have been funded if it moved forward;

- The $420 potential offer price was reasonable; and

- Neither Mr. Musk nor the other Defendants benefited from the alleged fraud.

I elaborate upon and provide the bases for my conclusions in the remainder of this report.

## III.   MR. MUSK'S ACTIONS WERE CONSISTENT WITH HIS PRIOR-STATED INTEREST IN TAKING TESLA PRIVATE AND IN PROTECTING INVESTORS WHO BELIEVED IN HIS VISION

12.   Mr. Musk's actions – namely, his August 2, 2018 communication with the Board,[19] his August 7, 2018 tweet, and his subsequent related communications, including his

---

[18]   Complaint ¶ 196.
[19]   "Update on Taking Tesla Private," August 13, 2018, https://www.tesla.com/blog/update-taking-tesla-private ("On August 2nd, I notified the Tesla board that, in my personal capacity, I wanted to take Tesla private at $420 per share.").

August 13, 2018 blog post – are consistent with his prior statements about taking Tesla private. In particular, he was quoted as saying in November 2017 that:  "I wish we could be private with Tesla.  It actually makes us less efficient to be a public company."[20]  Market participants recognized and acknowledged Mr. Musk's consistency on this point.  For example, on August 8, 2018, analysts at Evercore ISI cited the above quote and stated:  "The notion of going private is not new for Elon Musk.  …  Musk's frustration with the capital markets, notably short sellers and the analyst community, has been evident in recent quarters.  If a CEO, and the largest individual shareholder, of a company takes issue with public markets, then going private would seem to make sense."[21]

13.    In his August 7, 2018 post on Tesla's blog, Mr. Musk explained why he thought going private would benefit the Company.  In particular, he stated:

> As a public company, we are subject to wild swings in our stock price that can be a major distraction for everyone working at Tesla, all of whom are shareholders. Being public also subjects us to the quarterly earnings cycle that puts enormous pressure on Tesla to make decisions that may be right for a given quarter, but not necessarily right for the long-term.  Finally, as the most shorted stock in the history of the stock market, being public means that there are large numbers of people who have the incentive to attack the company.  …  Basically, I'm trying to accomplish an outcome where Tesla can operate at its best, free from as much distraction and short-term thinking as possible, and where there is as little change for all of our investors, including all of our employees, as possible.[22]

14.    Mr. Musk's rationale is consistent with academic literature that discusses the benefits of being a private company.  For example, Sheen (2020) states:

> Potential benefits of public ownership include easier access to capital and a stock price that aggregates information.  This could allow public firms to better uncover and capture positive net present value (NPV) opportunities.  Private firms, however, tend to have more concentrated ownership and thus may be less subject to agency problems and wasteful investment.  They are also shielded from short

---

[20]   "Elon Musk:  The architect of tomorrow," *Rolling Stone*, November 15, 2017.
[21]   George Galliers and Chris McNally, "A Private Life is a Happy Life," Evercore ISI, August 8, 2018.
[22]   "Taking Tesla Private," August 7, 2018, https://www.tesla.com/blog/taking-tesla-private.

termism arising from the pressure of earnings management and scrutiny from Wall Street analysts.[23]

Brealey, Myers, and Allen (2019) also discuss the benefits of being private:

> Managers of public companies often chafe at the constant pressure from shareholders to report increases in profits, and they complain at the red tape involved in running a public company.  …  Operating as a private company could be tricky if it cut off the company's access to finance, but in recent years, financial institutions have become more willing to provide equity capital to private firms.[24]

15.    Market participants agreed that going private may benefit Tesla, citing reasons consistent with those Mr. Musk put forward.  For example:

- Analysts at RBC Capital Markets stated:  "We mostly agree with Elon's sentiment that being public puts more focus on short term quarterly metrics and can distract from the long-term mission."[25]

- The Evercore ISI analysts stated:  "Traditionally, public markets have been there to provide a source of funding (note, we also believe they bring scrutiny and accountability which in many cases does lead to better practice).  However, if a company does not need that funding or is able to source future funding privately, then there is no obvious reason for it to remain public.  As Musk points out, being public does have disadvantages and can lead to short-termism.  Depending on where the private funding may come from, going private may also provide Tesla with 1/ deeper pockets to grow internationally at a faster rate and 2/ security through the next US/capital markets recession where public funding would dry up."[26]

- Analysts at Morgan Stanley commented:  "We sympathize with Elon Musk's argument that Tesla could be better off as a private company.  The scale and scope of launching an auto company while providing a focused internal narrative to employees and stakeholders on the goals of the enterprise may be better aligned outside of the eye of the public market with a longer-term horizon."[27]

---

[23]   Albert Sheen, "Do Public and Private Firms Behave Differently? An Examination of Investment in the Chemical Industry," *Journal of Financial and Quantitative Analysis* 2020, 55: 2530-2554 at 2530.

[24]   Richard A. Brealey, Stewart C. Myers, and Franklin Allen, Principles of Corporate Finance, 13th edition 2019 at 396-397.

[25]   Joseph Spak, George Clark, and Joseph Heidt, "On Tesla $420," RBC Capital Markets, August 7, 2018.

[26]   George Galliers and Chris McNally, "A Private Life is a Happy Life," Evercore ISI, August 8, 2018.

[27]   Adam Jonas, Armintas Sinkevicius, and Carmen Hundley, "Elon Musk May Want Tesla Private:  We Question the Feasibility of a Potential Transaction," Morgan Stanley, August 8, 2018.

- Analysts at Needham stated: "We understand the inherent challenges of running a public company and balancing the short-term volatility with the long-term strategic direction."[28]

- Analysts at Barclays commented: "We actually agree with the bulls that Tesla might be better off as a private company.  Mr. Musk would be free to build his vision for a sustainable transportation and energy company without the distraction of our quarterly analyst calls, rude Twitter short sellers/shorts or the bad vibes from seeing a stock price occasionally going down."[29]

16.     In one of his tweets on August 7, 2018, Mr. Musk said that being private "[e]nds negative propaganda from shorts."[30]  Short selling is an investment strategy that generates profits when the price of the shorted stock decreases; a short seller borrows shares from one investor and sells them to another investor, then later purchases the same number of shares to replace the borrowed shares, profiting when the purchase price is below the earlier sale price.[31]  As such, short sellers' expectations of future price movements are generally the opposite of the expectations of investors that are long in a stock because short sellers benefit from price decreases while long investors/shareholders benefit from price increases.[32]  As Tesla's CEO and

---

[28]   Rajvindra S. Gill and Y. Edwin Mok, "Can Tesla Raise the Cash to Take It Private?  Possibly," Needham, August 8, 2018.

[29]   Brian A. Johnson and Steven Hempel, "Time for even 'blue pillers' to cash out?" Barclays, August 14, 2018.

[30]   https://twitter.com/elonmusk/status/1026907699760390146?lang=en.

[31]   As described in Reed (2013):  "An investor who wants to sell a stock short must generally find a party willing to lend those shares.…  The proceeds from the short sale are deposited with the lender of the stock.  For US stocks, the lender generally requires 102% of the loan's value in collateral.  The value of the loan is marked to market daily; an increase in the stock price will result in the lender requiring additional collateral for the loan, and a decrease in the stock price will result in the lender returning some of the collateral to the borrower.  All collateral returns to the borrower upon the return of shares to the lender.  The process of delivery and payment is typically called settlement or clearing.  While a stock is on loan, the lender invests and receives interest on the collateral.  Part of this earned interest returns to the borrower in the form of a negotiated rebate rate.  Rather than fees, the primary cost to the borrower is the difference between the current market interest rate and the rebate rate received from the lender."  Adam V. Reed, "Short Selling," *Annual Review of Financial Economics* 2013, 5: 245-258.

[32]   I understand that investors that sell a stock short may hedge their position by entering in long positions for the same stock.  Similarly, investors that hold shares of a company may sell short a

largest shareholder, Mr. Musk's expectations about changes in Tesla's future stock price are aligned with other Tesla shareholders' expectations and contrary to the short sellers' expectations. Consequently, it was reasonable for Mr. Musk to disagree with short sellers' views on the future performance of Tesla's stock price.

17. Some short sellers publicly expressed very negative views of Tesla stock and its investors. For example, an article published on October 2, 2017 titled "Elon Musk Versus the Haters" commented that "[s]hort sellers berate Tesla investors as momentum chasers, tree-huggers, or simply Elon Musk groupies, but these investors have bought into a vision that has already made great leaps toward building a sustainable energy ecosystem — a costly endeavor that has no shortage of well-heeled enemies" and quoted short sellers stating that "'Tesla is a zero,'" "'a cult,'" "'the largest single-stock bubble in this entire bubble market,'" and "'one of the most incredulous divorces between facts and dreams' [the short seller has] seen in a 50-year career of investing."[33] And on December 14, 2017, *CNBC* reported that "[f]amed short seller Jim Chanos took another shot at Tesla on Thursday, saying the company's equity is worth nothing."[34]

18. Prior to August 7, 2018, Tesla was one of the most shorted stocks in the world. **Exhibit 1** documents that the short interest in the Company's stock relative to its public float (i.e., excluding shares held by officers and directors) as of August 6, 2018 was 25.6%. To put this in context, **Exhibit 1** shows that the mean and median short interest relative to public float on the same date are 5.1% and 2.1%, respectively.[35] According to Capital IQ, as of August 6,

---

portion of their investment. By "short sellers" I refer to investors that are net short on a stock and by "long investors/shareholders" I refer to investors that are net long on a stock.

[33] "Elon Musk Versus the Haters," *Institutional Investor*, October 2, 2017.

[34] "Jim Chanos: We think Tesla is worth zero," *CNBC*, December 14, 2017.

[35] This analysis is based on data retrieved from Capital IQ for an international sample as of August 6, 2018.

2018, Tesla was the most shorted public company stock in the U.S. and the second most shorted company stock in the world (after Alibaba Group Holding Limited) in dollar terms, and was above the 97th percentile of all stocks in terms of short interest as a percentage of public float.[36]

19.     Mr. Musk's proposal would have enabled investors who shared his long-term vision for Tesla to benefit from its fruition.  He tweeted on August 7, 2018 that, under his proposal, "Def no forced sales. Hope all shareholders remain,"[37] and that he was "super appreciative of Tesla shareholders. Will ensure their prosperity in any scenario."[38]  Through this structure, all willing investors could remain invested in Tesla and benefit from any future stock price appreciation.  Analysts at Morningstar echoed this idea, stating:  "We like this arrangement because unlike normal buyouts, Tesla's deal, if it happens, allows current shareholders to still profit from any appreciation in Tesla's market value over time despite it going private."[39]  In fact, Tesla's stock price has risen more than fifteen-fold since Mr. Musk's proposal was withdrawn, demonstrating that investors who believed in his vision and maintained their investments in Tesla benefited substantially.[40]

## IV.     IT WAS REASONABLE TO BELIEVE THAT THE PROPOSED TRANSACTION WOULD HAVE BEEN FUNDED IF IT MOVED FORWARD

20.     Mr. Musk explained in his August 13, 2018 post on Tesla's blog that his "funding secured" tweet on August 7, 2018 referred to "support for funding a going private transaction" by the Saudi Arabian sovereign wealth fund, known as the Public Investment Fund or "PIF," and

---

[36]  The results are substantially similar to those reported in the text if we limit the analysis to public company stocks and/or stocks with market capitalization greater than $100 million.

[37]  https://twitter.com/elonmusk/status/1026907699760390146?lang=en.

[38]  https://twitter.com/elonmusk/status/1026892550337122304?lang=en.

[39]  David Whiston, "Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain," Morningstar, August 14, 2018.

[40]  Per Bloomberg, Tesla stock closed on November 8, 2021 at $1,162.94, up from $63.85 on August 27, 2018 (after accounting for a 5-for-1 stock split in August 2020).

that he was "having discussions with a number of other investors."[41]  It was reasonable to believe that the proposed transaction would have been funded if it moved forward for at least the following reasons.

21.     First, from an economics perspective, PIF's investing in Tesla would provide strong diversification benefits for Saudi Arabia because the electric car industry's growth would likely reduce demand for oil.  As the *Business Spectator* commented on April 4, 2016:

> Tesla's take-off could speed Saudi shift away from oil.  …  There's a nice symmetry and coincidence of timing in the restatement of Saudi Arabia's plans to pursue an initial public offering of its giant state-owned Aramco and the quite remarkable scramble by aspiring owners of Tesla Motors' Model 3 electric car over the past few days.  Late last week, in an interview with Bloomberg, Saudi Deputy Crown Prince Mohammed bin Salman said an initial selldown of the kingdom's ownership of Aramco could occur as early as next year.  …  While the prince was firming up his plans for a radical shift in the country's relationship with Aramco, the key to the kingdom's wealth and a sprawling entity today enmeshed in every aspect of the Saudi society and economy and regarded as fundamental to its political stability, Elon Musk opened the order books for Tesla's Model 3.  …  Whether its Tesla or US shale oil, there is now greater uncertainty about the long-term demand and pricing of oil and it makes a lot of sense for the Saudis to start hedging their bets on it.[42]

22.     Second, PIF's investing in Tesla was consistent with Saudi Arabia's goal to diversify the country's economy away from oil announced on April 25, 2016.[43]  Following this announcement, *The Wall Street Journal* reported:  "Prince Mohammed on Monday presented a broad overview of what has been billed as the country's most extensive economic shake-up in decades.  Speaking to reporters, he said the project -- dubbed 'Saudi Vision 2030' -- includes plans to sell less than 5% of state-owned oil giant Saudi Arabian Oil Co., known as Saudi Aramco, and transfer ownership of the company to Saudi Arabia's sovereign-wealth fund, the

---

[41]   "Update on Taking Tesla Private," August 13, 2018,  https://www.tesla.com/blog/update-taking-tesla-private.
[42]   "Tesla's take-off could speed Saudi shift away from oil," *Business Spectator*, April 4, 2016.
[43]   Kingdom of Saudi Arabia, Vision 2030, April 25, 2016 at 7.

Public Investment Fund, so it can build a war chest for non-oil investments abroad."[44]  *The New York Times* commented that "[t]he nation's reliance on oil will be further reduced, and its economy diversified, by new investment in solar and wind power, by building up the small defense sector and by opening up the Saudi market to 'the finest talent and the best investments globally.'"[45]

23.     Third, PIF was a large sovereign wealth fund with substantial assets and had made several large, non-oil international investments in recent years.  Following Mr. Musk's initial tweets, the *Financial Times* reported that PIF "has more than $250bn in assets."[46]  Evercore ISI analysts stated on August 17, 2018:  "We think Saudis will be giving this serious consideration based off our conversations with persons in the ME and that funding won't be an issue."[47]  Indeed, as shown in **Exhibit 2**, PIF had announced several large non-oil international investments prior to August 2018, including an up to $45 billion investment in SoftBank to launch a technology fund and a $20 billion investment in Blackstone to launch an infrastructure investment fund.[48]

24.     Fourth, prior to Mr. Musk's August 7, 2018 tweet, Saudi Arabia repeatedly expressed interest in investing in Tesla.  For example, a June 2, 2016 *Financial Times* article reported that "[a] Saudi delegation last year visited Tesla, the electric carmaker, as part of a campaign to understand more about technology companies into which the kingdom could

---

[44]   "An Oil Kingdom Plans to Wean Itself from Oil," *The Wall Street Journal*, April 26, 2016.
[45]   "A Promising New Path for Saudi Arabia," *The New York Times*, April 28, 2016.
[46]   "Elon Musk declares plan to take Tesla private," *Financial Times*, August 7, 2018.
[47]   Arndt Ellinghorst, George Galliers, Chris McNally, and Max Yoward, "EvrISI Autos Pitstop:  High-speed networking / TSLA trip / NA Trucks / LDN mobility cap / On-car advertising," Evercore ISI, August 17, 2018.
[48]   "Saudi Deputy Crown Prince Wants To Be One Of The World's Biggest Tech Investors," *Forbes*, October 13, 2016; "Saudis' $20 Billion Wager With Blackstone Marks Record Bet on U.S. Public Works; Trump's infrastructure push cited by Saudis making huge commitment toward Blackstone's $40 billion goal," *The Wall Street Journal*, May 20, 2017.

invest."[49]  It was also reported that Mr. Musk had dinner with a PIF representative in March 2017 who raised the idea of taking Tesla private and increasing PIF's stake in the Company.[50] On April 6, 2018, *The Economist* reported:  "Mohammed bin Salman is heading to the West Coast next and has meetings planned with the heads of some of the largest American firms, such as Tesla's Elon Musk and Amazon's Jeff Bezos.  As well as encouraging investment in Saudi Arabia, the crown prince is expected to announce new investments in the US by the Public Investment Fund, as part of its ambitious expansion strategy."[51]  This interest culminated in PIF's reported acquisition of between 3% and 5% of Tesla's shares on August 7, 2018 at 12:17 p.m. ET (i.e., before Mr. Musk's initial tweet).[52]

25.      Fifth, following Mr. Musk's initial tweets, which did not specify any potential sources of funding, several equity analysts identified PIF as one potential funding source (among many).  For example:

- Analysts at Bank of America commented:  "Ultimately, we view today's announcement as having substance given what appears to be at least three potential sources of capital (existing shareholders, Saudi Sovereign Wealth Fund, Chinese government and investment funds)….  [W]e would highlight two key parties that we believe could play a role in taking TSLA private and could represent Musk's 'Funding secured' comment.  First, earlier this morning, it was reported that the Saudi Sovereign Wealth Fund has built a 3-5% stake in TSLA (below the 5% threshold requiring public disclosure).  Second, Musk commented on the 2Q:18 earnings call that the company's 'default plan will be to use essentially a loan from the local banks in China and fund the Gigafactory in

---

[49]  "Uber cranks up ride-hailing battle with $3.5bn Saudi investment," *Financial Times*, June 2, 2016.

[50]  "Tesla's Elon Musk Had a Deal From the S.E.C.  It Fell Apart in a Morning." *The New York Times*, September 28, 2018.

[51]  "Saudi Arabia economy:  Quick View - Crown prince meets with US business leaders," *The Economist*, April 6, 2018.

[52]  "Saudi Arabia's sovereign fund builds $2b Tesla stake," *Financial Times*, August 7, 2018; timestamp from the Expert Report of Michael L. Hartzmark, Ph.D., September 22, 2020 ("Hartzmark Class Cert Report") ¶ 74.  Mr. Musk's August 13, 2018 blog post explained that he met with representatives of PIF on July 31, 2018 after it made the acquisition but before the investment was publicly disclosed.  "Update on Taking Tesla Private," August 13, 2018, https://www.tesla.com/blog/update-taking-tesla-private.

Shanghai with local debt, essentially'.  We would also note that Chinese investment fund Tencent had already built a ~5% stake in TSLA."[53]

- RBC Capital Markets analysts stated:  "Learning who this is will be important (and relevant for shareholders deciding whether they should stay involved should the deal consummate).  We note an unconfirmed FT article from today indicates that Saudi Arabia's sovereign fund took a 3-5% stake on the public markets, it was also noted they approached Tesla about new shares.  In our view, sovereign funds (broadly), cash rich tech companies, Chinese sources and large VCs could all be potential candidates to provide funding."[54]

- Analysts at Baird stated:  "According to the Financial Times, the Saudi sovereign wealth fund, which reportedly has >$250B in assets, has built a $1.7B-$2.9B stake in TSLA.  We believe there are some parallels between the Saudi investment and the 2017 Tencent investment, which was a significant catalyst for shares at the time."[55]

- An analyst at Morningstar commented:  "We speculate that the funding comes mostly from tech investors, such as possibly SoftBank or Tencent (the latter bought 5% of Tesla in 2017), sovereign wealth funds, and wealthy Silicon Valley investors."[56]

- Needham analysts stated:  "That would leave either a combination of strategic investors (maybe Softbank, Alibaba, etc) and PE infusion."[57]

26.    Finally, I understand that Tesla Board meeting minutes show that Goldman Sachs and Silver Lake, whom I understand were hired by Mr. Musk to assist with the potential transaction, identified funding sources other than PIF – including Ron Baron's funds, Google's parent Alphabet, Tencent and/or other Chinese investors, and Silver Lake.  These funding sources are consistent with the potential funding sources identified by analysts above.

---

[53]   John Murphy, Aileen Smith, and Yarden Amsalem, "Shorts may be burned for now … but buyer beware," Bank of America Merrill Lynch, August 7, 2018.

[54]   Joseph Spak, George Clark, and Joseph Heidt, "On Tesla $420," RBC Capital Markets, August 7, 2018.

[55]   Ben Kallo and David Katter, "$420 Not High Enough, Expect Shares to Trade Above Marker," Baird, August 8, 2018.

[56]   David Whiston, "Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price," Morningstar, August 7, 2018.

[57]   Rajvindra S. Gill and Y. Edwin Mok, "Can Tesla Raise the Cash to Take It Private? Possibly," Needham, August 8, 2018.

## V.      THE $420 POTENTIAL OFFER PRICE WAS REASONABLE

27.     Mr. Musk explained in his email to employees that was published on Tesla's blog on August 7, 2018 that $420 "is a 20% premium over the stock price following [the Company's] Q2 earnings call (which had already increased by 16%)."[58] The $420 potential offer price was within the range of initial premia in similar going-private transactions and, thus, was reasonable.

28.     **Exhibit 3** presents the results of our analysis of premia from a sample of 118 going private transactions announced in the ten-year period prior to August 7, 2018.[59] We calculated the premia based on the initial offer price relative to the target company's closing stock price on the "unaffected date," which the data provider defines as the trading day prior to either the announcement of the offer or earlier rumors of the announcement that the provider identified, if any.  The premium for Tesla is 22.8%.[60] As shown in **Exhibit 3**, 22.8% is within the range of premia (-9.4% to 90.4%) in our sample.  It is also within the 25th percentile (13.8%) and 75th percentile (36.6%) of premia of announced potential transactions.[61]

## VI.     NEITHER MR. MUSK NOR THE OTHER DEFENDANTS BENEFITED FROM THE ALLEGED FRAUD

29.     Mr. Musk and the other Defendants did not benefit from the alleged fraud.

Among other things, the value of Tesla stock held by Mr. Musk (the Company's single largest

---

[58] "Taking Tesla Private," August 7, 2018, https://www.tesla.com/blog/taking-tesla-private.  The call took place after the market closed on August 1, 2018 and the closing price on August 2, 2018 was $349.54.  Tesla, Inc. NasdaqGS:TSLA FQ2 2018 Earnings Call Transcripts, Wednesday, August 1, 2018, 4:30 pm EST & Hartzmark Class Cert Report Appendix C.

[59] We searched the Factset database for going private transactions announced during August 7, 2008 through August 6, 2018 in which the deal type is "Acquisition/Merger," the deal "attitude" is not "hostile," the offer is not a competing bid, the equity value of the deal is at least $1 billion, the consideration offered is all cash, and the target is a publicly traded, U.S. company.  Factset defines a "hostile" deal "attitude" as "[t]he target's board of directors viewed the acquirer's proposal as unsatisfactory and recommended that shareholders reject the offer."  We excluded one transaction in which the target company's stock is not included in the Center for Research in Security Prices ("CRSP") database and one transaction where the offer price was not disclosed as of the unaffected date.

[60] Per Hartzmark Class Cert Report Appendix C, the closing price of Tesla stock on August 6, 2018 was $341.99.  22.8% = $420 / $341.99 - 1.

[61] We report the middle 50 percent range of premia to exclude outliers from the range.

shareholder) and the individual Defendants (i.e., the members of Tesla's Board) declined substantially during the Class Period.  Specifically, **Exhibit 4** shows that from the price just before the initial tweet through the closing price on August 17, 2018, the value of Mr. Musk's holdings declined by approximately $1.9 billion and the collective value of the Board's beneficial holdings declined by approximately $55 million.[62]  Moreover, Tesla and these persons have incurred substantial costs in terms of time and/or money from defending themselves in this litigation.

