EXCERPTS FROM THE DEPOSITION OF
DEEPAK AHUJA
TAKEN AUGUST 5, 2021

1              UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5    IN RE TESLA, INC.,            )
                                   )  Case No.
6    SECURITIES LITIGATION,        )  3:18-cv-04865-EMC
     _____)

7

8

9

10    ** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

11

12

13

14

15            REMOTE VIDEO DEPOSITION OF

16                 DEEPAK AHUJA

17             Thursday, August 5, 2021

18

19

20

21    Reported by:

22    LISA MOSKOWITZ, CA CSR 10816, RPR, CRR, CLR,

23    Washington State CSR 21001437

24    NCRA Realtime Systems Administrator

25    JOB NO. 197876

Confidential

1

2

3

4

5                          August 5, 2021

6                          8:33 a.m.

7

8

9          Remote Video deposition of DEEPAK

10   AHUJA, taken on behalf of Plaintiffs, reported

11   stenographically by Lisa Moskowitz, California

12   Certified Shorthand Reporter No. 10816,

13   Washington State Certified Shorthand Reporter

14   No. 21001437, RPR, CRR, Realtime Systems

15   Administrator.

16

17

18

19

20

21

22

23

24

25

1    A P P E A R A N C E S:

2

3    For the Plaintiffs:

4        LEVI & KORSKINSKY

5        1101 30th Street, N.W.

6        Washington, DC 20007

7        BY:  NICHOLAS PORRITT, ESQ.

8        BY:  ELIZABETH TRIPODI, ESQ.

9

10   For Tesla and the Deponent:

11       COOLEY

12       3175 Hanover Street

13       Palo Alto, California 94304

14       BY:  SARAH LIGHTDALE, ESQ.

15       BY:  BINGXIN WU, ESQ.

16

17   ALSO PRESENT:

18       PHIL RIZZUTI, Videographer

19       CANDACE JACKMAN, ESQ., TESLA

20       KATHY AMES

21

22

23

24

25

Confidential

```
 1                THURSDAY, AUGUST 5, 2021

 2                     8:33 A.M.

 3

 4         THE VIDEOGRAPHER:  Good morning,

 5    Counsel.  My name is Phil Rizzuti.  I am

 6    a legal videographer in association with

 7    TSG Reporting, Inc.  Due to the severity

 8    of the COVID-19 and following the

 9    practice of social distancing, I will

10    not be in the same room with the

11    witness.  Instead, I will record this

12    videotape deposition remotely.

13         The reporter, Lisa Moskowitz, also

14    will not be in the same room and will

15    swear the witness remotely.

16         Do all parties stipulate to the

17    validity of this video recording and

18    remote swearing and that it will be

19    admissible in the courtroom as if it had

20    been taken following Rule 30 of the

21    Federal Rules of Civil Procedure and the

22    state's rules where this case is

23    pending?

24         MR. PORRITT:  Yes.

25         MS. LIGHTDALE:  Yes.
```

Confidential

1           THE VIDEOGRAPHER:  Okay.  Thank

2    you.

3           This is the start of media labeled

4    number 1 of the video-recorded

5    deposition of Mr. Deepak Ahuja in the

6    matter of In Re Tesla, Inc., Securities

7    Litigation in the United States District

8    Court for the Northern District of

9    California, San Francisco Division,

10   Civil Action Number 3:18-cv-04865.

11          This deposition is being held on

12   August 5, 2021, at approximately

13   8:35 a.m.  My name is Phil Rizzuti.  I'm

14   the legal video specialist from TSG

15   Reporting, Inc.  The court reporter is

16   Lisa Moskowitz, in association with TSG

17   Reporting.

18          Counsel, please introduce

19   yourselves.

20          MR. PORRITT:  Good morning, I'm

21   Nicholas Porritt of Levi & Korsinsky on

22   behalf of the plaintiff and the class.

23          MS. LIGHTDALE:  Good morning.

24   Sarah Lightdale of Cooley on behalf of

25   the defendants and for the witness

1       today.  With me are my colleague Bing

2       Wu, as well as Candace Jackman, in-house

3       counsel at Tesla.

4           MR. PORRITT:  I should add for the

5       record, with me are my colleagues

6       Elizabeth Tripodi and Kathy Ames.

7           THE VIDEOGRAPHER:  Thank you.

8           Will the court reporter please

9       swear in the witness.

10

11                    DEEPAK AHUJA,

12  called as a witness, having been duly sworn, was

13      examined and testified as follows:

14

15                    EXAMINATION

16  BY MR. PORRITT:

17      Q.  Good morning, Mr. Ahuja.  As you

18  heard, my name is Nicholas Porritt.  I'm one

19  of the counsel for the class and the

20  plaintiff in this action, and I'll be taking

21  your deposition here today.

