EXCERPTS FROM THE DEPOSITION OF
EGON PIERRE-DURBAN
TAKEN SEPTEMBER 7, 2021

Page 1

1      IN THE UNITED STATES DISTRICT COURT

2     FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4

5  IN RE TESLA, INC.                    )
                                         )
6  SECURITIES LITIGATION                 ) Case No. 3:18-cv-04865-EMC
                                         ) Volume I
7  _____      ) Pages 1 to 165
                                         )
8

9

10

11

12

13

14

15   REMOTE VIDEOCONFERENCED VIDEOTAPED DEPOSITION OF

16              EGON PIERRE-DURBAN

17         Remotely in Los Angeles, California

18            Tuesday, September 7, 2021

19

20

21

22

23

24  Reported by:
    ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
25  JOB NO. 199146

Page 2

1
2
3
4
5
6
7
8       Remote Videoconferenced Videotaped
9   Deposition of EGON PIERRE-DURBAN, Volume I,
10  taken on behalf of the Plaintiffs, remotely in
11  Los Angeles, California, commencing at
12  10:31 a.m., Tuesday, September 7, 2021, before
13  Elizabeth Borrelli, a Certified Shorthand
14  Reporter in the State of California, License
15  No. 7844.
16                       * * *
17
18
19
20
21
22
23
24
25

```
 1   APPEARANCES OF COUNSEL:

 2


 3   For the Plaintiffs:

 4            LEVI & KORSINSKY
              BY:  NICHOLAS PORRITT, ESQ.
 5                 ELIZABETH TRIPODI, ESQ.
                   KATHY AMES VALDIVIESO, ESQ.
 6            1101 30th Street NW
              Washington, DC 20007
 7


 8

 9   For Tesla:

10            COOLEY
              BY:  SARAH LIGHTDALE, ESQ.
11            55 Hudson Yards
              New York, New York 10001

12


13

14   For the Witness:

15            DEBEVOISE & PLIMPTON
              BY:  JULIE RIEWE, ESQ.
16                 BRANDON FETZER, ESQ.
              801 Pennsylvania Avenue N.W.
17            Washington, DC 20004

18


19


20


21      Also Present:

22         KAREN KING, appearing remotely

23         SHARON BINGER, appearing remotely

24


25
```

1        LOS ANGELES, CALIFORNIA; TUESDAY, SEPTEMBER 7, 2021

2                         10:31 A.M.

3

4            THE VIDEOGRAPHER:  Good morning.  My name

5   is Chris Jordan and I'm the legal videographer in

6   association with TSG Reporting.  Due to the COVID-19

7   and following the practice of social distancing, I

8   will not be in the same room with the witness;

9   instead, I will record this videotaped deposition

10  remotely.

11           The reporter, Ms. Borrelli, also will not

12  be in the same room and will swear the witness

13  remotely.

14           Do all parties stipulate to the validity

15  of this video recording and remote swearing and that

16  it will be admissible in the courtroom as if it had

17  been taken following Rule 30 of the Federal Rules of

18  Civil Procedures and the state's rules where this

19  case is pending?

20           MR. PORRITT:  Yes.

21           MS. RIEWE:  Yes.

22           MS. LIGHTDALE:  Yes.

23           MS. KING:  Yes.

24           THE VIDEOGRAPHER:  Thank you, Counsel.

25  Thank you.

1          This marks the beginning of the videotaped
2   deposition of Egon Durban being taken In Re: Tesla,
3   Inc., Securities Litigation, being held in the
4   United States District Court for the Northern
5   District of California, San Francisco Division.
6          The deposition is being taken on
7   September 7, 2021, at approximately 10:32 a.m.
8   Again, my name is Chris Jordan with TSG Reporting.
9   The court reporter is Liz Borrelli with TSG
10  Reporting.
11         Will counsel please state your name for
12  the record.
13         MR. PORRITT:  Nicholas Porritt on behalf
14  of Plaintiff Glen Littleton and the class.  With me
15  is Elizabeth Tripodi and Kathy Ames for the firm
16  Levi & Korsinsky LLP.
17         MS. RIEWE:  And Julie Riewe.  With me is
18  Brandon Fetzer with Debevoise & Plimpton, counsel
19  for the deponent, Mr. Egon Durban.
20         MS. LIGHTDALE:  Sarah Lightdale from
21  Cooley on behalf of the defendants.
22         And I have two preliminary matters to
23  cover as we have covered in other depositions in
24  this case.  The first is to confirm that as with --
25  again, as with other depositions, we will reserve

