EXCERPTS FROM THE DEPOSITION
OF SAMUEL TELLER
TAKEN AUGUST 11, 2021

```
 1              UNITED STATES DISTRICT COURT

 2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION
    ----------------------------------------------------x
 4  In Re:

 5              TESLA, INC.              Civil Action No.
                                        3:18-cv-04865-EMC
 6              SECURITIES LITIGATION
    ----------------------------------------------------x
 7

 8

 9       * * *  C O N F I D E N T I A L  * * *

10

11

12


13  CONFIDENTIAL REMOTE VIDEOTAPED DEPOSITION OF

14                    SAM TELLER

15        Roberts Creek, British Columbia

16          Wednesday, August 11, 2021

17

18

19

20

21

22  Reported by:

23  THOMAS A. FERNICOLA, RPR

24  JOB NO. 198117

25
```

Confidential

 1

 2

 3

 4           Wednesday, August 11, 2021

 5                  9:00 a.m.

 6

 7

 8        CONFIDENTIAL REMOTE VIDEOTAPED DEPOSITION of

 9   SAM TELLER, held before Thomas A. Fernicola, a

10   Registered Professional Reporter and Notary Public of

11   the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential

```
 1   A P P E A R A N C E S

 2   (All Attendees Appearing Via Videoconference and/or

 3   Telephonically):

 4

 5        LEVI & KORSINSKY

 6        Attorneys for Plaintiffs

 7             1101 30th Street Northwest

 8             Washington, DC 20007

 9        BY:  ELIZABETH TRIPODI, ESQ.

10             KATHY AMES, ESQ.

11

12

13        COOLEY

14        Attorneys for Tesla

15             3175 Hanover Street

16             Palo Alto, CA 94304

17        BY:  PATRICK GIBBS, ESQ.

18             BINGXIN WU, ESQ.

19

20

21

22   ALSO PRESENT:

23             MICHAEL BROWN, Videographer

24             CANDICE JACKMAN, In-House Counsel, Tesla.

25
```

Confidential

Page 4

```
 1          THE VIDEOGRAPHER:  Good morning.

 2   My name is Michael Brown.  I'm a Legal

 3   Videographer in association with TSG

 4   Reporting.

 5          Due to the severity of the

 6   COVID-19 pandemic and following the

 7   practice of social distancing, I will

 8   not be in the same room as the witness.

 9   Instead, I will be recording this

10   videotaped deposition remotely.

11          The reporter, Tom Fernicola, also

12   will not be in the same room and will

13   swear the witness remotely.

14          Do all parties stipulate to the

15   validity of this video recording and

16   remote swearing, and that it will be

17   admissible in the courtroom following

18   Rule 30 of the Federal Rules of Civil

19   Procedures and the state's rules where

20   this case is pending?

21          MS. TRIPODI:  Good morning.  My

22   name is Elizabeth Tripodi.  I'm with

23   Levi & Korsinsky, LLP, and I'm here

24   today representing plaintiff, and I

25   agree.
```

Confidential

Page 5

```
 1        With me today is my co-counsel

 2   Kathy Ames also from my firm.

 3        MR. GIBBS:  Good morning.  This is

 4   Patrick Gibbs from Cooley representing

 5   the defendants as well as Mr. Teller.

 6        We also agree to the remote

 7   format.

 8        With me today are my colleagues

 9   Bingxin Wu, and here from Tesla is

10   Candace Jackman.

11        THE VIDEOGRAPHER:  This marks the

12   beginning of Video 1 of the Deposition

13   of Sam Teller in the matter of In Re:

14   Tesla, Inc. Securities Litigation.

15        Today's date is August 11.  The

16   time on the video monitor is 9:09 a.m.

17        Will the court reporter please

18   swear in the witness.

19

20

21

22

23

24

25
```

Confidential

Page 6

```
 1   SAM TELLER,

 2   called as a witness, having been duly sworn by a

 3   Notary Public, was examined and testified as

 4   follows:

 5   BY THE REPORTER:

 6        Q     Please state your full name and

 7     address for the record.

 8        A     Sam Teller, 1417 Kellam Avenue,

 9     Los Angeles, California 90026.

10   BY MS. TRIPODI:

11        Q     Good morning, again, Mr. Teller.

12     As I stated before, my name is Elizabeth

13     Tripodi.  I'm with the Law Firm Levi &

14     Korsinsky, and I represent Plaintiff Glen

15     Littleton in an action titled In Re: Tesla

16     Securities Litigation.

17             The action is currently pending in

18     the United States District Court for the

19     Northern District of California.

20             Mr. Teller, where are you located

21     for today's deposition?

22        A     I'm in Roberts Creek, British

23     Columbia in Canada.

24        Q     Before we begin, I just want to go

25     over some basic ground rules for the
```

Confidential

1   the decisionmaker" comment where Elon said

2   something to the effect of, Well, you know,

3   given Tesla's market cap, you know, or given

4   the size of Tesla, whatever it is, something

5   like, this is going to require a lot of

6   money, like tens of billions of dollars.

7            And, you know, Yasir said

8   something to the effect of, like, "Don't

9   worry about it.  We got it."

10           So he was conveying, like, desire

11  to do this, the ability to do this, the fact

12  that he was the one who, you know, could

13  decide.

14           In fact, if they wanted to do

15  this -- yes, and all these things came

16  together.  And for me, in my mind, you know,

17  and partly, like, based on Elon's reaction

18  where Elon was like, "Oh, wow, like, this

19  is" -- like I have said before, Elon sat up

20  straight.  He engaged.  He leaned in.

21           Like, based on all those things,

22  like, my takeaway was that this was, like, a

23  very serious conversation.

24      Q    Do you recall during the meeting

25  whether anyone from the Saudi PIF was taking

Confidential

Page 270

```
 1

 2         C E R T I F I C A T E

 3

 4    STATE OF NEW YORK  )

 5                       ) ss.:

 6    COUNTY OF NEW YORK )

 7

 8         I, THOMAS A. FERNICOLA, Registered

 9    Reporter and Notary Public within and

10    for the State of New York, do hereby

11    certify that the within is a true and

12    accurate transcript of the proceedings

13    held on Wednesday, August 11, 2021.

14         That I am not related to any of

15    the parties to this action by blood or

16    marriage; and that I am in no way

17    interested in the outcome of this

18    matter.

19         IN WITNESS WHEREOF, I have

20    hereunto set my hand this 23rd day of

21    August 2021.

22

23    _____

24         THOMAS A. FERNICOLA, RPR

25
```