# EXHIBIT 337

| | |
|---|---|
| From: | Deepak Ahuja [deepak@tesla.com] |
| Sent: | 8/7/2018 3:11:18 PM |
| To: | Elon Musk [erm@tesla.com] |
| CC: | Todd Maron [todd@tesla.com] |
| Subject: | FW: hey |

Elon,

FYI. We are getting a lot of enquiries from investors, SEC and the media to better understand the comment "funding secured".

Deepak

---

**From:** Owuraka Koney <OKoney@jennison.com>
**Date:** Tuesday, August 7, 2018 at 2:15 PM
**To:** "deepak@tesla.com" <deepak@tesla.com>
**Subject:** hey

Hey Deepak,

I hope all is well. Today (and the last few months!) has been a bit of a whirlwind for us as I imagine for you and the firm as well. We are obviously quite surprised by the intent to take Tesla private but we need more information. Specifically, we want to know if there is some kind of commitment letter not just a verbal agreement to provide the funding to go private? This is a very serious matter and saying it on a tweet is just not sufficient.

As a side note, I just want you to know that Martin is doing an absolutely fantastic job running IR. His level of knowledge and seriousness with which he approaches the job has been very impressive. Multiples over the last few months I've done calls with him and my PM team and we can't praise him enough.

Owuraka

Owuraka Koney, CFA
Jennison Associates
212-833-0706

This e-mail, including any attachment(s), is intended solely for use by the named addressee(s). If you are not the intended recipient, you are not authorized to disclose, copy, distribute or retain this message, without written authorization from Jennison Associates LLC ("Jennison"). This e-mail may contain proprietary, confidential or privileged information. If you have received this message in error, please notify the sender immediately. If you have requested Jennison to e-mail any account information to you or your designee, you are deemed to have consented to electronic delivery of information from Jennison. E-mail messages are not secure and may contain computer viruses or other defects, may not be accurately replicated on other systems, or may be intercepted, deleted or interfered with without the knowledge of the sender or the intended recipient.

Please note that your personal information may be stored and processed in any country where we have facilities or in which we engage service providers. If you provide personal information to us by email or otherwise, you consent to the transfer of that information to countries outside of your country of residence and these countries may have different data protection rules than your country. To learn how we protect privacy, please use this link (https://www.jennison.com/gdpr) to read our Privacy Notice.

CONFIDENTIAL                                                                                          TESLA_LITTLETON_00019605

**EXHIBIT 337**
Elon Musk
11/5/2021
Reported by: Candice Andino
TX CSR No 9332, RMR