# EXCERPTS FROM THE SEC TESTIMONY OF ELON MUSK TAKEN AND RECORDED AUGUST 29, 2018

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:            )   File No. SF-04082-A
                             )   AMENDED 9-5-2018
                             )           9-10-2018
TESLA MOTORS, INC.           )   CONFIDENTIAL

WITNESS:   Elon Musk
PAGES:     1 through 283
PLACE:     44 Montgomery Street
           Suite 2800
           San Francisco, California
DATE:      Wednesday, August 29, 2018

    The above-entitled matter came on for hearing, pursuant to notice, at 9:17 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200



EXHIBIT 330
Elon Musk
11/5/2021
Reported by: Candice Andino
TX CSR No. 9332, RMR

CONFIDENTIAL

```
                                                        Page 2
 1   APPEARANCES:
 2
 3
 4   On behalf of the Securities and Exchange Commission:
 5       WALKER NEWELL, ESQ.
 6       STEVEN D. BUCHHOLZ, ESQ.
 7       E. BARRETT ATWOOD, ESQ.
 8       BRENT SMYTH, ESQ.
 9       44 Montgomery Street, 28th Floor
10       San Francisco, California 94104
11       (415) 705-2325
12       newellw@sec.gov
13       buchholzs@sec.gov
14
15
16       CHERYL L. CRUMPTON, ESQ.
17       TED YU, ESQ.
18       100 F Street, N.E.
19       Washington, D.C. 20549
20       (202) 551-5000
21       crumptonc@sec.gov
22
23
24
25
```

CONFIDENTIAL

```
                                                        Page 3
 1    APPEARANCES(CONT.):
 2
 3    On behalf of the Witness:
 4
 5         STEVEN FARINA, ESQ.
 6         DANE BUTSWINKAS, ESQ.
 7         Williams & Connolly
 8         725 Twelfth Street, N.W.
 9         Washington, D.C. 2005
10         (202) 434-5000
11         sfarina@wc.com
12
13
14
15         TERENCE M. HEALY, ESQ.
16         ROEL C. CAMPOS, ESQ.
17         Hughes Hubbard & Reed
18         1775 I Street, N.W. Suite 600
19         Washington, D.C 20006
20         (202) 721-4600
21         terence.healy@hugheshubbard.com
22
23
24
25
```

CONFIDENTIAL
SEC-EPROD-000016111

```
                                                           Page 4
 1    APPEARANCES(CONT):
 2
 3    On behalf of the Witness(cont.):
 4         BRADLEY J. BONDI, ESQ.
 5         Cahill Gordon & Reindel, LLP
 6         1990 K Street, N.W. Suite 950
 7         Washington, D.C. 20006
 8         (202) 862-8900
 9         bbondi@cahill.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL

SEC-EPROD-000016112

1    APPEARANCES(CONT.):
2
3    Also Present:
4         Lucien Newell, Video Operator
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 9

```
 1                P R O C E E D I N G S
 2                (SEC Exhibit No. 1 was marked
 3                for identification.)
 4           VIDEO OPERATOR:  Here begins DVD No. 1 in the
 5   testimony of Elon Musk in the investigation by the U.S.
 6   Securities and Exchange Commission in the Matter of:
 7   Tesla Motors, Inc., File SF-04082-A
 8           Today's date is August 29th, 2018.  The time on the
 9   video monitor is 9:17.  The video operator today is Lucien
10   Newell, employed by Behmke Reporting and Video Services, Inc.,
11   subcontracted by Diversified Reporting Services, Inc.
12           This video investigation is taking place at 44
13   Montgomery Street, Suite 2800, San Francisco.  The court
14   reporter today is Mary Bardellini, Certified Shorthand
15   Reporter, contracted by Behmke Reporting and Video
16   Services, Inc., and subcontracted by Diversified Reporting
17   Services.
18           Counsel, please voice identify yourselves for the
19   record.
20           MR. FARINA:  Steve Farina, Williams and Connolly,
21   on behalf of the witness.
22           MR. HEALY:  Terence Healy, Hughes Hubbard & Reed,
23   LLP, on behalf of the witness.
24           MR. CAMPOS:  Roel Campos, Hughes Hubbard & Reed,
25   on behalf of the witness.
```

CONFIDENTIAL

Page 10

1  MR. BONDI: Brad Bondi, Cahill, Gordon &
2  Reindel on behalf of the witness and the company.
3  MR. BUTSWINKAS: Dane Butswinkas, Williams and
4  Connolly, on behalf of Mr. Musk.
5  MR. NEWELL: I'm Walker Newell, Securities and
6  Exchange Commission. With me are Steven Buchholz, Cheryl
7  Crumpton, Barrett Atwood and Brent Smyth, and with us via
8  the video is Ted Yu.
9  Mr. Musk, please raise your right hand.
10 Whereupon,
11                        ELON MUSK
12 was called as a witness and, having been first
13 duly sworn, was examined and testified as follows:
14                       EXAMINATION
15     BY MR. NEWELL:
16     Q    Please state your full name and spell it for the
17 record.
18     A    Elon Reeve Musk, E-L-O-N, R-E-E-V-E, M-U-S-K.
19     Q    We're going to do a little redux of what we just
20 did for the record again. So, apologies for the
21 redundancy.
22          Again, my name is Walker Newell. With me are
23 Steven Buchholz, Cheryl Crumpton, Barrett Atwood, Brent
24 Smyth and Ted Yu on video from Washington, D.C. We're
25 officers of the Commission for purposes of this

CONFIDENTIAL

