1  **LEVI & KORSINSKY, LLP**
   Adam M. Apton (SBN 316506)
2  Adam C. McCall (SBN 302130)
   75 Broadway, Suite 202
3  San Francisco, CA 94111
   Tel.: (415) 373-1671
4  Email: aapton@zlk.com
          amccall@zlk.com
5

6  *Attorneys for Plaintiff and Counsel for the Class*

7

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12

13 | IN RE TESLA, INC. SECURITIES | Case No. 3:18-cv-04865-EMC
   | LITIGATION |
14 | | **STIPULATION AND [PROPOSED] ORDER REGARDING LOCAL RULE 7 SETTLEMENT CONFERENCE**
15
16

17         Pursuant to ADR Local Rule 7, Plaintiff Glen Littleton and Defendants Tesla, Inc., Elon
18 R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch,
19 Kimbal Musk, and Linda Johnson Rice (collectively, "Defendants") (collectively, Plaintiff and
20 Defendants are referred to as the "Parties"), by and through their undersigned counsel of record,
21 submit the following stipulation and proposed order:

22
23
24
25
26
27
28

1         WHEREAS, at the April 18, 2022 status conference, the Court ordered the parties to meet and confer regarding ADR and stated that the parties should be prepared to discuss ADR at the next status conference;

4         WHEREAS, the Court has scheduled a status conference for July 12, 2022 to specifically discuss progress regarding ADR;

6         WHEREAS, Plaintiff has suggested that the parties engage in a private mediation or a settlement conference pursuant to ADR Local Rule 7;

8         WHEREAS, Plaintiff agrees with the Court that it is appropriate to explore a negotiated resolution to this matter at this time as the Parties have a thorough understanding of the legal and factual issues and risks involved in this action as well as the scope of potential damages that may be awarded at trial;

12        WHEREAS, although Defendants are skeptical the matter can settle given the current posture of the case, in line with the Court's order, they will participate in a settlement conference in good faith;

15        WHEREAS Defendants believe that any such settlement conference should be held after the Court decides the parties "early" motions *in limine*, which are set to be heard on July 28, 2022; and

18        WHEREAS, Plaintiff believes that the settlement conference can proceed at the earliest date that is convenient to the Parties and the Court;

21        NOW, THEREFORE, the Parties request that this matter be referred to a settlement conference to be conducted under ADR Local Rule 7.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 1, 2022 | LEVI & KORSINSKY, LLP |
| 3 | | By: */s/ Adam M. Apton* |
| 4 | | Nicholas I. Porritt *(appearing pro hac vice)* |
| 5 | | *Attorneys for Plaintiff Glen Littleton and Counsel for the Class* |

DATED: July 1, 2022     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alex Spiro*

Alex Spiro *(appearing pro hac vice)*
*Attorneys for Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

**IT IS SO ORDERED.**

Dated: ___July 1, 2022___

_____
HON. EDWARD M. CHEN
United States District Judge