_____

Daniel R. Fischel

November 8, 2021

---

[62]   Plaintiff claims that "Musk and Tesla were motivated to artificially inflate Tesla's stock because of a provision in Tesla's convertible bonds … [which were] convertible into common stock at a price of $359.8676 per share."  Complaint ¶ 163.  However, no convertible bonds were converted during the Class Period; in fact, the holders of these convertible bonds, maturing March 2019 and March 2021, could not elect to convert them into stock until "on or after December 1, 2018 for the 2019 Notes and December 1, 2020 for the 2021 Notes," – i.e., long after the end of the Class Period – except under special circumstances, which included Tesla's common stock price closing at 130% of the conversion price – i.e., $467.83 ($359.87 x 130%), well *above* the potential offer price – for 20 trading days.  2017 10-K for the fiscal year ended December 31, 2017 at 94-95.

# Appendix A

**DANIEL R. FISCHEL**                                                                                    **November 2021**
Business Address:

Compass Lexecon
332 South Michigan Avenue
Chicago, Illinois 60604
Tel: 312-322-0209
dfischel@compasslexecon.com

## PROFESSIONAL EXPERIENCE

Lee and Brena Freeman Professor of Law and Business, University of Chicago Law School (1/84 – 12/2005, chair awarded in 7/89, emeritus as of 1/1/2006); Dean of Law School (1/99 – 2/01); Visiting Professor of Law, University of Chicago Law School (7/82 - 6/83).

Professor of Law and Business, Northwestern University School of Law (1/1/2006 – 5/2011). Professor, Kellogg

School of Management (courtesy appointment, 1/1/2006 – 5/2011).

Jack N. Pritzker Distinguished Visiting Professor of Law, Northwestern University School of Law (6/02-6/03).

Professor of Law and Business, University of Chicago Graduate School of Business (7/87 - 6/90).

Director, Law and Economics Program, University of Chicago (1/84 - 6/91).

Assistant Professor of Law, Northwestern University School of Law (6/80 - 6/81); Associate Professor of Law, Northwestern University School of Law (6/81 - 6/82); promoted to full professor in 6/82.

Attorney with Levy and Erens, Chicago, Illinois (7/79 - 6/80).

Law Clerk for Associate Justice Potter Stewart of the United States Supreme Court (1978 - 1979).

Law Clerk for Judge Thomas E. Fairchild, Chief Judge of the Seventh Circuit Court of Appeals (1977 - 1978).

## CONSULTING EXPERIENCE

President and Chairman, Compass Lexecon (formerly Lexecon).

## AREAS OF SPECIALIZATION

Securities and Financial Markets, Valuation and Financial Analysis, Bankruptcy and Financial Distress Litigation, ERISA Litigation, Class Certification, Damages, Corporate Governance.

## PUBLICATIONS

Payback: The Conspiracy to Destroy Michael Milken and His Financial Revolution, Harper Business (1995).

The Economic Structure of Corporate Law, Harvard University Press (1991) (with Frank H. Easterbrook).

## ARTICLES

The Use of Trading Models to Estimate Aggregate Damages in Securities Fraud Litigation: An Update,

Briefly… Perspectives on Legislation, Regulation, and Litigation, Vol. 10, No. 3 (National Legal Center for the Public Interest, 2006) (with David J. Ross and Michael A. Keable).

The Hewlett-Packard Merger: A Case Study, in The New Investor Relations, Expert Perspectives on The State Of The Art (Bloomberg Press Princeton, 2004) (with Kenneth R. Cone, Gregory J. Pelnar and David J. Ross).

Market Evidence in Corporate Law, 69 U. Chi. L. Rev. 941 (2002).

Multidisciplinary Practice, The Business Lawyer, Vol. 55, (May 2000).

Government Liability for Breach of Contract, American L. & Econ. Rev. V1 N1/2 313 (1999) (with Alan Sykes).

Lawyers and Confidentiality, 65 U. Chi. L. Rev. 1 (1998).

The Law and Economics of Vanishing Premium Life Insurance, 22 Del. J. Corp. Law 1 (1997) (with Robert S. Stillman).

Clustering and Competition in Asset Markets, 20 J. Law & Econ. 23 (1997) (with Sanford J. Grossman, Merton H. Miller, Kenneth R. Cone and David J. Ross).

Corporate Crime, 25 J. Legal Studies 319 (1996) (with Alan O. Sykes).

The Use of Trading Models to Estimate Aggregate Damages in Securities Fraud Litigation: A Proposal for Change, in Securities Class Actions: Abuses and Remedies (The National Legal Center for the Public Interest, 1994) (with David J. Ross).

Civil Rico After Reves: An Economic Commentary, 1993 Sup. Ct. Rev. 157 (with Alan O. Sykes).

Contract and Fiduciary Duty, 36 J. Law & Econ. 425 (1993) (with Frank H. Easterbrook).

Should the Law Prohibit "Manipulation" in Financial Markets?, 105 Harv. L. Rev. 503 (1991) (with David J. Ross).

Efficient Capital Markets, the Crash, and the Fraud on the Market Theory, 74 Cornell L. Rev. 907 (1989).

The Corporate Contract, 89 Colum. L. Rev. 1416 (1989) (with Frank H. Easterbrook); also published in Corporate Law and Economic Analysis (Cambridge University Press 1990) (Lucian Bebchuk ed.).

The Economics of Lender Liability, 99 Yale L. J. 131 (1989).

Should One Agency Regulate Financial Markets, in Black Monday and the Future of Financial Markets (R. Kormendi, R. Kamphuis & J. W. H. Watson, ed.) (Dow Jones-Irwin Inc., 1988).

ERISA's Fundamental Contradiction: The Exclusive Benefit Rule, 55 U. Chi. L. Rev. 1105 (1988) (with John H. Langbein).

From MITE to CTS: Takeovers, the Williams Act and the Commerce Clause, 1987 Sup. Ct. Rev. 47.

The Regulation of Banks and Bank Holding Companies, 73 Va. L. Rev. 301 (1987) (with Andrew M. Rosenfield and Robert S. Stillman).

The Regulation of Accounting: Some Economic Issues, 52 Brooklyn L. Rev. 1051 (1987).

Organized Exchanges and the Regulation of Dual Class Common Stock, 54 U. Chi. L. Rev. 119 (1987).

Comparable Worth and Discrimination in Labor Markets, 53 U. Chi. L. Rev. 891 (1986) (with Edward P. Lazear).

Comparable Worth: A Rejoinder, 53 U. Chi. L. Rev. 950 (1986) (with Edward P. Lazear).

Close Corporations and Agency Costs, 38 Stan. L. Rev. 271 (1986) (with Frank H. Easterbrook).

The Role of Liability Rules and the Derivative Suit in Corporate Law: A Theoretical and Empirical Analysis, 71 Corn. L. Rev. 261 (1986) (with Michael Bradley).

Regulatory Conflict and Entry Regulation of New Futures Contracts, 59 J. Bus. S85 (1985).

Optimal Damages in Securities Cases, 52 U. Chi. L. Rev. 611 (1985) (with Frank H. Easterbrook).The Business Judgment Rule and the Trans Union Case, 40 Bus. Law. 1437 (1985).

Insider Trading and Investment Analysts: An Economic Analysis of Dirks v. SEC, 13 Hofstra L. Rev. 127 (1984).

Limited Liability and the Corporation, 52 U. Chi. L. Rev. 89 (1985) (with Frank H. Easterbrook).

Labor Markets and Labor Law Compared with Capital Markets and Corporate Law, 51 U. Chi. L. Rev. 1061 (1984).

Customer Protection in Futures and Securities Markets, 4 J. Futures Markets 273 (1984) (with Sanford J. Grossman).

Mandatory Disclosure and the Protection of Investors, 70 Va. L. Rev. 669 (1984) (with Frank H. Easterbrook).

The Appraisal Remedy In Corporate Law, 1983 Am. Bar Found. Res. J. 875.

The Regulation of Insider Trading, 35 Stan. L. Rev. 857 (1983) (with Dennis W. Carlton).

Voting in Corporate Law, 26 J. Law & Econ. 395 (1983) (with Frank H. Easterbrook).

Auctions and Sunk Costs in Tender Offers, 35 Stan. L. Rev. 1 (1982) (with Frank H. Easterbrook).

The Corporate Governance Movement, 35 Vand. L. Rev. 1259 (1982).

Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities, 38 Bus. Law 1 (1982).

Antitrust Suits By Targets of Tender Offers, 80 Mich. L. Rev. 1155 (May 1982) (with Frank H. Easterbrook).

Corporate Control Transactions, 91 Yale L. J. 698 (1982) (with Frank H. Easterbrook).

The "Race to the Bottom" Revisited: Reflections on Recent Developments in Delaware Corporation Law, 76 Nw. Univ. L. Rev. 913 (1982).

Takeover Bids, Defensive Tactics and Shareholders' Welfare, 36 Bus. Law 1733 (1981) (with Frank H. Easterbrook).

The Law and Economics of Dividend Policy, 67 Va. L. Rev. 699 (1981).

The Proper Role of a Target's Management in Responding to a Tender Offer, 94 Harv. L. Rev. 1161 (1981) (with Frank H. Easterbrook) (awarded prize by Emory University for best paper written in law and economics for the year 1981).

Secondary Liability Under Section 10(b) of the Securities Act of 1934, 69 California L. Rev. 80 (1981).

Efficient Capital Market Theory, the Market for Corporation Control, and the Regulation of Cash Tender Offers, 57 Tex. L. Rev. 1 (1978); reprinted in K. Scott and R. Posner ed., Economic Perspectives on Corporation Law and Securities Regulation (Little Brown 1980).

Antitrust Liability for Attempts to Influence Government Action: The Basis and Limits of the Noerr-Pennington Doctrine, 45 U. Chi. L. Rev. 80 (1977).

Comment, The Demand and Standing Requirements in Stockholder Derivation Actions, 44 U. Chi. L. Rev. 168 (1977).

Comment, <u>The Use of Government Judgments in Private Antitrust Litigation: Clayton Act</u> <u>Section 5(a),</u>
<u>Collateral Estoppel, and Jury Trial</u>, 43 U. Chi. L. Rev. 338 (1976).

**EDUCATION**

<u>University of Chicago Law School</u>, Chicago, Illinois; J.D. 1977, cum laude; Order of the Coif; Comment Editor,
Vol. 44, <u>University of Chicago Law Review</u>; Approximately top 1% of the Class. Awarded Casper Platt Award
for best paper written by a student of the University of Chicago Law School; awarded Jerome N. Frank Prize for
excellence in legal writing while a member of the University of Chicago Law Review, 1975 - 1977. Studied law
and economics with Richard Posner and other members of the faculty.

<u>Brown University</u>, Providence, Rhode Island; M.A. 1974 in American History.

<u>Cornell University</u>, Ithaca, New York; major-American History; minor-Economics; B.A. 1972

**TESTIMONY**

Deposition of Daniel R. Fischel <u>In Re: Straight Path Communications Inc. Consolidated Stockholder Litigation</u>, In
the Court of Chancery of the State of Delaware, C.A. No. 2017-0486-SG, (October 21, 2021).

Deposition of Daniel R. Fischel <u>In Re: Abu Dhabi Investment Authority vs. Mylan N.V. and Mylan Inc.</u>, In the
United States District Court, Southern District of New York, Civil Action No. 1:20-cv-01342-JPO,
(August 18, 2021).

Deposition of Daniel R. Fischel <u>In Re: Mylan N.V. Securities Litigation</u>, In the United States District Court,
Southern District of New York, Case No. 1:16-CV-07926 (JPO), (August 17, 2021).

Deposition of Daniel R. Fischel <u>In Re: Hawaii Structural Ironworkers Pension Trust Fund, Individually and on</u>
<u>Behalf of All Others Similarly Situated vs. AMC Entertainment Holdings, Inc., et al.</u>, In the United
States District Court, Southern District of New York, Case No.1:18-cv-00299-AJN-SLC, (August
12, 2021).

Deposition of Daniel R. Fischel <u>In Re: Sjunde Ap-Fonden, et al, vs. General Electric, et al.</u>, In the United States
District Court, Southern District of New York, Index No. 17-cv-08457 (JMF), (August 9, 2021).

Testimony of Daniel R. Fischel <u>In Re: United States of America vs. Edward Bases and John Pacilio</u>, In the United
States District Court, Northern District of Illinois, Eastern Division, Docket No. 18 CR 48, (July 29, 2021).

Testimony of Daniel R. Fischel <u>In Re: Ahmed D. Hussein vs. Sheldon Razin, Steven Plochocki, Quality Systems,</u>
<u>Inc., And Does 1-10, Inclusive</u>, In the Superior Court of California, County of Orange, NO. 30-2013-
00679600, CU-NP-CJC (July 27, 2021).

Testimony of Daniel R. Fischel <u>In Re: Tesla Motors, Inc. Stockholders Litigation</u>, In the Court of Chancery of the
State of Delaware, Consolidated Civil Action No. 12711-VCS (July 23, 2021).

Testimony of Daniel R. Fischel <u>In Re: Huntsman International, LLC vs. Albemarle Corporation, Rockwood</u>
<u>Specialties Group, Inc., and Rockwood Holdings, Inc.</u>, American Arbitration Association, AAA Case No. 01-
17-001-4588 (May 10, 2021).

Testimony of Daniel R. Fischel <u>In Re: Resolution Life L.P. and Resolution Life (Parallel) Partnership vs. GBIG</u>
<u>Holdings, Inc. f/k/a Southland National Holdings, Inc.; SNH Acquisition, LLC and Greg Lindberg</u>, In the
Supreme Court of the State of New York, Civil Division, Index Nos. 650575/19, 653258/19, (April 19, 2021).

Deposition of Daniel R. Fischel <u>In Re: Matthew Sciabacucchi and Hialeah Employees' Retirement System vs. John</u>
<u>Malone, et al., and Charter Communications, Inc.</u>, In the Court of Chancery for the State of Delaware, C.A.
No. 11418-VCG, (April 16, 2021).

Deposition of Daniel R. Fischel <u>In Re: Jeld-Wen Holdings, Inc. Securities Litigation</u>, In the United States District
Court for The Eastern District of Virginia, Richmond Division, Civil Action No. 3:20-cv-00112-JAG,
(February 26, 2021).

4

Testimony of Daniel R. Fischel <u>In Re: The Pacific Gas and Electric Company Administration of Stress Test Methodology Developed Pursuant to Public Utilities Code Section 451.2(b) and (2) Determination That $7.5 Billion of 2017 Catastrophic Wildfire Costs and Expenses Are Stress Test Costs That May Be Financed Through Issuance of Recovery Bonds Pursuant to Section 451.2(c) and Section 850 et Seq.(U39E)</u>, Before the Public Utilities Commission of the State of California, Application No. 20-04-023, (December 15, 2020).

Deposition of Daniel R. Fischel <u>In Re: Resolution Life L.P. and Resolution Life (Parallel) Partnership vs. GBIG Holdings, Inc. f/k/a Southland National Holdings, Inc.; SNH Acquisition, LLC and Greg Lindberg</u>, In the Supreme Court of the State of New York, Index No. 650575/2019, (November 24, 2020).

Deposition of Daniel R. Fischel <u>In Re: SH 130 Concession Company, LLC, Zachry Toll Road – 56 LP Cintra Texas 56 LLC et al. vs. Central Texas Highway Constructors, LLC, et al.</u>, In the United States Bankruptcy Court, Western District of Texas, Austin Division, Case No. 16-10262-TMD, Adversary No. 18-01030, (November 5, 2020).

Deposition of Daniel R. <u>Fischel In Re: Ahmed D. Hussein versus Sheldon Razin, Steven Plochocki, Quality Systems, Inc., et al.</u>, In the Superior Court of the State of California, County of Orange, Case No. 302013-00679600 CUNPCJC, (October 22, 2020).

Deposition of Daniel R. Fischel <u>In Re: Deutsche Bank National Trust Company, Solely in its Capacity as Trustee of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9</u>, In the Supreme Court of the State of New York County of New York, Index No. 654208/2018 (September 25, 2020).

Testimony of Daniel R. Fischel <u>In Re: Fairstone Financial Holdings Inc., J.C. Flowers IV L.P. and VP Canada Acquisition, L.P. vs. Duo Bank of Canada,</u> Court File No. CV-20-00641857-00CL and <u>Duo Bank of Canada vs. Fairstone Financial Holdings Inc., J.C. Flowers IV L.P. and VP Canada Acquisition, L.P.,</u> Court File No. CV-20-00643629-00CL, In the Ontario Superior Court of Justice, (September 11, 2020).

Testimony of Daniel R. Fischel <u>In Re: AB Stable VIII LLC vs. Maps Hotels and Resorts One LLC, et al.,</u> In the Court of Chancery of the State of Delaware, C. A. No. 2020-0310-JTL (August 28, 2020).

Deposition of Daniel R. Fischel <u>In Re: AB Stable VIII LLC vs. Maps Hotels and Resorts One LLC, et al.,</u> In the Court of Chancery of the State of Delaware, Case No. 2020-0130-JTL (August 14, 2020).

Deposition of Daniel R. Fischel <u>In Re: Willis Towers Watson PLC Proxy Litigation</u>, In the United States District Court for the Eastern District of Virginia, Alexandria Division, Master File No. 1:17-cv-1338-AJT-JFA (August 12, 2020).

Deposition of Daniel R. Fischel <u>In Re: Forescout Technologies, Inc. et al. vs. Ferrari Group Holdings, LP, and Ferrari Merger Sub, Inc., et al.,</u> In the Court of Chancery of the State of Delaware, Civil Action No. 2020-0385-SG (July 13, 2020).

Deposition of Daniel R. Fischel <u>In Re: Brigade Leveraged Capital Structures Fund Ltd. et al. vs. Kindred Healthcare, Inc., et al.,</u> In the Circuit Court of Chancery of the State of Delaware, Case No. 2018 0165 (February 5, 2020).

Testimony of Daniel R. Fischel <u>In Re: Gannaway Entertainment, Inc. et al vs. Frankly Inc. et al.,</u> In the United States District Court, Northern District of California, San Francisco Division, Case No. 3:17-cv-04169-RS (December 17, 2019).

Deposition of Daniel R. Fischel <u>In Re: The Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. and its affiliated debtors et al. v. Yucaipa, et al.,</u> In the U.S. Bankruptcy Court for the District of Delaware, Bankr., D. Del., Proc. Nos. 13-50530-KBO, 14-50971-KBO (December 16, 2019).

Testimony of Daniel R. Fischel <u>In Re: Nord Anglia Education, Inc.</u>, In the Grand Court of The Cayman Islands, Financial Services Division, Cause No. FSD 235 of 2017 (IKJ). (December 6, 9, 10 and 11, 2019).

Deposition of Daniel R. Fischel In Re: Lindie L. Banks and Erica LeBlanc, individually and on behalf of all others similarly situated vs. Northern Trust Corporation and Northern Trust Company, In the United States District Court, Central District of California, Case No. 2: 16-cv-09141-JFK (JCx) (November 22, 2019).

Deposition of Daniel R. Fischel In Re: Tesla Motors, Inc. Stockholder Litigation, In the Court of Chancery of the State of Delaware, C.A. No. 12711-VCS (November 19, 2019).

Deposition of Daniel R. Fischel In Re: Melina N. Jacobs, On Behalf of Herself and All Others Similarly Situated vs. Verizon Communications, Inc., et al., In the United States District Court for the Southern District of New York, Civil Action No. 1:16-cv-01082 (August 28, 2019).

Deposition of Daniel R. Fischel In Re: American Realty Capital Properties, Inc. Litigation, In the United States District Court, Southern District of New York, Civil Action No. 1:15-mc-00040-AKH Class Action (July 25, 2019).

Deposition of Daniel R. Fischel In Re: Rajesh M. Shah, et al vs. Zimmer Biomet Holdings, Inc., et al, In the United States District Court, Northern District of Indiana, South Bend Division, Case No. 3:16-cv-815-PPS-MGG (May 17, 2019).

Testimony of Daniel R. Fischel In Re: Colonial Chevrolet Co., Inc., et al., Alley's of Kingsport, Inc., et al., and Union Dodge, Inc., et al. vs. The United States (Nos. 10-647C, 11-100C, and 12-900L – Consolidated), In the United States Court of Federal Claims (May 8, 2019).

Testimony of Daniel R. Fischel In Anthem, Inc. vs. Cigna Corporation, In the Court of Chancery of the State of Delaware, C.A. No. 2017-0114-JTL (March 8, 2019).

Deposition of Daniel R. Fischel In Re: Nine West holdings, Inc., et al., Debtors, United States Bankruptcy Court, Southern District of New York, Chapter 11 Case No. 18-10947 (SCC) (January 16, 2019).

Deposition of Daniel R. Fischel In Re: Sandisk LLC Securities Litigation, United States District Court, Northern District of California, San Francisco Division, Case No. 3:15-cv-01455-VC (November 16, 2018).

Deposition of Daniel R. Fischel In Re: Colonial Chevrolet Co., Inc., Alley's of Kingsport, Inc. and Union Dodge, Inc., et al vs. The United States, In the United States Court of Federal Claims, Nos. 10-647C, 11-100C and 12-900L (Consolidated) (November 15, 2018).

Testimony of Daniel R. Fischel In Re: United States of America, et al., vs. J-M Manufacturing Co., Inc., United States District Court, Central District of California – Western Division, No. CV 6-55 GW (November 5, 2018).

Deposition of Daniel R. Fischel In Re: Appraisal of Air Methods Corp., In the Court of Chancery of the State of Delaware, C.A. No.: 2017-0317-JRS (September 27 and 28, 2018).

Testimony of Daniel R. Fischel In Re: Akorn, Inc., v. Fresenius Kabi, AG, et al., In the Court of Chancery of the State of Delaware, C.A. No. 2018-0300-JTL (July 13, 2018).

Deposition of Daniel R. Fischel In Re: Starz Stockholder Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 12584-VCG (July 12, 2018).

Deposition of Daniel R. Fischel In Re: Akorn, Inc. vs. Fresenius Kabi AG, Quercus Acquisition, Inc. and Fresenius SE & Co. KGaA, In the Court of Chancery of the State of Delaware, Index No. 2018-0300 (June 30, 2018).

Deposition of Daniel R. Fischel In Re: Physiotherapy Holdings, Inc., et al., Debtors; PAH Litigation Trust v. Water Street Healthcare Partners, L.P., et al., In the United States Bankruptcy Court for the District of Delaware, Case No. 13-12965 (KG) (Jointly Administered) (June 5, 2018).

Deposition of Daniel R. Fischel In Re: Facebook, Inc. Class C Reclassification Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 12286-VCL (May 18, 2018).

Testimony of Daniel R. Fischel In Re: Dr. Alan Sacerdote, et al. vs. New York University, In the United States District Court for the Southern District of New York, Civil Action No. 1:16-cv-6284-KBF (April 24, 25 and 26).

Deposition of Daniel R. Fischel In Re: Daniel Turocy, et al. vs. El Pollo Loco Holdings, Inc., et al., In the United States District Court, Central District of California, Southern Division, Case No. 8:15-cv-01343-DOC-KES (April 12, 2018).

Deposition of Daniel R. Fischel In Re: United States of America v. AT&T Inc., Directv Group Holdings, LLC, and Time Warner Inc., In the United States District Court for the District of Columbia, Case No. 1:17-cv-02511-RJL (March 9, 2018).

Deposition of Daniel R. Fischel In Re: Dr. Alan Sacerdote, et al. vs. New York University, In the United States District Court for the Southern District of New York, Civil Action No. 1:16-cv-6284-KBF (March 1, 2018).

Testimony of Daniel R. Fischel In Re: Lehman Brothers Holdings Inc., et al., In the United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 08-13555 (SCC) (December 4, 2017).

Deposition of Daniel R. Fischel In Re: Lehman Brothers Holdings Inc., et al., In the United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 08-13555 (SCC) (October 17, 2017).

Testimony of Daniel R. Fischel In Re: Genon Energy, Inc., et al, Debtors, In the United States Bankruptcy Court for the Southern District of Texas Houston Division, Chapter 11, Case No. 17-33695 (DRJ) (October 6, 2017).

Deposition of Daniel R. Fischel In Re: Genon Energy, Inc., et al, Debtors, In the United States Bankruptcy Court for the Southern District of Texas Houston Division, Chapter 11, Case No. 17-33695 (DRJ) (August 25, 2017).