22          Before we start, I just thought I'd

23  go over a few ground rules for your

24  testimony here today.  First one is you

25  understand that you're under oath?

Confidential

Page 45

1    Turqi:   We are evaluating our position post

2    fundraising and developing our strategy for

3    the coming months.

4              Do you see that?

5       A.    I do see that.

6       Q.    What fundraising is Mr. Teller

7    referring to there?

8       A.    I am not sure at this point.  Yeah,

9    I don't know.

10      Q.    When you came on as CFO of Tesla,

11   had it just completed a fundraising?

12      A.    Tesla acquired Solar City maybe

13   about four months before I joined --

14   completed the acquisition.  I don't recall,

15   sitting here, if it did any fundraising at

16   that same time.

17             So I think it's pretty easy to go

18   find out the details, but I don't have it at

19   my hand right now.

20      Q.    Following up this email, did you

21   take any further steps regarding a potential

22   investment from the Saudi Arabian PIF?

23      A.    We did not.  My recollection of the

24   March dinner was, at that point, Saudi PIF

25   fund was only coming in along with Masa Son,

Confidential

Page 46

1    and Elon was not interested in pursuing that

2    partnership with Masa Son with SoftBank.

3              So there was no further interest

4    from Elon's side to take this seriously, and

5    these emails at that point was more about

6    maintaining relationship with the Saudi PIF

7    fund for any future possibilities than to

8    engage in any direct conversations at that

9    point.

10             MR. PORRITT:  Elizabeth, could you

11       bring over 6162.

12             MS. TRIPODI:  It's been moved.

13             MR. PORRITT:  I'm placing before

14       the witness a document marked as

15       Exhibit 77.  It is an email

16       Bates-stamped TESLA_LITTLETON_00006162.

17             (Exhibit Number 77 was marked for

18             identification.)

19    BY MR. PORRITT:

20       Q.   Do you have Exhibit 77 in front of

21    you, Mr. Ahuja?

22       A.   I just opened it.  I've read

23    through it.

24       Q.   At the bottom of Exhibit 77, it's

25    an email from Todd Maron to you, Subject:

Confidential

1   about it.

2       Q.   Do you recall anything about that

3   conversation with Mr. Teller about the

4   dinner?

5       A.   I don't recall.

6       Q.   Do you recall having any other

7   conversations about this going-private

8   suggestion dinner in March of 2017?

9       A.   I don't.

10      Q.   You mentioned that you deliberately

11  did not mention it to Mr. O'Connell in that

12  email that we looked at, in Exhibit 75.

13           Do you recall that?

14      A.   I do recall that.

15      Q.   Why would you not want

16  Mr. O'Connell to know?

17      A.   Going private -- or, for that

18  matter -- so any large -- any funding

19  transactions that we did, our general

20  approach was to keep it extremely

21  confidential to a small group of people

22  until the day of the transaction.

23           That included keeping the

24  information confidential even from folks

25  like Mr. Diarmuid O'Connell who are very

Confidential

Page 59

1    senior in the company.

2              And going private was an even more

3    confidential, in my mind, hugely material

4    non-public information that I would not, in

5    the normal course of business, share with

6    other people in the company.

7        Q.   And why would you not want to share

8    hugely material non-public information?

9        A.   It was a simple approach of keeping

10   information -- you know, to prevent any

11   unnecessary leaks, or to prevent --

12   fundamentally, keep people focused on what

13   they're doing.

14       Q.   Were you concerned that leaking

15   material non-public information would affect

16   Tesla's stock price?

17       A.   Concern was fundamentally leaking

18   information, irrespective of its impact on

19   the stock price.

20       Q.   One last thing, just to carry on

21   from what we were looking at before.  If you

22   could --

23             Elizabeth, have you brought over

24   Baron 55?

25             MS. TRIPODI:  I have.

1    received and sent from your phone,

2    Mr. Ahuja?

3            I'll also represent that the time

4    stamps here in UTC, which is Universal

5    Time -- and I forget what the C stands for.

6    It used to be Greenwich meantime in old

7    money.

8        A.    I understand.

9        Q.    So it's seven hours ahead of

10   California time.

11           So the first -- if you look at the

12   first text message there, it refers to --

13   has a time or date of August 1, 2018,

14   1:23 a.m.  That is 6:23 on July 31, 2018.

15           Do you see that?

16       A.    I do.

17       Q.    Okay.  So you'll see there that

18   first text message is from Sam Teller.  It

19   says:  Yasir from Saudi PIF here.  Says they

20   own almost 5 percent of Tesla, paren,

21   question mark, close paren, exclamation

22   mark.

23           Do you see that?

24       A.    I do.

25       Q.    Do you recall receiving that text

Confidential

1    from Mr. Teller?

2         A.    I do recall.

3         Q.    Do you recall what your reaction

4    was when you received that text?