1  purely evidentiary objections until a later time and
2  only offer form objections. And the second is to go
3  ahead and put this transcript and designate it as
4  confidential under the protective order.
5         MR. PORRITT: And once again, noting your
6  statement, reserving rights, obviously, on that --
7  on the designation.
8         THE VIDEOGRAPHER: Has all counsel stated
9  their name and appearance?
10        MS. KING: This is Karen King, counsel for
11 Silver Lake, the defendant's [sic] employer.
12        MS. BINGER: And Sharon Binger as well for
13 Silver Lake.
14        THE VIDEOGRAPHER: Thank you.
15        Will the reporter please swear in the
16 witness.
17                EGON PIERRE-DURBAN,
18           having been duly administered
19           an oath in accordance with CCP 2094,
20           was examined and testified as follows:
21                    EXAMINATION
22 BY MR. PORRITT:
23    Q.  Good morning, Mr. Durban. As I stated
24 before, my name is Nicholas Porritt. I'm one of the
25 attorneys for the plaintiff in this matter.

```
 1    Exhibit 195?
 2              MS. TRIPODI:  And that's tab 34.  It's
 3    Exhibit 194.
 4              MR. PORRITT:  194.  Yeah.  Okay.
 5              THE WITNESS:  I'm there.
 6              (Whereupon Exhibit 194 was marked for
 7              identification.)
 8              MR. PORRITT:  So I've placed before the
 9    witness a document marked Exhibit 195 [sic]
10    Bates-stamped SL_3P00000306.
11              THE WITNESS:  Yep.
12    BY MR. PORRITT:
13         Q.   Do you recall this e-mail, Mr. Durban?
14         A.   I do not.
15         Q.   Okay.  The second paragraph there or
16    second sentence you write, "While being sensitive to
17    Section 203."  Do you see that?
18         A.   Yes.
19         Q.   Do you know what you're referring to
20    there?
21              MS. RIEWE:  Objection to form.
22              THE WITNESS:  I actually do not.
23    BY MR. PORRITT:
24         Q.   Okay.  Once again, then there was a list
25    of investors, potential interested existing
```

Page 135

1   investors in the middle of Exhibit 195.  You see
2   that?
3        A.   I do.
4        Q.   Okay.  Do you recall if this was the list
5   of potential or -- potentially interested or
6   existing investors in Tesla that you were to reach
7   out after August 16, 2018?
8             MS. RIEWE:  Objection to form.  Objection
9   to form.
10            THE WITNESS:  Yes.
11  BY MR. PORRITT:
12       Q.   Okay.  Do you recall reaching out to any
13  potential interest -- or existing investors in Tesla
14  that -- who aren't listed here?
15            MS. RIEWE:  Objection to form.  And this
16  was covered extensively in the SEC testimony.
17            THE WITNESS:  No, I do not recall any
18  other additional initial investors that were called.
19  BY MR. PORRITT:
20       Q.   Below that it says, "Goldman and Silver
21  Lake will make the calls.  Not Elon."
22            Do you see that?
23       A.   Yes.
24       Q.   Do you know why Goldman and Silver Lake
25  were tasked with making the calls rather than Elon

Page 136

1    Musk?

2             MS. RIEWE:  Objection to form.

3             THE WITNESS:  I do not recall.

4    BY MR. PORRITT:

5        Q.   In this stage in a public-to-private

6    transaction, is it typical for financial advisers to

7    reach out to potentially interested or existing

8    investors rather than the principal --

9             MS. RIEWE:  Objection to form.

10   BY MR. PORRITT:

11       Q.   -- in your experience?

12       A.   Yeah, sure.

13       Q.   And then finally there, you say, "However,

14   speed is our collective highest priority and this

15   will help accelerate development of a fully financed

16   proposal."

17            Do you see that?

18       A.   Yes.

19       Q.   Okay.  Do you recall what the status of

20   the proposal was as of August 16, 2018?

21            MS. RIEWE:  Objection to form.

22            THE WITNESS:  I do not.

23            MR. PORRITT:  Elizabeth, if you could

24   bring over 320.

25            MS. TRIPODI:  And that's tab 37.

```
                                                            Page 164
 1   STATE OF CALIFORNIA         )
                                 )    ss.
 2   COUNTY OF LOS ANGELES       )

 3

 4            I, Elizabeth Borrelli, Certified Shorthand

 5   Reporter, Certificate No. 7844, for the State of

 6   California, hereby certify:

 7            I am the deposition officer that

 8   stenographically recorded the testimony in the

 9   foregoing deposition;

10            Prior to being examined the deponent was

11   first duly sworn by me;

12            The foregoing transcript is a true record

13   of the testimony given;

14            Before completion of the deposition,

15   review of the transcript [X] was [ ] was not

16   requested.  If requested, any changes made by the

17   deponent (and provided to the reporter) during the

18   period allowed are appended hereto.

19

20   Dated: September 17th, 2021.

21

22

23                              _____
24                              ELIZABETH BORRELLI, CSR 7844

25
```