```
                                                    Page 165
 1            From the time the July 31st meeting ended
 2   through the morning of August 7th, when you first tweeted
 3   about a going private transaction, did you retain any advisors
 4   to assist you with the going private transaction?
 5       A    No.
 6       Q    Let's talk a little bit about your conversation
 7   with Egon Durban.
 8            Sounds like your recollection is that
 9   conversation took place the Monday before August 7th?
10       A    Yes.
11            MR. FARINA: I think there's an entry in the
12   phone log that does pin it down.
13            MR. NEWELL: Please mark this as EM Exhibit 10
14            (SEC Exhibit No. 10 was
15             marked for identification.)
16            BY MR. NEWELL:
17       Q    Mr. Musk, we're handing you a document that's
18   been marked as EM Exhibit 10. It is an exhibit, a multi
19   page printout of a spread sheet that was produced to the
20   SEC in this matter bearing Bates number ERM underscore SEC, AVG 7
21   underscore, series of zeroes and then 6. I'll represent to you
22   that's the same Bates number associated with the entire
23   document. We've not altered it but we've blown it up for
24   purposes of today's testimony.
25       A    Sorry. The second page --
```

CONFIDENTIAL
SEC-EPROD-000016273

```
                                                         Page 258
 1   Same question here.  What was your level of certainty that
 2   the transaction would be consummated at the time that you
 3   wrote this tweet?
 4        A    I mean, probably roughly 50 percent.  Maybe a
 5   little -- maybe a little higher than 50 percent, but
 6   something close to that.  At the time I would have
 7   probably said more likely than not but, you know.  Like I
 8   wasn't sure if I would even want to finalize a proposal to
 9   the board.  That's why I said considering.  If I said I'm
10   going to put -- I didn't say I was going to give some like
11   final proposals to the board, I was considering it, it's a
12   lot to consider.  Especially the opinions of long-time
13   shareholders.
14             So that's really, that's it.  It was really --
15   it's pretty straightforward.
16             It was like, I wonder what people think
17   about going private?  And, like I said, with the benefit of
18   hindsight of course -- if I had a hindsight machine that
19   would be really great.  That would be like --
20             MR. HEALY:  Your next project?
21             THE WITNESS:  Yes, a hindsight machine
22   would be really helpful.  But --
23   but ==with the benefit of hindsight, I was wrong about the==
24   ==desire of== -- ==or the interest in the existing shareholders==
25   ==to go private.  That was incorrect==.  They were about --
```

```
 1                    PROOFREADER'S CERTIFICATE
 2
 3    In the Matter of:     TESLA MOTORS, INC.
 4    Witness:              Elon Musk
 5    File Number:          SF-04082-A
 6    Date:                 Wednesday, August 29, 2018
 7    Location:             San Francisco, California
 8
 9         This is to certify that I, Christine Boyce,
10    (the undersigned) do hereby swear and affirm that the
11    attached proceedings before the U.S. Securities and
12    Exchange Commission were held according to the record,
13    and that this is the original, complete, true and
14    accurate transcript, which has been compared with the
15    reporting or recording accomplished at the hearing.
16
17
18       _Ch. E Boyce_                _8-30-18_
19       (Proofreader's Name)         (Date)
20
21
22
23
24
25
```

CONFIDENTIAL

```
1    STATE OF CALIFORNIA      )
2                             )   ss
3    COUNTY OF SAN FRANCISCO  )
4             I hereby certify that the investigative hearing
5    was reported by me in the within-entitled cause; that said
6    hearing was taken at the time and place herein named; that
7    the hearing is a true record of the witness' testimony as
8    reported by me, a duly certified shorthand reporter and a
9    disinterested person, and was thereafter transcribed into
10   typewriting by computer.
11            I further certify that I am not interested in the
12   outcome of the said action, nor connected with, nor
13   related to any of the parties in said action, nor to their
14   respective counsel.
15            IN WITNESS WHEREOF, I have hereunto set my hand
16   this 30th day of August, 2018.
17
18
19                        *Mary Bardellini, CSR 2976*
20                        MARY BARDELLINI, CSR No. 2976
21                        STATE OF CALIFORNIA
```