Deposition of Daniel R. Fischel In Re: United States ex re. Hendrix et al., vs. JM Manufacturing Company, Inc., et al., In the United States District Court, Central District of California, Case No. ED CV 06-00055-GW (July 20, 2017).

Testimony of Daniel R. Fischel In Re: Saguaro Power Co. v. Pioneer Americas LLC d/b/a Olin Chlor Alkali Products, In AAA Case No. 01-16-0005-1073 (June 30, 2017).

Testimony of Daniel R. Fischel In Re: Syngenta AG MIR 162 Corn Litigation, In the United States District Court for the District of Kansas, Master File No. 2:14-MD-02591-JWL-JPO (June 19, 2017).

Testimony of Daniel R. Fischel In Re: Motors Liquidation Company, f/k/a General Motors Corporation, et al., Debtors, United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 09-50026 (MG) and Motors Liquidation Company Avoidance Action Trust, et al vs. JPMorgan Chase Bank, N.A., et al., United States Bankruptcy Court, Southern District of New York, Case No.: 09-00504 (MG) (May 2 and 3, 2017).

Deposition of Daniel R. Fischel In Re: Alere-Abbott Merger Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 12963-VCG (April 4, 2017).

Testimony of Daniel R. Fischel In Re: Appraisal of AOL Inc., In the Court of Chancery of the State of Delaware, Consol C.A. No. 11204-VCG (March 20, 2017).

Deposition of Daniel R. Fischel In Re: City of Daytona Beach Policy and Fire Pension Fund, et al vs. Examworks Group, Inc., et al., In the Court of Chancery of the State of Delaware, C.A. No. 12481-VCL (February 22, 2017).

Deposition of Daniel R. Fischel In Re: Appraisal of AOL Inc., In the Court of Chancery of the State of Delaware, Consol C.A. No. 11204-VCG (February 14 and 15, 2017).

Deposition of Daniel R. Fischel In Re: Motors Liquidation Company, f/k/a General Motors Corporation, et al., Debtors, United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No.:09-50026 (MG) and Motors Liquidation Company Avoidance Action Trust, et al vs. JPMorgan Chase Bank, N.A., et al., United States Bankruptcy Court, Southern District of New York, Case No.: 09-00504 (MG) (January 31, 2017).

Deposition of Daniel R. Fischel In Re: Syngenta Litigation, In the State of Minnesota District Court, County of Hennepin Fourth Judicial District, Court File No. 27-CV-15-3785 and In Re: Syngenta AG MIR 162 Corn Litigation, In the United States District Court for the District of Kansas, Case No. 2:14-md-2591-JWL-JPO (January 20, 2017).

Testimony of Daniel R. Fischel In the Matter of Motiva Enterprises LLC vs. Bechtel Corporation, Jacobs Engineering Group, Inc. and Bechtel-Jacobs CEP Port Arthur Joint Venture, International Institute for Conflict Prevention and Resolution (October 20, 2016).

Deposition of Daniel R. Fischel in Beaver County Employees Retirement Fund, et al., vs. Cyan, Inc., et al., Superior Court of the State of California, County of San Francisco, Lead Case No. CGC-14-538355 (Consolidated with No. CGC-14-539008) (October 11, 2016).

Testimony of Daniel R. Fischel In Re: Paragon Offshore PLC, et al, Debtors, In the United States Bankruptcy Court, District of Delaware, Case No. 16-10386 (September 23, 2016).

Deposition of Daniel R. Fischel In the Matter of Motiva Enterprises LLC vs. Bechtel Corporation, Jacobs Engineering Group, Inc. and Bechtel-Jacobs CEP Port Arthur Joint Venture, International Institute for Conflict Prevention and Resolution (August 25, 2016)

Deposition of Daniel R. Fischel In Re: Syngenta AG MIR162 Corn Litigation, In the United States District Court for the District of Kansas; Case No. 2;14-MD-02591-JWL-JPO and In Re: Syngenta Litigation, In the State of Minnesota District Court, County of Hennepin, Fourth Judicial District, Case No. 27-CV-15-385 (August 11, 2016).

Deposition of Daniel R. Fischel in The Western and Southern Life Insurance Company vs. The Bank of New York Mellon, Court of Common Pleas, Hamilton County, Ohio, Case No. A 1302490 (July 27, 2016).

Testimony of Daniel R. Fischel in Herbalife, Ltd., vs. KPMG LLP, Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution, CPR Case No. 1100076998 (May 19, 2016).

Testimony of Daniel R. Fischel in iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. vs. Benefit Street Partners, et al., In the District Court of Bexar County, Texas, Cause No. 2016 CI 04006 (May 17, 2016).

Deposition of Daniel R. Fischel in iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. vs. Benefit Street Partners, et al., In the District Court of Bexar County, Texas, Cause No. 2016 CI 04006 (May 12, 2016).

Testimony of Daniel R. Fischel in U.S. Commodity Futures Trading Commission v. Igor B. Oystacher and 3 Red Trading, LLC, In the United States District Court for the Northern District of Illinois, Eastern Division, Docket No. 15 C 9196 (May 6, 2016).

Testimony of Daniel R. Fischel in Merion Capital LP and Merion Capital II, LP vs. Lender Processing Services, Inc., In the Court of Chancery of the State of Delaware, C.A. No. 9320-VCL (May 4 and 5, 2016).

Testimony of Daniel R. Fischel in iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. v. Benefit Street Partners LLC, et al., In the District Court of Bexar County, Texas, 285th Judicial District, Cause No. 2016-CI 04006 (April 5, 2016).

Deposition of Daniel R. Fischel in iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. v. Benefit Street Partners LLC, et al., In the District Court of Bexar County, Texas, 285th Judicial District, Cause No. 2016-CI 04006 (April 2, 2016).

Deposition of Daniel R. Fischel in Herbalife Ltd. vs. KPMG LLP, Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution, CPR Case No.1100076998 (March 31, 2016).

Deposition of Daniel R. Fischel in U.S. Commodity Futures Trading Commission v. Igor B. Oystacher and 3 Red

Trading, LLC, In the United States District Court, Northern District of Illinois, Eastern Division, No. 15-cv-09196 (March 25, 2016).

Deposition of Daniel R. Fischel in Merion Capital LP and Merion Capital II, LP vs. Lender Processing Services, Inc., In the Court of Chancery of the State of Delaware, C.A. No. 9320-VCL (March 15, 2016).

Deposition of Daniel R. Fischel in Lawrence E. Jaffe Pension Plan, On Behalf of Itself and All Others Similarly Situated v. Household International, Inc., et al., In the United States District Court, Northern District of Illinois Eastern Division, Lead Case No. 02-C-5893 (February 24, 2016).

Deposition of Daniel R. Fischel in Robert E. Morley, Jr. and REM Holdings 3, LLC vs. Square, Inc., Jack Dorsey, and James McKelvey, Jr., United States District Court for the Eastern District of Missouri, Eastern Division, Civil Action No. 14-CV-00172-SNLJ (February 19, 2016).

Testimony of Daniel R. Fischel In the Matter of the Application of U.S. Bank National Association, The Bank of New York Mellon, et al., Supreme Court of the State of New York, County of New York, Index No. 652382/2014 (January 20 and 21, 2016).

Testimony of Daniel R. Fischel in Sangeeth Peruri v. Ameriprise Financial, Inc., et al, American Arbitration Association Case No. 01-15-0002-3991 (December 7, 2015).

Deposition of Daniel R. Fischel In the Matter of the Application of U.S. Bank National Association, The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., et al, In the Supreme Court of the State of New York, County of New York, Index No. 652382/2014 (December 3, 2015).

Testimony of Daniel R. Fischel in Securities and Exchange Commission v. Arkadiy Dubovoy, et al, In the United States District Court for the District of New Jersey, Civil Case No. 15-cv- 6076-MCA (October 8, 2015).

Deposition of Daniel R. Fischel in Steven A. Stender, Harold Silver and Infinity Clark Street Operating, L.L.C., on behalf of themselves and all others similarly situated v. Archstone- Smith Operating Trust, et al., in the United States District Court for the District of Colorado, Case No. 07-CV-02503-WJM-MJW (July 24, 2015).

Testimony of Daniel R. Fischel In Re: Determination of Royalty Rates and Terms for Ephemeral Recording and Digital Performance of Sound Recordings (Web IV), in the United States Copyright Royalty Judges, The Library of Congress, Docket No. 14-CRB-0001-WR (2016-2020) (May 21 and 22, 2015).

Deposition of Daniel R. Fischel In Re: Determination of Royalty Rates and Terms for Ephemeral Recording and Digital Performance of Sound Recordings (Web IV), in the United States Copyright Royalty Judges, The Library of Congress, Docket No. 14-CRB-0001-WR (2016-2020) (April 1, 2015).

Deposition of Daniel R. Fischel in MacDermid, Incorporated vs. Cookson Group, PLC, Cookson Electronics and Enthone, Inc., in the Superior Court, Judicial District of Waterbury, Docket No. UWY-CV-12-6016356-S (January 21, 2015)

Testimony of Daniel R. Fischel in the Securities and Exchange Commission vs. Samuel E. Wyly and Donald R. Miller, Jr., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr., in the United States District Court, Southern District of New York, 10 Civ. 5760 (SAS) (November 17, 2014).

Deposition of Daniel R. Fischel In Re: Activision Blizzard, Inc. Stockholder Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 8885-VCL (October 17, 2014).

Testimony of Daniel R. Fischel in Hugh M. Caperton, Harman Development Corporation, Harman Mining Corporation, and Sovereign Coal Sales, Inc. v. A.T. Massey Coal Company, Inc., In the Circuit Court for Buchanan County, Case No. 027CL10000771-00 (May 20 and 21, 2014).

Deposition of Daniel R. Fischel in Center Partners, Ltd., et al v. Urban Shopping Centers, L.P., et al., In the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No. 04 L 012194 (April 24, 2014).

Deposition of Daniel R. Fischel in Third Point LLC v. William F. Ruprecht, et al and Sotheby's, In the Court of

Chancery of the State of Delaware, C.A. No. 9469-VCP (April 19, 2014).

Deposition of Daniel R. Fischel in <u>Hugh M. Caperton, Harman Development Corporation, Harman Mining Corporation, and Sovereign Coal Sales, Inc. v. A.T. Massey Coal</u> Company, Inc., In the Circuit Court for Buchanan County, Case No. 027CL10000771-00 (March 14, 2014).

Deposition of Daniel R. Fischel in <u>Corre Opportunities Fund, LP, Zazove Associates LLC, DJD</u> Group LLLP, <u>First Derivative Traders LP, and Kevan A. Fight vs. Emmis Communications</u> Corporation, United States District Court, Southern District of Indiana, Indianapolis Division, Case No. 1:12-cv-0491-SEB-TAB (October 4, 2013).

Testimony of Daniel R. Fischel <u>In the Matter of the Application of The Bank of New York Mellon, (As Trustee Under Various Pooling and Servicing Agreements and Indenture Trustee under various indentures), Petitioner, for an order, pursuant to CPLR §7701, seeking judicial instructions and approval of a proposed settlement</u>, Index No. 651786/11, Supreme Court of the State of New York, County of New York: Trial Term Part 39 (September 9 and 10, 2013).

Testimony of Daniel R. Fischel <u>In Re: September 11 Litigation</u>, Case No. 21 MC 97 (AKH), United States District Court for the Southern District of New York, (July 16, 2013).

Deposition of Daniel R. Fischel in <u>Cantor Fitzgerald & Co., et al v. American Airlines, Inc., et al</u>, Case No. 21 MC 101 (AKH), 04 CV 7318 (AKH), United States District Court, Southern District of New York (July 1, 2013).

Deposition of Daniel R. Fischel <u>In Re: Pfizer Inc. Securities Litigation</u>, Case No. 04 Civ. 9866 (RO) in The United States District Court for the Southern District of New York (June 28, 2013).

Testimony of Daniel R. Fischel <u>William T. Esrey, Julie C. Esrey, Ronald T. LeMay and</u> Casondra C. Lemay v. <u>Ernst & Young LLP</u> Arbitration, Case No. 13 107 Y 02332 11 (May 29, 2013).

Deposition of Daniel R. Fischel in <u>Christine Bauer-Ramazani and Carolyn B. Duffy, on behalf of</u> themselves and <u>all other similarly situated v. Teachers Insurance and Annuity Association of America – College Retirement and Equities Fund (TIAA-CREF), et al</u>, in the United States District Court, District of Vermont, Docket No. 1:09-cv-190 (May 21, 2013).

Deposition of Daniel R. Fischel <u>In Re: Google Inc. Class C Shareholder Litigation</u>, In the Court of Chancery of the State of Delaware, Case No. 7469CS (May 17, 2013).

Deposition of Daniel R. Fischel <u>In the Matter of the application of The Bank of New York Mellon</u> (as Trustee <u>under various Pooling and Servicing Agreements and Indenture Trustee</u> under various Indentures), et al., Supreme Court of the State of New York, County of New York, Index No. 651786/2011 (May 9, 2013).

Deposition of Daniel R. Fischel in <u>William T. Esrey, Julie C. Esrey, Ronald T. Lemay, and</u> Casondra C. Lemay v. <u>Ernst & Young, L.L.P.</u>, Before the American Arbitration Association, Case No. 1234 (May 7, 2013)

Deposition of Daniel R. Fischel in <u>Archer Well Company, Inc. v. GW Holdings LLC and Wexford</u> Capital LP, in the United States District Court, Southern District of New York, ECF Case No. 1 1:12-cv-06762-JSR (April 5, 2013).

Testimony of Daniel R. Fischel <u>Meso Scale Diagnostics, LLC , Meso Scale Technologies, LLC</u> v. Roche <u>Diagnostics GmbH, et al.</u>, In the Court of Chancery of the State of Delaware, Civil Action No. 5589-VCP (February 27, 2013).

Deposition of Daniel R. Fischel in <u>Center Partners, Ltd. et al v. Urban Shopping Centers, L.P., et</u> al, Circuit Court of Cook County, Illinois, No. 04 L 012194 (February 6 and 7, 2013).

Deposition of Daniel R. Fischel <u>In Re: September 11 Litigation</u>, United States District Court, Southern District of New York, Civil Action No. 21 MC 101 (AKH) (January 11, 2013).

Deposition of Daniel R. Fischel in <u>Meso Scale Diagnostics, LLC, Meso Scale Technologies, LLC</u> v. Roche

Diagnostics GmbH, et al., In the Court of Chancery of the State of Delaware, Case No: 5589-VCP (November 12, 2012).

Testimony of Daniel R. Fischel in Stuart Bederman, et al. v. Archstone, f/k/a Archstone-Smith Operating Trust, Arbitration before the Honorable Bruce W. Kauffman (October 17, 2012).

Deposition of Daniel R. Fischel in David E. Brown, et al. v. Authentec, Inc. et al., In the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, Civil Division, Case No. 05-2012-CA-57589 (September 18, 2012).

Deposition of Daniel R. Fischel in Stuart Bederman, et al. v. Archstone, f/k/a Archstone-Smith Operating Trust, Arbitration before the Honorable Bruce W. Kauffman (September 14, 2012).

Testimony of Daniel R. Fischel in Tronox, Incorporated, et al., v. Kerr-McGee Corporation, et al., United States Bankruptcy Court, Southern District of New York, Adversary Proceeding No. 09-10098(ALG) (August 7, 8 and 9, 2012).

Deposition of Daniel R. Fischel In re McAfee, Inc. Shareholder Litigation, Superior Court of the State of California, County of Santa Clara, Lead Case No. 1:10-cv-180413 (August 2, 2012).

Testimony of Daniel R. Fischel in Kraft Foods Global, Inc., v. Starbucks Corporation, Arbitration Before JAMS, Arbitration No. 1340008345 (July 31, 2012).

Deposition of Daniel R. Fischel in Altana Pharma AG, and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., In the United States District Court, District of New Jersey, Consolidated Civil Action Nos. 04-2355 (JLL)(CCC), 05-1966 (JLL)(CCC), 05-3920 (JLL)(CCC) and 05-3672 (JLL)(CCC) (June 1, 2012).

Deposition of Daniel R. Fischel in Kraft Foods Global, Inc. v. Starbucks Corporation, Arbitration before JAMS, Arbitration No. 1340008345 (May 15, 2012).

Deposition of Daniel R. Fischel in Capital One Financial Corporation v. John A. Kanas and John Bohlsen, In the United States District Court for the Eastern District of Virginia, Alexandria Division, Civil Action No. 1:11-cv-750 (LO/TRJ) (May 10, 2012).

Deposition of Daniel R. Fischel In Re: Pfizer Inc. Securities Litigation, In the United States District Court, Southern District of New York, Case 1:04-cv-09866-LTS-HBP (May 3, 2012).

Deposition of Daniel R. Fischel in Willie R. Pittman, Susan B. Seales and Stephen T. Selzer vs. J. Coley Clark, Moneygram International, Inc., et al., In the Court of Chancery of the State of Delaware, C.A. No. 6387-VCL (April 26, 2012).

Deposition of Daniel R. Fischel in Chona Allison, et al v. CRC Insurance Services, Inc., In the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 10-3313 (March 14 and 15, 2012).

Deposition of Daniel R. Fischel In Re: Tronox Incorporated, et al., Debtors, In the United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 09-10156 (ALG) (February 24, 2012).

Testimony of Daniel R. Fischel In Re: BankAtlantic Bancorp, Inc. Litigation, In the Court of Chancery of the State of Delaware, Consolidated Civil Action No. 7068-VCL (January 27 and 30, 2012).

Deposition of Daniel R. Fischel in Hildene Capital Management, LLC et al v. BankAtlantic Bancorp, Inc., et al, In the Court of Chancery of the State of Delaware, C.A. No. 7068- VCL (January 19, 2012).

Deposition of Daniel R. Fischel in Advanced Analogic Technologies, Incorporated v. Skyworks Solutions, Inc. and Powerco Acquisition Corp., In the Court of Chancery of the State of Delaware, Arbitration No. 005-A-CS (November 18, 2011).

Testimony of Daniel R. Fischel in Prudential Retirement Insurance and Annuity Company v. State Street Bank and Trust Company and State Street Global Advisors, Inc., United States District Court, Southern District of New York, Case No. 07-CV-8488 (October 13, 2011).

Deposition of Daniel R. Fischel In Re: Inkeepers USA Trust, et al v. Cerberus Series Four Holdings, LLC., et al, United States Bankruptcy Court, Southern District of New York, Case No. 10-13800 (SCC) (October 5, 2011).

Deposition of Daniel R. Fischel in Mary K. Jones, et al v. Pfizer, Inc., et al, United States District Court, Southern District of New York, Civil Action No. 10-cv-03864 (AKH) ECF (October 4, 2011).

Testimony of Daniel R. Fischel in Marina Del Rey Country Club Apartments, et al. vs. Archstone and Archstone Multifamily Series I Trust, Ruby/Archstone Arbitration (August 30, 2011).

Deposition of Daniel R. Fischel in Maher Terminals, LLC v. The Port Authority of New York and New Jersey, Before the Federal Maritime Commission, FMC Docket No. 08-03 (August 25, 2011).

Testimony of Daniel R. Fischel in Securities and Exchange Commission v. Joseph P. Nacchio, Robert S. Woodruff, Afshin Mohebbi, James J. Kozlowski and Frank T. Noyes, United States District Court for the District of Colorado, Civil Action No. 05-cv-480-MSK-CBS (August 16, 2011).

Affidavit of Daniel R. Fischel in Glenhill Capital LP, et al v. Porsche Automobil Holding, SE, f/k/a Dr. Ing. h.c. F. Porsche AG, Supreme Court of the State of New York, County of New York, Index Number 650678/2011 (August 15, 2011).

Deposition of Daniel R. Fischel in Fairfax Financial Holdings Limited and Crum & Forster Holdings Corp. v. S.A.C. Capital Management, LLC, et al., Superior Court of New Jersey, Law Division: Morris County, Docket No. MRS-L-2032-06 (July 27, 2011).

Deposition of Daniel R. Fischel in In Re: Lyondell Chemical Company, et al v. Leonard Blavatnik, et al., United States Bankruptcy Court, Southern District of New York, Chapter 11 Case No. 09-10023 – (REG) (Jointly Administered) (July 25, 2011).

Deposition of Daniel R. Fischel in In Re: Constar Int'l Inc. Securities Litigation, United States District Court, Eastern District of Pennsylvania, Master File No. 03cv05020 (June 28, 2011).

Affidavit of Daniel R. Fischel In Re: Massey Energy Co. Derivative and Class Action Litigation, in The Court of Chancery of the State of Delaware, C.A. No. 5430-VCS (May 20, 2011).

Deposition of Daniel R. Fischel in Marina Del Rey Country Club, et al v. Archstone and Archstone Multifamily Series I Trust, Ruby/Archstone Arbitration (May 9, 2011).

Testimony of Daniel R. Fischel in The Dow Chemical Company v. Petrochemical Industries Company (K.S.C.), International Chamber of Commerce, International Court of Arbitration, ICC Case No. 16127/JEM/MLK (April 7, 2011).

Testimony of Daniel R. Fischel In Re: Tribune Company, et al., Debtors, In the United States Bankruptcy Court for the District of Delaware, Chapter 11, Case No. 08-13141 (KJC) (March 10, 2011).

Deposition of Daniel R. Fischel in In Re: Tribune Company, et al., Debtors, In the United States Bankruptcy Court for the District of Delaware, Chapter 11, Case No. 08-13141 (KJC) (March 2, 2011).

Deposition of Daniel F. Fischel In Re: Genetically Modified Rice Litigation, In the United States District Court for the Eastern District of Missouri, Eastern Division, Case No. 4:06 MD 1811 CDP (February 15, 2011)

Deposition of Daniel R. Fischel in Riceland Food, Inc. v. Bayer Cropscience LP, et al, In the United States District Court, Eastern District of Missouri, Eastern Division, Case No. 4:09- cv-00433 CDP (January 18, 2011).

Deposition of Daniel R. Fischel In Re: Genetically-Modified Rice Litigation, In the United States District Court for the Eastern District of Missouri, Case No. 4:06-MD-1811 (November 11, 12, 2010).

Deposition of Daniel R. Fischel in Coleen Witmer, Individually, and on Behalf of All Others Similarly Situated v. Dynegy Inc., In the District Court of Harris County, Texas, 234th Judicial District

(November 6, 2010).

Testimony of Daniel R. Fischel in Terra Firma (GP) 2 Investments Limited v. Citigroup Inc., United States
District Court for the Southern District of New York, No. 1:09-CV-10459 (JSR) (November 2, 2010).

Testimony of Daniel R. Fischel in Terra Firma (GP) 2 Investments Limited v. Citigroup Inc., United States
District Court for the Southern District of New York, No. 1:09-CV-10459 (JSR) (October 22, 2010).

Testimony of Daniel R. Fischel in Air Products and Chemicals, Inc. v. Airgas, Inc., Peter McCausland, et al, In
the Court of Chancery of the State of Delaware, C.A. No. 5249-CC (October 5, 2010).

Deposition of Daniel R. Fischel in Air Products and Chemicals, Inc. v. Airgas, Inc., Peter McCausland, et al, In
the Court of Chancery of the State of Delaware, C.A. No. 5249-CC (September 8, 2010).

Deposition of Daniel R. Fischel in Terra Firma (GP) 2 Investments Limited v. Citigroup Inc., United States
District Court for the Southern District of New York, No. 1:09-CV-10459 (JSR) (July 28, 2010).

Deposition of Daniel R. Fischel in Citadel Investment Group, L.L.C. et al v. Mikhail Malyshev and Jace
Kohlmeier, In the American Arbitration Association, Case No.AAA No. 51 166 00969 09 (July 13, 2010).

Testimony of Daniel R. Fischel In Re: United States of America v. Joseph P.Nacchio, in the United States
District Court for the District of Colorado, Case No. 05-CR-00545-EWN (June 23, 2010).

Deposition of Daniel R. Fischel in Cantor Fitzgerald Securities, Cantor Fitzgerald & Co., Cantor Fitzgerald
Partners v. The Port Authority of New York and New Jersey, in the Supreme Court of the State of New
York, County of New York, Case No. 105447/94 (June 4, 2010).