5         A.    I was not surprised.  As I was

6    connecting the dots, given some of the other

7    pieces of information as well as the -- that

8    I had received, as well as thinking back to

9    the year before at the dinner.

10        Q.    Immediate response to that email --

11   to that text from Mr. Teller, it's four

12   texts down, you write:  Not surprised.  We

13   had heard that from GS that a, quote, Saudi

14   investor, close quote, had been -- it seems

15   to be cut off.  This is not the right --

16              I'm going to -- I apologize.  Can

17   we just momentarily go off the record, and

18   we just need to fix this exhibit.  We had

19   issues trying to print out the native file

20   so they all sit happily in a PDF column.

21              MS. LIGHTDALE:  Let's go off the

22         record.

23              THE VIDEOGRAPHER:  The time is

24         10:21 a.m., and we are going off the

25         record.

Confidential

1    Q.   You see your response below that a

2    minute later:  Will do.  Not surprised.  We

3    had heard that from GS that, quote, a Saudi

4    investor had been buying our stock all the

5    way to 5 percent, close quote.

6         Do you see that?

7    A.   I do.

8    Q.   When had you heard from -- sorry.

9    Strike that.  "GS" refers to Goldman Sachs?

10   A.   That is correct.  It is Goldman

11   Sachs.

12   Q.   When did you hear from Goldman

13   Sachs that a Saudi investor had been buying

14   Tesla stock all the way to 5 percent?

15   A.   I'm not sure exactly when.  It was

16   probably -- it could have been a few weeks

17   or months earlier.  And it was in a

18   conversation with one of the senior Goldman

19   Sachs partners where he mentioned that -- in

20   confidence, that there was someone from

21   Saudi Arabia buying a significant chunk of

22   our stock.

23   Q.   Who was that Goldman Sachs partner?

24   A.   His name was Dan Dees, D-E-E-S.

25   Q.   Did he contact you specifically to

Confidential

Page 82

1    dialogue on, you know, on the structure and

2    what's required, but I don't specifically

3    recall any financial calculations.  And I

4    don't know what that means, the financial

5    calculations about taking Tesla private.

6        Q.   Before we go back through the rest

7    of Exhibit 80, how long did the meeting last

8    after you joined it?

9        A.   To the best of my recollection, it

10   was perhaps about ten or slightly over ten

11   minutes.

12       Q.   Do you know if anyone at Tesla did

13   provide to PIF a plan and financial

14   calculations to take Tesla private?

15           MS. LIGHTDALE:  Objection to the

16       form of the question.

17           THE WITNESS:  The conversations

18       that happened following that meeting

19       were primarily between Elon and his team

20       and the PIF team.

21           So I'm not aware of any -- I'm not

22       directly aware of any financial

23       calculations that were shared with them.

24   BY MR. PORRITT:

25       Q.   Were you ever asked to prepare any

Confidential

1    not linked to my role as a CFO necessarily.

2        Q.    Was the -- was any specific funding

3    amount discussed in this July 31, 2018,

4    meeting while you were present?

5        A.    There was no specific funding

6    amount discussed.  When I walked in the

7    meeting, the first conversation that

8    occurred was Elon pointing at me, or

9    directing at me the summary which was that

10   the Saudi PIF fund is interested and wants

11   to take us private.  And they have the

12   funding to make this happen.

13           And we want to explore this

14   further, is the message I got, and I did

15   not -- so that was the extent of -- and

16   clearly, again, Yasir, in front of him, had

17   a small computer or a tablet which showed a

18   pie chart of the different shareholders in

19   Tesla, the publicly available information, I

20   suppose, from the product order.

21           And he has a -- he's a

22   sophisticated investor.  He knows what our

23   valuation is.  And that would clearly

24   indicate he had a very good idea the kind of

25   dollars that would take.

Confidential

1    question.

2         Q.    My only question is this meeting,

3    even including the tour, took less time than

4    the dinner that took place in March of 2017?

5         A.    Yes.  As a point of fact, it took

6    less time, yes.

7         Q.    Okay.   The final point here, on

8    Exhibit 80, has Yasir stating:   I would like

9    to listen to your plan, Elon, and what are

10   the financial calculations to take it

11   private in the next week?   And if I did not

12   receive anything, I will call you.

13        Do you see that?

14        A.    I do see that.

15        Q.    Again do you recall Yasir saying

16   that at the meeting in 31 July 2018?

17        A.    I do not recall the exact words as

18   they're indicated here, but I do recall the

19   gist of it, which is that Yasir was

20   fundamentally keen on hearing from Elon

21   directly the structure that he would have in

22   mind that he would like to do for a

23   going-private transaction and what

24   percentage of that he would think would be

25   needed or the financial calculations to take

Confidential

Page 98

1    it private.

2         Q.   During this meeting, did Elon Musk

3    tell the Saudi PIF fund that -- or the Saudi

4    PIF -- that he would not want to have them

5    involved to anything more than 15 to

6    20 percent of a potential going private

7    transaction?