Deposition of Daniel R. Fischel in Alaska Retirement Management Board on behalf of State of Alaska Public
Employees' Retirement System and State of Alaska Teachers' Retirement System v. Mercer (US), Inc.,
Mercer Human Resources Consulting, Inc., and William M. Mercer, Inc., in The Superior Court for the
State of Alaska, First Judicial District at Juneau, Case No. 1JU-07-974CI (April 29, 2010).

Deposition of Daniel R. Fischel In Re: ACS Shareholders Litigation, in The Court of Chancery of the State of
Delaware, Consolidated Case No. 4940-VCP (April 26, 2010).

Testimony of Daniel R. Fischel in Securities and Exchange Commission v. Carl W. Jasper, in the United States
District Court for the Northern District of California, San Jose Division, Case No. C-07-06122-JW (April
16, 2010).

Deposition of Daniel R. Fischel in Prudential Retirement Insurance and Annuity Company v.
State Street Bank and Trust Company and State Street Global Advisors, Inc., in the United States
District Court, Southern District of New York, Case No. 07 CIV 8488 (April 9, 2010).

Deposition of Daniel R. Fischel In re: Lyondell Chemical Company, et al., Debtors. Official Committee of
Unsecured Creditors, on behalf of the Debtors' Estates v. Citibank, N.A., et al., in the United States
Bankruptcy Court, Southern District of New York, Chapter 11 Case No. 09-10023 – (RED) (December 2,
2009).

Deposition of Daniel R. Fischel in Securities and Exchange Commission v. Carl W. Jasper, In the United
States District Court, Northern District of California, San Jose Division, Case No. CV 07-6122 (HRL)
(October 22, 2009).

Testimony of Daniel R. Fischel in Ventas, Inc. v. HCP, Inc., In the United States District Court of the Western
District of Kentucky at Louisville, Civil Action No. 3:07-cv-00238-JGH (September 2, 2009).

Deposition of Daniel R. Fischel in Frank K. Cooper Real Estate #1, Inc., et al vs. Cendant Corporation f/k/a
Hospitality Franchise Systems and Century 21 Real Estate Corporation, Superior Court of New Jersey,
Law Division: Morris County, Docket No. MRS-L-377-02 (August 10, 2009).

Deposition of Daniel R. Fischel in Ventas, Inc. v. HCP, Inc., In the United States District Court of the Western
District of Kentucky at Louisville, Civil Action No. 3:07-cv-00238-JGH (August 3, 2009).

Deposition of Daniel R. Fischel in <u>U.S. Commodity Futures Trading Commission v. Amaranth</u> <u>Advisors, L.L.C.,</u> <u>Amaranth Advisors (Calgary) and Brian Hunter</u>, in the United States District Court, Southern District of New York, Case No. 07 CIV 6682 (July 8, 2009).

Declaration and Expert Surrebutal Report of Daniel R. Fischel in <u>Ventas, Inc. v. HCP, Inc.</u>, In The United States District Court for the Western District of Kentucky at Louisville, Case No. 3:07-CV-00238-JGH (June 22, 2009).

Testimony of Daniel R. Fischel in <u>NRG Energy, Inc. v. Exelon Corporation and Exelon Exchange</u> <u>Corporation</u>, in the United States District Court, Southern District of New York, Case No. 09-CV-2448 (JGK) (DFE), (June 3, 2009).

Deposition of Daniel R. Fischel <u>In Re: Delphi Corporation v. Appaloosa Management L.P., et al.</u>, In the United States Bankruptcy Court, Southern District of New York; Chapter 11, Case No. 05-44481(RDD) (Jointly administered), (June 2, 2009).

Deposition of Daniel R. Fischel in <u>NRG Energy, Inc. v. Exelon Corporation and Exelon Exchange</u> <u>Corporation</u>, in the United States District Court, Southern District of New York, Case No. 09-CV-2448 (JGK) (DFE), (May 31, 2009).

Deposition of Daniel R. Fischel in <u>e-Bay Domestic Holdings, Inc. v. Craig Newmark and James</u> <u>Buckmaster</u> <u>and Craigslist, Inc.</u>, in the Court of Chancery of the State of Delaware, Case No. 3705-CC (May 29, 2009)

Testimony of Daniel R. Fischel <u>In Re: Lawrence E. Jaffe Pension Plan, et al v. Household</u> <u>International,</u> <u>Inc., et al</u>, in the United States District Court for the Northern District of Illinois, Eastern Division, No. 02-C-5893 (April 16, 20, 28 and 29, 2009).

Deposition of Daniel R. Fischel <u>In Re: Rohm and Haas Company v. The Dow Chemical</u> <u>Company and</u> <u>Ramses Acquisition Corp.</u>, In the Court of Chancery of the State of Delaware, C.A. No. 4309-CC (March 4, 2009).

Deposition of Daniel R. Fischel <u>In the Matter of Hoffman, et al. v. American Express Travel</u> <u>Related Services</u> <u>Company, Inc., et al.</u>, in the Superior Court of the State of California, in and for the County of Alameda, Case No. 2001-022881 (January 15, 2009).

Deposition of Daniel R. Fischel <u>In Re: TyCom Ltd. Securities Litigation</u>, in the United States District Court, District of New Hampshire, Docket No. 03-CV-1352 (September 22, 2008).

Deposition of Daniel R. Fischel <u>In Re: Hexion Specialty Chemicals, Inc., et al v. Huntsman</u> <u>Corp.</u>, in the Court of Chancery of the State of Delaware, Civil Action No. 3841-VCL (September 4, 2008).

Deposition of Daniel R. Fischel <u>In Re: Stone Energy Corp. Securities Litigation</u>, in the United States District Court, Western District of Louisiana, Lafayette-Opelousas Division, Civil Action No. 6:05CV2088 (LEAD) (July 16, 2008).

Deposition of Daniel R. Fischel <u>In Re: Initial Public Offering Securities Litigation</u>, in the United States District Court, Southern District of New York, Master File No. 21 MC 92 (SAS) (April 3 and 4, 2008).

Deposition of Daniel R. Fischel <u>In Re: Lawrence E. Jaffe Pension Plan, et al v. Household</u> <u>International, Inc., et</u> <u>al</u>, in the United States District Court for the Northern District of Illinois, Eastern Division, No. 02-C-5893 (March 21, 2008).

Deposition of Daniel R. Fischel <u>In Re: IAC/InteractiveCorp and Barry Diller v. Liberty Media</u> <u>Corporation</u>, in the Court of Chancery of the State of Delaware in and for New Castle County, Consolidated Case Number 3486-VCL (February 29, 2008).

Testimony of Daniel R. Fischel <u>In Re: Immunicon Corporation v. Veridex LLC</u>, before the American Arbitration Association (Commercial Arbitration Rules), Case Number 50 180T 00192 07 (January 17, 2008).

Deposition of Daniel R. Fischel <u>In Re: Unitedglobalcom Shareholders Litigation</u>, in the Court of Chancery of

the State of Delaware in and for New Castle County, Consolidated C.A. No. 1012-N (November 19, 2007).

Deposition of Daniel R. Fischel In Re: Cendant Corporation Litigation, in the United States District Court for the District of New Jersey, Master File No. 98-1664 (WHW) (November 15, 2007).

Deposition of Daniel R. Fischel In Re: Cendant Corporation Litigation, in the United States District Court for the District of New Jersey, Master File No. 98-1664 (WHW) (October 16, 2007).

Deposition of Daniel R. Fischel In Re: Schering-Plough Corporation Securities Litigation, in the United States District Court for the District of New Jersey, Master File No. 01-CV-0829 (KSH/RJH) (October 12, 2007).

Deposition of Daniel R. Fischel In Re: Carpenters Health & Welfare Fund, et al. vs. The Coca- Cola Company, in the United States District Court, Northern District of Georgia, Atlanta Division, File No. 1:00-CV-2838-WBH (Consolidated) (September 26, 2007).

Deposition of Daniel R. Fischel In Re: Parker Freeland, et al., vs. Iridium World Communications, Ltd., et al., in the United States District Court for the District of Columbia, Civil Action No. 99-1002 (August 7, 2007)

Deposition of Daniel R. Fischel In Re: Chuck Ginsburg v. Philadelphia Stock Exchange, Inc., et al., In the Court of Chancery of the State of Delaware in and for New Castle County, C.A. No. 2202-N (June 12, 2007).

Testimony of Daniel R. Fischel In Re: Holcombe T. Green and HTG Corp. v. McKesson, Inc., et al, In the Superior Court for the County of Fulton, State of Georgia, Civil Action File No. 2002-CV-48407 (June 5, 2007).

Affidavit of Daniel R. Fischel In Re: Lear Corporation Shareholders Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 2728-VCS (May 30, 2007).

Affidavit of Daniel R. Fischel In Re: Aeroflex, Inc. Shareholder Litigation, in the Supreme Court of the State of New York, County of Nassau: Commercial Division, Index No. 07-003943 (May 23, 2007).

Deposition of Daniel R. Fischel In Re: Holcombe T. Green and HTG Corp. v. McKesson, Inc., HBO & Company, Albert Bergonzi, and Jay Gilbertson, in the Superior Court for the County of Fulton, State of Georgia, Civil Action File No. 2002W48407 (May 21, 2007).

Deposition of  Daniel  R.  Fischel In Re: Adelphia Communications Corp. v. Deloitte & Touche LLP, et al, in the Court of Common Pleas, Philadelphia County, Pennsylvania, Case No. 000598 (May 3 and 4, 2007).

Testimony of Daniel R. Fischel In Re: United States of America v. Joseph P. Nacchio, in the United States District Court for the District of Colorado, Case No. 05-CR-00545-EWN (April 9, 2007).

Deposition of Daniel R. Fischel In Re: MK Resources Company Shareholders Litigation, in the Court of Chancery for the State of Delaware in and for New Castle County, C.A. No. 1692- N (February 22, 2007).

Deposition of Daniel R. Fischel In Re: Starr International Company, Inc. v. American International Group, Inc., In the United States District Court, Southern District of New York, Case No. 05 CV 6283 (January 26, 2007).

Written testimony of Daniel R. Fischel In Re: Verizon Communications Inc. and Verizon Services Corp. v. Christopher G. Pizzirani, in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:06-cv-04645-MK (November 6, 2006).

Testimony of Daniel R. Fischel In Re: Northeast Savings, F.A. v. United States of America, In the United States Claims Court, Case No. 92-550 C (November 2 and 9, 2006).

Testimony of Daniel R. Fischel In Re: United States of America v. Sanjay Kumar and Stephen Richards, United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (October 25, 2006).

Affidavit of Daniel R. Fischel In Re: Lionel I. Brazen and Nancy Hammerslough, et al v. Tyco International Ltd., et al, In the Circuit Court of Cook County, Illinois County Department, Chancery Division, No. 02 CH 11837 (September 18, 2006).

15

Deposition of Daniel R. Fischel In Re: Tele-Communications, Inc. Shareholders Litigation, in the Court of
Chancery of the State of Delaware in and for New Castle County, Consolidated
C.A. No. 16470 (September 15, 2006).

Affidavit of Daniel R. Fischel In Re: United States of America v. Sanjay Kumar and Stephen Richards,
United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (September 8, 2006).

Deposition of Daniel R. Fischel In Re: James Gilbert v. McKesson Corporation, et al., in the State Court of
Fulton County, State of Georgia, Civil Action File No. 02VS032502C (September 7, 2006).

Supplemental Declaration of Daniel R. Fischel In Re: United States of America v. Jeffrey K. Skilling, in the
United States District Court, Southern District of Texas, Houston Division, Crim. No. H-04-25 (Lake,
J.) (August 25, 2006).

Affidavit of Daniel R. Fischel In Re: United States of America v. Sanjay Kumar and Stephen Richards,
United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (August 22, 2006).

Declaration of Daniel R. Fischel In Re: United States of America v. Jeffrey K. Skilling, in the United States
District Court, Southern District of Texas, Houston Division, Crim. No. H-04- 25 (Lake, J.) (August 3,
2006).

Deposition of Daniel R. Fischel In Re: Enron Corporation Securities Litigation, in the United States District
Court, Southern District of Texas, Houston Division, Case Number: H-01- 3624 (May 24, 2006).

Testimony of Daniel R. Fischel In Re: Guidant Corporation Shareholders Derivative Litigation, in the United
States District Court, Southern District of Indiana, Indianapolis Division, Master Derivative Docket No.
1:03-CV-955-SEB-WTL (January 20, 2006).

Testimony of Daniel R. Fischel In Re. Hideji Jumbo Tanaka v. Cerberus Far East Management, L.L.C., et al.,
AAA Case No. 50 T 116 00284 03, (December 15, 2005).

Deposition of Daniel R. Fischel In Re: McKesson HBOC, Inc. Securities Litigation, in the United States District
Court for the Northern District of California, No. C-99-20743-RMW (August 16, 2005).

Testimony of Daniel R. Fischel In the Matter of Visconsi Companies Ltd., et al. and Lehman Brothers, et al.,
National Association of Securities Dealers Department of Arbitration, Grievance No. 03-07606 (July 26,
2005).

Testimony of Daniel R. Fischel In Re: John P. Crowley, as Receiver of Ambassador Insurance Company v.
Doris June Chait, et al., in the United States District Court for the District of New Jersey, Case No. 85-
2441 (HAA) (July 21 and 22, 2005).

Deposition of Daniel R. Fischel In Re: Electronic Data Systems Corporation Securities Litigation, in the United
States District Court for the Eastern District of Texas, Tyler Division, Case No. 6:03-MD-1512 (July 20,
2005).

Testimony of Daniel R. Fischel In Re: United States of America v. Philip Morris, Inc., et al, in the United States
District Court for the District of Columbia, Case No. 1:99CV02496 (May 26 and 27, 2005).

Deposition of Daniel R. Fischel In Re: Cordis Corporation v. Boston Scientific Corporation, et ano, in the
United States District Court for the District of Delaware, Case No. 03-027-SLR (May 25, 2005).

Deposition of Daniel R. Fischel In Re: United States of America v. Philip Morris, Inc., et al, in the United States
District Court for the District of Columbia, Case No. 1:99CV02496 (May 16, 2005).

Testimony of Daniel R. Fischel In Re: Drury Industries, Inc. v. Drury Properties, Inc., in the First Judicial District
Court of the State of Nevada in and for Carson City, Nevada (April 6 and 7, 2005).

Deposition of Daniel R. Fischel In Re: Jerry R. Summers and George T. Lenormand, et al v. UAL Corporation
ESOP Committee, Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, Don Clements, Craig Musa, and
State Street Bank and Trust Company, in the United States District Court for the North District of Illinois,

Eastern Division, No. 03 C 1537 (March 9, 2005).

Deposition of Daniel R. Fischel In Re: Drury Industries, Inc. v. Drury Properties, Inc., in the First Judicial District Court of the State of Nevada in and for Carson City, Nevada (March 7 and 10, 2005).

Testimony of Daniel R. Fischel In the Matter of Fyffes PLC v. DCC PLC, S&L Investments Limited, James Flavin and Lotus Green Limited, in The High Court, Dublin, Ireland (2002 No. 1183P) (February 1 and 2, 2005).

Deposition of Daniel R. Fischel In the Matter of the Arbitration between The Canada Life Assurance Company and The Guardian Life Insurance Company of America (January 12, 2005).

Deposition of Daniel R. Fischel In Re: IDT Corporation vs. Telefonica, S.A., et al, in the United States District Court, District of New Jersey, Civil Action No. 01-CV 471 (December 14, 2004).

Deposition of Daniel R. Fischel In Re: DQE, Inc. Securities Litigation, in the United States District Court, Western District of Pennsylvania, Master File No. 01-1851 (December 7, 2004)

Testimony of Daniel R. Fischel In Re: United States of America v. Daniel Bayly, James A Brown, Robert S. Furst, Daniel O. Boyle, William R. Fuhs and Sheila K. Kahanek, in the United States District Court of Southern Texas Houston Division, Case No. H-CR-03-363 (November 4, 2004).

Testimony of Daniel R. Fischel In the Matter of the Arbitration Between the Canada Life Assurance Company, Petitioner v. Caisse Centrale De Reassurance, Respondent, (November 2, 2004).

Testimony of Daniel R. Fischel In Re: Yankee Atomic Electric Company, Connecticut Yankee Atomic Power Company, and Maine Yankee Atomic Power Company v. The United States, in the United States Court of Federal Claims, Case Nos. 98-126C, 98-154C and 98-474C (August 9, 2004).

Affidavit of Daniel R. Fischel In Re: Oracle Corp. Derivative Litigation, in the Court of the Chancery of the State of Delaware In and For New Castle County, Consolidated Civil Action No. 18751 (June 8, 2004).

Deposition of Daniel R. Fischel In Re: Reading International, Inc., et al v. Regal Entertainment Group, et al, (Delaware Chancery Court) (May 30, 2004).

Affidavit of Daniel R. Fischel In Re: Reading International, Inc., et al v. Regal Entertainment Group, et al, (Delaware Chancery Court) (May 28, 2004).

Deposition of Daniel R. Fischel In Re: Northeast Savings, F.A. v. United States of America, in the United States Claims Court, Case No. 92-550-C (May 4, 5 and 6, 2004).

Deposition of Daniel R. Fischel In Re: Tyson Foods, Inc. Securities Litigation, in the United States District Court for the District of Delaware, Civil Action No. 01-425-SLR (March 18, 2004).

Testimony of Daniel R. Fischel In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00- 3299 Through 00-3300 (MFW) (March 4, 2004).

Testimony of Daniel R. Fischel In Re: Tracinda Corporation v. DaimlerChrysler AG, et al, in the United States District Court for the District of Delaware, Civil Action No. 00-984 (February 11, 2004)

Deposition of Daniel R. Fischel In Re: Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al. v. Arthur Anderson LLP, et al., in the United States District Court for the Northern District of Illinois, Case Nos. CIV-01-218-PHX-PGR, CIV-01- 246-PHX-EHC, CIV-02-1162-PHX-PGR, CIV-02-1248-PHX-PGR (Consolidated) (October 29 and 30, 2003).

Deposition of Daniel R. Fischel In Re: Irene Abrams, on behalf of herself and all others similarly situated v. Van Kampen Funds, Inc., Van Kampen Investment Advisory Corp., Van Kampen Prime Rate Income Trust, Howard Tiffen, Richard F. Powers III, Stephen L. Boyd, Dennis J. McDonnell and Jeffrey W. Maillet, in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 01-C-7538 (October 21, 2003).

17

Deposition of Daniel R. Fischel In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00- 3299 Through 00-3300 (MFW) (October 13, 2003).

Testimony of Daniel R. Fischel In Re: Transcore Holdings, Inc. v. Rocky Mountain Mezzanine Fund II, LP; Hanifen Imhoff Mezzanine Fund, LP; Moramerica Capital Corporation; and NDSBIC, LP and W. Trent Ates and Fred H. Rayner, In Re: Jams Arbitration, Case No. 1410003193 (September 24, 2003).

Deposition of Daniel R. Fischel In Re: Transcore Holdings, Inc. v. Rocky Mountain Mezzanine Fund II, LP; Hanifen Imhoff Mezzanine Fund, LP; Moramerica Capital Corporation; and NDSBIC, LP and W. Trent Ates and Fred H. Rayner, In Re: Jams Arbitration, Case No. 1410003193 (May 13, 2003).

Deposition of Daniel R. Fischel In Re: AT&T Broadband Management Corporation v. CSG Systems, Inc., American Arbitration Association No. 77 181 00159 02 VSS (April 9, 2003).

Deposition of Daniel R. Fischel In Re: DaimlerChrysler AG Securities Litigation, in the United States District Court for the District of Delaware, Civil Action No. 00-993-JJF (February 11 and 12, 2003).

Deposition of Daniel R. Fischel In Re: David T. Bard, Commissioner of Banking and Insurance for the State of Vermont, as Receiver for Ambassador Insurance Company v. Arnold Chait, et al, in the United States District Court for the District of New Jersey, Civil Action No. 85- 2441 (December 12, 2002).

Testimony of Daniel R. Fischel In Re: MHC Financing Limited Partnership, et al vs. City of San Rafael, et al, in the United States District Court, Northern District of California, Case No. C 00-3785 VRW (November 6, 2002).

Deposition of Daniel R. Fischel In Re: MHC Financing Limited Partnership, et al vs. City of San Rafael, et al, in the United States District Court, Northern District of California, Case No. C 00-3785 VRW (October 16, 2002).

Deposition of Daniel R. Fischel In Re: Maine Yankee Atomic Power Company v. United States of America, In the United States Court of Federal Claims, Case No. 98-474 C (October 8 and 9, 2002)

Testimony of Daniel R. Fischel In Re: California Federal Bank, FSB v. The United States of America, In the United States Court of Federal Claims, Case No. 92-138C (September 20 and 23, 2002).

Deposition of Daniel R. Fischel In Re: Maine Yankee Atomic Power Company v. United States of America, In the United States Court of Federal Claims, Case No. 98-474 C (September 4 and 6, 2002).

Deposition of Daniel R. Fischel In the Matter of RDM Sports Group, Inc., et al v. Smith, Gambrell, Russell, L.L.P.; et al, In the United States Bankruptcy Court for the Northern District of Georgia, Newnan Division, Case No. 00-1065 (May 14 and 15, 2002).

Deposition of Daniel R. Fischel In Re: Walter B. Hewlett, individually and as Trustee of the William R. Hewlett Revocable Trust, and Edwin E. van Bronkhorst as Co-Trustee of the William R. Hewlett Revocable Trust v. Hewlett-Packard Company, in the Court of the Chancery of the State of Delaware in and for New Castle County (April 24, 2002).

Deposition of Daniel R. Fischel In Re: California Federal Bank, FSB, v. The United States of America, in the United States District Court of Federal Claims, Case No. 92-138C (April 16 and 17, 2002).

Deposition of Daniel R. Fischel In Re: Computer Associates Class Action Securities Litigation, in the United States District Court, Eastern District of New York, File No. 98-CV-4839 (TPC) (MLO) (March 19 and 20, 2002).

Deposition of Daniel R. Fischel In Re: United States of America v. David Blech, In the United States District Court, Southern District of New York, Case No. S1 97 Cr. 402 (KTD) (February 13, 2002).

Testimony of Daniel R. Fischel In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00- 3299 Through 00-3300 (MFW) (December 14, 2001).

Deposition of Daniel R. Fischel In Re: Sunbeam Securities Litigation, In the United States District Court, Southern District of Florida, Miami Division, Case No. 98-8258-CIV – Middlebrooks (December 4, 5 and 6, 2001).

Affidavit of Daniel R. Fischel In Re: Jack M. Webb, Special Deputy Receiver for American Eagle Insurance Company v. Elvis Mason, Mason Best Company, L.P., Don D. Hutson, American Eagle Group, Inc., Marion Phillip Guthrie, Frederick G. Anderson, George F. Cass, Richard M. Kurz, Patricia S. Pickard, Arthur Andersen & Co., L.L.P., and Towers, Perrin Forester & Crosby, Inc., D/B/A Tillinghast, In the District Court of Travis County, Texas, 201st Judicial District, Cause No. 99-08253 (September 7, 2001).

Declaration of Daniel R. Fischel In the Matter of Inquiry Concerning High-Speed Access to the Internet Over Cable and Other Facilities: Before the Federal Communications Commission, Washington DC, GN Docket No. 00-185, (Declaration with K. Arrow, G. Becker, D. Carlton, R. Gertner, J. Kalt, H. Sider, and Gustavo Bamberger) (July 24, 2001).

Declaration of Daniel R. Fischel In Re: Walter Green, on behalf of himself and all others similarly situated v. Merck-Medco Managed Care, L.L.C., United States District Court, Southern District of New York, Civil Action No. 99 CIV 0847 (CLB) (June 18, 2001).

Testimony of Daniel R. Fischel In Re:Tyson Foods, Inc. and Lasso Acquisition Corporation v. IBP, Inc., Delaware Chancery Court, (May 25, 2001).

Deposition of Daniel R. Fischel In Re:Tyson Foods, Inc. and Lasso Acquisition Corporation v. IBP, Inc., Delaware Chancery Court, (May 10, 2001).