8              MS. LIGHTDALE:  Objection to form.

9         Foundation.

10             THE WITNESS:  I do not recall that.

11        What I do recall is when I responded to

12        Yasir that it would take about

13        50 percent or more of Tesla's value to

14        take public, Yasir did not flinch or

15        express any concern.  He did not

16        condition or qualify in any way to

17        suggest that he won't be capable of

18        providing that level of funding, and we

19        need multiple investors.

20    BY MR. PORRITT:

21        Q.   You used the words earlier "they

22    have the funding to make this happen."  Are

23    those words spoken by Elon Musk or by Yasir?

24             MS. LIGHTDALE:  Objection to form.

25             THE WITNESS:  During the meeting,

1    thinking of bringing any other partners into

2    this transaction?

3              And the sense that I was left with

4    was that the Saudi PIF fund would do almost

5    all of it.  And if any further topping was

6    required, they would approach the Emirates,

7    the UAE Sovereign Wealth Fund, to do it.

8         Q.  Did Yasir indicate the Emirates had

9    agreed to provide funding to top off any

10   Tesla going private transaction?

11        A.  He did not say that specifically,

12   but he just said if we want additional

13   funds, he will approach the Emirates to do

14   it.

15        Q.  But he hadn't approached them yet;

16   is that correct?

17             MS. LIGHTDALE:  Objection to form.

18             THE WITNESS:  I'm not sure what

19        discussions had already happened behind

20        the scenes for him to make that comment.

21   BY MR. PORRITT:

22        Q.  During the meeting on July 31,

23   2018, with Mr. Musk and Yasir, was any price

24   at which Tesla would go private discussed?

25        A.  Not to my knowledge, while I was

Confidential

1    there.  Again, this is based on my

2    recollection.

3        Q.   Was any price for going private

4    transaction discussed with Mr. Yasir by you

5    while you were conducting the tour?

6        A.   I don't recall having that

7    discussion with him, no.  I have --

8        Q.   Sorry.  Go ahead.  I didn't mean to

9    cut you off.

10       A.   I have no more to say.

11       Q.   Did you ever have any discussion

12   with a representative of the PIF about a

13   price for taking Tesla private?

14       A.   I don't believe I did.

15       Q.   If you don't know the price at

16   which Tesla is going private, how did you

17   know how much funding would be required?

18       A.   You're asking what I would think or

19   what they would think the funding is

20   required?

21       Q.   How would anyone know how much

22   funding was required?

23       A.   I think --

24            MS. LIGHTDALE:  Well, objection to

25       the form of that question then.  You can

1          answer, Deepak, if you can.

2                  THE WITNESS:  For anyone to guess

3          what would be -- well, ultimately the

4          price obviously has to be decided by --

5          initially approved by the board and then

6          by the shareholder board.

7                  But if one were to make a guess,

8          then the market cap of Tesla was its

9          starting point, and then it's a question

10         of what premium is on top of it.

11                 So it's not difficult to come up

12         with an approximate range.

13    BY MR. PORRITT:

14         Q.    Was any approximate range discussed

15    at the meeting on July 31, 2018?

16         A.    Not to my recollection.

17         Q.    Was there any discussion at the

18    meeting on July 31, 2018, about Tesla

19    locating a production facility in Saudi

20    Arabia?

21         A.    I don't recall any discussion about

22    that point.

23         Q.    Do you recall any discussion at the

24    July 31, 2018, meeting about potential

25    regulatory approvals needed for a

1    approvals too.  I cannot say for sure.

2        Q.   You did not raise that regulatory

3    requirement in the meeting with Yasir and

4    Elon Musk on July 31, 2018?

5        A.   I did not.  In my mind, getting

6    regulatory approval was not a roadblock.  It

7    was a process we had to follow; but at that

8    point, sitting there, I did not fear that

9    that would be a show stopper.

10       Q.   Was there any discussion of the

11   structure in which any going private

12   transaction would adopt at the July 31,

13   2018, meeting?

14       A.   I cannot recall any discussion of

15   the structure during the portion I attended.

16   What I understood was that's what Elon

17   needed to give some more thought on what

18   structure he would like, and that's the

19   conversation that was in his court.  That

20   was the piece in his court.

21       Q.   Wouldn't the structure of the

22   transaction affect the amount of funding

23   that would be required?

24       A.   Absolutely that would have an

25   impact on the level of funding.  Hence my

1    comment in the meeting that my expectations,

2    in general, was it would be 50 percent or

3    more, but that clearly would be something

4    that would have to be refined further by

5    Elon and his team.

6        Q.   Do you know if Mr. Musk had

7    discussed going private with other investors

8    before the July 31, 2018, meeting?