Deposition of Daniel R. Fischel In Re: Myron Weiner, Nicholas Sitnycky, Ronald Anderson and Robert Furman on behalf of themselves and all others similarly situated v. The Quaker Oats Company and William D. Smithburg, United States District Court, Northern District of Illinois, Case No. 98 C 3123, (January 24, 2001).

Deposition of Daniel R. Fischel In Re: Retsky Family Limited Partnership v. Price Waterhouse, LLP, United States District Court, Northern District of Illinois, Eastern Division, No. 97 C 7694, (October 31, 2000).

Joint Affidavit of Daniel R. Fischel and David J. Ross In Re: Floyd D. Wilson, for himself and all others similarly situated v. Massachusetts Mutual Life Insurance Company, in the First Judicial District Court, County of Santa Fe, State of New Mexico, No. D0101 CV-98-02814 (August 4, 2000).

Affidavit of Daniel R. Fischel In Re: T. Rowe Price Recovery Fund, L.P., and Carl Marks Management Co., L.P., individually and derivatively on behalf of Seaman Furniture Co., Inc. v. James Rubin, M.D. Sass Associates, Inc., Resurgence Asset Management, L.L.C., M.D. Sass Corporation Resurgence Partners, L.P. , M.D. Sass Corporate Resurgence International, Ltd., Robert Symington, Byron Haney, Alan Rosenberg, Steven H. Halper, and Peter McGeough and Seaman Furniture Co., Inc., In the Court of Chancery of the State of Delaware in and for New Castle County, C.A. No. 18013, (June 7, 2000).

Testimony of Daniel R. Fischel In Re: Bank United of Texas, FSB, et al., v. United States of America, United States Court of Federal Claims, Case Number 95-437C, (October 12 and 14, 1999).

Deposition of Daniel R. Fischel In Re: Bank United of Texas, FSB, et al., v. United States of America, United States Court of Federal Claims, Case Number 95-437C, (September 26, 1999; July 10, 1999; and June 16, 17, 1999).

Testimony of Daniel R. Fischel In Re: C. Robert Suess, et al., v. The United States, United States Court of Federal Claims, No. 90- 981C (May 17, 1999).

Testimony of Daniel R. Fischel In Re: Lexecon, Inc. v. Milberg Weiss Bershad Specthrie & Lerach, et al., in the United States District Court, Northern District of Illinois Eastern Division, Case No. 92 C 7768 (March 8, 9, 10 and 15, 1999).

Testimony of Daniel R. Fischel In Re: California Federal Bank v. United States, in the United States Court
of Federal Claims, Case Number 92-138C, (February 4 and 11, 1999).

Deposition of Daniel R. Fischel In Re: California Federal Bank v. United States, in the United States Court of
Federal Claims, Case Number 92-138C, (February 6, 1999; January 27 and 30, 1999).

Deposition of Daniel R. Fischel In Re: C. Robert Suess, et al., v. The United States, United States Court of
Federal Claims, No. 90- 981C (October 27 and 28, 1998).

Deposition of Daniel R. Fischel In Re: Connector Service Corporation v. Jeffrey Briggs, United States District
Court, Northern District of Illinois, Eastern Division, No. 97-C-7088 (August 28, 1998).

Deposition of Daniel R. Fischel In Re: Statesman Savings Holding Corp., et al. v. United States of America,
United States Court of Federal Claims, Case No. 90-773C, (May 4, 1998 and February 12, 1998).

Testimony of Daniel R. Fischel In Re: Glendale Federal Bank FSB v. United States of America, United States
Court of Federal Claims, No. 90-772C, (March 24, 25 and 26, 1998; September 2, 3, 4, 5, 8, 9, 10, 11, 12,
24, 25, 26 and 27, 1997; October 7, 9, 16, 17, 30
and 31, 1997; December 8, 9 and 10, 1997).

Affidavit of Daniel R. Fischel and David J. Ross In Re: Publicis Communication v. True North Communications
Inc., et al., United States District Court, Northern District of Illinois, Eastern Division, Case No. 97-C-
8263, (December 7, 1997).

Deposition of Daniel R. Fischel In Re: Glendale Federal Bank FSB v. United States of America, United States
Court of Federal Claims, No. 90-772C, (August 27 and 28, 1997).

Testimony of Daniel R. Fischel In Re: AUSA Life Insurance Company, et al. v. Ernst & Young, in the United
States District Court, Southern District of New York, Master File No. 94 CIV.
3116 (CLB) (July 7 and 8, 1997).

Deposition of Daniel R. Fischel In Re: Santa's Best, f/k/a National Rennoc, an Illinois general partnership, and
Tinsel/Ruff Group Limited Partnership, an Illinois limited partnership v. Rennoc Limited Partnership, a
New Jersey limited parternship, v. Tinsel/Ruff Group Limited Parternship, an Illinois limited partnership,
in the Circuit Court of Cook, Illinois County Department - Chancery Division, No. 95 CH 12160, (June
17, 1997).

Arbitration of Daniel R. Fischel In Re: Lerner v. Goldman Sachs, et. al., Before the American Arbitration
Association, 75-136-00090-94 (April 10, 1997).

Affidavit of Daniel R. Fischel In Re: Hilton Hotels Corporation and HLT Corporation v. ITT Corporation, United
States District Court, District of Nevada, CV-S-97-00095-PMP (RLH) (March 24, 1997).

Deposition of Daniel R. Fischel In Re: Glendale Federal Bank, FSB v. United States of America, Washington,
D.C., Case No. 90-772C, (March 19, 1997; January 30 and 31, 1997).

Deposition of Daniel R. Fischel In Re: Statesman Savings Holding Corporation v. United States of America,
Washington, D.C., Case No. 90-773-C, (February 19 and 20, 1997).

Testimony of Daniel R. Fischel In Re: Westcap Enterprises, Inc. and Westcap Corporation, Debtor; in the United
States Bankruptcy Court, for the Southern District of Texas, Houston Division, Houston, Texas; Case No.
96-43191-H2-11, (November 1996).

Testimony of Daniel R. Fischel In Re: United States of America v. Robert R. Krilich, in the United States
District Court, Northern District of Illinois, Eastern Division, No. 94 CR 419, (August 20, 1996 and July
15, 1996)

Deposition of Daniel R. Fischel In Re: McMahan & Company, Froley, Revy Investment Co., Inc. and Wechsler
& Krumholz, Inc. v. Wherehouse Entertainment, Inc., Louis A. Kwiker, George A. Smith, Michael T.
O'Kane, Lawrence K. Harris, et al., United States District Court, Southern District of New York, Index No.
88 Civ. 0321 (SS) (AJP), (July 16, 1996 and June 10, 1996).

Deposition of Daniel R. Fischel In Re: Joseph W. and Helen B. Teague, Steven Allen Barker, Rita Strahowski, Swannee Beck, and Lifetime Partners of PTL, as representatives of a nationwide class consisting of 150,129 Lifetime Partners and of 27,839 persons who have partially paid for Lifetime Partnerships v. James O. Bakker, in the United States District Court for the Western District of North Carolina, Civil Action No. 3:87CV514, (June 28, 1996).

Deposition of Daniel R. Fischel In Re: Snapple Beverage Corporation Securities Litigation, in the United States District Court, Eastern District of New York, Master File No. CV 94-3647 (May 30, 1996).

Testimony of Daniel R. Fischel In Re: Chuck Quackenbush, Insurance Commissioner of the State of California, in his capacity as Trustee of Mission Insurance Company Trust, et al. v. Borg-Warner Corporation, Borg Warner Equities Corporation, Borg-Warner Insurance Service, Inc., et al., for the Superior Court of the State of California, for the County of Los Angeles, No. C688487 (April 18, 1996).

Deposition of Daniel R. Fischel In Re: Chuck Quackenbush, Insurance commissioner of the State of California, in his capacity as Trustee of Mission Insurance Company Trust, et al. v. Borg-Warner Corporation, Borg Warner Equities Corporation, Borg-Warner Insurance Service, Inc., et al., for the Superior Court of the State of California, for the County of Los Angeles, No. C688487 (April 17, 1996).

Deposition of Daniel R. Fischel In Re: Household Commercial Financial Services, Inc. a citizen of the states of Delaware and Illinois v. Julius Trump, a citizen of the State of Florida, Edmond Trump, a citizen of the state of Florida, James M. Jacobson, a citizen of the State of New York, and Parker, Chapin, Flattau & Klimpl, a citizen of the states of New York and New Jersey, in the United States District Court, for the Northern District of Illinois Eastern Division, 92 C 5010 (February 1, 1996).

Deposition of Daniel R. Fischel In Re: JWP, Inc. Securities Litigation, in the United States District Court, Southern District of New York, Master File No. 92 Civ. 5815 (CLB); AUSA Life Insurance Company, et al. v. Ernst & Young, in the United States District Court, Southern District of New York, Master File No. 94 Civ. 3116 (CLB) (November 30, 1995; November 9, 1995; October 18 and 19, 1995; September 28, 1995).

Deposition of Daniel R. Fischel In Re: City of Houston Municipal Employees Pension System, a Texas association v. PaineWebber Group Inc., et al., in the United States District Court, Eastern District of Missouri, Eastern Division, No. 4:94CV0073CAS (November 15 and 16, 1995).

Testimony of Daniel R. Fischel In Re: American Continental Corporation/Lincoln Savings & Loan Securities Litigation - Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach and Kevin P. Roddy, in the United States District Court, District of Arizona, Civ-93-1087-PHX-JMR (July 25 and 26, 1995).

Deposition of Daniel R. Fischel In Re: Keith C. Bogard, et al., v. National Community Bank Inc., et al., in the United States District Court, District of New Jersey, No. 90-5-32 (HAA) (December 20, 1994).

Deposition of Daniel R. Fischel In Re: Harvey Rosen, Ben Rogers and Julie Rogers v. Deloitte & Touche, Elias Zinn, Julius Zinn, Dennis Lamm, and Ronald Begnaud, in the 268th Judicial District Court, of Fort Bend County, Texas, Cause No. 84-482 (November 9, 1994).

Testimony of Daniel R. Fischel In Re: PPM America, Inc., et al. v. Marriott Corporation et al., in the United States District Court, for the District of Maryland, Civil Docket No. H-92-3068 (October 12, 1994).

Deposition of Daniel R. Fischel In Re: Browning-Ferris Industries, Inc., Securities Litigation, United States District Court, for the Southern District of Texas, Houston Division, Civil Action H-903477 (September 1, 1994).

Testimony of Daniel R. Fischel In Re: Computer Associates International Inc. Securities Litigation, United States District Court, Eastern District New York, CV-90-2398 (JBW) (May 26 and 27, 1994).

Deposition of Daniel R. Fischel In Re: PPM America, Inc., et al. v. Marriott Corporation et al., United States District, for the District of Maryland, H-92-3068 (May 10, 1994 and March 8, 1994).

Deposition of Daniel R. Fischel In Re: Securities and Exchange Commission v. Shared Medical Systems Corporation, R. James Macaleer, James C. Kelly and Clyde M. Hyde, United States District Court, for the Eastern District of Pennsylvania, Civil Action - Law: No. 91- CV-6549 (February 22, 1994).

Testimony of Daniel R. Fischel In Re: Peter M. Schultz and Pamela A. Schultz v. Rhode Island Hospital Trust National Bank, N.A., et al., United States District Court, District of Massachusetts, Civil Action No. 88-2870-T (February 16, 1994).

Deposition of Daniel R. Fischel In Re: Henry T. Endo, et al. v. John M. Albertine, et al., United States District Court, Northern District of Illinois, Eastern Division, No. 88 C 1815 (November 11 and 12, 1993; October 28, 1993).

Deposition of Daniel R. Fischel In Re: Computer Associates International Inc. Securities Litigation, United States District Court, Eastern District of New York, CV 90-2398 (JBW) (November 2, 1993 and February 4, 1993).

Affidavit of Daniel R. Fischel In Re: Peter M. Schultz and Pamela A. Schultz v. Rhode Island Hospital Trust National Bank, N.A. et al., United States District Court, District of Massachusetts, Civil Action No. SS-2870-T (October 28, 1993).

Deposition of Daniel R. Fischel In Re: Alpheus John Goddard, III, etc. v. Continental Bank N.A., etc., State of Illinois, County of Cook, Circuit Court of Cook County, County Department- Chancery Division, No. 89 CH 1081 (September 10, 1993).

Deposition of Daniel R. Fischel In Re: Taxable Municipal Bond Section "G" Securities Litigation, United States District Court, Eastern District of Louisiana, MDL No. 863 (September 2, 1993).

Reply Affidavit of Daniel R. Fischel In Re: Columbia Securities Litigation, United States District Court Southern District of New York, 89 Civ. 6821 (LBS) (August 30, 1993).

Affidavit of Daniel R. Fischel In Re: Consumers Gas & Oil, Inc. v. Farmland Industries, Inc., et al., United States District Court, for the District of Colorado, Civil Action No. 92-F-1394 (August 26, 1993).

Declaration of Daniel R. Fischel In Re: Equitec Rollup Litigation, United States District Court for the Northern District of California, Master file No. C90 2064 CAL (July 28, 1993).

Deposition of Daniel R. Fischel In Re: United Telecommunications, Inc. Securities Litigation, United States District Court for the District of Kansas, No. 90-2251-0 (July 22, 1993, April 21 and 22, 1993).

Deposition of Daniel R. Fischel In Re: Consumers Gas & Oil, Inc., a Colorado farm cooperative in liquidation, on behalf of itself and others similarly situated v. Farmland Industries, Inc., a Kansas farm cooperative, et al., United States District Court, District of Colorado, 92-F- 1394 (June 18, 1993).

Deposition of Daniel R. Fischel In Re.  Rosalind Wells v.  HBO & Company, United States District Court, Northern District of Georgia, Atlanta Division, 8-87-CV-657A (JTC) (June 10, 1993 and May 24, 1993).

Deposition of Daniel R. Fischel In Re: Equitec Rollup Litigation, United States District Court, Northern District of California, No. C-90-2064 CAL (June 2 and 3, 1993).

Supplemental Declaration of Daniel R. Fischel In Re: Oracle Securities Litigation, United States District Court, Northern District of California, Master File No. C 90 0931 VRW (May 20, 1993).

Affidavit of Daniel R. Fischel and Kenneth R. Cone In Re: Raymond P. Hayden, et al. v. Jeffrey L. Feldman, et al., United States District Court, Southern District of New York No. 88 Civ. 8048 (JES) (May 12, 1993).

Testimony of Daniel R. Fischel In Re: Melridge, Inc., Securities Litigation, United States District Court for the District of Oregon, CV No. 87-1426-FR (May 4 and 5, 1993).

Declaration of Daniel R. Fischel In Re: Oracle Securities Litigation, United States District Court, Northern District of California, Master File No. C 90 0931 VRW (April 20, 1993).

Deposition of Daniel R. Fischel In Re: Gillette Securities Litigation, United States District Court, District of Massachusetts, No. 88-1858-K (April 1, 1993).

Affidavit of Daniel R. Fischel <u>In Re: Columbia Securities Litigation</u>, United States District Court, Southern District of New York, 89 Civ. 6821 (LBS) (March 25, 1993).

Deposition of Daniel R. Fischel <u>In Re: Westinghouse Securities Litigation</u>, United States District Court, Western District of Pennsylvania, CV No. 91 354 (March 23, 1993).

Declaration of Daniel R. Fischel <u>In Re: Oracle Securities Litigation</u>, United States District Court, Northern District of California, Master File No. C 90-0931 VRW (March 22, 1993).

Deposition of Daniel R. Fischel <u>In Re: Kroy, Inc., a Minnesota corporation et al. v. Bankers Trust New York Corporation, et al.</u>, Superior Court of the State of Arizona in and for the County of Maricopa, No. CV 89-35680 (March 18, 1993).

Deposition of Daniel R. Fischel <u>In Re: Amos M. Ames, Helen M. Ames, Robert F. Bourke, Louise L. Bourke, Leo E. Corr, April C. Corr, Wence M. Horak, Ruth Horak, Robert T. Freas, Maurita Freas, Bruce Fink, Jr., William H. Jones, Candace A. Jones, Richard Paul, William L. Paul, Carole Paul, Steven J. Paul, Best Power Technology, Incorporated, and Best Power Technology Sales Corporation</u>, in the State of Wisconsin, Circuit Court, Juneau County, Consolidated Case Nos. 92-CV-31, 92-CV-32 (January 26, 1993).

Deposition of Daniel R. Fischel <u>In Re: Federal Express Corporation Shareholder Litigation</u>, in the United States District Court, Western District of Tennessee, Master File No. 90-2359- 4B (December 3, 1992).

Deposition of Daniel R. Fischel <u>In Re: Raymond Snyder, Individually and on behalf of all those similarly situated v. Oneok, Inc., et al.</u>, in the United States District Court, Northern District of Oklahoma, Civil Action No. 88 C 1500 E (October 15 and 16, 1992).

Deposition of Daniel R. Fischel <u>In Re: Melridge, Inc. Securities Litigation, Consolidated Actions</u>, United States District Court, District of Oregon, Master File No. CV87-1426-JU and Nos. 387-06589-P11, 88-05-JU, 88-221-JU, 88-0699-PA, 88-1266-JU (September 17, 1992; July 25 and 26, 1991).

Deposition of Daniel R. Fischel <u>In Re: Maxus Corporate Company v. Kidder, Peabody & Co. Incorporated, Martin A. Siegel and Ivan F. Boesky</u>, in the District Court Dallas County, Texas, 298th Judicial District, No. 87-15583-M (September 11, 1992; August 18 and 19, 1992).

Deposition of Daniel R. Fischel <u>In Re: Jennifer A. Florin and Alan L. Mundt, on behalf of themselves and all others similarly situated v. Wesray Capital Corp., Citizens and Southern Trust Company, a subsidiary of Citizens and Southern Corporation, Robert K. Barton, Leonard S. Gaby, Allen G. Lacoe, Robert A. Magnusson, Anthony A. Saliture, Harlan B. Smith, Thomas F. Stutzman, Raymond G. Chambers, Frank E. Richardson, E. Burke Ross, Jr., William E. Simon and Frank W. Walsh, Jr.</u>, in the United States District Court, Western District of Wisconsin, Civil Action No. 91C-0948 (August 12, 1992).

Deposition of Daniel R. Fischel <u>In Re: Pearl Newman, Shanna Lehmann & Athanasios Tsivelekidis, on their own behalf and on behalf of all other persons similarly situated v. On- Line Software International, Inc. Jack M. Berdy, John C. Crocker, Richard A. Granger, Richard R. Holtmeier, Michael S. Juceam, Edward J. Siegel, Howard P. Sorgen and Richard Ward</u>, United States District Court, District of New Jersey, Consolidated Civil Action Nos. 88-3247, 88-3411 (July 28 and 29, 1992).

Deposition of Daniel R. Fischel <u>In Re: Crazy Eddie Securities Litigation, Oppenheimer-Palmieri Fund, I.P., et al. v. Peat Marwick Main & Co., et al.</u>, United States District Court for the Eastern District of New York, 87 Civ. 0033 (EHN), 88 Civ. 3481 (EHN) (June 11, 1992; March 26 and 27, 1992).

Testimony of Daniel R. Fischel <u>In Re: American Continental Corporation/Lincoln Savings and Loan Securities Litigation</u>, in the United States District Court, for the District of Arizona MDL Docket No. 834 (June 4, 1992; May 26, 27 and 28, 1992).

Testimony of Daniel R. Fischel In Re: State of West Virginia v. Morgan Stanley & Co. Incorporated, in the Circuit Court of Kanawha County, State of West Virginia, Civil Action No. 89-C-3700 (April 27, 1992).

Affidavit of Daniel R. Fischel In Re: William Steiner, on behalf of himself and all others similarly situated v. Tektronix, Inc., et al., in the United States District Court, District Court of Oregon, Civil No. 90-587-JO (March 23, 1992).

Deposition of Daniel R. Fischel In Re: Martin Kaplan and Selma Kaplan, on Behalf of Themselves and All Others Similarly Situated v. VICORP Restaurants, Inc., Charles R. Frederickson, Robert S. Benson, Emerson B. Kendall, Robert T. Marto and Johyn C. Hoyt, United States District Court, District of Colorado, Civil Action No. 90-C-2182 (February 11, 1992).

Deposition of Daniel R. Fischel In Re: Interco Incorporated v. Wasserstein, Perella & Co., Inc., United States District Court, Eastern District of Missouri, Eastern Division, No. 91-0151-C- 6 (February 3, 1992 and December 12, 1991).

Statement of Daniel R. Fischel In Re: Far West Federal Bank, S.B., et al. v. Director, Office of Thrift Supervision, et al., United States District Court for the District of Oregon, Civil Action No. 90-103 PA (February 3, 1992).

Deposition of Daniel R. Fischel In Re: Capital Bank of California v. Morgan Stanley & Co., Incorporated, United States District Court, Central District of California, No. 91-1650-R (January 24, 1992).

Deposition of Daniel R. Fischel In Re: Trinity Ventures, et al. v. Federal Deposit Insurance Corporation, in its own capacity and as successor to the Federal Savings and Loan Insurance Corporation, United States District Court, for the District of Oregon, No. 90-103- PA (January 6, 1992).

Deposition of Daniel R. Fischel In Re: First Republicbank Securities Litigation, United States District Court, Northern District of Texas, Dallas Division, Civil Action No. 3-88-0641-H (January 2, and 3, 1992; November 26, 1991).

Deposition of Daniel R. Fischel In Re: State of West Virginia v. Morgan Stanley & Co. Incorporated; Salomon Brothers Inc.; and Goldman Sachs & Co., in the Circuit Court of Kanawha County, State of West Virginia, Civil Action No. 89-C-3700 (December 19 and 20, 1991).

Deposition of Daniel R. Fischel In Re: The Regina Company, Inc. Securities Litigation, United States District Court, District of New Jersey, Civil Action No. 88-4149 (HAA) (October 31, 1991).

Affidavit of Daniel R. Fischel In Re: Gillette Securities Litigation, United States District Court, District of Massachusetts, Civil Action No. 88-1858-K (October 7, 1991)

Deposition of Daniel R. Fischel In Re: Capital Maritime Corporation v. Amfels, Inc., Far East Levingston Shipbuilding Ltd., John B. Allison and Patrick A. McDermid, United States District Court for the Southern District of Texas Houston Division, C.A. No. H-90-3417 (September 12, 1991).

Deposition of Daniel R. Fischel In Re: Thomas J. Caldarone, Jr. v. Isidore Brown, et al., and John E. Washburn, et al. v. Isidore Brown, et al., United States District Court, Northern District of Illinois, Eastern Division, Docket Nos. 80 C 6251 and 81 C 1475 (August 28, 29, and 30, 1991).

Testimony of Daniel R. Fischel In Re: Apple Securities Litigation, United States District Court, Northern District of California, Northern Division, Docket No. C-84-20148 (May 20 and 21, 1991).

Testimony of Daniel R. Fischel In Re: The Stuart-James Co., Inc., et al. Litigation, United States of America before the Securities & Exchange Commission, in Denver, Colorado, Administrative Proceeding File No. 3-7164 (May 6, 1991).

Deposition of Daniel R. Fischel In Re: Jennie Farber on behalf of herself and all others similarly situated v. Public Service Company of New Mexico; Jerry D. Geist; John P. Bundrant and Albert J. Robison, United States District Court for the District of New Mexico, CIV 89-456 JB WWD (April 17 and 18, 1991).

Affidavit of Daniel R. Fischel <u>In Re: Moise Katz, Frederick Rand, Elias Weissman, Richard D. Morgan, Marion R. Morgan and Mortimer Schulman v. Raymond A. Hay</u>, United States District Court, Southern District of New York, No. 86 Civ. 5640 (JES) (March 29, 1991).

Deposition of Daniel R. Fischel <u>In Re: Standard Chartered PLC., a United Kingdom corporation, et al. v. Price Waterhouse, a general partnership</u>, Superior Court of the State of Arizona, in and for the County of Maricopa, CV 88-34414 (March 13 and 14, 1991).