9        A.   I'm not aware, personally, of any

10   conversations he may have had, but that

11   doesn't mean that he did not have them.  So

12   I can only speak to my recollection and

13   knowledge.

14       Q.   Did Mr. Musk give any indication to

15   Yasir -- strike that.  Sorry.

16           During the July 31, 2018, meeting

17   with Yasir, did anyone mention a

18   nondisclosure agreement between the PIF and

19   Tesla?

20       A.   While I was in my part of the

21   meeting that I was there, I don't recollect

22   that being mentioned.

23       Q.   Was there any discussion about

24   keeping the contents of the meeting

25   confidential at the meeting on July 31,

1          So even in this case my position on

2   how I shared information with Diarmuid

3   O'Connell stays the same.  Diarmuid was not

4   informed, to my knowledge, of this

5   transaction because there was no need for

6   him to know, but the people who did need to

7   know, we had to bring them in for the

8   conversation.

9       Q.   You say that your impression was

10  that Elon and Yasir had agreed to urgently

11  pursue what the private transaction might

12  look like.

13          Do you know when Elon Musk next

14  spoke to Yasir to urgently pursue a

15  going-private transaction?

16      A.   I do not know that.

17      Q.   Do you expect that he would speak

18  to Yasir within two weeks?

19      A.   I would have expected him to do so

20  in some amount of short period.  I can't say

21  specifically two weeks.

22      Q.   At the July 31, 2018, meeting, was

23  there any discussion about documenting any

24  potential going-private transaction?

25      A.   The fundamental next step, in my

1   mind, was first figuring out:  What is the

2   structure that Elon wanted?  Not the -- I

3   did not walk away from that meeting

4   personally thinking that the PIF fund wanted

5   to do more due diligence of Tesla from a

6   financial stability point of view.

7           I'm sure they would, as one of the

8   processes, but that was -- I did not walk

9   away thinking that is the decision-making

10  process, given how Yasir -- or the

11  conversation in that meeting was going.

12          So trying to document something

13  when the plan or the structure is still

14  being figured out seems -- seemed very

15  premature.

16          I also would add that just

17  talking -- if the intent was to document

18  that the PIF is interested in taking us

19  private, that is not how Elon worked.  He

20  did not need documentation or commitments

21  like that to know or to be assured of a

22  handshake commitment of a very serious

23  nature even of this magnitude.

24          His style of working was very

25  different, and he did not believe in too

Confidential

1     many steps leading to a final culmination of

2     an agreement with a partner, and he really

3     looked at this as a serious commitment.

4           The question on documentation was

5     about the final structure, not trying to

6     document the terms of that discussion.  So I

7     was not surprised, and it was completely in

8     line with how Elon operates.

9        Q.   Are you aware of any transactions

10    that Mr. Musk had entered into based on a

11    handshake deal?

12       A.   I want to clarify that it's a --

13    it's a deal which starts based on a

14    commitment and a level of trust and belief

15    in each other, and there have been other

16    transactions like that, both commercially

17    and from an investment point of view, which

18    have ended in a definitive agreement without

19    going through many intermediate

20    documentation steps.

21       Q.   What are some examples of those

22    transactions?

23       A.   One of the investment --

24    investments, rather, that comes as an

25    example is an investment by the -- by an Abu

Confidential

1  clarification, I think the date and the

2  timestamp here -- is that -- is that the

3  right timestamp and date, Pacific Time?  I

4  just want to be clear -- sure.  As I think

5  of it more, it probably is right.  Okay.  My

6  apologies.

7      Q.   I believe, unfortunately, the

8  emails are not consistent.  Some of them are

9  time stamped UTC.  Some of them are time

10 stamped Pacific.  There's a little bit of --

11 we have to put on our Sherlock Homes

12 deerstalker hats a little bit to try and

13 figure out which one is which.  I believe

14 this one is properly time stamped.

15     A.   Sorry for the distraction.  Would

16 you please repeat your question.

17     Q.   My question was:  Do you see on

18 Exhibit 81, towards the end, it says --

19 Mr. Musk writes:  Unless another bidder

20 comes forward with a better offer, I would

21 ask that this matter be put to a shareholder

22 vote at the earliest opportunity.  This

23 offer expires in 30 days.

24          Do you see that?

25     A.   I do.

Confidential

1    Q.    What -- how could this matter be

2    put to a shareholder vote at the earliest

3    opportunity within 30 days?

4    A.    Firstly, I think it's a question

5    more appropriate for Elon to answer, what he

6    was thinking, and what advice he had

7    received to suggest that.

8         From my perspective, at that point,

9    without having full understanding of the

10   legal process, I took this more as a

11   indication of creating a sense of urgency

12   and having to move as fast as possible to

13   look at this seriously.

14   Q.    As CFO, did you have any

15   responsibilities for the company's annual

16   meeting?