Affidavit of Daniel R. Fischel <u>In Re: United States of America v. AVX Corporation</u>, and <u>Commonwealth of Massachusetts v. AVX Corporation</u>, United States District Court, District of Massachusetts, Civil Action Nos. 83-3882-Y and 83-3899-Y (January 29, 1991).

Deposition of Daniel R. Fischel <u>In Re: Apple Computer Securities</u>, United States District Court Northern District of California, San Jose Division, No. C-84-20148 (a) JW (December 13 and 14, 1990).

Deposition of Daniel R. Fischel <u>In Re: Polycast Technology Corporation, and Uniroyal Plastics Acquisition Corp. v. Uniroyal, Inc., et al.</u>, United States District Court Southern District of New York, No. 87 Civ. 3297 (December 6, 1990 and November 28, 1990).

Deposition of Daniel R. Fischel <u>In Re: Ellen Rudd, on behalf of herself and all others similarly situated, and Mayer Corporation on behalf of themselves, and all others similarly situated, and Louis Brandt, and Israel Baker, Jay R. Kuhne, Pininfarina Corp., and American Transfer Co., on behalf of themselves and all others similarly situated v. Kirk Kerkorian, et al.</u>, Superior Court of the State of California, County of Los Angeles, Nos. CA 000980, CA 000981, CA 001017, CA 620279 (June 21, 1990).

Testimony of Daniel R. Fischel <u>In Re: City of San Jose v. Paine, Webber, Jackson & Curtis, Incorporated, et al., and related counter- and Third-Party Claims</u>, United States District Court, Northern District, No. C-84-20601 RPA (May 23 and 24, 1990).

Deposition of Daniel R. Fischel <u>In Re: City of San Jose v. Paine, Webber, Jackson & Curtis, Incorporated, et al., and related counter- and Third-Party Claims</u>, United States District Court, Northern District, No. C-84-20601 RPA (May 22, 1990), No. RPA 84-20601 (November 16, 1989 and September 8, 1989).

Testimony of Daniel R. Fischel <u>In Re: Kulicke and Soffa Industries, Inc. Securities Litigation</u>, United States District Court for the Eastern District of Pennsylvania, No. 86-1656 (March 20 and 21, 1990).

Deposition of Daniel R. Fischel <u>In Re: Kulicke and Soffa Industries, Inc. Securities Litigation</u>, United States District Court for the Eastern District of Pennsylvania, No. 86-1656 (March 9, 1990; December 19 and 21, 1989).

Affidavit of Daniel R. Fischel <u>In Re: Viacom International Inc. v. Carl C. Icahn, et al., v. Ralph M. Baruch, et al.</u>, United States District Court, Southern District of New York, No. 86 Civ. 4215 (RPP) (March 8, 1990).

Deposition of Daniel R. Fischel <u>In Re: Technical Equities Coordination Litigation</u>, Superior Court of the State of California for the County of Santa Clara, Master File No. 1991, Santa Clara County Superior No. 600306 (March 1, 1990).

Deposition of Daniel R. Fischel <u>In Re: Amalgamated Clothing and Textile Workers Union, AFL- CIO, et al. v. David A. Murdock, et al.</u>, United States District court for the Central District of California, No. CV-86-6410 IH (February 8, 1990).

Deposition of Daniel R. Fischel <u>In Re: Connecticut National Life Insurance Company, et al. v. Peter A. Sprecher and Laventhol & Horwath</u>, United States District Court, Central District of California, No. CV 87-1945 WJR (Tx) (January 30, 1990).

Deposition of Daniel R. Fischel <u>In Re: Consolidated Capital Securities Litigation</u>, United States District Court, Northern District of California, No. C-85-7332 AJZ (January 22, 1990).

Declaration of Daniel R. Fischel <u>In Re Plaintiffs' Damages in Re: Liquidity Fund, et al. v. Southmark Corporation, et al.</u> in the Superior Court of the State of California for the County of San Mateo, No. 332435 (January 18, 1990).

Deposition of Daniel R. Fischel In Re: Norman Kamerman, Shirley Brown, Edward Rosen, Lexim Investors Corp., and Dohsa Anstalt, on behalf of themselves and all others similarly situated, and Barnett Stepak v. Saul Steinberg, Reliance Group Holdings, Inc., Reliance Group, Inc., Reliance Financial Services corp., and Reliance Insurance Company, United States District Court, Southern District of New York, No. 84 Civ. 4440 (September 13, 1989).

Affidavit of Daniel R. Fischel In Re: Edward A. Taylor, et al. v. A. O. Smith Corporation et al., Circuit Court for Lincoln County, Tennessee, No. 098-84 (August 11, 1989).

Deposition of Daniel R. Fischel In Re: Container Products Inc. v. Pace Industries, United States District Court, Southern District of New York, No. 88-CIV. 3549 (KMW) (July 19, 1989).

Deposition of Daniel R. Fischel In Re: Joseph B. Moorman, et al. v. Southmark Corporation, et al., Liquidity Fund, et al. v. Southmark Corporation, et al., Superior Court of the State of California for the County of San Mateo, Nos. 322135 and 332435 (July 11, 1989).

Testimony of Daniel R. Fischel In Re: Tessie Wolfson, et al. v. Frederick S. Hammer, and Meritor Financial Group, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8471 (June 20, 1989).

Deposition of Daniel R. Fischel In Re: Richard J. Heckmann, et al. v. C. L. Ahmanson, et al., and Consolidated Cases, Superior Court of the State of California for the County of Los Angeles, Nos. CA000851 and C642081 (June 8, 1989).

Deposition of Daniel R. Fischel In Re: Tessie Wolfson, et al. v. Frederick S. Hammer, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8472 (May 11, 1989).

Testimony of Daniel R. Fischel In Re: Tessie Wolfson, et al. v. Frederick S. Hammer, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8472 (April 13, 1989).

Deposition of Daniel R. Fischel In Re: National Union Fire Insurance Company of Pittsburgh, PA v. Wells Fargo Bank, N.A., District Court of Harris County, Texas, 125th Judicial District, No. 88-49246 (April 10 and 11, 1989).

Deposition of Daniel R. Fischel In Re: Susan Rothenberg, as Custodian for Stephen J. Rothenberg v. Charles E. Hurwitz, United Financial Corporation, United Savings Association of Texas, et al., United States District Court for the Southern District of Texas, Houston Division, Civil Action No. H-86-1435 (March 30, 1989).

Deposition of Daniel R. Fischel In Re: Jose Nodar, et al. v. William Weksel, Albert Bromberg, Henry B. Turner, IV, Frank L. Bryant, Leo Kuperschmid, Bennett S. Lebow, Ernst & Whinney and Oppenheimer & Co., Inc., United States District Court, Southern District of New York, No. 84 Civ. 3870 (VLB) and consolidation case No. 84 Civ. 5132 (VLB) (December 15 and 16, 1988).

Deposition of Daniel R. Fischel In Re: William Steiner, et al. v. Whittaker Corporation, et al., Superior Court of the State of California for the County of Los Angeles, No.CA000817 (December 7, 1988).

Deposition of Daniel R. Fischel In Re: Arnold I. Laven, et al. v. Western Union Corporation, et al., United States District Court for the District, Western District of Washington, MDL No. 551 (August 30 and 31, 1988).

Deposition of Daniel R. Fischel In Re: Washington Public Power Supply System Securities Litigation, United States District Court, Western District of Washington, MDL No. 551 (August 16 and 22, 1988).

Affidavit of Daniel R. Fischel In Re: District Business Conduct Committee for District No. 3 v. Blinder, Robinson & Company Inc., et al., National Association of Securities Dealers, Inc. National Business Conduct Committee, Complaint No. DEN-666 (July 21, 1988).

Deposition of Daniel R. Fischel In Re: Joseph Seidman, et al. v. Stauffer Chemical Company, et al, United States District Court for the District of Connecticut, No. B 84-543 (TFGD) (June 10, 1988 and May 5, 1987).

Deposition of Daniel R. Fischel <u>In Re: Edlin Cattle Co., Inc., and James Edlin v. A. O. Smith</u> <u>Harvestore</u> <u>Products, Inc., et al.</u>, United States District Court for the Northern District of Texas, Amarillo Division, No. CA-2-86-0122 (May 12, 1988).

Deposition of Daniel R. Fischel <u>In Re: MicroPro Securities Litigation</u>, United States District Court for the Northern District of California, No. C-85-7428-EFL (A) (May 2, 1988).

Affidavit of Daniel R. Fischel <u>In Re: Pizza Time Theatre Securities Litigation</u>, United States District Court for the Northern District of California, Civil File No. 84-20048-(A)-RPA (March 25, 1988).

Affidavit of Daniel R. Fischel and Robert A. Sherwin <u>In Re: First National Bank of Louisville</u> v. <u>Brooks Farms, and George C. Brooks, et al., Third-Party Plaintiffs v. A. O. Smith</u> Corporation, et al., Circuit Court for Maury County, Tennessee, No. 2058 (March 3, 1988).

Testimony of Daniel R. Fischel <u>In Re: Nucorp Energy Securities Litigation</u>, United States District Court for the Southern District of California, M.D.L. 514 (March 15, 16, 17, and 18, 1988).

Deposition of Daniel R. Fischel <u>In Re: Nucorp Energy Securities Litigation</u>, United States District Court for the Southern District of California, M.D.L. 514 (January 27, 1988).

Deposition of Daniel R Fischel <u>In Re: Anheuser-Busch Companies, Inc. v. W. Paul Thayer, et al.</u>, United States District Court for the Northern District of Texas, Dallas Division, No. CA- 3-85-0794-R (January 21, 1988; December 4, 1987; and November 5, 1987).

Testimony of Daniel R. Fischel <u>In Re:  Securities and Exchange Commission v. First City</u> <u>Finance Corporation</u> <u>Ltd., and Marc Belzberg</u>, United States District Court for the District of Columbia, Civil Action No. 86-2240 (December 18, 1987).

Testimony of Daniel R. Fischel <u>In Re: The Irvine Company v. Athalie Irvine Smith and Athalie R.</u> <u>Clarke,</u> <u>Trustee</u>, State of Michigan Circuit Court for the county of Oakland, Civil Action No. 8327011-CZ (December 14, 15, and 16, 1987).

Deposition of Daniel R. Fischel <u>In Re: Securities and Exchange Commission v. First City</u> <u>Finance Corporation,</u> <u>Ltd. and Marc Belzberg</u>, United States District Court for the District of Columbia, Civil Action No. 86-2240 (December 11, 1987).

Affidavit of Daniel R. Fischel <u>In Re: Gerald D. Broder and Constance D. Broder v. Alphonse H.</u> <u>Bellac and</u> <u>William B. Weinberger</u> v. <u>Combustion Equipment Associates, Inc., et al., and</u> <u>William B. Weinberger</u> v. <u>Coopers & Lybrand</u>, United States District Court for the Southern District of New York, 80 CIV 6175 (CES) 80 CIV 6839 (CES) 84 CIV 8217 (CES) (July 22, 1987).

Deposition of Daniel R. Fischel <u>In Re: The Irvine Company v. Athalie Irvine Smith and Athalie R.</u> <u>Clarke, Trustee</u>, State of Michigan, Circuit Court for the County of Oakland, Civil Action No. 83270011-CZ (June 1, 1987).

Deposition of Daniel R. Fischel <u>In Re: Fortune Systems Securities Litigation</u>, United States District for the Northern District of California, Master File No. 83-3348A-WHO (May 7, 1987).

Deposition of Daniel R. Fischel <u>In Re: Victor Technologies Securities Litigation</u>, United States District Court for the Northern District of California, Master File No. C-83-3906(A)-RFP (FW) (January 8, 1987 and October 30, 1986).

Reply Declaration of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment In Re: <u>Activision Securities Litigation</u>, United States District Court for the Northern District of California, Master File No. C-83-4639(A)-MHP (October 27, 1986).

Testimony of Daniel R. Fischel <u>In Re: NVHomes, L.P. v. Ryan Homes, Inc.; and Ryan Homes, Inc. v.</u> <u>NVHomes, L.P., et al.</u>, United States District Court for the Western District of Pennsylvania, Civil Action No. 86-2139 (October 24, 1986).

Supplemental Affidavit of Daniel R. Fischel <u>In Re: NVHomes, L.P. v. Ryan Homes, Inc.; and Ryan Homes, Inc.</u> <u>v. NVHomes, L.P. and NVAcquisition L.P., et al.</u>, United States District Court the Western District of Pennsylvania, Civil Action No. 86-2139 (October 24, 1986).

Affidavit of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment In Re: Activision Securities Litigation, United States District Court for the Northern District of California, Master File No. C-86-2139 (October 20, 1986).

Declaration of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment In Re: Activision Securities Litigation, United States District Court for the Northern District of California, Master File No. C-83-4639(A)-MHP (October 2, 1986).

Affidavit in Support of Defendants Motion for Summary Judgment In Re: MCorp Securities Litigation, United States Court for the Southern District of Texas, Civil Action No. H-85- 5894 (September 25, 1986).

Deposition of Daniel R. Fischel In Re: Activision Securities Litigation, United States District Court for the Northern District of California, No. C 83 4639 (August 18 and 19, 1986).

Deposition of Daniel R. Fischel In Re: John Mancino v. James A. McMaghan, et al., United States District Court for the Northern District of California, Civil No. C-84-0407-TEH (August 14, 1986).

Testimony of Daniel R. Fischel In Re: Charles W. Leigh, et al. and George Johnson, et al. v. Clyde William Engle, et al., United States District Court for the Northern District of Illinois, Eastern Division, Case No. 78 C 3799 (August 1, 1986).

Reply Affidavit of Daniel R. Fischel In Re: The Amalgamated Sugar Company v. NL Industries, United States District Court for the Southern District of New York, 86 Civ. 5010 (VLB) (July 28, 1986).

Affidavit of Daniel R. Fischel In Re: The Amalgamated Sugar Company v. NL Industries, United States District Court for the Southern District of New York, 86 Civ. 5010 (VLB) (July 18, 1986).

Deposition of Daniel R. Fischel In Re: Charles W. Leigh, et al. and George Johnson, et al. v. Clyde William Engle, et al., United States District Court for the Northern District of Illinois, Eastern Division, Case No. 78 C 3799 (July 1, 1986).

Deposition of Daniel R. Fischel In Re: Seafirst Corporation v. William M. Jenkins, et al.; and Seafirst Corporation v. John R. Boyd, et al., United States District Court for the Western District of Washington at Seattle, Case No. C83-771R (February 27, 1986).

Deposition of Daniel R. Fischel In Re: Kreindler v. Sambo's Restaurants, Inc., United States District Court for the Southern District of New York, Case No. 79 Civ. 4538 (December 17, 1985).

Affidavit of Daniel R. Fischel In Re: United States of America v. S. Richmond Dole and Clark J. Matthews II (March 19, 1985).

Deposition of Daniel R. Fischel In Re: Craig T. McFarland, et al. v. Memorex Corporation, United States District Court for the Northern District of California, No. C 79-2926-WAI, C 79-2007-WAI, C 79-241-WAI (February 26, 1985; January 29 and 30, 1985).

Testimony of Daniel R. Fischel In Re: Robert J. Lawrence v. Grumman Corp. Pension Plan, et al., United States District Court for the Eastern District of New York, No. CV-81-3530 (December 19, 1983).

Testimony of Daniel R. Fishel In Re: Telvest, Inc. v. Junie L. Bradshaw, et al. and American Furniture Company, United States District Court, for the Eastern District of Virginia Richmond Division, No. CA-79-0722-R (December 4, 1981).

## <u>OTHER ACTIVITIES</u>

Member, American Economic Association, American Finance Association.

Former Member of the Board of Overseers of the Becker-Friedman Institute at the University of Chicago.

Former Advisor to the Harvard Program on Corporate Governance at Harvard University. Former

Member, Board of Directors, Center for the Study of the Economy and the State. Former Member, Mid-

America Institute Task Force on Stock Market Collapse.

Have acted as a consultant and/or advisor to the New York Stock Exchange, the National Association of Securities Dealers, the Chicago Board of Trade, the Chicago Board Options Exchange, the Chicago Mercantile Exchange, the New York Mercantile Exchange, the Federal Trade Commission, the Department of Labor, the Securities and Exchange Commission, the Canadian Securities and Exchange Commission, the United States Department of Justice, the Federal Deposit Insurance Corporation, the Resolution Trust Corporation, the Federal Housing Finance Agency, and the Office of Thrift Supervision.

Referee, Journal of Financial Economics, Journal of Law and Economics, Journal of Legal Studies.

Participant and speaker at multiple conferences on the Economics of Corporate, Securities and Commodities Law and the Regulation of Financial Markets.

Former Chairman, American Association of Law Schools' Section on Law and Economics.

## Appendix B: Materials Relied Upon

**Court Documents**

Class Action Consolidated Complaint for Violations of the Federal Securities Laws, *In re Tesla, Inc. Securities Litigation*, Case No. 18-cv-04865-EMC, January 16, 2019

Order Denying Plaintiff's Motion to Convert or Alternatively, to Strike; Granting Defendants' Request for Judicial Notice; and Denying Defendants' Motion to Dismiss, *In re Tesla, Inc. Securities Litigation*, April 15, 2020

Stipulation and Order for Class Certification, *In re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC, November 25, 2020

**Expert Reports**

Expert Report of Michael L. Hartzmark, Ph.D., September 22, 2020

**Securities and Exchange Commission Filings**

Tesla Motors, Inc. Prospectus, June 28, 2010

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, June 13, 2011

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, June 13, 2011

Tesla Motors, Inc. Form 4 for Kimbal Musk, June 13, 2011

Tesla Motors, Inc. Form 4 for Brad W. Buss, June 8, 2012

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, June 8, 2012

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, June 8, 2012

Tesla Motors, Inc. Form 4 for Kimbal Musk, June 8, 2012

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, December 10, 2012

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, March 15, 2013

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, August 28, 2013

Tesla Motors, Inc. Form 4 for Kimbal Musk, August 5, 2014

Tesla Motors, Inc. Form 4 for Robyn M. Denholm, August 18, 2014

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, September 2, 2014

Tesla Motors, Inc. Form 4 for Kimbal Musk, May 1, 2015

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, June 12, 2015

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, June 12, 2015

Tesla Motors, Inc. Form 4 for Brad W. Buss, June 18, 2015

Tesla Motors, Inc. Form 4 for Robyn M. Denholm, June 18, 2015

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, June 18, 2015

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, June 18, 2015

Tesla Motors, Inc. Form 4 for Kimbal Musk, June 18, 2015

Tesla Motors, Inc. Form 4 for Kimbal Musk, August 3, 2015

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, August 18, 2015

Tesla Motors, Inc. Form 4 for Kimbal Musk, November 2, 2015

Tesla Motors, Inc. Form 4 for Kimbal Musk, December 4, 2015

Tesla Motors, Inc. Form 4 for Kimbal Musk, March 18, 2016

Tesla Motors, Inc. Form 4 for Kimbal Musk, May 2, 2016

Tesla Motors, Inc. Form 4 for Kimbal Musk, November 1, 2016

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, November 21, 2016

Tesla Motors, Inc. Form 4 for Kimbal Musk, January 3, 2017

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, January 25, 2017

Tesla Motors, Inc. Form 4 for Robyn M. Denholm, August 18, 2017

Tesla, Inc. Form 4 for Kimbal Musk, February 1, 2017

Tesla, Inc. Form 4 for Antonio J. Gracias, February 6, 2017

Tesla, Inc. Form 4 for Antonio J. Gracias, February 24, 2017

Tesla, Inc. Form 4 for Kimbal Musk, February 1, 2017

Tesla, Inc. Form 4 for Kimbal Musk, March 1, 2017

Tesla, Inc. Form 4 for Kimbal Musk, April 3, 2017

Tesla, Inc. Form 4 for Kimbal Musk, May 1, 2017

Tesla, Inc. Form 4A for Kimbal Musk, May 1, 2017

Tesla, Inc. Form 4 for Robyn M. Denholm, May 8, 2017

Tesla, Inc. Form 4 for Kimbal Musk, June 1, 2017

Tesla, Inc. Form 4 for Kimbal Musk, July 3, 2017

Tesla, Inc. Form 3 for James R. Murdoch, July 17, 2017

Tesla, Inc. Form 4 for James R. Murdoch, July 17, 2017

Tesla, Inc. Form 3 for Linda Johnson Rice, July 17, 2017

Tesla, Inc. Form 4 for Linda Johnson Rice, July 17, 2017

Tesla, Inc. Form 4 for Brad W. Buss, July 24, 2017

Tesla, Inc. Form 10-K, for the fiscal year ended December 31, 2017

Tesla, Inc. Form 4 for Kimbal Musk, January 2, 2018

Tesla, Inc. Form 4 for Kimbal Musk, April 5, 2018

Tesla, Inc. Schedule 14A Proxy Statement, April 26, 2018

Tesla, Inc. Form 4 for Brad W. Buss, May 7, 2018

Tesla, Inc. Form 4 for Antonio J. Gracias, May 7, 2018

Tesla, Inc. Form 4 for Ira M. Ehrenpreis, June 12, 2018

Tesla, Inc. Form 4 for Antonio J. Gracias, June 12, 2018

Tesla, Inc. Form 4 for Elon Musk, June 12, 2018

Tesla, Inc. Form 4 for James R. Murdoch, June 14, 2018

Tesla, Inc. Form 4 for Linda Johnson Rice, June 14, 2018

Tesla, Inc. Form 4 for Brad W. Buss, June 18, 2018

Tesla, Inc. Form 4 for Robyn M. Denholm, June 18, 2018

Tesla, Inc. Form 4 for Ira M. Ehrenpreis, June 18, 2018

Tesla, Inc. Form 4 for Antonio J. Gracias, June 18, 2018

Tesla, Inc. Form 4 for Kimbal Musk, July 2, 2018

Tesla, Inc. Form 4 for Kimbal Musk, October 1, 2018

Tesla, Inc. Form 4 for James R. Murdoch, October 5, 2018

Tesla, Inc. Form 4 for Elon Musk, October 29, 2018

Tesla, Inc. Form 4 for Antonio J. Gracias, December 20, 2018

Tesla, Inc. Schedule 14A Proxy Statement, April 30, 2019

Tesla, Inc. Form 4 for Ira M. Ehrenpreis, June 10, 2019

Tesla, Inc. Form 10-K, for the fiscal year ended December 31, 2020

**Analyst Reports**

S3 Analytics, "Tesla Shorts Down $340 million Pre-Earnings Release," February 7, 2018

John Murphy, Aileen Smith, and Yarden Amsalem, "Shorts may be burned for now … but buyer beware," Bank of America Merrill Lynch, August 7, 2018

David Whiston, "Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price," Morningstar, August 7, 2018

Joseph Spak, George Clark, and Joseph Heidt, "On Tesla $420," RBC Capital Markets, August 7, 2018

Ben Kallo and David Katter, "$420 Not High Enough, Expect Shares to Trade Above Marker," Baird, August 8, 2018

George Galliers and Chris McNally, "A Private Life is a Happy Life," Evercore ISI, August 8, 2018

Adam Jonas, Armintas Sinkevicius, and Carmen Hundley, "Elon Musk May Want Tesla Private: We Question the Feasibility of a Potential Transaction," Morgan Stanley, August 8, 2018

Rajvindra S. Gill and Y. Edwin Mok, "Can Tesla Raise the Cash to Take It Private?  Possibly," Needham, August 8, 2018

Brian A. Johnson and Steven Hempel, "Time for even 'blue pillers' to cash out?" Barclays, August 14, 2018

David Whiston, "Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain," Morningstar, August 14, 2018

Arndt Ellinghorst, George Galliers, Chris McNally, and Max Yoward, "EvrISI Autos Pitstop: High-speed networking / TSLA trip / NA Trucks / LDN mobility cap / On-car advertising," Evercore ISI, August 17, 2018

**Academic Literature, Regulatory, and Practitioner Publications**

Richard A. Brealey, Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 13th edition 2019.

Adam V. Reed, "Short Selling," *Annual Review of Financial Economics* 2013, 5: 245-258.

Albert Sheen, "Do Public and Private Firms Behave Differently? An Examination of Investment in the Chemical Industry," *Journal of Financial and Quantitative Analysis* 2020, 55: 2530-2554.