17   A.    The annual shareholders meeting?

18   Q.    Yes.

19   A.    Is that what you're asking for?  My

20   responsibility for that meeting was, to the

21   extent we shared any financial information

22   which was very rare, or we shared any other

23   material, to be sure that it was accurate.

24        Clearly, it could have confidential

25   information or non-public information if

1      Q.   So do you know who was responsible

2   for contacting Wachtell Lipton to

3   participate in this meeting?

4      A.   I would -- I'd expect somebody from

5   the legal team did that, to get them in and

6   provide some expert advice on this issue.

7      Q.   But it was your understanding at

8   this meeting that Wachtell Lipton was

9   representing who, exactly?

10     A.   At this point, in this forum, my

11  impression or recollection is that they were

12  representing the company.

13     Q.   Do you understand they then went on

14  to represent Elon Musk individually in this

15  transaction?

16     A.   I do.

17     Q.   Was that a concern for you, that a

18  company -- a single law firm represented

19  both sides on a transaction?

20     A.   I think that's a legal question

21  which the legal team can provide a -- much

22  more of an expert answer.  From my

23  non-layman -- or layman's perspective,

24  non-expert perspective, this was in the

25  very, very early days.  We were just

1  beginning.  We didn't know much.

2         And what was discussed here was

3  still in such an early phase that I presume

4  it was later on found to be not material

5  enough to create conflict.

6     Q.    Item 1 here on the minutes say that

7  you provided an overview of events leading

8  up to Mr. Elon Musk's August, 2018, email to

9  the board, expressing his interest in taking

10  Tesla private.

11         Do you see that?

12     A.    I do.

13     Q.    Do you recall making this

14  presentation?

15     A.    I do.

16     Q.    Does reading this summary here on

17  Exhibit 82 refresh your recollection about

18  any other aspects of your interactions with

19  the Saudi PIF that you've not previously

20  testified about?

21     A.    I can't think of anything else to

22  add beyond these meeting minutes or what I

23  have already testified here.

24     Q.    You state at the end of the bottom

25  of page 1 of Exhibit 82:  Mr. Ahuja

Confidential

1      Q.   What is at Newark?

2      A.   At Newark we had buildings with

3   much of the finance, legal, HR, and some

4   marketing and sales teams located.

5      Q.   That's separate from the factory at

6   Fremont?

7      A.   Correct.

8      Q.   What was your reaction when you saw

9   this Tweet?

10      A.   I was -- the content of the Tweet

11   did not surprise me.  I was well -- the

12   content was based on everything that I knew

13   and there could have been more that Elon had

14   done; but from my point of view, the content

15   was not out of place.

16           But I was surprised that Elon had

17   Tweeted it and -- but at the same time, I

18   could immediately understand why he did it,

19   given his need to navigate through the

20   framework he had of having the need to talk

21   to major investors but avoiding wanting any

22   material non-public information sharing with

23   them which would force them to stop trading

24   on Tesla stock.

25      Q.   Do you know if, at this point,

Confidential

1    Mr. Musk had even tried to have a

2    conversation with a major investor regarding

3    the proposed going-private transaction?

4              MS. LIGHTDALE:  Objection to form.

5              THE WITNESS:  Thank you, Sarah.

6              I'm not aware.

7    BY MR. PORRITT:

8        Q.    Then how do you know that he was

9    experiencing difficulties navigating a

10   framework to talk to major investors at this

11   time?

12       A.    I -- I think I imagined the

13   situation that if he did talk to them,

14   particularly the investors that are holding

15   our stock now as a public company, at the

16   moment he would initiate such a conversation

17   it would put him in a difficult situation of

18   having -- even the intention of us -- of

19   Elon taking the company private could put

20   some of them in a very uncomfortable

21   position, which would require them to stop

22   trading on Tesla stock.

23              So I'm just speculating here that

24   that was the tricky situation he was dealing

25   with.  And although I am not aware that he

1    had talked to, it's likely he had not.

2        Q.    So you're speculating that he might

3    incur this difficulty once he started

4    speaking to investors; is that correct?

5        A.    I am inferring, or I'm suspecting,

6    that that was the challenge he was dealing

7    with.

8        Q.    To your knowledge, had Mr. Musk had

9    any further conversations with the Saudi

10   Arabian PIF prior to sending this Tweet on

11   August 7, 2018, at 9:48 a.m.?

12       A.    I'm not aware of what other

13   conversations he had had with the Saudi PIF

14   fund before sending this -- at that point in

15   time.

16       Q.    Now, this Tweet was posted at

17   12:48 p.m. on Eastern Time; correct?

18       A.    Yes.

19       Q.    So that was during the middle of

20   the trading day; is that correct?

21       A.    Yes.

22       Q.    Was it Tesla's practice to disclose

23   material information during the course of a

24   trading day?