**News Articles and Press Releases**

"IMS Health to be Acquired by TPG and CPP Investment Board ; IMS Shareholders to Receive $22 per Share in Cash; Transaction Valued at $5.2 Billion," *Business Wire*, November 5, 2009

"Elliott Offers to Acquire Novell; Offer Price Represents a 49% Premium to Enterprise Value, 115% Premium to 'Unaffected' Enterprise Value, 20% Premium over Latest Closing Price," *PR Newswire*, March 2, 2010

"Interactive Data Announces Agreement to be Acquired by Silver Lake and Warburg Pincus in a Transaction Valued at $3.4 Billion; Interactive Data Stockholders to Receive $33.86 Per Share in Cash," *Business Wire*, May 4, 2010"

"NBTY Agrees to Be Acquired by the Carlyle Group for $55.00 Per Share in Cash; Transaction Valued at $3.8 Billion; NBTY is a Leading Nutritional Supplement Company," *PR Newswire*, July 15, 2010"

"UPDATE 7-GM to buy AmeriCredit for $3.5 bln, key for IPO," *Reuters*, July 22, 2010

"Pactiv Agrees to Be Acquired by Reynolds Group Holdings Limited; Pactiv Shareholders to Receive $33.25 Per Share; Transaction Valued at Approximately $6 Billion," *Business Wire*, August 17, 2010

"Burger King Holdings, Inc. to Be Acquired by 3G Capital; Shareholders to Receive $24.00 in Cash Per Share Transaction Valued at $4.0 Billion," *Business Wire*, September 2, 2010

"The Gymboree Corporation to Be Acquired By Bain Capital; Shareholders to Receive $65.40 in Cash Per Share; Transaction Valued at $1.8 Billion," *PR Newswire*, October 11, 2010

"CORRECTING AND REPLACING:/CommScope Enters Into Merger Agreement With The Carlyle Group," *Business Wire*, October 27, 2010

"The Carlyle Group to Buy Syniverse Technologies for $31 Per Share in $2.6 Billion Transaction," *Business Wire*, October 28, 2010

"DJ Novell Agrees To Be Acquired By Attachmate Corporation For $6.10 Per Share In Cash >NOVL," *Dow Jones Institutional News*, November 22, 2010

"TPG Capital and Leonard Green & Partners to Acquire J. Crew Group, Inc. for $43.50 Per Share in Cash; Millard Drexler Will Remain as Chairman and CEO and Significant Shareholder; Transaction Valued at $3.0 Billion," *PR Newswire*, November 23, 2010

"UPDATE 4-KKR-led group to buy Del Monte for $4 bln," *Reuters*, November 25, 2010

"Jo-Ann Stores to Be Acquired by Leonard Green & Partners, L.P. for $61.00 Per Share in Cash," *Business Wire*, December 23, 2010

"Clayton, Dubilier & Rice to Acquire Emergency Medical Services Corporation for $3.2 Billion," *Business Wire*, February 14, 2011

"Family Dollar Confirms Receipt of Unsolicited Conditional Proposal from Trian Group," *PR Newswire*, February 15, 2011

"Lawson Software, Inc. Confirms Receipt of Unsolicited Proposal from Infor and Golden Gate Capital," *Business Wire*, March 11, 2011

"SRA to be acquired by Providence Equity Partners for $31.25 per share," *Business Wire*, April 1, 2011

"THL makes about two times Warner investment-source," *Reuters*, May 6, 2011

"BJ's Wholesale Club Announces Definitive Agreement to Be Acquired by Leonard Green & Partners and CVC for $51.25 Per Share in Cash," *Business Wire*, June 29, 2011

"Blackboard to be Acquired by Providence Equity Partners for $45.00 Per Share in Cash or $1.64 Billion; - Transaction Represents 21% Premium to Company's 'Unaffected' Stock Price; - Blackboard to become a privately held company," *PR Newswire*, July 1, 2011

"UPDATE 3-TPG to take Immucor private for about $2 bln," *Reuters*, July 5, 2011

"Apax Partners, CPPIB and PSP Investments to Acquire Kinetic Concepts, Inc. for $68.50 per Share," *PR Newswire*, July 13, 2011

"Emdeon to be Acquired by Blackstone," *PR Newswire*, August 4, 2011

"Nationwide Insurance and Harleysville Insurance Agree to Combine," *Business Wire*, September 29, 2011

"PPD to be Acquired by The Carlyle Group and Hellman & Friedman," *Business Wire*, October 3, 2011

"UPDATE 4-Blue Coat to go private for $1.1 bln," *Reuters*, December 9, 2011

"UPDATE 3-Zayo Group to take AboveNet private for $2.2 bln," *Reuters*, March 19, 2012

"Collective Brands to be acquired for about $1.32 bln," *Reuters*, May 1, 2012

"P.F. Chang's to Be Acquired by Centerbridge Partners," *Business Wire*, May 1, 2012

"Par Pharmaceutical Companies Enters Into Definitive Agreement To Be Acquired By TPG," *PR Newswire*, July 16, 2012

"UPDATE 4-Best Buy founder proposes taking retailer private," *Reuters*, August 6, 2012

"Ancestry.com agrees to $1.6 bln buyout – WSJ," *Reuters*, October 22, 2012

"UPDATE 1-Privately held RedPrairie to buy JDA Software for $1.9 bln," *Reuters*, November 1, 2012

"Elliott Offers To Acquire Compuware For $11.00 Per Share In Cash," *PR Newswire*, December 17, 2012

"H.J. Heinz Company Enters Into Agreement to Be Acquired by Berkshire Hathaway and 3G Capital," *Business Wire*, February 14, 2013

"Gardner Denver Enters Into Definitive Agreement To Be Acquired By KKR Enters into Definitive Agreement to be Acquired By," *Business Wire*, March 8, 2013

"NFP to be Acquired by Madison Dearborn Partners for $25.35 per Share in Cash," *PR Newswire*, April 15, 2013

"UPDATE 1-Georgia-Pacific to buy Buckeye Technologies for $1.5 bln," *Reuters*, April 24, 2013

"BMC Software Signs Definitive Agreement to be Acquired for $46.25 per Share in Cash," *Business Wire*, May 6, 2013

"UPDATE 5-China's appetite for pork spurs $4.7 bln Smithfield buy," *Reuters*, May 29, 2013

"Molex Incorporated Agrees to Be Acquired by Koch Industries, Inc. for $38.50 Per Share in Cash," *Business Wire*, September 9, 2013

 "CORRECTED-BRIEF-Harland Clarke to acquire Valassis for $34.04 per share in cash," *Reuters*, December 18, 2013

"The Jones Group Announces Agreement To Be Acquired By Sycamore Partners For $15.00 Per Share In Cash," *PR Newswire*, December 19, 2013

"UPDATE 5-Japan's Suntory to buy U.S. spirits maker Beam for $13.6 bln cash," *Reuters*, January 13, 2014

"Koch Industries to buy propylene producer PetroLogistics for $2.1 bln," *Reuters*, May 28, 2014

"Omnivision Announces Receipt of Non-Binding Acquisition Proposal," *PR Newswire*, August 14, 2014

"Compuware Corporation to be Acquired by Thoma Bravo," *Business Wire*, September 2, 2014

"Vista Equity to buy Tibco Software for $4.3 bln," *Reuters*, September 29, 2014

"Macquarie-led group to buy Louisiana utility Cleco Corp," *Reuters*, October 20, 2014

"Consortium led by BC Partners to Acquire PetSmart for $83.00 per Share in Cash," *Business Wire*, December 14, 2014

"Life Time Fitness Enters Into Definitive Agreement to Be Acquired by Affiliates of Leonard Green & Partners and TPG," *Business Wire*, March 16, 2015

"Informatica to be taken private by Permira Advisers and CPPIB," *Reuters*, April 7, 2015

"Blackstone to buy Excel Trust for about $2 bln," *Reuters*, April 10, 2015

7

"OM Group, Inc. Agrees To Be Acquired By Apollo Affiliated Funds In Partnership With Platform Specialty Products Corporation For $34.00 Per Share In An All Cash Transaction," *PR Newswire*, June 1, 2015

"Cox Automotive (TM) to Invest in Customers and Auto Industry with $4 Billion Acquisition of Dealertrack(R)," *Business Wire*, June 15, 2015

"Home Properties Enters Into Definitive Agreement to be Acquired by Lone Star Funds," *PR Newswire*, June 22, 2015

"Meiji Yasuda Life Insurance Company to Acquire StanCorp Financial Group," *Business Wire*, July 23, 2015

"Sumitomo Life Insurance Company to Acquire Symetra Financial Corp," *Business Wire*, August 11, 2015

"Strategic Hotels& Resorts Enters into a Definitive Agreement to be Acquired by Blackstone for $14.25 per Share," *PR Newswire*, September 8, 2015

"Vista Equity agrees to $6.5 billion deal for Solera," *Reuters*, September 13, 2015

"CORRECTED-BRIEF-Altice in talks to buy Cablevision for about $17.7 billion - CNBC, citing sources," *Reuters*, September 16, 2015

"BioMed Realty Enters Into Definitive Agreement To Be Acquired By Blackstone For $23.75 Per Share In $8 Billion Transaction," *PR Newswire*, October 8, 2015

"SolarWinds to be taken private in $4.5 bln deal," *Reuters*, October 21, 2015

"Pamplona Capital Management to Acquire MedAssets," *Business Wire*, November 2, 2015

"Anbang Insurance Group to acquire Fidelity & Guaranty Life," *PR Newswire*, November 9, 2015

"Keurig Green Mountain to be Acquired by JAB Holding Company-Led Investor Group for $92 Per Share in Cash," *Business Wire*, December 7, 2015

"Inland Real Estate Corporation Enters into Definitive Agreement to be Acquired by Funds Managed by DRA Advisors LLC," *Business Wire*, December 15, 2015

"Apollo Education Group, Inc. to Be Taken Private in $1.1 Billion Transaction," *Business Wire*, February 8, 2016

"Apollo Global to buy security services provider ADT Corp to buy security services provider," *Reuters*, February 16, 2016

"Tesla's take-off could speed Saudi shift away from oil," *Business Spectator*, April 4, 2016

"BRIEF-Libin Sun and affiliates propose to buyout Integrated Device Technology for $32/shr in cash," *Reuters*, April 12, 2016

"Cvent Enters into Definitive Agreement to be Acquired by Vista Equity Partners for $1.65 Billion," *Business Wire*, April 18, 2016

"Lexmark agrees to be acquired by Apex Technology and PAG Asia Capital," *PR Newswire*, April 19, 2016

"An Oil Kingdom Plans to Wean Itself from Oil," *The Wall Street Journal*, April 26, 2016

"BRIEF-Examworks to be acquired by Leonard Green & Partners for $35.05/shr in cash," *Reuters*, April 27, 2016

"A Promising New Path for Saudi Arabia," *The New York Times*, April 28, 2016

"Krispy Kreme to be Acquired by JAB Beech for $21 Per Share in Cash," *Business Wire*, May 9, 2016

"Marketo Enters into Definitive Agreement to be Acquired by Vista Equity Partners for $1.79 Billion," *PR Newswire*, May 31, 2016

"Uber raises $3.5 billion from Saudi Arabia's sovereign wealth fund," *Reuters*, June 1, 2016

"BRIEF-Qlik to be bought by Thoma Bravo for $30.50/share," *Reuters*, June 2, 2016

"Uber cranks up ride-hailing battle with $3.5bn Saudi investment," *Financial Times*, June 2, 2016

"Talen Energy to be Acquired by Riverstone," *PR Newswire*, June 3, 2016

"Diamond Resorts International, Inc. Enters into Definitive Merger Agreement to Be Acquired by Affiliates of Certain Funds Managed by Affiliates of Apollo Global Management for $30.25 Per Share in Cash," *Business Wire*, June 29, 2016

"TIAA to acquire EverBank for about $2.5 bln," *Reuters*, August 8, 2016

"BRIEF-Press Ganey agrees to be acquired by EQT," *Reuters*, August 9, 2016

"BRIEF-Rackspace enters into a $4.3 bln transaction to become a private company through an acquisition," *Reuters*, August 26, 2016

"BRIEF-Interactive Intelligence says Genesys to acquire co for about $1.4 bln," *Reuters*, August 31, 2016

"Vista Equity to acquire Infoblox for $1.6 billion-source," *Reuters*, September 19, 2016

"Legendary Outdoor Brands Bass Pro Shops and Cabela's to Combine," *Business Wire*, October 3, 2016

"Saudi Deputy Crown Prince Wants To Be One Of The World's Biggest Tech Investors," *Forbes*, October 13, 2016

"SoftBank and the Saudis make a big bet on tech; A $100bn new venture capital fund risks flooding the market," *Financial Times*, October 15, 2016

"China Oceanwide To Acquire Genworth Financial," *PR Newswire*, October 23, 2016

"Blackstone to Acquire Team Health for About $3.2 Billion," *Dow Jones Newswires*, October 31, 2016

"Lattice Semiconductor to be Acquired by Canyon Bridge Capital Partners, Inc. for $1.3 Billion," *Business Wire*, November 3, 2016

"Dubai businessman Alabbar, Saudi SWF launch $1 billion e-commerce platform," *Reuters*, November 13, 2016

"UPDATE 1 - Saudi fund to invest in owner of Kuwait food firm Americana," *Reuters*, November 28, 2016

"Neustar to Be Acquired for $33.50 Per Share in Cash by Group Led by Golden Gate Capital," *Business Wire*, December 14, 2016

"Mars, Incorporated to Acquire VCA Inc.," *PR Newswire*, January 9, 2017

"Air Methods Enters into Definitive Agreement to Be Acquired by American Securities for $43.00 Per Share in Cash," *Business Wire*, March 14, 2017

"Panera Bread and JAB Announce Definitive Merger Agreement," *PR Newswire*, April 5, 2017

"New Mountain Capital's Avantor to buy lab supplies company VWR," *Reuters*, May 5, 2017

"BRIEF-West Corporation to be acquired by certain funds affiliated with Apollo Global Management for $23.50 per share in cash," *Reuters*, May 9, 2017

"Blackstone, Saudi's PIF plan $40 billion infrastructure investment fund," *Reuters*, May 20, 2017

"Saudis' $20 Billion Wager With Blackstone Marks Record Bet on U.S. Public Works; Trump's infrastructure push cited by Saudis making huge commitment toward Blackstone's $40 billion goal," *The Wall Street Journal*, May 20, 2017

"Pamplona Capital Management nears deal to buy Parexel – WSJ," *Reuters*, June 20, 2017

"Staples, Inc. Enters into Definitive Agreement to be Acquired by Sycamore Partners for $10.25 Per Share in Cash, or Approximately $6.9 Billion," *Business Wire*, June 28, 2017

"Canada Pension Plan Investment Board Announces Definitive Agreement to Acquire Parkway, Inc.," *PR Newswire*, June 30, 2017

"Bankrate to Be Acquired by Red Ventures for $14.00 per Share," *PR Newswire*, July 3, 2017

"Monogram To Be Acquired For $12.00 Per Share In Cash By Greystar Led Fund," *PR Newswire*, July 4, 2017

"BRIEF-Clubcorp to be acquired by Apollo Global affiliated investment funds for transaction valued at $1.1 bln," *Reuters*, July 9, 2017

"WebMD To Be Acquired By KKR's Internet Brands," *PR Newswire*, July 24, 2017

"Calpine Agrees to be Acquired by Investor Consortium Led by Energy Capital Partners," *Business Wire*, August 18, 2017

"Saudi Arabia finalizes seven deals with Russia worth $1 bln," *Al Arabiya*, October 1, 2017

"Elon Musk Versus the Haters," *Institutional Investor*, October 2, 2017

"Gigamon Enters into Definitive Agreement to be Acquired by Elliott Management," *PR Newswire*, October 26, 2017

"Saudi fund agrees plan to invest in Virgin space ventures-SPA," *Reuters*, October 26, 2017

"Elon Musk:  The architect of tomorrow," *Rolling Stone*, November 15, 2017

"Barracuda Agrees To Be Acquired By Thoma Bravo For $1.6 Billion," *PR Newswire*, November 27, 2017

"Arby's Restaurant Group, Inc. and Buffalo Wild Wings, Inc. Announce Definitive Merger Agreement," *Business Wire*, November 28, 2017

"Jim Chanos:  We think Tesla is worth zero," *CNBC*, December 14, 2017

"Stone Point Capital Partners with CEO of AmTrust Financial and Karfunkel Family to Jointly Propose Acquiring All Shares of AmTrust Financial Common Stock Not Controlled by Family for $12.25 Per Share in Cash," *Business Wire*, January 9, 2018

"Silver Lake, P2 Capital to acquire Blackhawk in $3.5 bln deal," *Reuters*, January 16, 2018

"SAP to Acquire Callidus Software Inc., Will Offer Comprehensive 'Front Office' Suite," *PR Newswire*, January 29, 2018

"Ply Gem Holdings, Inc. Enters into a Definitive Agreement to be Acquired by Clayton, Dubilier & Rice (CD&R)," *Business Wire*, January 31, 2018

"Accor seals sale of majority stake in real estate arm," *Financial Times*, February 27, 2018

"Saudi Public Investment Fund Acquires Minority Stake in Penske Media Corp," *MarketLine*, February 28, 2018

"Magic Leap confirms $400m investment from Saudi wealth fund," *Financial Times*, March 7, 2018

"Saudi Arabia Sovereign Wealth Fund Moving to Buy Up to $400 Million Stake in Endeavor PLC -- Saudi Officials," *Dow Jones Institutional News*, March 16, 2018

"Saudi Arabia economy: Quick View - Crown prince meets with US business leaders," *The Economist*, April 6, 2018

"Verifone to be taken private in $3.4 bln deal," *Reuters*, April 9, 2018

"BRIEF-Analogic To Be Acquired By Affiliate Of Altaris Capital Partners For $1.1 Bln In Cash," *Reuters*, April 10, 2018

"Financial Engines Announces Agreement to Be Acquired by Hellman & Friedman for $45.00 Per Share in Cash," *Business Wire*, April 30, 2018

"Gramercy Property Trust Enters into Definitive Agreement to be Acquired by Blackstone for $27.50 per Share in a $7.6 billion Transaction," *Business Wire*, May 7, 2018

"PRESS DIGEST -Wall Street Journal - June 11," *Reuters*, June 11, 2018

"Veritas Capital-backed Verscend to Acquire Cotiviti for $4.9 Billion," *Business Wire*, June 19, 2018

"Siris Capital unit to buy Web.com for $2 bln," *Reuters*, June 21, 2018

"Diamond Resorts International, Inc. Enters into Definitive Merger Agreement to Be Acquired by Affiliates of Certain Funds Managed by Affiliates of Apollo Global Management for $30.25 Per Share in Cash," *Reuters*, June 25, 2018

"LifePoint Health to Merge with RCCH HealthCare Partners," *Business Wire*, July 23, 2018

"Elon Musk declares plan to take Tesla private," *Financial Times*, August 7, 2018

"Saudi Arabia's sovereign fund builds $2b Tesla stake," *Financial Times*, August 7, 2018

"Tesla's Elon Musk Had a Deal From the S.E.C.  It Fell Apart in a Morning." *The New York Times*, September 28, 2018

## Other

Kingdom of Saudi Arabia, Vision 2030, April 25, 2016

Tesla, Inc. NasdaqGS: TSLA FQ2 2018 Earnings Call Transcripts, Wednesday, August 1, 2018

## Websites

https://twitter.com/elonmusk/status/1026872652290379776?lang=en

https://twitter.com/elonmusk/status/1026892550337122304?lang=en

https://twitter.com/elonmusk/status/1026907699760390146?lang=en

https://twitter.com/elonmusk/status/1026914941004001280?lang=en

https://twitter.com/elonmusk/status/1026894228541071360?lang=en

https://twitter.com/elonmusk/status/1026906046839672832?lang=en

https://www.tesla.com/blog/staying-public

https://www.tesla.com/blog/taking-tesla-private

https://www.tesla.com/blog/update-taking-tesla-private

**Data Sources**

Bloomberg L.P.

Calculated (or Derived) based on data from U.S. Stock and Index Database © 2021 Center for Research in Security Prices (CRSP), The University of Chicago Booth School of Business ("CRSP")

Factset

S&P Capital IQ

**Any other materials cited in the report**

**Exhibit 1**
**Tesla and International Stocks**
**Short Interest Summary Statistics**
**August 6, 2018**

|  | Short Interest (in USD Millions) | Short Interest as a % of Public Float |
|---|---|---|
| Tesla, Inc. | $11,874.9 | 25.6% |
| *All Companies Summary Statistics* | | |
| Minimum | $0.0 | 0.0% |
| 25th Percentile | $0.0 | 0.3% |
| Median | $1.2 | 2.1% |
| Mean | $110.7 | 5.1% |
| 75th Percentile | $45.9 | 6.2% |
| Maximum | $23,890.9 | 259.6% |
| Total Number of Observations | 8,325 | 5,369 |

Notes:

1. Sample includes all companies available from the S&P Capital IQ database as of August 6, 2018 that meet the following criteria:

    a) shares outstanding and stock price in USD as of August 6, 2018 greater than zero AND

    b) sufficient data to estimate Short Interest as a % of Public Float or Short Interest (in USD Millions) as of August 6, 2018.

2. S&P Capital IQ calculates the Public Float by subtracting strategic owners and insiders from the total shares outstanding.

Source: S&P Capital IQ.

**Exhibit 2**
**Examples of International Investments of the Public Investment Fund**
**April 2016 - July 2018**

|     | Date | Company/Project Name | Amount ($MM) | Company/Project Description |
| --- | --- | --- | --- | --- |
| [1] | 6/2016 | Uber | $3,500 | Ride-hailing service based in the U.S. |
| [2] | 10/2016 | Technology fund | $45,000 | Launch technology fund sized at $100bn, based in London in partnership with Softbank |
| [3] | 11/2016 | Noon | $500 | Launch a $1 billion Middle Eastern-focused e-commerce platform together with businessman Mohamed Alabbar |
| [4] | 11/2016 | Adeptio | N/A | Purchase 50% stake.  Company controls the Americana, which owns Middle East franchises for fast food chains KFC and Pizza Hut and also produces branded consumer foods |
| [5] | 5/2017 | Infrastructure fund | $20,000 | Launch infrastructure investment fund with Blackstone, primarily U.S. focused |
| [6] | 10/2017 | Projects in Russia | $1,000 | Includes more than seven investments in Russia across a number of sectors including infrastructure and petrochemicals |
| [7] | 10/2017 | Virgin Group | $1,000 | Invest in Virgin Galactic, The Spaceship Company, and Virgin Orbit |
| [8] | 2/2018 | AccorInvest | N/A | French hotelier. Joint investment with group of international investors for total of €4.4bn. |
| [9] | 2/2018 | Penske Media Corp | $200 | U.S.-based company engaged in digital media, publishing, and information services |
| [10] | 3/2018 | Endeavor | $400 | Talent agency |
| [11] | 3/2018 | Magic Leap | $400 | Produces augmented reality headsets, based in Florida |

**Sources:**
[1] "Uber raises $3.5 billion from Saudi Arabia's sovereign wealth fund," *Reuters* , June 1, 2016.

[2] "SoftBank and the Saudis make a big bet on tech; A $100bn new venture capital fund risks flooding the market," *Financial Times*, October 15, 2016.

[3] "Dubai businessman Alabbar, Saudi SWF launch $1 billion e-commerce platform," *Reuters*, November 13, 2016.

[4] "UPDATE 1 - Saudi fund to invest in owner of Kuwait food firm Americana," *Reuters*, November 28, 2016.

[5] "Blackstone, Saudi's PIF plan $40 billion infrastructure investment fund," *Reuters*, May 20, 2017.

[6] "Saudi Arabia finalizes seven deals with Russia worth $1 bln," *Al Arabiya*, October 1, 2017.

[7] "Saudi fund agrees plan to invest in Virgin space ventures-SPA," *Reuters*, October 26, 2017.

[8] "Accor seals sale of majority stake in real estate arm," *Financial Times*, February 27, 2018.