25       A.    Our -- the financial disclosures

Confidential

Page 182

1    feeling I did with Sarah too.  Otherwise, I

2    wouldn't have mentioned her name.

3            We thought this was good next step

4    and wanted to check with Elon, and it so

5    happened I was the one who sent it.  It

6    could easily have been Todd or Sarah.

7        Q.   Was your meeting at the Newark

8    facility still going on at this point in

9    time?

10       A.   No.  We -- as soon as we saw this,

11   we interrupted that meeting, and had the

12   folks who were in attendance there leave the

13   room -- other folks.

14       Q.   So Elon Musk -- referring you back

15   to Exhibit 87, Elon Musk texts back, three

16   minutes later:  Yeah, that would be great.

17           Do you see that?

18       A.   I do.

19       Q.   Who then started working on this

20   draft email?

21       A.   My recollection is that Sarah and

22   Todd took the first shot at it.  It was a

23   very fast derivative process.  And I

24   provide -- I reviewed and edited it and

25   provided feedback, and proceeded to read it.

Confidential

1        Q.    And so you reviewed a draft of the

2    email before sending it to Elon Musk?

3        A.    The draft of the email that went to

4    the employees?  Yes, I did.

5        Q.    How did -- how did you review the

6    draft?  Was it emailed to you?  Did you

7    review it on either Ms. O'Brien's or

8    Mr. Maron's computer if they were sitting in

9    the room with you?  Do you recall how you

10   did it?

11       A.    I think it was a combination of the

12   two.  We were sitting in the conference

13   room; and at times, it was put up on the

14   projection screen and we were making live

15   edits.  And there could have been times when

16   it was emailed as well.  I'm not 100 percent

17   sure at this point.

18       Q.    And what did you use as the basis

19   for the substance of the email, the email

20   that was coming from Elon Musk?

21            MS. LIGHTDALE:  Objection to form.

22            THE WITNESS:  Elon had clearly

23       shared a lot of his rationale with the

24       board on August 3.  He had shared some

25       of those points with us earlier on --

```
1        soon after the PIF team left on July 31

2        with Todd and I.

3             So the gist of this email, or the

4        substance of this email was based on

5        the -- based on the ideas that Elon had

6        shared in our presence.

7   BY MR. PORRITT:

8        Q.   And for Mr. Maron, that would be

9   the board meetings; is that correct?

10       A.   The board meeting --

11            MS. LIGHTDALE:  Objection to form.

12            THE WITNESS:  Mr. Maron was also

13       there with me in the meeting with Elon

14       on the evening of July 31 after Yasir

15       had departed that evening.

16  BY MR. PORRITT:

17       Q.   Do you recall when you sent it

18  to -- the email to Mr. Musk for his review?

19       A.   I don't recall the exact time I

20  sent that to Elon for review.

21       Q.   Was it -- do you recall how long,

22  roughly, it took to draft the email?

23       A.   Probably took us a couple of hours

24  to draft.  Probably not much more than that,

25  but I do not have clear recollection of
```

1    exactly when we sent it, and exactly what

2    point that day -- I think it was that day --

3    Elon sent the email out.

4        Q.   Do you recall if Mr. Musk had any

5    comments on the draft email?

6        A.   Elon normally has the approach of

7    just -- if he -- if he likes the product,

8    90 percent or some high percentage, then he

9    will make the fine-tune edits himself and

10   then send it out.

11             So I don't recall at this point

12   whether he sent back any comments to us with

13   changes or he made some changes to our draft

14   before distributing it.  I suspect it was

15   the latter.

16       Q.   That he made no comments?  Sorry.

17   I lost track of your answer.

18       A.   Yeah.  He did not send us back any

19   comments and if he had any edits to make, he

20   made them directly before sending it to the

21   employees.

22       Q.   Okay.  I got you.

23       A.   And I'm quoting from recollection.

24   It could have been slightly different, but

25   it -- yeah.

1    regarding the going-private transaction?

2              MS. LIGHTDALE:  Objection to form.

3              THE WITNESS:  I want to clarify.

4         I'm just referring to the board meeting

5         minutes that we've been through earlier

6         where the board requested Antonio to

7         have a conversation with Elon to

8         coordinate future communications.

9    BY MR. PORRITT:

10        Q.   Why don't we bring over -- after

11   that meeting, after that conversation with

12   Elon Musk, what did you do next in

13   connection with the going-private

14   transaction?

15        A.   I think it was after that -- soon

16   after that, maybe next day, I suspect, was

17   when I sent him the information that Martin

18   Viecha was developing on the shareholder

19   holdings.

20              And that was the extent of my

21   direct -- my involvement.

22        Q.   So you had no further involvement

23   until August 23 or August 24, 2018, when the

24   transaction was no longer under

25   consideration?