[9] "Saudi Public Investment Fund Acquires Minority Stake in Penske Media Corp," *MarketLine*, February 28, 2018.

[10] "Saudi Arabia Sovereign Wealth Fund Moving to Buy Up to $400 Million Stake in Endeavor PLC -- Saudi Officials," *Dow Jones Institutional News*, March 16, 2018.

[11] "Magic Leap confirms $400m investment from Saudi wealth fund," *Financial Times*, March 7, 2018.

**Exhibit 3**
**Merger Premiums Offered in Precedent Going Private Transactions[1]**
**August 7, 2008 - August 6, 2018**

| | Target Company | Completed? | Announcement Date [A] | Unaffected Date [B] | Stock Price $/Share [C] | Offer Price $/Share [D] | Merger Premium [E] |
|---|---|---|---|---|---|---|---|
| [1] | IMS Health, Inc. | Yes | 11/05/09 | 11/04/09 | $16.81 | $22.00 | 30.9% |
| [2] | Novell, Inc.[2] | No | 03/02/10 | 03/02/10 | $4.75 | $5.75 | 21.1% |
| [3] | Interactive Data Corp. | Yes | 05/04/10 | 01/14/10 | $25.47 | $33.86 | 32.9% |
| [4] | NBTY, Inc. | Yes | 07/15/10 | 07/14/10 | $37.47 | $55.00 | 46.8% |
| [5] | AmeriCredit Corp. | Yes | 07/22/10 | 07/21/10 | $19.70 | $24.50 | 24.4% |
| [6] | Pactiv LLC | Yes | 08/17/10 | 05/14/10 | $23.97 | $33.25 | 38.7% |
| [7] | Burger King Holdings, Inc. | Yes | 09/02/10 | 08/31/10 | $16.45 | $24.00 | 45.9% |
| [8] | The Gymboree Corp. | Yes | 10/11/10 | 10/08/10 | $52.95 | $65.40 | 23.5% |
| [9] | CommScope, Inc. | Yes | 10/27/10 | 10/22/10 | $23.12 | $31.50 | 36.2% |
| [10] | Syniverse Holdings, Inc. | Yes | 10/28/10 | 10/27/10 | $23.79 | $31.00 | 30.3% |
| [11] | Novell, Inc. | Yes | 11/22/10 | 11/19/10 | $5.59 | $6.10 | 9.1% |
| [12] | J. Crew Group, Inc. | Yes | 11/23/10 | 11/22/10 | $37.65 | $43.50 | 15.5% |
| [13] | Del Monte Foods Co. | Yes | 11/25/10 | 11/18/10 | $15.71 | $19.00 | 20.9% |
| [14] | Jo-Ann Stores LLC | Yes | 12/23/10 | 12/22/10 | $45.63 | $61.00 | 33.7% |
| [15] | Emergency Medical Services Corp. | Yes | 02/14/11 | 02/11/11 | $70.66 | $64.00 | -9.4% |
| [16] | Family Dollar Stores, Inc.[3] | No | 02/15/11 | 02/14/11 | $43.83 | $57.50 | 31.2% |
| [17] | Lawson Software, Inc. | Yes | 03/11/11 | 03/10/11 | $11.50 | $11.25 | -2.2% |
| [18] | SRA International, Inc. | Yes | 04/01/11 | 03/31/11 | $28.36 | $31.25 | 10.2% |
| [19] | Warner Music Group Corp. | Yes | 05/06/11 | 05/03/11 | $7.37 | $8.25 | 11.9% |
| [20] | BJ's Wholesale Club, Inc. | Yes | 06/29/11 | 03/18/11 | $47.74 | $51.25 | 7.4% |
| [21] | Blackboard, Inc. | Yes | 07/01/11 | 04/18/11 | $37.16 | $45.00 | 21.1% |
| [22] | Immucor, Inc. | Yes | 07/05/11 | 07/01/11 | $20.73 | $27.00 | 30.2% |
| [23] | Kinetic Concepts, Inc. | Yes | 07/13/11 | 07/12/11 | $64.49 | $68.50 | 6.2% |
| [24] | Emdeon, Inc. | Yes | 08/04/11 | 07/26/11 | $13.18 | $19.00 | 44.2% |
| [25] | Harleysville Group, Inc. | Yes | 09/29/11 | 09/28/11 | $31.52 | $60.00 | 90.4% |
| [26] | Pharmaceutical Product Development | Yes | 10/03/11 | 08/12/11 | $26.60 | $33.25 | 25.0% |
| [27] | Blue Coat Systems, Inc. | Yes | 12/09/11 | 12/08/11 | $17.48 | $25.81 | 47.7% |
| [28] | AboveNet, Inc. | Yes | 03/19/12 | 03/15/12 | $72.77 | $84.00 | 15.4% |
| [29] | Collective Brands, Inc. | Yes | 05/01/12 | 04/30/12 | $20.77 | $21.75 | 4.7% |
| [30] | P.F. Chang's China Bistro, Inc. | Yes | 05/01/12 | 04/30/12 | $39.69 | $51.50 | 29.8% |
| [31] | Par Pharmaceutical Cos., Inc. | Yes | 07/16/12 | 07/13/12 | $36.58 | $50.00 | 36.7% |
| [32] | Best Buy Co., Inc. | No | 08/06/12 | 08/03/12 | $17.64 | $26.00 | 47.4% |
| [33] | Ancestry.com, Inc. | Yes | 10/22/12 | 07/24/12 | $27.23 | $32.00 | 17.5% |
| [34] | JDA Software Group, Inc. | Yes | 11/01/12 | 10/31/12 | $38.15 | $45.00 | 18.0% |
| [35] | Compuware Corp. | No | 12/17/12 | 12/14/12 | $9.53 | $11.00 | 15.4% |
| [36] | H.J. Heinz Co. | Yes | 02/14/13 | 02/13/13 | $60.48 | $72.50 | 19.9% |
| [37] | Gardner Denver, Inc. | Yes | 03/08/13 | 10/24/12 | $54.75 | $76.00 | 38.8% |
| [38] | National Financial Partners Corp. | Yes | 04/15/13 | 03/12/13 | $20.05 | $25.35 | 26.4% |
| [39] | Buckeye Technologies LLC | Yes | 04/24/13 | 04/23/13 | $29.93 | $37.50 | 25.3% |
| [40] | BMC Software, Inc. | Yes | 05/06/13 | 03/20/13 | $43.99 | $46.25 | 5.1% |
| [41] | The Smithfield Packing Co. | Yes | 05/29/13 | 05/28/13 | $25.97 | $34.00 | 30.9% |
| [42] | Molex LLC | Yes | 09/09/13 | 09/06/13 | $29.34 | $38.50 | 31.2% |
| [43] | Valassis Communications, Inc. | Yes | 12/18/13 | 12/17/13 | $28.30 | $34.04 | 20.3% |
| [44] | The Jones Group, Inc. | Yes | 12/19/13 | 09/10/13 | $14.53 | $15.00 | 3.2% |
| [45] | Beam, Inc. | Yes | 01/13/14 | 01/10/14 | $66.97 | $83.50 | 24.7% |
| [46] | PetroLogistics LP[4] | Yes | 05/28/14 | 05/27/14 | $12.93 | $14.00 | 8.3% |
| [47] | OmniVision Technologies, Inc. | Yes | 08/14/14 | 08/13/14 | $24.60 | $29.00 | 17.9% |
| [48] | Compuware Corp. | Yes | 09/02/14 | 08/29/14 | $9.35 | $10.43 | 11.6% |
| [49] | TIBCO Software, Inc. | Yes | 09/29/14 | 09/23/14 | $19.00 | $24.00 | 26.3% |
| [50] | Cleco Corp. | Yes | 10/20/14 | 10/17/14 | $48.27 | $55.37 | 14.7% |
| [51] | PetSmart, Inc. | Yes | 12/14/14 | 07/02/14 | $59.81 | $83.00 | 38.8% |
| [52] | Life Time Fitness, Inc. | Yes | 03/16/15 | 08/22/14 | $41.60 | $72.10 | 73.3% |

1

**Exhibit 3**
**Merger Premiums Offered in Precedent Going Private Transactions[1]**
**August 7, 2008 - August 6, 2018**

| | Target Company | Completed? | Announcement Date [A] | Unaffected Date [B] | Stock Price $/Share [C] | Offer Price $/Share [D] | Merger Premium [E] |
|---|---|---|---|---|---|---|---|
| [53] | Informatica LLC | Yes | 04/07/15 | 03/19/15 | $43.85 | $48.75 | 11.2% |
| [54] | Excel Trust, Inc. | Yes | 04/10/15 | 04/09/15 | $13.84 | $15.85 | 14.5% |
| [55] | OM Group, Inc. | Yes | 06/01/15 | 05/29/15 | $26.54 | $34.00 | 28.1% |
| [56] | Dealertrack Technologies, Inc. | Yes | 06/15/15 | 06/12/15 | $39.85 | $63.25 | 58.7% |
| [57] | Home Properties, Inc. | Yes | 06/22/15 | 04/24/15 | $68.91 | $75.23 | 9.2% |
| [58] | StanCorp Financial Group, Inc. | Yes | 07/23/15 | 07/22/15 | $77.66 | $115.00 | 48.1% |
| [59] | Symetra Financial Corp. | Yes | 08/11/15 | 08/07/15 | $26.77 | $32.00 | 19.5% |
| [60] | Strategic Hotels & Resorts, Inc. | Yes | 09/08/15 | 07/22/15 | $13.04 | $14.25 | 9.3% |
| [61] | Solera Holdings, Inc. | Yes | 09/13/15 | 08/03/15 | $36.39 | $55.85 | 53.5% |
| [62] | Cablevision Systems Corp. | Yes | 09/17/15 | 07/09/15 | $24.85 | $34.90 | 40.4% |
| [63] | BioMed Realty Trust, Inc. | Yes | 10/08/15 | 09/21/15 | $19.74 | $23.75 | 20.3% |
| [64] | SolarWinds North America, Inc. | Yes | 10/21/15 | 10/08/15 | $41.88 | $60.10 | 43.5% |
| [65] | MedAssets, Inc. | Yes | 11/02/15 | 10/30/15 | $23.68 | $31.35 | 32.4% |
| [66] | Fidelity & Guaranty Life, Inc. | No | 11/09/15 | 11/06/15 | $26.22 | $26.80 | 2.2% |
| [67] | Keurig Green Mountain, Inc. | Yes | 12/07/15 | 12/04/15 | $51.70 | $92.00 | 77.9% |
| [68] | Inland Real Estate Corp. | Yes | 12/15/15 | 12/14/15 | $9.94 | $10.60 | 6.6% |
| [69] | Apollo Education Group, Inc. | Yes | 02/07/16 | 01/08/16 | $6.59 | $9.50 | 44.2% |
| [70] | The ADT Corp. | Yes | 02/16/16 | 02/12/16 | $26.87 | $42.00 | 56.3% |
| [71] | Integrated Device Technology, Inc. | No | 04/12/16 | 04/11/16 | $19.43 | $32.00 | 64.7% |
| [72] | Cvent, Inc. | Yes | 04/18/16 | 04/15/16 | $21.30 | $36.00 | 69.0% |
| [73] | Lexmark International, Inc. | Yes | 04/19/16 | 10/21/15 | $31.06 | $40.50 | 30.4% |
| [74] | ExamWorks Group, Inc. | Yes | 04/27/16 | 04/26/16 | $33.57 | $35.05 | 4.4% |
| [75] | Krispy Kreme Doughnuts, Inc. | Yes | 05/09/16 | 05/06/16 | $16.86 | $21.00 | 24.6% |
| [76] | Marketo, Inc. | Yes | 05/31/16 | 05/27/16 | $32.20 | $35.25 | 9.5% |
| [77] | Qlik Technologies, Inc. | Yes | 06/02/16 | 03/02/16 | $24.19 | $30.50 | 26.1% |
| [78] | Talen Energy Corp. | Yes | 06/03/16 | 03/31/16 | $9.00 | $14.00 | 55.6% |
| [79] | Diamond Resorts International, Inc. | Yes | 06/29/16 | 02/24/16 | $19.11 | $30.25 | 58.3% |
| [80] | EverBank Financial Corp. | Yes | 08/08/16 | 08/08/16 | $18.01 | $19.50 | 8.3% |
| [81] | Press Ganey Holdings, Inc. | Yes | 08/09/16 | 08/08/16 | $40.33 | $40.50 | 0.4% |
| [82] | Rackspace Hosting, Inc. | Yes | 08/26/16 | 08/03/16 | $23.16 | $32.00 | 38.2% |
| [83] | Interactive Intelligence Group, Inc. | Yes | 08/31/16 | 08/29/16 | $57.20 | $60.50 | 5.8% |
| [84] | Infoblox, Inc. | Yes | 09/19/16 | 05/11/16 | $15.31 | $26.50 | 73.1% |
| [85] | Cabela's, Inc. | Yes | 10/03/16 | 11/04/15 | $39.53 | $65.50 | 65.7% |
| [86] | Genworth Financial, Inc. | No | 10/23/16 | 10/21/16 | $5.21 | $5.43 | 4.2% |
| [87] | Team Health Holdings, Inc. | Yes | 10/31/16 | 10/03/16 | $32.80 | $43.50 | 32.6% |
| [88] | Lattice Semiconductor Corp. | No | 11/03/16 | 11/02/16 | $6.37 | $8.30 | 30.3% |
| [89] | NeuStar, Inc. | Yes | 12/14/16 | 11/11/16 | $23.05 | $33.50 | 45.3% |
| [90] | VCA, Inc. | Yes | 01/09/17 | 01/06/17 | $70.77 | $93.00 | 31.4% |
| [91] | Air Methods Corp. | Yes | 03/14/17 | 01/31/17 | $35.70 | $43.00 | 20.4% |
| [92] | Panera Bread Co. | Yes | 04/05/17 | 03/31/17 | $261.87 | $315.00 | 20.3% |
| [93] | VWR Corp. | Yes | 05/05/17 | 05/02/17 | $28.52 | $33.25 | 16.6% |
| [94] | West Corp. | Yes | 05/09/17 | 11/01/16 | $20.01 | $23.50 | 17.4% |
| [95] | PAREXEL International Corp. | Yes | 06/20/17 | 05/05/17 | $68.86 | $88.10 | 27.9% |
| [96] | Staples, Inc. | Yes | 06/28/17 | 04/03/17 | $8.66 | $10.25 | 18.4% |
| [97] | Parkway, Inc. | Yes | 06/30/17 | 06/29/17 | $20.38 | $23.05 | 13.1% |
| [98] | Bankrate, Inc. | Yes | 07/03/17 | 06/30/17 | $12.85 | $14.00 | 8.9% |
| [99] | Monogram Residential Trust, Inc. | Yes | 07/04/17 | 06/30/17 | $9.71 | $12.00 | 23.6% |
| [100] | Clubcorp Holdings Inc. | Yes | 07/09/17 | 07/07/17 | $13.10 | $17.12 | 30.7% |
| [101] | WebMD Health Corp. | Yes | 07/24/17 | 02/15/17 | $51.31 | $66.50 | 29.6% |

**Exhibit 3**
**Merger Premiums Offered in Precedent Going Private Transactions[1]**
**August 7, 2008 - August 6, 2018**

| | Target Company | Completed? | Announcement Date [A] | Unaffected Date [B] | Stock Price $/Share [C] | Offer Price $/Share [D] | Merger Premium [E] |
|---|---|---|---|---|---|---|---|
| [102] | Calpine Corp. | Yes | 08/18/17 | 05/09/17 | $10.07 | $15.25 | 51.4% |
| [103] | Gigamon, Inc. | Yes | 10/26/17 | 09/08/17 | $42.35 | $38.50 | -9.1% |
| [104] | Barracuda Networks, Inc. | Yes | 11/27/17 | 11/24/17 | $23.69 | $27.55 | 16.3% |
| [105] | Buffalo Wild Wings, Inc. | Yes | 11/28/17 | 11/10/17 | $118.85 | $157.00 | 32.1% |
| [106] | AmTrust Financial Services, Inc. | Yes | 01/09/18 | 01/08/18 | $10.14 | $12.25 | 20.8% |
| [107] | Blackhawk Network Holdings, Inc. | Yes | 01/16/18 | 01/12/18 | $36.50 | $45.25 | 24.0% |
| [108] | Callidus Software, Inc. | Yes | 01/29/18 | 01/26/18 | $32.25 | $36.00 | 11.6% |
| [109] | Ply Gem Holdings, Inc. | Yes | 01/31/18 | 01/30/18 | $18.10 | $21.64 | 19.6% |
| [110] | VeriFone Systems, Inc. | Yes | 04/09/18 | 04/09/18 | $15.00 | $23.04 | 53.6% |
| [111] | Analogic Corp. | Yes | 04/10/18 | 06/07/17 | $67.45 | $84.00 | 24.5% |
| [112] | Financial Engines, Inc. | Yes | 04/30/18 | 04/27/18 | $33.95 | $45.00 | 32.5% |
| [113] | Gramercy Property Trust | Yes | 05/07/18 | 05/04/18 | $23.82 | $27.50 | 15.4% |
| [114] | Envision Healthcare Corp. | Yes | 06/11/18 | 11/13/17 | $25.86 | $46.00 | 77.9% |
| [115] | Cotiviti Holdings, Inc. | Yes | 06/19/18 | 06/18/18 | $39.89 | $44.75 | 12.2% |
| [116] | Web.com Group, Inc. | Yes | 06/21/18 | 06/20/18 | $23.20 | $25.00 | 7.8% |
| [117] | Education Realty Trust, Inc. | Yes | 06/25/18 | 05/31/18 | $36.54 | $41.50 | 13.6% |
| [118] | LifePoint Health, Inc. /TN/ | Yes | 07/23/18 | 07/19/18 | $48.60 | $65.00 | 33.7% |
| | | | | | | Minimum: | -9.4% |
| | | | | | | 25th Percentile: | 13.8% |
| | | | | | | Mean | 27.5% |
| | | | | | | Median: | 24.5% |
| | | | | | | 75th Percentile: | 36.6% |
| | | | | | | Maximum: | 90.4% |
| | Tesla, Inc. | No | 08/07/18 | 08/06/18 | $341.99 | $420.00 | 22.8% |

Notes and Sources:

[A]: Per Factset. Factset defines the Announcement Date as: The date the transaction was first publicly disclosed by either the target or the acquirer. In a deal that starts out as a rumor, the announcement date will be the date on which talks of the transaction first appeared in a major financial or trade publication. Once confirmed and the transaction is no longer a rumor, the announcement date will be updated to reflect the date upon which one of the parties involved in the deal disclosed the formal offer or a definitive agreement.

[B]: Per Factset. Factset defines the Unaffected Date as: The date of the share price prior to rumors of the announcement or the announcement date of the transaction.

[C]: Per CRSP. Target company stock price on the Unaffected Date in column [B].

[D]: Per company press releases. Offer price as of the Announcement Date in column [A].

[E] = [D] / [C] - 1.

1: We searched the Factset database for going private transactions announced during August 7, 2008 through August 6, 2018 in which the deal type is "Acquisition/Merger," the deal "attitude" is not "hostile," the offer is not a competing bid, the equity value of the deal is at least $1 billion, the consideration offered is all cash, and the target is a publicly traded, U.S. company. Factset defines a "hostile" deal "attitude" as "[t]he target's board of directors viewed the acquirer's proposal as unsatisfactory and recommended that shareholders reject the offer." We excluded one transaction in which the target company's stock is not included in the Center for Research in Security Prices ("CRSP") database and one transaction where the offer price was not disclosed as of the unaffected date.

2: Factset did not list an unaffected date for the Novell transaction, therefore we used the announcement date reported by Factset.

3: In the Family Dollar transaction, the unconditional proposal to acquire the company was for $55 - $60 per share. We used the midpoint of $55 and $60 for the purposes of our analyses.

4: In the PetroLogistics transaction, certain insiders and private equity firms owning 73% of shares received $12 per share while minority shareholders owning 27% of shares received $14 per share. We used the $14 per share offer price for the purposes of our analyses.

**Exhibit 4**
**Change in Value of Tesla Inc. Saleable Holdings**
**Individual Defendants**
**August 7, 2018 – August 17, 2018**

| Individual Defendant | Saleable Holdings Prior to the Tweet: August 7, 2018 at 12:48 PM | | | | Options Vesting During the Class Period | | Saleable Holdings Subsequent to the Class Period: August 17, 2018 | | | | Change in Value of Holdings |
| | Shares | | Options | | | | Shares | | Options | | |
| | # | $ | # | $ | # | $ | # | $ | # | $ | $ |
| | A | B | C | D | E | F | G | H | I | J | K |
| Musk, Elon R. | 33,737,921 | $12,039,377,109 | 4,220,620 | $1,374,543,683 | 0 | $0 | 33,737,921 | $10,306,934,866 | 4,220,620 | $1,157,814,846 | ($1,949,171,080) |
| **Director Defendants** | | | | | | | | | | | |
| Buss, Brad W. | 13,348 | $4,763,234 | 137,471 | $30,105,430 | 0 | $0 | 13,348 | $4,077,814 | 137,471 | $23,450,799 | ($7,340,051) |
| Denholm, Robyn | 0 | $0 | 114,944 | $9,864,191 | 0 | $0 | 0 | $0 | 114,944 | $4,533,153 | ($5,331,038) |
| Ehrenpreis, Ira | 15,272 | $5,449,813 | 84,548 | $10,083,724 | 667 | $8,480 | 15,272 | $4,665,596 | 85,214 | $5,838,373 | ($5,038,048) |
| Gracias, Antonio J. | 293,163 | $104,615,217 | 208,106 | $43,221,297 | 1,417 | $18,020 | 293,163 | $89,561,297 | 209,522 | $32,828,650 | ($25,464,587) |
| Murdoch, James | 10,485 | $3,741,572 | 18,390 | $621,383 | 333 | $0 | 10,485 | $3,203,168 | 18,724 | $0 | ($1,159,788) |
| Musk, Kimbal | 148,333 | $52,932,631 | 53,264 | $5,361,481 | 0 | $0 | 148,333 | $45,315,732 | 53,264 | $2,697,700 | ($10,280,681) |
| Rice, Linda Johnson | 0 | $0 | 18,307 | $621,383 | 250 | $0 | 0 | $0 | 18,557 | $0 | ($621,383) |
| **Director Def. Total** | **480,601** | **$171,502,467** | **635,029** | **$99,878,889** | **2,667** | **$26,500** | **480,601** | **$146,823,606** | **637,696** | **$69,348,676** | **($55,235,575)** |
| **Grand Total** | **34,218,522** | **$12,210,879,576** | **4,855,649** | **$1,474,422,571** | **2,667** | **$26,500** | **34,218,522** | **$10,453,758,471** | **4,858,316** | **$1,227,163,521** | **($2,004,406,655)** |

Notes: [A] Reflects common shares held at the time of the tweet. Includes shares held directly and indirectly. For Mr. Gracias, includes shares held by AJG Growth Fund LLC and Valor Equity Management II, L.P., each of which Mr. Gracias is the manager and in which he may be deemed to have an indirect pecuniary interest.

[B] Reflects the value of [A] just prior to the tweet -- i.e., $356.85 per share. Hartzmark Class Cert Report ¶ 75.

[C] Reflects shares underlying options vested as of August 7, 2018.

[D] Reflects intrinsic value of vested options [C] just prior to the tweet.

[E] Reflects options that vested during the Class Period.

[F] Reflects intrinsic value of options that vested during the Class Period as of vest date.

[G] Reflects common shares held at the market close on August 17, 2018. Includes shares held directly and indirectly. For Mr. Gracias, includes shares held by AJG Growth Fund LLC and Valor Equity Management II, L.P., each of which Mr. Gracias is the manager and in which he may be deemed to have an indirect pecuniary interest.

[H] Reflects the value of [G] at the market close on August 17, 2018 -- i.e., $305.50 per share.

[I] Reflects shares underlying options vested as of August 17, 2018.

[J] Reflects intrinsic value of vested options [I] at the market close on August 17, 2018.

[K] = ([H] + [J]) - ([B] + [D] + [F])

Sources:   SEC Forms 3 & 4, Proxy Statements, CRSP.

1