Page 278

1    from the PIF.  One is H.E Yasir Al-Rumayyan,

2    one is Saad Al Jarboa, and the third is Naif

3    Al Mogren.

4            Do you see those names in the

5    Attendance section?

6        A.   Yes, I do.

7        Q.   Do you recognize the name Saad Al

8    Jarboa and Naif Al Mogren?

9        A.   There were two other people from

10   PIF in that meeting along with Yasir.  I do

11   not recollect their name, but I presume

12   their names are correct here from the

13   attendees of that meeting.

14       Q.   Did you see any attendee in the

15   meeting for PIF taking notes while you were

16   present in the meeting?

17       A.   It did appear that one of the

18   gentlemen was taking some notes.  To what

19   extent and in what level of detail, I could

20   not be sure.

21       Q.   The bottom third of the first page

22   of the document has a heading that states:

23   Meeting Agenda & Notes.

24            Do you see that heading?

25       A.   Yes, I do.

1  NAME OF CASE:  In re Tesla, Inc., Securities

2  Litigation

3  DATE OF DEPOSITION:  August 5, 2021

4  DEPONENT:  DEEPAK AHUJA

5          1. To clarify the record.
           2. To conform to the facts.
6          3. To correct transcription error.

7  Page ___31___ Line ___24___ Reason ___3___
   From_____and for the talk_____ to__and give it further thought
8
   Page ___35___ Line ___19___ Reason ___3___
9  From__add "doing that as" between "was" and "a way"__

10 Page ___153___ Line ___20___ Reason ___3___
   From_____fifth_____ to_____PIF_____
11
   Page ___159___ Line ___13___ Reason ___3___
12 From_____airing_____ to_____hearing_____

13 Page ___165___ Line ___24___ Reason ___3___
   From_____draw_____ to_____provide_____
14
   Page ___167___ Line ___23___ Reason ___3___
15 From_____DD_____ to_____DiDi_____

16 Page ___178___ Line ___20___ Reason ___3___
   From_____or Brian_____ to_____O'Brien_____
17
   Page ___182___ Line ___23___ Reason ___3___
18 From_____derivative_____ to_____iterative_____

19 Page ___219___ Line ___24___ Reason ___3___
   From_____worth_____ to_____vote_____
20
   Page ___219___ Line ___25___ Reason ___3___
21 From_____worth_____ to_____vote_____

22 Page ___220___ Line ___4___ Reason ___3___
   From_____working_____ to_____voting_____
23
   Page ___227___ Line ___17___ Reason ___3___
24 From_____my recall is_____ to_____recalled_____

25 Page ___230___ Line ___13___ Reason ___3___
   From_____using_____ to_____with_____

Confidential

```
 1    NAME OF CASE:  In re Tesla, Inc., Securities          Page 285

 2    Litigation

 3    DATE OF DEPOSITION:  August 5, 2021

 4    DEPONENT:  DEEPAK AHUJA

 5              1. To clarify the record.
              2. To conform to the facts.
 6              3. To correct transcription error.

 7    Page ___239___ Line ___23___ Reason ___3___
      From_____working_____ to_____voting_____
 8
      Page ___240___ Line ___10___ Reason ___3___
 9    From_____box_____ to_____board_____

10    Page ___258___ Line ___2____ Reason ___3___
      From____open then that_____ to___commitment than__
11
      Page ___220___ Line ___3____ Reason ___3___
12    From____delete "top"_____ to_____

13    Page _____ Line _____ Reason _____
      From_____ to_____
14
      Page _____ Line _____ Reason _____
15    From_____ to_____

16    Page _____ Line _____ Reason _____
      From_____ to_____
17
      Page _____ Line _____ Reason _____
18    From_____ to_____

19    Page _____ Line _____ Reason _____
      From_____ to_____
20
      Page _____ Line _____ Reason _____
21    From_____ to_____

22    Page _____ Line _____ Reason _____
      From_____ to_____
23
      Page _____ Line _____ Reason _____
24    From_____ to_____

25    Page _____ Line _____ Reason _____
      From_____ to_____
```

Confidential

1          C E R T I F I C A T E

2   STATE OF CALIFORNIA:

3

4       I, LISA MOSKOWITZ, California CSR,

5   Washington State CSR, RPR, CRR, CLR, NCRA

6   Realtime Systems Administrator, Certified

7   Shorthand Reporter, do hereby certify:

8       That the witness whose deposition is

9   hereinbefore set forth was duly remotely sworn

10  and that such deposition is a true record of the

11  testimony given by such witness.

12      I further certify that I am not related to

13  any of the parties to this action by blood or

14  marriage and that I am in no way interested in

15  the outcome of this matter.

16      IN WITNESS WHEREOF, I have hereunto set my

17  hand this 17th day of August, 2021.

18

19

20

21  _____

22  LISA MOSKOWITZ, CA CSR 10816, RPR, CRR

23  Washington State CSR 21001437

24  Realtime Systems Administrator

25