1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2    Alex Spiro (*appearing pro hac vice*)
     alexspiro@quinnemanuel.com
3    Andrew J. Rossman (*pro hac vice* forthcoming)
     andrewrossman@quinnemanuel.com
4    Ellyde R. Thompson (*appearing pro hac vice*)
     ellydethompson@quinnemanuel.com
5    Jesse Bernstein (*pro hac vice* forthcoming)
     jessebernstein@quinnemanuel.com
6  51 Madison Avenue, 22nd Floor
7  New York, New York 10010
   Telephone: (212) 849-7000
8

9    Michael T. Lifrak (Bar No. 210846)
     michaellifrak@quinnemanuel.com
10 865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
11 Telephone: (213) 443-3000

12   Kyle Batter (Bar No. 301803)
     kylebatter@quinnemanuel.com
13 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
14 Telephone: (650) 801-5000

15

16 *Attorneys for Defendants Tesla, Inc., Elon Musk,*
   *Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
17 *Antonio J. Gracias, James Murdoch, Kimbal Musk,*
   *And Linda Johnson Rice*
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21

22 IN RE TESLA, INC. SECURITIES          Case No. 3:18-cv-04865-EMC
   LITIGATION
23                                        **DECLARATION OF KYLE BATTER IN**
24                                        **SUPPORT OF MOTIONS *IN LIMINE***

25

26

27

28

## DECLARATION OF KYLE BATTER

I, KYLE BATTER, declare as follows:

1.      I am an attorney at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice in this action.  I make this declaration in support of the Motions *in Limine* and oppositions thereto.  I know the facts stated herein of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the March 1, 2022 deposition of Guhan Subramanian.

3.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the March 18, 2022 deposition of Michael Hartzmark.

4.      Attached hereto as **Exhibit C** is a true and correct copy of a June 14, 2022 email chain between counsel for Plaintiff and counsel for Defendants.

5.      Attached hereto as **Exhibit D** is a true and correct copy of a cover letter transmitting production documents from Defendant Tesla, Inc., dated October 12, 2020.

6.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the transcript of the May 4, 2021 deposition of Ryan Brinkman.

7.      Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the transcript of the June 16, 2022 hearing on Defendants' Motion for Certificate of Appealability.

8.      Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcript of the March 28, 2022 deposition of Daniel Fischel.

9.      Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the transcript of the March 1, 2022 deposition of Guhan Subramanian.

10.      Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the transcript of the March 31, 2022 deposition of Glen Littleton.

11.      Attached hereto as **Exhibit J** is a true and correct copy of a June 15, 2022 email chain between counsel for Plaintiff and counsel for Defendants.

12.      Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the transcript of the

1   March 10, 2022 hearing on Plaintiff's Motion for Partial Summary Judgment.

2       13.     Attached hereto as **Exhibit L** is a true and correct copy of an AutoBlog News article: "Tesla

3   was under SEC investigation for a year over Model 3 sales," dated December 18, 2017.

4       14.     Attached hereto as **Exhibit M** is a true and correct copy of a CNN News article: "Tesla

5   'whistleblower' tells SEC company misled investors and put customers at risk," dated July 12, 2018.

6                                         *       *       *

7       The numbered exhibits that follow are exhibits previously marked during depositions in this case.

8       15.     Attached hereto as **Exhibit 12** is a true and correct copy of a Tesla Blog Post: Elon Musk

9   email to Tesla employees "Taking Tesla Private", dated August 7, 2018.

10      16.     Attached hereto as **Exhibit 13** is a true and correct copy of Elon Musk's tweet at 12:36pm,

11  "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder

12  vote.", dated August 7, 2018.

13      17.     Attached hereto as **Exhibit 15** is a true and correct copy of a J.P. Morgan/Ryan Brinkman

14  Analyst Report: "Tesla Inc: Raise PT to Reflect Possible Go-Private Offer, But Remain Underweight on

15  Chance Shares Could Again Trade on Fundamentals", dated August 8, 2018.

16      18.     Attached hereto as **Exhibit 17** is a true and correct copy of a J.P. Morgan Presentation by

17  Ryan Brinkman: "US Autos, Auto Parts, Tires, & Auto Auction". Updated Thoughts on Tesla: Is Funding

18  Secured or Not Secured? Pages 27-28, dated August 14, 2018.

19      19.     Attached hereto as **Exhibit 22** is a true and correct copy of an August 20, 2018 email

20  produced by J.P. Morgan, which has been marked as deposition Exhibit No. 22.

21      20.     Attached hereto as **Exhibit 23** is a true and correct copy of a J.P. Morgan/Ryan Brinkam

22  analyst report: "Tesla Inc, Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding

23  Appears to Not Have Been Secured; PT Back to $195", dated August 20, 2018.

24      21.     Attached hereto as **Exhibit 27** is a true and correct copy of a New York Times article: "Tesla

25  Board Surprised by Elon Musk's Tweet on Carmaker Private", dated August 14, 2018.

26      22.     Attached hereto as **Exhibit 44** is a true and correct copy of an email from Joseph Fath

27  (TRowe) to Taymour Tamaddon and others at TRowe, Re: Tesla go private, dated August 8, 2018.

28      23.     Attached hereto as **Exhibit 45** is a true and correct copy of an from Josh Spencer (TRowe) to

1    Joseph Fath (TRowe), Re: Tesla go private, dated August 8, 2018.

2          24.    Attached hereto as **Exhibit 46** is a true and correct copy of an email from Scott Berg

3    (TRowe) to Josh Spencer (TRowe) and Joseph Fath (TRowe), Re: Tesla go private, dated August 8, 2018.

4          25.    Attached hereto as **Exhibit 47** is a true and correct copy of an email from Don Peters

5    (TRowe) to Joseph Fath (TRowe) and Josh Spencer (TRowe), Re: Tesla go private, dated August 8, 2018.

6          26.    Attached hereto as **Exhibit 53** is a true and correct copy of an August 13, 2018 blog post by

7    Elon Musk, which has been marked as deposition Exhibit No. 53.

8          27.    Attached hereto as **Exhibit 58** is a true and correct copy of emails from Martin Viecha to

9    Owuraka Koney (Jennison) Re: call me back, dated August 7, 2018.

10         28.    Attached hereto as **Exhibit 68** is a true and correct copy of an email from Owuraka Koney

11   (Jennison) to LCG_PMs, Mark Baribeau, Thomas Davis, Re: FW: TSLA [Tesla CEO Elon Musk provides

12   additional background on going private discussions; notes to Saudi SWF had expressed repeated interest in

13   taking company private -- blog post], dated August 13, 2018.

14         29.    Attached hereto as **Exhibit 79** is a true and correct copy of a Deepak Ahuja Text Messages –

15   Spreadsheet.

16         30.    Attached hereto as **Exhibit 90** is a true and correct copy of an email from Elon Musk to Matt

17   Fassnacht, Re: Why?, dated August 7, 2018.

18         31.    Attached hereto as **Exhibit 121** is a true and correct copy of a spreadsheet of text massages

19   produced in this action, which has been marked as deposition Exhibit No. 121.

20         32.    Attached hereto as **Exhibit 147** is a true and correct copy of Viecha Ahuja emails re Ron

21   Baron, dated August 7, 2018.

22         33.    Attached hereto as **Exhibit 151** is a true and correct copy of an email from Martin Viecha to

23   Toni Sacconaghi (Bernstein Research) re Elon tweet, dated August 7, 2018.

24         34.    Attached hereto as **Exhibit 171** is a true and correct copy of a New York Times article: "Elon

25   Musk Details 'Excruciating' Personal Toll of Tesla Turmoil.", dated August 16, 2018.

26         35.    Attached hereto as **Exhibit 215** is a true and correct copy of an email from Aaron Chew to

27   Martin Viecha and Deepak Ahuja, Re: Investor Feedback, dated August 8, 2018.

28         36.    Attached hereto as **Exhibit 229** is a true and correct copy of a Tesla Blog Post: "Staying

1  Public", dated August 24, 2018.

2       37.     Attached hereto as **Exhibit 279** is a true and correct copy of an from Rick Polhemus (MS) to

3  Regina Savage (MS) re blog post, dated August 13, 2018.

4       38.     Attached hereto as **Exhibit 337** is a true and correct copy of an from Deepak Ahuja to Elon

5  Musk and Todd Maron re funding secured, dated August 7, 2018.

6       39.     Attached hereto as **Exhibit 344** is a true and correct copy of a New York Times article: Elon

7  Musk's Effort to Take Tesla Private to Get Board Oversight, dated August 14, 2018.

8       40.     Attached hereto as **Exhibit 375** is a true and correct copy of the Expert Damages Report of

9  Michael L. Hartzmark, dated November 10, 2021, which has been marked as deposition Exhibit No. 375.

10      41.     Attached hereto as **Exhibit 377** is a true and correct copy of Plaintiff's slide deck for the

11  March 10, 2022 hearing on Plaintiff's motion for partial summary judgment, which has been marked as

12  deposition Exhibit No. 377.

13      42.     Attached hereto as **Exhibit 378** is a true and correct copy of the Expert Report of Daniel

14  Fischel of November 8, 2021.

15      43.     Attached hereto as **Exhibit 423** is a true and correct copy of the Rebuttal Expert Report of

16  Daniel R. Fischel, dated December 8, 2021, which has been marked as deposition Exhibit No. 423.

17      44.     Attached hereto as **Exhibit 425** is a true and correct copy of a Sunday Independent news

18  article: "The Architect of Tomorrow", dated January 14, 2018.

19      45.     Attached hereto as **Exhibit 426** is a true and correct copy of a New York Times article: "A

20  Question for Tesla's Board: What Was Elon Musk's Mental State?", dated August 15, 2018.

21      46.     Attached hereto as **Exhibit 427** is a true and correct copy of a CBS News article: "Why Elon

22  Musk's plan to take Tesla private is likely to fail", dated August 17, 2018.

23      47.     Attached hereto as **Exhibit 428** is a true and correct copy of a Report of Daniel Fischel of

24  August 15, 2007, submitted in *Lawrence E. Jaffe Pension Plan vs. Household International, Inc*., filed on

25  January 30, 2009.

26      48.     Attached hereto as **Exhibit 429** is a true and correct copy of a MorningStar analyst report:

27  "Tesla Buyout looks likely to us, but timing and structure uncertain," dated August 13, 2018.

28      49.     Attached hereto as **Exhibit 431** is a true and correct copy of excerpts from Plaintiff's

Responses to Defendants' First Set of Interrogatories, which have been marked as deposition Exhibit No. 431.

* * *

Also attached hereto are excerpts from several deposition transcripts.  These are:

50.    Ryan Brinkman Deposition Transcript – Excerpts

51.    Elon Musk Deposition Transcript – Excerpts

52.    Elon Musk SEC Deposition Transcript – Excerpts

53.    Joseph Fath Deposition Transcript – Excerpts

54.    Daniel Fischel Deposition Transcript – Excerpts

55.    Michael Hartzmark Deposition Transcript – Excerpts

56.    Nii Owuraka Koney Deposition Transcript – Excerpts

57.    Glen Littleton Deposition Transcript – Excerpts

58.    Martin Viecha Deposition Transcript – Excerpts


I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.  Executed this 1st day of July 2022.

_____

Kyle Batter

# Exhibit 17

# J.P.Morgan

North America Equity Research
August 14, 2018

# US Autos, Auto Parts, Tires, & Auto Auction

## Presentation for 2018 "Summer Lunch Series"

Overweight: GM, F, APTV, AXL, BWA, CAR, CTB, CWH, GT, KAR, LKQ, MGA, and THRM

Neutral: RACE, ALV, CPRT, DAN, GNTX, HTZ, LEA, MTOR, TOWR, and VC

Underweight: TSLA and ADNT

Not Rated: TEN

US Autos – Equity

**Ryan Brinkman** [AC]

212-622-6581

ryan.j.brinkman@jpmorgan.com

J.P. Morgan Securities LLC

Bloomberg JPMA BRINKMAN<GO>

**Exhibit 17**

See the end pages of this presentation for analyst certification and important disclosures, including non-US analyst disclosures.

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

J.P.Morgan

CONFIDENTIAL

# Agenda

|  | Page |
|---|---|
| **Macro Update & Latest Thoughts on Normalized Demand:** | **3** |
| Checking in on the Latest Metrics: New Vehicle Sales & Production, Used Vehicle Prices, Incentives, and Inventories | 4 |
| We Expect Continued Strong ~17 mn US Light Vehicle SAAR | 11 |
| **2Q US Auto Parts Supplier Recap:** | **15** |
| More Suppliers Missed than Beat; | 16 |
| More Suppliers Trimmed than Raised; | 17 |
| **2018 J.P. Morgan Automotive Conference Takeaways:** | **19** |
| Executives Speak to Trend in Tariffs and Industry Sales & Production; | 20 |
| GM President Updates Investors on Autonomous Efforts; | 21 |
| Ford EVP Updates on Turnaround + Inbound Interest in Autonomous Biz. | 22 |
| **Updated Thoughts on Ford:** | **23** |
| Charges Are A Good Thing; | 24 |
| Autonomous Biz Likely Has Unreflected Value. | 25 |
| **Updated Thoughts on Tesla:** | **27** |
| Is Funding Secured or Not Secured?  That Is the Question! | 28 |
| **Appendix:** Valuation of US Autos & Auto Parts Suppliers | **29** |
| Comp Sheets & Disclosures | 30 |

JPMS_00002935

# Macro Update & Normalized US LV SAAR Analysis

J.P.Morgan

CONFIDENTIAL

JPMS_00002936

# Global Light Vehicle SAAR

| | SAAR (MM units) | | | | SAAR (MM units) | | | | | Sales (000s units) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | U.S. | W. Europe | Japan | Developed Market | China | Brazil | Russia | India | BRIC Market | Canada | Mexico |
| **2016** | | | | | | | | | | | |
| Jan | 17.6 | 13.9 | 4.7 | **36.3** | 25.6 | 1.8 | 1.4 | 3.0 | **31.8** | 108 | 120 |
| Feb | 17.5 | 14.1 | 4.7 | **36.3** | 23.9 | 2.2 | 1.6 | 3.0 | **30.8** | 119 | 111 |
| Mar | 16.8 | 14.3 | 4.6 | **35.6** | 26.4 | 2.2 | 1.5 | 3.1 | **33.1** | 175 | 117 |
| Apr | 17.5 | 13.2 | 5.0 | **35.7** | 25.3 | 1.9 | 1.4 | 3.4 | **32.0** | 200 | 118 |
| May | 17.2 | 14.1 | 4.7 | **36.0** | 26.7 | 2.0 | 1.3 | 3.2 | **33.3** | 194 | 121 |
| Jun | 17.0 | 13.9 | 4.7 | **35.6** | 26.8 | 2.0 | 1.4 | 3.3 | **33.5** | 191 | 134 |
| Jul | 17.8 | 13.4 | 4.7 | **35.9** | 28.1 | 2.0 | 1.2 | 3.8 | **35.0** | 173 | 132 |
| Aug | 17.1 | 13.9 | 5.1 | **36.1** | 29.6 | 2.1 | 1.3 | 3.7 | **36.8** | 172 | 134 |
| Sep | 17.6 | 14.5 | 5.0 | **37.1** | 30.8 | 1.8 | 1.4 | 3.7 | **37.8** | 173 | 131 |
| Oct | 17.8 | 13.4 | 5.0 | **36.2** | 31.0 | 1.8 | 1.5 | 3.6 | **37.8** | 154 | 137 |
| Nov | 17.6 | 14.0 | 5.3 | **36.9** | 31.1 | 2.1 | 1.6 | 3.3 | **38.0** | 160 | 154 |
| Dec | 18.1 | 14.5 | 5.5 | **38.1** | 29.8 | 2.0 | 1.5 | 3.3 | **36.5** | 125 | 192 |
| **2016 Average** | 17.6 | 13.9 | 4.9 | **36.3** | 27.9 | 2.0 | 1.4 | 3.4 | **34.7** | 1,944 | 1,602 |
| | | | | | | | | | | | |
| **2017** | | | | | | | | | | | |
| Jan | 17.3 | 14.7 | 5.0 | **37.0** | 28.0 | 1.8 | 1.3 | 3.4 | **34.5** | 111 | 123 |
| Feb | 17.3 | 14.6 | 5.1 | **36.9** | 28.9 | 2.0 | 1.5 | 3.4 | **35.8** | 123 | 118 |
| Mar | 16.8 | 14.7 | 5.1 | **36.6** | 26.7 | 2.3 | 1.6 | 3.5 | **34.1** | 187 | 137 |
| Apr | 16.8 | 13.4 | 5.5 | **35.7** | 25.4 | 1.9 | 1.6 | 3.8 | **32.7** | 197 | 114 |
| May | 16.8 | 14.5 | 5.5 | **36.8** | 26.1 | 2.4 | 1.6 | 3.6 | **33.6** | 216 | 123 |
| Jun | 16.8 | 14.4 | 5.5 | **36.7** | 28.1 | 2.4 | 1.7 | 3.0 | **35.2** | 203 | 127 |
| Jul | 16.7 | 13.5 | 5.0 | **35.2** | 29.6 | 2.0 | 1.5 | 4.3 | **37.4** | 182 | 122 |
| Aug | 16.5 | 14.5 | 5.4 | **36.3** | 28.9 | 2.5 | 1.5 | 4.3 | **37.1** | 183 | 125 |
| Sep | 18.1 | 14.2 | 5.2 | **37.4** | 31.0 | 2.3 | 1.7 | 4.1 | **39.0** | 186 | 116 |
| Oct | 17.9 | 14.0 | 4.9 | **36.8** | 30.4 | 2.3 | 1.7 | 3.5 | **37.9** | 164 | 123 |
| Nov | 17.5 | 14.6 | 5.1 | **37.1** | 29.6 | 2.3 | 1.7 | 3.7 | **37.3** | 158 | 141 |
| Dec | 17.3 | 14.3 | 5.2 | **36.8** | 29.7 | 1.9 | 1.6 | *3.5* | **36.8** | 124 | 159 |
| **2017 Average** | 17.1 | 14.3 | 5.2 | **36.6** | 28.5 | 2.2 | 1.6 | 3.7 | **36.0** | 2,034 | 1,529 |
| | | | | | | | | | | | |
| **2018** | | | | | | | | | | | |
| Jan | 17.1 | 15.3 | 5.1 | **37.5** | 28.5 | 2.2 | 1.7 | 3.9 | **36.3** | 117 | 109 |
| Feb | 16.9 | 14.9 | 5.0 | **36.9** | 28.2 | 2.3 | 1.9 | 3.8 | **36.2** | 125 | 109 |
| Mar | 17.2 | 14.1 | 5.0 | **36.3** | 28.9 | 2.4 | 1.9 | 3.9 | **37.1** | 187 | 118 |
| Apr | 17.2 | 14.4 | 5.6 | **37.2** | 30.7 | 2.7 | 1.8 | 4.2 | **39.4** | 191 | 109 |
| May | 17.2 | 14.8 | 5.4 | **37.5** | 30.0 | 2.4 | 1.9 | 4.4 | **38.6** | 215 | 114 |
| Jun | 17.2 | 14.6 | 5.2 | **37.0** | 28.9 | 2.4 | 1.8 | 4.1 | **37.3** | 200 | 120 |
| Jul | 16.7 | 14.7 | *5.1* | **36.5** | 28.4 | 2.4 | *1.6* | *4.2* | **36.6** | 177 | 114 |
| **2018 YTD** | 17.1 | 14.7 | 5.2 | **37.0** | 29.1 | 2.4 | 1.8 | 4.1 | **37.4** | 1,212 | 794 |

Source: Bureau of Economic Analysis, Ward's Auto, LMC Automotive and J.P. Morgan estimates. Italicized numbers are estimates.

4

J.P.Morgan

# Global Light Vehicle SAAR (Y/Y % Change)

| | SAAR | | | | SAAR | | | | Sales | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | W. Europe | Japan | Developed Market | China | Brazil | Russia | India | BRIC Market | Canada | Mexico |
| | U.S. | | | | | | | | | | |
| **2016** | | | | | | | | | | | |
| Jan | 5% | 12% | -5% | **6%** | 3% | -42% | -29% | -1% | **-3%** | 10% | 15% |
| Feb | 6% | 9% | -7% | **5%** | -3% | -18% | -13% | 3% | **-4%** | 9% | 14% |
| Mar | -3% | 9% | -13% | **0%** | 8% | -24% | -6% | 7% | **4%** | 9% | 11% |
| Apr | 4% | 2% | 1% | **3%** | 8% | -25% | -2% | 12% | **5%** | 6% | 25% |
| May | -2% | 13% | -2% | **3%** | 12% | -19% | -15% | 5% | **8%** | -2% | 19% |
| Jun | -1% | 5% | -5% | **1%** | 18% | -15% | -8% | 4% | **12%** | 7% | 26% |
| Jul | 1% | 2% | 2% | **2%** | 32% | -18% | -20% | 13% | **23%** | -3% | 18% |
| Aug | -3% | 5% | 8% | **2%** | 27% | -7% | -18% | 14% | **21%** | -2% | 20% |
| Sep | -2% | 9% | 2% | **3%** | 31% | -18% | -11% | 21% | **25%** | -1% | 18% |
| Oct | -2% | 3% | 0% | **0%** | 16% | -15% | -3% | 3% | **12%** | -5% | 15% |
| Nov | -3% | 3% | 7% | **1%** | 11% | -10% | 0% | -1% | **8%** | 10% | 22% |
| Dec | 3% | 1% | 7% | **3%** | 2% | -14% | -2% | -1% | **0%** | -3% | 20% |
| FY2016 | 0% | 6% | 0% | **2%** | 13% | -20% | -11% | 7% | **9%** | 3% | 19% |
| | | | | | | | | | | | |
| **2017** | | | | | | | | | | | |
| Jan | -2% | 5% | 6% | **2%** | 9% | 0% | -4% | 14% | **9%** | 2% | 3% |
| Feb | -1% | 3% | 9% | **2%** | 21% | -8% | -5% | 11% | **16%** | 3% | 7% |
| Mar | 0% | 3% | 12% | **3%** | 1% | 4% | 7% | 13% | **3%** | 7% | 17% |
| Apr | -4% | 1% | 10% | **0%** | 1% | -3% | 16% | 13% | **2%** | -2% | -3% |
| May | -2% | 3% | 16% | **2%** | -2% | 17% | 21% | 12% | **1%** | 11% | 1% |
| Jun | -1% | 3% | 17% | **3%** | 5% | 16% | 21% | -7% | **5%** | 6% | -5% |
| Jul | -6% | 1% | 6% | **-2%** | 6% | 4% | 19% | 14% | **7%** | 5% | -7% |
| Aug | -4% | 4% | 6% | **1%** | -3% | 16% | 15% | 16% | **1%** | 7% | -7% |
| Sep | 3% | -2% | 3% | **1%** | 0% | 26% | 18% | 9% | **3%** | 8% | -11% |
| Oct | 1% | 5% | -3% | **2%** | -2% | 29% | 17% | -1% | **0%** | 6% | -10% |
| Nov | 0% | 4% | -4% | **1%** | -5% | 10% | 6% | 14% | **-2%** | -1% | -8% |
| Dec | -4% | -2% | -5% | **-3%** | 0% | -1% | 9% | 7% | **1%** | 0% | -18% |
| FY2017 | 0% | 3% | 0% | **1%** | 2% | 10% | 14% | 11% | **4%** | -1% | -8% |
| | | | | | | | | | | | |
| **2018** | | | | | | | | | | | |
| Jan | -1% | 5% | 1% | **1%** | 2% | 22% | 26% | 15% | **5%** | 6% | -11% |
| Feb | -2% | 3% | -1% | **0%** | -2% | 13% | 25% | 13% | **1%** | 2% | -7% |
| Mar | 2% | -4% | -3% | **-1%** | 8% | 4% | 19% | 11% | **9%** | 0% | -13% |
| Apr | 2% | 8% | 2% | **4%** | 21% | 46% | 13% | 10% | **20%** | -3% | -5% |
| May | 2% | 2% | -1% | **2%** | 15% | 0% | 22% | 21% | **15%** | -1% | -7% |
| Jun | 2% | 2% | -7% | **1%** | 3% | 1% | 8% | 38% | **6%** | -2% | -6% |
| Jul | 0% | 9% | 3% | **4%** | -4% | 18% | 11% | -3% | **-2%** | -3% | -6% |
| 2018 YTD | 0% | 3% | 0% | **1%** | 2% | 10% | 14% | 11% | **4%** | -1% | -8% |

Source: Bureau of Economic Analysis, Ward's Auto, LMC Automotive and J.P. Morgan estimates.

5

**J.P.Morgan**

JPMS_00002938

# US Dealer Inventories



## Days Supply by OEM vs. 10 Year Average

Source: Autodata and J.P Morgan.

## Inventories and Days Supply by OEM

| | Jul-17 | May-18 | Jun-18 | Jul-18 | Variance ('17 vs. '16) |
|---|---|---|---|---|---|
| **Inventory ('000s)** | | | | | |
| GM | 939 | 764 | 786 | 736 | -22% |
| Ford | 613 | 674 | 660 | 601 | -2% |
| FCA | 473 | 576 | 611 | 620 | 31% |
| **Total D3** | **2,025** | **2,014** | **2,057** | **1,957** | **-3%** |
| Honda | 307 | 370 | 368 | 321 | 5% |
| Nissan | 341 | 296 | 286 | 286 | -16% |
| Toyota | 441 | 496 | 501 | 455 | 3% |
| **Total J3** | **1,089** | **1,162** | **1,155** | **1,062** | **-3%** |
| BMW | 45 | 51 | 48 | 53 | 19% |
| Daimler | 52 | 55 | 53 | 42 | -20% |
| VW | 125 | 100 | 95 | 94 | -25% |
| **European** | **222** | **205** | **196** | **189** | **-15%** |
| Hyundai/Kia | 249 | 262 | 251 | 246 | -1% |
| **Total Industry** | **3,825** | **3,896** | **3,896** | **3,678** | **-4%** |
| **Days Supply** | | | | | |
| GM | 104 | 75 | 83 | 80 | -24 |
| Ford | 77 | 73 | 78 | 75 | -2 |
| FCA | 73 | 71 | 82 | 87 | 14 |
| **Total D3** | **86** | **73** | **81** | **80** | **-6** |
| Honda | 51 | 63 | 68 | 56 | 5 |
| Nissan | 66 | 58 | 53 | 63 | -3 |
| Toyota | 50 | 60 | 64 | 52 | 3 |
| **Total J3** | **54** | **60** | **62** | **56** | **2** |
| BMW | 42 | 42 | 39 | 48 | 6 |
| Daimler | 45 | 47 | 49 | 43 | -2 |
| VW | 63 | 47 | 48 | 42 | -21 |
| **European** | **53** | **46** | **45** | **44** | **-9** |
| Hyundai/Kia | 57 | 54 | 56 | 56 | -1 |
| **Total Industry** | **68** | **64** | **68** | **64** | **-3** |

Source: Autodata and J.P Morgan.

J.P.Morgan

6

# US Dealer Inventories



Source: Autodata.

J.P.Morgan

CONFIDENTIAL

JPMS_00002940

# US Retail Incentives



| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Avg. | % Y/Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2009** | $2,691 | $2,993 | $3,116 | $2,928 | $2,873 | $2,828 | $2,737 | $2,548 | $2,743 | $2,658 | $2,694 | $2,633 | $2,776 | -0.6% |
| **2010** | $2,545 | $2,723 | $2,804 | $2,702 | $2,829 | $2,873 | $2,852 | $2,778 | $2,743 | $2,556 | $2,551 | $2,645 | $2,718 | -2.1% |
| **2011** | $2,579 | $2,578 | $2,484 | $2,320 | $2,303 | $2,403 | $2,587 | $2,615 | $2,653 | $2,452 | $2,605 | $2,675 | $2,520 | -7.3% |
| **2012** | $2,435 | $2,487 | $2,547 | $2,428 | $2,545 | $2,548 | $2,482 | $2,478 | $2,405 | $2,301 | $2,497 | $2,570 | $2,484 | -1.4% |
| **2013** | $2,345 | $2,502 | $2,573 | $2,533 | $2,664 | $2,697 | $2,550 | $2,511 | $2,478 | $2,574 | $2,667 | $2,739 | $2,576 | 3.7% |
| **2014** | $2,550 | $2,702 | $2,725 | $2,587 | $2,673 | $2,749 | $2,883 | $3,004 | $2,974 | $2,721 | $2,892 | $2,950 | $2,791 | 8.4% |
| **2015** | $2,588 | $2,682 | $2,726 | $2,671 | $2,842 | $2,877 | $3,073 | $3,102 | $3,144 | $3,108 | $3,083 | $3,073 | $2,923 | 4.7% |
| **2016** | $2,992 | $3,035 | $3,110 | $3,052 | $3,151 | $3,237 | $3,410 | $3,378 | $3,690 | $3,533 | $3,741 | $3,766 | $3,348 | 14.5% |
| **2017** | $3,475 | $3,594 | $3,563 | $3,452 | $3,509 | $3,616 | $3,640 | $3,736 | $3,889 | $3,724 | $3,811 | $3,980 | $3,672 | 9.7% |
| **2018** | $3,740 | $3,695 | $3,794 | $3,646 | $3,740 | $3,785 | $3,776 | | | | | | | 1.9% |
| **vs. prior mo.** | -6.0% | -1.2% | 2.7% | -3.9% | 2.6% | 1.2% | -0.2% | | | | | | | |
| **vs. prior yr.** | 7.6% | 2.8% | 6.5% | 5.6% | 6.6% | 4.7% | 3.7% | | | | | | | |

Source: Autodata.

J.P.Morgan

CONFIDENTIAL

JPMS_00002941

# US Used Car Prices



Source: Manheim Consulting.



Source: National Auto Dealers' Association (NADA).

9

J.P.Morgan

CONFIDENTIAL

JPMS_00002942

# Key Commodities in a Vehicle

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Avg | vs. Yr Ago Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hot Rolled Steel [1] (US dollars/ short ton)** | | | | | | | | | | | | | | |
| 2016 | 350 | 355 | 390 | 490 | 550 | 535 | 515 | 505 | 480 | 450 | 540 | 598 | 480 | 20% |
| 2017 | 580 | 585 | 589 | 611 | 581 | 539 | 573 | 582 | 582 | 559 | 564 | 584 | 577 | 20% |
| 2018 | 617 | 687 | 786 | 807 | 822 | 835 | 857 | | | | | | 773 | 34% |
| vs. prior mo. | 6% | 11% | 14% | 3% | 2% | 2% | 3% | | | | | | | |
| **Cold Rolled Steel [1] (US dollars/ short ton)** | | | | | | | | | | | | | | |
| 2016 | 420 | 475 | 530 | 705 | 680 | 660 | 625 | 605 | 585 | 600 | 718 | 713 | 610 | 25% |
| 2017 | 695 | 702 | 710 | 726 | 702 | 675 | 683 | 692 | 697 | 679 | 669 | 687 | 693 | 14% |
| 2018 | 711 | 734 | 809 | 854 | 869 | 860 | 862 | | | | | | 814 | 17% |
| vs. prior mo. | 4% | 3% | 10% | 6% | 2% | -1% | 0% | | | | | | | |
| **Aluminum [2] (US dollars/Metric ton)** | | | | | | | | | | | | | | |
| 2016 | 1,535 | 1,559 | 1,572 | 1,549 | 1,536 | 1,530 | 1,547 | 1,579 | 1,569 | 1,571 | 1,559 | 1,546 | 1,554 | -9% |
| 2017 | 1,590 | 1,636 | 1,695 | 1,697 | 1,645 | 1,626 | 1,627 | 1,815 | 1,775 | 1,915 | 1,870 | 1,806 | 1,725 | 11% |
| 2018 | 1,870 | 1,861 | 1,805 | 1,920 | 1,850 | 1,724 | 1,770 | | | | | | 1,828 | 6% |
| vs. prior mo. | 4% | -1% | -3% | 6% | -4% | -7% | 3% | | | | | | | |
| **Stainless Steel [3] (US dollars/Metric ton)** | | | | | | | | | | | | | | |
| 2016 | 1,738 | 1,742 | 2,080 | 2,427 | 2,630 | 2,678 | 2,578 | 2,405 | 2,149 | 2,132 | 2,435 | 2,743 | 2,311 | 17% |
| 2017 | 2,678 | 2,607 | 2,603 | 2,642 | 2,549 | 2,489 | 2,258 | 2,283 | 2,435 | 2,689 | 2,559 | 2,636 | 2,536 | 10% |
| 2018 | 2,533 | 2,652 | 2,767 | 2,995 | 3,004 | 3,046 | 3,149 | | | | | | 2,878 | 14% |
| vs. prior mo. | -4% | 5% | 4% | 8% | 0% | 1% | 3% | | | | | | | |
| **Natural Rubber Price [4] (US cents/pound)** | | | | | | | | | | | | | | |
| 2016 | 49 | 52 | 60 | 69 | 57 | 59 | 58 | 58 | 63 | 68 | 80 | 92 | 64 | 3% |
| 2017 | 109 | 94 | 84 | 74 | 66 | 72 | 69 | 73 | 67 | 66 | 68 | 65 | 76 | 18% |
| 2018 | 68 | 68 | 63 | 65 | 68 | 62 | 60 | | | | | | 65 | -14% |
| vs. prior mo. | 5% | 0% | -7% | 2% | 6% | -9% | -3% | | | | | | | |
| **Synthetic Rubber Price [5] (US dollars/Metric ton)** | | | | | | | | | | | | | | |
| 2016 | 914 | 869 | 869 | 945 | 976 | 1,006 | 1,006 | 1,022 | 1,088 | 1,134 | 1,202 | 1,202 | 1,019 | -20% |
| 2017 | 1,340 | 1,716 | 2,022 | 1,808 | 1,455 | 1,409 | 1,210 | 1,149 | 1,180 | 1,302 | 1,226 | 1,191 | 1,417 | 39% |
| 2018 | 1,210 | 1,256 | 1,409 | 1,455 | 1,502 | 1,563 | 1,551 | | | | | | 1,421 | 0% |
| vs. prior mo. | 2% | 4% | 12% | 3% | 3% | 4% | -1% | | | | | | | |
| **Polypropylene [6] (Cents/Pound)** | | | | | | | | | | | | | | |
| 2016 | 67 | 67 | 67 | 64 | 59 | 54 | 55 | 60 | 64 | 61 | 54 | 53 | 61 | -6% |
| 2017 | 63 | 69 | 72 | 64 | 58 | 58 | 59 | 61 | 67 | 69 | 69 | 71 | 65 | 7% |
| 2018 | 77 | 73 | 75 | 76 | 81 | 76 | 75 | | | | | | 76 | 17% |
| vs. prior mo. | 8% | -6% | 4% | 1% | 6% | -6% | -1% | | | | | | | |
| **Copper [2] (US dollars/ Metric ton)** | | | | | | | | | | | | | | |
| 2016 | 4,570 | 4,706 | 4,881 | 5,064 | 4,697 | 4,840 | 4,915 | 4,595 | 4,848 | 4,841 | 5,813 | 5,523 | 4,941 | -10% |
| 2017 | 5,994 | 5,967 | 5,816 | 5,711 | 5,658 | 5,927 | 6,336 | 6,760 | 6,432 | 6,839 | 6,735 | 7,207 | 6,282 | 27% |
| 2018 | 7,079 | 6,895 | 6,679 | 6,770 | 6,845 | 6,625 | 6,279 | | | | | | 6,739 | 7% |
| vs. prior mo. | -2% | -3% | -3% | 1% | 1% | -3% | -5% | | | | | | | |
| **Lead [2] (US dollars/ Metric ton)** | | | | | | | | | | | | | | |
| 2016 | 1,721 | 1,755 | 1,697 | 1,806 | 1,696 | 1,785 | 1,813 | 1,869 | 2,121 | 2,049 | 2,351 | 2,000 | 1,888 | 6% |
| 2017 | 2,371 | 2,254 | 2,331 | 2,284 | 2,099 | 2,273 | 2,308 | 2,368 | 2,492 | 2,398 | 2,471 | 2,485 | 2,344 | 24% |
| 2018 | 2,621 | 2,496 | 2,395 | 2,321 | 2,446 | 2,405 | 2,141 | | | | | | 2,403 | 3% |
| vs. prior mo. | 5% | -5% | -4% | -3% | 5% | -2% | -11% | | | | | | | |
| **Weighted Commodity Index* (US dollars/Metric ton)** | | | | | | | | | | | | | | |
| 2016 | 1,202 | 1,229 | 1,306 | 1,467 | 1,491 | 1,465 | 1,438 | 1,428 | 1,418 | 1,387 | 1,538 | 1,599 | 1,414 | 5% |
| 2017 | 1,653 | 1,681 | 1,706 | 1,687 | 1,594 | 1,553 | 1,581 | 1,641 | 1,653 | 1,677 | 1,667 | 1,701 | 1,650 | 17% |
| 2018 | 1,766 | 1,824 | 1,941 | 2,007 | 2,040 | 2,008 | 2,024 | | | | | | 1,944 | 18% |
| vs. prior mo. | 4% | 3% | 6% | 3% | 2% | -2% | 1% | | | | | | | |

Source: Bloomberg, CMAI , CRU Monitor and J.P. Morgan estimates.



**Weighted Commodity Index Y/Y Change**

- 2012: -14%
- 2013: -6%
- 2014: -1%
- 2015: -26%
- 2016: 5%
- 2017: 17%
- 2018 YTD: 18%

J.P.Morgan

CONFIDENTIAL

JPMS_00002943

# North America Demand Outlook: Sales per Capita Analysis Implies ~16.4-17.9 mn SAAR

➢ **Returning to 1950-2007 averages in terms of car sales per person suggests <u>16.43 mn</u> US LV SAAR.**

  ➢ US averaged 53.0 sales per thousand people from 1950-2007

   ➢ (310 mn people / 1,000) * .0530 = 16.430 mn US LV SAAR

➢ **Returning to 1998-2007 averages in terms of car sales per person suggests <u>17.92 mn</u> US LV SAAR.**

  ➢ US averaged 57.8 sales per thousand people from 1998-2007

   ➢ (310 mn people / 1,000) * .0578 = 17.918 mn US LV SAAR



Source: Bureau of Economic Analysis,

J.P.Morgan

CONFIDENTIAL

JPMS_00002944

# North America Demand Outlook: GDP Analysis Implies ~18.0 mn SAAR

➢ **Long-run average light vehicle expenditure as % of GDP implies <u>18.0 mn</u> US LV SAAR.**

  ➢ US has averaged 3.25% of GDP spending on light vehicles over the past 30 years.

    ➢ Currently at 3.0%.

  ➢ 3.30% of current annualized $19.4 trillion GDP is $631 bn.

    ➢ Assuming a $35,000 ASP, ($670 bn / $35,000) = 18.0 mn US LV SAAR.

➢ **That only presumes we return to historical average (in nod to seeming departure from historical average)**

  ➢ In reality, each time we have undershot the historical average, we have subsequently overshot.



Source: Bureau of Economic Analysis,

J.P.Morgan

CONFIDENTIAL

JPMS_00002945

# North America Demand Outlook: Belief in pent-up demand driven recovery also buoyed by scrappage & average age analysis

> **Historical scrapping rate suggests minimum replacement demand of ~14.3 mn and supports SAAR of ~17.0 mn.**
>
> > US currently has ~260 mn light vehicles on the road.
> >
> > We have historically averaged 5.5% scrapping rate; implying ~14.3 mn "minimum replacement demand"
> >
> > > Assuming cars per person holds steady, this implies ~17.0 mn US LV SAAR (3.1 mn annual increase in population * (260 mn cars / 310 mn people)) + 14.3 mn minimum replacement demand).

> **Record average age of vehicles supports notion of a pent-up demand driven replacement cycle.**



Source: IHS Automotive.



Source: IHS Automotive.

13

**J.P.Morgan**

CONFIDENTIAL

JPMS_00002946

# Average of sales per capita (17.2 mn), GDP (18.0 mn), and scrappage (17.0 mn) approaches imply ~17.0-17.5 mn "normalized demand"

➤ **What does all this math tell us?**

   1) **It tells us we're not running "too hot"**

   2) **It implies we can operate above normalized demand for a period of time,** given we operated below it for so long.

➤ Estimating pent-up demand since 2008, when we first dipped below normalized levels suggests "pent-up" demand of ~17.2 mn units, which we have only in recent years begun to tap.

| Year | "JPM Approach" | | | More Conservative Approach | |
| | US SAAR | Normalized Demand | Pent-up Demand | Normalized Demand | Pent-up Demand |
|---|---|---|---|---|---|
| 2007 | 16.1 | 15.7 | (0.4) | 16.0 | (0.1) |
| 2008 | 13.2 | 15.4 | 2.2 | 16.0 | 2.8 |
| 2009 | 10.4 | 15.1 | 4.7 | 16.0 | 5.6 |
| 2010 | 11.6 | 15.8 | 4.2 | 16.0 | 4.4 |
| 2011 | 12.7 | 16.0 | 3.3 | 16.0 | 3.3 |
| 2012 | 14.4 | 16.3 | 1.9 | 16.0 | 1.6 |
| 2013 | 15.5 | 16.5 | 1.0 | 16.0 | 0.5 |
| 2014 | 16.4 | 16.7 | 0.3 | 16.0 | (0.4) |
| 2015 | 17.5 | 16.9 | (0.6) | 16.0 | (1.5) |
| 2016 | 17.6 | 17.0 | (0.6) | 16.0 | (1.6) |
| 2017 | 17.2 | 17.2 | (0.0) | 16.0 | (1.2) |
| 2018 | 17.1 | 17.2 | 0.1 | 16.0 | (1.1) |
| Pent-up Demand | | | 17.2 | | 18.1 |
| (of which remains) | | | 16.1 | | 12.3 |

Source: J.P. Morgan estimates.

**J.P.Morgan**

CONFIDENTIAL

JPMS_00002947

**2Q US Auto Parts Supplier Earnings Recap:**

More Suppliers Missed than Beat;
More Suppliers Trimmed than Raised;
Section 301 Tariffs Bit Somewhat More than Expected.

J.P.Morgan

CONFIDENTIAL

JPMS_00002948

# The Average Auto Parts Supplier Missed Expectations in 2Q

> ➢ *Relative to the Street, 6 suppliers missed (ADNT, GNTX, MGA, TEN, THRM & VC) vs. just 4 that beat (ALV, AXL, APTV & MTOR). Another 4 were roughly in-line (DAN, LEA, BWA & TOWR).*

| | 2Q18 Earnings Results | | | | | | | 2Q18 Earnings Results | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Company | Consensus | Var (%) | JPM | Var (%) | | | Company | Consensus | Var (%) | JPM | Var (%) |
| **ADNT** | | | | | | | **MTOR** | | | | | |
| Sales | 4,494 | 4,371 | 2.8% | 4,364 | 3.0% | | Sales | 1,129 | 1,060 | 6.5% | 1,066 | 5.9% |
| EBIT | 206 | 223 | -7.6% | 211 | -2.4% | | EBITDA | 135 | 122 | 10.7% | 121 | 11.6% |
| EBIT Margin | 4.6% | 5.1% | -0.5% | 4.8% | -0.3% | | EBITDA Margin | 12.0% | 11.5% | 0.5% | 11.5% | 0.5% |
| EPS | $1.45 | $1.58 | -8.2% | $1.55 | -6.5% | | EPS | $0.89 | $0.77 | 15.6% | $0.76 | 17.1% |
| **ALV** | | | | | | | **TEN** | | | | | |
| Sales | 2,212 | 2,236 | -1.1% | 2,292 | -3.5% | | Sales | 2,537 | 2,552 | -0.6% | 2,522 | 0.6% |
| EBIT | 229 | 224 | 2.2% | 242 | -5.4% | | EBIT | 175 | 182 | -3.8% | 184 | -4.9% |
| EBIT margin | 10.4% | 10.0% | 0.3% | 10.6% | -0.2% | | EBIT Margin | 6.9% | 7.1% | -0.2% | 7.3% | -0.4% |
| EPS | $2.22 | $1.80 | 23.3% | $1.85 | 20.0% | | EPS | $1.92 | $1.96 | -2.0% | $1.99 | -3.5% |
| **AXL** | | | | | | | **THRM** | | | | | |
| Sales | 1,901 | 1,824 | 4.2% | 1,898 | 0.2% | | Sales | 264 | 267 | -1.1% | 272 | -2.9% |
| EBITDA | 348 | 334 | 4.2% | 351 | -0.9% | | EBITDA | 36 | 37 | -4.1% | 39 | -9.0% |
| EBITDA margin | 18.3% | 18.3% | 0.0% | 18.5% | -0.2% | | EBITDA Margin | 13.4% | 13.9% | -0.4% | 14.3% | -0.9% |
| EPS | $1.23 | $1.11 | 10.8% | $1.17 | 5.1% | | EPS | $0.58 | $0.52 | 11.5% | $0.54 | 7.4% |
| **BWA** | | | | | | | **TOWR** | | | | | |
| Sales | 2,694 | 2,711 | -0.6% | 2,698 | -0.1% | | Sales | 556 | 549 | 1.3% | 529 | 5.1% |
| Operating Profit | 341 | 340 | 0.3% | 342 | -0.3% | | EBITDA | 58 | 58 | 0.2% | 57 | 1.6% |
| Operating Profit Margin | 12.7% | 12.5% | 0.1% | 12.7% | 0.0% | | EBITDA Margin | 10.5% | 10.6% | -0.1% | 10.8% | -0.3% |
| EPS | $1.18 | $1.10 | 7.3% | $1.09 | 8.3% | | EPS | $1.09 | $1.08 | 0.9% | $1.09 | 0.0% |
| **DAN** | | | | | | | **VC** | | | | | |
| Sales | 2,054 | 2,004 | 2.5% | 1,984 | 3.5% | | Sales | 758 | 798 | -5.0% | 825 | -8.1% |
| EBITDA | 246 | 250 | -1.6% | 253 | -2.8% | | Adjusted EBITDA | 81 | 90 | -10.0% | 86 | -5.8% |
| EBITDA Margin | 12.0% | 12.5% | -0.5% | 12.8% | -0.8% | | Adjusted EBITDA Margin | 10.7% | 11.3% | -0.6% | 10.4% | 0.3% |
| EPS | $0.74 | $0.79 | -6.3% | $0.76 | -2.6% | | | | | | | |
| **APTV** | | | | | | | | | | | | |
| Sales | 3,664 | 3,537 | 3.6% | 3,464 | 5.8% | | | | | | | |
| EBIT | 474 | 456 | 3.9% | 451 | 5.1% | | | | | | | |
| EBIT Margin | 12.9% | 12.9% | 0.0% | 13.0% | -0.1% | | | | | | | |
| EPS | $1.40 | $1.36 | 2.9% | $1.34 | 4.5% | | | | | | | |
| **GNTX** | | | | | | | | | | | | |
| Sales | 455 | 467 | -2.6% | 469 | -3.0% | | | | | | | |
| Gross Profit | 172 | 177 | -2.8% | 179 | -3.9% | | | | | | | |
| Gross Margin | 37.1% | 37.9% | -0.8% | 38.2% | -1.1% | | | | | | | |
| EPS | $0.40 | $0.41 | -2.4% | $0.42 | -4.8% | | | | | | | |
| **LEA** | | | | | | | | | | | | |
| Sales | 5,581 | 5,531 | 0.9% | 5,455 | 2.3% | | | | | | | |
| COI | 471 | 471 | 0.0% | 449 | 4.9% | | | | | | | |
| COI Margin | 8.4% | 8.5% | -0.1% | 8.2% | 0.2% | | | | | | | |
| EPS | $4.95 | $4.99 | -0.8% | $4.87 | 1.6% | | **Simple Average** | | | | | |
| | | | | | | | Sales (ex-THRM) | | | 0.6% | | 0.0% |
| **MGA** | | | | | | | EBIT/EBITDA (ex-THRM) | | | -1.0% | | -1.4% |
| | | | | | | | Market-cap weighted EPS | | | 3.9% | | 3.7% |
| Sales | 10,280 | 10,469 | -1.8% | 10,593 | -3.0% | | **Aggregate** | | | | | |
| EBIT | 803 | 846 | -5.1% | 842 | -4.6% | | Sales | 38,315 | 38,109 | 0.5% | 38,159 | 0.4% |
| EBIT Margin | 7.8% | 8.1% | -0.3% | 7.9% | -0.1% | | EBIT/EBITDA | 3,739 | 3,773 | -0.9% | 3,768 | -0.8% |
| EPS | $1.77 | $1.74 | 1.7% | $1.71 | 3.5% | | Market-cap weighted EPS | | | 3.9% | | 3.7% |

J.P.Morgan

CONFIDENTIAL

JPMS_00002949

# Most Suppliers Trimmed Full Year 2018 Guidance in 2Q

***More suppliers trimmed than raised full year 2018 guidance.***

*Of the 14 auto parts suppliers we cover:*

➢ More suppliers trimmed than raised 2018 guidance:

    ➢ 5 suppliers trimmed 2018 guidance: ALV, GNTX, MGA, TEN & VC

    ➢ 3 suppliers raised previously provided 2018 guidance: AXL, APTV & MTOR

    ➢ 6 suppliers maintained previously issued 2018 guidance: ADNT, DAN, THRM, LEA & TOWR; we also consider BWA as having roughly maintained guidance.

17

J.P.Morgan

CONFIDENTIAL

JPMS_00002950

# On Earnings Day, Automakers' Shares Declined, While Auto Parts Supplier & Tiremaker Shares Traded Higher (on average)

➢ The average auto parts supplier stock outperformed the market on earnings day by +94 bps but underperformed by -182 bps vs. the S&P from July 19 (the day before GNTX kicked off 2Q supplier earnings on July 20) through August 8 (when MGA was the last supplier to report results).

| Ticker | | EBIT/EBITDA vs. Consensus | Share Price Change on Earnings Day | S&P Change on Earnings Day | Price on Jul 19 | Price on Aug 08 | Share Price vs. Jul 19 | S&P vs. Jul 20 | Relative Performance |
|---|---|---|---|---|---|---|---|---|---|
| GM | GM US EQUITY | NA | -4.6% | 0.9% | 39.31 | 37.66 | -4.2% | 1.9% | -6.1% |
| F | F US EQUITY | NA | -6.0% | -0.3% | 10.82 | 10.05 | -7.1% | 1.9% | -9.0% |
| RACE | RACE US EQUITY | NA | -11.0% | -0.1% | 142.52 | 125.84 | -11.7% | 1.9% | -13.6% |
| TSLA | TSLA US EQUITY | NA | 16.2% | 0.5% | 320.23 | 370.34 | 15.6% | 1.9% | 13.8% |
| **Automakers (ex-TSLA, RACE) Avg.** | | | **-1.4%** | **0.2%** | | | **-1.8%** | **1.9%** | **-3.7%** |
| | | | | | | | | | |
| GT | GT US EQUITY | NA | 9.5% | -0.7% | 21.95 | 24.71 | 12.6% | 1.9% | 10.7% |
| CTB | CTB US EQUITY | NA | 7.7% | 0.4% | 25.80 | 29.45 | 14.1% | 1.9% | 12.2% |
| **Tires Avg.** | | | **8.6%** | **-0.2%** | | | **13.4%** | **1.9%** | **11.5%** |
| | | | | | | | | | |
| ADNT | ADNT US EQUITY | -18.9% | 5.8% | -0.3% | 48.48 | 45.33 | -6.5% | 1.9% | -8.4% |
| ALV | ALV US EQUITY | 9.6% | 0.4% | -0.7% | 104.68 | 98.68 | -5.7% | 1.9% | -7.6% |
| AXL | AXL US EQUITY | 1.4% | 6.2% | 0.5% | 16.47 | 17.46 | 6.0% | 1.9% | 4.1% |
| BWA | BWA US EQUITY | 1.5% | 1.0% | -0.3% | 45.03 | 45.55 | 1.2% | 1.9% | -0.7% |
| DAN | DAN US EQUITY | -0.5% | -5.2% | 0.9% | 21.25 | 20.89 | -1.7% | 1.9% | -3.6% |
| APTV | APTV US EQUITY | 3.7% | 6.0% | 0.5% | 94.97 | 98.09 | 3.3% | 1.9% | 1.4% |
| GNTX | GNTX US EQUITY | 1.1% | -5.0% | -0.1% | 23.41 | 23.86 | 1.9% | 1.9% | 0.0% |
| LEA | LEA US EQUITY | 4.0% | -5.3% | -0.3% | 184.14 | 177.47 | -3.6% | 1.9% | -5.5% |
| MGA | MGA US EQUITY | 5.1% | -8.2% | 0.0% | 59.75 | 54.39 | -9.0% | 1.9% | -10.9% |
| MTOR | MTOR US EQUITY | 15.1% | 10.3% | -0.1% | 20.75 | 21.84 | 5.3% | 1.9% | 3.4% |
| TEN | TEN US EQUITY | -5.4% | 1.6% | -0.7% | 44.66 | 44.89 | 0.5% | 1.9% | -1.4% |
| THRM | THRM US EQUITY | -0.8% | 9.0% | -0.3% | 40.60 | 46.75 | 15.1% | 1.9% | 13.3% |
| TOWR | TOWR US EQUITY | 1.0% | 2.7% | 0.5% | 32.30 | 32.70 | 1.2% | 1.9% | -0.7% |
| VC | VC US EQUITY | 0.0% | -6.6% | -0.3% | 129.66 | 120.76 | -6.9% | 1.9% | -8.8% |
| **Auto Parts Supplier (ex-THRM) Avg.** | | **1.2%** | **0.9%** | **-0.1%** | **Avg.** | | **0.1%** | **1.9%** | **-1.8%** |

Source: Bloomberg; J.P. Morgan estimates.

J.P.Morgan

CONFIDENTIAL

JPMS_00002951

**<ins>2018 J.P. Morgan Automotive Conference Takeaways:</ins>**

Executives Speak to Trend in Tariffs and Industry Sales & Production;
GM President Updates Investors on Autonomous Efforts;
Ford EVP Updates on Turnaround + Inbound Interest in Autonomous Biz

J.P.Morgan

CONFIDENTIAL

# Executives Speak to Trend in Tariffs and Industry Sales & Production

**Executives spoke to their outlook for generally flat to slightly higher global light vehicle sales and production, although spoke to softer 3Q trends and flat-to-softer US light vehicle SAAR.**

➢ However, automakers and auto parts suppliers warned of WLTP impact greater than assumed by IHS in 3Q in Europe (IHS stated at our conference they assumed 370K of impact), with VW & Daimler most impacted.

➢ Market participants were encouraged, however, by continued strong sales in Europe, suggesting production can be made up in subsequent quarters (beginning in 4Q18 and extending in 1Q19)

➢ Management teams also discussed the possibility of an "air pocket" in China in 3Q, perhaps reflecting pressure or sentiment regarding pressure from US tariffs and tighter credit availability.

➢ Market participants across-the-board expressed confidence in the long-term growth outlook in China.

➢ Most executives at the conference expected slightly softer US light vehicle sales, although none foresaw a material correction and a minority looked for flat or even flat-to-slightly rising sales.

**Executives spoke to a manageable impact from so far implemented Section 232 and Section 301 tariffs; NAFTA has the potential to be a very material headwind, of course, although outright dissolution was deemed unlikely.**

➢ Magna CEO Don Walker expressed a high degree of confidence NAFTA would only be "modernized", with potentially immaterial impact to the industry overall and Magna in particular.

20

J.P.Morgan

JPMS_00002953

# GM President Updates Investors on Autonomous Efforts

**Communication around timing of when GM can be expected to remove the driver from the equation seems somewhat slipped relative to prior.**

> ➤ In September 2017, we hosted meetings in which Dan Ammann and Chuck Stevens suggested GM was "months or quarters, not years" away from commercializing autonomous ride-share (which investors took to be as soon as 2Q18), sparking a large rally in GM shares;

> ➤ At GM's late November 2017 San Francisco autonomous-focused investor day, management suggested it would commercialize autonomous ride-share in "2019";

> ➤ At the 2018 J.P. Morgan Automotive Conference in August 2018, Mr. Ammann would only allow that GM would remove the driver from the equation when the automaker had met necessary safety thresholds.

>> ➤ This may not have been a downgrade in communication per se, but it seemed qualitatively so to us;

>> ➤ Rate of autonomous adoption seems to have slowed industry-wide, given increased regulatory scrutiny, perhaps in the wake of high profile safety incidents;

>>> ➤ We continue to believe GM is in the lead, but will first-mover enabled "moats" be as valuable if everyone is slowed, giving laggards time to catch up?

**Relative to Autos 1.0, GM insisted pushed back on the need to materially change its approach to passenger car strategy in North America.**

> ➤ We sensed GM management is contemplating portfolio pruning only at the margin.

J.P.Morgan

CONFIDENTIAL

JPMS_00002954

# Ford EVP Updates on Turnaround + Inbound Interest in Autonomous Biz

**Ford Executive Vice President of Product Development & Purchasing Hau Thai-Tang presented at the 2018 J.P. Morgan Automotive Conference.**

> ➤ The "High Performing" parts of Ford's business on average generate 40% return on invested capital and 16% EBIT margin (very enviable returns in the auto industry):
>
> > ➤ *We estimate — North America Trucks, SUVs, CUVs, Vans, and Lincoln, European LCVs, China (typically) SUVs, CUVs, and Vans, and Heavy Vehicles + Ford Credit.*

> ➤ The simply "Profitable" parts of Ford's business do not meet Ford's return on capital thresholds:
>
> > ➤ *We estimate — Mustang, European CUVs and non-LCV Vans, China (typically) Passenger Cars, emerging market trucks (i.e., Global Ranger), and the Middle East & Africa region (typically).*

> ➤ The "High Performing" parts of Ford's business on average generate 40% return on invested capital and 16% EBIT margin (very enviable returns in the auto industry):
>
> > ➤ *We estimate —North America Passenger Cars (apart from the Mustang), South America (with possible exception of Ranger), European Passenger Cars, and Middle East & Africa (currently).*

J.P.Morgan

CONFIDENTIAL

JPMS_00002955

## <u>Updated Thoughts on Ford</u>:

Out-of-Consensus Long Thesis —
** Charges Are A Good Thing
** Autonomous Biz Likely Has Unreflected Value

J.P.Morgan

CONFIDENTIAL

JPMS_00002956

# Ford — Charges Are A Good Thing; China Problems Not Structural in Same Way as Europe / South America

**Big restructuring charges are a <u>Good Thing</u> — They signal Ford is readying radical changes to improve profitability.**

> ➢ 'If we're willing to cut all passenger cars in North America, what else might we be willing to do…'

> ➢ $7 bn of cash buys a lot of restructuring:

>> ➢ We estimate Ford will trade cash and its 100% stake in Ford South America in exchange for a minority stake in the combined operations of Ford & Volkswagen in South America…

>>> ➢ — …or exit the market entirely;

>> ➢ We estimate Ford will lay off ~15K workers in high cost Germany, closing its large Cologne and Saarlouis assembly facilities;

>>> ➢ VW (most likely) or PSA (now less likely) could produce passenger cars for Ford in Europe, which Ford could then distribute through its dealer base;

>> ➢ This would leave Ford's China operations potentially sub-scale in passenger cars, but perhaps these could similarly ride on VW platforms in some sort of relatively encompassing alliance.

**Ford's problems in China seem less structural than in Europe & South America — and than investors imagine.**

> ➢ Large majority of product to be refreshed in 2018;

> ➢ Current sales reflect currently older vehicle lineup — and yet current profitability reflects development expense for new models;

> ➢ Headwind from tariffs on imported Lincolns to subside upon localization of production.

J.P.Morgan

CONFIDENTIAL

JPMS_00002957

# Ford — Autonomous Biz Likely Has Unreflected Value

| Ford Valuation Analysis | Earnings Ramp | |
|---|---|---|
| | NTM | 2019E |
| JPM Auto EBITDA incl. Auto Equity Income | 11,243 | 12,819 |
| (+) Pension Expense/(Income) ex-Service Cost | (357) | (362) |
| (+) OPEB Expense/(Income) ex-Service Cost | 272 | 272 |
| (-) Auto Equity Income | 1,200 | 1,200 |
| **Auto EBITDAPO ex. Equity Income** | **9,958** | **11,529** |
| | | |
| Current Multiple of JPM NTM EBITDAPO | 2.1x | |
| JPM EV/EBITDAP Multiple | | 3.0x |
| **Enterprise Value** | **21,205** | **34,587** |
| | | |
| (+) Automotive Gross Cash | 26,500 | 26,848 |
| (-) Minimum Required Cash (5% of Sales) | 7,211 | 7,335 |
| Adjusted Cash | 19,289 | 19,513 |
| | | |
| (-) Automotive Gross Debt | 16,500 | 15,959 |
| (+) In-the-Money Converts | - | - |
| Adjusted Debt | (16,500) | (15,959) |
| **Adjusted Net Cash/(Debt)** | **2,789** | **3,554** |
| | | |
| (+) FMC Stake (1x BV) | 15,349 | 15,880 |
| (+) Equity Stakes (8x P/E) | 7,203 | 9,600 |
| **Core Stakes** | **22,552** | **25,480** |
| | | |
| (-) Pension Underfunding | 9,859 | 6,247 |
| (-) OPEB Underfunding | 5,900 | 5,900 |
| (+) NPV of Tax Benefit on Pension and OPEB | 2,175 | 2,320 |
| (+) Present Value of U.S NOLs | 4,841 | 4,061 |
| **Other Adjustments** | **(8,744)** | **(5,765)** |
| | | |
| **Implied Equity Value** | **37,802** | **57,855** |
| | | |
| Beginning Diluted Share Count | 3,996 | **4,002** |
| **Implied Share Price** | **$9.46** | **$14** |
| | | |
| Net Income | 5,311 | 6,205 |
| Average Diluted Share Count | 3,997 | 3,997 |
| EPS | $1.33 | $1.55 |
| *Implied P/E* | *7.1x* | *9.0x* |
| | | |
| Current Value per Share | $9.46 | $9.46 |
| *Upside vs. Current* | | *48%* |

| General Motors Valuation Analysis | Earnings Ramp | |
|---|---|---|
| | NTM | 2019E |
| JPM Auto EBITDA incl. Auto Equity Income | 15,606 | 16,664 |
| (+) Pension Expense/(Income) ex Service costs | (1,762) | (1,928) |
| (+) OPEB Expense/(Income) ex Service costs | 207 | 207 |
| (+) 100% of GM Cruise Holdings LLC Expense/(Income) | (1,300) | (1,300) |
| (-) China / IO Equity Income | 2,004 | 1,918 |
| **Auto EBITDAPO ex. China Equity Income & Cruise** | **13,347** | **14,324** |
| | | |
| Current Multiple of JPM NTM EBITDAPO | 2.5x | |
| JPM EV/EBITDAPO Multiple | | 3.5x |
| **Enterprise Value** | **33,178** | **50,135** |
| | | |
| (+) Automotive Gross Cash | 17,999 | 20,288 |
| (-) Cash to be injected into Cruise at $11.48 bn value | (1,100) | (1,100) |
| (-) Minimum Required Cash (5% of Sales) | 7,352 | 7,378 |
| Adjusted Cash | 9,547 | 11,809 |
| | | |
| (-) Automotive Gross Debt | 14,318 | 14,318 |
| **Adjusted Net Cash/(Debt)** | **(4,771)** | **(2,509)** |
| | | |
| (+) Value of PSA Warrants | 767 | 767 |
| (+) Value of 80.4% of GM Cruise Holdings LLC | 9,230 | 9,230 |
| (+) Modestly less than 10% stake in Lyft | 884 | 884 |
| (+) GM Financial (1x BV) | 8,737 | 10,880 |
| (+) China Stake (8x P/E) | 16,033 | 15,347 |
| **Core Stakes** | **35,651** | **37,107** |
| | | |
| (-) Pretax Pension Underfunding | 14,100 | 9,425 |
| (-) OPEB Underfunding | 6,180 | 6,180 |
| (+) NPV of Tax Benefit on Pension and OPEB Payments | 1,374 | 1,256 |
| (+) Present Value of U.S NOLs | 6,594 | 5,783 |
| **Other Adjustments** | **(12,313)** | **(8,565)** |
| | | |
| **Implied Equity Value** | **51,745** | **76,167** |
| | | |
| Beginning Diluted Share Count | 1,431 | 1,402 |
| **Implied Share Price** | **$36.16** | **$54** |
| | | |
| Net Income | 8,737 | 9,317 |
| Diluted Share Count | 1,401 | 1,380 |
| EPS | $6.23 | $6.75 |
| *Implied P/E* | *5.8x* | *8.0x* |
| | | |
| Current Value per Share | $36.16 | $36.16 |
| *Upside vs Current* | *0%* | *49%* |

25

# Ford — Autonomous Biz Likely Has Unreflected Value

Case 3:19-cv-04613... Employment... Filed 07/0?/... Page 33 of 482

| General Motors Valuation Analysis | Earnings Ramp | |
|---|---|---|
| | NTM | 2019E |
| JPM Auto EBITDA incl. Auto Equity Income | 15,606 | 16,664 |
| (+) Pension Expense/(Income) ex Service costs | (1,762) | (1,928) |
| (+) OPEB Expense/(Income) ex Service costs | 207 | 207 |
| (+) 100% of GM Cruise Holdings LLC Expense/(Income) | (1,300) | (1,300) |
| (-) China / IO Equity Income | 2,004 | 1,918 |
| **Auto EBITDAPO ex. China Equity Income & Cruise** | **13,347** | **14,324** |
| | | |
| Current Multiple of JPM NTM EBITDAPO | 2.5x | |
| JPM EV/EBITDAPO Multiple | | 3.5x |
| **Enterprise Value** | **33,178** | **50,135** |
| | | |
| (+) Automotive Gross Cash | 17,999 | 20,288 |
| (-) Cash to be injected into Cruise at $11.48 bn value | (1,100) | (1,100) |
| (-) Minimum Required Cash (5% of Sales) | 7,352 | 7,378 |
| Adjusted Cash | 9,547 | 11,809 |
| | | |
| (-) Automotive Gross Debt | 14,318 | 14,318 |
| **Adjusted Net Cash/(Debt)** | **(4,771)** | **(2,509)** |
| | | |
| (+) Value of PSA Warrants | 767 | 767 |
| (+) Value of 80.4% of GM Cruise Holdings LLC | 9,230 | 9,230 |
| (+) Modestly less than 10% stake in Lyft | 884 | 884 |
| (+) GM Financial (1x BV) | 8,737 | 10,880 |
| (+) China Stake (8x P/E) | 16,033 | 15,347 |
| **Core Stakes** | **35,651** | **37,107** |
| | | |
| (-) Pretax Pension Underfunding | 14,100 | 9,425 |
| (-) OPEB Underfunding | 6,180 | 6,180 |
| (+) NPV of Tax Benefit on Pension and OPEB Payments | 1,374 | 1,256 |
| (+) Present Value of U.S NOLs | 6,594 | 5,783 |
| **Other Adjustments** | **(12,313)** | **(8,565)** |
| | | |
| **Implied Equity Value** | **51,745** | **76,167** |
| | | |
| Beginning Diluted Share Count | 1,431 | 1,402 |
| **Implied Share Price** | **$36.16** | **$54** |
| | | |
| Net Income | 8,737 | 9,317 |
| Diluted Share Count | 1,401 | 1,380 |
| EPS | $6.23 | $6.75 |
| *Implied P/E* | *5.8x* | *8.0x* |
| | | |
| Current Value per Share | $36.16 | $36.16 |
| Upside vs Current | 0% | 49% |

| General Motors Valuation Analysis | Earnings Ramp | |
|---|---|---|
| | NTM | 2019E |
| JPM Auto EBITDA incl. Auto Equity Income | 15,606 | 16,664 |
| (+) Pension Expense/(Income) ex Service costs | (1,762) | (1,928) |
| (+) OPEB Expense/(Income) ex Service costs | 207 | 207 |
| (+) 100% of GM Cruise Holdings LLC Expense/(Income) | | |
| (-) China / IO Equity Income | 2,004 | 1,918 |
| **Auto EBITDAPO ex. China Equity Income & Cruise** | **12,047** | **13,024** |
| | | |
| Current Multiple of JPM NTM EBITDAPO | 3.4x | |
| JPM EV/EBITDAPO Multiple | | 4.5x |
| **Enterprise Value** | **41,307** | **57,958** |
| | | |
| (+) Automotive Gross Cash | 17,999 | 20,288 |
| (-) Cash to be injected into Cruise at $11.48 bn value | (1,100) | (1,100) |
| (-) Minimum Required Cash (5% of Sales) | 7,352 | 7,378 |
| Adjusted Cash | 10,647 | 12,909 |
| | | |
| (-) Automotive Gross Debt | 14,318 | 14,318 |
| **Adjusted Net Cash/(Debt)** | **(3,671)** | **(1,409)** |
| | | |
| (+) Value of PSA Warrants | 767 | 767 |
| (+) Value of 80.4% of GM Cruise Holdings LLC | 884 | 884 |
| (+) Modestly less than 10% stake in Lyft | 884 | 884 |
| (+) GM Financial (1x BV) | 8,737 | 10,880 |
| (+) China Stake (8x P/E) | 16,033 | 15,347 |
| **Core Stakes** | **26,421** | **27,877** |
| | | |
| (-) Pretax Pension Underfunding | 14,100 | 9,425 |
| (-) OPEB Underfunding | 6,180 | 6,180 |
| (+) NPV of Tax Benefit on Pension and OPEB Payments | 1,374 | 1,256 |
| (+) Present Value of U.S NOLs | 6,594 | 5,783 |
| **Other Adjustments** | **(12,313)** | **(8,565)** |
| | | |
| **Implied Equity Value** | **51,745** | **75,861** |
| | | |
| Beginning Diluted Share Count | 1,431 | 1,402 |
| **Implied Share Price** | **$36.16** | **$54** |
| | | |
| Net Income | 8,737 | 9,317 |
| Diluted Share Count | 1,401 | 1,380 |
| EPS | $6.23 | $6.75 |
| *Implied P/E* | *5.8x* | *8.0x* |
| | | |
| Current Value per Share | $36.16 | $36.16 |
| Upside vs Current | 0% | 49% |

CONFIDENTIAL

JPMS_00002959

**<u>Updated Thoughts on Tesla</u>:**

Is Funding Secured or Not Secured?
That Is the Question!

J.P.Morgan

CONFIDENTIAL

JPMS_00002960

# Tesla — Is Funding Secured or Not Secured?  That Is the Question!

**We significantly raised our price target based upon assertions of fact from Tesla CEO Elon Musk that "funding is secured".**

> …and that "the only reason why this is not certain is that it's contingent on a shareholder vote"

**We raised our price target from $195 to $308, but are ready to again value the firm on fundamentals alone should a deal not be cobbled together.**

> Already, it seems, such a deal is in trouble — and may never have been anywhere near the finish line in the first place:

>> Monday, August 13 morning blog post to us seems a walk-back aimed more at providing legal cover for Mr. Musk than at providing additional details to the financial community;

>> Monday, August 13 afternoon report by NYTimes says Musk 4/20 tweet took Board by surprise;

>> Monday, August 13 evening tweet by Elon Musk says excited to work with Silver Lake and Goldman Sachs as financial advisors on proposal to take Tesla private.

> WE NOT SURE <u>WHAT</u> TO BELIEVE!

| New J.P. Morgan TSLA Valuation Framework | | |
|---|---|---|
| $195 | 50% | Fundamentals-based Analysis |
| <u>$420</u> | <u>50%</u> | <u>Purported Going Private Price</u> |
| $308 | 100% | **J.P. Morgan Weighted-average Price Target** |
| | -14% | *Upside vs. Current Price* |

Source: J.P. Morgan estimates.

| Fundamentals-based TSLA Valuation Framework | | |
|---|---|---|
| Discounted Cash Flows | 50% | $216 |
| 2020 Multiples-based Analysis | <u>50%</u> | <u>$175</u> |
| **Fundamentals-Based Valuation Analysis** | 100% | **$195** |
| Current Share Price | | $356 |
| *Upside/ Downside to current share price* | | -45% |

Source: J.P. Morgan estimates.

J.P.Morgan

CONFIDENTIAL

JPMS_00002961

## Appendix: Valuation of US Autos & Auto Parts Suppliers

J.P.Morgan

CONFIDENTIAL

JPMS_00002962

# Auto Parts Supplier Multiples Rallied Again in Early 2018 But Peaked in June 2015 (Prices, However, Remain Near All-time Highs)

➢ The average auto parts supplier is up +-3.2% YTD vs. the S&P +5.5%, and +157% since July 2012 vs. the S&P +107%.

➢ Supplier valuation now stands at 6.5x NTM EBITDAP, vs. 7.2x at 2014-end, 5.3x long-run (1991-2011) average, and 4.3x at the time of our initiation. The sector peaked at 8.1x NTM EBITDAP on June 23, 2015.

### Supplier Index and Auto Parts Sector Average EV/EBITDAP





Source: J.P. Morgan estimates.  Note: Average of all supplier stock rebased to 100 on Jan 3, 2012

Source: Bloomberg and J.P. Morgan estimates.  Note:  Sector Average excludes GNTX

J.P.Morgan

CONFIDENTIAL

JPMS_00002963

# Automaker Valuation Comps

| Company | Ticker | Latest Price | Basic Shares | Market Cap | Latest Debt | Latest Cash | Min Cash | Net Debt | Post-Tax Pension | PV of NOL | Equity Stakes | NCI | EV | Sales 2017 | 2018 | 2019 | EBITDA NTM | 2017 | 2018 | 2019 | EPS 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **_Global OEMs (in local FX)_** | | | | | | | | | | | | | | | | | | | | | | | |
| GM | GM US | 36.16 | 1,411 | 51,018 | 14,318 | 16,899 | 7,352 | 4,771 | 18,906 | -6,594 | -25,251 | 0 | 42,851 | 133,449 | 131,954 | 133,625 | 15,606 | 15,104 | 12,241 | 13,445 | 6.62 | 6.10 | 6.75 |
| Ford | F US | 9.46 | 3,986 | 37,705 | 16,500 | 26,500 | 7,211 | -2,789 | 13,584 | -4,841 | -23,749 | 0 | 19,911 | 145,653 | 146,985 | 146,709 | 11,243 | 12,187 | 10,729 | 12,819 | 1.78 | 1.35 | 1.55 |
| Ferrari | RACE US | 122.00 | 190 | 23,151 | 1,049 | 650 | 0 | 400 | 0 | 0 | -105 | 0 | 20,588 | 3,417 | 3,489 | 3,661 | 1,102 | 1,036 | 1,125 | 1,205 | 2.82 | 3.17 | 3.33 |
| Tesla | TSLA US | 356.41 | 171 | 60,801 | 10,552 | 3,530 | 0 | 7,022 | 0 | 0 | 0 | 0 | 67,823 | 11,759 | 17,505 | 21,575 | 706 | 471 | 706 | 2,233 | -8.66 | -8.92 | -1.95 |
| BMW | BMW GY | 83.29 | 658 | 54,772 | -1,498 | 21,267 | NA | -22,765 | 3,236 | NA | -3,457 | 436 | 32,222 | 70,715 | 70,386 | 74,441 | NA | 14,853 | 12,736 | 13,144 | 16.88 | 11.83 | 12.18 |
| Daimler | DAI GY | 57.23 | 1,070 | 61,227 | -1,812 | 18,409 | NA | -20,221 | 5,600 | NA | -12,018 | 1,291 | 35,879 | 140,555 | 146,468 | 150,177 | NA | 18,233 | 19,107 | 19,565 | 7.28 | 8.90 | 10.26 |
| Fiat Chrysler | FCA IM | 14.07 | 1,960 | 27,567 | 19,708 | 17,318 | NA | 2,390 | 9,278 | NA | 2,300 | 168 | 41,703 | 110,934 | 115,829 | 119,081 | NA | 13,520 | 15,333 | 15,620 | 2.24 | 3.41 | 3.62 |
| Peugeot | UG FP | 24.82 | 905 | 22,458 | 7,309 | 13,503 | NA | -6,194 | 763 | NA | -6,019 | 2,171 | 13,179 | 65,094 | 77,047 | 79,206 | NA | 6,644 | 8,465 | 9,470 | 2.06 | 3.01 | 3.59 |
| Renault | RNO FP | 71.90 | 296 | 21,262 | 10,060 | 12,988 | NA | -2,928 | 1,584 | NA | -22,880 | -2,668 | | 56,257 | 55,148 | 56,836 | NA | 5,070 | 5,868 | 6,241 | 18.64 | 16.88 | 17.86 |
| VW | VOW3 GY | 143.98 | 501 | 72,176 | 6,251 | 28,629 | NA | -22,378 | 32,666 | NA | -41,912 | 229 | 40,781 | 196,949 | 206,374 | 214,647 | NA | 26,093 | 30,414 | 32,824 | 23.43 | 26.50 | 29.15 |
| Honda | 7267 JP | 3,272 | 1,793 | 5,867 | 480 | 1,926 | NA | -1,446 | NA | NA | NA | NA | 4,421 | 14,930 | 15,565 | 15,874 | NA | 1,202 | 1,278 | 1,367 | 329 | 344 | 365 |
| Nissan | 7201 JP | 1,030 | 3,911 | 4,029 | -525 | 981 | NA | -1,506 | NA | NA | NA | NA | 2,523 | 12,001 | 12,374 | 12,636 | NA | 1,100 | 1,149 | 1,211 | 156 | 162 | 174 |
| Toyota | 7203 JP | 6,805 | 2,995 | 20,379 | 1,457 | 3,697 | NA | -2,240 | NA | NA | NA | NA | 18,139 | 28,541 | 29,468 | 29,874 | NA | 3,012 | 3,134 | 3,242 | 640 | 635 | 641 |

| Company | Ticker | Rating | Latest Price | Dec-18 Target | Upside/ Downside | Gross Debt/EBITDA 2017 | 2018 | 2019 | Net Debt/EBITDA 2017 | 2018 | 2019 | EBITDA Margin 2017 | 2018 | 2019 | EV/Sales 2017 | 2018 | 2019 | EV/EBITDAP NTM | 2017 | 2018 | 2019 | P/E 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **_Global OEMs (in local FX)_** | | | | | | | | | | | | | | | | | | | | | | | | | |
| GM | GM US | OW | 36.16 | 54.00 | 49% | 0.9x | 1.2x | 1.1x | 0.3x | 0.4x | 0.4x | 11.3% | 9.3% | 10.1% | 32% | 32% | 32% | 3.2x | 3.2x | 3.8x | 3.3x | 5.5x | 5.9x | 5.4x |
| Ford | F US | OW | 9.46 | 14.00 | 48% | 1.4x | 1.5x | 1.3x | -0.2x | -0.3x | -0.2x | 8.4% | 7.3% | 8.7% | 14% | 14% | 14% | 2.0x | 1.8x | 2.0x | 1.7x | 5.3x | 7.0x | 6.1x |
| Ferrari | RACE US | N | 122.00 | 114.00 | -7% | 1.0x | 0.9x | 0.9x | 0.4x | 0.4x | 0.3x | 30.3% | 32.2% | 32.9% | 603% | 590% | 562% | 18.7x | 19.9x | 18.3x | 17.1x | 43.2x | 38.5x | 36.7x |
| Tesla | TSLA US | UW | 356.41 | 308.00 | -14% | 22.4x | 14.9x | 4.7x | 14.9x | 9.9x | 3.1x | 4.0% | 4.0% | 10.4% | 517% | 347% | 282% | 96.1x | 144.1x | 96.1x | NA | NA | NA | NA |
| **US Avg. (ex-TSLA, Ferrari)** | | | | | 49% | 1.2x | 1.4x | 1.2x | 0.0x | 0.1x | 0.1x | 9.8% | 8.3% | 9.4% | 23% | 23% | 23% | 2.6x | 2.5x | 2.9x | 2.5x | 5.4x | 6.5x | 5.7x |
| BMW | BMW GY | N | 83.29 | 90.00 | 8% | -0.1x | -0.1x | -0.1x | -1.5x | -1.8x | -1.7x | 21.0% | 18.1% | 17.7% | 46% | 46% | 43% | NA | 2.2x | 2.5x | 2.5x | 4.9x | 7.0x | 6.8x |
| Daimler | DAI GY | OW | 57.23 | 85.00 | 49% | -0.1x | -0.1x | -0.1x | -1.1x | -1.1x | -1.0x | 13.0% | 13.0% | 13.0% | 26% | 24% | 24% | NA | 2.0x | 1.9x | 1.8x | 7.9x | 5.8x | 5.6x |
| Fiat Chrysler | FCA IM | OW | 14.07 | 19.00 | 35% | 1.5x | 1.3x | 1.3x | 0.2x | 0.2x | 0.2x | 12.2% | 13.2% | 13.1% | 38% | 36% | 35% | NA | 3.1x | 2.7x | 2.7x | 6.3x | 4.1x | 3.9x |
| Peugeot | UG FP | OW | 24.82 | 35.00 | 41% | 1.1x | 0.9x | 0.8x | -0.9x | -0.7x | -0.7x | 10.2% | 11.0% | 12.0% | 20% | 17% | 17% | NA | 2.0x | 1.6x | 1.4x | 12.1x | 8.2x | 6.9x |
| Renault | RNO FP | OW | 71.90 | 98.00 | 36% | 2.0x | 1.7x | 1.6x | -0.6x | -0.5x | -0.5x | 9.0% | 10.6% | 11.0% | -5% | -5% | -5% | NA | -0.5x | -0.5x | -0.4x | 3.9x | 4.3x | 4.0x |
| VW | VOW3 GY | OW | 143.98 | 217.00 | 51% | 0.2x | 0.2x | 0.2x | -0.9x | -0.7x | -0.7x | 13.2% | 14.7% | 15.3% | 21% | 20% | 19% | NA | 1.6x | 1.3x | 1.2x | 6.1x | 5.4x | 4.9x |
| **European Avg.** | | | | | 37% | 0.8x | 0.6x | 0.6x | -0.8x | -0.8x | -0.7x | 13.1% | 13.5% | 13.7% | 24% | 23% | 22% | NA | 1.7x | 1.6x | 1.5x | 6.9x | 5.8x | 5.4x |
| Honda | 7267 JP | OW | 3,272 | 4,500 | 38% | 0.4x | 0.4x | 0.4x | -1.2x | -1.1x | -1.1x | 8.1% | 8.2% | 8.6% | 30% | 28% | 28% | NA | 3.7x | 3.5x | 3.2x | 9.9x | 9.5x | 9.0x |
| Nissan | 7201 JP | N | 1,030 | 1,050 | 2% | -0.5x | -0.5x | -0.4x | -1.4x | -1.3x | -1.2x | 9.2% | 9.3% | 9.6% | 21% | 20% | 20% | NA | 2.3x | 2.2x | 2.1x | 6.6x | 6.3x | 5.9x |
| Toyota | 7203 JP | N | 6,805 | 7,800 | 15% | 0.5x | 0.5x | 0.4x | -0.7x | -0.7x | -0.7x | 10.6% | 10.6% | 10.9% | 64% | 62% | 61% | NA | 6.0x | 5.6x | 5.6x | 10.6x | 10.9x | 10.6x |
| **Japan Avg.** | | | | | 18% | 0.1x | 0.1x | 0.1x | -1.1x | -1.1x | -1.0x | 9.3% | 9.4% | 9.7% | 38% | 37% | 36% | NA | 4.0x | 3.8x | 3.6x | 9.1x | 8.9x | 8.5x |
| **Global OEM Avg.** | | | | | | 0.6x | 0.6x | 0.5x | -0.8x | -0.8x | -0.7x | 11.4% | 11.2% | 11.7% | 27% | 26% | 25% | 2.6x | 2.4x | 2.4x | 2.2x | 7.3x | 7.0x | 6.5x |

Source: Company reports, Bloomberg and J.P. Morgan estimates. Sales, EBITDA, EPS, Debt and Cash presented in local currency. All data are represented on a calendarized basis. Notes: Prices for non-US companies based off last trading day.
a) **RACE** Market Cap is stated in USD; but all other RACE metrics are in Euros
b) **GM** and **F** are presented on EV/EBITDAPO basis. EV includes post-tax pension and OPEB benefits;
c) **Honda, Nissan, Toyota**: JPM Asia Auto estimates. No minimum cash assumption in valuation. EV/EBITDAP column represents EV/EBITDA valuation.
d) **BMW, Peugeot, Renault,** and **VW**: JPM European Auto estimates. Pension underfunding is not tax effected. No Mimimum cash assumption in valuation. EV/EBITDAP column represents EV/EBITDA valuation.
e) Pension nos for the companies are the last reported nos from annual reports. Pension expense added in EBITDA to calculate EV/EBITDAP ratio for all the companies.
f) OW=Overweight, N=Neutral, UW=Underweight, NR=Not Rated, NC=Not Covered.

J.P.Morgan

# Auto Parts Supplier Valuation Comps

| Company | Ticker | Latest Price | Basic Shares | Market Cap | Latest Debt | Latest Cash | Net Debt | Post-Tax Pension | Equity Stakes | NCI | EV | Sales 2017 | Sales 2018 | Sales 2019 | EBITDA NTM | EBITDA 2017 | EBITDA 2018 | EBITDA 2019 | EPS 2017 | EPS 2018 | EPS 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US Suppliers** | | | | | | | | | | | | | | | | | | | | | |
| Adient | ADNT | 42.45 | 93 | 3,964 | 3,676 | 353 | 3,323 | 109 | 0 | 834 | 8,230 | 16,412 | 17,600 | 17,655 | 959 | 1,507 | 1,284 | 1,476 | 8.42 | 6.06 | 8.13 |
| American Axle | AXL | 16.24 | 112 | 1,814 | 3,906 | 353 | 3,553 | 75 | 0 | 0 | 5,442 | 6,266 | 7,237 | 7,185 | 1,250 | 1,103 | 1,287 | 1,254 | 3.74 | 4.10 | 3.80 |
| Aptiv | APTV | 92.77 | 265 | 24,560 | 4,089 | 971 | 3,118 | 352 | -277 | 487 | 28,240 | 16,383 | 14,364 | 15,481 | 2,516 | 2,210 | 2,398 | 2,627 | NA | 5.34 | 6.00 |
| Autoliv | ALV | 94.14 | 87 | 8,203 | 2,284 | 508 | 1,776 | 208 | -508 | -300 | 9,379 | 8,137 | 9,038 | 9,592 | 1,376 | 1,197 | 1,337 | 1,490 | 6.91 | 8.08 | 9.10 |
| Borg Warner | BWA | 43.91 | 209 | 9,171 | 2,173 | 362 | 1,811 | 122 | -515 | 464 | 11,053 | 9,799 | 10,733 | 11,560 | 1,884 | 1,627 | 1,790 | 1,970 | 3.89 | 4.51 | 4.86 |
| Dana Inc | DAN | 19.51 | 147 | 2,866 | 1,809 | 376 | 1,433 | 340 | -180 | 240 | 4,699 | 7,209 | 8,050 | 8,293 | 1,009 | 835 | 978 | 1,041 | 2.52 | 2.95 | 3.30 |
| Gentex | GNTX | 23.26 | 269 | 6,255 | 23 | 609 | -586 | 0 | 0 | 0 | 5,669 | 1,795 | 1,905 | 2,046 | 678 | 623 | 654 | 693 | 1.41 | 1.72 | 1.90 |
| Gentherm | THRM | 45.80 | 36 | 1,670 | 113 | 65 | 48 | 3 | 0 | 0 | 1,720 | 986 | 1,063 | 1,127 | 161 | 147 | 151 | 170 | 1.42 | 2.10 | 2.60 |
| Lear Corp | LEA | 170.86 | 66 | 11,193 | 1,960 | 1,328 | 632 | 137 | -395 | 892 | 12,459 | 20,407 | 21,852 | 21,678 | 2,247 | 2,147 | 2,284 | 2,300 | 17.01 | 18.90 | 20.41 |
| Magna | MGA | 53.09 | 347 | 18,404 | 3,596 | 885 | 2,711 | 424 | -3,640 | 550 | 18,449 | 36,695 | 42,552 | 45,014 | 4,564 | 4,020 | 4,516 | 4,643 | 6.25 | 7.04 | 7.80 |
| Meritor Inc. | MTOR | 21.22 | 86 | 1,835 | 776 | 350 | 426 | 172 | -305 | 18 | 2,145 | 3,551 | 4,255 | 4,344 | 480 | 339 | 467 | 480 | 2.23 | 3.16 | 3.49 |
| Tenneco | TEN | 42.69 | 51 | 2,195 | 1,459 | 103 | 1,356 | 97 | 0 | 768 | 4,416 | 9,274 | 10,063 | 10,688 | 918 | 868 | 883 | 958 | 6.89 | 7.00 | 8.00 |
| Tower | TOWR | 32.80 | 21 | 676 | 373 | 72 | 301 | 40 | 0 | 0 | 1,017 | 1,988 | 2,174 | 2,269 | 238 | 210 | 229 | 242 | 3.76 | 4.08 | 4.67 |
| Visteon | VC | 114.46 | 29 | 3,361 | 378 | 502 | -124 | 289 | 0 | 160 | 3,686 | 3,146 | 3,135 | 3,241 | 370 | 370 | 374 | 413 | 6.16 | 6.95 | 8.05 |
| **Europe Suppliers (in EUR)** | | | | | | | | | | | | | | | | | | | | | |
| Brembo | BRE IM | 11.31 | 334 | 3,777 | 526 | 263 | 263 | 12 | NA | 41 | 4,092 | 2,447 | 2,645 | 2,816 | NA | 479 | 515 | 552 | 0.84 | 0.84 | 0.91 |
| Continental | CON GR | 187.55 | 200 | 37,511 | 4,090 | 2,480 | 1,610 | 4,103 | -415 | 462 | 43,271 | 44,436 | 46,254 | 49,131 | NA | 7,026 | 7,094 | 7,660 | 15.95 | 16.26 | 17.95 |
| Faurecia | EO FP | 54.66 | 138 | 7,545 | 2,022 | 1,563 | 459 | 365 | -151 | 275 | 8,493 | 16,857 | 17,939 | 18,936 | NA | 1,855 | 2,010 | 2,164 | 4.36 | 5.32 | 5.97 |
| Valeo | FR FP | 41.37 | 240 | 9,939 | 3,542 | 1,772 | 1,770 | 906 | -459 | 649 | 12,805 | 19,108 | 19,836 | 21,759 | NA | 2,556 | 2,595 | 3,071 | 3.72 | 4.17 | 5.09 |

| Company | Ticker | Rating | Latest Price | Dec-18 Target | Upside / Downside | Gross Debt/EBITDA 2017 | 2018 | 2019 | EBITDA Margin 2017 | 2018 | 2019 | FCF Yield 2017 | 2018 | 2019 | EV / EBITDAP NTM | 2017 | 2018 | 2019 | P/E 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US Suppliers** | | | | | | | | | | | | | | | | | | | | | |
| Adient | ADNT | UW | 42.45 | 47.00 | 11% | 2.4x | 2.9x | 2.5x | 6.7% | 5.1% | 6.0% | 3% | 10% | 9% | 5.4x | 4.2x | 6.0x | 4.8x | 5.0x | 7.0x | 5.2x |
| American Axle | AXL | OW | 16.24 | 25.00 | 54% | 3.5x | 3.0x | 3.1x | 17.6% | 17.8% | 17.5% | 9% | 11% | 16% | 4.4x | 5.0x | 4.3x | 4.4x | 4.3x | 4.0x | 4.3x |
| Aptiv | APTV | N | 92.77 | 108.00 | 16% | 1.9x | 1.7x | 1.6x | 13.5% | 16.7% | 17.0% | NA | 3% | 4% | 11.1x | 12.7x | 11.7x | 10.7x | NA | 17.4x | 15.5x |
| Autoliv | ALV | N | 94.14 | 106.00 | 13% | 1.9x | 1.7x | 1.5x | 14.7% | 14.8% | 15.5% | 5% | 2% | 7% | 6.8x | 7.8x | 7.0x | 6.3x | 13.6x | 11.6x | 10.3x |
| Borg Warner | BWA | OW | 43.91 | 64.00 | 46% | 1.3x | 1.2x | 1.1x | 16.6% | 16.7% | 17.0% | 7% | 5% | 7% | 5.9x | 6.8x | 6.2x | 5.6x | 11.3x | 9.7x | 9.0x |
| Dana Inc | DAN | N | 19.51 | 24.00 | 23% | 2.2x | 1.8x | 1.7x | 11.6% | 12.2% | 12.6% | 6% | 10% | 11% | 4.7x | 5.7x | 4.8x | 4.5x | 7.7x | 6.6x | 5.9x |
| Gentex | GNTX | N | 23.26 | 25.00 | 7% | 0.0x | 0.0x | 0.0x | 34.7% | 34.3% | 33.9% | 6% | 8% | 7% | 8.4x | 9.1x | 8.7x | 8.2x | 16.5x | 13.5x | 12.2x |
| Gentherm | THRM | OW | 45.80 | 50.00 | 9% | 0.8x | 0.7x | 0.7x | 15.0% | 14.2% | 15.1% | 5% | 3% | 3% | 10.7x | 11.7x | 11.4x | 10.1x | 32.2x | 21.9x | 17.6x |
| Lear Corp | LEA | N | 170.86 | 198.00 | 16% | 0.9x | 0.9x | 0.9x | 10.5% | 10.5% | 10.6% | 11% | 10% | 11% | 5.5x | 5.7x | 5.4x | 5.4x | 10.0x | 9.0x | 8.4x |
| Magna | MGA | OW | 53.09 | 74.00 | 39% | 0.8x | 0.8x | 0.8x | 11.0% | 10.6% | 10.3% | 8% | 11% | 11% | 4.0x | 4.6x | 4.1x | 4.0x | 8.5x | 7.5x | 6.8x |
| Meritor Inc. | MTOR | N | 21.22 | 24.00 | 13% | 2.3x | 1.7x | 1.6x | 9.5% | 11.0% | 11.1% | 7% | 4% | 8% | 4.6x | 6.6x | 4.7x | 4.6x | 9.5x | 6.7x | 6.1x |
| Tenneco | TEN | NC | 42.69 | NA | NA | 1.7x | 1.7x | 1.5x | 9.4% | 8.8% | 9.0% | 11% | 2% | 10% | 4.8x | 5.1x | 5.0x | 4.6x | 6.2x | 6.1x | 5.3x |
| Tower | TOWR | OW | 32.80 | 33.00 | 1% | 1.8x | 1.6x | 1.5x | 10.5% | 10.5% | 10.7% | 9% | 8% | 11% | 4.3x | 4.8x | 4.4x | 4.2x | 8.7x | 8.0x | 7.0x |
| Visteon | VC | N | 114.46 | 124.00 | 8% | 1.0x | 1.0x | 0.9x | 11.8% | 11.9% | 12.8% | 4% | 4% | 6% | 10.0x | 10.0x | 9.9x | 8.9x | 18.6x | 16.5x | 14.2x |
| **US Avg.** | **Average** | | | | **20%** | **1.6x** | **1.5x** | **1.4x** | **13.8%** | **13.9%** | **14.2%** | **7%** | **7%** | **9%** | **6.5x** | **7.1x** | **6.7x** | **6.2x** | **11.7x** | **10.4x** | **9.1x** |
| **Europe Suppliers (in EUR)** | | | | | | | | | | | | | | | | | | | | | |
| Brembo | BRE IM | NC | 11.31 | NA | NA | 1.1x | 1.0x | 1.0x | 19.6% | 19.5% | 19.6% | 4% | 4% | 5% | NA | 8.5x | 7.9x | 7.4x | 13.4x | 13.5x | 12.5x |
| Continental | CON GR | OW | 187.55 | 240.00 | 28% | 0.6x | 0.6x | 0.5x | 15.8% | 15.3% | 15.6% | 5% | 6% | 0% | NA | 6.2x | 6.1x | 5.6x | 11.8x | 11.5x | 10.5x |
| Faurecia | EO FP | OW | 54.66 | 93.00 | 70% | 1.1x | 1.0x | 0.9x | 11.0% | 11.2% | 11.4% | 5% | 5% | 0% | NA | 4.6x | 4.2x | 3.9x | 12.5x | 10.3x | 9.2x |
| Valeo | FR FP | OW | 41.37 | 67.00 | 62% | 1.4x | 1.4x | 1.2x | 13.4% | 13.1% | 14.1% | -7% | 3% | 0% | NA | 5.0x | 4.9x | 4.2x | 11.1x | 9.9x | 8.1x |
| **Europe Avg.** | | | | | **53%** | | | | **14.9%** | **14.8%** | **15.2%** | **2%** | **5%** | **1%** | | **6.1x** | **5.8x** | **5.3x** | **12.2x** | **11.3x** | **10.1x** |
| **US & Europe Avg.** | | | | | **26%** | **1.5x** | **1.4x** | **1.3x** | **14.0%** | **14.1%** | **14.4%** | **5%** | **6%** | **7%** | **6.5x** | **6.9x** | **6.5x** | **6.0x** | **11.8x** | **10.6x** | **9.3x** |

Source: Company reports, Bloomberg and J.P. Morgan estimates. All data are represented on a calendarized basis.
a) **Equity stakes and non-controlling interests** are valued separately, using a 10x multiple. EBITDA estimates don't include equity income or non-controlling interest expense.
b) **MBLY and ST** valuation multiples are excluded in average supplier multiple calculation.
c) **Continental, Faurecia, GKN, and Valeo**: J.P. Morgan European Autos and Capital Goods Team estimates. Pension underfunding is not tax effected. EV/EBITDAP column represents EV/EBITDAP valuation.
d) **VC** – Pension underfunding used in EV not adjusted for tax.
e) OW=Overweight, N=Neutral, UW=Underweight, NR=Not Rated, NC=Not Covered.

J.P.Morgan

CONFIDENTIAL

JPMS_00002965

# Auto Auction Valuation Comps

| Company | Company Type | Ticker | Latest Price | Basic Shares | Market Cap | Latest Debt | Latest Cash | Net Debt | Equity Stakes | NCI | EV | Sales 2017 | Sales 2018 | Sales 2019 | EBITDA NTM | EBITDA 2017 | EBITDA 2018 | EBITDA 2019 | EBIT 2017 | EBIT 2018 | EBIT 2019 | EPS 2017 | EPS 2018 | EPS 2019 | FCF 2017 | FCF 2018 | FCF 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US Auto Auction** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KAR Auction Services | Auto Auction | KAR | 61.29 | 134 | 8,231 | 2,681 | 337 | 2,345 | 0 | 0 | 10,575 | 3,458 | 3,673 | 3,870 | 921 | 838 | 897 | 976 | 566 | 621 | 683 | 2.48 | 3.02 | 3.30 | 443 | 484 | 531 |
| Copart Inc. | Auto Auction | CPRT | 59.30 | 232 | 13,774 | 400 | 204 | 196 | 0 | 0 | 13,970 | 1,631 | 1,822 | 1,932 | 712 | 603 | 700 | 749 | 542 | 633 | 680 | 1.51 | 1.94 | 2.15 | 336 | 347 | 429 |
| **US Auto Auction Related** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CarMax | Auto Retail / Auction | KMX | 72.39 | 177 | 12,781 | 301 | 28 | 273 | NA | 0 | 13,055 | 15,781 | 17,200 | 18,204 | NA | 1,222 | 1,341 | 1,345 | 1,067 | 1,161 | 1,151 | 3.28 | 3.84 | 4.60 | 102 | 158 | -202 |
| LKQ Corp. | Auto Recycler | LKQ | 33.18 | 318 | 10,554 | 4,439 | 345 | 4,093 | 0 | 0 | 14,647 | 9,737 | 11,978 | 13,040 | 1,387 | 1,116 | 1,279 | 1,447 | 122 | 144 | 0 | 1.88 | 2.31 | 2.66 | 340 | 410 | 689 |
| Ritchie Bros. | Industrial Auction | RBA | 37.72 | 108 | 4,082 | 820 | 268 | 552 | NA | 0 | 4,634 | 600 | 1,121 | 1,201 | NA | 184 | 256 | 287 | 132 | 198 | 222 | 0.79 | 1.11 | 1.36 | 69 | 157 | 202 |

| Company | Company Type | Ticker | Rating | Latest Price | Dec-18 Target | Upside / Downside | Gross Debt/EBITDA 2017 | 2018 | 2019 | EBITDA Margin 2017 | 2018 | 2019 | EV / Sales 2017 | 2018 | 2019 | EV / EBITDA NTM | 2017 | 2018 | 2019 | P / E 2017 | 2018 | 2019 | Relative P / E 2017 | 2018 | 2019 | FCF Yield 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US Auto Auction** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KAR Auction Services | Auto Auction | KAR | OW | 61.29 | 63.00 | 3% | 3.2x | 3.0x | 2.7x | 24.2% | 24.4% | 25.2% | 306% | 288% | 273% | 11.5x | 12.6x | 11.8x | 10.8x | 24.7x | 20.3x | 18.6x | 156% | 141% | 129% | 5% | 6% | 6% |
| Copart Inc. | Auto Auction | CPRT | N | 59.30 | 48.00 | -19% | 0.7x | 0.6x | 0.5x | 37.0% | 38.4% | 38.8% | 857% | 767% | 723% | 19.6x | 23.2x | 20.0x | 18.6x | 39.3x | 30.6x | 27.6x | 248% | 213% | 192% | 2% | 3% | 3% |
| **US Auto Auction Avg.** | | | | | | -8% | 1.9x | 1.8x | 1.6x | 30.6% | 31.4% | 32.0% | 581% | 527% | 498% | 15.5x | 17.9x | 15.9x | 14.7x | 32.0x | 25.5x | 23.1x | 202% | 177% | 160% | 4% | 4% | 5% |
| **US Auto Auction Related** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CarMax | Auto Retail / Auction | KMX | NC | 72.39 | NA | NA | 0.2x | 0.2x | 0.2x | 7.7% | 7.8% | 7.4% | 83% | 76% | 72% | NA | 10.7x | 9.7x | 9.7x | 22.1x | 18.8x | 15.8x | 139% | 131% | 109% | 1% | 1% | -2% |
| LKQ Corp. | Auto Recycler | LKQ | OW | 33.18 | 44.00 | 33% | 4.0x | 3.5x | 3.1x | 11.5% | 10.7% | 11.1% | 150% | 122% | 112% | 10.6x | 13.1x | 11.5x | 10.1x | 17.7x | 14.4x | 12.5x | 112% | 100% | 86% | 3% | 4% | 7% |
| Ritchie Bros. | Industrial Auction | RBA | NC | 37.72 | NA | NA | 4.5x | 3.2x | 2.9x | 30.7% | 22.8% | 23.9% | 772% | 413% | 386% | NA | 25.2x | 18.1x | 16.1x | 47.9x | 33.9x | 27.7x | 302% | 235% | 192% | 2% | 4% | 5% |
| **US Auto Auction Related Avg.** | | | | | | | 2.9x | 2.3x | 2.0x | 16.6% | 13.8% | 14.1% | 335% | 204% | 190% | NA | 16.3x | 13.1x | 12.0x | 29.2x | 22.4x | 18.6x | 184% | 155% | 129% | 2% | 3% | 3% |
| **US Auto Auction Related Avg.** | | | | | | | 2.5x | 2.1x | 1.9x | 22.2% | 20.8% | 21.3% | 434% | 333% | 313% | NA | 17.0x | 14.2x | 13.1x | 30.3x | 23.6x | 20.4x | 191% | 164% | 142% | 3% | 3% | 4% |

J.P.Morgan

CONFIDENTIAL

JPMS_00002966

# Tire Manufacturers Valuation Comps

| | Ticker | Latest Price | Basic Shares | Market Cap | Latest Debt | Latest Cash | Net Debt | Post-Tax Pension | Equity Stakes | NCI | EV | Sales | | | EBITDA | | | | EPS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 2017 | 2018 | 2019 | NTM | 2017 | 2018 | 2019 | 2017 | 2018 | 2019 |
| **US Tires** | | | | | | | | | | | | | | | | | | | | | |
| Cooper Tire | CTB | 28.95 | 50 | 1,449 | 344 | 186 | 158 | 320 | 0 | 38 | 1,965 | 2,855 | 2,911 | 3,047 | 380 | 412 | 315 | 390 | 3.10 | 1.50 | 2.80 |
| Goodyear Tire | GT | 23.55 | 237 | 5,582 | 6,347 | 975 | 5,372 | 704 | 0 | 280 | 11,937 | 15,400 | 15,652 | 15,904 | 2,462 | 2,195 | 2,158 | 2,578 | 3.11 | 2.92 | 4.15 |
| **European Tires** | | | | | | | | | | | | | | | | | | | | | |
| Continental | CON GR | 187.6 | 200 | 37,511 | 4,090 | 2,480 | 1,610 | 4,103 | -415 | 462 | 43,271 | 44,436 | 46,254 | 49,131 | NA | 7,026 | 7,094 | 7,660 | 15.95 | 16.26 | 17.95 |
| Michelin | ML FP | 110.5 | 179 | 19,777 | 2,859 | 2,058 | 801 | 3,969 | -356 | 35 | 24,226 | 21,960 | 21,424 | NA | NA | 4,087 | 4,046 | NA | 9.40 | 9.37 | NA |
| **Japanese** | | | | | | | | | | | | | | | | | | | | | |
| Bridgestone | 5108 JT | 4,135.0 | 762 | 3,149 | 436 | 581 | -145 | NA | NA | NA | 3,004 | 3,643 | 3,735 | 3,861 | NA | 631 | 649 | 680 | 389 | 401 | 425 |
| Toyo | 5105 JT | 1,695.0 | 127 | 216 | 138 | 33 | 104 | NA | NA | NA | 320 | 402 | 400 | 420 | NA | 77 | 73 | 81 | 172 | 212 | 250 |
| Yokohama | 5101 JT | 2,296.0 | 170 | 389 | 172 | 36 | 136 | NA | NA | NA | 526 | 661 | 671 | 691 | NA | 87 | 98 | 103 | 204 | 261 | 275 |
| **Other Asian** | | | | | | | | | | | | | | | | | | | | | |
| Apollo | Apty IN | 261.6 | 572 | 149,620 | 9,888 | 6,447 | 3,441 | NA | NA | NA | 153,061 | 131,991 | 148,229 | 175,260 | NA | 18,852 | 16,564 | 22,692 | 22 | 13 | 19 |
| Hankook | 161390 KS | 45,250.0 | 124 | 5,605 | 2,420 | 601 | 1,819 | NA | NA | NA | 7,425 | 6,869 | 7,421 | 7,908 | NA | 1,512 | 1,740 | 1,834 | 5,990 | 7,599 | 8,362 |

| Company | Ticker | Rating | Latest Price | Dec-18 Target | Upside / Downside | Gross Debt/EBITDA | | | EBITDA Margin | | | EV/Sales | | | EV / EBITDAP | | | | P/E | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2017 | 2018 | 2019 | 2017 | 2018 | 2019 | 2017 | 2018 | 2019 | NTM | 2017 | 2018 | 2019 | 2017 | 2018 | 2019 |
| **US Tires** | | | | | | | | | | | | | | | | | | | | | |
| Cooper Tire | CTB | OW | 28.95 | 33.00 | 14% | 0.8x | 1.1x | 0.9x | 14.4% | 10.8% | 12.8% | 69% | 68% | 65% | 5.2x | 4.8x | 6.2x | 5.0x | 9.3x | 19.3x | 10.3x |
| Goodyear Tire | GT | OW | 23.55 | 33.00 | 40% | 2.9x | 2.9x | 2.5x | 14.3% | 13.8% | 16.2% | 78% | 76% | 75% | 4.8x | 5.4x | 5.5x | 4.6x | 7.6x | 8.1x | 5.7x |
| **European Tires** | | | | | | | | | | | | | | | | | | | | | |
| Continental | CON GR | OW | 187.6 | 240.0 | 28% | 0.6x | 0.6x | 0.5x | 15.8% | 15.3% | 15.6% | 97% | 94% | 88% | NA | 6.2x | 6.1x | 5.6x | 11.8x | 11.5x | 10.5x |
| Michelin | ML FP | OW | 110.5 | 130.0 | 18% | 0.7x | 0.7x | NA | 18.6% | 18.9% | NA | 110% | 113% | NA | NA | 5.9x | 6.0x | NA | 11.8x | 11.8x | NA |
| **Japanese** | | | | | | | | | | | | | | | | | | | | | |
| Bridgestone | 5108 JT | N | 4,135.0 | 4,300.0 | 4% | 0.7x | 0.7x | 0.6x | 17.3% | 17.4% | 17.6% | 82% | 80% | 78% | NA | 4.8x | 4.6x | 4.4x | 10.6x | 10.3x | 9.7x |
| Toyo | 5105 JT | OW | 1,695.0 | 2,350.00 | 39% | 1.8x | 1.9x | 1.7x | 19.1% | 18.3% | 19.3% | 80% | 80% | 76% | NA | 4.2x | 4.4x | 4.0x | 9.8x | 8.0x | 6.8x |
| Yokohama | 5101 JT | NC | 2,296.0 | NA | NA | 2.0x | 1.8x | 1.7x | 13.1% | 14.5% | 14.9% | 80% | 78% | 76% | NA | 6.1x | 5.4x | 5.1x | 11.2x | 8.8x | 8.3x |
| **Other Asian** | | | | | | | | | | | | | | | | | | | | | |
| Apollo | Apty IN | NC | 261.6 | NA | NA | 0.5x | 0.6x | 0.4x | 14.3% | 11.2% | 12.9% | 116% | 103% | 87% | NA | 8.1x | 9.2x | 6.7x | 12.1x | 19.8x | 13.9x |
| Hankook | 161390 KS | OW | 45,250.0 | 65,000.0 | 44% | 1.6x | 1.4x | 1.3x | 22.0% | 23.4% | 23.2% | 108% | 100% | 94% | NA | 4.9x | 4.3x | 4.0x | 7.6x | 6.0x | 5.4x |

Source: Company reports, Bloomberg and J.P. Morgan estimates. Notes: All data are represented on a calendarized basis. OW=Overweight, N=Neutral, UW=Underweight, NR=Not Rated, NC=Not Covered. Note: Bridgestone, Sumitomo, Toyo Rubber, Yokohama and Apollo estimates are sourced from Bloomberg.

J.P.Morgan

CONFIDENTIAL

JPMS_00002967

# Disclosures

**Disclosures**

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

**Important Disclosures**

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**J.P. Morgan Equity Research Ratings Distribution, as of January 02, 2018**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 45% | 43% | 12% |
| IB clients* | 53% | 50% | 35% |
| JPMS Equity Research Coverage | 44% | 46% | 10% |
| IB clients* | 70% | 66% | 54% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

J.P.Morgan

CONFIDENTIAL

JPMS_00002968

# Disclosures

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Other Disclosures**

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Legal Entities Disclosures**

**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 202/03/2017 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 059/09/2017], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional

J.P.Morgan

CONFIDENTIAL

JPMS_00002969

# Disclosures

investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**

**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia**: This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong**: The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea**: This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore**: As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: This material is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India**: For private circulation only, not for sale. **Pakistan**: For private circulation only, not for sale. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada**: The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai**: This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

J.P.Morgan

CONFIDENTIAL

JPMS_00002970

# Disclosures

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised January 01, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

J.P.Morgan

CONFIDENTIAL

JPMS_00002971

# EXHIBIT 22

| | |
|---|---|
| **From:** | Brinkman, Ryan J <ryan.j.brinkman@jpmorgan.com> |
| **To:** | EQR - Approval Request <EQR_-_Approval_Request@jpmorgan.com> |
| **CC:** | EQR - Brinkman <eqr___brinkman@restricted.chase.com> |
| **Sent:** | 8/20/2018 6:03:29 AM |
| **Subject:** | Request to reduce Tesla (TSLA) price target by more than -20% (i.e., by -37%) |

Hi – We would like to request permission to reduce our price target on Tesla (TSLA) shares by -37%.  On August 8, we increased our price target from $195 (which is what we value the firm on fundamentals alone) to $308, which was based upon weighting our unchanged fundamentals-based analysis 50% but newly incorporating a 50% weighting to a going private transaction valuing TSLA shares at $420, for which the funding was then said to have been secured.  As we explain in the note below, subsequent events (including updated statements from the company and its CEO) have revealed that, in fact, there was not funding secured for such a transaction, nor was there any specific formally proposed transaction to fund (charitably interpreted, there was a misunderstanding on Tesla CEO Elon Musk's part that the Saudi sovereign wealth fund was ready to fund such a transaction, although it has since been clarified through subsequent discussion between Mr. Musk and the fund that the fund has not made any decision and did not commit to any offer).  As such, we feel it is appropriate to take away the 50% weighting we briefly assigned to a $420 going private transaction.  This would bring our price target -37% back down to the $195 where it stood prior to our recent increase.

The text of the note is below:


**Tesla, Inc.**
**Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195**

We are reverting to valuing Tesla shares on the basis of fundamentals alone, which entails a $113 reduction in our price target back to the $195 level where it stood prior to our August 8 note in which we newly weighted 50% in our valuation analysis a go-private scenario for which funding was at that time said to have been secured to take the company private at $420 per share (see related research, *"Tesla, Inc: Raise PT to Reflect Possible Go-Private Offer, But Remain Underweight on Chance Shares Could Again Trade on Fundamentals"*). In reference to statements on Twitter on August 7 by Tesla CEO Elon Musk that "funding has been secured", we wrote in our August 8 note, "As surprising to us as these developments are, and as lacking as the statements are in any details regarding whom is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." We also stated, "Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through."

·    **Our interpretation of subsequent events leads us to believe that funding was not secured for a going private transaction, nor was there any formal proposal.** On August 13, Mr. Musk posted a statement to Tesla's website in which he explained that the comment relative to funding being secured was based upon a July 31 meeting with the Saudi Arabian sovereign wealth fund in which its representative expressed support for funding a transaction to go private. However, it was also stated, "Following the August 7 announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements." We had imagined following the surprise August 7 announcement that another party (e.g., the Saudi fund) had already firmly decided (including having completed any internal review process) to fund a going private transaction. The revelation the Saudi fund is subsequently asking Tesla for details of how the company would be taken private suggests to us that any deal is potentially

CONFIDENTIAL

**Exhibit 22**

far from even being formally proposed, which is different from our understanding on August 8 which was based on Mr. Musk's statement on Twitter that, "Only reason why this is not certain is that it's contingent on a shareholder vote".

**Tesla does appear to be exploring a going private transaction, but we now believe that such a process appears much less developed than we had earlier presumed (more along the lines of high level intention), suggesting formal incorporation into our valuation analysis seems premature at this time.** Mr. Musk has announced the hiring of financial and legal advisors in support of exploring a going private transaction (this appears to have been done after the August 7 announcement), and has stated conversations with the Saudi fund continue and also that he is having discussions with a number of other investors. Tesla's Board of Directors has also announced a special committee comprised of three independent directors to evaluate any transaction (the Board stated it has not yet received a formal proposal). This to us suggests a going private transaction is clearly possible, which could potentially provide upside risk to the shares, but that such a process appears much less developed than we had earlier presumed. When Mr. Musk tweeted on August 7 that, "Only reason why this is not certain is that it's contingent on a shareholder vote," we had presumed that a formal proposal had been received from another party, that funding had been secured for that formal proposal, and that the Board was at least informally supportive of the formal proposal. Given our updated interpretation that none of these three presumptions are currently the case, we feel it is appropriate at this time to remove the 50% weighting we had briefly assigned to a going private transaction, and instead return to our previous fundamentals-based valuation approach (i.e., a 50/50 blend of DCF and 2020-based multiples analysis — itself consisting of a blend of P/E, EV/EBITDA, and Price-to-Sales) that values TSLA shares at $195.

**Ryan J. Brinkman** | Equity Research - US Autos | **J.P. Morgan** | 383 Madison Avenue – 34th Floor, New York, NY 10179 | T: 212 622 6581 | ryan.j.brinkman@jpmorgan.com |

CONFIDENTIAL

JPMS_00004048

# Exhibit 23

# J.P.Morgan

North America Corporate
Research
20 August 2018

## Tesla Inc

### Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195

We are reverting to valuing Tesla shares on the basis of fundamentals alone, which entails a $113 reduction in our price target back to the $195 level where it stood prior to our August 8 note in which we newly weighted 50% in our valuation analysis a go-private scenario for which funding was at that time said to have been secured to take the company private at $420 per share (see related research, *"Tesla, Inc: Raise PT to Reflect Possible Go-Private Offer, But Remain Underweight on Chance Shares Could Again Trade on Fundamentals"*). In reference to statements on Twitter on August 7 by Tesla CEO Elon Musk that "funding has been secured", we wrote in our August 8 note, "As surprising to us as these developments are, and as lacking as the statements are in any details regarding whom is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." We also stated, "Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through."

- **Our interpretation of subsequent events leads us to believe that funding was not secured for a going private transaction, nor was there any formal proposal.** On August 13, Mr. Musk posted a statement to Tesla's website in which he explained that the comment relative to funding being secured was based upon a July 31 meeting with the Saudi Arabian sovereign wealth fund in which its representative expressed support for funding a transaction to go private. However, it was also stated, "Following the August 7th announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements." We had imagined following the surprise August 7 announcement that another party (e.g., the Saudi fund) had already firmly decided (including having completed any internal review process) to fund a going private transaction. The revelation the Saudi fund is subsequently asking Tesla for details of how the company would be taken private suggests to us that any deal is potentially far from even being formally proposed, which is different from our understanding on August 8 which was based on Mr. Musk's statement on Twitter that, "Only reason why this is not certain is that it's contingent on a shareholder vote".

## Underweight

**TSLA, TSLA US**

Price: $305.50

▼ Price Target: **$195.00**
Previous: $308.00

---

**Autos & Auto Parts**

**Ryan Brinkman** [AC]
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com
Bloomberg JPMA BRINKMAN <GO>
J.P. Morgan Securities LLC

**David L Kelley**
(1-212) 622-8657
david.l.kelley@jpmorgan.com
J.P. Morgan Securities LLC

**Aayush Gupta**
(91-22) 6157-3363
aayush.gupta@jpmchase.com
J.P. Morgan India Private Limited

---

**Price Performance**



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 21.9% | 22.9% | 25.4% | 6.9% |
| Rel | 11.9% | 23.2% | 18.5% | -12.5% |

---

**Exhibit 23**

### Tesla Inc (TSLA;TSLA US)

| FYE Dec | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| EPS - Recurring ($) | | | | | |
| Q1 (Mar) | (1.45) | (1.33) | (3.35)A | - | - |
| Q2 (Jun) | (1.61) | (1.33) | (3.06)A | - | - |
| Q3 (Sep) | 0.71 | (2.92) | (1.66) | - | - |
| Q4 (Dec) | (0.69) | (3.04) | (0.82) | - | - |
| FY | (2.83) | (8.66) | (8.92) | (1.55) | 2.65 |
| Bloomberg EPS FY ($) | -2.96 | -9.15 | -5.62 | 2.98 | 9.56 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

| Company Data | |
|---|---|
| Price ($) | 305.50 |
| Date Of Price | 17 Aug 18 |
| 52-week Range ($) | 389.61-244.59 |
| Market Cap ($ mn) | 51,872.07 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 170 |
| Price Target ($) | 195.00 |
| Price Target End Date | 31-Dec-18 |

**See page 12 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

J.P.Morgan

- **Tesla does appear to be exploring a going private transaction, but we now believe that such a process appears much less developed than we had earlier presumed (more along the lines of high level intention), suggesting formal incorporation into our valuation analysis seems premature at this time.** Mr. Musk has announced the hiring of financial and legal advisors in support of exploring a going private transaction (this appears to have been done after the August 7 announcement), and has stated conversations with the Saudi fund continue and also that he is having discussions with a number of other investors. Tesla's Board of Directors has also announced a special committee comprised of three independent directors to evaluate any transaction (the Board stated it has not yet received a formal proposal). This to us suggests a going private transaction is clearly possible, which could potentially provide upside risk to the shares, but that such a process appears much less developed than we had earlier presumed. When Mr. Musk tweeted on August 7 that, "Only reason why this is not certain is that it's contingent on a shareholder vote," we had presumed that a formal proposal had been received from another party, that funding had been secured for that formal proposal, and that the Board was at least informally supportive of the formal proposal. Given our updated interpretation that none of these three presumptions are currently the case, we feel it is appropriate at this time to remove the 50% weighting we had briefly assigned to a going private transaction, and instead return to our previous fundamentals-based valuation approach (i.e., a 50/50 blend of DCF and 2020-based multiples analysis — itself consisting of a blend of P/E, EV/EBITDA, and Price-to-Sales) that values TSLA shares at $195.

2

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

CONFIDENTIAL

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

**J.P.Morgan**

# Investment Thesis, Valuation and Risks

## Tesla Inc *(Underweight; Price Target: $195.00)*

**Investment Thesis**

Our Underweight rating considers notable investment positives, including a highly differentiated business model, appealing product portfolio, and leading-edge technology, which we believe are more than offset by above-average execution risk and valuation that seems to be pricing in a lot. Tesla is attractively saddled with none of the pension, OPEB, and other legacy costs which frequently burden large entrenched automakers. Its products are bold, distinctive, elegant, and highly entertaining to drive. The company is led by visionary leadership, backed by a management team with solid functional strength. Although both technology and execution risk seem substantially less than was once feared, expansion into higher-volume segments with lower price points seems fraught with greater risk relative to demand, execution, and competition. Meanwhile, valuation appears to be pricing in upside related to expansion into mass-market segments well beyond our volume forecasts for the Model 3.

**Valuation**

We maintain our Underweight rating on Tesla shares and decrease our December 2018 price target substantially, to $195 from $308 prior, on account of removing the 50% weighting we had previously assigned to a transaction for the company to go private at $420 per share. We again derive our December 2018 price target of $195 based upon fundamentals alone (which consists of 50% DCF and 50% 2020-based multiples analysis — itself a blend of P/E, EV/EBITDA, and Price-to-Sales).

**Risks to Rating and Price Target**

*Upside risks include:* (1) The company could in fact be taken private at a potentially higher price; (2) In the event the firm remains public, demand for Tesla vehicles could rise materially beyond our expectations; (3) Gasoline prices could increase or government penalties and regulations on rival internal combustion engine vehicles could increase, which could drive adoption towards electric vehicles, benefitting Tesla.

3

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

**J.P.Morgan**

### Detailed TSLA Combined Company Price Target Analysis

**We value Tesla using a blend of a multiple-based analysis and DCF, which suggests $195 value.** A summary of our December 2018 price target methodology is shown below in Table 1.

Table 1: TSLA Value per Share Analysis Based Upon Fundamentals Alone

In $/share

| Fundamentals-Based Valuation Analysis | Weighting | Share Price |
|---|---|---|
| Discounted Cash Flows | 50% | $216 |
| 2020 Multiples-based Analysis | 50% | $175 |
| **Fundamentals-Based Valuation Analysis** | 100% | **$195** |
| Current Share Price | | $306 |
| *Upside/ Downside to current share price* | | -36% |

Source: J.P. Morgan estimates.

**Our multiple-based analysis on 2020E financial estimates suggests value of $175/share**

A summary of our multiples-based valuation approach is shown in Table 2.

Table 2: 2017 Financial Performance-based TSLA Automotive Value Per Share Analysis

In $/share

| 2020 Multiples-based Analysis | Weighting | Share Price | Discount Rate (Corporate WACC) | Share Price Discounted to December 2018 |
|---|---|---|---|---|
| EV/EBITDAP | 33% | $191 | 15% | $166 |
| Price-to-Earnings | 33% | $133 | 15% | $115 |
| Price-to-Sales | 33% | $278 | 15% | $242 |
| 2020 Multiples-based Analysis | 100% | $201 | 15% | **$175** |

Source: J.P. Morgan estimates.

4

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

J.P.Morgan

**Our EV/EBITDAP analysis, a 1/3-weighted component of our multiple-based analysis, is shown in Table 3**. The implied value per share is $191, which when discounted back to December 2018 represents $166 value. We use a target multiple of 15.0x EBITDA, based on the average NTM trading multiple for a set of comparable high growth companies (as shown in Table 6)—which includes both luxury and high growth automakers, auto parts suppliers of technical products, innovators of disruptive technology and clean tech companies.

Table 3: TSLA Automotive EV/EBITDAP Based Value Per Share Analysis

In $ mn, except share price

| | Earnings Ramp | |
|---|---|---|
| EV/EBITDAP-based Analysis | 2019E | 2020E |
| JPM EBITDA ex. Equity Income | 2,233 | 3,083 |
| (+) Pension Expense | – | – |
| **EBITDAP** | **2,233** | **3,083** |
| | | |
| Current Multiple of JPM NTM EBITDAP | | |
| JPM EV/EBITDAP Multiple | 15.0x | 15.0x |
| **Enterprise Value** | **33,611** | **46,392** |
| | | |
| (-) Total Debt | (12,856) | (15,443) |
| (+) Cash & Investments | 2,462 | 3,819 |
| Net Cash/(Debt) | (10,393) | (11,623) |
| | | |
| (+) Equity Stakes (10x P/E) | – | – |
| (-) Noncontrolling Stakes (10x P/E) | – | – |
| (-) Pension Underfunding (35% tax) | – | – |
| Other Adjustments | – | – |
| | | |
| **Implied Equity Value** | **23,217** | **34,768** |
| | | |
| Diluted Share Count | 168.8 | 182 |
| **Implied Value/Share** | **$138** | **$191** |
| | | |
| Current Value per Share | $305.5 | $305.5 |
| Upside vs. Current | -55% | -37% |
| | | |
| Memo: | | |
| Sales | 21,575 | 25,319 |
| *Implied Price/Sales* | *1.1x* | *1.4x* |
| | | |
| Net Income | (266) | 482 |
| EPS | ($1.58) | $2.65 |
| *Implied P/E* | *-87.3x* | *72.1x* |

Source: J.P. Morgan estimates.

5

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

**J.P.Morgan**

**Our Price-to-Earnings analysis, a 1/3-weighted component of our multiple-based analysis, is shown in Table 4.** The implied value per share is $133, which when discounted back to December 2018 represents $115 value. We use a target multiple of 50.0x EPS, premium to the average NTM trading multiple for a set of comparable high growth companies (as shown in Table 6)—which includes both luxury and high growth automakers, auto parts suppliers of technical products, innovators of disruptive technology and clean tech companies.

Table 4: TSLA Price-to-Earnings Based Value Per Share Analysis

In $ mn, except share price

| | Earnings Ramp | |
|---|---|---|
| Price-to-Earnings-based Analysis | 2019E | 2020E |
| Net Income | -266 | 482 |
| | | |
| P/E Multiple | 50.0x | 50.0x |
| **Implied Equity Value** | **-13,295** | **24,122** |
| | | |
| Diluted Share Count | 169 | 182 |
| **Implied Value/Share** | **($79)** | **$133** |
| | | |
| Current Value per Share | $305.5 | $305.5 |
| Upside vs. Current | n/m | -57% |
| | | |
| Memo: | | |
| (-) Net Cash/(Debt) | (10,393) | (11,623) |
| (-) Other Adjustments | - | - |
| Enterprise Value | -2,901 | 35,745 |
| JPM EBITDAP | 2,233 | 3,083 |
| *Implied EV/EBITDAP* | *-1.3x* | *11.6x* |
| | | |
| Sales | 21,575 | 25,319 |
| *Implied Price/Sales* | *-0.6x* | *1.0x* |

Source: J.P. Morgan estimates.

6

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

J.P.Morgan

**Our Price-to-Sales analysis, a 1/3-weighted component of our multiple-based analysis, is shown in Table 5.** The implied value per share is $278, which when discounted back to December 2018 represents $242 value. We use a target multiple of 2.0x Sales, based on the average NTM trading multiple for a set of comparable high growth companies (as shown in Table 6)—which includes both luxury and high growth automakers, auto parts suppliers of technical products, innovators of disruptive technology and clean tech companies.

Table 5: TSLA Price-to-Sales Based Value Per Share Analysis

In $ mn, except share price

| | Earnings Ramp | |
|---|---|---|
| Price-to-Sales-based Analysis | 2019E | 2020E |
| Sales | 21,575 | 25,319 |
| | | |
| Price/Sales Multiple | 2.0x | 2.0x |
| **Implied Equity Value** | **43,151** | **50,637** |
| | | |
| Diluted Share Count | 169 | 182 |
| **Implied Value/Share** | **$256** | **$278** |
| | | |
| Current Value per Share | $305.5 | $305.5 |
| Upside vs. Current | -16% | -9% |
| | | |
| Memo: | | |
| (-) Net Cash/(Debt) | (10,393) | (11,623) |
| (-) Other Adjustments | - | - |
| Enterprise Value | 53,544 | 62,260 |
| JPM EBITDAP | 2,233 | 3,083 |
| *Implied EV/EBITDAP* | *24.0x* | *20.2x* |
| | | |
| Net Income | -266 | 482 |
| *Implied P/E* | *-162.3x* | *105.0x* |

Source: J.P. Morgan estimates.

7

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

CONFIDENTIAL

JPMS_00000007

Ryan Brinkman
(+1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

J.P.Morgan

Table 6: Comparables Used in Multiples-Based Analysis

| Investment Comparable | Ticker | Price (Local FX) | Market Cap | Enterprise Value (mm) | Price/Sales | | | | EV/EBITDA | | | | P/E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2016 | 2017 | 2018 | 2019 | 2016 | 2017 | 2018 | 2019 | 2016 | 2017 | 2018 | 2019 |
| **Disruptive Technology** | | | | | | | | | | | | | | | | |
| Apple | AAPL | USD 217.58 | 1,050,895 | 921,752 | 4.9x | 4.6x | 4.0x | 3.8x | 13.1x | 13.0x | 11.3x | 10.9x | 26.3x | 24.2x | 18.7x | 16.3x |
| Google | GOOG | USD 1,200.96 | 840,281 | 742,008 | 11.5x | 9.5x | 7.6x | 6.4x | 20.5x | 16.9x | 14.6x | 12.1x | 34.7x | 27.8x | 22.6x | 20.4x |
| Average | | | | | 8.2x | 7.0x | 5.8x | 5.1x | 16.8x | 14.9x | 13.0x | 11.5x | 30.5x | 26.0x | 20.7x | 18.3x |
| **Clean Technology** | | | | | | | | | | | | | | | | |
| First Solar | FSLR | USD 51.00 | 5,345 | 2,334 | 1.9x | 1.8x | 2.1x | 1.7x | 4.1x | 7.2x | 7.4x | 3.9x | 10.8x | NM | NM | NM |
| SunPower | SPWR | USD 6.64 | 936 | 2,015 | 0.4x | 0.4x | 0.5x | 0.4x | 10.5x | 11.5x | 16.4x | 10.0x | NM | NM | NM | NM |
| Average | | | | | 1.1x | 1.1x | 1.3x | 1.1x | 7.3x | 9.3x | 11.9x | 7.0x | 10.8x | NM | NM | NM |
| **Auto Tech / Innovation** | | | | | | | | | | | | | | | | |
| Borgwarner | BWA | USD 45.28 | 9,458 | 11,362 | 1.0x | 1.0x | 0.9x | 0.8x | 7.5x | 6.9x | 6.3x | 6.0x | 13.9x | 11.9x | 10.1x | 9.4x |
| Gentex | GNTX | USD 24.18 | 6,502 | 6,058 | 3.8x | 3.6x | 3.4x | 3.2x | 9.9x | 9.7x | 9.4x | 8.9x | 19.9x | 19.0x | 14.4x | 13.4x |
| Average | | | | | 2.4x | 2.3x | 2.2x | 2.0x | 8.7x | 8.3x | 7.8x | 7.4x | 16.9x | 15.4x | 12.3x | 11.4x |
| **Luxury Automakers** | | | | | | | | | | | | | | | | |
| BMW | BMW | EUR 81.41 | 52,948 | 94,754 | 0.6x | 0.5x | 0.5x | 0.5x | 6.6x | 6.4x | 6.5x | 6.2x | 7.9x | 7.0x | 7.2x | 7.0x |
| Daimler | DAI | EUR 54.92 | 58,755 | 41,004 | 0.4x | 0.4x | 0.3x | 0.3x | 2.2x | 2.0x | 2.1x | 2.0x | 6.2x | 5.8x | 6.2x | 5.9x |
| Average | | | | | 0.5x | 0.5x | 0.4x | 0.4x | 4.4x | 4.2x | 4.3x | 4.1x | 7.0x | 6.4x | 6.7x | 6.4x |
| **High Growth Automakers** | | | | | | | | | | | | | | | | |
| BYD | 1211 | CNY 45.40 | 133,645 | 194,230 | 1.3x | 1.3x | 1.1x | 0.9x | 13.6x | 12.4x | 11.7x | 10.0x | 23.9x | 29.5x | 29.1x | 22.6x |
| Great Wall | 2333 | CNY 4.54 | 61,891 | 73,110 | 0.7x | 0.6x | 0.6x | 0.5x | 5.2x | 8.5x | 5.8x | 5.2x | 4.1x | 8.1x | 5.7x | 5.2x |
| SAIC | 600104 | CNY 27.61 | 322,580 | 423,533 | 0.8x | 0.6x | 0.3x | 0.3x | 12.7x | 9.8x | 9.0x | 8.0x | 9.7x | 9.2x | 8.6x | 7.9x |
| Average | | | | | 0.8x | 0.8x | 0.7x | 0.6x | 10.5x | 10.2x | 8.8x | 7.8x | 12.6x | 15.6x | 14.4x | 11.9x |
| **All Company Average** | | | | | 2.4x | 2.2x | 1.9x | 1.7x | 9.6x | 9.5x | 9.1x | 7.6x | 15.7x | 15.8x | 13.6x | 12.0x |

Source: Company reports and J.P. Morgan estimates. Note: The P/E and EV/EBITDA average multiple exclude BYD.

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

CONFIDENTIAL

JPMS_00000008

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

**J.P.Morgan**

### Our Discounted Cash Flows analysis suggests value per share of $216

Our discounted cash flows analysis, which comprises 50% of our entire price target methodology, and implied value per share of $216, is shown in Table 7.

Table 7: TSLA Discounted Cash Flows Analysis

In $ mn, except share price

| TSLA DCF Analysis | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|
| **Operating Cash Flow** | -61 | 553 | 2,441 | 3,964 |
| Less: Capex | -3,415 | -2,975 | -3,560 | -3,418 |
| Add: Cash Interest | 452 | 620 | 620 | 621 |
| Add: Direct Leasing | 511 | 879 | 2,269 | 2,500 |
| **Unlevered Free Cash Flow** | **-2,513** | **-923** | **1,770** | **3,667** |
| | | | | |
| PV of FCF | | | 1,652 | 2,979 |
| | | | | |
| Terminal Value | | | | 42,586 |
| *Implied Terminal Value Factor* | | | | *12x* |
| PV of Terminal Value | | | | 34,597 |

| Equity Value - DCF Valuation Method | |
|---|---|
| PV of FCFs | 4,630 |
| PV of Terminal Value | 34,597 |
| **Enterprise Value** | **39,228** |
| | |
| Net Debt | 3,726 |
| **Equity Value** | **35,501** |
| | |
| **Implied Share Price** | **$216** |

| WACC | |
|---|---|
| *(1) Risk-Free Rate\** | 2.3% |
| *(2) Beta* | 2.0 |
| *(3) Risk Premium\*\** | 7.1% |
| **Cost of Equity: (1)+(2\*3)** | **16.40%** |
| | |
| Cost of Debt | 3.9% |
| Tax Rate | 24.0% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| Equity | 88.5% |
| Debt | 11.5% |
| | |
| **Calculated WACC** | **14.9%** |
| | |
| Memo: Capital Structure | |
| *Debt* | *3,130* |
| *Equity (Market Cap)* | *51,081* |
| *Total Capitalization* | *54,211* |

\* US 10-yr Treasury yield
\*\* Source: US Country Risk Premium (Bloomberg)

Source: J.P. Morgan estimates

9

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.
CONFIDENTIAL

**Ryan Brinkman**
(+1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

## J.P.Morgan

Table 8: TSLA Summary Model

In $ mn, except per share amounts

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| Automotive Revenues | 149 | 386 | 1,998 | 3,193 | 3,741 | 6,351 | 9,641 | 14,391 | 17,504 | 20,438 |
| Service Revenues | 55 | 28 | 16 | 6 | 305 | 518 | 1,001 | 1,134 | 1,134 | 1,134 |
| Solar and Energy Storage Revenues | - | - | - | - | - | 131 | 1,116 | 1,981 | 2,938 | 3,747 |
| **Total Revenues** | **204** | **413** | **2,013** | **3,198** | **4,046** | **7,000** | **11,759** | **17,505** | **21,575** | **25,319** |
| | | | | | | | | | | |
| Total COGS | 143 | 383 | 1,557 | 2,317 | 3,123 | 5,401 | 9,536 | 14,719 | 17,551 | 20,643 |
| **Total Gross Profit** | **61** | **30** | **456** | **882** | **924** | **1,599** | **2,222** | **2,786** | **4,024** | **4,676** |
| **Gross Margin** | **30%** | **7%** | **23%** | **28%** | **23%** | **23%** | **19%** | **16%** | **19%** | **18%** |
| | | | | | | | | | | |
| Research and Development | 209 | 274 | 232 | 465 | 718 | 834 | 1,378 | 1,453 | 1,293 | 1,202 |
| SG&A | 104 | 150 | 286 | 604 | 922 | 1,416 | 2,477 | 2,763 | 2,810 | 2,828 |
| **Operating income/(loss)** | **-252** | **-394** | **-61** | **-187** | **-717** | **-652** | **-1,632** | **-1,533** | **-79** | **645** |
| | -123% | -95% | -3% | -6% | -18% | -9% | -14% | -9% | 0% | 3% |
| Interest Income/(expense) | 0 | 0 | 33 | -100 | -117 | -190 | -452 | -620 | -620 | -621 |
| Other (loss)/gain | -3 | 2 | 23 | 2 | 42 | 23 | 114 | 13 | 0 | 0 |
| **Pre-tax Income/(loss)** | **-254** | **-396** | **-71** | **-285** | **-876** | **-819** | **-2,197** | **-2,140** | **-688** | **24** |
| | | | | | | | | | | |
| Add: Non-cash Stock Based Compensation | 29 | 50 | 84 | 156 | 198 | 334 | 468 | 569 | 512 | 538 |
| **Non-GAAP Net Income** | **-222** | **-346** | **26** | **-63** | **-604** | **-353** | **-1,436** | **-1,505** | **-266** | **482** |
| | | | | | | | | | | |
| Weighted average number of shares - Diluted | 100 | 107 | 132 | 137 | 130 | 146 | 166 | 169 | 172 | 182 |
| **Non-GAAP Diluted EPS** | | | **$ (0.01)** | **$ (1.00)** | **$ (5.31)** | **$ (2.83)** | **$ (8.66)** | **$ (8.92)** | **$ (1.55)** | **$ 2.65** |

Source: J.P. Morgan estimates.

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

JPMS_00000010

CONFIDENTIAL

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

J.P.Morgan

# Tesla Inc: Summary of Financials

| Income Statement - Annual | FY16A | FY17A | FY18E | FY19E | FY20E | Income Statement - Quarterly | 1Q18A | 2Q18A | 3Q18E | 4Q18E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 7,000 | 11,759 | 17,505 | 21,575 | 25,319 | Revenue | 3,409A | 4,002A | 4,737 | 5,358 |
| COGS | (4,454) | (7,900) | (12,968) | (15,751) | (18,743) | COGS | (2,536)A | (2,898)A | (3,507) | (4,027) |
| Gross profit | 1,599 | 2,222 | 2,786 | 4,024 | 4,676 | Gross profit | 457A | 619A | 804 | 906 |
| SG&A | (1,416) | (2,477) | (2,763) | (2,810) | (2,828) | SG&A | (686)A | (751)A | (701) | (625) |
| Adj. EBITDA | 296 | 4 | 322 | 1,721 | 2,545 | Adj. EBITDA | (181)A | (33)A | 184 | 351 |
| D&A | (947) | (1,636) | (1,751) | (1,800) | (1,900) | D&A | (416)A | (485)A | (425) | (425) |
| Adj. EBIT | (652) | (1,632) | (1,430) | (79) | 645 | Adj. EBIT | (597)A | (518)A | (241) | (74) |
| Net Interest | (190) | (452) | (620) | (620) | (621) | Net Interest | (144)A | (159)A | (159) | (159) |
| Adj. PBT | (819) | (2,197) | (2,140) | (698) | 24 | Adj. PBT | (779)A | (729)A | (399) | (233) |
| Tax | (27) | (32) | (59) | (80) | (80) | Tax | (6)A | (14)A | (20) | (20) |
| Minority Interest | 98 | 279 | 125 | 0 | 0 | Minority Interest | 75A | 25A | 25 | 0 |
| Adj. Net Income | (414) | (1,436) | (1,505) | (266) | 482 | Adj. Net Income | (567)A | (520)A | (279) | (138) |
| Reported EPS | (2.83) | (8.66) | (8.92) | (1.55) | 2.65 | Reported EPS | (3.35)A | (3.06)A | (1.66) | (0.82) |
| Adj. EPS | (2.83) | (8.66) | (8.92) | (1.55) | 2.65 | Adj. EPS | (3.35)A | (3.06)A | (1.66) | (0.82) |
| DPS | - | - | - | - | - | DPS | - | - | - | - |
| Payout ratio | - | - | - | - | - | Payout ratio | - | - | - | - |
| Shares outstanding | 146 | 166 | 169 | 172 | 182 | Shares outstanding | 169A | 170A | 168 | 168 |

| Balance Sheet & CashFlow Statement | FY16A | FY17A | FY18E | FY19E | FY20E | Ratio Analysis | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 3,393 | 3,368 | 2,462 | 3,819 | 7,090 | Gross margin | 22.8% | 18.9% | 15.9% | 18.7% | 18.5% |
| Accounts receivable | 499 | 515 | 700 | 863 | 1,013 | EBITDA margin | 4.2% | 0.0% | 1.8% | 8.0% | 10.1% |
| Inventories | 2,067 | 2,264 | 3,385 | 4,563 | 5,161 | EBIT margin | (9.3%) | (13.9%) | (8.2%) | (0.4%) | 2.5% |
| Other current assets | 300 | 424 | 497 | 578 | 653 | Net profit margin | (5.9%) | (12.2%) | (8.6%) | (1.2%) | 1.9% |
| Current assets | 6,260 | 6,571 | 7,045 | 9,824 | 13,917 | | | | | | |
| PP&E | 5,983 | 10,028 | 11,829 | 13,589 | 15,107 | ROE | (11.7%) | (24.9%) | (28.0%) | (5.0%) | 8.1% |
| LT investments | - | - | - | - | - | ROA | (2.7%) | (5.6%) | (4.9%) | (0.7%) | 1.0% |
| Other non current assets | 10,421 | 12,057 | 13,494 | 19,713 | 26,454 | ROCE | (8.0%) | (11.4%) | (8.7%) | (0.5%) | (6.4%) |
| Total assets | 22,664 | 28,655 | 32,367 | 43,126 | 55,478 | SG&A/Sales | 20.2% | 21.1% | 15.8% | 13.0% | 11.2% |
| | | | | | | Net debt/equity | 63.0% | 123.3% | 202.6% | 214.4% | 172.8% |
| Short term borrowings | - | - | - | - | - | Net debt/EBITDA | 1260.8% | 177353.9% | 3230.2% | 675.2% | 439.1% |
| Payables | 3,070 | 4,122 | 4,989 | 6,257 | 7,342 | | | | | | |
| Other short term liabilities | 0 | 0 | 0 | 0 | 0 | P/E (x) | NM | NM | NM | NM | 115.3 |
| Current liabilities | 3,070 | 4,122 | 4,989 | 6,257 | 7,342 | P/BV (x) | 7.6 | 9.0 | 10.1 | 9.7 | 8.6 |
| Long-term debt | 7,120 | 10,315 | 12,686 | 15,443 | 18,266 | EV/EBITDA (x) | 188.1 | 15,016.3 | 193.5 | 36.9 | 24.8 |
| Other long term liabilities | 6,560 | 8,586 | 9,393 | 16,006 | 23,400 | Dividend Yield | - | - | - | - | - |
| Total liabilities | 16,750 | 23,023 | 27,238 | 37,706 | 49,009 | | | | | | |
| Shareholders' equity | 5,914 | 5,632 | 5,130 | 5,421 | 6,469 | Sales/Assets (x) | 0.5 | 0.5 | 0.6 | 0.6 | 0.5 |
| Minority interests | - | - | - | - | - | Interest cover (x) | 1.6 | 0.0 | 0.5 | 2.8 | 4.1 |
| Total liabilities & equity | 22,664 | 28,655 | 32,367 | 43,126 | 55,478 | Operating leverage | (12.4%) | 221.4% | (25.4%) | (406.4%) | (5312.4%) |
| Net debt/(cash) | 3,726 | 6,947 | 10,393 | 11,623 | 11,176 | Revenue y/y Growth | 73.0% | 68.0% | 48.9% | 23.3% | 17.3% |
| | | | | | | EBITDA y/y Growth | (200.5%) | (98.7%) | 8114.5% | 435.0% | 47.8% |
| Cash flow from operating activities | (124) | (61) | 553 | 2,441 | 3,964 | Tax rate | (3.3%) | (1.4%) | (2.8%) | (11.4%) | 325.8% |
| o/w Depreciation & amortization | 947 | 1,636 | 1,751 | 1,800 | 1,900 | Adj. Net Income y/y Growth | (40.1%) | 247.2% | 4.8% | (82.3%) | (281.4%) |
| o/w Changes in working capital | - | - | - | - | - | EPS y/y Growth | NM | 206.2% | 2.9% | NM | NM |
| Cash flow from investing activities | (1,416) | (4,419) | (3,735) | (4,229) | (4,082) | DPS y/y Growth | - | - | - | - | - |
| o/w Capital expenditure | (1,281) | (3,415) | (2,975) | (3,560) | (3,418) | | | | | | |
| as % of sales | 18.3% | 29.0% | 17.0% | 16.5% | 13.5% | | | | | | |
| Cash flow from financing activities | 3,744 | 4,415 | 2,289 | 3,145 | 3,389 | | | | | | |
| o/w Dividends paid | - | - | - | - | - | | | | | | |
| o/w Net debt issued/(repaid) | 2,853 | 7,138 | 2,179 | 318 | 323 | | | | | | |
| o/w Share Repurchases | - | - | - | - | - | | | | | | |
| Net change in cash | 2,204 | 6,571 | (893) | 1,357 | 3,271 | | | | | | |
| Adj. Free cash flow to firm | (635) | (3,475) | (2,461) | (0) | (0) | | | | | | |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

CONFIDENTIAL

Ryan Brinkman                    North America Corporate Research                **J.P.Morgan**
(1-212) 622-6581                 20 August 2018
ryan.j.brinkman@jpmorgan.com

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker:** JPMS makes a market in the stock of Tesla Inc.
- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Tesla Inc.
- **Beneficial Ownership (1% or more):** J.P. Morgan beneficially owns 1% or more of a class of common equity securities of Tesla Inc.
- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Tesla Inc.
- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Tesla Inc.
- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Tesla Inc.
- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Tesla Inc.
- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Tesla Inc.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.



Tesla Inc (TSLA, TSLA US) Price Chart

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Aug 09, 2010.

| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 20-Oct-15 | UW | 213.03 | 180.00 |
| 11-Feb-16 | UW | 143.67 | 155.00 |
| 19-Apr-16 | UW | 247.37 | 170.00 |
| 05-May-16 | UW | 211.53 | 185.00 |
| 20-Jul-16 | UW | 228.36 | 180.00 |
| 19-Jan-17 | UW | 238.36 | 188.00 |
| 21-Apr-17 | UW | 305.60 | 185.00 |
| 04-May-17 | UW | 311.02 | 190.00 |
| 03-Aug-17 | UW | 347.09 | 200.00 |
| 20-Oct-17 | UW | 345.10 | 195.00 |
| 02-Nov-17 | UW | 299.26 | 185.00 |
| 08-Feb-18 | UW | 315.23 | 190.00 |
| 04-Apr-18 | UW | 286.94 | 185.00 |
| 03-May-18 | UW | 301.15 | 180.00 |
| 02-Aug-18 | UW | 300.84 | 195.00 |
| 08-Aug-18 | UW | 370.34 | 308.00 |

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the

12

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

J.P.Morgan

average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Brinkman, Ryan**: Adient (ADNT), American Axle (AXL), Aptiv (APTV), Autoliv Inc. (ALV), Avis Budget Group (CAR), BorgWarner Inc. (BWA), Camping World (CWH), Cooper Tire (CTB), Copart, Inc. (CPRT), Dana Inc (DAN), Ferrari (RACE), Ford Motor (F), General Motors (GM), Gentex Corporation (GNTX), Gentherm (THRM), Goodyear (GT), Hertz Global Holdings (HTZ), KAR Auction Services, Inc. (KAR), LKQ (LKQ), Lear Corporation (LEA), Magna International Inc. (MGA), Meritor Inc. (MTOR), Tenneco Inc. (TEN), Tesla Inc (TSLA), Tower International (TOWR), Visteon Corporation (VC)

**J.P. Morgan Equity Research Ratings Distribution, as of July 02, 2018**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 41% | 13% |
| IB clients* | 54% | 48% | 40% |
| JPMS Equity Research Coverage | 45% | 42% | 13% |
| IB clients* | 74% | 66% | 58% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials and company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**

U.S.: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by

13

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

**J.P.Morgan**

the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/ INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In

14

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

Ryan Brinkman
(1-212) 622-6581
ryan.j.brinkman@jpmorgan.com

North America Corporate Research
20 August 2018

**J.P.Morgan**

addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised August 18, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed   20 Aug 2018 01:26 AM EDT                                    Disseminated 20 Aug 2018 06:15 AM EDT

This document is being provided for the exclusive use of JOSHUA GLICK at JPMorgan Chase & Co. and clients of J.P. Morgan.

CONFIDENTIAL                                                                                          JPMS_00000015

# Exhibit 27

Case 3:18-cv-04865-EMC Document 453-1 Filed 07/01/22 Page 66 of 482

**The New York Times**    https://www.nytimes.com/2018/08/13/business/dealbook/tesla-elon-musk-saudi-arabia.html

# Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private

By Jessica Silver-Greenberg, Neal E. Boudette, Landon Thomas Jr. and Kate Kelly

Aug. 13, 2018

An abrupt tweet last week by Elon Musk about the prospect of taking Tesla private was dashed off with little forethought, and had not been cleared ahead of time with the company's board, two people familiar with the chain of events said Monday.

The account raised new questions about the cryptic Twitter post last week in which Mr. Musk, the mercurial co-founder and chief executive of the electric-car maker, said he had "funding secured" for a buyout of the $60 billion company.

The tweet was a highly unusual way of announcing a key strategy change at a public company. It prompted the Securities and Exchange Commission to contact Tesla to inquire about the accuracy of Mr. Musk's tweets and the reason the disclosure had not been made in a regulatory filing, according to a person briefed on the inquiry, who was not authorized to speak publicly on behalf of the agency.

On Monday, Mr. Musk issued a blog post that appeared to be aimed at quelling the uproar he had created with his initial comments, which caused a dramatic jump in Tesla shares and a halt in trading. In the post, he declared that conversations with a Saudi sovereign wealth fund had left him "with no question" that such a deal could be carried out.

Since early 2017, the fund "has approached me multiple times about taking Tesla private," Mr. Musk wrote. Two weeks ago, he added, the fund's managing director "strongly expressed his support for funding a going-private transaction."

"I understood from him that no other decision makers were needed and that they were eager to proceed," he added.

But three people familiar with the workings of the Saudi fund cast doubt on his account. They said the fund had taken none of the steps that such an ambitious transaction would entail, like preparing a term sheet or hiring a financial adviser to work on the deal.

And even if the fund were ready to move forward with such an agreement, it would invite review by the Committee on Foreign Investment in the United States, the government body that reviews the national-security implications of such transactions.

A spokesman for the Saudi investment fund declined to comment.

In his blog post Monday, Mr. Musk portrayed his Twitter musings last week as part of a deliberate effort to be "completely forthcoming" with shareholders about his desire to take the company private.

But the episode appears to have been much more extemporaneous.

The tweet did not disclose the sum he had supposedly secured, its source, or any terms of the plan — the kind of transaction that would typically be detailed in documents of 200 pages or more.

Two people familiar with the chain of events said that in a conversation with an informal adviser about the mess he had gotten himself into, Mr. Musk said he had taken to Twitter impulsively. He said he had done so because he was not the kind of person who could hold things in, and was angry at the company's critics.

A person with direct knowledge of the Tesla board's thinking said some members of the board had been totally blindsided by Mr. Musk's decision to air his plan on Twitter.

On Monday evening, Mr. Musk took to Twitter again. Signaling that he remained serious about pursuing the potential buyout, he cited two financial firms and two law firms that he said he was "excited to work with" on the proposal. He named Silver Lake Partners and Goldman Sachs as financial advisers, and Wachtell, Lipton, Rosen & Katz and Munger, Tolles & Olson as legal advisers.

**Exhibit 27**

5/1/2021
Case 3:18-cv-04865-EMC Document 453-1 Filed 07/01/22 Page 67 of 482
Tesla Board Is Said to Be Considering Elon Musk's 'Go Private' Plan in Taking Tesla Private, Your Turn

The pursuit of a buyout has come at a crucial time for the company, as it struggles to turn out its first mass-market automobile, the Model 3. Tesla has taken on a mounting debt load and has yet to turn an annual profit. And while Mr. Musk has always been synonymous with the brand, he has never been under greater scrutiny.

In the past few months, he has mocked industry analysts for asking "bonehead" questions, pursued online tirades against investors betting against the company's stock, clashed with a government agency investigating a fatal Tesla crash, and accused a disgruntled employee of sabotage.

Then he suddenly announced the idea of taking the company private.

In his blog post on Monday, Mr. Musk said he had notified the Tesla board on Aug. 2, five days before sending out the tweets, that "in my personal capacity, I wanted to take Tesla private at $420 a per share."

He said that after the board's outside directors discussed the matter — without the participation of Mr. Musk or his brother, Kimbal Musk, also a board member — the full board agreed to have Mr. Musk discuss the matter with some of the company's largest shareholders.

Since then, Mr. Musk said, he had stayed in contact with representatives of the Saudi fund, which recently bought a stake of almost 5 percent in Tesla, and had been in touch with other investors.

A Tesla spokesman declined to comment beyond the blog post.

Tesla shares declined on Monday morning, then recovered in the afternoon to end the day 0.3 percent higher at $356.41. It was a far cry from the volatility of last Tuesday, when trading was halted in the confusion that followed Mr. Musk's initial tweet, eventually closing 11 percent higher on the day.

The Nasdaq exchange, like the rest of Wall Street, seemed to have been stunned by the news. Companies that list on Nasdaq are required to inform the exchange's market surveillance group at least 10 minutes before the release of news that could have a major effect on shares.

After Mr. Musk's tweet, however, frenzied trading went on for more than an hour before it was halted pending a fuller announcement from Tesla, which came a half-hour before the market closed.

"As an officer of a public company that was a clearly a market-moving event and he knew or should have known that," said Laura Unger, a former S.E.C. commissioner, said of Mr. Musk's initial tweet. "He was at least reckless whether he meant to drive up the price or not. What it does point out is that executives and people in power should be thoughtful about what they tweet. The stakes are high."

Aside from the scrutiny of market regulators, the frantic Tesla trading after the "funding secured" tweet has also exposed Mr. Musk to shareholder lawsuits. At least two law firms initiated potential class-action lawsuits late last week, saying the Tesla chief had deliberately acted to move the company's share price without actually having funding in place. Such suits rarely go to trial; more often they are settled.

John Reed Stark, a former longtime lawyer at the S.E.C. who specialized in investigating internet fraud cases, said that commenting online about the prospects of taking the company private was inadvisable at best. But he said that a case of market manipulation would come down to Mr. Musk's intent.

"These are very difficult cases to prove," said Mr. Stark, who runs a cybersecurity consulting business.

As it scrambles to ramp up production of the Model 3, Tesla continues to burn cash. Looming in the months ahead are two key bond payments — one in November for $230 million and another early next year for $920 million that analysts believe will be harder for Tesla to make.

The recent rise in Tesla's stock could make a difference; the company can pay off the second convertible bond with stock rather than cash if its share price is above $360.

Amid all the tension, Tesla has become a target of short sellers — investors who are betting the company's stock will fall. Mr. Musk has openly feuded with short sellers on Twitter, taunting them when Tesla shares rise and accusing them of spreading negative news to hurt the company.

5/1/2021    Tesla Board Said to Be Discussing Concerns About Elon Musk's Behavior in Taking Automaker Private - The New York Times

Case 3:18-cv-04865-EMC   Document 453-1   Filed 07/01/22   Page 68 of 1482

Shares of Tesla have one of the highest short-interest ratios in the United States stock market — that is, the most investor money betting against the stock, as a percentage of shares available for trading. So when shares rise, as they did after Mr. Musk's tweet last week, it can cost the skeptics dearly.

Among those who have been betting big against Tesla is David Einhorn, founder of the hedge fund Greenlight Capital. A letter from the fund to investors at the end of July said that Mr. Musk "appears erratic and desperate," recapitulating some of his provocative interactions with analysts, regulators and Twitter followers. It also lamented that "this bravado" was a hit in the market, sending Tesla's shares up 29 percent in the second quarter and resulting in the fund's second biggest loss.

One benefit of taking Tesla private, Mr. Musk has said, is that it would eliminate the influence of short sellers, as well as the demands of reporting quarterly earnings. Doing so, he said in the blog post, would "enable Tesla to operate at its best."

# Exhibit 44

# TO BE FILED UNDER SEAL

# Exhibit 45

# TO BE FILED UNDER SEAL

# Exhibit 46

# TO BE FILED
# UNDER SEAL

# Exhibit 47

# TO BE FILED UNDER SEAL

# Exhibit 53

# Update on Taking Tesla Private

Elon Musk

August 13, 2018

As I announced last Tuesday, I'm considering taking Tesla private because I believe it could be good for our shareholders, enable Tesla to operate at its best, and advance our mission of accelerating the transition to sustainable energy. As I continue to consider this, I want to answer some of the questions that have been asked since last Tuesday.

**What has happened so far?**
On August 2nd, I notified the Tesla board that, in my personal capacity, I wanted to take Tesla private at $420 per share. This was a 20% premium over the ~$350 then current share price (which already reflected a ~16% increase in the price since just prior to announcing Q2 earnings on August 1st). My proposal was based on using a structure where any existing shareholder who wished to remain as a shareholder in a private Tesla could do so, with the $420 per share buyout used only for shareholders that preferred that option.

After an initial meeting of the board's outside directors to discuss my proposal (I did not participate, nor did Kimbal), a full board meeting was held. During that meeting, I told the board about the funding discussions that had taken place (more on that below) and I explained why this could be in Tesla's long-term interest.

At the end of that meeting, it was agreed that as a next step, I would reach out to some of Tesla's largest shareholders. Our largest investors have been extremely supportive of Tesla over the years, and understanding whether they had the ability and desire to remain as shareholders in a private Tesla is of critical importance to me. They are the ones who believed in Tesla when no one else did and they are the ones who most believe in our future. I told the board that I would report back after I had these discussions.

**Why did I make a public announcement?**
The only way I could have meaningful discussions with our largest shareholders was to be completely forthcoming with them about my desire to take the company private. However, it wouldn't be right to share information about going private with just our largest investors without sharing the same information with all investors at the same time. As a result, it was clear to me that the right thing to do was announce my intentions publicly. To be clear, when I made the public announcement, just as with this blog post and all other discussions I have had on this topic, I am speaking for myself as a potential bidder for Tesla.

**Why did I say "funding secured"?**
Going back almost two years, the Saudi Arabian sovereign wealth fund has approached me multiple times about taking Tesla private. They first met with me at the beginning of 2017 to express this interest because of the important need to diversify away from oil. They then held several additional meetings with me over the next year to reiterate this interest and to try to move forward with a going private transaction. Obviously, the Saudi sovereign fund has more than enough capital needed to execute on such a transaction.



Recently, after the Saudi fund bought almost 5% of Tesla stock through the public markets, they reached out to ask for another meeting. That meeting took place on July 31st. During the meeting, the Managing Director of the fund expressed regret that I had not moved forward previously on a going private transaction with them, and he strongly expressed his support for funding a going private transaction for Tesla at this time. I understood from him that no other decision makers were needed and that they were eager to proceed.

I left the July 31st meeting with no question that a deal with the Saudi sovereign fund could be closed, and that it was just a matter of getting the process moving. This is why I referred

to "funding secured" in the August 7th announcement.

Following the August 7th announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements.

Another critical point to emphasize is that before anyone is asked to decide on going private, full details of the plan will be provided, including the proposed nature and source of the funding to be used. However, it would be premature to do so now. I continue to have discussions with the Saudi fund, and I also am having discussions with a number of other investors, which is something that I always planned to do since I would like for Tesla to continue to have a broad investor base. It is appropriate to complete those discussions before presenting a detailed proposal to an independent board committee.

It is also worth clarifying that most of the capital required for going private would be funded by equity rather than debt, meaning that this would not be like a standard leveraged buyout structure commonly used when companies are taken private. I do not think it would be wise to burden Tesla with significantly increased debt.

Therefore, reports that more than $70B would be needed to take Tesla private dramatically overstate the actual capital raise needed. The $420 buyout price would only be used for Tesla shareholders who do not remain with our company if it is private. My best estimate right now is that approximately two-thirds of shares owned by all current investors would roll over into a private Tesla.

**What are the next steps?**
As mentioned earlier, I made the announcement last Tuesday because I felt it was the right and fair thing to do so that all investors had the same information at the same time. I will now continue to talk with investors, and I have engaged advisors to investigate a range of potential structures and options. Among other things, this will allow me to obtain a more precise understanding of how many of Tesla's existing public shareholders would remain shareholders if we became private.

If and when a final proposal is presented, an appropriate evaluation process will be undertaken by a special committee of Tesla's board, which I understand is already in the process of being set up, together with the legal counsel it has selected. If the board process results in an approved plan, any required regulatory approvals will need to be obtained and the plan will be presented to Tesla shareholders for a vote.

SHARE

# Exhibit 58

| | |
|---|---|
| **From:** | Owuraka Koney </O=JENNISON/OU=JENNISON/CN=RECIPIENTS/CN=OKONEY> |
| **To:** | Martin Viecha |
| **Sent:** | 8/7/2018 9:03:06 PM |
| **Subject:** | RE: call me back |

We're happy shareholders but the way this was disclosed was all very unusual and a tweet, which has been used as a medium of humor amongst other things, is hardly the right place to confirm the funding is secure. We will need a little more than that.

-----Original Message-----
From: Martin Viecha [mailto:mviecha@tesla.com]
Sent: Tuesday, August 07, 2018 4:55 PM
To: Owuraka Koney <OKoney@jennison.com>
Subject: RE: call me back

I actually don't know, but I would assume that given we went full-on public with this, the offer is as firm as it gets.

-----Original Message-----
From: Owuraka Koney <OKoney@jennison.com>
Sent: Tuesday, August 7, 2018 13:47
To: Martin Viecha <mviecha@tesla.com>
Subject: RE: call me back

Firm offer means there is a commitment letter or is this a verbal agreement?

-----Original Message-----
From: Martin Viecha [mailto:mviecha@tesla.com]
Sent: Tuesday, August 07, 2018 4:45 PM
To: Owuraka Koney <OKoney@jennison.com>
Subject: RE: call me back

The very first tweet simply mentioned "Funding secured" which means that this is a firm offer. Elon did not disclose details of who the buyer is.

Martin

-----Original Message-----
From: Owuraka Koney <OKoney@jennison.com>
Sent: Tuesday, August 7, 2018 13:29
To: Martin Viecha <mviecha@tesla.com>
Subject: Re: call me back

I did. Nothing on funding though?

On Aug 7, 2018, at 16:27, Martin Viecha <mviecha@tesla.com<mailto:mviecha@tesla.com>> wrote:

Hey, I'm on a plane to NYC. I'm online though. Did you read our official blog post on this topic?

From: Owuraka Koney <OKoney@jennison.com<mailto:OKoney@jennison.com>>
Sent: Tuesday, August 7, 2018 13:20
To: Martin Viecha <mviecha@tesla.com<mailto:mviecha@tesla.com>>
Subject: call me back

**Exhibit 58**

This e-mail, including any attachment(s), is intended solely for use by the named addressee(s). If you are not the intended recipient, you are not authorized to disclose, copy, distribute or retain this message, without written authorization from Jennison Associates LLC ("Jennison"). This e-mail may contain proprietary, confidential or privileged information. If you have received this message in error, please notify the sender immediately. If you have requested Jennison to e-mail any account information to you or your designee, you are deemed to have consented to electronic delivery of information from Jennison. E-mail messages are not secure and may contain computer viruses or other defects, may not be accurately replicated on other systems, or may be intercepted, deleted or interfered with without the knowledge of the sender or the intended recipient.

Please note that your personal information may be stored and processed in any country where we have facilities or in which we engage service providers. If you provide personal information to us by email or otherwise, you consent to the transfer of that information to countries outside of your country of residence and these countries may have different data protection rules than your country. To learn how we protect privacy, please use this link (https://urldefense.proofpoint.com/v2/url?u=https-3A__www.jennison.com_gdpr&d=DwIFEA& c=m5pJjvhoJ8du6Q8es33zcrlMoqSJBzBMtZh4icn4nJ8&r=bjrpqU5hfbNitpwhsopI_cn-Q9ZKu09xpIshElUu1uo&

m=2XE9NqIIGEngM-AGc4gq5utBYulLaOktDiXj0YE-uBI&s=hu2B4txpgSRGuLL0LqRz0LbYZuE5h7gco6JgrcJ9qh8&
e=<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.jennison.com_gdpr&d=DwQFAg&
c=m5pJjvhoJ8du6Q8es33zcrlMoqSJBzBMtZh4icn4nJ8&r=bjrpqU5hfbNitpwhsopI_cn-Q9ZKu09xpIshElUu1uo&m=tZcUqJ-
FE3ZsGP2nBcG9YrNZbXsvkgI1C4USnWtFpxM&s=LE2mmpuKm-LeAAaDpHdVv6jUDzM2smWMdPFpURacBmQ&e=>)
to read our Privacy Notice.

This e-mail, including any attachment(s), is intended solely for use by the named addressee(s). If you are not the
intended recipient, you are not authorized to disclose, copy, distribute or retain this message, without written
authorization from Jennison Associates LLC ("Jennison"). This e-mail may contain proprietary, confidential or privileged
information. If you have received this message in error, please notify the sender immediately. If you have requested
Jennison to e-mail any account information to you or your designee, you are deemed to have consented to electronic
delivery of information from Jennison. E-mail messages are not secure and may contain computer viruses or other
defects, may not be accurately replicated on other systems, or may be intercepted, deleted or interfered with without the
knowledge of the sender or the intended recipient.

Please note that your personal information may be stored and processed in any country where we have facilities or in
which we engage service providers. If you provide personal information to us by email or otherwise, you consent to the
transfer of that information to countries outside of your country of residence and these countries may have different data
protection rules than your country. To learn how we protect privacy, please use this link
(https://urldefense.proofpoint.com/v2/url?u=https-3A__www.jennison.com_gdpr&d=DwIFEA&
c=m5pJjvhoJ8du6Q8es33zcrlMoqSJBzBMtZh4icn4nJ8&r=bjrpqU5hfbNitpwhsopI_cn-Q9ZKu09xpIshElUu1uo&
m=2XE9NqIIGEngM-AGc4gq5utBYulLaOktDiXj0YE-uBI&s=hu2B4txpgSRGuLL0LqRz0LbYZuE5h7gco6JgrcJ9qh8&e=)
to read our Privacy Notice.

This e-mail, including any attachment(s), is intended solely for use by the named addressee(s). If you are not the
intended recipient, you are not authorized to disclose, copy, distribute or retain this message, without written
authorization from Jennison Associates LLC ("Jennison"). This e-mail may contain proprietary, confidential or privileged
information. If you have received this message in error, please notify the sender immediately. If you have requested
Jennison to e-mail any account information to you or your designee, you are deemed to have consented to electronic
delivery of information from Jennison. E-mail messages are not secure and may contain computer viruses or other
defects, may not be accurately replicated on other systems, or may be intercepted, deleted or interfered with without the
knowledge of the sender or the intended recipient.

Please note that your personal information may be stored and processed in any country where we have facilities or in
which we engage service providers. If you provide personal information to us by email or otherwise, you consent to the
transfer of that information to countries outside of your country of residence and these countries may have different data
protection rules than your country. To learn how we protect privacy, please use this link
(https://urldefense.proofpoint.com/v2/url?u=https-3A__www.jennison.com_gdpr&d=DwIFAg&
c=m5pJjvhoJ8du6Q8es33zcrlMoqSJBzBMtZh4icn4nJ8&r=bjrpqU5hfbNitpwhsopI_cn-Q9ZKu09xpIshElUu1uo&
m=v5FLVPIv_w6UQ9FS7P084VxQI1SjUQ1bxv8ereaO7Is&s=ALkNfGW0zwRzXYgMxAQ-
RQxYwjEIsqzb8ivAbA1ZtWI&e=) to read our Privacy Notice.

CONFIDENTIAL

# Exhibit 68

| | |
|---|---|
| **From:** | Owuraka Koney </O=JENNISON/OU=JENNISON/CN=RECIPIENTS/CN=OKONEY> |
| **To:** | LCG_PMs; Mark Baribeau; Thomas Davis |
| **Sent:** | 8/13/2018 1:30:03 PM |
| **Subject:** | FW: TSLA [Tesla CEO Elon Musk provides additional background on going private discussions; notes Saudi SWF had expressed repeated interest in taking company private -- blog post] |

I posted the full blog post below. We should BUY more shares at these levels.

The offer at $420 is real and the company is worth a multiple of that. Worse case it's a 15% return if other shareholders vote in support of this deal. We should vote against going private.

https://www.tesla.com/blog/update-taking-tesla-private

# Update on Taking Tesla Private

Exhibit 68

Elon Musk August 13, 2018

As I underlined last Tuesday, I'm considering taking Tesla private because I believe it could be good for our shareholders, enable Tesla to operate at its best, and advance our mission of accelerating the transition to sustainable energy. As I continue to consider this, I want to answer some of the questions that have been asked since last Tuesday.

**What has happened so far?**

On August 2nd, I notified the Tesla board that, in my personal capacity, I wanted to take Tesla private at $420 per share. This was a 20% premium over the ~$350 then current share price (which already reflected a ~16% increase in the price since just prior to announcing Q2 earnings on August 1st). My proposal was based on using a structure where any existing shareholder who wished to remain as a shareholder in a private Tesla could do so, with the $420 per share buyout used only for shareholders that preferred that option.

After an initial meeting of the board's outside directors to discuss my proposal (I did not participate, nor did Kimbal), a full board meeting was held. During that meeting, I told the board about the funding discussions that had taken place (more on that below) and I explained why this could be in Tesla's long-term interest.

At the end of that meeting, it was agreed that as a next step, I would reach out to some of Tesla's largest shareholders. Our largest investors have been extremely supportive of Tesla over the years, and understanding whether they had the ability and desire to remain as shareholders in a private Tesla is of critical importance to me. They are the ones who believed in Tesla when no one else did and they are the ones who most believe in our future. I told the board that I would report back after I had these discussions.

**Why did I make a public announcement?**

The only way I could have meaningful discussions with our largest shareholders was to be completely forthcoming with them about my desire to take the company private. However, it wouldn't be right to share information about going private with just our largest investors without sharing the same information with all investors at the same time. As a result, it was clear to me that the right thing to do was announce my intentions publicly. To be clear, when I made the public announcement, just as with this blog post and all other discussions I have had on this topic, I am speaking for myself as a potential bidder for Tesla.

**Why did I say "funding secured"?**

Going back almost two years, the Saudi Arabian sovereign wealth fund has approached me multiple times about taking Tesla private. They first met with me at the beginning of 2017 to express this interest because of the important need to diversify away from oil. They then held several additional meetings with me over the next year to reiterate this interest and to try to move forward with a going private transaction. Obviously, the Saudi sovereign fund has more than enough capital needed to execute on such a

transaction.

Recently, after the Saudi fund bought almost 5% of Tesla stock through the public markets, they reached out to ask for another meeting. That meeting took place on July 31st. During the meeting, the Managing Director of the fund expressed regret that I had not moved forward previously on a going private transaction with them, and he strongly expressed his support for funding a going private transaction for Tesla at this time. I understood from him that no other decision makers were needed and that they were eager to proceed.

I left the July 31st meeting with no question that a deal with the Saudi sovereign fund could be closed, and that it was just a matter of getting the process moving. This is why I referred to "funding secured" in the August 7th announcement.

Following the August 7th announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements.

Another critical point to emphasize is that before anyone is asked to decide on going private, full details of the plan will be provided, including the proposed nature and source of the funding to be used. However, it would be premature to do so now. I continue to have discussions with the Saudi fund, and I also am having discussions with a number of other investors, which is something that I always planned to do since I would like for Tesla to continue to have a broad investor base. It is appropriate to complete those discussions before presenting a detailed proposal to an independent board committee.

It is also worth clarifying that most of the capital required for going private would be funded by equity rather than debt, meaning that this would not be like a standard leveraged buyout structure commonly used when companies are taken private. I do not think it would be wise to burden Tesla with significantly increased debt.

Therefore, reports that more than $70B would be needed to take Tesla private dramatically overstate the actual capital raise needed. The $420 buyout price would only be used for Tesla shareholders who do not remain with our company if it is private. My best estimate right now is that approximately two-thirds of shares owned by all current investors would roll over into a private Tesla.

**What are the next steps?**
As mentioned earlier, I made the announcement last Tuesday because I felt it was the right and fair thing to do so that all investors had the same information at the same time. I will now continue to talk with investors, and I have engaged advisors to investigate a range of potential structures and options. Among other things, this will allow me to obtain a more precise understanding of how many of Tesla's existing public shareholders would remain shareholders if we became private.

If and when a final proposal is presented, an appropriate evaluation process will be undertaken by a special committee of Tesla's board, which I understand is already in the process of being set up, together with the legal counsel it has selected. If the board process results in an approved plan, any required regulatory approvals will need to be obtained and the plan will be presented to Tesla shareholders for a vote.

**From:** StreetAccount [mailto:service@streetaccount.com]
**Sent:** Monday, August 13, 2018 9:12 AM
**To:** Owuraka Koney <OKoney@jennison.com>

CONFIDENTIAL                                                                                     JENN0000148

**Subject:** SA: TSLA [Tesla CEO Elon Musk provides additional background on going private discussions; notes Saudi SWF had expressed repeated interest in taking company private -- blog post]

09:11 ET 8/13/18 [StreetAccount] **TSLA Tesla CEO Elon Musk provides additional background on going private discussions; notes Saudi SWF had expressed repeated interest in taking company private -- blog post** ($355.49)

- Highlights from the blog post:
  - *What has happened so far?*
    - On August 2nd, I notified the Tesla board that, in my personal capacity, I wanted to take Tesla private at $420 per share.
    - After an initial meeting of the board's outside directors to discuss my proposal a full board meeting was held. During that meeting, I told the board about the funding discussions that had taken place and I explained why this could be in Tesla's long-term interest.
    - At the end of that meeting, it was agreed that as a next step, I would reach out to some of Tesla's largest shareholders.
  - *Why did I make a public announcement?*
    - The only way I could have meaningful discussions with our largest shareholders was to be completely forthcoming with them about my desire to take the company private.
  - *Why did I say "funding secured"?*
    - **Going back almost two years, the Saudi Arabian sovereign wealth fund has approached me multiple times about taking Tesla private.** They first met with me at the beginning of 2017 to express this interest because of the important need to diversify away from oil. They then held several additional meetings with me over the next year to reiterate this interest and to try to move forward with a going private transaction. Obviously
    - Recently, after the Saudi fund bought almost 5% of Tesla stock through the public markets, they reached out to ask for another meeting. That meeting took place on July 31st. During the meeting, the Managing Director of the fund expressed regret that I had not moved forward previously on a going private transaction with them, and he strongly expressed his support for funding a going private transaction for Tesla at this time
    - **I left the July 31st meeting with no question that a deal with the Saudi sovereign fund could be closed, and that it was just a matter of getting the process moving.**
      - This is why I referred to "funding secured" in the August 7th announcement.
    - **I continue to have discussions with the Saudi fund,** and I also am having discussions with a number of other investors, which is something that I always planned to do since I would like for Tesla to continue to have a broad investor base.
      - He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements.
    - I continue to have discussions with the Saudi fund, and I also am having discussions with a number of other investors, which is something that I always planned to do since I would like for Tesla to continue to have a broad investor base.
    - It is also worth clarifying that **most of the capital required for going private would be funded by equity rather than debt**, meaning that this would not be like a standard leveraged buyout structure commonly used when companies are taken private. I do not think it would be wise to burden Tesla with significantly increased debt.
      - Therefore, reports that more than $70B would be needed to take Tesla private dramatically overstate the actual capital raise needed.
      - **My best estimate right now is that approximately two-thirds of shares owned by all current investors would roll over into a private Tesla.**
  - *What are the next steps?*
    - I will now continue to talk with investors, and I have engaged advisors to investigate a range of potential structures and options
    - If and when a final proposal is presented, an appropriate evaluation process will be undertaken by a special committee of Tesla's board, which I understand is already in the process of being set up, together with the legal counsel it has selected.
    - If the board process results in an approved plan, any required regulatory approvals will need to be obtained and the plan will be presented to Tesla shareholders for a vote.

Reference Link

**\*\*\*\*\*Related comments from the archive:**

 JENN0000149

12-Aug-18 18:21 ET **TSLA** Saudi Arabia's sovereign wealth fund in talks to become significant investor in Tesla as part of Musk's plan to go private - Bloomberg ($355.49)

- People with knowledge of the fund's plans tell Bloomberg discussions began before Musk's 7-Aug tweet
  - ○ The people say the fund sees the Tesla investment as a strategic hedge against oil
- The article reports the fund approached Musk months ago in regards to acquiring a minority stake but Musk initially resisted at which point the fund acquired ~$2B in shares on the market
- Other people tell Bloomberg current talks around participating in a take-private transaction began in recent weeks.

* * * * *

11-Aug-18 12:09 ET **TSLA** Investors sue Tesla and CEO Musk for stock price manipulation -- Bloomberg ($355.49)

- A shareholder complaint filed Friday as a securities-fraud class action in federal court in San Francisco alleges that Musk lied about funding so he could push shares higher and ambush short sellers betting against the company.
- On 7-Aug, Musk tweeted "Am considering taking Tesla private at $420. Funding Secured." The lawsuit claims that Musk's statement that he had secured funding amounted to issuing false and materially misleading information into the market.
- As previously reported, the SEC is also examining the matter.

* * * * *

10-Aug-18 15:02 ET **TSLA** Tesla reported to seek wide investor pool for take-private plan — Bloomberg ($352.92 +$0.47)

- Elon Musk and advisers are looking at a wider pool of investors to fund a potential take-private plan in order to avoid concentrating ownership amongst a few large holders, according to sources familiar with the matter
- TSLA is holding early discussions with banks about the feasibility and potential structure of such a possible deal and are looking at investors, including large asset managers
- Article says deliberations are at an early stage and the company has yet to formally hire a bank for the process or made a final decision on how to proceed

* * * * *

09-Aug-18 17:13 ET **TSLA** Follow-up: Tesla board plans to meet with advisers next week regarding go-private talks -- CNBC ($352.45)

- TSLA is likely to advise Musk to hire his own advisers
- Stock is trading +3.2% to $363.65, after-hours

* * * * *

09-Aug-18 17:09 ET **TSLA** Tesla board plans to meet with advisers next week regarding go-private talks -- CNBC ($352.45)

- Board likely to seek Musk recusal from those discussions

* * * * *

StreetAccount alert for portfolio(s):
- JENN (TSLA)

Tickers mentioned in/related to this story; follow link for 30-day news history: **TSLA**

**Contact us:** reply to this email with questions, comments, or corrections, or call us at 617.261.5200.
This email is confidential and intended solely for the use of the individual to whom it is addressed.
Subscribers are prohibited from disclosing, copying or distributing the contents of this email.

FactSet StreetAccount website: www.streetaccount.com

Copyright (C) 2018 FactSet Research Systems Inc. 601 Merritt 7, Norwalk, CT 06851 | 2408159.636696309537760

JENN0000150

# Exhibit 79

| Tag | Service | Direction | Date | Content | Subject | Sender | Participants | Attachments | Date Read | Date Delivered | Failed | Deleted Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMS | Incoming | 8/1/2018 1:23 | Yasir from Saudi PIF here. Says they own almost 5% of Tesla (?)! | | Sam Teller ( (323) 430-1160 ) | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Self | 0 | 8/1/2018 1:23 | | | No |
| SMS | Incoming | 8/1/2018 1:23 | Feel free to come meet in 15 mins and walk him out | | Sam Teller ( (323) 430-1160 ) | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Self | 0 | 8/1/2018 1:23 | | | No |
| SMS | Incoming | 8/1/2018 1:23 | No pressure but you are welcome | | Sam Teller ( (323) 430-1160 ) | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Self | 0 | 8/1/2018 1:23 | | | No |
| SMS | Outgoing | 8/1/2018 1:24 | Will do. Not surprised. We had heard that from GS that a "Saudi investor had been buying our stock all the way to 5%" | | Self | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Unknown, Self | 0 | | | | No |
| SMS | Incoming | 8/1/2018 1:26 | Deepak you may want to join | | Sam Teller ( (323) 430-1160 ) | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Self | 0 | 8/1/2018 1:26 | | | No |
| SMS | Incoming | 8/1/2018 1:26 | In Jupiter now | | Sam Teller ( (323) 430-1160 ) | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Self | 0 | 8/1/2018 1:26 | | | No |
| SMS | Incoming | 8/1/2018 1:27 | Or be ready when we leave. You should meet | | Sam Teller ( (323) 430-1160 ) | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Self | 0 | 8/1/2018 1:27 | | | No |
| SMS | Outgoing | 8/1/2018 1:27 | Coming over. | | Self | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Unknown, Self | 0 | | | | No |
| SMS | Incoming | 8/1/2018 1:32 | Lmk when here | | Sam Teller ( (323) 430-1160 ) | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Self | 0 | 8/1/2018 1:32 | | | No |
| SMS | Outgoing | 8/1/2018 1:33 | Outside now. | | Self | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Unknown, Self | 0 | | | | No |
| iMessage | Incoming | 8/1/2018 2:09 | Todd stopped by looking for you | | Ann 🐾 Seid ( (650) 727-7233 ) | Ann 🐾 Seid ( (650) 727-7233 ), Self | 0 | 8/1/2018 2:14 | | | No |
| iMessage | Incoming | 8/3/2018 15:24 | Good morning Deepak 😊 I saw that you will be missing the Powerwall call. In your email you said 9:30 but it's at 9:00. Is that due to the call with TRP at 8:30? | | Ann 🐾 Seid ( (650) 727-7233 ) | Ann 🐾 Seid ( (650) 727-7233 ), Self | 0 | 8/3/2018 15:26 | | | No |



Deepak Ahuja
8/5/2021
**Exhibit 79**
Lisa Moskowitz, CSR 10816, CRR, RPR



EXHIBIT
DPA-9
SF-4082  8.28.18

TSLA_AHUJA0000447 Page 1

| Tag | Service | Direction | Date | Content | Subject | Sender | Participants | Attachments | Date Read | Date Delivered | Failed | Deleted Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | iMessage | Outgoing | 8/3/2018 15:27 | I won't attend the 9 am powerwall call. My mistake in the email. | | Self | Ann 🖊 Seid ( (650) 727-7233 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/3/2018 15:39 | Got it. We are just waiting on James Murdoch now. | | Ann 🖊 Seid ( (650) 727-7233 ) | Ann 🖊 Seid ( (650) 727-7233 ), Self | 0 | 8/3/2018 15:50 | | | No |
| | iMessage | Incoming | 8/3/2018 17:35 | Hi Deepak - it's Elissa. Is 10:45 ish ok with you for the call w/ Elon? | | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | 8/3/2018 17:35 | | | No |
| | iMessage | Outgoing | 8/3/2018 17:36 | Yes! | | Self | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/3/2018 17:36 | Great - I'll keep you updated | | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | 8/3/2018 17:36 | | | No |
| | iMessage | Outgoing | 8/3/2018 17:37 | Ok | | Self | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Outgoing | 8/3/2018 17:48 | I have called in and will wait. | | Self | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/3/2018 17:48 | Thank you | | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | 8/3/2018 17:48 | | | No |
| | iMessage | Incoming | 8/3/2018 17:51 | He's going to jump in the car, so about 10 min | | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | 8/3/2018 17:51 | | | No |
| | iMessage | Incoming | 8/3/2018 17:51 | 11 AM 😊 | | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | 8/3/2018 17:51 | | | No |
| | iMessage | Outgoing | 8/3/2018 17:51 | Got it. | | Self | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/3/2018 19:45 | +1 (917) 297-9289 | | Ann 🖊 Seid ( (650) 727-7233 ) | Ann 🖊 Seid ( (650) 727-7233 ), Self | 0 | 8/3/2018 19:46 | | | No |
| | iMessage | Incoming | 8/3/2018 19:45 | James' number | | Ann 🖊 Seid ( (650) 727-7233 ) | Ann 🖊 Seid ( (650) 727-7233 ), Self | 0 | 8/3/2018 19:46 | | | No |
| | iMessage | Outgoing | 8/3/2018 19:47 | Hi James, Deepak here. Want to confirm that 7pm PST Board call tonight is ok with you. Everyone else has confirmed. Thanks. | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/3/2018 20:46 | Yes it's fine. | | James Murdoch ( (917) 297-9289 ) | James Murdoch ( (917) 297-9289 ), Self | 0 | 8/3/2018 20:46 | | | No |
| | iMessage | Outgoing | 8/3/2018 20:46 | Thanks | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Outgoing | 8/4/2018 2:17 | We are all on the call ready for Elon | | Self | (650) 533-2194, Self | 0 | | 5828963-12-20 00:00:00 | | No |

TSLA_AHUJA0000447 Page 2

| Tag | Service | Direction | Date | Content | Subject | Sender | Participants | Attachments | Date Read | Date Delivered | Failed | Deleted Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | iMessage | Incoming | 8/4/2018 2:18 | Hi Deepak! Elon is jumping on shortly. He will be dialing himself in. | | (650) 533-2194 | (650) 533-2194, Self | 0 | 8/4/2018 2:18 | | | No |
| | iMessage | Outgoing | 8/4/2018 2:18 | Thanks. | | Self | (650) 533-2194, Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/7/2018 17:16 | Hi Deepak.  Give me a call when you can please.  I assume things are a bit hectic for you!! | | Dan Dees ( (415) 231-4735 ) | Dan Dees ( (415) 231-4735 ), Self | 0 | 8/7/2018 17:16 | | | No |
| | iMessage | Outgoing | 8/8/2018 3:32 | Still good for 9:30? | | Self | Sam Teller ( (323) 430-1160 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/8/2018 3:32 | Yeah | | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/8/2018 3:43 | | | No |
| | iMessage | Incoming | 8/8/2018 3:32 | Maybe couple late but not much | | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/8/2018 3:43 | | | No |
| | iMessage | Outgoing | 8/8/2018 3:43 | Thanks! | | Self | Sam Teller ( (323) 430-1160 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/8/2018 3:44 | 945 perhaps :) | | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/8/2018 4:00 | | | No |
| | iMessage | Outgoing | 8/8/2018 4:00 | Ok :) | | Self | Sam Teller ( (323) 430-1160 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/8/2018 4:07 | Elon's dinner is now at 9:45 | | Ann 🏝 Seid ( (650) 727-7233 ) | Ann 🏝 Seid ( (650) 727-7233 ), Self | 0 | 8/8/2018 4:28 | | | No |
| | iMessage | Incoming | 8/8/2018 4:12 | I know you must had a long day.  Can we chat for few min? | | Sanjay Shah ( (512) 423-1218 ) | Sanjay Shah ( (512) 423-1218 ), Self | 0 | 8/8/2018 4:28 | | | No |
| | iMessage | Outgoing | 8/8/2018 4:28 | Will call you shortly | | Self | Sanjay Shah ( (512) 423-1218 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Outgoing | 8/8/2018 4:28 | Thanks! | | Self | Ann 🏝 Seid ( (650) 727-7233 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/8/2018 4:29 | I'm sorry it's such a late night of meetings for you! | | Ann 🏝 Seid ( (650) 727-7233 ) | Ann 🏝 Seid ( (650) 727-7233 ), Self | 0 | 8/8/2018 4:31 | | | No |
| | iMessage | Outgoing | 8/8/2018 4:31 | Another day :) | | Self | Ann 🏝 Seid ( (650) 727-7233 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| SMS | Incoming | 8/8/2018 21:04 | any major updates...free to talk | | Brad Buss ( (408) 655-9708 ) | Brad Buss ( (408) 655-9708 ), Self | 0 | 8/8/2018 21:13 | | | No |
| | iMessage | Incoming | 8/8/2018 21:06 | Would you like coffee now? | | Ann 🏝 Seid ( (650) 727-7233 ) | Ann 🏝 Seid ( (650) 727-7233 ), Self | 0 | 8/8/2018 21:13 | | | No |
| | iMessage | Outgoing | 8/9/2018 14:43 | Hi Dan, sorry for the delay in my response! Didn't mean to ignore. Will call you in a couple of days. | | Self | Dan Dees ( (415) 231-4735 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |

TSLA_AHUJA0000447 Page 3

| Tag | Service | Direction | Date | Content | Subject | Sender | Participants | Attachments | Date Read | Date Delivered | Failed | Deleted Record |
|-----|---------|-----------|------|---------|---------|--------|--------------|-------------|-----------|----------------|--------|----------------|
| | SMS | Outgoing | 8/9/2018 15:12 | How is it going with investors, beyond the messages forwarded by Aaron? | | Self | Martin Viecha ( (650) 480-0069 ), Self | 0 | | | | No |
| | SMS | Incoming | 8/9/2018 16:01 | My meeting just finished | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/9/2018 16:04 | | | No |
| | SMS | Incoming | 8/9/2018 16:01 | Many people simply don't believe this is real | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/9/2018 16:04 | | | No |
| | SMS | Incoming | 8/9/2018 16:02 | People are quite desperate for more info, which is what we're working on as far as I'm aware | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/9/2018 16:04 | | | No |
| | SMS | Outgoing | 8/9/2018 16:04 | Yes, thanks. Helpful to know this sentiment. | | Self | Martin Viecha ( (650) 480-0069 ), Self | 0 | | | | No |
| | iMessage | Incoming | 8/9/2018 16:21 | Understood!!!  U have a lot going on, I suspect!!  We are standing by and ready to help.  I have exchanged an email with elon and as he says, will catch up when he comes up for air! | | Dan Dees ( (415) 231-4735 ) | Dan Dees ( (415) 231-4735 ), Self | 0 | 8/9/2018 17:00 | | | No |
| | SMS | Incoming | 8/9/2018 16:28 | The other thing that I hear a lot is that for those shareholders who are unable to hold a stake in a private company, $420 is way too little. Especially now that we're about to turn corner on profitability. | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/9/2018 16:33 | | | No |
| | SMS | Outgoing | 8/9/2018 17:00 | Understood | | Self | Martin Viecha ( (650) 480-0069 ), Self | 0 | | | | No |
| | iMessage | Incoming | 8/9/2018 17:22 | Will text you when he's getting closer to rolling | | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | 8/9/2018 17:27 | | | No |
| | iMessage | Outgoing | 8/9/2018 17:27 | Sounds good. I will be ready. Would you want me to call his cell then? | | Self | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/9/2018 17:28 | Yes, that would work! | | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | 8/9/2018 17:28 | | | No |
| | iMessage | Outgoing | 8/9/2018 17:29 | Thanks | | Self | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/9/2018 17:58 | He's rolling - feel free to give him a call | | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | 8/9/2018 17:58 | | | No |
| | iMessage | Outgoing | 8/9/2018 17:58 | Doing now. | | Self | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |

| Tag | Service | Direction | Date | Content | Subject | Sender | Participants | Attach ments | Date Read | Date Delivered | Failed | Deleted Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | iMessage | Outgoing | 8/9/2018 18:13 | I understand the Kuwaities have reached out to you to invest in Tesla. I haven't heard from them at all. Elon wants to reach out to them. Please send me their info asap. | | Self | JB Straubel ( (650) 996-4355 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/9/2018 18:21 | Unfortunately I did not get their contact info. It was a blocked number and their phone dropped and then mine did also before I could get their info. They did say they want to invest $2-4 B and that they had tried to reach you but could not for some reason. That's all I know!  They haven't called back. Very strange. | | JB Straubel ( (650) 996-4355 ) | JB Straubel ( (650) 996-4355 ), Self | 0 | 8/9/2018 18:20 | | | No |
| | iMessage | Outgoing | 8/9/2018 18:25 | Did they provide the full information of their fund? Yesterday my wife got a blocked call on her cell from a "Saudi investor" wanting to talk to me. She said it sounded like a hoax call. | | Self | JB Straubel ( (650) 996-4355 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/9/2018 18:26 | No, they didn't give me any firm background. I did sound strange to be sure and I didn't tell them anything. | | JB Straubel ( (650) 996-4355 ) | JB Straubel ( (650) 996-4355 ), Self | 0 | 8/9/2018 18:33 | | | No |
| | iMessage | Outgoing | 8/9/2018 18:26 | Can I call you later? | | Self | Sam Teller ( (323) 430-1160 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/9/2018 18:26 | About to speak w him and could use a read out | | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/9/2018 18:27 | | | No |
| | iMessage | Incoming | 8/9/2018 18:26 | But he's | | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/9/2018 18:27 | | | No |
| | iMessage | Incoming | 8/9/2018 18:26 | Yes* | | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/9/2018 18:27 | | | No |
| | iMessage | Incoming | 8/9/2018 18:27 | Want to make game plan for today | | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/9/2018 18:27 | | | No |
| | iMessage | Outgoing | 8/9/2018 19:41 | Please call when you get a chance. Want to give you an update. Not urgent. | | Self | Sam Teller ( (323) 430-1160 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | SMS | Incoming | 8/9/2018 20:05 | Hi Deepak and Sam, I wanted to ask you if you could please keep me in the loop about any Investor communication. Just so I'm aware of what we're up to. Martin | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Self | 0 | 8/9/2018 20:05 | | | No |

TSLA_AHUJA0000447 Page 5

| Tag | Service | Direction | Date | Content | Subject | Sender | Participants | Attachments | Date Read | Date Delivered | Failed | Deleted Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SMS | Incoming | 8/9/2018 20:06 | Elon reaching out personally | | Sam Teller ( (323) 430-1160 ) | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Self | 0 | 8/9/2018 20:10 | | | No |
| | SMS | Incoming | 8/9/2018 20:06 | Got it. Top 10 or top 3 or so? | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Sam Teller ( (323) 430-1160 ), Self | 0 | 8/9/2018 20:10 | | | No |
| | SMS | Incoming | 8/10/2018 4:24 | Hi Deepak, I landed, but I'm stuck in the plane. We're waiting for our gate | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/10/2018 4:25 | | | No |
| | SMS | Incoming | 8/10/2018 4:24 | Would prefer to speak when I'm outside, too many people arout... | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/10/2018 4:25 | | | No |
| | SMS | Outgoing | 8/10/2018 4:25 | No worries. Call me when you are out. | | Self | Martin Viecha ( (650) 480-0069 ), Self | 0 | | | | No |
| | SMS | Incoming | 8/10/2018 20:29 | Hi Deepak, I'm still waiting for Blackrock. Any chance you might have 10 minutes to chat? | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/10/2018 20:48 | | | No |
| | iMessage | Outgoing | 8/11/2018 20:03 | Please call me when you get a chance. Thanks. | | Self | Sam Teller ( (323) 430-1160 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/12/2018 17:10 | Apologies. Went to bed late and set my alarm for 10am | | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/12/2018 17:46 | | | No |
| | iMessage | Incoming | 8/12/2018 20:33 | Will call you back in a few! | | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/12/2018 21:45 | | | No |
| | SMS | Outgoing | 8/13/2018 9:53 | Still planning to release the blog before market opens. Todd will send you a copy. | | Self | Martin Viecha ( (650) 480-0069 ), Self | 0 | | | | No |
| | SMS | Outgoing | 8/13/2018 15:32 | How is it going with investor reaction to the blog? | | Self | Martin Viecha ( (650) 480-0069 ), Self | 0 | | | | No |
| | SMS | Incoming | 8/13/2018 15:37 | Just had a fairly heated meeting with JPM | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/13/2018 15:44 | | | No |
| | SMS | Incoming | 8/13/2018 15:38 | Their view is: once we start showing profitability, shorts will go away. We cannot have such a drastic measure because of few quarters of excessive scrutiny | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/13/2018 15:44 | | | No |
| | SMS | Outgoing | 8/13/2018 15:45 | They aren't happy about the going private initiative! | | Self | Martin Viecha ( (650) 480-0069 ), Self | 0 | | | | No |
| | SMS | Incoming | 8/13/2018 15:46 | Yep, they made it pretty clear | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/13/2018 15:49 | | | No |

| Tag | Service | Direction | Date | Content | Subject | Sender | Participants | Attachments | Date Read | Date Delivered | Failed | Deleted Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | iMessage | Outgoing | 8/13/2018 21:41 | Is there a room for me to take the 3 pm board meeting? You had mentioned I recall that there was one. | | Self | Ann 🐚 Seid ( (650) 727-7233 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/13/2018 21:42 | Yes you have Hemlock. | | Ann 🐚 Seid ( (650) 727-7233 ) | Ann 🐚 Seid ( (650) 727-7233 ), Self | 0 | 8/13/2018 21:53 | | | No |
| | iMessage | Outgoing | 8/13/2018 21:53 | Thanks. | | Self | Ann 🐚 Seid ( (650) 727-7233 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/13/2018 23:29 | Todd said to dial back in | | Ann 🐚 Seid ( (650) 727-7233 ) | Ann 🐚 Seid ( (650) 727-7233 ), Self | 0 | 8/13/2018 23:29 | | | No |
| | iMessage | Outgoing | 8/13/2018 23:29 | I am back on | | Self | Ann 🐚 Seid ( (650) 727-7233 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| | SMS | Incoming | 8/14/2018 1:03 | I'll call you back. | | Brad Buss ( (408) 655-9708 ) | Brad Buss ( (408) 655-9708 ), Self | 0 | 8/14/2018 1:03 | | | No |
| | SMS | Outgoing | 8/14/2018 1:03 | Sounds good. Boarding the flight from Reno in 20 min | | Self | Brad Buss ( (408) 655-9708 ), Self | 0 | | | | No |
| | SMS | Outgoing | 8/14/2018 1:05 | Call you back in 5 min | | Self | Brad Buss ( (408) 655-9708 ), Self | 0 | | | | No |
| | SMS | Incoming | 8/14/2018 1:05 | okay...free now | | Brad Buss ( (408) 655-9708 ) | Brad Buss ( (408) 655-9708 ), Self | 0 | 8/14/2018 1:05 | | | No |
| | SMS | Incoming | 8/14/2018 1:40 | Hi, I just arrived to Denver Airport after my conference. | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/14/2018 1:41 | | | No |
| | SMS | Incoming | 8/14/2018 1:41 | The message from investors is pretty consistent. Happy to discuss on the phone whenever you have time. Or tomorrow, we can catch up in Fremont | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/14/2018 1:41 | | | No |
| | SMS | Outgoing | 8/14/2018 1:41 | Will call you later tonight or tomorrow. Just departing Reno. | | Self | Martin Viecha ( (650) 480-0069 ), Self | 0 | | | | No |
| | SMS | Incoming | 8/14/2018 1:41 | Ok | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/14/2018 1:42 | | | No |
| | SMS | Outgoing | 8/14/2018 14:01 | Are you in Fremont today? I can call you or we can chat in person. | | Self | Martin Viecha ( (650) 480-0069 ), Self | 0 | | | | No |
| | SMS | Incoming | 8/14/2018 14:14 | Hi Deepak, I'm about to leave my apartment. I have this huge factory tour with test drives and 1-hour lunch with Evercore ISI | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/14/2018 14:31 | | | No |
| | SMS | Incoming | 8/14/2018 14:14 | Starts at 9, finishes at 4pm | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/14/2018 14:31 | | | No |

| Tag | Service | Direction | Date | Content | Subject | Sender | Participants | Attachments | Date Read | Date Delivered | Failed | Deleted Record |
|-----|---------|-----------|------|---------|---------|--------|--------------|-------------|-----------|----------------|--------|----------------|
| | SMS | Incoming | 8/14/2018 14:14 | I can speak anytime before 9am. Would that be ok? | | Martin Viecha ( (650) 480-0069 ) | Martin Viecha ( (650) 480-0069 ), Self | 0 | 8/14/2018 14:31 | | | No |

# Exhibit 90

**From:**        erm@tesla.com
**Sent:**        Tuesday, August 07, 2018 7:56 PM
**To:**          mattfassnacht@gmail.com
**Subject:**     Re: Why?


Why can't you own shares in a private company?

And don't ever send emails like that to Tesla.

> On Aug 7, 2018, at 7:08 PM, Deepak Ahuja <deepak@tesla.com> wrote:
>
> Elon,
> FYI. Feedback from a PM at HHR Asset Management (a top 30 shareholder) who believes in the long-term value creation of Tesla but can't hold private shares, so says they will oppose the transaction at $420 as they consider it far too low.
>
> Feedback from T Rowe Price is they will support owning Tesla shares as a private company.
>
> Deepak
>
>
> On 8/7/18, 1:25 PM, "Aaron Chew" <achew@tesla.com> wrote:
>
>    Initial feedback from HHR (Emailing from his gmail account but this is from a Top 30 albeit not Top 10 holder)
>
>    (separately the main T. Rowe PM said he would support and stay private....and had invested in private Dell so experienced with such structures)
>
>    Aaron Chew | Investor Relations
>    m 917-568-7990 | e achew@tesla.com
>
>
>    -----Original Message-----
>    From: Matt Fassnacht <mattfassnacht@gmail.com>
>    Sent: Tuesday, August 7, 2018 4:22 PM
>    To: Aaron Chew <achew@tesla.com>
>    Subject: Re: Why?
>
>    We will not support a buyout. He's going to marginalize the best supporters he has. I feel  betrayed.
>
>    We can't own private entities. Not fair.
>
>    Matt Fassnacht
>    Cell (917) 836-1831
>
>> On Aug 7, 2018, at 3:27 PM, Aaron Chew <achew@tesla.com> wrote:
>>
>> https://www.tesla.com/en_GB/blog/taking-tesla-private?redirect=no

1



Deepak Ahuja
8/5/2021
**Exhibit 90**
Lisa Moskowitz, CSR 10816, CRR, RPR

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TESLA,
NOT SUBJECT TO DISCLOSURE PURSUANT TO 5 U.S.C. §552(b)
CONFIDENTIAL

TSLA_SECSF0060359

TESLA_LITTLETON_00006289

>>
>>
>> Aaron Chew | Investor Relations
>> m 917-568-7990 | e achew@tesla.com
>>
>> -----Original Message-----
>> From: Matt Fassnacht <mattfassnacht@gmail.com>
>> Sent: Tuesday, August 7, 2018 1:06 PM
>> To: Aaron Chew <achew@tesla.com>
>> Subject: Why?
>>
>> Can we take away his twitter account? He can't be doing this. I will not sell for $450. $2000 maybe.
>>
>> Matt Fassnacht
>> Cell (917) 836-1831
>
>

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY TESLA,
NOT SUBJECT TO DISCLOSURE PURSUANT TO 5 U.S.C. §552(b)
CONFIDENTIAL

TSLA_SECSF0060360

TESLA_LITTLETON_00006290

# Exhibit 121

# Native File Produced

**Exhibit 121**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ELON MUSK,
NOT SUBJECT TO DISCLOSURE PURSUANT TO 5 U.S.C. § 552(b)
CONFIDENTIAL

ERM_SECAUG7_00000006

TESLA_LITTLETON_00000320

| Tag | Service | Direction | Date | Content | Subject | Sender | Participants | Attachments | Date Read | Date Delivered | Failed | Deleted Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | iMessage | Incoming | 8/1/2018 22:52 | Jesus our schedules suck. We'll figure it out (heading to LA tomorrow and around for a bit) — but most importantly: great call and tone today. You're putting some of the noise in the background and letting the work show. Well done. | | James Murdoch ( (917) 297-9289 ) | James Murdoch ( (917) 297-9289 ), Self | 0 | 8/1/2018 23:05 | | | No |
| | iMessage | Outgoing | 8/1/2018 23:06 | Drinks tomorrow night in LA? | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/1/2018 23:36 | We are moving in to the house tomorrow night (so no art or books but hopefully some booze manageable) — would you come over? Just K and I (and Anneka lurking around). Come and see the new place! What time works for you? | | James Murdoch ( (917) 297-9289 ) | James Murdoch ( (917) 297-9289 ), Self | 0 | 8/1/2018 23:45 | | | No |
| | iMessage | Outgoing | 8/1/2018 23:45 | Great, will head over | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Outgoing | 8/1/2018 23:47 | Does 10pm work? | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/2/2018 11:38 | That may be a little late for us ... we're still on Europe time! Can you make it by nine? Or Friday? | | James Murdoch ( (917) 297-9289 ) | James Murdoch ( (917) 297-9289 ), Self | 0 | 8/2/2018 15:55 | | | No |
| | iMessage | Outgoing | 8/2/2018 15:56 | Sure, see you at 9 | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/2/2018 16:23 | Perfect! 1330 Angelo Drive. Shouldn't be too far from you (fifteen minutes?)  See you tonight. | | James Murdoch ( (917) 297-9289 ) | James Murdoch ( (917) 297-9289 ), Self | 0 | 8/2/2018 16:29 | | | No |
| | iMessage | Incoming | 8/2/2018 22:56 | I think Tesla being private would be awesome! | | Kimbal Musk ( (303) 667-1661 ) | Kimbal Musk ( (303) 667-1661 ), Self | 0 | 8/2/2018 23:01 | | | No |
| | iMessage | Outgoing | 8/2/2018 23:01 | Yes | | Self | Kimbal Musk ( (303) 667-1661 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Incoming | 8/3/2018 4:09 | Ok maybe we've both been busy. Anyway — text me when you are at the gate because the system is t working as well as I'd like... | | James Murdoch ( (917) 297-9289 ) | James Murdoch ( (917) 297-9289 ), Self | 0 | 8/3/2018 4:13 | | | No |
| | iMessage | Outgoing | 8/3/2018 4:13 | About 15 mins away | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Outgoing | 8/3/2018 4:14 | Just landed 10 mins ago | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Outgoing | 8/3/2018 4:33 | Here | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Outgoing | 8/3/2018 4:33 | I think | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| | iMessage | Outgoing | 8/3/2018 4:35 | At the gate | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| iMessage | Incoming | 8/3/2018 4:36 | On the way! | | James Murdoch ( (917) 297-9289 ) | James Murdoch ( (917) 297-9289 ), Self | 0 | 8/3/2018 4:36 | | No |
| iMessage | Incoming | 8/3/2018 17:09 | Pushed Jared to later or tomorrow given other priorities - but call w/ Dell is at 10:30, followed by the call w/ Deepak and Design. | | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( ( (818) 903-0235 ), Self | 0 | 8/3/2018 17:13 | | No |
| iMessage | Incoming | 8/3/2018 17:25 | Good to take call w/ Dell in 5? | | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( ( (818) 903-0235 ), Self | 0 | 8/3/2018 17:30 | | No |
| iMessage | Outgoing | 8/3/2018 17:30 | Yes | | Self | Elissa Butterfield ( ( (818) 903-0235 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/3/2018 19:08 | Good to see you. Apologies for progressively muddier thinking. Combination of bourbon and no sleep always something to be mindful of. I guess we're doing the board call tonight but if you and C and the boys want to get together over the weekend (or next) or for dinner some night for grown-ups, let me know! We're here until the 18th pretty much. | | James Murdoch ( (917) 297-9289 ) | James Murdoch ( (917) 297-9289 ), Self | 0 | 8/3/2018 19:36 | | No |
| iMessage | Outgoing | 8/3/2018 22:00 | Can I call you later? | | Self | Antonio Gracias ( ( (312) 493-2165 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/3/2018 22:01 | Yes. Would like to speak before the call tonight please. LMK a good time please. Thx | | Antonio Gracias ( (312) 493-2165 ) | Antonio Gracias ( ( (312) 493-2165 ), Self | 0 | 8/3/2018 22:22 | | No |
| iMessage | Incoming | 8/4/2018 2:15 | +1866-528-2256,,5609068# | | Elissa Butterfield ( (818) 903-0235 ) | Kimbal Musk ( (303) 667-1661 ), Elissa Butterfield ( ( (818) 903-0235 ), Self | 0 | 8/4/2018 2:18 | | No |
| iMessage | Incoming | 8/4/2018 2:55 | Also — this makes an enormous amount of sense. | | James Murdoch ( (917) 297-9289 ) | James Murdoch ( (917) 297-9289 ), Self | 0 | 8/4/2018 3:12 | | No |
| iMessage | Outgoing | 8/5/2018 20:17 | :) | | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/6/2018 22:37 | Do you have a moment to talk later today? | | Self | Egon ( (650) 391-3422 ), Self | 5828963-12-20 00:00:00 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/6/2018 22:37 | Yes - what works best for you ? | | Egon ( (650) 391-3422 ) | Egon ( (650) 391-3422 ), Self | 0 | 8/6/2018 22:38 | | No |
| iMessage | Outgoing | 8/6/2018 22:38 | How about 7? | | Self | Egon ( (650) 391-3422 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/6/2018 22:38 | Done | | Egon ( (650) 391-3422 ) | Egon ( (650) 391-3422 ), Self | 0 | 8/6/2018 22:38 | | No |
| iMessage | Incoming | 8/7/2018 2:00 | Reminder to call Egon | | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( ( (818) 903-0235 ), Self | 0 | 8/7/2018 2:03 | | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| iMessage | Outgoing | 8/7/2018 2:04 | Ok | Self | Elissa Butterfield ( (818) 903-0235 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/7/2018 17:23 | Elon, am sure you have thought about a broader communication on your rationale and structure to employees and potential investors. Would it help if Sarah, Todd and I draft a blog post or employee email for you? | Deepak Ahuja ( (734) 883-6333 ) | Deepak Ahuja ( (734) 883-6333 ), Self | 0 | 8/7/2018 17:26 | | No |
| iMessage | Outgoing | 8/7/2018 17:26 | Yeah, that would be great | Self | Deepak Ahuja ( (734) 883-6333 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/7/2018 17:31 | Working on it. Will send you shortly. | Deepak Ahuja ( (734) 883-6333 ) | Deepak Ahuja ( (734) 883-6333 ), Self | 0 | 8/7/2018 17:43 | | No |
| iMessage | Outgoing | 8/7/2018 17:43 | Ok | Self | Deepak Ahuja ( (734) 883-6333 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/7/2018 18:25 | Way to just light the torch paper! Would love five minutes to talk before next official board discussion/etc. | James Murdoch ( (917) 297-9289 ) | James Murdoch ( (917) 297-9289 ), Self | 0 | 8/7/2018 18:28 | | No |
| iMessage | Outgoing | 8/7/2018 18:29 | Everything's better with fire | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/7/2018 18:29 | Sure | Self | James Murdoch ( (917) 297-9289 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/7/2018 18:52 | Happy to be helpful in any way I can. | Gavin Baker ( (617) 314-5381 ) | Gavin Baker ( (617) 314-5381 ), Self | 0 | 8/7/2018 19:10 | | No |
| iMessage | Incoming | 8/7/2018 20:11 | Baller move | Joe Gebbia ( (401) 316-5985 ) | Joe Gebbia ( (401) 316-5985 ), Self | 0 | 8/7/2018 20:11 | | No |
| iMessage | Outgoing | 8/7/2018 20:12 | ⚽🌐 | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/7/2018 20:13 | Sucks being public | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/7/2018 20:16 | <Attachment - image/jpeg> | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 2 | 8/7/2018 20:20 | | No |
| iMessage | Incoming | 8/7/2018 20:19 | https://twitter.com/nycsouthpaw/status/1026919832594403328?s=12 | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/7/2018 20:20 | | No |
| iMessage | Incoming | 8/7/2018 20:20 | Sucks being private without IPO alternative for inst investors/employees with RSU's | Joe Gebbia ( (401) 316-5985 ) | Joe Gebbia ( (401) 316-5985 ), Self | 0 | 8/7/2018 20:32 | | No |
| iMessage | Outgoing | 8/7/2018 20:32 | Works for SpaceX | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/7/2018 20:33 | We do a liquidity event every 6 months | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | 5828963-12-20 00:00:00 | No |

| Type | Direction | Date/Time | Message | Party 1 | Party 2 | | Timestamp 1 | Timestamp 2 | Flag |
|---|---|---|---|---|---|---|---|---|---|
| iMessage | Outgoing | 8/7/2018 20:34 | You might have similar problem I had with Tesla though. Too many individual financing rounds with aggravating terms. Only way to clear out the stupid assholes was to go public. | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/7/2018 21:56 | Exactly. No other IPO alternative exists at the moment. | Joe Gebbia ( (401) 316-5985 ) | Joe Gebbia ( (401) 316-5985 ), Self | 0 | 8/7/2018 22:29 | | No |
| iMessage | Incoming | 8/7/2018 22:01 | SpaceX must be RSU free... | Joe Gebbia ( (401) 316-5985 ) | Joe Gebbia ( (401) 316-5985 ), Self | 0 | 8/7/2018 22:29 | | No |
| iMessage | Outgoing | 8/7/2018 22:29 | No, we mostly issue RSUs | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/7/2018 23:17 | 420 makes me laugh btw.  Millennial knowledge | Gavin Baker ( (617) 314-5381 ) | Gavin Baker ( (617) 314-5381 ), Self | 0 | 8/7/2018 23:57 | | No |
| iMessage | Incoming | 8/7/2018 23:30 | And easy for me to sign NDA if necessary | Gavin Baker ( (617) 314-5381 ) | Gavin Baker ( (617) 314-5381 ), Self | 0 | 8/7/2018 23:57 | | No |
| iMessage | Outgoing | 8/7/2018 23:57 | Good karma :) | Self | Gavin Baker ( (617) 314-5381 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/8/2018 0:30 | I'm at Giga working on improving the production rate. Will call when I'm done. | Self | Gavin Baker ( (617) 314-5381 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/8/2018 0:59 | Karma is important.  I'll be up for another hour or so.  If we miss each other, let's talk tomorrow. | Gavin Baker ( (617) 314-5381 ) | Gavin Baker ( (617) 314-5381 ), Self | 0 | 8/8/2018 1:33 | | No |
| iMessage | Outgoing | 8/8/2018 3:00 | Just leaving Giga now. Are you up? | Self | Gavin Baker ( (617) 314-5381 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/8/2018 4:26 | Hey.  Can you call me for 2 min | Scott Painter ( (310) 200-2000 ) | Scott Painter ( (310) 200-2000 ), Self | 0 | 8/8/2018 4:27 | | No |
| iMessage | Outgoing | 8/8/2018 4:27 | Is this time-critical? I'm supposed to be on a call with lawyers. | Self | Scott Painter ( (310) 200-2000 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/8/2018 4:32 | Yes.  Brief. | Scott Painter ( (310) 200-2000 ) | Scott Painter ( (310) 200-2000 ), Self | 0 | 8/8/2018 4:34 | | No |
| iMessage | Outgoing | 8/8/2018 4:35 | Need to do this call. Will call after. | Self | Scott Painter ( (310) 200-2000 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/8/2018 4:40 | Kk | Scott Painter ( (310) 200-2000 ) | Scott Painter ( (310) 200-2000 ), Self | 0 | 8/8/2018 5:39 | | No |
| iMessage | Incoming | 8/8/2018 5:22 | Still up to grab a drink? | Adeo Ressi ( (650) 391-4649 ) | Adeo Ressi ( (650) 391-4649 ), Self | 0 | 8/8/2018 5:38 | | No |
| iMessage | Outgoing | 8/8/2018 5:39 | Dealing with Tesla drama | Self | Adeo Ressi ( (650) 391-4649 ), Self | | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| iMessage | Outgoing | 8/8/2018 5:40 | Will have to call v late | Self | Scott Painter ( (310) 200-2000 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/8/2018 6:18 | That's ok. 2 min when you have a sec | Scott Painter ( (310) 200-2000 ) | Scott Painter ( (310) 200-2000 ), Self | 0 | 8/8/2018 7:32 | | No |
| iMessage | Incoming | 8/8/2018 6:20 | May the drama end. | Adeo Ressi ( (650) 391-4649 ) | Adeo Ressi ( (650) 391-4649 ), Self | 0 | 8/8/2018 7:32 | | No |
| iMessage | Incoming | 8/8/2018 7:08 | ? | Scott Painter ( (310) 200-2000 ) | Scott Painter ( (310) 200-2000 ), Self | 0 | 8/8/2018 7:32 | | No |
| iMessage | Outgoing | 8/8/2018 7:32 | Yes. | Self | Adeo Ressi ( (650) 391-4649 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/8/2018 14:08 | I had just gone to sleep.  I'm free all day - please call anytime | Gavin Baker ( (617) 314-5381 ) | Gavin Baker ( (617) 314-5381 ), Self | 0 | 8/8/2018 16:17 | | No |
| iMessage | Incoming | 8/8/2018 15:45 | If you can, please try me before you speak to existing investors. Will only take 5 minutes - | Gavin Baker ( (617) 314-5381 ) | Gavin Baker ( (617) 314-5381 ), Self | 0 | 8/8/2018 16:17 | | No |
| iMessage | Incoming | 8/8/2018 16:57 | Reminder to call Antonio on your drive in :) | Reyna ( (650) 533-2194 ) | Reyna ( (650) 533-2194 ), Self | 0 | 8/8/2018 17:04 | | No |
| iMessage | Incoming | 8/8/2018 17:14 | https://www.cnbc.com/video/2018/08/08/tesla-short-sellers-are-shorting-the-game-of-being-public-former-truecar-ceo-tsla-stock-elon-musk-tweet-private-shareholders-investors-capital.html | Scott Painter ( (310) 200-2000 ) | Scott Painter ( (310) 200-2000 ), Self | 0 | 8/8/2018 17:19 | | No |
| iMessage | Outgoing | 8/8/2018 17:19 | Final boss battle ... | Self | Scott Painter ( (310) 200-2000 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/8/2018 17:20 | 😂 | Scott Painter ( (310) 200-2000 ) | Scott Painter ( (310) 200-2000 ), Self | 0 | 8/8/2018 17:20 | | No |
| iMessage | Incoming | 8/9/2018 3:02 | Dial in for the call with Ron and Mark -   888-204-5987,1679814# | Reyna ( (650) 533-2194 ) | Reyna ( (650) 533-2194 ), Sam Teller ( (323) 430-1160 ), Self | 0 | 8/9/2018 3:03 | | No |
| iMessage | Incoming | 8/9/2018 3:02 | | Reyna ( (650) 533-2194 ) | Reyna ( (650) 533-2194 ), Self | 0 | | | No |
| iMessage | Incoming | 8/9/2018 3:02 | | Reyna ( (650) 533-2194 ) | Reyna ( (650) 533-2194 ), Self | 0 | | | No |
| iMessage | Incoming | 8/9/2018 3:23 | How are they structured that selling them in a liquidity event doesn't trigger tax on the entire holding of the employee | Joe Gebbia ( (401) 316-5985 ) | Joe Gebbia ( (401) 316-5985 ), Self | 0 | 8/9/2018 3:26 | | No |
| iMessage | Outgoing | 8/9/2018 3:28 | Tax is paid as they vest. For the first 5 or 6 years, people just got options, so this wasn't an issue. | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/9/2018 3:28 | so it was a blend | Joe Gebbia ( (401) 316-5985 ) | Joe Gebbia ( (401) 316-5985 ), Self | 0 | 8/9/2018 3:28 | | No |
| iMessage | Incoming | 8/9/2018 3:29 | Their not selling rsu's.. | Joe Gebbia ( (401) 316-5985 ) | Joe Gebbia ( (401) 316-5985 ), Self | 0 | 8/9/2018 3:29 | | No |

| Type | Direction | Date | Message | Sender | Recipient | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| iMessage | Outgoing | 8/9/2018 3:29 | Thing is that I have a ton of stock and haven't had to pay tax on it | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/9/2018 3:29 | SpaceX is 16 years old, so vast majority of people have RSUs | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/9/2018 3:30 | Most of last decade has been RSUs | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/9/2018 6:26 | https://www.theinformation.com/articles/what-tesla-shareholders-could-learn-from-spacex | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/9/2018 6:36 | Would Bret be down to chat with our cfo | Joe Gebbia ( (401) 316-5985 ) | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | 8/9/2018 6:36 | | No |
| iMessage | Outgoing | 8/9/2018 6:36 | Sure | Self | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/9/2018 6:38 | Cool. Send him over to me and I'll add her. joe@airbnb.com | Joe Gebbia ( (401) 316-5985 ) | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | 8/9/2018 7:03 | | No |
| iMessage | Incoming | 8/9/2018 6:49 | also, this is exceptional for a group of 10 | Joe Gebbia ( (401) 316-5985 ) | Joe Gebbia ( (401) 316-5985 ), Self | 0 | | 8/9/2018 7:03 | | No |
| SMS | Outgoing | 8/9/2018 19:54 | Just called. Btw, this is Elon. Not sure if you have my new number. | Self | Larry Page ( (650) 804-4634 ), Self | 0 | | | | No |
| iMessage | Incoming | 8/10/2018 15:21 | Call is in 10 - I'll send you the dial in a few before so you can be on before him as to not keep him waiting. | Elissa Butterfield ( (818) 903-0235 ) | Elissa Butterfield ( ( (818) 903-0235 ), Self | 0 | | 8/10/2018 15:21 | | No |
| iMessage | Outgoing | 8/10/2018 15:21 | Ok | Self | Elissa Butterfield ( ( (818) 903-0235 ), Self | 0 | | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/10/2018 15:30 | 888-204-5987p6494027# | Elissa Butterfield ( ( (818) 903-0235 ) | Elissa Butterfield ( ( (818) 903-0235 ), Self | 0 | | 8/10/2018 16:12 | | No |
| iMessage | Incoming | 8/10/2018 15:31 | There are 7 people on the line from Jennison | Elissa Butterfield ( ( (818) 903-0235 ) | Elissa Butterfield ( ( (818) 903-0235 ), Self | 0 | | 8/10/2018 16:12 | | No |
| iMessage | Incoming | 8/10/2018 15:31 | FYI | Elissa Butterfield ( ( (818) 903-0235 ) | Elissa Butterfield ( ( (818) 903-0235 ), Self | 0 | | 8/10/2018 16:12 | | No |
| iMessage | Incoming | 8/10/2018 16:31 | +1866-528-2256,,3342268# | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | | 8/10/2018 16:31 | | No |
| iMessage | Incoming | 8/10/2018 17:13 | Egon here in sun room | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | | 8/10/2018 18:39 | | No |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| iMessage | Incoming | 8/10/2018 18:08 | You know that I am a big believer in the Caesar's Wife principle. And in that spirit, I would urge you to carefully consider the wisdom of coming to my wedding given everything that is going on and the fact that so many of my former colleagues will be there. Would love for you and C to be there, but please do what is best for you right now.  We can celebrate later if that is the wiser course. | Gavin Baker ( (617) 314-5381 ) | Gavin Baker ( (617) 314-5381 ), Self | 0 | | 8/10/2018 18:28 | | No |
| iMessage | Outgoing | 8/10/2018 18:37 | Thanks, I would be coming there out of respect for you as my friend, but it probably isn't the wisest move, given current circumstances | Self | Gavin Baker ( (617) 314-5381 ), Self | 0 | | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/10/2018 18:41 | Completely understood and look forward to seeing you after the honeymoon.  Happy to spend all of September helping you with all of this. | Gavin Baker ( (617) 314-5381 ) | Gavin Baker ( (617) 314-5381 ), Self | 0 | | 8/10/2018 19:30 | | No |
| iMessage | Incoming | 8/10/2018 19:01 | 888-394-8197,946667# | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | | 8/10/2018 19:30 | | No |
| iMessage | Outgoing | 8/10/2018 19:31 | Sounds good, have a great wedding! | Self | Gavin Baker ( (617) 314-5381 ), Self | 0 | | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/10/2018 19:55 | <Attachment - image/jpeg> | Self | Yasir ( 966505403293 ), Self | 1 | | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/10/2018 19:56 | This is a major problem. It is extremely important that you confirm that you are in discussions with me regarding the take private transaction. Nothing more needs to be said. If this is not said, we will never speak again. Never. | Self | Yasir ( 966505403293 ), Self | 0 | | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/10/2018 20:30 | 866-982-8346,2564529# | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | | 8/10/2018 20:36 | | No |
| iMessage | Incoming | 8/10/2018 21:20 | Thanks my friend | Gavin Baker ( (617) 314-5381 ) | Gavin Baker ( (617) 314-5381 ), Self | 0 | | 8/10/2018 21:20 | | No |
| iMessage | Incoming | 8/10/2018 21:31 | Last one, Primecap   866-528-2256,2554441#  Can be short | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | | 8/10/2018 21:31 | | No |
| iMessage | Outgoing | 8/10/2018 21:31 | Ok, will call | Self | Sam Teller ( (323) 430-1160 ), Self | 0 | | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/10/2018 22:45 | Elon,  As you know, PIF purchased a passive stake in shares of Tesla on the market in April 2018 as part of our investment strategy to diversify away from oil and increase our investment in emerging technologies, including electronic vehicles.  PIF remains interested in potential investment opportunities that are consistent with its investment strategy and the EV space is one of interest. We would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia that serves MENA, Europe, Asia and Africa with the right incentives on all fronts (subsidies on energy and labor, tax exemptions, support in obtaining financing, etc).  Therefore, as discussed, we would like our teams to start working together in a confidential manner to explore a potential transaction.  All the best,  Yasir | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | | 8/10/2018 23:08 | | No |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| iMessage | Outgoing | 8/10/2018 23:13 | Thank you, this is much appreciated. Very important that media inquiries confirm this statement. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Incoming | 8/10/2018 23:19 | Please note that any SAUDI venture will be 100% owned by Tesla And no strains attached. | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/10/2018 23:19 | | | No |
| iMessage | Outgoing | 8/10/2018 23:19 | Got it, thanks | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| SMS | Incoming | 8/11/2018 0:26 | Nope didn't have it...am traveling.  Nice block 5! | Larry Page ( (650) 804-4634 ) | Larry Page ( (650) 804-4634 ), Self | 0 | 8/11/2018 0:27 | | | No |
| SMS | Outgoing | 8/11/2018 0:27 | Thanks! | Self | Larry Page ( (650) 804-4634 ), Self | 0 | | | | No |
| SMS | Outgoing | 8/11/2018 0:28 | Wanna invest in Tesla? 😊 | Self | Larry Page ( (650) 804-4634 ), Self | 0 | | | | No |
| iMessage | Incoming | 8/11/2018 1:21 | Thank you for spending the time. | Egon ( (650) 391-3422 ) | Egon ( (650) 391-3422 ), Self | 0 | 8/11/2018 2:42 | | | No |
| iMessage | Incoming | 8/11/2018 1:22 | Our largest investor, GIC, reached out to us today proactively on your company.   We said nothing.    This can be done | Egon ( (650) 391-3422 ) | Egon ( (650) 391-3422 ), Self | 0 | 8/11/2018 2:42 | | | No |
| iMessage | Outgoing | 8/11/2018 2:42 | That's great to hear | Self | Egon ( (650) 391-3422 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| SMS | Incoming | 8/11/2018 2:49 | I'll ask David Drummond to reach out to your folks. | Larry Page ( (650) 804-4634 ) | Larry Page ( (650) 804-4634 ), Self | 0 | 8/11/2018 3:02 | | | No |
| SMS | Outgoing | 8/11/2018 3:03 | Sorry, I'm kinda into emojis these days | Self | Larry Page ( (650) 804-4634 ), Self | 0 | | | | No |
| SMS | Outgoing | 8/11/2018 3:04 | 🙇 | Self | Larry Page ( (650) 804-4634 ), Self | 0 | | | | No |
| iMessage | Incoming | 8/11/2018 12:02 | Hi, Elon. I can call you Sunday night TOKYO time, which is BOSTON Sunday morning.  Let me know your availability. I will be traveling back to TOKYO tomorrow. | 8.19058E+11 | 819057683636, Self | 0 | 8/11/2018 16:02 | | | No |
| iMessage | Incoming | 8/11/2018 12:02 | Hiro | 8.19058E+11 | 819057683636, Self | 0 | 8/11/2018 16:02 | | | No |
| iMessage | Outgoing | 8/11/2018 19:17 | Sounds good. 11am would be ideal, but I can talk earlier if need be. | Self | 819057683636, Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| iMessage | Outgoing | 8/11/2018 20:05 | Called your cell | Self | Egon ( (650) 391-3422 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| iMessage | Incoming | 8/11/2018 20:06 | Hi - landing with my three daughters in 3 hr 45 mins.  Will try when landing but  flexible at your convenience | Egon ( (650) 391-3422 ) | Egon ( (650) 391-3422 ), Self | 0 | 8/11/2018 20:34 | | | No |
| iMessage | Outgoing | 8/11/2018 20:35 | No problem, I'm with my kids at my brother's place in Boulder. Any time later today is fine. | Self | Egon ( (650) 391-3422 ), Self | 0 | 5828963-12-20 00:00:00 | | | No |
| iMessage | Outgoing | 8/12/2018 0:10 | Will call back shortly | Self | Egon ( (650) 391-3422 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| iMessage | Incoming | 8/12/2018 0:10 | Sounds good | Egon ( (650) 391-3422 ) | Egon ( (650) 391-3422 ), Self | 0 | 8/12/2018 0:22 | | | No |
| iMessage | Incoming | 8/12/2018 0:10 | Text if doesn't ring.  On big island Hawaii. | Egon ( (650) 391-3422 ) | Egon ( (650) 391-3422 ), Self | 0 | 8/12/2018 0:22 | | | No |
| iMessage | Outgoing | 8/12/2018 0:24 | At my kids' birthday. Quite noisy for next few hours. Will call later tonight. | Self | Egon ( (650) 391-3422 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| iMessage | Outgoing | 8/12/2018 0:26 | https://apple.news/AMD306Am6Q3y1mpEMnfqCKA | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Outgoing | 8/12/2018 0:26 | What the hell is going on here? This is false. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Incoming | 8/12/2018 0:34 | Nice.  Enjoy. | Egon ( (650) 391-3422 ) | Egon ( (650) 391-3422 ), Self | 0 | 8/12/2018 0:36 | | | No |
| iMessage | Outgoing | 8/12/2018 2:43 | Good to call in 5 mins? | Self | Egon ( (650) 391-3422 ), Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| iMessage | Incoming | 8/12/2018 2:44 | Yes | Egon ( (650) 391-3422 ) | Egon ( (650) 391-3422 ), Self | 0 | 8/12/2018 2:52 | | | No |
| iMessage | Incoming | 8/12/2018 6:59 | It's not true. No body talked to them. | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 7:48 | | | No |
| iMessage | Incoming | 8/12/2018 7:00 | Good morning Elon,  Just wanted to check-in and see when your team would be able to start sending us information and perhaps have a kickoff call with our International Investments Team. If Sam can organize, that would be great.  Best, Yasir | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 7:48 | | | No |
| iMessage | Outgoing | 8/12/2018 7:49 | Please refute this false statement that PIF has no interest in Tesla. This is outrageous. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Outgoing | 8/12/2018 7:51 | I am deeply offended | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Incoming | 8/12/2018 14:53 | Elon. Sorry but may I call you tomorrow morning here.  I can call you any time after 7pm EST on your Sunday. | 8.19058E+11 | 819057683636, Self | 0 | 8/12/2018 16:55 | | | No |
| iMessage | Incoming | 8/12/2018 14:55 | I am tied up now with my sick daughter. | 8.19058E+11 | 819057683636, Self | 0 | 8/12/2018 16:55 | | | No |
| iMessage | Outgoing | 8/12/2018 16:55 | No problem | Self | 819057683636, Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |
| iMessage | Incoming | 8/12/2018 17:00 | https://www.bloomberg.com/news/articles/2018-08-12/saudi-fund-is-said-to-be-in-talks-to-invest-in-tesla-buyout-deal | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 17:05 | | | No |
| iMessage | Outgoing | 8/12/2018 17:12 | This is an extremely weak statement and does not reflect the conversation we had at Tesla. You said you were definitely interested in taking Tesla private and had wanted to do so since 2016.  You also made it clear that you were the decision-maker, moreover backed strongly by the Crown Prince, who regards this as strategically important at a national level. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Outgoing | 8/12/2018 17:13 | I'm sorry, but we cannot work together | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| iMessage | Incoming | 8/12/2018 17:13 | It's up to you Elon | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 17:13 | | No |
| iMessage | Outgoing | 8/12/2018 17:13 | You are throwing me under the bus | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/12/2018 17:13 | It takes two to tango We haven't received any thing yet | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 17:13 | | No |
| iMessage | Incoming | 8/12/2018 17:14 | Let's get on the phone and discuss | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 17:14 | | No |
| iMessage | Incoming | 8/12/2018 17:14 | Are available now | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 17:14 | | No |
| iMessage | Outgoing | 8/12/2018 17:14 | Sorry | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/12/2018 17:14 | It's over | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/12/2018 17:29 | Let's see the numbers and get our people to meet and discuss.  We cannot approve something that we don't have sufficient information on.  We've agreed that you will send the financial information and the way going forward within a week and no thing happened since.  The last thing I want to do is the "through you under the bus"  I am your friend. So, please don't treat me like an enemy.  I'm willing to fly to you or we can meet somewhere in Europe and discuss a constructive next steps. | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 17:30 | | No |
| iMessage | Outgoing | 8/12/2018 17:31 | Tesla is a publicly traded company and there is detailed information in our earnings newsletter and Q&A afterwards | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/12/2018 17:31 | You bought 5% based on that | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/12/2018 17:31 | Details on how we can take the company private | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 17:31 | | No |
| iMessage | Incoming | 8/12/2018 17:32 | That's what we agreed on | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 17:32 | | No |
| iMessage | Incoming | 8/12/2018 17:32 | What is the required percentage and so on | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 17:32 | | No |
| iMessage | Incoming | 8/12/2018 17:33 | What are required regulatory thresholds for taking it private | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 18:08 | | No |
| iMessage | Outgoing | 8/12/2018 18:50 | Yasir, when we met at Tesla recently, you said that you were the decision-maker for PIF, that you had wanted to do the Tesla take-private deal for two years, and that this was supported directly by the Crown Prince. I checked with my team who were in that meeting in case I remembered something wrong and they confirmed this exactly. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | No |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| iMessage | Outgoing | 8/12/2018 18:52 | You are extremely experienced financially and are well-aware of what a go-private would require, which is that there would need to be at least a 20% premium to market in order to buy out any shareholders who don't want to remain part of the company when it is private. This is all standard practice. Nothing unusual at all. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Outgoing | 8/12/2018 18:56 | There are many other investment funds who want to be part of this deal. We do not need your fund to get this done. I will not work with an organization who's public statement to the media do not match their private statements to me and my team. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Incoming | 8/12/2018 18:57 | We haven't taken any company private yet in the us or any where els and the agreement as was minuted by my people is to wait for the information to be sent be you within a week, on how we will move forward to gather. | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 18:57 | | | No |
| iMessage | Outgoing | 8/12/2018 18:57 | Please extend an offer to the Crown Prince that I would like to apologize personally and explain why Tesla will not with PIF in this transaction. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Incoming | 8/12/2018 18:58 | We haven't gone to the media yet | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 18:58 | | | No |
| iMessage | Incoming | 8/12/2018 18:58 | Read the article please | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 18:58 | | | No |
| iMessage | Outgoing | 8/12/2018 19:02 | I read the article. It is weak sauce and still makes me sound like a liar. It is filled with equivocation and in no way indicates the strong interest you conveyed in person. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Incoming | 8/12/2018 19:03 | Let's meet ASAP. Please let me know what works for you | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 19:04 | | | No |
| iMessage | Outgoing | 8/12/2018 19:17 | I am sorry, but there will be no further communication unless you fix the public perception of wishy washy support and interest from PIF. That is not what you said to me and my team privately. Someone is either a friend or not a friend and no friend says one thing privately and another thing publicly. This is not right. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Outgoing | 8/12/2018 19:18 | In light of these actions and nothing meaningful done to correct them, Tesla will be moving forward with Silver Lake, Goldman and other investors to take Tesla private. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Outgoing | 8/12/2018 19:19 | Please let them know if you wish to retain or sell your current position in Tesla | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Incoming | 8/12/2018 19:50 | I will ask Shihana to call Sam so they can work on PIF statement. | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 20:01 | | | No |
| iMessage | Outgoing | 8/12/2018 20:01 | Thank you. This means a great deal. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | | No |
| iMessage | Incoming | 8/12/2018 20:58 | 🙏 | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/12/2018 21:08 | | | No |
| iMessage | Outgoing | 8/12/2018 23:27 | Sorry, I can't talk right now. | Self | 819057683636, Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| iMessage | Incoming | 8/12/2018 23:30 | Any problem?  Do you want to call back later? | 8.19058E+11 | 819057683636, Self | 0 | 8/12/2018 23:30 | | No |
| iMessage | Incoming | 8/13/2018 7:14 | I don't know what is true or not… I read this | Rene ( (615) 972-2378 ) | Rene ( (615) 972-2378 ), Self | 0 | 8/13/2018 12:21 | | No |
| iMessage | Incoming | 8/13/2018 7:14 | <Attachment - image/jpeg> | Rene ( (615) 972-2378 ) | Rene ( (615) 972-2378 ), Self | 1 | 8/13/2018 12:21 | | No |
| iMessage | Incoming | 8/13/2018 16:37 | Morning Elon - Good to dial you into Exec Staff at 10am? | Reyna ( (650) 533-2194 ) | Reyna ( (650) 533-2194 ), Self | 0 | 8/13/2018 17:01 | | No |
| iMessage | Incoming | 8/13/2018 19:17 | Elon,  I am personally surprised. You have signed an NDA and while we are waiting for you and your team to provide us with information to move forward, you post an ill-advised blog with loose information.  Anyway, we hope that you and your team work on gathering the information as soon as possible and send that to us to move forward.  Yasir | Yasir ( 966505403293 ) | Yasir ( 966505403293 ), Self | 0 | 8/13/2018 19:22 | | No |
| iMessage | Outgoing | 8/13/2018 19:23 | You shouldn't be | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/13/2018 19:23 | I'm still upset | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/13/2018 19:24 | You allowed people to think that I was a liar | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/13/2018 19:28 | Reuters reported that two sources from PIF confirmed no interest in Tesla, which is absolutely false, and yet you did nothing until I forced the issue | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Outgoing | 8/13/2018 20:46 | Regarding the take-private proposal, I have engaged Silver Lake and Goldman. We will have documents ready in about a week. Since we are a publicly traded company, any non-public information about Tesla will need to be vetted carefully and, if considered material by legal counsel, will need to be provided to all shareholders simultaneously. | Self | Yasir ( 966505403293 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/13/2018 23:50 | Lawyers + Goldman and Egon all on the line ready in exec | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/14/2018 0:29 | | No |
| iMessage | Incoming | 8/14/2018 1:00 | I'm excited to work with Silver Lake and Goldman Sachs as financial advisors, plus Wachtell, Lipton, Rosen & Katz and Munger, Tolles & Olson as legal advisors, on the proposal to take Tesla private | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/14/2018 1:00 | | No |
| iMessage | Incoming | 8/14/2018 1:00 | Reply to | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/14/2018 1:01 | | No |
| iMessage | Incoming | 8/14/2018 1:00 | https://twitter.com/tesla/status/1028990114267987968?s=21 | Sam Teller ( (323) 430-1160 ) | Sam Teller ( (323) 430-1160 ), Self | 0 | 8/14/2018 1:01 | | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| iMessage | Incoming | 8/14/2018 17:21 | The Morgan Stanley guys mentioned they may have a call with you today.  A few things worth mentioning in anticipation of that call:  -They obviously want to be involved in the go private transaction.  They expect GS to be heavily involved, but they hope to be recognized for being a strong resource for Tesla and for you personally over the years.  -They've been our best resource on the personal side, by far.  They provide you with the largest ($350M) of all the lines and each time we have pressed them for more borrow power or a lower rate, they've come through.  -Just prior to the announcement of the go private, they were in the final stages of approving a SpaceX backed line, in addition to the current line.  I think we can get them to completely replace the current line - and then some, if incentivized and 'encouraged'.  -They have provided all our letters of credit and letters of guarantee at little to no charge.  -They've done a lot of work for TBC at no charge and specifically helped quite a bit with the Chicago application.  I also think we should press GS to lend vs. private stock post transaction.  If they are going to be given one of the few seats at the table, they need to be prepared to help on the lending side. | Jared Birchall ( (661) 607-1188 ) | Jared Birchall ( (661) 607-1188 ), Self | 0 | 8/14/2018 17:24 | | | No |
| iMessage | Outgoing | 8/14/2018 17:25 | That seems fair | Self | Jared Birchall ( (661) 607-1188 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/15/2018 2:32 | You holding up ok? | Jason Calacanis ( (213) 507-5806 ) | Jason Calacanis ( (213) 507-5806 ), Self | 0 | 8/15/2018 3:20 | | No |
| iMessage | Incoming | 8/15/2018 2:32 | Sounds like you've been having an intense week… | Jason Calacanis ( (213) 507-5806 ) | Jason Calacanis ( (213) 507-5806 ), Self | 0 | 8/15/2018 3:20 | | No |
| iMessage | Outgoing | 8/15/2018 3:21 | For some bizarre reason, I feel good | Self | Jason Calacanis ( (213) 507-5806 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/15/2018 3:24 | The promise of Never having to talk to analysts on a quarterly call again perhaps 😂 | Jason Calacanis ( (213) 507-5806 ) | Jason Calacanis ( (213) 507-5806 ), Self | 0 | 8/15/2018 4:21 | | No |
| iMessage | Outgoing | 8/15/2018 4:21 | The short negative propaganda problem is massive | Self | Jason Calacanis ( (213) 507-5806 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/15/2018 4:30 | Yeah. They are spreading crazy FUD — just making nonsense up. It's nuts…. | Jason Calacanis ( (213) 507-5806 ) | Jason Calacanis ( (213) 507-5806 ), Self | 0 | 8/15/2018 4:35 | | No |
| iMessage | Outgoing | 8/15/2018 4:44 | They are losing their mind | Self | Jason Calacanis ( (213) 507-5806 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/15/2018 4:44 | I think checkmated those little bitches…. | Jason Calacanis ( (213) 507-5806 ) | Jason Calacanis ( (213) 507-5806 ), Self | 0 | 8/15/2018 5:27 | | No |
| iMessage | Incoming | 8/15/2018 4:45 | (You) checkmated | Jason Calacanis ( (213) 507-5806 ) | Jason Calacanis ( (213) 507-5806 ), Self | 0 | 8/15/2018 5:27 | | No |
| iMessage | Incoming | 8/15/2018 4:46 | What type of life is it to bet against human progress… like how does that give someone pleasure?! I don't get it…. to try and make a couple of bucks betting against the Humanity is just pathetic | Jason Calacanis ( (213) 507-5806 ) | Jason Calacanis ( (213) 507-5806 ), Self | 0 | 8/15/2018 5:27 | | No |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| iMessage | Outgoing | 8/15/2018 5:29 | Not checkmate yet. They are doing their best to destroy my credibility. | | Self | Jason Calacanis ( (213) 507-5806 ), Self | 0 | | 5828963-12-20 00:00:00 | No |
| iMessage | Incoming | 8/15/2018 14:01 | Elon, Good to talk to you. I following up on my promise. How far is your factory from San Francisco or STANFORD? Hiro | 8.19058E+11 | 819057683636, Self | 0 | 8/15/2018 15:42 | | No |
| iMessage | Outgoing | 8/15/2018 15:44 | Our factory is in Fremont, which is about 20 mins from Stanford and 40 mins from SF in light traffic. It is quite big. Third largest building by footprint in the world. I look forward to seeing you. | | Self | 819057683636, Self | 0 | 5828963-12-20 00:00:00 | 5828963-12-20 00:00:00 | No |

# Exhibit 147

Message

| | |
|---|---|
| **From:** | Deepak Ahuja [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D53A90CE5C09416485C13B2A9BA1F8B3-DEEPAK AHUJ] |
| **Sent:** | 8/7/2018 8:41:59 PM |
| **To:** | Martin Viecha [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9cc9996113c94ca3894a94684bc8eef5-Martin Viec]; Aaron Chew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b5a491d99cf04e1cadee229de54e142d-Aaron Chew] |
| **Subject:** | Re: Why? |

Understood.

Deepak

On 8/7/18, 1:29 PM, "Martin Viecha" <mviecha@tesla.com> wrote:

    I just to Ron Baron, who definitely wants to be part of this new structure. I'll meet Fidelity tomorrow.

    I agree that this will be a question of "want" or "can". The majority of our holders want to stay with us, but many of them do not have
a mandate to own private companies.

    Martin


    -----Original Message-----
    From: Aaron Chew
    Sent: Tuesday, August 7, 2018 13:25
    To: Deepak Ahuja <deepak@tesla.com>
    Cc: Martin Viecha <mviecha@tesla.com>
    Subject: FW: Why?

    Initial feedback from HHR (Emailing from his gmail account but this is from a Top 30 albeit not Top 10 holder)

    (separately the main T. Rowe PM said he would support and stay private....and had invested in private Dell so experienced with such
structures)

    Aaron Chew | Investor Relations
    m 917-568-7990 | e achew@tesla.com


    -----Original Message-----
    From: Matt Fassnacht <mattfassnacht@gmail.com>
    Sent: Tuesday, August 7, 2018 4:22 PM
    To: Aaron Chew <achew@tesla.com>
    Subject: Re: Why?

    We will not support a buyout. He's going to marginalize the best supporters he has. I feel  betrayed.

    We can't own private entities. Not fair.

    Matt Fassnacht
    Cell (917) 836-1831

Confidential - Rule 6e Materials
CONFIDENTIAL

```
> On Aug 7, 2018, at 3:27 PM, Aaron Chew <achew@tesla.com> wrote:
>
> https://www.tesla.com/en_GB/blog/taking-tesla-private?redirect=no
>
>
> Aaron Chew | Investor Relations
> m 917-568-7990 | e achew@tesla.com
>
> -----Original Message-----
> From: Matt Fassnacht <mattfassnacht@gmail.com>
> Sent: Tuesday, August 7, 2018 1:06 PM
> To: Aaron Chew <achew@tesla.com>
> Subject: Why?
>
> Can we take away his twitter account? He can't be doing this. I will not sell for $450. $2000 maybe.
>
> Matt Fassnacht
> Cell (917) 836-1831
```

Confidential - Rule 6e Materials
CONFIDENTIAL

TSLA_PROD0024275
TESLA_LITTLETON_00004009

# Exhibit 151

**Exhibit 151**

Message

**Sent:** 8/7/2018 9:59:24 PM
**To:** Sacconaghi, Toni M [sacconaghi@bernstein.com]
**CC:** Aaron Chew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b5a491d99cf04e1cadee229de54e142d-Aaron Chew]
**Subject:** RE: Either of you available to speak?

Hi Toni,

It means that financing is secured regardless of other assumptions. This wasn't discussed with any shareholders prior to today's tweet.

I don't actually know how SpaceX ownership structure works, looking into that now.

Martin

**From:** Sacconaghi, Toni M <sacconaghi@bernstein.com>
**Sent:** Tuesday, August 7, 2018 14:39
**To:** Martin Viecha <mviecha@tesla.com>
**Cc:** Aaron Chew <achew@tesla.com>
**Subject:** RE: Either of you available to speak?

What does "financing secured" actually mean? Are you assuming TSLA will need $60B+ in financing, or assuming that many shareholders don't take the offer and Tesla needs less. Big difference. "Financing secured" implies the former.

I would also like to better understand how SpaceX's ownership structure works today as a private company, given Elon indicated that a private Tesla would be like SpaceX – can you help with this?

Finally, has this possible buyout been discussed with Tesla's Board or shareholders prior to today?

Thanks.

**A.M. (Toni) Sacconaghi, Jr.**
T +1 212 407 5843
sacconaghi@bernstein.com

 BERNSTEIN

Confidential - Rule 6e Materials
CONFIDENTIAL

1345 Avenue of the Americas
New York, NY 10105
http://www.bernsteinresearch.com/go/Toni_Sacconaghi
www.bernsteinresearch.com

**From:** Martin Viecha [mailto:mviecha@tesla.com]
**Sent:** Tuesday, August 07, 2018 5:32 PM
**To:** Sacconaghi, Toni M <sacconaghi@bernstein.com>
**Cc:** Aaron Chew <achew@tesla.com>
**Subject:** RE: Either of you available to speak?

Hi Toni, apart from what has been tweeted and what was written in a blog post, we can't add anything else.

I only wanted to stress that Elon's first tweet, which mentioned "financing secured" is correct.

Martin

**From:** Sacconaghi, Toni M <sacconaghi@bernstein.com>
**Sent:** Tuesday, August 7, 2018 14:23
**To:** Martin Viecha <mviecha@tesla.com>
**Cc:** Aaron Chew <achew@tesla.com>
**Subject:** RE: Either of you available to speak?

Had some questions/clarifications on today's news and blog post. Can either of you speak?

**A.M. (Toni) Sacconaghi, Jr.**
Senior Research Analyst, IT Hardware
T +1 212 407 5843
sacconaghi@bernstein.com

 **BERNSTEIN**

1345 Avenue of the Americas
New York, NY 10105
http://www.bernsteinresearch.com/go/Toni_Sacconaghi
www.bernsteinresearch.com

Confidential - Rule 8e Materials
CONFIDENTIAL

TSLA_PROD0024520
TESLA_LITTLETON_00004254

**From:** Martin Viecha [mailto:mviecha@tesla.com]
**Sent:** Tuesday, August 07, 2018 5:22 PM
**To:** Sacconaghi, Toni M <sacconaghi@bernstein.com>; Aaron Chew <achew@tesla.com>
**Subject:** RE: Either of you available to speak?

Hey, I'm sitting in a plane, on my way to NYC. How can we help?

**From:** Sacconaghi, Toni M <sacconaghi@bernstein.com>
**Sent:** Tuesday, August 7, 2018 14:21
**To:** Martin Viecha <mviecha@tesla.com>; Aaron Chew <achew@tesla.com>
**Subject:** Either of you available to speak?

**A.M. (Toni) Sacconaghi, Jr.**
Senior Research Analyst, IT Hardware
T +1 212 407 5843
sacconaghi@bernstein.com


BERNSTEIN

**1345 Avenue of the Americas**
New York, NY 10105
http://www.bernsteinresearch.com/go/Toni_Sacconaghi
www.bernsteinresearch.com

...............

For further important information about AllianceBernstein please click here
http://www.alliancebernstein.com/disclaimer/email/disclaimer.html

Confidential - Rule 6e Materials
CONFIDENTIAL

TSLA_PROD0024521
TESLA_LITTLETON_00004255

# Exhibit 171

*The New York Times*   https://www.nytimes.com/2018/08/16/business/elon-musk-interview-tesla.html

# Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil

By David Gelles, James B. Stewart, Jessica Silver-Greenberg and Kate Kelly

Aug. 16, 2018

Elon Musk was at home in Los Angeles, struggling to maintain his composure. "This past year has been the most difficult and painful year of my career," he said. "It was excruciating."

The year has only gotten more intense for Mr. Musk, the chairman and chief executive of the electric-car maker Tesla, since he abruptly declared on Twitter last week that he hoped to convert the publicly traded company into a private one. The episode kicked off a furor in the markets and within Tesla itself, and he acknowledged on Thursday that he was fraying.

In an hourlong interview with The New York Times, he choked up multiple times, noting that he nearly missed his brother's wedding this summer and spent his birthday holed up in Tesla's offices as the company raced to meet elusive production targets on a crucial new model.

Asked if the exhaustion was taking a toll on his physical health, Mr. Musk answered: "It's not been great, actually. I've had friends come by who are really concerned."

*[Read about the bizarre subplot involving Mr. Musk and the rapper Azealia Banks.]*

The events set in motion by Mr. Musk's tweet have ignited a federal investigation and have angered some board members, according to people familiar with the matter. Efforts are underway to find a No. 2 executive to help take some of the pressure off Mr. Musk, people briefed on the search said. And some board members have expressed concern not only about Mr. Musk's workload but also about his use of Ambien, two people familiar with the board said.

For two decades, Mr. Musk has been one of Silicon Valley's most brash and ambitious entrepreneurs, helping to found several influential technology companies. He has often carried himself with bravado, dismissing critics and relishing the spotlight that has come with his success and fortune. But in the interview, he demonstrated an extraordinary level of self-reflection and vulnerability, acknowledging that his myriad executive responsibilities are taking a steep personal toll.

In the interview, Mr. Musk provided a detailed timeline of the events leading up to the Twitter postings on Aug. 7 in which he said he was considering taking the company private at $420 a share. He asserted that he had "funding secured" for such a deal — a transaction likely to be worth well over $10 billion.

*[Read the five key takeaways from our interview with Elon Musk.]*

That morning, Mr. Musk woke up at home with his girlfriend, the musician known as Grimes, and had an early workout. Then he got in a Tesla Model S and drove himself to the airport. En route, Mr. Musk typed his fateful message.

Mr. Musk has said he saw the tweet as an attempt at transparency. He acknowledged Thursday that no one had seen or reviewed it before he posted it.

Tesla's shares soared. Investors, analysts and journalists puzzled over the tweet — published in the middle of the day's official market trading, an unusual time to release major news — including the price Mr. Musk cited. He said in the interview that he wanted to offer a roughly 20 percent premium over where the stock had been recently trading, which would have been about $419. He decided to round up to $420 — a number that has become code for marijuana in counterculture lore.

"It seemed like better karma at $420 than at $419," he said in the interview. "But I was not on weed, to be clear. Weed is not helpful for productivity. There's a reason for the word 'stoned.' You just sit there like a stone on weed."

Mr. Musk reached the airport and flew on a private plane to Nevada, where he spent the day visiting a Tesla battery plant known as the Gigafactory, including time meeting with managers and working on an assembly line. That evening, he flew to the San Francisco Bay Area, where he held Tesla meetings late into the night.



Mr. Musk declared on Twitter last week that he hoped to convert the publicly traded
company into a private one. Tesla's shares soared afterward.  David Paul Morris/Bloomberg

What Mr. Musk meant by "funding secured" has become an important question. Those two words helped propel Tesla's shares higher.

But that funding, it turned out, was far from secure.

Mr. Musk has said he was referring to a potential investment by Saudi Arabia's government investment fund. Mr. Musk had extensive talks with representatives of the $250 billion fund about possibly financing a transaction to take Tesla private — maybe even in a manner that would have resulted in the Saudis' owning most of the company. One of those sessions took place on July 31 at the Tesla factory in the Bay Area, according to a person familiar with the meeting. But the Saudi fund had not committed to provide any cash, two people briefed on the discussions said.

Another possibility under consideration is that SpaceX, Mr. Musk's rocket company, would help bankroll the Tesla privatization and would take an ownership stake in the carmaker, according to people familiar with the matter.

Mr. Musk's tweet kicked off a chain reaction.

An hour and 20 minutes after the tweet, with Tesla's shares up 7 percent, the Nasdaq stock exchange halted trading, and Tesla published a letter to employees from Mr. Musk explaining the rationale for possibly taking the company private. When the shares resumed trading, they continued their climb, ending the day with an 11 percent gain.

The next day, investigators in the San Francisco office of the Securities and Exchange Commission asked Tesla for explanations. Ordinarily, such material information about a public company's plans is laid out in detail after extensive internal preparation and issued through official channels. Board members, blindsided by the chief executive's market-moving statement, were angry that they had not been briefed, two people familiar with the matter said. They scrambled to cobble together a public statement trying to defuse a mounting uproar over the seemingly haphazard communication.

Mr. Musk said in the interview that board members had not complained to him about his tweet. "I don't recall getting any communications from the board at all," he said. "I definitely did not get calls from irate directors."

The Model 3 assembly line at Tesla's factory in Fremont, Calif. The company has been racing
to meet production targets on the new model.  Justin Kaneps for The New York Times

But shortly after the Times published its interview with Mr. Musk, he added through a Tesla spokeswoman that Antonio Gracias, Tesla's lead independent director, had indeed contacted him to discuss the Aug. 7 Twitter post, and that he had agreed not to tweet again about the possible privatization deal unless he had discussed it with the board.

In the interview, Mr. Musk added that he did not regret his Twitter post — "Why would I?" — and said he had no plans to stop using the social media platform. Some board members, however, have recently told Mr. Musk that he should lay off Twitter and focus on making cars and launching rockets, according to people familiar with the matter.

*[Kara Swisher, a Times opinion columnist, writes that Mr. Musk is "deeply human, with all the positive and negative characteristics that suggests."]*

The S.E.C. investigation appears to be intensifying rapidly. Just days after the agency's request for information, Tesla's board and Mr. Musk received S.E.C. subpoenas, according to a person familiar with the matter. Board members and Mr. Musk are preparing to meet with S.E.C. officials as soon as next week, the person said.

In the interview on Thursday, Mr. Musk alternated between laughter and tears.

He said he had been working up to 120 hours a week recently — echoing the reason he cited in a recent public apology to an analyst whom he had berated. In the interview, Mr. Musk said he had not taken more than a week off since 2001, when he was bedridden with malaria.

"There were times when I didn't leave the factory for three or four days — days when I didn't go outside," he said. "This has really come at the expense of seeing my kids. And seeing friends."

The launch of the SpaceX Falcon Heavy rocket at Kennedy Space Center in February. SpaceX, Mr. Musk's rocket company, is said to be a possible source of funding for the Tesla privatization.  Joe Burbank/Orlando Sentinel, via Associated Press

Mr. Musk stopped talking, seemingly overcome by emotion.

He turned 47 on June 28, and he said he spent the full 24 hours of his birthday at work. "All night — no friends, nothing," he said, struggling to get the words out.

Two days later, he was scheduled to be the best man at the wedding of his brother, Kimbal, in Catalonia. Mr. Musk said he flew directly there from the factory, arriving just two hours before the ceremony. Immediately afterward, he got back on the plane and returned straight to Tesla headquarters, where work on the mass-market Model 3 has been all consuming.

Mr. Musk paused again.

"I thought the worst of it was over — I thought it was," he said. "The worst is over from a Tesla operational standpoint." He continued: "But from a personal pain standpoint, the worst is yet to come."

He blamed short-sellers — investors who bet that Tesla's shares will lose value — for much of his stress. He said he was bracing for "at least a few months of extreme torture from the short-sellers, who are desperately pushing a narrative that will possibly result in Tesla's destruction."

Referring to the short-sellers, he added: "They're not dumb guys, but they're not supersmart. They're O.K. They're smartish."

*[Short-sellers made $1 billion as Tesla stock dropped 9 percent on Friday.]*

Mr. Musk's tweets on Aug. 7 were the most recent of several flare-ups that had drawn scrutiny. He wrangled with short-sellers and belittled analysts for asking "boring, bonehead" questions. And after sending a team of engineers from one of his companies to help rescue members of a stranded soccer team, he lashed out at a cave diver who was dismissive of the gesture, deriding him on Twitter as a "pedo guy," or pedophile.

Mr. Musk said he had been working up to 120 hours a week recently. "There were times when I didn't leave the factory for three or four days — days when I didn't go outside," he said.  Joshua Lott/Getty Images

To help sleep when he is not working, Mr. Musk said he sometimes takes Ambien. "It is often a choice of no sleep or Ambien," he said.

But this has worried some board members, who have noted that sometimes the drug does not put Mr. Musk to sleep but instead contributes to late-night Twitter sessions, according to a person familiar with the board's thinking. Some board members are also aware that Mr. Musk has on occasion used recreational drugs, according to people familiar with the matter.

Tesla executives have been trying for years to recruit a chief operating officer or other No. 2 executive to assume some of Mr. Musk's day-to-day responsibilities, according to people familiar with the matter. A couple of years ago, Mr. Musk said, the company approached Sheryl Sandberg, who is Facebook's second-highest executive, about the job.

Mr. Musk said that "to the best of my knowledge," there is "no active search right now." But people familiar with the matter said a search is underway, and one person said it had intensified in the wake of Mr. Musk's tweets.

*[The Tesla board "now must ask a sensitive but vital question," our columnist writes. "What was Mr. Musk's state of mind" when he tweeted?]*

In response to questions for this article, Tesla provided a statement that it attributed to its board, excluding Elon Musk. "There have been many false and irresponsible rumors in the press about the discussions of the Tesla board," the statement said. "We would like to make clear that Elon's commitment and dedication to Tesla is obvious. Over the past 15 years, Elon's leadership of the Tesla team has caused Tesla to grow from a small start-up to having hundreds of thousands of cars on the road that customers love, employing tens of thousands of people around the world, and creating significant shareholder value in the process."

Mr. Musk said he had no plans to relinquish his dual roles as chairman and chief executive.

But, he added, "if you have anyone who can do a better job, please let me know. They can have the job. Is there someone who can do the job better? They can have the reins right now."

# Exhibit 215

| Message | |
|---|---|
| **From**: | Aaron Chew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B5A491D99CF04E1CADEE229DE54E142D-AARON CHEW] |
| **Sent**: | 8/8/2018 7:15:11 PM |
| **To**: | Deepak Ahuja [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d53a90ce5c09416485c13b2a9ba1f8b3-Deepak Ahuj]; Martin Viecha [/O=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9cc9996113c94ca3894a94684bc8eef5-Martin Viec] |
| **Subject**: | RE: Investor Feedback |

I am sorry. You're are correct. It's 14M shares. And technically T. Rowe is 15.6

**Aaron Chew** | Investor Relations

m 917-568-7990 | e achew@tesla.com

**Exhibit 215**

---

**From:** Deepak Ahuja
**Sent:** Wednesday, August 8, 2018 3:12 PM
**To:** Aaron Chew <achew@tesla.com>; Martin Viecha <mviecha@tesla.com>
**Subject:** Re: Investor Feedback

Thanks for the feedback. Helpful.

Fidelity ownership at 12M shares is much lower than their 15M stake on March 30. I am curious what is the source of this info.

Deepak

---

**From:** Aaron Chew <achew@tesla.com>
**Date:** Wednesday, August 8, 2018 at 11:52 AM
**To:** Martin Viecha <mviecha@tesla.com>, Deepak Ahuja <deepak@tesla.com>
**Subject:** Investor Feedback

Quotes below are from ONLY existing shareholders and does not include sell-side analysts, shorts, or those on the sidelines:

**ENCOURAGING RESPONSES**

- "Depending of course on the final terms, we are very open to retaining a private stake, as there a lot of positives in being private and Tesla probably should be with all that's going on. That said, I am more open to the prospect because I can take most of my shareholders into private investments. While just about all of our PMs at the fund can own private investments (we participated in Dell, for instance), the question will be do they want to?....will they want to accept the lack of liquidity and the mark-to-market valuation discount they have to ascribe to illiquid investments. Based on my preliminary conversations with my PM colleagues, most share my view and only a couple shareholders (small rounding error # of shares) won't be able to. The issue will come down to how much of a private, illiquid stake our PMs are will to retain; it's likely that most will come on board BUT with a smaller stake than they currently own because of the liquidity risk. I have no problem with the $420 level because I know that's not the end game as I plan on keeping my stock, but my guess is the main hurdle for this deal will be the price, which is far too low for shareholders that are true believers. One key to help winning over shareholders to hold private investments is the frequency to your mark-to-market liquidation events you mentioned in the letter (6 months if not 3 would make it much easier for us to own); this makes it a lot easier to hold the stock." **T. Rowe** (15M shares), though note this is specifically from Joe Fath, the main PM that owns 2M shares at T. Rowe with the caveat that he is speaking for himself (and his 2M shares) and not all of the PMs at the firm. [He also encouraged Elon to call him directly to discuss if he'd like]

- "Open to the idea of private investment but liquidity is a very big deal for us so (a) it depends a great deal on the structure (how pricing is determined every six months, how much can be sold, etc.) and (b) each of the PMs are unlikely to be able to hold as high a number of shares as we do today. The key here you have to figure out is how to be private but still have a liquid security. And for the shares we aren't able to retain privately, the $420 is extremely disappointing. We've put a lot of work into this stock and given a lot of support and it feels like after all that we won't be getting paid for it." **Fidelity** (12M shares), though note this is strictly from Sonu Kalra one of the largest PMs and he noted he can't speak for all the other PMs (and suggested he get a quorum of PMs over there and connect directly with Elon sometime next week)

- "If this is real, I will recommend that we keep our stake private (though have to verify if we are legally allowed and if so if we can change that). If we aren't allowed, then we would be really disappointed. As $420 is way too low and leaves us such little upside. Stock is worth so much more." **PRIMECAP** (1.6M shares) with a big caveat that this comes from the main holder at the fund but hasn't been approved by principals/legal at the fund

**FRUSTRATED FEEDBACK**

- "This severely undervalues the company and undermines the sweat equity we have put in. We can't own private investments because we need the liquidity. For those like us that have been supporters through the tough times and see huge upside (we expect $600 within the next 12 months), this sucks. We have done a lot of work, really believe in the long-term vision, so it's going to be very sad to have it end at $420." [DIAMETRIC]

- "We feel betrayed. We have supported the company and stock for so long and see upside to as much as $2000/share, but now we will be excluded from the upside." [HHR]

- "Never expected this outcome; it was not what we were hoping for. We believe in the company's vision and upside but we can no longer participate because we aren't allowed to own private companies."

- "Despite the upside of being out of short scrutiny, we believe Tesla sees far more benefit than detraction from being a public company. On the basis that all media coverage is good media coverage, we ultimately think the publicity is a positive for Tesla and helps sell more cars, and improve its reputation."

- "Very frustrated as the stock is now stuck in limbo. Regardless of whether the deal goes through, this has to be wrapped up as soon as possible with absolute conclusiveness; this can't be left open ended forever, which will be the worst for the stock. If it takes a long time, frequent updates are needed or the stock will start to languish and drift lower and lower until its resolved."

**ADDITIONAL COMMENTARY**
- "We can support the deal, but are very concerned that the financial backing is coming back from international sovereigns/corporates that could be prevented by CFIUS."

- "Would help to understand if the intention is never to be public again or simply to IPO again years down the road after we have overcome the near-term hurdles. And is that closer to ten years or two."

- From convertible bond holders that are now in the money: "Will we be able to convert our shares and retain private ownership?"

**Aaron Chew** | Investor Relations

m 917-568-7990 | e achew@tesla.com

# Exhibit 229

BLOG     VIDEOS     PRESS     CUSTOMER STORIES     EVENTS     GET UPD

◄ ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░ ►

# Staying Public

Elon Musk
August 24, 2018

Earlier this month, I announced that I was considering taking Tesla private. As part of the process, it was important to understand whether our current investors believed this would be a good strategic move and whether they would want to participate in a private Tesla.

Our investors are extremely important to me. Almost all have stuck with us from the time we went public in 2010 when we had no cars in production and only a vision of what we wanted to be. They believe strongly in our mission to advance sustainable energy and care deeply about our success.

I worked with Silver Lake, Goldman Sachs and Morgan Stanley, who have world-class expertise in these matters, to consider the many factors that would come into play in taking Tesla private, and to process all the incoming interest that we received from investors to fund a go-private transaction. I also spent considerable time listening to current shareholders, large and small, to understand what they think would be in the best long-term interests of Tesla.

Based on all the discussions that have taken place over the last couple of weeks and a thorough consideration of what is best for the company, a few things are clear to me:

* Given the feedback I've received, it's apparent that most of Tesla's existing shareholders believe e are better off as a public company. Additionally, a number of institutional shareholders have explained that they have internal compliance issues that limit how much they can invest in a private company. There is also no proven path for most retail investors to own shares if we were private. Although the majority of shareholders I spoke to said they would remain with Tesla if we ent private, the sentiment, in a nutshell, was "please don't do this."

* knew the process of going private would be challenging, but it's clear that it would be even more time-consuming and distracting than initially anticipated. This is a problem because we absolutely must stay focused on ramping Model 3 *and becoming profitable*. We will not achieve our mission of advancing sustainable energy unless we are also financially sustainable.

* That said, my belief that there is more than enough funding to take Tesla private was reinforced during this process.

After considering all of these factors, I met with Tesla's Board of Directors yesterday and let them know that I believe the better path is for Tesla to remain public. The Board indicated that they agree.

**CONFIDENTIAL TREATMENT REQUESTED**

CONFIDENTIAL

**Exhibit 229**

Moving forward, we will continue to focus on what matters most: building products that people love and that make a difference to the shared future of life on Earth. We've shown that we can make great sustainable energy products, and we now need to show that we can be sustainably profitable. With all the progress we've made on Model 3, we're positioned to do this, and that's what the team and I are going to be putting all of our efforts toward.

Thank you to all of our investors, customers and employees for the support you've given our company. I'm incredibly excited to continue leading Tesla as a public company. It is a privilege.

SHARE

CONFIDENTIAL TREATMENT REQUESTED

CONFIDENTIAL

# Exhibit 279

| | |
|---|---|
| **From:** | Polhemus, Rick (IBD) <Rick.Polhemus@morganstanley.com> |
| **Sent:** | Monday, August 13, 2018 11:33 AM |
| **To:** | Savage, Regina L (IBD) |
| **Cc:** | Dotson, William (IBD) |
| **Subject:** | RE: Tesla rumors |

Elon's blog post this morning gives a lot more detail.  It would almost be impossible for it not to be PIF based on that post.

Rick Polhemus, Managing Director
Morgan Stanley | Investment Banking Division
555 California Street, 22nd Floor | San Francisco, CA  94104
Phone: +1 415 576-2224
Mobile: +1 415 244-9989
Fax: +1 415 591-4551
Rick.Polhemus@morganstanley.com


Be carbon conscious. Please consider our environment before printing this email.

-----Original Message-----
From: Savage, Regina L (IBD)
Sent: Monday, August 13, 2018 8:22 AM
To: Polhemus, Rick (IBD)
Cc: Dotson, William (IBD)
Subject: Re: Tesla rumors

The Reuters guys are all fired up about Bloomberg's report that it's PIF.  They're adamant that their sources say otherwise - that maybe they'd roll but they wouldn't be lead of a buyout.

So far PIF moving along on lucid investment.  Will keep you posted if it starts to look otherwise.

Regina L. Savage
(312) 706-4442 (office)
(646) 645-8027 (mobile)

> On Aug 10, 2018, at 4:12 PM, Polhemus, Rick (IBD) <Rick.Polhemus@morganstanley.com> wrote:
>
> I don't have official confirmation but am pretty sure Wilson Sonsini (Larry Sonsini) is around this right now.
>
> Rick Polhemus, Managing Director
> Morgan Stanley | Investment Banking Division
> 555 California Street, 22nd Floor | San Francisco, CA  94104
> Phone: +1 415 576-2224
> Mobile: +1 415 244-9989
> Fax: +1 415 591-4551
> Rick.Polhemus@morganstanley.com
>

**Exhibit 279**

1

Confidential

>
> Be carbon conscious. Please consider our environment before printing this email.
>
>
> -----Original Message-----
> From: Savage, Regina L (IBD)
> Sent: Friday, August 10, 2018 12:31 PM
> To: Polhemus, Rick (IBD)
> Cc: Dotson, William (IBD)
> Subject: Re: Tesla rumors
>
> Do we know who has been hired as counsel?
>
> Regina L. Savage
> (312) 706-4442 (office)
> (646) 645-8027 (mobile)
>
>> On Aug 10, 2018, at 2:22 PM, Polhemus, Rick (IBD) <Rick.Polhemus@morganstanley.com> wrote:
>>
>> No advisors have been hired anywhere yet.  Except legal.  We have heard thru good source on the board and thru management.
>>
>> Rick Polhemus, Managing Director
>> Morgan Stanley | Investment Banking Division
>> 555 California Street, 22nd Floor | San Francisco, CA  94104
>> Phone: +1 415 576-2224
>> Mobile: +1 415 244-9989
>> Fax: +1 415 591-4551
>> Rick.Polhemus@morganstanley.com
>>
>>
>> Be carbon conscious. Please consider our environment before printing this email.
>>
>>
>> -----Original Message-----
>> From: Savage, Regina L (IBD)
>> Sent: Friday, August 10, 2018 12:15 PM
>> To: Polhemus, Rick (IBD); Dotson, William (IBD)
>> Subject: Tesla rumors
>>
>> Board mtg next week.  Not clear if musk actually will have something to present and for committees to be formed or if they'll just focus on the regulatory angle.  My guy says they have ruled out most sources of funding.  He thinks that someone gave musk a soft "that's something we could help with" message and he ran with it.  Expect more stories over the weekend.
>>
>> He's focusing a lot on advisor questions so if we hear anything on legal advisors we can pass along, that would be helpful.
>>
>> Regina L. Savage
>> (312) 706-4442 (office)
>> (646) 645-8027 (mobile)

2

MS_TESLA0000967

# Exhibit 337

| | |
|---|---|
| **From:** | Deepak Ahuja [deepak@tesla.com] |
| **Sent:** | 8/7/2018 3:11:18 PM |
| **To:** | Elon Musk [erm@tesla.com] |
| **CC:** | Todd Maron [todd@tesla.com] |
| **Subject:** | FW: hey |

Elon,
FYI. We are getting a lot of enquiries from investors, SEC and the media to better understand the comment "funding secured".

Deepak

---

**From:** Owuraka Koney <OKoney@jennison.com>
**Date:** Tuesday, August 7, 2018 at 2:15 PM
**To:** "deepak@tesla.com" <deepak@tesla.com>
**Subject:** hey

Hey Deepak,

I hope all is well. Today (and the last few months!) has been a bit of a whirlwind for us as I imagine for you and the firm as well. We are obviously quite surprised by the intent to take Tesla private but we need more information. Specifically, we want to know if there is some kind of commitment letter not just a verbal agreement to provide the funding to go private? This is a very serious matter and saying it on a tweet is just not sufficient.

As a side note, I just want you to know that Martin is doing an absolutely fantastic job running IR. His level of knowledge and seriousness with which he approaches the job has been very impressive. Multiples over the last few months I've done calls with him and my PM team and we can't praise him enough.

Owuraka

Owuraka Koney, CFA
Jennison Associates
212-833-0706


This e-mail, including any attachment(s), is intended solely for use by the named addressee(s). If you are not the intended recipient, you are not authorized to disclose, copy, distribute or retain this message, without written authorization from Jennison Associates LLC ("Jennison"). This e-mail may contain proprietary, confidential or privileged information. If you have received this message in error, please notify the sender immediately. If you have requested Jennison to e-mail any account information to you or your designee, you are deemed to have consented to electronic delivery of information from Jennison. E-mail messages are not secure and may contain computer viruses or other defects, may not be accurately replicated on other systems, or may be intercepted, deleted or interfered with without the knowledge of the sender or the intended recipient.

Please note that your personal information may be stored and processed in any country where we have facilities or in which we engage service providers. If you provide personal information to us by email or otherwise, you consent to the transfer of that information to countries outside of your country of residence and these countries may have different data protection rules than your country. To learn how we protect privacy, please use this link (https://www.jennison.com/gdpr) to read our Privacy Notice.

CONFIDENTIAL

TESLA_LITTLETON_00019605



# Exhibit 344

9/29/21, 3:28 PM
Case 3:18-cv-04865-EMC Document 453-1 Filed 07/01/23 Page 137 of 1482
Elon Musk's Effort to Take Tesla Private to Get Board Oversight - The New York Times

The New York Times    https://www.nytimes.com/2018/08/14/business/tesla-board-elon-musk.html

# Elon Musk's Effort to Take Tesla Private to Get Board Oversight

By Tiffany Hsu and Michael J. de la Merced

Aug. 14, 2018

Tesla announced Tuesday that its board had created a special committee to review a potential proposal by Elon Musk, the company's chief executive, to take the company private.

The board, caught by surprise last week after Mr. Musk posted a cryptic tweet about having "funding secured" for a possible buyout of the electric carmaker, said that it had yet to receive a formal proposal or reach "any conclusion as to the advisability or feasibility of such a transaction."

The three independent directors who make up the special committee, Brad Buss, Robyn Denholm and Linda Johnson Rice, "have the full power and authority" of the board to evaluate and negotiate any potential transaction to take Tesla private, the company said.

The company stressed Tuesday that "no assurances can be given" that any proposal from Mr. Musk would be accepted.

*[Read more: Elon Musk's tweet about of a potential buyout for Tesla surprised its board of directors.]*

---

**Daily business updates**  The latest coverage of business, markets and the economy, sent by email each weekday. Get it sent to your inbox.

---

Tesla said that Latham & Watkins was serving as legal counsel to the special committee, which plans to bring on an independent financial adviser once it receives a formal proposal. The company said it separately hired the law firm Wilson Sonsini Goodrich & Rosati "as legal counsel in this matter."

On Monday night, Mr. Musk posted on Twitter that he was working with Silver Lake and Goldman Sachs as financial advisers on a proposal to take Tesla private. He also wrote that he had hired two law firms — Wachtell, Lipton, Rosen & Katz and Munger, Tolles & Olson — as legal advisers.

> **Latest Updates ›**
> Updated 5 hours ago
> - Katty Kay resigns from Ozy Media after a New York Times report about the firm.
> - Evergrande sells a $1.5 billion stake in a bank to help settle debts.
> - YouTube bans all anti-vaccine misinformation.

Silver Lake's aim is to invest in the carmaker as part of its potential delisting, which could be worth tens of billions of dollars, two people with direct knowledge of the matter said. The firm isn't going to be paid for any work it does to help the Tesla co-founder explore his options, said the people, who spoke on the condition of anonymity to discuss confidential negotiations.

Senior executives of Silver Lake, one of the biggest technology-focused private-equity investors, have known Mr. Musk for years and have had him speak at an annual meeting of its portfolio companies on at least one occasion. An arm of the firm, Silver Lake Kraftwerk, had invested $100 million in SolarCity, the solar-power company that Mr. Musk co-founded and is now part of Tesla.

The people wouldn't say when Silver Lake began working with Mr. Musk on his plan. A spokeswoman for the investment firm declined to comment.

*[Our columnist Andrew Ross Sorkin asks, is Twitter the right forum for C.E.O.s to disseminate market-moving information?]*

Tesla's efforts to wrest the situation from its unpredictable chief executive and co-founder come after Mr. Musk declared in a blog post on Monday that he had communicated for more than a year with a Saudi sovereign wealth fund about taking the company private. He said he had left one recent meeting "with no question" that a deal with the fund could be closed, though people familiar with the workings of the fund cast doubt on his account on Monday.

The blog post appeared to be an attempt to address investors and financiers who were caught off guard by his initial tweet, on Aug. 7, announcing that he was "considering taking Tesla private at $420." Such disclosures are usually made in regulatory filings; the tweet led to an inquiry from the Securities and Exchange Commission about Mr. Musk's choice of forum.

In his blog post, Mr. Musk said that "the right thing to do was to announce my intentions publicly" to all shareholders. But according to people familiar with the situation, Mr. Musk told an informal adviser that he had posted on Twitter impulsively and as an angry reaction to the company's critics.



Exhibit 344

# Exhibit 375

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 18-cv-04865-EMC<br><br>Hon. Edward M. Chen |

**Expert Damages Report of Michael L. Hartzmark, Ph.D.**

**November 10, 2021**

**CONFIDENTIAL**

Exhibit

**375**

Heston 3/16/2022 J.W.

## Table of Contents

I.    Introduction ...............................................................................................1

II.   Qualifications and Compensation ...........................................................5

III.  Summary of Opinions ...............................................................................8

IV.  Brief Summary of Plaintiff's Allegations and Relevant Background.....................12

   A.   Background on Tesla .........................................................................12

   B.   Tesla Was a Volatile Growth Stock with High Short Interest and a CEO at Odds with Short Sellers and Analysts ............................................13

   C.   Defendant Musk's Tweets Were Considered to Be Appropriate Channels for the Dissemination of Corporate Information ................................17

   D.   Plaintiff's Alleged Misrepresentations and/or Omissions....................19

   E.   The Alleged Partial Corrective Disclosures and the Event Window ................23

   F.   Other Indicators of the Importance of the Alleged Misstatements to Investors ....................................................................................26

V.   Economic Materiality of the Information Revealed During the Class Period ........28

   A.   Introduction .................................................................................28

   B.   Overview of Information Revealed During the Class Period............................30

      1.   Empirical Event Study Results for the Class Period Event Window ............34

      2.   August 7, 2018 and the Tweets Interval .........................................37

      3.   Stock Price Movements on August 7, 2018....................................46

      4.   August 8, 2018 and the Commencement of the Corrective Interval .............50

      5.   August 9, 2018 and the Continued Absence of Disclosures of Meaningful, Reliable and Clear Information Describing the Proposed Going Private Transaction and the Continued Materialization of Consequential Harm .......................................................................59

      6.   August 10, 2018 and the Continued Absence of Disclosures of Meaningful, Reliable and Clear Information Describing the Proposed Going Private Transaction and the Continued Materialization of Consequential Harm .......................................................................64

      7.   August 13, 2018 and the Defendants' Update on Taking Tesla Private and the Continued Materialization of Consequential Harm .........................67

      8.   August 14, 2018 and Musk's Tweets on the Purported Hiring of Financial Advisers, along with the Continued Absence of Disclosures of Meaningful, Reliable and Clear Information Describing the Proposed Going Private Transaction and the Continued Materialization of Consequential Harm.......................................................................76

9. August 15, 2018 and the Issuance of Subpoenas by the SEC, along with the Continued Absence of Disclosures of Meaningful, Reliable and Clear Information Describing the Proposed Going Private Transaction and the Continued Materialization of Consequential Harm ..................................................................................81

10. August 16, 2018 and the Continued Absence of Disclosures of Meaningful, Reliable and Clear Information Describing the Proposed Going Private Transaction ..........................................................85

11. August 17, 2018 and the *NYT* Article, which the Market Interprets that Funding was NOT Secured, Nor Was there Any Formal Proposal .........86

C. Post Class Period: August 27, 2018 (Impact Day) - Staying Public .................94

D. Post Class Period: September 28, 2018 and October 1, 2018 (Impact Days) - SEC Settlements ....................................................................98

VI. Loss Causation Isolating the Impact of the Allegations by Accounting for Market-Wide and Industry Influences, as well as Potentially Confounding Information Released over the Class Period and the Construction of the Artificial Inflation Ribbon ..................................................................102

A. Statistical Analysis of the Price Movements Following the Alleged Partial Corrective Disclosure ................................................................102

1. Accounting for Market-Wide and Industry Influences on Tesla Stock Price Movements ..................................................................103

2. Company-specific information unrelated to the alleged misstatements .......104

3. Summary Regarding Potential Confounding Information............................118

B. Separating the Abnormal Price Decline of $66.67 into the Amount Directly Caused by the Misrepresentations in the Musk Tweets from the Amount Caused by Consequential Harm ..........................................................119

C. Construction of the Artificial Price Inflation Ribbons Attributed to the Musk Tweets and Consequential Harm..................................................120

1. Introduction..................................................................................120

2. Calculation of the Artificial Inflation Related to the *Direct* and *Consequential Effects* .....................................................................121

3. Calculation of the Direct Artificial Inflation Utilizing the *Direct Effect* Caused by the Musk Tweets .....................................................123

4. The Flexibility of the Damages Model ..............................................136

VII. Calculation of Per Share Damages ..............................................................137

A. Damages for Short Sellers ..........................................................................139

VIII. Artificial Inflation and Deflation in Call and Put Options on Tesla Common Stock ..................................................................................................140

A.  Introduction to Options on Tesla Common Stock .............................................140

B.  Computing Artificial Inflation and Deflation in Tesla Call and Put Prices ......141

IX.  Artificial Inflation and Damages Calculations for Tesla Debt Securities.............147

A.  Introduction to Corporate Bonds and Bond Pricing Theory ............................147

1.  Background Information on Corporate Bonds .............................................147

2.  Bond and Stock Prices Often Move in Different Directions ........................151

3.  Differences in Price Movements between Notes with Different Coupons and Maturities .........................................................................153

B.  Description of the Tesla Notes ..........................................................................153

1.  The 2019 Note .............................................................................................153

2.  The 2021 Note .............................................................................................155

3.  The 2022 Note .............................................................................................156

4.  The 2025 Note .............................................................................................157

C.  Event Study for the Tesla Notes ........................................................................158

D.  Results of Event Study for the Notes ................................................................163

E.  Artificial Inflation in Note Prices .....................................................................164

F.  Artificial Inflation in Note Prices Caused Directly by the Musk Tweets..........165

# I.   INTRODUCTION

1.    On September 22, 2020, I submitted a report in this matter (the "Class Certification Report"), in which I opined:[1]

> (1) Tesla, Inc. ("Tesla" or the "Company") common stock and options on Tesla common stock traded in open, well-developed and efficient markets (hereinafter referred to as "efficient markets") throughout the proposed class period of 12:48 p.m. ET August 7, 2018 to August 17, 2018 (the "Class Period");[2] and

> (2) The calculations of damages for violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 for both the Tesla common stock and the options on Tesla common stock in this case are subject to common methodologies and may be computed on a class-wide basis.

2.    On November 25, 2020, the Court issued a Stipulation and Order for Class Certification.[3]  In the Class Certification Order, the Court approved the stipulation and agreement by counsel for Plaintiff and Defendants of, among other things:

> Based on the foregoing [agreements between parties], the following class is certified: "All individuals and entities who purchased or sold Tesla stock, options, and other securities from

---

[1]    Class Certification Report, ¶10.  I was also deposed on November 19, 2020 wherein I reiterated the same opinions ("Hartzmark Dep").

[2]    Consolidated Complaint for Violation of the Federal Securities Laws filed January 16, 2019, ¶1 (the "Complaint").  The Complaint (¶2) alleges that the Class Period begins "On August 7, 2018, at 12:48 p.m. ET, [when] Musk tweeted the following message to over 22 million people: 'Am considering taking Tesla private at $420.'"  The Class Period ends on August 17, 2018 after the final alleged corrective disclosure that appeared in *The New York Times* online edition after the conclusion of trading on August 16, 2018 and in the print edition on August 17, 2018 before market hours (Complaint, ¶196).

[3]    Stipulation and Order for Class Certification, ECF No. 298, filed November 25, 2020 (the "Class Certification Order").

12:48 p.m. EDT on August 7, 2018 to August 17, 2018 and were damaged thereby" (the "Class").[4]

3.    I note that, as part of the stipulation and agreement:

WHEREAS, for purposes of class certification only, Defendants stipulate that Tesla, Inc. common stock, options, and other securities traded in an efficient market at all relevant times and do not seek to rebut the presumption of reliance.[5]

4.    For this report (the "Damages Report"), Lead Counsel for Plaintiff[6] ("Counsel") has asked me to:

(1)  examine and opine on the economic materiality[7] of Defendants' alleged false and misleading statements related to the "Musk Tweets"[8] at issue in the litigation, including: (a) the information allegedly misrepresented and/or omitted in the Musk Tweets, as well as (b) foreseeable consequential effects caused by disclosures following the Musk Tweets exposing their falsity (e.g., Tesla's reduced management credibility and revealed failures of corporate governance and internal controls, as well as Tesla's increased legal risks and scrutiny from U.S. Securities and

---

[4]    Class Certification Order, ¶4.  In addition, "Excluded from the Class are: Defendants; the officers and directors of Tesla, Inc. at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which Defendants have or had a controlling interest."  Class Certification Order, ¶5.

Note, unless otherwise indicated all times are Eastern Time.

[5]    Class Certification Order, p. 2.

[6]    Levi & Korsinsky, LLP.

[7]    When I refer to materiality or "economic materiality," it is from the perspective of a financial economist and includes a fully developed evaluation that includes an empirical examination of the stock price movements in response to the disclosure of new information, *along with* an examination of analysts' commentary, media discussion, relationship to government regulations and academic research, among other factors.

[8]    Complaint (¶2) alleges that the Class Period begins "On August 7, 2018, at 12:48 p.m. ET, [when] Musk tweeted the following message to over 22 million people: "Am considering taking Tesla private at $420."  Defendant Musk made further tweets during the August 7, 2018 trading day, as well as sending an email to employees at 3:16 p.m., which was then subsequently posted on a public Tesla blog that was linked to a Musk tweet at 3:28 p.m.   I refer to these tweets and emails as the "Musk Tweets." Class Certification Report, ¶71; Complaint, ¶84; *see also* Complaint at ¶¶120, 122, 124, 126, 128, 130.

Exchange Commission ("SEC") investigations), which are inextricably bound and causally-linked to the Musk Tweets (I refer to these foreseeable consequences as the "Consequential Harm");

(2)  opine on whether investor losses were proximately caused by the information allegedly misrepresented and/or omitted in the Musk Tweets, as well as the Consequential Harm (*i.e.*, "loss causation");[9]

(3)  quantify the amount of loss attributable to the revelation of the allegedly misrepresented and/or omitted facts in the Musk Tweets, as well as the losses attributable to the Consequential Harm;

(4)  construct the artificial inflation or deflation ribbons, as appropriate, so as to quantify the artificial inflation or deflation per share for Tesla common stock, per contract for call and put stock options and per Note for Tesla debt securities[10] for each day of the Class Period attributable to the information allegedly misrepresented and/or omitted in the Musk Tweets, as well as the Consequential Harm;

---

[9]  The Complaint references multiple stock price declines over the Class Period, culminating with a final price decline on August 17, 2018 (Complaint, ¶¶188-196).  As will be discussed in detail, I assume for the purposes of this Damages Report that the finder of fact will determine that the period between the Musk Tweets on August 7, 2018 starting at 12:48 p.m. and the close of trade of August 17, 2018 is filled with numerous statements and partial corrective disclosures revealing curative information; and that there was a final corrective disclosure on August 17, 2018.  As discussed in this Damages Report, my framework for estimating damages per share, including disaggregation of price movements and scaling over the Class Period, which are the foundation of the inputs for calculating daily artificial inflation, offer flexibility in that alternative figures can be used if additional evidence is presented.  An electronic file will be turned over that allows for adjusting my inputs to create alternative artificial inflation ribbons and damages scenarios based on different findings by the finder of fact, including any findings concerning the effects of the myriad of disclosures made throughout the period between the Musk Tweets starting on August 7, 2018 at 12:48 p.m. and the close of trade of August 17, 2018.

[10]  The debt securities I have been asked to examine are: (i) 0.25% Convertible Senior Notes due in 2019 (the "2019 Note"); (ii) 1.25% Convertible Senior Notes due in 2021 (the "2021 Note"); (iii) 2.375% Convertible Senior Notes due in 2022 (the "2022 Note"); and (iv) 5.30% Senior Notes due in 2025 (the "2025 Note").  I refer to these collectively as the "Tesla Notes" or the "Notes."

(5)   provide a model to quantify Rule 10b-5 damages on Tesla common stock on a per share basis that can be applied to each Class Member based on the Out-of-Pocket ("OOP") methodology I described in my Class Certification Report;[11]

(6)   provide a model to quantify Rule 10b-5 damages on options on Tesla common stock on a per contract basis that can be applied to each Class Member based on the OOP methodology I described in my Class Certification Report;[12] and

(7)   provide a model to quantify Rule 10b-5 damages on the Tesla Notes on a per Note basis that can be applied to each Class Member based on the OOP methodology I describe below.

5.      In this Damages Report, I detail my research and findings that I have carried out in response to the request above.  My Damages Report applies generally accepted and widely utilized economic, financial, and statistical analyses to form opinions regarding materiality, loss causation, and damages under Rule 10b-5.  This Damages Report does not contain a verbatim account of every detail of my expected testimony, and I may address additional topics in response to arguments or assertions offered by Defendants and their experts during the course of the proceedings.   Because my conclusions are based on information available to me as of the date of this Damages Report and I understand that fact discovery and expert discovery are ongoing, and I might be asked to review, evaluate and analyze relevant material that is produced, brought to my attention or otherwise becomes available to me, I reserve the right to amend, supplement, or otherwise modify my findings and conclusions, after service of this Damages Report, as appropriate. Particularly, I am aware that Defendant Musk's deposition in this matter took place on November 5, 2021, shortly before the date of this report, and I reserve the right to revise this report, as needed, based on his testimony.

---

[11]   Class Certification Report, ¶¶158-169.

[12]   Class Certification Report, ¶¶170-174.

6.     My Expert Damages Report is organized as follows: in Section II, I present my qualifications as an expert.  In Section III, I summarize my opinions.  In Section IV, I provide a summary overview of Plaintiff's allegations, as set forth in the Complaint and Plaintiff's Responses to Defendants' First Set of Interrogatories.[13]  In Section V, I demonstrate that the alleged misstatements and/or omissions in the Musk Tweets, as well as the Consequential Harm were material to the price of Tesla common stock.  In Section VI, I establish loss causation and determine the magnitude of the price impact of the alleged partial corrective disclosures on Tesla common stock, which enables me to quantify the artificial inflation per share and its evolution on each day of the Class Period in Tesla common stock.  In Section VII, I calculate per share damages for Tesla common stock under Rule 10b-5, including an examination of losses to short sellers.  In Section VIII, I quantify the artificial inflation and/or deflation per contract and its evolution on each day of the Class Period in options on Tesla common stock and provide my analysis of damages for options on Tesla common stock.  In Section IX, I quantify the artificial inflation per Note and its evolution on each day of the Class Period in the Tesla Notes and provide my analysis of damages for the Tesla Notes.

## II.    QUALIFICATIONS AND COMPENSATION

7.     I am President of Hartzmark Economics Litigation Practice, LLC and prior to this I was a Principal and Director at Navigant Economics (formerly dba Chicago Partners, LLC, a subsidiary of Navigant Consulting, Inc.).  Both firms specialize in the application of economics and finance to legal, commercial and regulatory issues, including issues such as those addressed in this report.  I also am currently engaged as an independent contractor the Office of the Attorney General of the State of New Jersey and was previously engaged by the Office of the Attorney General of the State of New York, to assist in investigations of the mortgage-backed securities market.[14]

---

[13]   Plaintiff's Responses to Defendants' First Set of Interrogatories dated November 4, 2021 ("Plaintiff's Responses").

[14]   "A residential *mortgage-backed security* (MBS) is an instrument whose cash flow depends on the cash flows of an underlying pool of mortgages." Frank J. Fabozzi and Steven V. Mann, The

8.     I have served as a testifying and consulting expert in numerous securities class actions.  In addition, I have published scholarly articles on a multitude of issues in financial economics including those associated with securities class actions, including the topic of market efficiency.  I have spent considerable time as an economic consultant evaluating issues related to market efficiency and damages.  My primary focus has been on securities such as common stock, options, corporate bonds, Treasury and energy futures, swaps, swaptions, and asset-backed securities.  My expert reports which included the topics of market efficiency and common damages methodology have been cited with approval by the respective courts in *In re: CenturyLink Sales Practices and Securities Litigation*,[15] *Laurence Rougier, et al. v. Applied Optoelectronics, Inc., et al.*,[16] *In re Signet Jewelers Limited Securities Litigation*,[17] *West Palm Beach Police Pension Fund, et al. v. DFC Global Corp., et al.*,[18] *In re Cobalt International Energy, Inc. Securities Litigation*,[19] and *William D. Wallace, et al. v. IntraLinks Holdings, Inc., et al.*[20]  I also wrote a series of reports cited in the district court's opinion granting class certification of DVI common stock and corporate bonds in *In re DVI, Inc. Securities Litigation*, 249 F.R.D. 196 (E.D. Pa. 2008), which was affirmed by the Third Circuit in *In re DVI, Inc. Securities Litigation*,

---

Handbook of Fixed Income Securities, Seventh Edition, McGraw-Hill Education (2005), p. 16 ("Handbook").

[15]   *In re: CenturyLink Sales Practices and Securities Litigation*, 2020 WL 5517483 (D. Minn. Sept. 14, 2020).

[16]   *Laurence Rougier, et al. v. Applied Optoelectronics, Inc., et al.*, Memorandum and Recommendation, (S.D. Tx., Nov. 13, 2019), Dkt. 125 (which was adopted by the Court in Order Adopting Magistrate Judge's Memorandum and Recommendation entered December 20, 2019, Dkt. 131).

[17]   *In re Signet Jewelers Limited Sec. Litig.*, 2019 WL 3001084 (S.D.NY. 2019).

[18]   *W. Palm Beach Police Pension Fund, et al. v. DFC Global Corp., et al.*, 2016 WL 4138613 (E.D. Pa. Aug. 4, 2016).

[19]   *In re Cobalt Intl. Energy, Inc., Sec. Litig.*, 2017 WL 2608243 (S.D. Tex. 2017).

[20]   *William D. Wallace, et al. v. IntraLinks et al.*, Opinion (S.D.N.Y., September 30, 2014), Dkt. 99.

639 F.3d 623 (3d Cir. 2011). I have also co-authored three law review publications discussing the commonly used empirical tests applicable to securities class actions.[21]

9.    I earned my B.A. in economics from The University of Michigan and my M.A. and Ph.D. in economics from The University of Chicago. I have taught economics and financial economics in the Department of Economics at The University of Chicago and jointly in the Michigan Business School (now the Ross School of Business) and the Department of Economics at the University of Michigan.

10.    At the University of Michigan, I created and taught courses on financial and commodity futures markets. While an Assistant Professor at the University of Michigan, I received a research grant from the University of Chicago Center for the Study of Futures Prices, as well as the John M. Olin Faculty Fellowship to further my research in financial markets. In addition, I published articles in peer-reviewed journals related to financial markets. Prior to my tenure track appointment at the University of Michigan, I was employed as a Financial Economist at the Commodity Futures Trading Commission, Division of Economics and Education.

11.    I have been a holder of the Series 7 and 63 registered representative licenses and have served as a Financial Advisor at Fahnestock & Co., Inc. (now Oppenheimer & Co., Inc.). I was also founder and President of DARMA, LLC, a wealth and asset advisory company affiliated with Oppenheimer & Co., Inc.

12.    My qualifications, publications, and expert engagements are summarized in detail in my *curriculum vitae*, which is attached to this report as **Appendix 1**. Hartzmark Economics Litigation Practice, LLC is being compensated at a rate of $800 per hour for my work in this matter. Neither my compensation nor the compensation of Hartzmark Economics Litigation Practice, LLC is any way contingent upon the outcome of this case or upon the opinions that I express.

---

[21]   Michael L. Hartzmark, Cindy A. Schipani, H. Nejat Seyhun, *Fraud on the Market: Analysis of the Efficiency of the Corporate Bond Market*, 2011 Colum. Bus. L. Rev., 654-716 (2011); Michael L. Hartzmark, H. Nejat Seyhun, *The Curious Incident of the Dog That Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation*, 6 Va. L. & Bus. Rev., 415-66 (Winter 2012); Michael L. Hartzmark, H. Nejat Seyhun, *Understanding the Efficiency of the Market for Preferred Stock*, 8 Va. L. & Bus. Rev., 149-230 (Spring 2014).

## III.   SUMMARY OF OPINIONS

13.   Based on my analysis to date, I have formed the opinions that follow.  In reaching these opinions, I have relied upon various materials, which are listed throughout this Report and/or in **Appendix 2** (which lists materials that I relied upon for this Damages Report).   The research and analysis upon which my opinions are based have been conducted by me with the assistance of personnel working under my direction and supervision.

**OPINION 1:** In the Class Certification Report, I described and proposed a market model for Tesla's common stock to control for market and industry effects and to form the basis of an appropriate event study.[22]  It is my opinion that this market model serves as an appropriate basis to begin the calculation of artificial inflation.

**OPINION 2:** The alleged misrepresentations and/or omissions in the Musk Tweets and the related Consequential Harm were economically material because they substantially altered the total mix of information available to investors.

**OPINION 3:** There is an economic link, which can be reliably measured, between the alleged misrepresentations and/or omissions in the Musk Tweets and the revelation of the truth, as well as the Consequential Harm, which when realized throughout the Class Period proximately caused losses to investors.  The quantification of the negative repercussions and the harm to investors can be reliably measured by examining the price movements as market participants learned the truth about the Musk Tweets and Consequential Harm.  The harm to investors can also be reliably measured by calculating the differences between observed prices and true or "but-for" prices that account for the price impact of the revelation of the truth and the Consequential Harm, along with appropriate adjustments for market-wide, industry and confounding influences.

**OPINION 4:** The alleged misrepresentations and/or omissions in the Musk Tweets caused the price of Tesla securities to be at artificially inflated levels throughout the Class Period[23] and the curative information revealing the truth concerning Defendants' alleged misstatements in the Musk Tweets and the revelations related to the Consequential Harm realized throughout the Class Period proximately caused the artificially inflated price of Tesla's securities to decline.[24]

---

[22]   Class Certification Report, Appendix E.

[23]   In **OPINIONS 3-6**, "artificial inflation" would refer to "artificial deflation" (and the curative information causing the deflated prices to rise) as it relates to securities that are put option contracts and certain call option contracts.

[24]   My opinions regarding amounts of inflation (and deflation in the put options and certain call options) and damages per Tesla security under Rule 10b-5 are based upon my assumption of

**OPINION 5:** Based on a formulaic procedure that can accommodate any modification determined to be necessary by the finder of fact, I calculate the levels of artificial inflation (or deflation) in all of Tesla's securities that are related to Plaintiff's allegations for the close on each day of the Class Period as presented in **Table 1** through **Table 3**. Moreover, I am able to separate the levels of artificial inflation (or deflation) that is directly and proximately caused by the Musk Tweets from the artificial inflation caused by the Consequential Harm. The amounts of Direct Artificial Inflation are also presented in **Table 1** through **Table 3**. **Appendix 8** provides artificial inflation and deflation in Tesla options on a daily basis for a range of options.

| | | Total Artificial Inflation | Direct Artificial Inflation |
|---|---|---|---|
| Date | Price | | |
| 8/7/2018 | $379.57 | $66.67 | $23.27 |
| 8/8/2018 | $370.34 | $57.44 | $16.75 |
| 8/9/2018 | $352.45 | $39.55 | $9.59 |
| 8/10/2018 | $355.49 | $42.59 | $11.90 |
| 8/13/2018 | $356.41 | $43.51 | $14.64 |
| 8/14/2018 | $347.64 | $34.74 | $14.88 |
| 8/15/2018 | $338.69 | $25.79 | $12.57 |
| 8/16/2018 | $335.45 | $22.55 | $11.27 |
| 8/17/2018 | $305.50 | --- | --- |

**Table 1**

---

Defendants' liability for violations of Section 10(b) of the Exchange Act, as is standard in a damages analysis.

**Table 2**

| Date | Price | Total Artificial Inflation | Direct Artificial Inflation |
|---|---|---|---|
| ***2019 Note*** | | | |
| 8/7/2018 | $114.69 | $11.21 | $4.49 |
| 8/8/2018 | $110.56 | $7.07 | $3.23 |
| 8/9/2018 | $108.27 | $4.78 | $1.85 |
| 8/10/2018 | $108.60 | $5.12 | $2.30 |
| 8/11/2018 | $109.29 | $5.81 | $2.83 |
| 8/12/2018 | $108.12 | $4.63 | $2.87 |
| 8/13/2018 | $106.63 | $3.15 | $2.43 |
| 8/14/2018 | $106.10 | $2.61 | $2.17 |
| 8/17/2018 | $102.16 | --- | --- |
| ***2021 Note*** | | | |
| 8/7/2018 | $122.55 | $17.56 | $6.17 |
| 8/8/2018 | $116.14 | $11.15 | $4.44 |
| 8/9/2018 | $112.31 | $7.32 | $2.54 |
| 8/10/2018 | $112.74 | $7.75 | $3.16 |
| 8/11/2018 | $114.64 | $9.65 | $3.88 |
| 8/12/2018 | $111.76 | $6.77 | $3.95 |
| 8/13/2018 | $109.79 | $4.80 | $3.34 |
| 8/14/2018 | $108.80 | $3.81 | $2.99 |
| 8/17/2018 | $103.44 | --- | --- |
| ***2022 Note*** | | | |
| 8/7/2018 | $130.41 | $18.35 | $6.26 |
| 8/8/2018 | $123.61 | $11.55 | $4.50 |
| 8/9/2018 | $120.81 | $8.75 | $2.58 |
| 8/10/2018 | $121.19 | $9.13 | $3.20 |
| 8/11/2018 | $122.32 | $10.26 | $3.94 |
| 8/12/2018 | $120.27 | $8.21 | $4.00 |
| 8/13/2018 | $117.47 | $5.41 | $3.38 |
| 8/14/2018 | $116.79 | $4.73 | $3.03 |
| 8/17/2018 | $110.07 | --- | --- |

**Table 3**
**Panel A: Daily Total Artificial Inflation (Deflation) per Underlying Share in Tesla**
**Januay 17, 2020 Options, Select Strike Prices**

| Date | Calls | | | | Puts | | | |
|---|---|---|---|---|---|---|---|---|
| | **$300** | **$340** | **$380** | **$420** | **$300** | **$340** | **$380** | **$420** |
| 8/7/2018 | $27.05 | $17.96 | $10.50 | $4.78 | ($39.61) | ($48.70) | ($56.16) | ($61.89) |
| 8/8/2018 | $25.46 | $18.54 | $12.76 | $8.18 | ($31.97) | ($38.90) | ($44.67) | ($49.25) |
| 8/9/2018 | $18.57 | $14.32 | $10.74 | $7.83 | ($20.98) | ($25.23) | ($28.80) | ($31.71) |
| 8/10/2018 | $18.63 | $13.81 | $9.80 | $6.61 | ($23.95) | ($28.78) | ($32.78) | ($35.98) |
| 8/13/2018 | $16.78 | $11.47 | $7.17 | $3.85 | ($26.72) | ($32.03) | ($36.34) | ($39.66) |
| 8/14/2018 | $10.06 | $5.54 | $2.03 | ($0.53) | ($24.67) | ($29.19) | ($32.70) | ($35.26) |
| 8/15/2018 | $5.78 | $2.40 | ($0.15) | ($1.97) | ($20.01) | ($23.38) | ($25.94) | ($27.75) |
| 8/16/2018 | $4.73 | $1.80 | ($0.41) | ($1.96) | ($17.82) | ($20.75) | ($22.95) | ($24.51) |

**Panel B: Daily Direct Artificial Inflation (Deflation) per Underlying Share in Tesla**
**January 17, 2020 Options, Select Strike Prices**

| Date | Calls | | | | Puts | | | |
|---|---|---|---|---|---|---|---|---|
| | **$300** | **$340** | **$380** | **$420** | **$300** | **$340** | **$380** | **$420** |
| 8/7/2018 | ($6.12) | ($12.15) | ($16.61) | ($19.47) | ($29.39) | ($35.42) | ($39.88) | ($42.74) |
| 8/8/2018 | ($5.70) | ($9.76) | ($12.71) | ($14.61) | ($22.44) | ($26.51) | ($29.46) | ($31.36) |
| 8/9/2018 | ($4.78) | ($6.93) | ($8.44) | ($9.35) | ($14.37) | ($16.52) | ($18.03) | ($18.94) |
| 8/10/2018 | ($5.22) | ($7.91) | ($9.78) | ($10.93) | ($17.13) | ($19.81) | ($21.68) | ($22.83) |
| 8/13/2018 | ($5.76) | ($9.05) | ($11.35) | ($12.73) | ($20.39) | ($23.69) | ($25.98) | ($27.37) |
| 8/14/2018 | ($6.08) | ($9.25) | ($11.39) | ($12.61) | ($20.96) | ($24.13) | ($26.27) | ($27.49) |
| 8/15/2018 | ($5.73) | ($8.27) | ($9.93) | ($10.84) | ($18.31) | ($20.84) | ($22.50) | ($23.41) |
| 8/16/2018 | ($5.45) | ($7.68) | ($9.13) | ($9.91) | ($16.72) | ($18.95) | ($20.40) | ($21.18) |

**OPINION 6:** Under Rule 10b-5, damages per share, option or bond (before any statutory limitations) for any Class member may be calculated as the difference between (i) inflation[25] in the security price when the Class member purchased the security and (ii) inflation in the security price when the investor sold the security.[26]  For example, if an investor bought[27] Tesla common stock with the price artificially inflated shown above in

---

[25]   My opinions regarding amounts of inflation and damages per security under Rule 10b-5 are based upon my assumption that Defendants will be found liable for violating Section 10(b) of the Exchange Act.  In particular, I assume that Plaintiff will be able to prove that the Defendants knew or recklessly disregarded that they were issuing materially false or misleading statements or making statements that omitted material facts during the Class Period.

[26]   In the case of short sellers, the stock has already been sold at the time of the purchase.

[27]   This example describes a typical open-market purchase of stock.  A similar calculation applies to a purchaser of any Tesla security whose purchase price was artificially inflated during the Class Period.  The inverse calculation can be made for any investor who sold a Tesla security when their sale price was artificially deflated as a result of Defendants' misrepresentations or omissions.  As discussed below, this was the case for certain options on Tesla stock.

**Table 1** and held through August 17, 2018, the investor was harmed by the amount of artificial inflation per share shown in **Table 1** for the purchase date.[28]

## IV.  BRIEF SUMMARY OF PLAINTIFF'S ALLEGATIONS AND RELEVANT BACKGROUND

14.    In this section, I provide a brief summary of relevant facts and claims that I rely upon in my analysis of the allegations, as well as the calculation of harm associated with those allegations made by Plaintiff.  To be clear, this section is not meant to recite every fact or claim I relied upon or every allegation at issue in the case.  Instead, this summary of the allegations is intended to provide background and contextual information relevant to my later analysis of materiality, loss causation, the measurement of artificial inflation, and damages.

### A.  Background on Tesla

15.    In its Form 10-K filed for the fiscal year ending December 31, 2018, Tesla described itself as follows:

> We design, develop, manufacture and sell high-performance fully electric vehicles ("EVs") and energy generation and storage systems, and also install and maintain such energy systems and sell solar electricity.  We are the world's first vertically integrated sustainable energy company, offering end-to-end clean energy products, including generation, storage and consumption.[29]

16.    Tesla is a Delaware corporation with headquarters in California.[30] Throughout the Class Period, Tesla common stock was listed on The NASDAQ Global Select Market under the "TSLA" trading symbol, where it began trading in June 2010.[31]

---

[28]    In addition, I examine and account for the 90-day period following the end of the Class Period. I understand that under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a plaintiff may not recover more than the difference between the purchase price and the mean trading price of the stock during the 90-day lookback period.  *See* 15 U.S.C. § 78u-4(e)(1).

[29]    Tesla SEC Form 10-K filed February 19, 2019, p. 1.

[30]    Tesla SEC Form 10-K filed February 19, 2019, cover.

[31]    Tesla SEC Form 10-K filed February 19, 2019, p. 39.

17.   On July 27, 2018, approximately two weeks before the start of the Class Period, Tesla had 170.6 million shares outstanding.[32]   On September 30, 2018 (about one and a half months after the end of the Class Period), Tesla had 171.6 million shares outstanding.[33]   As of June 30, 2018, Tesla and its subsidiaries had outstanding $10.91 billion in aggregate principal amount of indebtedness, including convertible and long-term debt.[34]

B. **Tesla Was a Volatile Growth Stock with High Short Interest and a CEO at Odds with Short Sellers and Analysts**

18.   In 2018, Tesla stated the "trading price of our common stock has been highly volatile and could continue to be subject to wide fluctuations…"[35]   Tesla was a growing company in a capital intensive business[36] with negative cash flow from operating and investment activities of over $4.4 billion in 2017[37] and faced several business growth challenges that included  ramping up production and sales of its Model 3 vehicle, a lower priced sedan designed for the mass market, at "significantly higher volumes than our present production capabilities for the Model S or Model X vehicles."[38]

19.   The Company stated that it had "… been able to generate significant media coverage of our company and our vehicles … media coverage and word of mouth have been the primary drivers of our sales leads."[39]   Tesla also stated it "… was highly dependent on the services of Elon Musk, our Chief Executive Officer, Chairman of our Board of Directors and largest stockholder."[40]

---

[32]   Tesla SEC Form 10-Q filed August 6, 2018, cover.

[33]   Tesla SEC Form 10-Q filed November 2, 2018, p. 4.

[34]   Tesla SEC Form 10-Q filed August 6, 2018, pp. 24, 59.

[35]   Tesla SEC Form 10-K filed February 23, 2018, p. 32.

[36]   Tesla SEC Form 10-K filed February 23, 2018, pp. 1, 30.

[37]   Tesla SEC Form 10-K filed February 23, 2018, p. 56.

[38]   Tesla SEC Form 10-K filed February 23, 2018, p. 15.

[39]   Tesla SEC Form 10-K filed February 23, 2018, p. 6.

[40]   Tesla SEC Form 10-K filed February 23, 2018, p. 24.

20.    Articles in *The Wall Street Journal* described Defendant Musk as someone who is very demanding, though sometimes displaying an erratic management style and controversial use of Twitter, including taunting short sellers of Tesla common stock who were betting against the Company's success.[41]  Prior to the Musk Tweets, there had been extensive coverage on Defendants Musk and Tesla as described below:

> Mr. Musk … sets a high bar with the hope that if he reaches a fraction of his goal, Tesla will be successful, people familiar with his thinking said.  For all his success, Mr. Musk can be his own worst enemy, setting unrealistic expectations publicly and at times displaying an erratic management style that add to Tesla's challenges, say investors, former Tesla executives and close observers.  …

> After Mr. Musk inflamed Wall Street in May during Tesla's quarterly financial call by cutting off analysts—"Boring bonehead questions are not cool," he said—he sought to make amends by calling some of Tesla's largest shareholders, including Baillie, Fidelity Investments and T. Rowe Price to assuage concerns, people familiar with the matter said.[42]

> *****

> The outburst was the latest example of Mr. Musk's aggressive and sometimes controversial use of Twitter.  In recent months, he has used the platform to criticize regulators, taunt short sellers and debate people who criticized his political donations.[43]

> *****

---

[41]   At the start of the Class Period the value of short interest in Tesla stock was higher than any other S&P 500 stock.  "Tesla Short Selling Update - IHS Markit," Exchange News Direct, August 7, 2018.  The article stated: "In dollar terms, today's price move took Tesla's equity short position above $13bn for the first time, the previous peak being $12.8bn on June 14th. The short interest equates to 20.7% of outstanding shares, down from a YTD peak of 23% observed in June.  The short value is higher than any S&P 500 stock, only Under Armor has a higher percentage of outstanding shares short with 24%."

[42]   "Elon Musk Races to Exit Tesla's 'Production Hell'," *The Wall Street Journal*, June 27, 2018, 9:36 p.m.

[43]   "Elon Musk Apologizes for Calling Thai Cave Rescuer a Pedophile," *The Wall Street Journal*, July 18, 2018, 3:15 p.m.

CONFIDENTIAL

Elon Musk's swagger has helped win admirers and embolden Tesla Inc. TSLA +1.65% investors.  This time, the billionaire chief executive may have gone too far.

On Thursday, Tesla's shares fell 5.6%, erasing about $3 billion in market value a day after Mr. Musk sparred with Wall Street analysts in a show of defiance rare for traditionally staid conference calls to discuss a company's quarterly results.

Several analysts reconsidered their outlooks for the Silicon Valley auto maker struggling to take on the century-old automotive industry….

Mr. Musk's bravado has polarized investors, pitting short sellers who are sure Tesla is headed for demise, against the "longs" who believe his vision will win out.  The backers have so far prevailed, giving Mr. Musk room to make, and sometimes miss, overly ambitious goals and lifting Tesla's market value to rival those of General Motors Co. and Ford Motor Co., much larger auto makers….

Following the call, which was broadcast for investors online, analysts sent notes to clients that characterized Mr. Musk's exchange as "bizarre theatrics" and "odd," and said Mr. Musk might have struck some as being "dismissive" and "unhinged."  At least three analysts dropped their price targets….

Following the call, Mr. Spak lowered his price target to $280 from $305, telling clients the "performance shook confidence" on the part of investors "which we'd argue is an important piece of the Tesla story."[44]

21.     Just before the start of the Class Period, Tesla announced second quarter 2018 results that were mixed, reporting higher than expected quarterly losses but better than expected negative cash flow, and its stock price increased over 16% on August 2, 2018. Some news articles attributed much of the stock price increase to Mr. Musk restoring his reputation and credibility after he apologized to two analysts for comments made on the prior earnings call.  This demonstrates the impact that Defendant Musk could have on Tesla's stock price and how important his credibility and reputation was to market participants' valuation of Tesla.  For example:

---

[44]   "Tesla's Elon Musk Turns Conference Call Into Sparring Session," *The Wall Street Journal*, May 3, 2018, 12:47 p.m.

Tesla CEO Elon Musk extended an olive branch to Wall Street during a conference call with analysts, fueling a big rally in the company's shares Thursday.

The electric car maker also continues to target positive cash flow and quarterly profits in the second half of the year amid expanded production of the Model 3. Despite reporting a record quarterly loss Wednesday, Tesla burned through less cash than Wall Street feared in the second quarter.[45]

*****

Tesla CEO Elon Musk stunned analysts a few months ago by refusing to answer their "boring" questions on a Tesla earnings call, choosing instead to field questions from a YouTuber. Tesla's stock price took a hit.

But on Wednesday, Musk said he was said he was sorry for the testy exchange. He spent more than an hour on this quarter's earnings call taking questions from analysts and journalists.

**His amenable tone appeared to win investors over. Tesla's after-hours stock price climbed more than 10% around the time he offered his apology.**

It's a sign Tesla fans on Wall Street may have had their faith restored in Musk after a rocky few weeks.[46]

*****

As Fortune reported:

Although Tesla stock rose slightly upon the release of the financial results themselves, **it wasn't until Musk started talking that it really took off,** boosting Tesla's market value by more than $5 billion in after-hours trading.[47]

*****

---

[45] "Tesla stock rallies as Elon Musk apologizes, promises future profits," Fox Business, August 2, 2018.

[46] "Elon Musk apologizes for brushing off analysts on past earnings call," CNN Money, August 1, 2018, 9:19 p.m. (emphasis added).

[47] "Tesla's Elon Musk Just Gave a $5 Billion Apology," Inc., August 2, 2018 (emphasis added).

Chief Executive Elon Musk was more muted during the post-earnings call with analysts Wednesday, personally apologizing to the two he had lashed out back in May.

That behavior, plus a renewed promise of profitability in the second half of the year, helped send Tesla (TSLA, US) shares up 16% in Thursday trading, marking their highest close since June 28.  It was the stock's best single-day percentage gain since December 2013.  Since Tuesday, Tesla shares had their best three-day stretch since early April, rising 20.5% over the past three days.

"**The CEO worked to restore some faith and credibility with investors that he can be a plus to the investment narrative, not a minus,**" wrote KeyBanc Capital Markets analyst Brad Erickson, who has the equivalent of a neutral rating on the stock.  Musk delivered what Erickson called "maybe the most valuable apology of all time."[48]

### C. Defendant Musk's Tweets Were Considered to Be Appropriate Channels for the Dissemination of Corporate Information

22.   *The Wall Street Journal* also documented Defendant Musk's Twitter habits stating, "Among big-company tech CEO's, only Salesforce CEO Marc Benioff tweets more than Musk."[49]

23.   Prior to the beginning of the Class Period, the Board of Directors of Tesla had acknowledged and adopted Defendant Musk's tweeting and disclosed that his tweeting should be treated much like formal press releases and other normal and commonly used channels to disseminate corporate information.  These tweets would represent bona fide Tesla disclosures.  This was formalized in 2013:

### Tesla Disclosure Channels To Disseminate Information

Tesla investors and others should note that we announce material information to the public about our company, products and services and other issues through a variety of means, including Tesla's website, press releases, SEC filings, blogs and social media, in order to achieve broad, non-exclusionary

---

[48]   "Elon Musk's apology was worth more than $8 billion to Tesla shareholders—but questions linger," MarketWatch, August 6, 2018, 3:42 p.m. (emphasis added).

[49]   "4,925 Tweets_Elon Musk's Twitter Habit, Dissected," *The Wall Street Journal*, July 31, 2018, available at http://graphics.wsj.com/elon-musk-twitter-habit-analysis/.

distribution of information to the public.  We encourage our investors and others to review the information we make public in the locations below as such information could be deemed to be material information.  Please note that this list may be updated from time to time.

Interested in keeping up with Tesla?

For more information on Tesla and its products, please visit: teslamotors.com

For more information for Tesla investors, please visit: ir.teslamotors.com

For the latest information from Tesla, including press releases and the Tesla blog, please visit: teslamotors.com/press

**For additional information, please follow Elon Musk's and Tesla's Twitter accounts: twitter.com/elonmusk and twitter.com/TeslaMotors**[50]

24.    Tesla's disclosure about its use of social media was consistent with the SEC's announcement earlier in 2013 that social media outlets were acceptable channels to disseminate information to investors, stating:

The Securities and Exchange Commission today issued a report that makes clear that companies can use social media outlets like Facebook and Twitter to announce key information incompliance with Regulation Fair Disclosure (Regulation FD) so long as investors have been alerted about which social media will be used to disseminate such information.

The SEC's report of investigation confirms that Regulation FD applies to social media and other emerging means of communication used by public companies the same way it applies to company websites… Today's report clarifies that company communications made through social media channels could constitute selective disclosures and, therefore, require careful Regulation FD analysis.[51]

---

[50]    Tesla SEC Form 8-K filed November 5, 2013 (emphasis added).

[51]    "SEC Says Social Media Ok for Company Announcements if Investors Are Altered," https://www.sec.gov/news/press-release/2013-2013-51htm.

25.    It would also be expected by market participants that as a public company, Tesla would have had in place internal controls and corporate governance mechanisms to monitor and review, so as to modify edit and amend (as appropriate) all corporate disclosures of material information, which by virtue of its 2013 policy also included information published via tweets from Defendant Musk.[52]   Moreover, NASDAQ also had in place controls with rules specifying that its listed companies must notify the exchange ten minutes prior to publicly releasing material information, which Defendant Musk did not do before disseminating the Musk Tweets.[53]

26.    Overall, with the SEC and NASDAQ rules, along with the expected Tesla internal controls and corporate governance mechanisms, I conclude that investors would have considered the Musk Tweets to have been evaluated prior to dissemination.

### D.  Plaintiff's Alleged Misrepresentations and/or Omissions

27.    For the purposes of this Report, I assume that Plaintiff will prove that Defendants misled the market when making certain misstatements regarding the potential to take Tesla private.   Specifically, Plaintiff alleges that Defendant Musk made the following misstatements in the Musk Tweets, among others:[54]

> a)  On August 7, 2018 at 12:48 p.m., Musk tweeted: "Am considering taking Tesla private at $420.  Funding secured."[55]

---

[52]    TESLA_LITTLETON_00006293 (Exhibit 318).

[53]    "Except in unusual circumstances, a Nasdaq-listed Company shall make prompt disclosure to the public through any Regulation FD compliant method (or combination of methods) of disclosure of any material information that would reasonably be expected to affect the value of its securities or influence investors' decisions.  The Company shall, prior to the release of the information, provide notice of such disclosure to Nasdaq's MarketWatch Department at least ten minutes prior to public announcement if the information involves any of the events set forth in IM-5250-1 and the public release of the material information is made between 7:00 a.m. to 8:00 p.m.  If the public release of the material information is made outside the hours of 7:00 a.m. to 8:00 p.m, Nasdaq Companies must notify MarketWatch of the material information prior to 6:50 a.m. ET.  As described in IM-5250-1, prior notice to the MarketWatch Department must be made through the electronic disclosure submission system available at www.nasdaq.net, except in emergency situations."  https://listingcenter.nasdaq.com/rulebook/ nasdaq/  rules/nasdaq-5200-series.

[54]    *See* Complaint, ¶¶74, 77, 82, 84-85, 124 and Plaintiff's Responses, pp. 5-6.

[55]    Complaint, ¶2; Elon Musk on Twitter.com, August 7, 2018, 12:48 p.m., available at: https://twitter.com/elonmusk/status/1026872652290379776?lang=en.

b)  On August 7, 2018 at 1:15 p.m., Musk tweeted "420" when responding to another Twitter user who had asked at what price he would be taking Tesla private.

c)  On August 7, 2018 at 2:13 p.m., Musk tweeted "Shareholders could either to [sic] at 420 or hold shares & go private."

d)  On August 7, 2018 at 3:00 p.m., Musk tweeted "Yes, but liquidity events would be limited to every 6 months . . . ." when responding to another Twitter user who had asked whether the public could still invest in Tesla once it was private.

e)  An email titled "Taking Tesla Private" purportedly from Elon Musk to Tesla employees was published by Tesla on its publicly available blog on August 7, 2018 at 3:22 p.m.

f)  Musk forwarded the email titled "Taking Tesla Private" via Twitter at 3:36 p.m., commenting: "Investor support is confirmed.  Only reason why this is not certain is that it's contingent on a shareholder vote."[56]

28.  As stated in the MTD,

> … Plaintiff's claim is directed at the phrase that funding was "secured" for a going private transaction at $420 per share.  The statement could be read by a reasonable investor to mean complete funding for the transaction was unconditionally secured.  So read, the statement is not true.  Plaintiff alleges that Mr. Musk and Tesla had not, in fact, secured funding for the transaction to convert Tesla into a private company at the time of this tweet (or ever) …."[57]

29.  In summary, Plaintiff alleges that Musk's and Tesla's statements were false and misleading because:

a)  There was no agreement to fund a going private transaction involving Tesla;

b)  Musk had not discussed the potential price of $420 with the Saudi Arabian Public Investment Fund  ("PIF") or any other potential investor;

---

[56]  Complaint, ¶2; Elon Musk on Twitter.com, August 7, 2018, 3:36 p.m., available at: https://twitter.com/elonmusk/status/1026914941004001280?lang=en.

[57]  Order Denying Plaintiff's Motion to Convert or, Alternatively, to Strike; Granting Defendants' Request for Judicial Notice; and Denying Defendants' Motion to Dismiss dated April 15, 2020 (the  "MTD"), p. 22.

c)  Musk had not had any further substantive conversations with the PIF since his meeting on July 31, 2018;

d)  Musk had not discussed interest in participating in the transaction with any potential strategic investors;

e)  Musk had not provided Tesla's Board with a specific proposal to take the company private, only a tentative offer with "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

f)  Musk had not contacted existing Tesla shareholders to assess their interest in participating in the transaction;

g)  Musk had not formally retained any legal or financial advisors to assist with the transaction;

h)  Musk had not determined whether retail investors would be able to remain shareholders but had been advised that it would be unlikely and "unprecedented";

i)  Musk had not determined whether there were restrictions on illiquid holdings by Tesla's institutional investors;

j)  Musk had not determined what regulatory approvals would be necessary for the transaction; and

k)  Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.[58]

30.  The MTD also upheld the actionability of an alleged misrepresentation in an August 13, 2018 tweet by Musk that named financial advisors (Silver Lake and Goldman Sachs) for the going private transaction.[59]

31.  There was also an entry posted on Tesla's blog on August 13, 2018 published at 8:59 a.m., purportedly authored by Musk, titled "Update on Taking Tesla Private." (the

---

[58]  MTD, pp. 22-23, citing to Complaint, ¶150; Complaint, ¶¶121, 123, 125, 127, 129, 131, 135, 137 (detailing the above and additional reasons; Plaintiff's Responses, pp. 6-47.

[59]  MTD, p. 26 ("Accordingly, the Consolidated Complaint sufficiently pleads that the August 7, 2018 tweet was a false or misleading statement because funding was not secured.  Mr. Musk's tweet less than a week later (August 13, 2018) continued to send mixed, inaccurate signals to the public by claiming to have hired financial consultants when, in fact, he had not.  Both of these representations were false or misleading.").

It is my understanding that the statement regarding Silver Lake and Goldman Sachs was upheld as a misrepresentation in the MTD.

"August 13 Blog Post"; *see* paragraph 103 below for the full text).  This purported Update on Taking Tesla Private included vague discussions by Defendant Musk on: (1) What has happened so far? (2) Why did I make a public announcement? (3) Why did I say "funding secured"? and (4) What are the next steps?  However, the Court found that this blog post was not "independently actionable as a misleading statement because while it claimed on the one hand that the deal was viable and imminent, it eventually (and truthfully) revealed that the deal was subject to further scrutiny."[60]

32.    In addition, the Complaint states:

> … Musk was deliberately reckless in publishing his tweets and other statements regarding the potential going private transaction.  He published his statements knowing that there were no formal agreements to secure funding or to document a proposal to go private at $420 per share that was ready to be voted on by stockholders.  He did not discuss the content of his August 7, 2018 tweets with anyone else prior to publishing them to his over 22 million Twitter followers and anyone else with access to the Internet.  He also did not inform NASDAQ that he intended to make his initial public announcement, as NASDAQ rules required.[61]

> Musk's conduct represented an extreme departure from the standards of ordinary care, and presented a danger of misleading purchasers or sellers of Tesla securities that was either known to Musk or else was so obvious that Musk must have been aware of it.[62]

> On September 29, 2018, the SEC filed a Complaint against Tesla alleging that it violated SEC Rule 13a-15 issued pursuant to the Securities Exchange Act by failing to maintain adequate controls and procedures over its SEC filings.[63]

33.    In summary, Plaintiff alleges that the Defendants allegedly misled the market by making misstatements concerning taking Tesla private and related follow-on disclosures failed to include important information clarifying the structure of the potential deal, its

---

[60]   MTD, p. 26.

[61]   Complaint, ¶166.

[62]   Complaint, ¶167.

[63]   Complaint, ¶172.

funding, the response and purported support of shareholders and the role of the Board. Moreover, once the Musk Tweets were released, Consequential Harm surfaced as to Tesla's lack of adequate internal controls or corporate governance mechanisms in place to prevent such misstatements, and other causally-linked problems emerged, which upon revelation resulted in foreseeable consequences that caused investor losses. This is also consistent with the SEC's complaints against Tesla and Musk, wherein the SEC concluded that the Musk Tweets led to significant market disruption.[64]

### E. The Alleged Partial Corrective Disclosures and the Event Window

34.    As discussed later, and as described in the Class Certification Report,[65] my analysis is based on the commonly utilized and widely accepted event study methodology. The event study methodology examines the security price reaction to an "event" such as the information released with the Musk Tweets. The event study methodology employs statistical analysis and uses a scientific approach to examine these price movements to determine within a specified degree of certainty whether they are caused by the event being studied. When evaluating the price impact from an event like the Musk Tweets, an appropriate event window is selected to encompass the period over which the event affected the security's price. For example, in the Class Certification Report, I performed an event study relying on data with daily intervals when examining (a) the price movements on the initial day of the Musk Tweets (August 7, 2018), and (b) the price movements on the terminal day of the Class Period when the alleged corrective disclosure revealed to the market the truth about the Musk Tweets (August 17, 2018).[66] Moreover, as I demonstrate in this Damages Report using the results from the event study presented in the Hartzmark Class Certification Report, the price movements following August 7, 2018 were cumulatively larger than what would be expected to be observed by chance.

---

[64]   Complaint, ¶173; Complaint in U.*S. Securities and Exchange Commission vs. Elon Musk* filed September 27, 2018, ¶¶75-77; *Complaint in U.S. Securities and Exchange Commission vs. Tesla, Inc.* filed September 29, 2018, ¶¶32-33.

[65]   Class Certification Report, Appendix E.

[66]   Class Certification Report, ¶¶70-72, 77.

35.   Not only did I evaluate each date and the period as a whole, but in this Damages Report, I have expanded my event study methodology and applied it to numerous events throughout the Class Period with appropriate event windows for each.  For example, I perform an event study to the reaction of the Musk Tweets with an appropriate event window spanning the minute-by-minute intervals from when the first Tweet was sent through the close of trading on August 7, 2018.

36.   I also employ an appropriate event window when examining the alleged price decline that caused losses to investors.  Plaintiff alleges that the price decline in Tesla's common stock commencing on August 8, 2018 caused losses to investors.[67]  Specifically, in the Plaintiff's Responses, Plaintiff describes his contentions regarding damages as follows:

> Damages resulted from artificial inflation introduced and then maintained in the price for Tesla securities by the [Musk Tweets].  The artificial inflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the [Musk Tweets] despite widespread and public requests for additional information. Members of the class suffered harm when they purchased Tesla securities at an inflated price and then (1) held their Tesla securities to the end of the Class Period, (2) sold their Tesla securities at a lower price reflecting reduced inflation; or (3) used the Tesla stock purchased at an artificially inflated price to close an existing short position.

> The [Musk Tweets] also artificially reduced the price of certain Tesla securities and members of the Class suffered harm when they sold those securities at artificially deflated prices.  The artificial deflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or

---

[67]   MTD, p. 34, citing to Complaint, ¶¶94, 99, 108, 110, 114.

the other Defendants to provide additional information regarding the potential going-private transaction except for the [Musk Tweets] despite widespread and public requests for additional information.

Members of the class also suffered losses when the price of their Tesla securities declined as a result of reputational harm, loss of management credibility, and an increase in regulatory and legal risk caused by the [Musk Tweets].[68]

37.   Given the immense flow of information throughout the Class Period related to the alleged misstatements in the Musk Tweets, the continued failure by Defendants to clarify the situation, and the revelations related to the Consequential Harm, as explained below, I consider the entire Class Period as an appropriate event window in which to measure investor harm, with separate event windows for the initial positive reaction to the Musk Tweets and a separate event window for the decline in Tesla's stock price after the initial reaction to the Musk Tweets through the end of the Class Period.

38.   As I show below there is substantial evidence that the price movements on August 8, 2018 through August 17, 2018 are inextricably linked to the Musk Tweets.  Thus, given the nature and characteristics of the material, unanticipated information in the Musk Tweets and the lack of detailed information that followed, it was the case that the price impact from the Musk Tweets dominated the price movements throughout the Class Period.

39.   Clearly, a critical part of the financial and news commentary and the reaction of the market prices during the Class Period relates to the ***absence*** of disclosures of meaningful, reliable and clear information describing the proposed going private transaction.  Following the Musk Tweets on August 7, 2018, there was intense scrutiny from investors, financial analysts, and the media, as well as ultimately the SEC, into the potential going private transaction.  A constant theme of the commentary was the lack of information about the structure of the potential deal, its funding, the response and purported support of shareholders and the role of the Board.  Despite this continuous barrage of questions from market participants, Defendants Musk and Tesla provided no meaningful, reliable and clear information following a brief and relatively non-substantive Board statement issued pre-open on August 8, 2018 to Defendant Musk's blog post on August

---

[68]   Plaintiff's Responses, pp. 85-86.

13, 2018 – four trading days.  Subsequent to the August 13, 2018 Blog Post, disclosures from Defendants Musk and Tesla were sparse and limited to process rather than clarity regarding funding or structure.  This failure to offer meaningful, reliable and clear information persisted over days when the potential going private transaction was one of the most high-profile news stories in the U.S.  The failure to offer meaningful, reliable and clear information steadily contributed to and increased skepticism about the true (and concealed) status of the proposed transaction and the veracity of the Musk Tweets.

40.   I offer further details on the event windows and results in my analysis Sections V and VI of this Report

### F. <u>Other Indicators of the Importance of the Alleged Misstatements to Investors</u>

41.   There is a long history of academic research that stresses the importance of strong internal controls and corporate governance mechanisms in assessing the value of a corporation.  In addition, there is academic research that evaluates the impact on a corporation's value related to takeover bids, going private transactions (their success and failure), and the credibility of management statements (their success and failure).  This academic research demonstrates the importance of the alleged misstatements to investors in their valuation of Tesla.

42.   Specifically, there has been extensive peer-reviewed academic literature on the valuation effects on a corporation's stock price that quantifies the reputational harm caused by disclosures of investigations of financial misconduct, including securities-related lawsuits, and regulatory enforcement actions for financial misrepresentation.[69]

43.   Amiram *et al*. (2018) also explain the importance of reputation in economic theory:

> Economists have long realized the importance of trust as a foundation for contracting, exchange, and production.   …

---

[69]   For example, Amiram *et al.* cite to 28 papers published since 1984 measuring the share price impact related to the revelation of financial misconduct.  Dan Amiram, Zahn Bozanic, James D. Cox, Quentin Dupont, Jonathan M. Karpoff and Richard Sloan, *Financial reporting fraud and other forms of misconduct: a multidisciplinary review of the literature*, 23 Rev. Acctg. Stds., 732, 758, footnote 21 (2018) ("Amiram *et al.* (2018)").

> Reputational capital is the present value of the improvement in net cash flow and lower cost of capital that arises when the firm's counterparties trust that the firm will uphold its explicit and implicit contracts and will not act opportunistically to their counterparties' detriment.[70]

44.    Karpoff *et al.* (2008) succinctly describe the theory on the effect of reputation loss such as those at issue in this case:

> … the revelation of misconduct can have real effects on the firm's cost and operations.  We refer to the present value of such effects as the firm's reputation loss.  Reputation can be lost if customers change the terms on which they are willing to do business with the firm because of an increased probability of cheating or the perception that the firm cannot support warranties or supply compatible parts in the future.  Diminished reputation also can reflect an increase in the firm's cost of capital or trade credit, as input suppliers change the terms with which they do business with the firm.  In addition, the firm can suffer real losses as managers are required to divert resources to the investigation and away from company business.  The revelation of financial reporting problems could also force the firm to implement new monitoring and control policies, increasing the cost of operations.  We group all such real effects on firm value into the reputation loss.[71]

45.    Jiraporn *et al.* (2004) document that, consistent with prior studies, the stock market reacts negatively to the withdrawal announcement in a management buyout ("MBO"), *i.e.,* a failed attempt to go-private:

> The stock market responds negatively when an MBO that was announced earlier is cancelled.   The two-day cumulative abnormal return over the day before and the day of the announcement is -2.41 percent and statistically significant at the 1 percent level, suggesting that shareholders, on average, lose 2.41 percent of their wealth over the two-day period.   The evidence shows that cancelling an MBO is viewed as detrimental to shareholders.  This evidence is consistent with DeAngelo, DeAngelo and Rice (1984).  Using a sample of 18

---

[70]    Amiram *et al.* (2018) at 757-758.

[71]    Jonathan M. Karpoff, D. Scott Lee and Gerald S. Martin, *The Cost to Firms of Cooking the Books*, 43 Jnl. Finl. & Quant. Analysis, 581, 598-599 (2008) (citation omitted) ("Karpoff *et al.* (2008)").

withdrawn MBO's from 1973 to 1980, DeAngelo, DeAngelo and Rice (1984) document adverse stock market reactions to the withdrawal announcement.  Lee (1992) and Marais, Shipper, and Smith (1989) also report similar negative reactions for their samples of MBO withdrawals.  Our study uses a more recent sample and produces similar results.[72]

46.    In summary, academic research supports the conclusion that if Plaintiff is successful in proving that the Defendants allegedly misled the market by making misstatements concerning taking Tesla private, its subsequent revelation would communicate important information concerning the lack of adequate internal controls or corporate governance mechanisms in place to prevent such misstatements, and there would be a material impact on the value of the corporation and foreseeable investor losses.  In other words, there would be Consequential Harm upon the failure of the actions proposed in the Musk Tweets stemming from a loss of management credibility and ongoing distrust in Tesla's public statements.  In addition, there are well known negative consequences from making false public statements as a publicly traded company, primarily the increased regulatory scrutiny from the SEC, as well as the potential for litigation from both the SEC and private investors.  The price impact from this Consequential Harm could be anticipated to be particularly strong in the case of Tesla, which is so dependent on Defendant Musk for publicity and is so closely associated with him.

## V.    ECONOMIC MATERIALITY OF THE INFORMATION REVEALED DURING THE CLASS PERIOD

### A.  Introduction

47.    Materiality or whether the revelation of the misrepresented or omitted information would likely have altered the total mix of information available to investors is a fact question to be answered at trial.  However, from an economic perspective, it is reasonable to conclude that the information disseminated throughout the event window, with its series of alleged partial corrective disclosures, and the absence of information

---

[72]    Pornsit Jiraporn, Wallace N. Davidson III and Hong Qian, *MBO Withdrawals and Determinants of Stockholders' Wealth*, 42 Qtrly. Jnl. Bus. & Econ., –13, 23 (2004) ("Jiraporn *et al.* (2004)").

clarifying the Musk Tweets would be considered important to investors because the disclosures (or lack thereof) directly related to the alleged misstatements made by Defendants, and thus would be expected to impact the performance of Tesla's common stock, options and Notes. In any case, I evaluate whether there is evidence supporting this conclusion that "there [was] a substantial likelihood that the disclosure of the omitted fact[s] would have been viewed by the reasonable investor as having substantially altered the 'total mix' of information made available."[73]

48.    My investigation about whether (a) the alleged misrepresentations and/or omissions in the Musk Tweets and related disclosures, and (b) the Consequential Harm were material, is broken into three parts.

49.    In the first part, I describe the information (or lack thereof) released throughout the Class Period related to the Musk Tweets (including the Consequential Harm) along with certain empirical results from my event study analyses. Next, I use these analyses, along with an evaluation of other factors, to determine whether the alleged misstatements and information disclosed related to the Consequential Harm were economically material. Finally, in the third part in Section VI, I investigate loss causation to isolate and quantify the impact of the alleged misstatements and information disclosed related to the Consequential Harm on the price decline during the Class Period event window, including adjusting for market and industry influences and accounting for any potentially confounding information, to estimate the level of artificial inflation in Tesla common stock. I then separate and calculate the levels of artificial inflation in Tesla common stock caused by the misstatements in the Musk Tweets and related disclosures and those caused by information disclosed related to the Consequential Harm. Finally, I make any adjustments necessary to reliably account for day-by-day or minute-by-minute changes in the magnitude of artificial inflation in Tesla common stock over the Class Period.

---

[73]    *Basic Inc. v. Levinson*, 485 U.S. 224, 231-232 (1988).

50.    In later sections of this Damages Report, I then apply the results of my analyses of artificial inflation in Tesla common stock to calculate the levels of artificial inflation (deflation) in Tesla Notes, as well as call and put options on Tesla common stock.

**B.  Overview of Information Revealed During the Class Period**

51.    The Class Period in this action begins at 12:48 p.m. ET on August 7, 2018, when Defendant Musk tweeted:

> **Am considering taking Tesla private at $420.   Funding secured.**[74]

52.    The Class Period ends on August 17, 2018, after the publication of a *New York Times* article ("*NYT* Article") that Plaintiff alleges:

> …reported that the Public Investment Fund had not committed to provide any cash, so funding was not "secured."  *The New York Times* article further disclosed that no one had seen or reviewed Musk's August 7, 2018 tweet before he posted it indicating that no going private transaction was imminent.[75]

53.    During the Class Period, there was a large flow of news and information released related to the question of Defendant Musk taking Tesla private, with some of the major topics being:

a)  whether or not funding was secured for the transaction;

b)  company news and actions about going private;

c)  whether or not there was shareholder support;

d)  articles about funding by the PIF and other potential sources of funding; and

e)  articles about advisors providing services to Musk and Tesla and the process followed both before and after the Musk Tweets.

54.    In addition, during the Class Period, there was a large amount of news and information released related to the Consequential Harm that surfaced after the Musk

---

[74]    Complaint, ¶74 (emphasis added); Elon Musk on Twitter.com, August 7, 2018, 12:48 p.m., available at: https://twitter.com/elonmusk/status/1026872652290379776?lang=en.

[75]    Complaint, ¶6.

Tweets, which are inextricably bound and causally linked to the Musk Tweets, with some of the major topics being:

    a)  lawsuits filed against Tesla and Musk due to the Musk tweets;

    b)  information about the SEC probing and investigating the accuracy of the Musk tweets;

    c)  apparent failure to comply with NASDAQ rules;

    d)  lapses in internal controls that purportedly existed in Tesla, such as the failure to review the Musk Tweets before they were published;

    e)  lapses in corporate governance at the Company; and

    f)  loss in credibility and reputation of Tesla management and the Board of Directors.

55.  **Appendix 3** is a summary of some of the main news related to the Musk Tweets and follow-on disclosures and the Consequential Harm.

56.  As discussed in the Class Certification Report, there was a voluminous amount of media coverage during the Class Period, with approximately 2,400 articles obtained from a search of Factiva and over 500 Bloomberg News or Bloomberg First Word articles based on a search of Bloomberg.[76]  Based on my review of these headlines, the predominant news coverage over the Class Period related to the going private transaction, with approximately 70% of the article titles related in some way to the going private transaction or its funding.[77]  In addition, based on available analyst reports, the analyst reports' coverage also thoroughly (and almost exclusively) discussed the going private transaction.

---

[76]  Class Certification Report, ¶32 and Appendix D.

[77]  Based on a review of news article headlines in **Appendix 14**, after excluding duplicate headlines (matching on date of article and headline), and including headlines that contain terms such as "private," "fund," "Musk," "tweet," "lawsuit," "SEC investigation," and *The New York Times* interview of Musk published on August 16, 2018, amongst other headlines considered related to the going private transaction and possible funding.  **Appendix 14** is Appendix D to the Class Certification Report that has been supplemented with articles in Bloomberg (based on a search of Bloomberg News or Bloomberg First Word articles for "Tesla Inc" with medium relevance), *The Financial Times* and Seeking Alpha, as well as with Musk tweets and blog posts that were provided by Counsel.

57.     The news and analyst coverage following the Musk Tweets was also notable for a lack of information sourced from Defendants Musk or Tesla.  After the Musk Tweets on August 7, 2018, the independent directors of the Tesla Board issued a rather brief press release pre-open on August 8, 2018 which merely stated:

> Last week, Elon opened a discussion with the board about taking the company private.  This included discussion as to how being private could better serve Tesla's long-term interests, and also addressed the funding for this to occur.  The board has met several times over the last week and is taking the appropriate next steps to evaluate this.[78]

58.     The press release gave no substance regarding the proposed transaction such as funding or structure.  Following this press release, Defendants Musk and Tesla were silent with no direct communications or formal disclosures regarding the proposed going private transaction until August 13, 2018.  Thus, for, nearly a week that covered four trading days where Tesla stock and options were being actively traded, there were numerous unanswered questions that abounded about the proposed going private transaction.

59.     Tesla finally published the blog post on August 13, 2018 providing an update on going private, and the following day the Tesla Board announced the formation of a Special Committee.  Other than these disclosures, no further details regarding Defendant Musk's proposal, the source or amount of funding, or a proposed structure for a going private transaction were disclosed.  Indeed, no further information was provided by Defendants Musk or Tesla regarding the proposed going private transaction until *after* the Class Period.

60.     The ***absence*** of information from Defendants Musk and Tesla contributed to investors uncertainty, with financial media and analysts focusing on gossip, speculation, and rumor by, and an increased skepticism about the veracity of the Musk Tweets and the true substance of the proposed deal — especially as seemingly straightforward information such as the source of the "secured funding" that was not confirmed by Defendants Musk

---

[78]   "Statement from the following members of Tesla's Board of Directors: Brad Buss, Robyn Denholm, Ira Ehrenpreis, Antonio Gracias, Linda Johnson Rice, and James Murdoch," GlobeNewswires, August 8, 2018, 9:00 a.m.

or Tesla.  This can clearly be seen in analyst commentary (as summarized below) and was reflected in Tesla's securities prices.

61.    Given the critical importance of the Musk Tweets and follow-on information (or lack thereof) that led to widespread speculation regarding the potential going private transaction, including its possible funding, corporate governance and regulatory issues raised due to the Musk Tweets, it is my opinion that it is reasonable and appropriate to consider the entire 10-calendar-day Class Period from August 7, 2018 (at 12:48 p.m.) to August 17, 2018 (at the market close of 4:00 p.m.) as the proper "event window" to evaluate for the purposes of examining loss causation.[79]  As discussed later, I sub-divide this event window into two separate periods of analysis: (i) the initial positive reaction the Musk Tweets on August 7, 2018 starting at 12:48 p.m.; and (ii) the decline in Tesla's stock price from the close on August 7, 2018 through the end of the Class Period on August 17, 2018.

62.    In the Class Certification Report, I described the event study methodology.[80] In the event study methodology, the event window is the period of interest over which the impact (or lack thereof) of an event is measured.  Academics will expand an event window to include the time over which the event of interest may affect the subject company's security prices.   Thus, given the ongoing continuous flow of news, analyst reports, frequency of corporate and other disclosures and trading volume (which is a proxy for the

---

[79]    Throughout this Damages Report I will refer to "4:00 p.m.," "the market close," and "the closing of trade," "the end of the trading day" interchangeably as the end of the trading day for common stocks on U.S. stock exchanges.

[80]    Class Certification Report, ¶¶61-63 and Appendix E.

flow of information)[81] throughout the Class Period,[82] it is my opinion that it is appropriate to look at the entire Class Period as one event window.

63.   When using a longer event window, it allows the researcher to capture the full effect of the event, but it also adds to the possibility that information unrelated to the event may be impacting the subject security's prices.  Therefore, when analyzing loss causation and calculating artificial inflation in this matter, I account for any such unrelated information that may have affected Tesla's security prices.  This includes adjusting for market-wide and industry influences as well as accounting for Tesla-specific confounding information.

## 1.   Empirical Event Study Results for the Class Period Event Window

64.   The first period of the Class Period I analyze is the initial positive reaction to the Musk Tweets on August 7, 2018.  As of 12:47 p.m. on August 7, 2018, just prior to the start of the Class Period (at 12:48 p.m.), Tesla's stock price was $356.85 per share.[83]  At 12:48 p.m. on August 7, 2018 the Musk Tweets began to be disseminated, which caused the price of Tesla common stock to rapidly increase such that it closed the trading day at

---

[81]   For example, *see* Class Certification Report, ¶¶82-85 (citing to Jonathan M. Karpoff, *The Relation between Price Changes and Trading Volume: A Survey*, 22 J. of Fin. and Quantitative Analysis, 109 (1987); William H. Beaver, *The Informational Content of Annual Earnings Announcements*, 6 J. of Accounting Research, 67 (1968); Daniella Acker, *Implied Standard Deviations and Post-Earnings Announcement Volatility*, 29 J. of Bus., Fin. and Accounting, 429 (2002).

[82]   The average daily trading volume of Tesla's common stock over this period was 15.1 million shares, while average daily trading volume over the prior 120 days was 8.3 million shares (*see* Class Certification Report, Appendix C).  The average daily trading volume of Tesla's call and put stock options over this period was approximately 197,000 and 178,000, respectively (based on total Class Period option volume divided by nine trading days, *See* Hartzmark Class Certification Report, Exhibit XI), while average daily trading volume over the prior 120 days was approximately 104,000 and 93,000, respectively (based on Bloomberg data fields "Volume_Total_Call" and "Volume_Total_Put").  The average daily trading volume (in face value) of Tesla's for Notes over this period was $29.4 million, $37.7 million, $28.3 million, and $48.5 million for the 2019 Note, 2021 Note, 2022 Note, and 2025 Note, respectively, while average daily trading volume over the prior 120 days was $11.2 million, $14.7 million, $13.7 million, and $20.5 million for the 2019 Note, 2021 Note, 2022 Note, and 2025 Note, respectively.

[83]   Based on Bloomberg intraday data, GIT function, 1-minute intervals (closing price for 1-minute interval 12:47-12:48).

$379.57 per share.[84]  As detailed in the Class Certification Report, this $22.72 per share increase of 6.37%, which after adjusting for market and industry effects is an abnormal price increase of $23.27 or 6.52% is statistically significant at the 1% level.[85]

65.    Other than for a few minutes in early trading on August 8, 2018, for the remainder of the Class Period after August 7, 2018, Tesla's stock traded at prices lower than $379.57,[86] closing on August 17, 2018 at $305.50 per share.[87]    Based on the information (or lack of information) released from the close of August 7, 2018 through the close of August 17, 2018, I analyze the price reaction over this entire period.  The 8-day return from the close on August 7, 2018 through the close of August 17, 2018 is *negative* 19.5%, with a cumulative abnormal return that adjusts for market and industry influences of *negative* 17.6%, which is statistically significant at the 5% level.[88]  It is my opinion that

---

[84]    Based on Bloomberg intraday data, GIT function, 1-minute intervals (closing price for 1-minute interval 15:59-16:00), I refer to this as Bloomberg GIT data.

[85]    Class Certification Report, ¶75; the abnormal return is based on compounded one-minute level abnormal returns over the 192-minute period (including a trading halt).  The calculation of intraday abnormal returns throughout this Damages Report follows the same procedure described in the Class Certification Report.  For this analysis, I obtain one-minute interval returns on August 6, 2018 for Tesla, the XCMP Index and the DJUSAP index from Bloomberg GIT data (based on closing prices at each minute interval).  I remove Tesla's return from the DJUSAP index per my methodology in Appendix E to my Class Certification Report.  I run a market model of the one-minute returns on August 6, 2018 to obtain beta estimates for the market and industry.  These beta estimates are applied for each 1-minute interval to obtain abnormal returns for each minute (I also calculate a minute level return from the open price obtained from Bloomberg to the first minute interval closing price).  Over a specified interval, I compound the one-minute level abnormal returns to obtain a cumulative abnormal return for a given period.  I calculate t-statistics for the cumulative abnormal return by dividing it by the product of the standard error of the August 6, 2018 minute-level regression and the square root of the number of minutes in the specified interval.  I calculate the two-tailed p-value of the t-statistic based on 386 degrees of freedom.

[86]    According to Bloomberg, the high price for Tesla's stock on August 8, 2018 was $382.64.  Based on Bloomberg one-minute level GIT data, Tesla's stock price was $382.55 at the close of the 10:10-10:11 a.m. interval on August 8, 2018 and had a high trading price of $382.64 in both the 10:10-10:11 and 10:11-10:12 a.m. intervals.

[87]    Based on daily close prices.

[88]    The cumulative abnormal return is calculated by compounding the daily abnormal return.  The confidence level is calculated based on a t-statistic that is calculated by dividing the cumulative abnormal return by the product of: (i) the daily standard error of the market model regression; and (ii) the square root of 8 (the number of trading days).

CONFIDENTIAL

it is reasonable and appropriate to consider the entire Class Period as the relevant event window based upon:

    a) the economically material, including statistically significant (below the 5% level), stock price increase after the Musk Tweets starting at 12:48 p.m. through the close on August 7, 2018;

    b) the economically material, including statistically significant (below the 5% level), stock price decline from Tesla's August 7, 2018 close through its August 17, 2018 close;

    c) the high level of trading volume after the Musk Tweets starting at 12:48 p.m. through the close on August 7, 2018;

    d) the high level of trading volume over the remainder of the Class Period;

    e) scrutiny of regulatory agents/agencies related to the Musk Tweets over the Class Period;

    f) focus of the Tesla Board of Directors and other Tesla personnel on the Musk Tweets;

    g) substantial analyst coverage related to the Musk Tweets over the Class Period; and

    h) substantial news coverage related to the Musk Tweets over the Class Period.

66.     For the purposes of examining loss causation and calculating damages, I divide the Class Period into two time intervals.  The initial "Tweets Interval" covers the period commencing on August 7, 2018 immediately after the Musk Tweets started at 12:48 p.m. to the market close at 4:00 p.m. on August 7, 2018.[89]  The second "Corrective Interval" covers the period from the market close on August 7, 2018 through the market close at 4:00 p.m. on August 17, 2018.[90]  **Table 4** shows daily statistics based on my event study over the Corrective Interval, with extremely active trading throughout the Class Period.

---

[89]   I note that the convertible Notes also increased in value during the initial Tweets Interval.  The options call prices generally increased in the initial Tweets Interval, except for longer term call options that decreased (which will be discussed below), while the put prices declined.  *See* Expert Report of Steven L. Heston, Ph.D., November 8, 2021 (the "Heston Report"), ¶¶13-14.

[90]   I note that the convertible Notes also decreased in value during the Corrective Interval.  The options call prices generally decreased during the Corrective Interval, while the put prices generally increased.

**Table 4**[91]

| Date | Volume | Price | Return | Abnormal Return | Cumulative Return | Cumulative Abnormal Return |
|---|---|---|---|---|---|---|
| 8/7/2018 | 30,875,768 | $379.57 | | | | |
| 8/8/2018 | 24,571,163 | $370.34 | -2.43% | -2.36% | -2.43% | -2.36% |
| 8/9/2018 | 17,183,811 | $352.45 | -4.83% | -4.67% | -7.14% | -6.92% |
| 8/10/2018 | 11,552,044 | $355.49 | 0.86% | 2.11% | -6.34% | -4.96% |
| 8/13/2018 | 10,463,881 | $356.41 | 0.26% | 0.95% | -6.10% | -4.06% |
| 8/14/2018 | 6,986,427 | $347.64 | -2.46% | -3.32% | -8.41% | -7.24% |
| 8/15/2018 | 9,101,258 | $338.69 | -2.57% | -0.71% | -10.77% | -7.89% |
| 8/16/2018 | 6,064,033 | $335.45 | -0.96% | -1.54% | -11.62% | -9.31% |
| 8/17/2018 | 18,958,612 | $305.50 | -8.93% | -9.10% | -19.51% | -17.56% |

67.     I next discuss in more detail the information released throughout each day of the Class Period.

### 2.     August 7, 2018 and the Tweets Interval

#### a)     The Rapid Reaction to the Information in the Musk Tweets

68.     On Tuesday, August 7, 2018, Tesla's CEO, Elon Musk, tweeted at 12:48 p.m.:

**Am considering taking Tesla private at $420.   Funding secured.**[92]

69.     This tweet caused an immediate price reaction in Tesla's stock, with Tesla's stock price increasing to $365.03 per share (just prior to 12:49 p.m.) from $356.85 per share (just prior to 12:48 p.m.) on volume of over 800,000 shares in this first minute of trading after the Musk Tweets.[93]   Tesla's stock continued to be heavily traded on August

---

[91]     Source: Class Certification Report, Appendix F.

[92]     Elon Musk on Twitter.com, August 7, 2018, 12:48 p.m., available at: https://twitter.com/elonmusk/status/1026872652290379776?lang=en.

[93]     Based on Bloomberg GIT data (closing prices for 1-minute intervals 12:47-12:48 and 12:48-12:49, and volume for 1-minute interval 12:48-12:49).

7, 2018 with volume of over 10 million shares until a trading halt at 2:08 p.m.,[94],[95] when the price was $367.25.[96]

70.    Defendant Musk made further tweets during the August 7, 2018 trading day, as well as sending an email  to employees at 3:16 p.m.[97]  This email was then subsequently posted on a public Tesla blog that was linked by Musk in a tweet at 3:28 p.m.[98]  In the email, Defendant Musk explained his reasons for wanting to take Tesla private, including asserting that Tesla was "the most shorted stock in the history of the stock market" and stating that "being public means there are large numbers of people who have incentive to attack the company."[99]  Then at 3:36 p.m. Defendant Musk tweeted:

> **Investor support is confirmed.  Only reason why this is not certain is that it's contingent on a shareholder vote.**[100]

---

[94]    "Tesla Inc. (TSLA) Halted due to pending news," Dow Jones Institutional News, August 7, 2018, 2:08 p.m.  A later news article reported "Update, 11:14 p.m. PT: NASDAQ has halted Tesla's trading at 2:08 p.m. Eastern for 'pending news' following Musk's tweet."  See "Elon Musk 'considering' taking Tesla private, trading resumed," CNET News.com, August 7, 2018.

[95]    I note that Nasdaq can halt trading "when a company has pending news that may affect the security's price (a "news pending" halt or delay)."  See "Trading Halts and Delays," available at https://www.sec.gov/fast-answers/answerstradinghalthtm.html.  Nasdaq rules also state: "In circumstances in which Nasdaq deems it necessary to protect investors and the public interest, Nasdaq, pursuant to the procedures set forth in paragraph (c): (1)    may halt trading on Nasdaq of a Nasdaq-listed security to permit the dissemination of material news."  See Nasdaq rule    4120.    Limit    Up-Limit    Down    Plan    and    Trading    Halts    available    at https://listingcenter.nasdaq.com/rulebook/nasdaq/rules/nasdaq-equity-4.

[96]    Based on Bloomberg GIT data (sum of volume of 1-minute intervals starting 12:49 through 14:08; closing price for 1-minute interval of 14:08-14:09).

[97]    Complaint, ¶84; SPACEX_LITTLETON_00000127.

[98]    Elon    Musk    on    Twitter.com,    August    7,    2018,    3:28    p.m.,    available    at: https://twitter.com/Tesla/status/1026912973120462848 and  blog  post  on  Tesla  website available at: https://www.tesla.com/blog/taking-tesla-private.

[99]    Elon    Musk    on    Twitter.com,    August    7,    2018,    3:28    p.m.,    available    at: https://twitter.com/Tesla/status/1026912973120462848 and  blog  post  on  Tesla  website available at: https://www.tesla.com/blog/taking-tesla-private.

[100]    Elon    Musk    on    Twitter.com,    August    7,    2018,    3:36    p.m.,    available    at: https://twitter.com/elonmusk/status/1026914941004001280?lang=en.

CONFIDENTIAL

71.    Tesla stock resumed trading at approximately 3:45 p.m.,[101] quickly increasing to over $386 per share before closing at $379.57 per share with additional volume of over 6 million shares.[102]

72.    During and after market trading hours on August 7, 2018, news articles reported that the Musk Tweets caused an increase in Tesla's share price on August 7, 2018, for example:

> "Am considering taking Tesla private at $420.   Funding secured," Tesla CEO Elon Musk says in tweet.  **Tesla climbs to session high, up 8.2%, on Musk's tweet**.[103]

> *****

> **Tesla Inc. (TSLA) jumped as much as 8% midday Tuesday after Chief Executive Elon Musk tweeted he was "considering" taking the Silicon Valley car maker private at $420 a share**.   "Funding secured," the tweet continued, garnering calls to "dewit" and love yous from Musk supporters on Twitter.   The price would represent a 16% upside from Tuesday's prices.[104]

> *****

> **Tesla shares jumped after midday on Tuesday following a tweet by Chief Executive Elon Musk that he was considering taking the electric automaker private**.   Shares were up 5.9 percent to $361.87 around 1700 GMT after spiking to $371.15 shortly after Musk's tweet.[105]

> *****

---

[101]  "Tesla Inc. (TSLA) Resumed Trading," Dow Jones Institutional News, August 7, 2018, 3:45 p.m.

[102]  Based on Bloomberg GIT data (minute-level intervals starting 15:44 through 15:59).

[103]  "Tesla Jumps After Musk Tweets He Could Take Co. Private at $420," Bloomberg News, August 7, 2018, 1:00 p.m. (emphasis added).

[104]  "Tesla's Musk Tweets He's 'Considering' Taking Company Private – MarketWatch," Dow Jones Institutional News, August 7, 2018, 1:07 p.m. (emphasis added).

[105]  "Tesla shares jump on Musk tweet on taking company private," Agence France Presse, August 7, 2018, 1:09 p.m. (emphasis added).

What's in a tweet?  About $500 million of potential losses to short sellers, when it comes to Tesla's Chief Executive Officer Elon Musk.  **A tweet that he's considering taking the company private "at $420" sent an already elevated stock higher**.  From around $355 it jumped above $371 just after the post, before the gains were pared.[106]

\*\*\*\*\*

The Nasdaq rose for a sixth day in a row, its longest winning streak since March, led by Tesla Inc., which **spiked following a tweet from Chief Executive Elon Musk that he was considering a move to take the company private, which was followed by confirmation from the company.**[107]

\*\*\*\*\*

Key takeaways from the TOPLive blog on Tesla Inc. after CEO Elon Musk tweeted he's considering taking the automaker private.

**Elon Musk tweeted that he wants to take Tesla private at $420 a share and said he had "funding secured."**

**Shares initially rose as much as 8% until trading was halted for an hour and a half.**

Musk in a series of tweets said he doesn't have a controlling vote and wouldn't expect any shareholder to have one if the company goes private.  He said people could still invest in Tesla once it's private.

Musk later put out a letter that, in essence, said that the company would be better off focusing on its goals without the scrutiny of investors and the "attacks" from short sellers.

Still, Musk said, a final decision hasn't been made.

Investors and analysts, even Musk himself, all seemed a little uncertain whether this will happen.  The same with the market: Tesla shares closed up 11% to $379.57.  That was a great run,

---

[106] "Afternoon of Terror for Tesla Shorts Fomented by Musk's Tweet," Bloomberg News, August 7, 2018, 1:54 p.m. (emphasis added).

[107] "MW UPDATE: Stocks close higher as earnings news trumps trade-war fear; Tesla soars 11% on Musk's going-private tweet," MarketWatch, August 7, 2018, 4:39 p.m. (emphasis added).

but still about $40 shy of what Musk would want to offer shareholders to get a deal done.  Shares were coming down by about $5 in after-market trades.[108]

\*\*\*\*\*

**Going private, Musk said, would end "negative propaganda from shorts," referring to his hated short-sellers**.  Around 3:30 ET, Tesla released a statement via its blog, titled "Taking Tesla Private."  It contained a letter from Musk sent to Tesla employees. … **Musk then tweeted the blog post with his own commentary.  "Investor support is confirmed**.  Only reason why this is not certain is that it's contingent on a shareholder vote," he said.[109]

\*\*\*\*\*

Shares of Tesla were halted in afternoon trading on Tuesday after CEO Elon Musk tweeted that he's considering taking the electric car company private at $420 a share - a significant jump from the stock's current price of roughly $379.

**Musk said the take-private transaction has received investor support** and now rests on a shareholder vote in order for it to become official.[110]

73.    Analysts also commented on the Musk Tweets, for example:

**Shares up 6% on tweet from CEO**

• Tesla's Chairman and CEO, Elon Musk, tweeted that he is "considering taking Tesla private at $420," and that he has "Funding secured."

• This tweet epitomizes the reason we have a HOLD rating on Tesla shares and not a Buy.  If true, and his account was not

---

[108]  "Crazy Ride for Tesla Watchers as Musk Tweets: TOPLive Takeaways," Bloomberg First Word, August 7, 2018, 4:25 p.m. (emphasis added).

[109]  "Elon Musk tweets a lot.  This time was different," CNN Wire, August 7, 2018, 6:09 p.m. (emphasis added).

[110]  "Is Tesla going private?  Elon Musk claims 'investor support is confirmed' after tweeting plans to privatize at $420 per share, in shock announcement that HALTED the stock for almost two hours," Mail Online, August 7, 2018, 6:41 p.m. (emphasis added).

hacked, this reinforces the rationale behind our market neutral stance.

• As the company matures or on pullbacks we would look to become more constructive but remain on sidelines at current levels.[111]

*****

Tesla CEO Elon Musk tweeted around midday on Aug. 7 the following: "Am considering taking Tesla private at $420. Funding Secured." A buyout price of $420 per share would be for about $71.6 billion based on the July 27 outstanding share count of 170.6 million in the latest 10-Q filing, though it's unclear if Musk's roughly 22% ownership stake would be part of the deal or just converted into equity of a new private company. **If a deal is announced and we think its execution is more likely than not**, we will raise our fair value estimate to the deal price, but for now we are leaving our fair value estimate of $179 in place.

We find it odd that Musk would disclose that he is considering doing a deal and specifying a price rather than not saying anything until Tesla actually announces it is going private. **It is possible that he wants to hurt short sellers of Tesla now**. He has been very vocal against them recently, including posting a satire video on Twitter on Aug. 5. We think it is also possible that he wants to get a price higher than $420, else we would expect him to simply announce he is considering going private with funding secured and leave the $420 number out of the tweet. **We speculate that the funding comes mostly from tech investors, such as possibly SoftBank or Tencent (the latter bought 5% of Tesla in 2017), sovereign wealth funds, and wealthy Silicon Valley investors**.[112]

*****

This is out there even for Tesla

---

[111] Canaccord Genuity, *Shares up 6% on tweet from CEO*, August 7, 2018, 1:52 p.m. (source of timestamp: Capital IQ).

[112] Morningstar, *Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price*, August 7, 2018, 3:06 p.m. (source of timestamp: Capital IQ; emphasis added).

Elon's tweet and blog post around going private at $420/share was certainly a disruptor this afternoon.  What was looking to us to be a quiet afternoon digesting the earnings results of auto rental companies was disrupted by Elon Musk's tweet …

**We're not clear where the funding would come from – would have to be largely equity**

Buyout would require ~$70bn - ~$60bn for equity and ~$10bn to take out debt.  With 145mn shares (including shares for comp, but subtracting Musk's 34mn shares), a buyout at $420/share would require $60bn to take out all public shareholders.  Even with the Saudi fund taking a 3-5% stake (see "Tesla shares move higher on Saudi Arabia fund stake" FT, Aug 7, 2018), that leaves a large funding gap.

And credit markets may not be that receptive.  The Tesla unsecured bonds trade at a yield of ~6.7% -- so even if say $40bn could be financed in the high yield market (never mind old fashioned things like interest coverage ratios), the annual interest bill would consume $2.7bn in cash.  …

And not clear how public shareholders stay in a private company.  Musk promised that existing shareholders "can stay investors in a private Tesla" – but we're not clear how that would work under current registration rules/caps on non-accredited and total investors (the JOBS act requirement) – although Musk hinted at a special purpose vehicle structure that might be able to avoid the caps.[113]

\*\*\*\*\*

Earlier today, CEO Elon Musk started tweeting about "considering taking Tesla private at $420/share.  Funding secured." This was later followed up with a letter to employees detailing the rationale.  The structure would apparently be to create a special purpose fund enabling current shareholders to remain shareholders or cash out at $420.  This would be subject to a shareholder vote.  …

Success of consummation contingent on who goes along for the ride.  The ability to convince shareholders to stay involved is likely critical to the success of Tesla going private which would be the biggest buyout in history (over $70bn).  Musk owns

---

[113]   Barclays, *Musing about going private is the latest strange twist*, August 7, 2018, 4:57 p.m. (source of timestamp: Capital IQ; emphasis added and omitted).

~20% of the shares, so all else equal, they may need to get committed financing for the remaining ~80% (~$57bn). **Given Tesla's financials, we don't believe lenders would sign up to support the deal.** …

And there are some chunky page 1 holders that collectively make up ~30% of the shares. However, some of those holders may not be able to hold Tesla (or as much as they currently hold) should Tesla go private. A preliminary review of some of the big mutual fund holders indicates holding limits on illiquid securities. At the very least it could cause broader portfolio reviews. That's not to say that a private Tesla can't find its way into other funds at those holders.

**Elon's tone and messaging regarding a potential transaction lead us to believe that there could be significant outside funding lined up.** Learning who this is will be important (and relevant for shareholders deciding whether they should stay involved should the deal consummate). We note an unconfirmed FT article from today indicates that Saudi Arabia's sovereign fund took a 3-5% stake on the public markets, it was also noted they approached Tesla about new shares. **In our view, sovereign funds (broadly), cash rich tech companies, Chinese sources and large VCs could all be potential candidates to provide funding.**[114]

\*\*\*\*\*

Earlier today, CEO Musk tweeted that he is "considering" taking TSLA private at $420/share and noted funding was secured. Following his tweet, an email sent to employees was shared publicly outlining the motivation including noting that volatile stock prices are distracting to TSLA employees.

**Disclosure method in question** Typically, a company would disclose this kind of news via a detailed press release while the market is closed or halt their stock in advance of the announcement. **Disclosing news of this nature via twitter is unprecedented and, according to a former SEC chairman, may constitute fraud if Tesla does not already have the financing lined up.** The deal would likely require participation from numerous banks and institutional investors, and we think

---

[114]  RBC Capital Markets, *On Tesla $420*, August 7, 2018, 8:53 p.m. (source of timestamp: Capital IQ; emphasis added and omitted).

it likely that news of the deal would have leaked had Tesla already held discussions to secure funding.

**Post announcement, shares closed at ~$380, with the take-out price implying ~10.7% upside from here.  In past deals that terminated adversely, ~70% trade down over 10% with 1/3rd trading down more than 30%.**[115]

\*\*\*\*\*

Even if no deal for Tesla materializes, the stock bounce following Mr. Musk's tweet could help the company preserve needed cash.  Tesla has more than $1.1 billion in convertible bonds that will come due over the next seven months absent a sustained rise in its share price.

That starts with $230 million of convertible bonds set to mature in November if its stock doesn't reach a conversion price of $560.64, followed by $920 million that mature in March, if shares remain below the trigger price of $359.87.

The March notes would be convertible into Tesla stock instead of redeemable for cash -- a scarce resource for the company.[116]

74.    As will be discussed in detail below, news articles also reported on the chance that Defendant Musk would be successful taking Tesla private.  For example:

According to Gene Munster of Loup Ventures, **Musk has a one-in-three shot of taking Tesla private**, given the 16% premium he would pay to shareholders.  … "Fundamentally, Tesla is not a good LBO candidate given it's not profitable, not cashflow heavy, and has high R&D and capex.  However, the structure of the pending deal is unknown and may not take the form of an LBO."[117]

---

[115]    UBS Securities, *A Disruptive Approach to Disclosing Material Info*, August 7, 2018, 10:28 p.m. (source of timestamp: Capital IQ; emphasis added and in original).

[116]    "Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update," Dow Jones Institutional News, August 7, 2018, 4:51 p.m.

[117]    "Musk Makes Startling Proposal to Take Tesla Private," The Deal August 7, 2018.  *See also*, "MUSK HAS '1 IN 3 CHANCE' OF TAKING TESLA PRIVATE: GENE MUNSTER," Bloomberg First Word, August 7, 2018 , 1:42 p.m. (emphasis added).

### 3.  Stock Price Movements on August 7, 2018

75.  **Chart 1** below shows the intraday trading activity (including price and volume) of Tesla common stock on August 7, 2018.

**Chart 1**

Tesla Intraday Stock Price at End-of-Minute Intervals and Volume during Each Minute
August 7, 2018



#### a)  Accounting for the *Financial Times* report that a fund from Saudi Arabia was investing a large amount in Tesla

76.  News articles also reported, and my empirical results from my minute-by-minute event study confirmed, that Tesla's stock price increased on August 7, 2018 after news at 12:17 p.m. (approximately 30 minutes prior to the start of the Class Period at 12:48 p.m.), when the *Financial Times* reported that a fund from Saudi Arabia was investing a large amount in Tesla (the "*FT* Article").[118]   In the 10-minute interval between 12:17 p.m.

---

[118]  "Saudi Arabia's sovereign fund builds $2b Tesla stake," *The Financial Times*, August 7, 2018 (It is my understanding from Counsel that the source code for the article shows that it was published at 16:17:28 GMT, indicating publication at 12:17 pm ET).  News outlets reported on the price movements following the *Financial Times* article, for example: "Tesla Climbs to Session High; FT Reports Saudi Fund Has Stake," Bloomberg News, August 7, 2018, 12:35

and 12:27 p.m. Tesla's stock price rose from $342.26 to $354.38.[119]   This $12.12 (3.5%) per-share increase in ten minutes is statistically significant at the 1% level based on using one-minute intervals for an event study analysis.[120]   In addition, the volume over the ten minutes of 1,284,993 shares[121] was over 7 times the average volume per 10-minute interval of 164,453 shares over the time period from the open of trade to 12:10 p.m. on August 7,

---

p.m.; "12:27 EDT Tesla jumps 3% to $352.37 after FT says Saudi fund built $2B stake," Theflyonthewall.com, August 7, 2018.

Additional news articles during and after the close of trading on August 7, 2018 reported on the investment by the Saudi fund, for example:

"Tesla Climbs to Session High; FT Reports Saudi Fund Has Stake," Bloomberg News, August 7, 2018, 12:35 p.m.:  "Saudi's Public Investment Fund (PIF) built the undisclosed stake of between 3-5% of Tesla's shares this year, FT reports, citing unidentified people with direct knowledge of the matter…Tesla climbs to session high, gains as much as 3.8%... PIF initially approached co. and CEO Elon Musk to express interest in new co. shares.  Co. did not act on the interest, according to one unidentified person…Saudi state fund acquired the position in secondary markets with JPMorgan help… Exact timing of purchase not known; believed to have taken place after the crown prince's tour of the US in March… Musk, Tesla are aware of the PIF shareholding, one of the people said … Stake makes PIF one of Tesla's eight biggest shareholders…"

"MW Saudi Arabia's mega-fund builds stake in Tesla: report," MarketWatch, August 7, 2018, 12:45 p.m.:): "Saudi Arabia's sovereign wealth fund, which has more than $250 billion under management, has built an undisclosed stake in Tesla Inc. (TSLA) of 3% to 5%, the Financial Times reported … Tuesday, citing people with direct knowledge of the issue.  The position fell below the 5% threshold that requires disclosure, and would be worth between $1.7 billion and $2.9 billion, the report said…"

"MW UPDATE: Tesla confirms intention to go private, sending stock up 11%," MarketWatch, August 7, 2018, 4:52 p.m.: "Tesla shares were up 7.4% before the halt Tuesday, and earlier in the day got a boost from news that Saudi Arabia's sovereign-wealth fund has taken a significant stake in the company."

"Tesla boss Musk weighs go-private deal for electric car maker," Agence France Presse, August 7, 2018, 5:01 p.m.: "Shares surged 11 percent to $379.57 at the closing bell after being suspended for about 90 minutes following a series of Musk statements on Twitter in which he initially floated the idea of going private….Tuesday's gains following the tweet added to upward movement on the stock after The Financial Times reported earlier Tuesday that a Saudi Arabian sovereign wealth fund had built a stake of between three and five percent in the company."

[119]  Based on Bloomberg GIT data (last prices for 12:16-12:17 and 12:26-12:27 minute intervals).

[120]  For this analysis, the number of intervals is 10.

[121]  Based on Bloomberg GIT data (volume from the 12:17-12:18 through 12:26-12:27 intervals).

2018.[122]  In the next 10-minute interval between 12:27 p.m. and 12:37 p.m. Tesla's stock price rose from $354.38 to $357.97.[123]  This $3.59 (1.0%) per-share increase in ten minutes is also statistically significant at the 1% level based on using one-minute intervals for an event study analysis.[124]  In addition, the volume over the ten minutes between 12:27 p.m. and 12:37 p.m. of 1,676,623 shares[125] was approximately 10 times the average volume per ten-minute interval of 164,453 shares over the time period from the open of trade to 12:10 p.m. on August 7, 2018.[126]  Finally, in the next 10-minute interval between 12:37 p.m. and 12:47 p.m. — the period immediately prior to the Musk Tweets — Tesla's stock price fell from $357.97 to $357.00.[127]  This $0.97 (0.3%) per-share decrease over the last ten minutes before the Musk Tweets is not statistically significant at the 5% level based on using one-minute intervals for an event study analysis.[128]  In addition, the volume over the last ten minutes before the Musk Tweets  minutes between 12:37 p.m. and 12:47 p.m. of 842,053 shares[129] was less than the volume in each of the prior two ten-minute intervals (12:17 to 12:27 p.m. and 12:27 to 12:37 p.m.).  Moreover, after the *FT* Article although there were changes in the prices of the shortest term options, there were no changes in long-term straddle prices suggesting that there was no impact of the news in the *FT* Article on implied volatility observed by Professor Heston, as he notes: "Between 12 p.m. and 12:30 p.m., the shortest-term options gained value, but there were no perceptible movements in long-term straddle prices.  Immediately following 12:48 p.m., straddle prices began to fall."[130]  These

---

[122]  Source: Bloomberg GIT data based on non-overlapping 10-minute intervals.  I obtained new GIT data since the Class Certification Report.  There was only one difference in volume for one interval over the Class Period – the 9:30-9:31 interval on August 7, 2018.  I use the updated data which yields a slightly lower average than reported in the Class Certification Report of 168,381 shares.

[123]  Based on Bloomberg GIT data (last prices for 12:26-12:27 and 12:36-12:37 intervals).

[124]  For this analysis, the number of intervals is 10.

[125]  Based on Bloomberg GIT data (volume from the 12:27-12:28 through 12:36-12:37 intervals).

[126]  Source: Bloomberg GIT data based on non-overlapping 10-minute intervals.

[127]  Based on Bloomberg GIT data (last prices for 12:36-12:37 and 12:46-12:47 intervals).  It further declined at the close of the 12:47-12:48 interval at $356.85.

[128]  For this analysis, the number of intervals is 10.

[129]  Based on Bloomberg GIT data (volume from the 12:37-12:38 through 12:46-12:47 intervals).

[130]  Expert Report of Steven L. Heston, Ph.D., November 8, 2021 (the "Heston Report"), ¶142.

financial factors would suggest that the price impact from the information revealed in the *FT* Article had taken place prior to start of the Musk Tweets at 12:48 p.m. when the volume over the next ten minutes after the start of the Musk Tweets between 12:48 p.m. and 12:58 p.m. increased to 3,576,429 shares[131] that was over 21 times the average volume per ten-minute interval of 164,453 shares over the time period from the open of trade to 12:10 p.m. on August 7, 2018.[132]   In addition, implied volatility for long-term options observed by Professor Heston declined significantly following the Musk Tweets.[133]

> **b)      Stock price movements following the Musk Tweets**

77.    As shown in **Appendix 4**, on August 7, 2018, Tesla's common stock price increased 6.37%, from $356.85 per share at 12:47 p.m. (just prior to the start of the Musk Tweets) to a close of $379.57 per share on August 7, 2018 on volume of over 18 million shares,[134] which even though it is less time than in a full trading day, was over two times the average daily volume of 8,293,907 shares during the 120 trading days prior to the start of the Class Period.[135]   The abnormal return is positive 6.52%, which is statistically significant at the 1% level.[136]   **The abnormal price increase of $23.27 accounts for and thus eliminates the effects of all market-wide and industry-wide factors that might influence the price of Tesla common stock**.[137]

---

[131]    Based on Bloomberg GIT data (volume from the 12:48-12:49 through 12:57-12:58 intervals).

[132]    Source: Bloomberg GIT data based on non-overlapping 10-minute intervals.

[133]    Heston Report, ¶12.

[134]    Based on Bloomberg GIT data (volume from the 12:48-12:49 through 13:59-16:00 intervals).

[135]    In the Hartzmark Opening Class Certification (¶26), I referred to the "PreCP" as the 120 trading days prior to the start of the Class Period ("the 'PreCP Period;' as described later, the PreCP Period is used as the estimation period for my event study analysis").

[136]    Based on 192 intervals.

[137]    Tesla's common stock price increased 10.99%, from a close of $341.99 per share on August 6, 2018 to a close of $379.57 per share on August 7, 2018.   The abnormal return is positive 10.61%, which is statistically significant at the 1% level.   The total abnormal price increase of $36.28 accounts for and thus eliminates the effects of all market-wide and industry-wide factors that might influence the price of Tesla common stock, but does include the price impact from the FT Article.   *See* Hartzmark Opening Class Certification Report, Appendix F.

###     4.       August 8, 2018 and the Commencement of the Corrective Interval

78.    On Wednesday, August 8, 2018, Tesla's share price opened at $369.09, a 2.8% decline from the prior day close of $379.57, but then quickly increased to $382.64 at approximately 10:10 a.m.[138] before declining on news reports that the SEC was probing Tesla over Defendant Musk's tweets. I show below a summary of news articles and analyst commentary this day.

####     a)       News prior to the opening of trade

79.    It is important to point out that *after* the market closed on Tuesday, August 7, 2018, Tesla's Senior Director of Investor Relations replied to emails related to Defendant Musk's tweets and apparently buttressing the information disclosed on August 7, 2018. His response included:

> a) "I can only say that the first Tweet clearly stated that 'financing is secured.' Yes, there is a firm offer."[139]
>
> b) "[A]part from what has been tweeted and what was written in a blog post, we can't add anything else. I only want to stress that Elon's first tweet, which mentioned 'financing secured' is correct."[140]
>
> c) "The very first tweet simply mentioned 'Funding secured' which means there is a firm offer. Elon did not disclose details of who the buyer is. … I actually don't know [whether a verbal agreement or commitment letter], but I would assume that given we went full-on public with this, the offer is as firm as it gets."[141]

80.    Before the market opened on Wednesday, August 8, 2018, certain members of Tesla's board issued a statement that said:

> Last week, Elon opened a discussion with the board about taking the company private. This included discussion as to how being private could better serve Tesla's long-term interests, and also addressed the funding for this to occur. The board has met

---

[138]   Based on the high traded price during both the 10:10-10:11 and 10:11-10:12 minute intervals from Bloomberg GIT data. Source for market open price: Bloomberg.

[139]   TESLA_LITTLETON_00004010 (Exhibit 150).

[140]   TESLA_LITTLETON_00004253 at 4254 (Exhibit 151).

[141]   JENN0000074 (Exhibit 58).

several times over the last week and is taking the appropriate next steps to evaluate this.[142]

81.    Also, before the market opened on August 8, 2018, news articles reported that both Jefferies and J.P. Morgan analysts had raised their target prices on Tesla stock following the Musk Tweets, for example:

> **Tesla going private 'feels like the right thing to do,' says Jefferies.  Jefferies analyst Philippe Houchois raised his price target for Tesla to $360 from $250 after CEO Elon Musk suggested taking the company private**.  The stock closed yesterday up 11%, or $37.58, to $379.57.  Going private "feels like the right thing to do," Houchois tells investors in a research note.  "Distraction or not, the move feels right even if Musk is downplaying how supportive public markets have been," the analyst adds.  However, with Tesla unable to take on more debt, he wonders who may fund the potential deal and end up as a new large shareholder.  Houchois raised his estimates to reflect a "better outlook" post Tesla's Q2 results.  **His discounted cash flow fair value points to $300 per share and his new $360 price target "bridges the gap" to the $420 potential going private bid.**  The analyst keeps a Hold rating on Tesla.[143]

> *****

> **JP Morgan analysts raised their stock price target for Tesla Inc. (TSLA) to $308 from $195 on Wednesday**, a day after Chief Executive Elon Musk said he is thinking of taking the company private, but said they are sticking with an underweight rating, "on chance the shares could again trade on fundamentals."  "As surprising to us as these developments are, and as lacking as the statements are in any details regarding who is expected to provide the required amount of financing and on what terms, **they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously**," analyst Ryan Brinkman wrote in a note.  Musk said he had already secured the funding for a deal, without offering any further detail.  Banks and private-equity

---

[142]   "Statement from the following members of Tesla's Board of Directors: Brad Buss, Robyn Denholm, Ira Ehrenpreis, Antonio Gracias, Linda Johnson Rice, and James Murdoch," GlobeNewswires, August 8, 2018, 9:00 a.m.

[143]   "07:59 EDT Tesla going private 'feels like the right thing to do,' says...," Theflyonthewall.com, August 8, 2018 (emphasis added).

firms were surprised at that news and questioned how it could be done, given the company is cash flow negative, is loss making and saddled with about $10 billion of debt.

"We continue to believe Tesla's valuation based on fundamentals alone (i.e., a 50/50 blend of discounted cash flow and 2020-based multiples analysis - itself consisting of a blend of P/E, EV/EBITDA, and Price-to-Sales) is worth no more than $195 (our previous price target)," said Brinkman. **"But introducing a new 50% weighting of $420 suggests a large upward revision to our price target is warranted, and we newly value Tesla at $308 per share (i.e., 50/50 blend of $195 and $420)."** Tesla shares were down 1% in premarket trade, but have gained 22% in 2018, while the S&P 500 has gained 7%.[144]

      **b)**      **After the market opened for trade: The beginning of the revelation of the truth about the likelihood of the going private transaction and the materialization of Consequential Harm**

      82.      Beginning with a *New York Times* article at 10:24 a.m. on August 8, 2018, news articles reported that the SEC was probing Tesla over the Musk Tweets, which along with reports of skepticism of the deal, caused the stock price to decline:

Elon Musk had better be right.

Mr. Musk's audacious offer Tuesday to take private Tesla, the innovative auto company he founded and leads as chairman and chief executive, will surely go down as one of the most unorthodox takeover bids ever. …

**But it was Mr. Musk's "funding secured" statement on Twitter that may put the iconoclastic founder most at risk.** He provided no details about how much funding had been secured, from whom or under what conditions. His email to employees did not mention anything about the funding.

"That's a clear factual statement," said John C. Coffee Jr., a professor at Columbia Law School who specializes in corporate law and securities fraud. "**If it's not fully secure, that's potentially a very material misrepresentation, and a very straightforward violation of Rule 10b-5 of the securities law**" in short, securities fraud.

---

[144]  "MW UPDATE: JP Morgan raises Tesla price target but stays underweight in case shares trade on fundamentals again," MarketWatch, August 8, 2018, 7:58 a.m. (emphasis added).

It is illegal for a director or officer of a public company "to knowingly or recklessly make material misstatements about that company," said John Coates, a professor at Harvard Law School who teaches mergers and acquisitions.  Mr. Musk's "tweets seem cryptic at best, and it is hard to see how he has complied with his duty to not be misleadingly incomplete."

A Tesla spokeswoman declined to comment.

**The Securities and Exchange Commission contacted Tesla on Wednesday to inquire about the accuracy of Mr. Musk's tweets and why the announcement was not made in a regulatory filing**, according to a person briefed on the inquiry, who was not authorized to speak publicly on behalf of the S.E.C. **Such questions typically precede the launch of any formal investigation**.[145]

\*\*\*\*\*

**Securities regulators have inquired with Tesla Inc. about Chief Executive Elon Musk's surprise announcement that he may take the company private and whether his claim was factual**, people familiar with the matter said.

The Securities and Exchange Commission has asked whether Musk's unusual announcement on Tuesday was factual, the people said.  **The regulator also asked Tesla [] about why the disclosure was made on Twitter rather than in a regulatory filing, and whether the company believes the announcement complies with investor-protection rules, the people said**. …

The SEC's inquiries, which originated from its San Francisco office, **suggest Tesla could come under an enforcement investigation if regulators develop evidence that Musk's statement was misleading or false**.  It wasn't immediately clear on Wednesday whether the regulator had opened a formal enforcement investigation based on the answers it received from the company.  An SEC spokesman declined to comment.[146]

---

[145] "Did Elon Musk Violate Securities Laws With Tweet About Taking Tesla Private?," NYTimes.com Feed, August 8, 2018, 10:24 a.m. (emphasis added).

[146] "SEC questions Tesla over Elon Musk's tweets to take the company private; Regulators said to be inquiring whether CEO's claim was factual," MarketWatch, August 8, 2018, 1:32 p.m. (emphasis added).

\*\*\*\*\*

… **people close to SoftBank tell the FT that the fund considers Tesla to be overvalued and there are no indications it wants to invest**.  Even if it did want to add Tesla to its stable, SoftBank might face an obstacle in the form of the Committee on Foreign Investment in the US (Cfius), given its close links to China and record of previous hold-ups on other deals.[147]

\*\*\*\*\*

Regulator examining whether Tesla CEO Elon Musk's statement on Tuesday was truthful, DJ reported, citing unidentified people with knowledge of the matter.  SEC also inquired why disclosure was made on Twitter.[148]

\*\*\*\*\*

Tesla stock rallied on CEO Elon Musk saying he wants to take the company private. … But shares fell 2.4% on Wednesday to 370.34, amid reports that the SEC is probing Tesla over Musk's tweets.[149]

---

[147] "Who could fund Elon Musk's Tesla buyout?," *Financial Times*, August 8, 2018, 1:59 p.m. (emphasis added).

[148] "SEC Is Said to Have Made Inquiries to Tesla Over Musk Tweet: DJ," Bloomberg First Word, August 8, 2018, 3:49 p.m.  *See also* "SEC IS SAID TO BE LOOKING AT WHETHER MUSK STATEMENT TRUTHFUL:DJ," Bloomberg News, August 8, 2018, 3:45 p.m.

After the market closed on August 8, 2018, the full updated text of the article reported: "U.S. regulators are asking Tesla Inc. whether Chief Executive Elon Musk was truthful when he tweeted that he had secured funding for what would be the largest-ever corporate buyout, people familiar with the matter said.  Officials at the Securities and Exchange Commission want to know whether Mr. Musk had a factual basis for tweeting Tuesday that the going-private transaction was all but certain, with only a shareholder vote needed to pull it off, the people said.  The SEC's inquiries, which originated from the agency's San Francisco office, suggest Tesla could come under an enforcement investigation if regulators suspect that Mr. Musk's statement was misleading or false.  It couldn't be learned on Wednesday whether the agency had opened a formal enforcement investigation."  "SEC Probes Tesla CEO Musk's Tweets; The regulator is examining whether Musk's statement was truthful and why the disclosure was made on Twitter," *The Wall Street Journal* Online, August 8, 2018, 7:27 p.m.

[149] "Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla," Investor's Business Daily, August 9, 2018.

CONFIDENTIAL

\*\*\*\*\*

One day after Chief Executive Elon Musk stirred investors with a surprise proposal to take Tesla Motors private, shares of the electric automaker fell 2.4 percent as some analysts expressed skepticism.[150]

\*\*\*\*\*

Tesla shares rallied 11% on Tuesday, but lost 2.4% Wednesday as **Wall Street faulted the plan for being lean on funding details**.[151]

\*\*\*\*\*

**Analysts are taking Musk at his word that he has indeed secured funding, has investor support, and is seriously considering taking the company private - he could face serious legal consequences if he wasn't entirely truthful.** But many nonetheless find the $420 a share price tag he's floated exceptionally high given that Tesla ended trading on Wednesday at $370.34 a share.[152]

83.    In addition to the Jefferies and J.P. Morgan analyst reports raising price targets and summarized in news articles above, Bernstein stated:

We see upside risk in the near term to perhaps $400, but downside risk to $340 (yesterday's low price) or below **if no firmer details emerge, as investors would likely increasingly debate Musk's credibility and over-focus on the shares' price and volatility.**

…

Was this solely Musk's idea?  Or does he already have the support of his board / major shareholders?  Given the haphazard process of disclosure last afternoon, our initial impression was that Elon Musk sprung his plan of going private upon the public without consulting Tesla's board of directors or major

---

[150]   "US stocks end near flat; Tesla retreats," Agence France Presse, August 8, 2018, 4:22 p.m.

[151]   "SEC Looks Into Musk's Taking-Tesla-private Tweets: WSJ – MarketWatch," Dow Jones Institutional News, August 8, 2018, 4:06 p.m. (emphasis added).

[152]   "A couple reasons why Elon Musk could actually pull off his wild plan to take Tesla private (TSLA)," Business Insider, August 8, 2018, 6:28 p.m. (emphasis added).

shareholders. **On the other hand, Musk's tweets that "Investor support is confirmed" and "Funding secured" would suggest that he has spoken with some few stakeholders. Here, as with nearly everything else, we remain with more questions than answers. What does Musk mean by "investor support" – has he already gotten a go-ahead from Tesla's major institutional shareholders, and in what form? If so, why is the deal still "contingent on a shareholder vote" (as he noted within the same tweet)?** Did Tesla's board of directors or management team already know about these plans? If so, why was the announcement so abrupt and seemingly "unofficial"? Has Musk run his plan of maintaining retail shareholders within a private Tesla by his legal team? And so forth.[153]

84.    Evercore commented that:

What happened? The above are two of a series of tweets by Tesla CEO Elon Musk yesterday, where the company announced that it is considering going private.

Could this happen? It is important to note that, as of today, no details have been provided with regards to what "Funding secured" means, who is providing that funding and what any potential funding structure might look like. Our view is that "Funding secured" should be interpreted as a strong verbal commitment, with funds available and parties willing to execute quickly.

Stock Implications The majority of the move towards $420 is now done, with the share price sitting within 11%. As a result, unless there is evidence to suggest that the funding is not secured and a transaction cannot be completed, we believe there is little to be done with the stock at these levels. More broadly, if Tesla has attracted a strategic investor who is willing to not only help take the company private but also to provide material funding going forward, it should enable the company to execute and move faster as it seeks to complete its mission to move the world to a solar electric future.[154]

---

[153]   Bernstein, *Tesla: Going private? Who knows... does Elon?*, August 8, 2018 (emphasis added).

[154]   Evercore ISI, *A Private Life is a Happy Life*, August 8, 2018, 4:26 a.m. (source of timestamp: Capital IQ, emphasis omitted).

85.    Piper Jaffray questioned the likelihood of the deal succeeding:

We note that many important details are still unknowable, given the precedent-setting nature of this proposal as well as the vague verbiage used to describe it. **As a result, we believe this deal is unlikely to succeed in the very near-term, if it succeeds at all**. We also note that, for true believers with a multi-year time horizon, the suggested go-private valuation of $420/share is probably unpalatable (especially if they cannot invest in illiquid, private securities), but gaining 50%+ shareholder approval may nonetheless prove easier than funding and structuring the deal in a way that is legal and executable. …

We are unsure about the legal implications and procedural requirements associated with transitioning public equity into a widely-held private security through a special-purpose entity similar to the SpaceX equity arrangement.

In our view, creating this novel shareholding structure in compliance with securities laws may constitute the biggest hurdle to formalizing an offer.

The other major hurdle relates to funding the $420/share buyout, because some form of funding would be necessary for all shares that select cash instead of new equity.

Funding the deal with debt (an LBO) seems difficult, given the levered state of TSLA's balance sheet, the company's junk (B-) rating, and its history of negative cash flow.

Musk may have lined up "big thinker" equity investors with deep pockets and generous investment time horizons, but if these are sovereign wealth funds or foreign partners, then Tesla may face a review from the Committee on Foreign Investment (CFIUS).[155]

86.    **Chart 2** below shows the intraday trading activity (including price and volume) of Tesla common stock on August 8, 2018. As shown in **Appendix 5**,[156] Tesla's common stock price declined 2.43%, from a close of $379.57 per share on August 7, 2018 to a close of $370.34 per share on August 8, 2018 on volume of 24.6 million shares, which

---

[155]   Piper Jaffray, *Questions Remain; Overweight-rated TSLA Not Going Private Anytime Soon*, August 8, 2018, 12:24 p.m. (source of timestamp: Capital IQ).

[156]   **Appendix 5** is Appendix F to the Class Certification Report extended through October 1, 2018.

was 3.0 times the average volume during the 120 trading days prior to the start of the Class Period. The abnormal return is *negative* 2.36%, which is not statistically significant at the 5% level. The abnormal price decrease of $8.97 accounts for and thus eliminates the effects of all market-wide and industry-wide factors that might influence the price of Tesla common stock.

87.     **Chart 2** also shows that the additional information discussed above, including the emails from Tesla's Investor Relations, before the disclosure of the SEC inquiry, was followed by an increase of Tesla's stock price from $369.09 at the opening to 382.55 at 10:10 a.m., with volume of 5,679,850 shares through 10:10 a.m.[157]  The $13.46 price change (3.65%) is statistically significant at the 1% level based on using one-minute intervals for an event study analysis.[158]

88.     I also note that **Chart 2** shows at approximately 10:10 a.m., the price of Tesla common stock peaked and fell from $382.55 to close at $370.34 on volume of 11.8 million shares.[159]  Based on the minute-by-minute event study this 3.2% decline is statistically significant at the 6% level.[160]  **Chart 2** also shows the price impact of news articles and a *Wall Street Journal* report issued beginning at 3:45 P.M. on August 8, 2018 stating, "on Wednesday that the U.S. Securities and Exchange Commission was asking Tesla why Musk announced his plans on Twitter and whether his statement was truthful."[161]  This

---

[157]  Volume is based on Bloomberg GIT data for intervals 9:30-9:31 through 10:10-10:11. $382.55 is the close price of the 10:10-10:11 interval, while the high price during this 1-minute interval is $382.64 as discussed in paragraph 78.

[158]  For this analysis, there are 41 intervals.

[159]  Volume is based on Bloomberg GIT data for intervals 10:11-10:12 through 15:59-16:00. Price is close price in interval 10:10-10:11 and 15:59-16:00 based on Bloomberg GIT data.

[160]  For this analysis, there are 349 intervals.

I note, that between 10:10 a.m. and 10:30 a.m. the stock price declined from $382.55 (1-minute interval of 10:10-10:11 a.m.) to $377.01 (1-minute interval of 10:30-10:31 a.m.). This abnormal return of *negative* 3.27% is statistically significant at the 1% level (20 intervals).

[161]  "SEC Is Said to Have Made Inquiries to Tesla Over Musk Tweet: DJ," Bloomberg First Word, August 8, 2018, 3:49 p.m. *See also* "SEC IS SAID TO BE LOOKING AT WHETHER MUSK STATEMENT TRUTHFUL:DJ," Bloomberg News, August 8, 2018, 3:45 p.m. and "SEC Probes Tesla CEO Musk's Tweets; The regulator is examining whether Musk's statement was truthful and why the disclosure was made on Twitter," *The Wall Street Journal* Online, August

report was followed by a decrease of Tesla's stock price from $371.76 at 3:45 p.m. to an open of $365.55 on August 9, 2018, with volume of 1,331,422 shares on August 8, 2018.[162]



**Chart 2**

Tesla Intraday Stock Price at End-of-Minute Intervals and Volume during Each Minute
August 8, 2018

5.     **August 9, 2018 and the Continued Absence of Disclosures of Meaningful, Reliable and Clear Information Describing the Proposed Going Private Transaction and the Continued Materialization of Consequential Harm**

89.    On Thursday, August 9, 2018, Tesla's share price opened at $365.55, a 1.3% decline from the prior day close of $370.34, and further declined to close at $352.45 on reports that the SEC probe was intensifying and doubt the deal could be done.  I show below a summary of news articles and analyst commentary this day.

---

8, 2018, 7:27 p.m.; "Tesla Shares Fell 5% on Wall Street Skepticism; SEC Probe Reports," Reuters News, August 9, 2018, 4:54 p.m.

[162]    Based on Bloomberg GIT data for intervals 3:45-3:46 through 15:59-16:00 (volume starting 3:46-3:47 interval) and Bloomberg open prices.

90.   News articles reported, for example:

**Doubts about Elon Musk's ability to take Tesla Inc. private mounted across Wall Street on Thursday, driving the stock down as much as 4 percent in what's shaping up to be the worst rout in a month.**

The stock slipped to $356.66 in late morning trading, well below the $420 at which Musk said shareholders would be bought out.  It's now dropped on back-to-back days after having jumped 11 percent on Tuesday, when Musk vowed that he had "funding secured" for a spectacular $82 billion deal.

**Since that initial tweet, though, he has offered no evidence to back up the statement.**  Nor has anyone stepped forward publicly -- or privately – to say they're behind the plan.  People with or close to 15 financial institutions and technology firms who spoke on the condition of anonymity said they weren't aware of financing having been locked in before Musk's tweet.

"I don't really understand the idea of what was suggested in the potential for them to go private," Dick Weil, CEO of Janus Henderson Group, said in an interview with Bloomberg Television.  "That's obviously an incredibly large valuation to somehow take into the private market."

**All of which could be problematic as the Securities and Exchange Commission starts investigating the matter**.  Regulators have asked the company if what Musk tweeted was factual and why such a disclosure was made via social media rather than in a filing, according to the Wall Street Journal, citing unidentified people familiar with the matter.  Judith Burns, an SEC spokeswoman, declined to comment.  Tesla also declined to comment.[163]

\*\*\*\*\*

**Musk said he had the funding for such a deal secured and merely needed the proposal to pass a shareholder vote before it could go through.  (He indicated via Twitter that he had investor support.)**

**But nearly two days later, it's unclear where that funding will come from**.  Tesla has yet to submit any regulatory filings

---

[163]   "Tesla Shares Sink as Pressure Mounts on Musk to Show the Money," Bloomberg News, August 9, 2018, 11:40 a.m. (emphasis added).

- 60 -

that provide more detail into Musk's proposal, and, according to The New York Times, some top executives at major Wall Street Banks, like JPMorgan Chase and Citigroup, were not familiar with Musk's intention to convert Tesla into a private company before he tweeted about it.

**That raises the question: Where's the money coming from?**[164]

\*\*\*\*\*

Tesla shares drop as much as 4.6% to $353.33 as of 12:31 p.m. in New York, as skepticism mounts that Elon Musk has the ability to take the co. private.  Stock traded at ~$356.64 before Musk tweeted on Aug. 7…[165]

\*\*\*\*\*

**The Securities and Exchange Commission is "intensifying" its inquiry into Tesla, Bloomberg reports.**

The agency on Wednesday asked Tesla about whether one of CEO Elon Musk's tweets regarding the possibility of taking the company private was truthful, *The Wall Street Journal* reported, citing people familiar with the matter.

According to the Journal, the SEC is also looking into why Musk's first statement about the potential of taking Tesla private was made on Twitter instead of in a regulatory filing.  The agency also asked the company whether it believes Musk's tweet follows SEC rules about protecting investors, The Journal reported.

**Bloomberg reports that the agency was gathering information about statements Tesla has made regarding sales and manufacturing targets before its most recent inquiry.**

An inquiry from the SEC does not necessarily mean an investigation will follow.

---

[164] "A deal to take Tesla private probably won't come from Wall Street or Silicon Valley (TSLA)," Business Insider, August 9, 2018, 12:09 p.m.

[165] "Tesla Erases Gain Since Musk Tweeted He May Take Co. Private," Bloomberg First Word, August 9, 2018, 12:49 p.m.

CONFIDENTIAL

Case 3:18-cv-04865-EMC   Document 453-1   Filed 07/01/22   Page 204 of 1482

The SEC and Tesla declined Business Insider's requests for comment.[166]

\*\*\*\*\*

Tesla will need to access the capital markets in order to fund its operating requirements and repay the maturing convertible debt obligations, Moody's Investors Service said in a statement.

**CEO's note to employees that he is considering taking Tesla private is credit negative**, but does not affect the ratings at this time, the agency said.

Moody's expect the company's cash generation will improve during the second half of 2018 and over the coming year as its Model 3 production improves.[167]

\*\*\*\*\*

Tesla shares tumbled Thursday following a report the company faces intensifying scrutiny from securities regulators as US stocks finished a quiet session mostly lower.[168]

\*\*\*\*\*

Tesla Inc's <TSLA.O> **shares slipped nearly 5 percent** on Thursday, wiping out the gains fueled by Chief Executive Elon Musk's announcement of a plan to take the company private, **after reports of concern by regulators and on doubt the deal could be done**.

**Shares fell early in the day, weighed by Wall Street's skeptical response to Musk's idea of going private and a Wall Street Journal report on Wednesday that the U.S.**

---

[166] "SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)," Business Insider, August 9, 2018, 2:42 p.m. (emphasis added). *See also* "TESLA IS SAID TO FACE BROADER SEC SCRUTINY OVER MUSK STATEMENTS," Bloomberg News, August 9, 2018, 2:19 p.m.; "SEC SCRUTINY OF TESLA CONFIRMED BY PEOPLE FAMILIAR WITH MATTER, Bloomberg News, August 9, 2018, 2:19 p.m. and "AGENCY WAS SAID TO BE LOOKING AT TESLA BEFORE TAKEOVER TWEETS," Bloomberg News, August 9, 2018, 2:19 p.m.

[167] "Tesla Will Still Need to Access Capital Markets, Moody's Says," Bloomberg First Word, August 9, 2018, 3:06 p.m.

[168] "Tesla tumbles as US stocks end mostly lower," Agence France Presse, August 9, 2018, 4:22 p.m.

**Securities and Exchange Commission was asking Tesla why Musk announced his plans on Twitter and whether his statement was truthful**.

91.    **The shares slipped further on Thursday after Bloomberg reported that the SEC already had been looking at Tesla's public statements, citing two unnamed people it said were familiar with the matter**.[169] One analyst stated that as of August 8, 2018, Tesla's share price moves implied a 34.4% deal probability of going private:

> **As of yesterday, TSLA share prices were implying a market deal probability of 34.4% after Elon Musk's publicly suggested a go-private deal for the electric vehicle company**. … While many instantly denounced the deal as impossible, the rise in the share price staying below the purported deal price of $420 shows that the market is implying a certain probability of success.  … By assuming the average price on Monday as the market price, $348.79, we can infer that the market is pricing a 34.4% of the deal going through.[170]

92.    **Chart 3** below shows the intraday trading activity (including price and volume) of Tesla common stock on August 9, 2018.

---

[169]    "Tesla shares fall 5 percent on Wall Street skepticism, SEC probe reports," Reuters News, August 9, 2018, 4:54 p.m. (emphasis added).

[170]    Macro Risk Advisors, *MRA- Does the options market believe Elon Musk?*, August 9, 2018, 9:51 a.m. (emphasis added).

CONFIDENTIAL



**Chart 3**

Tesla Intraday Stock Price at End-of-Minute Intervals and Volume during Each Minute
August 9, 2018

93.    As shown in **Appendix 5**, Tesla's common stock price declined 4.83%, from a close of $370.34 per share on August 8, 2018 to a close of $352.45 per share on August 9, 2018 on volume of 17.2 million shares, which was 2.1 times the average volume during the 120 trading days prior to the start of the Class Period.  The abnormal return is negative 4.67%, which is statistically significant at the 8% level.  The total abnormal price decrease of $17.28 accounts for and thus eliminates the effects of all market-wide and industry-wide factors that might influence the price of Tesla common stock.

**6.      August 10, 2018 and the Continued Absence of Disclosures of Meaningful, Reliable and Clear Information Describing the Proposed Going Private Transaction and the Continued Materialization of Consequential Harm**

94.    On Friday, August 10, 2018, Tesla's share price opened at $354.00, a 0.4% increase from the prior day close of $352.45, and further increased slightly to close at $355.49 likely on reports that the Tesla board would meet with advisers next week on the go private deal.

- 64 -
CONFIDENTIAL

95.   I show below a summary of news articles on August 10, 2018.

96.   News articles reported that Tesla's board of directors plans to meet with advisers next week, for example:

> The Tesla Inc. (TSLA) board of directors plans to meet with advisers next week to make formal the process of exploring Chief Executive Elon Musk's proposal to take the company private, according to a CNBC report that cited people familiar with the matter.  The board is likely to ask Musk to recuse himself, and the board told him that he'd need his own set of advisers, the report said.[171]

> \*\*\*\*\*

> Tesla (NASDAQ: TSLA) is trimming some gains on a report that the automaker is seeking a "wide" investor pool in its go-private plan.  That's in an apparent move to avoid concentrating ownership of the stock, Bloomberg notes.  It's also raising chatter among investors questioning just how "secured" the funding is that CEO Elon Musk was tweeting about.  Shares are back to flat after rising as much as 2.1% to $360 today.[172]

> \*\*\*\*\*

> Tesla Inc's <TSLA.O> board has not yet received a detailed financing plan from CEO Elon Musk, and is seeking more information about how he will take the U.S. electric car maker private in a proposed deal worth $72 billion, people familiar with the matter said on Thursday.

> While Tesla's board has held multiple discussions about Musk's proposal, which first became public on Tuesday, it has not yet received specific information on who will provide the funding, one of the sources said.[173]

---

[171]  "Tesla Board To Ramp Up Going-private Talks: Report – MarketWatch," Dow Jones Institutional News, August 9, 2018, 5:18 p.m.

[172]  "Bloomberg: Tesla seeking 'wide' investor pool for go-private plan," Bloomberg News, August 10, 2018, 3:05 p.m.  *See also* "TESLA IS SAID TO SEEK WIDE INVESTOR POOL FOR TAKE-PRIVATE PLAN," Bloomberg First Word, August 10, 2018, 2:56 p.m.

[173]  "Exclusive: Tesla's board seeking more information on Musk's financing plan – sources," Reuters News, August 9, 2018, 8:26 p.m.

97.    .One analyst noted the decline in long-term option volatility after the Musk tweet:

> TSLA Options Takeaways
>
> In Wednesday's Derivatives Daily we looked at the shift in Tesla's (TSLA: Not Covered) term structure, and particularly the significant decline in long-term volatility, following CEO Elon Musk's tweet indicating that he was considering taking the company private.  Given the widespread interest in the name, alongside this morning's headlines indicating that the company's board will meet with financial advisers next week, here we circle back to TSLA options to now see what they can tell us about the potential for moves in the stock price in the weeks ahead.  As we noted on Wednesday, aside from the very short-term 30-Day options, implied volatility levels generally declined in response to the potential for a take-private outcome. That said, 90-Day volatility has since rebounded higher, and at ~52%, 90-Day implied volatility in the name is still higher than all but a handful of names within the Russell 1000.[174]

98.    **Chart 4** below shows the intraday trading activity (including price and volume) of Tesla common stock on August 10, 2018.

---

[174]  Susquehanna International Group, *PTEN Calls and TSLA Takeaways*, August 10, 2018.

**Chart 4**

Tesla Intraday Stock Price at End-of-Minute Intervals and Volume during Each Minute
August 10, 2018



99.   As shown in **Appendix 5**, Tesla's common stock price increased 0.86%, from a close of $352.45 per share on August 9, 2018 to a close of $355.49 per share on August 10, 2018 on volume of 11.6 million shares, which was 1.4 times the average volume during the 120 trading days prior to the start of the Class Period.  The abnormal return is positive 2.11%, which is not statistically significant at the 5% level.   The total abnormal price increase of $7.42 accounts for and thus eliminates the effects of all market-wide and industry-wide factors that might influence the price of Tesla common stock.

### 7.   August 13, 2018 and the Defendants' Update on Taking Tesla Private and the Continued Materialization of Consequential Harm

100.   On Monday, August 13, 2018, Tesla's share price opened at $361.13, a 1.6% increase from the prior day close of $355.49.  Thereafter, the stock price declined during the day to close at $356.41 on news that said shares shot up more than 3% on Musk's blog post (before the markets opened) explaining his August 7th tweet, but then turned down as

investors parsed the statement and that investors now know that his "funding secured" tweet last week was premature at best.

101. I show below a summary of news articles and analyst commentary over the weekend (August 11 and 12, 2018) and on August 13, 2018.

102. News articles reported, for example:

> **Two new lawsuits accuse Tesla and its CEO Elon Musk of violating federal securities law by allegedly making false statements to boost the company's stock price**.
>
> The complaints, filed in federal court in San Francisco this week, claim Musk sought to mislead investors when he said on Twitter that he had secured the funding to take Tesla private. …
>
> Both lawsuits accused Musk or Tesla of harming short sellers with false information.[175]
>
> *****
>
> While Tesla CEO Elon Musk teased last week about taking the company private, several suitors may have already been courting the electric car giant months ago.
>
> Saudi Arabia's Public Investment Fund, the country's sovereign wealth fund, is in talks with Tesla about becoming a significant investor as part of the move towards privatization, sources with knowledge of the fund's plans told Bloomberg Sunday.
>
> The Saudi investment fund approached Musk months ago to discuss acquiring a minority stake but was turned down as the company did not plan on issuing new shares at the time, a source close to the discussions told Bloomberg.  In turn, the fund bought nearly $2 billion worth of Tesla shares on the market with the help of an investment bank, building up a stake just short of 5% in the company.
>
> **The fund has not yet made any concrete plans with Tesla on increasing its stake**, sources told Bloomberg, but talks are ongoing, and continued investment in the company is seen as a

---

[175] "Two lawsuits accuse Elon Musk of false statements to boost Tesla share price," CNN Wire, August 11, 2018, 5:59 p.m.

strategic step toward diversifying the Saudi economy away from oil.[176]

103.   Before markets opened on Monday, August 13, 2018, Musk posted an "Update on Taking Tesla Private" on Tesla's website and stated:

> As I announced last Tuesday, I'm considering taking Tesla private because I believe it could be good for our shareholders, enable Tesla to operate at its best, and advance our mission of accelerating the transition to sustainable energy.  As I continue to consider this, I want to answer some of the questions that have been asked since last Tuesday.
>
> **What has happened so far?**
>
> On August 2nd, I notified the Tesla board that, in my personal capacity, I wanted to take Tesla private at $420 per share.  This was a 20% premium over the ~$350 then current share price (which already reflected a ~16% increase in the price since just prior to announcing Q2 earnings on August 1st).  My proposal was based on using a structure where any existing shareholder who wished to remain as a shareholder in a private Tesla could do so, with the $420 per share buyout used only for shareholders that preferred that option.
>
> After an initial meeting of the board's outside directors to discuss my proposal (I did not participate, nor did Kimbal), a full board meeting was held.  During that meeting, I told the board about the funding discussions that had taken place (more on that below) and I explained why this could be in Tesla's long-term interest.
>
> At the end of that meeting, it was agreed that as a next step, I would reach out to some of Tesla's largest shareholders.  Our largest investors have been extremely supportive of Tesla over the years, and understanding whether they had the ability and desire to remain as shareholders in a private Tesla is of critical importance to me.  They are the ones who believed in Tesla when no one else did and they are the ones who most believe in our future.  I told the board that I would report back after I had these discussions.
>
> **Why did I make a public announcement?**

---

[176]   "Report: Saudi Arabia is looking to invest big in Tesla as the company teases going private," *Business Insider*, August 12, 2018, 8:45 p.m. (emphasis added).

The only way I could have meaningful discussions with our largest shareholders was to be completely forthcoming with them about my desire to take the company private. However, it wouldn't be right to share information about going private with just our largest investors without sharing the same information with all investors at the same time. As a result, it was clear to me that the right thing to do was announce my intentions publicly. To be clear, when I made the public announcement, just as with this blog post and all other discussions I have had on this topic, I am speaking for myself as a potential bidder for Tesla.

**Why did I say "funding secured"?**

Going back almost two years, the Saudi Arabian sovereign wealth fund has approached me multiple times about taking Tesla private. They first met with me at the beginning of 2017 to express this interest because of the important need to diversify away from oil. They then held several additional meetings with me over the next year to reiterate this interest and to try to move forward with a going private transaction. Obviously, the Saudi sovereign fund has more than enough capital needed to execute on such a transaction.

Recently, after the Saudi fund bought almost 5% of Tesla stock through the public markets, they reached out to ask for another meeting. That meeting took place on July 31st. During the meeting, the Managing Director of the fund expressed regret that I had not moved forward previously on a going private transaction with them, and he strongly expressed his support for funding a going private transaction for Tesla at this time. I understood from him that no other decision makers were needed and that they were eager to proceed.

I left the July 31st meeting with no question that a deal with the Saudi sovereign fund could be closed, and that it was just a matter of getting the process moving. This is why I referred to "funding secured" in the August 7th announcement.

Following the August 7th announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements."

Another critical point to emphasize is that before anyone is asked to decide on going private, full details of the plan will be provided, including the proposed nature and source of the funding to be used.  However, it would be premature to do so now.  I continue to have discussions with the Saudi fund, and I also am having discussions with a number of other investors, which is something that I always planned to do since I would like for Tesla to continue to have a broad investor base.  It is appropriate to complete those discussions before presenting a detailed proposal to an independent board committee.

It is also worth clarifying that most of the capital required for going private would be funded by equity rather than debt, meaning that this would not be like a standard leveraged buyout structure commonly used when companies are taken private.  I do not think it would be wise to burden Tesla with significantly increased debt.

Therefore, reports that more than $70B would be needed to take Tesla private dramatically overstate the actual capital raise needed.  The $420 buyout price would only be used for Tesla shareholders who do not remain with our company if it is private.  My best estimate right now is that approximately two-thirds of shares owned by all current investors would roll over into a private Tesla.

**What are the next steps?**

As mentioned earlier, I made the announcement last Tuesday because I felt it was the right and fair thing to do so that all investors had the same information at the same time.  I will now continue to talk with investors, and I have engaged advisors to investigate a range of potential structures and options.  Among other things, this will allow me to obtain a more precise understanding of how many of Tesla's existing public shareholders would remain shareholders if we became private.

If and when a final proposal is presented, an appropriate evaluation process will be undertaken by a special committee of Tesla's board, which I understand is already in the process of being set up, together with the legal counsel it has selected. If the board process results in an approved plan, any required

CONFIDENTIAL

regulatory approvals will need to be obtained and the plan will be presented to Tesla shareholders for a vote.[177]

104.    Market commentary discussed the content of Elon Musk's August 13, 2018 blog post:

> Shares of Tesla surged as much as 3% in early-trading Monday, before paring their gains, after CEO Elon Musk published an update on his plans to take the company private at $420 a share.
>
> **Despite tweeting on Tuesday that funding had been secured, Musk's newest blog post appears to contradict that claim**.[178]
>
> *****
>
> In his statement on Monday, Musk said that following his August 7 tweet, he has been in communication with the managing director of the Saudi fund.
>
> "He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals.  He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements," Musk said.[179]
>
> *****
>
> Saudi Arabia's desire to take a big stake in Tesla Inc. reflects its ambitious plan to build a base in the kingdom for electric-car production and diversify away from oil.
>
> Its sovereign-wealth fund is considering raising its nearly 5% holding in Tesla, people familiar with the matter said. Discussions among Saudi officials about increasing the Public Investment Fund's stake accelerated after Tesla Chief

---

[177]  "Update on Taking Tesla Private," Elon Musk blog post, August 13, 2018, 8:59 a.m., available at https://www.tesla.com/blog/update-taking-tesla-private.  *See also* "Update on Taking Tesla Private," Elon Musk tweet, August 13, 2018, 9:02 a.m.

[178]  "Tesla surges after Elon Musk offers details about his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:09 a.m. (emphasis added).

[179]  "Elon Musk reveals what he meant by his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:45 a.m. (emphasis added).

- 72 -

Executive Elon Musk last week proposed to take the car company private in a tweet, the people said.[180]

\*\*\*\*\*

All of Wall Street, and MarketWatch along with it, wanted to know more about Elon Musk's claims last week that he had the funding to take Tesla Inc. private.

**After Musk explained himself Monday morning, investors now know that his "funding secured" tweet last week was premature at best**. They showed that they were not buying his explanation by not buying Tesla (TSLA) stock at going rates well lower than the $420 level Musk quoted in that now-infamous tweet.

In a blog post early Monday, Musk responded to the doubts that have arisen since he created havoc among investors last Tuesday with the tweet that he was considering taking Tesla private at $420 a share. …

**Taken together, Musk's definition of "funding secured" appears to be, to assess it charitably, a stretch. And it certainly does not live up to what was required after his original tweet.[181]**

\*\*\*\*\*

Tesla Inc. shares wavered between gains and losses Monday as the boost from Chief Executive Elon Musk's blog post detailing his proposal to take the Silicon Valley car maker private faded.

Tesla (TSLA) shares shot up more than 3% in pre-market trading as Musk's blog post on the company's website went up, but then turned down more than 1% in midday trade as investors parsed the statement. They ended the session 0.3% higher at $356.41.[182]

---

[180] "Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars," Dow Jones Institutional News, August 13, 2018, 1:13 p.m.

[181] "MW UPDATE: Wall Street has spoken: Tesla funding is not 'secured'," MarketWatch, August 13, 2018, 3:39 p.m. (emphasis added).

[182] "MW UPDATE: Tesla shares swing higher amid confusion about Musk's going-private plan," MarketWatch, August 13, 2018, 5:03 p.m. (emphasis added).

105.   An article in *The New York Times* on August 13, 2018 stated that, according to sources, the Musk Tweets had not been cleared with the Tesla Board and that some members of the board were blindsided by the tweet:

> **An abrupt tweet last week by Elon Musk about the prospect of taking Tesla private was dashed off with little forethought, and had not been cleared ahead of time with the company's board**, two people familiar with the chain of events said Monday….
>
> But three people familiar with the workings of the Saudi fund cast doubt on his account.  They said the fund had taken none of the steps that such an ambitious transaction would entail, like preparing a term sheet or hiring a financial adviser to work on the deal....
>
> A person with direct knowledge of the Tesla board's thinking said **some members of the board had been totally blindsided** by Mr. Musk's decision to air his plan on Twitter....[183]

106.   Analyst commentary on August 13, 2018 included CFRA stating the going private deal could be more likely than previously thought and Morningstar, which was also positive on the likelihood of the deal happening:

> **We think Elon Musk's blog post likely reduces legal risk fallout for TSLA and helps clarify the potential going private situation, even if a transaction is ultimately not consummated**.  In the post, Mr. Musk explains how the Saudi Arabia Public Investment Fund had repeatedly expressed interest in taking Tesla private, something the fund could likely afford, leading Musk to believe that funding for a transaction was "secured." **The blog also explains how the deal could be more likely than we previously thought**, as it would ideally be structured to be less leveraged via greater than expected use of equity versus debt.  We would prefer this given TSLA's already plentiful cash needs.[184]

***** 

---

[183]   "Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," NYTimes.com Feed, August 13, 2018, 10:05 a.m. (emphasis added).

[184]   CFRA, *CFRA REITERATES HOLD OPINION ON SHARES OF TESLA, INC.*, August 13, 2018, 11:36 a.m. (source of timestamp: Capital IQ) (emphasis added).

Tesla CEO Elon Musk issued a blog post Aug. 13 that states he is still gauging shareholder interest in Tesla going private at $420 a share, but **our impression of his words is that he thinks it can happen, and we agree**. Tesla's board still must receive a formal proposal and then will have to evaluate it, so we think a deal will not happen this week but will eventually be announced. Musk also said the Saudi Arabian sovereign wealth fund has taken almost a 5% stake in Tesla, and he met with it recently about going private. All shareholders would have the choice of having their stock bought out at $420 a share or remaining invested in a private Tesla. We speculate that retail investors may have their equity moved to a publicly traded special-purpose vehicle while accredited investors would only be able to buy or sell shares every six months.

…

**Musk in an Aug. 7 tweet said, "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote." We think this statement means Musk believes he has enough votes to go private.** Musk also said in the Aug. 13 blog post that he estimates about two thirds of shareholders would go private and therefore not sell at $420. It sounds to us that he is not done talking to shareholders to gauge interest, but his estimate of about 66% of shareholders not tendering is not far off from our own assumption of 60%.[185]

107. **Chart 5** below shows the intraday trading activity (including price and volume) of Tesla common stock on August 13, 2018.

---

[185] Morningstar, *Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain*, August 13, 2018, 4:50 p.m. (source of timestamp: Capital IQ) (emphasis added).

**Chart 5**

Tesla Intraday Stock Price at End-of-Minute Intervals and Volume during Each Minute
August 13, 2018



*Source: Bloomberg*

108.  As shown in **Appendix 5**, Tesla's common stock price increased 0.26%, from a close of $355.49 per share on August 10, 2018 to a close of $356.41 per share on August 13, 2018 on volume of 10.5 million shares, which was 1.3 times the average volume during the 120 trading days prior to the start of the Class Period.  The abnormal return is positive 0.95%, which is not statistically significant at the 5% level.  The total abnormal price increase of $3.37 accounts for and thus eliminates the effects of all market-wide and industry-wide factors that might influence the price of Tesla common stock.

> **8.    August 14, 2018 and Musk's Tweets on the Purported Hiring of Financial Advisers, along with the Continued Absence of Disclosures of Meaningful, Reliable and Clear Information Describing the Proposed Going Private Transaction and the Continued Materialization of Consequential Harm**

109.  On Tuesday, August 14, 2018, Tesla's share price opened at $358.45, a 0.6% increase from the prior day close of $356.41.  Thereafter, the stock price declined to close at $347.64 on reports questioning the accuracy of Musk's latest tweets on hiring advisers

Goldman Sachs and Silver Lake.  I show below a summary of news articles and analyst commentary this day.

110.  After the markets closed on August 13, 2018, Musk tweeted:

> I'm excited to work with Silver Lake and Goldman Sachs as financial advisors, plus Wachtell, Lipton, Rosen & Katz and Munger, Tolles & Olson as legal advisors, on the proposal to take Tesla private.[186]

111.  News articles reported on the Musk tweet after the markets closed on August 13, 2018 and on August 14, 2018, which was then followed by reports that denied Silver Lake and Goldman Sachs had been hired:

> Tesla Inc Chief Executive Officer **Elon Musk said on Monday he was working with Silver Lake Partners and Goldman Sachs Group Inc** for financial advice on his proposal to take the electric car company private.
>
> "I'm excited to work with Silver Lake and Goldman Sachs as financial advisors, plus Wachtell, Lipton, Rosen & Katz and Munger, Tolles & Olson as legal advisors, on the proposal to take Tesla private," Musk said in a tweet.[187]
>
> \*\*\*\*\*
>
> **Silver Lake not hired by Tesla in official capacity**, Reuters reports Silver Lake is offering its assistance to Elon Musk in his exploration of taking Tesla private without compensation, and has not been hired as a financial adviser in an official capacity, Reuters reports, citing a source familiar with the matter. Further, Silver Lake is not currently discussing participating in the potential Tesla deal as an investor, the source added.  The firm is known for putting together leveraged buyouts in the technology sector rather than providing investment banking advice, Reuters added.  Musk last night tweeted that he's

---

[186]  Elon Musk tweet, August 13, 2018, 9:02 p.m., available at: https://twitter.com/elonmusk/status/1029171381584314368?lang=en.

[187]  "Musk says working with Silver Lake, Goldman on proposal to take Tesla private," Reuters News, August 13, 2018, 9:15 p.m. (emphasis added).

working Silver Lake and Goldman Sachs on taking the automaker private.[188]

*****

Tesla, Inc. (the "Company") announced today that its Board of Directors has formed a special committee comprised of three independent directors to act on behalf of the Company in connection with Elon Musk's previously announced consideration of a transaction to take the Company private (the "Going Private Transaction"). The special committee has not yet received a formal proposal from Mr. Musk regarding any Going Private Transaction nor has it reached any conclusion as to the advisability or feasibility of such a transaction.[189]

*****

Tesla Inc. (TSLA) Chief Executive **Elon Musk hadn't officially tapped Goldman Sachs Group Inc. as its financial advisor** when he revealed plans last week to take the car maker private and said he had secured funding for the deal, according to a Bloomberg News report that cited people with knowledge of the matter. **The bank still hadn't signed on when Musk tweeted late Monday he was working with Goldman and Silver Lake**, the people told Bloomberg. Conversations between Musk and Goldman Sachs representatives are ongoing, the report said. Silver Lake also is in a similar situation, Bloomberg said, citing one person familiar with the matter. Silver Lake isn't officially working for Musk and isn't being compensated, the report said.[190]

*****

In corporate news, shares of Tesla Inc. (TSLA) ended 2.3% lower after CEO Elon Musk late Monday said in a tweet that he

---

[188] "04:52 EDT Silver Lake not hired by Tesla in official capacity, Reuters…," Theflyonthewall.com, August 14, 2018, 4:52 a.m. (emphasis added).

[189] "Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction," GlobeNewswire, August 14, 2018, 8:30 a.m.

[190] "MW Goldman, Silver Lake not officially on board with Musk's plan: report," MarketWatch, August 14, 2018, 3:36 p.m. (emphasis added). *See also* "GOLDMAN SACHS IS SAID TO HAVE HAD NO MANDATE WHEN MUSK TWEETED" Bloomberg News, August 14, 2018, 12:53 p.m.

was working with Goldman Sachs and private-equity firm
Silver Lake on the electric-car maker's go-private plan.[191]

\*\*\*\*\*

Elon Musk again caught the financial world by surprise with an
announcement on Twitter about his desire to take Tesla Inc.
private, this time revealing a list of advisers before
arrangements with all of them were completed.[192]

112.   Analysts commented on Musk's blog post on August 13 including Barclays
stating that the go-private deal was still in its early stages, Evercore ISI stating that
investors were awaiting more detail on any potential Saudi funding and the structure of the
deal, and J.P. Morgan questioning whether the deal was ever near the finish line and not
sure what to believe:

> **Tesla's blog post on Monday 8/13/18 makes it clearer
> buyout is still in early stages, and board has much work to
> do**; ... Yesterday Elon Musk's blog post made it clear - as we
> suspected last week - that any go-private transaction still had
> numerous hurdles in front of it.  …
>
> And on Monday 13 August 2018, an updated blog post on the
> Tesla site from Mr. Musk made it **clear that the funding was
> in its very early stages**.[193]

\*\*\*\*\*

> Elon returns to Twitter: Yesterday, Elon released 2 statements
> (TSLA blog & twitter): 1) Background to "Funding Secured"
> comment – the full release is included here and we invite
> investors to come to their own semantic conclusions regarding
> 1) Saudi PIF verbal commitments and 2) Undisclosed details
> regarding the potential structure of a deal where current
> shareholders would opt-in to a "roll over" from public to private
> equity, 2) Corporate Advisors – Elon tweeted "I'm excited to

---

[191]   "MW Dow, S&P 500 halt 4-session skid as Turkish lira angst takes a breather," MarketWatch,
August 14, 2018, 4:08 p.m.

[192]   "Elon Musk Tweets Another Surprise, Saying Goldman and Silver Lake Are Tesla Advisers;
Electric-car maker's CEO and the investment firms hadn't completed any financial deals,
though," *The Wall Street Journal* Online, August 14, 2018, 7:30 p.m.

[193]   Barclays, *Time for even 'Blue Pillers' to Cash Out?*, August 14, 2018, 12:15 a.m. (source of
time stamp: Capital IQ) (emphasis added, footnote omitted).

work with Silver Lake and Goldman Sachs as financial advisors, plus Wachtell, Lipton, Rosen & Katz and Munger, Tolles & Olson as legal advisors, on the proposal to take Tesla private". Reuters later reported that Silver Lake appears to be "offering assistance to Musk without compensation" and has not been hired as a financial adviser in an official capacity. Complicated to say the least…investors clearly await more detail on size of any potential Saudi funding (and any strategic/secondary sponsors?) in addition to what the structure of any complicated roll over tender would look like?[194]

\*\*\*\*\*

**We significantly raised our price target based upon assertions of fact from Tesla CEO Elon Musk that "funding is secured"**

…

**We raised our price target from $195 to $308, but are ready to again value the firm on fundamentals alone should a deal not be cobbled together**.

**Already, it seems, such a deal is in trouble and may never have been anywhere near the finish line in the first place**:

Monday, August 13 morning **blog post to us seems a walkback** aimed more at providing legal cover for Mr. Musk than at providing additional details to the financial community;

Monday, August 13 afternoon report by NYTimes says Musk 4/20 tweet took Board by surprise;

Monday, August 13 evening tweet by Elon Musk says excited to work with Silver Lake and Goldman Sachs as financial advisors on proposal to take Tesla private.

WE [ARE] NOT SURE WHAT TO BELIEVE![195]

---

[194] Evercore ISI, *EvrISI Autos Pitstop: NIO IPO / Elon returns to Twitter*, August 14, 2018, 3:12 a.m. (TESLA_LITTLETON_00005109).

[195] J.P.Morgan, U.S. Autos, Auto Parts, Tires, & Auto Auction, Presentation for 2018 "Summer Lunch Series," August 14, 2018, p. 28 at JPMS_00002934 at 2961 (emphasis added and in original).

113. **Chart 6** below shows the intraday trading activity (including price and volume) of Tesla common stock on August 14, 2018.



**Chart 6**

Tesla Intraday Stock Price at End-of-Minute Intervals and Volume during Each Minute
August 14, 2018

114. As shown in **Appendix 5**, Tesla's common stock price declined 2.46%, from a close of $356.41 per share on August 13, 2018 to a close of $347.64 per share on August 14, 2018 on volume of 7.0 million shares, which was 0.8 times the average volume during the 120 trading days prior to the start of the Class Period. The abnormal return is negative 3.32%, which is not statistically significant at the 5% level. The total abnormal price decrease of $11.82 accounts for and thus eliminates the effects of all market-wide and industry-wide factors that might influence the price of Tesla common stock.

9. **August 15, 2018 and the Issuance of Subpoenas by the SEC, along with the Continued Absence of Disclosures of Meaningful, Reliable and Clear Information Describing the Proposed Going Private**

**Transaction and the Continued Materialization of Consequential Harm**

115.   On Wednesday, August 15, 2018, Tesla's share price opened at $341.91, a 1.6% decrease from the prior day close of $347.64.  Thereafter, the stock price declined further to close at $338.69 on reports that the SEC had issued a subpoena to Tesla and news that the SEC probe was now a formal investigation regarding the Musk Tweets.

116.   I show below a summary of news articles on August 15, 2018.

117.   News articles reported for example:

**The SEC sent subpoenas to Tesla on privatization plans and Musk's statements involving funding**, Fox's Charles Gasparino tweeted citing sources.

**Subpoenas signal investigation has reached the 'formal' stages**, tweet said.  Tesla extends losses, falls to session low, down as much as 4.5%.[196]

\*\*\*\*\*

**US authorities have intensified an investigation into Tesla's privatisation plan by issuing formal summons** to the electric car manufacturer's chief executive Elon Musk.  …

The SEC investigation into the company stepped up a gear on Wednesday when **the SEC issued a formal subpoena to Tesla** officials and Mr Musk, the company's billionaire founder, according to Fox News.  …

**Tesla's share price dropped 3.9pc following the reports of the subpoenas**, which are likely to complicate any discussions about taking the group private.[197]

---

[196]  "SEC Is Said to Send Subpoenas to Tesla on Privatization: Fox," Bloomberg First Word, August 15, 2018, 10:50 a.m. (emphasis added).

The Gasparino tweet stated: "SCOOP: SEC ramps up investigation into Tesla privatization plans; sends subpoenas to Tesla regarding privatization plans and Musk's statements involving "funding secured"--sources  Subpoenas signal investigation has reached the "formal" stages -- sources more now @FoxBusiness." *See* Charles Gasparino tweet, August 15, 2018, 10:42 a.m. available at: https://twitter.com/cgasparino/status/1029740099339268096?lang=en

[197]  "Tesla and Elon Musk under fire as SEC issues subpoenas," The Telegraph Online, August 15, 2018, 1:03 p.m. (emphasis added).

\*\*\*\*\*

**Elon Musk will likely need clearance from U.S. national security officials for any proposal to take Tesla Inc. private with financing from Saudi Arabia**, just as the Trump administration steps up scrutiny of foreign investment in American technology.

The deal, if it becomes reality, would be among the first to be reviewed by U.S. officials since President Donald Trump signed legislation this week that expands the government's authority to investigate and potentially block foreign takeovers of domestic companies.[198]

\*\*\*\*\*

**Shares of Tesla fell Wednesday following reports US securities regulators have subpoenaed the electric car maker's Chief Executive Elon Musk over his statements about taking the company private.**

Shares finished down 2.6 percent at $338.69 after news of the formal demand for information was published by Fox Business and The New York Times.  Shares fell as much as 4.5 percent earlier in the session.

**The development suggests the oversight by the US Securities and Exchange Commission -- which was characterized in previous news articles as an inquiry -- has "advanced to a more formal, serious stage,"** said The Times, which cited a person familiar with the matter.

A subpoena "typically requires the approval of top SEC officials," the newspaper added.

A Wall Street Journal story published after the stock market closed said the subpoena sought information from each of Tesla's directors.

A Tesla spokesperson declined comment.[199]

---

[198]   "Musk Seen Facing National Security Review in a Tesla-Saudi Deal," Bloomberg News, August 15, 2018, 12:48 p.m. (emphasis added).

[199]   "Tesla shares fall on reports of SEC subpoena," Agence France Presse, August 15, 2018, 5:33 p.m. (emphasis added).

118.  There were no new analyst reports available to me this day.

119.  **Chart 7** below shows the intraday trading activity (including price and volume) of Tesla common stock on August 15, 2018.

**Chart 7**

Tesla Intraday Stock Price at End-of-Minute Intervals and Volume during Each Minute
August 15, 2018



120.  As shown in **Appendix 5**, Tesla's common stock price decreased 2.57%, from a close of $347.64 per share on August 14, 2018 to a close of $338.69 per share on August 15, 2018 on volume of 9.1 million shares, which was 1.1 times the average volume during the 120 trading days prior to the start of the Class Period.  The abnormal return is negative 0.71%, which is not statistically significant at the 5% level.  The total abnormal price decrease of $2.46 accounts for and thus eliminates the effects of all market-wide and industry-wide factors that might influence the price of Tesla common stock.

10.    **August 16, 2018 and the Continued Absence of Disclosures of Meaningful, Reliable and Clear Information Describing the Proposed Going Private Transaction**

121.  On Thursday, August 16, 2018, Tesla's share price opened at $339.91, a 0.4% increase from the prior day close of $338.69.  Thereafter, the stock price declined during the day to close at $335.45 on mixed news and analyst commentary on Tesla's Model 3 production forecast (favorable news)[200] and base Model 3 future profitability (unfavorable news). [201,202]

122.  News articles reported for example:

> Tesla's odds of a successful take-private transaction are less than 50%, Bernstein analyst Toni Sacconaghi writes in a note raising the automaker's PT to $325 from $265.
>
> See Tesla as a challenging company to value given lack of cash flow, high capital intensity and explosive growth
>
> Sees a valuation range of $300 to $400 and current share prices imply margins and market share in 2050 that are higher than Mercedes and BMW
>
> Believe questions around a take-private transaction and the clarity of Model 3 quality and profitability will likely be answered over the next few quarters
>
> Maintain market-perform[203]

123.  **Chart 8** below shows the intraday trading activity (including price and volume) of Tesla common stock on August 16, 2018.

---

[200] "Tesla Analyst Who Toured Plant Bets on 8,000-a-Week Model 3 Pace," Bloomberg News, August 16, 2018, 8:38 a.m. (emphasis added).

[201] "Is a $35,000 Tesla Model 3 Envisioned by Musk Profitable? UBS Says No; Current claims of profitability are based on higher-price version of the sedan, the brokerage says," *The Wall Street Journal* Online, August 16, 2018, 12:20 p.m.

[202] *See also* discussion in paragraphs 155 to 161 below on potential confounding information disclosed on August 16, 2018, as well as on other dates.

[203] "Tesla's Odds of Going Private Less Than 50%, Bernstein Says," Bloomberg First Word, August 16, 2018, 7:11 a.m. (emphasis added).

**Chart 8**

Tesla Intraday Stock Price at End-of-Minute Intervals and Volume during Each Minute
August 16, 2018



*Source: Bloomberg*

124.  As shown in **Appendix 5**, Tesla's common stock price decreased 0.96%, from a close of $338.69 per share on August 15, 2018 to a close of $335.45 per share on August 16, 2018 on volume of 6.1 million shares, which was 0.7 times the average volume during the 120 trading days prior to the start of the Class Period.  The abnormal return is negative 1.54%, which is not statistically significant at the 5% level.  The total abnormal price decrease of $5.21 accounts for and thus eliminates the effects of all market-wide and industry-wide factors that might influence the price of Tesla common stock.

**11.    August 17, 2018 and the *NYT* Article, which the Market Interprets that Funding was NOT Secured, Nor Was there Any Formal Proposal**

125.  On Friday, August 17, 2018, Tesla's share price opened at $323.50, a 3.6% decrease from the prior day close of $335.45, and continued to decline to close at $305.50 on reports of an Elon Musk interview in the *NYT* Article linked the Musk Tweets to previously stated concerns about Musk's health and its impact on his ability to lead the company.  Further, in addition to reporting on Musk's health issues, according to the

Complaint, *NYT* Article also "noted that the funding for the proposed going private transaction 'was far from secure' and the Public Investment Fund 'had not committed to provide any cash'"[204] and "that no one had seen or reviewed Musk's August 7, 2018 tweet before he posted it indicating that no going private transaction was imminent."[205] According to the Order on Defendants' Motion to Dismiss, the *NYT* Article

> … revealed that (1) Mr. Musk posted the tweet while driving himself to the airport; (2) he had been under a lot of work-related stress; (3) the PIF did not commit any cash; (4) funding was far from secure; and (5) people were concerned about his drug use at the time.[206]

126. Thus, the likelihood of the going private transaction was substantially reduced. I show below a summary of news articles and analyst commentary this day.

127. The news articles starting late at night on August 16, 2018 begin with the Musk interview in the *NYT* Article (published in print on August 17, 2018)[207]

> Elon Musk was at home in Los Angeles, struggling to maintain his composure. "This past year has been the most difficult and painful year of my career," he said. "It was excruciating."
>
> The year has only gotten more intense for Mr. Musk, the chairman and chief executive of the electric-car maker Tesla, since he abruptly declared on Twitter last week that he hoped to convert the publicly traded company into a private one. The episode kicked off a furor in the markets and within Tesla itself, and he acknowledged on Thursday that he was fraying.
>
> In an hourlong interview with The New York Times, he choked up multiple times, noting that he nearly missed his brother's wedding this summer and spent his birthday holed up in Tesla's offices as the company raced to meet elusive production targets on a crucial new model.

---

[204] Complaint, ¶112, citing to "Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil," NYTimes.com Feed, August 16, 2018, 11:22 p.m.

[205] Complaint, ¶6.

[206] MTD, p. 39.

[207] "Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil," NYTimes.com Feed, August 16, 2018, 11:22 p.m.

Asked if the exhaustion was taking a toll on his physical health, Mr. Musk answered: "It's not been great, actually. I've had friends come by who are really concerned." …

For two decades, Mr. Musk has been one of Silicon Valley's most brash and ambitious entrepreneurs, helping to found several influential technology companies. He has often carried himself with bravado, dismissing critics and relishing the spotlight that has come with his success and fortune. But in the interview, he demonstrated an extraordinary level of self-reflection and vulnerability, **acknowledging that his myriad executive responsibilities are taking a steep personal toll**.

In the interview, Mr. Musk provided a detailed timeline of the events leading up to the Twitter postings on Aug. 7 in which he said he was considering taking the company private at $420 a share. He asserted that he had "funding secured" for such a deal a transaction likely to be worth well over $10 billion.

That morning, Mr. Musk woke up at home with his girlfriend, the musician known as Grimes, and had an early workout. Then he got in a Tesla Model S and drove himself to the airport. **En route, Mr. Musk typed his fateful message.** …

Mr. Musk has said he was referring to a potential investment by Saudi Arabia's government investment fund. Mr. Musk had extensive talks with representatives of the $250 billion fund about possibly financing a transaction to take Tesla private -- maybe even in a manner that would have resulted in the Saudis' owning most of the company. One of those sessions took place on July 31 at the Tesla factory in the Bay Area, according to a person familiar with the meeting. **But the Saudi fund had not committed to provide any cash, two people briefed on the discussions said**.

128.   News media commented:

Tesla's stock tumbled after CEO Elon Musk said he's working himself to the bone and relies on Ambien to sleep.

In a[] tearful interview with The New York Times, Musk said this has been "the most difficult and painful year" of his career. He said he works 120 hours some weeks and has trouble sleeping. Musk is also CEO of SpaceX and The Boring Company.

Investors weren't sympathetic.

The stock fell 8% on Friday, and it's down more than 20% since the day Musk tweeted he had secured funding for a private takeover of Tesla.

**Musk hasn't exactly given investors confidence that he's on the ball.**

**He admitted in the Times interview that he hadn't cleared his tweet with anyone at Tesla before firing it off midday August 7.  He also said that the price he chose " $420 a share" was somewhat arbitrary**.  He wanted it to be a 20% premium, which would have been around $419.  So he tweeted $420 because it was "better karma."[208]

\*\*\*\*\*

**Tesla Inc's shares slumped 9 percent on Friday after Chief Executive Officer Elon Musk told the New York Times he was under major emotional stress and was preparing for "extreme torture" from short sellers**.

Tesla stock was on track for its biggest daily slump in two years **as Wall Street questioned Musk's ability to lead the electric car maker.  Investors also were worried about reports that regulators were pressuring Tesla's directors for details about how much information he shared with them**.[209]

**What Mr. Musk meant by "funding secured" has become an important question.  Those two words helped propel Tesla's shares higher.  But that funding, it turned out, was far from secure**.[210]

129.    The *NYT* Article brought to light the foreseeable consequence of the Musk Tweets, as it revealed information that would indeed cause investor concern about regulators pressuring directors for details on how much he shared with them:

---

[208]  "Tesla's stock falls sharply after Elon Musk's tearful interview," CNN Wire, August 17, 2018, 11:51 a.m. (emphasis added).

[209]  "Tesla stock sinks after Musk gives tearful NYT interview," Reuters News, August 17, 2018, 4:00 p.m. (emphasis added).

[210]  "Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil," NYTimes.com Feed, August 16, 2018, 11:22 p.m. (emphasis added).

> Mr. Musk has said he saw the tweet as an attempt at transparency. He acknowledged Thursday that no one had seen or reviewed it before he posted it. …[211]

> The SEC is pressing Tesla's directors on how much info CEO Elon Musk shared with them ahead of his tweet last week about a potential deal to take the company private, the WSJ reported, citing an unidentified person with knowledge of the matter.[212]

130. The *NYT* Article brought to light the foreseeable consequence of the Musk Tweets, as it revealed information that would indeed cause investor concern related to corporate governance as it angered some board members, according to people familiar with the matter:

> The events set in motion by Mr. Musk's tweet have ignited a federal investigation and have angered some board members, according to people familiar with the matter. Efforts are underway to find a No. 2 executive to help take some of the pressure off Mr. Musk, people briefed on the search said. And some board members have expressed concern not only about Mr. Musk's workload but also about his use of Ambien, two people familiar with the board said. …

> Mr. Musk said in the interview that board members had not complained to him about his tweet. "I don't recall getting any communications from the board at all," he said. "I definitely did not get calls from irate directors."

> But shortly after the Times published its interview with Mr. Musk, he added through a Tesla spokeswoman that Antonio Gracias, Tesla's lead independent director, had indeed contacted him to discuss the Aug. 7 Twitter post, and that he had agreed not to tweet again about the possible privatization deal unless he had discussed it with the board.[213]

---

[211] "Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil," NYTimes.com Feed, August 16, 2018, 11:22 p.m.

[212] "SEC Is Said Asking How Much Musk Shared With Tesla Directors:WSJ," Bloomberg First Word, August 16, 2018, 4:19 p.m.

[213] "Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil," NYTimes.com Feed, August 16, 2018, 11:22 p.m. (emphasis added).

131. News media commented on the *NYT* Article and whether Musk should still be the CEO:

> Shares of Electric car maker Tesla Inc. tumbled about 9 percent Friday after CEO Elon Musk conceded in a newspaper interview that job stress may be getting the best of him. **Tesla shares closed at $305.50, their lowest level since Aug. 1, as analysts and business professors questioned whether the company's board should grant Musk a leave or even replace him with a more seasoned CEO.**[214]

> *****

> Elon Musk's erratic behavior was front and center again this week as the CEO of Tesla conceded that he's overwhelmed by job stress, pushing his electric car company's stock down and bringing pressure on its board to take action.

> Musk's revelation, in a Thursday interview with The New York Times, came as government regulators are reportedly investigating whether his recent out-of-the-blue tweet about taking Tesla private violated disclosure requirements.

> **Now, experts say Tesla has reached an intersection where the board must decide the direction of its leadership. Among their suggestions: Remove Musk as CEO, permanently or via a temporary leave of absence, or appoint a No. 2 executive who could act as a steadying hand.**[215]

132. Comments by the Barclays analysts about the need for a COO are also related to the questioning of the ability of Defendant Musk to lead the company:

> The NY Times interview gets to the question of a COO – an issue we pressed Mr. Musk on two years ago

> Need for a COO raised in Times article. We'll leave it to others to debate the psychology of Mr. Musk revealed in the lengthy NY Times interview that appears to have sent the shares sharply down today … For us, an important point was the

---

[214] "Business Highlights," Associated Press Newswires, August 17, 2018, 6:07 p.m. (emphasis added).

[215] "As Musk admits to job stress, Tesla's board may have to act," Associated Press Newswires, August 17, 2018, 6:08 p.m. (emphasis added).

acknowledgement that the company/board has, and may be searching for a COO…[216]

133.   J.P. Morgan stated that subsequent events led the analyst to believe that funding was not secured for going private:

> **We are reverting to valuing Tesla shares on the basis of fundamentals alone, which entails a $113 reduction in our price target back to the $195 level where it stood prior to our August 8 note in which we newly weighted 50% in our valuation analysis a go-private scenario for which funding was at that time said to have been secured to take the company private at $420 per share** …In reference to statements on Twitter on August 7 by Tesla CEO Elon Musk that "funding has been secured", we wrote in our August 8 note, "As surprising to us as these developments are, and as lacking as the statements are in any details regarding whom is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." We also stated, "Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through."
>
> **Our interpretation of subsequent events leads us to believe that funding was not secured for a going private transaction, nor was there any formal proposal.** On August 13, Mr. Musk posted a statement to Tesla's website in which he explained that the comment relative to funding being secured was based upon a July 31 meeting with the Saudi Arabian sovereign wealth fund in which its representative expressed support for funding a transaction to go private. However, it was also stated, "Following the August 7th announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements." We had imagined following the surprise August 7 announcement that another party (e.g., the Saudi fund) had already firmly decided (including having completed any

---

[216]   Barclays, *Potential for a COO: Good for the company, but won't help the stock*, August 17, 2018, 2:08 p.m. (source for time stamp: Capital IQ, emphasis omitted).

internal review process) to fund a going private transaction. The revelation the Saudi fund is subsequently asking Tesla for details of how the company would be taken private suggests to us that any deal is potentially far from even being formally proposed, which is different from our understanding on August 8 which was based on Mr. Musk's statement on Twitter that, "Only reason why this is not certain is that it's contingent on a shareholder vote".[217]

134. **Chart 9** below shows the intraday trading activity (including price and volume) of Tesla common stock on August 17, 2018.

---

[217] J.P. Morgan, *Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195*, August 20, 2018, 6:15 a.m. (emphasis in original and added). I note that in an email dated August 17, 2018 at 8:59 a.m., the J.P. Morgan analyst, Ryan Brinkman, wrote "I'm thinking on Monday to perhaps remove the 50% "go private" weighting, taking price target back down to $195. Obviously a tough call." Source: JPMS_00004543 (Exhibit 21 to Deposition of Ryan Brinkman, May 4, 2021 ("Brinkman Dep."). I note the time stamp in the email is 12:59 p.m. but Mr. Brinkman stated in deposition that the time stamp is four hours ahead so the correct time is 8:59 a.m. Brinkman Dep. 99:2 - 99:8. When asked what made the price target reduction a tough call, Mr. Brinkman stated "I think I was the first analyst to come out and say -- or one of the first, that these Tweets weren't true and essentially it would be tantamount to say the CEO had lied or mislead investors which is, you know, something that's impolitic and I think I handled it in the best way possible." Brinkman Dep. 100:9 - 100:18.

I also note the analyst stated, when asked about the *NYT* Article, "I don't know if this is for sure the one, but it might have been the article where there was reference to board of directors not having known about the go-private Tweet, which certainly would have been impactful for my research and understanding of the situation." Brinkman Dep. 93:7-93:13. Further, when asked about the following statement in the NY Times: "Board members blind-sided by the chief executive's market-moving statement were angry they had not been briefed…", Mr. Brinkman stated this was important because "…CEOs just don't come out with announcements that the company is being taken private or acquired by another company or even acquiring another company without the board of directors being at least aware. So it -- it very much undermined the veracity of the August 7 Tweets." Brinkman Dep. 95:15 - 96:23.



**Chart 9**

Tesla Intraday Stock Price at End-of-Minute Intervals and Volume during Each Minute
August 17, 2018

135.   As shown in **Appendix 5**, Tesla's common stock price decreased 8.93%, from a close of $335.45 per share on August 16, 2018 to a close of $305.50 per share on August 17, 2018 on volume of 19.0 million shares, which was 2.3 times the average volume during the 120 trading days prior to the start of the Class Period.  The abnormal return is negative 9.10%, which is statistically significant at the 1% level.  The total abnormal price decrease of $30.53 accounts for and thus eliminates the effects of all market-wide and industry-wide factors that might influence the price of Tesla common stock.

### C.  Post Class Period: August 27, 2018 (Impact Day) - Staying Public

136.   After the markets closed on Friday, August 24, 2018, Elon Musk announced via tweet and blog post on the company's website that Tesla would remain a public company.  The blog post stated:

> Given the feedback I've received, it's apparent that most of Tesla's existing shareholders believe we are better off as a

public company. … I'm incredibly excited to continue leading Tesla as a public company.[218]

137.   A statement was also released by the independent members of Tesla's Board which said:

> Elon communicated to the Board that after having done this work and considered all factors, he believes the better path is to no longer pursue a transaction for taking Tesla private. After discussing this, we dissolved the Special Committee. The Board and the entire company remain focused on ensuring Tesla's operational success, and we fully support Elon as he continues to lead the company moving forward.[219]

138.   Analyst reaction included CFRA lowering their target price to $325 from $380, reflecting the removal of the premium ($30 per share) for the potential going private transaction and a valuation penalty ($25 per share) for reduced management credibility and increased legal risk (SEC investigations and investor lawsuits) and distraction; RBC stating the stock could return to trading on fundamentals but acknowledged it trades on sentiment; Jefferies stating the stock could take a hit and the go-private episode had resulted in an SEC investigation, lawsuits and more damage to the standing of management and board; and Canaccord stating the recent distractions increased  its risk profile, reduced outlook for Model 3 production and decreased their price target for the stock to $316 from $336:

> **We lower our 12-month target price to $325 from $380. This reflects the removal of the premium ($30 per share) we added for the then potential going private transaction and a valuation penalty ($25 per share) that we asses** [sic] **for reduced management creditability and increased legal risk (SEC investigations and investor lawsuits) and distraction**.
> …
>
> We are not surprised that the bid failed, as there were many hurdles to leap.  Also, as noted previously, we believe that there are more benefits for TSLA by staying public than by going

---

[218]   "Staying Public," Tesla Blog Post by Elon Musk, August 24, 2018, and Twitter post "Staying Public," @Tesla, August 24, 2018, 11:15 p.m.

[219]   "Statement from Independent Members of Tesla's Board of Directors (Brad Buss, Robyn Denholm, Ira Ehrenpreis, Antonio Gracias, Linda Johnson Rice, and James Murdoch)," GlobeNewswire, August 24, 2018, 11:11 p.m.

private and adding additional debt to a leveraged balance sheet.[220]

\*\*\*\*\*

Late Friday night, Tesla announced they would remain a public company. **With a potential bid of $420/share out of the way, we'd like to say the stock will return to trading on fundamentals, but the truth is the stock trades on sentiment.** Each side of this polarizing stock may feel emboldened by the "stay public" announcement. ... **It has become clear to us that funding was not secured or there was not sufficient interest to take the company private at $420/share. And we think credibility has taken a hit.** Recall, **Elon initially stated "investor support is confirmed" but now shareholder sentiment is "please don't do this."** The letter also indicated that institutional shareholders explained they have limits on private investments and there is no proven path for retail investors to remain in a private Tesla (which Elon wanted) - two ideas many sussed out quickly.

**This reinforces the idea that this whole episode was not planned or fully thought out and thus could get added to the list of debatable statements from the company over the years. Further, we see potential ramifications from an SEC investigation and shareholder lawsuits.** Though these are admittedly unquantifiable, they would be an incremental call on cash for a company with a weak balance sheet.

Given the events of the past few weeks, we believe even rational bulls would have to admit that **Tesla and CEO Elon Musk have lost some of their luster. This is a non-trivial point considering that investor belief in Musk and wanting to invest with him, has to date, arguably been the largest driver of the stock.** In our view, Musk's involvement in the company is critical, but now more than ever a solid #2 - someone with strong operational background that can help Tesla move from ideas to execution - is crucial. We could also see more investor pressure for improved corporate governance.[221]

---

[220] CFRA, *CFRA MAINTAINS HOLD OPINION ON SHARES OF TESLA MOTORS, INC.*, August 27, 2018, 10:40 a.m. (source of time stamp: Capital IQ) (emphasis added).

[221] RBC Capital Markets, *What a long strange trip it's been*, August 26, 2018, 4:00 p.m. (source of time stamp: Capital IQ) (emphasis added).

*****

**Shares may be hit today as a result of more erratic corporate behavior at Tesla**, However, we wonder if the "going private" tweet has effectively put Tesla in play and may lead to additional discussions with other investors, mainly corporates, that value Tesla's vision and can help bridge gaps in growth and execution skills.  In any scenario, we think Tesla needs new capital to fund midterm growth or risk a de-rating of its valuation multiples.  …

The targeted $420 price was also, understandably, deemed too low by many bulls.  **The only tangible results so far from that episode seem to be an SEC investigation, lawsuits and more damage to the standing of management and board**.[222]

*****

Tesla announced late Friday that the company would remain public; Elon Musk cited a consensus shared between both retail and institutional shareholders that remaining a public company would be in its best interest.  Those institutional investors also indicated regulatory guidelines would prevent them from maintaining their full stakes.

We believe the drama associated with this endeavor, which includes tweeting "funding secured," is a great example of why even a great company may need different leaders during its life cycle.

Our greatest concern is that while TSLA leads the market with brand and technology, a series of self-inflicted problems could open the door for new entrants with greater financial backing, such as the Toyota/Uber opportunity, for example.

**The recent distractions at TSLA increase our risk profile and affect our outlook for Model 3 production.  With a modest trim of our Model 3 production estimates from 52K to 48K, our PT decreases to $316 from $336 previously**.[223]

---

[222]   Jefferies, *Is Tesla still in play?*, August 27, 2018, 4:45 a.m. (source of time stamp: Capital IQ) (emphasis added).

[223]   Canaccord Genuity, *Going private off the table; trimming Model 3 expectations for Q3; HOLD, PT to $316*, August 28, 2018, 5:04 a.m. (source of time stamp: Capital IQ) (emphasis added).

139.   As shown in **Appendix 5**, Tesla's common stock price decreased 1.10%, from a close of $322.82 per share on August 24, 2018 to a close of $319.27 per share on August 27, 2018 on volume of 13.1 million shares, which was 1.6 times the average volume during the 120 trading days prior to the start of the Class Period.  The abnormal return is *negative* 2.64%, which is not statistically significant at the 5% level.[224]

### D.  <u>Post Class Period: September 28, 2018 and October 1, 2018 (Impact Days) - SEC Settlements</u>

140.   According to the Complaint:

> On September 27, 2018, the SEC filed a complaint against Musk alleging violations of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5.  Two days later, on September 29, 2018, the SEC filed a complaint against Tesla alleging violations of Rule 13a-15 under the Securities Exchange Act of 1934.  Both Musk and Tesla later consented to judgments being entered against them.  The judgments ordered Musk to resign as Tesla's Chairman, ordered Tesla to appoint additional independent directors, and required Tesla and Musk to each pay a $20 million penalty ($40 million total).  The United States District Court for the Southern District of New York approved the settlements and the accompanying judgments and consents on October 16, 2018.[225]

141.   The SEC complaint against Musk was filed after the markets closed on Thursday September 27, 2018[226] and the SEC complaint against Tesla, as well as the Musk and Tesla settlements, were filed on Saturday, September 29, 2018.[227]

---

[224] The same regression specification has been applied to the period following the end of the Class Period as was employed for the dates during the Class Period.  *See* Appendix E to Class Certification Report for description of the market model.

[225] Complaint, ¶116.

[226] *See,* for example, "Elon Musk Sued by the SEC for Securities Fraud," Dow Jones Institutional News, September 27, 2018, 4:20 p.m.

[227] *See,* for example, "Elon Musk Forced To Step Down As Tesla Chairman To Settle SEC Fraud Charges – MarketWatch," Dow Jones Institutional News, September 29, 2018, 5:47 p.m.  and "Elon Musk Settles SEC Fraud Charges; Tesla Charged With and Resolves Securities Law Charge," Securities and Exchange Commission Documents, September 29, 2018.

142.  After the SEC complaint filed against Musk on September 27, 2018, analyst commentary was negative especially because the SEC was pursuing barring Elon Musk from acting as an officer or director of any public companies in the future:

> After market close, the SEC filed a complaint against Elon Musk, alleging he committed securities fraud by knowingly Tweeting false and misleading statements regarding taking Tesla private and whether funding was secured, among other complaints.  Tesla shares have dropped over 10% in after-hours trading.
>
> We believe this will raise the cost of capital to fund the two upcoming tranches of debt, which include $230M in November and $920M in March 2019.  This will also likely pressure the shares with the ongoing lawsuit, due to many institutional investors limiting the amount of shares they hold with an active SEC lawsuit.
>
> Beyond suing for any ill-gotten gains and civil penalties surrounding the Securities and Exchange Act, the SEC is pursuing barring Elon Musk from acting as an officer or director of any public companies in the future.
>
> While we agree Musk's talent could likely be used in a different capacity than Chairman and CEO, we also believe that a complete removal from the company poses a risk to the shares.[228]
>
> *****
>
> The SEC filed a civil action against Elon Musk alleging he made "false and misleading statements" when tweeting about taking Tesla private, causing "significant confusion and disruption in the market for Tesla stock and resulting harm to investors." The SEC seeks to disgorge any ill-gotten gains, civil fines, and an order prohibiting Mr. Musk from acting as an officer or director of a public company.  Without a doubt, we see that last demand as the one mattering most.[229]

---

[228] Canaccord Genuity, *SEC files lawsuit against Musk*, September 27, 2018, 6:33 p.m (source for time stamp: Capital IQ).

[229] Guggenheim Securities, *TSLA – Taking the Bad with the Good*, September 27, 2018, 11:10 p.m. (source for time stamp: Capital IQ, emphasis omitted).

*****

SEC lawsuit against CEO Elon Musk adds further uncertainty to Tesla story.[230]

*****

We reiterate our Underweight rating on Tesla shares, including after the US Securities and Exchange Commission (SEC) filed a complaint Thursday with the US District Court for the Southern District of New York alleging that Tesla CEO Elon Musk violated federal securities law by making a series of false and misleading statements on August 7 relative to the prospect of taking the company private.[231]

*****

The SEC civil action may lead to Musk's exit from Tesla (either permanently or temporarily) and the Musk premium in the shares dissipating. … TSLA share have ~$130 of Musk premium for future success that might dissipate.[232]

143.   After the news on Saturday, September 29, 2018 that Musk and Tesla had settled with the SEC, analyst commentary was positive though noting risks remain elevated:

We view Elon Musk and Tesla's settlement with the SEC as a positive change, as it should improve corporate governance and allow investor focus squarely on the operations.[233]

*****

Elon Musk settled with the SEC after last week's claims that his go-private tweets misled investors, agreeing to step down as

---

[230]   RBC Capital Markets, *Lawsuit Secured*, September 27, 2018, 6:27 p.m. (source for time stamp: Capital IQ).

[231]   J.P. Morgan, *Reiterate Underweight as SEC Seeks CEO Removal After Alleged Securities Law Violation, Adding to Pre-Existing Pressures*, September 28, 2018, 6:00 a.m. (source for time stamp: Capital IQ).

[232]   Barclays, *Lawsuit Secured*, September 28, 2018., 12:59 a.m. (emphasis omitted, source for time stamp: Capital IQ).

[233]   Canaccord Genuity, *SEC settlement should be a positive for shares; maintain HOLD*, September 30, 2018, 11:06 p.m. (source for time stamp: Capital IQ).

chairman for 3 years and add 2 new independent directors, with him and Tesla each paying a $20mil fine and Tesla establishing new oversight of his tweets, but Musk importantly remaining CEO.[234]

*****

Given the circumstances, we view Elon Musk's and Tesla's settlement with the SEC as a positive outcome.[235]

*****

The Securities and Exchange Commission (SEC) on Saturday announced a settlement of the securities fraud charges it had brought against Tesla CEO Elon Musk only last Thursday … and announced additional charges against Tesla itself that were simultaneously also settled. …

We regard the settlement with Mr. Musk as a positive relative to the situation Tesla found itself in after the SEC charges were initially brought last Thursday, as it reduces uncertainty as to who will lead Tesla and avoids a distracting and potentially lengthy trial. …

We estimate Tesla's legal risks remain elevated, given the plethora of now potentially bolstered shareholder class actions and any potential Department of Justice investigation.[236]

*****

Back to the bull/bear debate with bulls likely to declare near-term victory: With the unexpected SEC/Tesla/Musk settlement announced on Saturday, we are back to the "red pill vs. blue pill debate" over the underlining fundamentals for the stock. We on the red pill side will continue to focus on what we see the longer-term over-valuation of the shares, while those on the blue pill side will probably see the settlement as vindication,

---

[234]  Guggenheim Securities, *TSLA – Staying CEO and Now Back to Business*, October 1, 2018, 12:00 a.m. (source for time stamp: Capital IQ).

[235]  RBC Capital Markets, *Settlement Secured*, September 30, 2018, 2:52 p.m. (source for time stamp: Capital IQ).

[236]  J.P. Morgan, *Tesla and Tesla CEO Elon Musk Settle Charges with SEC, Reducing Uncertainty, Although Legal Risk Remains Elevated – ALERT*, October 1, 2018, 12:16 a.m. (emphasis omitted, source for time stamp: Capital IQ).

esp. as the shares Monday should regain their Friday losses. With 90 days to comply with the settlement, Tesla is likely in our view to strike a typically bullish tone on the 3Q sales release, shareholder letter and conference call. As a result, we would not be surprised to see the stock rebound over the next few weeks. Nevertheless, we reiterate our UW and $210 price target.[237]

144. As shown in **Appendix 5**, Tesla's common stock price decreased 13.90%, from a close of $307.52 per share on September 27, 2018 to a close of $264.77 per share on September 28, 2018 on volume of 33.6 million shares, which was 4.1 times the average volume during the 120 trading days prior to the start of the Class Period. The abnormal return is negative 13.84%, which is statistically significant at the 1% level.

145. As shown in **Appendix 5**, Tesla's common stock price increased 17.35%, from a close of $264.77 per share on Friday, September 28, 2018 to a close of $310.70 per share on Monday, October 1, 2018 on volume of 21.8 million shares, which was 2.6 times the average volume during the 120 trading days prior to the start of the Class Period. The abnormal return is 17.53%, which is statistically significant at the 1% level.

## VI.   LOSS CAUSATION ISOLATING THE IMPACT OF THE ALLEGATIONS BY ACCOUNTING FOR MARKET-WIDE AND INDUSTRY INFLUENCES, AS WELL AS POTENTIALLY CONFOUNDING INFORMATION RELEASED OVER THE CLASS PERIOD AND THE CONSTRUCTION OF THE ARTIFICIAL INFLATION RIBBON

### A.   Statistical Analysis of the Price Movements Following the Alleged Partial Corrective Disclosure

146. In this section, I analyze the impact, if any, of potentially confounding information (*i.e.*, the disclosure of unanticipated, material information that is unrelated to the allegations) on the observed price movements during the Class Period. I begin by repeating that, as of the close on August 17, 2018, the value of Tesla reflected *all* the information that had been incorporated into Tesla's market price during the Class Period. Although I find that the price movements over the Class Period predominantly related to

---

[237]   Barclays, *Back to the previously scheduled red pill v blue pill debate*, October 1, 2018, 12:18 a.m. (emphasis omitted, source for time stamp: Capital IQ).

the information allegedly misrepresented and omitted in the Musk Tweets, as well as the foreseeable consequential effects caused by those concerns that surfaced after the Musk Tweets (*e.g.*, reduced management credibility and failures of corporate governance and internal controls, as well as increased legal risk from SEC investigations and investor lawsuits), I isolate any of the overall price decline during the Class Period that could be attributable to factors unrelated to Plaintiff's allegations in this matter.

> ### 1. Accounting for Market-Wide and Industry Influences on Tesla Stock Price Movements

147.  Over the Class Period, there was a general decline in the market and industry indexes.  I therefore first remove these market-wide and industry influences on Tesla's stock price movements between the market close on August 7, 2018 when the stock price was $379.57 per share and the market close on August 17, 2018 when the stock price was $305.50 per share.  I show in **Table 5** below that after removing market-wide and industry influences on Tesla's stock price movements, the "adjusted" stock price of Tesla would have been $312.90 per share.  For this calculation I start with the closing price on August 7, 2018 of $379.57, and then apply the daily abnormal return on August 8, 2018 of *negative* 2.36% — *i.e.,* the return to Tesla that eliminates market and industry effects for August 8, 2018 —  and calculate the adjusted price for August 8, 2018 of $370.60.  This adjusted price removes the August 8, 2018 market-wide and industry influences on Tesla's stock price movements.

**Table 5**

| Date | Price | Return | Abnormal Return | Adjusted Price |
|---|---|---|---|---|
| 8/7/2018 | $379.57 | | | $379.57 |
| 8/8/2018 | $370.34 | -2.43% | -2.36% | $370.60 |
| 8/9/2018 | $352.45 | -4.83% | -4.67% | $353.31 |
| 8/10/2018 | $355.49 | 0.86% | 2.11% | $360.75 |
| 8/13/2018 | $356.41 | 0.26% | 0.95% | $364.17 |
| 8/14/2018 | $347.64 | -2.46% | -3.32% | $352.10 |
| 8/15/2018 | $338.69 | -2.57% | -0.71% | $349.61 |
| 8/16/2018 | $335.45 | -0.96% | -1.54% | $344.24 |
| 8/17/2018 | $305.50 | -8.93% | -9.10% | $312.90 |

*Adjusted Price after 8/7/2018 is prior Adjusted Price multiplied by  1 + Abnormal Return.*

148.  I next use this adjusted price of $370.60 on August 8, 2018 and the abnormal returns for each of the seven following days (*i.e.,* August 9, 2018 to August 17, 2018), to calculate an adjusted stock price for Tesla as of August 17, 2018 of $312.90 per share, which accounts for and removes the market and industry influences on Tesla stock price movements during the Corrective Interval or my event window.  This derivation is also shown in **Table 5**, where I demonstrate that of the total $74.07 per share decline in Tesla's stock price — from $379.57 per share on August 7, 2018 to $305.50 per share on August 17, 2018 — $7.40 per share (or $312.90 - $305.50, which is approximately 10% of the total decline) is due to market-wide and industry influences.

## 2.    Company-specific information unrelated to the alleged misstatements

149.  After removing the market-wide and industry influences from the Tesla stock price movements over the Class Period, I next carefully examined the news sources and the analyst reports, as well as the minute-by-minute results from my event study to determine whether Tesla's stock price might have been impacted by contemporaneous disclosures of other Tesla-specific, unanticipated, material information that was unrelated to the Musk Tweets or Consequential Harm.  By examining the price movements in minute detail, I am able to determine whether any of the observed price decline over the Corrective Interval was caused by unrelated material, unanticipated information or factors.  I note that positive material, unanticipated news that would have caused stock price to rise would have cushioned the observed price decline.[238]

150.  In **Table 6** below, I identify news that is not associated with the Musk Tweets and the Consequential Harm (*i.e.*, <u>potentially</u> confounding information) and that might have resulted in price impact.  The date and time of the news recorded in **Table 6**  below specifies when the articles first reported on the matter.  I also present the abnormal returns and statistical significance measures for the one-minute and fifteen-minute intervals

---

[238]  I examine all potential confounding information, but note that that positive material, unanticipated news that would have caused stock price to rise would have cushioned the observed price decline over the Corrective Interval.  Thus, if this was incorrectly accounted for it would means my calculation of artificial inflation is too low and damages are understated.

following these disclosures.[239]   Based on my statistical analysis of the one-minute and fifteen-minute intervals as well as my thorough analysis of the news, I did not identify any materially, negative, new, unanticipated confounding information that should be incorporated into my "adjusted" price of Tesla common stock.   I explain my analysis of the potentially confounding news in **Table 6** below.

---

[239]   I use 1-minute and 15-minute intervals in my potentially confounding news analysis and note that the abnormal returns for the 1-minute and 15-minute intervals following the Musk Tweets at 12:48 p.m. on August 7, 2018 are positive and statistically significant at the 1% level.  The 1-minute (close to open) and 15-minute (close to 9:45 a.m.) intervals following the  interview in the *NYT* Article after the market close on August 16, 2018 are negative and statistically significant at the 5% and 1% level, respectively.

CONFIDENTIAL

**Table 6[240]**
**Disclosures with Potentially Confounding News**

| Impact Date | Date | Time | News Summary | Abnormal Return | | p-value | |
|---|---|---|---|---|---|---|---|
| | | | | 1-minute interval | 15-minute interval | 1-minute interval | 15-minute interval |
| 8/6/18 | 8/6/2018 | | | | | | |
| 8/7/18 | 8/7/2018 | 12:17 PM | Saudi Arabia's Public Investment Fund Builds $2 Bln Stake. | 0.01% | 4.17% | 95.43% | 0.00% |
| 8/8/18 | 8/8/2018 | 1:00 AM | Tesla's production of solar roof tiles has been delayed by assembly-line problems. | -2.65% | -0.81% | 6.04% | 60.63% |
| 8/9/18 | 8/9/2018 | | | | | | |
| 8/10/18 | 8/10/2018 | 8:55 AM | Return of an experienced engineer like Field suggests Apple could still be looking to produce its own autonomous vehicles. | 1.51% | -0.81% | 28.10% | 60.63% |
| 8/13/18 | 8/10/2018 | 6:01 PM | Tesla blog post: What You Need to Know about the Federal EV Tax Credit Phase Out explains phase out of tax credits for buyers after Tesla sold 200,000 vehicles. | 1.50% | -0.51% | 28.46% | 74.45% |
| 8/14/18 | 8/14/2018 | | | | | | |
| 8/15/18 | 8/15/2018 | | | | | | |
| 8/16/18 | 8/16/2018 | 4:20 AM | Tesla backs off solar panel deal; latest sign of the uncertain outlook for Tesla's solar business. | -0.51% | -0.64% | 71.47% | 68.46% |
| | 8/16/2018 | 7:14 AM | Tesla whistleblower (Tripp) tweets claims that the firm's car batteries are faulty. | -0.51% | -0.64% | 71.47% | 68.46% |
| | 8/16/2018 | 8:38 AM | Musk's plan to become profitable, is on track and an 8,000 a week production rate is "well within reach,". Evercore forecast Model 3 production of 123,000 vehicles during the second half of the year, but the analysts said they may need to boost that by as much as 7 percent after the tours. | -0.51% | -0.64% | 71.47% | 68.46% |
| | 8/16/2018 | 12:20 PM | Tesla making profit of more than $3,000 on each sale of the current low-price version of its Model 3 sedan, but would likely lose nearly twice that amount if it sold the vehicle at its long-promised $35,000 price tag, according to a new estimate from UBS. | -0.14% | -0.33% | 11.68% | 35.62% |
| | 8/16/2018 | 2:29 PM | Ex-Tesla worker (Hansen): Gigafactory workers involved in drug trafficking. | 0.12% | 0.28% | 18.35% | 42.93% |
| 8/17/18 | 8/16/2018 | 4:03 PM | Another whistleblower (Hansen) filed tip with the SEC. The tip alleges that Tesla did not disclose to shareholders the theft of raw materials and unauthorized surveillance and hacking of employee devices and that the company did not tell federal authorities about information it received from former employee Karl Hansen about alleged drug trafficking at the company's Gigafactory in Nevada. [Musk later responds calling whistleblower super nuts]. | -3.13% | -5.66% | 2.67% | 0.04% |
| | 8/16/2018 | 4:30 PM | SEC Said to Probe Tesla on Model 3 Disclosures Last Yr: WSJ. | -3.13% | -5.66% | 2.67% | 0.04% |
| | 8/16/2018 | 5:54 PM | Whistleblower (Hansen) says Tesla's security team is staffed with former members of a notorious group from Uber that allegedly spied on rivals. | -3.13% | -5.66% | 2.67% | 0.04% |

---

[240] The 1-minute and 15-minute intervals are based on the closing price of the 1-minute interval starting before the news and ending at the first and fifteenth 1-minute interval following the news. For news after the market close and prior to the next market open, the 1-minute and 15-minute abnormal returns and p-values are measured from prior close to the next market open for the 1-minute interval and to 9:45 a.m. for the 15-minute interval. Source for news: **Appendix 14**. For news released within a trading day, 1-minute and 15-minute abnormal returns are calculated based on minute-level abnormal returns, with t-statistics and p-values for the 15-minute abnormal returns based on 15 intervals. Abnormal returns for news released outside of market hours are calculated as follows: 1-minute returns are equal to the close-to-open returns as described in footnote 122 of the Class Certification Report; and 15-minute

### a)   August 7, 2018 at 12:17 p.m.

151.   As discussed above, news of the Saudi Arabia PIF investment in Tesla[241] had a positive stock price impact, as shown by the fifteen-minute stock price reaction.  The ten-minute price and volume analysis in paragraph 76above shows that the price and volume increase was most prevalent in the first 20 minutes after the news and had been incorporated into the market price prior to and at least ten minutes before the Musk Tweets. Therefore, I have appropriately accounted for this information, which was disclosed before the start of the Class Period.

### b)   August 8, 2018 at 1:00 a.m.

152.   News that Tesla's production of solar roof tiles had been delayed by assembly-line problems[242] might be considered negative news to Tesla investors.  However, a complete examination of the discussions following this disclosure and empirical evidence suggests it was not unanticipated, material adverse information.  Although the Tesla stock opened down 2.8% at $369.09, it quickly rebounded to $382.55 by 10:10 a.m.,[243] which was above the prior day's close.  Moreover, the one-minute (close to open) and the fifteen-minute stock price reaction (close to 9:45 a.m.) were not statistically significant at the 5% level and the full day stock price reaction is also not statistically significant at the 5% level. More critically, a full analysis shows that news articles before the market open noting the pre-market stock price decline mentioned and focused on the going-private deal, while there was no mention of the information disclosed about solar roof tiles.  Indeed, news sources attributed the full day stock decline of 2.4% to news that the SEC was probing the Musk Tweets,[244] while I was unable to find even a single news article or analyst

---

returns are based on a similar methodology using returns calculated from the close to the 9:44-9:45 closing interval price (obtained from Bloomberg GIT data).

[241]  "Saudi Arabia's sovereign fund builds $2bn Tesla stake," *Financial Times*, August 7, 2018, 12:17 p.m.

[242]  "INSIGHT-Inside Tesla's troubled New York solar factory," Reuters News, August 8, 2018, 1:00 a.m.

[243]  Based on the closing 1-minute interval price, *see* paragraph 87.

[244]  "SEC Looks Into Musk's Taking-Tesla-private Tweets: WSJ -- MarketWatch," Dow Jones Institutional News, August 8, 2018, 4:06 p.m.; "US stocks end near flat; Tesla retreats," Agence

commentary attributing any of the price decline to the delay in solar roof tile production. Nor did I find any analysts decreasing their estimates based on solar-related revenues. Therefore, from an economic perspective I do not consider this disclosure to include *negative*, unanticipated, material information; in other words, it is not confounding information.

      **c)**      **August 10, 2018 at 8:55 a.m.**

153.  News that Apple could be looking to produce autonomous vehicles[245] was disclosed before the market open might be considered negative news to Tesla investors. However, the price opened 0.4% *higher* than its prior day close, the one-minute (close to open) and fifteen-minute (close to 9:45 a.m.) stock price reactions were not statistically significant at the 5% level, and the full day stock price reaction was *positive* and not statistically significant at the 5% level. Further, no news sources attributed any price impact to the Apple news, nor did I find any analysts commenting on this news in my search of analyst reports available to me. Therefore, from an economic perspective I do not consider this disclosure to include *negative*, unanticipated, material information; in other words, it is not confounding information.

      **d)**      **August 10, 2018 at 6:01 p.m. (August 13 impact day)**

154.  A Tesla blog post about the phase out of the EV tax credit after selling 200,000 vehicles[246] was not unanticipated, material, *new* information because similar information was reported in July 2018 after Tesla had reported the sale of 200,000 vehicles.[247] Moreover, the one-minute (close to open) and fifteen-minute (close to 9:45 a.m.) stock price reactions were not statistically significant at the 5% level, and the full day

---

France Presse, August 8, 2018, 4:22 p.m.; and "Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla, Paycom," Investor's Business Daily, August 8, 2018.

[245] "Tesla's former head of engineering Doug Field has left the company to work on Apple's secretive 'Project Titan' self-driving car experiment," Mail Online, August 10, 2018, 8:55 a.m.

[246] "What You Need to Know about the Federal EV Tax Credit Phase Out," Musk Blog Post, August 10, 2018, 6:01 p.m.; and "What you need to know about the Federal EV Tax Credit phase out," Musk Tweets, August 10, 2018, 6:04 p.m.

[247] *See* for example: "Tesla delivers 200,000 cars, tax credit for future buyers to be lower," Reuters News, July 12, 2018, 9:47 a.m.

stock price reaction was *positive* and not statistically significant at the 5% level. Therefore, from an economic perspective I do not consider this disclosure to include *negative*, unanticipated, material information; in other words, it is not confounding information.

        **e)**      **August 16, 2018 before the opening of trade (at 4:20 a.m., 7:14 a.m. and 8:38 a.m.)**

155.  Prior to the opening of trade in the stock market, news sources and analysts discussed three issues, including: (a) Tesla's solar panel business outlook;[248] (b) whistleblower claims of faulty batteries;[249] and (c) an Evercore analyst report on Model 3 production.[250]  The one-minute (close to open) and fifteen-minute (close to 9:45 a.m.) stock price reactions were not statistically significant at the 5% level, and the full day stock price reaction was not statistically significant at the 5% level.

156.  The following is from the news article about the Evercore analyst who was positive on Tesla's production of Model 3 sedan and may need to increase their production forecast by as much as 7 percent.[251]

> It's been a wild ride for Tesla Inc. recently, but **production of the Model 3 sedan -- a previous point of concern -- is going swimmingly**.
>
> Output of the more mass-market vehicle, a key plank in Chief Executive Officer Elon Musk's plan to become profitable, is on track and an 8,000 a week production rate is "well within reach," despite extra spending demands, Evercore ISI analysts George Galliers and Arndt Ellinghorst wrote Thursday in a

---

[248]  "Tesla backs off solar panel deal with Panasonic; The news is the latest sign of the uncertain outlook for Tesla's solar business, which has taken a back seat to the electric car business," MarketWatch, August 16, 2018, 4:20 a.m.

[249]  "Tesla whistleblower tweets claims that the firm's car batteries are faulty," *The Telegraph* Online, August 16, 2018, 7:14 a.m.

[250]  "Tesla Analyst Who Toured Plant Bets on 8,000-a-Week Model 3 Pace," Bloomberg News, August 16, 2018, 8:38 a.m.

[251]  I note that this news is unrelated to the alleged wrongdoing and possibly caused some increase in Tesla's stock price.  The news is before the market open on August 16, 2018 and Tesla's stock price increase at the open is $1.22 (open price of $339.91 minus prior close price of $338.69) or 0.4%; the close-to-open abnormal return is negative 0.51%, which is not significant at the 5% level.  I also note there are 8 negative and 4 positive statistically significant abnormal returns at the 5% significance level for 1-minute intervals just after open between 9:30 – 10:00 a.m.

note. Their report came after a site visit at the company's Fremont, California, plant this week.

**In more of a mixed report on the automaker, Bernstein analyst Toni Sacconaghi raised his target price to $325 from $265, saying the chances Tesla will go private are less than 50 percent**. …

"**We are incrementally positive on Tesla** having just returned from a 48-hour trip to Tesla's Fremont facility," the analysts wrote, after completing three separate tours at the site. "Tesla seems well on the way to achieving a steady weekly production rate."

The analysts saw nothing that would suggest Tesla isn't able to produce 5,000 Model 3 cars per week currently and increase that by 1,000 per week "very shortly."

**Evercore forecast Model 3 production of 123,000 vehicles during the second half of the year, but the analysts said they may need to boost that by as much as 7 percent after the tours**.

Tesla shares rose 1.1 percent to $342.50 at 8:30 a.m. in New York before regular trading.[252]

157. Therefore, from an economic perspective I do not consider this disclosure to include *negative*, unanticipated, material information; in other words, it is not confounding information.

        **f)**       **August 16, 2018 at 12:20 p.m.**

158. A negative UBS analyst report on base Model 3 profitability was disseminated and reported on by a news article during mid-day trading.[253] The one-minute

---

[252] "Tesla Analyst Who Toured Plant Bets on 8,000-a-Week Model 3 Pace," Bloomberg News, August 16, 2018, 8:38 a.m. (emphasis added).

[253] "Is a $35,000 Tesla Model 3 Envisioned by Musk Profitable? UBS Says No; Current claims of profitability are based on higher-price version of the sedan, the brokerage says," *The Wall Street Journal* Online,  August 16, 2018, 12:20 p.m.

and fifteen-minute stock price reactions were not statistically significant at the 5% level, and the full day stock price reaction was not statistically significant at the 5% level.

159. The following is from the news article that reported a UBS analyst was negative on the future profitability of Tesla's base of Model 3 sedan and could have an operating loss of approximately $6,000 per vehicle if it sold at its long-promised $35,000 price.[254]

> **Tesla Inc. is making an operating profit of more than $3,000 on each sale of the current low-price version of its Model 3 sedan, but would likely lose nearly twice that amount if it sold the vehicle at its long-promised $35,000 price tag**, according to a new estimate from UBS Securities LLC.
>
> The Model 3's profitability is a critical issue for the electric-car maker, which began selling the vehicle a year ago as it sought to move from a luxury niche into the mass market, and end years of losses.
>
> The vehicle's price currently ranges from $49,000 to about $80,000, well above the more-affordable target long envisioned by Chief Executive Elon Musk.
>
> At the low end of that range, Tesla's operating profit is likely $3,420 a vehicle, according to the UBS estimate, which is based on analysis of a Model 3 vehicle the firm deconstructed in order to understand how it was made.  That would help explain why Mr. Musk is forecasting a profit in the third quarter.
>
> The lack of a $35,000 base model in Tesla's lineup, as well as early demand for the more expensive versions, should set up the company for its best quarter of profitability from the vehicle ahead of less-costly versions down the road that will reduce the lineup's margins, Colin Langan, who wrote the UBS report, said Thursday in an interview.

---

[254] I note that this news is unrelated to the alleged wrongdoing and possibly caused some decline in Tesla's stock price.  The first UBS news is at 12:20 p.m. on August 16, 2018 and the 1-minute and 15-minute abnormal returns are not statistically significant at the 5% level.  I also note there are 2 negative and 1 positive statistically significant abnormal returns at the 5% significance level for 1-minute intervals after 12:20 p.m. through the market close this day.

"Q3 is Tesla's best shot because of this pricing dynamic," he said of profitability. "I'm very clear that I don't think that's sustainable."

A Tesla spokeswoman declined to comment on the report.

Tesla's finances are in a brighter spotlight now as Mr. Musk considers taking the auto maker private, in part to shed intense scrutiny of the company's finances as it grows its business globally.

Before Tesla began Model 3 production in July 2017 and revealed its pricing strategy, UBS estimated the Model 3 at $35,000 would lose about $2,300 a car, while a more expensive version at $42,000 would eke out $670 of profit.

The teardown of the Model 3, however, resulted in a higher estimated cost of the vehicle's batteries.

Tesla has spent the past 12 months struggling to ramp up production to reach a rate that would give it enough vehicles to sell to generate cash. At the end of June, Tesla finally reached its long-delayed goal of making 5,000 Model 3s in a single week, a pace that if continued should help it be profitable this quarter and next, Mr. Musk has said.

**A $35,000 version will come later this year, Mr. Musk has promised. In May, on Twitter, he suggested Tesla first needed to ramp up production to help lower costs, saying shipping the $35,000 version then would cause the company "to lose money & die."**

**Tesla needs three to six months after being able to reach a build rate of 5,000 sedans a week before being able to sell the $35,000 version and "live," he said.**[255]

---

[255] "Is a $35,000 Tesla Model 3 Envisioned by Musk Profitable? UBS Says No; Current claims of profitability are based on higher-price version of the sedan, the brokerage says," *The Wall Street Journal* Online, August 16, 2018, 12:20 p.m. (emphasis added).

160.  A news article summarizing Tesla's stock price move on August 16, 2018 mentioned the positive Evercore report, Bernstein raising its target price, and Tesla suing Ontario (Canada) for canceling incentives for electric-vehicle purchases:

> Industrials outpaced the broader market's advance, as Boeing, Caterpillar and Lockheed each climbed more than 2.5 percent. Tesla would have no problem bumping up Model 3 output to 8,000 a week, according to Evercore ISI. …
>
> Tesla's (TSLA -1%) production of the Model 3 sedan at 8,000 a week is "well within reach," according to Evercore ISI.  After touring Tesla's Fremont facility, the firm determined that the carmaker could produce 5,000 a week and increase that by 1,000 per week "very shortly."
>
> Tesla's odds of successfully going private are less than 50 percent, Bernstein said as it raised its price target on the carmaker to $325 from $265.
>
> Tesla sued Ontario for canceling incentives for electric-vehicle purchases.[256]

161.  Analyst commentary on August 15-16, 2018 included Evercore's favorable comments on the Model 3 production outlook, UBS's unfavorable comments on the profitability of a base Model 3 (that would be released in the future), and UBS's comments that laid out three possible paths for enforcement by the SEC investigating the Musk Tweets:

> **Model 3 on track, positive revisions to production forecasts may be required** – We are incrementally positive on Tesla having just returned from a 48 hour trip to Tesla's Freemont facility to see Model 3 production.  **Tesla seems well on the way to achieving a steady weekly production rate of 5 to 6k units per week.  In addition, the capex required and constraints that need to be overcome to reach 7 to 8k units per week seem well within reach**.  While, we forecast H2 Model 3 production of 123k units, following our trip, **we believe our estimate could be 4 to 7% too low**. …
>
> Focusing on the fundamentals and setting aside talk of privatization, we are incrementally positive on Tesla following

---

[256]  "Tesla Model 3 Line Is Humming; Boeing Climbs: Industrials Wrap," Bloomberg First Word, August 16, 2018, 4:49 p.m.

our visit.  We have confidence in their production.  We did not see anything to suggest that Model 3 cannot reach 6k units per week, and 7k to 8k with very little incremental Capex. HOWEVER, to materially move our numbers and our TP, we would need to positively revise our Model 3 RpU and gross margin assumptions, with the key questions being can Model 3 RpUs hold through 2019 and can a 25% gross margin be realized.  The company seems confident about both.  For us, further analysis is required and we would like to see continued evidence of gross margin expansion in 2H.  However, taking such projections into consideration would likely see mid-teen percentage positive gross profit revisions for 2019 and 2020.  If we were to apply this to our blended TP methodology, it would result in a TP of closer to $380; materially higher than our $301 and within 10% of Musk's tweeted privatization price.[257]

*****

All-in, our base case estimate for a 75kWh battery at a $49,000 price point would imply a 31% contribution margin, a 19% gross margin, and a 9% operating margin.  … The teardown results imply this model would get only a 29% contribution margin, a 17% gross margin, and a 7% operating margin.  With multiple factors including but not limited to volatile commodity prices and manufacturing efficiency influencing the per cell price, we realize that our estimates could be off from actual prices and with total cell cost equal to almost 1/3rd of the cost of the car the margins are ultimately very sensitive to cell pricing.  With that, we highlight that based on a range of cell costs of $105-185kWh, the EBIT rate could be between 1.7%-14.0%.  …

Valuation: Reiterate Sell rating and $195 price target.  We are maintaining our $195 DCF based price target.  …

The market should not ignore fundamental headwinds that persist with regards to TSLA's Model 3 profitability, stationary storage, and solar.  …

---

[257]  Evercore ISI, *Just got back from Tesla…*, August 16, 2018, 6:44 a.m. (source of time stamp: Capital IQ) (emphasis added).

**Our math suggests that a base $35k version has a gross margin of -3%** and that a fully loaded performance version has a 42% GM.[258]

*****

We hosted a call with Ronald Kiima, former Assistant Chief Accountant at the US Securities & Exchange Commission (SEC), to discuss the ramifications of Elon Musk's tweet about taking Tesla private. ...

Mr. Kiima highlighted two issues with the tweet: 1) disclosing the info via twitter, & 2) disseminating speculative information. While the SEC has previously stated it is acceptable to disseminate info via social media, there is a potential conflict due to Musk's reported blocking of short sellers on twitter (Reg FD says info must be universally available). Also, the use of the phrase "funding secured" presents a far greater potential liability, according to Mr. Kiima, as regulations forbid companies from speculating about a tender offer unless there is significant documentation to support any assertion. If Tesla is unable to produce legal documents showing a deal was actually in place, Mr. Kiima believes that the SEC could move forward with enforcement action.

**Mr. Kiima laid out three possible paths for enforcement: 1) Elon pays a monetary fine, 2) the SEC suspends Elon from participation in a public company, or 3) the DOJ pursues criminal charges**. The SEC only has the power to bring civil charges, while the DOJ brings charges in the criminal arena. The severity of any potential punishment likely would come down to whether the tweet is determined to be merely gross negligence or if it crossed the line into market manipulation. Mr. Kiima noted that to prove market manipulation the SEC would need to demonstrate that the tweet was intended to manipulate the stock price (i.e., prove he tweeted to hurt the short sellers). Ultimately, the decision will come down to SEC Chairman Jay Clayton.[259]

---

[258] UBS Securities, *Teardown Gives Us a View on Model 3 P&L*, August 15, 2018, 4:56 p.m. (source of time stamp: Capital IQ) (emphasis added and omitted).

[259] UBS Securities, *SEC Expert Recaps Tesla Twitter Drama*, August 15, 2018, 6:46 p.m. (source of time stamp: Capital IQ) (emphasis added).

162.  Therefore, from an economic perspective even if these disclosures did include unanticipated, material information, they offset one another and therefore, as a package would not be confounding information.

### g)     August 16, 2018 at 2:29 p.m.

163.  News sources reported claims of workers involved in drug trafficking.[260]  The one-minute and fifteen-minute stock price reactions were not statistically significant at the 5% level, and the full day stock price reaction was not statistically significant at the 5% level.  Therefore, from an economic perspective I do not consider this disclosure to include negative, unanticipated, material information; in other words, it is not confounding information.

### h)     August 16, 2018 at 4:03 p.m., 4:30 p.m. and 5:54 p.m. (August 17 impact day)

164.  After the market trading closed for the day on August 16, 2018, news sources reported whistleblower claims[261,262] and the SEC probe of Model 3 production claims.[263] However, the SEC probe was not unanticipated, material information because similar news was reported in July 2018, [264] and news articles during and after trading overwhelmingly attributed the stock price reaction on August 17, 2018 to the *NYT* Article.[265]

165.  The news article about the SEC probe stated:

---

[260]  "14:29 EDT Ex-Tesla worker: Gigafactory workers involved in drug trafficking," Theflyonthewall.com, August 16, 2018, 2:29 p.m.

[261]  "Ex-Tesla employee alleges Elon Musk authorized spying on workers in bombshell SEC tip (TSLA)," Business Insider, August 16, 2018, 4:03 p.m.

[262]  "A Tesla whistleblower says the electric car maker's security team is staffed with former members of a notorious group from Uber that allegedly spied on rivals (TSLA)," Business Insider, August 16, 2018, 5:54 p.m.

[263]  "Tesla Was Under Regulator Scrutiny Prior to Musk's Tweet," Dow Jones Institutional News, August 16, 2018, 4:30 p.m.

[264]  "Tesla 'whistleblower' tells SEC company misled investors and put customers at risk," CNN Wire, July 11, 2018, 5:19 p.m.

[265]  For example: "Tesla's stock falls sharply after Elon Musk's tearful interview," CNN Wire, August 17, 2018, 11:51 a.m. and "Tesla stock sinks after Musk gives tearful NYT interview," Reuters News, August 17, 2018, 4:00 p.m.

> SEC last year subpoenaed a parts supplier for Tesla as it looked at whether the auto maker misled investors about Model 3 car production problems, WSJ reports, citing unidentified person familiar with the matter.
>
> Probe of Tesla's disclosures about Model 3 production preceded its latest demand for information related to CEO Elon Musk's tweets. An SEC spokesman declined to comment; Tesla didn't respond to request for comment: WSJ.[266]

166. But the SEC probe and the whistleblower claims were not new information on August 17, 2018 because similar information (*i.e.*, the SEC had been gathering information about Tesla's public pronouncements regarding manufacturing goals and sales targets) was reported earlier on before August 17, 2018, for example:

> A former Tesla employee who calls himself a whistleblower has filed a formal tip with the Securities and Exchange Commission that alleges Elon Musk's electric car start-up misled investors and put its customers at risk.
>
> Martin Tripp — who has been sued by Tesla and accused by Musk of attempting to sabotage the company — claims Tesla installed faulty batteries into some vehicles and placed battery cells dangerously close together.
>
> Tripp also alleges Tesla has drastically overstated to investors how many Model 3 vehicles the company produces. Tesla allegedly inflated its statistics by as much as 44%.
>
> The tip was filed with the SEC on July 6, and a press release about its contents was made public by Tripp's attorney, Stuart Meissner, on Wednesday.[267]

*****

---

[266] "SEC Said to Probe Tesla on Model 3 Disclosures Last Yr: WSJ (1)," Bloomberg First Word, August 16, 2018, 6:56 p.m.

[267] "Tesla 'whistleblower' tells SEC company misled investors and put customers at risk," CNN Wire, July 11, 2018, 5:19 p.m. (emphasis omitted). *See also* "The ex-Tesla employee Elon Musk called a 'horrible human being' just slapped the company with a countersuit alleging defamation," Business Insider, July 31, 2018, 7:19 p.m. and "Internal documents reveal Tesla is blowing through an insane amount of raw material and cash to make Model 3s, and production is still a nightmare," Business Insider, June 4, 2018, 3:42 p.m.

A fired Tesla employee who CEO Elon Musk has described as a disgruntled saboteur is being granted a meeting with the U.S. Securities and Exchange Commission, after filing a whistleblower complaint against his former employer.

Martin Tripp made four separate allegations of corporate misconduct against Tesla in his complaint, notably that the company lied to investors by overstating its weekly Model 3 production numbers by as much as 44 percent.[268]

\*\*\*\*\*

Bloomberg reports that the agency [SEC] was gathering information about statements Tesla has made regarding sales and manufacturing targets before its most recent inquiry.[269]

\*\*\*\*\*

The Securities and Exchange Commission already had been gathering general information about Tesla's public pronouncements regarding manufacturing goals and sales targets, according to two people who asked not to be named because the review is private.  Now the attorneys are also examining whether Musk's tweet about having funding to buy out the company was meant to be factual, according to one of the people.[270]

167.  Therefore, this SEC probe news cannot be considered new information.

### 3.    Summary Regarding Potential Confounding Information

168.  Over the nine-day Class Period, from an economic perspective there was no confounding information in any of the sources that would be considered *negative* material, new, and unanticipated.  Therefore, no further adjustment of Tesla's stock price movements is required and $312.90 per share represents the adjusted price that reflects the revelation

---

[268]  "Former Tesla employee the company called a saboteur is granted a meeting with SEC over whistleblower claims," *San Francisco Business Times Online*, July 27, 2018 (emphasis omitted).

[269]  "SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)," Business Insider, August 9, 2018, 2:42 p.m.

[270]  "BUSINESS BEAT; Tesla's stock surge fizzles; Tumble erases gains triggered by Musk's tweet on privatizing electric car maker," *Los Angeles Times*, August 10, 2018.

of the truth in the Musk Tweets and Consequential Harm.  I note, however, that should there be any support that *negative*, unanticipated, material and confounding information was released and did have a *negative* and material impact on Tesla's stock price, I would simply add the abnormal stock price impact caused by this confounding disclosure to Tesla's adjusted stock price of $312.90 per share.  By increasing the adjusted price of Tesla common stock, I would reliably remove not only all market-wide and industry influences, but also all price impact of confounding information on Tesla's share price movements.[271]

169.  In summary, I attribute $66.67[272] of the $74.07 decline in Tesla's stock price to the Musk Tweets and Consequential Harm.  Another way to describe this price decline is that after adjusting for market-wide and industry influences as well as accounting for any potential non-allegation related, confounding sources of information causing price declines, I find that the decline in value of Tesla from *all allegation-related* information released throughout the Class Period and the failure of the going private transaction is $66.67 per share.  This also means that the value of Tesla common stock that reflects the removal of all the *allegation-related* information revealed throughout the Class Period is $312.90, or $379.57 minus $66.67.

**B.**  **Separating the Abnormal Price Decline of $66.67 into the Amount Directly Caused by the Misrepresentations in the Musk Tweets from the Amount Caused by Consequential Harm**

170.  For the purposes of the empirical analysis to follow, I have separated the price impacts (and related artificial inflation) directly caused by the Musk Tweets from the price impacts (and related artificial inflation) caused by the Consequential Harm.  I refer to these effects as the *direct effect* and *consequential effects*, respectively.

---

[271]  Thus, for example, assume it were found that my minute-by-minute event study and an economic examination of the information suggested a specific news release with information unrelated to the Musk Tweets or Consequential Harm was material and caused an abnormal price movement of negative $5.00.  In this hypothetical situation, I would simply add this $5.00 amount to Tesla's adjusted stock price of $312.90, to calculate a new adjusted price of $317.90, which removes not only the market-wide and industry influences, but the price impact of the specific hypothetical confounding information as well.

[272]  $66.67 is equal to $74.07 less $7.40 per share attributed to market-wide, industry and confounding influences.  *See* paragraph 148.

171.   I measure the *direct effect* of the alleged misrepresentations and/or omissions in the Musk Tweets and calculate the artificial inflation directly caused by the Musk Tweets during the Tweets Interval, as the abnormal increase in Tesla's stock price after the proposed going private transaction was initially disclosed on August 7, 2018 at 12:48 p.m. As discussed above, I find that the information disclosed in the Musk Tweets caused an abnormal price increase of $23.27 per share, when during the Tweets Interval the actual share price increased from $356.85 at 12:48 p.m. to $379.57 at the close of trade on August 7, 2018.  Thus, of the $66.67 per share abnormal price decline I calculated over the Class Period (equal to $74.07 less market and industry effects of $7.40 and confounding Tesla-related effects of zero dollars), I calculate $23.27 as being directly caused by the alleged misrepresentations and/or omissions in the Musk Tweets and related disclosures. Therefore, the remaining $43.40 per share (= $66.67 less $23.27) was caused by the Consequential Harm.  In other words, in my opinion as of the close of trade on August 7, 2018 the level of artificial inflation related to the *direct effect* was $23.27 per share and the level of artificial inflation related to the *consequential effects* was $43.40.

### C.   Construction of the Artificial Price Inflation Ribbons Attributed to the Musk Tweets and Consequential Harm

#### 1.   Introduction

172.  It is almost universally accepted in securities fraud litigation that an artificial price inflation ribbon represents a daily, or in this matter possibly the minute-by-minute, series of differences between the actual share price paid and the so-called "but-for" price. The "but-for" price represents a state-of-world wherein the fraudulent misrepresentation or omission did not occur, all the truthful information is known and thus the market price reflects the incorporation of the truths about the alleged misrepresentations, omissions and consequential harm.  In this matter the "but-for" price would represent the price that would reflect all the Musk Tweets-related information (both *direct* and *consequential effects*) from the moment the Musk Tweets were issued until the information was revealed in the final disclosures in the *NYT* Article that was published, disseminated, processed by market participants and incorporated into the closing price on August 17, 2018.  In other words, had the truths about the alleged misrepresentations and/or omissions in the Musk Tweets (and the resulting Consequential Harm) been revealed at any point earlier in the Class

Period, the market price (at the time of the revelation) would have fallen to the "but-for" price.  Calculating this "but-for" price within the Class Period allows me to calculate the level of artificial inflation — which measures the difference between actual transaction prices and the "but-for" prices.  The differences between the actual transaction prices and the "but-for" prices throughout the Class Period represent the artificial inflation and measure the harm to Class members that flowed from the misstatements in the Musk Tweets and the depressing impact of the Consequential Harm that emerged due to the Musk Tweets.

173. Because of the nature of this matter where there are both *direct* and *consequential effect*s, I am able to separate the artificial inflation ribbon into two sub-ribbons that separately measure the harm to investors from the *direct* and *consequential effect*s.  Moreover, I am able to calculate daily "but-for" prices associated with the alleged misrepresentations and/or omissions of the Musk Tweets *(i.e.,* the *direct effect*), as well as daily "but-for" prices associated with the combined effects (*direct effect* plus *consequential effect*s).

2. **Calculation of the Artificial Inflation Related to the *Direct* and *Consequential Effects***

174.  As described above the Musk Tweets and the ensuing market reaction to the Consequential Harm related to the Musk Tweets over the Class Period caused a price decline of $74.07, which, after removing market-wide, industry and confounding effects resulted in an abnormal price decline of $66.67.  Therefore, in this matter the measurement of the artificial inflation is properly based on the adjusted closing price of Tesla common stock on August 17, 2018, which was $312.90 (*i.e.*, $379.57 closing price on August 7, 2018 minus $66.67).  This adjusted stock price is the "but-for" price and represents the value of Tesla common stock after accounting for the impact of the *direct* and *consequential effect*s on Tesla's market stock price from the Musk Tweets.  It is my opinion that this $312.90 price is a reliable, reasonable and robust calculation of the "but-for" price throughout the Class Period.  In other words, in my opinion had all the information concerning the misrepresentations and/or omissions in the Musk Tweets and the causally-linked Consequential Harm been revealed at any time during the Class Period, market participants who bought and sold Tesla common stock would have understood the

economic materiality and the risks associated with investing in Tesla common stock and the stock price would have reacted to this information in such a manner that the adverse information would been reflected in a market price of $312.90; a price that incorporates and adjusts for any market-wide, industry and confounding influences.

175.  Therefore, should Plaintiff's allegations be found true by the fact finder, then the daily artificial inflation related to Defendants' alleged misrepresentations and/or omissions would cover the period from August 7, 2018 at 12:48 p.m. through August 17, 2018 at 4:00 p.m.; and at any point in time the level of artificial inflation is equal to the actual stock price at that time less the adjusted stock price of $312.90.  This amount represents the harm to the investors caused by the Musk Tweets in total.  In **Table 7** below, I calculate the level of artificial inflation based on the closing price on each date in the Class Period.

**Table 7**

| Date | Price | But-For Price | Artificial Inflation |
|------|-------|---------------|----------------------|
| 8/7/2018 | $379.57 | $312.90 | $66.67 |
| 8/8/2018 | $370.34 | $312.90 | $57.44 |
| 8/9/2018 | $352.45 | $312.90 | $39.55 |
| 8/10/2018 | $355.49 | $312.90 | $42.59 |
| 8/13/2018 | $356.41 | $312.90 | $43.51 |
| 8/14/2018 | $347.64 | $312.90 | $34.74 |
| 8/15/2018 | $338.69 | $312.90 | $25.79 |
| 8/16/2018 | $335.45 | $312.90 | $22.55 |
| 8/17/2018 | $305.50 | --- | --- |

176.  Because of the nature of the alleged misstatements and the process in which speculation about going private would affect a company's stock price, in my opinion, it is reasonable and appropriate to calculate artificial inflation throughout the Class Period based on the relative difference between the actual stock price and the price that Tesla common stock would have traded at had all the information in the Class Period related to the allegations been released at the time the actual stock price is measured.

**3.** **Calculation of the Direct Artificial Inflation Utilizing the *Direct Effect* Caused by the Musk Tweets**

**a)** **The Abnormal Price Response Caused by the Musk Tweets Is Related to the Market's Perception of the Probability the Going Private Deal Is Completed**

177.  As discussed above, for the purposes of my loss causation analysis I have divided the Class Period into two intervals — the Tweets Interval and the Corrective Interval.  Using the price movements and the information disclosed within these intervals I can reliably separate the level of artifical inflation caused directly from the Musk Tweets from the level of artifical inflation caused by the Consequential Harm.

178.  The Class Period begins on August 7, 2018 at 12:48 p.m. with the start of the Musk Tweets, which as discussed previously, caused Tesla's stock price to rise throughout the remainder of August 7, 2018.  Based on an intraday event study analysis, the Musk Tweets caused an increase in Tesla's stock price by $23.27 per share after accounting for market-wide, industry and confounding effects.  Academic research demonstrates that once a potential going private deal is announced, which is similar to a cash takeover announcement, the price of a company's common stock will no longer reflect the value of that company as a public entity, but rather will reflect *an expected value* of the company under what economists refer to as two states of the world — a combination of the value if the going private deal is completed and the value if the going private deal is <u>not</u> completed.  In the case of Tesla and the Musk Tweets, this *expected value* reflects the market consensus about three basic quantitative elements that emerged from the Musk Tweets — namely:

a) the expected transaction price should the going private deal be completed ($P_{Private}$);

b) the public entity value should the going private deal fail or not be completed ($P_{Public}$); and

c) the probability the going private transaction would be completed Prob(DC).  Note that the probability the going private deal would fail to take place and Tesla remains a public company is Prob(ND) = 1 -

Prob(DC) = probability of the going private transaction fails or is not completed and Tesla remains a public entity.[273]

179.   This relationship and the ***expected value*** reflected in the market price ($P_M$) following the Musk Tweets can be written as the formula:[274]

$$P_M = [P_{Private} * Prob(DC)] + [P_{Public} * Prob(ND)]$$

180.   Therefore, when Defendant Musk tweeted a price of $420, the market price ($P_M$) went up as $P_{Private}$ would have increased to at least $420, while Prob(DC) would have increased as well.   I assume for the purposes of this analysis that immediately after the Musk Tweets the market price before the initial tweet of $356.85 would be a reasonable estimate of $P_{Public}$.   Using all this information along with the market price of $379.57 (=$P_M$) following the Musk Tweets and the going private price of $420 (=$P_{Private}$),[275] I can calculate a reasonable estimate of the probability of the going private transaction being completed (Prob(DC)).   Rearranging the formula above I get:[276]

$$\textbf{Prob(DC) = [P}_{\textbf{M}} \textbf{ - P}_{\textbf{Public}}\textbf{] / [P}_{\textbf{Private}} \textbf{ - P}_{\textbf{Public}}\textbf{]}$$

---

[273]   I use "DC" to represent the going private deal being completed and "ND" to represent the going private deal not being completed.

[274]   *See* J. Fred Weston, Kwang S. Chung and Susan E. Hoag, Mergers, Restructuring, and Corporate Control (Prentice-Hall, 1990), Chapter 22, p. 556; David F. Larcker and Thomas Lys, *An Empirical Analysis of the Incentives to Engage in Costly Information Acquisition: The Case of Risk Arbitrage*, 18 Jnl. of Fin. Econ. 111 (1987); and Keith C. Brown and Michael V. Raymond, *Risk Arbitrage and the Prediction of Successful Corporate Takeovers*, 15 Finl. Mgmt. 54 (1986) for discussion of this equation.

[275]   Using the expected transaction or deal price of $420 is supported by: (a) the fact it was made by Defendant Musk, Tesla's largest shareholder; and (b) at the time there was little discussion in the press or by analysts of higher prices.

[276]   I derive this using the following sequence of equations:

$P_M = [P_{Private} * Prob(DC)] + [P_{Public} * Prob(ND)]$

$P_M = [P_{Private} * Prob(DC)] + [P_{Public} * \{1 - Prob(DC)\}]$

$P_M = [P_{Private} * Prob(DC)] - [P_{Public} * Prob(DC)] + P_{Public}$

$P_M - [P_{Public}] = [P_{Private} * Prob(DC)] - [P_{Public} * Prob(DC)]$

$P_M - P_{Public} = Prob(DC) * [P_{Private} - P_{Public}]$

181. I can then calculate the measure of the probability of the going private transaction being completed immediately after the Musk Tweets (*i.e.*, at the close of trade on August 7, 2018) as approximately 36%, or:

**Prob(DC) = [$379.57 – $356.85] / [$420.00 – $356.85] = 35.98%**

182. This probability of the deal being completed is consistent with the analyst commentary that followed. For example, Macro Advisors on August 9, 2018 at 9:51 a.m. wrote:

> As of yesterday [August 8, 2018], TSLA share prices were implying a market deal probability of 34.4% after Elon Musk's publicly suggested a go-private deal for the electric car company.[277]

183. Therefore, once Defendant Musk issued the series of tweets the market increased its perception of a going private deal to approximately 36% as of August 7, 2018 at 4:00 p.m.

> b) **The Musk Tweets Caused a "Unusual" Event Wherein There Were "Large Movements" in Implied Volatility of Tesla Options, Movements that Reflect the Market's Perception of the Probability the Going Private Deal Will Be Completed**

184. Academic research demonstrates that:

> Generally speaking, any market for securities whose values are contingent on movements in stock prices will also contain information about investor beliefs. Of course, this classification could include both the market for stock index options and futures and the market for individual equity options.[278]

185. Therefore, the market's perception of the probability of the going private deal being completed would not only have been reflected in the increase in the price of Tesla

---

[277] Macro Risk Advisors, *MRA- Does the options market believe Elon Musk?*, August 9, 2018, 9:51 a.m. *See* **Appendix 6**, for a chronology of news and analyst commentary to see that my calculation is consistent with the reaction of market participants.

[278] Giovanni Barone-Adesi, Keith C. Brown and W.V. Harlow, *On the use of implied volatilities in the prediction of successful corporate takeovers*, 7 Advances in Futures and Options Res., 147, 148 (1994) ("Barone-Adesi *et al.* 1994").

common stock, but also was reflected, as described by Professor Steven Heston, in his finding that:

> Following 12:48 p.m. on August 7, 2018, Tesla stock prices rose, and long-term ATM-forward Tesla option straddle prices fell sharply.  Section 5.4 shows that on August 7, 2018, following 12:48 p.m., long-term ATM-forward Tesla option straddles lost value.  This decline in price is substantial and rare.  This decline can be directly translated into a significant decrease in implied volatility using standard Black-Scholes-Merton formulas.[279]

186.   In other words, as Professor Heston demonstrates, there were large and unusual movements in options prices (and related implied volatility) following the Musk Tweets.  My loss causation analysis has demonstrated these movements were caused by the Musk Tweets and reflected an increased probability of a going private deal being completed.

187.  Academic research supports this conclusion about option prices and implied volatility movements in response to announcements of potential corporate events, such as a going private transaction.  The research shows:

> …that through the collective actions of the arbitrage community it is possible to use the post announcement prices from the stock and option markets to infer both the probability of success and timing of a proposed acquisition.  While the former notion is well established in the literature, the latter is not. … Specifically, we showed that traders effectively shorten the life of options scheduled to expire beyond the resolution date of the tender offer by setting their prices so as to reduce the implied stock volatility below its normal level.[280]

---

[279]   Heston Report, ¶12 (emphasis omitted).

[280]   Barone-Adesi *et al.* 1994 at 150.  Also, "This will be the case because efficient option prices must be set in such a way as to effectively shorten the maturity date of the longer-term instrument relative to that of the shorter-term.  Further, we demonstrate a technique for exploiting the extent to which these implied volatilities decline as a means of predicting *when* the takeover will be completed.  When coupled with earlier work, this latter point has the potential to be extremely important in that it will allow risk arbitrageurs to make more precise speculations against the market as to both the probability of success *and* the timing of a proposed takeover.  This approach is fully consistent with the work of Cox and Rubinstein (1985), who suggested that different options on the same underlying stock may have different

188.  In other words, the analysis presented by Professor Heston illustrates and offers a measure of the market reaction to the Musk Tweets and how the options prices and implied volatility reflected the probability of the deal being completed.  In addition, "by examining the information implicit in option prices for firms targeted for acquisition"[281] (in this case Tesla), I can infer the market's perception of changes over the Class Period in the probability the deal will be completed.[282]  Specifically, I examine the changes in implied volatility of Tesla's long-dated options.  Indeed, this is consistent with academic research that shows:

> In applying this model to the market for corporate control, Hutson and Kearney (1998) argued that for targets of successful takeover bids, the dispersion in traders' opinion as to the value of the stock diminishes as the bid progresses.  This explained the observed reduction in trading volume and price volatility…As the bid proceeds, the dispersion in traders'

---

implied volatilities in response to different economic events." Barone-Adesi *et al.* 2004 at 149 (footnote omitted).

[281]  Barone-Adesi *et al.* 1994, p. 149.

[282]  *See* C. Alan Bester, Victor H. Martinez, and Ioanid,Roşu, *Option Prices and the Probability of Success of Cash Mergers*, forthcoming Jnl. of Finl. Econometrics (working paper, April 12, 2021, available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=1364491): "However, when a firm undergoes a merger attempt, its options are known to become informative about the underlying stock (see, e.g., Cao, Chen, and Grin (2005)).  A natural explanation is that during merger attempts, the merger's probability of success can fluctuate, thus creating an additional source of uncertainty that can no longer be determined only by the underlying price, but that options can potentially capture. …

The advantage of our approach is that the stochastic volatility is not exogenously specified but arises endogenously as a function of the success probability and other variables in the model.

… our model also predicts that the return volatility of the target is stochastic and is proportional to the failure probability.  This is illustrated in Figure 2, which shows that when the success probability is closer to 1, the target's implied volatility is closer to 0. …

… we show that the return volatility of the target company in a cash merger, $\sigma_B(t)$, is proportional to the failure probability, 1- q(t). …

As predicted by our model, we find that the target firms of cash mergers should display a pronounced pattern in their implied volatility curve during the life of the deal. This volatility smile is more pronounced when the merger is more likely to being successful.

beliefs regarding value tends to collapse around the offer price.[283]

189.  This relationship between changes in volatility of Tesla's long-dated options and the possible going private deal also was discussed by analysts.  For example, in a Susquehanna report in its section on *TSLA Options Takeaways*:

> In Wednesday's Derivatives Daily we looked at the shift in Tesla's (TSLA: Not Covered) term structure, and particularly the significant decline in long-term volatility, following CEO Elon Musk's tweet indicating that he was considering taking the company private.  Given the widespread interest in the name, alongside this morning's headlines indicating that the company's board will meet with financial advisers next week, here we circle back to TSLA options to now see what they can tell us about the potential for moves in the stock price in the weeks ahead.  As we noted on Wednesday, aside from the very short-term 30-Day options, implied volatility levels generally declined in response to the potential for a take-private outcome.  That said, 90-Day volatility has since rebounded higher, and at ~52%, 90-Day implied volatility in the name is still higher than all but a handful of names within the Russell 1000.[284]

190.  Moreover, Professor Heston demonstrates that for longer-term options the volatility over the Class Period immediately declines and then rises by August 17, 2018.[285] To calculate how this probability of the deal being completed varied over the Class Period, I am able to isolate the impact of the Musk Tweets by using the information described in the Heston Report that measures the changes in the price of Standardized At-The-Money (ATM)-Forward Straddles (for simplicity I will refer to these as the "ATM Straddles") and

---

[283]  Elaine Hutson, *Takeover targets and the probability of bid success: Evidence from the Australian market*, 9 Intl. Jnl. of Finl. Analysis, 45, 62 (2000).

In his Report, Professor Heston states: "This drop in long-term option prices is consistent with the academic literature on merger and buyout announcements.  … This exact pattern [found in the academic literature] is visible in the Tesla options data.  Following 12:48 p.m., the longest maturing options lost the most value and recovered the slowest, while the very short-term options saw little effect."  Heston Report, ¶¶134-135 (emphasis omitted).

[284]  Susquehanna International Group, *PTEN Calls and TSLA Takeaways*, August 10, 2018.

[285]  This is evident in the Heston Report, Figure 14, and Professor Heston's conclusion that: "It was not until August 17, 2018 that the relationship between short- and long-term straddles returned to the normal levels observed historically."  Heston Report, ¶139.

the implied volatility based on the ATM Straddle prices. I utilize the price calculated and the implied volatility derived from the ATM Straddles because as Professor Heston states:

> At-the-money-forward Tesla option prices, including straddles, provide a reasonable and reliable measurement of option prices relative to underlying stock prices.  Section 3.2 explains that a "straddle" options position is when an investor buys both a put and a call with the same strike and maturity date simultaneously.  Straddle holders bet that there will be a large change in the stock price, either upward or downward, but are neutral with respect to stock movements.  Straddle prices therefore reflect "implied volatility," or the market's expectation of future stock price volatility.[286]

> A straddle is a widely applied option strategy and are commonly studied by practitioners and in academia.  Notably, the original VIX index was calculated by inverting Black-Scholes-Merton formulas using prices of ATM-forward straddles.[287]

> ATM options also have the highest time value and vega.  Therefore, as discussed in further detail in Section 6.1, by analyzing changes in prices of ATM-forward straddles, I can measure changes in implied volatility.[288]

> Because all the curves are taken from the same day, one before and one after 12:48 p.m., these shifts cannot be explained by changes in time to expiration or risk-free returns.

> Furthermore, because the curves all control for shifts in the underlying stock price by dividing the strike prices by the spot price, these shifts cannot be explained by changes in stock price. Therefore, pursuant to the BSM model, the only factor that is impacting the curves in the Figure 22 and Figure 23, is changes in implied volatility.[289]

---

[286]  Heston Report, ¶11 (emphasis omitted).

[287]  Heston Report, ¶72 (footnotes omitted).

[288]  Heston Report, ¶83 (footnote omitted).

[289]  Heston Report, ¶¶160-161.

     c)      **Using the Implied Volatility Based on the ATM Straddle Price for January 2020 Options to Measure the Changes in the *Direct Effect* of and Direct Artificial Inflation Caused by the Musk Tweets**

191.  Using information on the implied volatility derived from ATM Straddles, I am able to hold Tesla's stock price constant and isolate the changing price impact directly related to the Musk Tweets (as opposed to the *consequential effects*) via the changing long-term option implied volatility.  The changes incorporate and reflect the market's perception of the changes in the likelihood the going private deal would be completed following the Musk Tweets.

192.  I have chosen for my analysis to use the longest term ATM Straddles — namely the January 2020 ATM Straddle — as this is also the least affected by the change in the time-to-maturity over the Class Period and has the largest variation.[290]

193.  By examining the price movements of this January 2020 ATM Straddle and related movements of the implied volatilities over the Corrective Interval, I am able to measure or proxy for the relative variation in the probability of deal completion throughout the Class Period.  Examining how the relative probability of deal completion varies throughout the Corrective Interval and the Class Period allows me to infer how the price impact of the Musk Tweets *would have* varied throughout the Class Period, holding all else constant.  In other words, it enables me to adjust the level of artificial inflation as the multitude of tweets, corporate disclosures, articles and analysis sequentially and partially corrects for the alleged misrepresentations and/or omissions in the Musk Tweets.

194.  In **Table 8** below, I show Professor Heston's calculation of implied volatility based on the January 2020 ATM Straddle price at the end of the Class Period to be

---

[290]  Professor Heston states: "Following 12:48 p.m. on August 7, 2018, Tesla stock prices rose, and long-term ATM-forward Tesla option straddle prices fell sharply.  Section 5.4 shows that on August 7, 2018, following 12:48 p.m., long-term ATM-forward Tesla option straddles lost value.  This decline in price is substantial and rare.  This decline can be directly translated into a significant decrease in implied volatility using standard Black-Scholes-Merton formulas." Heston Report, ¶12 (emphasis omitted).

48.65%.[291] After the Musk Tweets, the implied volatility declines to 32.57% by the close of trade on August 7, 2018.  This demonstrates, that as would be expected, when there is the disclosure of a possible takeover, the fundamental properties of options pricing theory suggests that all else constant, options prices will go down and the standardized price distribution (and the implied volatility) will become narrower.[292]

195.  The difference between the implied volatility on August 7, 2018 and August 17, 2018 is 16.08%.  In other words, as the probability of completion — Prob(DC) in the equation above — falls over the Corrective Interval, while the implied volatility returns to a higher level.  Therefore, I use this difference of 16.08% between the *initial* implied volatility (on August 7, 2018 at 4:00 p.m.) and the *terminal* implied volatility (on August 17, 2018 at 4:00 p.m.) to reflect the impact of the Musk Tweets and the initial level of probability of the deal being completed; or (Prob(DC) of 35.98%).  I also associate this deviation of the *initial* implied volatility from the *terminal* implied volatility with the $23.27 in artificial inflation caused by the Musk Tweets.  In other words, the Musk Tweets cause artificial inflation of $23.27, as well as a deviation in implied volatility of 16.08% because they cause the probability of the deal being completed to rise to 35.98%.

196.  With this foundation, I can then use this benchmark deviation in implied volatility between the initial and terminal levels relative to the deviations in implied volatility throughout the Corrective Interval to calculate how the $23.27 of artificial inflation caused by the Musk Tweets would have varied over the Class Period.  I use this benchmark deviation in implied volatility relative to the deviations in implied volatility throughout the Corrective Interval to calculate how the probability of deal completion perceived by the market and the *direct effect* of the Musk Tweets changed over the Corrective Interval.

---

[291]   Heston Report, Table 6.  I note that this 48.65% is approximately equal to the implied volatility based on the ATM Straddle price for January 2020 options of 50.52% calculated as of 12:47 p.m. on August 7, 2018.

[292]   The going private transaction would reduce the price of the option (holding the stock price constant) by (a) decreasing the time value of the option and (b) decreasing the price volatility of the option.

197.  To adjust the *direct effect* based on changes in implied volatility based on the January 2020 ATM Straddle price, I use Professor Heston's calculations day-by-day in **Table 8** below.  These same calculations could be performed on a minute-by-minute basis given minute-level calculations of the implied volatility.[293]  Using this information from the Heston Report and measuring how the implied volatility varies over time, I calculate how the artificial inflation *directly* related to the Musk Tweets changes throughout the Class Period.  In **Table 8**, the implied volatility based on the January 2020 ATM Straddle price at the close of trade each day are shown in Row [1].

**Table 8**

|  | Aug. 7 | Aug. 8 | Aug. 9 | Aug. 10 | Aug. 13 | Aug. 14 | Aug. 15 | Aug. 16 | Aug. 17 |
|---|---|---|---|---|---|---|---|---|---|
| [1] Heston Implied Volatility for January 2020 Options | 32.57% | 37.08% | 42.02% | 40.43% | 38.54% | 38.37% | 39.96% | 40.87% | 48.65% |
| [2] Difference with Aug. 17, 2018 | 16.08% | 11.57% | 6.63% | 8.22% | 10.11% | 10.28% | 8.69% | 7.78% | 0.00% |
| [3] Amount of Difference [2] Relative to Aug. 7 Close Difference | 100.0% | 72.0% | 41.2% | 51.1% | 62.9% | 63.9% | 54.0% | 48.4% | 0.0% |
| [4] Daily Direct Artificial Inflation Based on $23.27 on 8/7/2018 | $23.27 | $16.75 | $9.59 | $11.90 | $14.64 | $14.88 | $12.57 | $11.27 | $0.00 |

198.  **Table 8** also shows in Row [2] the difference between implied volatilities relative to the implied volatility on August 17, 2018 at 4:00 p.m.  The difference between the *terminal* implied volatility of 48.65% and the *initial* implied volatility at 4:00 p.m. on August 7, 2018 of 32.57% is 16.08%.  There are two pieces of information that flow from this.  I also know that the artificial inflation on August 7, 2018 at 4:00 p.m. is equal to 100% of the $23.27 of artificial inflation caused directly by the Musk Tweets.

199.  Next, I look at the implied volatility on August 8, 2018 at 4:00 p.m.  The difference between the *terminal* implied volatility and the August 8, 2018 implied volatility of 37.08% is lower than the initial level and is equal to 11.57%.  In other words, after the information disclosed on August 8, 2018, the implied volatility based on the January 2020 ATM Straddle price begins its upward journey to the terminal level of 48.65% observed at the end of the Class Period.  This is consistent with the probability of the deal going down during the Corrective Interval.  Indeed, as **Appendix 6** shows, the differences in **Table 8**

---

[293]  In his report, Professor Heston notes that: "Minute-by-minute BSM implied volatility can be calculated based on the CBOE DataShop Data using the same formulas."  Heston Report, ¶169, fn 103.

Row [2] are consistent with the content in many of the news releases and analyst reports over the period that discuss the probability of the Tesla going private transaction being completed.

200.  Using these movements in the deviations of the implied volatilities relative to the terminal value, I derive and present in **Table 8** the movements in the daily levels of the portion of artificial inflation related to the *direct effect* for each day of the Class Period.[294] For this I note that in **Table 8** Row [3] I calculate the deviations on each date of the Corrective Interval relative to the *terminal* implied volatility as a percent of that same deviation on August 7, 2018.  This shows, for example, that on August 9, 2018 at 4:00 p.m., the level of inflation due to the *direct effect* is 41.2% of the level of the *direct effect* observed on August 7, 2018 at 4:00 p.m.  Given that 100% of the *direct effect* is equal to $23.27, this means that on August 9, 2018 at 4:00 p.m. the artificial inflation due to the *direct effect* is $9.59 or 41.2% of $23.27.

201.  Using all this information I am able to calculate the artificial inflation due to the *direct effect* each day.  In **Table 8** Row [4], I show how artificial inflation related to the *direct effect* caused by market participants' reactions to the information disclosed in the Musk Tweets varies over the Class Period.  I show that as of August 7, 2018 at 4:00 p.m., the artificial inflation related to the *direct effect* begins at $23.27.  Then, throughout the Corrective Interval as the failure to offer meaningful, reliable and clear information steadily contributed to and increased skepticism about the true (and concealed) status of the proposed transaction and the veracity of the Musk Tweets and the market participants reflected upon the possible deal, the inflation related to the *direct effects* (excluding the *consequential effects* caused by the Consequential Harm) falls to $11.27 on August 16, 2018 — the date prior to the release of the *NYT* Article — before going to zero on August 17, 2018.  This row also offers what economists commonly referred to as a "scalar."  A scalar is used to gauge changes in  artificial inflation over time based on a reasonable metric.

---

[294]  This calculation could similarly be employed on any time interval, such as minute-by-minute, using the implied volatility based on the January 2020 ATM Straddle price at each respective time interval.

202.  The increase in the *direct effect* I observe and measure from August 10, 2018 to August 14 are attributable to the market's evaluation of the potential going private transaction disclosed in the Musk tweets which, as stated above, was subject to near-continuous media coverage, reporting, and analysis during this period.[295]  The increase in *direct effect* I observe and measure from August 10, 2018 to August 14, 2018 is attributable to the market's changing evaluation of the potential going private transaction and the probability of completion as disclosed in the Musk Tweets which, as stated above, was subject to near-continuous media coverage, reporting, and analysis during this period.  Should, however, the finder of fact or the Court determine that any changes in the level of the *direct effect* that I measure using the implied volatilities calculated by Professor Heston, were not proximately caused by the Musk Tweets (*i.e.*, were caused by unrelated factors), then I can account for these unrelated factors and adjust the level of direct effects.  Adjusting the level of the direct effects will also induce a change in the direct but-for price.

203.  From these artificial inflation measures, I then derive the "but-for" prices based on the actual stock closing prices observed on each date; where the but-for prices represent a "true" price level had the information in the Musk Tweets been revealed on that day.  In other words, these measures of the daily direct artificial inflation and daily direct but-for prices exclude the *consequential effect*s caused by the Consequential Harm.

204.  Based on the combined levels of daily artificial inflation calculated in the previous section and the daily direct artificial inflation proximately caused by the Musk Tweets, I calculate the daily consequential artificial inflation caused by the Consequential Harm, as well as the daily direct "but-for" prices excluding the price impact of the Consequential Harm.  This is shown below in **Table 9**.

---

[295]  If the finder of fact or the Court determines that any changes in the level of the *direct effect* that I measure using the implied volatilities calculated by Professor Heston were not proximately caused by the Musk Tweets, I could adjust the measured *direct effect* to exclude such changes.

| Date | Artificial Inflation | Direct Scalar | Direct Artificial Inflation | Consequential Artificial Inflation | Direct But-For Price |
|------|------|------|------|------|------|
| 8/7/2018 | $66.67 | 1.00 | $23.27 | $43.40 | $356.30 |
| 8/8/2018 | $57.44 | 0.72 | $16.75 | $40.69 | $353.59 |
| 8/9/2018 | $39.55 | 0.41 | $9.59 | $29.96 | $342.86 |
| 8/10/2018 | $42.59 | 0.51 | $11.90 | $30.68 | $343.59 |
| 8/13/2018 | $43.51 | 0.63 | $14.64 | $28.87 | $341.77 |
| 8/14/2018 | $34.74 | 0.64 | $14.88 | $19.86 | $332.76 |
| 8/15/2018 | $25.79 | 0.54 | $12.57 | $13.21 | $326.12 |
| 8/16/2018 | $22.55 | 0.48 | $11.27 | $11.28 | $324.18 |
| 8/17/2018 | --- | 0.00 | --- | --- | --- |

Table 9[296]

205. Finally, in **Table 10** I show how the probability of the deal being completed (PROB(DC)) varies over time, because it too is reflected in the deviations of the implied volatilities relative to the terminal implied volatility. For **Table 10** I apply the same scalar I derived and presented in **Table 9** to estimate the changes in the probability of deal completion. **Table 10** shows that as the deviations in implied volatility grow smaller (*i.e.*, the level of implied volatility grows larger), the probability of deal completion falls as does the artificial inflation and the "but-for" price related to the *direct effect* of the Musk Tweets.[297] I note that the scalars in **Table 9** used to reflect the market perception and concerns of the changing probability the deal would be completed are generally consistent with news and analyst commentary at the time, as shown in **Appendix 6**, and in the examples below in **Table 10**. I also show that much of the analyst commentary and news corresponds to the relative movements in the probability of deal completion, lending support for the procedure I undertake to calculate the movements of the direct effect throughout the Corrective Interval.

---

[296] *See* Table 7 for Total Artificial Inflation; *see* Table 8 for Direct Artificial Inflation; Consequential Artificial Inflation equals Total Artificial Inflation minus Direct Artificial Inflation; Direct But-For Price equal Price minus Direct Artificial Inflation.

[297] The calculation of the direct effects on Tesla's stock price from 12:48 p.m. through the close of trade can be calculated on a minute-by-minute basis similar to the calculation of the full $23.27 per share abnormal price change from 12:48 p.m. through the 4:00 p.m. close on August 7, 2018 (*i.e.*, by compounding the minute-level abnormal returns provided in **Appendix 4** and multiplying that compounded return by the $356.85 price prior to 12:48 p.m.).

**Table 10**
**News and Analyst Commentary on Probably of Deal Completion[298]**

| Date | Probability of Deal Completion | Analysis | Excerpts from News and Analyst Commentary That Reflect Probability of Deal Completion as Proxied for by Changes in Implied Volatility |
|---|---|---|---|
| 8/7/2018 | 36% | Immediate Response To Musk Tweets | "30%"; "Musk has '1 In 3 Chance' of Taking Tesla Private"; "there do seem to be avenues to do this sort of transaction"; "reasonable assertion… it's not inconceivable". |
| 8/8/2018 | 26% | Skepticism plus SEC Investigation Emerge | "less than 50%";  "it will never happen"; "Morgan Stanley's Adam Jonas questions the feasibility"; "doubts that the deal would ever take off"; "an apparent firm offer… Tesla is intent on pursuing this proposal". |
| 8/9/2018 | 15% | Skepticism continues plus SEC Subpoenas | "do bond traders think it's possible? No."; "extremely low probability"; "big challenge"; "looks close to a fiction". |
| 8/10/2018 | 18% | Skepticism still remains, but confidence in deal and veracity of Musk Tweets increases due to Board comments | "Doubts have mounted"; "market is skeptical"; ""Funding secured' should be interpreted as a strong verbal commitment… it could be less than this."; "unlikely… He probably can't"; "far from certain that he pulls it off"; "questioning just how 'secured' the funding is"; "reason it is trading at a discount is because of uncertainty as to whether the deal will come to fruition". |
| 8/13/2018 | 23% | Defendant Musk blog post increases confidence in deal and veracity of Musk Tweets | "these talks are almost certainly very real"; "a bit optimistic";  "The blog also explains how the deal could be more likely than we previously thought"; "we think it will end in the next year with Tesla going private". |
| 8/14/2018 | 23% | Impact from Musk Tweets on Deal Advisers, and residual impact from Musk Blog Post | "blog post on Monday 8/13/18 makes it clearer buyout is still in early stages"; "theoretically possible"; "our impression of his words is that he thinks it can happen, and we agree". |
| 8/15/2018 | 19% | No meaningful update appears to lead to more skeptical press | "there still isn't any formal offer to take Tesla private". |
| 8/16/2018 | 17% | No meaningful update appears to lead to more skeptical press | "less than 50 percent; "if a viable blueprint is made available to the public, it could push the stock higher". |
| 8/17/2018 | 0% | NYT Article and confidence in deal down to zero as Musk tweets shown to be false | "Most investors feel they won't get it done". |

## 4.      The Flexibility of the Damages Model

206.    In my opinion, the predominant cause of Tesla's stock price declines and anomalous changes in implied volatility over the Class Period was the continual incorporation of news (or lack thereof) correcting the alleged misrepresentations and/or omissions of the Musk Tweets and the revelations about the Consequential Harm.  This information, as detailed earlier, included stock price reductions due to the release of

---

[298]   Probability of deal completion equals 35.98% multiplied by the daily scalar in **Table 9**.  Source of news and analyst commentary: **Appendix 6**.

information that altered the market's perception of the probability of the going private deal would actually be completed, as well as the revelation of Consequential Harm.  Tesla's stock price increased from $356.85 at the start of the Class Period to $379.57 at the close on August 7, 2018 and further increased to peak at $382.55 at 10:10 a.m. on August 8, 2018,[299] which is when the impact of the Consequential Harm began to affect the stock price.  Investors then suffered losses as the stock price declined further throughout the Class Period  and closed at $305.50 on August 17, 2018.  Should the fact finder determine that the initial false and misleading statements in the Musk Tweets were not fully reflected in the market price until August 8, 2018 at 10:10 a.m., my damages model can account and adjust for this change in timing of the end of the Tweets Interval and the beginning of the Corrective Interval I have used in my calculations.  The formulas all remain the same, only the inputs would change.  Moreover, should the fact finder determine the allegations and the risks associated with the revelation of the truth about these issues occurred on dates other than those dates or times discussed specifically in this Expert Damages Report, then the artificial inflation measures can be easily modified to adjust for different times and dates.

## VII.   CALCULATION OF PER SHARE DAMAGES

207.  The measure of per share damages traditionally applied in Rule 10b-5 cases is often referred to as out-of-pocket damages, or the difference between the actual purchase price of the security and what would have been the purchase price of the security had there been no fraud or misrepresentation:

> [M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases.  The out-of-pocket measure rule defines damages as "the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct.  Or, in other words, the difference between the amount parted with and the value of the thing received." Typically, courts measure this as the Plaintiffs' purchase price less the true value at the time of

---

[299]   Based on the closing 1-minute interval price, *see* paragraph 87.

the transaction.  The true value is the price of the security in the absence of fraud or misrepresentation ….[300]

208.  As discussed above, the standard "out-of-pocket" method of calculating damages per share for each member of the Class under Section 10(b) involves a measure of the net minute-by-minute or daily inflation in the price of the security at the time of the purchase and at the time of the sale.  For an investor who bought a security on a given day in the Class Period (but not to cover a short sale) when the measure of the artificial inflation in the security price is $39.55 (for the example below, August 9, 2018) the "out-of-pocket" damages per share can be calculated under Section 10(b):[301]

(1)  If the investor sells the security during the Class Period, the investor's damages per share are equal to the inflation at purchase less the inflation at sale.[302]

(2)  If the investor sold a security during the 90-day lookback period and the Court and/or the finder of fact were to apply the PSLRA dollar limits, then the investor's damages per share are equal to the artificial inflation on the purchase date (for example, $39.55 if purchased on August 9, 2018) capped by the difference between the price at which the security was purchased during the Class Period and the average closing price of the security from the last alleged partial corrective disclosure to the date of sale (*i.e.*, investment loss based on the terminal price being the average closing price through the date of sale).  The

---

[300]  Nicholas I. Crew, Kevin L. Gold, and Marnie A. Moore, "Federal Securities Acts and Areas of Expert Analysis," chapter 18 in Litigation Services Handbook: The Role of the Financial Expert, 4th edition, edited by Roman Weil, Peter Frank, Christian Hughes, and Michael J. Wagner, John Wiley & Sons (2007), p. 18.6 (internal citations omitted).  I note that the out-of-pocket damages are, economically, the amount overpaid for the security.  Thus, even if the price of the security appreciates over time leading to a market profit, the investor would have an out-of-pocket loss due to having purchased at an inflated price (*i.e.*, the investor would have an even greater profit if they had purchased at a lower price).

[301]  If the Court or finder of fact determines that only shares held across certain time periods are eligible to recover damages, my artificial inflation ribbon would still be applicable to such shares.

[302]  If the Court and/or the finder of fact determined that damages are limited to only the investment loss on such shares, this would be an additional calculation that would be based on the investor's transaction prices.

statutory 90-day lookback price for each day starting on the end of the Class Period is shown **Appendix 7**.[303]

(3) If the investor sold the security <u>after</u> the 90-day lookback period, then his or her damages per share are equal to the artificial inflation on the purchase date (for example, $39.55 if purchased on August 9, 2018) capped by the difference between the purchase price and the average price of the Tesla common stock during the 90-day lookback period (*i.e.,* $300.73 as shown in **Appendix 7**). For example, if Investor A sold his security on November 16, 2018, after the 90-day lookback period, then Investor A's damages per share cannot exceed the difference between the purchase price paid and $300.73, Tesla's common stock average price during the 90-day lookback period.

A. <u>**Damages for Short Sellers**</u>

209.  The Class definition also includes short sellers.[304]  A short seller borrows the stock and sells it in the market.  Later, the short seller will close the position by "covering" the short position through a purchase of the stock.  A short seller is damaged if the artificial inflation when covering the position is greater than the artificial inflation when selling the position.

210.  Here, it is my understanding that damages are recoverable only for those investors who had shorted the stock prior to the start of the Class Period (*i.e.*, when no artificial inflation had yet been introduced into the stock) and then covered such positions during the Class Period at artificially inflated prices.  The measure of damages remains the same for these Class members: the artificial inflation at the time of purchase (covering) less the artificial inflation at the time of the short sale (here, zero).[305]

---

[303]  I begin on August 17, 2018 because that is the date on which the information correcting the alleged wrongdoing is reflected in the market.  The 90-day lookback period then runs through November 14, 2018.

[304]  Class Certification Order, ¶4.

[305]  These damages could also be limited by the PSLRA as determined by the Court and/or finder of fact.

## VIII. ARTIFICIAL INFLATION AND DEFLATION IN CALL AND PUT OPTIONS ON TESLA COMMON STOCK

### A. <u>Introduction to Options on Tesla Common Stock</u>

211.   As discussed in my Class Certification Report, a Tesla call option gives the holder the right, but not the obligation, to purchase or call shares of Tesla common stock at a specified strike or exercise price, on or before the specified expiration or maturity date. A Tesla put option gives the holder the right, but not the obligation, to sell or put shares of Tesla common stock at the specified exercise price on, or possibly before, the expiration date.  If exercised, these shares are purchased/called from or sold/put to sellers of call (put) options, who are commonly referred to as the option writers.[306]

212.   Further, when a Tesla stock option is exercised, the call holder is contractually obligated to buy the Tesla common stock at the specified strike price, while the put holder is contractually obligated to sell the Tesla common stock at the specified strike price. Because most stock options are closed out or offset (*i.e.,* sold, if previously purchased or purchased if previously sold), when stock options are exercised the calls (puts) are assigned randomly to and possibly apportioned among several different call (put) writers. Assignment on a written put means that the put writer is contractually obligated to purchase the stock from the put holder at the specified strike price, while assignment on a written call means that the call writer is contractually obligated to sell the stock to the call holder at the specified strike price.  In either case, when the option is assigned to the put (call) writer, it is comparable to the put (call) writer purchasing (selling) Tesla common stock.

213.   As it relates to calculating artificial inflation (deflation) in call (put) prices, it is important to consider that options are "derivative" securities, where:

> [S]tock options are considered "derivative" securities because they derive their value from the value of the underlying asset, which in the case of Tesla put and call options is the share price of Tesla common stock.  In other words, at any given point in time, the ultimate price of a particular option is primarily dependent on the magnitude of the difference between the fixed strike price of that option and the variable price of Tesla's

---

[306]   Class Certification Report, ¶94.

common stock (in particular, the variability of the price over the life of the option).  Therefore, holding all else constant, as the price of Tesla common stock changes, so too will the prices of the put and call options.  When the price of Tesla common stock rises, *all else constant*, in an efficient market it is expected that the prices of call options will rise, while the prices of put options will fall.  Conversely, when the price of Tesla common stock falls, *all else constant*, in an efficient market it is expected that the prices of call options will fall, while the prices of put options will rise.[307]

**B.  Computing Artificial Inflation and Deflation in Tesla Call and Put Prices**

214.  To calculate the artificial inflation (or deflation) in each of the options that were traded at some point during the Class Period, I employ the Black-Scholes-Merton options pricing model.  Utilizing the Black-Scholes-Merton options pricing model,  I am able to calculate but-for option values and compare them to fitted options values from observed options data that are adjusted (as discussed below) to account for items, such as bid-ask spreads.  The differences between these values equates to the levels of artificial inflation (or deflation) in each of the options values.

215.  For the purposes of calculating the levels of artificial inflation (or deflation) in each of the options I employ the "impact quantum" methodology presented in the Heston Report.[308]   Based on Professor Heston's procedure, I am able to derive the two inputs required to calculate artificial inflation (deflation), namely: "[a] 're-valued' curve, based on observed stock prices and implied volatilities [defined by Professor Heston as the "Actual BSM Option Curve"] [and] [a] 'but-for' curve based on counterfactual stock prices and counterfactual implied volatilities [defined by Professor Heston as the "But-for BSM Option Curve."]"[309]

---

[307]  Class Certification Report, ¶98 (footnote omitted).

[308]  Heston Report, Section 6.

[309]  Heston Report, ¶170.

216.  These two curves provide a method of calculating a Re-Valued Fitted Option Value and a But-for Fitted Option Value, with the difference (*i.e.*, quantum) between the two being the artificial inflation/deflation in the value of the option.[310]

217.  For the purposes of this report and my damages calculation, I have used the daily Re-Valued Fitted Option Values based on the Black-Scholes-Merton model described by Professor Heston.[311]  I use these Re-Valued Fitted Option Values as opposed to actual transaction prices, because of the two benefits described by Professor Heston:

> It allows me to account for differences in outcomes investors experienced in the real world.  Following 12:48 p.m. on August 7, 2018, the bid-ask spread of traded Tesla option values grew, so some investors, either by happenstance or acumen, achieved better prices.  By applying an impact quantum, I can equitably show the difference in the amount of option price paid or received as compared to a counterfactual price across investors regardless of their independent and individual circumstances.  I discuss this more in detail in Section 6.3; and

> It allows me to difference out potential model fitting biases in the levels.  Like all models, the BSM model and its extensions have biases in the levels.  If I were to simply calculate a but-for price, the impact could vary substantially based on which model I used.  We apply the BSM model with a robust methodology that measures *changes* in value, thereby differencing out potential biases in levels.[312]

218.  In other words, employing this technique to calculate values for the purposes of calculating artificial inflation, eliminates (or minimizes) any profits or losses caused by market micro-structure issues or other imperfections, and enables me to apply an apples-to-apples calculation when I use in tandem the Re-Valued Fitted Option Value and But-for Fitted Option Value to calculate the artificial inflation, as described below.

---

[310]  For options that expire within the Class Period (expirations of August 10, 2018 and August 17, 2018), on the day of expiration the Re-Valued Fitted Option Value is simply the intrinsic value of the option the But-for Fitted Option Value is simply the intrinsic value of the option given the But-for stock price.

[311]  Heston Report, Section 4.  This methodology could be applied at any time interval such as minute-by-minute.

[312]  Heston Report, ¶164 (emphasis in original).

219. To calculate the individual Re-Valued Fitted Option Values each day, I use the closing Tesla stock price and the implied volatility calculated by Professor Heston for that option maturity for that day.

220. To calculate the individual daily But-for Fitted Option Values I use as inputs into the Black-Scholes option pricing model the but-for prices in **Table 9**. Professor Heston:

> … established that option curves are *typically* stable and shift in parallel. In other words, changes in implied volatility affects option prices of all moneyness.[313]

221. Therefore, given the stability of the implied volatility measures prior to the start of the Musk Tweets, when calculating the But-for Fitted Option Price related directly to the Musk Tweets (*i.e.*, based on the daily direct artificial inflation in Tesla common stock), I use as the but-for implied volatility the levels observed (and measured by Professor Heston) immediately prior to the Class Period for the long-term options.[314,315] Similarly, when calculating the But-for Fitted Option Price related to the Musk Tweets and the Consequential Harm (*i.e.*, based on the daily direct and consequential artificial inflation in Tesla common stock), I use as the but-for implied volatility the levels observed (and measured by Professor Heston) at the end of the Class Period for the long-term options.[316] I use the end, because this volatility measure would incorporate all the *direct* and *consequential effects*, discussed above.

---

[313] Heston Report, ¶154 (emphasis in original).

[314] Heston Report, Table 6. Again, the methodology and formulas in Professor Heston's report can be applied at any time interval such as minute-by-minute.

[315] For options expiring prior to October 2018, I use the Actual volatility calculated by Professor Heston on the day because, as found by Professor Heston, "I define 'long-term' Tesla options as those expiring on or after October 19, 2018. Figure 14 depicts that there is notable decline in the long-term Tesla options ATM-forward straddle prices following 12:48 p.m." Heston Report, ¶131 (footnotes omitted).

[316] For options expiring prior to October 2018, I use the Actual volatility calculated by Professor Heston on the day because, as found by Professor Heston, "I define 'long-term' Tesla options as those expiring on or after October 19, 2018. Figure 14 depicts that there is notable decline in the long-term Tesla options ATM-forward straddle prices following 12:48 p.m." Heston Report, ¶131 (footnotes omitted).

222.  Employing Professor Heston's "impact quantum" approach is consistent with the out-of-pocket damages methodology for options I presented in the Class Certification Report, where I stated:

> Because the options prices are derived primarily based on the price level of Tesla common stock and the expected dispersion of Tesla stock prices, the level of artificiality for the options' prices will primarily depend on the levels of artificiality (or daily inflation) in Tesla's common stock price and any levels of artificiality (or daily inflation/deflation) induced by the changes in the expected dispersion of Tesla stock prices.[317]

> …the daily level of artificiality in prices (either inflation or deflation) can be established for each option on Tesla common stock by taking into account the artificial inflation in Tesla common stock prices and any artificial option price levels induced by changes in the expected dispersion of Tesla stock prices as a result of the alleged misrepresentations and omissions.

> Because option prices are derived from the share price of Tesla common stock and other factors like the expected future volatility of Tesla's stock, if the price of Tesla common stock is artificially inflated (and all other option inputs are constant), then a call option would likewise be artificially inflated because the call option would be worth less if the Tesla common stock price was lower.  If the price of the Tesla common stock is artificially inflated (and all other option inputs are constant), a put option would be artificially deflated because the put option would be worth more if the Tesla common stock price was lower.  More generally, if the price of the Tesla common stock is artificially distorted because the Musk Tweets impacted the price level of Tesla common stock, as well as causing other option pricing inputs to be distorted (*e.g.*, implied volatility), then the prices of call and put options would be artificially distorted and the level of the artificial distortion (whether inflation or deflation) would then be applied class-wide to

---

[317]  Class Certification Report, ¶163.  Some have argued that the U.S. Supreme Court decision in *Dura Pharmaceuticals* v. *Broudo*, 544 U.S. 336 (2005) caps the amount of per share damages to the dollar drop in the security price that was caused by the corrective disclosure of the alleged wrongdoing.  *See, e.g.*, David Tabak, *Inflation and Damages in a Post-Dura World*, NERA white paper, September 25, 2007.

purchases and sales of the specific options to determine out-of-pocket damages.[318]

223. As discussed above, to calculate the daily level of artificial inflation and deflation in each of the multitude of call and put option prices, I measure the difference between the daily Re-Valued Fitted Option Value and the But-for Fitted Option Value based on the Black-Scholes-Merton option pricing model and the inputs of the but-for price of Tesla stock and the but-for implied volatility.[319]

224. In the Black-Scholes-Merton option pricing model (adjusted for dividends), the option price is based on the underlying stock price, the exercise price of the option, the risk-free interest rate over the life of the option, the time to the expiration of the option, the implied volatility of the underlying stock price, and the dividend yield of the underlying stock.

225. Specifically, the Black-Scholes-Merton model is as follows:[320]

$$c = Se^{-qt}N(d_1) - Xe^{-rt}N(d_2)$$
$$and$$
$$p = Xe^{-rt}N(-d_2) - Se^{-qt}N(-d_1)$$
$$where,$$
$$d_1 = \frac{ln(S/X) + (r - q + \sigma^2/2)T}{\sigma\sqrt{T}}$$
$$and$$
$$d_2 = d_1 - \sigma\sqrt{T}$$

and:     $c$ = the price of a call option;
         $p$ = the price of a put option;
         $S$ = the current stock price underlying the option;
         $\sigma$ = the volatility of the underlying stock;

---

[318] Class Certification Report, ¶¶170-171 (footnotes omitted).  As with the common stock, the PSLRA limit would also apply (*see* Class Certification Report, footnote 197).

[319] No adjustment for dividends is necessary because Tesla did not pay any dividends.  Tesla SEC Form 10-K filed February 19, 2019, p. 39.  ("We have never declared or paid cash dividends on our common stock.  We currently do not anticipate paying any cash dividends in the foreseeable future.").

[320] For example, *see* John C. Hull, Options, Futures, and Other Derivatives, 7th ed., Pearson Prentice Hall (2009), 291 (without dividends), 331 (with dividends); Fischer Black and Myron Scholes, *The Pricing of Options and Corporate Liabilities*, 81 Jnl. of Political Econ. 637 (1973).

X = the exercise price of the option;
T = the time to expiration of the option (in years);
q = the dividend yield on the underlying stock;
r = the risk-free interest rate; and
N denotes the cumulative probability density function for a
standardized normal distribution.

226.  To calculate damages, I first calculate the Re-Valued Fitted Option Value by using the actual closing stock price and implied volatility calculated by Professor Heston. I next calculate the  But-for Fitted Option Value by inserting into the Black-Scholes-Merton formula the but-for stock price (*i.e.*, the stock price less the daily artificial inflation in the stock price) and the but-for implied volatility.[321,322]  For each option, I subtract the But-for Fitted Option Price from the Re-Valued Fitted Option Price to obtain the daily level of artificial inflation (a positive result) or deflation (a negative result) in each option.[323,324]

227.  The daily results for a selection of options are provided in **Appendix 8**.[325]  I note that it is possible that the model results could yield inflation or deflation higher than the transaction price due to market micro-structure effects, but any such issue would be mitigated should the finder of fact determine that the application of a cap on damages as prescribed by the PSLRA as appropriate.[326]  This methodology could be applied on any

---

[321]  The true option price is set equal to the intrinsic value (based on the true stock price) if the date is the expiration date of the option.

[322]  I use the interest rates obtained from the Federal Reserve Board database.  The following cut-offs were used in assigning interest rates to time to maturity: 1-60 days, 1-month rate; 61-136 days, 3- month rate; 137-273 days, 6-month rate; and 274-547 days, 1-year rate; and 548-912 days, 2-year rate.  I converted the interest rates to continuous compounding using the formula: $2 x ln(1+r/2)$, where *r* is the interest rate based on semiannual compounding.

[323]  In general, the call options have artificial inflation, except for longer-term options where the effect of the Musk Tweets and the possibility of going private caused the option price to be deflated due to the reduction in implied volatility.  In general, the put options have artificial deflation.

[324]  I note that for certain out-of-the money options that had effectively no value, they would also not have any measurable artificial inflation or deflation.

[325]  I separately provide an electronic file with the daily calculations for all options that traded over the Class Period.

[326]  I separately provide an electronic file that provides the daily rolling average price of the options that traded over the Class Period for the 90-day period based on closing bid-ask spreads from CBOE data.

time interval such as minute-by-minute by implementing the formulas in Professor Heston's report to calculate the appropriate implied volatility at the time interval.

228. As discussed above, the standard "out-of-pocket" method of calculating damages per contract for each member of the Class under Section 10(b) involves a measure of the net minute-by-minute or daily inflation (or deflation) in the price of the option contract at the time of the purchase and at the time of the sale.

## IX. ARTIFICIAL INFLATION AND DAMAGES CALCULATIONS FOR TESLA DEBT SECURITIES

### A. Introduction to Corporate Bonds and Bond Pricing Theory

#### 1. Background Information on Corporate Bonds

229. A corporate bond is a security issued in connection with a corporation's borrowing activity.  The borrower (the corporation) receives a lump sum payment (generally denominated in $1,000 amounts per single bond) in return for a promise to make periodic payments to the lender in the future.  These periodic payments typically include semiannual payments of interest to lenders (called coupon payments), as well as a lump sum payment at maturity (called principal payment).[327]

230. The corporate bond market is primarily an institutional market, meaning that most of the participants are large institutions rather than retail clients.  Furthermore, most trading takes place over-the-counter, where the bond trader cannot observe quotes on a centralized or electronic exchange.[328]  Instead, for quotes, the institution or customer contacts one or more dealers or alternatively accesses through Bloomberg or other price providers an electronic broadcast of a list of bonds and quotes.

---

[327] Corporate bonds frequently have covenants or terms whereby the bond may be put to the company by the investor or called by the company.  They can also be convertible or secured by specified assets.

[328] Corporate bonds also trade on the NYSE, a centralized exchange where there are readily available price quotes.  Estimates suggest that only a small proportion of all corporate bond trades are made on the NYSE.

CONFIDENTIAL

231.  The price of a bond is calculated as the present value of the expected future cash flows it generates.[329]   In turn, the present-value calculation depends upon the magnitude and timing of promised bond payments and the likelihood of repayment, as well as the market interest rates for comparable securities.

232.  The value[330] of a corporate bond is then determined by six components:

a)  The expected rate of return on similar maturity, riskless debt (*i.e.*, U.S. government bonds);

b)  The various provisions and restrictions associated with the particular bond (*e.g.*, call terms, convertibility features, seniority in the event of default, maturity date, etc.);

c)  The default risk, or the probability that the company will be unable to satisfy some or all of the indenture requirements given current and expected future economic conditions;

d)  The likely recovery rate of the bonds in case of bankruptcy or liquidation given current and expected future economic conditions;

e)  The tax considerations of the bond payments; and

f)  The likelihood of being able to sell the corporate bond in a liquid market.[331]

---

[329]  Corporate bonds are generally issued with a par value (which is also sometimes referred to as face value or original principal balance) of $1,000.  Most corporate bonds (like the Tesla Debt Securities) have a par value, face value or original principal balance that is fixed and does not change over the life of the corporate bond.  On the other hand, the market value of a bond will change based on the market price of the bond.  Bond pricing convention is such that bonds are priced relative to $100 par value, face value or original principal balance.  Therefore, a bond price of $96 represents a market value of a bond of $960 or 96% times $1,000.

[330]  The value of a bond with a fixed coupon is expressed as a price relative to $100 par value.  This price relative to par value is inversely related to its yield.  This means that as the bond price falls, the yield rises.

[331]  The first three components of the value of a corporate bond are discussed in detail in Robert C. Merton, *On the Pricing of Corporate Debt: The Risk Structure of Interest Rates*, 29 J. Fin., 449 (1974).  Other articles discuss tax effects, but that discussion is not important in this report, as taxes remained stable over the period.  With respect to components (4) and (6) above and general discussions on factors affecting corporate bonds, *see* Edwin J. Elton, Martin J. Gruber, Deepak Agrawal, and Christopher Mann, *Factors Affecting the Valuation of Corporate Bonds*, 28 J. Banking and Fin. 2747 (2004); Merton H. Miller, *Debt and Taxes*, 32 J. Fin. 261 (1977); Merton H. Miller and Myron S. Scholes, *Dividends and Taxes*, 6 J. Fin. Econ. 333 (1978);

233.   Changes in these variables explain most of the variation in the prices and yields of corporate bonds.  However, *daily changes* in corporate bond prices and yields are most often a function of changes in risk-free rates of interest, in risk premia for similar-risk bonds, and in the company's likelihood of default on its obligations.[332]

234.   Furthermore, because the bondholder receives only a return of principal (in the case of a non-convertible bond or convertible bond[333] trading well below its conversion price), there is generally less upward movement in a bond price than downward movement. In essence, unlike common stock, there can be an asymmetry of price movements – almost like something bumping up against a ceiling.

235.   While U.S. Government obligations are typically viewed as free from default risk, the same is not true for corporate bonds.  Corporations can and do default on their promises to make future payments, or otherwise abide by the bond indentures and covenants.   Bond default risk, also called credit risk, is measured by various rating agencies, such as Moody's Investors Service ("Moody's") and Standard and Poor's Corporation ("S&P").[334]  Bonds are generally separated into two groups: investment-grade bonds, with Standard and Poor's ratings BBB- or higher, and speculative-grade bonds with ratings BB+ or lower.[335]  Certain bonds are not rated.[336]

---

Harry DeAngelo and Ronald W. Masulis, *Leverage and Dividend Irrelevancy under Corporate and Personal Taxation*, 35 J. Fin. 453 (1980).

[332]   Typically, tax, recovery rate, and liquidity factors are stable on a day-to-day basis.  Another variable that can affect the valuation of the bonds, the age of the bond, is deterministic (*i.e.*, known in advance).  Thus, while all of these factors affect bond prices, they will have only a small effect day-to-day.

[333]   It is my understanding that three of Tesla's senior unsecured public debt securities discussed in Section IX.B below were convertible into Tesla common stock.

[334]   *See* **Appendix 9** for a description of the bond ratings provided by Moody's and S&P.

[335]   An investment-grade bond is assigned a rating in the top categories by commercial credit rating companies.  S&P classifies investment-grade bonds as BBB- or higher, and Moody's classifies investment-grade bonds as Baa or higher.  *See* Zvi Bodie, Alex Kane, and Alan J. Marcus, Investments, Ch. 14, 468-469 (McGraw-Hill, Irwin, 10th ed. 2013).

[336]   The rating agencies charge fees to issuing firms to rate corporate bonds, therefore some corporations choose not to have their corporate bond offerings rated.  In fact, according to data in the Issue Information from the 2018 TRACE Fact Book, in 2018, 88.29% of the corporate convertible bond issues and 66.16% of the non-convertible corporate bond issues were not rated.  https://www.finra.org/filing-reporting/trace/trace-fact-book.

236. Highly rated investment-grade bonds rarely default.  In other words, firms issuing investment-grade bonds have adequate cash flows to cover interest payment obligations and sufficient assets to back up the principal payment obligations.  The relative safety of investment-grade bonds in effect separates the pricing of "straight" or non-convertible investment-grade bonds from day-to-day stock-price fluctuations of the issuing firm.  Consequently, the price of a straight investment-grade bond is generally not very sensitive to day-to-day stock-price fluctuations of the issuer, nor will it always react to corporate announcements.

237. Defaults on non-investment-grade, high-yield or speculative-grade bonds (also called junk bonds) are more common.  About half of all bonds that are rated CCC by Standard and Poor's Corporation have defaulted within ten years.[337]  Although high-yield bonds, like investment-grade bonds, are also sensitive to changes in interest rates and credit market conditions, in an efficient market stock-price behavior of the issuing firm and other firm-specific announcements are expected to have a greater impact on the value of high-yield bonds.

238. This also demonstrates an important observation about corporate bonds.  Straight investment-grade bond prices are expected to be sensitive only to bond-pricing factors, such as risk-free interest rates, the default premium and the term spread.  Speculative-grade bond prices are expected to be sensitive not only to these same bond-pricing factors, but also to stock-market pricing factors, such as stock returns for the underlying firm.  This dichotomy of variables that explain variations in bond prices is explained by Fama and French in their seminal article.[338]

---

[337] *See* Zvi Bodie, Alex Kane, and Alan J. Marcus, Investments, Ch. 14, 468-469 (McGraw-Hill, Irwin, 10th ed. 2013).

[338] Eugene F. Fama and Kenneth R. French, *Common risk factors in the returns on stocks and bonds*, 33 J. Fin. Econ. 3 (1993).

239. Moreover, it is common for corporate bonds to trade less frequently than stocks because the outside influences and internal financial factors have less impact on pricing.[339]

## 2. Bond and Stock Prices Often Move in Different Directions

240. Simon Kwan has explained why a company's stock and bond prices may move in opposite directions in response to new company-specific information:

> Depending on the type of firm-specific information disseminated over time, individual stocks and bonds can be either positively or negatively correlated. Information about the mean value of the firm's underlying assets affects the values of the firm's stocks and bonds in similar directions, resulting in a negative [positive] relationship between individual stock returns and changes in individual bond yield [price]. On the other hand, if we view equity as similar to a call option on the firm's underlying assets … then information about the variance of the firm's asset return has opposite effects on the values of the firm's stocks and bonds, resulting in a positive [negative] relationship between individual stock returns and bond yield [price] changes. Hence, examining the correlation between individual stocks and bonds can reveal the dominant type of firm-specific information that drives these investments.[340]

---

[339]  Sriketan Mahanti, Amrut Nashikkar, Marti Subrahmanyam, George Chacko and Gaurav Mallik, *Latent Liquidity: A New Measure of Liquidity, with an Application to Corporate Bonds*, 88 J. Fin. Econ. 272 (2008) ("*Latent Liquidity*"); *see also* Michael L. Hartzmark, Cindy A. Schipani and H. Nejat Seyhun, *Fraud on the Market: Analysis of the Efficiency of the Corporate Bond Market*, 3 Colum. Bus. L. Rev., 654, 674-675 (2011).

[340]  Simon H. Kwan, *Firm-Specific Information and the Correlation between Individual Stocks and Bonds*, 40 J. Fin. Econ. 63, 64 (1996) (citations omitted). In general, then, two factors affect the value of stocks and bonds.

Dr. Kwan asks, "What is the dominant type of firm-specific information that drives individual stocks and bonds?" (*Id.* at 65.) This is an understanding of the domination of one type over the other on average and does not conclude that if one type dominates the other on average that it always dominates. In other words, these factors include the business prospects of the firm and the business risks of the firm. Economists use the mean value (or level) of the firm's assets to describe the business prospects of the firm. If the business prospects improve or the value of the assets increase generally, that means that the value of both the firm's stock and bonds will rise. Economists use the variance of the firm's assets to describe the business risks. If the business risks or the variance of the assets increase this may mean an increase in the value of the firm's common stock (as the upside is enhanced, while the downside of zero dollars has not

241.  In addition to the widely accepted theory of the relationship between stock and bond returns being a function of the nature of the information, "[t]he wealth redistribution hypothesis, which stems from the conflict of interests between bondholders and stockholders, differs from the information content hypothesis by stating that an increase (decrease) in the equity market value is accompanied by a decrease (increase) in the debt market value.  Indeed, wealth can be redistributed from bondholders to stockholders by increasing the risk of the outstanding bonds.  Higher bond risk can result from increasing the variance of the firm's possible future values."[341]  Thus, "the wealth redistribution hypothesis predicts offsetting changes in the values of individual classes of securities and no change in firm value."[342]  This means that stock and bond returns will be inversely related.

242.  One of the more common examples of the wealth redistribution effect that is important in examining the Notes, as well as why stock and bond returns may be inversely related, is that:

> An increase in the corporation's debt, keeping the total value of the corporation constant, will increase the probability of default and will thus reduce the market value of one of the corporation's bonds.  If the company changes its capital structure by issuing more bonds and using the proceeds to retire common stock, it will hurt the existing bond holders, and help

---

changed), while this may mean a decrease in the value of the firm's corporate bonds as the likelihood of bankruptcy rises.

Even if changes in the business prospects (or level of the assets) are more often the dominant type of firm-specific information, this does not preclude the changes in a firm's business risks (or the variance of assets) as being an important factor determining the directional relationship between a firm's stock and bond returns.  For example, the changes in the business prospects (or the level of assets) might dominate the changes in the business risks (or the variance of assets) in six of ten events, and thus be "dominant," such that one observes the prices of stocks and bonds moving in the same direction on six of ten days.  However, this does not preclude the business risks (or the variance of assets) from dominating the business prospects (or the level of assets) in the other four events and the prices of stocks and bonds moving in inverse relation on four of ten days.

[341] George Handjinicolaou and Avner Kalay, *Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders around Dividend Announcements*, 13 J. Fin. Econ. 35, 38 (1984) (citations omitted) ("*Wealth Redistributions*").

[342] Ronald W. Masulis, *The Effects of Capital Structure Change on Security Prices: A Study of Exchange Offers*, 8 J. Fin. Econ. 139, 143 (1980).

the existing stockholders.  The bond price will fall, and the
stock price will rise.  In this sense, changes in the capital
structure of a firm may affect the price of its common stock.
The price changes will occur when the change in the capital
structure becomes certain, not when the actual change takes
place.[343]

243.  There does not need to be a corporate transaction or major event for these
differential effects to emerge, however, they will generally be important in announcements
of going private transactions as is the case for Tesla.

### 3.  Differences in Price Movements between Notes with Different Coupons and Maturities

244.  As discussed above, a bond's price is determined by calculating the present
value of all future cash flows.  When exogenous economic factors such as market interest
rates change, two primary factors will differentially influence a bond's price.  These are
the coupon rates and time to maturity.  All else constant, bonds with higher coupon rates
tend to fluctuate less in price as they have less interest-rate risk, while bonds with lower
coupons have greater price sensitivity and interest-rate risk.  All else constant, longer-term
bonds have greater risk, which results in greater price sensitivity than shorter-term bonds.

### B.  Description of the Tesla Notes

245.  Tesla had four Notes outstanding during the Class Period.  These included the
following: (i) 0.25% Convertible Senior Notes due in 2019 (the "2019 Note"); (ii) 1.25%
Convertible Senior Notes due in 2021 (the "2021 Note"); (iii) 2.375% Convertible Senior
Notes due in 2022 (the "2022 Note"); and (iv) 5.30% Senior Notes due in 2025 (the "2025
Note").

### 1.  The 2019 Note

246.  In March 2014, Tesla issued $800 million in principal amount of 0.25%
Convertible Senior Notes due in March 2019, and in April 2014, issued an additional $120

---

[343]  Fischer Black and Myron Scholes, *The Pricing of Options and Corporate Liabilities*, 81 J.
Political Econ. 637, 650 (1973) (citations omitted).

million pursuant to the exercise in full of the overallotment option by the underwriters, for a total of $920 million in principal amount.[344]

247.  Each $1,000 of principal of these notes was initially convertible into 2.7788 shares of Tesla common stock, which is equivalent to an initial conversion price of $359.87 per share, subject to adjustment upon the occurrence of specified events.  Holders of these notes could elect to convert on or after December 1, 2018.[345]  Further, holders of these notes could convert, at their option, prior to December 1, 2018, only under the following circumstances:

> (1) during a quarter in which the closing price of our common stock for at least 20 trading days (whether or not consecutive) during the last 30 consecutive trading days immediately preceding the quarter is greater than or equal to 130% of the conversion price; (2) during the five- business day period following any five- consecutive trading day period in which the trading price of these notes is less than 98% of the product of the closing price of our common stock for each day during such five- consecutive trading day period or (3) if we make specified distributions to holders of our common stock or if specified corporate transactions occur.[346]

248.  If a fundamental change occurred (as described in the prospectus supplement) prior to the applicable maturity date, holders of these notes could require the Company to repurchase all or a portion of their notes for cash at a repurchase price equal to 100% of the principal amount plus any accrued and unpaid interest.  In addition, if specific corporate events occurred (as described in the prospectus supplement) prior to the applicable maturity date, the Company would increase the conversion rate for a holder who elected to convert their notes in connection with such an event in certain circumstances.[347]

---

[344]  Tesla SEC Form 10-K filed February 19, 2019, pp. 110-111.

[345]  Tesla SEC Form 10-K filed February 19, 2019, p. 111.

[346]  Tesla SEC Form 10-K filed February 19, 2019, p. 111.

[347]  Tesla SEC Form 10-K filed February 19, 2019, p. 111.

249.  The amount outstanding during the Class Period equaled the amount issued.[348] The 2019 Note was not redeemable by Tesla.[349]  During the Class Period, the 2019 Note was rated "B-" by S&P.[350]

### 2.    The 2021 Note

250.  In March 2014, Tesla issued $1.2 billion in principal amount of 1.25% Convertible Senior Notes due in March 2021, and in April 2014, issued an additional $180 million pursuant to the exercise in full of the overallotment option by the underwriters, for a total of $1.38 billion in principal amount.[351]

251.  Each $1,000 of principal of these notes was initially convertible into 2.7788 shares of Tesla common stock, which is equivalent to an initial conversion price of $359.87 per share, subject to adjustment upon the occurrence of specified events.  Holders of these notes could elect to convert on or after December 1, 2020.[352]  Holders of these notes could convert, at their option, prior to December 1, 2020, only under the same three circumstances as outlined above for the 2019 Note.[353]  As of December 31, 2018, none of the conditions permitting the holders of 2021 Notes to early convert had been met.[354]

252.  If a fundamental change occurred (as described in the prospectus supplement) prior to the applicable maturity date, holders of these notes could require the Company to repurchase all or a portion of their notes for cash at a repurchase price equal to 100% of the principal amount plus any accrued and unpaid interest.  In addition, if specific corporate events occurred (as described in the prospectus supplement) prior to the applicable maturity date, the Company would increase the conversion rate for a holder who elected to convert their notes in connection with such an event in certain circumstances.[355]

---

[348]  Source: Bloomberg.

[349]  Tesla Prospectus Supplement filed February 28, 2014, p. S-5.

[350]  Source: Bloomberg.

[351]  Tesla SEC Form 10-K filed February 19, 2019, pp. 110-111.

[352]  Tesla SEC Form 10-K filed February 19, 2019, pp. 110-111.

[353]  Tesla SEC Form 10-K filed February 19, 2019, p. 111.

[354]  Tesla SEC Form 10-K filed February 19, 2019, p. 111.

[355]  Tesla SEC Form 10-K filed February 19, 2019, p. 111.

253.  The amount outstanding during the Class Period equaled the amount issued.[356] The 2021 Note was not redeemable by Tesla.[357]  During the Class Period, the 2021 Note was rated "B-" by S&P.[358]

### 3.    The 2022 Note

254.  In March 2017, Tesla issued $977.5 million in aggregate principal amount, including the over-allotment option by underwriters, of 2.375% Convertible Senior Notes due in March 2022.[359]

255.  Each $1,000 of principal of the 2022 Notes is initially convertible into 3.0534 shares of Tesla common stock, which is equivalent to an initial conversion price of $327.50 per share, subject to adjustment upon the occurrence of specified events.  Holders of the 2022 Notes may convert, at their option, on or after December 15, 2021.[360]  Further, holders of the 2022 Notes may convert, at their option, prior to December 15, 2021 only under the following circumstances:

> (1) during any quarter beginning after June 30, 2017, if the closing price of our common stock for at least 20 trading days (whether or not consecutive) during the last 30 consecutive trading days immediately preceding the quarter is greater than or equal to 130% of the conversion price; (2) during the five-business day period following any five- consecutive trading day period in which the trading price of the 2022 Notes is less than 98% of the product of the closing price of our common stock for each day during such five- consecutive trading day period or (3) if we make specified distributions to holders of our common stock or if specified corporate transactions occur.[361]

256.  If a fundamental change occurs (as described in the prospectus supplement) prior to the applicable maturity date, holders of these notes could require the Company to

---

[356]  Source: Bloomberg.

[357]  Tesla Prospectus Supplement filed February 28, 2014, p. S-5.

[358]  Source: Bloomberg.

[359]  Tesla SEC Form 10-K filed February 19, 2019, pp. 111-112; Tesla Prospectus Supplement dated March 16, 2017, cover page.

[360]  Tesla SEC Form 10-K filed February 19, 2019, p. 112.

[361]  Tesla SEC Form 10-K filed February 19, 2019, p. 112.

repurchase all or a portion of their notes for cash at a repurchase price equal to 100% of the principal amount plus any accrued and unpaid interest.  In addition, if specific corporate events occurred (as described in the prospectus supplement) prior to the applicable maturity date, the Company would increase the conversion rate for a holder who elected to convert their notes in connection with such an event in certain circumstances.[362]

257.  As of December 31, 2018, none of the conditions permitting the holders of the 2022 Notes to early convert had been met.[363]

258.  The amount outstanding during the Class Period equaled the amount issued.[364]  The 2022 Note was not redeemable by Tesla.[365]  During the Class Period, the 2021 Note was rated "B-" by S&P.[366]

### 4.     The 2025 Note

259.  In August 2017, Tesla issued $1.80 billion in aggregate principal amount of unsecured 5.30% Senior Notes due in August 2025 pursuant to Rule 144A and Regulation S under the Securities Act.[367]  The 2025 Note is governed by an indenture and guaranteed on a senior unsecured basis by SolarCity.[368]  The 2025 Note is redeemable by Tesla, in whole or in part, prior to the maturity date by paying a price equal to:

> (i) if the redemption is prior to August 15, 2020, 100% of the principal amount thereof and accrued and unpaid interest, if any, plus a "make-whole" premium calculated pursuant to the Indenture; (ii) if the redemption is on or after August 15, 2020 and before August 15, 2023, a specified price that annually declines ratably from 103.975% of the principal amount thereof to 101.325% of the principal amount thereof, plus accrued and unpaid interest, if any; and (iii) if the redemption is on or after

---

[362]   Tesla SEC Form 10-K filed February 19, 2019, p. 112.

[363]   Tesla SEC Form 10-K filed February 19, 2019, p. 112.

[364]   Source: Bloomberg.

[365]   Tesla Prospectus Supplement filed March 16, 2017, p. S-5.

[366]   Source: Bloomberg.

[367]   Tesla SEC Form 10-K filed February 19, 2019, p. 112.

[368]   Tesla SEC Form 8-K filed August 23, 2017.

August 15, 2023, 100% of the principal amount thereof and accrued and unpaid interest, if any.[369]

260.  The 2025 Note is <u>not</u> convertible.[370]  The amount outstanding during the Class Period equaled the amount issued.[371]  During the Class Period, the 2025 Note was rated "B-" by S&P and "Caa1" by Moody's.[372]

261.  **Table 11** below summarizes the terms of these bonds.

**Table 11[373]**

| Note | Issue Date | Maturity Date | Issued Amount | Coupon Rate | S&P Rating | Moody's Rating | Convertible | Redeemable |
|------|-----------|---------------|---------------|-------------|-----------|----------------|-------------|------------|
| 2019 Note | 3/5/2014 | 3/1/2019 | $920,000,000 | 0.25% | B- | n/a | Yes | No |
| 2021 Note | 3/5/2014 | 3/1/2021 | $1,380,000,000 | 1.25% | B- | n/a | Yes | No |
| 2022 Note | 3/22/2017 | 3/15/2022 | $977,500,000 | 2.38% | B- | n/a | Yes | No |
| 2025 Note | 8/18/2017 | 8/15/2025 | $1,800,000,000 | 5.30% | B- | Caa1 | No | Yes |

## C.  <u>Event Study for the Tesla Notes</u>

262.  As discussed in the Class Certification Report, to perform an event study, one begins by separating the impact on security price movements of market- and industry-wide factors from the impact of firm-specific factors.[374]  For bonds, an event study uses the same approach, but a slightly different specification of the regression model.  As with a single-issuer common stock, this approach uses a so-called market model to partition a single company's bond price movement on each trading day into various components.  For common stock, there are three parts: the movement caused by market-wide factors, or the "market effect"; the movement caused by industry-wide factors, or the "industry effect"; and the movement caused by the "firm-specific effect."  For bonds, especially convertible bonds, these three components are relevant along with two additional elements: the credit-risk effect and the time-to-maturity effect.

---

[369]  Tesla SEC Form 8-K filed August 23, 2017.

[370]  Source: Bloomberg.

[371]  Source: Bloomberg.

[372]  Source: Bloomberg.

[373]  Source: Bloomberg.

[374]  Class Certification Report, Appendix E.

263.   Furthermore, as discussed above, bond-pricing theory tells us that changes in prices will take place based on discounted cash flows.  The price is a function of these two factors (in addition to others):

a) The expected rate of return on similar maturity, riskless debt (*i.e.*, U.S. government bonds); and

b) The default risk or the probability that the company will be unable to satisfy some or all of the indenture requirements given current and expected future economic conditions.

264.   Therefore, to run the market model regression I add explanatory variables that account for these exogenous factors.  Thus, the specification is as follows:

$N_t = a + \beta_1(Rm_t) + \beta_2(INDUSTRY_t) + \beta_3(CREDIT_t) + \beta_4(MATURITY_t) + e_t.$

265.   In this equation, $N_t$ is the daily return to the Note, $Rm_t$ is a proxy for the daily market return, $INDUSTRY_t$ is a proxy for the daily industry return, $CREDIT_t$ is the daily return of an index of comparably risky bonds, and $MATURITY_t$ is the daily return of a treasury security with the same time-to-maturity as each of the Tesla Notes.  In each of the Tesla Note regressions, the explanatory variables are:

$Rm_t$: the Nasdaq Composite Total Return Index return (Bloomberg ticker "XCMP");

$INDUSTRY_t$: the Dow Jones US Automobiles & Parts Industry Total Return Index (Bloomberg ticker "DJUSAPT");

$CREDIT_t$: various ICE BofAML CCC & Lower US Cash Pay High Yield Indexes with different term to maturity matched with Tesla Notes' term to maturity as of the start of the Class Period;[375, 376] and

---

[375]   For the 2019 Note and 2021 Note, I use the ICE BofAML 1-3 Year CCC & Lower US Cash Pay High Yield Index (Bloomberg ticker "J1A3"); for the 2022 Note, I use the ICE BofAML 3-5 Year CCC & Lower US Cash Pay High Yield Index (Bloomberg ticker "J2A3"); for the 2025 Note, I use the ICE BofAML 7-10 Year CCC & Lower US Cash Pay High Yield Index (Bloomberg ticker "J4A3").

[376]   Because the Tesla Notes were rated B- by S&P, I also tested using various ICE BofAML B US Cash Pay High Yield Indexes matched to each Note's time to maturity at the start of the Class Period.  For the 2019 Note and 2021 Note, I use the ICE BofAML 1-3 Year B US Cash Pay

MATURITY$_t$: the return of a Treasury Note with due date closest to the maturity date of each Tesla Note.[377]

266.   The return for INDUSTRY$_t$ is net of the Nasdaq Composite Total Return and the return for CREDIT$_{t,}$ is net of the Notes' respective Treasury Note returns.

267.   Econometric regression methods are used to estimate the parameters or coefficients in the equation above, namely a, $\beta_1$, $\beta_2$, $\beta_3$ and $\beta_4$.  As for the stock, for each Note, I use a single control period of 120 trading days ending on August 6, 2018, the day prior to the start of the Class Period, to estimate the parameters or coefficients of the market model.  As for the stock, I also include "dummy" variables to account for possible anomalous Note price reactions on the impact dates of days on which the Company announced earnings results.[378]

268.   To calculate the returns for the Notes, I use Bloomberg evaluated prices.[379, 380] The results of the regression models for Tesla Notes are presented in Panel A of **Appendix 11**.

---

High Yield Index (Bloomberg ticker "J1A2"); for the 2022 Note, I use the ICE BofAML 3-5 Year B US Cash Pay High Yield Index (Bloomberg ticker "J2A2"); for the 2025 Note, I use the ICE BofAML 7-10 Year B US Cash Pay High Yield Index (Bloomberg ticker "J4A2").  I chose the CCC & Lower indexes because the R-squared for market models with CCC & Lower indexes are higher than that with B rating indexes for all but the 2025 Notes.

[377]   The treasury note has to be issued as of February 14, 2018, which is 120 trading days prior to the start of the Class Period.  If multiple treasury notes mature at the same time, I use the treasury note with coupon rate closer to that of Tesla.  The CUSIPs of treasury notes I used are as follows: 2019 Note: 912828W30; 2021 Note: 912828P87; 2022 Note: 912828W55; 2025 Note: 912828K74.

[378]   The impact dates for the 2 earnings-related dates are: May 3, 2018 and August 2, 2018.

[379]   "Bloomberg's BVAL Evaluated Pricing Service provides transparent and highly defensible prices across the liquidity spectrum for a variety of fixed income securities …. The key to BVAL's methodology is its real-time access to market observations from a wealth of contributed sources.  The accumulated mass of market data serves as the main driver of an innovative and quantitative approach that first corroborates market levels on actively traded bonds and then derives a comparable relative value price on those securities that are less liquid."  Source: Bloomberg.

[380]   I also tested market models using daily Volume Weighted Average Prices ("VWAPs") calculated using transactions data during stock trading hours available from Trade Reporting and Compliance Engine ("TRACE").  *See* **Appendix 10** for methodology to compute TRACE VWAPs.  Because there was not TRACE VWAP on each day during the 120 stock trading days

269.  As discussed above, corporate bonds do not generally trade as frequently as common stocks.  Therefore, it can often take longer for the bond price to respond to new information.  Although in a recent *Monroe County* Court decision the focus was on common stock, the court made clear that it is not uncommon for a financial security to take longer than a single trading day to absorb and reflect all publicly available information.[381] The *Monroe County* Court laid out the arguments as follows:[382]

> First, using exclusively one-day event windows does not change [] conclusion[s] concerning market efficiency.  As a result, the debate about event windows in this case is largely academic.  Second, there are many cases that find that multi-day event windows are appropriate for event study analysis in securities fraud class actions.[citations footnoted][383] Third, and more broadly, the Supreme Court has expressly refused to "adopt any particular theory of how quickly and completely publicly available information is reflected in market

---

prior to the Class Period and the Class Period for all Tesla Notes, I used BVAL prices to estimate market models for Tesla Notes.

[381] *Monroe Cty Empls . Retirement Syst., et al. v. The Southern Co., et al.,* 332 F.R.D 370, 391 (N.D. Ga. 2019).

[382] *Monroe* 332 F.R.D. 370, 391-392.

[383] *Monroe* citations:

*See, e.g., In re Xcelera.com Sec. Litig.*, 430 F.3d 503, 513 n.11 (1st Cir. 2005) (rejecting argument that a two-day event window is inconsistent with an efficient market); *In re DVI, Inc. Sec. Litig.*, 639 F.3d 623, 635 (3rd Cir. 2011) ("That some information took two days to affect the price does not undermine a finding of efficiency."), *abrogated on other grounds by Amgen Inc. v. Connecticut Retirement Plains and Trust Funds*, 133 S. Ct. (2013); *In re Vivendi Universal, S.A., Sec. Litig.*, 634 F. Supp. 2d 352, 372 (S.D.N.Y. 2009) (using a three-day window for analysis); *In re Diamond Foods, Inc.*, 295 F.R.D. 240, 249 (N.D. Cal. 2013) (citing defense expert's assertion that a "proper test of market efficiency" required analyzing whether the market price reacted to new information over more than one trading day in order to "assess[] whether there are delayed price responses to the events of interest"); *Fogarazzo v. Lehman Bros.*, 263 F.R.D. 90, 104 (S.D.N.Y. 2009) (accepting event study with three-day event window and rejecting argument that this rule only applied "where the timing of discrete events was [not] ascertainable"); *Aranaz v. Catalyst Pharm. Partners*, 302 F.R.D. at 669 (citing significant two-day stock decline as "strong empirical evidence of market efficiency"). In another securities fraud case, *Carpenters Pension Tr. Fund of St. Louis v. Barclays PLC*, the court explicitly considered and rejected Professor Gompers' exact same argument against two-day windows that he offers in this case, finding that "[a] two-to three-day window is *common* in event studies" because "it is standard for experts to utilize an event window including both the day of the event and the day following an event." 310 F.R.D. at 96. The *Barclays* court noted that Professor Gompers "agree[d] that event studies often use a two-day window, the date of the announcement and the day after." *Id.* at 96 n.183.

price."[citations footnoted][384]    Fourth, academic literature
supports the use of two-day (or more) event windows.[citations
footnoted][385]    Fifth, the Court finds, in accordance with the
academic literature, that when the particular facts and
circumstances justify investigating multi-day event windows,
such analysis is appropriate…. Finally, the Court rejects
Defendants' suggestion that [multi-day] analysis should be
disregarded because [it] did not analyze only one-day windows
or only two-day windows.  The Court is unaware of any rule,
and Defendants cite none, requiring that one must commit at the
outset, before analyzing the data, to investigate only one-day or
only two-day event windows.  Professor Feinstein testified that
event study analysis is "an investigation, and the results might
compel you to look at a larger window."[citations footnoted][386]

---

[384] *Monroe* citations:

*Basic*, 485 U.S. at 249 n.28.  Following its decision in *Basic*, the Supreme Court in *Halliburton
II* reiterated that it would not "enter the fray" of academic debates about the speed at which
information is impounded into a stock price, and reconfirmed that market efficiency is based
on "the fairly modest premise that 'market professionals generally consider most publicly
announced material statements about companies, thereby affecting stock market prices.'"
*Halliburton Co, et al. v. Erica P. John Fund, Inc.*, 134 S.Ct. 2398, 2410 (2014).  (quoting Basic,
485 U.S. at 247 n.24).

[385] *Monroe* citations:

For example, MacKinlay explains that two-day event windows are appropriate when analyzing
earnings announcements.  (Craig A. MacKinlay, *Event Studies in Economics and Finance*,35
Jnl. of Econ. Lit., 1997, pp. 14-15:  MacKinlay makes clear that examination of stock price
effects that occur on the second trading day is perfectly appropriate in event study analysis.).
Professor Feinstein cited multiple other legal and academic papers endorsing the use of multi-
day event windows and explaining that price reactions to news sometimes occur over two or
more trading days, including a paper by David I. Tabak, who explains that "[i]n securities fraud
cases, many experts have adopted the convention of looking at one-day, two-day, or five-day
periods following an announcement." (footnote omitted) And although Defendants and
Professor Gompers cite academic literature for the proposition that stock price reactions
generally *begin* quickly, this does not necessarily mean that stock price reactions always *end*
quickly.  Rather, as Professor Feinstein explained, "[i]t is not settled science that an efficient
market price reaction is over within a matter of minutes," and "the articles [Professor Gompers
cites] do not conclude that the stock price reaction in an efficient market necessarily ends
quickly and cannot continue on the day after an earnings announcement." [Doc. 113-2, ¶¶60,
65].

[386] *Monroe* citations:

Day 1 Tr. at 138:4-11; *see also id.* at 143:7-10 ("[T]o commit to one-day windows only and
disregard the possibility that the reaction will be evident on the second day is not reliable
investigative research."); *id.* at 143:17-24 ("Because the literature says that the reaction might

### D. <u>Results of Event Study for the Notes</u>

270.  Based on my event studies, daily statistics for the four Tesla Notes over the Corrective Interval are shown in **Appendix 12**.  As expected, the convertible notes react much like the stock, with cumulative abnormal returns ranging between negative 9.8% and negative 14.3%, as compared to the stock's cumulative abnormal return of negative 17.6%. Although the cumulative abnormal return for the 2025 Note is negative 2.5% over the Corrective Interval, because the 2025 Note is not convertible and the cumulative abnormal return was not statistically significant at the 5% level, I do not implement my damages analysis for the 2025 Note.

271.  In **Table 12** below, for each of the convertible Notes, I present the closing prices, returns, and abnormal returns based on the market models discussed above, and the adjusted price (*i.e.*, the Note price after removing market-wide and industry influences, as calculated for the stock).

---

be on the second day, it's imperative to look on the second day before concluding that there was no reaction.")

**Table 12**[387]

| Date | Price | Return | Abnormal Return | Adjusted Price |
|------|-------|--------|-----------------|----------------|
| ***2019 Note*** | | | | |
| 8/7/2018 | $114.69 | | | $114.69 |
| 8/8/2018 | $110.56 | -3.6% | -3.5% | $110.67 |
| 8/9/2018 | $108.27 | -2.1% | -2.0% | $108.45 |
| 8/10/2018 | $108.60 | 0.3% | 0.8% | $109.36 |
| 8/13/2018 | $109.29 | 0.6% | 0.9% | $110.36 |
| 8/14/2018 | $108.12 | -1.1% | -1.3% | $108.94 |
| 8/15/2018 | $106.63 | -1.4% | -0.6% | $108.29 |
| 8/16/2018 | $106.10 | -0.5% | -0.8% | $107.45 |
| 8/17/2018 | $102.16 | -3.7% | -3.7% | $103.48 |
| ***2021 Note*** | | | | |
| 8/7/2018 | $122.55 | | | $122.55 |
| 8/8/2018 | $116.14 | -5.2% | -5.1% | $116.26 |
| 8/9/2018 | $112.31 | -3.3% | -3.3% | $112.38 |
| 8/10/2018 | $112.74 | 0.4% | 0.9% | $113.41 |
| 8/13/2018 | $114.64 | 1.7% | 2.1% | $115.74 |
| 8/14/2018 | $111.76 | -2.5% | -2.7% | $112.56 |
| 8/15/2018 | $109.79 | -1.8% | -0.7% | $111.73 |
| 8/16/2018 | $108.80 | -0.9% | -1.2% | $110.35 |
| 8/17/2018 | $103.44 | -4.9% | -4.9% | $104.99 |
| ***2022 Note*** | | | | |
| 8/7/2018 | $130.41 | | | $130.41 |
| 8/8/2018 | $123.61 | -5.2% | -5.1% | $123.74 |
| 8/9/2018 | $120.81 | -2.3% | -2.1% | $121.17 |
| 8/10/2018 | $121.19 | 0.3% | 1.0% | $122.35 |
| 8/13/2018 | $122.32 | 0.9% | 1.5% | $124.14 |
| 8/14/2018 | $120.27 | -1.7% | -2.1% | $121.56 |
| 8/15/2018 | $117.47 | -2.3% | -1.2% | $120.13 |
| 8/16/2018 | $116.79 | -0.6% | -0.9% | $119.03 |
| 8/17/2018 | $110.07 | -5.8% | -5.9% | $112.06 |

## E.  Artificial Inflation in Note Prices

272.  Using the same methodology as used for Tesla common stock, I next compute the artificial inflation in the prices of the convertible Notes during the Class Period.  The artificial inflation or the *consequential effects* for the 2019, 2021 and 2022 Notes begin at $11.21, $17.56 and $18.35, respectively and are presented in **Table 13** below.

---

[387]  *See* **Appendix 12** for prices, returns, and abnormal returns.  The adjusted price after August 7, 2018 is equal to the adjusted price on the prior date multiplied by (1 + abnormal return).

#### Table 13[388]

| Date | Price | But-for Price | Artificial Inflation |
|---|---|---|---|
| **_2019 Note_** | | | |
| 8/7/2018 | $114.69 | $103.48 | $11.21 |
| 8/8/2018 | $110.56 | $103.48 | $7.07 |
| 8/9/2018 | $108.27 | $103.48 | $4.78 |
| 8/10/2018 | $108.60 | $103.48 | $5.12 |
| 8/13/2018 | $109.29 | $103.48 | $5.81 |
| 8/14/2018 | $108.12 | $103.48 | $4.63 |
| 8/15/2018 | $106.63 | $103.48 | $3.15 |
| 8/16/2018 | $106.10 | $103.48 | $2.61 |
| 8/17/2018 | $102.16 | --- | --- |
| **_2021 Note_** | | | |
| 8/7/2018 | $122.55 | $104.99 | $17.56 |
| 8/8/2018 | $116.14 | $104.99 | $11.15 |
| 8/9/2018 | $112.31 | $104.99 | $7.32 |
| 8/10/2018 | $112.74 | $104.99 | $7.75 |
| 8/13/2018 | $114.64 | $104.99 | $9.65 |
| 8/14/2018 | $111.76 | $104.99 | $6.77 |
| 8/15/2018 | $109.79 | $104.99 | $4.80 |
| 8/16/2018 | $108.80 | $104.99 | $3.81 |
| 8/17/2018 | $103.44 | --- | --- |
| **_2022 Note_** | | | |
| 8/7/2018 | $130.41 | $112.06 | $18.35 |
| 8/8/2018 | $123.61 | $112.06 | $11.55 |
| 8/9/2018 | $120.81 | $112.06 | $8.75 |
| 8/10/2018 | $121.19 | $112.06 | $9.13 |
| 8/13/2018 | $122.32 | $112.06 | $10.26 |
| 8/14/2018 | $120.27 | $112.06 | $8.21 |
| 8/15/2018 | $117.47 | $112.06 | $5.41 |
| 8/16/2018 | $116.79 | $112.06 | $4.73 |
| 8/17/2018 | $110.07 | --- | --- |

### F.  Artificial Inflation in Note Prices Caused Directly by the Musk Tweets

273. To calculate the *direct effect* on the Note prices of the Musk Tweets, I calculate the abnormal return observed for the Tweets Interval using Note transaction data from TRACE.  **Appendix 10** describes the data and my methodology to clean the data.  I first calculate a price  prior to the Musk Tweets, as the volume weighted average price ("VWAP") based on transactions on August 7, 2018 *prior to* 12:48 p.m.  I then calculate a

---

[388]  *See* **Table 12** for prices and but-for prices.  Artificial inflation is equal to price less but-for price.

price *following* the initial Musk tweet, as the VWAP after the initial 12:48 p.m. tweet based on transactions on or after 12:48 p.m.[389]  To measure the *direct effect* on the Note prices of the Musk Tweets, I start with the difference between the post-Musk Tweets VWAP price and the pre-Musk Tweets VWAP price.  Finally, I remove the impact of market-wide and industry influences from the price change.  The abnormal price change is a measure of the *direct effect* on the Note prices of the Musk Tweets.[390]  I note that the abnormal price change is equal to abnormal return multiplied by the pre-Musk Tweets VWAP.  The abnormal price changes for all three Notes are statistically significant at the 1% level.[391]  These abnormal price changes or the *direct effect* for the 2019, 2021 and 2022 Notes are $4.49, $6.17 and $6.26, respectively and are shown in **Table 14** below.

274.  I then apply the analysis from **Table 8** above that uses the direct scalar to measure the *direct effect* of the Musk Tweets over the Class Period.  The results of this analysis are presented in **Table 14** below.

---

[389]   For the calculation of these intraday VWAPs, I considered all transactions during the day and did not limit the analysis to stock trading hours.

[390]   For each Note, I calculate two volume-weighted times (one for trades before 12:48 pm and one for trades on or after 12:48 pm).  I then compute the intraday market return and intraday industry return between these two points of time.  The intraday abnormal return is computed as intraday return on the Note, less market beta times the intraday market return, less industry beta times the intraday industry return.  For each Note, the market beta and industry beta are measured from the same regression specification as used in the market model discussed above, except that I run an alternative regression over the prior 120 days wherein the industry return is not net of market.  See Panel B of **Appendix 11**.  In the calculation of the intraday abnormal return, I assume intraday Credit and Treasury variable movements are close to zero.

If the volume-weighted time is before market open or after market close, I use the open and close price respectively for the market and industry to calculate the intraday returns.  Industry return is calculated after removing the impact of Tesla based on Tesla's weights in the index.  Source for minute-level price and open/close prices for market and industry indexes: Bloomberg.

[391]   The t-statistic for each abnormal return is computed as the abnormal return divided by the adjusted standard error, which is equal to the standard error of the regression discussed in the previous footnote multiplied by the squared root of the ratio of the number of minutes between the two points of volume weighted times divided by 390 (*i.e.*, the number of minutes between 9:30 am and 4:00 pm).  The ratio is set to be less than or equal to one.

**Table 14**[392]

| | Aug. 7 | Aug. 8 | Aug. 9 | Aug. 10 | Aug. 13 | Aug. 14 | Aug. 15 | Aug. 16 | Aug. 17 |
|---|---|---|---|---|---|---|---|---|---|
| **Direct Scalar** | 100.0% | 72.0% | 41.2% | 51.1% | 62.9% | 63.9% | 54.0% | 48.4% | 0.0% |
| *Daily Direct Artificial Inflation* | | | | | | | | | |
| **2019 Note** | $4.49 | $3.23 | $1.85 | $2.30 | $2.83 | $2.87 | $2.43 | $2.17 | $0.00 |
| **2021 Note** | $6.17 | $4.44 | $2.54 | $3.16 | $3.88 | $3.95 | $3.34 | $2.99 | $0.00 |
| **2022 Note** | $6.26 | $4.50 | $2.58 | $3.20 | $3.94 | $4.00 | $3.38 | $3.03 | $0.00 |

275.  Finally, based on the combined levels of artificial inflation in **Table 13** and the artificial inflation directly caused by the Musk Tweets in **Table 14**, I calculate the artificial inflation related to the Consequential Harm or the *consequential effects* and the "but-for" price excluding the price impact of the Consequential Harm.  This is shown below in **Table 15** below.

---

[392] *See* **Table 8** for the Direct Scalar.  The direct artificial inflation on each day equals the direct effect on August 7, 2018 multiplied by the direct scalar each day.

**Table 15[393]**

| Date | Total Artificial Inflation | Direct Scalar | Direct Artificial Inflation | Consequential Artificial Inflation | Direct But-For Price |
|---|---|---|---|---|---|
| **_2019 Note_** | | | | | |
| 8/7/2018 | $11.21 | 1.00 | $4.49 | $6.72 | $110.20 |
| 8/8/2018 | $7.07 | 0.72 | $3.23 | $3.84 | $107.33 |
| 8/9/2018 | $4.78 | 0.41 | $1.85 | $2.93 | $106.42 |
| 8/10/2018 | $5.12 | 0.51 | $2.30 | $2.82 | $106.31 |
| 8/13/2018 | $5.81 | 0.63 | $2.83 | $2.98 | $106.47 |
| 8/14/2018 | $4.63 | 0.64 | $2.87 | $1.76 | $105.25 |
| 8/15/2018 | $3.15 | 0.54 | $2.43 | $0.72 | $104.21 |
| 8/16/2018 | $2.61 | 0.48 | $2.17 | $0.44 | $103.92 |
| 8/17/2018 | --- | 0.00 | --- | --- | --- |
| **_2021 Note_** | | | | | |
| 8/7/2018 | $17.56 | 1.00 | $6.17 | $11.39 | $116.38 |
| 8/8/2018 | $11.15 | 0.72 | $4.44 | $6.71 | $111.70 |
| 8/9/2018 | $7.32 | 0.41 | $2.54 | $4.77 | $109.76 |
| 8/10/2018 | $7.75 | 0.51 | $3.16 | $4.59 | $109.58 |
| 8/13/2018 | $9.65 | 0.63 | $3.88 | $5.76 | $110.75 |
| 8/14/2018 | $6.77 | 0.64 | $3.95 | $2.83 | $107.82 |
| 8/15/2018 | $4.80 | 0.54 | $3.34 | $1.47 | $106.46 |
| 8/16/2018 | $3.81 | 0.48 | $2.99 | $0.82 | $105.81 |
| 8/17/2018 | --- | 0.00 | --- | --- | --- |
| **_2022 Note_** | | | | | |
| 8/7/2018 | $18.35 | 1.00 | $6.26 | $12.10 | $124.16 |
| 8/8/2018 | $11.55 | 0.72 | $4.50 | $7.04 | $119.10 |
| 8/9/2018 | $8.75 | 0.41 | $2.58 | $6.17 | $118.23 |
| 8/10/2018 | $9.13 | 0.51 | $3.20 | $5.93 | $117.99 |
| 8/13/2018 | $10.26 | 0.63 | $3.94 | $6.33 | $118.39 |
| 8/14/2018 | $8.21 | 0.64 | $4.00 | $4.21 | $116.27 |
| 8/15/2018 | $5.41 | 0.54 | $3.38 | $2.03 | $114.09 |
| 8/16/2018 | $4.73 | 0.48 | $3.03 | $1.70 | $113.76 |
| 8/17/2018 | --- | 0.00 | --- | --- | --- |

276. As discussed above, the standard "out-of-pocket" method of calculating damages per Note for each member of the Class under Section 10(b) involves a measure

---

[393] *See* **Table 8** for and the Direct Scalar. *See* **Table 14** for Direct Artificial Inflation. Consequential Artificial Inflation is equal to Artificial Inflation in **Table 13** minus Direct Artificial Inflation. Direct But-For Price is equal to Price minus Direct Artificial Inflation.

of the net minute-by-minute or daily inflation in the price of the Note at the time of the purchase and at the time of the sale.[394]

I declare under penalty of perjury that the foregoing is true and correct.

***RESPECTFULLY SUBMITTED THIS TENTH DAY OF NOVEMBER 2021***

_____
Michael L. Hartzmark, Ph.D.

---

[394] As with the common stock, the PSLRA limit would also apply.

# APPENDIX 1

# MICHAEL L. HARTZMARK, PH.D.
4950 S. Chicago Beach Drive, Suite 6A
Chicago, IL 60615
(312) 718-9699
mhartzmark@HELP-Econ.com

## PRESENT POSITIONS

HARTZMARK ECONOMICS LITIGATION PRACTICE, LLC
President (2013 - present)
Specializing in the application of economic, financial and accounting principles to securities, complex commercial, investment, intellectual property, antitrust and automotive litigation and regulatory matters

OFFICE OF THE ATTORNEY GENERAL – STATE OF NEW JERSEY
Independent Contractor (2015 - present)

MDA FINANCIAL, INC.
President (1981 - present)

## EDUCATION

Ph.D.      Department of Economics, the University of Chicago, 1984
           (Doctoral Exams in Industrial Organization and Regulation; Public Finance)
M.A.       Department of Economics, the University of Chicago, 1982
B.A.       The University of Michigan (Economics, High Honors and Phi Beta Kappa), 1978

## ACADEMIC HONORS AND FELLOWSHIPS

*John M. Olin Faculty Fellowship*, (George Stigler, Director) (1986 - 1987)
*PEW Teaching Fellow*, the University of Chicago (1980 - 1981)
*Phi Beta Kappa,* the University of Michigan (1978)
*Parker Prize,* in Labor Economics, University of Michigan (1978) -- Given for the best graduate or undergraduate paper in Labor Economics

## GRANTS

Grant from the University of Chicago (1984).  Center for the Study of Futures Prices: grant to analyze margin regulation for the Chicago Board of Trade Studies.

**PROFESSIONAL EXPERIENCE**

FINRA (fka NATIONAL ASSOCIATION OF SECURITY DEALERS) Dispute Resolution
     Member Arbitrator (2005 - 2021)
OFFICE OF THE ATTORNEY GENERAL – STATE OF NEW YORK
     Independent Contractor (2013 - 2019)
CRA INTERNATIONAL, INC.
     Independent Contractor (2015)
NAVIGANT ECONOMICS (FORMERLY CHICAGO PARTNERS, LLC)
     Academic Affiliate (2012 - 2013)
     Principal/Director (2008 - 2012)
     Vice President (2004 - 2007)
DARMA, LLC
     President (2005 - 2008)
PACIFIC BIOMETRICS, INC.
     Interim Chief Financial Officer (2004 - 2006)
CRAGAR INDUSTRIES, INC.
     Chairman, CEO, President and Treasurer (1993 - 2004)
MDA FINANCIAL, INC.
     President (1981 - present)
FAHNESTOCK & Co., Inc. (now Oppenheimer & Co., Inc.)
     Financial Consultant (Series 7 and Series 63) (2001 - 2003)
ECONOHIO CORPORATION
     President (1989 - 1992)
LEXECON INC.
     Senior Economist (1987 - 1989)
UNIVERSITY OF CHICAGO, Center for the Study of the Economy and the State, and the
     Graduate School of Business (now the Chicago Booth School of Business)
     John M. Olin Visiting Scholar (1986 - 1987)
UNIVERSITY OF MICHIGAN, Joint with Michigan Business School (now the Stephen M.
     Ross School of Business) and Department of Economics
     Assistant Professor (1984 - 1988)
     Lecturer (1984)
COMMODITY FUTURES TRADING COMMISSION, Division of Economics and
     Education, Washington, D.C.
     Financial Economist (1982 -1983)
UNIVERSITY OF CHICAGO, Department of Economics
     Instructor for Economic Analysis (1981)
     Research Assistant for A. C. Harberger (1982)
     Research Assistant for Sam Peltzman (1981 - 1982)
U. S. DEPARTMENT OF THE TREASURY, Office of Tax Analysis, Washington, D.C.
     Research Assistant (1981)

## PUBLICATIONS

"Understanding the Efficiency of the Market for Preferred Stock," (with H. Nejat Seyhun), Virginia Law & Business Review, Volume 8, Number 2, Spring 2014.

"An Economist's View of Amgen," Law360, May 2, 2013.
http://www.law360.com/articles/438303/an-economist-s-view-of-amgen.

"The Curious Incident of the Dog that Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation," (with H. Nejat Seyhun), Virginia Law & Business Review, Volume 6, Number 3, 2012.

"Fraud on the Market:  Analysis of the Efficiency of the Corporate Bond Market," (with Cindy A. Schipani and H. Nejat Seyhun), Columbia Business Law Review, Number 3, Volume 2011.

"Luck Versus Forecast Ability: Determinants of Trader Performance in Futures Markets," Journal of Business, January 1991. Also reprinted in Classic Futures: Lessons from the Past for the Electronic Age, by Lester Telser, Risk Books, March 2000.

"Business Valuations for the Personal Lawyer," Law and Fact, September 1991.

"Is Risk Aversion a Theoretical Diversion?" The Review of Futures Markets, Volume 7, Number 1, 1988.

"Returns to Individual Traders of Futures: Aggregate Results," Journal of Political Economy, December 1987.

"Regulating Futures Margin Requirements," Review of Research on Futures Markets, Volume 5, Number 3, 1986.

"The Effects of Changing Margin Levels on Futures Market Activity, the Composition of Traders in the Market, and Price Performance," Journal of Business, April 1986.

"Individual Income Taxation, 1947-1979," (with Eugene Steuerle), National Tax Journal, June 1981.

## BOARDS

POWHATAN BUILDING CORPORATION, Director, Treasurer, (2010 - 2016)

MIDTOWN EDUCATIONAL FOUNDATION, Auxiliary Board Member, (2009 - 2013)

GLOBAL ENTERTAINMENT CORPORATION (Formerly AMEX: GEE, currently not listed); Director, Audit Committee Member (2004 - 2008);

THE BOARD INSTITUTE (private software company), Financial Advisory Board (2004 - 2006)

SHAKER INVESTMENTS, Financial Advisory Board (1992 - 2005)

PACIFIC BIOMETRICS, INC. (OTC BB: PBMC currently not listed and renamed as Pacific Biomarkers), Director and Chairman of Audit Committee (2002 - 2004)

CRAGAR INDUSTRIES, INC. (Formerly OTC BB: CRGR, company sold); Director and Chairman of the Board (1993 - 2004)

**EXPERT REPORTS, DECLARATIONS AND DISCLOSURES PAST FOUR YEARS**

In Re Finisar Corporation, Inc. Securities Litigation. U.S. District Court for the Northern District of
California; Report (8/14/2017); Deposition (9/14/2017); Rebuttal Report (11/3/2017);
Deposition (11/7/2018).

Robert Burke and Rachel Burke v. R.O. Reichel & Sons Trucking & Excavating, Inc., et al. Circuit
Court of Cook County; Report (9/15/2017).

BlackRock Allocation Target Shares: Series S Portfolio, et al. v. Wells Fargo Bank, N.A.  U.S. District
Court for the Southern District of New York; Report (10/30/2017); Deposition (11/16/2017);
Rebuttal Report (1/26/2018).

Christopher S. Porrino, Attorney General of New Jersey on behalf of Amy G. Kopleton, Deputy Chief
of the New Jersey Bureau of Securities v. Credit Suisse Securities (USA) LLC, et al.  Superior Court
of New Jersey, Chancery Division Mercer County; Report (12/1/2017);
Opposition Report (5/14/2018); Reply Report (7/16/2018); Deposition (2/13/2019).

BlackRock Balanced Capital Portfolio (FI), et al. v. Deutsche Bank National Trust Company, and
Deutsche Bank Trust Company Americas. Superior Court of California in and for the County of
Orange; Report (1/17/2018); Deposition (3/13/2018); Rebuttal Report (4/30/2018).

BlackRock Balanced Capital Portfolio (FI), et al. v. Deutsche Bank National Trust Company, and
Deutsche Bank Trust Company Americas. U.S. District Court for the Southern District of New York;
Report (1/26/2018); Deposition (3/13/2018); Rebuttal Report (4/16/2018).

Brian J. O'Donoghue, as authorized representative vs. Inland Bank and Trust, et al. U.S. District Court
for the Northern District of Illinois Eastern Division; Report (4/1/2008).

In Re TerraForm Global, Inc. Securities Litigation. U.S. District Court for the Southern District of New
York; Report (7/30/2018); Updated Report (8/17/2018); Reply Report (11/1/2018).

In Re Illumina, Inc. Securities Litigation. U.S. District Court Southern District of California;
Report (9/14/2018); Deposition (10/19/18).

John Cumming, derivatively on behalf of New Senior Investment Group, Inc., v. Wesley R. Edens, et al.
Court of Chancery of the State of Delaware; Report (11/9/2018).

The Arbitrage Fund, on behalf of itself and all other similarly situated shareholders of Exactech, Inc. v.
William Petty, et al. Circuit Court of Florida, Eleventh Judicial Circuit, Miami-Dade County;
Report (12/6/2018).

Oklahoma Law Enforcement Retirement System vs. Adeptus Health Inc. U.S. Eastern District of Texas,
Sherman Division; Report (12/7/2018); Rebuttal Report (3/22/19).

In the Matter of the Trusts established under the Pooling and Servicing Agreements relating to the
Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass-Through Certificates,
Series 2007-C30, et al. v. Appaloosa Investment L.P., et al. U.S. District Court for the Southern
District of New York; Report (1/18/2019); Rebuttal Report (2/8/2019); Deposition (3/12/19).

Marc J. Muri, individually and on behalf of all others similarly situated v. National Indemnity
Company. U.S. District Court District of Nebraska; Report (1/24/2019); Reply Report (2/14/2019);
Deposition (3/4/2019).

In Re HD Supply Holdings, Inc. Securities Litigation. U.S. District Court for the Northern District of
Georgia; Report (3/1/2019); Deposition (5/2/2019).

In Re Signet Jewelers Limited Securities Litigation. U.S. District Court for the Southern District of New
York; Report (3/15/2019); Rebuttal Report (5/17/2019); Deposition (6/7/2019);
Damages Report (9/20/2019); Damages Rebuttal Report (11/13/2019).

Tracey Rogers v. Aphria et al./ Garri Mirzoian v. Aphria et al. Ontario, Superior Court of Justice;
Affidavit (4/5/2019).

In Re U.S. Steel Consolidated Cases. U.S. District Court for the Western District of Pennsylvania;
Report (4/19/2019); Deposition (6/4/2019) Rebuttal Report (7/18/2019);
Damages Report (7/12/2021); Deposition (8/23/21); Damages Reply Report (9/13/2021).

4

Timber Hill LLC. v. Kraft Heinz Company et al. U.S. District Court for the Northern District of Illinois; Declaration (5/15/2019).

Laurence Rougier, et al. v. Applied Optoelectronics, Inc., et al. U.S. District Court for the Southern District of Texas; Report (5/28/2019); Supplemental Report (8/26/2019).

Lord Abbett Affiliated Fund, Inc., et al, v Navient Corporation, et al. U.S. District Court for the District of Delaware; Report (9/6/2019); Deposition (10/23/2019); Reply Report (12/20/2019); Damages Report (11/3/2020); Damages Rebuttal (12/1/2020); Stock Damages Reply (1/21/2021); Deposition (6/25/2021).

Graaf v. SNC-Lavalin Group Inc., et al. Quebec, Superior Court; Expert Report (10/15/2019); Reply Report (2/4/2021).

BRS v. Volkswagen AG, et al., ("Bondholders Securities Action"). U.S. District Court for the Northern District of California; Report (11/8/2019); Deposition (1/10/2020).

SEB Investment Management AB. v. Symantec Corp. and Gregory S. Clark. U.S. District Court for the Northern District of California; Report (1/17/2020); Deposition (2/7/2020); Reply Report (3/14/2020); Damages Report (1/29/2021); Damages Reply Report (2/19/2021); Deposition (2/25/2021).

In re: CenturyLink Sales Practices and Securities Litigation. U.S. District Court for the District of Minnesota; Report (1/21/2020); Deposition (2/25/2020); Rebuttal Report (5/4/2020); Deposition (6/5/20).

Abram B. Dyck v. Tahoe Resources Inc. and Ronald Wayne Clayton. Ontario, Superior Court of Justice; Affidavit (5/28/2020) Reply Report (3/17/2021); Examination (5/3/2021).

Patricia A. Shenk, et al., v. Mallinckrodt PLC et al. U.S. District Court for the District of Columbia; Report (7/22/2020).

In Re Tesla, Inc. Securities Litigation. U.S. District Court for the Northern District of California; Report (9/22/2020); Deposition (11/19/2020).

Jennifer Phillips, et al., v. Help at Home, LLC. U.S. District Court for the Northern District of Illinois Eastern Division; Report (10/2/2020).

Chad Lindsey Moshell, et al., v. Sasol Limited et al. U.S. District Court for the Southern District of New York; Report (10/2/2020); Deposition (8/17/21).

Cambridge Retirement System, et al. v Amneal Pharmaceuticals, Inc., et al. Superior Court of New Jersey, Somerset County Law Division; Report (10/30/2020); Deposition (3/2/2021).

In Re Evoqua Water Technologies Corp. Securities Litigation. U.S. District Court for the Southern District of New York; Report (12/4/2020).

City of Sunrise Firefighters' Pension Fund, et al. v. Citigroup Inc., et al. U.S. District Court for the Southern District of New York; Declaration (1/19/2021).

In Re Myriad Genetics, Inc. Securities Litigation, U.S. District Court for the Central District of Utah, Report (6/7/2021).

In Re Alta Mesa Resources, Inc. Securities Litigation, U.S. District Court for the Southern District of Texas, Report (7/30/2021).

Miriam Edwards, Individually and On Behalf of All Others Similarly Situated versus McDermott International, Inc., David Dickson, and Stuart Spence, U.S. District Court for the Southern District of Texas, Report (9/29/2021).

**Appendix 2**
**Materials Relied Upon**

## COURT DOCUMENTS

Consolidated Complaint for Violations of the Federal Securities Laws, filed in *In Re Tesla, Inc. Securities Litigation.*, Case No. 18-cv-048655-EMC (N.D. Cal., filed Jan. 16, 2019).

Order Denying Plaintiff's Motion to Convert or, Alternatively, to Strike; Granting Defendants' Request for Judicial Notice; and Denying Defendants' Motion to Dismiss dated April 15, 2020.

Stipulation and Order for Class Certification, ECF No. 298, filed November 25, 2020.

Plaintiff's Responses to Defendants' First Set of Interrogatories dated November 4, 2021.

Expert Report of Michael L. Hartzmark, Ph.D, September 22, 2020, and all material cited therein.

Expert Report of Steven L. Heston, Ph.D., November 8, 2021.

Deposition of Ryan Brinkman, May 4, 2021.

*Amgen Inc. v. Connecticut Retirement Plains and Trust Funds*, 133 S. Ct. (2013).

*Basic Inc. v. Levinson*, 485 U.S. 224 (1988).

*Dura Pharmaceuticals, Inc. v. Broudo*, 125 S. Ct. 1627 (2004).

*Halliburton Co, et al. v. Erica P. John Fund, Inc.*, 134 S.Ct. 2398 (2014).

*In re: CenturyLink Sales Practices and Securities Litigation*, 2020 WL 5517483 (D. Minn. Sept. 14, 2020).

*In re Cobalt Intl. Energy, Inc., Sec. Litig.*, 2017 WL 2608243 (S.D. Tex. 2017).

*Fogarazzo v. Lehman Bros.*, 263 F.R.D. 90 (S.D.N.Y. 2009).

*In re Signet Jewelers Limited Sec. Litig.*, 2019 WL 3001084 (S.D.NY. 2019).

*In re Vivendi Universal, S.A., Sec. Litig.*, 634 F. Supp. 2d 352 (S.D.N.Y. 2009).

*In re Xcelera.com Sec. Litig.*, 430 F.3d 503 (1st Cir. 2005).

*Laurence Rougier, et al. v. Applied Optoelectronics, Inc., et al.*, Memorandum and Recommendation, (S.D. Tx., Nov. 13, 2019), Dkt. 125 (adopted December 20, 2019, Dkt. 131).

*Monroe Cty Empls . Retirement Syst., et al. v. The Southern Co., et al.,* 332 F.R.D 370 (N.D. Ga. 2019).

*W. Palm Beach Police Pension Fund, et al. v. DFC Global Corp., et al.*, 2016 WL 4138613 (E.D. Pa. Aug. 4, 2016).

*William D. Wallace, et al. v. IntraLinks et al.*, Opinion (S.D.N.Y., September 30, 2014), Dkt. 99.

## TESLA NEWS AND DISCLOSURES

Tesla filings with the U.S. Securities & Exchange Commission.

Tesla SEC Form 424B5 dated May 15, 2013.

Tesla SEC Form 8-K filed November 5, 2013.

Tesla Prospectus Supplement dated February 28, 2014.

Tesla SEC Form 424B5 dated May 18, 2016.

Tesla Prospectus Supplement dated March 16, 2017.

Tesla SEC Form 8-K filed August 23, 2017.

Tesla SEC Form 10-K filed February 23, 2018.

Tesla SEC Form 10-Q filed August 6, 2018.

Tesla SEC Form 10-Q filed November 2, 2018.

Tesla SEC Form 10-K filed February 19, 2019.

News Articles, August 7, 2018 – August 17, 2018, searched through Bloomberg and Factiva, and articles in *The Financial Times*, Seeking Alpha and Musk tweets and blog posts that were provided by counsel.

Cited News Articles:

"Tesla's Elon Musk Turns Conference Call Into Sparring Session," *The Wall Street Journal*, May 3, 2018, 12:47 p.m.

"Internal documents reveal Tesla is blowing through an insane amount of raw material and cash to make Model 3s, and production is still a nightmare," Business Insider, June 4, 2018, 3:42 p.m.

"Elon Musk Races to Exit Tesla's 'Production Hell'," *The Wall Street Journal*, June 27, 2018, 9:36 p.m.

"Tesla 'whistleblower' tells SEC company misled investors and put customers at risk," CNN Wire, July 11, 2018, 5:19 p.m.

"Tesla delivers 200,000 cars, tax credit for future buyers to be lower," Reuters News, July 12, 2018, 9:47 a.m.

"Elon Musk Apologizes for Calling Thai Cave Rescuer a Pedophile," *The Wall Street Journal*, July 18, 2018, 3:15 p.m.

**Appendix 2**
**Materials Relied Upon**

"Former Tesla employee the company called a saboteur is granted a meeting with SEC over whistleblower claims," *San Francisco Business Times Online*, July 27, 2018.

"4,925 Tweets_Elon Musk's Twitter Habit, Dissected," *The Wall Street Journal*, July 31, 2018.

"The ex-Tesla employee Elon Musk called a 'horrible human being' just slapped the company with a countersuit alleging defamation," Business Insider, July 31, 2018, 7:19 p.m.

"Elon Musk apologizes for brushing off analysts on past earnings call," CNN Money,  August 1, 2018, 9:19 p.m.

"Tesla's Elon Musk Just Gave a $5 Billion Apology," Inc., August 2, 2018.

"Tesla stock rallies as Elon Musk apologizes, promises future profits," Fox Business, August 2, 2018.

"Elon Musk's apology was worth more than $8 billion to Tesla shareholders—but questions linger," MarketWatch, August 6, 2018, 3:42 p.m.

"Musk Makes Startling Proposal to Take Tesla Private," The Deal August 7, 2018.

"Saudi Arabia's sovereign fund builds $2b Tesla stake," *The Financial Times*, August 7, 2018.

"Tesla Short Selling Update - IHS Markit," Exchange News Direct, August 7, 2018.

"12:27 EDT Tesla jumps 3% to $352.37 after FT says Saudi fund built $2B stake," Theflyonthewall.com, August 7, 2018.

"Tesla Climbs to Session High; FT Reports Saudi Fund Has Stake," Bloomberg News, August 7, 2018, 12:35 p.m.

"MW Saudi Arabia's mega-fund builds stake in Tesla: report," MarketWatch, August 7, 2018, 12:45 p.m.

"Tesla Jumps After Musk Tweets He Could Take Co. Private at $420," Bloomberg News, August 7, 2018, 1:00 p.m.

"Tesla's Musk Tweets He's 'Considering' Taking Company Private – MarketWatch," Dow Jones Institutional News, August 7, 2018, 1:07 p.m.

"Tesla shares jump on Musk tweet on taking company private," Agence France Presse, August 7, 2018, 1:09 p.m.

"MUSK HAS '1 IN 3 CHANCE' OF TAKING TESLA PRIVATE: GENE MUNSTER,"  Bloomberg First Word, August 7, 2018 , 1:42 p.m.

"Afternoon of Terror for Tesla Shorts Fomented by Musk's Tweet," Bloomberg News, August 7, 2018, 1:54 p.m.

"Tesla Inc. (TSLA) Halted due to pending news," Dow Jones Institutional News, August 7, 2018, 2:08 p.m.

"Tesla Inc. (TSLA) Resumed Trading," Dow Jones Institutional News, August 7, 2018, 3:45 p.m.

"Crazy Ride for Tesla Watchers as Musk Tweets: TOPLive Takeaways," Bloomberg First Word, August 7, 2018, 4:25 p.m.

"MW UPDATE: Stocks close higher as earnings news trumps trade-war fear; Tesla soars 11% on Musk's going-private tweet," MarketWatch, August 7, 2018, 4:39 p.m.

"Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update," Dow Jones Institutional News, August 7, 2018, 4:51 p.m.

"MW UPDATE: Tesla confirms intention to go private, sending stock up 11%," MarketWatch, August 7, 2018, 4:52 p.m.

"Tesla boss Musk weighs go-private deal for electric car maker," Agence France Presse, August 7, 2018, 5:01 p.m.

"Elon Musk tweets a lot. This time was different," CNN Wire, August 7, 2018, 6:09 p.m.

"Is Tesla going private? Elon Musk claims 'investor support is confirmed' after tweeting plans to privatize at $420 per share, in shock announcement that HALTED the stock for almost two hours," Mail Online, August 7, 2018, 6:41 p.m.

"Elon Musk 'considering' taking Tesla private, trading resumed," CNET News.com, August 7, 2018.

"INSIGHT-Inside Tesla's troubled New York solar factory," Reuters News, August 8, 2018, 1:00 a.m.

"MW UPDATE: JP Morgan raises Tesla price target but stays underweight in case shares trade on fundamentals again," MarketWatch, August 8, 2018, 7:58 a.m.

"07:59 EDT Tesla going private 'feels like the right thing to do,' says...," Theflyonthewall.com, August 8, 2018.

"Statement from the following members of Tesla's Board of Directors: Brad Buss, Robyn Denholm, Ira Ehrenpreis, Antonio Gracias, Linda Johnson Rice, and James Murdoch," GlobeNewswires, August 8, 2018, 9:00 a.m.

"Did Elon Musk Violate Securities Laws With Tweet About Taking Tesla Private?," NYTimes.com Feed, August 8, 2018, 10:24 a.m.

"SEC questions Tesla over Elon Musk's tweets to take the company private; Regulators said to be inquiring whether CEO's claim was factual," MarketWatch, August 8, 2018, 1:32 p.m.

"Who could fund Elon Musk's Tesla buyout?," *Financial Times*, August 8, 2018, 1:59 p.m.

"SEC IS SAID TO BE LOOKING AT WHETHER MUSK STATEMENT TRUTHFUL:DJ," Bloomberg News, August 8, 2018, 3:45 p.m.

"SEC Is Said to Have Made Inquiries to Tesla Over Musk Tweet: DJ," Bloomberg First Word, August 8, 2018, 3:49 p.m.

"SEC Looks Into Musk's Taking-Tesla-private Tweets: WSJ – MarketWatch," Dow Jones Institutional News, August 8, 2018, 4:06 p.m.

"US stocks end near flat; Tesla retreats," Agence France Presse, August 8, 2018, 4:22 p.m.

"A couple reasons why Elon Musk could actually pull off his wild plan to take Tesla private (TSLA)," Business Insider, August 8, 2018, 6:28 p.m.

**Appendix 2**
**Materials Relied Upon**

"SEC Probes Tesla CEO Musk's Tweets; The regulator is examining whether Musk's statement was truthful and why the disclosure was made on Twitter," *The Wall Street Journal* Online, August 8, 2018, 7:27 p.m.

"Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla, Paycom," Investor's Business Daily, August 8, 2018.

"Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla," Investor's Business Daily, August 9, 2018.

"Tesla Shares Sink as Pressure Mounts on Musk to Show the Money," Bloomberg News, August 9, 2018, 11:40 a.m.

"Tesla Erases Gain Since Musk Tweeted He May Take Co. Private," Bloomberg First Word, August 9, 2018, 12:49 p.m.

"AGENCY WAS SAID TO BE LOOKING AT TESLA BEFORE TAKEOVER TWEETS," Bloomberg News, August 9, 2018, 2:19 p.m.

"SEC SCRUTINY OF TESLA CONFIRMED BY PEOPLE FAMILIAR WITH MATTER, Bloomberg News, August 9, 2018, 2:19 p.m.

"TESLA IS SAID TO FACE BROADER SEC SCRUTINY OVER MUSK STATEMENTS," Bloomberg News, August 9, 2018, 2:19 p.m.

"SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)," Business Insider, August 9, 2018, 2:42 p.m.

"Moody's Says Tesla's Consideration To Go Private Based On Ceo's Note Is Credit Negative," Dow Jones Institutional News, August 9, 2018, 2:57 p.m.

"Tesla Will Still Need to Access Capital Markets, Moody's Says," Bloomberg First Word,  August 9, 2018, 3:06 p.m.

"Tesla tumbles as US stocks end mostly lower," Agence France Presse, August 9, 2018, 4:22 p.m.

"Tesla shares fall 5 percent on Wall Street skepticism, SEC probe reports," Reuters News, August 9, 2018, 4:54 p.m.

"Tesla Board To Ramp Up Going-private Talks: Report – MarketWatch," Dow Jones Institutional News, August 9, 2018, 5:18 p.m.

"Tesla Shares Rise as CNBC Reports Board Plans Meeting Next Week," Bloomberg News, August 9, 2018, 5:36 p.m.

"EXCLUSIVE-Tesla's board seeking more information on Musk's financing plan -sources," Reuters News August 9, 2018, 5:50 p.m.

"Tesla Board Is Said Seeking More Info on Musk's Financing: Rtrs," Bloomberg News, August 9, 2018, 5:52 p.m.

"Exclusive: Tesla's board seeking more information on Musk's financing plan – sources," Reuters News, August 9, 2018, 8:26 p.m.

"BUSINESS BEAT; Tesla's stock surge fizzles; Tumble erases gains triggered by Musk's tweet on privatizing electric car maker," *Los Angeles Times*, August 10, 2018.

"Tesla's former head of engineering Doug Field has left the company to work on Apple's secretive 'Project Titan' self-driving car experiment," Mail Online, August 10, 2018, 8:55 a.m.

"TESLA IS SAID TO SEEK WIDE INVESTOR POOL FOR TAKE-PRIVATE PLAN," Bloomberg First Word, August 10, 2018, 2:56 p.m.

"Bloomberg: Tesla seeking 'wide' investor pool for go-private plan," Bloomberg News, August 10, 2018, 3:05 p.m.

"Tesla Casts a Wide Net; GE Narrows Focus: Industrials Wrap," Bloomberg First Word, August 10, 2018, 4:45 p.m.

"EXCLUSIVE-Saudi Arabia's PIF has shown no interest in bankrolling Tesla buyout – sources," Reuters News, August 11, 2018,  11:57 a.m.

"Two lawsuits accuse Elon Musk of false statements to boost Tesla share price," CNN Wire, August 11, 2018, 5:59 p.m.

"Report: Saudi Arabia is looking to invest big in Tesla as the company teases going private," Business Insider, August 12, 2018, 8:45 p.m.

"Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," NYTimes.com Feed, August 13, 2018, 10:05 a.m.

"Tesla surges after Elon Musk offers details about his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:09 a.m.

"Elon Musk reveals what he meant by his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:45 a.m.

"Tesla sinks after Elon Musk offers details about his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 11:03 a.m.

"Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars," Dow Jones Institutional News, August 13, 2018, 1:13 p.m.

"MW UPDATE: Wall Street has spoken: Tesla funding is not 'secured'," MarketWatch, August 13, 2018, 3:39 p.m.

"MW UPDATE: Tesla shares swing higher amid confusion about Musk's going-private plan," MarketWatch, August 13, 2018, 5:03 p.m.

"Musk says working with Silver Lake, Goldman on proposal to take Tesla private," Reuters News, August 13, 2018, 9:15 p.m.

**Appendix 2**
**Materials Relied Upon**

"SILVER LAKE IS NOT CURRENTLY DISCUSSING PARTICIPATING AS AN INVESTOR IN ELON MUSK'S PROPOSED TAKE-PRIVATE DEAL FOR TESLA – SOURCE," Reuters News, August 13, 2018, 9:47 p.m.

"04:52 EDT Silver Lake not hired by Tesla in official capacity, Reuters…," Theflyonthewall.com, August 14, 2018, 4:52 a.m.

"Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction," GlobeNewswire, August 14, 2018, 8:30 a.m.

"GOLDMAN SACHS IS SAID TO HAVE HAD NO MANDATE WHEN MUSK TWEETED" Bloomberg News, August 14, 2018, 12:53 p.m.

"12:56 EDT Goldman not hired officially by Tesla at time of tweet," Bloomberg, Theflyonthewall.com, August 14, 2018, 12:56 p.m.

"MW Goldman, Silver Lake not officially on board with Musk's plan: report," MarketWatch, August 14, 2018, 3:36 p.m.

"MW Dow, S&P 500 halt 4-session skid as Turkish lira angst takes a breather," MarketWatch, August 14, 2018, 4:08 p.m.

"Elon Musk Tweets Another Surprise, Saying Goldman and Silver Lake Are Tesla Advisers; Electric-car maker's CEO and the investment firms hadn't completed any financial deals, though," *The Wall Street Journal* Online, August 14, 2018, 7:30 p.m.

"SEC IS SAID TO SEND SUBPOENAS TO TESLA ON PRIVATIZATION: FOX," Bloomberg First Word, August 15, 2018, 10:45 a.m.

"SEC Is Said to Send Subpoenas to Tesla on Privatization: Fox," Bloomberg First Word, August 15, 2018, 10:50 a.m.

"SILVER LAKE IS SAID INTERESTED IN INVESTING IN TESLA DEAL: NYT," Bloomberg First Word, August 15, 2018, 11:57 a.m.

"Musk Seen Facing National Security Review in a Tesla-Saudi Deal," Bloomberg News, August 15, 2018, 12:48 p.m.

"Tesla and Elon Musk under fire as SEC issues subpoenas," The Telegraph Online, August 15, 2018, 1:03 p.m.

"Tesla shares fall on reports of SEC subpoena," Agence France Presse, August 15, 2018, 5:33 p.m.

"Tesla backs off solar panel deal with Panasonic; The news is the latest sign of the uncertain outlook for Tesla's solar business, which has taken a back seat to the electric car business," MarketWatch, August 16, 2018, 4:20 a.m.

"Tesla's Odds of Going Private Less Than 50%, Bernstein Says," Bloomberg First Word, August 16, 2018, 7:11 a.m.

"Tesla whistleblower tweets claims that the firm's car batteries are faulty," *The Telegraph* Online, August 16, 2018, 7:14 a.m.

"Tesla Analyst Who Toured Plant Bets on 8,000-a-Week Model 3 Pace," Bloomberg News, August 16, 2018, 8:38 a.m.

"Is a $35,000 Tesla Model 3 Envisioned by Musk Profitable? UBS Says No; Current claims of profitability are based on higher-price version of the sedan, the brokerage says," *The Wall Street Journal* Online, August 16, 2018, 12:20 p.m.

"14:29 EDT Ex-Tesla worker: Gigafactory workers involved in drug trafficking," Theflyonthewall.com, August 16, 2018, 2:29 p.m.

"Ex-Tesla employee alleges Elon Musk authorized spying on workers in bombshell SEC tip (TSLA)," Business Insider, August 16, 2018, 4:03 p.m.

"SEC Is Said Asking How Much Musk Shared With Tesla Directors:WSJ," Bloomberg First Word, August 16, 2018, 4:19 p.m.

"Tesla Was Under Regulator Scrutiny Prior to Musk's Tweet," Dow Jones Institutional News, August 16, 2018, 4:30 p.m.

"Tesla Model 3 Line Is Humming; Boeing Climbs: Industrials Wrap," Bloomberg First Word, August 16, 2018, 4:49 p.m.

"A Tesla whistleblower says the electric car maker's security team is staffed with former members of a notorious group from Uber that allegedly spied on rivals (TSLA)," Business Insider, August 16, 2018, 5:54 p.m.

"SEC Said to Probe Tesla on Model 3 Disclosures Last Yr: WSJ (1)," Bloomberg First Word, August 16, 2018, 6:56 p.m.

"Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil," NYTimes.com Feed, August 16, 2018, 11:22 p.m.

"Tesla's stock falls sharply after Elon Musk's tearful interview," CNN Wire, August 17, 2018, 11:51 a.m.

"Tesla stock sinks after Musk gives tearful NYT interview," Reuters News, August 17, 2018, 4:00 p.m.

"Business Highlights," Associated Press Newswires, August 17, 2018, 6:07 p.m.

"As Musk admits to job stress, Tesla's board may have to act," Associated Press Newswires, August 17, 2018, 6:08 p.m.

"Statement from Independent Members of Tesla's Board of Directors (Brad Buss, Robyn Denholm, Ira Ehrenpreis, Antonio Gracias, Linda Johnson Rice, and James Murdoch)," GlobeNewswire, August 24, 2018, 11:11 p.m.

"Elon Musk Sued by the SEC for Securities Fraud," Dow Jones Institutional News, September 27, 2018, 4:20 p.m.

"Elon Musk Forced To Step Down As Tesla Chairman To Settle SEC Fraud Charges – MarketWatch," Dow Jones Institutional News, September 29, 2018, 5:47 p.m.


News articles cited in Appendix 6.

**Appendix 2**
**Materials Relied Upon**

<u>ANALYST REPORTS</u>
Barclays, *Musing about going private is the latest strange twist*, August 7, 2018.
Barclays, *Time for even 'Blue Pillers' to Cash Out?*, August 14, 2018.
Barclays, *Potential for a COO: Good for the company, but won't help the stock*, August 17, 2018.
Barclays, *Lawsuit Secured*, September 28, 2018.
Barclays, *Back to the previously scheduled red pill v blue pill debate*, October 1, 2018.
Bernstein, *Tesla: Going private? Who knows... does Elon?*, August 8, 2018.
Canaccord Genuity, *Shares up 6% on tweet from CEO*, August 7, 2018.
Canaccord Genuity, *Going private off the table; trimming Model 3 expectations for Q3; HOLD, PT to $316*, August 28, 2018.
Canaccord Genuity, *SEC files lawsuit against Musk*, September 27, 2018.
Canaccord Genuity, *SEC settlement should be a positive for shares; maintain HOLD*, September 30, 2018.
CFRA, *CFRA REITERATES HOLD OPINION ON SHARES OF TESLA, INC.*, August 13, 2018.
CFRA, *CFRA MAINTAINS HOLD OPINION ON SHARES OF TESLA MOTORS, INC.*, August 27, 2018.
Evercore ISI, *A Private Life is a Happy Life*, August 8, 2018.
Evercore ISI, *EvrISI Autos Pitstop: NIO IPO / Elon returns to Twitter*, August 14, 2018.
Evercore ISI, *Just got back from Tesla...*, August 16, 2018.
Guggenheim Securities, *TSLA – Taking the Bad with the Good*, September 27, 2018.
Guggenheim Securities, *TSLA – Staying CEO and Now Back to Business*, October 1, 2018.
Jefferies, *Is Tesla still in play?*, August 27, 2018.
J.P. Morgan, *Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195*, August 20, 2018.
J.P. Morgan, *Reiterate Underweight as SEC Seeks CEO Removal After Alleged Securities Law Violation, Adding to Pre-Existing Pressures*, September 28, 2018.
J.P. Morgan, *Tesla and Tesla CEO Elon Musk Settle Charges with SEC, Reducing Uncertainty, Although Legal Risk Remains Elevated – ALERT*, October 1, 2018.
Macro Risk Advisors, *MRA- Does the options market believe Elon Musk?*, August 9, 2018.
Morningstar, *Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price*, August 7, 2018.
Morningstar, *Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain*, August 13, 2018.
Piper Jaffray, *Questions Remain; Overweight-rated TSLA Not Going Private Anytime Soon*, August 8, 2018.
RBC Capital Markets, *On Tesla $420*, August 7, 2018.
RBC Capital Markets, *What a long strange trip it's been*, August 26, 2018, 4:00 p.m.
RBC Capital Markets, *Lawsuit Secured*, September 27, 2018.
RBC Capital Markets, *Settlement Secured*, September 30, 2018.
Susquehanna International Group, *PTEN Calls and TSLA Takeaways*, August 10, 2018.
UBS Securities, *A Disruptive Approach to Disclosing Material Info*, August 7, 2018.
UBS Securities, *SEC Expert Recaps Tesla Twitter Drama*, August 15, 2018.
UBS Securities, *Teardown Gives Us a View on Model 3 P&L*, August 15, 2018.

Analyst reports cited in Appendix 6 and analyst reports provided by Counsel.

<u>ACADEMIC PAPERS AND BOOKS</u>
Daniella Acker, *Implied Standard Deviations and Post-Earnings Announcement Volatility*, 29 J. of Bus., Fin. and Accounting, 429 (2002).
Dan Amiram, Zahn Bozanic, James D. Cox, Quentin Dupont, Jonathan M. Karpoff and Richard Sloan, *Financial reporting fraud and other forms of misconduct: a multidisciplinary review of the literature*, 23 Rev. Acctg. Stds., 732 (2018).
Giovanni Barone-Adesi, Keith C. Brown and W.V. Harlow, *On the use of implied volatilities in the prediction of successful corporate takeovers*, 7 Advances in Futures and Options Res., 147 (1994).
William H. Beaver, *The Informational Content of Annual Earnings Announcements*, 6 J. of Accounting Research, 67 (1968).
C. Alan Bester, Victor H. Martinez, and Ioanid Roşu, *Option Prices and the Probability of Success of Cash Mergers*, forthcoming Jnl. of Finl. Econometrics (working paper, April 12, 2021).
Fischer Black and Myron Scholes, *The Pricing of Options and Corporate Liabilities*, 81 Jnl. of Political Econ. 637 (1973).
Zvi Bodie, Alex Kane, and Alan J. Marcus, Investments (McGraw-Hill, Irwin, 10th ed. 2013).

5

**Appendix 2**
**Materials Relied Upon**

Keith C. Brown and Michael V. Raymond, *Risk Arbitrage and the Prediction of Successful Corporate Takeovers*, 15 Finl. Mgmt. 54 (1986).

Nicholas I. Crew, Kevin L. Gold, and Marnie A. Moore, "Federal Securities Acts and Areas of Expert Analysis," chapter 18 in Litigation Services Handbook: The Role of the Financial Expert, 4th edition, edited by Roman Weil, Peter Frank, Christian Hughes, and Michael J. Wagner, John Wiley & Sons (2007).

Harry DeAngelo and Ronald W. Masulis, *Leverage and Dividend Irrelevancy under Corporate and Personal Taxation*, 35 J. Fin. 453 (1980).

Edwin J. Elton, Martin J. Gruber, Deepak Agrawal, and Christopher Mann, *Factors Affecting the Valuation of Corporate Bonds*, 28 J. Banking and Fin. 2747 (2004).

Frank J. Fabozzi and Steven V. Mann, The Handbook of Fixed Income Securities, Seventh Edition, McGraw-Hill Education (2005).

Eugene F. Fama and Kenneth R. French, *Common risk factors in the returns on stocks and bonds*, 33 J. Fin. Econ. 3 (1993).

George Handjinicolaou and Avner Kalay, *Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders around Dividend Announcements*, 13 J. Fin. Econ. 35 (1984).

Michael L. Hartzmark, Cindy A. Schipani, H. Nejat Seyhun, *Fraud on the Market:  Analysis of the Efficiency of the Corporate Bond Market*, 2011 Colum. Bus. L. Rev., 654-716 (2011).

Michael L. Hartzmark, H. Nejat Seyhun, *The Curious Incident of the Dog That Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation*, 6 Va. L. & Bus. Rev., 415-66 (Winter 2012).

Michael L. Hartzmark, H. Nejat Seyhun, *Understanding the Efficiency of the Market for Preferred Stock*, 8 Va. L. & Bus. Rev., 149-230 (Spring 2014).

John C. Hull, Options, Futures, and Other Derivatives, 7th ed., Pearson Prentice Hall (2009).

Elaine Hutson, *Takeover targets and the probability of bid success: Evidence from the Australian market*, 9 Intl. Jnl. of Finl. Analysis, 45 (2000).

Pornsit Jiraporn, Wallace N. Davidson III and Hong Qian, *MBO Withdrawals and Determinants of Stockholders' Wealth*, 42 Qtrly. Jnl. Bus. & Econ., 13 (2004).

Jonathan M. Karpoff, *The Relation between Price Changes and Trading Volume: A Survey*, 22 J. of Fin. and Quantitative Analysis, 109 (1987).

Jonathan M. Karpoff, D. Scott Lee and Gerald S. Martin, *The Cost to Firms of Cooking the Books*, 43 Jnl. Finl. & Quant. Analysis, 581 (2008).

Simon H. Kwan, *Firm-Specific Information and the Correlation between Individual Stocks and Bonds*, 40 J. Fin. Econ. 63 (1996).

David F. Larcker and Thomas Lys, *An Empirical Analysis of the Incentives to Engage in Costly Information Acquisition: The Case of Risk Arbitrage*, 18 Jnl. of Fin. Econ. 111 (1987).

Sriketan Mahanti, Amrut Nashikkar, Marti Subrahmanyam, George Chacko and Gaurav Mallik, *Latent Liquidity: A New Measure of Liquidity, with an Application to Corporate Bonds*, 88 J. Fin. Econ. 272 (2008).

Ronald W. Masulis, *The Effects of Capital Structure Change on Security Prices: A Study of Exchange Offers*, 8 J. Fin. Econ. 139 (1980).

Robert C. Merton, *On the Pricing of Corporate Debt: The Risk Structure of Interest Rates*, 29 J. Fin., 449 (1974).

Merton H. Miller, *Debt and Taxes*, 32 J. Fin., 261 (1977).

Merton H. Miller and Myron S. Scholes, *Dividends and Taxes*, 6 J. Fin. Econ. 333 (1978).

J. Fred Weston, Kwang S. Chung and Susan E. Hoag, Mergers, Restructuring, and Corporate Control (Prentice-Hall, 1990).

David Tabak, *Inflation and Damages in a Post-Dura World*, NERA Economic Consulting White Paper, September 25, 2007.

**DATA**

TRACE data supplied by FINRA pursuant to subpoena issued by the Lead Plaintiffs' Counsel for CUSIPs 88160RAB7, 88160RAC5, 88160RAD3, 88160RAE1, and U8810LAA1 (excel workbooks titled "[CUSIP of note] TRACE-Corp Data Jan012018 through Dec312018.xlsx.").

TRACE data field definitions produced in response to the subpoena ("Trade Data Fields and Definitions for CA Bonds (DIVER-CA Trade Details) Feb102021.xlsx.").

Bloomberg Evaluated Pricing (BVAL) for Tesla Notes, February 2018 – December 2018.

Miscellaneous bond index data, February 2018 – August 2018: the ICE BofAML 1-3 Year CCC & Lower US Cash Pay High Yield Index (J1A3); the ICE BofAML 3-5 Year CCC & Lower US Cash Pay High Yield Index (J2A3); the ICE BofAML 7-10 Year CCC & Lower US Cash Pay High Yield Index (J4A3); the ICE BofAML 1-3 Year B US Cash Pay High Yield Index (J1A2); the ICE BofAML 3-5 Year B US Cash Pay High Yield Index (J2A2); the ICE BofAML 7-10 Year B US Cash Pay High Yield Index (J4A2).  Source: Bloomberg.

**Appendix 2**
**Materials Relied Upon**

Bloomberg Treasury Notes prices, February 2018 – August 2018 for CUSIPs: 912828W30; 912828P87; 912828W55; and 912828K74.  Source: Bloomberg.
One-minute interval data for Tesla common stock, XCMP index, and DJUSAP index for August 6-17, 2018.  Source: Bloomberg GIT function.
Fifteen-minute interval data for Tesla common stock, XCMP index, and DJUSAP index for February 1, 2018 – August 17, 2018.  Source: Bloomberg GIT function.
Daily call and put volume in Tesla options, February 2018 – August 2018.  Source: Bloomberg data fields Volume_Total_Call and Volume_Total_Put.


**BATES NUMBERED DOCUMENTS**
JENN0000074 (Exhibit 58).
JPMS_00004543 (Exhibit 21 to Deposition of Ryan Brinkman, May 4, 2021).
TESLA_LITTLETON_00004010 (Exhibit 150).
TESLA_LITTLETON_00004253 (Exhibit 151).
TESLA_LITTLETON_00006293 (Exhibit 318).
SPACEX_LITTLETON_00000127.


**MISCELLANEOUS**
15 U.S.C. § 78u-4(e)(1).
Elon Musk on Twitter.com, August 7, 2018, 12:48 p.m., available at:
        https://twitter.com/elonmusk/status/1026872652290379776?lang=en.
Elon Musk on Twitter.com, August 7, 2018, 3:00 p.m., available at:
        https://twitter.com/elonmusk/status/1026906046839672832
Elon Musk on Twitter.com, August 7, 2018, 3:28 p.m., available at: https://twitter.com/Tesla/status/1026912973120462848
Elon Musk on Twitter.com, August 7, 2018, 3:36 p.m., available at:
        https://twitter.com/elonmusk/status/1026914941004001280?lang=en
Elon Musk blog post on Tesla website available at: https://www.tesla.com/blog/taking-tesla-private.
"What You Need to Know about the Federal EV Tax Credit Phase Out," Musk Blog Post, August 10, 2018, 6:01 p.m.
"What you need to know about the Federal EV Tax Credit phase out," Musk Tweets, August 10, 2018, 6:04 p.m.
"Update on Taking Tesla Private," Elon Musk blog post, August 13, 2018, 8:59 a.m., available at
        https://www.tesla.com/blog/update-taking-tesla-private.
"Update on Taking Tesla Private," Elon Musk Tweets, August 13, 2018, 9:02 a.m., available at:
        https://twitter.com/elonmusk/status/ 1029171381584314368?lang=en.
"Staying Public," Tesla Blog Post by Elon Musk, August 24, 2018
Twitter post "Staying Public," @Tesla, August 24, 2018, 11:15 p.m.
J.P.Morgan, U.S. Autos, Auto Parts, Tires, & Auto Auction, Presentation for 2018 "Summer Lunch Series," August 14, 2018, JPMS_00002934.
Complaint in *U.S. Securities and Exchange Commission* vs. *Elon Musk* filed September 27, 2018.
Complaint in *U.S. Securities and Exchange Commission* vs. *Tesla, Inc.* filed September 29, 2018.
"SEC Says Social Media Ok for Company Announcements if Investors Are Altered," https://www.sec.gov/news/press-release/2013-2013-51htm.
"Elon Musk Settles SEC Fraud Charges; Tesla Charged With and Resolves Securities Law Charge," Securities and Exchange Commission Documents, September 29, 2018.
2018 TRACE Fact Book, https://www.finra.org/filing-reporting/trace/trace-fact-book.
Charles Gasparino tweet, August 15, 2018, 10:42 a.m. available at:
        https://twitter.com/cgasparino/status/1029740099339268096?lang=en.
Trading Halts and Delays available at https://www.sec.gov/fast-answers/answerstradinghalthtm.html.
Nasdaq rule 4120. Limit Up-Limit Down Plan and Trading Halts available at
        https://listingcenter.nasdaq.com/rulebook/nasdaq/rules/nasdaq-equity-4.
https://listingcenter.nasdaq.com/rulebook/nasdaq/rules/nasdaq-5200-series.
Miscellaneous Bloomberg information regarding Tesla.


All other specific materials and information otherwise described or set forth in the body or Appendices of this Report.

**Appendix 3**
**Summary of News Related to Musk Tweets and Consequential Harm**

| Impact Date | Volume | Price | Date | Time | News Summary | Misrepresentations Disclosed in Musk Tweets | | | Consequential Harm | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Going Private | Funding Secured | Investor Support Confirmed | Legal/ SEC Risk | Reputation/ Credibility |
| 8/6/18 Mon | 8,564,331 | $341.99 | 8/6/18 | | | | | | | |
| 8/7/18 Tue | 30,875,768 | $379.57 | 8/7/18 | 12:48 PM | Musk tweets "Am considering taking Tesla private at $420.  Funding secured" | x | x | | | |
| | | | 8/7/18 | 2:08 PM | Tesla stock halted for trading on Nasdaq 2:08 pm - 3:45 pm | | | | | |
| | | | 8/7/18 | 3:28 PM | Blog post - Musk explained reasons to go private, including that Tesla was "the most shorted stock in the history of the stock market" and that "being public means there are large numbers of people who have incentive to attack the company." | x | | | | |
| | | | 8/7/18 | 3:36 PM | Musk tweets "Investor support is confirmed.  Only reason why this is not certain is that it's contingent on a shareholder vote." | x | x | x | | |
| | | | 8/7/18 | after 4:00 PM | After close: news says shares increased first because Saudi fund built stake of 3-5%, then because of Musk tweets about going private and funding secured. | x | x | | | |
| 8/8/18 Wed | 24,571,163 | $370.34 | 8/7/18 | after 5:00 PM | Tesla investor relations emails to investors (a) "I can only say that the first Tweet clearly stated that 'financing is secured.'  Yes, there is a firm offer." (b) "... Elon's first tweet, which mentioned 'financing secured' is correct." (c) "... the offer is as firm as it gets." | x | x | x | | |
| | | | 8/8/18 | 7:58 AM | Analysts raised target prices on going private news (Jefferies to $360 from $250 and JPMorgan to $308 from $195). | x | x | | | |
| | | | 8/8/18 | 9:00 AM | Tesla Board issues statement "Last week, Elon opened a discussion with the board about taking the company private. This included discussion as to how being private could better serve Tesla's long-term interests, and also addressed the funding for this to occur. The board has met several times over the last week and is taking the appropriate next steps to evaluate this." | x | x | | | |
| | | | 8/8/18 | 10:24 AM | SEC probing Tesla over the Musk tweets (NY Times). | | | | x | |
| | | | 8/8/18 | after 4:00 PM | After close: news says decline today is because of deal funding uncertainty and reports that the SEC is probing Tesla over Musk's tweets. | | x | | x | |
| 8/9/18 Thu | 17,183,811 | $352.45 | 8/9/18 | 11:40 AM | Doubts about Elon Musk's ability to take Tesla private mounted driving the stock down as much as 4 percent. As for Tesla shareholders, Musk said in one of his Twitter posts that "investor support is confirmed" for his plan. The company's largest shareholders have declined to comment. A spokeswoman for the California State Teachers' Retirement System, which as of March owned about 213,000 shares, said there was no heads-up given. | x | x | x | x | x |
| | | | 8/9/18 | 2:42 PM | The SEC is "intensifying" its inquiry into Tesla. | | | | x | |
| | | | 8/9/18 | 2:57 PM | Moody's says plan to go private is credit negative. | | x | | | |
| | | | 8/9/18 | after 4:00 PM | After close: news says stock declined after reports of concern by regulators and on doubt the deal could be done. | | x | | x | |

**Appendix 3**
**Summary of News Related to Musk Tweets and Consequential Harm**

| Impact Date | Volume | Price | Date | Time | News Summary | Misrepresentations Disclosed in Musk Tweets | | | Consequential Harm | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Going Private | Funding Secured | Investor Support Confirmed | Legal/ SEC Risk | Reputation/ Credibility |
| 8/10/18 Fri | 11,552,044 | $355.49 | 8/9/18 | 5:18 PM | Tesla shares rise post market on news that board plans to meet with advisers next week about going private (sources). | x | | | | |
| | | | 8/9/18 | 5:50 PM | Tesla's board is seeking more information on CEO Elon Musk's financing plan to take the co. private (sources). | | x | | | |
| | | | 8/10/18 | 2:56 PM | Tesla is trimming some gains on a report that the automaker is seeking a "wide" investor pool in its go-private plan.  That's in an apparent move to avoid concentrating ownership of the stock... It's also raising chatter among investors questioning just how "secured" the funding is ... Shares are back to flat after rising as much as 2.1% to $360 today. | | x | | | |
| | | | 8/10/18 | after 4:00 PM | After close: news reports that the Tesla board would meet with advisers next week on the go private deal. | | | | | |
| 8/13/18 Mon | 10,463,881 | $356.41 | 8/10/18 | 6:32 PM | Two new lawsuits accuse Tesla and its CEO Elon Musk of making false statements to boost the company's stock price. | | | | x | |
| | | | 8/11/18 | 11:57 AM | Saudi Arabia's PIF has shown no interest in bankrolling Tesla buyout. | x | x | | | |
| | | | 8/12/18 | 8:45 PM | Saudi Arabia's Public Investment Fund is in talks with Tesla about becoming a significant investor as part of the move towards privatization. | x | x | | | |
| | | | 8/13/18 | 8:59 AM | Musk blog post explaining Aug 7 tweet reported on by news articles: Musk said that following his August 7 tweet, he has been in communication with the managing director of the Saudi fund.  "He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements." | x | x | | | |
| | | | 8/13/18 | 10:05 AM | An abrupt tweet last week by Elon Musk... had not been cleared ahead of time with the company's board, two people familiar with the chain of events said Monday. ... three people familiar with the workings of the Saudi fund cast doubt on his account. They said the fund had taken none of the steps that such an ambitious transaction would entail, like preparing a term sheet or hiring a financial adviser to work on the deal.... A person with direct knowledge of the Tesla board's thinking said some members of the board had been totally blindsided by Mr. Musk's decision to air his plan on Twitter. Mr. Musk issued a blog post ...  he declared that conversations with a Saudi sovereign wealth fund had left him "with no question" that such a deal could be carried out. ... But three people familiar with the workings of the Saudi fund cast doubt on his account. ... And even if the fund were ready to move forward with such an agreement, it would invite review by the Committee on Foreign Investment in the United States. | x | x | | x | x |
| | | | 8/13/18 | 11:03 AM | Despite tweeting that funding had been secured, Musk's newest blog post appears to contradict that claim. | | x | | | |

Appendix 3
**Summary of News Related to Musk Tweets and Consequential Harm**

| Impact Date | Volume | Price | Date | Time | News Summary | Misrepresentations Disclosed in Musk Tweets | | | Consequential Harm | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Going Private | Funding Secured | Investor Support Confirmed | Legal/ SEC Risk | Reputation/ Credibility |
| | | | 8/13/18 | 1:13 PM | Report that Saudi sovereign-wealth fund is considering raising its nearly 5% holding in Tesla, people familiar with the matter said. | x | x | | | |
| | | | 8/13/18 | 3:39 PM | Wall Street has spoken: Tesla funding is not 'secured'; After Musk explained himself Monday morning, investors now know that his "funding secured" tweet last week was premature at best. | | x | | | |
| | | | 8/13/18 | after 4:00 PM | After close: news says shares shot up more than 3% as Musk's blog post on the company's website went up, but then turned down as investors parsed the statement. | x | x | | | |
| 8/14/18 Tue | 6,986,427 | $347.64 | 8/13/18 | 9:02 PM | **Musk tweets "I'm excited to work with Silver Lake and Goldman Sachs as financial advisors … on the proposal to take Tesla private."** | x | x | | | |
| | | | 8/13/18 | 9:47 PM | Silver Lake is offering its assistance to Elon Musk without compensation, and has not been hired as a financial adviser in an official capacity. | | | | x | x |
| | | | 8/14/18 | 8:30 AM | Tesla Board issues statement "… that [it] … has formed a special committee … in connection with Elon Musk's previously announced consideration of a transaction to take the Company private … The special committee has not yet received a formal proposal from Mr. Musk regarding any Going Private Transaction nor has it reached any conclusion as to the advisability or feasibility of such a transaction." | x | x | | | |
| | | | 8/14/18 | 12:53 PM | Goldman not hired officially by Tesla at time of tweet. | | | | x | x |
| | | | 8/14/18 | after 4:00 PM | After close: news says price change because of tweet about Goldman Sachs and Silver Lake. | x | x | | | |
| 8/15/18 Wed | 9,101,258 | $338.69 | 8/15/18 | 10:45 AM | The SEC sent subpoenas to Tesla on privatization plans and Musk's statements involving funding. Subpoenas signal investigation has reached the 'formal' stages. | x | x | | x | |
| | | | 8/15/18 | 11:57 AM | Silver Lake is said interested in investing in Tesla deal: *NYT*. | | | | | |
| | | | 8/15/18 | 12:48 PM | Elon Musk will likely need clearance from U.S. national security officials for any proposal to take Tesla Inc. private with financing from Saudi Arabia. | x | x | | x | |
| | | | 8/15/18 | after 4:00 PM | After close: news reports shares fell after reports that SEC had issued a subpoena over Musk statements about taking the company private. | | | | x | |
| 8/16/18 Thu | 6,064,033 | $335.45 | 8/16/18 | 7:11 AM | Bernstein raised target price to $325 from $265, saying the chances Tesla will go private are less than 50 percent. | x | | | | |
| | | | 8/16/18 | after 4:00 PM | After close: news report summarizes Tesla news today. (a) Tesla's (TSLA -1%) production of the Model 3 sedan at 8,000 a week is "well within reach," according to Evercore ISI…. (b) Tesla's odds of successfully going private are less than 50 percent, Bernstein said as it raised its price target on the carmaker to $325 from $265. (c) Tesla sued Ontario for canceling incentives for electric-vehicle purchases. | x | | | | |

**Appendix 3**
**Summary of News Related to Musk Tweets and Consequential Harm**

| Impact Date | Volume | Price | Date | Time | News Summary | Misrepresentations Disclosed in Musk Tweets | | | Consequential Harm | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Going Private | Funding Secured | Investor Support Confirmed | Legal/ SEC Risk | Reputation/ Credibility |
| 8/17/18  Fri | 18,958,612 | $305.50 | 8/16/18 | 4:19 PM | The SEC is pressing Tesla Inc.'s directors for details on how much information Musk shared with them before he tweeted last week about a potential deal to take the company private. | | | | x | x |
| | | | 8/16/18 | 11:22 PM | Elon Musk interview by *The New York Times* that linked the Musk Tweet to concerns about Musk's ability to lead the company and reported on Musk's health issues and according to the Complaint, the article "noted that the funding for the proposed going-private transaction 'was far from secure' and the Public Investment Fund 'had not committed to provide any cash'"  and "that no one had seen or reviewed Musk's August 7, 2018 tweet before he posted it indicating that no going private transaction was imminent." | x | x | | x | x |
| | | | 8/17/18 | after 4:00 PM | After close: news attributes price decline to *The New York Times*  interview. | | | | x | x |

**Notes:**

Text in **bold** represent some of Plaintiff's alleged misrepresentations.

Source for news: Appendix 14 - News Chronology, Complaint, Motion to Dismiss.

Source for volume and prices: Bloomberg.

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/7/2018 | open | 0 | 343.84 | 0.54% | 0.24% | 0.00% | 0.31% | 0.23 | 82.2% |
| 8/7/2018 | 9:30 | 45,002 | 341.59 | -0.65% | 0.02% | 0.07% | -0.70% | -7.60 | 0.0% |
| 8/7/2018 | 9:31 | 92,814 | 341.16 | -0.13% | 0.02% | 0.01% | -0.16% | -1.73 | 8.5% |
| 8/7/2018 | 9:32 | 46,828 | 341.78 | 0.18% | 0.02% | -0.05% | 0.14% | 1.56 | 12.0% |
| 8/7/2018 | 9:33 | 62,588 | 342.44 | 0.19% | 0.03% | 0.07% | 0.13% | 1.43 | 15.3% |
| 8/7/2018 | 9:34 | 77,591 | 344.15 | 0.50% | 0.06% | 0.05% | 0.38% | 4.19 | 0.0% |
| 8/7/2018 | 9:35 | 52,637 | 343.93 | -0.06% | 0.07% | 0.03% | -0.20% | -2.13 | 3.4% |
| 8/7/2018 | 9:36 | 30,121 | 344.34 | 0.12% | -0.03% | -0.02% | 0.17% | 1.86 | 6.4% |
| 8/7/2018 | 9:37 | 37,801 | 344.70 | 0.11% | -0.05% | 0.02% | 0.20% | 2.15 | 3.2% |
| 8/7/2018 | 9:38 | 28,360 | 344.07 | -0.18% | -0.03% | 0.08% | -0.13% | -1.44 | 14.9% |
| 8/7/2018 | 9:39 | 25,517 | 344.57 | 0.15% | 0.01% | 0.01% | 0.12% | 1.33 | 18.3% |
| 8/7/2018 | 9:40 | 58,767 | 344.82 | 0.07% | 0.01% | 0.08% | 0.05% | 0.56 | 57.8% |
| 8/7/2018 | 9:41 | 46,000 | 344.25 | -0.17% | -0.02% | 0.06% | -0.12% | -1.35 | 17.9% |
| 8/7/2018 | 9:42 | 38,773 | 343.78 | -0.14% | 0.02% | -0.05% | -0.17% | -1.82 | 7.0% |
| 8/7/2018 | 9:43 | 26,380 | 344.66 | 0.25% | -0.01% | 0.00% | 0.27% | 2.93 | 0.4% |
| 8/7/2018 | 9:44 | 13,565 | 344.33 | -0.09% | -0.06% | 0.04% | 0.01% | 0.07 | 94.3% |
| 8/7/2018 | 9:45 | 22,160 | 343.44 | -0.26% | -0.05% | 0.07% | -0.17% | -1.82 | 6.9% |
| 8/7/2018 | 9:46 | 32,055 | 342.44 | -0.29% | 0.00% | -0.07% | -0.29% | -3.19 | 0.2% |
| 8/7/2018 | 9:47 | 23,716 | 343.51 | 0.31% | 0.01% | -0.03% | 0.30% | 3.25 | 0.1% |
| 8/7/2018 | 9:48 | 17,294 | 343.91 | 0.12% | -0.04% | 0.04% | 0.20% | 2.14 | 3.3% |
| 8/7/2018 | 9:49 | 16,228 | 343.35 | -0.16% | -0.12% | -0.03% | 0.05% | 0.57 | 57.1% |
| 8/7/2018 | 9:50 | 28,734 | 344.54 | 0.35% | 0.06% | -0.07% | 0.23% | 2.50 | 1.3% |
| 8/7/2018 | 9:51 | 26,389 | 344.53 | 0.00% | 0.03% | 0.01% | -0.06% | -0.65 | 51.6% |
| 8/7/2018 | 9:52 | 25,800 | 344.53 | 0.00% | 0.04% | 0.03% | -0.08% | -0.84 | 40.2% |
| 8/7/2018 | 9:53 | 17,352 | 344.32 | -0.06% | 0.01% | 0.10% | -0.07% | -0.80 | 42.5% |
| 8/7/2018 | 9:54 | 15,445 | 343.89 | -0.12% | 0.00% | -0.06% | -0.13% | -1.43 | 15.3% |
| 8/7/2018 | 9:55 | 14,705 | 343.63 | -0.08% | 0.04% | 0.00% | -0.14% | -1.54 | 12.3% |
| 8/7/2018 | 9:56 | 12,143 | 343.56 | -0.02% | 0.03% | 0.00% | -0.08% | -0.82 | 41.0% |
| 8/7/2018 | 9:57 | 24,912 | 343.65 | 0.03% | 0.02% | -0.08% | -0.02% | -0.17 | 86.3% |
| 8/7/2018 | 9:58 | 17,560 | 343.13 | -0.15% | -0.04% | 0.02% | -0.07% | -0.80 | 42.2% |
| 8/7/2018 | 9:59 | 24,184 | 342.81 | -0.09% | 0.00% | -0.04% | -0.10% | -1.09 | 27.5% |
| 8/7/2018 | 10:00 | 20,282 | 342.83 | 0.01% | 0.05% | -0.02% | -0.08% | -0.83 | 40.4% |
| 8/7/2018 | 10:01 | 20,416 | 342.77 | -0.02% | -0.06% | -0.02% | 0.09% | 0.97 | 33.4% |
| 8/7/2018 | 10:02 | 24,372 | 343.02 | 0.07% | 0.02% | -0.07% | 0.04% | 0.43 | 66.8% |
| 8/7/2018 | 10:03 | 20,285 | 343.61 | 0.17% | 0.01% | 0.02% | 0.15% | 1.69 | 9.2% |
| 8/7/2018 | 10:04 | 13,211 | 343.71 | 0.03% | -0.01% | -0.02% | 0.05% | 0.50 | 61.5% |
| 8/7/2018 | 10:05 | 23,365 | 343.53 | -0.05% | -0.02% | 0.08% | -0.02% | -0.24 | 81.3% |
| 8/7/2018 | 10:06 | 18,196 | 343.94 | 0.12% | 0.03% | -0.07% | 0.06% | 0.67 | 50.5% |
| 8/7/2018 | 10:07 | 9,823 | 343.69 | -0.07% | -0.02% | 0.01% | -0.04% | -0.44 | 66.1% |
| 8/7/2018 | 10:08 | 9,098 | 343.61 | -0.02% | 0.00% | 0.02% | -0.03% | -0.34 | 73.1% |
| 8/7/2018 | 10:09 | 17,478 | 344.28 | 0.19% | 0.01% | -0.05% | 0.18% | 1.91 | 5.7% |
| 8/7/2018 | 10:10 | 21,205 | 344.13 | -0.04% | -0.01% | 0.18% | -0.03% | -0.30 | 76.8% |
| 8/7/2018 | 10:11 | 15,283 | 344.35 | 0.06% | 0.00% | 0.01% | 0.06% | 0.69 | 49.1% |
| 8/7/2018 | 10:12 | 14,830 | 344.67 | 0.09% | 0.01% | -0.07% | 0.08% | 0.91 | 36.6% |
| 8/7/2018 | 10:13 | 42,861 | 344.77 | 0.03% | -0.01% | -0.01% | 0.05% | 0.55 | 58.1% |
| 8/7/2018 | 10:14 | 28,604 | 344.52 | -0.07% | 0.01% | -0.02% | -0.08% | -0.90 | 36.7% |
| 8/7/2018 | 10:15 | 31,723 | 344.58 | 0.02% | -0.01% | 0.00% | 0.04% | 0.44 | 65.8% |
| 8/7/2018 | 10:16 | 11,081 | 344.83 | 0.07% | -0.02% | 0.03% | 0.10% | 1.13 | 26.0% |
| 8/7/2018 | 10:17 | 22,067 | 344.78 | -0.01% | -0.04% | -0.05% | 0.06% | 0.60 | 54.7% |
| 8/7/2018 | 10:18 | 42,777 | 345.37 | 0.17% | 0.03% | 0.01% | 0.12% | 1.27 | 20.6% |
| 8/7/2018 | 10:19 | 34,609 | 345.48 | 0.03% | -0.01% | -0.02% | 0.04% | 0.48 | 63.3% |
| 8/7/2018 | 10:20 | 51,672 | 345.47 | 0.00% | 0.02% | 0.04% | -0.03% | -0.33 | 74.4% |
| 8/7/2018 | 10:21 | 11,039 | 345.50 | 0.01% | 0.03% | 0.01% | -0.04% | -0.41 | 68.0% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| Date | Interval Start | Volume | Tesla Price | Tesla Return | Market Return | Industry Return | Abnormal Return | t-stat | p-value |
| 8/7/2018 | 10:22 | 17,694 | 346.00 | 0.15% | -0.01% | 0.00% | 0.17% | 1.88 | 6.1% |
| 8/7/2018 | 10:23 | 33,661 | 346.39 | 0.11% | 0.04% | -0.02% | 0.03% | 0.34 | 73.5% |
| 8/7/2018 | 10:24 | 23,369 | 346.50 | 0.03% | 0.02% | -0.01% | -0.01% | -0.08 | 93.4% |
| 8/7/2018 | 10:25 | 19,640 | 346.44 | -0.02% | 0.00% | 0.04% | -0.02% | -0.18 | 85.9% |
| 8/7/2018 | 10:26 | 14,172 | 346.63 | 0.05% | 0.00% | -0.04% | 0.05% | 0.52 | 60.7% |
| 8/7/2018 | 10:27 | 13,991 | 346.05 | -0.17% | 0.01% | 0.04% | -0.19% | -2.03 | 4.3% |
| 8/7/2018 | 10:28 | 16,544 | 345.81 | -0.07% | 0.01% | -0.04% | -0.09% | -0.95 | 34.4% |
| 8/7/2018 | 10:29 | 10,905 | 345.94 | 0.04% | 0.02% | -0.05% | -0.01% | -0.06 | 95.1% |
| 8/7/2018 | 10:30 | 5,865 | 345.75 | -0.05% | 0.07% | 0.04% | -0.17% | -1.90 | 5.9% |
| 8/7/2018 | 10:31 | 8,451 | 345.24 | -0.15% | -0.04% | 0.08% | -0.08% | -0.82 | 41.1% |
| 8/7/2018 | 10:32 | 19,713 | 345.09 | -0.04% | -0.03% | -0.01% | 0.01% | 0.08 | 93.9% |
| 8/7/2018 | 10:33 | 10,493 | 344.47 | -0.18% | -0.05% | 0.02% | -0.10% | -1.08 | 27.9% |
| 8/7/2018 | 10:34 | 11,146 | 344.62 | 0.04% | -0.01% | -0.01% | 0.05% | 0.59 | 55.5% |
| 8/7/2018 | 10:35 | 8,876 | 345.04 | 0.12% | 0.03% | -0.05% | 0.07% | 0.73 | 46.4% |
| 8/7/2018 | 10:36 | 17,299 | 345.34 | 0.09% | 0.01% | 0.01% | 0.07% | 0.74 | 46.0% |
| 8/7/2018 | 10:37 | 11,045 | 345.51 | 0.05% | 0.01% | 0.04% | 0.03% | 0.36 | 71.8% |
| 8/7/2018 | 10:38 | 13,280 | 345.71 | 0.06% | -0.02% | -0.01% | 0.09% | 0.95 | 34.2% |
| 8/7/2018 | 10:39 | 12,784 | 345.75 | 0.01% | 0.02% | 0.08% | -0.03% | -0.28 | 78.2% |
| 8/7/2018 | 10:40 | 4,003 | 345.50 | -0.07% | -0.02% | 0.02% | -0.03% | -0.36 | 71.6% |
| 8/7/2018 | 10:41 | 24,502 | 345.16 | -0.10% | 0.00% | -0.01% | -0.10% | -1.04 | 29.9% |
| 8/7/2018 | 10:42 | 5,815 | 345.16 | 0.00% | -0.04% | 0.00% | 0.07% | 0.76 | 45.0% |
| 8/7/2018 | 10:43 | 6,442 | 345.16 | 0.00% | -0.02% | 0.00% | 0.04% | 0.47 | 63.6% |
| 8/7/2018 | 10:44 | 5,611 | 345.10 | -0.02% | 0.02% | 0.04% | -0.04% | -0.49 | 62.8% |
| 8/7/2018 | 10:45 | 7,670 | 344.90 | -0.06% | -0.02% | 0.01% | -0.03% | -0.28 | 78.0% |
| 8/7/2018 | 10:46 | 11,132 | 344.54 | -0.11% | -0.01% | 0.00% | -0.09% | -0.94 | 34.7% |
| 8/7/2018 | 10:47 | 19,843 | 344.10 | -0.13% | -0.05% | -0.02% | -0.03% | -0.36 | 71.9% |
| 8/7/2018 | 10:48 | 28,115 | 344.07 | -0.01% | -0.01% | 0.00% | 0.00% | 0.02 | 98.8% |
| 8/7/2018 | 10:49 | 15,739 | 344.09 | 0.01% | 0.00% | 0.03% | 0.00% | 0.03 | 97.6% |
| 8/7/2018 | 10:50 | 8,001 | 344.41 | 0.09% | 0.02% | -0.01% | 0.06% | 0.70 | 48.3% |
| 8/7/2018 | 10:51 | 38,910 | 343.01 | -0.41% | 0.01% | 0.02% | -0.42% | -4.54 | 0.0% |
| 8/7/2018 | 10:52 | 19,370 | 342.75 | -0.08% | -0.04% | -0.02% | 0.00% | -0.05 | 95.8% |
| 8/7/2018 | 10:53 | 22,200 | 342.72 | -0.01% | -0.03% | 0.01% | 0.04% | 0.44 | 66.0% |
| 8/7/2018 | 10:54 | 16,458 | 342.66 | -0.02% | 0.03% | -0.04% | -0.08% | -0.88 | 38.1% |
| 8/7/2018 | 10:55 | 20,649 | 343.27 | 0.18% | 0.00% | 0.01% | 0.18% | 1.96 | 5.0% |
| 8/7/2018 | 10:56 | 6,160 | 343.07 | -0.06% | -0.01% | -0.05% | -0.04% | -0.44 | 65.7% |
| 8/7/2018 | 10:57 | 5,709 | 343.11 | 0.01% | -0.02% | -0.01% | 0.05% | 0.52 | 60.6% |
| 8/7/2018 | 10:58 | 11,619 | 343.05 | -0.02% | -0.04% | -0.08% | 0.05% | 0.51 | 60.8% |
| 8/7/2018 | 10:59 | 10,812 | 343.42 | 0.11% | 0.02% | 0.03% | 0.07% | 0.79 | 42.9% |
| 8/7/2018 | 11:00 | 6,849 | 343.15 | -0.08% | -0.06% | -0.04% | 0.03% | 0.30 | 76.2% |
| 8/7/2018 | 11:01 | 5,101 | 343.57 | 0.12% | 0.06% | 0.02% | 0.01% | 0.07 | 94.1% |
| 8/7/2018 | 11:02 | 10,474 | 343.58 | 0.00% | 0.03% | 0.03% | -0.05% | -0.53 | 60.0% |
| 8/7/2018 | 11:03 | 9,570 | 343.79 | 0.06% | 0.03% | 0.00% | 0.00% | 0.03 | 97.6% |
| 8/7/2018 | 11:04 | 6,852 | 344.25 | 0.13% | 0.02% | -0.07% | 0.09% | 0.97 | 33.1% |
| 8/7/2018 | 11:05 | 5,012 | 344.21 | -0.01% | 0.01% | 0.02% | -0.04% | -0.38 | 70.2% |
| 8/7/2018 | 11:06 | 3,135 | 344.21 | 0.00% | -0.01% | -0.02% | 0.01% | 0.11 | 91.5% |
| 8/7/2018 | 11:07 | 7,159 | 344.43 | 0.06% | 0.03% | 0.07% | 0.01% | 0.08 | 93.3% |
| 8/7/2018 | 11:08 | 2,111 | 344.34 | -0.03% | -0.02% | 0.02% | 0.00% | 0.05 | 95.7% |
| 8/7/2018 | 11:09 | 3,238 | 344.24 | -0.03% | 0.00% | -0.02% | -0.03% | -0.31 | 75.7% |
| 8/7/2018 | 11:10 | 997 | 343.81 | -0.13% | -0.04% | 0.05% | -0.06% | -0.62 | 53.7% |
| 8/7/2018 | 11:11 | 7,530 | 343.67 | -0.04% | 0.01% | 0.06% | -0.05% | -0.59 | 55.3% |
| 8/7/2018 | 11:12 | 8,617 | 343.11 | -0.16% | -0.03% | 0.00% | -0.11% | -1.15 | 25.0% |
| 8/7/2018 | 11:13 | 1,501 | 343.14 | 0.01% | 0.01% | 0.00% | -0.02% | -0.20 | 84.4% |
| 8/7/2018 | 11:14 | 6,965 | 343.35 | 0.06% | 0.01% | 0.01% | 0.04% | 0.48 | 63.0% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/7/2018 | 11:15 | 6,452 | 343.17 | -0.05% | -0.04% | -0.01% | 0.02% | 0.24 | 81.2% |
| 8/7/2018 | 11:16 | 1,250 | 343.02 | -0.04% | -0.01% | -0.01% | -0.03% | -0.28 | 77.9% |
| 8/7/2018 | 11:17 | 6,403 | 343.18 | 0.05% | 0.04% | 0.02% | -0.02% | -0.21 | 83.7% |
| 8/7/2018 | 11:18 | 4,137 | 343.17 | 0.00% | -0.01% | 0.01% | 0.01% | 0.15 | 88.2% |
| 8/7/2018 | 11:19 | 8,377 | 343.10 | -0.02% | -0.03% | -0.07% | 0.02% | 0.27 | 79.1% |
| 8/7/2018 | 11:20 | 4,002 | 342.69 | -0.12% | 0.02% | 0.02% | -0.15% | -1.65 | 9.9% |
| 8/7/2018 | 11:21 | 18,985 | 342.27 | -0.12% | -0.02% | 0.00% | -0.09% | -1.02 | 30.6% |
| 8/7/2018 | 11:22 | 8,854 | 342.43 | 0.05% | -0.04% | -0.06% | 0.11% | 1.22 | 22.2% |
| 8/7/2018 | 11:23 | 24,619 | 341.97 | -0.13% | 0.00% | -0.04% | -0.13% | -1.45 | 14.7% |
| 8/7/2018 | 11:24 | 18,377 | 341.50 | -0.14% | 0.01% | 0.00% | -0.15% | -1.65 | 10.0% |
| 8/7/2018 | 11:25 | 11,796 | 341.19 | -0.09% | -0.03% | 0.01% | -0.04% | -0.48 | 63.3% |
| 8/7/2018 | 11:26 | 15,510 | 341.09 | -0.03% | -0.01% | 0.00% | -0.02% | -0.20 | 84.4% |
| 8/7/2018 | 11:27 | 12,845 | 340.64 | -0.13% | -0.02% | 0.00% | -0.10% | -1.05 | 29.5% |
| 8/7/2018 | 11:28 | 14,463 | 341.55 | 0.27% | 0.03% | 0.01% | 0.22% | 2.36 | 1.9% |
| 8/7/2018 | 11:29 | 7,987 | 341.80 | 0.07% | -0.01% | 0.09% | 0.09% | 1.03 | 30.4% |
| 8/7/2018 | 11:30 | 17,206 | 342.06 | 0.08% | -0.02% | 0.00% | 0.11% | 1.15 | 25.3% |
| 8/7/2018 | 11:31 | 4,290 | 342.01 | -0.01% | 0.02% | 0.06% | -0.05% | -0.57 | 57.1% |
| 8/7/2018 | 11:32 | 14,009 | 341.86 | -0.04% | 0.00% | 0.01% | -0.04% | -0.47 | 63.9% |
| 8/7/2018 | 11:33 | 8,260 | 342.01 | 0.04% | -0.01% | -0.04% | 0.07% | 0.72 | 47.1% |
| 8/7/2018 | 11:34 | 11,382 | 341.89 | -0.04% | -0.02% | -0.06% | 0.00% | -0.03 | 97.4% |
| 8/7/2018 | 11:35 | 7,841 | 342.07 | 0.05% | 0.03% | 0.02% | 0.00% | 0.04 | 97.0% |
| 8/7/2018 | 11:36 | 5,393 | 342.12 | 0.01% | 0.01% | 0.04% | -0.01% | -0.06 | 95.1% |
| 8/7/2018 | 11:37 | 9,537 | 341.93 | -0.06% | -0.02% | -0.02% | -0.02% | -0.18 | 85.8% |
| 8/7/2018 | 11:38 | 4,900 | 341.84 | -0.03% | 0.04% | 0.04% | -0.09% | -1.04 | 30.1% |
| 8/7/2018 | 11:39 | 8,465 | 341.41 | -0.13% | 0.00% | 0.01% | -0.13% | -1.47 | 14.3% |
| 8/7/2018 | 11:40 | 11,972 | 341.17 | -0.07% | 0.01% | -0.01% | -0.08% | -0.89 | 37.6% |
| 8/7/2018 | 11:41 | 26,067 | 341.16 | 0.00% | 0.00% | -0.02% | 0.00% | -0.01 | 99.0% |
| 8/7/2018 | 11:42 | 8,514 | 341.38 | 0.07% | 0.02% | 0.00% | 0.04% | 0.39 | 69.4% |
| 8/7/2018 | 11:43 | 10,805 | 341.10 | -0.08% | 0.02% | -0.02% | -0.12% | -1.35 | 17.7% |
| 8/7/2018 | 11:44 | 2,465 | 341.48 | 0.11% | 0.00% | 0.00% | 0.11% | 1.22 | 22.4% |
| 8/7/2018 | 11:45 | 4,469 | 341.24 | -0.07% | -0.01% | -0.01% | -0.05% | -0.55 | 58.4% |
| 8/7/2018 | 11:46 | 15,491 | 341.07 | -0.05% | -0.03% | -0.04% | 0.00% | 0.01 | 98.9% |
| 8/7/2018 | 11:47 | 3,335 | 341.11 | 0.01% | 0.01% | -0.01% | -0.01% | -0.07 | 94.8% |
| 8/7/2018 | 11:48 | 5,398 | 341.70 | 0.17% | 0.02% | 0.00% | 0.13% | 1.43 | 15.2% |
| 8/7/2018 | 11:49 | 4,785 | 341.73 | 0.01% | -0.01% | 0.07% | 0.03% | 0.35 | 72.8% |
| 8/7/2018 | 11:50 | 18,867 | 342.50 | 0.23% | 0.03% | -0.01% | 0.18% | 1.94 | 5.3% |
| 8/7/2018 | 11:51 | 5,804 | 342.42 | -0.02% | 0.00% | 0.02% | -0.02% | -0.20 | 84.4% |
| 8/7/2018 | 11:52 | 3,385 | 342.22 | -0.06% | 0.01% | -0.04% | -0.07% | -0.75 | 45.6% |
| 8/7/2018 | 11:53 | 3,376 | 342.49 | 0.08% | 0.00% | 0.03% | 0.08% | 0.88 | 38.1% |
| 8/7/2018 | 11:54 | 9,259 | 342.80 | 0.09% | 0.01% | 0.01% | 0.07% | 0.74 | 46.1% |
| 8/7/2018 | 11:55 | 4,554 | 342.84 | 0.01% | 0.00% | 0.01% | 0.02% | 0.20 | 84.2% |
| 8/7/2018 | 11:56 | 11,140 | 342.12 | -0.21% | -0.03% | 0.02% | -0.15% | -1.60 | 11.0% |
| 8/7/2018 | 11:57 | 10,400 | 342.47 | 0.10% | 0.01% | 0.01% | 0.08% | 0.90 | 36.8% |
| 8/7/2018 | 11:58 | 6,833 | 342.69 | 0.06% | 0.03% | -0.01% | 0.02% | 0.20 | 84.5% |
| 8/7/2018 | 11:59 | 5,759 | 342.57 | -0.04% | 0.01% | 0.00% | -0.06% | -0.65 | 51.4% |
| 8/7/2018 | 12:00 | 9,031 | 342.85 | 0.08% | 0.00% | 0.02% | 0.09% | 0.96 | 33.9% |
| 8/7/2018 | 12:01 | 13,083 | 342.95 | 0.03% | 0.02% | 0.03% | -0.01% | -0.09 | 92.8% |
| 8/7/2018 | 12:02 | 7,292 | 343.16 | 0.06% | 0.01% | 0.00% | 0.05% | 0.52 | 60.3% |
| 8/7/2018 | 12:03 | 4,050 | 342.86 | -0.09% | -0.02% | -0.05% | -0.05% | -0.60 | 54.9% |
| 8/7/2018 | 12:04 | 4,855 | 342.74 | -0.03% | 0.00% | -0.01% | -0.03% | -0.32 | 75.0% |
| 8/7/2018 | 12:05 | 2,385 | 342.49 | -0.07% | -0.02% | -0.03% | -0.03% | -0.38 | 70.6% |
| 8/7/2018 | 12:06 | 1,150 | 342.47 | -0.01% | 0.01% | 0.02% | -0.03% | -0.29 | 77.1% |
| 8/7/2018 | 12:07 | 5,080 | 342.33 | -0.04% | 0.00% | 0.00% | -0.04% | -0.42 | 67.6% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/7/2018 | 12:08 | 4,700 | 342.30 | -0.01% | -0.01% | 0.00% | 0.01% | 0.11 | 91.2% |
| 8/7/2018 | 12:09 | 3,100 | 342.42 | 0.04% | 0.00% | 0.02% | 0.04% | 0.40 | 68.6% |
| 8/7/2018 | 12:10 | 5,925 | 342.30 | -0.04% | 0.02% | 0.00% | -0.07% | -0.73 | 46.5% |
| 8/7/2018 | 12:11 | 4,782 | 342.21 | -0.03% | 0.01% | 0.01% | -0.04% | -0.41 | 68.3% |
| 8/7/2018 | 12:12 | 2,698 | 342.25 | 0.01% | 0.00% | -0.01% | 0.00% | 0.03 | 97.5% |
| 8/7/2018 | 12:13 | 3,323 | 342.42 | 0.05% | 0.01% | -0.01% | 0.02% | 0.25 | 80.3% |
| 8/7/2018 | 12:14 | 3,229 | 342.50 | 0.02% | 0.03% | -0.01% | -0.02% | -0.25 | 80.3% |
| 8/7/2018 | 12:15 | 3,627 | 342.54 | 0.01% | 0.00% | 0.00% | 0.01% | 0.14 | 88.8% |
| 8/7/2018 | 12:16 | 3,200 | 342.26 | -0.08% | -0.01% | -0.01% | -0.06% | -0.66 | 51.0% |
| 8/7/2018 | 12:17 | 6,900 | 342.27 | 0.00% | 0.00% | -0.02% | 0.01% | 0.06 | 95.4% |
| 8/7/2018 | 12:18 | 80,198 | 343.86 | 0.46% | 0.00% | 0.02% | 0.46% | 5.02 | 0.0% |
| 8/7/2018 | 12:19 | 53,335 | 345.13 | 0.37% | 0.02% | 0.07% | 0.34% | 3.71 | 0.0% |
| 8/7/2018 | 12:20 | 57,830 | 346.28 | 0.33% | 0.01% | 0.00% | 0.32% | 3.45 | 0.1% |
| 8/7/2018 | 12:21 | 141,411 | 348.84 | 0.74% | 0.02% | -0.02% | 0.70% | 7.65 | 0.0% |
| 8/7/2018 | 12:22 | 167,202 | 349.79 | 0.27% | 0.00% | 0.07% | 0.28% | 3.07 | 0.2% |
| 8/7/2018 | 12:23 | 262,870 | 351.37 | 0.45% | 0.01% | 0.00% | 0.44% | 4.83 | 0.0% |
| 8/7/2018 | 12:24 | 163,757 | 352.26 | 0.25% | 0.01% | 0.03% | 0.23% | 2.50 | 1.3% |
| 8/7/2018 | 12:25 | 136,575 | 352.42 | 0.04% | -0.01% | -0.01% | 0.06% | 0.64 | 51.9% |
| 8/7/2018 | 12:26 | 214,915 | 354.38 | 0.56% | 0.02% | -0.02% | 0.52% | 5.63 | 0.0% |
| 8/7/2018 | 12:27 | 165,678 | 353.00 | -0.39% | -0.01% | -0.05% | -0.37% | -4.07 | 0.0% |
| 8/7/2018 | 12:28 | 196,948 | 354.26 | 0.36% | -0.01% | 0.00% | 0.38% | 4.16 | 0.0% |
| 8/7/2018 | 12:29 | 199,504 | 355.95 | 0.48% | -0.01% | 0.00% | 0.49% | 5.37 | 0.0% |
| 8/7/2018 | 12:30 | 261,136 | 356.47 | 0.15% | -0.03% | 0.04% | 0.20% | 2.14 | 3.3% |
| 8/7/2018 | 12:31 | 136,616 | 356.55 | 0.02% | -0.01% | 0.01% | 0.04% | 0.48 | 63.3% |
| 8/7/2018 | 12:32 | 155,677 | 357.41 | 0.24% | -0.01% | 0.03% | 0.26% | 2.80 | 0.5% |
| 8/7/2018 | 12:33 | 120,684 | 357.35 | -0.02% | 0.01% | 0.04% | -0.03% | -0.30 | 76.5% |
| 8/7/2018 | 12:34 | 160,595 | 355.97 | -0.39% | -0.02% | -0.04% | -0.36% | -3.91 | 0.0% |
| 8/7/2018 | 12:35 | 101,287 | 357.00 | 0.29% | 0.01% | -0.01% | 0.27% | 2.93 | 0.4% |
| 8/7/2018 | 12:36 | 178,498 | 357.97 | 0.27% | 0.01% | 0.02% | 0.25% | 2.73 | 0.7% |
| 8/7/2018 | 12:37 | 170,237 | 359.50 | 0.43% | 0.00% | 0.01% | 0.43% | 4.66 | 0.0% |
| 8/7/2018 | 12:38 | 90,621 | 358.54 | -0.27% | 0.01% | 0.01% | -0.29% | -3.13 | 0.2% |
| 8/7/2018 | 12:39 | 64,024 | 358.14 | -0.11% | 0.00% | 0.00% | -0.11% | -1.25 | 21.3% |
| 8/7/2018 | 12:40 | 67,038 | 357.65 | -0.14% | 0.01% | 0.00% | -0.15% | -1.61 | 10.8% |
| 8/7/2018 | 12:41 | 57,313 | 358.29 | 0.18% | 0.01% | 0.01% | 0.16% | 1.72 | 8.6% |
| 8/7/2018 | 12:42 | 80,473 | 356.70 | -0.45% | -0.01% | -0.01% | -0.43% | -4.71 | 0.0% |
| 8/7/2018 | 12:43 | 68,864 | 356.64 | -0.02% | 0.01% | -0.08% | -0.03% | -0.35 | 72.5% |
| 8/7/2018 | 12:44 | 78,375 | 355.17 | -0.41% | 0.01% | 0.02% | -0.42% | -4.62 | 0.0% |
| 8/7/2018 | 12:45 | 47,379 | 355.55 | 0.11% | 0.00% | 0.00% | 0.11% | 1.23 | 22.0% |
| 8/7/2018 | 12:46 | 117,729 | 357.00 | 0.41% | 0.00% | 0.04% | 0.40% | 4.38 | 0.0% |
| 8/7/2018 | 12:47 | 58,289 | 356.85 | -0.04% | 0.01% | -0.05% | -0.06% | -0.65 | 51.5% |
| 8/7/2018 | 12:48 | 848,771 | 365.03 | 2.29% | 0.02% | 0.02% | 2.25% | 24.54 | 0.0% |
| 8/7/2018 | 12:49 | 599,403 | 370.79 | 1.58% | 0.03% | 0.13% | 1.52% | 16.59 | 0.0% |
| 8/7/2018 | 12:50 | 467,167 | 361.84 | -2.41% | -0.03% | -0.05% | -2.35% | -25.67 | 0.0% |
| 8/7/2018 | 12:51 | 360,475 | 360.51 | -0.37% | -0.01% | -0.01% | -0.35% | -3.83 | 0.0% |
| 8/7/2018 | 12:52 | 228,980 | 363.62 | 0.86% | 0.01% | 0.00% | 0.85% | 9.24 | 0.0% |
| 8/7/2018 | 12:53 | 261,893 | 359.98 | -1.00% | 0.00% | -0.07% | -1.00% | -10.93 | 0.0% |
| 8/7/2018 | 12:54 | 160,360 | 359.50 | -0.13% | -0.01% | -0.05% | -0.12% | -1.32 | 18.7% |
| 8/7/2018 | 12:55 | 191,506 | 362.42 | 0.81% | 0.02% | 0.03% | 0.77% | 8.43 | 0.0% |
| 8/7/2018 | 12:56 | 191,566 | 361.95 | -0.13% | 0.03% | 0.01% | -0.18% | -1.92 | 5.6% |
| 8/7/2018 | 12:57 | 266,308 | 362.94 | 0.27% | 0.00% | 0.09% | 0.28% | 3.01 | 0.3% |
| 8/7/2018 | 12:58 | 187,289 | 360.18 | -0.76% | -0.01% | -0.08% | -0.74% | -8.06 | 0.0% |
| 8/7/2018 | 12:59 | 127,970 | 362.36 | 0.61% | -0.01% | -0.02% | 0.62% | 6.72 | 0.0% |
| 8/7/2018 | 13:00 | 128,092 | 361.81 | -0.15% | -0.01% | 0.03% | -0.13% | -1.44 | 15.0% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| Date | Interval Start | Volume | Tesla Price | Tesla Return | Market Return | Industry Return | Abnormal Return | t-stat | p-value |
| 8/7/2018 | 13:01 | 146,626 | 360.82 | -0.27% | -0.02% | -0.07% | -0.23% | -2.54 | 1.1% |
| 8/7/2018 | 13:02 | 86,018 | 361.03 | 0.06% | -0.01% | 0.04% | 0.07% | 0.76 | 44.9% |
| 8/7/2018 | 13:03 | 191,095 | 362.96 | 0.53% | 0.01% | 0.06% | 0.52% | 5.73 | 0.0% |
| 8/7/2018 | 13:04 | 105,599 | 361.50 | -0.40% | 0.01% | 0.03% | -0.43% | -4.65 | 0.0% |
| 8/7/2018 | 13:05 | 183,371 | 360.65 | -0.24% | -0.03% | -0.15% | -0.18% | -1.99 | 4.7% |
| 8/7/2018 | 13:06 | 94,619 | 361.63 | 0.27% | -0.01% | 0.09% | 0.29% | 3.20 | 0.2% |
| 8/7/2018 | 13:07 | 84,632 | 361.57 | -0.02% | -0.01% | -0.05% | 0.00% | 0.04 | 96.8% |
| 8/7/2018 | 13:08 | 74,723 | 362.31 | 0.21% | -0.01% | 0.00% | 0.22% | 2.44 | 1.5% |
| 8/7/2018 | 13:09 | 150,183 | 363.09 | 0.22% | 0.01% | 0.03% | 0.20% | 2.23 | 2.6% |
| 8/7/2018 | 13:10 | 178,319 | 365.36 | 0.62% | 0.03% | 0.04% | 0.57% | 6.20 | 0.0% |
| 8/7/2018 | 13:11 | 267,455 | 366.42 | 0.29% | 0.01% | 0.16% | 0.27% | 2.95 | 0.3% |
| 8/7/2018 | 13:12 | 150,186 | 366.54 | 0.03% | -0.01% | -0.08% | 0.06% | 0.63 | 52.9% |
| 8/7/2018 | 13:13 | 155,188 | 365.34 | -0.33% | 0.00% | -0.10% | -0.33% | -3.56 | 0.0% |
| 8/7/2018 | 13:14 | 74,793 | 366.31 | 0.27% | -0.01% | 0.04% | 0.28% | 3.08 | 0.2% |
| 8/7/2018 | 13:15 | 205,894 | 363.40 | -0.79% | -0.02% | -0.09% | -0.75% | -8.20 | 0.0% |
| 8/7/2018 | 13:16 | 103,286 | 364.14 | 0.20% | 0.00% | 0.05% | 0.21% | 2.26 | 2.5% |
| 8/7/2018 | 13:17 | 127,272 | 364.76 | 0.17% | -0.01% | -0.04% | 0.19% | 2.04 | 4.2% |
| 8/7/2018 | 13:18 | 85,422 | 363.75 | -0.28% | 0.00% | 0.01% | -0.27% | -2.93 | 0.4% |
| 8/7/2018 | 13:19 | 56,247 | 363.33 | -0.12% | -0.02% | -0.02% | -0.09% | -0.95 | 34.4% |
| 8/7/2018 | 13:20 | 78,865 | 362.25 | -0.30% | 0.00% | -0.01% | -0.29% | -3.17 | 0.2% |
| 8/7/2018 | 13:21 | 56,478 | 362.00 | -0.07% | 0.01% | -0.01% | -0.09% | -0.93 | 35.4% |
| 8/7/2018 | 13:22 | 74,065 | 360.47 | -0.42% | 0.00% | -0.06% | -0.42% | -4.63 | 0.0% |
| 8/7/2018 | 13:23 | 107,533 | 360.09 | -0.10% | 0.01% | 0.00% | -0.11% | -1.25 | 21.4% |
| 8/7/2018 | 13:24 | 106,606 | 360.21 | 0.03% | -0.01% | 0.00% | 0.05% | 0.52 | 60.5% |
| 8/7/2018 | 13:25 | 81,806 | 358.89 | -0.37% | -0.03% | -0.04% | -0.32% | -3.50 | 0.1% |
| 8/7/2018 | 13:26 | 87,498 | 358.48 | -0.12% | -0.01% | -0.01% | -0.09% | -1.00 | 32.0% |
| 8/7/2018 | 13:27 | 104,535 | 360.07 | 0.44% | 0.00% | 0.02% | 0.45% | 4.90 | 0.0% |
| 8/7/2018 | 13:28 | 101,412 | 358.56 | -0.42% | 0.01% | 0.04% | -0.43% | -4.69 | 0.0% |
| 8/7/2018 | 13:29 | 64,831 | 359.87 | 0.37% | 0.00% | -0.02% | 0.36% | 3.92 | 0.0% |
| 8/7/2018 | 13:30 | 52,003 | 359.25 | -0.17% | 0.01% | -0.01% | -0.20% | -2.14 | 3.3% |
| 8/7/2018 | 13:31 | 59,837 | 360.32 | 0.30% | 0.03% | -0.05% | 0.24% | 2.62 | 0.9% |
| 8/7/2018 | 13:32 | 43,709 | 359.74 | -0.16% | 0.01% | 0.00% | -0.18% | -1.97 | 5.0% |
| 8/7/2018 | 13:33 | 98,583 | 361.92 | 0.61% | 0.00% | -0.01% | 0.60% | 6.54 | 0.0% |
| 8/7/2018 | 13:34 | 113,788 | 361.61 | -0.09% | 0.00% | 0.04% | -0.09% | -0.93 | 35.1% |
| 8/7/2018 | 13:35 | 83,561 | 363.19 | 0.44% | -0.01% | -0.01% | 0.46% | 5.01 | 0.0% |
| 8/7/2018 | 13:36 | 57,602 | 361.43 | -0.48% | 0.00% | 0.04% | -0.48% | -5.19 | 0.0% |
| 8/7/2018 | 13:37 | 37,577 | 361.75 | 0.09% | -0.01% | -0.01% | 0.10% | 1.14 | 25.6% |
| 8/7/2018 | 13:38 | 39,022 | 362.76 | 0.28% | -0.03% | -0.03% | 0.33% | 3.60 | 0.0% |
| 8/7/2018 | 13:39 | 49,956 | 361.65 | -0.31% | -0.01% | 0.02% | -0.28% | -3.08 | 0.2% |
| 8/7/2018 | 13:40 | 63,578 | 360.28 | -0.38% | -0.02% | -0.09% | -0.34% | -3.71 | 0.0% |
| 8/7/2018 | 13:41 | 165,449 | 361.64 | 0.38% | 0.02% | 0.14% | 0.34% | 3.75 | 0.0% |
| 8/7/2018 | 13:42 | 72,601 | 361.27 | -0.10% | 0.01% | -0.03% | -0.12% | -1.31 | 19.2% |
| 8/7/2018 | 13:43 | 72,453 | 361.92 | 0.18% | 0.00% | -0.06% | 0.19% | 2.05 | 4.1% |
| 8/7/2018 | 13:44 | 44,388 | 362.69 | 0.21% | 0.01% | 0.00% | 0.20% | 2.19 | 2.9% |
| 8/7/2018 | 13:45 | 97,440 | 363.22 | 0.14% | 0.03% | 0.07% | 0.10% | 1.07 | 28.4% |
| 8/7/2018 | 13:46 | 101,539 | 364.54 | 0.36% | 0.02% | -0.10% | 0.33% | 3.60 | 0.0% |
| 8/7/2018 | 13:47 | 239,017 | 365.87 | 0.36% | 0.02% | 0.11% | 0.34% | 3.68 | 0.0% |
| 8/7/2018 | 13:48 | 201,680 | 367.89 | 0.55% | 0.00% | 0.05% | 0.55% | 5.97 | 0.0% |
| 8/7/2018 | 13:49 | 133,359 | 364.38 | -0.95% | -0.01% | -0.05% | -0.93% | -10.19 | 0.0% |
| 8/7/2018 | 13:50 | 96,159 | 365.51 | 0.31% | -0.01% | 0.00% | 0.32% | 3.48 | 0.1% |
| 8/7/2018 | 13:51 | 121,586 | 363.43 | -0.57% | 0.00% | 0.00% | -0.56% | -6.15 | 0.0% |
| 8/7/2018 | 13:52 | 76,506 | 364.38 | 0.26% | 0.07% | 0.01% | 0.13% | 1.38 | 16.7% |
| 8/7/2018 | 13:53 | 100,847 | 364.63 | 0.07% | 0.00% | 0.01% | 0.07% | 0.72 | 46.9% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/7/2018 | 13:54 | 67,658 | 363.51 | -0.31% | -0.05% | 0.02% | -0.22% | -2.44 | 1.5% |
| 8/7/2018 | 13:55 | 38,446 | 364.30 | 0.22% | 0.00% | -0.01% | 0.21% | 2.34 | 2.0% |
| 8/7/2018 | 13:56 | 102,726 | 364.58 | 0.08% | 0.01% | -0.05% | 0.05% | 0.59 | 55.5% |
| 8/7/2018 | 13:57 | 64,579 | 364.74 | 0.04% | 0.01% | 0.03% | 0.02% | 0.26 | 79.9% |
| 8/7/2018 | 13:58 | 63,739 | 364.60 | -0.04% | 0.01% | 0.02% | -0.06% | -0.62 | 53.4% |
| 8/7/2018 | 13:59 | 85,416 | 364.77 | 0.05% | 0.01% | -0.04% | 0.03% | 0.36 | 71.6% |
| 8/7/2018 | 14:00 | 112,147 | 364.93 | 0.04% | 0.01% | -0.11% | 0.03% | 0.34 | 73.2% |
| 8/7/2018 | 14:01 | 119,241 | 365.01 | 0.02% | 0.02% | 0.09% | -0.01% | -0.11 | 91.4% |
| 8/7/2018 | 14:02 | 142,935 | 366.66 | 0.45% | -0.01% | 0.01% | 0.47% | 5.09 | 0.0% |
| 8/7/2018 | 14:03 | 208,010 | 368.83 | 0.59% | 0.01% | -0.02% | 0.57% | 6.16 | 0.0% |
| 8/7/2018 | 14:04 | 108,657 | 368.24 | -0.16% | 0.01% | 0.00% | -0.18% | -1.98 | 4.8% |
| 8/7/2018 | 14:05 | 204,519 | 369.79 | 0.42% | 0.00% | 0.01% | 0.42% | 4.55 | 0.0% |
| 8/7/2018 | 14:06 | 156,358 | 369.24 | -0.15% | 0.00% | 0.04% | -0.16% | -1.70 | 9.0% |
| 8/7/2018 | 14:07 | 137,087 | 366.90 | -0.63% | -0.02% | -0.01% | -0.59% | -6.48 | 0.0% |
| 8/7/2018 | 14:08 | 42,837 | 367.25 | 0.10% | -0.02% | -0.07% | 0.12% | 1.36 | 17.5% |
| 8/7/2018 | 14:09 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:10 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:11 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:12 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:13 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:14 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:15 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:16 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:17 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:18 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:19 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:20 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:21 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:22 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:23 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:24 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:25 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:26 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:27 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:28 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:29 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:30 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:31 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:32 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:33 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:34 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:35 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:36 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:37 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:38 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:39 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:40 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:41 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:42 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:43 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:44 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:45 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:46 | --- | --- | --- | --- | --- | --- | --- | --- |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/7/2018 | 14:47 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:48 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:49 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:50 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:51 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:52 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:53 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:54 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:55 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:56 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:57 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:58 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 14:59 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:00 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:01 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:02 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:03 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:04 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:05 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:06 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:07 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:08 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:09 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:10 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:11 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:12 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:13 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:14 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:15 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:16 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:17 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:18 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:19 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:20 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:21 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:22 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:23 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:24 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:25 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:26 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:27 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:28 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:29 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:30 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:31 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:32 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:33 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:34 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:35 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:36 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:37 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:38 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:39 | --- | --- | --- | --- | --- | --- | --- | --- |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/7/2018 | 15:40 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:41 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:42 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:43 | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/7/2018 | 15:44 | 216,671 | 368.22 | 0.26% | -0.11% | -0.07% | 0.47% | 5.09 | 0.0% |
| 8/7/2018 | 15:45 | 885,361 | 378.70 | 2.85% | 0.03% | 0.38% | 2.80% | 30.59 | 0.0% |
| 8/7/2018 | 15:46 | 541,306 | 386.48 | 2.05% | -0.01% | -0.35% | 2.07% | 22.53 | 0.0% |
| 8/7/2018 | 15:47 | 438,338 | 384.83 | -0.43% | 0.00% | 0.12% | -0.43% | -4.70 | 0.0% |
| 8/7/2018 | 15:48 | 366,425 | 381.58 | -0.84% | 0.00% | 0.09% | -0.85% | -9.27 | 0.0% |
| 8/7/2018 | 15:49 | 409,601 | 381.27 | -0.08% | 0.01% | -0.07% | -0.10% | -1.10 | 27.1% |
| 8/7/2018 | 15:50 | 293,093 | 383.05 | 0.47% | -0.01% | 0.00% | 0.49% | 5.34 | 0.0% |
| 8/7/2018 | 15:51 | 304,630 | 381.30 | -0.46% | -0.03% | -0.03% | -0.41% | -4.48 | 0.0% |
| 8/7/2018 | 15:52 | 287,203 | 380.14 | -0.30% | -0.01% | 0.05% | -0.29% | -3.13 | 0.2% |
| 8/7/2018 | 15:53 | 418,551 | 373.39 | -1.78% | -0.01% | -0.08% | -1.76% | -19.23 | 0.0% |
| 8/7/2018 | 15:54 | 335,494 | 376.07 | 0.72% | 0.00% | 0.01% | 0.72% | 7.88 | 0.0% |
| 8/7/2018 | 15:55 | 290,097 | 373.72 | -0.62% | 0.03% | 0.01% | -0.68% | -7.39 | 0.0% |
| 8/7/2018 | 15:56 | 576,271 | 372.26 | -0.39% | 0.00% | -0.03% | -0.39% | -4.21 | 0.0% |
| 8/7/2018 | 15:57 | 434,853 | 375.00 | 0.74% | 0.02% | 0.06% | 0.70% | 7.62 | 0.0% |
| 8/7/2018 | 15:58 | 372,271 | 378.38 | 0.90% | -0.02% | -0.04% | 0.93% | 10.18 | 0.0% |
| 8/7/2018 | 15:59 | 652,980 | 379.57 | 0.31% | 0.00% | 0.08% | 0.31% | 3.42 | 0.1% |
| 8/8/2018 | open | 0 | 369.09 | -2.76% | -0.04% | -0.22% | -2.65% | -1.90 | 6.0% |
| 8/8/2018 | 9:30 | 321,030 | 371.64 | 0.69% | -0.01% | -0.03% | 0.70% | 7.68 | 0.0% |
| 8/8/2018 | 9:31 | 286,252 | 372.27 | 0.17% | -0.03% | -0.04% | 0.22% | 2.36 | 1.9% |
| 8/8/2018 | 9:32 | 283,319 | 372.04 | -0.06% | -0.14% | -0.10% | 0.18% | 2.00 | 4.6% |
| 8/8/2018 | 9:33 | 193,871 | 371.80 | -0.06% | 0.00% | -0.04% | -0.07% | -0.74 | 46.2% |
| 8/8/2018 | 9:34 | 130,727 | 371.87 | 0.02% | 0.08% | -0.04% | -0.12% | -1.28 | 20.1% |
| 8/8/2018 | 9:35 | 220,718 | 372.79 | 0.25% | -0.02% | -0.06% | 0.27% | 2.99 | 0.3% |
| 8/8/2018 | 9:36 | 134,222 | 373.83 | 0.28% | 0.02% | -0.02% | 0.23% | 2.56 | 1.1% |
| 8/8/2018 | 9:37 | 161,872 | 374.57 | 0.20% | 0.07% | -0.14% | 0.07% | 0.73 | 46.3% |
| 8/8/2018 | 9:38 | 207,041 | 374.66 | 0.02% | 0.03% | -0.07% | -0.03% | -0.30 | 76.2% |
| 8/8/2018 | 9:39 | 154,554 | 375.25 | 0.16% | -0.02% | 0.07% | 0.19% | 2.07 | 4.0% |
| 8/8/2018 | 9:40 | 131,629 | 375.41 | 0.04% | -0.02% | -0.08% | 0.07% | 0.77 | 44.4% |
| 8/8/2018 | 9:41 | 193,905 | 376.05 | 0.17% | 0.00% | 0.10% | 0.17% | 1.80 | 7.2% |
| 8/8/2018 | 9:42 | 141,295 | 376.00 | -0.01% | -0.01% | 0.10% | 0.01% | 0.09 | 92.7% |
| 8/8/2018 | 9:43 | 131,225 | 376.48 | 0.13% | -0.05% | 0.03% | 0.21% | 2.31 | 2.1% |
| 8/8/2018 | 9:44 | 125,513 | 376.26 | -0.06% | -0.04% | -0.12% | 0.01% | 0.08 | 94.0% |
| 8/8/2018 | 9:45 | 221,007 | 376.53 | 0.07% | -0.01% | -0.04% | 0.10% | 1.07 | 28.6% |
| 8/8/2018 | 9:46 | 102,717 | 376.92 | 0.10% | 0.00% | -0.03% | 0.10% | 1.10 | 27.4% |
| 8/8/2018 | 9:47 | 129,146 | 376.84 | -0.02% | 0.05% | -0.09% | -0.12% | -1.31 | 19.1% |
| 8/8/2018 | 9:48 | 123,899 | 377.12 | 0.07% | 0.05% | 0.06% | -0.01% | -0.07 | 94.7% |
| 8/8/2018 | 9:49 | 136,371 | 377.02 | -0.03% | 0.06% | 0.02% | -0.14% | -1.52 | 13.1% |
| 8/8/2018 | 9:50 | 170,843 | 377.73 | 0.19% | -0.03% | -0.01% | 0.25% | 2.75 | 0.6% |
| 8/8/2018 | 9:51 | 91,703 | 377.78 | 0.01% | 0.00% | 0.04% | 0.02% | 0.22 | 82.9% |
| 8/8/2018 | 9:52 | 104,613 | 377.05 | -0.19% | -0.02% | 0.00% | -0.16% | -1.74 | 8.3% |
| 8/8/2018 | 9:53 | 98,821 | 377.63 | 0.15% | -0.05% | 0.04% | 0.24% | 2.61 | 0.9% |
| 8/8/2018 | 9:54 | 114,810 | 377.34 | -0.08% | 0.03% | 0.05% | -0.14% | -1.48 | 14.1% |
| 8/8/2018 | 9:55 | 53,075 | 377.01 | -0.09% | -0.03% | -0.06% | -0.04% | -0.39 | 69.5% |
| 8/8/2018 | 9:56 | 68,723 | 377.21 | 0.05% | -0.03% | -0.02% | 0.10% | 1.07 | 28.5% |
| 8/8/2018 | 9:57 | 56,476 | 377.20 | 0.00% | -0.03% | -0.02% | 0.05% | 0.54 | 59.1% |
| 8/8/2018 | 9:58 | 110,172 | 377.11 | -0.03% | 0.04% | -0.06% | -0.10% | -1.09 | 27.4% |
| 8/8/2018 | 9:59 | 94,872 | 377.50 | 0.10% | 0.01% | -0.03% | 0.09% | 1.03 | 30.4% |
| 8/8/2018 | 10:00 | 58,374 | 377.00 | -0.13% | -0.01% | 0.08% | -0.11% | -1.20 | 23.0% |
| 8/8/2018 | 10:01 | 52,963 | 377.14 | 0.04% | -0.03% | -0.01% | 0.08% | 0.92 | 36.0% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/8/2018 | 10:02 | 177,937 | 378.32 | 0.31% | 0.03% | -0.03% | 0.26% | 2.83 | 0.5% |
| 8/8/2018 | 10:03 | 61,575 | 377.83 | -0.13% | -0.01% | -0.05% | -0.11% | -1.22 | 22.1% |
| 8/8/2018 | 10:04 | 83,055 | 378.00 | 0.05% | 0.03% | -0.03% | -0.01% | -0.12 | 90.5% |
| 8/8/2018 | 10:05 | 77,166 | 378.64 | 0.17% | 0.01% | 0.05% | 0.16% | 1.73 | 8.4% |
| 8/8/2018 | 10:06 | 128,694 | 379.60 | 0.25% | 0.01% | 0.04% | 0.24% | 2.56 | 1.1% |
| 8/8/2018 | 10:07 | 145,426 | 379.84 | 0.06% | 0.02% | 0.00% | 0.02% | 0.22 | 82.9% |
| 8/8/2018 | 10:08 | 112,349 | 380.62 | 0.20% | 0.03% | 0.03% | 0.16% | 1.74 | 8.3% |
| 8/8/2018 | 10:09 | 121,074 | 381.82 | 0.32% | 0.01% | 0.06% | 0.30% | 3.25 | 0.1% |
| 8/8/2018 | 10:10 | 166,816 | 382.55 | 0.19% | 0.05% | 0.01% | 0.11% | 1.20 | 23.0% |
| 8/8/2018 | 10:11 | 141,223 | 381.22 | -0.35% | -0.04% | -0.03% | -0.28% | -3.03 | 0.3% |
| 8/8/2018 | 10:12 | 61,892 | 381.29 | 0.02% | 0.01% | 0.06% | 0.00% | 0.01 | 99.6% |
| 8/8/2018 | 10:13 | 82,975 | 380.85 | -0.12% | 0.00% | -0.06% | -0.11% | -1.22 | 22.3% |
| 8/8/2018 | 10:14 | 96,814 | 379.81 | -0.27% | 0.00% | 0.00% | -0.28% | -3.00 | 0.3% |
| 8/8/2018 | 10:15 | 140,266 | 378.10 | -0.45% | -0.04% | -0.04% | -0.38% | -4.09 | 0.0% |
| 8/8/2018 | 10:16 | 244,217 | 375.68 | -0.64% | 0.02% | -0.07% | -0.68% | -7.46 | 0.0% |
| 8/8/2018 | 10:17 | 132,087 | 376.65 | 0.26% | -0.03% | -0.01% | 0.31% | 3.39 | 0.1% |
| 8/8/2018 | 10:18 | 104,082 | 377.32 | 0.18% | -0.02% | 0.04% | 0.21% | 2.28 | 2.3% |
| 8/8/2018 | 10:19 | 184,979 | 373.47 | -1.02% | -0.06% | -0.09% | -0.92% | -10.03 | 0.0% |
| 8/8/2018 | 10:20 | 130,771 | 373.10 | -0.10% | 0.02% | 0.06% | -0.14% | -1.55 | 12.2% |
| 8/8/2018 | 10:21 | 122,916 | 373.51 | 0.11% | 0.01% | -0.01% | 0.10% | 1.07 | 28.6% |
| 8/8/2018 | 10:22 | 64,424 | 374.56 | 0.28% | 0.00% | -0.08% | 0.29% | 3.12 | 0.2% |
| 8/8/2018 | 10:23 | 109,009 | 374.45 | -0.03% | 0.01% | 0.01% | -0.05% | -0.52 | 60.5% |
| 8/8/2018 | 10:24 | 80,651 | 374.50 | 0.01% | -0.05% | 0.10% | 0.10% | 1.10 | 27.3% |
| 8/8/2018 | 10:25 | 39,276 | 374.56 | 0.01% | -0.03% | -0.04% | 0.06% | 0.66 | 50.8% |
| 8/8/2018 | 10:26 | 46,905 | 374.06 | -0.13% | 0.02% | -0.01% | -0.16% | -1.78 | 7.6% |
| 8/8/2018 | 10:27 | 73,794 | 373.71 | -0.09% | -0.01% | 0.01% | -0.08% | -0.87 | 38.7% |
| 8/8/2018 | 10:28 | 52,906 | 374.82 | 0.30% | 0.03% | 0.03% | 0.24% | 2.62 | 0.9% |
| 8/8/2018 | 10:29 | 91,425 | 376.48 | 0.44% | -0.01% | 0.13% | 0.47% | 5.11 | 0.0% |
| 8/8/2018 | 10:30 | 60,854 | 377.01 | 0.14% | 0.02% | -0.03% | 0.10% | 1.12 | 26.1% |
| 8/8/2018 | 10:31 | 44,551 | 377.00 | 0.00% | -0.01% | -0.02% | 0.01% | 0.10 | 91.7% |
| 8/8/2018 | 10:32 | 36,187 | 376.90 | -0.03% | 0.00% | 0.00% | -0.03% | -0.32 | 74.8% |
| 8/8/2018 | 10:33 | 38,784 | 376.24 | -0.18% | -0.03% | -0.02% | -0.13% | -1.40 | 16.1% |
| 8/8/2018 | 10:34 | 48,356 | 375.00 | -0.33% | -0.02% | 0.00% | -0.30% | -3.26 | 0.1% |
| 8/8/2018 | 10:35 | 57,735 | 375.13 | 0.03% | -0.03% | -0.08% | 0.08% | 0.91 | 36.5% |
| 8/8/2018 | 10:36 | 30,876 | 375.85 | 0.19% | 0.00% | 0.07% | 0.19% | 2.07 | 3.9% |
| 8/8/2018 | 10:37 | 41,961 | 375.69 | -0.04% | 0.03% | 0.08% | -0.10% | -1.06 | 29.2% |
| 8/8/2018 | 10:38 | 26,389 | 374.89 | -0.21% | -0.01% | -0.02% | -0.20% | -2.23 | 2.6% |
| 8/8/2018 | 10:39 | 34,537 | 374.11 | -0.21% | 0.00% | -0.07% | -0.22% | -2.36 | 1.9% |
| 8/8/2018 | 10:40 | 39,602 | 374.40 | 0.08% | 0.00% | 0.02% | 0.07% | 0.76 | 44.5% |
| 8/8/2018 | 10:41 | 46,646 | 375.39 | 0.27% | 0.01% | -0.02% | 0.26% | 2.78 | 0.6% |
| 8/8/2018 | 10:42 | 28,003 | 374.43 | -0.26% | 0.03% | 0.01% | -0.30% | -3.32 | 0.1% |
| 8/8/2018 | 10:43 | 21,859 | 374.49 | 0.02% | 0.02% | -0.01% | -0.02% | -0.21 | 83.0% |
| 8/8/2018 | 10:44 | 20,701 | 374.31 | -0.05% | 0.02% | 0.02% | -0.09% | -0.94 | 34.8% |
| 8/8/2018 | 10:45 | 20,711 | 374.89 | 0.15% | 0.00% | 0.01% | 0.16% | 1.72 | 8.6% |
| 8/8/2018 | 10:46 | 15,094 | 375.19 | 0.08% | 0.01% | -0.01% | 0.07% | 0.74 | 45.8% |
| 8/8/2018 | 10:47 | 39,556 | 375.57 | 0.10% | 0.01% | 0.07% | 0.09% | 0.96 | 33.8% |
| 8/8/2018 | 10:48 | 29,188 | 375.89 | 0.09% | 0.01% | 0.05% | 0.07% | 0.73 | 46.6% |
| 8/8/2018 | 10:49 | 33,673 | 376.41 | 0.14% | 0.03% | 0.04% | 0.08% | 0.84 | 40.3% |
| 8/8/2018 | 10:50 | 34,107 | 375.61 | -0.21% | 0.03% | 0.01% | -0.26% | -2.83 | 0.5% |
| 8/8/2018 | 10:51 | 46,127 | 376.98 | 0.37% | 0.02% | 0.03% | 0.33% | 3.64 | 0.0% |
| 8/8/2018 | 10:52 | 31,180 | 376.77 | -0.06% | -0.03% | 0.00% | -0.01% | -0.11 | 91.0% |
| 8/8/2018 | 10:53 | 74,076 | 378.34 | 0.42% | 0.03% | -0.03% | 0.37% | 4.02 | 0.0% |
| 8/8/2018 | 10:54 | 68,970 | 378.55 | 0.05% | 0.06% | 0.03% | -0.05% | -0.52 | 60.4% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/8/2018 | 10:55 | 67,763 | 378.86 | 0.08% | 0.05% | 0.01% | 0.00% | -0.05 | 96.1% |
| 8/8/2018 | 10:56 | 66,071 | 379.21 | 0.09% | 0.04% | 0.01% | 0.03% | 0.30 | 76.3% |
| 8/8/2018 | 10:57 | 52,245 | 378.15 | -0.28% | -0.01% | -0.02% | -0.25% | -2.77 | 0.6% |
| 8/8/2018 | 10:58 | 36,829 | 378.15 | 0.00% | -0.01% | 0.00% | 0.01% | 0.09 | 92.5% |
| 8/8/2018 | 10:59 | 20,300 | 378.29 | 0.04% | -0.01% | -0.02% | 0.05% | 0.50 | 61.8% |
| 8/8/2018 | 11:00 | 24,097 | 377.76 | -0.14% | -0.02% | -0.03% | -0.11% | -1.16 | 24.8% |
| 8/8/2018 | 11:01 | 24,701 | 377.23 | -0.14% | 0.00% | 0.01% | -0.15% | -1.62 | 10.7% |
| 8/8/2018 | 11:02 | 64,564 | 376.54 | -0.18% | 0.00% | -0.07% | -0.19% | -2.09 | 3.7% |
| 8/8/2018 | 11:03 | 25,914 | 377.24 | 0.19% | 0.01% | 0.01% | 0.17% | 1.87 | 6.3% |
| 8/8/2018 | 11:04 | 29,186 | 376.47 | -0.20% | 0.02% | 0.00% | -0.23% | -2.51 | 1.3% |
| 8/8/2018 | 11:05 | 39,035 | 376.32 | -0.04% | 0.00% | -0.07% | -0.04% | -0.46 | 64.8% |
| 8/8/2018 | 11:06 | 27,574 | 376.52 | 0.05% | -0.04% | 0.00% | 0.12% | 1.28 | 20.0% |
| 8/8/2018 | 11:07 | 19,228 | 377.60 | 0.29% | 0.00% | -0.01% | 0.29% | 3.19 | 0.2% |
| 8/8/2018 | 11:08 | 30,875 | 377.54 | -0.01% | 0.01% | -0.04% | -0.03% | -0.30 | 76.5% |
| 8/8/2018 | 11:09 | 38,686 | 377.03 | -0.14% | -0.02% | -0.03% | -0.09% | -1.02 | 30.9% |
| 8/8/2018 | 11:10 | 27,717 | 377.27 | 0.06% | 0.01% | 0.02% | 0.04% | 0.48 | 62.9% |
| 8/8/2018 | 11:11 | 19,543 | 377.35 | 0.02% | 0.00% | 0.02% | 0.03% | 0.30 | 76.4% |
| 8/8/2018 | 11:12 | 14,240 | 377.14 | -0.06% | 0.02% | 0.03% | -0.10% | -1.07 | 28.3% |
| 8/8/2018 | 11:13 | 22,870 | 378.00 | 0.23% | -0.01% | -0.05% | 0.25% | 2.76 | 0.6% |
| 8/8/2018 | 11:14 | 24,446 | 378.27 | 0.07% | -0.01% | 0.08% | 0.08% | 0.91 | 36.5% |
| 8/8/2018 | 11:15 | 21,004 | 377.77 | -0.13% | 0.01% | -0.01% | -0.15% | -1.60 | 11.0% |
| 8/8/2018 | 11:16 | 61,384 | 375.70 | -0.55% | 0.00% | 0.04% | -0.55% | -6.03 | 0.0% |
| 8/8/2018 | 11:17 | 51,730 | 375.07 | -0.17% | -0.01% | -0.03% | -0.15% | -1.65 | 9.9% |
| 8/8/2018 | 11:18 | 29,590 | 375.53 | 0.12% | 0.03% | 0.06% | 0.07% | 0.81 | 41.6% |
| 8/8/2018 | 11:19 | 31,347 | 375.48 | -0.01% | 0.01% | -0.01% | -0.02% | -0.26 | 79.9% |
| 8/8/2018 | 11:20 | 67,988 | 375.46 | -0.01% | 0.00% | -0.05% | 0.00% | -0.02 | 98.1% |
| 8/8/2018 | 11:21 | 26,567 | 375.36 | -0.03% | 0.02% | 0.00% | -0.05% | -0.59 | 55.8% |
| 8/8/2018 | 11:22 | 17,556 | 375.33 | -0.01% | -0.04% | 0.00% | 0.06% | 0.65 | 51.9% |
| 8/8/2018 | 11:23 | 96,240 | 375.15 | -0.05% | -0.03% | -0.04% | 0.01% | 0.14 | 88.7% |
| 8/8/2018 | 11:24 | 48,195 | 375.03 | -0.03% | -0.02% | -0.02% | 0.00% | -0.01 | 99.2% |
| 8/8/2018 | 11:25 | 33,887 | 374.50 | -0.14% | -0.01% | -0.05% | -0.12% | -1.34 | 18.2% |
| 8/8/2018 | 11:26 | 37,787 | 373.37 | -0.30% | 0.01% | -0.02% | -0.32% | -3.50 | 0.1% |
| 8/8/2018 | 11:27 | 55,069 | 373.70 | 0.09% | -0.01% | -0.06% | 0.10% | 1.06 | 28.8% |
| 8/8/2018 | 11:28 | 26,092 | 374.27 | 0.15% | 0.01% | 0.11% | 0.14% | 1.53 | 12.6% |
| 8/8/2018 | 11:29 | 20,968 | 374.17 | -0.03% | 0.02% | -0.01% | -0.06% | -0.66 | 50.9% |
| 8/8/2018 | 11:30 | 33,410 | 374.90 | 0.20% | 0.04% | 0.02% | 0.12% | 1.33 | 18.4% |
| 8/8/2018 | 11:31 | 17,443 | 374.64 | -0.07% | 0.00% | 0.14% | -0.07% | -0.76 | 44.7% |
| 8/8/2018 | 11:32 | 15,809 | 374.95 | 0.08% | 0.02% | -0.01% | 0.04% | 0.46 | 64.7% |
| 8/8/2018 | 11:33 | 21,894 | 375.29 | 0.09% | 0.01% | 0.04% | 0.07% | 0.73 | 46.4% |
| 8/8/2018 | 11:34 | 15,009 | 375.00 | -0.08% | 0.00% | -0.01% | -0.07% | -0.74 | 46.0% |
| 8/8/2018 | 11:35 | 17,198 | 373.98 | -0.27% | -0.01% | 0.02% | -0.25% | -2.69 | 0.7% |
| 8/8/2018 | 11:36 | 12,956 | 374.24 | 0.07% | 0.00% | -0.01% | 0.06% | 0.67 | 50.6% |
| 8/8/2018 | 11:37 | 19,794 | 374.32 | 0.02% | -0.01% | 0.00% | 0.04% | 0.47 | 64.0% |
| 8/8/2018 | 11:38 | 13,025 | 374.53 | 0.06% | 0.02% | -0.01% | 0.03% | 0.31 | 75.4% |
| 8/8/2018 | 11:39 | 12,881 | 374.19 | -0.09% | 0.01% | -0.01% | -0.11% | -1.19 | 23.4% |
| 8/8/2018 | 11:40 | 23,298 | 373.86 | -0.09% | 0.00% | -0.04% | -0.09% | -0.97 | 33.1% |
| 8/8/2018 | 11:41 | 24,786 | 374.00 | 0.04% | -0.02% | 0.02% | 0.07% | 0.75 | 45.1% |
| 8/8/2018 | 11:42 | 18,225 | 374.09 | 0.02% | 0.00% | 0.00% | 0.02% | 0.17 | 86.8% |
| 8/8/2018 | 11:43 | 11,146 | 374.12 | 0.01% | 0.01% | 0.00% | 0.00% | -0.04 | 96.8% |
| 8/8/2018 | 11:44 | 16,068 | 374.17 | 0.01% | -0.01% | 0.05% | 0.04% | 0.39 | 69.8% |
| 8/8/2018 | 11:45 | 51,466 | 373.49 | -0.18% | -0.01% | 0.03% | -0.17% | -1.81 | 7.2% |
| 8/8/2018 | 11:46 | 61,727 | 372.22 | -0.34% | -0.04% | 0.00% | -0.27% | -2.93 | 0.4% |
| 8/8/2018 | 11:47 | 30,509 | 372.01 | -0.06% | 0.00% | -0.04% | -0.05% | -0.56 | 57.4% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/8/2018 | 11:48 | 26,507 | 372.18 | 0.05% | -0.02% | 0.02% | 0.07% | 0.81 | 42.1% |
| 8/8/2018 | 11:49 | 32,199 | 371.98 | -0.05% | 0.01% | 0.00% | -0.07% | -0.76 | 45.0% |
| 8/8/2018 | 11:50 | 47,260 | 371.89 | -0.02% | -0.05% | 0.02% | 0.06% | 0.68 | 49.4% |
| 8/8/2018 | 11:51 | 25,894 | 371.80 | -0.02% | -0.05% | 0.04% | 0.06% | 0.64 | 52.4% |
| 8/8/2018 | 11:52 | 15,473 | 372.29 | 0.13% | 0.00% | -0.08% | 0.14% | 1.52 | 12.9% |
| 8/8/2018 | 11:53 | 48,276 | 372.97 | 0.18% | 0.02% | 0.08% | 0.14% | 1.55 | 12.1% |
| 8/8/2018 | 11:54 | 15,633 | 372.90 | -0.02% | 0.00% | -0.04% | -0.03% | -0.31 | 75.8% |
| 8/8/2018 | 11:55 | 26,950 | 373.20 | 0.08% | -0.01% | 0.00% | 0.09% | 0.99 | 32.4% |
| 8/8/2018 | 11:56 | 21,966 | 373.49 | 0.08% | 0.00% | 0.04% | 0.08% | 0.84 | 39.9% |
| 8/8/2018 | 11:57 | 31,026 | 374.09 | 0.16% | 0.00% | -0.03% | 0.17% | 1.82 | 6.9% |
| 8/8/2018 | 11:58 | 26,003 | 374.33 | 0.07% | -0.01% | -0.02% | 0.08% | 0.87 | 38.3% |
| 8/8/2018 | 11:59 | 13,668 | 373.38 | -0.26% | -0.03% | -0.06% | -0.20% | -2.16 | 3.1% |
| 8/8/2018 | 12:00 | 21,538 | 373.27 | -0.03% | 0.01% | -0.07% | -0.04% | -0.46 | 64.6% |
| 8/8/2018 | 12:01 | 22,210 | 372.12 | -0.31% | -0.02% | 0.02% | -0.27% | -2.99 | 0.3% |
| 8/8/2018 | 12:02 | 37,251 | 372.24 | 0.03% | -0.04% | -0.02% | 0.10% | 1.07 | 28.4% |
| 8/8/2018 | 12:03 | 12,491 | 372.57 | 0.09% | 0.00% | 0.00% | 0.10% | 1.07 | 28.7% |
| 8/8/2018 | 12:04 | 11,190 | 372.50 | -0.02% | -0.01% | 0.02% | 0.00% | 0.03 | 97.6% |
| 8/8/2018 | 12:05 | 31,497 | 371.86 | -0.17% | 0.01% | 0.00% | -0.18% | -2.01 | 4.5% |
| 8/8/2018 | 12:06 | 56,291 | 371.00 | -0.23% | 0.00% | -0.04% | -0.23% | -2.54 | 1.1% |
| 8/8/2018 | 12:07 | 27,556 | 371.35 | 0.09% | -0.01% | -0.01% | 0.10% | 1.14 | 25.4% |
| 8/8/2018 | 12:08 | 17,735 | 371.38 | 0.01% | 0.01% | -0.02% | -0.02% | -0.20 | 84.1% |
| 8/8/2018 | 12:09 | 40,261 | 371.21 | -0.05% | 0.01% | -0.01% | -0.06% | -0.65 | 51.4% |
| 8/8/2018 | 12:10 | 52,124 | 370.37 | -0.22% | 0.03% | 0.03% | -0.27% | -2.98 | 0.3% |
| 8/8/2018 | 12:11 | 65,870 | 370.55 | 0.05% | 0.00% | 0.01% | 0.05% | 0.51 | 61.2% |
| 8/8/2018 | 12:12 | 58,023 | 371.53 | 0.27% | 0.02% | 0.01% | 0.23% | 2.48 | 1.4% |
| 8/8/2018 | 12:13 | 21,498 | 370.94 | -0.16% | -0.01% | -0.02% | -0.14% | -1.48 | 13.9% |
| 8/8/2018 | 12:14 | 23,217 | 371.13 | 0.05% | 0.01% | 0.08% | 0.04% | 0.38 | 70.2% |
| 8/8/2018 | 12:15 | 31,474 | 371.90 | 0.21% | 0.01% | 0.00% | 0.18% | 2.00 | 4.6% |
| 8/8/2018 | 12:16 | 57,600 | 372.58 | 0.18% | 0.02% | -0.01% | 0.16% | 1.69 | 9.1% |
| 8/8/2018 | 12:17 | 38,909 | 372.14 | -0.12% | -0.01% | -0.01% | -0.11% | -1.20 | 23.2% |
| 8/8/2018 | 12:18 | 18,578 | 371.70 | -0.12% | 0.00% | -0.04% | -0.13% | -1.36 | 17.3% |
| 8/8/2018 | 12:19 | 21,045 | 372.18 | 0.13% | 0.01% | 0.00% | 0.11% | 1.24 | 21.5% |
| 8/8/2018 | 12:20 | 16,489 | 371.58 | -0.16% | 0.01% | 0.06% | -0.17% | -1.88 | 6.1% |
| 8/8/2018 | 12:21 | 21,458 | 371.37 | -0.06% | 0.00% | 0.01% | -0.06% | -0.67 | 50.0% |
| 8/8/2018 | 12:22 | 14,156 | 371.10 | -0.07% | -0.01% | 0.04% | -0.06% | -0.61 | 54.3% |
| 8/8/2018 | 12:23 | 35,819 | 371.17 | 0.02% | -0.03% | -0.04% | 0.07% | 0.78 | 43.4% |
| 8/8/2018 | 12:24 | 25,391 | 370.56 | -0.16% | -0.01% | 0.00% | -0.15% | -1.66 | 9.8% |
| 8/8/2018 | 12:25 | 33,795 | 370.56 | 0.00% | -0.01% | -0.02% | 0.02% | 0.19 | 85.2% |
| 8/8/2018 | 12:26 | 56,549 | 369.42 | -0.31% | 0.00% | 0.02% | -0.31% | -3.38 | 0.1% |
| 8/8/2018 | 12:27 | 63,560 | 370.12 | 0.19% | -0.01% | 0.05% | 0.21% | 2.27 | 2.4% |
| 8/8/2018 | 12:28 | 29,688 | 370.63 | 0.14% | 0.01% | -0.02% | 0.13% | 1.38 | 16.7% |
| 8/8/2018 | 12:29 | 18,837 | 370.31 | -0.09% | 0.01% | 0.02% | -0.10% | -1.12 | 26.4% |
| 8/8/2018 | 12:30 | 22,910 | 370.66 | 0.09% | 0.01% | 0.04% | 0.08% | 0.88 | 37.8% |
| 8/8/2018 | 12:31 | 30,205 | 371.27 | 0.16% | 0.02% | -0.01% | 0.14% | 1.48 | 13.9% |
| 8/8/2018 | 12:32 | 49,773 | 371.54 | 0.07% | 0.05% | 0.01% | -0.02% | -0.27 | 78.7% |
| 8/8/2018 | 12:33 | 31,432 | 371.66 | 0.03% | -0.01% | 0.02% | 0.05% | 0.50 | 61.4% |
| 8/8/2018 | 12:34 | 46,924 | 371.32 | -0.09% | 0.01% | 0.02% | -0.12% | -1.27 | 20.4% |
| 8/8/2018 | 12:35 | 26,786 | 371.37 | 0.01% | 0.01% | 0.02% | 0.00% | 0.02 | 98.5% |
| 8/8/2018 | 12:36 | 28,615 | 371.24 | -0.03% | 0.01% | 0.02% | -0.06% | -0.66 | 50.7% |
| 8/8/2018 | 12:37 | 11,251 | 371.35 | 0.03% | 0.00% | -0.05% | 0.03% | 0.28 | 77.7% |
| 8/8/2018 | 12:38 | 37,744 | 371.80 | 0.12% | 0.01% | 0.02% | 0.10% | 1.12 | 26.1% |
| 8/8/2018 | 12:39 | 28,116 | 372.16 | 0.10% | 0.00% | 0.00% | 0.10% | 1.06 | 29.0% |
| 8/8/2018 | 12:40 | 17,950 | 372.00 | -0.04% | -0.01% | 0.00% | -0.03% | -0.35 | 73.0% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/8/2018 | 12:41 | 19,452 | 372.14 | 0.04% | 0.01% | 0.03% | 0.02% | 0.23 | 81.8% |
| 8/8/2018 | 12:42 | 20,361 | 371.39 | -0.20% | -0.01% | 0.01% | -0.18% | -2.01 | 4.5% |
| 8/8/2018 | 12:43 | 9,741 | 371.43 | 0.01% | 0.00% | -0.02% | 0.02% | 0.21 | 83.5% |
| 8/8/2018 | 12:44 | 20,194 | 371.88 | 0.12% | 0.01% | 0.02% | 0.10% | 1.09 | 27.7% |
| 8/8/2018 | 12:45 | 14,448 | 372.10 | 0.06% | 0.01% | -0.02% | 0.05% | 0.51 | 60.9% |
| 8/8/2018 | 12:46 | 26,999 | 372.06 | -0.01% | 0.00% | 0.07% | -0.01% | -0.13 | 89.9% |
| 8/8/2018 | 12:47 | 9,186 | 372.36 | 0.08% | 0.00% | 0.00% | 0.09% | 0.97 | 33.1% |
| 8/8/2018 | 12:48 | 8,523 | 372.14 | -0.06% | 0.01% | 0.00% | -0.09% | -0.93 | 35.4% |
| 8/8/2018 | 12:49 | 18,740 | 371.78 | -0.10% | 0.00% | 0.01% | -0.10% | -1.07 | 28.4% |
| 8/8/2018 | 12:50 | 12,059 | 371.60 | -0.05% | -0.01% | -0.02% | -0.04% | -0.43 | 66.7% |
| 8/8/2018 | 12:51 | 9,548 | 371.82 | 0.06% | -0.02% | -0.02% | 0.09% | 1.01 | 31.5% |
| 8/8/2018 | 12:52 | 15,177 | 371.43 | -0.11% | -0.04% | 0.03% | -0.04% | -0.43 | 66.5% |
| 8/8/2018 | 12:53 | 29,724 | 371.03 | -0.11% | -0.02% | -0.01% | -0.08% | -0.84 | 40.0% |
| 8/8/2018 | 12:54 | 15,806 | 371.41 | 0.10% | -0.01% | 0.01% | 0.12% | 1.32 | 18.6% |
| 8/8/2018 | 12:55 | 23,353 | 370.99 | -0.11% | -0.02% | -0.02% | -0.08% | -0.88 | 38.2% |
| 8/8/2018 | 12:56 | 8,592 | 371.23 | 0.06% | 0.01% | -0.01% | 0.04% | 0.46 | 64.4% |
| 8/8/2018 | 12:57 | 5,058 | 371.14 | -0.02% | 0.01% | 0.00% | -0.05% | -0.51 | 61.3% |
| 8/8/2018 | 12:58 | 11,571 | 371.00 | -0.04% | -0.01% | 0.00% | -0.03% | -0.31 | 75.8% |
| 8/8/2018 | 12:59 | 21,992 | 371.76 | 0.20% | 0.01% | 0.02% | 0.19% | 2.06 | 4.0% |
| 8/8/2018 | 13:00 | 19,683 | 371.26 | -0.13% | 0.01% | 0.01% | -0.16% | -1.69 | 9.1% |
| 8/8/2018 | 13:01 | 6,862 | 371.25 | 0.00% | 0.00% | 0.00% | 0.00% | 0.05 | 96.3% |
| 8/8/2018 | 13:02 | 16,943 | 371.30 | 0.01% | 0.02% | 0.01% | -0.02% | -0.19 | 85.1% |
| 8/8/2018 | 13:03 | 17,634 | 371.73 | 0.11% | -0.02% | -0.02% | 0.14% | 1.56 | 11.9% |
| 8/8/2018 | 13:04 | 33,194 | 372.35 | 0.17% | 0.02% | 0.00% | 0.13% | 1.40 | 16.1% |
| 8/8/2018 | 13:05 | 13,965 | 372.10 | -0.07% | 0.01% | 0.00% | -0.08% | -0.88 | 37.9% |
| 8/8/2018 | 13:06 | 11,610 | 371.79 | -0.08% | 0.00% | 0.01% | -0.08% | -0.84 | 40.4% |
| 8/8/2018 | 13:07 | 10,524 | 371.82 | 0.01% | 0.01% | 0.10% | -0.01% | -0.07 | 94.4% |
| 8/8/2018 | 13:08 | 15,789 | 371.49 | -0.09% | -0.02% | 0.00% | -0.06% | -0.63 | 52.8% |
| 8/8/2018 | 13:09 | 7,979 | 371.75 | 0.07% | 0.00% | 0.06% | 0.08% | 0.83 | 40.6% |
| 8/8/2018 | 13:10 | 39,196 | 372.57 | 0.22% | 0.01% | 0.01% | 0.21% | 2.29 | 2.3% |
| 8/8/2018 | 13:11 | 16,179 | 372.67 | 0.03% | 0.00% | 0.01% | 0.03% | 0.32 | 74.7% |
| 8/8/2018 | 13:12 | 44,135 | 373.37 | 0.19% | 0.02% | 0.09% | 0.16% | 1.75 | 8.0% |
| 8/8/2018 | 13:13 | 34,204 | 373.80 | 0.12% | -0.01% | -0.02% | 0.13% | 1.41 | 15.8% |
| 8/8/2018 | 13:14 | 52,796 | 374.02 | 0.06% | 0.01% | 0.02% | 0.05% | 0.54 | 59.1% |
| 8/8/2018 | 13:15 | 33,827 | 373.85 | -0.05% | 0.01% | 0.04% | -0.07% | -0.76 | 44.7% |
| 8/8/2018 | 13:16 | 22,828 | 374.16 | 0.08% | -0.01% | -0.01% | 0.09% | 1.00 | 31.6% |
| 8/8/2018 | 13:17 | 14,207 | 373.85 | -0.08% | 0.01% | 0.02% | -0.09% | -1.03 | 30.2% |
| 8/8/2018 | 13:18 | 28,397 | 374.07 | 0.06% | 0.00% | -0.03% | 0.06% | 0.70 | 48.1% |
| 8/8/2018 | 13:19 | 20,978 | 374.16 | 0.02% | 0.00% | -0.01% | 0.03% | 0.28 | 77.9% |
| 8/8/2018 | 13:20 | 56,816 | 374.74 | 0.15% | 0.00% | 0.01% | 0.15% | 1.61 | 10.9% |
| 8/8/2018 | 13:21 | 17,933 | 374.79 | 0.01% | 0.00% | -0.06% | 0.01% | 0.15 | 87.9% |
| 8/8/2018 | 13:22 | 69,541 | 374.20 | -0.16% | 0.00% | 0.04% | -0.16% | -1.77 | 7.7% |
| 8/8/2018 | 13:23 | 12,143 | 374.37 | 0.05% | 0.00% | -0.01% | 0.04% | 0.42 | 67.6% |
| 8/8/2018 | 13:24 | 15,279 | 374.83 | 0.12% | 0.00% | 0.03% | 0.12% | 1.27 | 20.6% |
| 8/8/2018 | 13:25 | 49,845 | 375.26 | 0.11% | 0.01% | 0.01% | 0.09% | 1.01 | 31.3% |
| 8/8/2018 | 13:26 | 22,073 | 374.97 | -0.08% | 0.00% | -0.03% | -0.08% | -0.88 | 38.0% |
| 8/8/2018 | 13:27 | 12,728 | 374.72 | -0.07% | -0.02% | -0.01% | -0.03% | -0.36 | 71.5% |
| 8/8/2018 | 13:28 | 28,805 | 373.56 | -0.31% | -0.05% | -0.03% | -0.22% | -2.45 | 1.5% |
| 8/8/2018 | 13:29 | 6,772 | 373.67 | 0.03% | 0.00% | -0.01% | 0.03% | 0.35 | 72.5% |
| 8/8/2018 | 13:30 | 16,376 | 374.35 | 0.18% | 0.02% | 0.04% | 0.15% | 1.61 | 10.8% |
| 8/8/2018 | 13:31 | 15,003 | 374.30 | -0.01% | 0.02% | 0.01% | -0.05% | -0.60 | 55.2% |
| 8/8/2018 | 13:32 | 14,623 | 373.51 | -0.21% | 0.01% | -0.01% | -0.22% | -2.43 | 1.6% |
| 8/8/2018 | 13:33 | 20,930 | 373.58 | 0.02% | 0.00% | 0.00% | 0.03% | 0.28 | 77.8% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/8/2018 | 13:34 | 12,608 | 373.58 | 0.00% | 0.00% | -0.02% | -0.01% | -0.06 | 95.6% |
| 8/8/2018 | 13:35 | 5,124 | 373.42 | -0.04% | -0.03% | -0.04% | 0.01% | 0.09 | 93.1% |
| 8/8/2018 | 13:36 | 15,286 | 373.83 | 0.11% | 0.01% | 0.03% | 0.09% | 0.97 | 33.4% |
| 8/8/2018 | 13:37 | 7,587 | 373.74 | -0.02% | 0.00% | -0.03% | -0.03% | -0.33 | 74.4% |
| 8/8/2018 | 13:38 | 10,279 | 373.78 | 0.01% | 0.00% | -0.01% | 0.02% | 0.17 | 86.2% |
| 8/8/2018 | 13:39 | 14,048 | 373.79 | 0.00% | -0.02% | -0.01% | 0.05% | 0.50 | 61.7% |
| 8/8/2018 | 13:40 | 9,784 | 373.47 | -0.09% | 0.00% | 0.03% | -0.08% | -0.89 | 37.2% |
| 8/8/2018 | 13:41 | 8,820 | 373.36 | -0.03% | 0.01% | 0.02% | -0.05% | -0.50 | 61.8% |
| 8/8/2018 | 13:42 | 15,729 | 373.43 | 0.02% | 0.00% | 0.02% | 0.02% | 0.24 | 80.8% |
| 8/8/2018 | 13:43 | 11,254 | 373.77 | 0.09% | 0.02% | 0.02% | 0.06% | 0.67 | 50.6% |
| 8/8/2018 | 13:44 | 8,349 | 373.82 | 0.01% | 0.00% | -0.01% | 0.01% | 0.15 | 87.8% |
| 8/8/2018 | 13:45 | 10,792 | 373.76 | -0.02% | 0.01% | 0.01% | -0.04% | -0.44 | 66.1% |
| 8/8/2018 | 13:46 | 20,871 | 373.38 | -0.10% | 0.01% | 0.00% | -0.12% | -1.26 | 20.8% |
| 8/8/2018 | 13:47 | 31,862 | 373.51 | 0.03% | 0.00% | -0.01% | 0.03% | 0.29 | 77.3% |
| 8/8/2018 | 13:48 | 26,274 | 374.38 | 0.23% | 0.01% | 0.04% | 0.22% | 2.43 | 1.6% |
| 8/8/2018 | 13:49 | 11,639 | 374.23 | -0.04% | 0.01% | -0.01% | -0.05% | -0.54 | 59.1% |
| 8/8/2018 | 13:50 | 21,833 | 374.31 | 0.02% | 0.00% | 0.06% | 0.01% | 0.16 | 87.7% |
| 8/8/2018 | 13:51 | 13,975 | 374.16 | -0.04% | 0.00% | 0.03% | -0.04% | -0.43 | 67.0% |
| 8/8/2018 | 13:52 | 7,410 | 373.75 | -0.11% | 0.00% | 0.02% | -0.12% | -1.28 | 20.0% |
| 8/8/2018 | 13:53 | 13,979 | 373.89 | 0.04% | 0.00% | -0.04% | 0.04% | 0.39 | 69.6% |
| 8/8/2018 | 13:54 | 6,497 | 374.08 | 0.05% | -0.02% | -0.01% | 0.08% | 0.88 | 38.0% |
| 8/8/2018 | 13:55 | 7,674 | 374.20 | 0.03% | -0.01% | 0.01% | 0.04% | 0.47 | 64.2% |
| 8/8/2018 | 13:56 | 20,389 | 374.59 | 0.10% | 0.01% | 0.02% | 0.08% | 0.87 | 38.5% |
| 8/8/2018 | 13:57 | 14,132 | 374.58 | 0.00% | 0.01% | 0.03% | -0.02% | -0.25 | 80.5% |
| 8/8/2018 | 13:58 | 14,065 | 374.51 | -0.02% | 0.00% | 0.04% | -0.03% | -0.29 | 77.3% |
| 8/8/2018 | 13:59 | 8,079 | 374.43 | -0.02% | 0.02% | -0.04% | -0.05% | -0.54 | 59.1% |
| 8/8/2018 | 14:00 | 7,591 | 374.16 | -0.07% | 0.00% | -0.01% | -0.08% | -0.83 | 40.8% |
| 8/8/2018 | 14:01 | 7,706 | 374.24 | 0.02% | 0.00% | -0.05% | 0.02% | 0.24 | 81.1% |
| 8/8/2018 | 14:02 | 5,800 | 374.35 | 0.03% | -0.01% | 0.01% | 0.04% | 0.46 | 64.9% |
| 8/8/2018 | 14:03 | 10,122 | 373.85 | -0.13% | 0.00% | 0.02% | -0.13% | -1.44 | 14.9% |
| 8/8/2018 | 14:04 | 36,449 | 373.14 | -0.19% | 0.00% | -0.01% | -0.19% | -2.02 | 4.4% |
| 8/8/2018 | 14:05 | 223,826 | 371.98 | -0.31% | -0.01% | -0.05% | -0.30% | -3.28 | 0.1% |
| 8/8/2018 | 14:06 | 97,472 | 371.98 | 0.00% | -0.01% | 0.04% | 0.03% | 0.28 | 78.0% |
| 8/8/2018 | 14:07 | 45,685 | 371.50 | -0.13% | 0.00% | -0.05% | -0.13% | -1.45 | 14.8% |
| 8/8/2018 | 14:08 | 39,384 | 372.09 | 0.16% | 0.00% | 0.06% | 0.15% | 1.68 | 9.5% |
| 8/8/2018 | 14:09 | 18,766 | 371.80 | -0.08% | -0.01% | 0.03% | -0.06% | -0.69 | 48.9% |
| 8/8/2018 | 14:10 | 21,376 | 372.19 | 0.11% | 0.01% | -0.04% | 0.09% | 0.97 | 33.1% |
| 8/8/2018 | 14:11 | 35,948 | 372.29 | 0.03% | -0.01% | 0.03% | 0.04% | 0.46 | 64.6% |
| 8/8/2018 | 14:12 | 22,915 | 371.94 | -0.10% | -0.02% | -0.02% | -0.06% | -0.62 | 53.5% |
| 8/8/2018 | 14:13 | 21,242 | 372.84 | 0.24% | 0.00% | -0.04% | 0.25% | 2.70 | 0.7% |
| 8/8/2018 | 14:14 | 14,128 | 372.90 | 0.02% | 0.03% | 0.04% | -0.03% | -0.32 | 74.6% |
| 8/8/2018 | 14:15 | 20,371 | 373.06 | 0.04% | 0.01% | 0.00% | 0.02% | 0.27 | 78.7% |
| 8/8/2018 | 14:16 | 35,026 | 373.24 | 0.05% | 0.01% | 0.01% | 0.03% | 0.34 | 73.8% |
| 8/8/2018 | 14:17 | 19,007 | 373.81 | 0.15% | 0.01% | -0.02% | 0.14% | 1.53 | 12.7% |
| 8/8/2018 | 14:18 | 18,945 | 373.77 | -0.01% | 0.00% | 0.02% | 0.00% | -0.02 | 98.7% |
| 8/8/2018 | 14:19 | 42,151 | 374.57 | 0.21% | -0.01% | -0.04% | 0.23% | 2.49 | 1.3% |
| 8/8/2018 | 14:20 | 78,561 | 375.10 | 0.14% | 0.00% | 0.04% | 0.15% | 1.59 | 11.3% |
| 8/8/2018 | 14:21 | 28,037 | 375.15 | 0.01% | 0.02% | -0.04% | -0.02% | -0.22 | 82.7% |
| 8/8/2018 | 14:22 | 28,921 | 374.79 | -0.10% | 0.01% | -0.01% | -0.11% | -1.25 | 21.2% |
| 8/8/2018 | 14:23 | 36,949 | 375.60 | 0.22% | 0.00% | -0.05% | 0.21% | 2.34 | 2.0% |
| 8/8/2018 | 14:24 | 32,465 | 374.92 | -0.18% | 0.01% | 0.00% | -0.19% | -2.11 | 3.5% |
| 8/8/2018 | 14:25 | 25,141 | 374.98 | 0.02% | 0.01% | 0.03% | 0.00% | 0.05 | 96.4% |
| 8/8/2018 | 14:26 | 11,692 | 375.10 | 0.03% | 0.01% | 0.01% | 0.01% | 0.07 | 94.2% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/8/2018 | 14:27 | 29,485 | 375.15 | 0.01% | 0.02% | -0.03% | -0.02% | -0.20 | 84.5% |
| 8/8/2018 | 14:28 | 37,359 | 374.82 | -0.09% | 0.02% | 0.01% | -0.12% | -1.30 | 19.3% |
| 8/8/2018 | 14:29 | 7,696 | 374.85 | 0.01% | 0.01% | 0.02% | -0.01% | -0.12 | 90.5% |
| 8/8/2018 | 14:30 | 14,196 | 375.00 | 0.04% | 0.00% | 0.00% | 0.05% | 0.51 | 60.9% |
| 8/8/2018 | 14:31 | 10,006 | 374.92 | -0.02% | 0.00% | 0.03% | -0.03% | -0.30 | 76.8% |
| 8/8/2018 | 14:32 | 17,086 | 374.86 | -0.02% | -0.02% | 0.00% | 0.03% | 0.31 | 76.0% |
| 8/8/2018 | 14:33 | 29,332 | 374.38 | -0.13% | -0.01% | -0.02% | -0.10% | -1.13 | 26.0% |
| 8/8/2018 | 14:34 | 28,888 | 374.16 | -0.06% | -0.02% | -0.01% | -0.03% | -0.32 | 75.0% |
| 8/8/2018 | 14:35 | 13,847 | 373.89 | -0.07% | 0.00% | 0.00% | -0.08% | -0.88 | 37.7% |
| 8/8/2018 | 14:36 | 8,972 | 373.77 | -0.03% | 0.00% | -0.05% | -0.03% | -0.37 | 71.2% |
| 8/8/2018 | 14:37 | 10,754 | 373.83 | 0.01% | 0.01% | -0.04% | 0.00% | 0.05 | 96.3% |
| 8/8/2018 | 14:38 | 9,380 | 374.07 | 0.07% | -0.01% | 0.02% | 0.09% | 0.95 | 34.4% |
| 8/8/2018 | 14:39 | 6,172 | 373.85 | -0.06% | 0.00% | -0.01% | -0.05% | -0.57 | 57.2% |
| 8/8/2018 | 14:40 | 8,861 | 374.05 | 0.05% | 0.00% | -0.01% | 0.05% | 0.55 | 58.0% |
| 8/8/2018 | 14:41 | 16,555 | 374.77 | 0.19% | 0.00% | 0.02% | 0.19% | 2.07 | 3.9% |
| 8/8/2018 | 14:42 | 14,454 | 374.75 | 0.00% | 0.00% | 0.03% | 0.00% | -0.03 | 97.3% |
| 8/8/2018 | 14:43 | 7,279 | 374.50 | -0.07% | 0.00% | 0.02% | -0.07% | -0.77 | 43.9% |
| 8/8/2018 | 14:44 | 25,432 | 374.80 | 0.08% | 0.00% | 0.00% | 0.07% | 0.80 | 42.4% |
| 8/8/2018 | 14:45 | 22,449 | 374.74 | -0.02% | 0.00% | -0.03% | -0.01% | -0.12 | 90.4% |
| 8/8/2018 | 14:46 | 6,305 | 374.47 | -0.07% | 0.01% | 0.02% | -0.08% | -0.91 | 36.3% |
| 8/8/2018 | 14:47 | 6,680 | 374.52 | 0.01% | 0.00% | -0.01% | 0.01% | 0.14 | 89.1% |
| 8/8/2018 | 14:48 | 7,834 | 374.74 | 0.06% | -0.02% | 0.00% | 0.09% | 1.02 | 30.7% |
| 8/8/2018 | 14:49 | 11,427 | 374.45 | -0.08% | -0.01% | -0.04% | -0.06% | -0.67 | 50.3% |
| 8/8/2018 | 14:50 | 27,862 | 374.10 | -0.09% | -0.01% | 0.00% | -0.08% | -0.86 | 39.2% |
| 8/8/2018 | 14:51 | 13,304 | 374.53 | 0.11% | -0.01% | -0.01% | 0.13% | 1.40 | 16.1% |
| 8/8/2018 | 14:52 | 10,250 | 374.48 | -0.01% | -0.01% | -0.02% | 0.00% | -0.03 | 97.3% |
| 8/8/2018 | 14:53 | 15,456 | 373.99 | -0.13% | 0.00% | -0.01% | -0.13% | -1.42 | 15.5% |
| 8/8/2018 | 14:54 | 9,649 | 373.95 | -0.01% | 0.00% | 0.00% | -0.01% | -0.14 | 89.0% |
| 8/8/2018 | 14:55 | 12,766 | 374.02 | 0.02% | 0.00% | 0.00% | 0.03% | 0.27 | 78.4% |
| 8/8/2018 | 14:56 | 26,720 | 374.73 | 0.19% | 0.01% | 0.02% | 0.18% | 1.96 | 5.0% |
| 8/8/2018 | 14:57 | 7,445 | 374.35 | -0.10% | -0.01% | 0.01% | -0.09% | -1.00 | 32.0% |
| 8/8/2018 | 14:58 | 4,160 | 374.07 | -0.08% | 0.00% | -0.01% | -0.08% | -0.87 | 38.3% |
| 8/8/2018 | 14:59 | 15,181 | 374.41 | 0.09% | 0.02% | 0.00% | 0.06% | 0.69 | 49.4% |
| 8/8/2018 | 15:00 | 7,362 | 374.11 | -0.08% | 0.00% | 0.02% | -0.07% | -0.80 | 42.7% |
| 8/8/2018 | 15:01 | 18,184 | 374.44 | 0.09% | 0.00% | 0.01% | 0.08% | 0.89 | 37.2% |
| 8/8/2018 | 15:02 | 2,819 | 374.40 | -0.01% | 0.00% | 0.00% | -0.01% | -0.10 | 92.1% |
| 8/8/2018 | 15:03 | 4,629 | 374.23 | -0.05% | 0.00% | -0.03% | -0.05% | -0.53 | 59.7% |
| 8/8/2018 | 15:04 | 12,334 | 373.90 | -0.09% | 0.00% | 0.01% | -0.09% | -0.94 | 34.7% |
| 8/8/2018 | 15:05 | 4,041 | 373.91 | 0.00% | 0.00% | 0.00% | 0.00% | -0.02 | 98.7% |
| 8/8/2018 | 15:06 | 23,301 | 373.49 | -0.11% | -0.02% | -0.03% | -0.08% | -0.89 | 37.2% |
| 8/8/2018 | 15:07 | 9,184 | 373.70 | 0.06% | 0.00% | -0.04% | 0.06% | 0.65 | 51.5% |
| 8/8/2018 | 15:08 | 5,331 | 373.57 | -0.03% | 0.02% | 0.03% | -0.07% | -0.75 | 45.4% |
| 8/8/2018 | 15:09 | 6,413 | 373.94 | 0.10% | -0.01% | 0.00% | 0.12% | 1.27 | 20.4% |
| 8/8/2018 | 15:10 | 6,352 | 373.78 | -0.04% | -0.01% | 0.01% | -0.03% | -0.35 | 72.6% |
| 8/8/2018 | 15:11 | 19,540 | 374.16 | 0.10% | 0.02% | 0.08% | 0.07% | 0.79 | 43.3% |
| 8/8/2018 | 15:12 | 7,120 | 374.20 | 0.01% | 0.01% | -0.01% | -0.01% | -0.12 | 90.2% |
| 8/8/2018 | 15:13 | 10,456 | 373.96 | -0.06% | 0.01% | -0.02% | -0.08% | -0.84 | 40.0% |
| 8/8/2018 | 15:14 | 6,947 | 374.20 | 0.06% | 0.02% | 0.04% | 0.02% | 0.26 | 79.3% |
| 8/8/2018 | 15:15 | 12,345 | 374.36 | 0.04% | 0.01% | 0.00% | 0.02% | 0.25 | 80.1% |
| 8/8/2018 | 15:16 | 7,810 | 374.13 | -0.06% | -0.01% | 0.02% | -0.05% | -0.51 | 60.8% |
| 8/8/2018 | 15:17 | 23,249 | 374.17 | 0.01% | -0.01% | -0.01% | 0.02% | 0.24 | 81.0% |
| 8/8/2018 | 15:18 | 10,044 | 373.78 | -0.10% | -0.01% | 0.00% | -0.09% | -0.94 | 35.0% |
| 8/8/2018 | 15:19 | 5,882 | 373.70 | -0.02% | 0.00% | 0.03% | -0.02% | -0.26 | 79.8% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] Interval Start | [3] Volume | [4] Tesla Price | [5] Tesla Return | [6] Market Return | [7] Industry Return | [8] Abnormal Return | [9] t-stat | [10] p-value |
|---|---|---|---|---|---|---|---|---|---|
| Date | | | | | | | | | |
| 8/8/2018 | 15:20 | 14,413 | 373.38 | -0.09% | -0.01% | 0.00% | -0.06% | -0.68 | 49.8% |
| 8/8/2018 | 15:21 | 13,594 | 373.70 | 0.09% | 0.00% | -0.01% | 0.09% | 0.99 | 32.4% |
| 8/8/2018 | 15:22 | 15,461 | 373.34 | -0.10% | 0.00% | 0.01% | -0.09% | -1.00 | 31.8% |
| 8/8/2018 | 15:23 | 15,090 | 373.04 | -0.08% | 0.00% | -0.02% | -0.08% | -0.92 | 35.8% |
| 8/8/2018 | 15:24 | 17,486 | 373.40 | 0.10% | 0.01% | 0.01% | 0.08% | 0.89 | 37.6% |
| 8/8/2018 | 15:25 | 9,955 | 373.33 | -0.02% | 0.01% | -0.01% | -0.05% | -0.50 | 61.9% |
| 8/8/2018 | 15:26 | 30,208 | 372.89 | -0.12% | -0.02% | 0.01% | -0.09% | -0.98 | 32.6% |
| 8/8/2018 | 15:27 | 31,287 | 372.43 | -0.12% | -0.01% | 0.01% | -0.11% | -1.24 | 21.7% |
| 8/8/2018 | 15:28 | 28,306 | 372.09 | -0.09% | 0.01% | -0.01% | -0.11% | -1.16 | 24.6% |
| 8/8/2018 | 15:29 | 28,960 | 372.34 | 0.07% | 0.02% | 0.03% | 0.03% | 0.32 | 74.9% |
| 8/8/2018 | 15:30 | 16,845 | 372.34 | 0.00% | 0.00% | 0.00% | 0.00% | 0.01 | 98.9% |
| 8/8/2018 | 15:31 | 14,315 | 372.29 | -0.01% | 0.01% | -0.01% | -0.03% | -0.29 | 77.0% |
| 8/8/2018 | 15:32 | 23,525 | 372.05 | -0.06% | 0.01% | 0.01% | -0.09% | -0.98 | 32.7% |
| 8/8/2018 | 15:33 | 19,384 | 372.09 | 0.01% | 0.01% | -0.02% | -0.01% | -0.13 | 89.4% |
| 8/8/2018 | 15:34 | 30,400 | 372.59 | 0.13% | 0.01% | 0.00% | 0.11% | 1.21 | 22.5% |
| 8/8/2018 | 15:35 | 12,595 | 372.20 | -0.10% | -0.02% | -0.04% | -0.08% | -0.82 | 41.2% |
| 8/8/2018 | 15:36 | 26,926 | 372.25 | 0.01% | -0.01% | -0.01% | 0.04% | 0.43 | 66.9% |
| 8/8/2018 | 15:37 | 21,729 | 372.34 | 0.02% | 0.00% | 0.00% | 0.02% | 0.26 | 79.6% |
| 8/8/2018 | 15:38 | 12,641 | 372.01 | -0.09% | 0.00% | 0.04% | -0.09% | -1.01 | 31.5% |
| 8/8/2018 | 15:39 | 23,780 | 372.61 | 0.16% | 0.01% | -0.01% | 0.15% | 1.61 | 10.8% |
| 8/8/2018 | 15:40 | 31,335 | 372.90 | 0.08% | 0.02% | 0.02% | 0.05% | 0.49 | 62.1% |
| 8/8/2018 | 15:41 | 30,677 | 372.22 | -0.18% | -0.02% | -0.05% | -0.14% | -1.55 | 12.1% |
| 8/8/2018 | 15:42 | 149,206 | 370.00 | -0.60% | 0.00% | 0.19% | -0.59% | -6.46 | 0.0% |
| 8/8/2018 | 15:43 | 180,448 | 370.91 | 0.25% | 0.00% | -0.19% | 0.24% | 2.59 | 1.0% |
| 8/8/2018 | 15:44 | 95,139 | 370.70 | -0.06% | 0.00% | -0.02% | -0.05% | -0.60 | 55.2% |
| 8/8/2018 | 15:45 | 76,161 | 371.76 | 0.29% | -0.02% | 0.00% | 0.32% | 3.50 | 0.1% |
| 8/8/2018 | 15:46 | 123,386 | 369.84 | -0.52% | -0.01% | -0.04% | -0.50% | -5.44 | 0.0% |
| 8/8/2018 | 15:47 | 56,159 | 369.52 | -0.09% | 0.00% | 0.00% | -0.08% | -0.88 | 38.1% |
| 8/8/2018 | 15:48 | 103,776 | 368.50 | -0.28% | -0.01% | -0.04% | -0.26% | -2.80 | 0.5% |
| 8/8/2018 | 15:49 | 86,549 | 368.40 | -0.03% | 0.02% | 0.01% | -0.07% | -0.74 | 46.0% |
| 8/8/2018 | 15:50 | 103,542 | 368.96 | 0.15% | 0.00% | -0.04% | 0.15% | 1.61 | 10.8% |
| 8/8/2018 | 15:51 | 64,619 | 368.26 | -0.19% | -0.02% | 0.03% | -0.15% | -1.64 | 10.2% |
| 8/8/2018 | 15:52 | 85,467 | 368.16 | -0.03% | 0.00% | -0.02% | -0.03% | -0.31 | 75.4% |
| 8/8/2018 | 15:53 | 86,133 | 369.67 | 0.41% | 0.00% | -0.01% | 0.42% | 4.56 | 0.0% |
| 8/8/2018 | 15:54 | 101,280 | 369.95 | 0.08% | -0.01% | -0.01% | 0.10% | 1.07 | 28.4% |
| 8/8/2018 | 15:55 | 59,651 | 369.77 | -0.05% | 0.02% | 0.04% | -0.09% | -0.96 | 33.7% |
| 8/8/2018 | 15:56 | 52,454 | 369.42 | -0.09% | -0.02% | -0.01% | -0.06% | -0.71 | 48.0% |
| 8/8/2018 | 15:57 | 69,283 | 369.94 | 0.14% | -0.02% | 0.02% | 0.17% | 1.86 | 6.4% |
| 8/8/2018 | 15:58 | 97,274 | 370.32 | 0.10% | -0.02% | 0.00% | 0.14% | 1.49 | 13.8% |
| 8/8/2018 | 15:59 | 241,849 | 370.34 | 0.01% | -0.06% | -0.03% | 0.12% | 1.33 | 18.4% |
| 8/9/2018 | open | 0 | 365.55 | -1.29% | -0.02% | 0.04% | -1.14% | -0.82 | 41.4% |
| 8/9/2018 | 9:30 | 66,223 | 365.70 | 0.04% | 0.01% | -0.02% | 0.03% | 0.29 | 76.9% |
| 8/9/2018 | 9:31 | 124,310 | 363.33 | -0.65% | 0.06% | -0.03% | -0.76% | -8.27 | 0.0% |
| 8/9/2018 | 9:32 | 105,473 | 362.78 | -0.15% | 0.03% | -0.11% | -0.21% | -2.30 | 2.2% |
| 8/9/2018 | 9:33 | 70,169 | 363.57 | 0.22% | -0.05% | 0.08% | 0.30% | 3.26 | 0.1% |
| 8/9/2018 | 9:34 | 62,852 | 364.64 | 0.29% | -0.04% | 0.04% | 0.37% | 4.05 | 0.0% |
| 8/9/2018 | 9:35 | 73,669 | 364.23 | -0.11% | -0.05% | 0.05% | -0.02% | -0.18 | 85.9% |
| 8/9/2018 | 9:36 | 48,426 | 363.97 | -0.07% | 0.09% | -0.13% | -0.23% | -2.52 | 1.2% |
| 8/9/2018 | 9:37 | 52,226 | 362.61 | -0.37% | 0.00% | -0.08% | -0.37% | -4.03 | 0.0% |
| 8/9/2018 | 9:38 | 90,900 | 361.62 | -0.27% | 0.00% | -0.07% | -0.27% | -2.99 | 0.3% |
| 8/9/2018 | 9:39 | 91,273 | 360.70 | -0.26% | 0.03% | 0.01% | -0.32% | -3.47 | 0.1% |
| 8/9/2018 | 9:40 | 81,464 | 362.04 | 0.37% | 0.11% | 0.00% | 0.18% | 1.98 | 4.8% |
| 8/9/2018 | 9:41 | 56,846 | 362.29 | 0.07% | 0.02% | 0.02% | 0.03% | 0.31 | 75.3% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| Date | Interval Start | Volume | Tesla Price | Tesla Return | Market Return | Industry Return | Abnormal Return | t-stat | p-value |
| 8/9/2018 | 9:42 | 53,918 | 360.97 | -0.37% | 0.03% | 0.00% | -0.42% | -4.59 | 0.0% |
| 8/9/2018 | 9:43 | 121,503 | 360.05 | -0.25% | -0.05% | -0.06% | -0.17% | -1.89 | 5.9% |
| 8/9/2018 | 9:44 | 74,982 | 361.41 | 0.38% | -0.03% | -0.07% | 0.43% | 4.71 | 0.0% |
| 8/9/2018 | 9:45 | 66,040 | 362.30 | 0.25% | 0.03% | 0.16% | 0.19% | 2.11 | 3.5% |
| 8/9/2018 | 9:46 | 28,695 | 362.42 | 0.03% | 0.00% | -0.04% | 0.04% | 0.41 | 68.0% |
| 8/9/2018 | 9:47 | 56,851 | 361.83 | -0.16% | 0.01% | -0.16% | -0.18% | -1.99 | 4.7% |
| 8/9/2018 | 9:48 | 31,273 | 362.37 | 0.15% | -0.03% | 0.05% | 0.20% | 2.24 | 2.6% |
| 8/9/2018 | 9:49 | 40,415 | 360.86 | -0.42% | -0.05% | -0.03% | -0.33% | -3.60 | 0.0% |
| 8/9/2018 | 9:50 | 75,566 | 359.84 | -0.28% | 0.05% | -0.01% | -0.37% | -4.09 | 0.0% |
| 8/9/2018 | 9:51 | 63,128 | 360.00 | 0.04% | 0.03% | -0.02% | 0.00% | -0.03 | 97.8% |
| 8/9/2018 | 9:52 | 82,898 | 360.51 | 0.14% | 0.00% | 0.03% | 0.14% | 1.51 | 13.1% |
| 8/9/2018 | 9:53 | 68,106 | 360.79 | 0.08% | -0.02% | 0.01% | 0.11% | 1.18 | 24.0% |
| 8/9/2018 | 9:54 | 45,909 | 360.66 | -0.04% | 0.02% | -0.04% | -0.07% | -0.72 | 47.3% |
| 8/9/2018 | 9:55 | 52,005 | 359.90 | -0.21% | 0.02% | -0.01% | -0.25% | -2.71 | 0.7% |
| 8/9/2018 | 9:56 | 71,792 | 359.64 | -0.07% | -0.01% | 0.00% | -0.06% | -0.65 | 51.8% |
| 8/9/2018 | 9:57 | 41,114 | 359.93 | 0.08% | -0.01% | -0.03% | 0.10% | 1.10 | 27.3% |
| 8/9/2018 | 9:58 | 31,429 | 359.65 | -0.08% | 0.00% | 0.07% | -0.08% | -0.85 | 39.7% |
| 8/9/2018 | 9:59 | 49,278 | 359.50 | -0.04% | -0.05% | 0.01% | 0.05% | 0.56 | 57.4% |
| 8/9/2018 | 10:00 | 39,788 | 358.93 | -0.16% | 0.02% | 0.02% | -0.19% | -2.06 | 4.0% |
| 8/9/2018 | 10:01 | 29,485 | 359.56 | 0.18% | -0.01% | -0.04% | 0.20% | 2.13 | 3.4% |
| 8/9/2018 | 10:02 | 32,740 | 359.27 | -0.08% | 0.01% | -0.01% | -0.10% | -1.06 | 28.9% |
| 8/9/2018 | 10:03 | 24,503 | 360.00 | 0.20% | 0.04% | -0.09% | 0.14% | 1.47 | 14.1% |
| 8/9/2018 | 10:04 | 69,677 | 360.01 | 0.00% | 0.01% | 0.01% | -0.02% | -0.21 | 83.7% |
| 8/9/2018 | 10:05 | 79,310 | 360.35 | 0.09% | 0.04% | -0.08% | 0.03% | 0.32 | 75.0% |
| 8/9/2018 | 10:06 | 83,426 | 360.89 | 0.15% | 0.03% | 0.04% | 0.09% | 1.03 | 30.5% |
| 8/9/2018 | 10:07 | 38,791 | 361.20 | 0.09% | -0.03% | 0.02% | 0.14% | 1.55 | 12.2% |
| 8/9/2018 | 10:08 | 26,105 | 361.18 | -0.01% | 0.02% | 0.01% | -0.04% | -0.45 | 65.1% |
| 8/9/2018 | 10:09 | 24,863 | 360.84 | -0.09% | 0.03% | -0.04% | -0.15% | -1.63 | 10.4% |
| 8/9/2018 | 10:10 | 24,732 | 361.06 | 0.06% | -0.03% | 0.02% | 0.12% | 1.27 | 20.6% |
| 8/9/2018 | 10:11 | 15,987 | 360.74 | -0.09% | 0.00% | -0.01% | -0.09% | -0.99 | 32.2% |
| 8/9/2018 | 10:12 | 10,940 | 360.58 | -0.04% | -0.02% | -0.03% | -0.02% | -0.17 | 86.8% |
| 8/9/2018 | 10:13 | 19,391 | 360.51 | -0.02% | 0.01% | -0.02% | -0.04% | -0.48 | 63.0% |
| 8/9/2018 | 10:14 | 16,600 | 360.52 | 0.00% | 0.01% | 0.02% | -0.01% | -0.08 | 93.3% |
| 8/9/2018 | 10:15 | 21,946 | 360.69 | 0.05% | 0.02% | 0.03% | 0.01% | 0.11 | 91.2% |
| 8/9/2018 | 10:16 | 38,095 | 360.18 | -0.14% | 0.01% | 0.06% | -0.17% | -1.80 | 7.2% |
| 8/9/2018 | 10:17 | 21,132 | 360.00 | -0.05% | 0.01% | 0.00% | -0.06% | -0.69 | 48.8% |
| 8/9/2018 | 10:18 | 36,734 | 360.00 | 0.00% | 0.01% | -0.01% | -0.01% | -0.11 | 91.5% |
| 8/9/2018 | 10:19 | 14,060 | 360.00 | 0.00% | -0.01% | 0.03% | 0.01% | 0.14 | 88.8% |
| 8/9/2018 | 10:20 | 17,809 | 359.44 | -0.16% | -0.02% | 0.05% | -0.12% | -1.29 | 19.9% |
| 8/9/2018 | 10:21 | 36,967 | 359.49 | 0.02% | 0.02% | -0.01% | -0.02% | -0.17 | 86.3% |
| 8/9/2018 | 10:22 | 12,986 | 359.37 | -0.04% | -0.01% | -0.07% | -0.02% | -0.26 | 79.4% |
| 8/9/2018 | 10:23 | 18,287 | 359.56 | 0.05% | 0.00% | -0.03% | 0.05% | 0.56 | 57.5% |
| 8/9/2018 | 10:24 | 28,731 | 359.94 | 0.11% | 0.03% | 0.03% | 0.05% | 0.57 | 57.0% |
| 8/9/2018 | 10:25 | 28,473 | 359.50 | -0.12% | 0.02% | 0.09% | -0.17% | -1.81 | 7.2% |
| 8/9/2018 | 10:26 | 13,480 | 359.27 | -0.06% | -0.01% | 0.00% | -0.04% | -0.48 | 63.3% |
| 8/9/2018 | 10:27 | 24,193 | 359.61 | 0.09% | 0.01% | -0.03% | 0.07% | 0.76 | 44.5% |
| 8/9/2018 | 10:28 | 28,194 | 360.31 | 0.19% | 0.02% | 0.12% | 0.17% | 1.80 | 7.3% |
| 8/9/2018 | 10:29 | 14,847 | 359.99 | -0.09% | 0.00% | -0.04% | -0.09% | -0.98 | 32.5% |
| 8/9/2018 | 10:30 | 12,842 | 359.88 | -0.03% | 0.03% | 0.09% | -0.08% | -0.90 | 37.0% |
| 8/9/2018 | 10:31 | 18,303 | 359.91 | 0.01% | 0.00% | 0.03% | 0.00% | 0.05 | 96.4% |
| 8/9/2018 | 10:32 | 16,128 | 359.76 | -0.04% | 0.00% | 0.00% | -0.04% | -0.38 | 70.1% |
| 8/9/2018 | 10:33 | 11,832 | 359.68 | -0.02% | -0.01% | 0.07% | 0.00% | -0.03 | 98.0% |
| 8/9/2018 | 10:34 | 21,725 | 359.32 | -0.10% | -0.02% | 0.00% | -0.06% | -0.64 | 52.5% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| Date | Interval Start | Volume | Tesla Price | Tesla Return | Market Return | Industry Return | Abnormal Return | t-stat | p-value |
| 8/9/2018 | 10:35 | 5,918 | 359.77 | 0.12% | 0.02% | -0.02% | 0.09% | 1.03 | 30.5% |
| 8/9/2018 | 10:36 | 13,973 | 360.13 | 0.10% | -0.03% | 0.04% | 0.15% | 1.68 | 9.4% |
| 8/9/2018 | 10:37 | 38,414 | 360.76 | 0.18% | 0.01% | 0.01% | 0.15% | 1.65 | 9.9% |
| 8/9/2018 | 10:38 | 25,852 | 360.42 | -0.09% | 0.01% | 0.12% | -0.11% | -1.21 | 22.6% |
| 8/9/2018 | 10:39 | 45,090 | 361.07 | 0.18% | 0.00% | 0.08% | 0.18% | 1.95 | 5.1% |
| 8/9/2018 | 10:40 | 53,042 | 361.81 | 0.20% | -0.01% | 0.11% | 0.22% | 2.40 | 1.7% |
| 8/9/2018 | 10:41 | 12,414 | 361.21 | -0.17% | 0.01% | -0.01% | -0.18% | -2.00 | 4.7% |
| 8/9/2018 | 10:42 | 21,565 | 361.51 | 0.08% | -0.01% | 0.10% | 0.10% | 1.05 | 29.7% |
| 8/9/2018 | 10:43 | 23,962 | 361.01 | -0.14% | 0.00% | 0.04% | -0.14% | -1.57 | 11.8% |
| 8/9/2018 | 10:44 | 12,766 | 360.65 | -0.10% | 0.01% | 0.11% | -0.11% | -1.18 | 24.0% |
| 8/9/2018 | 10:45 | 19,573 | 360.23 | -0.12% | 0.01% | -0.09% | -0.13% | -1.43 | 15.5% |
| 8/9/2018 | 10:46 | 29,807 | 360.11 | -0.03% | -0.01% | -0.05% | -0.02% | -0.27 | 78.8% |
| 8/9/2018 | 10:47 | 31,504 | 360.10 | 0.00% | 0.02% | 0.09% | -0.03% | -0.36 | 71.7% |
| 8/9/2018 | 10:48 | 48,929 | 359.78 | -0.09% | 0.00% | -0.01% | -0.09% | -0.94 | 34.5% |
| 8/9/2018 | 10:49 | 18,890 | 359.92 | 0.04% | -0.01% | 0.07% | 0.06% | 0.68 | 49.5% |
| 8/9/2018 | 10:50 | 11,208 | 360.36 | 0.12% | -0.01% | -0.04% | 0.15% | 1.61 | 10.9% |
| 8/9/2018 | 10:51 | 8,820 | 360.00 | -0.10% | -0.02% | -0.07% | -0.06% | -0.68 | 49.5% |
| 8/9/2018 | 10:52 | 23,445 | 359.48 | -0.14% | -0.03% | -0.10% | -0.10% | -1.04 | 30.1% |
| 8/9/2018 | 10:53 | 16,216 | 360.35 | 0.24% | 0.00% | -0.02% | 0.24% | 2.65 | 0.8% |
| 8/9/2018 | 10:54 | 15,750 | 360.25 | -0.03% | 0.00% | 0.03% | -0.03% | -0.38 | 70.4% |
| 8/9/2018 | 10:55 | 38,075 | 359.72 | -0.15% | -0.01% | -0.09% | -0.12% | -1.33 | 18.4% |
| 8/9/2018 | 10:56 | 17,854 | 359.50 | -0.06% | 0.01% | -0.08% | -0.08% | -0.84 | 40.1% |
| 8/9/2018 | 10:57 | 21,927 | 359.57 | 0.02% | 0.00% | -0.02% | 0.02% | 0.18 | 85.4% |
| 8/9/2018 | 10:58 | 25,253 | 359.40 | -0.05% | -0.02% | -0.06% | -0.02% | -0.22 | 82.8% |
| 8/9/2018 | 10:59 | 65,693 | 359.08 | -0.09% | 0.00% | -0.05% | -0.08% | -0.93 | 35.5% |
| 8/9/2018 | 11:00 | 28,472 | 359.02 | -0.02% | 0.02% | 0.04% | -0.05% | -0.51 | 60.9% |
| 8/9/2018 | 11:01 | 7,176 | 359.18 | 0.04% | 0.03% | 0.04% | -0.02% | -0.17 | 86.7% |
| 8/9/2018 | 11:02 | 12,670 | 359.25 | 0.02% | 0.01% | 0.06% | 0.01% | 0.10 | 92.0% |
| 8/9/2018 | 11:03 | 26,933 | 358.53 | -0.20% | 0.03% | -0.03% | -0.25% | -2.71 | 0.7% |
| 8/9/2018 | 11:04 | 78,695 | 357.94 | -0.16% | -0.02% | -0.02% | -0.13% | -1.47 | 14.3% |
| 8/9/2018 | 11:05 | 65,896 | 358.06 | 0.03% | -0.01% | 0.01% | 0.06% | 0.62 | 53.3% |
| 8/9/2018 | 11:06 | 80,471 | 356.79 | -0.35% | -0.03% | -0.06% | -0.30% | -3.30 | 0.1% |
| 8/9/2018 | 11:07 | 47,093 | 356.86 | 0.02% | -0.01% | -0.08% | 0.04% | 0.42 | 67.5% |
| 8/9/2018 | 11:08 | 94,200 | 356.00 | -0.24% | -0.02% | -0.02% | -0.21% | -2.32 | 2.1% |
| 8/9/2018 | 11:09 | 58,636 | 356.10 | 0.03% | -0.04% | -0.05% | 0.10% | 1.11 | 26.9% |
| 8/9/2018 | 11:10 | 35,560 | 356.01 | -0.03% | -0.01% | 0.00% | -0.01% | -0.10 | 92.1% |
| 8/9/2018 | 11:11 | 55,575 | 355.28 | -0.20% | 0.00% | -0.02% | -0.20% | -2.17 | 3.1% |
| 8/9/2018 | 11:12 | 53,749 | 355.48 | 0.06% | 0.03% | -0.11% | 0.00% | 0.03 | 97.2% |
| 8/9/2018 | 11:13 | 64,262 | 356.21 | 0.21% | 0.01% | 0.00% | 0.19% | 2.11 | 3.6% |
| 8/9/2018 | 11:14 | 51,352 | 355.71 | -0.14% | -0.01% | -0.01% | -0.12% | -1.33 | 18.3% |
| 8/9/2018 | 11:15 | 109,309 | 355.51 | -0.06% | 0.01% | -0.01% | -0.08% | -0.83 | 40.7% |
| 8/9/2018 | 11:16 | 37,945 | 355.10 | -0.12% | 0.00% | 0.01% | -0.12% | -1.34 | 18.2% |
| 8/9/2018 | 11:17 | 28,439 | 355.35 | 0.07% | 0.01% | -0.01% | 0.05% | 0.56 | 57.8% |
| 8/9/2018 | 11:18 | 27,550 | 355.18 | -0.05% | 0.01% | 0.02% | -0.07% | -0.79 | 43.2% |
| 8/9/2018 | 11:19 | 69,368 | 356.28 | 0.31% | -0.02% | 0.00% | 0.34% | 3.75 | 0.0% |
| 8/9/2018 | 11:20 | 53,708 | 356.41 | 0.04% | 0.01% | 0.09% | 0.03% | 0.29 | 76.9% |
| 8/9/2018 | 11:21 | 12,841 | 356.44 | 0.01% | 0.00% | -0.04% | 0.00% | 0.04 | 96.6% |
| 8/9/2018 | 11:22 | 45,282 | 356.53 | 0.03% | -0.01% | 0.04% | 0.04% | 0.47 | 63.6% |
| 8/9/2018 | 11:23 | 30,204 | 356.46 | -0.02% | -0.01% | 0.01% | -0.01% | -0.06 | 95.0% |
| 8/9/2018 | 11:24 | 17,397 | 356.63 | 0.05% | 0.01% | -0.02% | 0.02% | 0.27 | 78.8% |
| 8/9/2018 | 11:25 | 26,139 | 355.87 | -0.21% | 0.00% | -0.07% | -0.21% | -2.24 | 2.6% |
| 8/9/2018 | 11:26 | 17,779 | 356.42 | 0.15% | 0.01% | 0.00% | 0.14% | 1.51 | 13.3% |
| 8/9/2018 | 11:27 | 18,974 | 356.06 | -0.10% | 0.01% | 0.02% | -0.11% | -1.25 | 21.2% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/9/2018 | 11:28 | 21,390 | 356.58 | 0.15% | 0.02% | 0.01% | 0.12% | 1.26 | 21.0% |
| 8/9/2018 | 11:29 | 37,622 | 357.04 | 0.13% | 0.02% | -0.01% | 0.09% | 0.97 | 33.1% |
| 8/9/2018 | 11:30 | 31,795 | 356.53 | -0.14% | -0.01% | 0.00% | -0.13% | -1.37 | 17.0% |
| 8/9/2018 | 11:31 | 24,676 | 356.89 | 0.10% | 0.00% | -0.03% | 0.09% | 1.03 | 30.3% |
| 8/9/2018 | 11:32 | 20,016 | 356.52 | -0.10% | 0.00% | -0.01% | -0.10% | -1.10 | 27.1% |
| 8/9/2018 | 11:33 | 13,860 | 356.61 | 0.03% | 0.01% | -0.02% | 0.02% | 0.16 | 87.0% |
| 8/9/2018 | 11:34 | 22,131 | 356.21 | -0.11% | 0.00% | 0.00% | -0.11% | -1.18 | 23.8% |
| 8/9/2018 | 11:35 | 12,217 | 356.50 | 0.08% | 0.01% | -0.07% | 0.07% | 0.72 | 47.4% |
| 8/9/2018 | 11:36 | 27,890 | 356.12 | -0.11% | 0.00% | -0.01% | -0.11% | -1.17 | 24.2% |
| 8/9/2018 | 11:37 | 20,198 | 355.61 | -0.14% | 0.02% | -0.03% | -0.17% | -1.90 | 5.8% |
| 8/9/2018 | 11:38 | 24,758 | 356.57 | 0.27% | 0.00% | -0.03% | 0.28% | 3.01 | 0.3% |
| 8/9/2018 | 11:39 | 25,934 | 356.93 | 0.10% | -0.02% | -0.04% | 0.13% | 1.44 | 15.2% |
| 8/9/2018 | 11:40 | 47,609 | 357.80 | 0.24% | 0.02% | 0.07% | 0.22% | 2.37 | 1.8% |
| 8/9/2018 | 11:41 | 49,224 | 358.19 | 0.11% | 0.01% | 0.02% | 0.09% | 1.02 | 31.1% |
| 8/9/2018 | 11:42 | 36,283 | 358.15 | -0.01% | 0.01% | 0.00% | -0.03% | -0.34 | 73.2% |
| 8/9/2018 | 11:43 | 22,239 | 357.34 | -0.23% | -0.01% | -0.05% | -0.21% | -2.32 | 2.1% |
| 8/9/2018 | 11:44 | 14,229 | 357.94 | 0.17% | -0.01% | -0.02% | 0.18% | 2.00 | 4.7% |
| 8/9/2018 | 11:45 | 25,012 | 358.38 | 0.12% | -0.01% | 0.01% | 0.15% | 1.59 | 11.2% |
| 8/9/2018 | 11:46 | 9,299 | 358.09 | -0.08% | -0.04% | -0.03% | -0.01% | -0.09 | 92.8% |
| 8/9/2018 | 11:47 | 34,457 | 357.87 | -0.06% | -0.03% | 0.04% | 0.00% | 0.02 | 98.4% |
| 8/9/2018 | 11:48 | 19,836 | 357.12 | -0.21% | -0.04% | -0.04% | -0.14% | -1.57 | 11.7% |
| 8/9/2018 | 11:49 | 24,814 | 357.20 | 0.02% | -0.02% | -0.02% | 0.06% | 0.62 | 53.7% |
| 8/9/2018 | 11:50 | 17,172 | 357.01 | -0.05% | -0.05% | 0.01% | 0.04% | 0.49 | 62.7% |
| 8/9/2018 | 11:51 | 13,559 | 357.36 | 0.10% | 0.03% | 0.00% | 0.05% | 0.52 | 60.1% |
| 8/9/2018 | 11:52 | 12,732 | 357.47 | 0.03% | 0.01% | 0.12% | 0.02% | 0.17 | 86.7% |
| 8/9/2018 | 11:53 | 13,569 | 357.48 | 0.00% | 0.01% | -0.02% | -0.02% | -0.24 | 80.7% |
| 8/9/2018 | 11:54 | 6,948 | 357.30 | -0.05% | -0.01% | 0.03% | -0.04% | -0.42 | 67.5% |
| 8/9/2018 | 11:55 | 12,242 | 356.77 | -0.15% | 0.00% | -0.01% | -0.14% | -1.56 | 11.9% |
| 8/9/2018 | 11:56 | 7,460 | 356.70 | -0.02% | -0.01% | 0.02% | 0.00% | -0.03 | 97.8% |
| 8/9/2018 | 11:57 | 14,723 | 356.38 | -0.09% | 0.01% | 0.03% | -0.10% | -1.10 | 27.1% |
| 8/9/2018 | 11:58 | 29,603 | 355.88 | -0.14% | 0.01% | -0.01% | -0.16% | -1.70 | 8.9% |
| 8/9/2018 | 11:59 | 14,898 | 355.95 | 0.02% | 0.00% | 0.02% | 0.01% | 0.15 | 88.4% |
| 8/9/2018 | 12:00 | 38,168 | 355.91 | -0.01% | 0.02% | 0.01% | -0.05% | -0.55 | 58.2% |
| 8/9/2018 | 12:01 | 32,966 | 355.98 | 0.02% | 0.03% | 0.03% | -0.04% | -0.45 | 65.3% |
| 8/9/2018 | 12:02 | 26,636 | 356.20 | 0.06% | 0.00% | -0.04% | 0.06% | 0.67 | 50.2% |
| 8/9/2018 | 12:03 | 6,577 | 356.39 | 0.05% | 0.01% | 0.02% | 0.04% | 0.43 | 66.8% |
| 8/9/2018 | 12:04 | 16,268 | 356.14 | -0.07% | 0.00% | -0.02% | -0.07% | -0.73 | 46.3% |
| 8/9/2018 | 12:05 | 18,008 | 355.55 | -0.17% | -0.01% | 0.00% | -0.15% | -1.58 | 11.4% |
| 8/9/2018 | 12:06 | 10,979 | 355.50 | -0.02% | 0.00% | -0.02% | -0.01% | -0.12 | 90.8% |
| 8/9/2018 | 12:07 | 24,414 | 355.66 | 0.05% | 0.00% | -0.02% | 0.05% | 0.53 | 59.9% |
| 8/9/2018 | 12:08 | 15,138 | 355.59 | -0.02% | 0.02% | 0.00% | -0.06% | -0.64 | 52.3% |
| 8/9/2018 | 12:09 | 47,653 | 355.19 | -0.11% | -0.02% | -0.06% | -0.09% | -0.94 | 34.9% |
| 8/9/2018 | 12:10 | 48,963 | 354.37 | -0.23% | 0.01% | -0.02% | -0.24% | -2.64 | 0.9% |
| 8/9/2018 | 12:11 | 14,552 | 354.64 | 0.08% | 0.01% | 0.01% | 0.05% | 0.59 | 55.8% |
| 8/9/2018 | 12:12 | 12,860 | 354.50 | -0.04% | -0.01% | -0.02% | -0.02% | -0.18 | 85.8% |
| 8/9/2018 | 12:13 | 27,067 | 355.00 | 0.14% | 0.03% | 0.01% | 0.09% | 0.98 | 32.6% |
| 8/9/2018 | 12:14 | 74,793 | 354.40 | -0.17% | -0.01% | -0.01% | -0.15% | -1.61 | 10.8% |
| 8/9/2018 | 12:15 | 21,439 | 354.23 | -0.05% | -0.02% | -0.02% | -0.02% | -0.20 | 84.5% |
| 8/9/2018 | 12:16 | 18,462 | 354.62 | 0.11% | 0.00% | 0.04% | 0.11% | 1.20 | 23.2% |
| 8/9/2018 | 12:17 | 53,176 | 353.60 | -0.29% | -0.01% | 0.03% | -0.27% | -2.99 | 0.3% |
| 8/9/2018 | 12:18 | 10,239 | 354.02 | 0.12% | 0.00% | -0.03% | 0.12% | 1.34 | 18.2% |
| 8/9/2018 | 12:19 | 17,453 | 354.14 | 0.03% | 0.01% | -0.06% | 0.02% | 0.27 | 79.1% |
| 8/9/2018 | 12:20 | 16,155 | 353.88 | -0.07% | 0.01% | -0.01% | -0.09% | -0.96 | 33.8% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/9/2018 | 12:21 | 23,930 | 354.17 | 0.08% | 0.01% | 0.02% | 0.07% | 0.72 | 47.1% |
| 8/9/2018 | 12:22 | 24,240 | 354.85 | 0.19% | 0.00% | 0.03% | 0.20% | 2.16 | 3.1% |
| 8/9/2018 | 12:23 | 30,977 | 354.90 | 0.01% | 0.01% | 0.05% | -0.01% | -0.11 | 91.4% |
| 8/9/2018 | 12:24 | 13,652 | 354.57 | -0.09% | 0.00% | 0.03% | -0.09% | -0.99 | 32.1% |
| 8/9/2018 | 12:25 | 13,686 | 354.45 | -0.03% | 0.00% | -0.09% | -0.04% | -0.42 | 67.3% |
| 8/9/2018 | 12:26 | 12,555 | 355.00 | 0.16% | -0.01% | 0.00% | 0.17% | 1.81 | 7.2% |
| 8/9/2018 | 12:27 | 25,927 | 354.88 | -0.04% | 0.00% | 0.04% | -0.04% | -0.39 | 70.0% |
| 8/9/2018 | 12:28 | 57,892 | 354.31 | -0.16% | 0.00% | -0.05% | -0.16% | -1.73 | 8.5% |
| 8/9/2018 | 12:29 | 6,711 | 354.17 | -0.04% | -0.01% | 0.00% | -0.02% | -0.24 | 81.2% |
| 8/9/2018 | 12:30 | 7,754 | 354.09 | -0.02% | 0.00% | -0.02% | -0.02% | -0.17 | 86.5% |
| 8/9/2018 | 12:31 | 40,171 | 353.61 | -0.14% | 0.01% | -0.02% | -0.16% | -1.75 | 8.0% |
| 8/9/2018 | 12:32 | 23,196 | 353.70 | 0.02% | 0.00% | 0.05% | 0.02% | 0.18 | 85.4% |
| 8/9/2018 | 12:33 | 10,229 | 353.88 | 0.05% | 0.01% | -0.01% | 0.03% | 0.30 | 76.6% |
| 8/9/2018 | 12:34 | 10,788 | 353.71 | -0.05% | 0.01% | -0.01% | -0.06% | -0.64 | 51.9% |
| 8/9/2018 | 12:35 | 15,020 | 353.94 | 0.07% | 0.01% | -0.03% | 0.04% | 0.47 | 63.7% |
| 8/9/2018 | 12:36 | 27,429 | 354.60 | 0.19% | 0.01% | 0.01% | 0.18% | 1.93 | 5.4% |
| 8/9/2018 | 12:37 | 22,156 | 354.92 | 0.09% | 0.00% | 0.00% | 0.08% | 0.92 | 35.9% |
| 8/9/2018 | 12:38 | 16,628 | 354.69 | -0.06% | 0.00% | -0.01% | -0.06% | -0.64 | 52.6% |
| 8/9/2018 | 12:39 | 7,621 | 354.86 | 0.05% | 0.01% | -0.02% | 0.03% | 0.33 | 74.2% |
| 8/9/2018 | 12:40 | 12,377 | 354.48 | -0.11% | -0.02% | -0.02% | -0.07% | -0.78 | 43.8% |
| 8/9/2018 | 12:41 | 14,409 | 354.12 | -0.10% | 0.01% | 0.00% | -0.12% | -1.28 | 20.0% |
| 8/9/2018 | 12:42 | 19,192 | 354.04 | -0.02% | 0.00% | -0.01% | -0.02% | -0.20 | 83.9% |
| 8/9/2018 | 12:43 | 16,925 | 354.53 | 0.14% | 0.00% | 0.03% | 0.14% | 1.58 | 11.6% |
| 8/9/2018 | 12:44 | 26,058 | 355.31 | 0.22% | 0.02% | -0.04% | 0.19% | 2.07 | 3.9% |
| 8/9/2018 | 12:45 | 32,873 | 354.91 | -0.11% | -0.02% | -0.02% | -0.08% | -0.93 | 35.5% |
| 8/9/2018 | 12:46 | 25,346 | 355.65 | 0.21% | 0.00% | 0.06% | 0.22% | 2.37 | 1.8% |
| 8/9/2018 | 12:47 | 37,406 | 355.32 | -0.09% | 0.01% | 0.02% | -0.11% | -1.24 | 21.5% |
| 8/9/2018 | 12:48 | 27,371 | 355.16 | -0.05% | -0.01% | -0.04% | -0.03% | -0.28 | 78.0% |
| 8/9/2018 | 12:49 | 24,793 | 355.10 | -0.02% | 0.02% | 0.03% | -0.04% | -0.48 | 63.1% |
| 8/9/2018 | 12:50 | 35,033 | 355.04 | -0.02% | 0.00% | 0.00% | -0.02% | -0.20 | 84.1% |
| 8/9/2018 | 12:51 | 23,567 | 355.13 | 0.03% | 0.00% | -0.01% | 0.02% | 0.25 | 80.5% |
| 8/9/2018 | 12:52 | 7,068 | 355.21 | 0.02% | 0.00% | 0.04% | 0.02% | 0.21 | 83.0% |
| 8/9/2018 | 12:53 | 34,593 | 355.00 | -0.06% | 0.02% | -0.01% | -0.10% | -1.08 | 28.2% |
| 8/9/2018 | 12:54 | 15,556 | 355.04 | 0.01% | 0.01% | 0.00% | 0.00% | -0.04 | 97.2% |
| 8/9/2018 | 12:55 | 9,909 | 354.85 | -0.05% | 0.02% | 0.04% | -0.09% | -1.00 | 31.7% |
| 8/9/2018 | 12:56 | 6,709 | 354.82 | -0.01% | 0.00% | -0.01% | -0.01% | -0.14 | 88.8% |
| 8/9/2018 | 12:57 | 16,621 | 354.63 | -0.05% | -0.01% | 0.01% | -0.03% | -0.32 | 74.7% |
| 8/9/2018 | 12:58 | 14,213 | 354.17 | -0.13% | -0.01% | -0.07% | -0.12% | -1.29 | 19.9% |
| 8/9/2018 | 12:59 | 32,627 | 353.54 | -0.18% | 0.01% | -0.01% | -0.19% | -2.08 | 3.8% |
| 8/9/2018 | 13:00 | 64,383 | 353.42 | -0.03% | -0.01% | -0.02% | -0.01% | -0.11 | 91.1% |
| 8/9/2018 | 13:01 | 16,750 | 353.34 | -0.02% | -0.01% | 0.00% | 0.00% | -0.03 | 97.9% |
| 8/9/2018 | 13:02 | 11,777 | 353.52 | 0.05% | 0.00% | -0.03% | 0.04% | 0.47 | 63.7% |
| 8/9/2018 | 13:03 | 28,051 | 353.91 | 0.11% | -0.01% | -0.02% | 0.12% | 1.32 | 18.8% |
| 8/9/2018 | 13:04 | 16,311 | 353.91 | 0.00% | 0.00% | -0.04% | 0.00% | -0.03 | 97.4% |
| 8/9/2018 | 13:05 | 18,101 | 353.08 | -0.23% | -0.02% | -0.07% | -0.20% | -2.14 | 3.3% |
| 8/9/2018 | 13:06 | 30,862 | 353.00 | -0.02% | 0.00% | -0.04% | -0.02% | -0.17 | 86.5% |
| 8/9/2018 | 13:07 | 14,579 | 353.12 | 0.03% | -0.01% | 0.00% | 0.05% | 0.57 | 56.6% |
| 8/9/2018 | 13:08 | 29,179 | 353.12 | 0.00% | -0.01% | 0.01% | 0.02% | 0.20 | 83.8% |
| 8/9/2018 | 13:09 | 20,152 | 352.94 | -0.05% | 0.00% | 0.02% | -0.05% | -0.60 | 55.1% |
| 8/9/2018 | 13:10 | 24,333 | 352.66 | -0.08% | -0.01% | -0.02% | -0.06% | -0.69 | 49.0% |
| 8/9/2018 | 13:11 | 28,117 | 352.79 | 0.04% | 0.02% | -0.02% | 0.01% | 0.06 | 95.0% |
| 8/9/2018 | 13:12 | 13,073 | 352.95 | 0.05% | 0.01% | -0.04% | 0.02% | 0.26 | 79.3% |
| 8/9/2018 | 13:13 | 30,532 | 353.59 | 0.18% | 0.00% | 0.05% | 0.18% | 1.92 | 5.6% |

Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| Date | Interval Start | Volume | Tesla Price | Tesla Return | Market Return | Industry Return | Abnormal Return | t-stat | p-value |
| 8/9/2018 | 13:14 | 12,114 | 353.54 | -0.01% | 0.00% | 0.01% | -0.02% | -0.17 | 86.5% |
| 8/9/2018 | 13:15 | 28,967 | 353.94 | 0.11% | 0.00% | 0.01% | 0.10% | 1.14 | 25.6% |
| 8/9/2018 | 13:16 | 16,670 | 353.98 | 0.01% | 0.01% | -0.02% | -0.01% | -0.08 | 93.5% |
| 8/9/2018 | 13:17 | 14,763 | 353.95 | -0.01% | 0.02% | 0.03% | -0.04% | -0.43 | 66.6% |
| 8/9/2018 | 13:18 | 19,860 | 353.68 | -0.08% | 0.00% | -0.01% | -0.08% | -0.91 | 36.1% |
| 8/9/2018 | 13:19 | 11,077 | 353.55 | -0.04% | 0.01% | -0.03% | -0.05% | -0.58 | 56.2% |
| 8/9/2018 | 13:20 | 5,334 | 353.56 | 0.00% | 0.01% | -0.01% | -0.01% | -0.09 | 92.6% |
| 8/9/2018 | 13:21 | 8,261 | 353.67 | 0.03% | 0.00% | -0.02% | 0.03% | 0.30 | 76.3% |
| 8/9/2018 | 13:22 | 21,537 | 353.86 | 0.05% | 0.00% | 0.00% | 0.06% | 0.67 | 50.6% |
| 8/9/2018 | 13:23 | 6,440 | 353.83 | -0.01% | -0.01% | -0.02% | 0.01% | 0.05 | 95.6% |
| 8/9/2018 | 13:24 | 8,196 | 353.81 | -0.01% | 0.00% | 0.06% | 0.00% | -0.04 | 96.8% |
| 8/9/2018 | 13:25 | 9,437 | 353.74 | -0.02% | 0.00% | -0.01% | -0.02% | -0.19 | 85.0% |
| 8/9/2018 | 13:26 | 32,709 | 354.00 | 0.07% | 0.00% | -0.01% | 0.07% | 0.72 | 47.3% |
| 8/9/2018 | 13:27 | 9,587 | 353.54 | -0.13% | 0.00% | -0.01% | -0.13% | -1.43 | 15.4% |
| 8/9/2018 | 13:28 | 17,493 | 353.39 | -0.04% | 0.00% | 0.00% | -0.04% | -0.45 | 65.6% |
| 8/9/2018 | 13:29 | 8,610 | 353.51 | 0.03% | 0.00% | -0.03% | 0.03% | 0.32 | 74.6% |
| 8/9/2018 | 13:30 | 5,381 | 353.28 | -0.07% | 0.01% | 0.06% | -0.08% | -0.87 | 38.4% |
| 8/9/2018 | 13:31 | 30,204 | 352.92 | -0.10% | 0.00% | -0.02% | -0.10% | -1.05 | 29.3% |
| 8/9/2018 | 13:32 | 24,557 | 353.46 | 0.15% | 0.02% | 0.00% | 0.12% | 1.34 | 18.3% |
| 8/9/2018 | 13:33 | 12,209 | 353.66 | 0.06% | 0.02% | -0.01% | 0.03% | 0.27 | 78.5% |
| 8/9/2018 | 13:34 | 9,659 | 353.48 | -0.05% | -0.02% | 0.01% | -0.02% | -0.22 | 82.5% |
| 8/9/2018 | 13:35 | 11,007 | 353.62 | 0.04% | 0.00% | 0.00% | 0.04% | 0.41 | 68.4% |
| 8/9/2018 | 13:36 | 14,578 | 352.75 | -0.25% | 0.00% | 0.03% | -0.25% | -2.70 | 0.7% |
| 8/9/2018 | 13:37 | 20,078 | 352.67 | -0.02% | 0.00% | -0.03% | -0.03% | -0.33 | 74.2% |
| 8/9/2018 | 13:38 | 16,966 | 352.50 | -0.05% | 0.01% | 0.02% | -0.06% | -0.63 | 52.6% |
| 8/9/2018 | 13:39 | 37,269 | 352.21 | -0.08% | 0.00% | -0.01% | -0.09% | -0.96 | 33.9% |
| 8/9/2018 | 13:40 | 13,213 | 352.61 | 0.11% | 0.01% | 0.02% | 0.10% | 1.14 | 25.3% |
| 8/9/2018 | 13:41 | 9,441 | 352.39 | -0.06% | 0.01% | 0.00% | -0.08% | -0.86 | 38.9% |
| 8/9/2018 | 13:42 | 41,114 | 351.88 | -0.15% | -0.01% | 0.00% | -0.12% | -1.36 | 17.4% |
| 8/9/2018 | 13:43 | 14,286 | 351.76 | -0.03% | 0.00% | -0.01% | -0.03% | -0.36 | 71.6% |
| 8/9/2018 | 13:44 | 26,995 | 351.89 | 0.04% | 0.01% | -0.01% | 0.02% | 0.22 | 83.0% |
| 8/9/2018 | 13:45 | 21,427 | 351.62 | -0.08% | 0.00% | -0.02% | -0.08% | -0.92 | 35.8% |
| 8/9/2018 | 13:46 | 63,179 | 351.24 | -0.11% | -0.01% | 0.02% | -0.08% | -0.91 | 36.1% |
| 8/9/2018 | 13:47 | 21,967 | 351.69 | 0.13% | 0.00% | -0.04% | 0.14% | 1.49 | 13.7% |
| 8/9/2018 | 13:48 | 19,675 | 351.57 | -0.04% | 0.00% | 0.02% | -0.04% | -0.48 | 63.5% |
| 8/9/2018 | 13:49 | 10,872 | 351.27 | -0.08% | 0.01% | -0.01% | -0.11% | -1.19 | 23.6% |
| 8/9/2018 | 13:50 | 51,186 | 350.60 | -0.19% | 0.00% | 0.01% | -0.19% | -2.05 | 4.1% |
| 8/9/2018 | 13:51 | 35,217 | 350.68 | 0.02% | 0.00% | 0.02% | 0.03% | 0.32 | 75.2% |
| 8/9/2018 | 13:52 | 30,230 | 350.39 | -0.08% | -0.01% | 0.01% | -0.06% | -0.61 | 54.1% |
| 8/9/2018 | 13:53 | 22,628 | 350.84 | 0.13% | 0.01% | -0.01% | 0.12% | 1.30 | 19.4% |
| 8/9/2018 | 13:54 | 13,775 | 350.82 | -0.01% | -0.01% | -0.04% | 0.01% | 0.09 | 92.9% |
| 8/9/2018 | 13:55 | 24,214 | 351.20 | 0.11% | 0.01% | 0.02% | 0.08% | 0.90 | 37.0% |
| 8/9/2018 | 13:56 | 38,165 | 352.57 | 0.39% | 0.01% | 0.03% | 0.37% | 4.00 | 0.0% |
| 8/9/2018 | 13:57 | 20,337 | 352.25 | -0.09% | 0.00% | -0.01% | -0.09% | -1.02 | 30.7% |
| 8/9/2018 | 13:58 | 12,891 | 352.10 | -0.04% | 0.00% | 0.01% | -0.04% | -0.45 | 65.2% |
| 8/9/2018 | 13:59 | 8,569 | 351.62 | -0.14% | -0.01% | 0.02% | -0.13% | -1.37 | 17.1% |
| 8/9/2018 | 14:00 | 34,718 | 350.98 | -0.18% | 0.00% | -0.01% | -0.18% | -1.94 | 5.3% |
| 8/9/2018 | 14:01 | 46,525 | 351.10 | 0.04% | -0.02% | 0.01% | 0.06% | 0.70 | 48.5% |
| 8/9/2018 | 14:02 | 33,118 | 351.00 | -0.03% | 0.00% | 0.00% | -0.03% | -0.33 | 74.0% |
| 8/9/2018 | 14:03 | 14,655 | 350.92 | -0.02% | 0.01% | 0.02% | -0.04% | -0.41 | 68.2% |
| 8/9/2018 | 14:04 | 18,905 | 351.00 | 0.02% | 0.01% | -0.02% | 0.01% | 0.12 | 90.2% |
| 8/9/2018 | 14:05 | 24,822 | 350.40 | -0.17% | -0.01% | 0.01% | -0.15% | -1.58 | 11.4% |
| 8/9/2018 | 14:06 | 30,309 | 351.01 | 0.17% | 0.00% | -0.01% | 0.17% | 1.91 | 5.7% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|
| Date | Interval Start | Volume | Tesla Price | Tesla Return | Market Return | Industry Return | Abnormal Return | t-stat | p-value |
| 8/9/2018 | 14:07 | 20,524 | 350.43 | -0.17% | 0.00% | 0.00% | -0.16% | -1.78 | 7.6% |
| 8/9/2018 | 14:08 | 19,875 | 350.58 | 0.04% | -0.01% | -0.03% | 0.07% | 0.71 | 47.7% |
| 8/9/2018 | 14:09 | 34,961 | 350.33 | -0.07% | 0.01% | -0.02% | -0.09% | -0.97 | 33.5% |
| 8/9/2018 | 14:10 | 101,278 | 349.88 | -0.13% | 0.01% | 0.00% | -0.14% | -1.54 | 12.5% |
| 8/9/2018 | 14:11 | 40,015 | 350.41 | 0.15% | 0.01% | -0.04% | 0.14% | 1.55 | 12.2% |
| 8/9/2018 | 14:12 | 80,697 | 350.99 | 0.16% | 0.00% | 0.04% | 0.16% | 1.70 | 9.0% |
| 8/9/2018 | 14:13 | 32,522 | 350.24 | -0.21% | -0.01% | -0.02% | -0.20% | -2.13 | 3.4% |
| 8/9/2018 | 14:14 | 25,277 | 350.34 | 0.03% | -0.01% | 0.06% | 0.04% | 0.45 | 65.2% |
| 8/9/2018 | 14:15 | 14,063 | 350.59 | 0.07% | -0.01% | -0.09% | 0.10% | 1.06 | 29.0% |
| 8/9/2018 | 14:16 | 16,712 | 351.14 | 0.16% | -0.01% | -0.02% | 0.18% | 1.98 | 4.9% |
| 8/9/2018 | 14:17 | 26,477 | 350.34 | -0.23% | -0.01% | 0.03% | -0.21% | -2.24 | 2.6% |
| 8/9/2018 | 14:18 | 25,888 | 349.62 | -0.21% | -0.04% | 0.01% | -0.14% | -1.49 | 13.6% |
| 8/9/2018 | 14:19 | 128,380 | 347.24 | -0.68% | 0.02% | 0.03% | -0.71% | -7.76 | 0.0% |
| 8/9/2018 | 14:20 | 124,977 | 347.09 | -0.04% | 0.00% | -0.05% | -0.04% | -0.45 | 65.1% |
| 8/9/2018 | 14:21 | 64,975 | 348.76 | 0.48% | 0.00% | 0.00% | 0.47% | 5.17 | 0.0% |
| 8/9/2018 | 14:22 | 57,331 | 348.61 | -0.04% | 0.00% | -0.02% | -0.04% | -0.46 | 64.6% |
| 8/9/2018 | 14:23 | 36,050 | 348.74 | 0.04% | -0.02% | 0.00% | 0.07% | 0.75 | 45.2% |
| 8/9/2018 | 14:24 | 49,483 | 348.56 | -0.05% | 0.00% | 0.02% | -0.06% | -0.64 | 52.4% |
| 8/9/2018 | 14:25 | 63,832 | 347.75 | -0.23% | -0.02% | -0.04% | -0.20% | -2.22 | 2.7% |
| 8/9/2018 | 14:26 | 69,014 | 346.56 | -0.34% | -0.01% | 0.01% | -0.32% | -3.48 | 0.1% |
| 8/9/2018 | 14:27 | 44,010 | 346.69 | 0.04% | 0.02% | 0.01% | 0.01% | 0.09 | 92.9% |
| 8/9/2018 | 14:28 | 73,517 | 346.59 | -0.03% | 0.01% | -0.01% | -0.05% | -0.49 | 62.1% |
| 8/9/2018 | 14:29 | 51,978 | 346.87 | 0.08% | 0.00% | -0.06% | 0.08% | 0.88 | 38.1% |
| 8/9/2018 | 14:30 | 38,157 | 347.76 | 0.26% | 0.01% | 0.05% | 0.24% | 2.64 | 0.9% |
| 8/9/2018 | 14:31 | 28,696 | 347.25 | -0.15% | 0.02% | -0.03% | -0.18% | -2.00 | 4.7% |
| 8/9/2018 | 14:32 | 23,287 | 346.85 | -0.11% | 0.02% | -0.01% | -0.14% | -1.56 | 11.9% |
| 8/9/2018 | 14:33 | 32,367 | 347.50 | 0.19% | 0.01% | 0.03% | 0.17% | 1.86 | 6.3% |
| 8/9/2018 | 14:34 | 19,843 | 347.46 | -0.01% | -0.01% | 0.01% | 0.01% | 0.07 | 94.6% |
| 8/9/2018 | 14:35 | 41,857 | 348.09 | 0.18% | -0.01% | 0.01% | 0.19% | 2.09 | 3.7% |
| 8/9/2018 | 14:36 | 33,285 | 349.20 | 0.32% | 0.01% | 0.02% | 0.30% | 3.27 | 0.1% |
| 8/9/2018 | 14:37 | 45,336 | 348.94 | -0.07% | 0.00% | 0.03% | -0.07% | -0.81 | 42.1% |
| 8/9/2018 | 14:38 | 25,725 | 349.33 | 0.11% | 0.01% | -0.01% | 0.09% | 1.02 | 30.8% |
| 8/9/2018 | 14:39 | 24,222 | 349.44 | 0.03% | -0.01% | 0.01% | 0.04% | 0.48 | 63.2% |
| 8/9/2018 | 14:40 | 44,707 | 348.28 | -0.33% | 0.00% | -0.03% | -0.33% | -3.56 | 0.0% |
| 8/9/2018 | 14:41 | 17,912 | 348.90 | 0.18% | 0.00% | 0.00% | 0.18% | 1.94 | 5.3% |
| 8/9/2018 | 14:42 | 68,975 | 349.17 | 0.08% | 0.00% | 0.00% | 0.07% | 0.81 | 41.6% |
| 8/9/2018 | 14:43 | 31,465 | 349.00 | -0.05% | -0.01% | -0.03% | -0.03% | -0.30 | 76.7% |
| 8/9/2018 | 14:44 | 20,011 | 348.96 | -0.01% | 0.00% | 0.03% | -0.01% | -0.10 | 92.3% |
| 8/9/2018 | 14:45 | 20,094 | 349.21 | 0.07% | 0.01% | 0.02% | 0.06% | 0.65 | 51.4% |
| 8/9/2018 | 14:46 | 20,237 | 349.46 | 0.07% | 0.00% | 0.03% | 0.07% | 0.78 | 43.3% |
| 8/9/2018 | 14:47 | 80,715 | 351.38 | 0.55% | 0.01% | -0.02% | 0.54% | 5.84 | 0.0% |
| 8/9/2018 | 14:48 | 46,058 | 351.03 | -0.10% | 0.00% | -0.01% | -0.10% | -1.05 | 29.5% |
| 8/9/2018 | 14:49 | 56,615 | 351.75 | 0.21% | 0.00% | 0.04% | 0.20% | 2.21 | 2.8% |
| 8/9/2018 | 14:50 | 67,436 | 351.78 | 0.01% | -0.01% | -0.02% | 0.03% | 0.30 | 76.6% |
| 8/9/2018 | 14:51 | 48,518 | 351.55 | -0.07% | 0.00% | -0.01% | -0.06% | -0.69 | 48.9% |
| 8/9/2018 | 14:52 | 40,306 | 350.78 | -0.22% | -0.01% | 0.02% | -0.21% | -2.25 | 2.5% |
| 8/9/2018 | 14:53 | 25,990 | 351.21 | 0.12% | 0.01% | 0.01% | 0.11% | 1.21 | 22.8% |
| 8/9/2018 | 14:54 | 20,531 | 351.67 | 0.13% | 0.00% | 0.02% | 0.13% | 1.42 | 15.7% |
| 8/9/2018 | 14:55 | 24,145 | 350.70 | -0.28% | -0.01% | 0.00% | -0.25% | -2.75 | 0.6% |
| 8/9/2018 | 14:56 | 13,771 | 350.72 | 0.01% | -0.03% | 0.00% | 0.06% | 0.71 | 48.0% |
| 8/9/2018 | 14:57 | 24,313 | 351.22 | 0.14% | 0.01% | -0.01% | 0.13% | 1.45 | 14.8% |
| 8/9/2018 | 14:58 | 26,801 | 351.60 | 0.11% | 0.01% | 0.04% | 0.09% | 1.01 | 31.2% |
| 8/9/2018 | 14:59 | 17,444 | 350.79 | -0.23% | -0.01% | -0.03% | -0.22% | -2.35 | 1.9% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/9/2018 | 15:00 | 44,176 | 350.03 | -0.22% | -0.01% | -0.03% | -0.20% | -2.17 | 3.0% |
| 8/9/2018 | 15:01 | 23,878 | 349.68 | -0.10% | 0.00% | 0.00% | -0.09% | -1.01 | 31.2% |
| 8/9/2018 | 15:02 | 18,778 | 349.65 | -0.01% | -0.01% | 0.01% | 0.00% | 0.03 | 97.8% |
| 8/9/2018 | 15:03 | 21,340 | 349.62 | -0.01% | 0.01% | 0.01% | -0.03% | -0.31 | 75.8% |
| 8/9/2018 | 15:04 | 17,672 | 349.89 | 0.08% | 0.00% | 0.03% | 0.07% | 0.76 | 44.6% |
| 8/9/2018 | 15:05 | 14,321 | 349.81 | -0.02% | 0.00% | -0.01% | -0.03% | -0.33 | 74.0% |
| 8/9/2018 | 15:06 | 30,956 | 348.86 | -0.27% | -0.01% | -0.02% | -0.26% | -2.81 | 0.5% |
| 8/9/2018 | 15:07 | 14,028 | 349.23 | 0.11% | -0.01% | -0.02% | 0.12% | 1.27 | 20.6% |
| 8/9/2018 | 15:08 | 15,199 | 349.20 | -0.01% | -0.01% | 0.02% | 0.01% | 0.08 | 93.8% |
| 8/9/2018 | 15:09 | 16,010 | 349.40 | 0.06% | -0.02% | -0.01% | 0.10% | 1.04 | 29.7% |
| 8/9/2018 | 15:10 | 41,120 | 350.27 | 0.25% | 0.00% | 0.00% | 0.25% | 2.75 | 0.6% |
| 8/9/2018 | 15:11 | 21,881 | 350.14 | -0.04% | 0.01% | 0.07% | -0.06% | -0.62 | 53.7% |
| 8/9/2018 | 15:12 | 30,992 | 349.99 | -0.04% | -0.01% | 0.00% | -0.03% | -0.34 | 73.0% |
| 8/9/2018 | 15:13 | 9,640 | 350.05 | 0.02% | -0.03% | -0.01% | 0.06% | 0.68 | 49.6% |
| 8/9/2018 | 15:14 | 12,068 | 350.31 | 0.07% | 0.00% | 0.00% | 0.07% | 0.80 | 42.5% |
| 8/9/2018 | 15:15 | 20,069 | 351.03 | 0.21% | -0.02% | -0.01% | 0.24% | 2.67 | 0.8% |
| 8/9/2018 | 15:16 | 32,382 | 351.43 | 0.11% | 0.01% | 0.04% | 0.10% | 1.07 | 28.6% |
| 8/9/2018 | 15:17 | 50,600 | 352.09 | 0.19% | 0.02% | 0.05% | 0.16% | 1.73 | 8.4% |
| 8/9/2018 | 15:18 | 35,701 | 352.23 | 0.04% | 0.02% | 0.02% | 0.01% | 0.15 | 88.4% |
| 8/9/2018 | 15:19 | 37,570 | 351.64 | -0.17% | 0.01% | 0.01% | -0.18% | -1.94 | 5.3% |
| 8/9/2018 | 15:20 | 20,389 | 352.38 | 0.21% | 0.01% | -0.01% | 0.20% | 2.20 | 2.9% |
| 8/9/2018 | 15:21 | 66,191 | 351.92 | -0.13% | -0.01% | 0.02% | -0.11% | -1.24 | 21.5% |
| 8/9/2018 | 15:22 | 16,340 | 351.53 | -0.11% | -0.02% | -0.04% | -0.08% | -0.88 | 38.1% |
| 8/9/2018 | 15:23 | 19,906 | 351.15 | -0.11% | -0.01% | 0.00% | -0.08% | -0.89 | 37.3% |
| 8/9/2018 | 15:24 | 13,399 | 351.64 | 0.14% | 0.00% | -0.01% | 0.13% | 1.45 | 14.8% |
| 8/9/2018 | 15:25 | 15,497 | 351.85 | 0.06% | 0.00% | 0.00% | 0.06% | 0.66 | 50.8% |
| 8/9/2018 | 15:26 | 14,051 | 352.43 | 0.17% | -0.01% | -0.04% | 0.19% | 2.08 | 3.8% |
| 8/9/2018 | 15:27 | 20,918 | 352.30 | -0.04% | 0.01% | 0.04% | -0.05% | -0.58 | 56.6% |
| 8/9/2018 | 15:28 | 20,491 | 351.59 | -0.20% | -0.01% | 0.01% | -0.19% | -2.05 | 4.1% |
| 8/9/2018 | 15:29 | 10,538 | 351.45 | -0.04% | -0.02% | -0.06% | -0.01% | -0.06 | 95.2% |
| 8/9/2018 | 15:30 | 19,562 | 351.37 | -0.02% | 0.01% | -0.01% | -0.05% | -0.52 | 60.0% |
| 8/9/2018 | 15:31 | 9,175 | 351.33 | -0.01% | -0.01% | 0.01% | 0.00% | -0.01 | 99.3% |
| 8/9/2018 | 15:32 | 36,526 | 350.25 | -0.31% | -0.01% | 0.00% | -0.28% | -3.06 | 0.2% |
| 8/9/2018 | 15:33 | 47,659 | 349.89 | -0.10% | -0.02% | -0.02% | -0.06% | -0.67 | 50.1% |
| 8/9/2018 | 15:34 | 17,676 | 350.50 | 0.17% | -0.01% | -0.01% | 0.19% | 2.04 | 4.2% |
| 8/9/2018 | 15:35 | 12,989 | 350.66 | 0.05% | -0.01% | -0.05% | 0.06% | 0.68 | 49.5% |
| 8/9/2018 | 15:36 | 19,110 | 349.97 | -0.20% | 0.01% | -0.04% | -0.21% | -2.33 | 2.0% |
| 8/9/2018 | 15:37 | 21,798 | 349.97 | 0.00% | 0.00% | -0.01% | 0.00% | -0.05 | 96.3% |
| 8/9/2018 | 15:38 | 12,867 | 349.89 | -0.02% | 0.03% | 0.07% | -0.08% | -0.84 | 40.1% |
| 8/9/2018 | 15:39 | 20,126 | 350.07 | 0.05% | 0.00% | -0.02% | 0.06% | 0.64 | 52.0% |
| 8/9/2018 | 15:40 | 20,702 | 349.57 | -0.14% | -0.03% | 0.00% | -0.09% | -0.94 | 34.9% |
| 8/9/2018 | 15:41 | 17,844 | 350.00 | 0.12% | 0.00% | -0.01% | 0.13% | 1.40 | 16.3% |
| 8/9/2018 | 15:42 | 12,510 | 350.00 | 0.00% | 0.01% | 0.01% | -0.01% | -0.14 | 88.6% |
| 8/9/2018 | 15:43 | 18,983 | 350.09 | 0.03% | 0.01% | -0.02% | 0.01% | 0.07 | 94.8% |
| 8/9/2018 | 15:44 | 32,327 | 349.68 | -0.12% | 0.00% | 0.00% | -0.12% | -1.31 | 19.1% |
| 8/9/2018 | 15:45 | 33,274 | 350.15 | 0.13% | -0.03% | -0.03% | 0.19% | 2.12 | 3.5% |
| 8/9/2018 | 15:46 | 42,851 | 350.17 | 0.01% | -0.01% | -0.04% | 0.02% | 0.20 | 83.9% |
| 8/9/2018 | 15:47 | 51,617 | 351.30 | 0.32% | 0.00% | 0.02% | 0.32% | 3.54 | 0.0% |
| 8/9/2018 | 15:48 | 28,724 | 350.68 | -0.18% | -0.05% | 0.00% | -0.08% | -0.87 | 38.6% |
| 8/9/2018 | 15:49 | 32,051 | 351.30 | 0.18% | -0.05% | -0.07% | 0.27% | 2.97 | 0.3% |
| 8/9/2018 | 15:50 | 49,179 | 351.98 | 0.19% | 0.00% | 0.05% | 0.20% | 2.15 | 3.2% |
| 8/9/2018 | 15:51 | 28,106 | 351.45 | -0.15% | 0.00% | 0.01% | -0.15% | -1.67 | 9.6% |
| 8/9/2018 | 15:52 | 33,539 | 351.26 | -0.05% | -0.02% | 0.02% | -0.02% | -0.20 | 84.0% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/9/2018 | 15:53 | 34,777 | 351.66 | 0.11% | -0.03% | -0.02% | 0.17% | 1.82 | 7.0% |
| 8/9/2018 | 15:54 | 43,206 | 351.86 | 0.06% | 0.03% | 0.03% | 0.00% | 0.00 | 99.9% |
| 8/9/2018 | 15:55 | 83,092 | 352.78 | 0.26% | -0.01% | 0.02% | 0.28% | 3.01 | 0.3% |
| 8/9/2018 | 15:56 | 54,686 | 352.81 | 0.01% | 0.00% | 0.00% | 0.02% | 0.18 | 85.8% |
| 8/9/2018 | 15:57 | 49,238 | 352.95 | 0.04% | 0.00% | -0.01% | 0.04% | 0.49 | 62.5% |
| 8/9/2018 | 15:58 | 63,486 | 352.82 | -0.04% | 0.02% | -0.03% | -0.07% | -0.80 | 42.2% |
| 8/9/2018 | 15:59 | 163,325 | 352.45 | -0.10% | 0.02% | 0.00% | -0.15% | -1.58 | 11.4% |
| 8/10/2018 | open | 0 | 354.00 | 0.44% | -0.69% | 0.04% | 1.51% | 1.08 | 28.1% |
| 8/10/2018 | 9:30 | 63,914 | 351.64 | -0.67% | -0.01% | -0.48% | -0.66% | -7.20 | 0.0% |
| 8/10/2018 | 9:31 | 34,901 | 351.48 | -0.05% | 0.09% | -0.04% | -0.21% | -2.24 | 2.6% |
| 8/10/2018 | 9:32 | 78,860 | 350.31 | -0.33% | 0.04% | -0.23% | -0.40% | -4.34 | 0.0% |
| 8/10/2018 | 9:33 | 61,237 | 349.93 | -0.11% | 0.03% | -0.09% | -0.17% | -1.84 | 6.7% |
| 8/10/2018 | 9:34 | 34,767 | 349.50 | -0.12% | 0.01% | -0.02% | -0.14% | -1.51 | 13.2% |
| 8/10/2018 | 9:35 | 34,954 | 349.11 | -0.11% | 0.02% | -0.17% | -0.15% | -1.63 | 10.4% |
| 8/10/2018 | 9:36 | 61,364 | 349.06 | -0.02% | 0.06% | -0.06% | -0.12% | -1.30 | 19.4% |
| 8/10/2018 | 9:37 | 41,735 | 348.51 | -0.16% | -0.01% | -0.07% | -0.14% | -1.48 | 13.9% |
| 8/10/2018 | 9:38 | 93,630 | 347.40 | -0.32% | -0.03% | -0.26% | -0.27% | -2.98 | 0.3% |
| 8/10/2018 | 9:39 | 75,429 | 346.25 | -0.33% | -0.01% | -0.17% | -0.31% | -3.37 | 0.1% |
| 8/10/2018 | 9:40 | 45,871 | 347.14 | 0.26% | 0.02% | 0.01% | 0.22% | 2.38 | 1.8% |
| 8/10/2018 | 9:41 | 70,544 | 349.31 | 0.63% | -0.03% | -0.01% | 0.69% | 7.47 | 0.0% |
| 8/10/2018 | 9:42 | 44,196 | 348.49 | -0.24% | -0.01% | 0.12% | -0.22% | -2.38 | 1.8% |
| 8/10/2018 | 9:43 | 41,257 | 349.56 | 0.31% | 0.06% | 0.08% | 0.21% | 2.28 | 2.3% |
| 8/10/2018 | 9:44 | 71,195 | 351.38 | 0.52% | 0.10% | 0.01% | 0.35% | 3.81 | 0.0% |
| 8/10/2018 | 9:45 | 28,411 | 350.70 | -0.19% | 0.00% | 0.00% | -0.20% | -2.20 | 2.8% |
| 8/10/2018 | 9:46 | 28,123 | 351.87 | 0.33% | 0.01% | -0.04% | 0.31% | 3.40 | 0.1% |
| 8/10/2018 | 9:47 | 45,217 | 351.67 | -0.06% | 0.01% | -0.01% | -0.07% | -0.76 | 44.9% |
| 8/10/2018 | 9:48 | 25,857 | 351.28 | -0.11% | -0.04% | 0.00% | -0.03% | -0.35 | 72.4% |
| 8/10/2018 | 9:49 | 13,358 | 350.73 | -0.16% | -0.04% | -0.03% | -0.08% | -0.90 | 36.8% |
| 8/10/2018 | 9:50 | 17,522 | 350.51 | -0.06% | 0.04% | 0.14% | -0.13% | -1.37 | 17.0% |
| 8/10/2018 | 9:51 | 49,792 | 351.00 | 0.14% | -0.02% | -0.08% | 0.17% | 1.86 | 6.3% |
| 8/10/2018 | 9:52 | 20,425 | 350.40 | -0.17% | -0.03% | -0.04% | -0.11% | -1.19 | 23.5% |
| 8/10/2018 | 9:53 | 20,250 | 349.70 | -0.20% | -0.05% | -0.08% | -0.11% | -1.22 | 22.1% |
| 8/10/2018 | 9:54 | 29,214 | 349.50 | -0.06% | -0.08% | -0.02% | 0.09% | 1.01 | 31.5% |
| 8/10/2018 | 9:55 | 37,709 | 349.30 | -0.06% | -0.06% | -0.01% | 0.05% | 0.51 | 60.7% |
| 8/10/2018 | 9:56 | 19,913 | 349.34 | 0.01% | 0.07% | -0.06% | -0.12% | -1.28 | 20.0% |
| 8/10/2018 | 9:57 | 14,312 | 349.01 | -0.09% | -0.07% | -0.03% | 0.03% | 0.32 | 75.1% |
| 8/10/2018 | 9:58 | 14,331 | 349.95 | 0.27% | 0.05% | -0.03% | 0.17% | 1.89 | 6.0% |
| 8/10/2018 | 9:59 | 10,998 | 349.87 | -0.02% | -0.06% | 0.08% | 0.09% | 1.03 | 30.6% |
| 8/10/2018 | 10:00 | 17,412 | 349.77 | -0.03% | -0.06% | 0.05% | 0.07% | 0.79 | 43.2% |
| 8/10/2018 | 10:01 | 4,060 | 349.45 | -0.09% | -0.03% | 0.06% | -0.05% | -0.49 | 62.3% |
| 8/10/2018 | 10:02 | 18,716 | 349.26 | -0.05% | 0.01% | -0.02% | -0.08% | -0.87 | 38.4% |
| 8/10/2018 | 10:03 | 13,511 | 348.90 | -0.10% | -0.01% | -0.15% | -0.09% | -0.97 | 33.3% |
| 8/10/2018 | 10:04 | 26,370 | 349.00 | 0.03% | 0.01% | 0.00% | 0.01% | 0.08 | 93.9% |
| 8/10/2018 | 10:05 | 9,422 | 348.83 | -0.05% | 0.01% | -0.10% | -0.06% | -0.69 | 49.3% |
| 8/10/2018 | 10:06 | 23,476 | 350.15 | 0.38% | 0.10% | 0.05% | 0.20% | 2.17 | 3.1% |
| 8/10/2018 | 10:07 | 16,997 | 349.92 | -0.06% | 0.02% | -0.01% | -0.10% | -1.14 | 25.5% |
| 8/10/2018 | 10:08 | 11,121 | 349.75 | -0.05% | 0.01% | 0.01% | -0.07% | -0.78 | 43.8% |
| 8/10/2018 | 10:09 | 13,737 | 349.68 | -0.02% | 0.01% | 0.05% | -0.05% | -0.50 | 61.6% |
| 8/10/2018 | 10:10 | 16,210 | 349.68 | 0.00% | 0.03% | 0.03% | -0.05% | -0.51 | 61.2% |
| 8/10/2018 | 10:11 | 23,041 | 350.25 | 0.16% | 0.05% | 0.07% | 0.07% | 0.78 | 43.8% |
| 8/10/2018 | 10:12 | 16,330 | 350.64 | 0.11% | 0.02% | -0.02% | 0.08% | 0.85 | 39.6% |
| 8/10/2018 | 10:13 | 29,638 | 349.88 | -0.22% | -0.02% | -0.01% | -0.19% | -2.07 | 3.9% |
| 8/10/2018 | 10:14 | 20,970 | 350.22 | 0.10% | 0.03% | 0.02% | 0.05% | 0.56 | 57.6% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/10/2018 | 10:15 | 25,395 | 351.27 | 0.30% | 0.04% | 0.00% | 0.23% | 2.48 | 1.4% |
| 8/10/2018 | 10:16 | 58,435 | 351.53 | 0.07% | 0.02% | 0.01% | 0.04% | 0.47 | 64.0% |
| 8/10/2018 | 10:17 | 45,833 | 351.62 | 0.02% | 0.00% | 0.05% | 0.02% | 0.22 | 82.8% |
| 8/10/2018 | 10:18 | 35,347 | 351.09 | -0.15% | 0.02% | -0.04% | -0.18% | -2.00 | 4.7% |
| 8/10/2018 | 10:19 | 10,911 | 351.27 | 0.05% | -0.02% | 0.08% | 0.08% | 0.85 | 39.3% |
| 8/10/2018 | 10:20 | 18,246 | 351.04 | -0.06% | -0.04% | -0.06% | 0.00% | 0.03 | 97.8% |
| 8/10/2018 | 10:21 | 7,641 | 351.23 | 0.05% | 0.00% | 0.00% | 0.05% | 0.49 | 62.2% |
| 8/10/2018 | 10:22 | 11,994 | 351.12 | -0.03% | -0.02% | -0.02% | 0.00% | -0.02 | 98.1% |
| 8/10/2018 | 10:23 | 16,846 | 350.69 | -0.12% | -0.03% | -0.04% | -0.08% | -0.83 | 40.5% |
| 8/10/2018 | 10:24 | 10,981 | 350.97 | 0.08% | 0.03% | 0.00% | 0.02% | 0.22 | 82.5% |
| 8/10/2018 | 10:25 | 46,838 | 349.46 | -0.43% | -0.01% | -0.10% | -0.41% | -4.42 | 0.0% |
| 8/10/2018 | 10:26 | 33,987 | 349.48 | 0.01% | 0.01% | 0.00% | -0.01% | -0.10 | 92.1% |
| 8/10/2018 | 10:27 | 13,067 | 349.35 | -0.04% | -0.02% | -0.05% | 0.00% | 0.04 | 97.1% |
| 8/10/2018 | 10:28 | 15,261 | 350.00 | 0.19% | -0.01% | -0.02% | 0.21% | 2.29 | 2.3% |
| 8/10/2018 | 10:29 | 5,880 | 349.67 | -0.09% | 0.00% | 0.04% | -0.09% | -0.98 | 32.9% |
| 8/10/2018 | 10:30 | 7,012 | 350.00 | 0.09% | 0.00% | 0.00% | 0.09% | 1.01 | 31.2% |
| 8/10/2018 | 10:31 | 23,414 | 349.76 | -0.07% | 0.06% | 0.18% | -0.18% | -1.99 | 4.8% |
| 8/10/2018 | 10:32 | 14,055 | 349.87 | 0.03% | 0.03% | -0.01% | -0.02% | -0.22 | 82.9% |
| 8/10/2018 | 10:33 | 12,195 | 349.80 | -0.02% | 0.02% | -0.04% | -0.06% | -0.69 | 49.0% |
| 8/10/2018 | 10:34 | 7,297 | 349.73 | -0.02% | 0.01% | 0.02% | -0.03% | -0.38 | 70.4% |
| 8/10/2018 | 10:35 | 26,887 | 349.35 | -0.11% | -0.02% | 0.05% | -0.07% | -0.81 | 41.9% |
| 8/10/2018 | 10:36 | 5,354 | 349.73 | 0.11% | 0.04% | 0.09% | 0.04% | 0.41 | 68.1% |
| 8/10/2018 | 10:37 | 13,134 | 349.17 | -0.16% | -0.06% | -0.03% | -0.05% | -0.49 | 62.2% |
| 8/10/2018 | 10:38 | 14,197 | 349.06 | -0.03% | 0.02% | -0.03% | -0.08% | -0.83 | 40.9% |
| 8/10/2018 | 10:39 | 29,208 | 348.45 | -0.17% | -0.04% | -0.06% | -0.11% | -1.19 | 23.5% |
| 8/10/2018 | 10:40 | 31,469 | 349.04 | 0.17% | -0.02% | 0.00% | 0.20% | 2.19 | 2.9% |
| 8/10/2018 | 10:41 | 19,549 | 349.66 | 0.18% | -0.02% | 0.02% | 0.22% | 2.37 | 1.8% |
| 8/10/2018 | 10:42 | 13,924 | 349.42 | -0.07% | -0.03% | 0.03% | -0.01% | -0.12 | 90.5% |
| 8/10/2018 | 10:43 | 14,810 | 349.65 | 0.07% | 0.00% | 0.04% | 0.07% | 0.74 | 45.9% |
| 8/10/2018 | 10:44 | 16,016 | 349.51 | -0.04% | -0.06% | 0.00% | 0.07% | 0.73 | 46.3% |
| 8/10/2018 | 10:45 | 11,046 | 348.74 | -0.22% | -0.06% | -0.03% | -0.12% | -1.30 | 19.3% |
| 8/10/2018 | 10:46 | 5,166 | 349.30 | 0.16% | 0.03% | 0.05% | 0.10% | 1.13 | 26.0% |
| 8/10/2018 | 10:47 | 8,720 | 349.30 | 0.00% | 0.00% | 0.04% | 0.00% | -0.03 | 97.8% |
| 8/10/2018 | 10:48 | 31,576 | 350.00 | 0.20% | 0.05% | -0.01% | 0.11% | 1.18 | 23.9% |
| 8/10/2018 | 10:49 | 11,262 | 349.99 | 0.00% | 0.00% | 0.03% | -0.01% | -0.08 | 94.0% |
| 8/10/2018 | 10:50 | 7,957 | 349.44 | -0.16% | -0.02% | -0.03% | -0.12% | -1.26 | 21.0% |
| 8/10/2018 | 10:51 | 5,936 | 349.51 | 0.02% | -0.02% | -0.01% | 0.06% | 0.66 | 51.2% |
| 8/10/2018 | 10:52 | 5,302 | 349.71 | 0.06% | -0.02% | -0.01% | 0.09% | 0.94 | 34.8% |
| 8/10/2018 | 10:53 | 8,039 | 349.43 | -0.08% | 0.03% | -0.12% | -0.14% | -1.49 | 13.7% |
| 8/10/2018 | 10:54 | 9,813 | 349.85 | 0.12% | 0.06% | 0.12% | 0.02% | 0.24 | 81.0% |
| 8/10/2018 | 10:55 | 11,402 | 349.93 | 0.02% | 0.01% | 0.06% | 0.00% | 0.03 | 97.3% |
| 8/10/2018 | 10:56 | 5,401 | 349.66 | -0.07% | -0.02% | 0.03% | -0.04% | -0.39 | 69.5% |
| 8/10/2018 | 10:57 | 1,940 | 349.67 | 0.00% | 0.02% | 0.01% | -0.03% | -0.36 | 71.6% |
| 8/10/2018 | 10:58 | 5,670 | 349.32 | -0.10% | -0.01% | 0.03% | -0.09% | -0.96 | 33.9% |
| 8/10/2018 | 10:59 | 7,467 | 349.53 | 0.06% | 0.02% | 0.03% | 0.03% | 0.31 | 75.6% |
| 8/10/2018 | 11:00 | 4,644 | 349.47 | -0.02% | 0.02% | 0.01% | -0.05% | -0.58 | 56.0% |
| 8/10/2018 | 11:01 | 13,681 | 349.01 | -0.13% | -0.01% | -0.10% | -0.12% | -1.31 | 19.2% |
| 8/10/2018 | 11:02 | 6,352 | 349.11 | 0.03% | 0.00% | 0.02% | 0.04% | 0.39 | 69.3% |
| 8/10/2018 | 11:03 | 5,984 | 349.29 | 0.05% | 0.03% | 0.07% | 0.00% | 0.02 | 98.0% |
| 8/10/2018 | 11:04 | 13,782 | 349.23 | -0.02% | 0.03% | 0.00% | -0.07% | -0.73 | 46.6% |
| 8/10/2018 | 11:05 | 7,459 | 349.49 | 0.07% | -0.02% | 0.03% | 0.11% | 1.25 | 21.3% |
| 8/10/2018 | 11:06 | 7,257 | 349.33 | -0.05% | -0.01% | -0.05% | -0.04% | -0.39 | 69.7% |
| 8/10/2018 | 11:07 | 11,127 | 349.85 | 0.15% | 0.02% | -0.03% | 0.12% | 1.26 | 20.7% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1]<br>Date | [2]<br>Interval<br>Start | [3]<br>Volume | [4]<br>Tesla<br>Price | [5]<br>Tesla<br>Return | [6]<br>Market<br>Return | [7]<br>Industry<br>Return | [8]<br>Abnormal<br>Return | [9]<br>t-stat | [10]<br>p-value |
|---|---|---|---|---|---|---|---|---|---|
| 8/10/2018 | 11:08 | 24,475 | 349.85 | 0.00% | -0.01% | -0.02% | 0.02% | 0.23 | 82.0% |
| 8/10/2018 | 11:09 | 39,322 | 350.00 | 0.04% | -0.05% | -0.02% | 0.13% | 1.38 | 16.9% |
| 8/10/2018 | 11:10 | 26,910 | 349.88 | -0.03% | -0.02% | -0.03% | 0.00% | -0.05 | 96.4% |
| 8/10/2018 | 11:11 | 8,024 | 349.88 | 0.00% | -0.02% | 0.04% | 0.03% | 0.35 | 72.9% |
| 8/10/2018 | 11:12 | 28,930 | 349.76 | -0.03% | 0.02% | -0.03% | -0.07% | -0.72 | 47.0% |
| 8/10/2018 | 11:13 | 11,534 | 350.55 | 0.23% | 0.01% | 0.03% | 0.20% | 2.18 | 3.0% |
| 8/10/2018 | 11:14 | 21,244 | 350.83 | 0.08% | 0.01% | -0.02% | 0.07% | 0.74 | 46.2% |
| 8/10/2018 | 11:15 | 21,409 | 351.08 | 0.07% | -0.01% | 0.01% | 0.09% | 1.03 | 30.5% |
| 8/10/2018 | 11:16 | 25,184 | 351.50 | 0.12% | 0.02% | -0.03% | 0.08% | 0.90 | 36.8% |
| 8/10/2018 | 11:17 | 15,810 | 351.21 | -0.08% | 0.03% | 0.08% | -0.13% | -1.43 | 15.4% |
| 8/10/2018 | 11:18 | 17,511 | 351.22 | 0.00% | -0.01% | 0.01% | 0.02% | 0.19 | 85.3% |
| 8/10/2018 | 11:19 | 11,876 | 350.86 | -0.10% | -0.01% | -0.03% | -0.08% | -0.85 | 39.5% |
| 8/10/2018 | 11:20 | 9,269 | 351.09 | 0.07% | 0.02% | 0.00% | 0.03% | 0.33 | 74.1% |
| 8/10/2018 | 11:21 | 18,203 | 351.50 | 0.12% | 0.02% | 0.10% | 0.09% | 0.99 | 32.2% |
| 8/10/2018 | 11:22 | 5,812 | 351.18 | -0.09% | 0.02% | -0.01% | -0.13% | -1.39 | 16.7% |
| 8/10/2018 | 11:23 | 8,734 | 351.63 | 0.13% | 0.01% | 0.01% | 0.10% | 1.11 | 26.7% |
| 8/10/2018 | 11:24 | 42,973 | 352.78 | 0.33% | 0.04% | 0.07% | 0.25% | 2.72 | 0.7% |
| 8/10/2018 | 11:25 | 45,719 | 353.11 | 0.09% | -0.01% | 0.04% | 0.12% | 1.28 | 20.1% |
| 8/10/2018 | 11:26 | 26,286 | 353.00 | -0.03% | 0.00% | -0.09% | -0.03% | -0.36 | 72.2% |
| 8/10/2018 | 11:27 | 34,309 | 353.76 | 0.22% | 0.00% | -0.01% | 0.22% | 2.42 | 1.6% |
| 8/10/2018 | 11:28 | 57,745 | 353.76 | 0.00% | -0.01% | 0.05% | 0.03% | 0.27 | 78.4% |
| 8/10/2018 | 11:29 | 14,800 | 353.20 | -0.16% | -0.03% | -0.01% | -0.10% | -1.05 | 29.5% |
| 8/10/2018 | 11:30 | 18,229 | 353.33 | 0.04% | 0.01% | -0.04% | 0.02% | 0.18 | 85.9% |
| 8/10/2018 | 11:31 | 31,616 | 354.06 | 0.21% | 0.01% | 0.04% | 0.20% | 2.16 | 3.1% |
| 8/10/2018 | 11:32 | 53,128 | 354.42 | 0.10% | 0.02% | 0.05% | 0.07% | 0.81 | 41.8% |
| 8/10/2018 | 11:33 | 76,248 | 354.97 | 0.16% | 0.04% | 0.00% | 0.09% | 0.99 | 32.5% |
| 8/10/2018 | 11:34 | 76,536 | 356.01 | 0.29% | 0.01% | 0.01% | 0.27% | 2.92 | 0.4% |
| 8/10/2018 | 11:35 | 45,080 | 355.49 | -0.15% | 0.00% | 0.02% | -0.15% | -1.61 | 10.7% |
| 8/10/2018 | 11:36 | 37,161 | 355.97 | 0.14% | -0.02% | -0.06% | 0.17% | 1.88 | 6.2% |
| 8/10/2018 | 11:37 | 87,859 | 357.07 | 0.31% | 0.01% | 0.01% | 0.29% | 3.18 | 0.2% |
| 8/10/2018 | 11:38 | 70,115 | 357.80 | 0.21% | 0.00% | -0.09% | 0.21% | 2.27 | 2.4% |
| 8/10/2018 | 11:39 | 83,271 | 356.76 | -0.29% | -0.01% | -0.05% | -0.27% | -2.93 | 0.4% |
| 8/10/2018 | 11:40 | 68,315 | 357.44 | 0.19% | -0.01% | 0.03% | 0.20% | 2.23 | 2.6% |
| 8/10/2018 | 11:41 | 40,987 | 356.37 | -0.30% | -0.02% | -0.06% | -0.27% | -2.96 | 0.3% |
| 8/10/2018 | 11:42 | 17,207 | 356.74 | 0.10% | -0.01% | 0.00% | 0.12% | 1.27 | 20.4% |
| 8/10/2018 | 11:43 | 27,846 | 357.00 | 0.07% | -0.01% | 0.06% | 0.09% | 1.03 | 30.3% |
| 8/10/2018 | 11:44 | 21,321 | 357.47 | 0.13% | 0.02% | 0.01% | 0.09% | 0.94 | 34.9% |
| 8/10/2018 | 11:45 | 34,312 | 357.19 | -0.08% | 0.01% | 0.03% | -0.09% | -0.98 | 32.9% |
| 8/10/2018 | 11:46 | 36,569 | 355.53 | -0.46% | -0.02% | -0.08% | -0.43% | -4.72 | 0.0% |
| 8/10/2018 | 11:47 | 21,348 | 356.16 | 0.18% | -0.01% | -0.06% | 0.20% | 2.18 | 3.0% |
| 8/10/2018 | 11:48 | 11,060 | 356.44 | 0.08% | 0.04% | 0.03% | 0.01% | 0.13 | 89.7% |
| 8/10/2018 | 11:49 | 26,254 | 356.94 | 0.14% | 0.02% | 0.02% | 0.10% | 1.14 | 25.3% |
| 8/10/2018 | 11:50 | 11,719 | 356.60 | -0.10% | -0.01% | -0.01% | -0.07% | -0.80 | 42.7% |
| 8/10/2018 | 11:51 | 10,398 | 356.20 | -0.11% | 0.00% | 0.02% | -0.11% | -1.15 | 24.9% |
| 8/10/2018 | 11:52 | 15,411 | 355.61 | -0.17% | -0.04% | -0.15% | -0.10% | -1.07 | 28.5% |
| 8/10/2018 | 11:53 | 14,583 | 356.05 | 0.12% | 0.02% | 0.00% | 0.09% | 1.00 | 31.6% |
| 8/10/2018 | 11:54 | 14,664 | 356.27 | 0.06% | 0.02% | 0.04% | 0.02% | 0.26 | 79.8% |
| 8/10/2018 | 11:55 | 5,074 | 356.75 | 0.13% | 0.03% | 0.10% | 0.08% | 0.84 | 40.2% |
| 8/10/2018 | 11:56 | 11,003 | 356.39 | -0.10% | -0.02% | -0.03% | -0.06% | -0.66 | 51.1% |
| 8/10/2018 | 11:57 | 12,428 | 355.41 | -0.28% | -0.04% | -0.06% | -0.20% | -2.23 | 2.7% |
| 8/10/2018 | 11:58 | 14,157 | 355.85 | 0.13% | 0.03% | 0.03% | 0.07% | 0.77 | 44.2% |
| 8/10/2018 | 11:59 | 15,048 | 355.99 | 0.04% | -0.02% | -0.06% | 0.07% | 0.82 | 41.5% |
| 8/10/2018 | 12:00 | 10,782 | 355.79 | -0.06% | -0.03% | -0.02% | 0.00% | -0.02 | 98.1% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/10/2018 | 12:01 | 5,952 | 355.76 | -0.01% | -0.03% | -0.01% | 0.05% | 0.51 | 60.8% |
| 8/10/2018 | 12:02 | 11,154 | 355.57 | -0.05% | 0.01% | 0.00% | -0.07% | -0.75 | 45.4% |
| 8/10/2018 | 12:03 | 9,938 | 355.40 | -0.05% | 0.00% | 0.00% | -0.05% | -0.54 | 58.9% |
| 8/10/2018 | 12:04 | 7,070 | 355.32 | -0.02% | 0.01% | 0.00% | -0.04% | -0.40 | 69.0% |
| 8/10/2018 | 12:05 | 17,836 | 356.03 | 0.20% | 0.03% | 0.02% | 0.14% | 1.56 | 12.0% |
| 8/10/2018 | 12:06 | 22,748 | 356.23 | 0.06% | 0.00% | 0.02% | 0.06% | 0.69 | 49.0% |
| 8/10/2018 | 12:07 | 4,775 | 355.91 | -0.09% | -0.04% | -0.02% | -0.02% | -0.27 | 78.6% |
| 8/10/2018 | 12:08 | 4,136 | 355.73 | -0.05% | -0.01% | -0.01% | -0.03% | -0.30 | 76.8% |
| 8/10/2018 | 12:09 | 11,330 | 355.54 | -0.05% | 0.00% | 0.00% | -0.05% | -0.50 | 62.0% |
| 8/10/2018 | 12:10 | 3,175 | 355.73 | 0.05% | 0.00% | -0.03% | 0.06% | 0.62 | 53.8% |
| 8/10/2018 | 12:11 | 41,020 | 356.69 | 0.27% | 0.02% | 0.01% | 0.24% | 2.63 | 0.9% |
| 8/10/2018 | 12:12 | 43,336 | 357.56 | 0.24% | -0.01% | -0.01% | 0.27% | 2.95 | 0.3% |
| 8/10/2018 | 12:13 | 13,310 | 357.32 | -0.07% | -0.01% | 0.00% | -0.06% | -0.62 | 53.3% |
| 8/10/2018 | 12:14 | 23,678 | 357.44 | 0.03% | 0.02% | 0.02% | -0.01% | -0.09 | 92.6% |
| 8/10/2018 | 12:15 | 92,614 | 357.57 | 0.04% | 0.01% | -0.01% | 0.02% | 0.22 | 82.5% |
| 8/10/2018 | 12:16 | 8,076 | 357.69 | 0.03% | 0.01% | 0.04% | 0.01% | 0.12 | 90.2% |
| 8/10/2018 | 12:17 | 41,124 | 358.26 | 0.16% | 0.01% | 0.01% | 0.15% | 1.63 | 10.3% |
| 8/10/2018 | 12:18 | 59,371 | 358.83 | 0.16% | 0.01% | 0.00% | 0.14% | 1.53 | 12.7% |
| 8/10/2018 | 12:19 | 71,480 | 359.09 | 0.07% | 0.01% | -0.02% | 0.05% | 0.57 | 56.9% |
| 8/10/2018 | 12:20 | 33,359 | 358.75 | -0.09% | 0.01% | -0.01% | -0.11% | -1.22 | 22.3% |
| 8/10/2018 | 12:21 | 10,203 | 358.91 | 0.04% | 0.01% | 0.02% | 0.03% | 0.36 | 71.6% |
| 8/10/2018 | 12:22 | 31,068 | 357.69 | -0.34% | -0.01% | 0.00% | -0.31% | -3.43 | 0.1% |
| 8/10/2018 | 12:23 | 28,274 | 358.03 | 0.10% | 0.00% | 0.00% | 0.10% | 1.05 | 29.5% |
| 8/10/2018 | 12:24 | 17,422 | 356.95 | -0.30% | 0.00% | -0.01% | -0.29% | -3.21 | 0.1% |
| 8/10/2018 | 12:25 | 18,766 | 357.08 | 0.04% | -0.02% | -0.02% | 0.07% | 0.71 | 47.8% |
| 8/10/2018 | 12:26 | 17,484 | 357.72 | 0.18% | 0.02% | -0.02% | 0.15% | 1.65 | 9.9% |
| 8/10/2018 | 12:27 | 12,886 | 357.76 | 0.01% | 0.01% | 0.02% | -0.01% | -0.16 | 87.2% |
| 8/10/2018 | 12:28 | 8,095 | 357.42 | -0.09% | 0.00% | 0.01% | -0.10% | -1.10 | 27.2% |
| 8/10/2018 | 12:29 | 11,517 | 356.93 | -0.14% | 0.01% | 0.03% | -0.16% | -1.73 | 8.4% |
| 8/10/2018 | 12:30 | 21,831 | 356.83 | -0.03% | 0.00% | -0.03% | -0.03% | -0.33 | 73.8% |
| 8/10/2018 | 12:31 | 11,138 | 357.54 | 0.20% | 0.02% | 0.00% | 0.16% | 1.79 | 7.5% |
| 8/10/2018 | 12:32 | 21,129 | 357.12 | -0.12% | 0.00% | 0.00% | -0.12% | -1.26 | 20.8% |
| 8/10/2018 | 12:33 | 7,016 | 357.11 | 0.00% | 0.01% | 0.01% | -0.02% | -0.26 | 79.1% |
| 8/10/2018 | 12:34 | 11,530 | 356.69 | -0.12% | 0.01% | -0.01% | -0.13% | -1.37 | 17.1% |
| 8/10/2018 | 12:35 | 10,316 | 356.54 | -0.04% | -0.01% | 0.01% | -0.03% | -0.31 | 75.8% |
| 8/10/2018 | 12:36 | 17,988 | 356.50 | -0.01% | 0.00% | 0.00% | -0.01% | -0.15 | 88.1% |
| 8/10/2018 | 12:37 | 14,198 | 356.44 | -0.02% | 0.01% | -0.02% | -0.03% | -0.36 | 71.6% |
| 8/10/2018 | 12:38 | 15,136 | 356.67 | 0.07% | -0.02% | -0.02% | 0.10% | 1.11 | 26.8% |
| 8/10/2018 | 12:39 | 20,184 | 356.65 | -0.01% | 0.01% | -0.01% | -0.03% | -0.29 | 77.0% |
| 8/10/2018 | 12:40 | 16,599 | 356.77 | 0.03% | 0.00% | 0.03% | 0.04% | 0.47 | 63.6% |
| 8/10/2018 | 12:41 | 5,444 | 356.66 | -0.03% | 0.01% | -0.05% | -0.05% | -0.56 | 57.4% |
| 8/10/2018 | 12:42 | 10,721 | 356.34 | -0.09% | 0.01% | 0.02% | -0.11% | -1.18 | 23.9% |
| 8/10/2018 | 12:43 | 11,942 | 356.49 | 0.04% | 0.01% | 0.02% | 0.03% | 0.35 | 72.9% |
| 8/10/2018 | 12:44 | 24,799 | 355.85 | -0.18% | -0.04% | -0.04% | -0.10% | -1.08 | 27.9% |
| 8/10/2018 | 12:45 | 80,479 | 353.19 | -0.75% | -0.02% | 0.07% | -0.71% | -7.77 | 0.0% |
| 8/10/2018 | 12:46 | 50,401 | 354.15 | 0.27% | 0.00% | -0.07% | 0.27% | 2.99 | 0.3% |
| 8/10/2018 | 12:47 | 21,875 | 354.31 | 0.05% | 0.00% | 0.00% | 0.05% | 0.51 | 60.9% |
| 8/10/2018 | 12:48 | 18,678 | 354.33 | 0.01% | 0.00% | 0.01% | 0.00% | -0.01 | 99.2% |
| 8/10/2018 | 12:49 | 8,328 | 354.34 | 0.00% | -0.01% | -0.02% | 0.01% | 0.14 | 89.0% |
| 8/10/2018 | 12:50 | 11,262 | 354.04 | -0.08% | 0.00% | -0.01% | -0.08% | -0.86 | 39.0% |
| 8/10/2018 | 12:51 | 18,993 | 353.08 | -0.27% | -0.02% | -0.02% | -0.23% | -2.50 | 1.3% |
| 8/10/2018 | 12:52 | 21,428 | 353.86 | 0.22% | 0.02% | 0.02% | 0.19% | 2.02 | 4.4% |
| 8/10/2018 | 12:53 | 21,242 | 352.95 | -0.26% | 0.01% | 0.01% | -0.28% | -3.03 | 0.3% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/10/2018 | 12:54 | 9,857 | 353.54 | 0.17% | 0.00% | -0.01% | 0.17% | 1.84 | 6.6% |
| 8/10/2018 | 12:55 | 13,017 | 353.47 | -0.02% | 0.00% | 0.00% | -0.03% | -0.31 | 75.5% |
| 8/10/2018 | 12:56 | 13,735 | 354.14 | 0.19% | 0.00% | -0.03% | 0.19% | 2.13 | 3.4% |
| 8/10/2018 | 12:57 | 13,090 | 354.00 | -0.04% | 0.01% | 0.04% | -0.05% | -0.59 | 55.8% |
| 8/10/2018 | 12:58 | 4,549 | 354.13 | 0.04% | 0.00% | -0.02% | 0.04% | 0.41 | 68.0% |
| 8/10/2018 | 12:59 | 15,723 | 354.31 | 0.05% | 0.01% | 0.03% | 0.04% | 0.45 | 65.2% |
| 8/10/2018 | 13:00 | 21,495 | 354.28 | -0.01% | -0.01% | -0.01% | 0.01% | 0.11 | 91.0% |
| 8/10/2018 | 13:01 | 10,513 | 354.23 | -0.02% | -0.01% | -0.03% | 0.00% | -0.05 | 95.8% |
| 8/10/2018 | 13:02 | 14,556 | 354.68 | 0.13% | -0.01% | 0.01% | 0.15% | 1.68 | 9.3% |
| 8/10/2018 | 13:03 | 14,233 | 354.80 | 0.03% | -0.01% | 0.01% | 0.05% | 0.50 | 61.6% |
| 8/10/2018 | 13:04 | 6,982 | 354.60 | -0.06% | -0.02% | -0.03% | -0.03% | -0.32 | 75.2% |
| 8/10/2018 | 13:05 | 18,906 | 355.25 | 0.18% | 0.00% | 0.04% | 0.18% | 1.97 | 5.0% |
| 8/10/2018 | 13:06 | 26,579 | 355.09 | -0.05% | 0.01% | 0.01% | -0.06% | -0.64 | 52.2% |
| 8/10/2018 | 13:07 | 11,766 | 354.96 | -0.04% | -0.01% | -0.01% | -0.03% | -0.30 | 76.7% |
| 8/10/2018 | 13:08 | 5,164 | 354.75 | -0.06% | 0.00% | 0.00% | -0.05% | -0.54 | 58.8% |
| 8/10/2018 | 13:09 | 2,983 | 354.70 | -0.01% | 0.01% | 0.00% | -0.03% | -0.32 | 74.6% |
| 8/10/2018 | 13:10 | 6,906 | 354.77 | 0.02% | 0.00% | 0.01% | 0.02% | 0.20 | 84.3% |
| 8/10/2018 | 13:11 | 27,982 | 355.53 | 0.21% | 0.01% | 0.01% | 0.19% | 2.08 | 3.8% |
| 8/10/2018 | 13:12 | 15,761 | 356.08 | 0.16% | 0.01% | 0.03% | 0.13% | 1.43 | 15.2% |
| 8/10/2018 | 13:13 | 17,162 | 355.22 | -0.24% | -0.01% | 0.04% | -0.22% | -2.36 | 1.9% |
| 8/10/2018 | 13:14 | 6,800 | 355.38 | 0.04% | -0.02% | -0.05% | 0.07% | 0.79 | 43.2% |
| 8/10/2018 | 13:15 | 5,055 | 355.53 | 0.04% | -0.01% | -0.01% | 0.05% | 0.60 | 55.0% |
| 8/10/2018 | 13:16 | 6,290 | 355.36 | -0.05% | 0.00% | 0.01% | -0.04% | -0.43 | 66.9% |
| 8/10/2018 | 13:17 | 6,397 | 354.98 | -0.11% | -0.02% | -0.01% | -0.08% | -0.88 | 37.9% |
| 8/10/2018 | 13:18 | 5,684 | 355.33 | 0.10% | -0.01% | 0.00% | 0.11% | 1.22 | 22.2% |
| 8/10/2018 | 13:19 | 3,250 | 354.93 | -0.11% | -0.04% | -0.11% | -0.04% | -0.42 | 67.7% |
| 8/10/2018 | 13:20 | 4,478 | 355.12 | 0.05% | 0.00% | 0.00% | 0.05% | 0.52 | 60.5% |
| 8/10/2018 | 13:21 | 5,610 | 354.84 | -0.08% | 0.01% | 0.01% | -0.10% | -1.05 | 29.2% |
| 8/10/2018 | 13:22 | 7,640 | 354.62 | -0.06% | 0.02% | -0.01% | -0.10% | -1.09 | 27.7% |
| 8/10/2018 | 13:23 | 5,652 | 354.65 | 0.01% | 0.00% | -0.01% | 0.01% | 0.08 | 94.0% |
| 8/10/2018 | 13:24 | 4,375 | 354.78 | 0.04% | -0.01% | -0.03% | 0.06% | 0.65 | 51.4% |
| 8/10/2018 | 13:25 | 1,499 | 354.65 | -0.04% | 0.00% | 0.04% | -0.03% | -0.35 | 72.7% |
| 8/10/2018 | 13:26 | 6,779 | 355.29 | 0.18% | 0.01% | -0.01% | 0.17% | 1.85 | 6.5% |
| 8/10/2018 | 13:27 | 20,867 | 355.46 | 0.05% | 0.01% | 0.02% | 0.03% | 0.30 | 76.3% |
| 8/10/2018 | 13:28 | 9,740 | 355.17 | -0.08% | -0.01% | 0.01% | -0.07% | -0.75 | 45.5% |
| 8/10/2018 | 13:29 | 6,275 | 355.00 | -0.05% | 0.00% | 0.00% | -0.04% | -0.43 | 66.8% |
| 8/10/2018 | 13:30 | 1,907 | 354.92 | -0.02% | 0.00% | 0.00% | -0.03% | -0.30 | 76.8% |
| 8/10/2018 | 13:31 | 7,869 | 354.67 | -0.07% | -0.03% | -0.05% | -0.03% | -0.28 | 78.0% |
| 8/10/2018 | 13:32 | 15,479 | 354.30 | -0.10% | -0.02% | -0.02% | -0.07% | -0.74 | 45.8% |
| 8/10/2018 | 13:33 | 4,360 | 354.33 | 0.01% | 0.00% | -0.01% | 0.00% | 0.01 | 99.5% |
| 8/10/2018 | 13:34 | 16,417 | 354.59 | 0.07% | 0.00% | 0.03% | 0.08% | 0.82 | 41.1% |
| 8/10/2018 | 13:35 | 4,386 | 354.65 | 0.02% | -0.01% | -0.03% | 0.04% | 0.42 | 67.8% |
| 8/10/2018 | 13:36 | 1,540 | 354.46 | -0.05% | -0.01% | 0.04% | -0.04% | -0.43 | 66.7% |
| 8/10/2018 | 13:37 | 12,719 | 353.93 | -0.15% | -0.05% | -0.01% | -0.07% | -0.72 | 47.5% |
| 8/10/2018 | 13:38 | 14,234 | 354.15 | 0.06% | 0.01% | -0.01% | 0.04% | 0.46 | 64.8% |
| 8/10/2018 | 13:39 | 11,796 | 354.05 | -0.03% | -0.02% | -0.01% | 0.00% | 0.01 | 98.9% |
| 8/10/2018 | 13:40 | 11,871 | 353.97 | -0.02% | 0.01% | 0.02% | -0.03% | -0.36 | 72.2% |
| 8/10/2018 | 13:41 | 12,955 | 353.94 | -0.01% | 0.01% | -0.04% | -0.03% | -0.34 | 73.6% |
| 8/10/2018 | 13:42 | 6,094 | 354.00 | 0.02% | -0.03% | 0.02% | 0.07% | 0.71 | 47.8% |
| 8/10/2018 | 13:43 | 1,800 | 353.71 | -0.08% | -0.01% | 0.00% | -0.07% | -0.72 | 46.9% |
| 8/10/2018 | 13:44 | 7,771 | 353.60 | -0.03% | 0.00% | 0.01% | -0.03% | -0.36 | 72.2% |
| 8/10/2018 | 13:45 | 18,632 | 353.39 | -0.06% | -0.01% | -0.02% | -0.03% | -0.36 | 71.9% |
| 8/10/2018 | 13:46 | 7,227 | 353.50 | 0.03% | -0.04% | 0.00% | 0.11% | 1.17 | 24.3% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/10/2018 | 13:47 | 3,921 | 353.50 | 0.00% | -0.06% | -0.01% | 0.10% | 1.09 | 27.8% |
| 8/10/2018 | 13:48 | 9,045 | 353.84 | 0.10% | -0.02% | 0.00% | 0.13% | 1.44 | 15.0% |
| 8/10/2018 | 13:49 | 11,956 | 354.30 | 0.13% | 0.03% | 0.01% | 0.07% | 0.77 | 44.0% |
| 8/10/2018 | 13:50 | 10,635 | 354.00 | -0.09% | 0.01% | 0.03% | -0.10% | -1.12 | 26.5% |
| 8/10/2018 | 13:51 | 10,750 | 353.81 | -0.05% | -0.02% | -0.02% | -0.02% | -0.25 | 80.5% |
| 8/10/2018 | 13:52 | 1,577 | 353.69 | -0.04% | -0.01% | 0.00% | -0.01% | -0.14 | 89.1% |
| 8/10/2018 | 13:53 | 5,146 | 353.44 | -0.07% | -0.01% | -0.08% | -0.06% | -0.68 | 49.8% |
| 8/10/2018 | 13:54 | 9,351 | 353.27 | -0.05% | 0.00% | -0.05% | -0.04% | -0.42 | 67.1% |
| 8/10/2018 | 13:55 | 7,900 | 353.32 | 0.01% | 0.00% | -0.02% | 0.02% | 0.19 | 84.6% |
| 8/10/2018 | 13:56 | 6,269 | 353.08 | -0.07% | -0.05% | 0.00% | 0.02% | 0.17 | 86.2% |
| 8/10/2018 | 13:57 | 13,539 | 353.80 | 0.20% | 0.02% | -0.03% | 0.18% | 1.92 | 5.6% |
| 8/10/2018 | 13:58 | 3,731 | 353.72 | -0.02% | -0.01% | -0.01% | -0.01% | -0.14 | 89.1% |
| 8/10/2018 | 13:59 | 2,700 | 353.68 | -0.01% | 0.01% | 0.02% | -0.03% | -0.34 | 73.5% |
| 8/10/2018 | 14:00 | 22,013 | 354.20 | 0.15% | 0.03% | 0.03% | 0.09% | 0.93 | 35.2% |
| 8/10/2018 | 14:01 | 7,827 | 354.15 | -0.01% | 0.01% | -0.02% | -0.03% | -0.31 | 75.9% |
| 8/10/2018 | 14:02 | 13,394 | 354.47 | 0.09% | -0.01% | -0.01% | 0.11% | 1.19 | 23.5% |
| 8/10/2018 | 14:03 | 7,078 | 354.50 | 0.01% | 0.00% | 0.00% | 0.02% | 0.17 | 86.5% |
| 8/10/2018 | 14:04 | 14,648 | 354.46 | -0.01% | -0.01% | 0.00% | 0.01% | 0.06 | 95.3% |
| 8/10/2018 | 14:05 | 2,774 | 354.29 | -0.05% | -0.04% | -0.01% | 0.02% | 0.21 | 83.2% |
| 8/10/2018 | 14:06 | 4,892 | 354.31 | 0.01% | 0.01% | 0.01% | -0.02% | -0.21 | 83.2% |
| 8/10/2018 | 14:07 | 158,390 | 354.65 | 0.10% | 0.01% | 0.02% | 0.08% | 0.91 | 36.5% |
| 8/10/2018 | 14:08 | 22,160 | 355.63 | 0.28% | 0.02% | 0.00% | 0.24% | 2.63 | 0.9% |
| 8/10/2018 | 14:09 | 8,606 | 355.10 | -0.15% | -0.01% | 0.05% | -0.13% | -1.47 | 14.3% |
| 8/10/2018 | 14:10 | 11,640 | 354.82 | -0.08% | 0.00% | 0.01% | -0.07% | -0.81 | 41.9% |
| 8/10/2018 | 14:11 | 3,272 | 355.01 | 0.05% | 0.03% | 0.02% | 0.00% | 0.03 | 97.4% |
| 8/10/2018 | 14:12 | 2,252 | 355.24 | 0.06% | 0.02% | 0.04% | 0.03% | 0.36 | 71.9% |
| 8/10/2018 | 14:13 | 10,873 | 355.22 | -0.01% | -0.01% | 0.02% | 0.02% | 0.22 | 82.6% |
| 8/10/2018 | 14:14 | 16,191 | 355.49 | 0.08% | 0.01% | 0.01% | 0.05% | 0.55 | 58.3% |
| 8/10/2018 | 14:15 | 11,250 | 355.39 | -0.03% | -0.01% | -0.01% | 0.00% | -0.04 | 96.8% |
| 8/10/2018 | 14:16 | 4,952 | 355.23 | -0.04% | 0.00% | -0.01% | -0.05% | -0.50 | 61.7% |
| 8/10/2018 | 14:17 | 7,000 | 355.11 | -0.04% | -0.01% | 0.00% | -0.02% | -0.24 | 81.2% |
| 8/10/2018 | 14:18 | 4,100 | 354.91 | -0.05% | 0.00% | -0.02% | -0.05% | -0.52 | 60.5% |
| 8/10/2018 | 14:19 | 8,329 | 354.61 | -0.08% | 0.00% | -0.03% | -0.09% | -0.97 | 33.3% |
| 8/10/2018 | 14:20 | 20,924 | 355.07 | 0.13% | 0.00% | 0.00% | 0.13% | 1.47 | 14.3% |
| 8/10/2018 | 14:21 | 2,076 | 354.86 | -0.06% | -0.03% | -0.02% | -0.01% | -0.07 | 94.5% |
| 8/10/2018 | 14:22 | 5,080 | 355.24 | 0.11% | -0.01% | -0.02% | 0.13% | 1.42 | 15.5% |
| 8/10/2018 | 14:23 | 5,356 | 355.21 | -0.01% | -0.01% | -0.04% | 0.01% | 0.10 | 91.7% |
| 8/10/2018 | 14:24 | 5,600 | 355.35 | 0.04% | -0.02% | -0.01% | 0.08% | 0.86 | 39.1% |
| 8/10/2018 | 14:25 | 4,564 | 355.30 | -0.01% | 0.00% | 0.01% | -0.02% | -0.25 | 79.9% |
| 8/10/2018 | 14:26 | 2,712 | 355.15 | -0.04% | 0.00% | -0.04% | -0.04% | -0.48 | 63.4% |
| 8/10/2018 | 14:27 | 5,899 | 355.21 | 0.02% | -0.03% | -0.01% | 0.07% | 0.75 | 45.4% |
| 8/10/2018 | 14:28 | 16,454 | 355.07 | -0.04% | -0.07% | -0.09% | 0.09% | 0.96 | 33.9% |
| 8/10/2018 | 14:29 | 8,250 | 355.19 | 0.03% | -0.03% | 0.01% | 0.09% | 0.94 | 35.0% |
| 8/10/2018 | 14:30 | 9,905 | 355.26 | 0.02% | 0.00% | -0.01% | 0.02% | 0.24 | 81.2% |
| 8/10/2018 | 14:31 | 14,919 | 355.29 | 0.01% | 0.04% | 0.04% | -0.07% | -0.76 | 44.6% |
| 8/10/2018 | 14:32 | 3,963 | 355.30 | 0.00% | 0.00% | 0.01% | 0.00% | -0.02 | 98.3% |
| 8/10/2018 | 14:33 | 13,957 | 355.43 | 0.04% | 0.05% | 0.06% | -0.05% | -0.50 | 61.9% |
| 8/10/2018 | 14:34 | 11,397 | 355.45 | 0.01% | -0.01% | 0.01% | 0.02% | 0.26 | 79.4% |
| 8/10/2018 | 14:35 | 12,680 | 355.56 | 0.03% | 0.00% | -0.03% | 0.04% | 0.41 | 68.1% |
| 8/10/2018 | 14:36 | 4,558 | 355.78 | 0.06% | 0.03% | 0.02% | 0.01% | 0.07 | 94.6% |
| 8/10/2018 | 14:37 | 7,235 | 355.73 | -0.01% | -0.01% | 0.00% | 0.00% | 0.01 | 99.0% |
| 8/10/2018 | 14:38 | 7,958 | 355.70 | -0.01% | -0.01% | -0.05% | 0.01% | 0.12 | 90.2% |
| 8/10/2018 | 14:39 | 8,080 | 355.65 | -0.01% | 0.01% | 0.01% | -0.04% | -0.40 | 68.9% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/10/2018 | 14:40 | 10,422 | 355.67 | 0.01% | -0.01% | 0.01% | 0.02% | 0.23 | 82.0% |
| 8/10/2018 | 14:41 | 8,100 | 355.68 | 0.00% | -0.02% | -0.04% | 0.03% | 0.36 | 72.1% |
| 8/10/2018 | 14:42 | 10,080 | 355.70 | 0.01% | 0.00% | 0.00% | 0.01% | 0.11 | 91.0% |
| 8/10/2018 | 14:43 | 36,365 | 356.15 | 0.13% | 0.01% | 0.04% | 0.10% | 1.14 | 25.3% |
| 8/10/2018 | 14:44 | 26,981 | 356.81 | 0.19% | 0.03% | 0.03% | 0.13% | 1.38 | 17.0% |
| 8/10/2018 | 14:45 | 19,278 | 356.91 | 0.03% | 0.00% | 0.03% | 0.03% | 0.28 | 78.0% |
| 8/10/2018 | 14:46 | 32,328 | 357.31 | 0.11% | -0.02% | -0.03% | 0.16% | 1.71 | 8.9% |
| 8/10/2018 | 14:47 | 38,960 | 357.56 | 0.07% | 0.01% | 0.03% | 0.05% | 0.58 | 56.3% |
| 8/10/2018 | 14:48 | 17,210 | 357.77 | 0.06% | 0.01% | -0.01% | 0.04% | 0.42 | 67.5% |
| 8/10/2018 | 14:49 | 39,750 | 357.29 | -0.13% | -0.02% | -0.06% | -0.09% | -1.01 | 31.4% |
| 8/10/2018 | 14:50 | 19,558 | 356.88 | -0.11% | 0.02% | 0.02% | -0.15% | -1.65 | 9.9% |
| 8/10/2018 | 14:51 | 21,040 | 357.55 | 0.19% | 0.02% | 0.04% | 0.15% | 1.60 | 11.0% |
| 8/10/2018 | 14:52 | 43,875 | 358.10 | 0.15% | 0.01% | 0.03% | 0.13% | 1.45 | 14.7% |
| 8/10/2018 | 14:53 | 30,202 | 358.16 | 0.02% | -0.02% | -0.03% | 0.05% | 0.53 | 59.5% |
| 8/10/2018 | 14:54 | 25,031 | 358.22 | 0.02% | 0.00% | -0.01% | 0.02% | 0.20 | 83.8% |
| 8/10/2018 | 14:55 | 12,275 | 358.35 | 0.04% | 0.01% | 0.03% | 0.01% | 0.12 | 90.5% |
| 8/10/2018 | 14:56 | 195,891 | 358.27 | -0.02% | 0.00% | 0.01% | -0.03% | -0.33 | 74.1% |
| 8/10/2018 | 14:57 | 177,899 | 355.05 | -0.90% | -0.02% | -0.06% | -0.87% | -9.49 | 0.0% |
| 8/10/2018 | 14:58 | 133,056 | 352.71 | -0.66% | -0.02% | 0.03% | -0.62% | -6.73 | 0.0% |
| 8/10/2018 | 14:59 | 135,017 | 352.25 | -0.13% | -0.01% | -0.04% | -0.11% | -1.25 | 21.2% |
| 8/10/2018 | 15:00 | 45,059 | 353.94 | 0.48% | -0.04% | -0.05% | 0.55% | 5.98 | 0.0% |
| 8/10/2018 | 15:01 | 63,512 | 353.19 | -0.21% | -0.02% | -0.03% | -0.17% | -1.89 | 6.0% |
| 8/10/2018 | 15:02 | 72,408 | 352.44 | -0.21% | 0.00% | -0.04% | -0.21% | -2.24 | 2.6% |
| 8/10/2018 | 15:03 | 59,442 | 352.25 | -0.05% | 0.03% | 0.01% | -0.10% | -1.09 | 27.5% |
| 8/10/2018 | 15:04 | 37,433 | 352.25 | 0.00% | 0.03% | 0.02% | -0.06% | -0.64 | 52.0% |
| 8/10/2018 | 15:05 | 32,484 | 352.39 | 0.04% | -0.02% | -0.01% | 0.08% | 0.82 | 41.4% |
| 8/10/2018 | 15:06 | 47,749 | 352.63 | 0.07% | -0.01% | -0.02% | 0.09% | 0.97 | 33.4% |
| 8/10/2018 | 15:07 | 52,570 | 353.81 | 0.33% | 0.02% | -0.05% | 0.29% | 3.19 | 0.2% |
| 8/10/2018 | 15:08 | 62,670 | 354.71 | 0.25% | 0.02% | 0.11% | 0.22% | 2.42 | 1.6% |
| 8/10/2018 | 15:09 | 19,282 | 353.75 | -0.27% | 0.00% | 0.00% | -0.27% | -2.95 | 0.3% |
| 8/10/2018 | 15:10 | 9,265 | 354.00 | 0.07% | 0.00% | -0.04% | 0.07% | 0.77 | 44.3% |
| 8/10/2018 | 15:11 | 21,511 | 354.44 | 0.12% | 0.00% | -0.02% | 0.12% | 1.28 | 20.1% |
| 8/10/2018 | 15:12 | 12,025 | 353.21 | -0.35% | -0.04% | -0.02% | -0.27% | -2.95 | 0.3% |
| 8/10/2018 | 15:13 | 23,442 | 354.29 | 0.31% | 0.04% | 0.01% | 0.23% | 2.52 | 1.2% |
| 8/10/2018 | 15:14 | 21,840 | 353.76 | -0.15% | 0.00% | -0.02% | -0.16% | -1.71 | 8.7% |
| 8/10/2018 | 15:15 | 15,465 | 353.99 | 0.07% | 0.01% | -0.02% | 0.04% | 0.45 | 65.5% |
| 8/10/2018 | 15:16 | 18,528 | 354.20 | 0.06% | 0.04% | 0.01% | -0.02% | -0.17 | 86.4% |
| 8/10/2018 | 15:17 | 18,478 | 353.83 | -0.10% | 0.06% | 0.08% | -0.21% | -2.28 | 2.3% |
| 8/10/2018 | 15:18 | 10,177 | 353.43 | -0.11% | -0.01% | 0.01% | -0.09% | -0.98 | 32.8% |
| 8/10/2018 | 15:19 | 25,631 | 354.72 | 0.36% | 0.01% | 0.00% | 0.34% | 3.76 | 0.0% |
| 8/10/2018 | 15:20 | 44,209 | 354.82 | 0.03% | 0.05% | 0.14% | -0.06% | -0.70 | 48.3% |
| 8/10/2018 | 15:21 | 27,007 | 354.81 | 0.00% | 0.03% | 0.05% | -0.05% | -0.58 | 56.5% |
| 8/10/2018 | 15:22 | 15,541 | 354.38 | -0.12% | 0.05% | 0.02% | -0.20% | -2.22 | 2.7% |
| 8/10/2018 | 15:23 | 13,701 | 353.99 | -0.11% | -0.03% | -0.02% | -0.06% | -0.63 | 52.6% |
| 8/10/2018 | 15:24 | 12,665 | 354.15 | 0.05% | -0.02% | -0.04% | 0.08% | 0.85 | 39.3% |
| 8/10/2018 | 15:25 | 22,787 | 354.36 | 0.06% | 0.08% | 0.09% | -0.08% | -0.88 | 37.8% |
| 8/10/2018 | 15:26 | 22,161 | 353.52 | -0.24% | -0.03% | -0.01% | -0.19% | -2.04 | 4.2% |
| 8/10/2018 | 15:27 | 15,749 | 353.50 | 0.00% | -0.05% | -0.06% | 0.09% | 0.98 | 32.9% |
| 8/10/2018 | 15:28 | 27,538 | 353.57 | 0.02% | 0.01% | -0.05% | 0.00% | -0.01 | 99.1% |
| 8/10/2018 | 15:29 | 19,822 | 353.61 | 0.01% | 0.02% | 0.01% | -0.02% | -0.25 | 80.0% |
| 8/10/2018 | 15:30 | 9,022 | 353.79 | 0.05% | -0.01% | 0.00% | 0.06% | 0.66 | 50.8% |
| 8/10/2018 | 15:31 | 6,684 | 354.08 | 0.08% | -0.01% | -0.01% | 0.11% | 1.19 | 23.5% |
| 8/10/2018 | 15:32 | 16,859 | 353.57 | -0.14% | 0.00% | 0.02% | -0.14% | -1.48 | 13.9% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/10/2018 | 15:33 | 13,421 | 353.77 | 0.06% | 0.02% | 0.02% | 0.03% | 0.30 | 76.3% |
| 8/10/2018 | 15:34 | 14,710 | 353.66 | -0.03% | -0.01% | -0.03% | -0.01% | -0.07 | 94.3% |
| 8/10/2018 | 15:35 | 7,708 | 353.27 | -0.11% | 0.01% | 0.03% | -0.13% | -1.38 | 16.9% |
| 8/10/2018 | 15:36 | 10,201 | 353.64 | 0.11% | 0.01% | 0.00% | 0.09% | 0.94 | 34.6% |
| 8/10/2018 | 15:37 | 10,573 | 353.66 | 0.00% | -0.02% | -0.06% | 0.05% | 0.50 | 61.6% |
| 8/10/2018 | 15:38 | 8,295 | 353.40 | -0.07% | 0.00% | 0.02% | -0.07% | -0.72 | 47.2% |
| 8/10/2018 | 15:39 | 24,278 | 353.17 | -0.07% | 0.01% | 0.03% | -0.09% | -0.95 | 34.1% |
| 8/10/2018 | 15:40 | 15,311 | 353.38 | 0.06% | -0.01% | -0.02% | 0.08% | 0.88 | 38.2% |
| 8/10/2018 | 15:41 | 9,243 | 353.20 | -0.05% | -0.05% | -0.05% | 0.04% | 0.44 | 66.2% |
| 8/10/2018 | 15:42 | 34,076 | 352.61 | -0.17% | -0.02% | -0.03% | -0.14% | -1.50 | 13.5% |
| 8/10/2018 | 15:43 | 21,525 | 353.15 | 0.15% | 0.02% | -0.01% | 0.11% | 1.20 | 23.0% |
| 8/10/2018 | 15:44 | 12,693 | 353.15 | 0.00% | -0.01% | 0.01% | 0.01% | 0.12 | 90.1% |
| 8/10/2018 | 15:45 | 8,618 | 353.34 | 0.05% | 0.01% | -0.02% | 0.03% | 0.34 | 73.4% |
| 8/10/2018 | 15:46 | 28,147 | 353.10 | -0.07% | -0.03% | -0.02% | -0.01% | -0.11 | 91.3% |
| 8/10/2018 | 15:47 | 20,800 | 352.98 | -0.03% | 0.01% | 0.04% | -0.05% | -0.50 | 61.7% |
| 8/10/2018 | 15:48 | 15,474 | 353.14 | 0.05% | 0.02% | 0.01% | 0.01% | 0.12 | 90.7% |
| 8/10/2018 | 15:49 | 14,755 | 353.28 | 0.04% | -0.02% | -0.01% | 0.07% | 0.77 | 43.9% |
| 8/10/2018 | 15:50 | 40,751 | 353.85 | 0.16% | 0.02% | 0.04% | 0.12% | 1.30 | 19.6% |
| 8/10/2018 | 15:51 | 36,361 | 354.39 | 0.15% | 0.01% | -0.02% | 0.13% | 1.39 | 16.5% |
| 8/10/2018 | 15:52 | 33,644 | 354.70 | 0.09% | 0.00% | 0.07% | 0.09% | 0.95 | 34.3% |
| 8/10/2018 | 15:53 | 33,774 | 355.01 | 0.09% | 0.01% | 0.00% | 0.07% | 0.75 | 45.4% |
| 8/10/2018 | 15:54 | 34,529 | 355.12 | 0.03% | -0.01% | -0.03% | 0.06% | 0.62 | 53.3% |
| 8/10/2018 | 15:55 | 24,690 | 355.22 | 0.03% | 0.03% | 0.02% | -0.02% | -0.21 | 83.4% |
| 8/10/2018 | 15:56 | 47,280 | 355.72 | 0.14% | 0.00% | 0.01% | 0.15% | 1.61 | 10.7% |
| 8/10/2018 | 15:57 | 58,866 | 356.26 | 0.15% | -0.02% | -0.01% | 0.19% | 2.12 | 3.5% |
| 8/10/2018 | 15:58 | 70,906 | 356.15 | -0.03% | 0.03% | 0.03% | -0.08% | -0.85 | 39.7% |
| 8/10/2018 | 15:59 | 125,677 | 355.53 | -0.17% | -0.04% | -0.01% | -0.10% | -1.13 | 25.8% |
| 8/13/2018 | open | 0 | 361.13 | 1.59% | 0.12% | -0.14% | 1.50% | 1.07 | 28.5% |
| 8/13/2018 | 9:30 | 95,913 | 359.58 | -0.43% | 0.06% | 0.03% | -0.54% | -5.92 | 0.0% |
| 8/13/2018 | 9:31 | 96,083 | 358.09 | -0.41% | -0.04% | -0.19% | -0.34% | -3.73 | 0.0% |
| 8/13/2018 | 9:32 | 72,032 | 359.68 | 0.44% | 0.04% | -0.20% | 0.37% | 4.00 | 0.0% |
| 8/13/2018 | 9:33 | 113,823 | 360.36 | 0.19% | -0.01% | -0.02% | 0.22% | 2.36 | 1.9% |
| 8/13/2018 | 9:34 | 119,795 | 362.77 | 0.67% | 0.07% | 0.01% | 0.54% | 5.94 | 0.0% |
| 8/13/2018 | 9:35 | 117,764 | 361.53 | -0.34% | 0.04% | 0.04% | -0.41% | -4.42 | 0.0% |
| 8/13/2018 | 9:36 | 88,281 | 361.64 | 0.03% | 0.03% | -0.17% | -0.02% | -0.23 | 81.6% |
| 8/13/2018 | 9:37 | 68,095 | 361.65 | 0.00% | 0.00% | -0.12% | 0.00% | -0.03 | 97.9% |
| 8/13/2018 | 9:38 | 71,411 | 360.69 | -0.27% | -0.02% | -0.18% | -0.23% | -2.54 | 1.2% |
| 8/13/2018 | 9:39 | 39,200 | 361.59 | 0.25% | -0.03% | 0.02% | 0.30% | 3.25 | 0.1% |
| 8/13/2018 | 9:40 | 58,074 | 359.67 | -0.53% | -0.01% | -0.01% | -0.51% | -5.57 | 0.0% |
| 8/13/2018 | 9:41 | 83,778 | 358.85 | -0.23% | 0.00% | -0.10% | -0.24% | -2.58 | 1.0% |
| 8/13/2018 | 9:42 | 47,641 | 358.43 | -0.12% | -0.03% | 0.05% | -0.07% | -0.72 | 47.3% |
| 8/13/2018 | 9:43 | 63,320 | 357.20 | -0.34% | 0.04% | 0.09% | -0.41% | -4.51 | 0.0% |
| 8/13/2018 | 9:44 | 63,520 | 357.31 | 0.03% | 0.02% | 0.02% | 0.00% | 0.02 | 98.4% |
| 8/13/2018 | 9:45 | 38,624 | 357.39 | 0.02% | -0.04% | -0.07% | 0.10% | 1.11 | 26.6% |
| 8/13/2018 | 9:46 | 56,992 | 358.14 | 0.21% | 0.01% | 0.07% | 0.19% | 2.07 | 3.9% |
| 8/13/2018 | 9:47 | 45,302 | 357.31 | -0.23% | 0.01% | 0.04% | -0.25% | -2.77 | 0.6% |
| 8/13/2018 | 9:48 | 44,793 | 356.73 | -0.16% | 0.03% | 0.06% | -0.22% | -2.37 | 1.8% |
| 8/13/2018 | 9:49 | 63,318 | 356.12 | -0.17% | 0.01% | -0.05% | -0.18% | -1.99 | 4.8% |
| 8/13/2018 | 9:50 | 47,158 | 356.67 | 0.15% | -0.01% | 0.00% | 0.17% | 1.90 | 5.9% |
| 8/13/2018 | 9:51 | 40,757 | 357.48 | 0.23% | 0.03% | -0.02% | 0.18% | 1.98 | 4.8% |
| 8/13/2018 | 9:52 | 71,564 | 358.66 | 0.33% | 0.02% | 0.16% | 0.29% | 3.18 | 0.2% |
| 8/13/2018 | 9:53 | 65,094 | 358.65 | 0.00% | 0.03% | -0.05% | -0.05% | -0.56 | 57.9% |
| 8/13/2018 | 9:54 | 37,538 | 357.50 | -0.32% | 0.04% | -0.01% | -0.39% | -4.26 | 0.0% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/13/2018 | 9:55 | 31,063 | 357.55 | 0.01% | 0.02% | -0.03% | -0.02% | -0.19 | 85.2% |
| 8/13/2018 | 9:56 | 18,471 | 357.45 | -0.03% | 0.02% | 0.00% | -0.06% | -0.69 | 49.0% |
| 8/13/2018 | 9:57 | 38,862 | 355.76 | -0.47% | -0.02% | -0.05% | -0.43% | -4.74 | 0.0% |
| 8/13/2018 | 9:58 | 44,983 | 355.99 | 0.06% | -0.01% | -0.10% | 0.08% | 0.83 | 40.6% |
| 8/13/2018 | 9:59 | 23,844 | 356.45 | 0.13% | 0.02% | 0.03% | 0.09% | 0.96 | 33.9% |
| 8/13/2018 | 10:00 | 33,341 | 357.11 | 0.18% | -0.01% | -0.03% | 0.20% | 2.19 | 2.9% |
| 8/13/2018 | 10:01 | 22,357 | 356.55 | -0.16% | -0.01% | -0.02% | -0.14% | -1.55 | 12.2% |
| 8/13/2018 | 10:02 | 19,519 | 356.83 | 0.08% | 0.01% | -0.03% | 0.07% | 0.74 | 46.1% |
| 8/13/2018 | 10:03 | 16,452 | 356.71 | -0.03% | 0.00% | -0.05% | -0.04% | -0.45 | 65.4% |
| 8/13/2018 | 10:04 | 15,098 | 356.52 | -0.05% | 0.00% | 0.01% | -0.05% | -0.51 | 60.9% |
| 8/13/2018 | 10:05 | 14,094 | 356.51 | 0.00% | -0.01% | 0.07% | 0.01% | 0.11 | 91.4% |
| 8/13/2018 | 10:06 | 38,417 | 355.44 | -0.30% | -0.01% | -0.05% | -0.28% | -3.08 | 0.2% |
| 8/13/2018 | 10:07 | 14,493 | 356.18 | 0.21% | 0.02% | -0.02% | 0.18% | 1.95 | 5.2% |
| 8/13/2018 | 10:08 | 12,554 | 356.17 | 0.00% | 0.00% | 0.09% | 0.00% | 0.03 | 97.4% |
| 8/13/2018 | 10:09 | 15,779 | 355.87 | -0.09% | 0.04% | 0.03% | -0.16% | -1.77 | 7.7% |
| 8/13/2018 | 10:10 | 38,870 | 356.43 | 0.16% | 0.09% | 0.06% | 0.00% | 0.02 | 98.4% |
| 8/13/2018 | 10:11 | 14,509 | 355.99 | -0.12% | 0.01% | -0.06% | -0.14% | -1.54 | 12.5% |
| 8/13/2018 | 10:12 | 14,376 | 356.00 | 0.00% | 0.01% | 0.05% | -0.01% | -0.16 | 87.4% |
| 8/13/2018 | 10:13 | 12,926 | 356.27 | 0.08% | -0.01% | -0.09% | 0.08% | 0.93 | 35.5% |
| 8/13/2018 | 10:14 | 25,065 | 356.22 | -0.01% | -0.01% | 0.00% | 0.00% | 0.03 | 97.8% |
| 8/13/2018 | 10:15 | 6,458 | 356.38 | 0.04% | 0.02% | -0.01% | 0.00% | 0.01 | 99.2% |
| 8/13/2018 | 10:16 | 10,926 | 356.72 | 0.10% | 0.01% | -0.03% | 0.07% | 0.75 | 45.2% |
| 8/13/2018 | 10:17 | 11,566 | 356.28 | -0.12% | 0.00% | 0.03% | -0.12% | -1.30 | 19.5% |
| 8/13/2018 | 10:18 | 8,132 | 356.43 | 0.04% | -0.01% | -0.01% | 0.06% | 0.61 | 54.4% |
| 8/13/2018 | 10:19 | 42,786 | 357.00 | 0.16% | 0.02% | -0.01% | 0.13% | 1.42 | 15.7% |
| 8/13/2018 | 10:20 | 16,737 | 356.60 | -0.11% | 0.00% | 0.02% | -0.12% | -1.30 | 19.3% |
| 8/13/2018 | 10:21 | 14,623 | 356.84 | 0.07% | 0.00% | 0.02% | 0.07% | 0.76 | 45.0% |
| 8/13/2018 | 10:22 | 18,684 | 356.64 | -0.06% | -0.02% | 0.01% | -0.02% | -0.23 | 81.7% |
| 8/13/2018 | 10:23 | 28,164 | 355.59 | -0.29% | 0.00% | -0.03% | -0.30% | -3.24 | 0.1% |
| 8/13/2018 | 10:24 | 16,858 | 356.10 | 0.14% | 0.01% | -0.07% | 0.13% | 1.42 | 15.6% |
| 8/13/2018 | 10:25 | 39,382 | 355.50 | -0.17% | 0.05% | -0.01% | -0.25% | -2.75 | 0.6% |
| 8/13/2018 | 10:26 | 43,989 | 354.65 | -0.24% | -0.01% | -0.06% | -0.22% | -2.37 | 1.8% |
| 8/13/2018 | 10:27 | 46,873 | 353.76 | -0.25% | -0.02% | 0.03% | -0.22% | -2.44 | 1.5% |
| 8/13/2018 | 10:28 | 33,172 | 354.30 | 0.15% | -0.02% | -0.03% | 0.19% | 2.08 | 3.8% |
| 8/13/2018 | 10:29 | 21,888 | 353.85 | -0.13% | -0.01% | 0.02% | -0.10% | -1.10 | 27.2% |
| 8/13/2018 | 10:30 | 17,989 | 355.00 | 0.32% | 0.05% | 0.02% | 0.24% | 2.64 | 0.9% |
| 8/13/2018 | 10:31 | 24,986 | 354.69 | -0.09% | -0.02% | 0.03% | -0.06% | -0.61 | 54.2% |
| 8/13/2018 | 10:32 | 17,197 | 354.80 | 0.03% | 0.02% | 0.01% | 0.00% | 0.02 | 98.3% |
| 8/13/2018 | 10:33 | 12,814 | 353.81 | -0.28% | -0.02% | 0.00% | -0.25% | -2.69 | 0.7% |
| 8/13/2018 | 10:34 | 9,190 | 354.41 | 0.17% | -0.02% | 0.07% | 0.21% | 2.29 | 2.2% |
| 8/13/2018 | 10:35 | 15,677 | 354.44 | 0.01% | -0.02% | 0.07% | 0.05% | 0.53 | 59.9% |
| 8/13/2018 | 10:36 | 19,693 | 354.44 | 0.00% | 0.02% | 0.03% | -0.03% | -0.35 | 73.0% |
| 8/13/2018 | 10:37 | 6,800 | 354.69 | 0.07% | 0.02% | 0.01% | 0.03% | 0.29 | 77.0% |
| 8/13/2018 | 10:38 | 12,568 | 354.51 | -0.05% | -0.02% | -0.02% | -0.02% | -0.27 | 78.9% |
| 8/13/2018 | 10:39 | 27,950 | 355.32 | 0.23% | 0.00% | 0.00% | 0.23% | 2.51 | 1.2% |
| 8/13/2018 | 10:40 | 12,193 | 355.36 | 0.01% | -0.01% | -0.02% | 0.03% | 0.28 | 77.7% |
| 8/13/2018 | 10:41 | 11,407 | 355.78 | 0.12% | 0.00% | 0.02% | 0.11% | 1.22 | 22.3% |
| 8/13/2018 | 10:42 | 24,764 | 355.50 | -0.08% | -0.02% | -0.02% | -0.05% | -0.50 | 61.7% |
| 8/13/2018 | 10:43 | 2,085 | 355.49 | 0.00% | -0.01% | 0.02% | 0.02% | 0.25 | 80.6% |
| 8/13/2018 | 10:44 | 10,042 | 355.14 | -0.10% | 0.04% | 0.06% | -0.16% | -1.77 | 7.8% |
| 8/13/2018 | 10:45 | 18,104 | 355.01 | -0.04% | 0.02% | -0.04% | -0.07% | -0.81 | 41.8% |
| 8/13/2018 | 10:46 | 12,964 | 355.14 | 0.04% | -0.03% | -0.03% | 0.08% | 0.91 | 36.5% |
| 8/13/2018 | 10:47 | 13,202 | 354.90 | -0.07% | -0.02% | -0.08% | -0.03% | -0.36 | 71.7% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/13/2018 | 10:48 | 7,054 | 355.16 | 0.07% | -0.01% | -0.05% | 0.10% | 1.05 | 29.3% |
| 8/13/2018 | 10:49 | 12,421 | 355.27 | 0.03% | 0.01% | 0.09% | 0.01% | 0.12 | 90.2% |
| 8/13/2018 | 10:50 | 12,426 | 355.33 | 0.02% | 0.00% | -0.01% | 0.01% | 0.15 | 88.3% |
| 8/13/2018 | 10:51 | 10,086 | 355.56 | 0.06% | 0.00% | -0.06% | 0.06% | 0.61 | 54.3% |
| 8/13/2018 | 10:52 | 4,689 | 354.87 | -0.19% | 0.02% | 0.00% | -0.22% | -2.42 | 1.6% |
| 8/13/2018 | 10:53 | 5,615 | 355.02 | 0.04% | 0.01% | -0.05% | 0.02% | 0.20 | 83.8% |
| 8/13/2018 | 10:54 | 10,399 | 355.31 | 0.08% | 0.01% | -0.05% | 0.07% | 0.72 | 47.1% |
| 8/13/2018 | 10:55 | 2,442 | 355.22 | -0.03% | 0.00% | -0.04% | -0.03% | -0.27 | 78.5% |
| 8/13/2018 | 10:56 | 30,097 | 354.25 | -0.27% | -0.05% | -0.08% | -0.18% | -1.93 | 5.4% |
| 8/13/2018 | 10:57 | 15,075 | 353.70 | -0.16% | -0.02% | -0.01% | -0.12% | -1.28 | 20.2% |
| 8/13/2018 | 10:58 | 17,757 | 353.57 | -0.04% | 0.00% | -0.01% | -0.03% | -0.35 | 72.5% |
| 8/13/2018 | 10:59 | 46,280 | 352.58 | -0.28% | -0.01% | 0.01% | -0.25% | -2.76 | 0.6% |
| 8/13/2018 | 11:00 | 27,306 | 353.13 | 0.16% | 0.01% | -0.04% | 0.15% | 1.60 | 11.0% |
| 8/13/2018 | 11:01 | 19,139 | 352.16 | -0.28% | -0.01% | 0.02% | -0.26% | -2.82 | 0.5% |
| 8/13/2018 | 11:02 | 24,017 | 352.33 | 0.05% | 0.01% | -0.02% | 0.03% | 0.35 | 72.9% |
| 8/13/2018 | 11:03 | 26,312 | 352.19 | -0.04% | 0.01% | 0.00% | -0.05% | -0.58 | 56.0% |
| 8/13/2018 | 11:04 | 14,588 | 352.90 | 0.20% | 0.00% | -0.01% | 0.20% | 2.15 | 3.2% |
| 8/13/2018 | 11:05 | 35,011 | 353.46 | 0.16% | 0.00% | 0.04% | 0.15% | 1.64 | 10.2% |
| 8/13/2018 | 11:06 | 28,622 | 352.36 | -0.31% | -0.02% | -0.02% | -0.27% | -2.96 | 0.3% |
| 8/13/2018 | 11:07 | 30,658 | 351.94 | -0.12% | -0.06% | -0.07% | -0.01% | -0.07 | 94.2% |
| 8/13/2018 | 11:08 | 13,626 | 351.81 | -0.04% | -0.05% | -0.02% | 0.05% | 0.50 | 61.9% |
| 8/13/2018 | 11:09 | 15,059 | 351.93 | 0.04% | 0.01% | 0.06% | 0.03% | 0.28 | 78.1% |
| 8/13/2018 | 11:10 | 16,423 | 351.65 | -0.08% | -0.01% | 0.00% | -0.06% | -0.68 | 49.6% |
| 8/13/2018 | 11:11 | 37,208 | 351.00 | -0.19% | -0.04% | -0.03% | -0.11% | -1.15 | 25.0% |
| 8/13/2018 | 11:12 | 58,563 | 350.01 | -0.28% | -0.02% | -0.01% | -0.24% | -2.67 | 0.8% |
| 8/13/2018 | 11:13 | 40,759 | 350.99 | 0.28% | 0.00% | -0.05% | 0.29% | 3.11 | 0.2% |
| 8/13/2018 | 11:14 | 37,965 | 350.97 | 0.00% | 0.01% | 0.00% | -0.03% | -0.30 | 76.7% |
| 8/13/2018 | 11:15 | 11,780 | 351.25 | 0.08% | 0.02% | -0.04% | 0.05% | 0.55 | 58.5% |
| 8/13/2018 | 11:16 | 12,564 | 351.65 | 0.11% | -0.03% | -0.01% | 0.16% | 1.75 | 8.2% |
| 8/13/2018 | 11:17 | 16,349 | 351.18 | -0.13% | -0.05% | -0.02% | -0.05% | -0.49 | 62.2% |
| 8/13/2018 | 11:18 | 17,667 | 351.24 | 0.02% | -0.02% | -0.07% | 0.06% | 0.61 | 53.9% |
| 8/13/2018 | 11:19 | 10,520 | 350.96 | -0.08% | -0.04% | -0.01% | -0.01% | -0.08 | 93.5% |
| 8/13/2018 | 11:20 | 14,060 | 351.49 | 0.15% | 0.00% | 0.06% | 0.15% | 1.65 | 10.0% |
| 8/13/2018 | 11:21 | 6,940 | 351.22 | -0.08% | -0.01% | 0.03% | -0.06% | -0.63 | 53.2% |
| 8/13/2018 | 11:22 | 3,220 | 351.40 | 0.05% | 0.01% | 0.01% | 0.03% | 0.38 | 70.3% |
| 8/13/2018 | 11:23 | 18,047 | 351.98 | 0.17% | 0.00% | -0.04% | 0.16% | 1.70 | 8.9% |
| 8/13/2018 | 11:24 | 16,581 | 351.74 | -0.07% | -0.03% | -0.03% | -0.01% | -0.15 | 88.4% |
| 8/13/2018 | 11:25 | 7,704 | 351.20 | -0.15% | -0.08% | 0.01% | -0.01% | -0.16 | 87.5% |
| 8/13/2018 | 11:26 | 5,200 | 351.41 | 0.06% | 0.02% | 0.03% | 0.02% | 0.22 | 82.3% |
| 8/13/2018 | 11:27 | 3,400 | 351.72 | 0.09% | -0.02% | 0.02% | 0.13% | 1.42 | 15.7% |
| 8/13/2018 | 11:28 | 5,452 | 351.52 | -0.05% | 0.02% | -0.03% | -0.10% | -1.07 | 28.5% |
| 8/13/2018 | 11:29 | 6,315 | 351.47 | -0.01% | -0.04% | -0.02% | 0.05% | 0.53 | 59.9% |
| 8/13/2018 | 11:30 | 3,562 | 351.55 | 0.02% | -0.02% | -0.06% | 0.06% | 0.61 | 54.2% |
| 8/13/2018 | 11:31 | 5,148 | 351.66 | 0.03% | -0.02% | 0.01% | 0.07% | 0.80 | 42.7% |
| 8/13/2018 | 11:32 | 6,363 | 351.71 | 0.01% | 0.01% | 0.01% | -0.01% | -0.08 | 94.0% |
| 8/13/2018 | 11:33 | 19,544 | 350.97 | -0.21% | 0.02% | -0.04% | -0.24% | -2.59 | 1.0% |
| 8/13/2018 | 11:34 | 6,200 | 350.95 | -0.01% | 0.01% | -0.02% | -0.02% | -0.24 | 80.7% |
| 8/13/2018 | 11:35 | 5,760 | 350.96 | 0.00% | -0.02% | 0.03% | 0.05% | 0.49 | 62.2% |
| 8/13/2018 | 11:36 | 25,676 | 350.36 | -0.17% | -0.04% | 0.01% | -0.09% | -1.01 | 31.5% |
| 8/13/2018 | 11:37 | 34,017 | 350.22 | -0.04% | 0.04% | -0.02% | -0.10% | -1.12 | 26.2% |
| 8/13/2018 | 11:38 | 12,558 | 350.01 | -0.06% | 0.00% | -0.02% | -0.06% | -0.62 | 53.6% |
| 8/13/2018 | 11:39 | 18,271 | 349.79 | -0.06% | 0.02% | 0.01% | -0.09% | -1.02 | 30.8% |
| 8/13/2018 | 11:40 | 26,358 | 349.25 | -0.15% | -0.03% | 0.01% | -0.10% | -1.05 | 29.5% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/13/2018 | 11:41 | 5,174 | 349.38 | 0.04% | 0.07% | 0.07% | -0.09% | -0.93 | 35.3% |
| 8/13/2018 | 11:42 | 22,524 | 350.00 | 0.18% | 0.02% | 0.06% | 0.14% | 1.49 | 13.8% |
| 8/13/2018 | 11:43 | 25,859 | 350.50 | 0.14% | 0.00% | 0.02% | 0.14% | 1.49 | 13.8% |
| 8/13/2018 | 11:44 | 19,286 | 350.74 | 0.07% | -0.01% | -0.05% | 0.09% | 1.02 | 30.9% |
| 8/13/2018 | 11:45 | 27,142 | 352.09 | 0.39% | 0.00% | -0.03% | 0.38% | 4.16 | 0.0% |
| 8/13/2018 | 11:46 | 9,019 | 351.21 | -0.25% | 0.03% | -0.02% | -0.31% | -3.36 | 0.1% |
| 8/13/2018 | 11:47 | 23,627 | 351.08 | -0.04% | -0.04% | -0.07% | 0.03% | 0.30 | 76.6% |
| 8/13/2018 | 11:48 | 9,290 | 350.54 | -0.15% | -0.03% | -0.06% | -0.10% | -1.04 | 29.9% |
| 8/13/2018 | 11:49 | 22,473 | 350.00 | -0.15% | -0.01% | 0.01% | -0.14% | -1.57 | 11.6% |
| 8/13/2018 | 11:50 | 13,543 | 350.39 | 0.11% | -0.02% | -0.01% | 0.15% | 1.66 | 9.8% |
| 8/13/2018 | 11:51 | 5,400 | 350.23 | -0.05% | -0.01% | -0.05% | -0.02% | -0.25 | 80.3% |
| 8/13/2018 | 11:52 | 16,540 | 350.17 | -0.02% | -0.09% | -0.18% | 0.15% | 1.64 | 10.2% |
| 8/13/2018 | 11:53 | 11,622 | 350.37 | 0.06% | -0.01% | 0.00% | 0.07% | 0.79 | 42.8% |
| 8/13/2018 | 11:54 | 5,544 | 350.95 | 0.17% | 0.02% | -0.07% | 0.12% | 1.33 | 18.6% |
| 8/13/2018 | 11:55 | 17,000 | 351.18 | 0.06% | -0.04% | 0.00% | 0.13% | 1.47 | 14.4% |
| 8/13/2018 | 11:56 | 42,630 | 352.17 | 0.28% | 0.07% | 0.05% | 0.16% | 1.79 | 7.4% |
| 8/13/2018 | 11:57 | 54,601 | 353.09 | 0.26% | 0.02% | 0.00% | 0.23% | 2.50 | 1.3% |
| 8/13/2018 | 11:58 | 22,910 | 352.49 | -0.17% | -0.04% | -0.11% | -0.11% | -1.15 | 25.0% |
| 8/13/2018 | 11:59 | 28,816 | 352.73 | 0.07% | -0.02% | -0.08% | 0.11% | 1.16 | 24.5% |
| 8/13/2018 | 12:00 | 24,476 | 352.80 | 0.02% | 0.03% | 0.05% | -0.04% | -0.38 | 70.2% |
| 8/13/2018 | 12:01 | 8,623 | 352.77 | -0.01% | -0.03% | 0.00% | 0.04% | 0.48 | 63.0% |
| 8/13/2018 | 12:02 | 5,048 | 352.22 | -0.16% | -0.02% | -0.03% | -0.11% | -1.24 | 21.7% |
| 8/13/2018 | 12:03 | 18,390 | 352.00 | -0.06% | 0.02% | 0.04% | -0.09% | -1.00 | 31.6% |
| 8/13/2018 | 12:04 | 7,229 | 352.31 | 0.09% | 0.04% | 0.02% | 0.02% | 0.20 | 84.2% |
| 8/13/2018 | 12:05 | 770 | 352.43 | 0.03% | -0.01% | -0.01% | 0.06% | 0.62 | 53.8% |
| 8/13/2018 | 12:06 | 4,644 | 352.35 | -0.02% | 0.01% | 0.06% | -0.03% | -0.35 | 72.4% |
| 8/13/2018 | 12:07 | 7,431 | 351.85 | -0.14% | 0.01% | -0.01% | -0.16% | -1.69 | 9.1% |
| 8/13/2018 | 12:08 | 9,330 | 352.40 | 0.16% | 0.02% | -0.04% | 0.12% | 1.26 | 21.0% |
| 8/13/2018 | 12:09 | 6,560 | 352.50 | 0.03% | 0.00% | 0.00% | 0.03% | 0.31 | 75.7% |
| 8/13/2018 | 12:10 | 14,159 | 352.79 | 0.08% | 0.01% | 0.01% | 0.06% | 0.63 | 52.7% |
| 8/13/2018 | 12:11 | 16,802 | 352.63 | -0.04% | 0.05% | 0.03% | -0.13% | -1.41 | 15.9% |
| 8/13/2018 | 12:12 | 1,800 | 352.67 | 0.01% | 0.01% | -0.01% | -0.01% | -0.07 | 94.1% |
| 8/13/2018 | 12:13 | 1,200 | 352.65 | -0.01% | 0.01% | -0.03% | -0.02% | -0.25 | 80.0% |
| 8/13/2018 | 12:14 | 8,130 | 352.77 | 0.03% | 0.00% | -0.01% | 0.03% | 0.31 | 75.7% |
| 8/13/2018 | 12:15 | 3,275 | 352.70 | -0.02% | -0.02% | 0.03% | 0.01% | 0.16 | 87.4% |
| 8/13/2018 | 12:16 | 2,404 | 352.90 | 0.06% | 0.00% | 0.08% | 0.06% | 0.61 | 54.2% |
| 8/13/2018 | 12:17 | 6,294 | 352.59 | -0.09% | -0.02% | -0.02% | -0.05% | -0.60 | 55.0% |
| 8/13/2018 | 12:18 | 2,341 | 352.68 | 0.02% | -0.03% | -0.01% | 0.07% | 0.79 | 43.1% |
| 8/13/2018 | 12:19 | 7,219 | 352.55 | -0.04% | -0.03% | -0.01% | 0.02% | 0.27 | 78.8% |
| 8/13/2018 | 12:20 | 5,321 | 352.79 | 0.07% | 0.02% | 0.04% | 0.03% | 0.31 | 75.3% |
| 8/13/2018 | 12:21 | 16,231 | 353.05 | 0.07% | 0.00% | -0.01% | 0.08% | 0.86 | 39.1% |
| 8/13/2018 | 12:22 | 9,411 | 353.05 | 0.00% | -0.04% | -0.04% | 0.07% | 0.76 | 44.5% |
| 8/13/2018 | 12:23 | 17,131 | 352.99 | -0.02% | -0.02% | -0.01% | 0.02% | 0.27 | 79.1% |
| 8/13/2018 | 12:24 | 5,200 | 352.60 | -0.11% | -0.04% | -0.01% | -0.04% | -0.49 | 62.4% |
| 8/13/2018 | 12:25 | 4,875 | 352.80 | 0.06% | -0.05% | -0.06% | 0.14% | 1.51 | 13.1% |
| 8/13/2018 | 12:26 | 8,147 | 353.25 | 0.13% | 0.00% | 0.00% | 0.13% | 1.43 | 15.5% |
| 8/13/2018 | 12:27 | 7,588 | 353.02 | -0.07% | -0.05% | -0.04% | 0.03% | 0.34 | 73.2% |
| 8/13/2018 | 12:28 | 14,552 | 352.91 | -0.03% | -0.01% | 0.00% | -0.01% | -0.11 | 91.5% |
| 8/13/2018 | 12:29 | 5,992 | 353.25 | 0.10% | 0.03% | 0.04% | 0.04% | 0.44 | 65.7% |
| 8/13/2018 | 12:30 | 3,318 | 353.13 | -0.03% | 0.00% | -0.03% | -0.03% | -0.33 | 74.3% |
| 8/13/2018 | 12:31 | 10,797 | 353.25 | 0.03% | 0.00% | -0.04% | 0.03% | 0.34 | 73.8% |
| 8/13/2018 | 12:32 | 4,989 | 353.00 | -0.07% | -0.03% | -0.04% | -0.02% | -0.26 | 79.8% |
| 8/13/2018 | 12:33 | 8,668 | 353.00 | 0.00% | 0.06% | 0.04% | -0.11% | -1.16 | 24.6% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/13/2018 | 12:34 | 9,315 | 352.88 | -0.04% | -0.02% | -0.05% | -0.01% | -0.06 | 95.0% |
| 8/13/2018 | 12:35 | 6,647 | 353.11 | 0.07% | -0.01% | -0.02% | 0.08% | 0.84 | 40.2% |
| 8/13/2018 | 12:36 | 14,835 | 353.13 | 0.01% | 0.05% | 0.00% | -0.09% | -0.97 | 33.3% |
| 8/13/2018 | 12:37 | 20,670 | 352.83 | -0.08% | 0.03% | 0.02% | -0.13% | -1.43 | 15.4% |
| 8/13/2018 | 12:38 | 9,613 | 352.96 | 0.04% | 0.02% | 0.01% | -0.01% | -0.09 | 93.0% |
| 8/13/2018 | 12:39 | 10,832 | 353.19 | 0.07% | -0.02% | 0.00% | 0.09% | 1.03 | 30.4% |
| 8/13/2018 | 12:40 | 13,089 | 353.15 | -0.01% | 0.01% | -0.02% | -0.02% | -0.23 | 81.5% |
| 8/13/2018 | 12:41 | 6,385 | 353.04 | -0.03% | -0.01% | -0.01% | -0.02% | -0.24 | 81.3% |
| 8/13/2018 | 12:42 | 22,169 | 352.81 | -0.07% | 0.00% | -0.01% | -0.07% | -0.76 | 45.0% |
| 8/13/2018 | 12:43 | 13,203 | 353.05 | 0.07% | -0.01% | -0.01% | 0.08% | 0.90 | 37.1% |
| 8/13/2018 | 12:44 | 4,497 | 353.09 | 0.01% | -0.01% | 0.01% | 0.03% | 0.31 | 75.4% |
| 8/13/2018 | 12:45 | 10,314 | 352.95 | -0.04% | -0.01% | 0.02% | -0.03% | -0.29 | 77.2% |
| 8/13/2018 | 12:46 | 10,892 | 353.14 | 0.05% | -0.04% | -0.04% | 0.12% | 1.35 | 17.9% |
| 8/13/2018 | 12:47 | 6,500 | 353.12 | -0.01% | -0.01% | 0.00% | 0.02% | 0.22 | 82.3% |
| 8/13/2018 | 12:48 | 11,370 | 353.03 | -0.03% | -0.02% | 0.02% | 0.01% | 0.09 | 93.2% |
| 8/13/2018 | 12:49 | 6,467 | 353.10 | 0.02% | 0.00% | 0.01% | 0.02% | 0.19 | 85.3% |
| 8/13/2018 | 12:50 | 39,158 | 354.40 | 0.37% | 0.03% | -0.01% | 0.32% | 3.49 | 0.1% |
| 8/13/2018 | 12:51 | 31,799 | 353.75 | -0.18% | 0.03% | 0.06% | -0.24% | -2.60 | 1.0% |
| 8/13/2018 | 12:52 | 10,896 | 353.69 | -0.02% | -0.02% | 0.00% | 0.02% | 0.19 | 84.9% |
| 8/13/2018 | 12:53 | 20,466 | 353.73 | 0.01% | -0.03% | -0.02% | 0.07% | 0.74 | 45.8% |
| 8/13/2018 | 12:54 | 15,101 | 353.48 | -0.07% | 0.02% | 0.01% | -0.10% | -1.08 | 28.3% |
| 8/13/2018 | 12:55 | 3,950 | 353.69 | 0.06% | 0.02% | 0.02% | 0.02% | 0.18 | 85.4% |
| 8/13/2018 | 12:56 | 6,784 | 354.00 | 0.09% | 0.01% | 0.00% | 0.07% | 0.80 | 42.4% |
| 8/13/2018 | 12:57 | 6,405 | 353.37 | -0.18% | -0.02% | -0.01% | -0.14% | -1.49 | 13.6% |
| 8/13/2018 | 12:58 | 7,113 | 353.65 | 0.08% | 0.00% | -0.06% | 0.08% | 0.87 | 38.2% |
| 8/13/2018 | 12:59 | 5,065 | 353.40 | -0.07% | 0.00% | 0.03% | -0.07% | -0.75 | 45.5% |
| 8/13/2018 | 13:00 | 12,206 | 353.31 | -0.03% | -0.02% | 0.00% | 0.02% | 0.19 | 84.8% |
| 8/13/2018 | 13:01 | 9,923 | 353.23 | -0.02% | -0.11% | -0.12% | 0.17% | 1.84 | 6.6% |
| 8/13/2018 | 13:02 | 3,645 | 353.06 | -0.05% | 0.01% | 0.02% | -0.06% | -0.65 | 51.4% |
| 8/13/2018 | 13:03 | 5,406 | 352.92 | -0.04% | -0.03% | -0.02% | 0.01% | 0.14 | 89.1% |
| 8/13/2018 | 13:04 | 1,875 | 352.94 | 0.00% | 0.00% | 0.00% | 0.00% | -0.02 | 98.7% |
| 8/13/2018 | 13:05 | 5,967 | 352.90 | -0.01% | -0.01% | 0.02% | 0.00% | 0.04 | 97.0% |
| 8/13/2018 | 13:06 | 8,475 | 353.08 | 0.05% | 0.00% | 0.01% | 0.05% | 0.56 | 57.6% |
| 8/13/2018 | 13:07 | 2,369 | 353.01 | -0.02% | 0.02% | 0.00% | -0.06% | -0.65 | 51.9% |
| 8/13/2018 | 13:08 | 5,171 | 353.31 | 0.08% | 0.00% | -0.01% | 0.08% | 0.84 | 40.2% |
| 8/13/2018 | 13:09 | 1,776 | 353.16 | -0.04% | -0.01% | -0.03% | -0.02% | -0.23 | 82.1% |
| 8/13/2018 | 13:10 | 1,500 | 353.48 | 0.09% | 0.05% | 0.08% | 0.01% | 0.08 | 93.6% |
| 8/13/2018 | 13:11 | 6,050 | 353.25 | -0.07% | 0.00% | 0.01% | -0.06% | -0.68 | 49.7% |
| 8/13/2018 | 13:12 | 1,747 | 353.58 | 0.09% | 0.02% | 0.02% | 0.06% | 0.62 | 53.5% |
| 8/13/2018 | 13:13 | 19,053 | 354.90 | 0.37% | -0.01% | -0.04% | 0.39% | 4.25 | 0.0% |
| 8/13/2018 | 13:14 | 53,210 | 354.84 | -0.02% | -0.02% | 0.04% | 0.02% | 0.27 | 79.0% |
| 8/13/2018 | 13:15 | 16,913 | 354.89 | 0.02% | -0.02% | -0.02% | 0.05% | 0.56 | 57.2% |
| 8/13/2018 | 13:16 | 15,014 | 354.96 | 0.02% | -0.01% | -0.05% | 0.03% | 0.35 | 72.7% |
| 8/13/2018 | 13:17 | 10,496 | 354.75 | -0.06% | -0.03% | 0.01% | -0.01% | -0.07 | 94.1% |
| 8/13/2018 | 13:18 | 15,898 | 354.41 | -0.10% | 0.05% | 0.06% | -0.19% | -2.06 | 4.0% |
| 8/13/2018 | 13:19 | 3,915 | 354.65 | 0.07% | 0.11% | 0.10% | -0.13% | -1.41 | 16.0% |
| 8/13/2018 | 13:20 | 10,439 | 354.55 | -0.03% | -0.01% | -0.01% | -0.02% | -0.20 | 84.0% |
| 8/13/2018 | 13:21 | 111,723 | 356.00 | 0.41% | 0.03% | 0.02% | 0.35% | 3.85 | 0.0% |
| 8/13/2018 | 13:22 | 82,329 | 356.75 | 0.21% | 0.03% | -0.02% | 0.16% | 1.79 | 7.4% |
| 8/13/2018 | 13:23 | 53,844 | 356.02 | -0.20% | -0.01% | 0.05% | -0.18% | -1.94 | 5.4% |
| 8/13/2018 | 13:24 | 22,915 | 356.35 | 0.09% | -0.01% | -0.07% | 0.12% | 1.29 | 19.6% |
| 8/13/2018 | 13:25 | 27,730 | 355.61 | -0.21% | 0.00% | 0.05% | -0.21% | -2.34 | 2.0% |
| 8/13/2018 | 13:26 | 10,233 | 355.51 | -0.03% | 0.01% | 0.01% | -0.04% | -0.42 | 67.8% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/13/2018 | 13:27 | 28,233 | 356.35 | 0.24% | 0.01% | 0.00% | 0.22% | 2.37 | 1.8% |
| 8/13/2018 | 13:28 | 24,114 | 355.82 | -0.15% | 0.00% | 0.01% | -0.15% | -1.62 | 10.7% |
| 8/13/2018 | 13:29 | 14,474 | 356.24 | 0.12% | 0.02% | 0.02% | 0.09% | 1.00 | 31.8% |
| 8/13/2018 | 13:30 | 21,864 | 356.70 | 0.13% | 0.09% | 0.07% | -0.04% | -0.39 | 69.9% |
| 8/13/2018 | 13:31 | 7,832 | 356.19 | -0.14% | -0.01% | 0.02% | -0.12% | -1.34 | 18.0% |
| 8/13/2018 | 13:32 | 7,518 | 355.86 | -0.09% | -0.01% | -0.02% | -0.08% | -0.91 | 36.6% |
| 8/13/2018 | 13:33 | 23,374 | 356.41 | 0.15% | -0.01% | -0.01% | 0.17% | 1.82 | 6.9% |
| 8/13/2018 | 13:34 | 11,553 | 356.89 | 0.14% | 0.01% | 0.02% | 0.12% | 1.33 | 18.5% |
| 8/13/2018 | 13:35 | 7,862 | 356.82 | -0.02% | -0.01% | 0.00% | -0.01% | -0.11 | 91.4% |
| 8/13/2018 | 13:36 | 11,463 | 356.12 | -0.19% | -0.02% | -0.03% | -0.16% | -1.74 | 8.3% |
| 8/13/2018 | 13:37 | 9,896 | 356.37 | 0.07% | -0.01% | -0.03% | 0.09% | 1.03 | 30.2% |
| 8/13/2018 | 13:38 | 6,017 | 356.41 | 0.01% | -0.02% | -0.03% | 0.05% | 0.59 | 55.6% |
| 8/13/2018 | 13:39 | 2,140 | 356.24 | -0.05% | -0.03% | -0.04% | 0.01% | 0.08 | 93.3% |
| 8/13/2018 | 13:40 | 5,103 | 356.80 | 0.16% | 0.01% | 0.06% | 0.14% | 1.49 | 13.7% |
| 8/13/2018 | 13:41 | 35,529 | 357.67 | 0.24% | 0.01% | -0.02% | 0.22% | 2.44 | 1.5% |
| 8/13/2018 | 13:42 | 15,553 | 357.53 | -0.04% | 0.00% | 0.02% | -0.05% | -0.52 | 60.4% |
| 8/13/2018 | 13:43 | 25,175 | 358.11 | 0.16% | 0.00% | 0.00% | 0.16% | 1.79 | 7.4% |
| 8/13/2018 | 13:44 | 14,841 | 357.64 | -0.13% | 0.01% | 0.00% | -0.15% | -1.61 | 10.9% |
| 8/13/2018 | 13:45 | 10,533 | 357.72 | 0.02% | 0.01% | -0.01% | 0.01% | 0.13 | 89.7% |
| 8/13/2018 | 13:46 | 15,214 | 357.78 | 0.02% | -0.01% | 0.04% | 0.04% | 0.46 | 64.9% |
| 8/13/2018 | 13:47 | 8,413 | 357.34 | -0.12% | -0.01% | -0.04% | -0.12% | -1.26 | 21.0% |
| 8/13/2018 | 13:48 | 6,264 | 357.41 | 0.02% | -0.03% | 0.02% | 0.08% | 0.89 | 37.5% |
| 8/13/2018 | 13:49 | 5,763 | 357.16 | -0.07% | 0.00% | -0.01% | -0.08% | -0.84 | 40.1% |
| 8/13/2018 | 13:50 | 12,959 | 357.58 | 0.12% | 0.03% | 0.03% | 0.06% | 0.64 | 52.0% |
| 8/13/2018 | 13:51 | 22,179 | 358.26 | 0.19% | 0.02% | 0.06% | 0.16% | 1.71 | 8.9% |
| 8/13/2018 | 13:52 | 26,613 | 358.64 | 0.11% | 0.01% | 0.01% | 0.08% | 0.91 | 36.4% |
| 8/13/2018 | 13:53 | 6,955 | 358.34 | -0.08% | 0.01% | 0.03% | -0.10% | -1.10 | 27.0% |
| 8/13/2018 | 13:54 | 13,551 | 357.74 | -0.17% | 0.00% | 0.01% | -0.17% | -1.82 | 6.9% |
| 8/13/2018 | 13:55 | 15,636 | 357.40 | -0.10% | 0.00% | -0.01% | -0.10% | -1.08 | 27.9% |
| 8/13/2018 | 13:56 | 10,085 | 357.54 | 0.04% | -0.02% | -0.03% | 0.07% | 0.76 | 44.8% |
| 8/13/2018 | 13:57 | 12,432 | 356.88 | -0.19% | -0.02% | 0.00% | -0.15% | -1.68 | 9.4% |
| 8/13/2018 | 13:58 | 16,955 | 356.76 | -0.03% | 0.00% | 0.05% | -0.03% | -0.28 | 78.1% |
| 8/13/2018 | 13:59 | 5,140 | 356.66 | -0.03% | 0.00% | -0.01% | -0.03% | -0.28 | 78.1% |
| 8/13/2018 | 14:00 | 9,872 | 356.80 | 0.04% | 0.02% | -0.06% | 0.00% | -0.01 | 99.0% |
| 8/13/2018 | 14:01 | 10,581 | 356.93 | 0.04% | 0.03% | 0.03% | -0.01% | -0.11 | 91.1% |
| 8/13/2018 | 14:02 | 9,042 | 357.11 | 0.05% | 0.03% | 0.05% | -0.01% | -0.12 | 90.4% |
| 8/13/2018 | 14:03 | 8,669 | 357.62 | 0.14% | 0.02% | 0.05% | 0.10% | 1.12 | 26.3% |
| 8/13/2018 | 14:04 | 14,556 | 357.73 | 0.03% | 0.04% | 0.03% | -0.04% | -0.43 | 67.1% |
| 8/13/2018 | 14:05 | 6,412 | 357.54 | -0.05% | 0.01% | 0.03% | -0.06% | -0.70 | 48.6% |
| 8/13/2018 | 14:06 | 20,272 | 357.88 | 0.10% | -0.01% | -0.02% | 0.12% | 1.27 | 20.3% |
| 8/13/2018 | 14:07 | 8,017 | 357.96 | 0.02% | 0.01% | -0.02% | 0.00% | 0.02 | 98.7% |
| 8/13/2018 | 14:08 | 16,420 | 357.78 | -0.05% | -0.01% | 0.00% | -0.03% | -0.32 | 75.2% |
| 8/13/2018 | 14:09 | 4,520 | 357.88 | 0.03% | -0.01% | -0.07% | 0.05% | 0.60 | 55.1% |
| 8/13/2018 | 14:10 | 27,015 | 358.48 | 0.17% | 0.03% | 0.06% | 0.11% | 1.15 | 25.1% |
| 8/13/2018 | 14:11 | 14,286 | 358.41 | -0.02% | 0.01% | -0.01% | -0.04% | -0.48 | 63.1% |
| 8/13/2018 | 14:12 | 13,594 | 358.35 | -0.02% | -0.01% | 0.03% | 0.00% | -0.05 | 95.7% |
| 8/13/2018 | 14:13 | 17,514 | 358.00 | -0.10% | -0.02% | -0.01% | -0.07% | -0.73 | 46.3% |
| 8/13/2018 | 14:14 | 7,532 | 358.59 | 0.16% | 0.01% | 0.03% | 0.14% | 1.55 | 12.1% |
| 8/13/2018 | 14:15 | 16,173 | 358.32 | -0.07% | 0.00% | 0.02% | -0.08% | -0.82 | 41.2% |
| 8/13/2018 | 14:16 | 8,896 | 358.50 | 0.05% | 0.00% | 0.00% | 0.05% | 0.59 | 55.8% |
| 8/13/2018 | 14:17 | 10,803 | 358.43 | -0.02% | 0.01% | 0.00% | -0.03% | -0.34 | 73.2% |
| 8/13/2018 | 14:18 | 10,588 | 358.44 | 0.00% | 0.01% | 0.01% | -0.02% | -0.18 | 85.6% |
| 8/13/2018 | 14:19 | 5,792 | 358.50 | 0.02% | -0.01% | 0.01% | 0.03% | 0.29 | 77.2% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/13/2018 | 14:20 | 33,794 | 358.99 | 0.14% | 0.01% | -0.01% | 0.12% | 1.26 | 21.0% |
| 8/13/2018 | 14:21 | 19,817 | 358.72 | -0.08% | 0.00% | 0.02% | -0.08% | -0.82 | 41.1% |
| 8/13/2018 | 14:22 | 7,754 | 358.86 | 0.04% | 0.01% | -0.01% | 0.03% | 0.32 | 74.7% |
| 8/13/2018 | 14:23 | 32,308 | 358.91 | 0.01% | -0.03% | 0.03% | 0.07% | 0.72 | 47.3% |
| 8/13/2018 | 14:24 | 13,090 | 359.27 | 0.10% | 0.02% | -0.01% | 0.07% | 0.74 | 45.8% |
| 8/13/2018 | 14:25 | 26,610 | 359.38 | 0.03% | 0.04% | 0.11% | -0.05% | -0.49 | 62.4% |
| 8/13/2018 | 14:26 | 16,637 | 359.65 | 0.08% | 0.00% | -0.03% | 0.08% | 0.86 | 39.1% |
| 8/13/2018 | 14:27 | 17,571 | 359.74 | 0.02% | 0.00% | -0.02% | 0.02% | 0.18 | 85.8% |
| 8/13/2018 | 14:28 | 18,583 | 359.61 | -0.03% | 0.03% | 0.02% | -0.08% | -0.88 | 38.0% |
| 8/13/2018 | 14:29 | 17,162 | 359.60 | 0.00% | 0.00% | -0.04% | 0.00% | 0.05 | 96.3% |
| 8/13/2018 | 14:30 | 14,272 | 359.73 | 0.04% | 0.01% | 0.01% | 0.01% | 0.11 | 91.6% |
| 8/13/2018 | 14:31 | 7,421 | 359.71 | 0.00% | -0.03% | -0.03% | 0.04% | 0.45 | 65.5% |
| 8/13/2018 | 14:32 | 23,071 | 359.94 | 0.06% | 0.02% | 0.03% | 0.02% | 0.27 | 78.7% |
| 8/13/2018 | 14:33 | 22,767 | 359.65 | -0.08% | -0.02% | -0.01% | -0.05% | -0.52 | 60.4% |
| 8/13/2018 | 14:34 | 29,931 | 359.67 | 0.01% | 0.01% | 0.00% | 0.00% | -0.05 | 96.4% |
| 8/13/2018 | 14:35 | 12,580 | 359.89 | 0.06% | -0.02% | -0.05% | 0.09% | 0.95 | 34.3% |
| 8/13/2018 | 14:36 | 8,015 | 359.82 | -0.02% | -0.06% | -0.02% | 0.08% | 0.88 | 37.9% |
| 8/13/2018 | 14:37 | 36,792 | 359.87 | 0.01% | -0.03% | -0.04% | 0.07% | 0.80 | 42.7% |
| 8/13/2018 | 14:38 | 17,528 | 359.47 | -0.11% | 0.01% | 0.01% | -0.13% | -1.42 | 15.6% |
| 8/13/2018 | 14:39 | 18,776 | 358.89 | -0.16% | 0.02% | -0.01% | -0.19% | -2.06 | 4.0% |
| 8/13/2018 | 14:40 | 32,284 | 358.38 | -0.14% | 0.00% | 0.00% | -0.15% | -1.60 | 11.1% |
| 8/13/2018 | 14:41 | 19,482 | 357.69 | -0.19% | 0.00% | 0.02% | -0.20% | -2.13 | 3.4% |
| 8/13/2018 | 14:42 | 11,916 | 358.34 | 0.18% | 0.02% | -0.02% | 0.15% | 1.61 | 10.8% |
| 8/13/2018 | 14:43 | 6,950 | 358.26 | -0.02% | -0.02% | 0.02% | 0.01% | 0.14 | 89.0% |
| 8/13/2018 | 14:44 | 9,989 | 358.35 | 0.03% | 0.01% | 0.02% | 0.01% | 0.11 | 91.1% |
| 8/13/2018 | 14:45 | 10,409 | 358.59 | 0.07% | -0.01% | -0.03% | 0.09% | 1.02 | 31.0% |
| 8/13/2018 | 14:46 | 4,900 | 358.35 | -0.07% | -0.01% | 0.01% | -0.06% | -0.61 | 54.0% |
| 8/13/2018 | 14:47 | 19,684 | 358.35 | 0.00% | -0.01% | -0.03% | 0.03% | 0.29 | 77.3% |
| 8/13/2018 | 14:48 | 5,860 | 358.46 | 0.03% | 0.01% | -0.01% | 0.02% | 0.20 | 84.0% |
| 8/13/2018 | 14:49 | 15,853 | 359.04 | 0.16% | -0.01% | 0.03% | 0.18% | 1.97 | 4.9% |
| 8/13/2018 | 14:50 | 8,838 | 358.71 | -0.09% | -0.03% | -0.02% | -0.03% | -0.35 | 72.7% |
| 8/13/2018 | 14:51 | 18,912 | 358.61 | -0.03% | 0.00% | 0.00% | -0.03% | -0.34 | 73.0% |
| 8/13/2018 | 14:52 | 5,147 | 358.49 | -0.03% | -0.03% | -0.02% | 0.02% | 0.24 | 81.4% |
| 8/13/2018 | 14:53 | 6,931 | 358.63 | 0.04% | -0.02% | 0.00% | 0.08% | 0.85 | 39.7% |
| 8/13/2018 | 14:54 | 2,100 | 358.47 | -0.04% | -0.03% | 0.02% | 0.01% | 0.07 | 94.7% |
| 8/13/2018 | 14:55 | 15,937 | 357.81 | -0.19% | -0.01% | -0.04% | -0.18% | -1.91 | 5.7% |
| 8/13/2018 | 14:56 | 9,474 | 357.96 | 0.04% | 0.02% | 0.02% | 0.01% | 0.08 | 93.4% |
| 8/13/2018 | 14:57 | 4,350 | 357.71 | -0.07% | 0.03% | 0.02% | -0.12% | -1.34 | 18.0% |
| 8/13/2018 | 14:58 | 24,741 | 357.68 | -0.01% | -0.03% | -0.06% | 0.04% | 0.44 | 66.1% |
| 8/13/2018 | 14:59 | 3,716 | 357.77 | 0.03% | -0.02% | -0.01% | 0.06% | 0.65 | 51.9% |
| 8/13/2018 | 15:00 | 6,180 | 357.34 | -0.12% | -0.03% | -0.08% | -0.06% | -0.70 | 48.6% |
| 8/13/2018 | 15:01 | 24,815 | 356.67 | -0.19% | -0.03% | 0.01% | -0.14% | -1.49 | 13.8% |
| 8/13/2018 | 15:02 | 5,900 | 356.74 | 0.02% | 0.00% | -0.04% | 0.02% | 0.19 | 84.7% |
| 8/13/2018 | 15:03 | 33,177 | 356.10 | -0.18% | -0.01% | 0.02% | -0.16% | -1.76 | 7.9% |
| 8/13/2018 | 15:04 | 5,680 | 356.40 | 0.08% | 0.03% | -0.02% | 0.04% | 0.42 | 67.7% |
| 8/13/2018 | 15:05 | 34,211 | 357.00 | 0.17% | 0.01% | 0.02% | 0.16% | 1.73 | 8.4% |
| 8/13/2018 | 15:06 | 11,595 | 356.83 | -0.05% | 0.01% | -0.07% | -0.06% | -0.65 | 51.8% |
| 8/13/2018 | 15:07 | 10,430 | 357.22 | 0.11% | 0.01% | 0.03% | 0.09% | 1.02 | 31.0% |
| 8/13/2018 | 15:08 | 13,481 | 357.49 | 0.07% | 0.01% | 0.00% | 0.06% | 0.68 | 49.6% |
| 8/13/2018 | 15:09 | 11,577 | 357.63 | 0.04% | 0.02% | -0.01% | 0.01% | 0.13 | 89.6% |
| 8/13/2018 | 15:10 | 13,363 | 357.87 | 0.06% | 0.02% | 0.01% | 0.03% | 0.33 | 74.5% |
| 8/13/2018 | 15:11 | 12,570 | 358.02 | 0.04% | 0.00% | 0.06% | 0.04% | 0.41 | 68.0% |
| 8/13/2018 | 15:12 | 2,407 | 357.78 | -0.07% | -0.01% | -0.01% | -0.06% | -0.60 | 54.6% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/13/2018 | 15:13 | 17,649 | 358.23 | 0.13% | 0.02% | 0.04% | 0.10% | 1.04 | 29.9% |
| 8/13/2018 | 15:14 | 11,809 | 358.46 | 0.07% | 0.01% | 0.00% | 0.04% | 0.42 | 67.2% |
| 8/13/2018 | 15:15 | 11,696 | 358.69 | 0.06% | 0.02% | 0.03% | 0.03% | 0.33 | 74.4% |
| 8/13/2018 | 15:16 | 13,321 | 358.15 | -0.15% | 0.01% | 0.00% | -0.17% | -1.82 | 6.9% |
| 8/13/2018 | 15:17 | 7,479 | 358.15 | 0.00% | 0.01% | 0.01% | -0.02% | -0.16 | 87.0% |
| 8/13/2018 | 15:18 | 8,418 | 357.96 | -0.05% | -0.01% | -0.02% | -0.04% | -0.47 | 63.9% |
| 8/13/2018 | 15:19 | 2,619 | 357.68 | -0.08% | -0.03% | 0.00% | -0.03% | -0.29 | 77.5% |
| 8/13/2018 | 15:20 | 10,462 | 357.71 | 0.01% | -0.02% | 0.01% | 0.04% | 0.41 | 68.1% |
| 8/13/2018 | 15:21 | 10,140 | 358.07 | 0.10% | -0.01% | 0.02% | 0.12% | 1.27 | 20.5% |
| 8/13/2018 | 15:22 | 10,188 | 358.16 | 0.02% | -0.02% | -0.01% | 0.06% | 0.62 | 53.4% |
| 8/13/2018 | 15:23 | 8,100 | 358.24 | 0.02% | -0.01% | -0.01% | 0.04% | 0.47 | 63.6% |
| 8/13/2018 | 15:24 | 4,342 | 358.00 | -0.07% | 0.00% | 0.01% | -0.06% | -0.63 | 52.7% |
| 8/13/2018 | 15:25 | 5,050 | 357.99 | 0.00% | 0.02% | -0.02% | -0.03% | -0.38 | 70.6% |
| 8/13/2018 | 15:26 | 5,099 | 357.68 | -0.09% | 0.01% | -0.01% | -0.10% | -1.10 | 27.0% |
| 8/13/2018 | 15:27 | 9,780 | 357.32 | -0.10% | -0.02% | -0.01% | -0.06% | -0.65 | 51.3% |
| 8/13/2018 | 15:28 | 14,822 | 356.64 | -0.19% | -0.05% | -0.06% | -0.11% | -1.19 | 23.5% |
| 8/13/2018 | 15:29 | 13,751 | 357.10 | 0.13% | -0.03% | -0.01% | 0.18% | 1.96 | 5.1% |
| 8/13/2018 | 15:30 | 6,969 | 357.08 | -0.01% | 0.00% | -0.01% | 0.00% | -0.05 | 96.2% |
| 8/13/2018 | 15:31 | 5,580 | 357.09 | 0.00% | 0.04% | 0.03% | -0.08% | -0.85 | 39.6% |
| 8/13/2018 | 15:32 | 18,929 | 357.32 | 0.07% | 0.00% | 0.01% | 0.07% | 0.79 | 43.0% |
| 8/13/2018 | 15:33 | 13,442 | 357.39 | 0.02% | -0.03% | 0.03% | 0.07% | 0.76 | 44.8% |
| 8/13/2018 | 15:34 | 11,930 | 357.32 | -0.02% | 0.01% | -0.04% | -0.03% | -0.32 | 75.2% |
| 8/13/2018 | 15:35 | 11,676 | 357.75 | 0.12% | 0.02% | 0.02% | 0.08% | 0.90 | 36.6% |
| 8/13/2018 | 15:36 | 8,785 | 357.48 | -0.07% | -0.01% | 0.02% | -0.05% | -0.57 | 57.0% |
| 8/13/2018 | 15:37 | 4,445 | 357.66 | 0.05% | 0.04% | 0.03% | -0.02% | -0.18 | 86.0% |
| 8/13/2018 | 15:38 | 12,083 | 357.85 | 0.05% | 0.01% | 0.05% | 0.04% | 0.44 | 65.8% |
| 8/13/2018 | 15:39 | 7,615 | 357.89 | 0.01% | 0.00% | 0.00% | 0.01% | 0.12 | 90.5% |
| 8/13/2018 | 15:40 | 5,279 | 357.49 | -0.11% | -0.03% | -0.04% | -0.06% | -0.69 | 49.1% |
| 8/13/2018 | 15:41 | 12,108 | 357.29 | -0.06% | 0.00% | -0.06% | -0.06% | -0.64 | 52.1% |
| 8/13/2018 | 15:42 | 14,456 | 357.30 | 0.00% | -0.01% | -0.01% | 0.02% | 0.20 | 84.3% |
| 8/13/2018 | 15:43 | 17,504 | 357.77 | 0.13% | 0.05% | 0.04% | 0.04% | 0.45 | 65.4% |
| 8/13/2018 | 15:44 | 5,023 | 357.34 | -0.12% | -0.02% | 0.02% | -0.09% | -0.97 | 33.0% |
| 8/13/2018 | 15:45 | 8,783 | 357.18 | -0.04% | -0.04% | -0.06% | 0.03% | 0.33 | 74.0% |
| 8/13/2018 | 15:46 | 11,456 | 356.80 | -0.11% | 0.02% | -0.02% | -0.14% | -1.50 | 13.4% |
| 8/13/2018 | 15:47 | 16,875 | 357.10 | 0.08% | 0.01% | -0.01% | 0.07% | 0.72 | 47.3% |
| 8/13/2018 | 15:48 | 7,178 | 356.90 | -0.06% | -0.04% | -0.02% | 0.01% | 0.10 | 91.9% |
| 8/13/2018 | 15:49 | 42,575 | 357.28 | 0.11% | -0.04% | 0.01% | 0.19% | 2.04 | 4.2% |
| 8/13/2018 | 15:50 | 12,763 | 357.12 | -0.04% | -0.09% | 0.00% | 0.12% | 1.32 | 18.9% |
| 8/13/2018 | 15:51 | 22,655 | 356.82 | -0.08% | -0.01% | -0.04% | -0.06% | -0.66 | 50.8% |
| 8/13/2018 | 15:52 | 20,421 | 356.91 | 0.03% | 0.03% | 0.01% | -0.03% | -0.29 | 77.4% |
| 8/13/2018 | 15:53 | 18,246 | 356.50 | -0.11% | 0.00% | 0.03% | -0.11% | -1.23 | 22.0% |
| 8/13/2018 | 15:54 | 13,874 | 356.59 | 0.02% | 0.03% | 0.01% | -0.02% | -0.25 | 80.6% |
| 8/13/2018 | 15:55 | 31,150 | 356.63 | 0.01% | 0.01% | 0.00% | -0.01% | -0.16 | 87.3% |
| 8/13/2018 | 15:56 | 16,629 | 356.64 | 0.00% | 0.00% | -0.04% | 0.00% | 0.03 | 98.0% |
| 8/13/2018 | 15:57 | 19,707 | 356.70 | 0.02% | -0.02% | 0.00% | 0.05% | 0.54 | 58.7% |
| 8/13/2018 | 15:58 | 34,699 | 356.43 | -0.08% | -0.01% | 0.03% | -0.06% | -0.67 | 50.3% |
| 8/13/2018 | 15:59 | 106,832 | 356.41 | -0.01% | -0.01% | -0.02% | 0.01% | 0.10 | 91.7% |
| 8/14/2018 | open | 0 | 358.45 | 0.57% | 0.36% | -0.04% | 0.17% | 0.12 | 90.4% |
| 8/14/2018 | 9:30 | 70,333 | 358.51 | 0.02% | 0.00% | 0.23% | 0.02% | 0.21 | 83.7% |
| 8/14/2018 | 9:31 | 76,141 | 356.53 | -0.55% | 0.00% | 0.03% | -0.56% | -6.07 | 0.0% |
| 8/14/2018 | 9:32 | 35,779 | 357.81 | 0.36% | 0.03% | 0.02% | 0.31% | 3.39 | 0.1% |
| 8/14/2018 | 9:33 | 21,284 | 356.14 | -0.47% | -0.01% | -0.06% | -0.44% | -4.84 | 0.0% |
| 8/14/2018 | 9:34 | 38,451 | 356.41 | 0.08% | -0.02% | 0.07% | 0.12% | 1.28 | 20.2% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/14/2018 | 9:35 | 38,291 | 356.27 | -0.04% | -0.01% | 0.05% | -0.01% | -0.13 | 89.8% |
| 8/14/2018 | 9:36 | 37,924 | 356.53 | 0.07% | -0.04% | -0.11% | 0.15% | 1.60 | 11.0% |
| 8/14/2018 | 9:37 | 17,770 | 356.59 | 0.02% | 0.09% | 0.07% | -0.14% | -1.49 | 13.8% |
| 8/14/2018 | 9:38 | 18,214 | 356.49 | -0.03% | -0.01% | 0.24% | -0.01% | -0.15 | 87.7% |
| 8/14/2018 | 9:39 | 12,508 | 356.52 | 0.01% | -0.03% | -0.06% | 0.06% | 0.60 | 54.8% |
| 8/14/2018 | 9:40 | 30,584 | 358.45 | 0.54% | -0.02% | 0.08% | 0.57% | 6.24 | 0.0% |
| 8/14/2018 | 9:41 | 40,615 | 357.52 | -0.26% | -0.05% | 0.06% | -0.16% | -1.79 | 7.5% |
| 8/14/2018 | 9:42 | 31,138 | 358.00 | 0.13% | 0.05% | 0.07% | 0.04% | 0.40 | 68.9% |
| 8/14/2018 | 9:43 | 26,611 | 356.84 | -0.33% | 0.00% | -0.01% | -0.33% | -3.60 | 0.0% |
| 8/14/2018 | 9:44 | 21,787 | 356.14 | -0.19% | -0.04% | 0.03% | -0.13% | -1.41 | 16.0% |
| 8/14/2018 | 9:45 | 33,844 | 357.00 | 0.24% | 0.00% | 0.08% | 0.24% | 2.64 | 0.9% |
| 8/14/2018 | 9:46 | 18,257 | 357.52 | 0.14% | 0.00% | 0.04% | 0.14% | 1.52 | 12.9% |
| 8/14/2018 | 9:47 | 12,023 | 357.40 | -0.03% | 0.01% | 0.03% | -0.04% | -0.47 | 64.1% |
| 8/14/2018 | 9:48 | 15,251 | 357.26 | -0.04% | -0.02% | -0.03% | -0.01% | -0.13 | 89.5% |
| 8/14/2018 | 9:49 | 23,628 | 356.03 | -0.34% | -0.14% | -0.12% | -0.10% | -1.09 | 27.6% |
| 8/14/2018 | 9:50 | 26,274 | 355.52 | -0.14% | -0.03% | -0.06% | -0.10% | -1.05 | 29.5% |
| 8/14/2018 | 9:51 | 14,713 | 355.53 | 0.00% | -0.02% | -0.04% | 0.04% | 0.39 | 69.3% |
| 8/14/2018 | 9:52 | 36,922 | 355.52 | 0.00% | -0.02% | 0.04% | 0.04% | 0.42 | 67.6% |
| 8/14/2018 | 9:53 | 16,668 | 356.04 | 0.15% | 0.00% | 0.01% | 0.15% | 1.64 | 10.1% |
| 8/14/2018 | 9:54 | 17,558 | 355.60 | -0.12% | 0.05% | 0.11% | -0.20% | -2.23 | 2.6% |
| 8/14/2018 | 9:55 | 10,697 | 355.72 | 0.03% | 0.01% | -0.02% | 0.02% | 0.20 | 84.2% |
| 8/14/2018 | 9:56 | 18,213 | 356.00 | 0.08% | 0.00% | -0.07% | 0.09% | 0.95 | 34.4% |
| 8/14/2018 | 9:57 | 6,076 | 355.74 | -0.07% | -0.02% | 0.06% | -0.03% | -0.34 | 73.4% |
| 8/14/2018 | 9:58 | 17,453 | 356.11 | 0.10% | 0.06% | 0.04% | 0.00% | -0.04 | 97.1% |
| 8/14/2018 | 9:59 | 28,059 | 355.22 | -0.25% | -0.03% | 0.01% | -0.20% | -2.18 | 3.0% |
| 8/14/2018 | 10:00 | 31,345 | 355.10 | -0.03% | -0.06% | -0.08% | 0.08% | 0.87 | 38.7% |
| 8/14/2018 | 10:01 | 73,771 | 354.39 | -0.20% | 0.03% | 0.02% | -0.25% | -2.75 | 0.6% |
| 8/14/2018 | 10:02 | 25,619 | 354.21 | -0.05% | 0.01% | -0.02% | -0.08% | -0.82 | 41.3% |
| 8/14/2018 | 10:03 | 31,193 | 353.77 | -0.13% | -0.01% | -0.04% | -0.11% | -1.22 | 22.4% |
| 8/14/2018 | 10:04 | 30,781 | 352.52 | -0.35% | -0.12% | -0.09% | -0.13% | -1.46 | 14.5% |
| 8/14/2018 | 10:05 | 35,199 | 352.71 | 0.05% | -0.03% | -0.02% | 0.10% | 1.12 | 26.2% |
| 8/14/2018 | 10:06 | 28,129 | 353.60 | 0.25% | 0.08% | 0.02% | 0.10% | 1.09 | 27.5% |
| 8/14/2018 | 10:07 | 21,985 | 353.07 | -0.15% | 0.00% | -0.01% | -0.15% | -1.60 | 11.0% |
| 8/14/2018 | 10:08 | 25,342 | 353.30 | 0.07% | 0.01% | 0.09% | 0.06% | 0.60 | 54.7% |
| 8/14/2018 | 10:09 | 16,114 | 353.84 | 0.15% | 0.02% | 0.01% | 0.11% | 1.23 | 21.9% |
| 8/14/2018 | 10:10 | 14,508 | 353.25 | -0.17% | -0.02% | 0.02% | -0.13% | -1.41 | 15.9% |
| 8/14/2018 | 10:11 | 8,277 | 353.46 | 0.06% | 0.08% | 0.06% | -0.09% | -0.99 | 32.4% |
| 8/14/2018 | 10:12 | 14,071 | 353.32 | -0.04% | 0.03% | -0.02% | -0.09% | -0.95 | 34.4% |
| 8/14/2018 | 10:13 | 23,022 | 353.21 | -0.03% | 0.00% | 0.01% | -0.03% | -0.31 | 75.6% |
| 8/14/2018 | 10:14 | 6,985 | 353.26 | 0.01% | 0.03% | 0.02% | -0.04% | -0.41 | 68.2% |
| 8/14/2018 | 10:15 | 10,119 | 352.98 | -0.08% | -0.01% | -0.06% | -0.06% | -0.66 | 51.2% |
| 8/14/2018 | 10:16 | 11,388 | 352.73 | -0.07% | 0.02% | -0.04% | -0.11% | -1.24 | 21.5% |
| 8/14/2018 | 10:17 | 9,485 | 352.87 | 0.04% | -0.01% | -0.04% | 0.06% | 0.68 | 49.6% |
| 8/14/2018 | 10:18 | 7,682 | 353.20 | 0.09% | -0.01% | 0.00% | 0.11% | 1.15 | 24.9% |
| 8/14/2018 | 10:19 | 10,874 | 352.94 | -0.07% | 0.02% | -0.02% | -0.12% | -1.28 | 20.3% |
| 8/14/2018 | 10:20 | 17,165 | 352.41 | -0.15% | 0.04% | 0.12% | -0.23% | -2.49 | 1.3% |
| 8/14/2018 | 10:21 | 16,190 | 352.51 | 0.03% | 0.01% | -0.02% | 0.01% | 0.15 | 88.0% |
| 8/14/2018 | 10:22 | 23,161 | 351.69 | -0.23% | -0.03% | 0.07% | -0.18% | -1.93 | 5.5% |
| 8/14/2018 | 10:23 | 22,765 | 351.75 | 0.02% | 0.02% | 0.00% | -0.02% | -0.19 | 84.9% |
| 8/14/2018 | 10:24 | 12,368 | 351.74 | 0.00% | -0.02% | -0.06% | 0.04% | 0.39 | 70.0% |
| 8/14/2018 | 10:25 | 11,620 | 352.85 | 0.32% | 0.02% | -0.01% | 0.27% | 3.00 | 0.3% |
| 8/14/2018 | 10:26 | 15,925 | 353.05 | 0.06% | 0.01% | 0.06% | 0.03% | 0.36 | 71.9% |
| 8/14/2018 | 10:27 | 11,240 | 352.88 | -0.05% | -0.01% | -0.05% | -0.04% | -0.42 | 67.5% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/14/2018 | 10:28 | 12,533 | 352.34 | -0.15% | 0.02% | 0.06% | -0.20% | -2.14 | 3.3% |
| 8/14/2018 | 10:29 | 5,940 | 352.45 | 0.03% | -0.01% | -0.07% | 0.05% | 0.59 | 55.3% |
| 8/14/2018 | 10:30 | 3,373 | 352.93 | 0.14% | -0.01% | -0.02% | 0.15% | 1.61 | 10.9% |
| 8/14/2018 | 10:31 | 10,071 | 353.05 | 0.03% | 0.02% | 0.03% | 0.00% | -0.04 | 97.1% |
| 8/14/2018 | 10:32 | 7,687 | 353.35 | 0.09% | 0.01% | -0.05% | 0.07% | 0.74 | 46.0% |
| 8/14/2018 | 10:33 | 5,500 | 352.97 | -0.11% | 0.02% | -0.09% | -0.14% | -1.53 | 12.8% |
| 8/14/2018 | 10:34 | 21,661 | 354.11 | 0.32% | 0.03% | 0.03% | 0.26% | 2.84 | 0.5% |
| 8/14/2018 | 10:35 | 14,737 | 353.46 | -0.18% | 0.04% | -0.02% | -0.25% | -2.73 | 0.7% |
| 8/14/2018 | 10:36 | 5,293 | 353.71 | 0.07% | 0.04% | 0.02% | 0.00% | -0.05 | 95.8% |
| 8/14/2018 | 10:37 | 10,840 | 353.52 | -0.05% | 0.02% | 0.01% | -0.09% | -1.02 | 30.6% |
| 8/14/2018 | 10:38 | 17,314 | 353.15 | -0.10% | 0.01% | -0.01% | -0.12% | -1.28 | 20.1% |
| 8/14/2018 | 10:39 | 7,549 | 353.00 | -0.04% | -0.03% | 0.00% | 0.01% | 0.14 | 88.8% |
| 8/14/2018 | 10:40 | 2,650 | 353.71 | 0.20% | -0.01% | -0.03% | 0.22% | 2.35 | 1.9% |
| 8/14/2018 | 10:41 | 21,918 | 354.12 | 0.12% | 0.01% | 0.06% | 0.10% | 1.14 | 25.7% |
| 8/14/2018 | 10:42 | 19,974 | 354.00 | -0.03% | 0.01% | 0.02% | -0.05% | -0.52 | 60.6% |
| 8/14/2018 | 10:43 | 7,860 | 354.08 | 0.02% | 0.01% | 0.05% | 0.01% | 0.11 | 91.2% |
| 8/14/2018 | 10:44 | 5,651 | 354.31 | 0.06% | 0.00% | 0.09% | 0.06% | 0.63 | 53.0% |
| 8/14/2018 | 10:45 | 32,263 | 354.55 | 0.07% | 0.03% | -0.07% | 0.01% | 0.10 | 92.2% |
| 8/14/2018 | 10:46 | 15,668 | 354.24 | -0.09% | 0.00% | 0.00% | -0.09% | -0.95 | 34.4% |
| 8/14/2018 | 10:47 | 7,706 | 354.47 | 0.06% | -0.01% | 0.03% | 0.09% | 0.99 | 32.1% |
| 8/14/2018 | 10:48 | 26,382 | 353.83 | -0.18% | 0.03% | 0.01% | -0.23% | -2.49 | 1.3% |
| 8/14/2018 | 10:49 | 16,699 | 354.00 | 0.05% | 0.01% | 0.04% | 0.02% | 0.26 | 79.5% |
| 8/14/2018 | 10:50 | 4,150 | 353.77 | -0.06% | 0.00% | -0.06% | -0.07% | -0.74 | 46.2% |
| 8/14/2018 | 10:51 | 17,704 | 353.83 | 0.02% | 0.02% | 0.05% | -0.02% | -0.23 | 81.7% |
| 8/14/2018 | 10:52 | 3,844 | 353.77 | -0.02% | 0.02% | 0.02% | -0.05% | -0.60 | 55.1% |
| 8/14/2018 | 10:53 | 6,409 | 354.06 | 0.08% | 0.01% | 0.02% | 0.06% | 0.63 | 53.1% |
| 8/14/2018 | 10:54 | 6,481 | 354.05 | 0.00% | 0.05% | 0.06% | -0.08% | -0.90 | 36.8% |
| 8/14/2018 | 10:55 | 4,748 | 354.00 | -0.02% | -0.01% | 0.03% | 0.01% | 0.08 | 94.0% |
| 8/14/2018 | 10:56 | 7,908 | 353.38 | -0.17% | -0.04% | -0.02% | -0.10% | -1.05 | 29.2% |
| 8/14/2018 | 10:57 | 10,049 | 353.50 | 0.03% | -0.02% | -0.02% | 0.06% | 0.67 | 50.2% |
| 8/14/2018 | 10:58 | 7,600 | 353.88 | 0.11% | 0.03% | 0.01% | 0.05% | 0.58 | 56.2% |
| 8/14/2018 | 10:59 | 5,098 | 353.72 | -0.04% | -0.01% | -0.07% | -0.03% | -0.34 | 73.5% |
| 8/14/2018 | 11:00 | 3,955 | 353.90 | 0.05% | 0.01% | -0.01% | 0.03% | 0.36 | 71.7% |
| 8/14/2018 | 11:01 | 5,390 | 353.50 | -0.11% | 0.00% | 0.04% | -0.11% | -1.17 | 24.2% |
| 8/14/2018 | 11:02 | 3,120 | 353.48 | -0.01% | 0.00% | -0.01% | -0.01% | -0.10 | 92.2% |
| 8/14/2018 | 11:03 | 3,700 | 353.59 | 0.03% | 0.02% | 0.02% | -0.01% | -0.12 | 90.3% |
| 8/14/2018 | 11:04 | 6,094 | 353.61 | 0.01% | 0.00% | 0.01% | 0.01% | 0.08 | 93.6% |
| 8/14/2018 | 11:05 | 3,139 | 353.99 | 0.11% | 0.02% | 0.00% | 0.07% | 0.80 | 42.7% |
| 8/14/2018 | 11:06 | 1,341 | 353.77 | -0.06% | 0.00% | 0.02% | -0.07% | -0.72 | 47.0% |
| 8/14/2018 | 11:07 | 7,909 | 353.97 | 0.06% | 0.02% | 0.00% | 0.02% | 0.17 | 86.3% |
| 8/14/2018 | 11:08 | 9,328 | 353.69 | -0.08% | -0.05% | 0.00% | 0.00% | 0.05 | 96.2% |
| 8/14/2018 | 11:09 | 13,611 | 354.62 | 0.26% | 0.00% | -0.02% | 0.26% | 2.78 | 0.6% |
| 8/14/2018 | 11:10 | 14,612 | 354.70 | 0.02% | 0.00% | 0.00% | 0.02% | 0.18 | 85.9% |
| 8/14/2018 | 11:11 | 18,892 | 354.56 | -0.04% | 0.00% | 0.02% | -0.03% | -0.35 | 72.6% |
| 8/14/2018 | 11:12 | 12,543 | 355.20 | 0.18% | 0.01% | -0.03% | 0.17% | 1.86 | 6.4% |
| 8/14/2018 | 11:13 | 23,446 | 355.55 | 0.10% | 0.01% | 0.05% | 0.08% | 0.90 | 37.0% |
| 8/14/2018 | 11:14 | 6,772 | 355.52 | -0.01% | 0.01% | 0.02% | -0.03% | -0.34 | 73.8% |
| 8/14/2018 | 11:15 | 20,083 | 355.80 | 0.08% | 0.02% | 0.00% | 0.05% | 0.55 | 58.4% |
| 8/14/2018 | 11:16 | 8,203 | 355.60 | -0.06% | -0.04% | -0.03% | 0.02% | 0.17 | 86.4% |
| 8/14/2018 | 11:17 | 7,713 | 355.32 | -0.08% | 0.00% | -0.03% | -0.08% | -0.86 | 39.1% |
| 8/14/2018 | 11:18 | 10,210 | 355.26 | -0.02% | -0.03% | -0.05% | 0.03% | 0.32 | 75.0% |
| 8/14/2018 | 11:19 | 18,209 | 355.01 | -0.07% | -0.05% | -0.09% | 0.03% | 0.29 | 77.2% |
| 8/14/2018 | 11:20 | 4,399 | 355.55 | 0.15% | 0.03% | -0.02% | 0.09% | 0.97 | 33.1% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| Date | Interval Start | Volume | Tesla Price | Tesla Return | Market Return | Industry Return | Abnormal Return | t-stat | p-value |
| 8/14/2018 | 11:21 | 26,771 | 356.20 | 0.18% | 0.03% | 0.09% | 0.12% | 1.33 | 18.4% |
| 8/14/2018 | 11:22 | 14,197 | 356.38 | 0.05% | 0.00% | -0.06% | 0.04% | 0.47 | 63.9% |
| 8/14/2018 | 11:23 | 11,900 | 356.08 | -0.08% | 0.02% | -0.03% | -0.12% | -1.28 | 20.2% |
| 8/14/2018 | 11:24 | 11,747 | 356.17 | 0.03% | 0.00% | 0.06% | 0.02% | 0.22 | 82.7% |
| 8/14/2018 | 11:25 | 13,617 | 356.64 | 0.13% | 0.00% | 0.00% | 0.12% | 1.35 | 17.7% |
| 8/14/2018 | 11:26 | 22,897 | 356.66 | 0.01% | 0.01% | 0.01% | 0.00% | -0.04 | 97.0% |
| 8/14/2018 | 11:27 | 12,092 | 356.46 | -0.06% | -0.02% | 0.00% | -0.03% | -0.27 | 78.4% |
| 8/14/2018 | 11:28 | 16,140 | 356.67 | 0.06% | 0.04% | 0.01% | -0.01% | -0.11 | 91.2% |
| 8/14/2018 | 11:29 | 8,542 | 356.50 | -0.05% | -0.04% | -0.04% | 0.01% | 0.16 | 87.3% |
| 8/14/2018 | 11:30 | 6,674 | 356.33 | -0.05% | -0.01% | 0.06% | -0.03% | -0.36 | 71.7% |
| 8/14/2018 | 11:31 | 8,440 | 356.05 | -0.08% | -0.03% | -0.06% | -0.02% | -0.25 | 80.5% |
| 8/14/2018 | 11:32 | 8,061 | 355.63 | -0.12% | -0.03% | -0.09% | -0.06% | -0.67 | 50.4% |
| 8/14/2018 | 11:33 | 4,680 | 355.81 | 0.05% | 0.02% | 0.04% | 0.02% | 0.27 | 78.6% |
| 8/14/2018 | 11:34 | 2,792 | 356.18 | 0.10% | -0.02% | -0.03% | 0.14% | 1.53 | 12.6% |
| 8/14/2018 | 11:35 | 7,683 | 356.24 | 0.02% | 0.02% | 0.05% | -0.01% | -0.16 | 87.7% |
| 8/14/2018 | 11:36 | 15,113 | 356.33 | 0.02% | 0.00% | 0.01% | 0.02% | 0.25 | 80.6% |
| 8/14/2018 | 11:37 | 9,907 | 356.38 | 0.02% | -0.01% | -0.02% | 0.03% | 0.30 | 76.6% |
| 8/14/2018 | 11:38 | 9,850 | 356.23 | -0.04% | 0.01% | -0.01% | -0.06% | -0.64 | 52.0% |
| 8/14/2018 | 11:39 | 8,556 | 356.26 | 0.01% | -0.01% | 0.02% | 0.02% | 0.20 | 84.3% |
| 8/14/2018 | 11:40 | 4,543 | 356.24 | 0.00% | 0.01% | 0.05% | -0.03% | -0.34 | 73.5% |
| 8/14/2018 | 11:41 | 15,403 | 356.34 | 0.03% | 0.02% | 0.05% | -0.01% | -0.09 | 92.9% |
| 8/14/2018 | 11:42 | 13,223 | 356.09 | -0.07% | 0.01% | -0.02% | -0.09% | -0.95 | 34.3% |
| 8/14/2018 | 11:43 | 13,000 | 356.34 | 0.07% | 0.00% | -0.01% | 0.06% | 0.67 | 50.3% |
| 8/14/2018 | 11:44 | 1,500 | 356.39 | 0.01% | -0.01% | -0.02% | 0.03% | 0.28 | 77.6% |
| 8/14/2018 | 11:45 | 7,256 | 356.77 | 0.11% | -0.01% | 0.00% | 0.12% | 1.33 | 18.6% |
| 8/14/2018 | 11:46 | 5,581 | 356.55 | -0.06% | -0.03% | 0.02% | 0.00% | -0.02 | 98.1% |
| 8/14/2018 | 11:47 | 4,703 | 356.73 | 0.05% | 0.02% | 0.02% | 0.02% | 0.20 | 84.5% |
| 8/14/2018 | 11:48 | 21,674 | 357.29 | 0.16% | 0.07% | 0.02% | 0.02% | 0.27 | 79.0% |
| 8/14/2018 | 11:49 | 21,436 | 357.64 | 0.10% | 0.04% | 0.00% | 0.03% | 0.28 | 77.7% |
| 8/14/2018 | 11:50 | 16,672 | 357.67 | 0.01% | 0.00% | 0.00% | 0.02% | 0.19 | 85.1% |
| 8/14/2018 | 11:51 | 12,283 | 357.48 | -0.05% | -0.01% | -0.02% | -0.03% | -0.34 | 73.7% |
| 8/14/2018 | 11:52 | 14,613 | 357.37 | -0.03% | -0.01% | -0.01% | -0.02% | -0.18 | 85.7% |
| 8/14/2018 | 11:53 | 6,875 | 357.50 | 0.04% | 0.00% | 0.00% | 0.04% | 0.45 | 65.4% |
| 8/14/2018 | 11:54 | 8,038 | 357.57 | 0.02% | -0.05% | -0.03% | 0.11% | 1.15 | 25.0% |
| 8/14/2018 | 11:55 | 13,957 | 357.34 | -0.06% | -0.04% | -0.07% | 0.02% | 0.17 | 86.7% |
| 8/14/2018 | 11:56 | 12,696 | 357.14 | -0.06% | -0.01% | 0.00% | -0.04% | -0.40 | 69.1% |
| 8/14/2018 | 11:57 | 8,978 | 357.53 | 0.11% | 0.02% | 0.04% | 0.08% | 0.91 | 36.2% |
| 8/14/2018 | 11:58 | 31,008 | 357.95 | 0.12% | 0.01% | 0.03% | 0.10% | 1.07 | 28.5% |
| 8/14/2018 | 11:59 | 25,614 | 357.41 | -0.15% | 0.00% | -0.05% | -0.15% | -1.66 | 9.7% |
| 8/14/2018 | 12:00 | 15,470 | 357.60 | 0.05% | 0.03% | 0.05% | 0.00% | -0.04 | 96.7% |
| 8/14/2018 | 12:01 | 8,516 | 357.16 | -0.12% | 0.01% | 0.03% | -0.13% | -1.45 | 14.7% |
| 8/14/2018 | 12:02 | 4,329 | 357.07 | -0.03% | -0.01% | 0.01% | -0.01% | -0.15 | 87.9% |
| 8/14/2018 | 12:03 | 10,622 | 357.16 | 0.02% | 0.01% | 0.02% | 0.01% | 0.09 | 93.0% |
| 8/14/2018 | 12:04 | 5,286 | 357.11 | -0.02% | 0.01% | 0.00% | -0.03% | -0.36 | 71.5% |
| 8/14/2018 | 12:05 | 6,130 | 357.30 | 0.05% | 0.02% | 0.02% | 0.02% | 0.22 | 82.5% |
| 8/14/2018 | 12:06 | 3,798 | 356.96 | -0.10% | 0.00% | 0.00% | -0.10% | -1.10 | 27.2% |
| 8/14/2018 | 12:07 | 8,627 | 357.24 | 0.08% | 0.02% | 0.02% | 0.05% | 0.55 | 58.1% |
| 8/14/2018 | 12:08 | 2,564 | 357.14 | -0.03% | -0.02% | -0.05% | 0.01% | 0.08 | 93.8% |
| 8/14/2018 | 12:09 | 1,200 | 357.14 | 0.00% | -0.01% | 0.00% | 0.02% | 0.26 | 79.4% |
| 8/14/2018 | 12:10 | 5,533 | 356.95 | -0.05% | 0.00% | -0.05% | -0.05% | -0.58 | 56.0% |
| 8/14/2018 | 12:11 | 11,814 | 356.99 | 0.01% | 0.00% | -0.06% | 0.02% | 0.23 | 82.1% |
| 8/14/2018 | 12:12 | 2,287 | 357.20 | 0.06% | 0.01% | 0.02% | 0.05% | 0.49 | 62.2% |
| 8/14/2018 | 12:13 | 2,587 | 357.25 | 0.01% | 0.00% | 0.01% | 0.01% | 0.12 | 90.1% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/14/2018 | 12:14 | 1,481 | 357.25 | 0.00% | -0.01% | 0.01% | 0.02% | 0.19 | 84.7% |
| 8/14/2018 | 12:15 | 5,118 | 357.22 | -0.01% | 0.03% | 0.04% | -0.06% | -0.62 | 53.4% |
| 8/14/2018 | 12:16 | 6,337 | 357.26 | 0.01% | -0.01% | -0.01% | 0.02% | 0.26 | 79.2% |
| 8/14/2018 | 12:17 | 7,194 | 356.83 | -0.12% | 0.01% | 0.01% | -0.13% | -1.46 | 14.6% |
| 8/14/2018 | 12:18 | 20,248 | 356.17 | -0.19% | 0.02% | -0.01% | -0.22% | -2.39 | 1.7% |
| 8/14/2018 | 12:19 | 35,625 | 356.32 | 0.04% | 0.00% | -0.02% | 0.04% | 0.41 | 68.3% |
| 8/14/2018 | 12:20 | 10,583 | 356.15 | -0.05% | -0.01% | -0.04% | -0.02% | -0.26 | 79.8% |
| 8/14/2018 | 12:21 | 7,642 | 356.30 | 0.04% | -0.02% | 0.01% | 0.08% | 0.88 | 38.0% |
| 8/14/2018 | 12:22 | 12,485 | 356.33 | 0.01% | 0.03% | 0.06% | -0.04% | -0.47 | 64.2% |
| 8/14/2018 | 12:23 | 7,774 | 356.22 | -0.03% | -0.01% | -0.03% | 0.00% | -0.04 | 96.6% |
| 8/14/2018 | 12:24 | 2,700 | 356.26 | 0.01% | 0.02% | 0.02% | -0.02% | -0.19 | 84.7% |
| 8/14/2018 | 12:25 | 6,926 | 356.09 | -0.05% | 0.01% | -0.01% | -0.07% | -0.81 | 41.9% |
| 8/14/2018 | 12:26 | 2,700 | 356.17 | 0.02% | 0.02% | 0.00% | -0.02% | -0.20 | 84.5% |
| 8/14/2018 | 12:27 | 7,290 | 356.65 | 0.13% | 0.01% | 0.00% | 0.11% | 1.21 | 22.7% |
| 8/14/2018 | 12:28 | 4,733 | 356.58 | -0.02% | 0.01% | -0.03% | -0.03% | -0.31 | 75.6% |
| 8/14/2018 | 12:29 | 5,870 | 356.82 | 0.06% | 0.02% | 0.01% | 0.04% | 0.41 | 68.4% |
| 8/14/2018 | 12:30 | 1,719 | 356.67 | -0.04% | -0.01% | -0.02% | -0.03% | -0.31 | 75.8% |
| 8/14/2018 | 12:31 | 700 | 356.55 | -0.04% | 0.00% | 0.02% | -0.03% | -0.35 | 72.7% |
| 8/14/2018 | 12:32 | 3,800 | 356.33 | -0.06% | -0.01% | -0.03% | -0.04% | -0.42 | 67.3% |
| 8/14/2018 | 12:33 | 6,339 | 355.95 | -0.11% | 0.00% | 0.01% | -0.11% | -1.21 | 22.9% |
| 8/14/2018 | 12:34 | 12,905 | 355.90 | -0.01% | -0.02% | -0.02% | 0.02% | 0.26 | 79.7% |
| 8/14/2018 | 12:35 | 8,139 | 356.30 | 0.11% | 0.01% | 0.02% | 0.10% | 1.10 | 27.1% |
| 8/14/2018 | 12:36 | 2,594 | 356.39 | 0.03% | 0.02% | 0.00% | -0.01% | -0.11 | 91.6% |
| 8/14/2018 | 12:37 | 5,750 | 356.61 | 0.06% | 0.00% | 0.07% | 0.06% | 0.62 | 53.7% |
| 8/14/2018 | 12:38 | 1,594 | 356.40 | -0.06% | -0.01% | -0.02% | -0.05% | -0.52 | 60.3% |
| 8/14/2018 | 12:39 | 2,499 | 356.50 | 0.03% | 0.00% | -0.01% | 0.02% | 0.24 | 80.7% |
| 8/14/2018 | 12:40 | 5,334 | 356.36 | -0.04% | 0.00% | -0.01% | -0.04% | -0.41 | 67.9% |
| 8/14/2018 | 12:41 | 3,252 | 356.24 | -0.03% | 0.01% | 0.02% | -0.04% | -0.47 | 63.6% |
| 8/14/2018 | 12:42 | 3,496 | 356.26 | 0.01% | 0.02% | -0.01% | -0.02% | -0.24 | 80.7% |
| 8/14/2018 | 12:43 | 2,578 | 356.35 | 0.02% | 0.00% | -0.03% | 0.03% | 0.30 | 76.3% |
| 8/14/2018 | 12:44 | 900 | 356.20 | -0.04% | -0.02% | 0.00% | -0.01% | -0.15 | 87.8% |
| 8/14/2018 | 12:45 | 2,224 | 356.39 | 0.05% | 0.02% | 0.02% | 0.02% | 0.25 | 80.1% |
| 8/14/2018 | 12:46 | 2,588 | 356.45 | 0.02% | -0.01% | -0.04% | 0.04% | 0.40 | 69.1% |
| 8/14/2018 | 12:47 | 1,661 | 356.50 | 0.01% | -0.02% | -0.04% | 0.05% | 0.52 | 60.1% |
| 8/14/2018 | 12:48 | 749 | 356.43 | -0.02% | -0.01% | -0.01% | -0.01% | -0.06 | 95.3% |
| 8/14/2018 | 12:49 | 1,750 | 356.52 | 0.03% | 0.00% | 0.00% | 0.03% | 0.33 | 74.1% |
| 8/14/2018 | 12:50 | 7,686 | 356.75 | 0.06% | -0.01% | 0.04% | 0.09% | 0.96 | 33.9% |
| 8/14/2018 | 12:51 | 2,170 | 356.76 | 0.00% | -0.01% | 0.00% | 0.01% | 0.15 | 88.3% |
| 8/14/2018 | 12:52 | 6,651 | 356.47 | -0.08% | 0.00% | 0.00% | -0.09% | -0.97 | 33.0% |
| 8/14/2018 | 12:53 | 74,360 | 355.00 | -0.41% | -0.05% | -0.02% | -0.32% | -3.49 | 0.1% |
| 8/14/2018 | 12:54 | 30,806 | 355.32 | 0.09% | -0.05% | -0.04% | 0.17% | 1.87 | 6.2% |
| 8/14/2018 | 12:55 | 25,707 | 355.20 | -0.03% | 0.02% | 0.03% | -0.08% | -0.83 | 40.9% |
| 8/14/2018 | 12:56 | 9,195 | 355.04 | -0.05% | 0.01% | -0.01% | -0.06% | -0.67 | 50.6% |
| 8/14/2018 | 12:57 | 13,488 | 354.93 | -0.03% | 0.00% | -0.01% | -0.03% | -0.28 | 77.8% |
| 8/14/2018 | 12:58 | 28,593 | 354.45 | -0.14% | -0.01% | -0.01% | -0.12% | -1.32 | 18.8% |
| 8/14/2018 | 12:59 | 7,777 | 354.68 | 0.06% | -0.01% | -0.06% | 0.08% | 0.88 | 38.1% |
| 8/14/2018 | 13:00 | 5,691 | 354.66 | 0.00% | 0.02% | 0.03% | -0.04% | -0.46 | 64.8% |
| 8/14/2018 | 13:01 | 4,962 | 354.77 | 0.03% | 0.02% | 0.01% | 0.00% | -0.03 | 97.9% |
| 8/14/2018 | 13:02 | 3,848 | 354.64 | -0.04% | 0.01% | 0.05% | -0.06% | -0.62 | 53.4% |
| 8/14/2018 | 13:03 | 4,138 | 354.86 | 0.06% | 0.00% | 0.04% | 0.05% | 0.59 | 55.5% |
| 8/14/2018 | 13:04 | 1,600 | 354.92 | 0.02% | 0.00% | 0.00% | 0.01% | 0.15 | 87.8% |
| 8/14/2018 | 13:05 | 10,288 | 354.96 | 0.01% | -0.01% | -0.01% | 0.04% | 0.40 | 68.7% |
| 8/14/2018 | 13:06 | 7,340 | 354.65 | -0.09% | -0.02% | -0.04% | -0.06% | -0.61 | 53.9% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/14/2018 | 13:07 | 2,600 | 354.64 | 0.00% | -0.01% | 0.04% | 0.01% | 0.08 | 93.5% |
| 8/14/2018 | 13:08 | 8,476 | 354.89 | 0.07% | -0.01% | -0.02% | 0.09% | 0.96 | 33.7% |
| 8/14/2018 | 13:09 | 5,282 | 354.82 | -0.02% | 0.02% | 0.02% | -0.05% | -0.56 | 57.9% |
| 8/14/2018 | 13:10 | 10,709 | 354.86 | 0.01% | 0.01% | 0.00% | 0.00% | -0.03 | 97.7% |
| 8/14/2018 | 13:11 | 10,326 | 354.80 | -0.02% | 0.00% | -0.01% | -0.01% | -0.13 | 89.5% |
| 8/14/2018 | 13:12 | 4,722 | 354.69 | -0.03% | 0.01% | 0.00% | -0.04% | -0.46 | 64.6% |
| 8/14/2018 | 13:13 | 7,576 | 354.85 | 0.05% | -0.01% | 0.01% | 0.07% | 0.77 | 44.3% |
| 8/14/2018 | 13:14 | 10,814 | 354.58 | -0.08% | -0.01% | -0.03% | -0.06% | -0.71 | 48.0% |
| 8/14/2018 | 13:15 | 3,809 | 354.73 | 0.04% | 0.01% | 0.01% | 0.02% | 0.21 | 83.4% |
| 8/14/2018 | 13:16 | 6,509 | 354.62 | -0.03% | -0.01% | -0.01% | -0.02% | -0.21 | 83.2% |
| 8/14/2018 | 13:17 | 15,749 | 354.42 | -0.06% | 0.00% | -0.02% | -0.06% | -0.64 | 52.6% |
| 8/14/2018 | 13:18 | 20,866 | 354.00 | -0.12% | -0.01% | -0.03% | -0.11% | -1.15 | 25.1% |
| 8/14/2018 | 13:19 | 15,531 | 353.64 | -0.10% | -0.01% | 0.04% | -0.09% | -0.98 | 32.6% |
| 8/14/2018 | 13:20 | 7,420 | 353.85 | 0.06% | 0.00% | 0.00% | 0.06% | 0.62 | 53.5% |
| 8/14/2018 | 13:21 | 10,320 | 353.50 | -0.10% | -0.02% | -0.01% | -0.07% | -0.76 | 44.5% |
| 8/14/2018 | 13:22 | 6,209 | 353.49 | 0.00% | -0.01% | -0.01% | 0.01% | 0.09 | 92.6% |
| 8/14/2018 | 13:23 | 6,848 | 353.25 | -0.07% | -0.03% | -0.01% | -0.02% | -0.22 | 82.5% |
| 8/14/2018 | 13:24 | 6,810 | 353.60 | 0.10% | 0.03% | 0.03% | 0.05% | 0.50 | 62.0% |
| 8/14/2018 | 13:25 | 17,900 | 353.11 | -0.14% | -0.01% | -0.02% | -0.12% | -1.36 | 17.6% |
| 8/14/2018 | 13:26 | 15,605 | 353.23 | 0.03% | -0.04% | -0.05% | 0.11% | 1.18 | 23.8% |
| 8/14/2018 | 13:27 | 7,456 | 353.29 | 0.02% | -0.01% | 0.00% | 0.03% | 0.35 | 72.7% |
| 8/14/2018 | 13:28 | 3,801 | 353.70 | 0.11% | 0.02% | 0.04% | 0.07% | 0.80 | 42.2% |
| 8/14/2018 | 13:29 | 3,216 | 353.65 | -0.01% | 0.01% | -0.02% | -0.02% | -0.26 | 79.5% |
| 8/14/2018 | 13:30 | 7,980 | 353.50 | -0.04% | 0.00% | -0.02% | -0.05% | -0.49 | 62.2% |
| 8/14/2018 | 13:31 | 16,333 | 353.11 | -0.11% | -0.01% | 0.01% | -0.09% | -0.98 | 32.9% |
| 8/14/2018 | 13:32 | 36,818 | 352.37 | -0.21% | 0.01% | -0.01% | -0.23% | -2.50 | 1.3% |
| 8/14/2018 | 13:33 | 16,013 | 352.81 | 0.12% | 0.02% | -0.01% | 0.08% | 0.92 | 35.8% |
| 8/14/2018 | 13:34 | 6,540 | 353.06 | 0.07% | 0.01% | -0.01% | 0.06% | 0.63 | 52.9% |
| 8/14/2018 | 13:35 | 8,298 | 353.08 | 0.01% | 0.02% | 0.05% | -0.02% | -0.23 | 82.0% |
| 8/14/2018 | 13:36 | 5,654 | 353.14 | 0.02% | 0.00% | -0.02% | 0.02% | 0.22 | 82.9% |
| 8/14/2018 | 13:37 | 6,485 | 353.59 | 0.13% | 0.00% | -0.01% | 0.13% | 1.40 | 16.3% |
| 8/14/2018 | 13:38 | 17,485 | 353.86 | 0.08% | 0.00% | -0.02% | 0.07% | 0.73 | 46.4% |
| 8/14/2018 | 13:39 | 5,143 | 353.89 | 0.01% | 0.00% | 0.02% | 0.01% | 0.10 | 91.9% |
| 8/14/2018 | 13:40 | 17,674 | 353.99 | 0.03% | 0.01% | 0.00% | 0.01% | 0.07 | 94.3% |
| 8/14/2018 | 13:41 | 26,182 | 354.34 | 0.10% | 0.00% | 0.00% | 0.09% | 0.98 | 32.6% |
| 8/14/2018 | 13:42 | 3,580 | 353.72 | -0.17% | -0.03% | 0.03% | -0.12% | -1.36 | 17.4% |
| 8/14/2018 | 13:43 | 8,040 | 354.00 | 0.08% | 0.01% | -0.03% | 0.06% | 0.64 | 52.3% |
| 8/14/2018 | 13:44 | 10,478 | 353.48 | -0.15% | 0.00% | -0.05% | -0.15% | -1.60 | 11.1% |
| 8/14/2018 | 13:45 | 36,196 | 353.36 | -0.03% | 0.00% | -0.02% | -0.04% | -0.40 | 68.9% |
| 8/14/2018 | 13:46 | 2,639 | 353.50 | 0.04% | 0.02% | 0.01% | 0.00% | 0.03 | 97.6% |
| 8/14/2018 | 13:47 | 6,489 | 353.26 | -0.07% | 0.00% | -0.04% | -0.06% | -0.71 | 48.0% |
| 8/14/2018 | 13:48 | 1,398 | 353.28 | 0.01% | -0.01% | -0.01% | 0.02% | 0.21 | 83.3% |
| 8/14/2018 | 13:49 | 8,682 | 353.00 | -0.08% | 0.00% | -0.04% | -0.08% | -0.87 | 38.2% |
| 8/14/2018 | 13:50 | 5,028 | 353.45 | 0.13% | -0.02% | -0.01% | 0.16% | 1.73 | 8.4% |
| 8/14/2018 | 13:51 | 2,431 | 353.28 | -0.05% | -0.01% | -0.01% | -0.04% | -0.39 | 69.8% |
| 8/14/2018 | 13:52 | 1,450 | 353.28 | 0.00% | 0.00% | -0.05% | 0.00% | 0.00 | 100.0% |
| 8/14/2018 | 13:53 | 2,900 | 353.65 | 0.10% | 0.00% | -0.03% | 0.11% | 1.16 | 24.5% |
| 8/14/2018 | 13:54 | 16,299 | 354.00 | 0.10% | 0.01% | 0.01% | 0.08% | 0.83 | 40.7% |
| 8/14/2018 | 13:55 | 4,175 | 353.92 | -0.02% | 0.02% | 0.01% | -0.07% | -0.72 | 47.5% |
| 8/14/2018 | 13:56 | 3,445 | 353.77 | -0.04% | 0.01% | 0.04% | -0.05% | -0.59 | 55.5% |
| 8/14/2018 | 13:57 | 3,436 | 354.09 | 0.09% | 0.02% | 0.02% | 0.05% | 0.51 | 61.0% |
| 8/14/2018 | 13:58 | 8,550 | 354.15 | 0.02% | 0.02% | 0.08% | -0.01% | -0.15 | 88.3% |
| 8/14/2018 | 13:59 | 5,277 | 354.03 | -0.03% | 0.00% | 0.01% | -0.03% | -0.34 | 73.3% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/14/2018 | 14:00 | 1,175 | 354.02 | 0.00% | 0.01% | 0.00% | -0.02% | -0.20 | 84.5% |
| 8/14/2018 | 14:01 | 1,623 | 353.97 | -0.01% | 0.00% | 0.00% | -0.01% | -0.07 | 94.3% |
| 8/14/2018 | 14:02 | 9,491 | 353.92 | -0.02% | 0.00% | 0.01% | -0.01% | -0.12 | 90.1% |
| 8/14/2018 | 14:03 | 10,307 | 353.26 | -0.18% | -0.01% | 0.00% | -0.17% | -1.86 | 6.4% |
| 8/14/2018 | 14:04 | 10,106 | 353.31 | 0.01% | -0.01% | 0.00% | 0.03% | 0.28 | 78.3% |
| 8/14/2018 | 14:05 | 15,275 | 352.71 | -0.17% | -0.04% | -0.02% | -0.10% | -1.05 | 29.3% |
| 8/14/2018 | 14:06 | 11,291 | 352.93 | 0.06% | -0.03% | -0.01% | 0.12% | 1.34 | 18.1% |
| 8/14/2018 | 14:07 | 7,962 | 352.84 | -0.03% | 0.00% | 0.00% | -0.03% | -0.33 | 74.3% |
| 8/14/2018 | 14:08 | 21,716 | 353.06 | 0.06% | -0.01% | -0.01% | 0.09% | 0.96 | 34.0% |
| 8/14/2018 | 14:09 | 5,243 | 352.78 | -0.08% | 0.00% | 0.01% | -0.08% | -0.92 | 35.8% |
| 8/14/2018 | 14:10 | 3,424 | 353.20 | 0.12% | 0.01% | -0.01% | 0.10% | 1.08 | 28.2% |
| 8/14/2018 | 14:11 | 4,375 | 352.69 | -0.14% | 0.01% | 0.04% | -0.16% | -1.74 | 8.3% |
| 8/14/2018 | 14:12 | 4,631 | 352.75 | 0.02% | -0.01% | 0.05% | 0.04% | 0.42 | 67.7% |
| 8/14/2018 | 14:13 | 13,608 | 352.63 | -0.03% | -0.01% | -0.01% | -0.02% | -0.21 | 83.5% |
| 8/14/2018 | 14:14 | 26,966 | 351.96 | -0.19% | -0.01% | 0.04% | -0.17% | -1.82 | 7.0% |
| 8/14/2018 | 14:15 | 9,618 | 352.00 | 0.01% | 0.00% | -0.06% | 0.01% | 0.10 | 92.0% |
| 8/14/2018 | 14:16 | 4,453 | 352.13 | 0.04% | 0.01% | 0.04% | 0.01% | 0.15 | 88.0% |
| 8/14/2018 | 14:17 | 6,690 | 352.60 | 0.13% | 0.01% | 0.00% | 0.12% | 1.36 | 17.5% |
| 8/14/2018 | 14:18 | 8,967 | 352.59 | 0.00% | 0.03% | 0.04% | -0.06% | -0.60 | 54.6% |
| 8/14/2018 | 14:19 | 1,700 | 352.58 | 0.00% | -0.01% | 0.00% | 0.01% | 0.07 | 94.2% |
| 8/14/2018 | 14:20 | 2,921 | 352.63 | 0.01% | 0.01% | 0.02% | 0.00% | 0.03 | 97.4% |
| 8/14/2018 | 14:21 | 12,890 | 352.60 | -0.01% | -0.03% | -0.01% | 0.04% | 0.47 | 64.0% |
| 8/14/2018 | 14:22 | 8,568 | 352.90 | 0.08% | 0.01% | -0.01% | 0.08% | 0.82 | 41.2% |
| 8/14/2018 | 14:23 | 13,230 | 352.97 | 0.02% | -0.03% | -0.05% | 0.07% | 0.80 | 42.5% |
| 8/14/2018 | 14:24 | 7,321 | 353.15 | 0.05% | 0.02% | -0.02% | 0.02% | 0.19 | 84.7% |
| 8/14/2018 | 14:25 | 11,218 | 352.73 | -0.12% | -0.02% | 0.01% | -0.08% | -0.85 | 39.5% |
| 8/14/2018 | 14:26 | 4,650 | 352.87 | 0.04% | 0.00% | 0.01% | 0.03% | 0.36 | 72.2% |
| 8/14/2018 | 14:27 | 1,840 | 352.86 | 0.00% | 0.00% | -0.01% | 0.01% | 0.06 | 95.6% |
| 8/14/2018 | 14:28 | 4,066 | 353.20 | 0.10% | 0.01% | 0.01% | 0.08% | 0.86 | 38.9% |
| 8/14/2018 | 14:29 | 16,458 | 353.28 | 0.02% | 0.00% | 0.03% | 0.02% | 0.27 | 78.8% |
| 8/14/2018 | 14:30 | 2,600 | 353.29 | 0.00% | 0.01% | -0.02% | -0.02% | -0.18 | 85.4% |
| 8/14/2018 | 14:31 | 2,724 | 353.01 | -0.08% | 0.01% | -0.03% | -0.10% | -1.10 | 27.4% |
| 8/14/2018 | 14:32 | 10,453 | 352.92 | -0.03% | 0.01% | -0.03% | -0.05% | -0.54 | 59.2% |
| 8/14/2018 | 14:33 | 400 | 353.09 | 0.05% | 0.01% | 0.03% | 0.04% | 0.41 | 68.3% |
| 8/14/2018 | 14:34 | 1,600 | 353.16 | 0.02% | 0.02% | -0.01% | -0.01% | -0.15 | 88.5% |
| 8/14/2018 | 14:35 | 800 | 353.12 | -0.01% | 0.01% | 0.00% | -0.02% | -0.27 | 79.0% |
| 8/14/2018 | 14:36 | 5,750 | 353.25 | 0.04% | 0.01% | 0.02% | 0.02% | 0.18 | 85.3% |
| 8/14/2018 | 14:37 | 17,573 | 353.30 | 0.01% | -0.01% | -0.03% | 0.03% | 0.29 | 77.3% |
| 8/14/2018 | 14:38 | 10,901 | 353.60 | 0.08% | 0.02% | 0.01% | 0.05% | 0.58 | 56.0% |
| 8/14/2018 | 14:39 | 1,800 | 353.46 | -0.04% | 0.00% | -0.01% | -0.04% | -0.48 | 63.4% |
| 8/14/2018 | 14:40 | 3,762 | 353.34 | -0.03% | -0.01% | -0.02% | -0.02% | -0.24 | 80.7% |
| 8/14/2018 | 14:41 | 3,274 | 353.15 | -0.05% | -0.01% | 0.02% | -0.03% | -0.35 | 72.5% |
| 8/14/2018 | 14:42 | 5,962 | 353.12 | -0.01% | -0.01% | 0.02% | 0.01% | 0.13 | 89.4% |
| 8/14/2018 | 14:43 | 100 | 353.07 | -0.01% | 0.01% | -0.02% | -0.04% | -0.38 | 70.1% |
| 8/14/2018 | 14:44 | 5,040 | 353.24 | 0.05% | 0.00% | 0.04% | 0.04% | 0.48 | 62.8% |
| 8/14/2018 | 14:45 | 5,030 | 353.51 | 0.08% | 0.01% | -0.01% | 0.05% | 0.56 | 57.9% |
| 8/14/2018 | 14:46 | 8,758 | 353.73 | 0.06% | -0.01% | 0.00% | 0.07% | 0.79 | 42.9% |
| 8/14/2018 | 14:47 | 10,360 | 353.53 | -0.06% | -0.02% | -0.01% | -0.03% | -0.30 | 76.5% |
| 8/14/2018 | 14:48 | 821 | 353.49 | -0.01% | 0.00% | -0.02% | 0.00% | -0.05 | 96.1% |
| 8/14/2018 | 14:49 | 3,400 | 353.47 | -0.01% | -0.01% | -0.02% | 0.02% | 0.19 | 85.0% |
| 8/14/2018 | 14:50 | 4,774 | 353.43 | -0.01% | 0.02% | 0.06% | -0.04% | -0.43 | 66.9% |
| 8/14/2018 | 14:51 | 2,936 | 353.46 | 0.01% | 0.00% | -0.01% | 0.00% | -0.01 | 99.1% |
| 8/14/2018 | 14:52 | 5,310 | 353.90 | 0.13% | 0.00% | -0.02% | 0.12% | 1.29 | 19.9% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/14/2018 | 14:53 | 8,473 | 353.74 | -0.04% | 0.00% | -0.02% | -0.04% | -0.44 | 65.9% |
| 8/14/2018 | 14:54 | 8,883 | 353.71 | -0.01% | 0.00% | 0.01% | -0.01% | -0.11 | 91.5% |
| 8/14/2018 | 14:55 | 1,400 | 353.65 | -0.02% | 0.00% | -0.02% | -0.01% | -0.13 | 89.8% |
| 8/14/2018 | 14:56 | 6,424 | 353.71 | 0.02% | 0.00% | 0.03% | 0.01% | 0.14 | 89.0% |
| 8/14/2018 | 14:57 | 6,451 | 353.40 | -0.09% | 0.01% | -0.02% | -0.10% | -1.08 | 27.9% |
| 8/14/2018 | 14:58 | 3,030 | 353.22 | -0.05% | 0.01% | 0.00% | -0.06% | -0.71 | 47.9% |
| 8/14/2018 | 14:59 | 19,811 | 352.90 | -0.09% | 0.00% | 0.03% | -0.09% | -1.00 | 32.0% |
| 8/14/2018 | 15:00 | 13,518 | 352.64 | -0.07% | 0.00% | 0.00% | -0.08% | -0.89 | 37.7% |
| 8/14/2018 | 15:01 | 6,844 | 352.87 | 0.07% | 0.00% | 0.01% | 0.06% | 0.69 | 48.8% |
| 8/14/2018 | 15:02 | 2,290 | 353.03 | 0.04% | -0.01% | 0.00% | 0.06% | 0.65 | 51.6% |
| 8/14/2018 | 15:03 | 1,700 | 352.90 | -0.04% | 0.01% | 0.00% | -0.06% | -0.64 | 52.4% |
| 8/14/2018 | 15:04 | 10,754 | 352.62 | -0.08% | 0.00% | 0.00% | -0.08% | -0.90 | 37.1% |
| 8/14/2018 | 15:05 | 7,241 | 352.90 | 0.08% | 0.02% | 0.00% | 0.05% | 0.57 | 57.1% |
| 8/14/2018 | 15:06 | 7,307 | 352.36 | -0.15% | 0.00% | 0.07% | -0.16% | -1.71 | 8.8% |
| 8/14/2018 | 15:07 | 14,194 | 352.15 | -0.06% | 0.00% | -0.07% | -0.06% | -0.64 | 52.2% |
| 8/14/2018 | 15:08 | 27,882 | 351.95 | -0.06% | -0.02% | -0.04% | -0.03% | -0.29 | 76.8% |
| 8/14/2018 | 15:09 | 13,643 | 351.90 | -0.01% | 0.01% | 0.03% | -0.03% | -0.29 | 77.1% |
| 8/14/2018 | 15:10 | 20,787 | 351.67 | -0.07% | 0.01% | 0.01% | -0.09% | -1.00 | 31.9% |
| 8/14/2018 | 15:11 | 27,282 | 351.33 | -0.10% | 0.00% | -0.01% | -0.10% | -1.11 | 26.9% |
| 8/14/2018 | 15:12 | 9,738 | 351.30 | -0.01% | 0.01% | 0.03% | -0.02% | -0.25 | 80.4% |
| 8/14/2018 | 15:13 | 21,112 | 351.55 | 0.07% | -0.01% | -0.02% | 0.09% | 0.99 | 32.4% |
| 8/14/2018 | 15:14 | 8,454 | 351.35 | -0.06% | -0.01% | -0.02% | -0.04% | -0.48 | 63.1% |
| 8/14/2018 | 15:15 | 24,240 | 351.49 | 0.04% | -0.01% | 0.01% | 0.06% | 0.65 | 51.8% |
| 8/14/2018 | 15:16 | 7,755 | 351.50 | 0.00% | -0.01% | -0.03% | 0.01% | 0.12 | 90.2% |
| 8/14/2018 | 15:17 | 3,698 | 351.52 | 0.01% | 0.00% | 0.05% | 0.01% | 0.08 | 93.3% |
| 8/14/2018 | 15:18 | 3,533 | 351.48 | -0.01% | 0.01% | 0.00% | -0.03% | -0.29 | 77.0% |
| 8/14/2018 | 15:19 | 10,723 | 351.12 | -0.10% | 0.01% | 0.03% | -0.11% | -1.25 | 21.2% |
| 8/14/2018 | 15:20 | 15,869 | 351.10 | -0.01% | -0.01% | -0.04% | 0.01% | 0.10 | 92.3% |
| 8/14/2018 | 15:21 | 18,527 | 350.70 | -0.11% | 0.00% | 0.03% | -0.11% | -1.22 | 22.4% |
| 8/14/2018 | 15:22 | 20,417 | 351.13 | 0.12% | 0.00% | -0.05% | 0.13% | 1.43 | 15.4% |
| 8/14/2018 | 15:23 | 10,272 | 351.34 | 0.06% | 0.03% | 0.03% | 0.01% | 0.13 | 89.8% |
| 8/14/2018 | 15:24 | 13,609 | 351.26 | -0.02% | 0.03% | 0.02% | -0.07% | -0.80 | 42.6% |
| 8/14/2018 | 15:25 | 20,632 | 351.71 | 0.13% | 0.00% | -0.01% | 0.12% | 1.31 | 19.2% |
| 8/14/2018 | 15:26 | 17,324 | 351.70 | 0.00% | -0.01% | 0.00% | 0.01% | 0.07 | 94.3% |
| 8/14/2018 | 15:27 | 12,307 | 351.76 | 0.02% | 0.00% | -0.01% | 0.02% | 0.24 | 81.4% |
| 8/14/2018 | 15:28 | 12,024 | 351.54 | -0.06% | 0.01% | -0.01% | -0.08% | -0.85 | 39.6% |
| 8/14/2018 | 15:29 | 9,386 | 351.59 | 0.01% | -0.01% | -0.01% | 0.04% | 0.45 | 65.4% |
| 8/14/2018 | 15:30 | 4,592 | 351.44 | -0.04% | -0.01% | 0.00% | -0.03% | -0.33 | 74.3% |
| 8/14/2018 | 15:31 | 4,439 | 351.26 | -0.05% | 0.00% | 0.01% | -0.05% | -0.59 | 55.3% |
| 8/14/2018 | 15:32 | 4,502 | 351.19 | -0.02% | -0.02% | -0.04% | 0.02% | 0.16 | 86.9% |
| 8/14/2018 | 15:33 | 8,292 | 351.05 | -0.04% | 0.01% | 0.02% | -0.06% | -0.60 | 54.9% |
| 8/14/2018 | 15:34 | 12,721 | 351.25 | 0.06% | 0.02% | 0.00% | 0.03% | 0.30 | 76.2% |
| 8/14/2018 | 15:35 | 6,484 | 351.23 | 0.00% | 0.01% | 0.01% | -0.02% | -0.22 | 82.4% |
| 8/14/2018 | 15:36 | 13,822 | 350.76 | -0.13% | -0.01% | 0.02% | -0.12% | -1.29 | 19.8% |
| 8/14/2018 | 15:37 | 7,361 | 350.99 | 0.07% | -0.02% | -0.04% | 0.11% | 1.18 | 23.7% |
| 8/14/2018 | 15:38 | 13,244 | 351.25 | 0.07% | 0.02% | 0.00% | 0.04% | 0.45 | 65.4% |
| 8/14/2018 | 15:39 | 9,138 | 350.92 | -0.09% | 0.01% | 0.05% | -0.12% | -1.30 | 19.4% |
| 8/14/2018 | 15:40 | 17,285 | 350.68 | -0.07% | -0.01% | -0.04% | -0.04% | -0.44 | 65.7% |
| 8/14/2018 | 15:41 | 25,117 | 350.48 | -0.06% | 0.00% | -0.01% | -0.06% | -0.63 | 52.6% |
| 8/14/2018 | 15:42 | 17,272 | 350.33 | -0.04% | -0.01% | -0.01% | -0.02% | -0.18 | 85.6% |
| 8/14/2018 | 15:43 | 9,763 | 350.55 | 0.06% | -0.01% | -0.02% | 0.08% | 0.92 | 35.8% |
| 8/14/2018 | 15:44 | 16,039 | 350.13 | -0.12% | 0.00% | 0.00% | -0.11% | -1.22 | 22.4% |
| 8/14/2018 | 15:45 | 14,507 | 350.17 | 0.01% | 0.00% | -0.01% | 0.01% | 0.08 | 93.3% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/14/2018 | 15:46 | 31,004 | 350.25 | 0.02% | -0.01% | 0.01% | 0.04% | 0.40 | 68.9% |
| 8/14/2018 | 15:47 | 13,923 | 350.27 | 0.01% | -0.01% | 0.00% | 0.02% | 0.21 | 83.1% |
| 8/14/2018 | 15:48 | 18,823 | 350.23 | -0.01% | -0.01% | 0.00% | 0.01% | 0.09 | 92.6% |
| 8/14/2018 | 15:49 | 28,909 | 350.83 | 0.17% | 0.04% | -0.02% | 0.10% | 1.14 | 25.6% |
| 8/14/2018 | 15:50 | 84,637 | 349.87 | -0.27% | -0.07% | 0.03% | -0.15% | -1.64 | 10.3% |
| 8/14/2018 | 15:51 | 13,018 | 350.14 | 0.08% | 0.01% | 0.01% | 0.06% | 0.61 | 54.0% |
| 8/14/2018 | 15:52 | 29,986 | 349.99 | -0.04% | -0.01% | 0.01% | -0.03% | -0.28 | 78.1% |
| 8/14/2018 | 15:53 | 32,541 | 350.00 | 0.00% | 0.01% | -0.02% | -0.02% | -0.24 | 80.8% |
| 8/14/2018 | 15:54 | 30,249 | 349.93 | -0.02% | 0.00% | 0.02% | -0.03% | -0.29 | 77.0% |
| 8/14/2018 | 15:55 | 51,447 | 349.26 | -0.19% | -0.01% | -0.05% | -0.17% | -1.82 | 6.9% |
| 8/14/2018 | 15:56 | 121,056 | 348.64 | -0.18% | 0.00% | -0.03% | -0.17% | -1.86 | 6.4% |
| 8/14/2018 | 15:57 | 88,639 | 348.67 | 0.01% | 0.00% | 0.02% | 0.01% | 0.11 | 91.5% |
| 8/14/2018 | 15:58 | 80,311 | 348.33 | -0.10% | 0.03% | 0.02% | -0.15% | -1.63 | 10.3% |
| 8/14/2018 | 15:59 | 183,146 | 347.64 | -0.20% | 0.00% | 0.00% | -0.19% | -2.09 | 3.7% |
| 8/15/2018 | open | 0 | 341.91 | -1.65% | -0.74% | 0.19% | -0.47% | -0.34 | 73.7% |
| 8/15/2018 | 9:30 | 51,597 | 343.30 | 0.41% | -0.01% | -0.40% | 0.41% | 4.53 | 0.0% |
| 8/15/2018 | 9:31 | 29,152 | 343.66 | 0.10% | 0.03% | 0.07% | 0.05% | 0.54 | 58.6% |
| 8/15/2018 | 9:32 | 23,718 | 343.30 | -0.11% | -0.03% | 0.08% | -0.05% | -0.53 | 59.9% |
| 8/15/2018 | 9:33 | 25,308 | 343.72 | 0.12% | -0.03% | -0.07% | 0.17% | 1.86 | 6.4% |
| 8/15/2018 | 9:34 | 19,900 | 344.15 | 0.12% | 0.03% | -0.12% | 0.08% | 0.83 | 40.9% |
| 8/15/2018 | 9:35 | 40,174 | 341.74 | -0.70% | 0.10% | 0.06% | -0.88% | -9.63 | 0.0% |
| 8/15/2018 | 9:36 | 63,894 | 341.54 | -0.06% | 0.00% | -0.12% | -0.07% | -0.74 | 46.0% |
| 8/15/2018 | 9:37 | 25,688 | 341.61 | 0.02% | 0.05% | 0.10% | -0.06% | -0.70 | 48.6% |
| 8/15/2018 | 9:38 | 34,050 | 341.60 | 0.00% | 0.08% | -0.01% | -0.14% | -1.53 | 12.8% |
| 8/15/2018 | 9:39 | 50,582 | 340.17 | -0.42% | 0.01% | -0.05% | -0.44% | -4.80 | 0.0% |
| 8/15/2018 | 9:40 | 102,301 | 339.04 | -0.33% | 0.04% | -0.23% | -0.41% | -4.52 | 0.0% |
| 8/15/2018 | 9:41 | 56,419 | 339.36 | 0.10% | -0.03% | 0.00% | 0.16% | 1.72 | 8.6% |
| 8/15/2018 | 9:42 | 59,785 | 340.61 | 0.37% | -0.05% | -0.05% | 0.45% | 4.90 | 0.0% |
| 8/15/2018 | 9:43 | 31,386 | 339.84 | -0.23% | -0.02% | 0.03% | -0.20% | -2.15 | 3.2% |
| 8/15/2018 | 9:44 | 28,737 | 340.02 | 0.05% | -0.02% | 0.01% | 0.10% | 1.06 | 29.1% |
| 8/15/2018 | 9:45 | 38,858 | 339.26 | -0.22% | -0.13% | -0.13% | 0.00% | 0.01 | 99.1% |
| 8/15/2018 | 9:46 | 26,574 | 338.67 | -0.17% | -0.05% | -0.20% | -0.09% | -0.96 | 33.5% |
| 8/15/2018 | 9:47 | 43,585 | 337.67 | -0.30% | -0.07% | -0.14% | -0.17% | -1.87 | 6.3% |
| 8/15/2018 | 9:48 | 22,660 | 338.19 | 0.15% | 0.04% | 0.00% | 0.08% | 0.91 | 36.4% |
| 8/15/2018 | 9:49 | 18,431 | 338.19 | 0.00% | 0.00% | 0.08% | -0.01% | -0.06 | 95.5% |
| 8/15/2018 | 9:50 | 21,747 | 338.38 | 0.06% | -0.09% | -0.10% | 0.21% | 2.34 | 2.0% |
| 8/15/2018 | 9:51 | 32,126 | 339.23 | 0.25% | 0.07% | 0.00% | 0.12% | 1.32 | 18.6% |
| 8/15/2018 | 9:52 | 29,907 | 340.19 | 0.28% | 0.00% | 0.03% | 0.28% | 3.02 | 0.3% |
| 8/15/2018 | 9:53 | 23,716 | 339.81 | -0.11% | 0.01% | 0.01% | -0.13% | -1.40 | 16.2% |
| 8/15/2018 | 9:54 | 28,464 | 339.13 | -0.20% | -0.07% | -0.02% | -0.07% | -0.78 | 43.8% |
| 8/15/2018 | 9:55 | 14,820 | 339.98 | 0.25% | -0.05% | -0.02% | 0.33% | 3.65 | 0.0% |
| 8/15/2018 | 9:56 | 21,235 | 339.99 | 0.00% | 0.02% | 0.04% | -0.03% | -0.33 | 73.8% |
| 8/15/2018 | 9:57 | 18,861 | 340.13 | 0.04% | -0.02% | 0.09% | 0.09% | 0.94 | 34.8% |
| 8/15/2018 | 9:58 | 20,121 | 339.63 | -0.15% | -0.09% | 0.04% | 0.01% | 0.11 | 91.0% |
| 8/15/2018 | 9:59 | 27,757 | 340.16 | 0.16% | -0.01% | 0.02% | 0.18% | 1.92 | 5.6% |
| 8/15/2018 | 10:00 | 21,914 | 339.81 | -0.10% | -0.10% | 0.00% | 0.08% | 0.87 | 38.3% |
| 8/15/2018 | 10:01 | 14,601 | 339.23 | -0.17% | -0.08% | 0.01% | -0.03% | -0.28 | 78.2% |
| 8/15/2018 | 10:02 | 24,619 | 338.66 | -0.17% | -0.03% | -0.07% | -0.11% | -1.21 | 22.8% |
| 8/15/2018 | 10:03 | 15,195 | 338.16 | -0.15% | -0.07% | -0.04% | -0.02% | -0.20 | 84.4% |
| 8/15/2018 | 10:04 | 22,096 | 338.52 | 0.11% | -0.02% | -0.06% | 0.13% | 1.46 | 14.6% |
| 8/15/2018 | 10:05 | 30,589 | 339.17 | 0.19% | -0.03% | -0.03% | 0.25% | 2.69 | 0.7% |
| 8/15/2018 | 10:06 | 8,337 | 339.20 | 0.01% | 0.05% | 0.10% | -0.08% | -0.89 | 37.4% |
| 8/15/2018 | 10:07 | 14,633 | 339.32 | 0.03% | 0.01% | -0.10% | 0.02% | 0.20 | 84.5% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/15/2018 | 10:08 | 8,571 | 339.57 | 0.07% | -0.01% | 0.00% | 0.09% | 1.02 | 31.0% |
| 8/15/2018 | 10:09 | 21,465 | 339.35 | -0.07% | -0.05% | 0.09% | 0.02% | 0.22 | 82.7% |
| 8/15/2018 | 10:10 | 13,348 | 339.29 | -0.02% | -0.05% | -0.05% | 0.07% | 0.80 | 42.2% |
| 8/15/2018 | 10:11 | 13,190 | 339.60 | 0.09% | 0.07% | 0.01% | -0.04% | -0.41 | 68.2% |
| 8/15/2018 | 10:12 | 7,449 | 339.33 | -0.08% | 0.02% | 0.14% | -0.11% | -1.18 | 23.8% |
| 8/15/2018 | 10:13 | 10,097 | 339.13 | -0.06% | 0.00% | 0.07% | -0.06% | -0.70 | 48.7% |
| 8/15/2018 | 10:14 | 11,741 | 338.90 | -0.07% | -0.02% | -0.05% | -0.02% | -0.27 | 78.7% |
| 8/15/2018 | 10:15 | 6,040 | 338.72 | -0.05% | -0.04% | 0.03% | 0.03% | 0.30 | 76.7% |
| 8/15/2018 | 10:16 | 45,962 | 337.63 | -0.32% | -0.09% | 0.03% | -0.16% | -1.72 | 8.7% |
| 8/15/2018 | 10:17 | 32,818 | 337.50 | -0.04% | -0.05% | -0.03% | 0.05% | 0.52 | 60.4% |
| 8/15/2018 | 10:18 | 19,273 | 338.76 | 0.37% | 0.12% | 0.08% | 0.15% | 1.64 | 10.2% |
| 8/15/2018 | 10:19 | 33,542 | 339.61 | 0.25% | -0.02% | -0.04% | 0.29% | 3.20 | 0.1% |
| 8/15/2018 | 10:20 | 22,604 | 339.17 | -0.13% | 0.00% | 0.09% | -0.13% | -1.45 | 14.7% |
| 8/15/2018 | 10:21 | 22,609 | 339.13 | -0.01% | -0.04% | 0.06% | 0.05% | 0.58 | 56.3% |
| 8/15/2018 | 10:22 | 8,324 | 338.72 | -0.12% | -0.07% | -0.05% | 0.00% | -0.01 | 99.4% |
| 8/15/2018 | 10:23 | 9,207 | 339.03 | 0.09% | 0.03% | 0.02% | 0.05% | 0.51 | 60.9% |
| 8/15/2018 | 10:24 | 19,244 | 339.10 | 0.02% | 0.01% | 0.09% | 0.00% | 0.02 | 98.2% |
| 8/15/2018 | 10:25 | 26,931 | 337.82 | -0.38% | -0.08% | -0.05% | -0.23% | -2.53 | 1.2% |
| 8/15/2018 | 10:26 | 13,378 | 337.63 | -0.05% | -0.01% | 0.04% | -0.03% | -0.36 | 72.2% |
| 8/15/2018 | 10:27 | 12,026 | 338.20 | 0.17% | -0.02% | -0.09% | 0.20% | 2.20 | 2.8% |
| 8/15/2018 | 10:28 | 21,791 | 337.88 | -0.09% | -0.06% | -0.03% | 0.01% | 0.11 | 91.0% |
| 8/15/2018 | 10:29 | 14,930 | 337.81 | -0.02% | -0.02% | -0.02% | 0.02% | 0.23 | 81.7% |
| 8/15/2018 | 10:30 | 24,068 | 337.78 | -0.01% | 0.02% | -0.06% | -0.04% | -0.41 | 68.5% |
| 8/15/2018 | 10:31 | 20,810 | 338.30 | 0.15% | 0.01% | -0.04% | 0.14% | 1.50 | 13.4% |
| 8/15/2018 | 10:32 | 13,094 | 337.84 | -0.14% | -0.08% | -0.07% | 0.01% | 0.10 | 92.1% |
| 8/15/2018 | 10:33 | 10,195 | 337.77 | -0.02% | 0.05% | 0.02% | -0.11% | -1.15 | 25.1% |
| 8/15/2018 | 10:34 | 15,080 | 338.10 | 0.10% | 0.02% | -0.13% | 0.07% | 0.74 | 45.8% |
| 8/15/2018 | 10:35 | 17,647 | 338.67 | 0.17% | 0.05% | 0.04% | 0.08% | 0.90 | 37.1% |
| 8/15/2018 | 10:36 | 13,763 | 338.37 | -0.09% | 0.01% | -0.05% | -0.10% | -1.12 | 26.3% |
| 8/15/2018 | 10:37 | 22,345 | 338.88 | 0.15% | 0.12% | 0.01% | -0.06% | -0.66 | 50.8% |
| 8/15/2018 | 10:38 | 17,042 | 339.15 | 0.08% | 0.04% | -0.10% | 0.02% | 0.18 | 85.6% |
| 8/15/2018 | 10:39 | 12,204 | 339.15 | 0.00% | 0.03% | 0.05% | -0.05% | -0.57 | 56.9% |
| 8/15/2018 | 10:40 | 10,685 | 339.40 | 0.07% | 0.02% | 0.07% | 0.04% | 0.38 | 70.2% |
| 8/15/2018 | 10:41 | 12,112 | 339.59 | 0.06% | -0.02% | -0.02% | 0.09% | 0.93 | 35.2% |
| 8/15/2018 | 10:42 | 54,984 | 339.45 | -0.04% | -0.04% | 0.02% | 0.03% | 0.32 | 74.6% |
| 8/15/2018 | 10:43 | 30,916 | 338.81 | -0.19% | 0.00% | 0.04% | -0.19% | -2.11 | 3.5% |
| 8/15/2018 | 10:44 | 10,148 | 338.45 | -0.10% | -0.07% | -0.10% | 0.01% | 0.15 | 88.1% |
| 8/15/2018 | 10:45 | 32,572 | 338.00 | -0.13% | 0.01% | 0.01% | -0.15% | -1.63 | 10.4% |
| 8/15/2018 | 10:46 | 35,453 | 338.31 | 0.09% | -0.01% | -0.03% | 0.11% | 1.19 | 23.3% |
| 8/15/2018 | 10:47 | 55,369 | 337.20 | -0.33% | 0.00% | -0.07% | -0.33% | -3.57 | 0.0% |
| 8/15/2018 | 10:48 | 68,899 | 335.93 | -0.38% | 0.00% | -0.02% | -0.38% | -4.17 | 0.0% |
| 8/15/2018 | 10:49 | 71,635 | 335.88 | -0.01% | -0.01% | -0.01% | 0.00% | -0.02 | 98.3% |
| 8/15/2018 | 10:50 | 93,470 | 334.56 | -0.39% | -0.09% | -0.06% | -0.23% | -2.49 | 1.3% |
| 8/15/2018 | 10:51 | 64,291 | 334.42 | -0.04% | -0.01% | -0.02% | -0.02% | -0.25 | 80.5% |
| 8/15/2018 | 10:52 | 65,257 | 332.94 | -0.44% | -0.07% | -0.11% | -0.32% | -3.52 | 0.0% |
| 8/15/2018 | 10:53 | 58,107 | 332.67 | -0.08% | -0.01% | 0.03% | -0.06% | -0.70 | 48.6% |
| 8/15/2018 | 10:54 | 38,586 | 333.58 | 0.27% | 0.03% | -0.03% | 0.22% | 2.44 | 1.5% |
| 8/15/2018 | 10:55 | 24,904 | 333.41 | -0.05% | -0.04% | -0.02% | 0.02% | 0.21 | 83.4% |
| 8/15/2018 | 10:56 | 36,939 | 334.02 | 0.18% | 0.04% | 0.03% | 0.11% | 1.20 | 22.9% |
| 8/15/2018 | 10:57 | 33,527 | 333.83 | -0.06% | 0.03% | -0.02% | -0.12% | -1.31 | 19.0% |
| 8/15/2018 | 10:58 | 30,611 | 333.18 | -0.19% | 0.01% | -0.03% | -0.21% | -2.25 | 2.5% |
| 8/15/2018 | 10:59 | 46,735 | 332.96 | -0.07% | -0.07% | -0.05% | 0.05% | 0.58 | 56.0% |
| 8/15/2018 | 11:00 | 18,203 | 333.11 | 0.05% | 0.10% | -0.02% | -0.14% | -1.50 | 13.4% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/15/2018 | 11:01 | 27,042 | 333.38 | 0.08% | 0.00% | -0.03% | 0.07% | 0.79 | 42.8% |
| 8/15/2018 | 11:02 | 32,140 | 334.11 | 0.22% | -0.03% | 0.04% | 0.27% | 2.90 | 0.4% |
| 8/15/2018 | 11:03 | 34,960 | 334.23 | 0.04% | -0.01% | 0.07% | 0.06% | 0.63 | 52.6% |
| 8/15/2018 | 11:04 | 28,395 | 334.39 | 0.05% | 0.07% | -0.03% | -0.08% | -0.83 | 40.5% |
| 8/15/2018 | 11:05 | 26,299 | 333.46 | -0.28% | -0.05% | -0.08% | -0.20% | -2.13 | 3.4% |
| 8/15/2018 | 11:06 | 18,774 | 333.07 | -0.12% | 0.00% | -0.01% | -0.11% | -1.25 | 21.4% |
| 8/15/2018 | 11:07 | 20,708 | 332.80 | -0.08% | -0.05% | -0.03% | 0.01% | 0.12 | 90.4% |
| 8/15/2018 | 11:08 | 11,350 | 333.43 | 0.19% | 0.06% | 0.03% | 0.07% | 0.80 | 42.7% |
| 8/15/2018 | 11:09 | 28,755 | 334.48 | 0.31% | 0.14% | 0.23% | 0.06% | 0.66 | 51.2% |
| 8/15/2018 | 11:10 | 18,578 | 334.66 | 0.05% | 0.03% | 0.02% | 0.00% | 0.00 | 99.9% |
| 8/15/2018 | 11:11 | 41,148 | 335.06 | 0.12% | 0.03% | 0.04% | 0.06% | 0.68 | 49.9% |
| 8/15/2018 | 11:12 | 30,409 | 335.01 | -0.01% | -0.04% | -0.02% | 0.05% | 0.53 | 60.0% |
| 8/15/2018 | 11:13 | 16,482 | 335.05 | 0.01% | -0.03% | -0.09% | 0.07% | 0.71 | 47.7% |
| 8/15/2018 | 11:14 | 11,164 | 334.53 | -0.15% | 0.01% | 0.08% | -0.16% | -1.78 | 7.6% |
| 8/15/2018 | 11:15 | 10,282 | 334.34 | -0.06% | -0.04% | -0.02% | 0.01% | 0.16 | 87.5% |
| 8/15/2018 | 11:16 | 19,262 | 333.97 | -0.11% | -0.01% | -0.02% | -0.09% | -0.99 | 32.2% |
| 8/15/2018 | 11:17 | 14,307 | 333.50 | -0.14% | -0.04% | -0.08% | -0.08% | -0.86 | 39.1% |
| 8/15/2018 | 11:18 | 11,390 | 333.86 | 0.11% | 0.01% | -0.04% | 0.09% | 0.95 | 34.1% |
| 8/15/2018 | 11:19 | 9,336 | 334.00 | 0.04% | 0.03% | 0.01% | -0.01% | -0.10 | 91.7% |
| 8/15/2018 | 11:20 | 8,655 | 334.45 | 0.14% | 0.04% | 0.06% | 0.06% | 0.70 | 48.3% |
| 8/15/2018 | 11:21 | 6,608 | 334.23 | -0.07% | -0.05% | -0.05% | 0.02% | 0.26 | 79.1% |
| 8/15/2018 | 11:22 | 8,270 | 334.28 | 0.02% | 0.04% | 0.05% | -0.06% | -0.61 | 54.2% |
| 8/15/2018 | 11:23 | 28,151 | 333.02 | -0.38% | -0.02% | 0.01% | -0.35% | -3.78 | 0.0% |
| 8/15/2018 | 11:24 | 11,622 | 333.69 | 0.20% | 0.00% | 0.02% | 0.21% | 2.24 | 2.6% |
| 8/15/2018 | 11:25 | 15,961 | 333.97 | 0.08% | 0.07% | 0.09% | -0.04% | -0.44 | 66.0% |
| 8/15/2018 | 11:26 | 15,609 | 334.53 | 0.17% | 0.03% | 0.05% | 0.12% | 1.29 | 19.8% |
| 8/15/2018 | 11:27 | 14,297 | 334.49 | -0.01% | -0.01% | -0.03% | 0.00% | -0.01 | 99.2% |
| 8/15/2018 | 11:28 | 13,591 | 334.70 | 0.06% | 0.02% | 0.01% | 0.02% | 0.25 | 80.2% |
| 8/15/2018 | 11:29 | 9,930 | 334.15 | -0.16% | -0.03% | 0.05% | -0.12% | -1.26 | 20.8% |
| 8/15/2018 | 11:30 | 13,620 | 334.11 | -0.01% | 0.00% | -0.05% | -0.01% | -0.14 | 89.0% |
| 8/15/2018 | 11:31 | 7,435 | 333.61 | -0.15% | 0.01% | 0.02% | -0.17% | -1.88 | 6.1% |
| 8/15/2018 | 11:32 | 7,587 | 333.89 | 0.08% | 0.01% | 0.01% | 0.07% | 0.82 | 41.5% |
| 8/15/2018 | 11:33 | 5,779 | 334.05 | 0.05% | 0.02% | -0.03% | 0.02% | 0.21 | 83.1% |
| 8/15/2018 | 11:34 | 2,400 | 334.02 | -0.01% | 0.04% | 0.03% | -0.09% | -0.94 | 35.0% |
| 8/15/2018 | 11:35 | 3,200 | 334.15 | 0.04% | 0.06% | 0.06% | -0.06% | -0.68 | 49.6% |
| 8/15/2018 | 11:36 | 9,787 | 334.18 | 0.01% | 0.00% | -0.01% | 0.02% | 0.17 | 86.5% |
| 8/15/2018 | 11:37 | 8,298 | 334.50 | 0.10% | 0.00% | 0.01% | 0.10% | 1.05 | 29.5% |
| 8/15/2018 | 11:38 | 4,685 | 334.21 | -0.09% | -0.09% | 0.00% | 0.07% | 0.79 | 43.1% |
| 8/15/2018 | 11:39 | 8,689 | 334.28 | 0.02% | -0.02% | -0.03% | 0.06% | 0.71 | 48.0% |
| 8/15/2018 | 11:40 | 8,805 | 334.35 | 0.02% | -0.04% | -0.03% | 0.10% | 1.11 | 26.9% |
| 8/15/2018 | 11:41 | 5,602 | 334.17 | -0.05% | -0.02% | -0.05% | -0.01% | -0.13 | 89.8% |
| 8/15/2018 | 11:42 | 11,715 | 333.72 | -0.13% | -0.02% | 0.00% | -0.09% | -1.01 | 31.5% |
| 8/15/2018 | 11:43 | 18,633 | 333.44 | -0.08% | 0.01% | -0.03% | -0.10% | -1.12 | 26.3% |
| 8/15/2018 | 11:44 | 7,400 | 333.51 | 0.02% | 0.02% | 0.07% | -0.01% | -0.10 | 92.1% |
| 8/15/2018 | 11:45 | 9,539 | 333.81 | 0.09% | -0.02% | -0.02% | 0.12% | 1.30 | 19.4% |
| 8/15/2018 | 11:46 | 8,532 | 333.46 | -0.10% | -0.04% | -0.04% | -0.04% | -0.38 | 70.1% |
| 8/15/2018 | 11:47 | 7,942 | 333.92 | 0.14% | -0.02% | 0.00% | 0.17% | 1.90 | 5.9% |
| 8/15/2018 | 11:48 | 15,304 | 334.24 | 0.10% | 0.06% | 0.09% | -0.01% | -0.15 | 88.0% |
| 8/15/2018 | 11:49 | 17,697 | 334.85 | 0.18% | 0.02% | -0.01% | 0.14% | 1.55 | 12.3% |
| 8/15/2018 | 11:50 | 6,815 | 334.79 | -0.02% | -0.03% | 0.00% | 0.03% | 0.32 | 75.1% |
| 8/15/2018 | 11:51 | 5,108 | 334.46 | -0.10% | -0.05% | 0.01% | -0.02% | -0.18 | 85.7% |
| 8/15/2018 | 11:52 | 9,122 | 335.00 | 0.16% | 0.00% | -0.01% | 0.16% | 1.70 | 9.0% |
| 8/15/2018 | 11:53 | 3,800 | 334.31 | -0.21% | -0.03% | -0.03% | -0.16% | -1.76 | 8.0% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] Interval Start | [3] Volume | [4] Tesla Price | [5] Tesla Return | [6] Market Return | [7] Industry Return | [8] Abnormal Return | [9] t-stat | [10] p-value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date | | | | | | | | | |
| 8/15/2018 | 11:54 | 7,527 | 334.65 | 0.10% | 0.00% | -0.01% | 0.11% | 1.15 | 24.9% |
| 8/15/2018 | 11:55 | 15,484 | 335.32 | 0.20% | 0.01% | -0.02% | 0.18% | 2.02 | 4.4% |
| 8/15/2018 | 11:56 | 9,729 | 335.49 | 0.05% | -0.02% | 0.00% | 0.09% | 1.02 | 30.9% |
| 8/15/2018 | 11:57 | 166,852 | 338.14 | 0.79% | -0.02% | 0.05% | 0.84% | 9.13 | 0.0% |
| 8/15/2018 | 11:58 | 117,320 | 339.18 | 0.31% | -0.05% | -0.09% | 0.40% | 4.32 | 0.0% |
| 8/15/2018 | 11:59 | 59,932 | 338.26 | -0.27% | 0.00% | -0.07% | -0.27% | -2.95 | 0.3% |
| 8/15/2018 | 12:00 | 33,712 | 338.11 | -0.04% | 0.02% | 0.00% | -0.07% | -0.79 | 42.7% |
| 8/15/2018 | 12:01 | 36,049 | 338.17 | 0.02% | 0.01% | 0.03% | -0.01% | -0.09 | 92.8% |
| 8/15/2018 | 12:02 | 18,417 | 338.73 | 0.17% | 0.00% | -0.04% | 0.17% | 1.80 | 7.2% |
| 8/15/2018 | 12:03 | 76,331 | 339.69 | 0.28% | 0.02% | 0.03% | 0.25% | 2.68 | 0.8% |
| 8/15/2018 | 12:04 | 52,525 | 340.04 | 0.10% | 0.00% | 0.05% | 0.11% | 1.15 | 25.1% |
| 8/15/2018 | 12:05 | 51,986 | 340.93 | 0.26% | -0.01% | -0.05% | 0.28% | 3.09 | 0.2% |
| 8/15/2018 | 12:06 | 64,493 | 340.02 | -0.27% | -0.01% | 0.00% | -0.24% | -2.65 | 0.8% |
| 8/15/2018 | 12:07 | 142,736 | 342.00 | 0.58% | 0.08% | 0.09% | 0.44% | 4.80 | 0.0% |
| 8/15/2018 | 12:08 | 59,252 | 341.35 | -0.19% | 0.02% | 0.07% | -0.22% | -2.36 | 1.9% |
| 8/15/2018 | 12:09 | 59,084 | 340.89 | -0.14% | 0.05% | -0.05% | -0.22% | -2.39 | 1.7% |
| 8/15/2018 | 12:10 | 40,481 | 340.83 | -0.02% | -0.01% | -0.03% | 0.00% | 0.00 | 99.9% |
| 8/15/2018 | 12:11 | 21,635 | 340.44 | -0.12% | -0.01% | 0.01% | -0.10% | -1.06 | 28.9% |
| 8/15/2018 | 12:12 | 21,897 | 341.09 | 0.19% | 0.03% | -0.02% | 0.14% | 1.58 | 11.5% |
| 8/15/2018 | 12:13 | 23,053 | 340.93 | -0.05% | 0.01% | 0.06% | -0.07% | -0.73 | 46.5% |
| 8/15/2018 | 12:14 | 18,055 | 341.22 | 0.09% | 0.02% | 0.03% | 0.05% | 0.54 | 59.2% |
| 8/15/2018 | 12:15 | 13,090 | 341.46 | 0.07% | -0.02% | 0.03% | 0.10% | 1.07 | 28.5% |
| 8/15/2018 | 12:16 | 40,552 | 341.77 | 0.09% | 0.03% | -0.01% | 0.04% | 0.43 | 66.5% |
| 8/15/2018 | 12:17 | 20,189 | 341.93 | 0.05% | 0.05% | 0.08% | -0.04% | -0.41 | 68.4% |
| 8/15/2018 | 12:18 | 27,752 | 342.16 | 0.07% | 0.01% | 0.04% | 0.04% | 0.48 | 63.4% |
| 8/15/2018 | 12:19 | 13,686 | 341.35 | -0.24% | -0.01% | -0.01% | -0.22% | -2.39 | 1.7% |
| 8/15/2018 | 12:20 | 31,208 | 340.58 | -0.23% | -0.03% | -0.03% | -0.17% | -1.84 | 6.7% |
| 8/15/2018 | 12:21 | 19,598 | 339.67 | -0.27% | -0.02% | -0.04% | -0.24% | -2.59 | 1.0% |
| 8/15/2018 | 12:22 | 20,205 | 339.79 | 0.03% | -0.01% | -0.03% | 0.05% | 0.60 | 54.9% |
| 8/15/2018 | 12:23 | 18,657 | 339.97 | 0.05% | 0.05% | 0.07% | -0.03% | -0.37 | 71.0% |
| 8/15/2018 | 12:24 | 14,660 | 340.67 | 0.21% | 0.03% | 0.02% | 0.15% | 1.68 | 9.3% |
| 8/15/2018 | 12:25 | 10,240 | 340.16 | -0.15% | 0.01% | -0.02% | -0.16% | -1.78 | 7.6% |
| 8/15/2018 | 12:26 | 12,799 | 340.14 | 0.00% | 0.00% | 0.02% | 0.00% | 0.02 | 98.1% |
| 8/15/2018 | 12:27 | 9,848 | 340.41 | 0.08% | 0.01% | -0.04% | 0.07% | 0.73 | 46.6% |
| 8/15/2018 | 12:28 | 20,279 | 339.10 | -0.38% | -0.02% | 0.00% | -0.35% | -3.81 | 0.0% |
| 8/15/2018 | 12:29 | 11,897 | 338.39 | -0.21% | 0.01% | 0.03% | -0.23% | -2.46 | 1.4% |
| 8/15/2018 | 12:30 | 32,902 | 339.45 | 0.31% | 0.06% | -0.01% | 0.20% | 2.18 | 3.0% |
| 8/15/2018 | 12:31 | 43,740 | 338.60 | -0.25% | 0.07% | 0.02% | -0.37% | -4.06 | 0.0% |
| 8/15/2018 | 12:32 | 19,835 | 338.00 | -0.18% | -0.06% | -0.05% | -0.08% | -0.85 | 39.7% |
| 8/15/2018 | 12:33 | 12,767 | 338.15 | 0.04% | 0.02% | 0.08% | 0.01% | 0.16 | 87.4% |
| 8/15/2018 | 12:34 | 14,019 | 338.22 | 0.02% | 0.02% | -0.02% | -0.02% | -0.25 | 79.9% |
| 8/15/2018 | 12:35 | 9,567 | 338.52 | 0.09% | 0.02% | 0.02% | 0.05% | 0.58 | 56.3% |
| 8/15/2018 | 12:36 | 7,855 | 338.69 | 0.05% | 0.01% | 0.00% | 0.03% | 0.37 | 71.0% |
| 8/15/2018 | 12:37 | 9,959 | 337.85 | -0.25% | -0.02% | -0.01% | -0.22% | -2.39 | 1.7% |
| 8/15/2018 | 12:38 | 16,971 | 337.56 | -0.09% | -0.02% | 0.01% | -0.05% | -0.56 | 57.6% |
| 8/15/2018 | 12:39 | 7,927 | 338.29 | 0.22% | 0.04% | 0.03% | 0.14% | 1.48 | 13.9% |
| 8/15/2018 | 12:40 | 17,949 | 337.40 | -0.26% | -0.02% | 0.00% | -0.23% | -2.56 | 1.1% |
| 8/15/2018 | 12:41 | 18,116 | 337.03 | -0.11% | -0.05% | -0.03% | -0.01% | -0.15 | 88.2% |
| 8/15/2018 | 12:42 | 13,322 | 337.00 | -0.01% | 0.05% | -0.01% | -0.09% | -1.00 | 31.6% |
| 8/15/2018 | 12:43 | 17,101 | 336.68 | -0.09% | 0.00% | 0.01% | -0.09% | -0.95 | 34.3% |
| 8/15/2018 | 12:44 | 13,076 | 336.69 | 0.00% | -0.02% | -0.02% | 0.04% | 0.47 | 63.8% |
| 8/15/2018 | 12:45 | 9,279 | 336.19 | -0.15% | -0.04% | 0.04% | -0.08% | -0.84 | 39.9% |
| 8/15/2018 | 12:46 | 11,558 | 336.71 | 0.16% | 0.03% | 0.04% | 0.09% | 1.04 | 30.1% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/15/2018 | 12:47 | 6,498 | 336.85 | 0.04% | -0.01% | -0.05% | 0.05% | 0.57 | 57.1% |
| 8/15/2018 | 12:48 | 11,401 | 336.56 | -0.09% | -0.02% | -0.01% | -0.05% | -0.60 | 55.1% |
| 8/15/2018 | 12:49 | 10,824 | 336.12 | -0.13% | -0.01% | 0.02% | -0.11% | -1.25 | 21.2% |
| 8/15/2018 | 12:50 | 18,866 | 335.45 | -0.20% | -0.01% | -0.03% | -0.18% | -1.99 | 4.8% |
| 8/15/2018 | 12:51 | 7,710 | 335.58 | 0.04% | -0.02% | -0.02% | 0.07% | 0.71 | 47.8% |
| 8/15/2018 | 12:52 | 14,305 | 335.77 | 0.06% | 0.03% | 0.01% | 0.00% | 0.05 | 95.7% |
| 8/15/2018 | 12:53 | 9,962 | 335.58 | -0.06% | 0.02% | -0.02% | -0.09% | -0.98 | 32.7% |
| 8/15/2018 | 12:54 | 9,628 | 335.16 | -0.13% | -0.06% | -0.13% | -0.02% | -0.27 | 78.8% |
| 8/15/2018 | 12:55 | 9,744 | 335.71 | 0.16% | 0.01% | 0.02% | 0.14% | 1.57 | 11.7% |
| 8/15/2018 | 12:56 | 7,538 | 335.76 | 0.02% | -0.01% | 0.02% | 0.03% | 0.29 | 77.0% |
| 8/15/2018 | 12:57 | 17,755 | 336.54 | 0.23% | 0.01% | -0.01% | 0.21% | 2.25 | 2.5% |
| 8/15/2018 | 12:58 | 14,432 | 336.52 | -0.01% | 0.01% | 0.02% | -0.03% | -0.28 | 77.7% |
| 8/15/2018 | 12:59 | 13,215 | 337.16 | 0.19% | 0.01% | -0.01% | 0.18% | 1.95 | 5.1% |
| 8/15/2018 | 13:00 | 17,155 | 336.40 | -0.22% | -0.03% | 0.05% | -0.16% | -1.75 | 8.0% |
| 8/15/2018 | 13:01 | 5,949 | 336.59 | 0.06% | 0.03% | -0.02% | 0.01% | 0.06 | 95.2% |
| 8/15/2018 | 13:02 | 13,435 | 336.98 | 0.12% | 0.01% | 0.03% | 0.09% | 1.01 | 31.2% |
| 8/15/2018 | 13:03 | 26,275 | 337.27 | 0.09% | -0.01% | -0.02% | 0.11% | 1.17 | 24.3% |
| 8/15/2018 | 13:04 | 8,916 | 337.45 | 0.05% | 0.04% | 0.01% | -0.02% | -0.18 | 85.6% |
| 8/15/2018 | 13:05 | 6,856 | 337.24 | -0.06% | 0.02% | 0.04% | -0.10% | -1.12 | 26.3% |
| 8/15/2018 | 13:06 | 11,022 | 337.90 | 0.20% | 0.07% | 0.05% | 0.07% | 0.76 | 45.0% |
| 8/15/2018 | 13:07 | 9,422 | 337.77 | -0.04% | -0.03% | 0.01% | 0.02% | 0.18 | 86.0% |
| 8/15/2018 | 13:08 | 7,980 | 337.28 | -0.15% | -0.03% | -0.07% | -0.10% | -1.10 | 27.3% |
| 8/15/2018 | 13:09 | 4,270 | 337.09 | -0.06% | 0.01% | 0.02% | -0.08% | -0.83 | 40.7% |
| 8/15/2018 | 13:10 | 2,936 | 337.53 | 0.13% | 0.02% | 0.03% | 0.10% | 1.08 | 28.3% |
| 8/15/2018 | 13:11 | 10,824 | 336.93 | -0.18% | -0.03% | -0.05% | -0.13% | -1.44 | 15.0% |
| 8/15/2018 | 13:12 | 6,300 | 337.10 | 0.05% | -0.02% | 0.03% | 0.08% | 0.88 | 38.0% |
| 8/15/2018 | 13:13 | 2,520 | 337.15 | 0.01% | -0.01% | 0.00% | 0.04% | 0.45 | 65.5% |
| 8/15/2018 | 13:14 | 4,786 | 336.98 | -0.05% | 0.00% | 0.00% | -0.04% | -0.46 | 64.8% |
| 8/15/2018 | 13:15 | 3,300 | 336.98 | 0.00% | -0.03% | -0.04% | 0.05% | 0.52 | 60.4% |
| 8/15/2018 | 13:16 | 1,650 | 337.09 | 0.03% | -0.01% | 0.02% | 0.05% | 0.50 | 61.6% |
| 8/15/2018 | 13:17 | 6,436 | 337.06 | -0.01% | -0.01% | -0.02% | 0.01% | 0.16 | 87.4% |
| 8/15/2018 | 13:18 | 9,893 | 336.86 | -0.06% | -0.01% | -0.01% | -0.04% | -0.40 | 68.9% |
| 8/15/2018 | 13:19 | 4,920 | 336.40 | -0.14% | -0.01% | 0.01% | -0.12% | -1.30 | 19.5% |
| 8/15/2018 | 13:20 | 5,194 | 336.86 | 0.14% | -0.01% | -0.02% | 0.16% | 1.70 | 9.0% |
| 8/15/2018 | 13:21 | 13,570 | 335.98 | -0.26% | 0.01% | 0.00% | -0.28% | -3.02 | 0.3% |
| 8/15/2018 | 13:22 | 12,668 | 335.60 | -0.11% | 0.00% | 0.02% | -0.12% | -1.27 | 20.4% |
| 8/15/2018 | 13:23 | 4,013 | 336.16 | 0.17% | -0.02% | -0.02% | 0.20% | 2.16 | 3.1% |
| 8/15/2018 | 13:24 | 7,765 | 335.70 | -0.14% | -0.10% | -0.14% | 0.05% | 0.51 | 60.7% |
| 8/15/2018 | 13:25 | 4,299 | 336.23 | 0.16% | 0.05% | 0.02% | 0.07% | 0.81 | 42.0% |
| 8/15/2018 | 13:26 | 2,666 | 335.90 | -0.10% | -0.01% | -0.03% | -0.09% | -0.97 | 33.4% |
| 8/15/2018 | 13:27 | 3,844 | 336.06 | 0.05% | -0.01% | -0.01% | 0.07% | 0.73 | 46.7% |
| 8/15/2018 | 13:28 | 3,800 | 336.32 | 0.08% | 0.02% | 0.03% | 0.05% | 0.52 | 60.2% |
| 8/15/2018 | 13:29 | 6,900 | 336.79 | 0.14% | -0.01% | -0.04% | 0.16% | 1.72 | 8.7% |
| 8/15/2018 | 13:30 | 11,478 | 336.80 | 0.00% | 0.00% | 0.03% | 0.01% | 0.11 | 91.2% |
| 8/15/2018 | 13:31 | 3,092 | 336.65 | -0.04% | -0.03% | -0.01% | 0.00% | 0.05 | 95.8% |
| 8/15/2018 | 13:32 | 5,469 | 336.67 | 0.01% | -0.02% | -0.04% | 0.04% | 0.45 | 65.3% |
| 8/15/2018 | 13:33 | 7,468 | 336.74 | 0.02% | 0.04% | 0.00% | -0.05% | -0.53 | 59.8% |
| 8/15/2018 | 13:34 | 4,956 | 336.97 | 0.07% | -0.02% | 0.00% | 0.10% | 1.06 | 29.1% |
| 8/15/2018 | 13:35 | 7,089 | 337.06 | 0.03% | -0.03% | -0.05% | 0.07% | 0.77 | 44.2% |
| 8/15/2018 | 13:36 | 12,739 | 337.62 | 0.17% | 0.01% | -0.02% | 0.15% | 1.63 | 10.4% |
| 8/15/2018 | 13:37 | 25,214 | 337.92 | 0.09% | 0.01% | 0.04% | 0.06% | 0.68 | 49.8% |
| 8/15/2018 | 13:38 | 8,687 | 338.06 | 0.04% | 0.03% | 0.01% | 0.00% | -0.05 | 96.2% |
| 8/15/2018 | 13:39 | 13,210 | 338.42 | 0.11% | 0.01% | 0.01% | 0.09% | 0.94 | 34.6% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] Interval | [3] | [4] Tesla | [5] Tesla | [6] Market | [7] Industry | [8] Abnormal | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/15/2018 | 13:40 | 6,756 | 338.20 | -0.07% | 0.00% | 0.00% | -0.06% | -0.65 | 51.4% |
| 8/15/2018 | 13:41 | 1,577 | 338.24 | 0.01% | 0.00% | 0.01% | 0.01% | 0.06 | 95.6% |
| 8/15/2018 | 13:42 | 8,097 | 338.19 | -0.01% | 0.02% | 0.02% | -0.06% | -0.63 | 52.9% |
| 8/15/2018 | 13:43 | 5,000 | 338.10 | -0.03% | 0.05% | 0.03% | -0.12% | -1.34 | 18.3% |
| 8/15/2018 | 13:44 | 6,660 | 337.80 | -0.09% | 0.00% | -0.02% | -0.08% | -0.92 | 36.0% |
| 8/15/2018 | 13:45 | 7,329 | 337.79 | 0.00% | 0.00% | -0.04% | -0.01% | -0.11 | 91.6% |
| 8/15/2018 | 13:46 | 6,622 | 337.77 | -0.01% | 0.02% | 0.01% | -0.04% | -0.39 | 69.4% |
| 8/15/2018 | 13:47 | 1,650 | 337.71 | -0.02% | -0.02% | -0.04% | 0.02% | 0.18 | 86.0% |
| 8/15/2018 | 13:48 | 4,884 | 337.34 | -0.11% | -0.05% | -0.03% | -0.03% | -0.28 | 77.8% |
| 8/15/2018 | 13:49 | 8,868 | 336.99 | -0.10% | -0.03% | -0.06% | -0.04% | -0.44 | 65.8% |
| 8/15/2018 | 13:50 | 4,489 | 336.81 | -0.06% | -0.01% | -0.01% | -0.03% | -0.34 | 73.6% |
| 8/15/2018 | 13:51 | 3,638 | 336.75 | -0.02% | 0.00% | 0.05% | -0.01% | -0.11 | 91.4% |
| 8/15/2018 | 13:52 | 3,998 | 337.02 | 0.08% | 0.01% | 0.03% | 0.06% | 0.61 | 54.4% |
| 8/15/2018 | 13:53 | 5,964 | 337.47 | 0.13% | 0.02% | 0.00% | 0.10% | 1.04 | 30.0% |
| 8/15/2018 | 13:54 | 4,250 | 337.22 | -0.07% | -0.02% | 0.00% | -0.05% | -0.50 | 61.8% |
| 8/15/2018 | 13:55 | 3,809 | 337.34 | 0.04% | 0.02% | 0.00% | 0.00% | -0.04 | 96.7% |
| 8/15/2018 | 13:56 | 5,351 | 337.50 | 0.05% | 0.00% | 0.03% | 0.06% | 0.62 | 53.7% |
| 8/15/2018 | 13:57 | 4,842 | 337.22 | -0.08% | -0.04% | -0.04% | -0.02% | -0.19 | 84.6% |
| 8/15/2018 | 13:58 | 5,439 | 337.15 | -0.02% | 0.01% | 0.01% | -0.04% | -0.47 | 64.0% |
| 8/15/2018 | 13:59 | 3,550 | 336.86 | -0.09% | -0.03% | 0.01% | -0.03% | -0.35 | 72.9% |
| 8/15/2018 | 14:00 | 2,487 | 336.94 | 0.02% | 0.00% | -0.02% | 0.03% | 0.30 | 76.1% |
| 8/15/2018 | 14:01 | 3,096 | 337.02 | 0.02% | -0.02% | -0.02% | 0.06% | 0.61 | 54.2% |
| 8/15/2018 | 14:02 | 3,802 | 336.99 | -0.01% | 0.00% | -0.01% | 0.00% | -0.01 | 99.4% |
| 8/15/2018 | 14:03 | 3,700 | 337.20 | 0.06% | -0.01% | 0.02% | 0.08% | 0.87 | 38.2% |
| 8/15/2018 | 14:04 | 2,871 | 337.29 | 0.03% | 0.06% | 0.06% | -0.09% | -0.95 | 34.3% |
| 8/15/2018 | 14:05 | 3,644 | 337.43 | 0.04% | -0.04% | -0.04% | 0.12% | 1.27 | 20.5% |
| 8/15/2018 | 14:06 | 2,200 | 337.37 | -0.02% | -0.01% | 0.02% | 0.01% | 0.11 | 91.4% |
| 8/15/2018 | 14:07 | 1,251 | 337.26 | -0.03% | 0.00% | 0.00% | -0.04% | -0.38 | 70.2% |
| 8/15/2018 | 14:08 | 17,123 | 336.50 | -0.23% | -0.08% | -0.01% | -0.08% | -0.89 | 37.6% |
| 8/15/2018 | 14:09 | 8,020 | 336.11 | -0.12% | -0.01% | -0.03% | -0.09% | -1.01 | 31.3% |
| 8/15/2018 | 14:10 | 6,841 | 335.94 | -0.05% | 0.00% | -0.01% | -0.05% | -0.52 | 60.5% |
| 8/15/2018 | 14:11 | 3,004 | 335.89 | -0.01% | 0.00% | 0.03% | -0.02% | -0.24 | 80.7% |
| 8/15/2018 | 14:12 | 5,171 | 335.66 | -0.07% | -0.03% | -0.01% | -0.02% | -0.25 | 80.4% |
| 8/15/2018 | 14:13 | 11,413 | 335.20 | -0.14% | 0.02% | 0.02% | -0.18% | -1.98 | 4.8% |
| 8/15/2018 | 14:14 | 37,558 | 335.22 | 0.00% | -0.07% | -0.07% | 0.13% | 1.47 | 14.3% |
| 8/15/2018 | 14:15 | 18,252 | 335.65 | 0.13% | 0.05% | 0.03% | 0.04% | 0.48 | 63.0% |
| 8/15/2018 | 14:16 | 3,600 | 335.69 | 0.01% | 0.01% | 0.03% | 0.00% | 0.03 | 97.7% |
| 8/15/2018 | 14:17 | 13,726 | 336.10 | 0.12% | 0.01% | 0.02% | 0.11% | 1.20 | 22.9% |
| 8/15/2018 | 14:18 | 2,550 | 336.07 | -0.01% | 0.02% | 0.03% | -0.05% | -0.50 | 61.9% |
| 8/15/2018 | 14:19 | 5,650 | 336.20 | 0.04% | 0.00% | 0.00% | 0.04% | 0.45 | 65.4% |
| 8/15/2018 | 14:20 | 9,570 | 335.78 | -0.13% | -0.02% | 0.00% | -0.10% | -1.07 | 28.7% |
| 8/15/2018 | 14:21 | 6,318 | 335.89 | 0.03% | 0.02% | 0.05% | 0.00% | -0.02 | 98.7% |
| 8/15/2018 | 14:22 | 7,126 | 336.32 | 0.13% | 0.01% | -0.02% | 0.12% | 1.29 | 19.9% |
| 8/15/2018 | 14:23 | 6,248 | 336.40 | 0.02% | 0.03% | 0.01% | -0.02% | -0.24 | 80.7% |
| 8/15/2018 | 14:24 | 7,959 | 336.06 | -0.10% | 0.00% | 0.00% | -0.09% | -1.04 | 30.1% |
| 8/15/2018 | 14:25 | 6,260 | 336.09 | 0.01% | -0.02% | -0.01% | 0.05% | 0.56 | 57.8% |
| 8/15/2018 | 14:26 | 6,023 | 336.23 | 0.04% | -0.05% | -0.04% | 0.13% | 1.40 | 16.4% |
| 8/15/2018 | 14:27 | 11,100 | 336.01 | -0.07% | -0.02% | -0.05% | -0.03% | -0.36 | 72.0% |
| 8/15/2018 | 14:28 | 9,430 | 336.19 | 0.05% | 0.00% | 0.02% | 0.06% | 0.64 | 52.5% |
| 8/15/2018 | 14:29 | 2,700 | 336.22 | 0.01% | 0.00% | -0.02% | 0.01% | 0.11 | 90.9% |
| 8/15/2018 | 14:30 | 5,901 | 336.73 | 0.15% | 0.02% | 0.01% | 0.12% | 1.35 | 17.7% |
| 8/15/2018 | 14:31 | 12,004 | 336.28 | -0.13% | -0.04% | -0.01% | -0.06% | -0.67 | 50.3% |
| 8/15/2018 | 14:32 | 5,902 | 336.13 | -0.04% | 0.02% | 0.03% | -0.08% | -0.89 | 37.4% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/15/2018 | 14:33 | 900 | 336.05 | -0.02% | 0.01% | 0.00% | -0.04% | -0.48 | 63.5% |
| 8/15/2018 | 14:34 | 4,212 | 336.55 | 0.15% | 0.04% | 0.05% | 0.08% | 0.86 | 38.8% |
| 8/15/2018 | 14:35 | 3,972 | 336.80 | 0.07% | 0.02% | -0.01% | 0.03% | 0.36 | 71.6% |
| 8/15/2018 | 14:36 | 15,471 | 337.02 | 0.07% | 0.04% | 0.06% | -0.01% | -0.08 | 93.6% |
| 8/15/2018 | 14:37 | 2,024 | 336.73 | -0.09% | 0.02% | 0.01% | -0.12% | -1.33 | 18.3% |
| 8/15/2018 | 14:38 | 4,901 | 336.81 | 0.02% | -0.02% | 0.00% | 0.05% | 0.58 | 56.0% |
| 8/15/2018 | 14:39 | 3,989 | 336.62 | -0.06% | -0.02% | -0.02% | -0.01% | -0.15 | 87.7% |
| 8/15/2018 | 14:40 | 2,800 | 336.60 | -0.01% | -0.02% | 0.02% | 0.03% | 0.33 | 74.1% |
| 8/15/2018 | 14:41 | 11,606 | 336.84 | 0.07% | 0.01% | 0.04% | 0.06% | 0.61 | 54.5% |
| 8/15/2018 | 14:42 | 4,300 | 336.80 | -0.01% | 0.01% | 0.00% | -0.04% | -0.41 | 68.6% |
| 8/15/2018 | 14:43 | 10,503 | 336.94 | 0.04% | 0.00% | -0.02% | 0.05% | 0.54 | 59.2% |
| 8/15/2018 | 14:44 | 3,900 | 336.65 | -0.09% | -0.01% | -0.04% | -0.08% | -0.82 | 41.4% |
| 8/15/2018 | 14:45 | 5,310 | 336.32 | -0.10% | -0.03% | -0.03% | -0.05% | -0.51 | 60.8% |
| 8/15/2018 | 14:46 | 808 | 336.29 | -0.01% | -0.03% | -0.01% | 0.05% | 0.51 | 61.4% |
| 8/15/2018 | 14:47 | 5,895 | 336.30 | 0.00% | -0.03% | -0.04% | 0.07% | 0.71 | 47.7% |
| 8/15/2018 | 14:48 | 3,933 | 336.29 | 0.00% | 0.03% | 0.02% | -0.05% | -0.55 | 58.3% |
| 8/15/2018 | 14:49 | 2,075 | 336.42 | 0.04% | 0.00% | 0.01% | 0.04% | 0.46 | 64.8% |
| 8/15/2018 | 14:50 | 3,834 | 336.96 | 0.16% | 0.06% | 0.06% | 0.05% | 0.53 | 59.6% |
| 8/15/2018 | 14:51 | 10,902 | 337.13 | 0.05% | -0.02% | -0.03% | 0.09% | 1.02 | 30.7% |
| 8/15/2018 | 14:52 | 16,691 | 337.93 | 0.24% | 0.01% | 0.03% | 0.21% | 2.30 | 2.2% |
| 8/15/2018 | 14:53 | 24,703 | 337.86 | -0.02% | 0.07% | 0.05% | -0.14% | -1.50 | 13.4% |
| 8/15/2018 | 14:54 | 2,061 | 337.68 | -0.05% | 0.00% | 0.02% | -0.05% | -0.59 | 55.2% |
| 8/15/2018 | 14:55 | 16,036 | 337.73 | 0.02% | 0.00% | 0.06% | 0.01% | 0.14 | 88.6% |
| 8/15/2018 | 14:56 | 5,498 | 337.54 | -0.06% | -0.01% | -0.01% | -0.04% | -0.44 | 65.8% |
| 8/15/2018 | 14:57 | 7,519 | 337.19 | -0.10% | -0.01% | -0.01% | -0.09% | -1.00 | 32.0% |
| 8/15/2018 | 14:58 | 6,726 | 337.79 | 0.18% | 0.06% | 0.04% | 0.06% | 0.66 | 51.0% |
| 8/15/2018 | 14:59 | 7,677 | 337.71 | -0.02% | 0.06% | 0.10% | -0.13% | -1.40 | 16.2% |
| 8/15/2018 | 15:00 | 7,382 | 337.95 | 0.07% | 0.01% | -0.01% | 0.05% | 0.55 | 58.3% |
| 8/15/2018 | 15:01 | 2,959 | 337.97 | 0.01% | 0.06% | 0.04% | -0.11% | -1.19 | 23.5% |
| 8/15/2018 | 15:02 | 7,801 | 338.01 | 0.01% | 0.02% | 0.05% | -0.02% | -0.24 | 80.7% |
| 8/15/2018 | 15:03 | 9,621 | 338.04 | 0.01% | -0.01% | 0.00% | 0.02% | 0.26 | 79.8% |
| 8/15/2018 | 15:04 | 5,857 | 337.69 | -0.10% | -0.01% | -0.03% | -0.08% | -0.90 | 36.7% |
| 8/15/2018 | 15:05 | 6,070 | 337.83 | 0.04% | 0.00% | 0.01% | 0.04% | 0.39 | 69.6% |
| 8/15/2018 | 15:06 | 4,269 | 338.06 | 0.07% | 0.04% | -0.02% | -0.01% | -0.10 | 92.3% |
| 8/15/2018 | 15:07 | 5,703 | 337.89 | -0.05% | 0.00% | 0.02% | -0.04% | -0.49 | 62.6% |
| 8/15/2018 | 15:08 | 3,350 | 337.71 | -0.05% | 0.03% | -0.01% | -0.10% | -1.11 | 26.9% |
| 8/15/2018 | 15:09 | 8,247 | 337.10 | -0.18% | -0.03% | 0.00% | -0.13% | -1.42 | 15.8% |
| 8/15/2018 | 15:10 | 8,501 | 336.91 | -0.06% | -0.04% | -0.05% | 0.01% | 0.08 | 93.3% |
| 8/15/2018 | 15:11 | 5,400 | 336.96 | 0.01% | -0.04% | -0.01% | 0.09% | 0.93 | 35.2% |
| 8/15/2018 | 15:12 | 10,882 | 336.87 | -0.03% | 0.03% | 0.00% | -0.09% | -0.95 | 34.0% |
| 8/15/2018 | 15:13 | 2,359 | 337.06 | 0.06% | -0.01% | 0.02% | 0.07% | 0.81 | 41.6% |
| 8/15/2018 | 15:14 | 7,253 | 336.52 | -0.16% | -0.03% | 0.02% | -0.11% | -1.16 | 24.5% |
| 8/15/2018 | 15:15 | 4,300 | 336.90 | 0.11% | -0.03% | 0.00% | 0.16% | 1.73 | 8.4% |
| 8/15/2018 | 15:16 | 6,202 | 336.74 | -0.05% | 0.01% | 0.00% | -0.06% | -0.68 | 49.8% |
| 8/15/2018 | 15:17 | 2,458 | 336.96 | 0.06% | 0.04% | 0.03% | 0.00% | 0.01 | 99.2% |
| 8/15/2018 | 15:18 | 4,900 | 336.80 | -0.05% | 0.00% | 0.03% | -0.06% | -0.60 | 54.6% |
| 8/15/2018 | 15:19 | 5,622 | 336.72 | -0.02% | -0.01% | 0.03% | 0.00% | -0.05 | 96.2% |
| 8/15/2018 | 15:20 | 3,590 | 336.70 | -0.01% | 0.00% | 0.00% | -0.01% | -0.12 | 90.3% |
| 8/15/2018 | 15:21 | 7,678 | 336.98 | 0.08% | -0.01% | 0.03% | 0.11% | 1.19 | 23.6% |
| 8/15/2018 | 15:22 | 5,066 | 336.78 | -0.06% | 0.00% | 0.02% | -0.05% | -0.56 | 57.7% |
| 8/15/2018 | 15:23 | 4,189 | 336.87 | 0.03% | -0.01% | -0.02% | 0.04% | 0.47 | 63.6% |
| 8/15/2018 | 15:24 | 9,118 | 337.08 | 0.06% | 0.02% | -0.01% | 0.03% | 0.29 | 76.9% |
| 8/15/2018 | 15:25 | 4,972 | 337.15 | 0.02% | 0.01% | 0.01% | 0.01% | 0.08 | 93.4% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| Date | Interval Start | Volume | Tesla Price | Tesla Return | Market Return | Industry Return | Abnormal Return | t-stat | p-value |
| 8/15/2018 | 15:26 | 4,231 | 337.19 | 0.01% | 0.00% | 0.03% | 0.02% | 0.17 | 86.6% |
| 8/15/2018 | 15:27 | 5,320 | 337.62 | 0.13% | 0.02% | 0.00% | 0.09% | 1.01 | 31.2% |
| 8/15/2018 | 15:28 | 10,133 | 337.47 | -0.04% | -0.01% | -0.01% | -0.03% | -0.33 | 74.3% |
| 8/15/2018 | 15:29 | 11,649 | 338.04 | 0.17% | 0.03% | 0.00% | 0.11% | 1.25 | 21.2% |
| 8/15/2018 | 15:30 | 10,244 | 337.99 | -0.02% | 0.01% | 0.06% | -0.04% | -0.44 | 66.3% |
| 8/15/2018 | 15:31 | 6,291 | 337.77 | -0.07% | 0.01% | -0.01% | -0.09% | -0.95 | 34.2% |
| 8/15/2018 | 15:32 | 4,213 | 338.12 | 0.10% | 0.05% | 0.07% | 0.01% | 0.08 | 93.6% |
| 8/15/2018 | 15:33 | 9,690 | 337.77 | -0.10% | 0.09% | 0.14% | -0.27% | -2.91 | 0.4% |
| 8/15/2018 | 15:34 | 14,163 | 337.55 | -0.07% | -0.01% | -0.02% | -0.04% | -0.43 | 66.9% |
| 8/15/2018 | 15:35 | 9,213 | 337.20 | -0.10% | -0.01% | 0.02% | -0.09% | -1.00 | 31.8% |
| 8/15/2018 | 15:36 | 11,026 | 337.16 | -0.01% | -0.01% | -0.05% | 0.00% | 0.04 | 96.9% |
| 8/15/2018 | 15:37 | 11,371 | 337.36 | 0.06% | -0.04% | 0.00% | 0.13% | 1.37 | 17.0% |
| 8/15/2018 | 15:38 | 9,424 | 337.31 | -0.01% | 0.01% | -0.07% | -0.02% | -0.27 | 78.8% |
| 8/15/2018 | 15:39 | 8,949 | 337.74 | 0.13% | -0.01% | 0.02% | 0.15% | 1.64 | 10.3% |
| 8/15/2018 | 15:40 | 7,781 | 337.86 | 0.04% | -0.03% | 0.00% | 0.09% | 0.97 | 33.2% |
| 8/15/2018 | 15:41 | 15,371 | 338.32 | 0.14% | 0.00% | 0.00% | 0.13% | 1.47 | 14.3% |
| 8/15/2018 | 15:42 | 15,768 | 338.40 | 0.02% | 0.02% | 0.04% | 0.00% | -0.04 | 96.8% |
| 8/15/2018 | 15:43 | 20,115 | 339.00 | 0.18% | 0.01% | 0.05% | 0.15% | 1.63 | 10.3% |
| 8/15/2018 | 15:44 | 7,756 | 338.93 | -0.02% | 0.02% | 0.06% | -0.06% | -0.64 | 52.3% |
| 8/15/2018 | 15:45 | 20,114 | 338.64 | -0.09% | 0.04% | 0.01% | -0.16% | -1.78 | 7.7% |
| 8/15/2018 | 15:46 | 27,736 | 338.94 | 0.09% | 0.00% | -0.02% | 0.09% | 0.94 | 34.9% |
| 8/15/2018 | 15:47 | 18,687 | 339.10 | 0.05% | 0.00% | 0.03% | 0.04% | 0.46 | 64.8% |
| 8/15/2018 | 15:48 | 15,690 | 339.30 | 0.06% | -0.03% | -0.05% | 0.10% | 1.14 | 25.4% |
| 8/15/2018 | 15:49 | 20,397 | 338.78 | -0.15% | -0.01% | 0.01% | -0.13% | -1.42 | 15.6% |
| 8/15/2018 | 15:50 | 30,333 | 338.09 | -0.20% | -0.06% | -0.04% | -0.10% | -1.05 | 29.3% |
| 8/15/2018 | 15:51 | 7,572 | 338.09 | 0.00% | -0.02% | -0.04% | 0.03% | 0.29 | 77.5% |
| 8/15/2018 | 15:52 | 32,937 | 338.33 | 0.07% | -0.01% | -0.01% | 0.09% | 1.01 | 31.3% |
| 8/15/2018 | 15:53 | 17,854 | 338.90 | 0.17% | 0.00% | -0.02% | 0.17% | 1.83 | 6.8% |
| 8/15/2018 | 15:54 | 18,368 | 338.51 | -0.12% | 0.02% | -0.01% | -0.15% | -1.61 | 10.7% |
| 8/15/2018 | 15:55 | 24,654 | 338.60 | 0.03% | 0.05% | 0.05% | -0.06% | -0.67 | 50.3% |
| 8/15/2018 | 15:56 | 19,182 | 338.50 | -0.03% | -0.01% | -0.04% | -0.01% | -0.08 | 93.7% |
| 8/15/2018 | 15:57 | 26,614 | 338.86 | 0.11% | -0.02% | 0.03% | 0.14% | 1.48 | 14.0% |
| 8/15/2018 | 15:58 | 21,147 | 338.87 | 0.00% | -0.02% | 0.00% | 0.04% | 0.43 | 66.5% |
| 8/15/2018 | 15:59 | 119,651 | 338.69 | -0.05% | -0.01% | 0.01% | -0.03% | -0.36 | 72.3% |
| 8/16/2018 | open | 0 | 339.91 | 0.36% | 0.69% | -0.08% | -0.51% | -0.37 | 71.5% |
| 8/16/2018 | 9:30 | 36,881 | 340.10 | 0.06% | 0.00% | 0.39% | 0.06% | 0.69 | 49.3% |
| 8/16/2018 | 9:31 | 37,397 | 339.41 | -0.20% | -0.02% | 0.05% | -0.17% | -1.87 | 6.2% |
| 8/16/2018 | 9:32 | 39,636 | 337.82 | -0.47% | -0.02% | 0.01% | -0.43% | -4.72 | 0.0% |
| 8/16/2018 | 9:33 | 23,169 | 337.75 | -0.02% | -0.01% | 0.05% | 0.00% | 0.01 | 99.1% |
| 8/16/2018 | 9:34 | 27,941 | 338.81 | 0.31% | 0.05% | 0.05% | 0.22% | 2.45 | 1.5% |
| 8/16/2018 | 9:35 | 30,744 | 337.08 | -0.51% | 0.00% | 0.18% | -0.50% | -5.49 | 0.0% |
| 8/16/2018 | 9:36 | 24,827 | 336.76 | -0.09% | -0.01% | -0.14% | -0.09% | -0.94 | 35.0% |
| 8/16/2018 | 9:37 | 34,320 | 336.39 | -0.11% | -0.05% | 0.07% | -0.02% | -0.21 | 83.6% |
| 8/16/2018 | 9:38 | 38,881 | 337.25 | 0.26% | -0.10% | 0.32% | 0.44% | 4.79 | 0.0% |
| 8/16/2018 | 9:39 | 24,068 | 336.44 | -0.24% | 0.01% | 0.02% | -0.26% | -2.80 | 0.5% |
| 8/16/2018 | 9:40 | 29,027 | 336.02 | -0.12% | 0.05% | -0.03% | -0.21% | -2.34 | 2.0% |
| 8/16/2018 | 9:41 | 29,820 | 335.83 | -0.06% | 0.04% | -0.09% | -0.13% | -1.41 | 15.8% |
| 8/16/2018 | 9:42 | 12,360 | 335.88 | 0.01% | 0.01% | -0.07% | 0.00% | 0.02 | 98.7% |
| 8/16/2018 | 9:43 | 18,170 | 335.62 | -0.08% | -0.04% | 0.00% | -0.01% | -0.09 | 93.1% |
| 8/16/2018 | 9:44 | 36,388 | 335.25 | -0.11% | -0.08% | 0.00% | 0.03% | 0.33 | 74.1% |
| 8/16/2018 | 9:45 | 21,166 | 334.79 | -0.14% | 0.05% | 0.05% | -0.23% | -2.54 | 1.1% |
| 8/16/2018 | 9:46 | 23,673 | 334.84 | 0.01% | -0.05% | 0.11% | 0.10% | 1.11 | 26.9% |
| 8/16/2018 | 9:47 | 27,991 | 333.98 | -0.26% | -0.01% | -0.05% | -0.23% | -2.53 | 1.2% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/16/2018 | 9:48 | 29,866 | 335.37 | 0.41% | 0.02% | 0.06% | 0.39% | 4.22 | 0.0% |
| 8/16/2018 | 9:49 | 16,098 | 335.09 | -0.08% | 0.00% | -0.04% | -0.08% | -0.83 | 40.6% |
| 8/16/2018 | 9:50 | 22,644 | 335.91 | 0.24% | 0.07% | 0.11% | 0.12% | 1.33 | 18.4% |
| 8/16/2018 | 9:51 | 29,453 | 336.30 | 0.12% | 0.00% | 0.00% | 0.11% | 1.19 | 23.6% |
| 8/16/2018 | 9:52 | 14,108 | 335.12 | -0.35% | -0.02% | 0.03% | -0.31% | -3.43 | 0.1% |
| 8/16/2018 | 9:53 | 14,885 | 334.46 | -0.20% | 0.01% | 0.04% | -0.21% | -2.34 | 2.0% |
| 8/16/2018 | 9:54 | 27,233 | 334.21 | -0.07% | -0.02% | 0.01% | -0.04% | -0.44 | 66.2% |
| 8/16/2018 | 9:55 | 19,084 | 335.66 | 0.43% | 0.05% | 0.02% | 0.34% | 3.66 | 0.0% |
| 8/16/2018 | 9:56 | 22,062 | 335.00 | -0.20% | -0.02% | 0.07% | -0.17% | -1.80 | 7.2% |
| 8/16/2018 | 9:57 | 14,218 | 335.09 | 0.03% | -0.06% | -0.01% | 0.13% | 1.38 | 16.8% |
| 8/16/2018 | 9:58 | 13,565 | 334.28 | -0.24% | -0.04% | -0.09% | -0.17% | -1.82 | 6.9% |
| 8/16/2018 | 9:59 | 18,481 | 334.55 | 0.08% | -0.01% | -0.04% | 0.10% | 1.11 | 26.8% |
| 8/16/2018 | 10:00 | 36,053 | 335.51 | 0.29% | 0.09% | 0.10% | 0.13% | 1.40 | 16.1% |
| 8/16/2018 | 10:01 | 24,339 | 335.80 | 0.09% | 0.01% | -0.04% | 0.06% | 0.67 | 50.5% |
| 8/16/2018 | 10:02 | 12,947 | 336.20 | 0.12% | 0.04% | -0.04% | 0.06% | 0.60 | 54.7% |
| 8/16/2018 | 10:03 | 25,793 | 336.53 | 0.10% | -0.02% | 0.05% | 0.13% | 1.39 | 16.5% |
| 8/16/2018 | 10:04 | 17,837 | 336.61 | 0.02% | -0.01% | -0.06% | 0.05% | 0.50 | 61.7% |
| 8/16/2018 | 10:05 | 10,185 | 336.25 | -0.11% | 0.06% | 0.04% | -0.22% | -2.36 | 1.9% |
| 8/16/2018 | 10:06 | 26,485 | 336.92 | 0.20% | 0.02% | 0.03% | 0.17% | 1.87 | 6.2% |
| 8/16/2018 | 10:07 | 23,330 | 337.18 | 0.08% | -0.01% | 0.03% | 0.10% | 1.13 | 25.8% |
| 8/16/2018 | 10:08 | 19,681 | 336.23 | -0.28% | -0.02% | -0.02% | -0.25% | -2.69 | 0.7% |
| 8/16/2018 | 10:09 | 15,198 | 336.40 | 0.05% | 0.04% | -0.06% | -0.01% | -0.15 | 87.8% |
| 8/16/2018 | 10:10 | 15,437 | 336.68 | 0.08% | 0.00% | 0.07% | 0.08% | 0.82 | 41.0% |
| 8/16/2018 | 10:11 | 13,786 | 337.50 | 0.25% | 0.03% | -0.04% | 0.19% | 2.08 | 3.8% |
| 8/16/2018 | 10:12 | 18,811 | 337.30 | -0.06% | 0.00% | -0.02% | -0.06% | -0.61 | 54.0% |
| 8/16/2018 | 10:13 | 11,938 | 336.80 | -0.15% | 0.00% | -0.01% | -0.14% | -1.57 | 11.7% |
| 8/16/2018 | 10:14 | 7,891 | 337.11 | 0.09% | 0.00% | -0.08% | 0.10% | 1.08 | 27.9% |
| 8/16/2018 | 10:15 | 3,445 | 336.85 | -0.08% | -0.01% | -0.03% | -0.05% | -0.57 | 56.7% |
| 8/16/2018 | 10:16 | 10,123 | 336.45 | -0.12% | 0.01% | 0.02% | -0.14% | -1.50 | 13.4% |
| 8/16/2018 | 10:17 | 9,940 | 336.14 | -0.09% | -0.02% | -0.07% | -0.06% | -0.64 | 52.3% |
| 8/16/2018 | 10:18 | 9,005 | 336.40 | 0.08% | 0.01% | -0.03% | 0.05% | 0.59 | 55.7% |
| 8/16/2018 | 10:19 | 9,748 | 335.87 | -0.16% | 0.00% | 0.08% | -0.16% | -1.73 | 8.4% |
| 8/16/2018 | 10:20 | 11,250 | 336.54 | 0.20% | 0.01% | -0.08% | 0.18% | 1.99 | 4.7% |
| 8/16/2018 | 10:21 | 8,604 | 336.19 | -0.10% | 0.00% | 0.04% | -0.10% | -1.10 | 27.1% |
| 8/16/2018 | 10:22 | 11,961 | 337.25 | 0.31% | 0.01% | -0.03% | 0.30% | 3.26 | 0.1% |
| 8/16/2018 | 10:23 | 4,288 | 336.87 | -0.11% | -0.02% | -0.01% | -0.08% | -0.85 | 39.6% |
| 8/16/2018 | 10:24 | 13,481 | 336.90 | 0.01% | 0.01% | 0.03% | -0.01% | -0.13 | 89.9% |
| 8/16/2018 | 10:25 | 6,132 | 336.61 | -0.09% | 0.00% | 0.02% | -0.08% | -0.92 | 35.7% |
| 8/16/2018 | 10:26 | 955 | 336.23 | -0.11% | -0.02% | -0.05% | -0.09% | -0.94 | 34.9% |
| 8/16/2018 | 10:27 | 9,934 | 336.45 | 0.07% | -0.02% | -0.02% | 0.11% | 1.17 | 24.1% |
| 8/16/2018 | 10:28 | 23,588 | 336.18 | -0.08% | 0.01% | -0.01% | -0.10% | -1.14 | 25.7% |
| 8/16/2018 | 10:29 | 7,873 | 336.18 | 0.00% | 0.05% | -0.03% | -0.09% | -0.95 | 34.4% |
| 8/16/2018 | 10:30 | 9,209 | 336.46 | 0.09% | 0.01% | 0.03% | 0.06% | 0.66 | 51.2% |
| 8/16/2018 | 10:31 | 11,838 | 336.81 | 0.10% | 0.05% | 0.10% | 0.01% | 0.12 | 90.6% |
| 8/16/2018 | 10:32 | 3,180 | 336.58 | -0.07% | -0.03% | 0.02% | -0.01% | -0.15 | 88.0% |
| 8/16/2018 | 10:33 | 11,134 | 336.84 | 0.08% | -0.01% | -0.03% | 0.09% | 1.04 | 30.1% |
| 8/16/2018 | 10:34 | 4,204 | 336.72 | -0.04% | -0.01% | 0.02% | -0.03% | -0.30 | 76.3% |
| 8/16/2018 | 10:35 | 6,060 | 337.02 | 0.09% | -0.02% | -0.02% | 0.13% | 1.44 | 15.2% |
| 8/16/2018 | 10:36 | 15,832 | 337.50 | 0.14% | 0.02% | 0.05% | 0.10% | 1.08 | 28.0% |
| 8/16/2018 | 10:37 | 12,585 | 337.43 | -0.02% | 0.01% | 0.02% | -0.04% | -0.46 | 64.6% |
| 8/16/2018 | 10:38 | 12,330 | 337.64 | 0.06% | 0.01% | -0.03% | 0.05% | 0.55 | 58.4% |
| 8/16/2018 | 10:39 | 14,441 | 337.71 | 0.02% | -0.01% | -0.03% | 0.03% | 0.35 | 72.8% |
| 8/16/2018 | 10:40 | 6,436 | 337.48 | -0.07% | 0.00% | -0.01% | -0.06% | -0.67 | 50.4% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/16/2018 | 10:41 | 7,453 | 337.56 | 0.02% | -0.03% | 0.00% | 0.08% | 0.93 | 35.5% |
| 8/16/2018 | 10:42 | 22,994 | 338.03 | 0.14% | 0.01% | -0.03% | 0.13% | 1.38 | 16.8% |
| 8/16/2018 | 10:43 | 16,566 | 337.32 | -0.21% | -0.01% | 0.01% | -0.20% | -2.18 | 3.0% |
| 8/16/2018 | 10:44 | 3,747 | 337.24 | -0.02% | 0.02% | -0.01% | -0.06% | -0.65 | 51.8% |
| 8/16/2018 | 10:45 | 14,023 | 337.22 | -0.01% | 0.01% | -0.01% | -0.02% | -0.20 | 84.4% |
| 8/16/2018 | 10:46 | 20,252 | 336.59 | -0.19% | -0.04% | 0.02% | -0.12% | -1.28 | 20.2% |
| 8/16/2018 | 10:47 | 12,697 | 336.52 | -0.02% | -0.01% | -0.06% | 0.00% | 0.04 | 96.5% |
| 8/16/2018 | 10:48 | 5,761 | 336.86 | 0.10% | 0.02% | 0.01% | 0.07% | 0.73 | 46.6% |
| 8/16/2018 | 10:49 | 8,449 | 337.19 | 0.10% | -0.02% | 0.02% | 0.13% | 1.42 | 15.7% |
| 8/16/2018 | 10:50 | 13,522 | 337.05 | -0.04% | 0.00% | -0.01% | -0.04% | -0.41 | 68.0% |
| 8/16/2018 | 10:51 | 6,080 | 336.50 | -0.16% | -0.08% | 0.01% | -0.01% | -0.14 | 88.9% |
| 8/16/2018 | 10:52 | 9,263 | 336.74 | 0.07% | 0.00% | 0.03% | 0.08% | 0.83 | 40.5% |
| 8/16/2018 | 10:53 | 1,661 | 336.73 | 0.00% | 0.00% | 0.03% | 0.00% | 0.03 | 97.7% |
| 8/16/2018 | 10:54 | 7,388 | 336.30 | -0.13% | 0.00% | 0.00% | -0.13% | -1.37 | 17.3% |
| 8/16/2018 | 10:55 | 6,162 | 336.23 | -0.02% | 0.02% | -0.01% | -0.06% | -0.68 | 49.9% |
| 8/16/2018 | 10:56 | 3,830 | 336.35 | 0.04% | -0.01% | -0.10% | 0.05% | 0.50 | 61.4% |
| 8/16/2018 | 10:57 | 7,228 | 336.21 | -0.04% | -0.01% | -0.03% | -0.03% | -0.32 | 74.7% |
| 8/16/2018 | 10:58 | 3,387 | 336.25 | 0.01% | 0.02% | 0.02% | -0.02% | -0.25 | 80.1% |
| 8/16/2018 | 10:59 | 7,141 | 336.35 | 0.03% | -0.01% | -0.01% | 0.04% | 0.47 | 64.0% |
| 8/16/2018 | 11:00 | 5,711 | 336.42 | 0.02% | 0.03% | 0.02% | -0.03% | -0.33 | 74.0% |
| 8/16/2018 | 11:01 | 16,935 | 337.25 | 0.25% | 0.05% | 0.05% | 0.15% | 1.67 | 9.6% |
| 8/16/2018 | 11:02 | 9,907 | 337.34 | 0.03% | 0.00% | 0.02% | 0.02% | 0.27 | 78.9% |
| 8/16/2018 | 11:03 | 9,497 | 337.00 | -0.10% | -0.01% | -0.05% | -0.08% | -0.90 | 37.0% |
| 8/16/2018 | 11:04 | 3,754 | 337.30 | 0.09% | -0.02% | 0.01% | 0.12% | 1.36 | 17.6% |
| 8/16/2018 | 11:05 | 7,843 | 337.34 | 0.01% | 0.02% | -0.02% | -0.03% | -0.34 | 73.6% |
| 8/16/2018 | 11:06 | 17,115 | 337.63 | 0.09% | 0.02% | 0.01% | 0.04% | 0.49 | 62.7% |
| 8/16/2018 | 11:07 | 2,600 | 337.75 | 0.04% | -0.01% | 0.00% | 0.05% | 0.53 | 59.4% |
| 8/16/2018 | 11:08 | 13,068 | 338.07 | 0.09% | 0.01% | -0.01% | 0.08% | 0.84 | 40.1% |
| 8/16/2018 | 11:09 | 33,729 | 338.65 | 0.17% | -0.01% | 0.00% | 0.20% | 2.13 | 3.4% |
| 8/16/2018 | 11:10 | 6,912 | 338.71 | 0.02% | 0.02% | 0.03% | -0.02% | -0.20 | 84.3% |
| 8/16/2018 | 11:11 | 10,617 | 338.68 | -0.01% | 0.02% | 0.02% | -0.05% | -0.49 | 62.1% |
| 8/16/2018 | 11:12 | 24,600 | 339.10 | 0.12% | 0.01% | -0.02% | 0.10% | 1.07 | 28.5% |
| 8/16/2018 | 11:13 | 27,717 | 339.65 | 0.16% | 0.02% | 0.04% | 0.13% | 1.45 | 14.8% |
| 8/16/2018 | 11:14 | 41,361 | 339.75 | 0.03% | 0.01% | -0.02% | 0.02% | 0.20 | 83.9% |
| 8/16/2018 | 11:15 | 27,497 | 339.83 | 0.02% | 0.03% | -0.01% | -0.03% | -0.38 | 70.6% |
| 8/16/2018 | 11:16 | 35,158 | 340.00 | 0.05% | 0.06% | 0.14% | -0.05% | -0.57 | 57.2% |
| 8/16/2018 | 11:17 | 46,902 | 340.88 | 0.26% | 0.00% | -0.02% | 0.26% | 2.81 | 0.5% |
| 8/16/2018 | 11:18 | 16,158 | 340.50 | -0.11% | -0.02% | -0.01% | -0.07% | -0.75 | 45.5% |
| 8/16/2018 | 11:19 | 15,594 | 340.36 | -0.04% | 0.01% | 0.01% | -0.06% | -0.71 | 48.1% |
| 8/16/2018 | 11:20 | 16,358 | 340.25 | -0.03% | -0.01% | 0.01% | -0.01% | -0.16 | 87.5% |
| 8/16/2018 | 11:21 | 16,915 | 339.75 | -0.15% | 0.00% | -0.06% | -0.15% | -1.66 | 9.8% |
| 8/16/2018 | 11:22 | 19,083 | 339.60 | -0.04% | 0.01% | 0.05% | -0.05% | -0.60 | 55.2% |
| 8/16/2018 | 11:23 | 12,044 | 339.82 | 0.06% | 0.02% | 0.05% | 0.03% | 0.35 | 72.9% |
| 8/16/2018 | 11:24 | 4,988 | 340.01 | 0.05% | 0.00% | 0.02% | 0.06% | 0.69 | 48.9% |
| 8/16/2018 | 11:25 | 5,406 | 340.24 | 0.07% | 0.01% | -0.03% | 0.05% | 0.59 | 55.7% |
| 8/16/2018 | 11:26 | 19,433 | 340.54 | 0.09% | -0.01% | 0.00% | 0.10% | 1.08 | 28.0% |
| 8/16/2018 | 11:27 | 22,632 | 340.88 | 0.10% | 0.00% | -0.02% | 0.10% | 1.12 | 26.4% |
| 8/16/2018 | 11:28 | 34,932 | 341.48 | 0.18% | 0.00% | 0.00% | 0.17% | 1.87 | 6.3% |
| 8/16/2018 | 11:29 | 22,782 | 341.38 | -0.03% | 0.01% | 0.02% | -0.04% | -0.42 | 67.4% |
| 8/16/2018 | 11:30 | 26,816 | 341.41 | 0.01% | 0.02% | -0.02% | -0.02% | -0.24 | 81.3% |
| 8/16/2018 | 11:31 | 19,487 | 341.58 | 0.05% | -0.03% | -0.06% | 0.11% | 1.19 | 23.5% |
| 8/16/2018 | 11:32 | 43,287 | 341.90 | 0.10% | -0.01% | 0.02% | 0.12% | 1.27 | 20.6% |
| 8/16/2018 | 11:33 | 26,781 | 341.45 | -0.13% | -0.01% | -0.01% | -0.12% | -1.28 | 20.2% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/16/2018 | 11:34 | 13,894 | 341.10 | -0.10% | 0.02% | 0.01% | -0.13% | -1.40 | 16.3% |
| 8/16/2018 | 11:35 | 10,997 | 341.29 | 0.05% | 0.02% | 0.05% | 0.01% | 0.15 | 87.9% |
| 8/16/2018 | 11:36 | 13,799 | 340.84 | -0.13% | -0.01% | 0.01% | -0.11% | -1.25 | 21.2% |
| 8/16/2018 | 11:37 | 22,607 | 340.41 | -0.13% | -0.01% | 0.00% | -0.11% | -1.23 | 22.0% |
| 8/16/2018 | 11:38 | 11,615 | 340.71 | 0.09% | -0.01% | -0.05% | 0.10% | 1.09 | 27.8% |
| 8/16/2018 | 11:39 | 15,543 | 340.63 | -0.02% | 0.01% | 0.01% | -0.03% | -0.37 | 71.2% |
| 8/16/2018 | 11:40 | 14,886 | 340.36 | -0.08% | -0.01% | -0.01% | -0.07% | -0.75 | 45.5% |
| 8/16/2018 | 11:41 | 4,965 | 340.05 | -0.09% | 0.00% | -0.02% | -0.09% | -1.03 | 30.5% |
| 8/16/2018 | 11:42 | 7,429 | 340.02 | -0.01% | 0.01% | -0.06% | -0.02% | -0.24 | 81.2% |
| 8/16/2018 | 11:43 | 13,111 | 339.59 | -0.13% | -0.01% | -0.02% | -0.10% | -1.13 | 26.0% |
| 8/16/2018 | 11:44 | 15,599 | 339.73 | 0.04% | 0.01% | -0.04% | 0.02% | 0.26 | 79.2% |
| 8/16/2018 | 11:45 | 15,889 | 339.68 | -0.01% | 0.03% | 0.01% | -0.06% | -0.66 | 50.9% |
| 8/16/2018 | 11:46 | 14,670 | 340.12 | 0.13% | 0.00% | -0.01% | 0.14% | 1.50 | 13.5% |
| 8/16/2018 | 11:47 | 19,943 | 340.54 | 0.12% | 0.01% | 0.03% | 0.10% | 1.08 | 27.9% |
| 8/16/2018 | 11:48 | 10,313 | 340.81 | 0.08% | 0.01% | -0.01% | 0.06% | 0.61 | 54.4% |
| 8/16/2018 | 11:49 | 10,049 | 340.66 | -0.04% | -0.02% | -0.01% | -0.02% | -0.17 | 86.8% |
| 8/16/2018 | 11:50 | 8,944 | 340.23 | -0.13% | -0.04% | 0.00% | -0.06% | -0.66 | 50.7% |
| 8/16/2018 | 11:51 | 12,788 | 340.64 | 0.12% | 0.01% | 0.03% | 0.10% | 1.13 | 26.0% |
| 8/16/2018 | 11:52 | 20,978 | 339.71 | -0.27% | -0.01% | -0.03% | -0.26% | -2.82 | 0.5% |
| 8/16/2018 | 11:53 | 17,641 | 339.97 | 0.08% | 0.00% | 0.01% | 0.08% | 0.85 | 39.5% |
| 8/16/2018 | 11:54 | 37,063 | 338.95 | -0.30% | 0.00% | 0.02% | -0.30% | -3.32 | 0.1% |
| 8/16/2018 | 11:55 | 15,714 | 338.63 | -0.09% | 0.00% | -0.01% | -0.09% | -1.02 | 31.0% |
| 8/16/2018 | 11:56 | 17,850 | 338.71 | 0.02% | 0.00% | -0.02% | 0.02% | 0.18 | 85.8% |
| 8/16/2018 | 11:57 | 11,443 | 338.79 | 0.02% | -0.01% | -0.01% | 0.04% | 0.39 | 69.9% |
| 8/16/2018 | 11:58 | 24,311 | 338.48 | -0.09% | 0.01% | -0.02% | -0.11% | -1.25 | 21.1% |
| 8/16/2018 | 11:59 | 9,898 | 338.26 | -0.06% | 0.01% | 0.05% | -0.08% | -0.84 | 39.9% |
| 8/16/2018 | 12:00 | 15,178 | 338.56 | 0.09% | 0.01% | -0.01% | 0.07% | 0.76 | 45.1% |
| 8/16/2018 | 12:01 | 16,391 | 338.76 | 0.06% | 0.00% | 0.02% | 0.05% | 0.58 | 56.2% |
| 8/16/2018 | 12:02 | 11,051 | 338.40 | -0.11% | 0.00% | -0.03% | -0.10% | -1.08 | 28.1% |
| 8/16/2018 | 12:03 | 11,231 | 339.00 | 0.18% | 0.02% | 0.07% | 0.15% | 1.60 | 11.0% |
| 8/16/2018 | 12:04 | 25,074 | 339.04 | 0.01% | -0.01% | 0.02% | 0.03% | 0.30 | 76.1% |
| 8/16/2018 | 12:05 | 1,790 | 338.87 | -0.05% | 0.00% | 0.01% | -0.04% | -0.45 | 64.9% |
| 8/16/2018 | 12:06 | 10,382 | 338.94 | 0.02% | 0.01% | 0.04% | 0.00% | -0.04 | 97.0% |
| 8/16/2018 | 12:07 | 8,641 | 339.32 | 0.11% | 0.00% | 0.00% | 0.11% | 1.21 | 22.7% |
| 8/16/2018 | 12:08 | 4,336 | 338.83 | -0.14% | 0.00% | 0.05% | -0.15% | -1.60 | 11.1% |
| 8/16/2018 | 12:09 | 6,420 | 338.55 | -0.08% | -0.01% | 0.03% | -0.06% | -0.66 | 50.8% |
| 8/16/2018 | 12:10 | 7,589 | 338.60 | 0.01% | 0.00% | 0.02% | 0.02% | 0.20 | 84.3% |
| 8/16/2018 | 12:11 | 8,277 | 338.48 | -0.04% | 0.00% | 0.04% | -0.04% | -0.48 | 63.5% |
| 8/16/2018 | 12:12 | 3,675 | 338.57 | 0.03% | 0.03% | -0.01% | -0.02% | -0.22 | 82.2% |
| 8/16/2018 | 12:13 | 4,006 | 339.01 | 0.13% | 0.04% | 0.05% | 0.07% | 0.71 | 47.7% |
| 8/16/2018 | 12:14 | 11,584 | 338.70 | -0.09% | -0.02% | -0.03% | -0.05% | -0.56 | 57.3% |
| 8/16/2018 | 12:15 | 5,871 | 338.35 | -0.10% | 0.00% | 0.00% | -0.10% | -1.13 | 26.0% |
| 8/16/2018 | 12:16 | 29,452 | 338.11 | -0.07% | 0.00% | -0.01% | -0.07% | -0.77 | 44.3% |
| 8/16/2018 | 12:17 | 6,003 | 338.38 | 0.08% | 0.01% | 0.00% | 0.06% | 0.66 | 51.3% |
| 8/16/2018 | 12:18 | 8,746 | 338.78 | 0.12% | 0.01% | 0.05% | 0.11% | 1.19 | 23.5% |
| 8/16/2018 | 12:19 | 11,505 | 339.07 | 0.09% | 0.01% | -0.01% | 0.08% | 0.82 | 41.3% |
| 8/16/2018 | 12:20 | 9,214 | 338.51 | -0.17% | -0.01% | -0.03% | -0.14% | -1.57 | 11.7% |
| 8/16/2018 | 12:21 | 5,550 | 338.56 | 0.01% | 0.01% | 0.01% | 0.00% | 0.01 | 99.5% |
| 8/16/2018 | 12:22 | 12,296 | 338.22 | -0.10% | -0.01% | 0.00% | -0.09% | -0.98 | 32.6% |
| 8/16/2018 | 12:23 | 13,535 | 338.02 | -0.06% | -0.01% | -0.02% | -0.04% | -0.45 | 65.6% |
| 8/16/2018 | 12:24 | 9,161 | 337.88 | -0.04% | -0.02% | -0.02% | 0.00% | 0.03 | 97.9% |
| 8/16/2018 | 12:25 | 10,753 | 337.96 | 0.02% | 0.01% | -0.01% | 0.00% | -0.04 | 97.0% |
| 8/16/2018 | 12:26 | 23,284 | 337.30 | -0.19% | 0.00% | -0.01% | -0.19% | -2.07 | 3.9% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/16/2018 | 12:27 | 8,504 | 337.61 | 0.09% | 0.00% | -0.04% | 0.10% | 1.09 | 27.8% |
| 8/16/2018 | 12:28 | 1,520 | 337.80 | 0.06% | 0.00% | 0.01% | 0.05% | 0.60 | 55.1% |
| 8/16/2018 | 12:29 | 9,930 | 337.88 | 0.02% | -0.02% | 0.02% | 0.06% | 0.69 | 49.0% |
| 8/16/2018 | 12:30 | 9,678 | 337.40 | -0.14% | -0.03% | -0.06% | -0.08% | -0.91 | 36.1% |
| 8/16/2018 | 12:31 | 26,730 | 336.92 | -0.14% | 0.02% | 0.00% | -0.17% | -1.90 | 5.9% |
| 8/16/2018 | 12:32 | 5,233 | 337.01 | 0.03% | -0.02% | -0.06% | 0.06% | 0.69 | 49.2% |
| 8/16/2018 | 12:33 | 7,891 | 337.18 | 0.05% | -0.03% | -0.03% | 0.10% | 1.12 | 26.1% |
| 8/16/2018 | 12:34 | 3,795 | 337.26 | 0.02% | 0.01% | 0.01% | 0.01% | 0.13 | 90.0% |
| 8/16/2018 | 12:35 | 6,554 | 336.93 | -0.10% | -0.01% | 0.00% | -0.08% | -0.82 | 41.1% |
| 8/16/2018 | 12:36 | 9,227 | 337.33 | 0.12% | 0.00% | -0.03% | 0.11% | 1.22 | 22.4% |
| 8/16/2018 | 12:37 | 4,337 | 336.75 | -0.17% | 0.01% | 0.01% | -0.18% | -2.00 | 4.6% |
| 8/16/2018 | 12:38 | 5,816 | 336.56 | -0.06% | 0.03% | -0.02% | -0.10% | -1.13 | 25.8% |
| 8/16/2018 | 12:39 | 7,644 | 336.98 | 0.12% | 0.00% | -0.02% | 0.12% | 1.30 | 19.5% |
| 8/16/2018 | 12:40 | 5,667 | 337.17 | 0.06% | -0.03% | -0.02% | 0.11% | 1.16 | 24.5% |
| 8/16/2018 | 12:41 | 5,524 | 337.14 | -0.01% | -0.03% | -0.05% | 0.05% | 0.56 | 57.7% |
| 8/16/2018 | 12:42 | 1,200 | 336.66 | -0.14% | -0.02% | 0.01% | -0.11% | -1.23 | 21.8% |
| 8/16/2018 | 12:43 | 7,985 | 336.64 | 0.00% | 0.02% | 0.01% | -0.04% | -0.40 | 68.9% |
| 8/16/2018 | 12:44 | 5,531 | 336.53 | -0.03% | -0.04% | -0.02% | 0.03% | 0.38 | 70.4% |
| 8/16/2018 | 12:45 | 5,108 | 336.39 | -0.04% | 0.00% | -0.01% | -0.05% | -0.53 | 59.6% |
| 8/16/2018 | 12:46 | 4,700 | 336.68 | 0.09% | -0.01% | 0.00% | 0.11% | 1.15 | 25.2% |
| 8/16/2018 | 12:47 | 797 | 336.75 | 0.02% | 0.01% | 0.00% | 0.00% | 0.05 | 95.9% |
| 8/16/2018 | 12:48 | 13,611 | 336.90 | 0.04% | 0.01% | -0.01% | 0.02% | 0.26 | 79.9% |
| 8/16/2018 | 12:49 | 8,846 | 336.98 | 0.02% | 0.01% | 0.05% | 0.01% | 0.09 | 93.2% |
| 8/16/2018 | 12:50 | 6,017 | 337.04 | 0.02% | 0.00% | 0.01% | 0.03% | 0.29 | 77.5% |
| 8/16/2018 | 12:51 | 8,135 | 337.31 | 0.08% | 0.01% | 0.02% | 0.06% | 0.65 | 51.3% |
| 8/16/2018 | 12:52 | 18,884 | 337.74 | 0.13% | 0.01% | 0.04% | 0.12% | 1.26 | 20.8% |
| 8/16/2018 | 12:53 | 2,800 | 337.69 | -0.01% | 0.00% | 0.03% | -0.01% | -0.12 | 90.6% |
| 8/16/2018 | 12:54 | 5,619 | 337.68 | 0.00% | 0.02% | 0.02% | -0.04% | -0.39 | 69.6% |
| 8/16/2018 | 12:55 | 19,251 | 338.11 | 0.13% | 0.01% | 0.01% | 0.11% | 1.21 | 22.8% |
| 8/16/2018 | 12:56 | 6,984 | 337.69 | -0.12% | -0.01% | 0.01% | -0.11% | -1.15 | 25.3% |
| 8/16/2018 | 12:57 | 8,787 | 337.91 | 0.07% | -0.01% | -0.05% | 0.09% | 1.00 | 31.9% |
| 8/16/2018 | 12:58 | 6,937 | 337.46 | -0.13% | 0.01% | 0.03% | -0.15% | -1.60 | 11.0% |
| 8/16/2018 | 12:59 | 9,698 | 337.51 | 0.01% | -0.01% | -0.03% | 0.04% | 0.41 | 68.2% |
| 8/16/2018 | 13:00 | 1,800 | 337.40 | -0.03% | 0.01% | -0.02% | -0.05% | -0.53 | 59.6% |
| 8/16/2018 | 13:01 | 3,376 | 337.77 | 0.11% | 0.02% | 0.04% | 0.07% | 0.77 | 44.3% |
| 8/16/2018 | 13:02 | 8,127 | 338.14 | 0.11% | 0.00% | 0.02% | 0.10% | 1.12 | 26.5% |
| 8/16/2018 | 13:03 | 13,640 | 338.46 | 0.09% | -0.01% | -0.02% | 0.12% | 1.26 | 20.7% |
| 8/16/2018 | 13:04 | 630 | 338.18 | -0.08% | 0.01% | 0.01% | -0.10% | -1.11 | 27.0% |
| 8/16/2018 | 13:05 | 5,090 | 338.19 | 0.00% | 0.00% | 0.00% | 0.00% | -0.02 | 98.3% |
| 8/16/2018 | 13:06 | 4,414 | 337.93 | -0.08% | -0.02% | -0.02% | -0.05% | -0.54 | 59.0% |
| 8/16/2018 | 13:07 | 1,772 | 337.60 | -0.10% | 0.00% | 0.00% | -0.10% | -1.10 | 27.3% |
| 8/16/2018 | 13:08 | 2,300 | 337.72 | 0.04% | 0.00% | -0.01% | 0.03% | 0.36 | 71.9% |
| 8/16/2018 | 13:09 | 6,707 | 337.20 | -0.15% | -0.03% | -0.07% | -0.09% | -1.02 | 31.0% |
| 8/16/2018 | 13:10 | 3,635 | 337.31 | 0.03% | 0.00% | 0.00% | 0.03% | 0.30 | 76.8% |
| 8/16/2018 | 13:11 | 6,565 | 337.19 | -0.03% | -0.01% | -0.02% | -0.02% | -0.23 | 82.1% |
| 8/16/2018 | 13:12 | 2,290 | 337.54 | 0.10% | 0.01% | 0.03% | 0.09% | 0.94 | 34.8% |
| 8/16/2018 | 13:13 | 7,620 | 337.43 | -0.03% | 0.00% | 0.04% | -0.03% | -0.31 | 76.0% |
| 8/16/2018 | 13:14 | 588 | 337.35 | -0.02% | -0.01% | -0.02% | -0.01% | -0.15 | 88.3% |
| 8/16/2018 | 13:15 | 9,402 | 337.12 | -0.07% | -0.02% | -0.05% | -0.03% | -0.35 | 72.5% |
| 8/16/2018 | 13:16 | 5,191 | 337.23 | 0.03% | 0.00% | 0.00% | 0.03% | 0.32 | 74.7% |
| 8/16/2018 | 13:17 | 1,694 | 337.44 | 0.06% | 0.01% | 0.03% | 0.05% | 0.55 | 58.3% |
| 8/16/2018 | 13:18 | 3,407 | 337.28 | -0.05% | -0.01% | -0.03% | -0.03% | -0.29 | 77.3% |
| 8/16/2018 | 13:19 | 2,450 | 337.20 | -0.02% | 0.02% | 0.02% | -0.05% | -0.57 | 57.0% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/16/2018 | 13:20 | 3,920 | 337.27 | 0.02% | -0.01% | -0.03% | 0.03% | 0.32 | 74.8% |
| 8/16/2018 | 13:21 | 2,560 | 337.36 | 0.03% | 0.03% | -0.01% | -0.02% | -0.23 | 82.2% |
| 8/16/2018 | 13:22 | 3,568 | 337.00 | -0.11% | 0.00% | 0.05% | -0.11% | -1.17 | 24.2% |
| 8/16/2018 | 13:23 | 1,700 | 336.88 | -0.04% | 0.01% | 0.05% | -0.05% | -0.55 | 58.1% |
| 8/16/2018 | 13:24 | 3,078 | 336.91 | 0.01% | 0.00% | -0.02% | 0.01% | 0.10 | 91.7% |
| 8/16/2018 | 13:25 | 1,857 | 336.69 | -0.07% | -0.01% | -0.02% | -0.05% | -0.56 | 57.4% |
| 8/16/2018 | 13:26 | 4,612 | 336.50 | -0.06% | 0.00% | 0.01% | -0.05% | -0.56 | 57.7% |
| 8/16/2018 | 13:27 | 4,449 | 336.34 | -0.05% | -0.01% | -0.04% | -0.03% | -0.36 | 72.1% |
| 8/16/2018 | 13:28 | 15,874 | 336.28 | -0.02% | -0.02% | 0.01% | 0.01% | 0.13 | 89.4% |
| 8/16/2018 | 13:29 | 3,654 | 336.19 | -0.03% | 0.00% | -0.03% | -0.02% | -0.21 | 83.3% |
| 8/16/2018 | 13:30 | 6,501 | 336.09 | -0.03% | 0.00% | 0.02% | -0.03% | -0.27 | 78.4% |
| 8/16/2018 | 13:31 | 3,508 | 336.04 | -0.02% | 0.00% | -0.01% | -0.02% | -0.24 | 81.4% |
| 8/16/2018 | 13:32 | 19,466 | 335.53 | -0.15% | -0.02% | -0.02% | -0.12% | -1.34 | 18.1% |
| 8/16/2018 | 13:33 | 10,870 | 335.83 | 0.09% | -0.01% | 0.01% | 0.10% | 1.13 | 25.8% |
| 8/16/2018 | 13:34 | 2,500 | 336.01 | 0.05% | 0.00% | 0.01% | 0.05% | 0.54 | 59.0% |
| 8/16/2018 | 13:35 | 5,945 | 336.40 | 0.12% | 0.03% | 0.04% | 0.06% | 0.67 | 50.3% |
| 8/16/2018 | 13:36 | 11,447 | 336.66 | 0.08% | -0.01% | -0.02% | 0.09% | 1.01 | 31.2% |
| 8/16/2018 | 13:37 | 6,135 | 336.83 | 0.05% | 0.00% | 0.02% | 0.05% | 0.56 | 57.9% |
| 8/16/2018 | 13:38 | 4,125 | 336.84 | 0.00% | 0.01% | 0.00% | -0.01% | -0.15 | 88.4% |
| 8/16/2018 | 13:39 | 5,033 | 336.35 | -0.15% | 0.00% | -0.02% | -0.14% | -1.56 | 12.0% |
| 8/16/2018 | 13:40 | 4,773 | 336.36 | 0.00% | -0.01% | -0.03% | 0.02% | 0.21 | 83.2% |
| 8/16/2018 | 13:41 | 1,596 | 336.29 | -0.02% | 0.01% | 0.06% | -0.03% | -0.36 | 72.1% |
| 8/16/2018 | 13:42 | 4,898 | 335.75 | -0.16% | 0.00% | 0.00% | -0.16% | -1.74 | 8.3% |
| 8/16/2018 | 13:43 | 4,097 | 336.14 | 0.12% | 0.00% | -0.03% | 0.12% | 1.30 | 19.4% |
| 8/16/2018 | 13:44 | 6,950 | 335.52 | -0.18% | -0.02% | -0.01% | -0.15% | -1.69 | 9.3% |
| 8/16/2018 | 13:45 | 8,881 | 335.30 | -0.07% | -0.02% | -0.02% | -0.03% | -0.34 | 73.7% |
| 8/16/2018 | 13:46 | 2,650 | 335.38 | 0.03% | -0.01% | -0.02% | 0.04% | 0.48 | 62.9% |
| 8/16/2018 | 13:47 | 3,940 | 335.56 | 0.05% | -0.03% | -0.04% | 0.10% | 1.07 | 28.4% |
| 8/16/2018 | 13:48 | 20,698 | 334.96 | -0.18% | -0.03% | -0.05% | -0.12% | -1.33 | 18.5% |
| 8/16/2018 | 13:49 | 9,070 | 335.59 | 0.19% | -0.01% | -0.03% | 0.20% | 2.23 | 2.7% |
| 8/16/2018 | 13:50 | 5,417 | 335.18 | -0.12% | -0.02% | -0.02% | -0.08% | -0.93 | 35.6% |
| 8/16/2018 | 13:51 | 3,164 | 335.47 | 0.09% | 0.01% | 0.04% | 0.07% | 0.80 | 42.3% |
| 8/16/2018 | 13:52 | 13,112 | 336.06 | 0.18% | 0.00% | 0.01% | 0.18% | 1.96 | 5.1% |
| 8/16/2018 | 13:53 | 12,439 | 336.32 | 0.08% | -0.01% | 0.00% | 0.09% | 1.00 | 31.6% |
| 8/16/2018 | 13:54 | 2,450 | 336.11 | -0.06% | -0.02% | 0.02% | -0.03% | -0.28 | 77.7% |
| 8/16/2018 | 13:55 | 4,633 | 336.20 | 0.03% | 0.01% | 0.02% | 0.01% | 0.10 | 91.9% |
| 8/16/2018 | 13:56 | 2,795 | 335.75 | -0.13% | 0.00% | 0.01% | -0.13% | -1.40 | 16.3% |
| 8/16/2018 | 13:57 | 3,282 | 335.94 | 0.06% | 0.00% | -0.02% | 0.06% | 0.65 | 51.4% |
| 8/16/2018 | 13:58 | 7,515 | 335.80 | -0.04% | 0.01% | 0.05% | -0.07% | -0.72 | 47.0% |
| 8/16/2018 | 13:59 | 10,211 | 335.51 | -0.09% | -0.01% | -0.03% | -0.06% | -0.67 | 50.5% |
| 8/16/2018 | 14:00 | 4,578 | 335.75 | 0.07% | -0.03% | -0.03% | 0.12% | 1.36 | 17.6% |
| 8/16/2018 | 14:01 | 5,745 | 336.06 | 0.09% | 0.01% | 0.00% | 0.07% | 0.73 | 46.7% |
| 8/16/2018 | 14:02 | 5,430 | 336.06 | 0.00% | 0.03% | 0.00% | -0.06% | -0.65 | 51.9% |
| 8/16/2018 | 14:03 | 4,980 | 336.07 | 0.00% | 0.01% | 0.04% | -0.02% | -0.22 | 82.5% |
| 8/16/2018 | 14:04 | 1,900 | 336.23 | 0.05% | 0.01% | -0.02% | 0.02% | 0.27 | 78.8% |
| 8/16/2018 | 14:05 | 11,574 | 336.58 | 0.10% | 0.00% | 0.05% | 0.10% | 1.12 | 26.5% |
| 8/16/2018 | 14:06 | 8,415 | 336.00 | -0.17% | -0.03% | -0.04% | -0.12% | -1.30 | 19.6% |
| 8/16/2018 | 14:07 | 2,826 | 336.23 | 0.07% | 0.02% | 0.01% | 0.03% | 0.33 | 74.1% |
| 8/16/2018 | 14:08 | 1,189 | 336.22 | 0.00% | -0.01% | -0.01% | 0.01% | 0.14 | 88.5% |
| 8/16/2018 | 14:09 | 2,005 | 336.25 | 0.01% | 0.02% | 0.01% | -0.02% | -0.23 | 82.0% |
| 8/16/2018 | 14:10 | 6,120 | 336.13 | -0.04% | 0.00% | 0.03% | -0.04% | -0.48 | 63.4% |
| 8/16/2018 | 14:11 | 7,192 | 335.86 | -0.08% | -0.02% | -0.03% | -0.05% | -0.55 | 58.5% |
| 8/16/2018 | 14:12 | 5,792 | 335.93 | 0.02% | 0.02% | 0.00% | -0.01% | -0.15 | 87.8% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/16/2018 | 14:13 | 4,491 | 336.47 | 0.16% | 0.00% | 0.01% | 0.16% | 1.79 | 7.5% |
| 8/16/2018 | 14:14 | 1,809 | 336.17 | -0.09% | 0.00% | -0.03% | -0.08% | -0.89 | 37.3% |
| 8/16/2018 | 14:15 | 23,499 | 336.05 | -0.04% | 0.00% | -0.01% | -0.03% | -0.34 | 73.4% |
| 8/16/2018 | 14:16 | 1,564 | 335.93 | -0.04% | 0.00% | 0.00% | -0.03% | -0.35 | 72.8% |
| 8/16/2018 | 14:17 | 3,200 | 335.82 | -0.03% | -0.01% | 0.01% | -0.01% | -0.16 | 87.2% |
| 8/16/2018 | 14:18 | 31,023 | 335.35 | -0.14% | 0.02% | 0.01% | -0.17% | -1.90 | 5.9% |
| 8/16/2018 | 14:19 | 8,471 | 335.31 | -0.01% | 0.00% | 0.01% | -0.02% | -0.22 | 82.8% |
| 8/16/2018 | 14:20 | 9,432 | 335.55 | 0.07% | -0.02% | -0.01% | 0.11% | 1.22 | 22.4% |
| 8/16/2018 | 14:21 | 4,886 | 335.38 | -0.05% | -0.01% | -0.01% | -0.04% | -0.46 | 64.6% |
| 8/16/2018 | 14:22 | 4,600 | 335.44 | 0.02% | 0.01% | -0.02% | 0.00% | -0.04 | 96.8% |
| 8/16/2018 | 14:23 | 1,641 | 335.32 | -0.03% | 0.01% | 0.03% | -0.04% | -0.48 | 62.9% |
| 8/16/2018 | 14:24 | 4,810 | 335.12 | -0.06% | 0.00% | -0.02% | -0.05% | -0.59 | 55.8% |
| 8/16/2018 | 14:25 | 12,600 | 335.22 | 0.03% | -0.02% | -0.05% | 0.06% | 0.70 | 48.7% |
| 8/16/2018 | 14:26 | 4,500 | 335.30 | 0.02% | 0.01% | -0.01% | 0.01% | 0.14 | 89.0% |
| 8/16/2018 | 14:27 | 6,635 | 335.40 | 0.03% | -0.02% | 0.01% | 0.07% | 0.72 | 47.2% |
| 8/16/2018 | 14:28 | 5,253 | 335.58 | 0.05% | -0.03% | -0.03% | 0.11% | 1.15 | 25.1% |
| 8/16/2018 | 14:29 | 13,317 | 335.50 | -0.02% | -0.08% | -0.09% | 0.12% | 1.33 | 18.3% |
| 8/16/2018 | 14:30 | 9,440 | 335.30 | -0.06% | -0.04% | -0.05% | 0.01% | 0.10 | 91.8% |
| 8/16/2018 | 14:31 | 9,938 | 335.44 | 0.04% | -0.04% | -0.01% | 0.12% | 1.27 | 20.6% |
| 8/16/2018 | 14:32 | 6,076 | 335.59 | 0.04% | -0.03% | -0.05% | 0.09% | 1.00 | 31.7% |
| 8/16/2018 | 14:33 | 3,490 | 335.50 | -0.03% | 0.02% | 0.01% | -0.07% | -0.74 | 46.1% |
| 8/16/2018 | 14:34 | 4,680 | 335.55 | 0.02% | 0.03% | 0.06% | -0.03% | -0.36 | 72.0% |
| 8/16/2018 | 14:35 | 2,538 | 335.63 | 0.02% | 0.00% | -0.01% | 0.03% | 0.28 | 78.0% |
| 8/16/2018 | 14:36 | 6,060 | 335.89 | 0.08% | 0.03% | -0.02% | 0.02% | 0.26 | 79.1% |
| 8/16/2018 | 14:37 | 5,368 | 336.10 | 0.06% | -0.01% | -0.01% | 0.09% | 0.96 | 34.0% |
| 8/16/2018 | 14:38 | 7,446 | 336.23 | 0.04% | 0.01% | 0.01% | 0.03% | 0.30 | 76.4% |
| 8/16/2018 | 14:39 | 7,296 | 336.14 | -0.03% | 0.00% | -0.02% | -0.03% | -0.36 | 71.8% |
| 8/16/2018 | 14:40 | 2,965 | 335.95 | -0.06% | 0.02% | 0.00% | -0.10% | -1.06 | 28.8% |
| 8/16/2018 | 14:41 | 14,449 | 335.76 | -0.06% | 0.01% | -0.02% | -0.07% | -0.81 | 41.8% |
| 8/16/2018 | 14:42 | 3,399 | 335.74 | 0.00% | 0.00% | 0.01% | -0.01% | -0.06 | 94.8% |
| 8/16/2018 | 14:43 | 907 | 336.06 | 0.10% | 0.00% | 0.01% | 0.09% | 0.96 | 33.9% |
| 8/16/2018 | 14:44 | 2,307 | 335.90 | -0.05% | 0.01% | 0.04% | -0.07% | -0.77 | 44.4% |
| 8/16/2018 | 14:45 | 1,701 | 335.70 | -0.06% | -0.01% | -0.03% | -0.05% | -0.52 | 60.5% |
| 8/16/2018 | 14:46 | 950 | 335.61 | -0.03% | 0.01% | 0.00% | -0.05% | -0.51 | 60.7% |
| 8/16/2018 | 14:47 | 10,389 | 335.69 | 0.03% | -0.02% | 0.00% | 0.06% | 0.70 | 48.7% |
| 8/16/2018 | 14:48 | 1,452 | 335.74 | 0.01% | 0.02% | 0.02% | -0.02% | -0.25 | 80.4% |
| 8/16/2018 | 14:49 | 3,737 | 335.80 | 0.02% | 0.01% | 0.00% | 0.00% | 0.02 | 98.1% |
| 8/16/2018 | 14:50 | 619 | 335.90 | 0.03% | -0.01% | 0.02% | 0.04% | 0.47 | 64.2% |
| 8/16/2018 | 14:51 | 4,594 | 336.02 | 0.04% | 0.00% | -0.02% | 0.04% | 0.48 | 63.2% |
| 8/16/2018 | 14:52 | 1,084 | 335.79 | -0.07% | 0.00% | 0.04% | -0.07% | -0.76 | 44.9% |
| 8/16/2018 | 14:53 | 2,360 | 335.99 | 0.06% | 0.01% | -0.01% | 0.05% | 0.50 | 61.8% |
| 8/16/2018 | 14:54 | 2,544 | 335.78 | -0.06% | 0.02% | 0.02% | -0.10% | -1.14 | 25.7% |
| 8/16/2018 | 14:55 | 1,100 | 335.93 | 0.05% | 0.02% | 0.07% | 0.02% | 0.17 | 86.1% |
| 8/16/2018 | 14:56 | 7,507 | 335.86 | -0.02% | 0.00% | 0.00% | -0.03% | -0.30 | 76.7% |
| 8/16/2018 | 14:57 | 1,450 | 335.79 | -0.02% | -0.01% | -0.01% | 0.00% | -0.03 | 97.3% |
| 8/16/2018 | 14:58 | 2,697 | 335.87 | 0.02% | -0.01% | 0.01% | 0.05% | 0.50 | 61.8% |
| 8/16/2018 | 14:59 | 650 | 335.56 | -0.09% | 0.00% | 0.00% | -0.09% | -1.00 | 31.7% |
| 8/16/2018 | 15:00 | 2,049 | 335.66 | 0.03% | -0.02% | -0.02% | 0.06% | 0.67 | 50.2% |
| 8/16/2018 | 15:01 | 8,755 | 336.18 | 0.16% | 0.03% | 0.06% | 0.10% | 1.11 | 26.8% |
| 8/16/2018 | 15:02 | 2,639 | 336.07 | -0.03% | 0.00% | -0.01% | -0.04% | -0.45 | 65.0% |
| 8/16/2018 | 15:03 | 2,900 | 335.97 | -0.03% | 0.00% | 0.00% | -0.02% | -0.24 | 80.9% |
| 8/16/2018 | 15:04 | 4,454 | 336.26 | 0.09% | 0.01% | 0.07% | 0.08% | 0.83 | 40.7% |
| 8/16/2018 | 15:05 | 5,889 | 336.28 | 0.01% | 0.01% | 0.01% | 0.00% | -0.03 | 97.9% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/16/2018 | 15:06 | 4,914 | 336.59 | 0.09% | -0.01% | -0.02% | 0.10% | 1.12 | 26.4% |
| 8/16/2018 | 15:07 | 4,496 | 336.74 | 0.04% | 0.00% | 0.02% | 0.04% | 0.44 | 65.8% |
| 8/16/2018 | 15:08 | 7,164 | 336.42 | -0.10% | 0.00% | 0.00% | -0.10% | -1.11 | 26.6% |
| 8/16/2018 | 15:09 | 1,489 | 336.16 | -0.08% | -0.03% | -0.03% | -0.03% | -0.28 | 78.2% |
| 8/16/2018 | 15:10 | 3,581 | 336.64 | 0.14% | 0.00% | 0.01% | 0.14% | 1.51 | 13.3% |
| 8/16/2018 | 15:11 | 1,080 | 336.28 | -0.11% | 0.00% | 0.00% | -0.11% | -1.20 | 23.3% |
| 8/16/2018 | 15:12 | 6,155 | 336.58 | 0.09% | 0.00% | 0.00% | 0.09% | 0.99 | 32.4% |
| 8/16/2018 | 15:13 | 2,177 | 336.31 | -0.08% | 0.00% | 0.00% | -0.08% | -0.82 | 41.2% |
| 8/16/2018 | 15:14 | 221 | 336.32 | 0.00% | 0.00% | 0.00% | 0.00% | 0.04 | 96.8% |
| 8/16/2018 | 15:15 | 10,543 | 335.75 | -0.17% | -0.03% | -0.03% | -0.12% | -1.31 | 19.2% |
| 8/16/2018 | 15:16 | 6,448 | 335.88 | 0.04% | 0.00% | -0.01% | 0.04% | 0.39 | 70.0% |
| 8/16/2018 | 15:17 | 1,768 | 335.84 | -0.01% | 0.00% | 0.01% | -0.01% | -0.15 | 88.0% |
| 8/16/2018 | 15:18 | 4,370 | 335.87 | 0.01% | 0.00% | -0.01% | 0.00% | 0.05 | 95.8% |
| 8/16/2018 | 15:19 | 3,500 | 335.65 | -0.06% | -0.03% | -0.02% | -0.02% | -0.20 | 83.8% |
| 8/16/2018 | 15:20 | 7,424 | 335.62 | -0.01% | -0.02% | -0.03% | 0.02% | 0.27 | 78.9% |
| 8/16/2018 | 15:21 | 4,219 | 335.61 | 0.00% | 0.01% | 0.02% | -0.02% | -0.24 | 80.8% |
| 8/16/2018 | 15:22 | 3,547 | 335.79 | 0.05% | 0.02% | 0.01% | 0.02% | 0.25 | 80.4% |
| 8/16/2018 | 15:23 | 1,910 | 335.55 | -0.07% | 0.01% | -0.01% | -0.09% | -0.94 | 35.0% |
| 8/16/2018 | 15:24 | 2,894 | 335.54 | 0.00% | -0.02% | -0.03% | 0.02% | 0.27 | 78.7% |
| 8/16/2018 | 15:25 | 5,868 | 335.72 | 0.05% | 0.00% | 0.03% | 0.05% | 0.58 | 56.5% |
| 8/16/2018 | 15:26 | 3,449 | 335.87 | 0.04% | 0.01% | 0.00% | 0.02% | 0.25 | 80.5% |
| 8/16/2018 | 15:27 | 8,102 | 335.91 | 0.01% | 0.03% | 0.03% | -0.03% | -0.36 | 71.8% |
| 8/16/2018 | 15:28 | 4,838 | 335.92 | 0.00% | 0.00% | -0.03% | 0.01% | 0.10 | 92.3% |
| 8/16/2018 | 15:29 | 3,248 | 335.88 | -0.01% | 0.00% | 0.00% | -0.02% | -0.19 | 85.2% |
| 8/16/2018 | 15:30 | 3,630 | 335.66 | -0.07% | -0.05% | -0.07% | 0.02% | 0.17 | 86.2% |
| 8/16/2018 | 15:31 | 7,323 | 335.80 | 0.04% | -0.01% | -0.01% | 0.06% | 0.60 | 54.9% |
| 8/16/2018 | 15:32 | 9,753 | 336.00 | 0.06% | 0.00% | 0.00% | 0.07% | 0.73 | 46.8% |
| 8/16/2018 | 15:33 | 4,726 | 335.87 | -0.04% | -0.01% | 0.01% | -0.02% | -0.23 | 81.5% |
| 8/16/2018 | 15:34 | 7,708 | 336.05 | 0.05% | 0.04% | 0.05% | -0.03% | -0.28 | 77.9% |
| 8/16/2018 | 15:35 | 8,279 | 336.30 | 0.07% | -0.04% | -0.06% | 0.14% | 1.53 | 12.7% |
| 8/16/2018 | 15:36 | 12,431 | 336.00 | -0.09% | 0.00% | -0.01% | -0.08% | -0.89 | 37.5% |
| 8/16/2018 | 15:37 | 3,846 | 335.71 | -0.09% | -0.02% | -0.02% | -0.05% | -0.56 | 57.6% |
| 8/16/2018 | 15:38 | 11,318 | 335.26 | -0.13% | -0.01% | -0.04% | -0.12% | -1.34 | 18.2% |
| 8/16/2018 | 15:39 | 8,132 | 335.34 | 0.02% | 0.00% | 0.03% | 0.03% | 0.35 | 72.4% |
| 8/16/2018 | 15:40 | 9,383 | 335.54 | 0.06% | 0.00% | -0.01% | 0.06% | 0.63 | 52.8% |
| 8/16/2018 | 15:41 | 6,796 | 335.92 | 0.11% | 0.00% | 0.00% | 0.12% | 1.27 | 20.3% |
| 8/16/2018 | 15:42 | 17,330 | 335.64 | -0.08% | -0.02% | -0.02% | -0.05% | -0.52 | 60.7% |
| 8/16/2018 | 15:43 | 7,086 | 335.33 | -0.09% | -0.01% | -0.02% | -0.07% | -0.75 | 45.5% |
| 8/16/2018 | 15:44 | 12,902 | 335.28 | -0.02% | 0.00% | 0.01% | -0.02% | -0.19 | 85.1% |
| 8/16/2018 | 15:45 | 4,314 | 335.37 | 0.03% | -0.02% | -0.03% | 0.06% | 0.67 | 50.6% |
| 8/16/2018 | 15:46 | 14,969 | 335.57 | 0.06% | -0.01% | 0.02% | 0.07% | 0.81 | 41.8% |
| 8/16/2018 | 15:47 | 8,163 | 335.63 | 0.02% | 0.03% | -0.01% | -0.03% | -0.36 | 71.8% |
| 8/16/2018 | 15:48 | 7,392 | 335.46 | -0.05% | -0.03% | -0.02% | 0.00% | -0.02 | 98.3% |
| 8/16/2018 | 15:49 | 7,809 | 335.51 | 0.01% | -0.04% | 0.03% | 0.09% | 0.93 | 35.2% |
| 8/16/2018 | 15:50 | 21,991 | 335.24 | -0.08% | -0.05% | -0.03% | 0.00% | 0.02 | 98.2% |
| 8/16/2018 | 15:51 | 10,775 | 335.25 | 0.00% | 0.01% | 0.01% | -0.02% | -0.24 | 80.7% |
| 8/16/2018 | 15:52 | 8,443 | 335.50 | 0.07% | -0.01% | -0.02% | 0.09% | 0.96 | 34.0% |
| 8/16/2018 | 15:53 | 7,826 | 335.24 | -0.08% | -0.02% | 0.01% | -0.03% | -0.36 | 72.2% |
| 8/16/2018 | 15:54 | 15,806 | 335.29 | 0.01% | 0.01% | 0.02% | 0.00% | -0.04 | 96.6% |
| 8/16/2018 | 15:55 | 20,686 | 335.05 | -0.07% | -0.01% | -0.02% | -0.05% | -0.53 | 59.5% |
| 8/16/2018 | 15:56 | 18,936 | 335.06 | 0.00% | -0.01% | 0.00% | 0.02% | 0.20 | 84.2% |
| 8/16/2018 | 15:57 | 18,297 | 335.10 | 0.01% | 0.02% | 0.03% | -0.03% | -0.28 | 77.7% |
| 8/16/2018 | 15:58 | 30,878 | 335.14 | 0.01% | 0.03% | 0.00% | -0.04% | -0.45 | 65.1% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| Date | Interval Start | Volume | Tesla Price | Tesla Return | Market Return | Industry Return | Abnormal Return | t-stat | p-value |
| 8/16/2018 | 15:59 | 100,410 | 335.45 | 0.09% | 0.08% | 0.02% | -0.05% | -0.58 | 56.5% |
| 8/17/2018 | open | 0 | 323.50 | -3.56% | -0.25% | -0.10% | -3.13% | -2.24 | 2.7% |
| 8/17/2018 | 9:30 | 154,034 | 324.21 | 0.22% | -0.04% | 0.01% | 0.30% | 3.23 | 0.1% |
| 8/17/2018 | 9:31 | 100,791 | 323.05 | -0.36% | -0.05% | -0.13% | -0.27% | -2.92 | 0.4% |
| 8/17/2018 | 9:32 | 68,737 | 323.73 | 0.21% | -0.04% | 0.06% | 0.29% | 3.18 | 0.2% |
| 8/17/2018 | 9:33 | 104,520 | 325.00 | 0.39% | -0.04% | -0.01% | 0.47% | 5.12 | 0.0% |
| 8/17/2018 | 9:34 | 92,575 | 325.58 | 0.18% | 0.07% | -0.01% | 0.06% | 0.67 | 50.6% |
| 8/17/2018 | 9:35 | 71,356 | 324.84 | -0.23% | -0.01% | -0.07% | -0.21% | -2.34 | 2.0% |
| 8/17/2018 | 9:36 | 60,258 | 324.00 | -0.26% | 0.13% | 0.16% | -0.49% | -5.31 | 0.0% |
| 8/17/2018 | 9:37 | 53,050 | 323.45 | -0.17% | 0.07% | -0.11% | -0.29% | -3.17 | 0.2% |
| 8/17/2018 | 9:38 | 80,692 | 322.49 | -0.30% | 0.08% | 0.04% | -0.43% | -4.74 | 0.0% |
| 8/17/2018 | 9:39 | 69,822 | 321.01 | -0.46% | 0.05% | 0.18% | -0.54% | -5.91 | 0.0% |
| 8/17/2018 | 9:40 | 186,873 | 319.02 | -0.62% | -0.10% | -0.11% | -0.43% | -4.72 | 0.0% |
| 8/17/2018 | 9:41 | 144,562 | 316.62 | -0.75% | 0.03% | 0.01% | -0.81% | -8.83 | 0.0% |
| 8/17/2018 | 9:42 | 231,690 | 314.58 | -0.64% | -0.04% | -0.05% | -0.58% | -6.32 | 0.0% |
| 8/17/2018 | 9:43 | 189,088 | 313.71 | -0.28% | 0.00% | -0.01% | -0.28% | -3.07 | 0.2% |
| 8/17/2018 | 9:44 | 200,875 | 311.88 | -0.58% | -0.02% | 0.01% | -0.55% | -6.04 | 0.0% |
| 8/17/2018 | 9:45 | 200,906 | 314.92 | 0.97% | -0.06% | -0.05% | 1.07% | 11.69 | 0.0% |
| 8/17/2018 | 9:46 | 116,649 | 315.14 | 0.07% | 0.01% | -0.02% | 0.06% | 0.66 | 51.0% |
| 8/17/2018 | 9:47 | 98,360 | 316.33 | 0.38% | 0.08% | 0.01% | 0.23% | 2.53 | 1.2% |
| 8/17/2018 | 9:48 | 69,372 | 315.14 | -0.38% | -0.08% | 0.09% | -0.23% | -2.55 | 1.1% |
| 8/17/2018 | 9:49 | 74,281 | 315.03 | -0.03% | -0.01% | -0.03% | -0.02% | -0.27 | 78.6% |
| 8/17/2018 | 9:50 | 92,136 | 313.54 | -0.47% | -0.02% | -0.06% | -0.44% | -4.77 | 0.0% |
| 8/17/2018 | 9:51 | 59,059 | 315.95 | 0.77% | 0.01% | 0.06% | 0.76% | 8.30 | 0.0% |
| 8/17/2018 | 9:52 | 43,844 | 315.95 | 0.00% | -0.05% | 0.05% | 0.10% | 1.05 | 29.5% |
| 8/17/2018 | 9:53 | 83,257 | 317.96 | 0.64% | -0.07% | -0.05% | 0.76% | 8.25 | 0.0% |
| 8/17/2018 | 9:54 | 80,499 | 316.28 | -0.53% | -0.01% | 0.22% | -0.52% | -5.62 | 0.0% |
| 8/17/2018 | 9:55 | 51,942 | 316.11 | -0.05% | 0.01% | -0.06% | -0.08% | -0.85 | 39.8% |
| 8/17/2018 | 9:56 | 32,571 | 317.23 | 0.35% | 0.06% | 0.08% | 0.26% | 2.78 | 0.6% |
| 8/17/2018 | 9:57 | 40,523 | 317.36 | 0.04% | 0.01% | 0.05% | 0.02% | 0.23 | 81.7% |
| 8/17/2018 | 9:58 | 58,155 | 318.03 | 0.21% | -0.02% | 0.07% | 0.25% | 2.70 | 0.7% |
| 8/17/2018 | 9:59 | 47,228 | 317.00 | -0.32% | 0.00% | 0.00% | -0.32% | -3.48 | 0.1% |
| 8/17/2018 | 10:00 | 66,723 | 317.35 | 0.11% | -0.02% | 0.02% | 0.14% | 1.58 | 11.6% |
| 8/17/2018 | 10:01 | 47,964 | 317.41 | 0.02% | 0.07% | 0.07% | -0.10% | -1.13 | 26.1% |
| 8/17/2018 | 10:02 | 58,071 | 317.12 | -0.09% | -0.04% | -0.04% | -0.02% | -0.26 | 79.4% |
| 8/17/2018 | 10:03 | 60,708 | 316.45 | -0.21% | -0.04% | 0.01% | -0.14% | -1.52 | 13.0% |
| 8/17/2018 | 10:04 | 40,822 | 315.64 | -0.25% | 0.01% | 0.08% | -0.26% | -2.88 | 0.4% |
| 8/17/2018 | 10:05 | 26,156 | 315.71 | 0.02% | -0.03% | -0.05% | 0.08% | 0.87 | 38.3% |
| 8/17/2018 | 10:06 | 30,148 | 315.09 | -0.20% | -0.08% | -0.06% | -0.04% | -0.48 | 63.2% |
| 8/17/2018 | 10:07 | 59,734 | 314.41 | -0.22% | -0.04% | -0.01% | -0.14% | -1.49 | 13.6% |
| 8/17/2018 | 10:08 | 66,721 | 313.25 | -0.37% | 0.03% | 0.05% | -0.42% | -4.61 | 0.0% |
| 8/17/2018 | 10:09 | 40,374 | 314.30 | 0.33% | 0.00% | 0.02% | 0.33% | 3.56 | 0.0% |
| 8/17/2018 | 10:10 | 22,793 | 314.00 | -0.10% | -0.04% | 0.03% | -0.02% | -0.25 | 80.0% |
| 8/17/2018 | 10:11 | 45,511 | 313.50 | -0.16% | -0.02% | -0.02% | -0.12% | -1.27 | 20.4% |
| 8/17/2018 | 10:12 | 33,954 | 313.56 | 0.02% | -0.05% | -0.05% | 0.11% | 1.17 | 24.1% |
| 8/17/2018 | 10:13 | 45,707 | 314.80 | 0.40% | -0.01% | 0.07% | 0.42% | 4.55 | 0.0% |
| 8/17/2018 | 10:14 | 29,915 | 314.02 | -0.25% | 0.01% | -0.06% | -0.27% | -2.97 | 0.3% |
| 8/17/2018 | 10:15 | 32,140 | 314.86 | 0.27% | 0.04% | -0.06% | 0.20% | 2.21 | 2.8% |
| 8/17/2018 | 10:16 | 28,690 | 314.40 | -0.15% | -0.02% | -0.08% | -0.11% | -1.20 | 23.1% |
| 8/17/2018 | 10:17 | 17,549 | 314.67 | 0.09% | 0.02% | -0.01% | 0.06% | 0.63 | 53.0% |
| 8/17/2018 | 10:18 | 28,767 | 314.64 | -0.01% | 0.02% | 0.09% | -0.04% | -0.49 | 62.8% |
| 8/17/2018 | 10:19 | 25,244 | 314.36 | -0.09% | -0.01% | 0.01% | -0.08% | -0.83 | 41.0% |
| 8/17/2018 | 10:20 | 26,575 | 314.52 | 0.05% | -0.02% | -0.05% | 0.08% | 0.86 | 39.0% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] Interval | [3] | [4] Tesla | [5] Tesla | [6] Market | [7] Industry | [8] Abnormal | [9] | [10] |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
|---|---|---|---|---|---|---|---|---|---|
| 8/17/2018 | 10:21 | 62,811 | 313.49 | -0.33% | -0.01% | -0.05% | -0.31% | -3.38 | 0.1% |
| 8/17/2018 | 10:22 | 33,602 | 314.20 | 0.23% | 0.02% | 0.07% | 0.19% | 2.10 | 3.6% |
| 8/17/2018 | 10:23 | 22,712 | 313.64 | -0.18% | -0.05% | -0.02% | -0.09% | -0.97 | 33.3% |
| 8/17/2018 | 10:24 | 21,742 | 313.65 | 0.00% | -0.05% | 0.00% | 0.09% | 1.01 | 31.3% |
| 8/17/2018 | 10:25 | 54,491 | 312.44 | -0.39% | -0.03% | -0.04% | -0.33% | -3.61 | 0.0% |
| 8/17/2018 | 10:26 | 66,661 | 312.02 | -0.13% | 0.04% | 0.00% | -0.21% | -2.26 | 2.4% |
| 8/17/2018 | 10:27 | 114,514 | 310.26 | -0.56% | 0.04% | -0.01% | -0.63% | -6.84 | 0.0% |
| 8/17/2018 | 10:28 | 179,361 | 310.66 | 0.13% | 0.01% | 0.01% | 0.12% | 1.27 | 20.6% |
| 8/17/2018 | 10:29 | 83,601 | 309.59 | -0.34% | -0.04% | -0.02% | -0.27% | -2.97 | 0.3% |
| 8/17/2018 | 10:30 | 71,685 | 310.52 | 0.30% | 0.06% | 0.04% | 0.19% | 2.05 | 4.1% |
| 8/17/2018 | 10:31 | 54,290 | 310.85 | 0.11% | 0.03% | 0.03% | 0.05% | 0.57 | 57.1% |
| 8/17/2018 | 10:32 | 68,507 | 310.16 | -0.22% | -0.05% | -0.06% | -0.13% | -1.45 | 14.7% |
| 8/17/2018 | 10:33 | 58,934 | 309.12 | -0.34% | 0.00% | -0.04% | -0.34% | -3.74 | 0.0% |
| 8/17/2018 | 10:34 | 47,602 | 309.42 | 0.10% | 0.01% | 0.02% | 0.08% | 0.86 | 38.9% |
| 8/17/2018 | 10:35 | 58,676 | 308.14 | -0.41% | 0.04% | 0.00% | -0.48% | -5.27 | 0.0% |
| 8/17/2018 | 10:36 | 62,979 | 309.32 | 0.38% | 0.02% | 0.14% | 0.35% | 3.80 | 0.0% |
| 8/17/2018 | 10:37 | 46,328 | 308.78 | -0.17% | 0.00% | 0.05% | -0.18% | -1.99 | 4.7% |
| 8/17/2018 | 10:38 | 49,796 | 308.31 | -0.15% | -0.01% | -0.03% | -0.14% | -1.52 | 12.8% |
| 8/17/2018 | 10:39 | 67,392 | 307.57 | -0.24% | -0.02% | 0.00% | -0.20% | -2.24 | 2.6% |
| 8/17/2018 | 10:40 | 78,491 | 308.46 | 0.29% | -0.03% | 0.01% | 0.35% | 3.80 | 0.0% |
| 8/17/2018 | 10:41 | 61,800 | 307.46 | -0.32% | -0.02% | -0.02% | -0.29% | -3.22 | 0.1% |
| 8/17/2018 | 10:42 | 49,096 | 307.40 | -0.02% | -0.02% | 0.03% | 0.02% | 0.19 | 84.6% |
| 8/17/2018 | 10:43 | 63,720 | 307.25 | -0.05% | 0.01% | -0.06% | -0.06% | -0.69 | 49.3% |
| 8/17/2018 | 10:44 | 49,430 | 306.56 | -0.22% | -0.01% | 0.09% | -0.20% | -2.19 | 2.9% |
| 8/17/2018 | 10:45 | 85,876 | 306.96 | 0.13% | -0.01% | -0.12% | 0.14% | 1.55 | 12.1% |
| 8/17/2018 | 10:46 | 70,248 | 307.22 | 0.08% | 0.06% | 0.04% | -0.02% | -0.24 | 81.2% |
| 8/17/2018 | 10:47 | 53,934 | 307.03 | -0.06% | 0.01% | -0.02% | -0.09% | -0.94 | 34.6% |
| 8/17/2018 | 10:48 | 66,214 | 307.27 | 0.08% | -0.02% | -0.03% | 0.12% | 1.33 | 18.4% |
| 8/17/2018 | 10:49 | 49,136 | 307.60 | 0.11% | 0.01% | 0.02% | 0.09% | 1.01 | 31.5% |
| 8/17/2018 | 10:50 | 76,619 | 308.50 | 0.29% | 0.02% | -0.02% | 0.26% | 2.82 | 0.5% |
| 8/17/2018 | 10:51 | 67,944 | 309.15 | 0.21% | 0.05% | 0.08% | 0.13% | 1.40 | 16.2% |
| 8/17/2018 | 10:52 | 75,316 | 308.29 | -0.28% | 0.00% | 0.02% | -0.27% | -2.99 | 0.3% |
| 8/17/2018 | 10:53 | 89,602 | 307.76 | -0.17% | -0.01% | -0.06% | -0.16% | -1.77 | 7.8% |
| 8/17/2018 | 10:54 | 38,767 | 308.46 | 0.23% | -0.03% | -0.04% | 0.28% | 3.03 | 0.3% |
| 8/17/2018 | 10:55 | 35,592 | 308.60 | 0.05% | -0.02% | 0.01% | 0.08% | 0.88 | 38.0% |
| 8/17/2018 | 10:56 | 72,390 | 310.29 | 0.55% | -0.02% | -0.01% | 0.58% | 6.30 | 0.0% |
| 8/17/2018 | 10:57 | 74,094 | 310.47 | 0.06% | 0.01% | 0.05% | 0.04% | 0.46 | 64.5% |
| 8/17/2018 | 10:58 | 102,859 | 311.00 | 0.17% | 0.03% | -0.02% | 0.12% | 1.28 | 20.1% |
| 8/17/2018 | 10:59 | 44,906 | 310.29 | -0.23% | 0.01% | 0.02% | -0.25% | -2.69 | 0.7% |
| 8/17/2018 | 11:00 | 43,483 | 309.32 | -0.31% | -0.04% | 0.00% | -0.23% | -2.52 | 1.2% |
| 8/17/2018 | 11:01 | 28,581 | 309.54 | 0.07% | -0.02% | -0.07% | 0.11% | 1.18 | 23.9% |
| 8/17/2018 | 11:02 | 28,421 | 308.83 | -0.23% | 0.01% | 0.08% | -0.25% | -2.68 | 0.8% |
| 8/17/2018 | 11:03 | 25,286 | 308.25 | -0.19% | -0.01% | -0.01% | -0.17% | -1.90 | 5.8% |
| 8/17/2018 | 11:04 | 23,019 | 309.03 | 0.25% | 0.03% | -0.05% | 0.21% | 2.26 | 2.4% |
| 8/17/2018 | 11:05 | 30,672 | 308.19 | -0.27% | 0.04% | 0.04% | -0.34% | -3.76 | 0.0% |
| 8/17/2018 | 11:06 | 53,245 | 308.27 | 0.03% | 0.02% | -0.01% | -0.01% | -0.13 | 89.4% |
| 8/17/2018 | 11:07 | 23,783 | 308.00 | -0.09% | 0.01% | -0.02% | -0.10% | -1.08 | 27.9% |
| 8/17/2018 | 11:08 | 19,933 | 308.70 | 0.23% | 0.02% | -0.01% | 0.19% | 2.07 | 3.9% |
| 8/17/2018 | 11:09 | 35,290 | 308.86 | 0.05% | 0.00% | -0.03% | 0.05% | 0.52 | 60.1% |
| 8/17/2018 | 11:10 | 8,228 | 308.61 | -0.08% | -0.03% | 0.03% | -0.02% | -0.19 | 85.2% |
| 8/17/2018 | 11:11 | 35,617 | 309.50 | 0.29% | -0.02% | 0.02% | 0.32% | 3.50 | 0.1% |
| 8/17/2018 | 11:12 | 36,943 | 308.56 | -0.30% | 0.02% | 0.00% | -0.35% | -3.79 | 0.0% |
| 8/17/2018 | 11:13 | 12,137 | 308.67 | 0.04% | 0.00% | 0.02% | 0.04% | 0.44 | 65.7% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/17/2018 | 11:14 | 35,532 | 308.44 | -0.08% | 0.02% | -0.01% | -0.10% | -1.14 | 25.7% |
| 8/17/2018 | 11:15 | 18,791 | 308.36 | -0.02% | 0.02% | 0.07% | -0.06% | -0.66 | 51.0% |
| 8/17/2018 | 11:16 | 14,941 | 308.70 | 0.11% | 0.03% | 0.01% | 0.06% | 0.65 | 51.4% |
| 8/17/2018 | 11:17 | 19,646 | 308.86 | 0.05% | 0.01% | -0.01% | 0.03% | 0.30 | 76.4% |
| 8/17/2018 | 11:18 | 30,469 | 309.33 | 0.15% | 0.02% | 0.02% | 0.12% | 1.29 | 19.6% |
| 8/17/2018 | 11:19 | 30,337 | 309.37 | 0.01% | 0.03% | 0.02% | -0.05% | -0.50 | 61.9% |
| 8/17/2018 | 11:20 | 17,924 | 308.86 | -0.16% | 0.01% | -0.02% | -0.18% | -1.94 | 5.3% |
| 8/17/2018 | 11:21 | 32,189 | 309.50 | 0.21% | 0.01% | 0.02% | 0.19% | 2.08 | 3.8% |
| 8/17/2018 | 11:22 | 28,127 | 309.59 | 0.03% | -0.01% | 0.00% | 0.04% | 0.43 | 66.9% |
| 8/17/2018 | 11:23 | 45,094 | 309.94 | 0.11% | 0.01% | 0.00% | 0.10% | 1.04 | 29.8% |
| 8/17/2018 | 11:24 | 41,541 | 310.50 | 0.18% | 0.00% | 0.00% | 0.18% | 1.96 | 5.1% |
| 8/17/2018 | 11:25 | 37,871 | 310.19 | -0.10% | -0.03% | 0.06% | -0.04% | -0.40 | 69.2% |
| 8/17/2018 | 11:26 | 24,443 | 310.25 | 0.02% | 0.01% | -0.02% | 0.00% | -0.01 | 98.9% |
| 8/17/2018 | 11:27 | 38,241 | 310.66 | 0.13% | 0.00% | 0.03% | 0.14% | 1.52 | 13.0% |
| 8/17/2018 | 11:28 | 32,306 | 310.77 | 0.04% | 0.02% | 0.09% | 0.00% | -0.05 | 96.1% |
| 8/17/2018 | 11:29 | 23,265 | 311.74 | 0.31% | 0.01% | -0.02% | 0.29% | 3.16 | 0.2% |
| 8/17/2018 | 11:30 | 38,791 | 310.81 | -0.30% | -0.01% | 0.04% | -0.29% | -3.12 | 0.2% |
| 8/17/2018 | 11:31 | 26,893 | 310.74 | -0.02% | 0.04% | 0.05% | -0.09% | -0.96 | 33.6% |
| 8/17/2018 | 11:32 | 49,255 | 309.41 | -0.43% | 0.03% | 0.01% | -0.49% | -5.31 | 0.0% |
| 8/17/2018 | 11:33 | 13,338 | 309.78 | 0.12% | 0.01% | -0.04% | 0.10% | 1.12 | 26.3% |
| 8/17/2018 | 11:34 | 22,728 | 309.94 | 0.05% | 0.01% | 0.05% | 0.04% | 0.41 | 68.2% |
| 8/17/2018 | 11:35 | 17,054 | 309.73 | -0.07% | 0.00% | -0.02% | -0.07% | -0.73 | 46.8% |
| 8/17/2018 | 11:36 | 28,570 | 309.38 | -0.11% | -0.03% | 0.01% | -0.05% | -0.57 | 56.7% |
| 8/17/2018 | 11:37 | 11,784 | 309.56 | 0.06% | 0.01% | 0.02% | 0.05% | 0.50 | 62.0% |
| 8/17/2018 | 11:38 | 9,384 | 309.56 | 0.00% | -0.01% | -0.04% | 0.01% | 0.11 | 91.3% |
| 8/17/2018 | 11:39 | 17,100 | 309.40 | -0.05% | 0.00% | -0.01% | -0.06% | -0.62 | 53.8% |
| 8/17/2018 | 11:40 | 19,427 | 309.30 | -0.03% | 0.02% | 0.00% | -0.06% | -0.69 | 49.4% |
| 8/17/2018 | 11:41 | 22,613 | 309.57 | 0.09% | 0.01% | 0.01% | 0.08% | 0.86 | 38.9% |
| 8/17/2018 | 11:42 | 32,402 | 310.40 | 0.27% | 0.05% | 0.06% | 0.18% | 1.93 | 5.4% |
| 8/17/2018 | 11:43 | 17,018 | 310.97 | 0.18% | 0.00% | 0.02% | 0.18% | 1.91 | 5.6% |
| 8/17/2018 | 11:44 | 24,833 | 310.52 | -0.14% | 0.01% | 0.00% | -0.16% | -1.79 | 7.4% |
| 8/17/2018 | 11:45 | 13,034 | 310.75 | 0.07% | -0.01% | 0.03% | 0.10% | 1.07 | 28.6% |
| 8/17/2018 | 11:46 | 41,365 | 311.88 | 0.36% | -0.01% | -0.09% | 0.38% | 4.14 | 0.0% |
| 8/17/2018 | 11:47 | 58,580 | 311.51 | -0.12% | 0.01% | 0.11% | -0.13% | -1.40 | 16.2% |
| 8/17/2018 | 11:48 | 57,048 | 311.97 | 0.15% | 0.03% | 0.00% | 0.10% | 1.11 | 26.6% |
| 8/17/2018 | 11:49 | 28,440 | 311.51 | -0.15% | -0.02% | -0.01% | -0.12% | -1.29 | 19.7% |
| 8/17/2018 | 11:50 | 18,673 | 311.81 | 0.10% | 0.01% | -0.03% | 0.08% | 0.87 | 38.5% |
| 8/17/2018 | 11:51 | 17,095 | 311.89 | 0.03% | 0.01% | -0.02% | 0.00% | 0.05 | 95.8% |
| 8/17/2018 | 11:52 | 49,786 | 312.99 | 0.35% | 0.03% | 0.00% | 0.30% | 3.27 | 0.1% |
| 8/17/2018 | 11:53 | 44,233 | 313.19 | 0.06% | 0.00% | 0.03% | 0.06% | 0.68 | 49.7% |
| 8/17/2018 | 11:54 | 47,033 | 313.69 | 0.16% | 0.01% | -0.02% | 0.14% | 1.57 | 11.8% |
| 8/17/2018 | 11:55 | 47,838 | 313.66 | -0.01% | 0.02% | 0.04% | -0.05% | -0.55 | 58.3% |
| 8/17/2018 | 11:56 | 59,043 | 312.99 | -0.21% | 0.01% | 0.00% | -0.24% | -2.60 | 1.0% |
| 8/17/2018 | 11:57 | 16,828 | 313.20 | 0.07% | 0.02% | 0.01% | 0.02% | 0.25 | 80.2% |
| 8/17/2018 | 11:58 | 30,483 | 313.30 | 0.03% | 0.03% | 0.02% | -0.02% | -0.23 | 81.7% |
| 8/17/2018 | 11:59 | 26,621 | 312.67 | -0.20% | -0.01% | 0.03% | -0.18% | -2.01 | 4.5% |
| 8/17/2018 | 12:00 | 19,532 | 312.74 | 0.02% | 0.00% | -0.11% | 0.02% | 0.19 | 85.1% |
| 8/17/2018 | 12:01 | 38,413 | 311.92 | -0.26% | -0.02% | 0.06% | -0.22% | -2.45 | 1.5% |
| 8/17/2018 | 12:02 | 27,748 | 311.09 | -0.27% | 0.00% | -0.04% | -0.26% | -2.83 | 0.5% |
| 8/17/2018 | 12:03 | 27,731 | 310.68 | -0.13% | -0.03% | 0.02% | -0.09% | -0.94 | 34.9% |
| 8/17/2018 | 12:04 | 25,215 | 310.78 | 0.03% | -0.03% | 0.00% | 0.09% | 0.93 | 35.2% |
| 8/17/2018 | 12:05 | 26,978 | 310.94 | 0.05% | -0.02% | -0.07% | 0.10% | 1.04 | 30.0% |
| 8/17/2018 | 12:06 | 11,879 | 310.87 | -0.02% | 0.00% | 0.02% | -0.02% | -0.22 | 82.4% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/17/2018 | 12:07 | 54,173 | 310.78 | -0.03% | 0.01% | 0.02% | -0.05% | -0.56 | 57.5% |
| 8/17/2018 | 12:08 | 26,727 | 310.91 | 0.04% | 0.02% | -0.02% | 0.01% | 0.13 | 89.5% |
| 8/17/2018 | 12:09 | 24,358 | 310.65 | -0.09% | 0.00% | -0.03% | -0.08% | -0.91 | 36.4% |
| 8/17/2018 | 12:10 | 36,951 | 310.54 | -0.04% | 0.00% | -0.02% | -0.04% | -0.45 | 65.3% |
| 8/17/2018 | 12:11 | 17,990 | 310.82 | 0.09% | 0.00% | 0.03% | 0.10% | 1.04 | 29.8% |
| 8/17/2018 | 12:12 | 28,201 | 310.84 | 0.00% | 0.01% | 0.01% | -0.01% | -0.12 | 90.6% |
| 8/17/2018 | 12:13 | 22,933 | 310.52 | -0.10% | -0.02% | 0.01% | -0.07% | -0.79 | 43.1% |
| 8/17/2018 | 12:14 | 54,057 | 309.96 | -0.18% | -0.03% | -0.06% | -0.12% | -1.31 | 19.0% |
| 8/17/2018 | 12:15 | 32,728 | 309.83 | -0.04% | 0.02% | 0.04% | -0.08% | -0.84 | 39.9% |
| 8/17/2018 | 12:16 | 37,510 | 310.91 | 0.35% | 0.01% | -0.02% | 0.33% | 3.63 | 0.0% |
| 8/17/2018 | 12:17 | 29,125 | 310.94 | 0.01% | -0.03% | 0.05% | 0.06% | 0.61 | 54.2% |
| 8/17/2018 | 12:18 | 25,537 | 310.97 | 0.01% | 0.01% | 0.01% | -0.01% | -0.08 | 93.7% |
| 8/17/2018 | 12:19 | 23,132 | 310.89 | -0.03% | 0.00% | -0.02% | -0.02% | -0.26 | 79.7% |
| 8/17/2018 | 12:20 | 28,634 | 311.13 | 0.08% | 0.00% | 0.03% | 0.07% | 0.77 | 44.5% |
| 8/17/2018 | 12:21 | 26,697 | 311.24 | 0.04% | -0.01% | 0.01% | 0.06% | 0.66 | 51.2% |
| 8/17/2018 | 12:22 | 17,179 | 310.73 | -0.17% | 0.01% | 0.02% | -0.18% | -1.95 | 5.2% |
| 8/17/2018 | 12:23 | 15,132 | 310.80 | 0.02% | 0.00% | -0.02% | 0.02% | 0.25 | 80.4% |
| 8/17/2018 | 12:24 | 7,615 | 311.04 | 0.08% | 0.02% | 0.01% | 0.03% | 0.36 | 71.6% |
| 8/17/2018 | 12:25 | 9,931 | 310.43 | -0.20% | 0.01% | 0.01% | -0.21% | -2.29 | 2.2% |
| 8/17/2018 | 12:26 | 5,901 | 310.38 | -0.02% | 0.01% | -0.02% | -0.03% | -0.29 | 76.9% |
| 8/17/2018 | 12:27 | 20,695 | 310.14 | -0.08% | -0.01% | -0.03% | -0.06% | -0.69 | 49.1% |
| 8/17/2018 | 12:28 | 11,938 | 309.84 | -0.10% | 0.00% | 0.01% | -0.10% | -1.04 | 29.8% |
| 8/17/2018 | 12:29 | 25,880 | 309.09 | -0.24% | -0.01% | -0.01% | -0.23% | -2.54 | 1.2% |
| 8/17/2018 | 12:30 | 16,884 | 309.70 | 0.20% | -0.02% | 0.01% | 0.24% | 2.58 | 1.0% |
| 8/17/2018 | 12:31 | 18,283 | 309.10 | -0.19% | -0.05% | -0.02% | -0.11% | -1.15 | 25.0% |
| 8/17/2018 | 12:32 | 9,485 | 308.96 | -0.05% | 0.00% | -0.01% | -0.04% | -0.47 | 63.7% |
| 8/17/2018 | 12:33 | 17,600 | 308.89 | -0.02% | -0.03% | 0.03% | 0.04% | 0.41 | 67.9% |
| 8/17/2018 | 12:34 | 27,331 | 308.91 | 0.00% | 0.00% | 0.01% | 0.00% | 0.04 | 97.2% |
| 8/17/2018 | 12:35 | 15,965 | 309.30 | 0.13% | 0.00% | -0.03% | 0.13% | 1.42 | 15.7% |
| 8/17/2018 | 12:36 | 15,233 | 309.44 | 0.05% | -0.03% | -0.03% | 0.09% | 1.00 | 31.8% |
| 8/17/2018 | 12:37 | 14,752 | 308.93 | -0.16% | 0.00% | 0.03% | -0.17% | -1.83 | 6.9% |
| 8/17/2018 | 12:38 | 9,000 | 308.79 | -0.05% | -0.02% | -0.01% | -0.01% | -0.06 | 94.9% |
| 8/17/2018 | 12:39 | 12,899 | 309.14 | 0.11% | 0.00% | 0.01% | 0.12% | 1.28 | 20.3% |
| 8/17/2018 | 12:40 | 15,877 | 309.20 | 0.02% | 0.01% | 0.07% | -0.01% | -0.06 | 95.3% |
| 8/17/2018 | 12:41 | 18,844 | 308.60 | -0.19% | 0.00% | -0.01% | -0.20% | -2.19 | 2.9% |
| 8/17/2018 | 12:42 | 81,995 | 307.53 | -0.35% | 0.00% | 0.03% | -0.35% | -3.79 | 0.0% |
| 8/17/2018 | 12:43 | 22,631 | 308.07 | 0.17% | -0.01% | -0.01% | 0.19% | 2.08 | 3.8% |
| 8/17/2018 | 12:44 | 28,321 | 307.75 | -0.10% | -0.01% | 0.02% | -0.08% | -0.86 | 39.0% |
| 8/17/2018 | 12:45 | 17,728 | 308.00 | 0.08% | -0.01% | -0.03% | 0.10% | 1.05 | 29.6% |
| 8/17/2018 | 12:46 | 15,915 | 307.93 | -0.02% | -0.03% | 0.02% | 0.03% | 0.34 | 73.4% |
| 8/17/2018 | 12:47 | 29,115 | 307.63 | -0.10% | 0.01% | -0.03% | -0.11% | -1.21 | 22.8% |
| 8/17/2018 | 12:48 | 29,562 | 307.87 | 0.08% | 0.00% | -0.01% | 0.07% | 0.75 | 45.5% |
| 8/17/2018 | 12:49 | 18,891 | 307.87 | 0.00% | 0.02% | 0.01% | -0.03% | -0.32 | 74.8% |
| 8/17/2018 | 12:50 | 22,338 | 307.68 | -0.06% | 0.03% | 0.04% | -0.11% | -1.22 | 22.2% |
| 8/17/2018 | 12:51 | 11,302 | 307.70 | 0.01% | 0.00% | 0.00% | 0.01% | 0.09 | 92.6% |
| 8/17/2018 | 12:52 | 25,943 | 307.80 | 0.03% | 0.00% | -0.01% | 0.03% | 0.32 | 74.9% |
| 8/17/2018 | 12:53 | 37,560 | 307.11 | -0.23% | -0.01% | 0.01% | -0.21% | -2.29 | 2.3% |
| 8/17/2018 | 12:54 | 61,360 | 306.97 | -0.05% | -0.01% | -0.03% | -0.02% | -0.25 | 80.2% |
| 8/17/2018 | 12:55 | 23,854 | 306.60 | -0.12% | -0.03% | -0.02% | -0.06% | -0.68 | 49.7% |
| 8/17/2018 | 12:56 | 26,184 | 307.18 | 0.19% | 0.03% | -0.01% | 0.14% | 1.50 | 13.3% |
| 8/17/2018 | 12:57 | 15,464 | 306.65 | -0.17% | 0.02% | 0.02% | -0.20% | -2.22 | 2.7% |
| 8/17/2018 | 12:58 | 18,995 | 307.15 | 0.16% | 0.00% | -0.02% | 0.17% | 1.86 | 6.4% |
| 8/17/2018 | 12:59 | 25,332 | 307.33 | 0.06% | -0.02% | -0.01% | 0.09% | 1.01 | 31.5% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/17/2018 | 13:00 | 28,130 | 308.20 | 0.28% | 0.00% | 0.01% | 0.28% | 3.05 | 0.2% |
| 8/17/2018 | 13:01 | 22,125 | 308.19 | 0.00% | 0.01% | 0.00% | -0.03% | -0.29 | 76.9% |
| 8/17/2018 | 13:02 | 36,362 | 308.00 | -0.06% | 0.01% | 0.01% | -0.07% | -0.78 | 43.7% |
| 8/17/2018 | 13:03 | 18,784 | 307.94 | -0.02% | 0.02% | 0.01% | -0.05% | -0.56 | 57.3% |
| 8/17/2018 | 13:04 | 17,513 | 307.18 | -0.25% | 0.03% | -0.04% | -0.30% | -3.31 | 0.1% |
| 8/17/2018 | 13:05 | 28,240 | 307.22 | 0.01% | -0.01% | 0.00% | 0.02% | 0.26 | 79.8% |
| 8/17/2018 | 13:06 | 14,362 | 307.26 | 0.01% | -0.02% | -0.04% | 0.05% | 0.58 | 56.5% |
| 8/17/2018 | 13:07 | 6,727 | 307.38 | 0.04% | -0.01% | 0.05% | 0.05% | 0.56 | 57.2% |
| 8/17/2018 | 13:08 | 9,189 | 307.16 | -0.07% | 0.00% | 0.00% | -0.08% | -0.85 | 39.8% |
| 8/17/2018 | 13:09 | 5,284 | 307.22 | 0.02% | 0.00% | -0.02% | 0.02% | 0.23 | 81.7% |
| 8/17/2018 | 13:10 | 8,764 | 307.28 | 0.02% | 0.00% | 0.05% | 0.02% | 0.26 | 79.4% |
| 8/17/2018 | 13:11 | 9,662 | 307.11 | -0.06% | 0.00% | 0.01% | -0.05% | -0.55 | 58.0% |
| 8/17/2018 | 13:12 | 15,639 | 307.42 | 0.10% | -0.01% | -0.04% | 0.13% | 1.40 | 16.2% |
| 8/17/2018 | 13:13 | 16,174 | 307.36 | -0.02% | -0.02% | -0.03% | 0.01% | 0.10 | 91.8% |
| 8/17/2018 | 13:14 | 13,026 | 307.08 | -0.09% | 0.00% | 0.03% | -0.09% | -0.96 | 33.9% |
| 8/17/2018 | 13:15 | 15,558 | 307.18 | 0.03% | 0.01% | -0.02% | 0.01% | 0.07 | 94.3% |
| 8/17/2018 | 13:16 | 24,653 | 307.74 | 0.18% | 0.01% | 0.00% | 0.16% | 1.79 | 7.4% |
| 8/17/2018 | 13:17 | 33,818 | 308.14 | 0.13% | 0.02% | -0.02% | 0.09% | 1.03 | 30.5% |
| 8/17/2018 | 13:18 | 27,509 | 308.07 | -0.02% | 0.01% | 0.04% | -0.05% | -0.54 | 59.2% |
| 8/17/2018 | 13:19 | 18,547 | 308.36 | 0.09% | 0.00% | -0.05% | 0.10% | 1.09 | 27.8% |
| 8/17/2018 | 13:20 | 6,807 | 307.90 | -0.15% | 0.00% | 0.00% | -0.14% | -1.53 | 12.6% |
| 8/17/2018 | 13:21 | 5,409 | 308.05 | 0.05% | 0.02% | 0.03% | 0.02% | 0.21 | 83.2% |
| 8/17/2018 | 13:22 | 7,751 | 308.12 | 0.02% | -0.01% | 0.00% | 0.04% | 0.40 | 69.0% |
| 8/17/2018 | 13:23 | 20,906 | 308.75 | 0.20% | -0.01% | -0.04% | 0.22% | 2.43 | 1.5% |
| 8/17/2018 | 13:24 | 16,351 | 308.53 | -0.07% | -0.01% | 0.03% | -0.06% | -0.62 | 53.5% |
| 8/17/2018 | 13:25 | 37,108 | 308.50 | -0.01% | 0.00% | 0.00% | -0.01% | -0.06 | 95.4% |
| 8/17/2018 | 13:26 | 20,767 | 308.84 | 0.11% | -0.01% | 0.00% | 0.12% | 1.33 | 18.3% |
| 8/17/2018 | 13:27 | 16,362 | 309.04 | 0.07% | -0.01% | 0.01% | 0.09% | 0.94 | 34.7% |
| 8/17/2018 | 13:28 | 19,065 | 308.84 | -0.07% | -0.03% | -0.06% | -0.01% | -0.07 | 94.5% |
| 8/17/2018 | 13:29 | 18,520 | 309.26 | 0.14% | -0.01% | -0.01% | 0.15% | 1.63 | 10.5% |
| 8/17/2018 | 13:30 | 13,826 | 309.12 | -0.05% | 0.01% | 0.01% | -0.06% | -0.70 | 48.6% |
| 8/17/2018 | 13:31 | 12,078 | 308.53 | -0.19% | 0.01% | -0.01% | -0.21% | -2.24 | 2.6% |
| 8/17/2018 | 13:32 | 14,221 | 308.91 | 0.12% | 0.01% | 0.02% | 0.11% | 1.16 | 24.5% |
| 8/17/2018 | 13:33 | 12,513 | 308.47 | -0.14% | 0.01% | 0.02% | -0.16% | -1.79 | 7.5% |
| 8/17/2018 | 13:34 | 5,708 | 308.35 | -0.04% | 0.03% | 0.01% | -0.10% | -1.12 | 26.2% |
| 8/17/2018 | 13:35 | 34,628 | 308.11 | -0.08% | 0.00% | -0.02% | -0.09% | -0.93 | 35.3% |
| 8/17/2018 | 13:36 | 8,694 | 308.14 | 0.01% | 0.00% | 0.01% | 0.01% | 0.12 | 90.7% |
| 8/17/2018 | 13:37 | 17,804 | 308.71 | 0.19% | 0.00% | 0.04% | 0.20% | 2.13 | 3.4% |
| 8/17/2018 | 13:38 | 16,759 | 308.72 | 0.00% | -0.01% | 0.01% | 0.02% | 0.25 | 80.3% |
| 8/17/2018 | 13:39 | 28,813 | 309.04 | 0.10% | 0.01% | 0.03% | 0.09% | 1.01 | 31.3% |
| 8/17/2018 | 13:40 | 19,706 | 308.98 | -0.02% | 0.01% | 0.02% | -0.03% | -0.37 | 71.0% |
| 8/17/2018 | 13:41 | 16,192 | 309.10 | 0.04% | 0.03% | 0.02% | -0.02% | -0.19 | 84.7% |
| 8/17/2018 | 13:42 | 8,618 | 309.06 | -0.01% | -0.01% | 0.00% | 0.00% | 0.01 | 98.9% |
| 8/17/2018 | 13:43 | 10,634 | 308.60 | -0.15% | -0.01% | -0.01% | -0.14% | -1.48 | 14.0% |
| 8/17/2018 | 13:44 | 9,846 | 308.87 | 0.09% | 0.00% | -0.02% | 0.09% | 1.03 | 30.3% |
| 8/17/2018 | 13:45 | 4,375 | 308.69 | -0.06% | 0.00% | 0.00% | -0.07% | -0.73 | 46.5% |
| 8/17/2018 | 13:46 | 25,577 | 308.39 | -0.10% | 0.00% | 0.00% | -0.10% | -1.05 | 29.7% |
| 8/17/2018 | 13:47 | 14,397 | 308.32 | -0.02% | 0.00% | 0.00% | -0.03% | -0.32 | 74.8% |
| 8/17/2018 | 13:48 | 12,363 | 308.15 | -0.06% | 0.01% | 0.01% | -0.07% | -0.75 | 45.4% |
| 8/17/2018 | 13:49 | 4,827 | 308.33 | 0.06% | -0.01% | -0.02% | 0.09% | 0.93 | 35.2% |
| 8/17/2018 | 13:50 | 7,986 | 308.12 | -0.07% | -0.01% | -0.01% | -0.05% | -0.49 | 62.2% |
| 8/17/2018 | 13:51 | 6,040 | 308.10 | -0.01% | 0.01% | 0.01% | -0.02% | -0.26 | 79.4% |
| 8/17/2018 | 13:52 | 15,137 | 307.85 | -0.08% | 0.01% | -0.02% | -0.10% | -1.11 | 26.6% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/17/2018 | 13:53 | 9,335 | 307.72 | -0.04% | 0.00% | 0.00% | -0.04% | -0.47 | 64.1% |
| 8/17/2018 | 13:54 | 14,918 | 307.28 | -0.14% | 0.00% | -0.01% | -0.14% | -1.54 | 12.4% |
| 8/17/2018 | 13:55 | 21,265 | 306.77 | -0.17% | 0.00% | 0.00% | -0.16% | -1.79 | 7.5% |
| 8/17/2018 | 13:56 | 21,728 | 306.76 | 0.00% | 0.00% | 0.01% | -0.01% | -0.07 | 94.6% |
| 8/17/2018 | 13:57 | 36,733 | 306.44 | -0.10% | 0.07% | 0.02% | -0.23% | -2.48 | 1.4% |
| 8/17/2018 | 13:58 | 46,873 | 306.63 | 0.06% | 0.02% | 0.04% | 0.03% | 0.34 | 73.5% |
| 8/17/2018 | 13:59 | 48,571 | 305.68 | -0.31% | -0.01% | 0.04% | -0.29% | -3.15 | 0.2% |
| 8/17/2018 | 14:00 | 39,883 | 305.89 | 0.07% | 0.00% | -0.02% | 0.06% | 0.70 | 48.4% |
| 8/17/2018 | 14:01 | 21,204 | 305.62 | -0.09% | 0.01% | 0.03% | -0.11% | -1.15 | 25.0% |
| 8/17/2018 | 14:02 | 56,829 | 305.22 | -0.13% | 0.01% | 0.03% | -0.15% | -1.65 | 10.0% |
| 8/17/2018 | 14:03 | 32,631 | 306.58 | 0.44% | 0.03% | 0.03% | 0.40% | 4.33 | 0.0% |
| 8/17/2018 | 14:04 | 28,671 | 306.69 | 0.04% | 0.11% | 0.16% | -0.16% | -1.71 | 8.7% |
| 8/17/2018 | 14:05 | 36,517 | 306.86 | 0.06% | 0.07% | 0.08% | -0.06% | -0.66 | 50.9% |
| 8/17/2018 | 14:06 | 34,169 | 307.49 | 0.21% | 0.02% | -0.02% | 0.17% | 1.89 | 6.0% |
| 8/17/2018 | 14:07 | 23,298 | 306.71 | -0.25% | -0.01% | 0.01% | -0.24% | -2.59 | 1.0% |
| 8/17/2018 | 14:08 | 15,061 | 306.10 | -0.20% | -0.02% | -0.06% | -0.16% | -1.78 | 7.6% |
| 8/17/2018 | 14:09 | 29,142 | 305.95 | -0.05% | 0.00% | -0.01% | -0.05% | -0.52 | 60.1% |
| 8/17/2018 | 14:10 | 32,293 | 305.42 | -0.17% | 0.00% | 0.02% | -0.17% | -1.89 | 6.0% |
| 8/17/2018 | 14:11 | 69,238 | 305.12 | -0.10% | -0.02% | -0.02% | -0.07% | -0.75 | 45.5% |
| 8/17/2018 | 14:12 | 35,638 | 305.12 | 0.00% | -0.03% | -0.02% | 0.05% | 0.56 | 57.5% |
| 8/17/2018 | 14:13 | 37,759 | 305.00 | -0.04% | 0.01% | -0.04% | -0.07% | -0.72 | 47.0% |
| 8/17/2018 | 14:14 | 41,909 | 305.61 | 0.20% | 0.04% | 0.04% | 0.12% | 1.34 | 18.1% |
| 8/17/2018 | 14:15 | 37,437 | 305.79 | 0.06% | 0.06% | 0.09% | -0.04% | -0.42 | 67.2% |
| 8/17/2018 | 14:16 | 39,328 | 305.90 | 0.04% | -0.02% | -0.05% | 0.07% | 0.78 | 43.8% |
| 8/17/2018 | 14:17 | 17,921 | 305.41 | -0.16% | -0.01% | -0.03% | -0.15% | -1.64 | 10.2% |
| 8/17/2018 | 14:18 | 20,705 | 305.45 | 0.01% | 0.01% | -0.03% | 0.00% | -0.01 | 99.0% |
| 8/17/2018 | 14:19 | 25,974 | 305.09 | -0.12% | 0.00% | 0.02% | -0.11% | -1.20 | 23.1% |
| 8/17/2018 | 14:20 | 25,094 | 305.36 | 0.09% | 0.02% | 0.03% | 0.05% | 0.50 | 61.5% |
| 8/17/2018 | 14:21 | 20,926 | 305.86 | 0.16% | 0.01% | 0.04% | 0.14% | 1.51 | 13.2% |
| 8/17/2018 | 14:22 | 22,742 | 305.96 | 0.03% | 0.02% | 0.05% | 0.00% | -0.04 | 96.4% |
| 8/17/2018 | 14:23 | 30,946 | 305.70 | -0.08% | -0.02% | -0.03% | -0.05% | -0.53 | 59.4% |
| 8/17/2018 | 14:24 | 22,021 | 305.18 | -0.17% | 0.02% | 0.03% | -0.21% | -2.28 | 2.3% |
| 8/17/2018 | 14:25 | 61,974 | 304.87 | -0.10% | -0.01% | 0.02% | -0.09% | -0.97 | 33.4% |
| 8/17/2018 | 14:26 | 18,364 | 305.32 | 0.15% | 0.01% | 0.02% | 0.12% | 1.34 | 18.1% |
| 8/17/2018 | 14:27 | 36,072 | 305.49 | 0.06% | 0.03% | 0.04% | 0.00% | -0.05 | 96.1% |
| 8/17/2018 | 14:28 | 45,206 | 306.97 | 0.48% | 0.01% | -0.02% | 0.46% | 5.03 | 0.0% |
| 8/17/2018 | 14:29 | 37,887 | 307.20 | 0.07% | -0.03% | 0.01% | 0.12% | 1.31 | 19.1% |
| 8/17/2018 | 14:30 | 36,858 | 307.43 | 0.07% | 0.01% | -0.05% | 0.06% | 0.64 | 52.5% |
| 8/17/2018 | 14:31 | 43,606 | 306.78 | -0.21% | -0.01% | 0.03% | -0.19% | -2.05 | 4.1% |
| 8/17/2018 | 14:32 | 14,823 | 306.43 | -0.12% | -0.02% | 0.00% | -0.08% | -0.89 | 37.2% |
| 8/17/2018 | 14:33 | 21,881 | 306.51 | 0.03% | 0.00% | -0.02% | 0.02% | 0.22 | 82.9% |
| 8/17/2018 | 14:34 | 11,141 | 306.69 | 0.06% | -0.01% | -0.02% | 0.08% | 0.85 | 39.5% |
| 8/17/2018 | 14:35 | 27,464 | 307.14 | 0.15% | 0.00% | -0.03% | 0.15% | 1.65 | 9.9% |
| 8/17/2018 | 14:36 | 15,640 | 306.96 | -0.06% | -0.05% | -0.06% | 0.02% | 0.24 | 81.1% |
| 8/17/2018 | 14:37 | 10,511 | 306.58 | -0.12% | -0.01% | 0.02% | -0.11% | -1.18 | 24.0% |
| 8/17/2018 | 14:38 | 19,518 | 306.07 | -0.17% | 0.00% | 0.00% | -0.17% | -1.88 | 6.1% |
| 8/17/2018 | 14:39 | 15,101 | 306.26 | 0.06% | 0.01% | 0.00% | 0.05% | 0.51 | 61.2% |
| 8/17/2018 | 14:40 | 6,265 | 306.02 | -0.08% | 0.00% | 0.04% | -0.08% | -0.86 | 38.9% |
| 8/17/2018 | 14:41 | 6,842 | 306.31 | 0.09% | 0.01% | 0.05% | 0.07% | 0.75 | 45.6% |
| 8/17/2018 | 14:42 | 9,436 | 306.65 | 0.11% | 0.02% | 0.00% | 0.08% | 0.83 | 40.8% |
| 8/17/2018 | 14:43 | 16,031 | 306.86 | 0.07% | 0.04% | 0.06% | 0.00% | -0.03 | 97.6% |
| 8/17/2018 | 14:44 | 8,856 | 306.53 | -0.11% | -0.01% | -0.03% | -0.09% | -0.93 | 35.1% |
| 8/17/2018 | 14:45 | 7,080 | 306.68 | 0.05% | 0.00% | -0.02% | 0.05% | 0.56 | 57.5% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] Interval Start | [3] Volume | [4] Tesla Price | [5] Tesla Return | [6] Market Return | [7] Industry Return | [8] Abnormal Return | [9] t-stat | [10] p-value |
| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/17/2018 | 14:46 | 19,709 | 307.21 | 0.17% | -0.02% | -0.02% | 0.22% | 2.36 | 1.9% |
| 8/17/2018 | 14:47 | 8,480 | 306.95 | -0.08% | 0.00% | 0.03% | -0.09% | -0.96 | 33.6% |
| 8/17/2018 | 14:48 | 13,788 | 307.32 | 0.12% | 0.01% | 0.00% | 0.09% | 1.03 | 30.3% |
| 8/17/2018 | 14:49 | 12,314 | 307.18 | -0.05% | -0.01% | -0.01% | -0.04% | -0.41 | 68.5% |
| 8/17/2018 | 14:50 | 11,800 | 307.13 | -0.02% | 0.01% | -0.01% | -0.03% | -0.34 | 73.6% |
| 8/17/2018 | 14:51 | 5,650 | 306.90 | -0.07% | 0.00% | -0.01% | -0.08% | -0.91 | 36.3% |
| 8/17/2018 | 14:52 | 11,587 | 307.28 | 0.12% | 0.02% | 0.02% | 0.09% | 1.00 | 31.8% |
| 8/17/2018 | 14:53 | 24,994 | 307.67 | 0.13% | 0.06% | 0.02% | 0.02% | 0.24 | 80.9% |
| 8/17/2018 | 14:54 | 21,482 | 307.80 | 0.04% | 0.04% | 0.08% | -0.03% | -0.28 | 78.2% |
| 8/17/2018 | 14:55 | 14,700 | 307.22 | -0.19% | 0.01% | 0.01% | -0.21% | -2.33 | 2.1% |
| 8/17/2018 | 14:56 | 12,954 | 307.50 | 0.09% | 0.00% | 0.02% | 0.09% | 0.94 | 34.9% |
| 8/17/2018 | 14:57 | 31,155 | 308.14 | 0.21% | -0.01% | -0.05% | 0.22% | 2.38 | 1.8% |
| 8/17/2018 | 14:58 | 28,573 | 308.16 | 0.01% | -0.01% | 0.00% | 0.03% | 0.35 | 72.3% |
| 8/17/2018 | 14:59 | 31,543 | 308.16 | 0.00% | 0.00% | -0.02% | -0.01% | -0.07 | 94.3% |
| 8/17/2018 | 15:00 | 15,266 | 307.78 | -0.12% | 0.00% | -0.01% | -0.13% | -1.42 | 15.7% |
| 8/17/2018 | 15:01 | 11,831 | 308.00 | 0.07% | 0.00% | -0.05% | 0.07% | 0.82 | 41.4% |
| 8/17/2018 | 15:02 | 14,735 | 307.52 | -0.16% | -0.02% | 0.00% | -0.12% | -1.26 | 20.7% |
| 8/17/2018 | 15:03 | 20,563 | 307.04 | -0.16% | -0.01% | -0.07% | -0.14% | -1.57 | 11.7% |
| 8/17/2018 | 15:04 | 17,304 | 306.64 | -0.13% | 0.01% | 0.01% | -0.14% | -1.55 | 12.2% |
| 8/17/2018 | 15:05 | 30,975 | 306.11 | -0.17% | 0.00% | 0.03% | -0.18% | -1.97 | 4.9% |
| 8/17/2018 | 15:06 | 45,545 | 305.25 | -0.28% | -0.02% | 0.02% | -0.25% | -2.73 | 0.7% |
| 8/17/2018 | 15:07 | 32,401 | 305.66 | 0.13% | -0.03% | -0.08% | 0.19% | 2.08 | 3.8% |
| 8/17/2018 | 15:08 | 28,912 | 305.28 | -0.13% | -0.01% | 0.00% | -0.10% | -1.11 | 26.9% |
| 8/17/2018 | 15:09 | 56,132 | 304.82 | -0.15% | -0.03% | 0.03% | -0.10% | -1.10 | 27.1% |
| 8/17/2018 | 15:10 | 36,932 | 305.00 | 0.06% | 0.00% | -0.02% | 0.07% | 0.73 | 46.5% |
| 8/17/2018 | 15:11 | 32,980 | 305.08 | 0.03% | 0.00% | 0.02% | 0.02% | 0.24 | 81.3% |
| 8/17/2018 | 15:12 | 26,249 | 305.49 | 0.14% | 0.01% | 0.03% | 0.12% | 1.27 | 20.4% |
| 8/17/2018 | 15:13 | 17,644 | 305.58 | 0.03% | -0.02% | 0.02% | 0.06% | 0.67 | 50.4% |
| 8/17/2018 | 15:14 | 16,541 | 305.94 | 0.12% | 0.01% | 0.01% | 0.10% | 1.09 | 27.5% |
| 8/17/2018 | 15:15 | 22,566 | 305.72 | -0.07% | 0.00% | 0.00% | -0.07% | -0.76 | 44.8% |
| 8/17/2018 | 15:16 | 11,395 | 305.76 | 0.01% | -0.02% | -0.02% | 0.04% | 0.45 | 65.1% |
| 8/17/2018 | 15:17 | 15,577 | 305.99 | 0.07% | -0.01% | -0.01% | 0.09% | 1.00 | 31.8% |
| 8/17/2018 | 15:18 | 21,110 | 305.59 | -0.13% | 0.01% | -0.01% | -0.14% | -1.53 | 12.7% |
| 8/17/2018 | 15:19 | 22,510 | 305.25 | -0.11% | 0.03% | 0.00% | -0.16% | -1.73 | 8.4% |
| 8/17/2018 | 15:20 | 31,875 | 305.26 | 0.00% | 0.01% | 0.02% | -0.01% | -0.06 | 95.2% |
| 8/17/2018 | 15:21 | 13,932 | 305.34 | 0.03% | -0.01% | -0.04% | 0.04% | 0.49 | 62.5% |
| 8/17/2018 | 15:22 | 11,991 | 305.26 | -0.03% | 0.01% | 0.03% | -0.04% | -0.39 | 70.0% |
| 8/17/2018 | 15:23 | 15,373 | 305.41 | 0.05% | -0.01% | -0.01% | 0.06% | 0.67 | 50.5% |
| 8/17/2018 | 15:24 | 43,909 | 305.61 | 0.07% | -0.01% | -0.02% | 0.09% | 0.94 | 34.9% |
| 8/17/2018 | 15:25 | 8,833 | 305.48 | -0.04% | -0.01% | 0.00% | -0.02% | -0.23 | 81.5% |
| 8/17/2018 | 15:26 | 20,896 | 305.39 | -0.03% | 0.00% | 0.00% | -0.02% | -0.24 | 80.7% |
| 8/17/2018 | 15:27 | 11,406 | 305.59 | 0.07% | 0.02% | 0.03% | 0.02% | 0.25 | 80.5% |
| 8/17/2018 | 15:28 | 17,175 | 305.62 | 0.01% | -0.01% | 0.02% | 0.02% | 0.23 | 81.9% |
| 8/17/2018 | 15:29 | 24,003 | 305.17 | -0.15% | -0.03% | -0.02% | -0.10% | -1.08 | 28.1% |
| 8/17/2018 | 15:30 | 50,645 | 304.96 | -0.07% | -0.01% | -0.05% | -0.04% | -0.48 | 62.9% |
| 8/17/2018 | 15:31 | 22,873 | 305.21 | 0.08% | 0.01% | -0.02% | 0.06% | 0.66 | 50.8% |
| 8/17/2018 | 15:32 | 27,536 | 305.70 | 0.16% | 0.01% | 0.00% | 0.14% | 1.57 | 11.8% |
| 8/17/2018 | 15:33 | 16,986 | 305.45 | -0.08% | 0.00% | 0.01% | -0.08% | -0.92 | 35.8% |
| 8/17/2018 | 15:34 | 15,639 | 305.42 | -0.01% | 0.01% | -0.04% | -0.03% | -0.36 | 72.2% |
| 8/17/2018 | 15:35 | 17,516 | 305.51 | 0.03% | 0.01% | -0.02% | 0.01% | 0.14 | 88.7% |
| 8/17/2018 | 15:36 | 9,247 | 305.25 | -0.09% | 0.00% | -0.01% | -0.09% | -1.02 | 30.9% |
| 8/17/2018 | 15:37 | 20,547 | 305.10 | -0.05% | 0.00% | 0.00% | -0.05% | -0.57 | 56.7% |
| 8/17/2018 | 15:38 | 79,388 | 304.45 | -0.21% | 0.01% | 0.00% | -0.23% | -2.49 | 1.3% |

**Appendix 4: Tesla, Inc. Common Stock Minute-Level Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | Interval | | Tesla | Tesla | Market | Industry | Abnormal | | |
| Date | Start | Volume | Price | Return | Return | Return | Return | t-stat | p-value |
| 8/17/2018 | 15:39 | 49,445 | 304.06 | -0.13% | 0.00% | -0.02% | -0.13% | -1.37 | 17.2% |
| 8/17/2018 | 15:40 | 61,918 | 303.76 | -0.10% | 0.02% | 0.03% | -0.13% | -1.46 | 14.5% |
| 8/17/2018 | 15:41 | 50,490 | 304.57 | 0.27% | 0.02% | 0.02% | 0.24% | 2.58 | 1.0% |
| 8/17/2018 | 15:42 | 51,934 | 304.29 | -0.09% | 0.02% | 0.02% | -0.14% | -1.48 | 14.0% |
| 8/17/2018 | 15:43 | 38,134 | 304.58 | 0.10% | -0.02% | -0.04% | 0.12% | 1.35 | 17.9% |
| 8/17/2018 | 15:44 | 32,771 | 304.25 | -0.11% | 0.00% | -0.02% | -0.10% | -1.14 | 25.4% |
| 8/17/2018 | 15:45 | 35,937 | 305.06 | 0.26% | 0.00% | 0.03% | 0.26% | 2.84 | 0.5% |
| 8/17/2018 | 15:46 | 55,636 | 305.11 | 0.02% | -0.01% | 0.03% | 0.04% | 0.44 | 66.0% |
| 8/17/2018 | 15:47 | 28,777 | 304.79 | -0.11% | -0.03% | 0.02% | -0.05% | -0.53 | 59.7% |
| 8/17/2018 | 15:48 | 50,159 | 304.93 | 0.05% | -0.02% | -0.03% | 0.07% | 0.79 | 43.1% |
| 8/17/2018 | 15:49 | 49,804 | 305.15 | 0.07% | -0.01% | -0.01% | 0.09% | 0.93 | 35.2% |
| 8/17/2018 | 15:50 | 42,724 | 305.36 | 0.07% | 0.01% | 0.01% | 0.05% | 0.53 | 59.7% |
| 8/17/2018 | 15:51 | 63,099 | 304.79 | -0.19% | -0.02% | -0.07% | -0.15% | -1.61 | 10.9% |
| 8/17/2018 | 15:52 | 60,782 | 304.91 | 0.04% | 0.02% | -0.01% | 0.00% | 0.01 | 99.3% |
| 8/17/2018 | 15:53 | 58,122 | 305.12 | 0.07% | -0.02% | 0.04% | 0.10% | 1.05 | 29.3% |
| 8/17/2018 | 15:54 | 49,457 | 305.12 | 0.00% | 0.01% | 0.01% | -0.01% | -0.12 | 90.1% |
| 8/17/2018 | 15:55 | 83,331 | 305.37 | 0.08% | 0.01% | 0.03% | 0.07% | 0.71 | 47.6% |
| 8/17/2018 | 15:56 | 50,926 | 305.50 | 0.04% | 0.01% | -0.03% | 0.03% | 0.35 | 72.7% |
| 8/17/2018 | 15:57 | 46,200 | 305.48 | -0.01% | 0.02% | 0.05% | -0.04% | -0.40 | 68.8% |
| 8/17/2018 | 15:58 | 64,013 | 305.47 | 0.00% | -0.03% | -0.04% | 0.05% | 0.53 | 59.5% |
| 8/17/2018 | 15:59 | 241,569 | 305.51 | 0.01% | -0.03% | -0.06% | 0.08% | 0.83 | 40.9% |

**Notes:**
[1] Trading date.
[2] Start of 1-minute interval or market open.
[3] Volume over 1-minute interval.  Source: Bloomberg GIT data.
[4] Last price over 1-minute interval (source: Bloomberg GIT data) or open price (source: Bloomberg).
[5] = [4] / prior [4] less 1.
[6] Return to the Nasdaq Composite Index over interval or close-to-open.  Source for index levels: Bloomberg.
[7] Return to the Dow Jones US Automobiles & Parts Total Return Index (after removing Tesla's daily return
      based on its daily index weight from the index return).  Source: Bloomberg.
[8] Abnormal return for the interval based on either:
      (i) for close-to-open, methodology described in footnote 122 to the Class Certification Report; or
      (ii) for within day, methodology described in text of Report.
[9] = [8] / standard error from close-to-open regression or 1-minute interval regression,
      as described in footnotes in note [8].  Trading halt interval on August 7, 2018 t-statistic
      based on standard error multiplied by the square root of 192.
[10] p-value based on 2-tailed t-distribution for [9] with 386 degrees of freedom for 1-minute intervals and 116
      degrees of freedom for the close-to-open interval.

**Appendix 5**
**Tesla, Inc. Common Stock Daily Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Excess Industry | Predicted | Abnormal | | |
| Date | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value |
| 2/14/18 | 3,950,743 | $322.31 | -0.42% | 1.90% | 0.35% | 2.68% | -3.09% | -1.21 | 22.85% |
| 2/15/18 | 5,912,917 | $334.07 | 3.65% | 1.58% | -0.74% | 2.07% | 1.58% | 0.62 | 53.74% |
| 2/16/18 | 5,642,637 | $335.49 | 0.43% | -0.23% | -1.04% | -0.61% | 1.04% | 0.41 | 68.57% |
| 2/20/18 | 4,009,435 | $334.77 | -0.21% | -0.07% | -0.38% | -0.28% | 0.07% | 0.03 | 97.84% |
| 2/21/18 | 3,219,649 | $333.30 | -0.44% | -0.22% | 0.12% | -0.43% | -0.01% | 0.00 | 99.84% |
| 2/22/18 | 6,969,808 | $346.17 | 3.86% | -0.11% | 0.33% | -0.25% | 4.11% | 1.61 | 11.04% |
| 2/23/18 | 5,817,387 | $352.05 | 1.70% | 1.77% | -0.86% | 2.32% | -0.62% | -0.24 | 80.82% |
| 2/26/18 | 4,339,985 | $357.42 | 1.53% | 1.15% | 0.44% | 1.59% | -0.07% | -0.03 | 97.93% |
| 2/27/18 | 4,797,419 | $350.99 | -1.80% | -1.22% | -1.49% | -2.10% | 0.30% | 0.12 | 90.59% |
| 2/28/18 | 6,069,658 | $343.06 | -2.26% | -0.78% | -0.55% | -1.34% | -0.92% | -0.36 | 71.85% |
| 3/1/18 | 6,885,601 | $330.93 | -3.54% | -1.26% | -1.38% | -2.15% | -1.39% | -0.54 | 58.75% |
| 3/2/18 | 5,092,829 | $335.12 | 1.27% | 1.08% | -0.62% | 1.36% | -0.09% | -0.04 | 97.20% |
| 3/5/18 | 3,823,769 | $333.35 | -0.53% | 1.00% | 0.46% | 1.39% | -1.92% | -0.75 | 45.48% |
| 3/6/18 | 4,285,744 | $328.20 | -1.54% | 0.56% | 0.43% | 0.74% | -2.29% | -0.90 | 37.20% |
| 3/7/18 | 5,007,297 | $332.30 | 1.25% | 0.33% | -0.48% | 0.29% | 0.96% | 0.38 | 70.79% |
| 3/8/18 | 3,566,244 | $329.10 | -0.96% | 0.44% | 0.07% | 0.52% | -1.48% | -0.58 | 56.34% |
| 3/9/18 | 5,506,764 | $327.17 | -0.59% | 1.79% | 0.18% | 2.49% | -3.08% | -1.21 | 23.03% |
| 3/12/18 | 8,264,035 | $345.51 | 5.61% | 0.36% | -0.44% | 0.34% | 5.27% | 2.06 | 4.14% * |
| 3/13/18 | 5,965,805 | $341.84 | -1.06% | -1.01% | 0.84% | -1.49% | 0.43% | 0.17 | 86.59% |
| 3/14/18 | 7,967,370 | $326.63 | -4.45% | -0.18% | -0.29% | -0.44% | -4.01% | -1.57 | 11.91% |
| 3/15/18 | 6,564,801 | $325.60 | -0.32% | -0.19% | 0.38% | -0.36% | 0.05% | 0.02 | 98.59% |
| 3/16/18 | 6,117,279 | $321.35 | -1.31% | 0.01% | 0.83% | -0.01% | -1.29% | -0.51 | 61.37% |
| 3/19/18 | 7,484,294 | $313.56 | -2.42% | -1.84% | 0.04% | -2.80% | 0.38% | 0.15 | 88.30% |
| 3/20/18 | 4,764,293 | $310.55 | -0.96% | 0.28% | -0.34% | 0.22% | -1.18% | -0.46 | 64.44% |
| 3/21/18 | 5,958,411 | $316.53 | 1.93% | -0.25% | 1.48% | -0.30% | 2.22% | 0.87 | 38.57% |
| 3/22/18 | 4,939,771 | $309.10 | -2.35% | -2.43% | -1.22% | -3.83% | 1.48% | 0.58 | 56.34% |
| 3/23/18 | 6,654,899 | $301.54 | -2.45% | -2.43% | -0.57% | -3.74% | 1.29% | 0.51 | 61.45% |
| 3/26/18 | 8,375,175 | $304.18 | 0.88% | 3.26% | 0.59% | 4.68% | -3.81% | -1.49 | 13.91% |
| 3/27/18 | 13,872,029 | $279.18 | -8.22% | -2.93% | 0.93% | -4.27% | -3.95% | -1.55 | 12.47% |
| 3/28/18 | 21,001,437 | $257.78 | -7.67% | -0.84% | 0.47% | -1.28% | -6.38% | -2.50 | 1.39% * |
| 3/29/18 | 15,170,749 | $266.13 | 3.24% | 1.65% | 1.07% | 2.40% | 0.84% | 0.33 | 74.34% |
| 4/2/18 | 16,113,968 | $252.48 | -5.13% | -2.74% | -0.04% | -4.11% | -1.02% | -0.40 | 69.17% |
| 4/3/18 | 18,844,384 | $267.53 | 5.96% | 1.04% | 1.93% | 1.64% | 4.32% | 1.69 | 9.38% |
| 4/4/18 | 19,896,746 | $286.94 | 7.26% | 1.47% | 0.99% | 2.13% | 5.12% | 2.01 | 4.73% * |
| 4/5/18 | 19,121,101 | $305.72 | 6.54% | 0.49% | 0.39% | 0.63% | 5.91% | 2.31 | 2.24% * |
| 4/6/18 | 13,520,286 | $299.30 | -2.10% | -2.28% | 0.24% | -3.41% | 1.31% | 0.51 | 60.81% |
| 4/9/18 | 10,249,805 | $289.66 | -3.22% | 0.51% | -0.07% | 0.60% | -3.82% | -1.50 | 13.76% |
| 4/10/18 | 11,024,259 | $304.70 | 5.19% | 2.07% | 1.03% | 3.01% | 2.18% | 0.85 | 39.57% |
| 4/11/18 | 7,482,945 | $300.93 | -1.24% | -0.36% | 0.03% | -0.65% | -0.59% | -0.23 | 81.75% |
| 4/12/18 | 7,608,769 | $294.08 | -2.28% | 1.01% | -0.64% | 1.25% | -3.52% | -1.38 | 17.06% |
| 4/13/18 | 7,327,223 | $300.34 | 2.13% | -0.47% | -0.14% | -0.83% | 2.96% | 1.16 | 24.85% |
| 4/16/18 | 6,338,488 | $291.21 | -3.04% | 0.70% | 0.85% | 1.00% | -4.04% | -1.58 | 11.69% |
| 4/17/18 | 7,000,023 | $287.69 | -1.21% | 1.74% | -0.89% | 2.28% | -3.49% | -1.37 | 17.45% |
| 4/18/18 | 6,557,700 | $293.35 | 1.97% | 0.19% | -0.47% | 0.09% | 1.88% | 0.74 | 46.32% |
| 4/19/18 | 6,090,599 | $300.08 | 2.29% | -0.78% | -1.49% | -1.47% | 3.76% | 1.47 | 14.34% |
| 4/20/18 | 5,627,928 | $290.24 | -3.28% | -1.27% | 0.37% | -1.93% | -1.35% | -0.53 | 59.80% |

**Appendix 5**
**Tesla, Inc. Common Stock Daily Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Excess Industry | Predicted | Abnormal | | |
| Date | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value |
| 4/23/18 | 4,893,378 | $283.37 | -2.37% | -0.25% | 0.98% | -0.36% | -2.01% | -0.79 | 43.32% |
| 4/24/18 | 5,685,308 | $283.46 | 0.03% | -1.70% | 0.95% | -2.47% | 2.51% | 0.98 | 32.86% |
| 4/25/18 | 4,013,574 | $280.69 | -0.98% | -0.05% | 0.42% | -0.15% | -0.83% | -0.32 | 74.68% |
| 4/26/18 | 4,356,013 | $285.48 | 1.71% | 1.64% | -0.19% | 2.23% | -0.52% | -0.20 | 83.91% |
| 4/27/18 | 4,364,626 | $294.08 | 3.01% | 0.02% | -1.01% | -0.24% | 3.25% | 1.27 | 20.61% |
| 4/30/18 | 4,228,172 | $293.90 | -0.06% | -0.75% | -1.24% | -1.39% | 1.33% | 0.52 | 60.41% |
| 5/1/18 | 4,625,603 | $299.92 | 2.05% | 0.91% | -0.71% | 1.10% | 0.95% | 0.37 | 71.02% |
| 5/2/18 | 8,970,370 | $301.15 | 0.41% | -0.42% | 0.99% | -0.61% | 1.02% | 0.40 | 69.14% |
| 5/3/18 | 17,352,130 | $284.45 | -5.55% | -0.18% | -0.01% | -0.39% | -5.15% | -2.01 | 4.70% * |
| 5/4/18 | 8,569,354 | $294.09 | 3.39% | 1.73% | 0.16% | 2.41% | 0.98% | 0.38 | 70.15% |
| 5/7/18 | 8,678,224 | $302.77 | 2.95% | 0.77% | -0.63% | 0.91% | 2.04% | 0.80 | 42.51% |
| 5/8/18 | 5,930,000 | $301.97 | -0.26% | 0.03% | 0.08% | -0.08% | -0.18% | -0.07 | 94.40% |
| 5/9/18 | 5,727,365 | $306.85 | 1.62% | 1.01% | -0.79% | 1.23% | 0.39% | 0.15 | 87.94% |
| 5/10/18 | 5,651,561 | $305.02 | -0.60% | 0.89% | 1.02% | 1.30% | -1.89% | -0.74 | 45.99% |
| 5/11/18 | 4,679,649 | $301.06 | -1.30% | 0.01% | 0.01% | -0.12% | -1.18% | -0.46 | 64.54% |
| 5/14/18 | 7,286,804 | $291.97 | -3.02% | 0.12% | -0.03% | 0.03% | -3.05% | -1.20 | 23.45% |
| 5/15/18 | 9,519,173 | $284.18 | -2.67% | -0.80% | 1.15% | -1.15% | -1.52% | -0.60 | 55.30% |
| 5/16/18 | 5,674,019 | $286.48 | 0.81% | 0.67% | 1.54% | 1.05% | -0.24% | -0.10 | 92.39% |
| 5/17/18 | 4,420,612 | $284.54 | -0.68% | -0.20% | 0.89% | -0.30% | -0.37% | -0.15 | 88.44% |
| 5/18/18 | 7,251,887 | $276.82 | -2.71% | -0.38% | -0.31% | -0.72% | -1.99% | -0.78 | 43.76% |
| 5/21/18 | 9,182,571 | $284.49 | 2.77% | 0.54% | 0.60% | 0.74% | 2.04% | 0.80 | 42.73% |
| 5/22/18 | 8,945,756 | $275.01 | -3.33% | -0.21% | 0.11% | -0.42% | -2.91% | -1.14 | 25.70% |
| 5/23/18 | 5,985,053 | $279.07 | 1.48% | 0.65% | -1.29% | 0.63% | 0.84% | 0.33 | 74.24% |
| 5/24/18 | 4,176,708 | $277.85 | -0.44% | -0.02% | 0.58% | -0.08% | -0.35% | -0.14 | 89.00% |
| 5/25/18 | 3,875,082 | $278.85 | 0.36% | 0.13% | -0.38% | 0.00% | 0.36% | 0.14 | 88.91% |
| 5/29/18 | 5,666,640 | $283.76 | 1.76% | -0.49% | -1.35% | -1.03% | 2.79% | 1.09 | 27.68% |
| 5/30/18 | 7,489,686 | $291.72 | 2.81% | 0.90% | 0.29% | 1.21% | 1.60% | 0.63 | 53.30% |
| 5/31/18 | 5,919,721 | $284.73 | -2.40% | -0.26% | 3.28% | -0.06% | -2.33% | -0.91 | 36.32% |
| 6/1/18 | 5,424,386 | $291.82 | 2.49% | 1.51% | 0.16% | 2.08% | 0.41% | 0.16 | 87.35% |
| 6/4/18 | 4,797,810 | $296.74 | 1.69% | 0.69% | 0.63% | 0.96% | 0.73% | 0.29 | 77.55% |
| 6/5/18 | 5,995,157 | $291.13 | -1.89% | 0.42% | 0.00% | 0.47% | -2.36% | -0.92 | 35.75% |
| 6/6/18 | 18,767,269 | $319.50 | 9.74% | 0.67% | 0.81% | 0.95% | 8.79% | 3.44 | 0.08% ** |
| 6/7/18 | 14,345,271 | $316.09 | -1.07% | -0.69% | 1.02% | -1.00% | -0.07% | -0.03 | 97.89% |
| 6/8/18 | 8,205,202 | $317.66 | 0.50% | 0.14% | 0.41% | 0.12% | 0.37% | 0.15 | 88.37% |
| 6/11/18 | 13,183,473 | $332.10 | 4.55% | 0.19% | 0.15% | 0.16% | 4.38% | 1.72 | 8.89% |
| 6/12/18 | 22,347,403 | $342.77 | 3.21% | 0.57% | -0.64% | 0.61% | 2.60% | 1.02 | 31.12% |
| 6/13/18 | 9,469,804 | $344.78 | 0.59% | -0.10% | -0.16% | -0.31% | 0.89% | 0.35 | 72.77% |
| 6/14/18 | 10,981,023 | $357.72 | 3.75% | 0.86% | -1.03% | 0.98% | 2.77% | 1.08 | 28.05% |
| 6/15/18 | 10,848,254 | $358.17 | 0.13% | -0.19% | 0.47% | -0.34% | 0.47% | 0.18 | 85.55% |
| 6/18/18 | 12,073,226 | $370.83 | 3.53% | 0.01% | 0.40% | -0.07% | 3.60% | 1.41 | 16.14% |
| 6/19/18 | 12,761,903 | $352.55 | -4.93% | -0.27% | -1.51% | -0.73% | -4.20% | -1.65 | 10.26% |
| 6/20/18 | 8,383,656 | $362.22 | 2.74% | 0.72% | -0.60% | 0.84% | 1.90% | 0.75 | 45.76% |
| 6/21/18 | 7,967,145 | $347.51 | -4.06% | -0.88% | -1.04% | -1.55% | -2.51% | -0.98 | 32.82% |
| 6/22/18 | 10,266,059 | $333.63 | -3.99% | -0.26% | -0.18% | -0.54% | -3.46% | -1.35 | 17.85% |
| 6/25/18 | 6,931,304 | $333.01 | -0.19% | -2.09% | 0.34% | -3.12% | 2.94% | 1.15 | 25.25% |
| 6/26/18 | 7,452,487 | $342.00 | 2.70% | 0.39% | 0.12% | 0.46% | 2.24% | 0.88 | 38.15% |

**Appendix 5**
**Tesla, Inc. Common Stock Daily Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Excess Industry | Predicted | Abnormal | | |
| Date | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value |
| 6/27/18 | 8,333,727 | $344.50 | 0.73% | -1.54% | 0.15% | -2.35% | 3.08% | 1.21 | 23.02% |
| 6/28/18 | 8,398,005 | $349.93 | 1.58% | 0.80% | -1.44% | 0.83% | 0.74% | 0.29 | 77.17% |
| 6/29/18 | 6,492,396 | $342.95 | -1.99% | 0.09% | -1.19% | -0.16% | -1.83% | -0.72 | 47.50% |
| 7/2/18 | 18,759,765 | $335.07 | -2.30% | 0.77% | -0.30% | 0.95% | -3.25% | -1.27 | 20.64% |
| 7/3/18 | 12,282,638 | $310.86 | -7.23% | -0.86% | -0.18% | -1.40% | -5.82% | -2.28 | 2.46% * |
| 7/5/18 | 17,476,374 | $309.16 | -0.55% | 1.13% | 0.76% | 1.61% | -2.16% | -0.85 | 39.96% |
| 7/6/18 | 8,865,451 | $308.90 | -0.08% | 1.34% | -0.90% | 1.70% | -1.78% | -0.70 | 48.64% |
| 7/9/18 | 7,596,753 | $318.51 | 3.11% | 0.88% | 1.03% | 1.29% | 1.82% | 0.71 | 47.72% |
| 7/10/18 | 9,471,498 | $322.47 | 1.24% | 0.04% | 0.86% | 0.04% | 1.20% | 0.47 | 63.82% |
| 7/11/18 | 4,884,076 | $318.96 | -1.09% | -0.55% | -1.51% | -1.13% | 0.04% | 0.02 | 98.62% |
| 7/12/18 | 5,721,166 | $316.71 | -0.71% | 1.39% | -1.02% | 1.75% | -2.46% | -0.96 | 33.81% |
| 7/13/18 | 5,875,770 | $318.87 | 0.68% | 0.03% | 0.21% | -0.07% | 0.75% | 0.29 | 77.02% |
| 7/16/18 | 7,818,655 | $310.10 | -2.75% | -0.26% | 0.06% | -0.50% | -2.25% | -0.88 | 38.04% |
| 7/17/18 | 6,996,232 | $322.69 | 4.06% | 0.63% | 0.82% | 0.90% | 3.16% | 1.24 | 21.81% |
| 7/18/18 | 5,624,211 | $323.85 | 0.36% | -0.01% | 0.31% | -0.10% | 0.46% | 0.18 | 85.66% |
| 7/19/18 | 5,915,345 | $320.23 | -1.12% | -0.37% | -0.57% | -0.75% | -0.37% | -0.14 | 88.54% |
| 7/20/18 | 5,166,547 | $313.58 | -2.08% | -0.07% | -0.80% | -0.34% | -1.74% | -0.68 | 49.69% |
| 7/23/18 | 10,992,947 | $303.20 | -3.31% | 0.28% | -0.46% | 0.21% | -3.52% | -1.38 | 17.12% |
| 7/24/18 | 9,590,784 | $297.43 | -1.90% | -0.01% | 0.54% | -0.08% | -1.82% | -0.71 | 47.67% |
| 7/25/18 | 7,094,180 | $308.74 | 3.80% | 1.17% | -1.85% | 1.31% | 2.49% | 0.97 | 33.19% |
| 7/26/18 | 4,630,522 | $306.65 | -0.68% | -1.01% | -1.56% | -1.81% | 1.13% | 0.44 | 65.89% |
| 7/27/18 | 5,703,326 | $297.18 | -3.09% | -1.46% | 2.49% | -1.92% | -1.17% | -0.46 | 64.75% |
| 7/30/18 | 6,814,072 | $290.17 | -2.36% | -1.38% | 1.81% | -1.90% | -0.46% | -0.18 | 85.72% |
| 7/31/18 | 5,076,916 | $298.14 | 2.75% | 0.55% | 0.89% | 0.79% | 1.96% | 0.77 | 44.51% |
| 8/1/18 | 10,129,430 | $300.84 | 0.91% | 0.46% | -2.26% | 0.24% | 0.67% | 0.26 | 79.37% |
| 8/2/18 | 23,214,962 | $349.54 | 16.19% | 1.24% | -0.71% | 1.57% | 14.62% | 5.65 | 0.00% ** |
| 8/3/18 | 13,656,486 | $348.17 | -0.39% | 0.12% | 1.65% | 0.26% | -0.66% | -0.26 | 79.79% |
| 8/6/18 | 8,564,331 | $341.99 | -1.77% | 0.62% | -0.42% | 0.72% | -2.49% | -0.98 | 33.10% |
| 8/7/18 | 30,875,768 | $379.57 | 10.99% | 0.31% | 0.49% | 0.38% | 10.61% | 4.15 | 0.01% ** |
| 8/8/18 | 24,571,163 | $370.34 | -2.43% | 0.06% | -0.23% | -0.07% | -2.36% | -0.92 | 35.71% |
| 8/9/18 | 17,183,811 | $352.45 | -4.83% | 0.05% | -0.73% | -0.17% | -4.67% | -1.83 | 7.04% |
| 8/10/18 | 11,552,044 | $355.49 | 0.86% | -0.63% | -1.41% | -1.24% | 2.11% | 0.82 | 41.15% |
| 8/13/18 | 10,463,881 | $356.41 | 0.26% | -0.25% | -1.49% | -0.69% | 0.95% | 0.37 | 71.12% |
| 8/14/18 | 6,986,427 | $347.64 | -2.46% | 0.66% | 0.25% | 0.85% | -3.32% | -1.30 | 19.70% |
| 8/15/18 | 9,101,258 | $338.69 | -2.57% | -1.20% | 0.05% | -1.87% | -0.71% | -0.28 | 78.27% |
| 8/16/18 | 6,064,033 | $335.45 | -0.96% | 0.43% | 0.64% | 0.58% | -1.54% | -0.60 | 54.85% |
| 8/17/18 | 18,958,612 | $305.50 | -8.93% | 0.13% | 0.86% | 0.17% | -9.10% | -3.56 | 0.05% ** |
| 8/20/18 | 17,402,335 | $308.44 | 0.96% | 0.06% | 1.18% | 0.12% | 0.85% | 0.33 | 74.07% |
| 8/21/18 | 13,172,230 | $321.90 | 4.36% | 0.49% | 0.20% | 0.61% | 3.76% | 1.47 | 14.42% |
| 8/22/18 | 5,945,955 | $321.64 | -0.08% | 0.39% | -2.63% | 0.07% | -0.15% | -0.06 | 95.22% |
| 8/23/18 | 5,147,286 | $320.10 | -0.48% | -0.13% | -0.81% | -0.44% | -0.04% | -0.02 | 98.67% |
| 8/24/18 | 3,602,564 | $322.82 | 0.85% | 0.86% | -0.13% | 1.10% | -0.25% | -0.10 | 92.34% |
| 8/27/18 | 13,079,288 | $319.27 | -1.10% | 0.91% | 2.68% | 1.54% | -2.64% | -1.03 | 30.32% |
| 8/28/18 | 7,649,091 | $311.86 | -2.32% | 0.15% | -0.24% | 0.06% | -2.38% | -0.93 | 35.42% |
| 8/29/18 | 7,447,392 | $305.01 | -2.20% | 0.99% | -1.38% | 1.13% | -3.32% | -1.30 | 19.61% |
| 8/30/18 | 7,216,706 | $303.15 | -0.61% | -0.25% | -1.71% | -0.73% | 0.12% | 0.05 | 96.21% |

**Appendix 5**
**Tesla, Inc. Common Stock Daily Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Excess Industry | Predicted | Abnormal | | |
| Date | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value |
| 8/31/18 | 5,375,104 | $301.66 | -0.49% | 0.26% | -1.10% | 0.10% | -0.59% | -0.23 | 81.65% |
| 9/4/18 | 8,350,469 | $288.95 | -4.21% | -0.22% | -0.43% | -0.51% | -3.71% | -1.45 | 14.96% |
| 9/5/18 | 7,720,821 | $280.74 | -2.84% | -1.19% | 0.98% | -1.72% | -1.12% | -0.44 | 66.26% |
| 9/6/18 | 7,480,760 | $280.95 | 0.07% | -0.89% | 0.24% | -1.40% | 1.47% | 0.58 | 56.61% |
| 9/7/18 | 22,491,931 | $263.24 | -6.30% | -0.25% | -0.44% | -0.56% | -5.75% | -2.25 | 2.64% * |
| 9/10/18 | 14,283,528 | $285.50 | 8.46% | 0.27% | 0.66% | 0.35% | 8.10% | 3.17 | 0.19% ** |
| 9/11/18 | 9,169,989 | $279.44 | -2.12% | 0.61% | -1.15% | 0.61% | -2.73% | -1.07 | 28.77% |
| 9/12/18 | 10,015,427 | $290.54 | 3.97% | -0.23% | 0.31% | -0.42% | 4.39% | 1.72 | 8.81% |
| 9/13/18 | 6,340,336 | $289.46 | -0.37% | 0.76% | 0.14% | 1.00% | -1.37% | -0.54 | 59.30% |
| 9/14/18 | 6,765,612 | $295.20 | 1.98% | -0.04% | 1.08% | -0.05% | 2.03% | 0.80 | 42.77% |
| 9/17/18 | 6,887,577 | $294.84 | -0.12% | -1.43% | 1.09% | -2.06% | 1.94% | 0.76 | 45.00% |
| 9/18/18 | 16,547,522 | $284.96 | -3.35% | 0.77% | -0.67% | 0.90% | -4.25% | -1.66 | 9.89% |
| 9/19/18 | 8,294,917 | $299.02 | 4.93% | -0.08% | 2.04% | 0.03% | 4.90% | 1.92 | 5.75% |
| 9/20/18 | 7,349,422 | $298.33 | -0.23% | 0.98% | 1.00% | 1.43% | -1.66% | -0.65 | 51.68% |
| 9/21/18 | 5,050,478 | $299.10 | 0.26% | -0.51% | -0.12% | -0.90% | 1.15% | 0.45 | 65.25% |
| 9/24/18 | 4,842,961 | $299.68 | 0.19% | 0.08% | -2.00% | -0.29% | 0.48% | 0.19 | 85.15% |
| 9/25/18 | 4,481,729 | $300.99 | 0.44% | 0.18% | -2.85% | -0.26% | 0.69% | 0.27 | 78.63% |
| 9/26/18 | 7,843,216 | $309.58 | 2.85% | -0.21% | 0.29% | -0.40% | 3.26% | 1.28 | 20.49% |
| 9/27/18 | 8,509,084 | $307.52 | -0.67% | 0.66% | -0.88% | 0.70% | -1.37% | -0.54 | 59.34% |
| 9/28/18 | 33,649,694 | $264.77 | -13.90% | 0.06% | -0.06% | -0.06% | -13.84% | -5.42 | 0.00% ** |
| 10/1/18 | 21,777,597 | $310.70 | 17.35% | -0.11% | 0.82% | -0.19% | 17.53% | 6.86 | 0.00% ** |

**Notes:**

[1] Trading day.

[2] Reported composite U.S. volume.  Source: Bloomberg.

[3] Reported composite U.S. price.  Source: Bloomberg.

[4] ={[3] / [3] on previous trading day} - 1.

[5] Daily return for the Nasdaq Composite Total Return Index.  Source: Bloomberg.

[6] Daily industry return is the daily return for the Dow Jones US Automobiles & Parts Total Return Index (after removing Tesla's daily return based on its daily index weight from the index return).  Source: Bloomberg.  The Excess INDUSTRY$_t$ returns are used to account for industry-wide effects in the market model, after removing the effect of market returns.  The formula for removing the effect of market returns from the industry return is {industry return – (intercept + beta * market return)}.  The intercept (-0.0012) and beta (0.7487) are estimated by regressing daily industry returns on market returns over the period 2/14/2018 to 8/17/2018.

[7] = Intercept + {coefficient for market return x [5]} + {coefficient for excess industry return x [6]}.  Intercept, coefficients for market returns and excess industry returns are from a market model regression estimated over the 120-trading days prior to the Class Period (2/14/2018 - 8/6/2018).  The market model includes two dummy dates: 5/3/2018 and 8/2/2018.  See the intercept, coefficients for the market return and excess industry return of the market model are -0.0013, 1.4527, and 0.1344, respectively.

[8] On dummy dates, [8] = coefficient on respective dummy variables; for other dates, [8] = [4] - [7].

[9] On dummy dates, [9] = t-statistics of coefficients on respective dummy variables; for other dates, [9] = [8] / Root MSE of the market model estimated over the 120-trading days prior to the Class Period (2/14/2018 - 8/6/2018). The Root MSE of the market model is equal to 0.0255.

[10] Two-tailed p-value associated with the t-statistic in [9].  ** denotes p-value is less than or equal to 1% and * denotes p-value is less than or equal to 5%.

**Appendix 6**
**Commentary on Probability of Tesla Going Private in News Articles and Analyst Reports from August 7, 2018 to August 27, 2018**

| Date | Time | Commentary on Probability of Tesla Going Private | Title | Source |
|---|---|---|---|---|
| 8/7/2018 | Unknown | "eminently doable" | Tesla buyout would need to go short on leverage | Reuters BreakingViews |
| 8/7/2018 | 1:01 PM EDT | "It's unfathomable" | Elon Musk says taking Tesla private is 'best path,' shares jump | Reuters News |
| 8/7/2018 | 1:32 PM ET | "leading skeptics to question the viability of Musk's master plan." | Musk's tweet on pushing Tesla to go private shocks investors | Seattle Times |
| 8/7/2018 | 1:42 PM | "Musk has '1 In 3 Chance' of Taking Tesla Private" | MUSK HAS '1 IN 3 CHANCE' OF TAKING TESLA PRIVATE: GENE MUNSTER | Bloomberg First Word |
| 8/7/2018 | 1:51 PM*** | "30%" | Upgrading TSLA to a buy rating on takeout potential. At the very least this intention will provide downside protection and shakeout a lot of shorts | T. Rowe Price Research Report |
| 8/7/2018 | 2:08 PM EDT | "just financially, how would this potentially work… might CFIUS come into play?" | Was Elon Musk's tweet market manipulation? (Time Stamp: 1:34) | CNBC |
| 8/7/2018 | 2:09 PM EDT | "Fortune has yet to ascertain the veracity of the tweet" | Elon Musk's Twitter Account Says Tesla Is Considering Going Private — At an 18% Premium | Fortune |
| 8/7/2018 | 2:14 PM ET | "buyout from a foreign entity could draw attention from The Committee on Foreign Investment in the United States" | Tesla trading again: Live updates here | Seeking Alpha |
| 8/7/2018 | 2:25 PM ET | "people initially thought the Tweet was a joke" | TESLA STOCK SOARS AFTER ELON MUSK TWEETS COMPANY MAY GO PRIVATE 'AT $420' | Inverse |
| 8/7/2018 | 2:34 PM EDT | "there do seem to be avenues to do this sort of transaction" | Elon Musk tweet: Hope investors remain with Tesla if we're private (Time Stamp: 1:35) | CNBC |
| 8/7/2018 | 2:47 PM ET | "Munster predicted a one-in-three chance" | Elon Musk's Tesla Go-Private Tweets: Are They Legal And Is The Deal Even Plausible? | Benzinga.com |
| 8/7/2018 | 2:48 PM EDT | "The rally falling well short of $420 is a sign of market skepticism… market doesn't believe him" | Elon Musk Might Take Tesla Private in a Move That Values the Company at $82 Billion | Time |
| 8/7/2018 | 3:06 PM EDT | "'considering' doing a deal doesn't happen after funding has been 'secured.'" | Musk's 'Going Private' Tweets Raise Big Legal Questions | TheStreet.com |
| 8/7/2018 | 3:06 PM EDT | "If a deal is announced and we think its execution is more likely than not, we will raise our fair value estimate to the deal price, but for now we are leaving our fair value estimate of $179 in place." | Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price | Morningstar Research Report |
| 8/7/2018 | 3:24 PM EDT | "reasonable assertion… it's not inconceivable" | Tesla Going Private Makes Sense, Auto Analyst Albertine Says (Time Stamps: 1:15 & 3:00) | Bloomberg News |
| 8/7/2018 | 3:30 PM EDT | "none of them was aware of any deal or had committed to funding" | Tesla shares surge 10% after Elon Musk shocks market with tweet about going private | CNBC |
| 8/7/2018 | 3:35 PM EDT | "No one in his right mind would pay this valuation" | $420 for Tesla? Elon Musk Be Smoking Something | Real Money |
| 8/7/2018 | 3:47 PM EDT | "gap between $380 and $420 reflects market uncertainty over whether the deal will go through?" | Oh, wow, man! Elon Musk's tweets about taking Tesla private spark a stock spike | Geek Wire |
| 8/7/2018 | 3:53 PM ET | "I have to think that he has been talking to some companies to… bring Tesla private" | Elon Musk considers taking Tesla private at over $70 billion, he says he has the money | Electrek |
| 8/7/2018 | 4:28 PM EDT | "one-in-three shot… Tesla is not a good LBO candidate" | Elon Musk's Startling Proposal to Take Tesla Private Is Nothing if Not Risky | TheStreet.com |
| 8/7/2018 | 4:34 PM EDT | "the whole story for us doesn't support the current… $400+ share price" | Tesla Finances Don't Support $420 Valuation, Jefferies Analyst Houchois Says (Time Stamp: 3:14) | Bloomberg News |
| 8/7/2018 | 4:46 PM | We raise our 12-month target price by $80 to $380. ... supplemented with a $30 per share premium following a tweet from Elon Musk that he is considering taking the company private for $420 per share. ... we see risks to achieving fruition, given our belief that additional cash funding would be prudent operationally, even without leverage from a buyout | CFRA REITERATES HOLD OPINION ON SHARES OF TESLA, INC. | CFRA Research Report |
| 8/7/2018 | 4:49 PM*** | "fairly unlikely" | TURNS OUT MUSK MIGHT ACTUALLY BE SERIOUS ABOUT TAKING TESLA PRIVATE | Futurism.com |
| 8/7/2018 | 4:57 PM | We're not clear where the funding would come from – would have to be largely equity … Buyout would require ~$70bn - ~$60bn for equity and ~$10bn to take out debt. … And credit markets may not be that receptive. … there are signs that at least some corners of the lending market are tightening on the Tesla. | Musings about going private is the latest strange twist | Barclays Research Report |
| 8/7/2018 | 8:55 PM GMT | "we are skeptical about the funding and proposed structure" | Musings about going private is the latest strange twist | Barclays Research Report |
| 8/7/2018 | 5:07 PM*** | "is that even legal?" | Redburn's View from 5th Avenue | Redburn Research Report |
| 8/7/2018 | 5:28 PM EDT | "many executives who intend to take their companies private often don't" | Elon Musk May Take Tesla Private: What Does That Mean? | Stash Learn |

Appendix 6

**Commentary on Probability of Tesla Going Private in News Articles and Analyst Reports from August 7, 2018 to August 27, 2018**

| Date | Time | Commentary on Probability of Tesla Going Private | Title | Source |
|------|------|--------------------------------------------------|-------|--------|
| 8/7/2018 | 5:51 PM*** | "we do assign some credence" | Shorts may be burned for now … but buyer beware | BofA Merrill Lynch Research Report |
| 8/7/2018 | 5:51 PM*** | "aspirational" | THOUGHTS ON ELON'S TWEET - GO PRIVATE OFFER AT $420 | Cowen Research Report |
| 8/7/2018 | 5:53 PM EDT | "1 in 3 chance" | Why Elon Musk wants to take Tesla private (Time Stamp: 0:19) | CNBC |
| 8/7/2018 | 6:41 PM EDT | "highly unlikely'" | Elon Musk Weighs Taking Tesla Private in a Tweet, Shares Go Soaring | GreenTech Media |
| 8/7/2018 | 7:18 PM ET | "odd… incomplete… devoid of logic… one big distraction" | Tesla Buyout: Who Knew What, And When Did They Know It? | Seeking Alpha |
| 8/7/2018 | 8:25 PM ET | "Musk has no intention of actually taking the company private" | Why Elon Musk Desperately Needs Tesla Stock To Stay Above $360 | Seeking Alpha |
| 8/7/2018 | 8:25 PM ET | "an apparent firm offer… Tesla is intent on pursuing this proposal" | Initial Thoughts on Today's Go-Private Proposal News | Citi Research Report |
| 8/7/2018 | 8:53 PM | Success of consummation contingent on who goes along for the ride. The ability to convince shareholders to stay involved is likely critical to the success of Tesla going private which would be the biggest buyout in history (over $70bn). | On Tesla $420 | RBC Capital Research Report |
| 8/7/2018 | 8:53 PM | "While we are not assessing probability today, we believe there is substance to the news…" | On Tesla $420 | RBC Capital Research Report |
| 8/7/2018 | 10:28 PM | Post announcement, shares closed at ~$380, with the take-out price implying ~10.7% upside from here. In past deals that terminated adversely, ~70% trade down over 10% with 1/3rd trading down more than 30% | A Disruptive Approach to Disclosing Material Info | UBS Research Report |
| 8/7/2018 | 10:28 PM | "may be another way for Musk to change the conversation around the company… likely that news of the deal would have leaked had Tesla… secured funding." | A Disruptive Approach to Disclosing Material Info | UBS Research Report |
| 8/7/2018 | 11:12 PM EDT | "Tesla doesn't fit the typical profile of a company that can raise... debt to fund such a deal." | Tesla shares soar after Elon Musk floats plan to take company private | The Guardian |
| 8/7/2018 | Unknown | "If a deal is announced and we think its execution is more likely than not, we will raise our fair value estimate" | Musk Considers Taking Tesla Private | Morningstar |
| 8/8/2018 | 12:00AM EDT | "shareholders would have the option to hold, which is very unusual in this type of situation" | Tesla Going Private Is a 'Step Back,' Shareholder Galileo Russell Says (Time Stamp: 1:35) | BNN Bloomberg |
| 8/8/2018 | Unknown | "the fund had no further plans to expand its stake… skepticism among lenders… regulatory limitations… We struggle on many fronts on how a TSLA take-private transaction would occur" | Tesla: Going private? Who knows… does Elon? | Bernstein Research Report |
| 8/8/2018 | 1:02 AM | "50% probability" | Raise PT to Reflect Possible Go-Private Offer, But Remain Underweight on Chance Shares Could Again Trade on Fundamentals | J.P. Morgan Research Report |
| 8/8/2018 | 1:02 AM | "... they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously.  … we are incorporating into our valuation the real possibility the equity will be taken out at $420 per share." | Raise PT to Reflect Possible Go-Private Offer, But Remain Underweight on Chance Shares Could Again Trade on Fundamentals | J.P. Morgan Research Report |
| 8/8/2018 | 1:02 AM | "Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through." | Raise PT to Reflect Possible Go-Private Offer, But Remain Underweight on Chance Shares Could Again Trade on Fundamentals | J.P. Morgan Research Report |
| 8/8/2018 | 1:04 AM EDT | "shareholders may demand a steeper premium than the $420 mark" | $420 Not High Enough, Expect Shares to Trade Above Marker | Baird Research Report |
| 8/8/2018 | 1:09 AM EDT | "would be hard… unprecedented" | Elon Musk's Tesla buyout would reengineer take-private deals | Reuters News |
| 8/8/2018 | 2:35 AM GMT | "we question the feasibility… we struggle to identify a natural strategic buyer for Tesla" | Elon Musk May Want Tesla Private: We Question the Feasibility of a Potential Transaction | Morgan Stanley Research Report |
| 8/8/2018 | 3:07 AM ET | "If a deal is announced… we will raise our fair value estimate" | Elon Musk Tweets Plans to Take Tesla Private | AOL News |
| 8/8/2018 | 4:26 AM | "'Funding secured' should be interpreted as a strong verbal commitment… it could be less than this." | A Private Life is a Happy Life | Evercore ISI Research Report |
| 8/8/2018 | 4:26 AM | "The majority of the move towards $420 is now done, with the share price sitting within 11%. As a result, unless there is evidence to suggest that the funding is not secured and a transaction cannot be completed …" | A Private Life is a Happy Life | Evercore ISI Research Report |
| 8/8/2018 | 6:11AM EDT | "it will never happen" | Reactions To Tesla Plan To Go Private Range From 'Crazy' To 'Bring It On' | Forbes |
| 8/8/2018 | 7:11 AM EDT | "we think investors could look for a higher price" | $420 Not Enough for Tesla (TSLA), Shares Could Move Above Price - Baird | Street Insider |
| 8/8/2018 | 7:11 AM ET | "Morgan Stanley's Adam Jonas questions the feasibility" | Morgan Stanley: Can Musk really take Tesla private? | Seeking Alpha |

**Appendix 6**
**Commentary on Probability of Tesla Going Private in News Articles and Analyst Reports from August 7, 2018 to August 27, 2018**

| Date | Time | Commentary on Probability of Tesla Going Private | Title | Source |
|---|---|---|---|---|
| 8/8/2018 | 7:41 AM EDT | "we take no view on the outcome" | (TSLA): Considerations for a buy-out -- key questions following CEO's MBO announcement | Goldman Sachs Research Report |
| 8/8/2018 | 8:02 AM*** | "Tesla is intent on pursuing this proposal" | Citi Industrials & Materials | Citi Research Report |
| 8/8/2018 | 8:06 AM EDT | "credit markets may not be that receptive" | 'This is out there, even for Tesla' — what every major analyst has to say about Musk's surprising proposal. | CNBC |
| 8/8/2018 | 8:20 AM ET | "LBO model would not work" | Tesla shorts put to the test | Seeking Alpha |
| 8/8/2018 | 8:38 AM*** | "we think investors could look for a higher price" | Baird Focus Calls | Baird Research Report |
| 8/8/2018 | 9:40 AM*** | "Going Private is the only solution" | Propagandists destroying US Companies - Going Private | Global Equities Research Report |
| 8/8/2018 | 10:02 AM EDT | "most likely outcome is that the attempt to take Tesla private fails" | As Tesla Considers Going Private, Wall Street Wonders How | Bloomberg Quint |
| 8/8/2018 | 10:15 AM ET | "no view on how likely this proposed deal is of closing - it's hard to know without... knowing what his master plan is." | Tesla: Separating Fact From Fiction | Seeking Alpha |
| 8/8/2018 | 10:41 AM ET | "'Who gives $30 to $50 billion to buy back the shares?'... 50 percent probability" | Tesla board mulling Musk's idea to take company private | New York Post |
| 8/8/2018 | 11:45 AM*** | "may just be all smoke and mirrors" | Wall Street analysts weigh in on Tesla's potential path to privatization | ProactiveInvestors.com |
| 8/8/2018 | 11:54 AM EDT | "less than 50%" | 'Less than 50 percent' Musk will pull this off, says Bernstein's Sacconaghi (Times Stamp: 0:15) | CNBC |
| 8/8/2018 | 12:17 PM ET | "may or may not happen" | Tesla: Going Private Just Makes Sense | Seeking Alpha |
| 8/8/2018 | 12:23 PM EDT | "unlikely to succeed in the very near term, if it succeeds at all" | Questions Remain; Overweight-rated TSLA Not Going Private Anytime Soon | Piper Jaffray Research Report |
| 8/8/2018 | 12:50 PM EDT | "unlikely Tesla could raise the money through debt markets" | It's been 24 hours and Tesla still hasn't said where its secured financing is coming from — here's what that probably means | CNBC |
| 8/8/2018 | 2:35 PM EDT | "unlikely " | Tesla Buyout Plan Poses Big Risks For Investors | Investopedia News |
| 8/8/2018 | 1:53 PM ET | "If Wall Street believed that $420 were a realistic price, and that the deal was likely to happen, the stock would have quickly approached that level." | 5 reasons to bet against Elon Musk's plan to go private | CNN Money |
| 8/8/2018 | 1:56 AM ET*** | "Our $360 [PT] is the mid point of our fair value and the potential $420 bid" | Doing the Right Stuff, but Who Might be Tesla's Next Large Shareholder? | Jefferies Research Report |
| 8/8/2018 | 1:58 PM EDT | "50 per cent chance… shareholders will want a steeper premium" | Wall Street weighs in on Musk's Tesla buyout idea (Quoting Analysts from J.P. Morgan, Baird, UBS, Evercore & | Financial Times |
| 8/8/2018 | 2:47 PM ET | "it may not be that simple" | Here's what Tesla would have to do to go private | KXLY.com |
| 8/8/2018 | 2:51 PM ET | "doubts that the deal would ever take off" | Musk's master plan to take Tesla private looks doubtful | New Zealand Herald |
| 8/8/2018 | 2:55 PM EDT | "isn't nearly as unlikely as many are painting it" | Elon Musk's Plan to Take Tesla Private Isn't So Crazy | TheStreet.com |
| 8/8/2018 | 3:17 PM ET | "Perhaps not" | Here's what Tesla would have to do to go private | CNN Money |
| 8/8/2018 | 4:13 PM ET | "Musk has yet to prove he can get the board and shareholders to go along with the deal..." | Tesla's Board Responds To Musk's Tweet Thunderstorm On Going Private | Investors.com |
| 8/8/2018 | 4:31 PM ET | "unlikely transaction" | Tesla 'Going Private' Story Does Not Make Sense | Seeking Alpha |
| 8/8/2018 | 5:32 PM EDT | "success of a move to privatize Tesla would be 'contingent on who goes along for the ride.'" | Here's How Much Taking Tesla Private Could Cost -- and Who Might Foot the Bill | TheStreet.com |
| 8/8/2018 | 5:35 PM ET | "I doubt Tesla (TSLA) is about to go private" | What The Tesla Tweets Are Really All About | Seeking Alpha |
| 8/8/2018 | 6:22 PM EDT | "obstacles in his path are daunting… unprecedented" | Elon Musk could face rough road taking Tesla private | CBS News |
| 8/8/2018 | 6:52 PM ET | "do bond traders think it's possible? No." | Tesla: Bond Markets Don't Believe Musk | Seeking Alpha |
| 8/8/2018 | 7:17 PM | "a leveraged buyout of Tesla… is likely a nonstarter. " | Wall Street Salivates After Elon Musk Floats Taking Tesla Private | The New York Times |
| 8/8/2018 | 12:17 AM EDT | "greater than 50% chance" | Tesla's Strengthening Case to go Private | Loup Funds |
| 8/9/2018 | 12:27 AM EDT | "extremely low probability" | Tesla short-sellers remain steadfast on stock slide | Financial Times |
| 8/9/2018 | 7:14 AM EST | "theoretically possible" | Needham Equity Research Morning Summary | Needham Research Report |
| 8/9/2018 | 7:15 AM EDT | "I don't think it works" | There's a big problem with Elon Musk's plan to take Tesla private | Ars Technica |
| 8/9/2018 | 8:48 AM ET | "highly unlikely" | Musk Goes All-In With A Privatization Offer, Is He Bluffing? | Seeking Alpha |
| 8/9/2018 | 9:28 AM ET | "Wall Street banks… Saudi Arabia wealth fund were 'blindsided' by Elon Musk's tweets" | Tesla and Wall Street: It's complicated | Seeking Alpha |
| 8/9/2018 | 9:51 AM*** | "As of yesterday, TSLA share prices were implying a market deal probability of 34.4%" | MRA - Does the options market believe Elon Musk? | Macro Risk Advisors Research Report |
| 8/9/2018 | 9:53 AM EDT | "big challenge" | Why Elon Musk should take Tesla private | TheConversation.com |
| 8/9/2018 | 10:37 AM EDT | "privatization has been compared to Dell's, but analysts aren't seeing an exact likeness" | Why Goldman Sachs doesn't think Tesla is the next Dell | ProactiveInvestors.com |
| 8/9/2018 | 11:33 AM EDT | "about 50/50" | Three Questions: Prof. Jacob Thomas on Tesla's Bid to Go Private | Yale Insights |

**Appendix 6**
**Commentary on Probability of Tesla Going Private in News Articles and Analyst Reports from August 7, 2018 to August 27, 2018**

| Date | Time | Commentary on Probability of Tesla Going Private | Title | Source |
|---|---|---|---|---|
| 8/9/2018 | 11:40 AM EDT | "company is an unlikely candidate for debt investors to be willing to help go private" | Wall Street to Elon Musk: Show Us the Money | Time |
| 8/9/2018 | 12:12 PM ET | "very viable alternative… will most likely happen very soon" | Tesla: How Much Cash Should It Realistically Secure? | Seeking Alpha |
| 8/9/2018 | 12:32 GMT | "Musk has the money lined up" | How Musk Could Fund Taking Tesla Private | CleanTechnica |
| 8/9/2018 | 2:51 PM ET | "looks close to a fiction" | Musk's Irrational Obsession With Short Sellers Is Hurting Tesla Shareholders | Seeking Alpha |
| 8/9/2018 | 3:13 ET*** | "Tesla will need to secure three to five investors prepared to write multi-billion dollar investments" | EvrISI Autos Pitstop: China sales - / TSLA headlines / US 25% tariffs | Evercore ISI Research Report |
| 8/9/2018 | 3:43 PM ET | "Tesla is an unlikely candidate for debt investors to be willing to help go private" | Musk's go-private proposal to be studied by Tesla board | Detroit News |
| 8/9/2018 | 4:08 PM EDT | "reason it is trading at a discount is because of uncertainty as to whether the deal will come to fruition" | Tesla to be examined by SEC over Elon Musk's 'funding secured' tweet – report | The Guardian |
| 8/9/2018 | 11:12 PM EDT | "very high" | The odds of Tesla going private are 'very high,' says analyst (Time Stamp: 0:20) | CNBC |
| 8/9/2018 | Unknown | "difficult to predict… it's possible" | TESLA HOLDINGS BRIEF | T. Rowe Price Research Report |
| 8/10/2018 | 2:10 AM ET | "Doubts have mounted" | Tesla's tweet-fueled surge wanes | Northwest Arkansas Democrat |
| 8/10/2018 | 9:17 AM EDT | "market is skeptical" | Market is skeptical that Tesla go-private deal will happen, says analyst (Time Stamp: 0:00) | CNBC |
| 8/10/2018 | 10:34 AM ET | "good chances that Tesla will be taken private" | Tesla Going Private? The Next Leg Of The Short Thesis | Seeking Alpha |
| 8/10/2018 | 1:00 PM ET | "unlikely… He probably can't" | A private Tesla saves Musk's ego, secures victory for Detroit's Big 3 | The Hill |
| 8/10/2018 | 2:38 PM*** | "'Funding secured' should be interpreted as a strong verbal commitment… it could be less than this." | M&A and Event Driven Weekly | Evercore ISI Research Report |
| 8/10/2018 | 2:38 PM*** | "far from certain that he pulls it off" | Special Situations Trading Desk M&A and Event Driven Weekly | Evercore ISI Research Report |
| 8/10/2018 | 2:40 PM ET | "If he doesn't actually have it, I don't think he will have any problem getting it… don't think he's gonna have a problem getting there" | Analyst: Tesla Could Work Better Private (Time Stamps: 2:28 & 3:10) | Cheddar News |
| 8/10/2018 | 3:05 PM ET | "questioning just how 'secured' the funding is" | Bloomberg: Tesla seeking 'wide' investing pool for go-private plan | Seeking Alpha |
| 8/10/2018 | 3:35 PM EDT | "greater than 50% chance" | Loup's Munster Sees Greater Than 50 Percent Chance Tesla Goes Private (Time Stamp: 4:37) | Bloomberg News |
| 8/10/2018 | 4:08 PM ET | "extremely unlikely" | Hoodwinked? | Seeking Alpha |
| 8/10/2018 | Unknown | "I can't imagine how" | Can Going Private Turn Tesla Around? | Knowledge@Wharton Podcast |
| 8/10/2018 | Unknown | "Morgan Stanley note sees equity buyout as viable option" | PRIMECAP MORNING NOTE | PrimeCap Research Report |
| 8/11/2018 | 11:20 AM ET | "no legal way" | Musk's idea of a special purpose fund is unwieldy, meant for angel investors and small start-ups | Market Watch |
| 8/11/2018 | 12:01 PM EDT | "(PIF) has shown no interest so far in financing... proposed $72 billion deal" | Exclusive: Saudi Arabia's PIF has shown no interest in bankrolling Tesla buyout - sources | Reuters News |
| 8/13/2018 | 4:30 AM GMT* | "we would be very surprised if Elon Musk unveiled a plan to take Tesla private… without having a good understanding of how to finance it" | Top 5 Investor Questions on Tesla Potentially Going Private | Morgan Stanley Research Report |
| 8/13/2018 | 5:12 AM GMT | "We see scope for SpaceX to play a potentially crucial role in facilitating the required financing" | How SpaceX Can Potentially Help Tesla Go Private | Morgan Stanley Research Report |
| 8/13/2018 | 4:18 AM EDT | "significant and material unknowns… would be a stretch" | Takeaways from 2018 J.P. Morgan Automotive Conference: Outlook for Global Sales, Production, Trade, & Autonomous Driving | J.P. Morgan Research Report |
| 8/12/2018 | 5:40 AM EDT | "Bernstein analyst Toni Sacconaghi said, 'if no firmer details emerge... investors would likely increasingly debate Musk's credibility'" | Tesla: Musk's tweet a bridge too far? | Phys.org |
| 8/13/2018 | 6:04 AM EDT | "not impossible… [PIF] working to be a part of 'any investor pool that emerges' to take Tesla private." | Saudi Arabia might be interested in helping Tesla go private | Mashable.com |
| 8/13/2018 | 8:46 AM EDT | "the actual amount is... within reason of what the Saudis and banks would give them… potentially could happen" | Elon Musk: I had several meetings on going private (Time Stamp: 2:00) | CNBC |
| 8/13/2018 | 10:16 AM EDT | "these talks are almost certainly very real" | Elon Musk confirms his bid to take Tesla private, backed by Saudi Arabia's sovereign wealth fund | Tech Crunch |
| 8/13/2018 | 11:26 AM EDT | "a bit optimistic" | Tesla Analyst Says Company Questions Make Going Private 'Optimistic' (Time Stamp: 2:18) | BNN Bloomberg |
| 8/13/2018 | 11:36 AM EDT | "most likely outcome… Tesla remains a public company" | The Never-Ending Shenanigans of Elon Musk | Slate.com |

**Appendix 6**
**Commentary on Probability of Tesla Going Private in News Articles and Analyst Reports from August 7, 2018 to August 27, 2018**

| Date | Time | Commentary on Probability of Tesla Going Private | Title | Source |
|---|---|---|---|---|
| 8/13/2018 | 11:36 AM | "The blog also explains how the deal could be more likely than we previously thought, as it would ideally be structured to be less leveraged via greater than expected use of equity versus debt." | CFRA REITERATES HOLD OPINION ON SHARES OF TESLA, INC. | CFRA Research Report |
| 8/13/2018 | 1:34 PM EDT | "we think it will end in the next year with Tesla going private" | This whole conversation 'will end in the next year with Tesla going private,' Gene Munster says (Time Stamp: 0:40) | CNBC |
| 8/13/2018 | 1:39 PM ET | "JPMorgan... assigning a 50 percent probability" | Elon Musk Reveals New Plan for Taking Tesla Private | Entrepreneur |
| 8/13/2018 | 1:45 PM EDT | "bit of a sideshow... market doesn't believe this number" | Maybe Elon Musk is a liability to Tesla: Analyst (Time Stamp: 0:30 & 1:23) | CNBC |
| 8/13/2018 | 2:47 PM ET | "[PIF] isn't expected to take a significantly larger position" | Saudi sovereign fund weighs increased Tesla stake | Seeking Alpha |
| 8/13/2018 | 2:52 PM EDT | "he jumped the gun on a half-baked plan... looks tricky" | Musk's Backstory On Tesla Private Suggests Tweet Jumped The Gun | Forbes |
| 8/13/2018 | 3:36 PM ET | "a sham... pipe dream" | Opinion: Elon Musk's plan to take Tesla private is a pipe dream | Market Watch |
| 8/13/2018 | 3:41 PM EDT | "I don't think one fund could get it done" | Focus on Tesla funding is 'missing the forest for the trees,' analyst says (Time Stamp: 3:38) | CNBC |
| 8/13/2018 | 4:50 PM | "Tesla CEO Elon Musk issued a blog post Aug. 13 that states he is still gauging shareholder interest in Tesla going private at $420 a share, but our impression of his words is that he thinks it can happen, and we agree." | Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain | Morningstar Research Report |
| 8/13/2018 | 2:27 PM GMT | "a strong expression of verbal support is not quite the same as a legal commitment to fund a transaction" | Taking Tesla private | Financial Times |
| 8/13/2018 | 11:00 PM EDT | "blog's language...'a pretty candid admission that he had never gotten approval for the funding'" | Elon Musk's latest salvo raises more questions than it answers | Financial Times |
| 8/13/2018 | Unknown | "class action... alleges that Musk lied about funding..." | PRIMECAP MORNING NOTE | PrimeCap Research Report |
| 8/13/2018 | Unknown | "audacious scheme" | PRIMECAP MORNING NOTE | PrimeCap Research Report |
| 8/14/2018 | 12:00 AM EDT | "rules out the banks... impossible... idea that the Saudis were going to put even more money into Tesla... was not... on the radar" | Taking Tesla private (Time Stamp: 12:34 & 15:01) | Financial Times Podcast |
| 8/14/2018 | 12:15 AM | "Tesla's blog post on Monday 8/13/18 makes it clearer buyout is still in early stages, and board has much work to do; ... Yesterday Elon Musk's blog post made it clear - as we suspected last week - that any go-private transaction still had numerous hurdles in front of it." | Time for even 'Blue Pillers' to Cash Out? | Barclays Research Report |
| 8/14/2018 | 9:08 AM EDT | "sequence seems backward... fund is not backing him" | If you're shorting Tesla, you're shorting the honey badger, says Cramer (Time Stamps: 0:20 & 1:06) | CNBC |
| 8/14/2018 | 9:29 AM ET | "negligible probability" | Whither Tesla After The 'Secured Funding'? | Seeking Alpha |
| 8/14/2018 | 9:43 AM EDT | "theoretically possible" | 7 Stocks to Avoid (Or Even Sell) This Fall | Kiplinger |
| 8/14/2018 | 11:28 AM ET | Musk was "'scrambling because in fact he... didn't have any funding secured'" | ELON MUSK RESPONDS TO AZEALIA BANKS' CLAIMS HE TWEETED WHILE ON ACID | Highsnobiety.com |
| 8/14/2018 | 3:00 PM EDT | "unlikely to succeed in the very near term, if it succeeds at all" | Tesla Buyout: Here's What Wall Street Analysts Are Saying | Trucks.com |
| 8/14/2018 | Unknown | "still have our very real doubts" | The Gartman Letter | The Gartman Letter |
| 8/14/2018 | Unknown | "tweet referencing potential Tesla privatisation has not been cleared by the board" | PRIMECAP MORNING NOTE | PrimeCap Research Report |
| 8/14/2018 | Unknown | "We raised our price target from $195 to $308, but are ready to again value the firm on fundamentals alone should a deal not be cobbled together." | US Autos, Auto Parts, Tires, & Auto Auction Presentation for 2018 'Summer Lunch Series' | J.P. Morgan Research Report |
| 8/14/2018 | Unknown | "deal is in trouble - and may never have been anywhere near the finish line" | US Autos, Auto Parts, Tires, & Auto Auction Presentation for 2018 'Summer Lunch Series' | J.P. Morgan Research Report |
| 8/15/2018 | 1:00 AM ET | "there still isn't any formal offer to take Tesla private" | Tesla's Potential Privatization: What Should Shareholders Do? | Fool.com |
| 8/15/2018 | Unknown | "misleading 'tweets'" | The Gartman Letter | The Gartman Letter |
| 8/15/2018 | 4:56 PM | "Our upside price is based on TSLA's potential price to go private as tweeted by CEO Musk. The board has since undertaken talks to take the company private." | Teardown Gives Us a View on Model 3 P&L | UBS Research Report |
| 8/16/2018 | 7:00 AM*** | "Less than 50% chance" | PRIMECAP Morning Note | PrimeCap Research Report |
| 8/16/2018 | 10:52 AM ET | "if a viable blueprint is made available to the public, it could push the stock higher" | Tesla's Odds of Going Private Might Be Less Than 50% | Barrons |
| 8/16/2018 | 11:06 AM EDT | "less than 50 percent" | Musk's take-private proposal for Tesla is a nightmare for potential advisors | CNBC |
| 8/16/2018 | Unknown | "<50%" | TSLA: Is $420/share a reasonable price? Revisiting our valuation and price target | Bernstein Research Report |

Appendix 6
**Commentary on Probability of Tesla Going Private in News Articles and Analyst Reports from August 7, 2018 to August 27, 2018**

| Date | Time | Commentary on Probability of Tesla Going Private | Title | Source |
|---|---|---|---|---|
| 8/17/2018 | 3:13 ET*** | "Most investors feel they won't get it done… We think Saudis will be giving this serious consideration…" | EvrISI Autos Pitstop: High-speed networking / TSLA trip / NA Trucks / LDN mobility cap / On-car advertising | Evercore ISI Research Report |
| 8/17/2018 | 3:33 PM ET | "most investors are skeptical that a deal could get done… We think Saudi Arabia will be giving this serious consideration…" | EvrISI Autos Weekly: 'Heads-Up' Display | Evercore ISI Research Report |
| 8/17/2018 | 6:02 PM EDT | "confirmed… worse suspicion than there is no funding" | Why Tesla Might Need a COO (Time Stamp: 1:11) | Bloomberg News |
| 8/17/2018 | 6:14 PM EDT | "without the Saudis, a deal probably doesn't get done" | Why Elon Musk's plan to take Tesla private is likely to fail | CBS News |
| 8/17/2018 | 4:00 GMT | "charade" | Elon Musk: rebel without a clue | Financial Times |
| 8/19/2018 | 8:47AM EDT | | Elon Musk's (probably serious) proposal to take Tesla private and the fallout, explained | Vox.com |
| 8/20/2018 | 6:15 AM EDT | "subsequent events leads us to believe that funding was not secured… nor was there any formal proposal" | Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195 | J.P. Morgan Research Report |
| 8/20/2018 | 6:15 AM EDT | "The revelation that the Saudi fund is subsequently asking Tesla for details of how the company would be taken private suggests to us that any deal is potentially far from even being formally proposed, which is different from our understanding on August 8 …" | Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195 | J.P. Morgan Research Report |
| 8/20/2018 | 6:15 AM EDT | "Tesla does appear to be exploring a going private transaction, but we now believe that such a process appears much less developed than we had earlier presumed (more along the lines of high level intention), suggesting formal incorporation into our valuation analysis seems premature at this time." | Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195 | J.P. Morgan Research Report |
| 8/20/2018 | 8:00 AM ET | "no likely backers in sight" | Elon Musk does damage control on Tesla private bid tweets, with mixed success | Auto Week |
| 8/20/2018 | 9:26 AM ET | "leads us to believe that funding was not secured … nor was there any formal proposal" | Tesla stock jolted as Elon Musk weathers ongoing turmoil | Washington Post |
| 8/20/2018 | 10:52 AM ET | "a deal is 'potentially far from even being formally proposed.'" | Tesla keeps sliding on doubts it has cash to go private | Detroit News |
| 8/20/2018 | 11:11 AM EDT | "I'm very skeptical… highly unrealistic" | Needham analyst warns Tesla's value is really 'closer to $200' per share, about 30% lower from here (Timestamp: 2:11) | CNBC |
| 8/20/2018 | 12:05 PM EDT | "it appeared that he basically didn't have any money to do it" | Tesla stock price slides again amid doubts over Elon Musk's plans (Time Stamp: 0:59) | CBS News |
| 8/20/2018 | 1:16 PM ET | "the fund… talking to competitor Lucid Motors about claiming majority ownership" | TESLA ANALYSTS ARE CASTING DOUBT OVER ELON MUSK PLAN TO GO PRIVATE | Inverse |
| 8/20/2018 | 1:19 PM EDT | "At $300… stock is probably pricing in zero probability of Tesla going private…" | Tesla stock pricing in zero probability of going private: Analyst (Time Stamp: 1:09) | CNBC |
| 8/20/2018 | 4:00 ET*** | "PIF's interest in a 2nd EV company will spark debate about the size of their M&A appetite given their recent 5% equity stake in TSLA" | EvrISI Autos Pitstop: Volvo Cars IPO / Lucid Motors / VW CEO + Diesel Scandal / Data on Wheels | Evercore ISI Research Report |
| 8/20/2018 | 4:53 PM ET | "the fund is likely nowhere near ready to commit funds to help Tesla go private." | Will Tesla's Go-Private Bid Lose Out to Lucid Motors? | Fool.com |
| 8/20/2018 | 5:24 PM IST** | "less than 10 percent" | Tesla Whipsaws Investors on Doubts Musk Has Funds to Go Private | Bloomberg Quint |
| 8/20/2018 | Unknown | "funding appears to not have been secured…PIF is in talks to invest in Tesla rival | PRIMECAP MORNING NOTE | PrimeCap Research Report |
| 8/23/2018 | 2:00 PM ET | "Increased Price Target… for Going Private… Then reversed course as… There Was No Formal Offer or Associated Financing" | State of the Auto Industry  2018 J.P. Morgan Auto Conference Takeaways; Updated Thoughts on Tesla Go Private Efforts; Is Ford at an Inflection Point?; 2Q Earnings Recap | J.P. Morgan Research Report |
| 8/25/2018 | 9:15 AM EDT | "deal might be a hard sell at $420" | Tesla Isn't Going Private After All: What Happens Now? | Fool.com |
| 8/25/2018 | 10:45 AM EDT | "Musk's decision to abandon the proposal only underscores critics' contention that Musk wasn't telling the truth" | Analysis: Why Elon Musk abandoned his plan to take Tesla private | Ars Technica |
| 8/26/2018 | Unknown | "It has become clear to us that funding was not secured" | What a long strange trip it's been | RBC Capital Research Report |
| 8/26/2018 | 4:00 PM | "With a potential bid of $420/share out of the way, we'd like to say the stock will return to trading on fundamentals …" | What a long strange trip it's been | RBC Capital Research Report |
| 8/27/2018 | 4:45 AM ET*** | "We saw merit in the initial proposal… It was always a very long shot" | Is Tesla still in play? | Jefferies Research Report |
| 8/27/2018 | 9:15 AM EDT | "significant chance of failure" | Here's What Analysts Are Saying After Elon Musk's Latest U-Turn | Bloomberg Quint |
| 8/27/2018 | 10:40 AM | "We lower our 12-month target price to $325 from $380. This reflects the removal of the premium ($30 per share) we added for the then potential going private transaction and and a valuation penalty ($25 per share) that we asses for reduced management creditability and increased legal risk (SEC investigations and investor lawsuits) and | :CFRA MAINTAINS HOLD OPINION ON SHARES OF TESLA MOTORS, INC. | CFRA Research Report |
| 8/27/2018 | 1:26 PM ET | "Musk's proposal would have little chance to materialize under current SEC rules." | Elon Musk Ditches Tesla's Go-Private Plan, Saying It's Not About the Money | Observer |

**Appendix 6**
**Commentary on Probability of Tesla Going Private in News Articles and Analyst Reports from August 7, 2018 to August 27, 2018**

| Date | Time | Commentary on Probability of Tesla Going Private | Title | Source |
|------|------|--------------------------------------------------|-------|--------|
| Unknown | Unknown | "very challenging… unlikely to happen" | Why Elon Musk's Tesla Should go Private and Why it Won't? | Management Study Guide |

**GMT is Greenwich Mean Time** GMT less 4 hours is Eastern Time GMT less 7 hours is Pacific Time
**\*\*India Standard Time**: 9 hours and 30 minutes ahead of Eastern Time
**\*\*\*Unable to locate time zone**

**Appendix 7**
**90-Day PSLRA Price for Tesla Common Stock**

| Date | Average Closing Price from August 17, 2018 | Date | Average Closing Price from August 17, 2018 | Date | Average Closing Price from August 17, 2018 |
|---|---|---|---|---|---|
| 8/17/2018 | $305.50 | 9/18/2018 | $298.87 | 10/17/2018 | $290.55 |
| 8/20/2018 | $306.97 | 9/19/2018 | $298.88 | 10/18/2018 | $289.95 |
| 8/21/2018 | $311.95 | 9/20/2018 | $298.86 | 10/19/2018 | $289.28 |
| 8/22/2018 | $314.37 | 9/21/2018 | $298.86 | 10/22/2018 | $288.66 |
| 8/23/2018 | $315.52 | 9/24/2018 | $298.90 | 10/23/2018 | $288.78 |
| 8/24/2018 | $316.73 | 9/25/2018 | $298.97 | 10/24/2018 | $288.77 |
| 8/27/2018 | $317.10 | 9/26/2018 | $299.35 | 10/25/2018 | $289.31 |
| 8/28/2018 | $316.44 | 9/27/2018 | $299.63 | 10/26/2018 | $290.14 |
| 8/29/2018 | $315.17 | 9/28/2018 | $298.47 | 10/29/2018 | $291.02 |
| 8/30/2018 | $313.97 | 10/1/2018 | $298.87 | 10/30/2018 | $291.76 |
| 8/31/2018 | $312.85 | 10/2/2018 | $298.93 | 10/31/2018 | $292.62 |
| 9/4/2018 | $310.86 | 10/3/2018 | $298.81 | 11/1/2018 | $293.58 |
| 9/5/2018 | $308.54 | 10/4/2018 | $298.31 | 11/2/2018 | $294.54 |
| 9/6/2018 | $306.57 | 10/5/2018 | $297.27 | 11/5/2018 | $295.38 |
| 9/7/2018 | $303.68 | 10/8/2018 | $295.97 | 11/6/2018 | $296.18 |
| 9/10/2018 | $302.55 | 10/9/2018 | $295.08 | 11/7/2018 | $297.07 |
| 9/11/2018 | $301.19 | 10/10/2018 | $294.07 | 11/8/2018 | $298.00 |
| 9/12/2018 | $300.60 | 10/11/2018 | $293.00 | 11/9/2018 | $298.87 |
| 9/13/2018 | $300.01 | 10/12/2018 | $292.14 | 11/12/2018 | $299.40 |
| 9/14/2018 | $299.77 | 10/15/2018 | $291.35 | 11/13/2018 | $300.04 |
| 9/17/2018 | $299.53 | 10/16/2018 | $291.00 | 11/14/2018 | $300.73 |

Based on trading dates during 90-day lookback period.
Average closing price from August 17, 2018 through date.  Source for prices: Bloomberg.

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| | | | | | | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2018-08-10 | $300.00 | 2018-08-07 | 1.95% | 0.0082 | 379.57 | 66.99% | 79.62 | 0.00 | 312.90 | 66.99% | 15.63 | 2.68 | 63.99 | (2.67) | 356.30 | 66.99% | 56.36 | 0.01 | 23.26 | (0.01) |
| TSLA | 2018-08-10 | $300.00 | 2018-08-08 | 1.92% | 0.0055 | 370.34 | 61.90% | 70.37 | 0.00 | 312.90 | 61.90% | 14.29 | 1.36 | 56.08 | (1.36) | 353.59 | 61.90% | 53.62 | 0.00 | 16.75 | (0.00) |
| TSLA | 2018-08-10 | $300.00 | 2018-08-09 | 1.90% | 0.0027 | 352.45 | 70.04% | 52.47 | 0.00 | 312.90 | 70.04% | 13.62 | 0.70 | 38.85 | (0.70) | 342.86 | 70.04% | 42.88 | 0.00 | 9.59 | (0.00) |
| TSLA | 2018-08-10 | $300.00 | 2018-08-10 | 1.91% | 0.0000 | 355.49 | n/a | 55.49 | 0.00 | 312.90 | n/a | 12.90 | 0.00 | 42.59 | 0.00 | 343.59 | n/a | 43.59 | 0.00 | 11.90 | 0.00 |
| TSLA | 2018-08-10 | $340.00 | 2018-08-07 | 1.95% | 0.0082 | 379.57 | 66.99% | 39.92 | 0.30 | 312.90 | 66.99% | 0.78 | 27.83 | 39.14 | (27.53) | 356.30 | 66.99% | 19.01 | 2.66 | 20.91 | (2.36) |
| TSLA | 2018-08-10 | $340.00 | 2018-08-08 | 1.92% | 0.0055 | 370.34 | 61.90% | 30.57 | 0.20 | 312.90 | 61.90% | 0.21 | 27.27 | 30.36 | (27.07) | 353.59 | 61.90% | 15.35 | 1.72 | 15.22 | (1.53) |
| TSLA | 2018-08-10 | $340.00 | 2018-08-09 | 1.90% | 0.0027 | 352.45 | 70.04% | 13.56 | 1.09 | 312.90 | 70.04% | 0.05 | 27.13 | 13.51 | (26.03) | 342.86 | 70.04% | 6.56 | 3.69 | 7.00 | (2.59) |
| TSLA | 2018-08-10 | $340.00 | 2018-08-10 | 1.91% | 0.0000 | 355.49 | n/a | 15.49 | 0.00 | 312.90 | n/a | 0.00 | 27.10 | 15.49 | (27.10) | 343.59 | n/a | 3.59 | 0.00 | 11.90 | 0.00 |
| TSLA | 2018-08-10 | $380.00 | 2018-08-07 | 1.95% | 0.0082 | 379.57 | 66.99% | 9.02 | 9.38 | 312.90 | 66.99% | 0.00 | 67.04 | 9.01 | (57.65) | 356.30 | 66.99% | 1.67 | 25.30 | 7.35 | (15.92) |
| TSLA | 2018-08-10 | $380.00 | 2018-08-08 | 1.92% | 0.0055 | 370.34 | 61.90% | 3.09 | 12.71 | 312.90 | 61.90% | 0.00 | 67.06 | 3.09 | (54.34) | 353.59 | 61.90% | 0.42 | 26.79 | 2.67 | (14.07) |
| TSLA | 2018-08-10 | $380.00 | 2018-08-09 | 1.90% | 0.0027 | 352.45 | 70.04% | 0.10 | 27.63 | 312.90 | 70.04% | 0.00 | 67.08 | 0.10 | (39.45) | 342.86 | 70.04% | 0.01 | 37.13 | 0.09 | (9.50) |
| TSLA | 2018-08-10 | $380.00 | 2018-08-10 | 1.91% | 0.0000 | 355.49 | n/a | 0.00 | 24.51 | 312.90 | n/a | 0.00 | 67.10 | 0.00 | (42.59) | 343.59 | n/a | 0.00 | 36.41 | 0.00 | (11.90) |
| TSLA | 2018-08-10 | $420.00 | 2018-08-07 | 1.95% | 0.0082 | 379.57 | 66.99% | 0.48 | 40.85 | 312.90 | 66.99% | 0.00 | 107.03 | 0.48 | (66.18) | 356.30 | 66.99% | 0.02 | 63.66 | 0.46 | (22.81) |
| TSLA | 2018-08-10 | $420.00 | 2018-08-08 | 1.92% | 0.0055 | 370.34 | 61.90% | 0.02 | 49.63 | 312.90 | 61.90% | 0.00 | 107.05 | 0.02 | (57.42) | 353.59 | 61.90% | 0.00 | 66.36 | 0.02 | (16.73) |
| TSLA | 2018-08-10 | $420.00 | 2018-08-09 | 1.90% | 0.0027 | 352.45 | 70.04% | 0.00 | 67.53 | 312.90 | 70.04% | 0.00 | 107.07 | 0.00 | (39.55) | 342.86 | 70.04% | 0.00 | 77.12 | 0.00 | (9.59) |
| TSLA | 2018-08-10 | $420.00 | 2018-08-10 | 1.91% | 0.0000 | 355.49 | n/a | 0.00 | 64.51 | 312.90 | n/a | 0.00 | 107.10 | 0.00 | (42.59) | 343.59 | n/a | 0.00 | 76.41 | 0.00 | (11.90) |
| TSLA | 2018-08-10 | $460.00 | 2018-08-07 | 1.95% | 0.0082 | 379.57 | 66.99% | 0.01 | 80.36 | 312.90 | 66.99% | 0.00 | 147.02 | 0.01 | (66.66) | 356.30 | 66.99% | 0.00 | 103.63 | 0.01 | (23.26) |
| TSLA | 2018-08-10 | $460.00 | 2018-08-08 | 1.92% | 0.0055 | 370.34 | 61.90% | 0.00 | 89.61 | 312.90 | 61.90% | 0.00 | 147.05 | 0.00 | (57.44) | 353.59 | 61.90% | 0.00 | 106.36 | 0.00 | (16.75) |
| TSLA | 2018-08-10 | $460.00 | 2018-08-09 | 1.90% | 0.0027 | 352.45 | 70.04% | 0.00 | 107.53 | 312.90 | 70.04% | 0.00 | 147.07 | 0.00 | (39.55) | 342.86 | 70.04% | 0.00 | 117.12 | 0.00 | (9.59) |
| TSLA | 2018-08-10 | $460.00 | 2018-08-10 | 1.91% | 0.0000 | 355.49 | n/a | 0.00 | 104.51 | 312.90 | n/a | 0.00 | 147.10 | 0.00 | (42.59) | 343.59 | n/a | 0.00 | 116.41 | 0.00 | (11.90) |
| TSLA | 2018-08-10 | $500.00 | 2018-08-07 | 1.95% | 0.0082 | 379.57 | 66.99% | 0.00 | 120.35 | 312.90 | 66.99% | 0.00 | 187.02 | 0.00 | (66.67) | 356.30 | 66.99% | 0.00 | 143.62 | 0.00 | (23.27) |
| TSLA | 2018-08-10 | $500.00 | 2018-08-08 | 1.92% | 0.0055 | 370.34 | 61.90% | 0.00 | 129.61 | 312.90 | 61.90% | 0.00 | 187.04 | 0.00 | (57.44) | 353.59 | 61.90% | 0.00 | 146.36 | 0.00 | (16.75) |
| TSLA | 2018-08-10 | $500.00 | 2018-08-09 | 1.90% | 0.0027 | 352.45 | 70.04% | 0.00 | 147.52 | 312.90 | 70.04% | 0.00 | 187.07 | 0.00 | (39.55) | 342.86 | 70.04% | 0.00 | 157.11 | 0.00 | (9.59) |
| TSLA | 2018-08-10 | $500.00 | 2018-08-10 | 1.91% | 0.0000 | 355.49 | n/a | 0.00 | 144.51 | 312.90 | n/a | 0.00 | 187.10 | 0.00 | (42.59) | 343.59 | n/a | 0.00 | 156.41 | 0.00 | (11.90) |
| TSLA | 2018-08-17 | $300.00 | 2018-08-07 | 1.95% | 0.0274 | 379.57 | 53.58% | 79.77 | 0.04 | 312.90 | 53.58% | 18.60 | 5.53 | 61.17 | (5.50) | 356.30 | 53.58% | 56.74 | 0.28 | 23.02 | (0.25) |
| TSLA | 2018-08-17 | $300.00 | 2018-08-08 | 1.92% | 0.0247 | 370.34 | 52.11% | 70.52 | 0.04 | 312.90 | 52.11% | 17.85 | 4.80 | 52.68 | (4.76) | 353.59 | 52.11% | 53.95 | 0.22 | 16.57 | (0.17) |
| TSLA | 2018-08-17 | $300.00 | 2018-08-09 | 1.90% | 0.0219 | 352.45 | 61.74% | 53.03 | 0.46 | 312.90 | 61.74% | 18.87 | 5.84 | 34.17 | (5.38) | 342.86 | 61.74% | 43.91 | 0.93 | 9.12 | (0.47) |
| TSLA | 2018-08-17 | $300.00 | 2018-08-10 | 1.91% | 0.0192 | 355.49 | 54.83% | 55.71 | 0.11 | 312.90 | 54.83% | 17.20 | 4.19 | 38.51 | (4.08) | 343.59 | 54.83% | 44.05 | 0.36 | 11.65 | (0.25) |
| TSLA | 2018-08-17 | $300.00 | 2018-08-13 | 1.92% | 0.0110 | 356.41 | 56.07% | 56.48 | 0.01 | 312.90 | 56.07% | 15.45 | 2.48 | 41.04 | (2.47) | 341.77 | 56.07% | 41.92 | 0.09 | 14.56 | (0.08) |
| TSLA | 2018-08-17 | $300.00 | 2018-08-14 | 1.95% | 0.0082 | 347.64 | 49.24% | 47.69 | 0.00 | 312.90 | 49.24% | 14.21 | 1.26 | 33.48 | (1.26) | 332.76 | 49.24% | 32.86 | 0.05 | 14.83 | (0.05) |
| TSLA | 2018-08-17 | $300.00 | 2018-08-15 | 1.95% | 0.0055 | 338.69 | 49.46% | 38.72 | 0.00 | 312.90 | 49.46% | 13.63 | 0.69 | 25.10 | (0.69) | 326.12 | 49.46% | 26.19 | 0.04 | 12.53 | (0.04) |
| TSLA | 2018-08-17 | $300.00 | 2018-08-16 | 1.95% | 0.0027 | 335.45 | 44.36% | 35.47 | 0.00 | 312.90 | 44.36% | 13.02 | 0.10 | 22.45 | (0.10) | 324.18 | 44.36% | 24.20 | 0.00 | 11.26 | (0.00) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-07 | 1.95% | 0.0274 | 379.57 | 53.58% | 41.37 | 1.62 | 312.90 | 53.58% | 2.74 | 29.66 | 38.63 | (28.04) | 356.30 | 53.58% | 22.26 | 5.78 | 19.11 | (4.16) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-08 | 1.92% | 0.0247 | 370.34 | 52.11% | 32.69 | 2.19 | 312.90 | 52.11% | 2.18 | 29.12 | 30.51 | (26.92) | 353.59 | 52.11% | 19.49 | 5.74 | 13.20 | (3.55) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-09 | 1.90% | 0.0219 | 352.45 | 61.74% | 19.90 | 7.31 | 312.90 | 61.74% | 2.97 | 29.92 | 16.93 | (22.62) | 342.86 | 61.74% | 14.00 | 11.00 | 5.90 | (3.69) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-10 | 1.91% | 0.0192 | 355.49 | 54.83% | 20.13 | 4.51 | 312.90 | 54.83% | 1.74 | 28.71 | 18.39 | (24.20) | 343.59 | 54.83% | 12.31 | 8.60 | 7.81 | (4.09) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-13 | 1.92% | 0.0110 | 356.41 | 56.07% | 18.91 | 2.43 | 312.90 | 56.07% | 0.68 | 27.71 | 18.22 | (25.28) | 341.77 | 56.07% | 8.94 | 7.09 | 9.97 | (4.67) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-14 | 1.95% | 0.0082 | 347.64 | 49.24% | 10.72 | 3.03 | 312.90 | 49.24% | 0.18 | 27.22 | 10.54 | (24.19) | 332.76 | 49.24% | 3.07 | 10.26 | 7.65 | (7.23) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-15 | 1.95% | 0.0055 | 338.69 | 49.46% | 4.34 | 5.62 | 312.90 | 49.46% | 0.05 | 27.11 | 4.30 | (21.49) | 326.12 | 49.46% | 0.78 | 14.62 | 3.57 | (9.01) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-16 | 1.95% | 0.0027 | 335.45 | 44.36% | 1.37 | 5.90 | 312.90 | 44.36% | 0.00 | 27.08 | 1.37 | (21.18) | 324.18 | 44.36% | 0.06 | 15.85 | 1.31 | (9.95) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-07 | 1.95% | 0.0274 | 379.57 | 53.58% | 13.31 | 13.54 | 312.90 | 53.58% | 0.16 | 67.05 | 13.16 | (53.51) | 356.30 | 53.58% | 4.50 | 28.00 | 8.81 | (14.46) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-08 | 1.92% | 0.0247 | 370.34 | 52.11% | 8.08 | 17.56 | 312.90 | 52.11% | 0.08 | 67.00 | 8.00 | (49.44) | 353.59 | 52.11% | 3.15 | 29.38 | 4.93 | (11.82) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-09 | 1.90% | 0.0219 | 352.45 | 61.74% | 3.89 | 31.28 | 312.90 | 61.74% | 0.19 | 67.13 | 3.69 | (35.85) | 342.86 | 61.74% | 2.17 | 39.15 | 1.71 | (7.88) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-10 | 1.91% | 0.0192 | 355.49 | 54.83% | 2.94 | 27.31 | 312.90 | 54.83% | 0.04 | 67.00 | 2.90 | (39.69) | 343.59 | 54.83% | 1.19 | 37.46 | 1.75 | (10.15) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-13 | 1.92% | 0.0110 | 356.41 | 56.07% | 1.52 | 25.03 | 312.90 | 56.07% | 0.01 | 67.02 | 1.51 | (41.99) | 341.77 | 56.07% | 0.30 | 38.45 | 1.22 | (13.42) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-14 | 1.95% | 0.0082 | 347.64 | 49.24% | 0.14 | 32.44 | 312.90 | 49.24% | 0.00 | 67.03 | 0.14 | (34.59) | 332.76 | 49.24% | 0.01 | 47.19 | 0.13 | (14.75) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| | | | | | | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-15 | 1.95% | 0.0055 | 338.69 | 49.46% | 0.00 | 41.27 | 312.90 | 49.46% | 0.00 | 67.05 | 0.00 | (25.78) | 326.12 | 49.46% | 0.00 | 53.84 | 0.00 | (12.57) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-16 | 1.95% | 0.0027 | 335.45 | 44.36% | 0.00 | 44.53 | 312.90 | 44.36% | 0.00 | 67.08 | 0.00 | (22.55) | 324.18 | 44.36% | 0.00 | 55.80 | 0.00 | (11.27) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-07 | 1.95% | 0.0274 | 379.57 | 53.58% | 2.26 | 42.47 | 312.90 | 53.58% | 0.00 | 106.88 | 2.26 | (64.41) | 356.30 | 53.58% | 0.43 | 63.91 | 1.83 | (21.44) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-08 | 1.92% | 0.0247 | 370.34 | 52.11% | 0.88 | 50.34 | 312.90 | 52.11% | 0.00 | 106.90 | 0.88 | (56.56) | 353.59 | 52.11% | 0.21 | 66.41 | 0.67 | (16.08) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-09 | 1.90% | 0.0219 | 352.45 | 61.74% | 0.37 | 67.75 | 312.90 | 61.74% | 0.01 | 106.93 | 0.37 | (39.18) | 342.86 | 61.74% | 0.16 | 77.13 | 0.21 | (9.38) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-10 | 1.91% | 0.0192 | 355.49 | 54.83% | 0.15 | 64.50 | 312.90 | 54.83% | 0.00 | 106.94 | 0.15 | (42.44) | 343.59 | 54.83% | 0.04 | 76.29 | 0.11 | (11.79) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-13 | 1.92% | 0.0110 | 356.41 | 56.07% | 0.02 | 63.52 | 312.90 | 56.07% | 0.00 | 107.01 | 0.02 | (43.49) | 341.77 | 56.07% | 0.00 | 78.14 | 0.02 | (14.62) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-14 | 1.95% | 0.0082 | 347.64 | 49.24% | 0.00 | 72.29 | 312.90 | 49.24% | 0.00 | 107.03 | 0.00 | (34.74) | 332.76 | 49.24% | 0.00 | 87.17 | 0.00 | (14.88) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-15 | 1.95% | 0.0055 | 338.69 | 49.46% | 0.00 | 81.27 | 312.90 | 49.46% | 0.00 | 107.05 | 0.00 | (25.79) | 326.12 | 49.46% | 0.00 | 93.84 | 0.00 | (12.57) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-16 | 1.95% | 0.0027 | 335.45 | 44.36% | 0.00 | 84.53 | 312.90 | 44.36% | 0.00 | 107.07 | 0.00 | (22.55) | 324.18 | 44.36% | 0.00 | 95.79 | 0.00 | (11.27) |
| TSLA | 2018-08-17 | $460.00 | 2018-08-07 | 1.95% | 0.0274 | 379.57 | 53.58% | 0.20 | 80.39 | 312.90 | 53.58% | 0.00 | 146.85 | 0.20 | (66.46) | 356.30 | 53.58% | 0.02 | 103.48 | 0.18 | (23.09) |
| TSLA | 2018-08-17 | $460.00 | 2018-08-08 | 1.92% | 0.0247 | 370.34 | 52.11% | 0.04 | 89.49 | 312.90 | 52.11% | 0.00 | 146.88 | 0.04 | (57.39) | 353.59 | 52.11% | 0.01 | 106.20 | 0.04 | (16.71) |
| TSLA | 2018-08-17 | $460.00 | 2018-08-09 | 1.90% | 0.0219 | 352.45 | 61.74% | 0.02 | 107.38 | 312.90 | 61.74% | 0.00 | 146.90 | 0.02 | (39.53) | 342.86 | 61.74% | 0.01 | 116.96 | 0.01 | (9.58) |
| TSLA | 2018-08-17 | $460.00 | 2018-08-10 | 1.91% | 0.0192 | 355.49 | 54.83% | 0.00 | 104.34 | 312.90 | 54.83% | 0.00 | 146.93 | 0.00 | (42.58) | 343.59 | 54.83% | 0.00 | 116.24 | 0.00 | (11.90) |
| TSLA | 2018-08-17 | $460.00 | 2018-08-13 | 1.92% | 0.0110 | 356.41 | 56.07% | 0.00 | 103.49 | 312.90 | 56.07% | 0.00 | 147.00 | 0.00 | (43.51) | 341.77 | 56.07% | 0.00 | 118.13 | 0.00 | (14.64) |
| TSLA | 2018-08-17 | $460.00 | 2018-08-14 | 1.95% | 0.0082 | 347.64 | 49.24% | 0.00 | 112.29 | 312.90 | 49.24% | 0.00 | 147.02 | 0.00 | (34.74) | 332.76 | 49.24% | 0.00 | 127.17 | 0.00 | (14.88) |
| TSLA | 2018-08-17 | $460.00 | 2018-08-15 | 1.95% | 0.0055 | 338.69 | 49.46% | 0.00 | 121.26 | 312.90 | 49.46% | 0.00 | 147.05 | 0.00 | (25.79) | 326.12 | 49.46% | 0.00 | 133.83 | 0.00 | (12.57) |
| TSLA | 2018-08-17 | $460.00 | 2018-08-16 | 1.95% | 0.0027 | 335.45 | 44.36% | 0.00 | 124.53 | 312.90 | 44.36% | 0.00 | 147.07 | 0.00 | (22.55) | 324.18 | 44.36% | 0.00 | 135.79 | 0.00 | (11.27) |
| TSLA | 2018-08-17 | $500.00 | 2018-08-07 | 1.95% | 0.0274 | 379.57 | 53.58% | 0.01 | 120.17 | 312.90 | 53.58% | 0.00 | 186.83 | 0.01 | (66.66) | 356.30 | 53.58% | 0.00 | 143.43 | 0.01 | (23.26) |
| TSLA | 2018-08-17 | $500.00 | 2018-08-08 | 1.92% | 0.0247 | 370.34 | 52.11% | 0.00 | 129.42 | 312.90 | 52.11% | 0.00 | 186.86 | 0.00 | (57.43) | 353.59 | 52.11% | 0.00 | 146.17 | 0.00 | (16.75) |
| TSLA | 2018-08-17 | $500.00 | 2018-08-09 | 1.90% | 0.0219 | 352.45 | 61.74% | 0.00 | 147.34 | 312.90 | 61.74% | 0.00 | 186.89 | 0.00 | (39.54) | 342.86 | 61.74% | 0.00 | 156.93 | 0.00 | (9.59) |
| TSLA | 2018-08-17 | $500.00 | 2018-08-10 | 1.91% | 0.0192 | 355.49 | 54.83% | 0.00 | 144.33 | 312.90 | 54.83% | 0.00 | 186.91 | 0.00 | (42.59) | 343.59 | 54.83% | 0.00 | 156.23 | 0.00 | (11.90) |
| TSLA | 2018-08-17 | $500.00 | 2018-08-13 | 1.92% | 0.0110 | 356.41 | 56.07% | 0.00 | 143.48 | 312.90 | 56.07% | 0.00 | 186.99 | 0.00 | (43.51) | 341.77 | 56.07% | 0.00 | 158.12 | 0.00 | (14.64) |
| TSLA | 2018-08-17 | $500.00 | 2018-08-14 | 1.95% | 0.0082 | 347.64 | 49.24% | 0.00 | 152.28 | 312.90 | 49.24% | 0.00 | 187.02 | 0.00 | (34.74) | 332.76 | 49.24% | 0.00 | 167.16 | 0.00 | (14.88) |
| TSLA | 2018-08-17 | $500.00 | 2018-08-15 | 1.95% | 0.0055 | 338.69 | 49.46% | 0.00 | 161.26 | 312.90 | 49.46% | 0.00 | 187.04 | 0.00 | (25.79) | 326.12 | 49.46% | 0.00 | 173.83 | 0.00 | (12.57) |
| TSLA | 2018-08-17 | $500.00 | 2018-08-16 | 1.95% | 0.0027 | 335.45 | 44.36% | 0.00 | 164.52 | 312.90 | 44.36% | 0.00 | 187.07 | 0.00 | (22.55) | 324.18 | 44.36% | 0.00 | 175.79 | 0.00 | (11.27) |
| TSLA | 2018-08-24 | $300.00 | 2018-08-07 | 1.95% | 0.0466 | 379.57 | 45.77% | 79.94 | 0.09 | 312.90 | 45.77% | 19.78 | 6.60 | 60.16 | (6.51) | 356.30 | 45.77% | 57.09 | 0.52 | 22.84 | (0.43) |
| TSLA | 2018-08-24 | $300.00 | 2018-08-08 | 1.92% | 0.0438 | 370.34 | 49.55% | 70.86 | 0.26 | 312.90 | 49.55% | 20.32 | 7.16 | 50.54 | (6.90) | 353.59 | 49.55% | 54.64 | 0.80 | 16.21 | (0.53) |
| TSLA | 2018-08-24 | $300.00 | 2018-08-09 | 1.90% | 0.0411 | 352.45 | 59.30% | 54.29 | 1.61 | 312.90 | 59.30% | 22.18 | 9.04 | 32.12 | (7.43) | 342.86 | 59.30% | 45.65 | 2.55 | 8.65 | (0.95) |
| TSLA | 2018-08-24 | $300.00 | 2018-08-10 | 1.91% | 0.0384 | 355.49 | 54.83% | 56.55 | 0.84 | 312.90 | 54.83% | 20.71 | 7.59 | 35.84 | (6.75) | 343.59 | 54.83% | 45.48 | 1.67 | 11.07 | (0.83) |
| TSLA | 2018-08-24 | $300.00 | 2018-08-13 | 1.92% | 0.0301 | 356.41 | 52.74% | 56.92 | 0.34 | 312.90 | 52.74% | 18.92 | 5.84 | 38.01 | (5.50) | 341.77 | 52.74% | 42.95 | 1.00 | 13.97 | (0.66) |
| TSLA | 2018-08-24 | $300.00 | 2018-08-14 | 1.95% | 0.0274 | 347.64 | 48.59% | 48.14 | 0.34 | 312.90 | 48.59% | 17.71 | 4.64 | 30.43 | (4.31) | 332.76 | 48.59% | 34.09 | 1.17 | 14.05 | (0.83) |
| TSLA | 2018-08-24 | $300.00 | 2018-08-15 | 1.95% | 0.0247 | 338.69 | 51.35% | 39.57 | 0.73 | 312.90 | 51.35% | 17.72 | 4.67 | 21.85 | (3.94) | 326.12 | 51.35% | 28.20 | 1.94 | 11.37 | (1.20) |
| TSLA | 2018-08-24 | $300.00 | 2018-08-16 | 1.95% | 0.0219 | 335.45 | 47.74% | 36.12 | 0.54 | 312.90 | 47.74% | 16.67 | 3.64 | 19.44 | (3.10) | 324.18 | 47.74% | 25.82 | 1.50 | 10.30 | (0.96) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-07 | 1.95% | 0.0466 | 379.57 | 45.77% | 42.20 | 2.32 | 312.90 | 45.77% | 3.66 | 30.44 | 38.54 | (28.12) | 356.30 | 45.77% | 23.58 | 6.97 | 18.62 | (4.65) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-08 | 1.92% | 0.0438 | 370.34 | 49.55% | 34.80 | 4.18 | 312.90 | 49.55% | 4.12 | 30.93 | 30.68 | (26.75) | 353.59 | 49.55% | 22.33 | 8.46 | 12.47 | (4.28) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-09 | 1.90% | 0.0411 | 352.45 | 59.30% | 23.71 | 11.00 | 312.90 | 59.30% | 5.74 | 32.57 | 17.97 | (21.58) | 342.86 | 59.30% | 17.97 | 14.84 | 5.75 | (3.84) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-10 | 1.91% | 0.0384 | 355.49 | 54.83% | 24.06 | 8.32 | 312.90 | 54.83% | 4.46 | 31.31 | 19.60 | (22.99) | 343.59 | 54.83% | 16.63 | 12.79 | 7.43 | (4.47) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-13 | 1.92% | 0.0301 | 356.41 | 52.74% | 22.70 | 6.09 | 312.90 | 52.74% | 2.99 | 29.89 | 19.71 | (23.80) | 341.77 | 52.74% | 13.45 | 11.48 | 9.25 | (5.39) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-14 | 1.95% | 0.0274 | 347.64 | 48.59% | 15.38 | 7.55 | 312.90 | 48.59% | 2.08 | 28.99 | 13.30 | (21.44) | 332.76 | 48.59% | 7.62 | 14.68 | 7.75 | (7.13) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-15 | 1.95% | 0.0247 | 338.69 | 51.35% | 10.35 | 11.49 | 312.90 | 51.35% | 2.09 | 29.02 | 8.26 | (17.53) | 326.12 | 51.35% | 5.22 | 18.93 | 5.13 | (7.44) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-16 | 1.95% | 0.0219 | 335.45 | 47.74% | 7.48 | 11.88 | 312.90 | 47.74% | 1.38 | 28.33 | 6.10 | (16.44) | 324.18 | 47.74% | 3.54 | 19.21 | 3.94 | (7.32) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-07 | 1.95% | 0.0466 | 379.57 | 45.77% | 14.91 | 14.99 | 312.90 | 45.77% | 0.32 | 67.07 | 14.59 | (52.08) | 356.30 | 45.77% | 5.71 | 29.06 | 9.20 | (14.07) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-08 | 1.92% | 0.0438 | 370.34 | 49.55% | 11.29 | 20.63 | 312.90 | 49.55% | 0.43 | 67.21 | 10.86 | (46.58) | 353.59 | 49.55% | 5.55 | 31.64 | 5.73 | (11.02) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-09 | 1.90% | 0.0411 | 352.45 | 59.30% | 7.18 | 34.43 | 312.90 | 59.30% | 0.94 | 67.74 | 6.24 | (33.31) | 342.86 | 59.30% | 4.77 | 41.62 | 2.40 | (7.19) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-10 | 1.91% | 0.0384 | 355.49 | 54.83% | 6.50 | 30.73 | 312.90 | 54.83% | 0.52 | 67.34 | 5.97 | (36.61) | 343.59 | 54.83% | 3.68 | 39.81 | 2.82 | (9.08) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-13 | 1.92% | 0.0301 | 356.41 | 52.74% | 4.86 | 28.23 | 312.90 | 52.74% | 0.20 | 67.07 | 4.67 | (38.84) | 341.77 | 52.74% | 2.04 | 40.05 | 2.82 | (11.82) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-14 | 1.95% | 0.0274 | 347.64 | 48.59% | 2.00 | 34.16 | 312.90 | 48.59% | 0.07 | 66.97 | 1.93 | (32.80) | 332.76 | 48.59% | 0.60 | 47.64 | 1.41 | (13.47) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-15 | 1.95% | 0.0247 | 338.69 | 51.35% | 1.01 | 42.14 | 312.90 | 51.35% | 0.07 | 66.99 | 0.94 | (24.85) | 326.12 | 51.35% | 0.32 | 54.02 | 0.69 | (11.88) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-16 | 1.95% | 0.0219 | 335.45 | 47.74% | 0.40 | 44.79 | 312.90 | 47.74% | 0.02 | 66.96 | 0.38 | (22.17) | 324.18 | 47.74% | 0.11 | 55.76 | 0.29 | (10.97) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-07 | 1.95% | 0.0466 | 379.57 | 45.77% | 3.19 | 43.23 | 312.90 | 45.77% | 0.02 | 106.73 | 3.17 | (63.50) | 356.30 | 45.77% | 0.78 | 64.09 | 2.41 | (20.86) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-08 | 1.92% | 0.0438 | 370.34 | 49.55% | 2.27 | 51.58 | 312.90 | 49.55% | 0.03 | 106.77 | 2.24 | (55.19) | 353.59 | 49.55% | 0.82 | 66.88 | 1.45 | (15.30) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-09 | 1.90% | 0.0411 | 352.45 | 59.30% | 1.51 | 68.73 | 312.90 | 59.30% | 0.10 | 106.87 | 1.40 | (38.14) | 342.86 | 59.30% | 0.87 | 77.68 | 0.64 | (8.95) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-10 | 1.91% | 0.0384 | 355.49 | 54.83% | 1.09 | 65.29 | 312.90 | 54.83% | 0.04 | 106.82 | 1.06 | (41.53) | 343.59 | 54.83% | 0.50 | 76.60 | 0.60 | (11.30) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-13 | 1.92% | 0.0301 | 356.41 | 52.74% | 0.52 | 63.87 | 312.90 | 52.74% | 0.01 | 106.86 | 0.52 | (42.99) | 341.77 | 52.74% | 0.15 | 78.13 | 0.37 | (14.26) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-14 | 1.95% | 0.0274 | 347.64 | 48.59% | 0.10 | 72.23 | 312.90 | 48.59% | 0.00 | 106.87 | 0.10 | (34.64) | 332.76 | 48.59% | 0.02 | 87.03 | 0.08 | (14.80) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-15 | 1.95% | 0.0247 | 338.69 | 51.35% | 0.04 | 81.14 | 312.90 | 51.35% | 0.00 | 106.89 | 0.04 | (25.75) | 326.12 | 51.35% | 0.01 | 93.69 | 0.03 | (12.54) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-16 | 1.95% | 0.0219 | 335.45 | 47.74% | 0.01 | 84.38 | 312.90 | 47.74% | 0.00 | 106.92 | 0.01 | (22.54) | 324.18 | 47.74% | 0.00 | 95.64 | 0.00 | (11.26) |
| TSLA | 2018-08-24 | $460.00 | 2018-08-07 | 1.95% | 0.0466 | 379.57 | 45.77% | 0.41 | 80.43 | 312.90 | 45.77% | 0.00 | 146.68 | 0.41 | (66.25) | 356.30 | 45.77% | 0.06 | 103.35 | 0.35 | (22.92) |
| TSLA | 2018-08-24 | $460.00 | 2018-08-08 | 1.92% | 0.0438 | 370.34 | 49.55% | 0.29 | 89.56 | 312.90 | 49.55% | 0.00 | 146.71 | 0.29 | (57.15) | 353.59 | 49.55% | 0.08 | 106.10 | 0.21 | (16.53) |
| TSLA | 2018-08-24 | $460.00 | 2018-08-09 | 1.90% | 0.0411 | 352.45 | 59.30% | 0.23 | 107.42 | 312.90 | 59.30% | 0.01 | 146.74 | 0.22 | (39.32) | 342.86 | 59.30% | 0.12 | 116.90 | 0.11 | (9.48) |
| TSLA | 2018-08-24 | $460.00 | 2018-08-10 | 1.91% | 0.0384 | 355.49 | 54.83% | 0.12 | 104.29 | 312.90 | 54.83% | 0.00 | 146.76 | 0.12 | (42.47) | 343.59 | 54.83% | 0.04 | 116.12 | 0.08 | (11.82) |
| TSLA | 2018-08-24 | $460.00 | 2018-08-13 | 1.92% | 0.0301 | 356.41 | 52.74% | 0.03 | 103.35 | 312.90 | 52.74% | 0.00 | 146.83 | 0.03 | (43.48) | 341.77 | 52.74% | 0.01 | 117.97 | 0.02 | (14.61) |
| TSLA | 2018-08-24 | $460.00 | 2018-08-14 | 1.95% | 0.0274 | 347.64 | 48.59% | 0.00 | 112.12 | 312.90 | 48.59% | 0.00 | 146.85 | 0.00 | (34.73) | 332.76 | 48.59% | 0.00 | 126.99 | 0.00 | (14.88) |
| TSLA | 2018-08-24 | $460.00 | 2018-08-15 | 1.95% | 0.0247 | 338.69 | 51.35% | 0.00 | 121.09 | 312.90 | 51.35% | 0.00 | 146.87 | 0.00 | (25.78) | 326.12 | 51.35% | 0.00 | 133.66 | 0.00 | (12.57) |
| TSLA | 2018-08-24 | $460.00 | 2018-08-16 | 1.95% | 0.0219 | 335.45 | 47.74% | 0.00 | 124.35 | 312.90 | 47.74% | 0.00 | 146.90 | 0.00 | (22.55) | 324.18 | 47.74% | 0.00 | 135.62 | 0.00 | (11.27) |
| TSLA | 2018-08-24 | $500.00 | 2018-08-07 | 1.95% | 0.0466 | 379.57 | 45.77% | 0.03 | 120.01 | 312.90 | 45.77% | 0.00 | 186.64 | 0.03 | (66.63) | 356.30 | 45.77% | 0.00 | 143.25 | 0.03 | (23.24) |
| TSLA | 2018-08-24 | $500.00 | 2018-08-08 | 1.92% | 0.0438 | 370.34 | 49.55% | 0.03 | 129.26 | 312.90 | 49.55% | 0.00 | 186.67 | 0.03 | (57.41) | 353.59 | 49.55% | 0.00 | 145.99 | 0.02 | (16.73) |
| TSLA | 2018-08-24 | $500.00 | 2018-08-09 | 1.90% | 0.0411 | 352.45 | 59.30% | 0.03 | 147.19 | 312.90 | 59.30% | 0.00 | 186.71 | 0.03 | (39.52) | 342.86 | 59.30% | 0.01 | 156.76 | 0.02 | (9.58) |
| TSLA | 2018-08-24 | $500.00 | 2018-08-10 | 1.91% | 0.0384 | 355.49 | 54.83% | 0.01 | 144.15 | 312.90 | 54.83% | 0.00 | 186.73 | 0.01 | (42.58) | 343.59 | 54.83% | 0.00 | 156.05 | 0.01 | (11.89) |
| TSLA | 2018-08-24 | $500.00 | 2018-08-13 | 1.92% | 0.0301 | 356.41 | 52.74% | 0.00 | 143.30 | 312.90 | 52.74% | 0.00 | 186.81 | 0.00 | (43.50) | 341.77 | 52.74% | 0.00 | 157.94 | 0.00 | (14.64) |
| TSLA | 2018-08-24 | $500.00 | 2018-08-14 | 1.95% | 0.0274 | 347.64 | 48.59% | 0.00 | 152.09 | 312.90 | 48.59% | 0.00 | 186.83 | 0.00 | (34.74) | 332.76 | 48.59% | 0.00 | 166.97 | 0.00 | (14.88) |
| TSLA | 2018-08-24 | $500.00 | 2018-08-15 | 1.95% | 0.0247 | 338.69 | 51.35% | 0.00 | 161.07 | 312.90 | 51.35% | 0.00 | 186.86 | 0.00 | (25.79) | 326.12 | 51.35% | 0.00 | 173.64 | 0.00 | (12.57) |
| TSLA | 2018-08-24 | $500.00 | 2018-08-16 | 1.95% | 0.0219 | 335.45 | 47.74% | 0.00 | 164.34 | 312.90 | 47.74% | 0.00 | 186.88 | 0.00 | (22.55) | 324.18 | 47.74% | 0.00 | 175.60 | 0.00 | (11.27) |
| TSLA | 2018-08-31 | $300.00 | 2018-08-07 | 1.95% | 0.0658 | 379.57 | 45.58% | 80.27 | 0.31 | 312.90 | 45.58% | 21.89 | 8.60 | 58.38 | (8.28) | 356.30 | 45.58% | 57.85 | 1.16 | 22.42 | (0.85) |
| TSLA | 2018-08-31 | $300.00 | 2018-08-08 | 1.92% | 0.0630 | 370.34 | 47.81% | 71.32 | 0.62 | 312.90 | 47.81% | 22.23 | 8.96 | 49.09 | (8.34) | 353.59 | 47.81% | 55.45 | 1.50 | 15.87 | (0.87) |
| TSLA | 2018-08-31 | $300.00 | 2018-08-09 | 1.90% | 0.0603 | 352.45 | 56.97% | 55.55 | 2.76 | 312.90 | 56.97% | 24.51 | 11.26 | 31.05 | (8.50) | 342.86 | 56.97% | 47.20 | 4.00 | 8.35 | (1.24) |
| TSLA | 2018-08-31 | $300.00 | 2018-08-10 | 1.91% | 0.0575 | 355.49 | 54.06% | 57.67 | 1.85 | 312.90 | 54.06% | 23.32 | 10.09 | 34.35 | (8.23) | 343.59 | 54.06% | 47.04 | 3.12 | 10.64 | (1.26) |
| TSLA | 2018-08-31 | $300.00 | 2018-08-13 | 1.92% | 0.0493 | 356.41 | 51.79% | 57.78 | 1.08 | 312.90 | 51.79% | 21.61 | 8.42 | 36.17 | (7.34) | 341.77 | 51.79% | 44.38 | 2.32 | 13.40 | (1.24) |
| TSLA | 2018-08-31 | $300.00 | 2018-08-14 | 1.95% | 0.0466 | 347.64 | 49.77% | 49.24 | 1.33 | 312.90 | 49.77% | 20.75 | 7.57 | 28.49 | (6.24) | 332.76 | 49.77% | 36.00 | 2.97 | 13.24 | (1.64) |
| TSLA | 2018-08-31 | $300.00 | 2018-08-15 | 1.95% | 0.0438 | 338.69 | 51.77% | 41.19 | 2.24 | 312.90 | 51.77% | 20.85 | 7.69 | 20.34 | (5.44) | 326.12 | 51.77% | 30.61 | 4.23 | 10.59 | (1.99) |
| TSLA | 2018-08-31 | $300.00 | 2018-08-16 | 1.95% | 0.0411 | 335.45 | 49.45% | 37.78 | 2.09 | 312.90 | 49.45% | 19.92 | 6.78 | 17.85 | (4.69) | 324.18 | 49.45% | 28.30 | 3.88 | 9.47 | (1.79) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-07 | 1.95% | 0.0658 | 379.57 | 45.58% | 43.82 | 3.82 | 312.90 | 45.58% | 5.44 | 32.10 | 38.38 | (28.29) | 356.30 | 45.58% | 25.93 | 9.20 | 17.89 | (5.38) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-08 | 1.92% | 0.0630 | 370.34 | 47.81% | 36.60 | 5.85 | 312.90 | 47.81% | 5.76 | 32.44 | 30.84 | (26.59) | 353.59 | 47.81% | 24.51 | 10.51 | 12.08 | (4.66) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-09 | 1.90% | 0.0603 | 352.45 | 56.97% | 26.39 | 13.55 | 312.90 | 56.97% | 7.86 | 34.57 | 18.52 | (21.02) | 342.86 | 56.97% | 20.69 | 17.44 | 5.69 | (3.90) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-10 | 1.91% | 0.0575 | 355.49 | 54.06% | 27.00 | 11.14 | 312.90 | 54.06% | 6.76 | 33.48 | 20.24 | (22.35) | 343.59 | 54.06% | 19.71 | 15.75 | 7.29 | (4.61) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-13 | 1.92% | 0.0493 | 356.41 | 51.79% | 25.70 | 8.97 | 312.90 | 51.79% | 5.23 | 32.00 | 20.47 | (23.03) | 341.77 | 51.79% | 16.69 | 14.60 | 9.01 | (5.63) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-14 | 1.95% | 0.0466 | 347.64 | 49.77% | 19.03 | 11.08 | 312.90 | 49.77% | 4.47 | 31.26 | 14.56 | (20.18) | 332.76 | 49.77% | 11.20 | 18.13 | 7.83 | (7.05) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-15 | 1.95% | 0.0438 | 338.69 | 51.77% | 14.16 | 15.18 | 312.90 | 51.77% | 4.57 | 31.37 | 9.59 | (16.19) | 326.12 | 51.77% | 8.60 | 22.19 | 5.56 | (7.02) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-16 | 1.95% | 0.0411 | 335.45 | 49.45% | 11.46 | 15.74 | 312.90 | 49.45% | 3.79 | 30.61 | 7.68 | (14.87) | 324.18 | 49.45% | 6.92 | 22.46 | 4.54 | (6.72) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-07 | 1.95% | 0.0658 | 379.57 | 45.58% | 17.71 | 17.66 | 312.90 | 45.58% | 0.83 | 67.44 | 16.89 | (49.78) | 356.30 | 45.58% | 7.97 | 31.19 | 9.74 | (13.53) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-08 | 1.92% | 0.0630 | 370.34 | 47.81% | 13.71 | 22.91 | 312.90 | 47.81% | 0.94 | 67.58 | 12.77 | (44.66) | 353.59 | 47.81% | 7.53 | 33.48 | 6.19 | (10.56) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-09 | 1.90% | 0.0603 | 352.45 | 56.97% | 9.64 | 36.76 | 312.90 | 56.97% | 1.84 | 68.50 | 7.80 | (31.74) | 342.86 | 56.97% | 6.87 | 43.58 | 2.77 | (6.82) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-10 | 1.91% | 0.0575 | 355.49 | 54.06% | 9.33 | 33.42 | 312.90 | 54.06% | 1.34 | 68.02 | 7.99 | (34.60) | 343.59 | 54.06% | 5.94 | 41.94 | 3.38 | (8.52) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-13 | 1.92% | 0.0493 | 356.41 | 51.79% | 7.74 | 30.97 | 312.90 | 51.79% | 0.76 | 67.49 | 6.98 | (36.53) | 341.77 | 51.79% | 4.05 | 41.92 | 3.69 | (10.95) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-14 | 1.95% | 0.0466 | 347.64 | 49.77% | 4.52 | 36.54 | 312.90 | 49.77% | 0.53 | 67.28 | 3.99 | (30.74) | 332.76 | 49.77% | 2.02 | 48.92 | 2.50 | (12.38) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-15 | 1.95% | 0.0438 | 338.69 | 51.77% | 2.92 | 43.90 | 312.90 | 51.77% | 0.55 | 67.32 | 2.36 | (23.42) | 326.12 | 51.77% | 1.39 | 54.95 | 1.53 | (11.04) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-16 | 1.95% | 0.0411 | 335.45 | 49.45% | 1.86 | 46.11 | 312.90 | 49.45% | 0.35 | 67.14 | 1.51 | (21.04) | 324.18 | 49.45% | 0.86 | 56.37 | 1.00 | (10.27) |
| TSLA | 2018-08-31 | $420.00 | 2018-08-07 | 1.95% | 0.0658 | 379.57 | 45.58% | 5.08 | 44.97 | 312.90 | 45.58% | 0.08 | 106.64 | 4.99 | (61.67) | 356.30 | 45.58% | 1.67 | 64.83 | 3.41 | (19.86) |
| TSLA | 2018-08-31 | $420.00 | 2018-08-08 | 1.92% | 0.0630 | 370.34 | 47.81% | 3.66 | 52.81 | 312.90 | 47.81% | 0.10 | 106.69 | 3.55 | (53.88) | 353.59 | 47.81% | 1.60 | 67.51 | 2.05 | (14.70) |
| TSLA | 2018-08-31 | $420.00 | 2018-08-09 | 1.90% | 0.0603 | 352.45 | 56.97% | 2.74 | 69.81 | 312.90 | 56.97% | 0.33 | 106.95 | 2.41 | (37.13) | 342.86 | 56.97% | 1.77 | 78.43 | 0.98 | (8.61) |
| TSLA | 2018-08-31 | $420.00 | 2018-08-10 | 1.91% | 0.0575 | 355.49 | 54.06% | 2.39 | 66.44 | 312.90 | 54.06% | 0.19 | 106.83 | 2.20 | (40.39) | 343.59 | 54.06% | 1.31 | 77.26 | 1.07 | (10.83) |
| TSLA | 2018-08-31 | $420.00 | 2018-08-13 | 1.92% | 0.0493 | 356.41 | 51.79% | 1.56 | 64.75 | 312.90 | 51.79% | 0.07 | 106.77 | 1.49 | (42.02) | 341.77 | 51.79% | 0.65 | 78.48 | 0.91 | (13.72) |
| TSLA | 2018-08-31 | $420.00 | 2018-08-14 | 1.95% | 0.0466 | 347.64 | 49.77% | 0.66 | 72.64 | 312.90 | 49.77% | 0.04 | 106.75 | 0.62 | (44.11) | 332.76 | 49.77% | 0.22 | 87.08 | 0.44 | (14.44) |
| TSLA | 2018-08-31 | $420.00 | 2018-08-15 | 1.95% | 0.0438 | 338.69 | 51.77% | 0.37 | 81.32 | 312.90 | 51.77% | 0.04 | 106.78 | 0.33 | (25.46) | 326.12 | 51.77% | 0.14 | 93.66 | 0.23 | (12.34) |
| TSLA | 2018-08-31 | $420.00 | 2018-08-16 | 1.95% | 0.0411 | 335.45 | 49.45% | 0.17 | 84.38 | 312.90 | 49.45% | 0.02 | 106.78 | 0.15 | (22.40) | 324.18 | 49.45% | 0.06 | 95.54 | 0.11 | (11.16) |
| TSLA | 2018-08-31 | $460.00 | 2018-08-07 | 1.95% | 0.0658 | 379.57 | 45.58% | 1.05 | 80.89 | 312.90 | 45.58% | 0.01 | 146.51 | 1.04 | (65.63) | 356.30 | 45.58% | 0.25 | 103.36 | 0.80 | (22.47) |
| TSLA | 2018-08-31 | $460.00 | 2018-08-08 | 1.92% | 0.0630 | 370.34 | 47.81% | 0.71 | 89.82 | 312.90 | 47.81% | 0.01 | 146.55 | 0.70 | (56.73) | 353.59 | 47.81% | 0.25 | 106.10 | 0.46 | (16.29) |
| TSLA | 2018-08-31 | $460.00 | 2018-08-09 | 1.90% | 0.0603 | 352.45 | 56.97% | 0.63 | 107.65 | 312.90 | 56.97% | 0.05 | 146.62 | 0.58 | (38.97) | 342.86 | 56.97% | 0.37 | 116.98 | 0.26 | (9.33) |
| TSLA | 2018-08-31 | $460.00 | 2018-08-10 | 1.91% | 0.0575 | 355.49 | 54.06% | 0.47 | 104.47 | 312.90 | 54.06% | 0.02 | 146.61 | 0.45 | (42.14) | 343.59 | 54.06% | 0.22 | 116.13 | 0.25 | (11.65) |
| TSLA | 2018-08-31 | $460.00 | 2018-08-13 | 1.92% | 0.0493 | 356.41 | 51.79% | 0.22 | 103.38 | 312.90 | 51.79% | 0.00 | 146.66 | 0.22 | (43.29) | 341.77 | 51.79% | 0.07 | 117.86 | 0.15 | (14.49) |
| TSLA | 2018-08-31 | $460.00 | 2018-08-14 | 1.95% | 0.0466 | 347.64 | 49.77% | 0.06 | 112.01 | 312.90 | 49.77% | 0.00 | 146.68 | 0.06 | (34.67) | 332.76 | 49.77% | 0.02 | 126.84 | 0.05 | (14.83) |
| TSLA | 2018-08-31 | $460.00 | 2018-08-15 | 1.95% | 0.0438 | 338.69 | 51.77% | 0.03 | 120.95 | 312.90 | 51.77% | 0.00 | 146.70 | 0.03 | (25.76) | 326.12 | 51.77% | 0.01 | 133.50 | 0.02 | (12.55) |
| TSLA | 2018-08-31 | $460.00 | 2018-08-16 | 1.95% | 0.0411 | 335.45 | 49.45% | 0.01 | 124.19 | 312.90 | 49.45% | 0.00 | 146.73 | 0.01 | (22.54) | 324.18 | 49.45% | 0.00 | 135.45 | 0.01 | (11.26) |
| TSLA | 2018-08-31 | $500.00 | 2018-08-07 | 1.95% | 0.0658 | 379.57 | 45.58% | 0.16 | 119.95 | 312.90 | 45.58% | 0.00 | 186.46 | 0.16 | (66.50) | 356.30 | 45.58% | 0.03 | 143.09 | 0.13 | (23.14) |
| TSLA | 2018-08-31 | $500.00 | 2018-08-08 | 1.92% | 0.0630 | 370.34 | 47.81% | 0.11 | 129.16 | 312.90 | 47.81% | 0.00 | 186.49 | 0.11 | (57.33) | 353.59 | 47.81% | 0.03 | 145.83 | 0.08 | (16.67) |
| TSLA | 2018-08-31 | $500.00 | 2018-08-09 | 1.90% | 0.0603 | 352.45 | 56.97% | 0.12 | 147.10 | 312.90 | 56.97% | 0.01 | 186.53 | 0.11 | (39.43) | 342.86 | 56.97% | 0.06 | 156.63 | 0.06 | (9.53) |
| TSLA | 2018-08-31 | $500.00 | 2018-08-10 | 1.91% | 0.0575 | 355.49 | 54.06% | 0.07 | 144.04 | 312.90 | 54.06% | 0.00 | 186.55 | 0.07 | (42.51) | 343.59 | 54.06% | 0.03 | 155.89 | 0.04 | (11.86) |
| TSLA | 2018-08-31 | $500.00 | 2018-08-13 | 1.92% | 0.0493 | 356.41 | 51.79% | 0.02 | 143.14 | 312.90 | 51.79% | 0.00 | 186.62 | 0.02 | (43.48) | 341.77 | 51.79% | 0.01 | 157.76 | 0.02 | (14.62) |
| TSLA | 2018-08-31 | $500.00 | 2018-08-14 | 1.95% | 0.0466 | 347.64 | 49.77% | 0.00 | 151.91 | 312.90 | 49.77% | 0.00 | 186.64 | 0.00 | (34.73) | 332.76 | 49.77% | 0.00 | 166.79 | 0.00 | (14.88) |
| TSLA | 2018-08-31 | $500.00 | 2018-08-15 | 1.95% | 0.0438 | 338.69 | 51.77% | 0.00 | 160.88 | 312.90 | 51.77% | 0.00 | 186.67 | 0.00 | (25.78) | 326.12 | 51.77% | 0.00 | 173.45 | 0.00 | (12.57) |
| TSLA | 2018-08-31 | $500.00 | 2018-08-16 | 1.95% | 0.0411 | 335.45 | 49.45% | 0.00 | 164.15 | 312.90 | 49.45% | 0.00 | 186.69 | 0.00 | (22.55) | 324.18 | 49.45% | 0.00 | 175.42 | 0.00 | (11.27) |
| TSLA | 2018-09-07 | $300.00 | 2018-08-07 | 1.95% | 0.0849 | 379.57 | 44.82% | 80.67 | 0.61 | 312.90 | 44.82% | 23.53 | 10.13 | 57.14 | (9.52) | 356.30 | 44.82% | 58.62 | 1.82 | 22.05 | (1.22) |
| TSLA | 2018-09-07 | $300.00 | 2018-08-08 | 1.92% | 0.0822 | 370.34 | 46.08% | 71.82 | 1.01 | 312.90 | 46.08% | 23.69 | 10.31 | 48.13 | (9.31) | 353.59 | 46.08% | 56.21 | 2.14 | 15.61 | (1.14) |
| TSLA | 2018-09-07 | $300.00 | 2018-08-09 | 1.90% | 0.0795 | 352.45 | 54.98% | 56.71 | 3.81 | 312.90 | 54.98% | 26.34 | 12.98 | 30.38 | (9.17) | 342.86 | 54.98% | 48.56 | 5.25 | 8.15 | (1.44) |
| TSLA | 2018-09-07 | $300.00 | 2018-08-10 | 1.91% | 0.0767 | 355.49 | 52.08% | 58.64 | 2.71 | 312.90 | 52.08% | 25.07 | 11.73 | 33.56 | (9.02) | 343.59 | 52.08% | 48.25 | 4.22 | 10.38 | (1.52) |
| TSLA | 2018-09-07 | $300.00 | 2018-08-13 | 1.92% | 0.0685 | 356.41 | 49.76% | 58.61 | 1.80 | 312.90 | 49.76% | 23.42 | 10.12 | 35.18 | (8.32) | 341.77 | 49.76% | 45.56 | 3.39 | 13.05 | (1.59) |
| TSLA | 2018-09-07 | $300.00 | 2018-08-14 | 1.95% | 0.0658 | 347.64 | 48.67% | 50.32 | 2.30 | 312.90 | 48.67% | 22.79 | 9.50 | 27.53 | (7.21) | 332.76 | 48.67% | 37.55 | 4.40 | 12.78 | (2.10) |
| TSLA | 2018-09-07 | $300.00 | 2018-08-15 | 1.95% | 0.0630 | 338.69 | 50.01% | 42.54 | 3.48 | 312.90 | 50.01% | 22.87 | 9.60 | 19.67 | (6.11) | 326.12 | 50.01% | 32.33 | 5.85 | 10.21 | (2.36) |
| TSLA | 2018-09-07 | $300.00 | 2018-08-16 | 1.95% | 0.0603 | 335.45 | 48.58% | 39.28 | 3.48 | 312.90 | 48.58% | 22.14 | 8.88 | 17.14 | (5.40) | 324.18 | 48.58% | 30.21 | 5.68 | 9.07 | (2.19) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-07 | 1.95% | 0.0849 | 379.57 | 44.82% | 45.23 | 5.10 | 312.90 | 44.82% | 6.91 | 33.44 | 38.32 | (28.34) | 356.30 | 44.82% | 27.78 | 10.91 | 17.45 | (5.82) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-08 | 1.92% | 0.0822 | 370.34 | 46.08% | 38.04 | 7.16 | 312.90 | 46.08% | 7.06 | 33.62 | 30.98 | (26.46) | 353.59 | 46.08% | 26.18 | 12.05 | 11.86 | (4.89) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-09 | 1.90% | 0.0795 | 352.45 | 54.98% | 28.47 | 15.51 | 312.90 | 54.98% | 9.57 | 36.16 | 18.90 | (20.65) | 342.86 | 54.98% | 22.80 | 19.43 | 5.67 | (3.92) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-10 | 1.91% | 0.0767 | 355.49 | 52.08% | 28.98 | 12.99 | 312.90 | 52.08% | 8.37 | 34.97 | 20.61 | (21.98) | 343.59 | 52.08% | 21.75 | 17.66 | 7.23 | (4.67) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-13 | 1.92% | 0.0685 | 356.41 | 49.76% | 27.73 | 10.87 | 312.90 | 49.76% | 6.84 | 33.48 | 20.89 | (22.61) | 341.77 | 49.76% | 18.82 | 16.60 | 8.91 | (5.73) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-14 | 1.95% | 0.0658 | 347.64 | 48.67% | 21.44 | 13.36 | 312.90 | 48.67% | 6.26 | 32.92 | 15.18 | (19.56) | 332.76 | 48.67% | 13.54 | 20.35 | 7.89 | (6.99) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-15 | 1.95% | 0.0630 | 338.69 | 50.01% | 16.53 | 17.42 | 312.90 | 50.01% | 6.33 | 33.01 | 10.20 | (15.59) | 326.12 | 50.01% | 10.78 | 24.25 | 5.75 | (6.82) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-16 | 1.95% | 0.0603 | 335.45 | 48.58% | 14.06 | 18.21 | 312.90 | 48.58% | 5.68 | 32.37 | 8.38 | (14.16) | 324.18 | 48.58% | 9.26 | 24.67 | 4.81 | (6.46) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-07 | 1.95% | 0.0849 | 379.57 | 44.82% | 19.86 | 19.66 | 312.90 | 44.82% | 1.39 | 67.86 | 18.46 | (48.20) | 356.30 | 44.82% | 9.78 | 32.85 | 10.08 | (13.19) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-08 | 1.92% | 0.0822 | 370.34 | 46.08% | 15.54 | 24.60 | 312.90 | 46.08% | 1.46 | 67.96 | 14.08 | (43.36) | 353.59 | 46.08% | 9.07 | 34.88 | 6.47 | (10.28) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-09 | 1.90% | 0.0795 | 352.45 | 54.98% | 11.62 | 38.60 | 312.90 | 54.98% | 2.73 | 69.25 | 8.89 | (30.66) | 342.86 | 54.98% | 8.61 | 45.18 | 3.01 | (6.59) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-10 | 1.91% | 0.0767 | 355.49 | 52.08% | 11.27 | 35.22 | 312.90 | 52.08% | 2.09 | 68.63 | 9.18 | (33.40) | 343.59 | 52.08% | 7.58 | 43.43 | 3.69 | (8.21) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-13 | 1.92% | 0.0685 | 356.41 | 49.76% | 9.73 | 32.82 | 312.90 | 49.76% | 1.37 | 67.96 | 8.36 | (35.14) | 341.77 | 49.76% | 5.59 | 43.32 | 4.14 | (10.50) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-14 | 1.95% | 0.0658 | 347.64 | 48.67% | 6.44 | 38.31 | 312.90 | 48.67% | 1.13 | 67.74 | 5.31 | (29.43) | 332.76 | 48.67% | 3.33 | 50.08 | 3.11 | (11.77) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| | | | | | | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-15 | 1.95% | 0.0630 | 338.69 | 50.01% | 4.46 | 45.30 | 312.90 | 50.01% | 1.16 | 67.79 | 3.30 | (22.49) | 326.12 | 50.01% | 2.43 | 55.85 | 2.02 | (10.55) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-16 | 1.95% | 0.0603 | 335.45 | 48.58% | 3.31 | 47.41 | 312.90 | 48.58% | 0.91 | 67.56 | 2.40 | (20.15) | 324.18 | 48.58% | 1.81 | 57.18 | 1.49 | (9.77) |
| TSLA | 2018-09-07 | $420.00 | 2018-08-07 | 1.95% | 0.0849 | 379.57 | 44.82% | 6.68 | 46.42 | 312.90 | 44.82% | 0.21 | 106.61 | 6.48 | (60.19) | 356.30 | 44.82% | 2.57 | 65.57 | 4.12 | (19.15) |
| TSLA | 2018-09-07 | $420.00 | 2018-08-08 | 1.92% | 0.0822 | 370.34 | 46.08% | 4.85 | 53.84 | 312.90 | 46.08% | 0.22 | 106.66 | 4.62 | (52.81) | 353.59 | 46.08% | 2.36 | 68.10 | 2.49 | (14.26) |
| TSLA | 2018-09-07 | $420.00 | 2018-08-09 | 1.90% | 0.0795 | 352.45 | 54.98% | 3.91 | 70.82 | 312.90 | 54.98% | 0.64 | 107.10 | 3.27 | (36.27) | 342.86 | 54.98% | 2.67 | 79.18 | 1.24 | (8.35) |
| TSLA | 2018-09-07 | $420.00 | 2018-08-10 | 1.91% | 0.0767 | 355.49 | 52.08% | 3.48 | 67.38 | 312.90 | 52.08% | 0.41 | 106.89 | 3.07 | (39.51) | 343.59 | 52.08% | 2.08 | 77.88 | 1.40 | (10.50) |
| TSLA | 2018-09-07 | $420.00 | 2018-08-13 | 1.92% | 0.0685 | 356.41 | 49.76% | 2.54 | 65.58 | 312.90 | 49.76% | 0.20 | 106.74 | 2.34 | (41.16) | 341.77 | 49.76% | 1.22 | 78.90 | 1.32 | (13.32) |
| TSLA | 2018-09-07 | $420.00 | 2018-08-14 | 1.95% | 0.0658 | 347.64 | 48.67% | 1.38 | 73.20 | 312.90 | 48.67% | 0.14 | 106.70 | 1.24 | (33.50) | 332.76 | 48.67% | 0.58 | 87.28 | 0.80 | (14.08) |
| TSLA | 2018-09-07 | $420.00 | 2018-08-15 | 1.95% | 0.0630 | 338.69 | 50.01% | 0.86 | 81.65 | 312.90 | 50.01% | 0.15 | 106.73 | 0.71 | (25.08) | 326.12 | 50.01% | 0.39 | 93.75 | 0.47 | (12.10) |
| TSLA | 2018-09-07 | $420.00 | 2018-08-16 | 1.95% | 0.0603 | 335.45 | 48.58% | 0.53 | 84.58 | 312.90 | 48.58% | 0.10 | 106.70 | 0.43 | (22.12) | 324.18 | 48.58% | 0.24 | 95.56 | 0.29 | (10.98) |
| TSLA | 2018-09-07 | $460.00 | 2018-08-07 | 1.95% | 0.0849 | 379.57 | 44.82% | 1.75 | 81.42 | 312.90 | 44.82% | 0.02 | 146.36 | 1.73 | (64.94) | 356.30 | 44.82% | 0.52 | 103.46 | 1.23 | (22.04) |
| TSLA | 2018-09-07 | $460.00 | 2018-08-08 | 1.92% | 0.0822 | 370.34 | 46.08% | 1.18 | 90.11 | 312.90 | 46.08% | 0.03 | 146.40 | 1.15 | (56.28) | 353.59 | 46.08% | 0.48 | 106.16 | 0.70 | (16.05) |
| TSLA | 2018-09-07 | $460.00 | 2018-08-09 | 1.90% | 0.0795 | 352.45 | 54.98% | 1.11 | 107.97 | 312.90 | 54.98% | 0.13 | 146.53 | 0.99 | (38.56) | 342.86 | 54.98% | 0.70 | 117.15 | 0.41 | (9.18) |
| TSLA | 2018-09-07 | $460.00 | 2018-08-10 | 1.91% | 0.0767 | 355.49 | 52.08% | 0.88 | 104.72 | 312.90 | 52.08% | 0.07 | 146.49 | 0.81 | (41.77) | 343.59 | 52.08% | 0.47 | 116.21 | 0.41 | (11.49) |
| TSLA | 2018-09-07 | $460.00 | 2018-08-13 | 1.92% | 0.0685 | 356.41 | 49.76% | 0.51 | 103.50 | 312.90 | 49.76% | 0.02 | 146.51 | 0.49 | (43.02) | 341.77 | 49.76% | 0.21 | 117.83 | 0.31 | (14.33) |
| TSLA | 2018-09-07 | $460.00 | 2018-08-14 | 1.95% | 0.0658 | 347.64 | 48.67% | 0.22 | 111.99 | 312.90 | 48.67% | 0.01 | 146.52 | 0.21 | (34.53) | 332.76 | 48.67% | 0.07 | 126.73 | 0.15 | (14.73) |
| TSLA | 2018-09-07 | $460.00 | 2018-08-15 | 1.95% | 0.0630 | 338.69 | 50.01% | 0.12 | 120.87 | 312.90 | 50.01% | 0.01 | 146.55 | 0.11 | (25.68) | 326.12 | 50.01% | 0.05 | 133.36 | 0.08 | (12.49) |
| TSLA | 2018-09-07 | $460.00 | 2018-08-16 | 1.95% | 0.0603 | 335.45 | 48.58% | 0.06 | 124.07 | 312.90 | 48.58% | 0.01 | 146.56 | 0.05 | (22.49) | 324.18 | 48.58% | 0.02 | 135.30 | 0.04 | (11.23) |
| TSLA | 2018-09-07 | $500.00 | 2018-08-07 | 1.95% | 0.0849 | 379.57 | 44.82% | 0.37 | 119.97 | 312.90 | 44.82% | 0.00 | 186.27 | 0.37 | (66.30) | 356.30 | 44.82% | 0.09 | 142.96 | 0.28 | (22.99) |
| TSLA | 2018-09-07 | $500.00 | 2018-08-08 | 1.92% | 0.0822 | 370.34 | 46.08% | 0.23 | 129.10 | 312.90 | 46.08% | 0.00 | 186.31 | 0.23 | (57.21) | 353.59 | 46.08% | 0.08 | 145.70 | 0.15 | (16.59) |
| TSLA | 2018-09-07 | $500.00 | 2018-08-09 | 1.90% | 0.0795 | 352.45 | 54.98% | 0.28 | 147.07 | 312.90 | 54.98% | 0.02 | 186.36 | 0.26 | (39.29) | 342.86 | 54.98% | 0.16 | 156.55 | 0.12 | (9.47) |
| TSLA | 2018-09-07 | $500.00 | 2018-08-10 | 1.91% | 0.0767 | 355.49 | 52.08% | 0.19 | 143.97 | 312.90 | 52.08% | 0.01 | 186.37 | 0.18 | (42.41) | 343.59 | 52.08% | 0.09 | 155.77 | 0.10 | (11.80) |
| TSLA | 2018-09-07 | $500.00 | 2018-08-13 | 1.92% | 0.0685 | 356.41 | 49.76% | 0.08 | 143.02 | 312.90 | 49.76% | 0.00 | 186.44 | 0.08 | (43.42) | 341.77 | 49.76% | 0.03 | 157.60 | 0.06 | (14.58) |
| TSLA | 2018-09-07 | $500.00 | 2018-08-14 | 1.95% | 0.0658 | 347.64 | 48.67% | 0.03 | 151.75 | 312.90 | 48.67% | 0.00 | 186.46 | 0.03 | (34.71) | 332.76 | 48.67% | 0.01 | 166.61 | 0.02 | (14.86) |
| TSLA | 2018-09-07 | $500.00 | 2018-08-15 | 1.95% | 0.0630 | 338.69 | 50.01% | 0.01 | 160.71 | 312.90 | 50.01% | 0.00 | 186.48 | 0.01 | (25.77) | 326.12 | 50.01% | 0.00 | 173.27 | 0.01 | (12.56) |
| TSLA | 2018-09-07 | $500.00 | 2018-08-16 | 1.95% | 0.0603 | 335.45 | 48.58% | 0.01 | 163.97 | 312.90 | 48.58% | 0.00 | 186.51 | 0.00 | (22.54) | 324.18 | 48.58% | 0.00 | 175.23 | 0.00 | (11.26) |
| TSLA | 2018-09-14 | $300.00 | 2018-08-07 | 1.95% | 0.1041 | 379.57 | 41.50% | 80.87 | 0.69 | 312.90 | 41.50% | 23.98 | 10.46 | 56.89 | (9.77) | 356.30 | 41.50% | 58.90 | 1.99 | 21.97 | (1.30) |
| TSLA | 2018-09-14 | $300.00 | 2018-08-08 | 1.92% | 0.1014 | 370.34 | 45.39% | 72.43 | 1.50 | 312.90 | 45.39% | 25.19 | 11.70 | 47.23 | (10.20) | 353.59 | 45.39% | 57.09 | 2.91 | 15.34 | (1.41) |
| TSLA | 2018-09-14 | $300.00 | 2018-08-09 | 1.90% | 0.0986 | 352.45 | 53.88% | 57.91 | 4.90 | 312.90 | 53.88% | 28.07 | 14.60 | 29.84 | (9.70) | 342.86 | 53.88% | 49.92 | 6.50 | 7.99 | (1.60) |
| TSLA | 2018-09-14 | $300.00 | 2018-08-10 | 1.91% | 0.0959 | 355.49 | 51.55% | 59.79 | 3.75 | 312.90 | 51.55% | 26.94 | 13.48 | 32.85 | (9.73) | 343.59 | 51.55% | 49.65 | 5.51 | 10.14 | (1.76) |
| TSLA | 2018-09-14 | $300.00 | 2018-08-13 | 1.92% | 0.0877 | 356.41 | 49.63% | 59.69 | 2.78 | 312.90 | 49.63% | 25.43 | 12.02 | 34.26 | (9.24) | 341.77 | 49.63% | 47.00 | 4.73 | 12.69 | (1.95) |
| TSLA | 2018-09-14 | $300.00 | 2018-08-14 | 1.95% | 0.0849 | 347.64 | 48.96% | 51.65 | 3.51 | 312.90 | 48.96% | 24.93 | 11.52 | 26.73 | (8.01) | 332.76 | 48.96% | 39.28 | 6.02 | 12.37 | (2.51) |
| TSLA | 2018-09-14 | $300.00 | 2018-08-15 | 1.95% | 0.0822 | 338.69 | 50.09% | 44.14 | 4.97 | 312.90 | 50.09% | 25.03 | 11.64 | 19.11 | (6.67) | 326.12 | 50.09% | 34.25 | 7.65 | 9.89 | (2.68) |
| TSLA | 2018-09-14 | $300.00 | 2018-08-16 | 1.95% | 0.0795 | 335.45 | 49.24% | 41.05 | 5.13 | 312.90 | 49.24% | 24.46 | 11.09 | 16.59 | (5.95) | 324.18 | 49.24% | 32.30 | 7.65 | 8.75 | (2.52) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-07 | 1.95% | 0.1041 | 379.57 | 41.50% | 45.66 | 5.40 | 312.90 | 41.50% | 7.29 | 33.70 | 38.37 | (28.30) | 356.30 | 41.50% | 28.28 | 11.29 | 17.38 | (5.89) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-08 | 1.92% | 0.1014 | 370.34 | 45.39% | 39.56 | 8.56 | 312.90 | 45.39% | 8.45 | 34.88 | 31.12 | (26.32) | 353.59 | 45.39% | 27.89 | 13.63 | 11.68 | (5.07) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-09 | 1.90% | 0.0986 | 352.45 | 53.88% | 30.45 | 17.36 | 312.90 | 53.88% | 11.24 | 37.69 | 19.21 | (20.34) | 342.86 | 53.88% | 24.79 | 21.29 | 5.66 | (3.93) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-10 | 1.91% | 0.0959 | 355.49 | 51.55% | 31.08 | 14.97 | 312.90 | 51.55% | 10.13 | 36.61 | 20.95 | (21.64) | 343.59 | 51.55% | 23.90 | 19.68 | 7.19 | (4.71) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-13 | 1.92% | 0.0877 | 356.41 | 49.63% | 29.98 | 13.00 | 312.90 | 49.63% | 8.69 | 35.22 | 21.29 | (22.22) | 341.77 | 49.63% | 21.14 | 18.80 | 8.84 | (5.80) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-14 | 1.95% | 0.0849 | 347.64 | 48.96% | 23.91 | 15.71 | 312.90 | 48.96% | 8.21 | 34.75 | 15.70 | (19.04) | 332.76 | 48.96% | 15.96 | 22.64 | 7.95 | (6.93) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-15 | 1.95% | 0.0822 | 338.69 | 50.09% | 19.03 | 19.79 | 312.90 | 50.09% | 8.31 | 34.86 | 10.72 | (15.07) | 326.12 | 50.09% | 13.12 | 26.45 | 5.91 | (6.66) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-16 | 1.95% | 0.0795 | 335.45 | 49.24% | 16.73 | 20.75 | 312.90 | 49.24% | 7.78 | 34.35 | 8.95 | (13.60) | 324.18 | 49.24% | 11.71 | 27.00 | 5.01 | (6.25) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-07 | 1.95% | 0.1041 | 379.57 | 41.50% | 20.42 | 20.08 | 312.90 | 41.50% | 1.56 | 67.89 | 18.86 | (47.80) | 356.30 | 41.50% | 10.25 | 33.18 | 10.17 | (13.10) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-08 | 1.92% | 0.1014 | 370.34 | 45.39% | 17.42 | 26.34 | 312.90 | 45.39% | 2.12 | 68.48 | 15.30 | (42.13) | 353.59 | 45.39% | 10.70 | 36.37 | 6.72 | (10.03) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-09 | 1.90% | 0.0986 | 352.45 | 53.88% | 13.53 | 40.37 | 312.90 | 53.88% | 3.71 | 70.09 | 9.82 | (29.72) | 342.86 | 53.88% | 10.33 | 46.76 | 3.20 | (6.39) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-10 | 1.91% | 0.0959 | 355.49 | 51.55% | 13.36 | 37.18 | 312.90 | 51.55% | 3.04 | 69.44 | 10.32 | (32.27) | 343.59 | 51.55% | 9.40 | 45.12 | 3.96 | (7.94) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-13 | 1.92% | 0.0877 | 356.41 | 49.63% | 11.98 | 34.93 | 312.90 | 49.63% | 2.25 | 68.71 | 9.73 | (33.77) | 341.77 | 49.63% | 7.42 | 45.01 | 4.56 | (10.08) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-14 | 1.95% | 0.0849 | 347.64 | 48.96% | 8.56 | 40.29 | 312.90 | 48.96% | 2.01 | 68.47 | 6.55 | (28.19) | 332.76 | 48.96% | 4.91 | 51.52 | 3.65 | (11.24) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-15 | 1.95% | 0.0822 | 338.69 | 50.09% | 6.29 | 46.99 | 312.90 | 50.09% | 2.06 | 68.54 | 4.23 | (21.56) | 326.12 | 50.09% | 3.79 | 57.06 | 2.50 | (10.08) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-16 | 1.95% | 0.0795 | 335.45 | 49.24% | 5.08 | 49.04 | 312.90 | 49.24% | 1.79 | 68.30 | 3.29 | (19.26) | 324.18 | 49.24% | 3.12 | 58.35 | 1.96 | (9.30) |
| TSLA | 2018-09-14 | $420.00 | 2018-08-07 | 1.95% | 0.1041 | 379.57 | 41.50% | 7.11 | 46.69 | 312.90 | 41.50% | 0.25 | 106.49 | 6.86 | (59.80) | 356.30 | 41.50% | 2.82 | 65.67 | 4.29 | (18.98) |
| TSLA | 2018-09-14 | $420.00 | 2018-08-08 | 1.92% | 0.1014 | 370.34 | 45.39% | 6.17 | 55.01 | 312.90 | 45.39% | 0.42 | 106.70 | 5.76 | (51.68) | 353.59 | 45.39% | 3.26 | 68.86 | 2.91 | (13.84) |
| TSLA | 2018-09-14 | $420.00 | 2018-08-09 | 1.90% | 0.0986 | 352.45 | 53.88% | 5.15 | 71.92 | 312.90 | 53.88% | 1.04 | 107.35 | 4.11 | (35.44) | 342.86 | 53.88% | 3.68 | 80.03 | 1.47 | (8.12) |
| TSLA | 2018-09-14 | $420.00 | 2018-08-10 | 1.91% | 0.0959 | 355.49 | 51.55% | 4.81 | 68.55 | 312.90 | 51.55% | 0.76 | 107.09 | 4.05 | (38.54) | 343.59 | 51.55% | 3.08 | 78.72 | 1.73 | (10.17) |
| TSLA | 2018-09-14 | $420.00 | 2018-08-13 | 1.92% | 0.0877 | 356.41 | 49.63% | 3.85 | 66.73 | 312.90 | 49.63% | 0.46 | 106.85 | 3.39 | (40.12) | 341.77 | 49.63% | 2.08 | 79.60 | 1.77 | (12.87) |
| TSLA | 2018-09-14 | $420.00 | 2018-08-14 | 1.95% | 0.0849 | 347.64 | 48.96% | 2.40 | 74.07 | 312.90 | 48.96% | 0.38 | 106.78 | 2.02 | (32.71) | 332.76 | 48.96% | 1.18 | 87.72 | 1.23 | (13.65) |
| TSLA | 2018-09-14 | $420.00 | 2018-08-15 | 1.95% | 0.0822 | 338.69 | 50.09% | 1.63 | 82.27 | 312.90 | 50.09% | 0.40 | 106.82 | 1.23 | (24.55) | 326.12 | 50.09% | 0.86 | 94.06 | 0.77 | (11.80) |
| TSLA | 2018-09-14 | $420.00 | 2018-08-16 | 1.95% | 0.0795 | 335.45 | 49.24% | 1.18 | 85.08 | 312.90 | 49.24% | 0.32 | 106.76 | 0.87 | (21.68) | 324.18 | 49.24% | 0.63 | 95.80 | 0.55 | (10.72) |
| TSLA | 2018-09-14 | $460.00 | 2018-08-07 | 1.95% | 0.1041 | 379.57 | 41.50% | 1.96 | 81.45 | 312.90 | 41.50% | 0.03 | 146.19 | 1.93 | (64.74) | 356.30 | 41.50% | 0.61 | 103.38 | 1.35 | (21.92) |
| TSLA | 2018-09-14 | $460.00 | 2018-08-08 | 1.92% | 0.1014 | 370.34 | 45.39% | 1.80 | 90.56 | 312.90 | 45.39% | 0.07 | 146.27 | 1.73 | (55.71) | 353.59 | 45.39% | 0.82 | 106.33 | 0.98 | (15.77) |
| TSLA | 2018-09-14 | $460.00 | 2018-08-09 | 1.90% | 0.0986 | 352.45 | 53.88% | 1.72 | 108.41 | 312.90 | 53.88% | 0.26 | 146.49 | 1.46 | (38.08) | 342.86 | 53.88% | 1.15 | 117.43 | 0.57 | (9.02) |
| TSLA | 2018-09-14 | $460.00 | 2018-08-10 | 1.91% | 0.0959 | 355.49 | 51.55% | 1.48 | 105.15 | 312.90 | 51.55% | 0.16 | 146.42 | 1.32 | (41.26) | 343.59 | 51.55% | 0.87 | 116.44 | 0.62 | (11.28) |
| TSLA | 2018-09-14 | $460.00 | 2018-08-13 | 1.92% | 0.0877 | 356.41 | 49.63% | 1.02 | 103.84 | 312.90 | 49.63% | 0.08 | 146.40 | 0.94 | (42.56) | 341.77 | 49.63% | 0.48 | 117.93 | 0.54 | (14.10) |
| TSLA | 2018-09-14 | $460.00 | 2018-08-14 | 1.95% | 0.0849 | 347.64 | 48.96% | 0.55 | 112.15 | 312.90 | 48.96% | 0.06 | 146.39 | 0.49 | (34.24) | 332.76 | 48.96% | 0.23 | 126.71 | 0.32 | (14.56) |
| TSLA | 2018-09-14 | $460.00 | 2018-08-15 | 1.95% | 0.0822 | 338.69 | 50.09% | 0.35 | 120.92 | 312.90 | 50.09% | 0.06 | 146.42 | 0.28 | (25.50) | 326.12 | 50.09% | 0.16 | 133.30 | 0.19 | (12.38) |
| TSLA | 2018-09-14 | $460.00 | 2018-08-16 | 1.95% | 0.0795 | 335.45 | 49.24% | 0.22 | 124.06 | 312.90 | 49.24% | 0.04 | 146.43 | 0.18 | (22.37) | 324.18 | 49.24% | 0.10 | 135.21 | 0.12 | (11.15) |
| TSLA | 2018-09-14 | $500.00 | 2018-08-07 | 1.95% | 0.1041 | 379.57 | 41.50% | 0.44 | 119.86 | 312.90 | 41.50% | 0.00 | 186.08 | 0.44 | (66.23) | 356.30 | 41.50% | 0.11 | 142.79 | 0.33 | (22.94) |
| TSLA | 2018-09-14 | $500.00 | 2018-08-08 | 1.92% | 0.1014 | 370.34 | 45.39% | 0.44 | 129.13 | 312.90 | 45.39% | 0.01 | 186.13 | 0.43 | (57.00) | 353.59 | 45.39% | 0.17 | 145.61 | 0.27 | (16.48) |
| TSLA | 2018-09-14 | $500.00 | 2018-08-09 | 1.90% | 0.0986 | 352.45 | 53.88% | 0.52 | 147.13 | 312.90 | 53.88% | 0.06 | 186.22 | 0.46 | (39.09) | 342.86 | 53.88% | 0.32 | 156.53 | 0.19 | (9.40) |
| TSLA | 2018-09-14 | $500.00 | 2018-08-10 | 1.91% | 0.0959 | 355.49 | 51.55% | 0.40 | 144.00 | 312.90 | 51.55% | 0.03 | 186.21 | 0.37 | (42.21) | 343.59 | 51.55% | 0.22 | 155.71 | 0.19 | (11.71) |
| TSLA | 2018-09-14 | $500.00 | 2018-08-13 | 1.92% | 0.0877 | 356.41 | 49.63% | 0.23 | 142.98 | 312.90 | 49.63% | 0.01 | 186.27 | 0.22 | (43.29) | 341.77 | 49.63% | 0.10 | 157.48 | 0.14 | (14.50) |
| TSLA | 2018-09-14 | $500.00 | 2018-08-14 | 1.95% | 0.0849 | 347.64 | 48.96% | 0.11 | 151.64 | 312.90 | 48.96% | 0.01 | 186.28 | 0.10 | (34.64) | 332.76 | 48.96% | 0.04 | 166.45 | 0.07 | (14.81) |
| TSLA | 2018-09-14 | $500.00 | 2018-08-15 | 1.95% | 0.0822 | 338.69 | 50.09% | 0.06 | 160.57 | 312.90 | 50.09% | 0.01 | 186.30 | 0.05 | (25.73) | 326.12 | 50.09% | 0.03 | 173.11 | 0.04 | (12.53) |
| TSLA | 2018-09-14 | $500.00 | 2018-08-16 | 1.95% | 0.0795 | 335.45 | 49.24% | 0.03 | 163.81 | 312.90 | 49.24% | 0.01 | 186.33 | 0.03 | (22.52) | 324.18 | 49.24% | 0.01 | 175.06 | 0.02 | (11.25) |
| TSLA | 2018-09-21 | $300.00 | 2018-08-07 | 1.95% | 0.1233 | 379.57 | 41.08% | 81.30 | 1.01 | 312.90 | 41.08% | 25.24 | 11.62 | 56.06 | (10.61) | 356.30 | 41.08% | 59.61 | 2.59 | 21.69 | (1.58) |
| TSLA | 2018-09-21 | $300.00 | 2018-08-08 | 1.92% | 0.1205 | 370.34 | 44.25% | 72.96 | 1.93 | 312.90 | 44.25% | 26.32 | 12.72 | 46.64 | (10.79) | 353.59 | 44.25% | 57.81 | 3.53 | 15.15 | (1.60) |
| TSLA | 2018-09-21 | $300.00 | 2018-08-09 | 1.90% | 0.1178 | 352.45 | 52.88% | 59.03 | 5.91 | 312.90 | 52.88% | 29.58 | 16.00 | 29.45 | (10.10) | 342.86 | 52.88% | 51.17 | 7.63 | 7.86 | (1.73) |
| TSLA | 2018-09-21 | $300.00 | 2018-08-10 | 1.91% | 0.1151 | 355.49 | 50.86% | 60.86 | 4.71 | 312.90 | 50.86% | 28.51 | 14.95 | 32.34 | (10.24) | 343.59 | 50.86% | 50.90 | 6.65 | 9.96 | (1.94) |
| TSLA | 2018-09-21 | $300.00 | 2018-08-13 | 1.92% | 0.1068 | 356.41 | 49.21% | 60.74 | 3.71 | 312.90 | 49.21% | 27.12 | 13.60 | 33.62 | (9.88) | 341.77 | 49.21% | 48.31 | 5.92 | 12.43 | (2.21) |
| TSLA | 2018-09-21 | $300.00 | 2018-08-14 | 1.95% | 0.1041 | 347.64 | 48.93% | 52.93 | 4.68 | 312.90 | 48.93% | 26.76 | 13.25 | 26.17 | (8.57) | 332.76 | 48.93% | 40.85 | 7.48 | 12.08 | (2.80) |
| TSLA | 2018-09-21 | $300.00 | 2018-08-15 | 1.95% | 0.1014 | 338.69 | 49.91% | 45.62 | 6.33 | 312.90 | 49.91% | 26.88 | 13.38 | 18.74 | (7.04) | 326.12 | 49.91% | 35.95 | 9.24 | 9.67 | (2.91) |
| TSLA | 2018-09-21 | $300.00 | 2018-08-16 | 1.95% | 0.0986 | 335.45 | 49.18% | 42.60 | 6.57 | 312.90 | 49.18% | 26.34 | 12.86 | 16.25 | (6.29) | 324.18 | 49.18% | 34.05 | 9.29 | 8.54 | (2.72) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-07 | 1.95% | 0.1233 | 379.57 | 41.08% | 46.82 | 6.43 | 312.90 | 41.08% | 8.45 | 34.73 | 38.37 | (28.30) | 356.30 | 41.08% | 29.70 | 12.59 | 17.12 | (6.15) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-08 | 1.92% | 0.1205 | 370.34 | 44.25% | 40.73 | 9.61 | 312.90 | 44.25% | 9.50 | 35.81 | 31.23 | (26.20) | 353.59 | 44.25% | 29.17 | 14.79 | 11.56 | (5.19) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-09 | 1.90% | 0.1178 | 352.45 | 52.88% | 32.16 | 18.95 | 312.90 | 52.88% | 12.70 | 39.04 | 19.46 | (20.08) | 342.86 | 52.88% | 26.51 | 22.89 | 5.65 | (3.94) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-10 | 1.91% | 0.1151 | 355.49 | 50.86% | 32.87 | 16.63 | 312.90 | 50.86% | 11.65 | 38.00 | 21.22 | (21.37) | 343.59 | 50.86% | 25.70 | 21.37 | 7.16 | (4.74) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-13 | 1.92% | 0.1068 | 356.41 | 49.21% | 31.88 | 14.78 | 312.90 | 49.21% | 10.29 | 36.69 | 21.59 | (21.91) | 341.77 | 49.21% | 23.09 | 20.62 | 8.80 | (5.84) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-14 | 1.95% | 0.1041 | 347.64 | 48.93% | 26.03 | 17.70 | 312.90 | 48.93% | 9.95 | 36.36 | 16.08 | (18.66) | 332.76 | 48.93% | 18.03 | 24.58 | 8.00 | (6.88) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-15 | 1.95% | 0.1014 | 338.69 | 49.91% | 21.15 | 21.79 | 312.90 | 49.91% | 10.06 | 36.49 | 11.09 | (14.70) | 326.12 | 49.91% | 15.12 | 28.33 | 6.03 | (6.54) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-16 | 1.95% | 0.0986 | 335.45 | 49.18% | 18.88 | 22.77 | 312.90 | 49.18% | 9.55 | 35.99 | 9.32 | (13.22) | 324.18 | 49.18% | 13.73 | 28.89 | 5.15 | (6.11) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-07 | 1.95% | 0.1233 | 379.57 | 41.08% | 22.05 | 21.57 | 312.90 | 41.08% | 2.12 | 68.30 | 19.93 | (46.73) | 356.30 | 41.08% | 11.67 | 34.45 | 10.39 | (12.88) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-08 | 1.92% | 0.1205 | 370.34 | 44.25% | 18.82 | 27.60 | 312.90 | 44.25% | 2.68 | 68.89 | 16.15 | (41.29) | 353.59 | 44.25% | 11.93 | 37.46 | 6.89 | (9.86) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-09 | 1.90% | 0.1178 | 352.45 | 52.88% | 15.21 | 41.91 | 312.90 | 52.88% | 4.65 | 70.89 | 10.56 | (28.98) | 342.86 | 52.88% | 11.86 | 48.15 | 3.35 | (6.24) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-10 | 1.91% | 0.1151 | 355.49 | 50.86% | 15.15 | 38.83 | 312.90 | 50.86% | 3.96 | 70.22 | 11.19 | (31.40) | 343.59 | 50.86% | 10.99 | 46.56 | 4.17 | (7.73) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-13 | 1.92% | 0.1068 | 356.41 | 49.21% | 13.90 | 36.71 | 312.90 | 49.21% | 3.13 | 69.45 | 10.77 | (32.74) | 341.77 | 49.21% | 9.04 | 46.48 | 4.86 | (9.77) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-14 | 1.95% | 0.1041 | 347.64 | 48.93% | 10.45 | 42.04 | 312.90 | 48.93% | 2.94 | 69.26 | 7.51 | (27.22) | 332.76 | 48.93% | 6.40 | 52.87 | 4.04 | (10.84) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-15 | 1.95% | 0.1014 | 338.69 | 49.91% | 7.96 | 48.52 | 312.90 | 49.91% | 3.00 | 69.35 | 4.96 | (20.83) | 326.12 | 49.91% | 5.11 | 58.24 | 2.85 | (9.72) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-16 | 1.95% | 0.0986 | 335.45 | 49.18% | 6.67 | 50.49 | 312.90 | 49.18% | 2.71 | 69.08 | 3.96 | (18.59) | 324.18 | 49.18% | 4.37 | 59.45 | 2.30 | (8.96) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-07 | 1.95% | 0.1233 | 379.57 | 41.08% | 8.42 | 47.84 | 312.90 | 41.08% | 0.41 | 106.50 | 8.00 | (58.66) | 356.30 | 41.08% | 3.64 | 66.33 | 4.77 | (18.50) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-08 | 1.92% | 0.1205 | 370.34 | 44.25% | 7.21 | 55.90 | 312.90 | 44.25% | 0.61 | 106.74 | 6.60 | (50.84) | 353.59 | 44.25% | 4.01 | 69.45 | 3.20 | (13.55) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-09 | 1.90% | 0.1178 | 352.45 | 52.88% | 6.33 | 72.94 | 312.90 | 52.88% | 1.49 | 107.65 | 4.84 | (34.71) | 342.86 | 52.88% | 4.66 | 80.86 | 1.67 | (7.92) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-10 | 1.91% | 0.1151 | 355.49 | 50.86% | 6.04 | 69.63 | 312.90 | 50.86% | 1.16 | 107.33 | 4.88 | (37.70) | 343.59 | 50.86% | 4.05 | 79.53 | 1.99 | (9.91) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-13 | 1.92% | 0.1068 | 356.41 | 49.21% | 5.09 | 67.82 | 312.90 | 49.21% | 0.79 | 107.03 | 4.30 | (39.21) | 341.77 | 49.21% | 2.96 | 80.32 | 2.14 | (12.50) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-14 | 1.95% | 0.1041 | 347.64 | 48.93% | 3.48 | 74.99 | 312.90 | 48.93% | 0.71 | 106.96 | 2.77 | (31.97) | 332.76 | 48.93% | 1.88 | 88.27 | 1.60 | (13.28) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-15 | 1.95% | 0.1014 | 338.69 | 49.91% | 2.49 | 82.97 | 312.90 | 49.91% | 0.74 | 107.01 | 1.75 | (24.04) | 326.12 | 49.91% | 1.43 | 94.48 | 1.06 | (11.51) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-16 | 1.95% | 0.0986 | 335.45 | 49.18% | 1.93 | 85.67 | 312.90 | 49.18% | 0.63 | 106.92 | 1.30 | (21.25) | 324.18 | 49.18% | 1.13 | 96.14 | 0.79 | (10.47) |
| TSLA | 2018-09-21 | $460.00 | 2018-08-07 | 1.95% | 0.1233 | 379.57 | 41.08% | 2.65 | 81.97 | 312.90 | 41.08% | 0.07 | 146.06 | 2.58 | (64.09) | 356.30 | 41.08% | 0.93 | 103.53 | 1.71 | (21.56) |
| TSLA | 2018-09-21 | $460.00 | 2018-08-08 | 1.92% | 0.1205 | 370.34 | 44.25% | 2.34 | 90.93 | 312.90 | 44.25% | 0.12 | 146.15 | 2.22 | (55.22) | 353.59 | 44.25% | 1.14 | 106.48 | 1.20 | (15.55) |
| TSLA | 2018-09-21 | $460.00 | 2018-08-09 | 1.90% | 0.1178 | 352.45 | 52.88% | 2.36 | 108.88 | 312.90 | 52.88% | 0.43 | 146.50 | 1.93 | (37.61) | 342.86 | 52.88% | 1.64 | 117.75 | 0.72 | (8.87) |
| TSLA | 2018-09-21 | $460.00 | 2018-08-10 | 1.91% | 0.1151 | 355.49 | 50.86% | 2.13 | 105.63 | 312.90 | 50.86% | 0.30 | 146.39 | 1.83 | (40.76) | 343.59 | 50.86% | 1.32 | 116.72 | 0.81 | (11.09) |
| TSLA | 2018-09-21 | $460.00 | 2018-08-13 | 1.92% | 0.1068 | 356.41 | 49.21% | 1.61 | 104.25 | 312.90 | 49.21% | 0.17 | 146.33 | 1.43 | (42.07) | 341.77 | 49.21% | 0.83 | 118.12 | 0.77 | (13.86) |
| TSLA | 2018-09-21 | $460.00 | 2018-08-14 | 1.95% | 0.1041 | 347.64 | 48.93% | 0.99 | 112.42 | 312.90 | 48.93% | 0.15 | 146.31 | 0.84 | (33.89) | 332.76 | 48.93% | 0.47 | 126.78 | 0.52 | (14.36) |
| TSLA | 2018-09-21 | $460.00 | 2018-08-15 | 1.95% | 0.1014 | 338.69 | 49.91% | 0.67 | 121.07 | 312.90 | 49.91% | 0.16 | 146.34 | 0.51 | (25.28) | 326.12 | 49.91% | 0.34 | 133.32 | 0.32 | (12.25) |
| TSLA | 2018-09-21 | $460.00 | 2018-08-16 | 1.95% | 0.0986 | 335.45 | 49.18% | 0.47 | 124.14 | 312.90 | 49.18% | 0.12 | 146.34 | 0.35 | (22.20) | 324.18 | 49.18% | 0.25 | 135.18 | 0.22 | (11.04) |
| TSLA | 2018-09-21 | $500.00 | 2018-08-07 | 1.95% | 0.1233 | 379.57 | 41.08% | 0.70 | 119.93 | 312.90 | 41.08% | 0.01 | 185.90 | 0.69 | (65.97) | 356.30 | 41.08% | 0.20 | 142.70 | 0.50 | (22.77) |
| TSLA | 2018-09-21 | $500.00 | 2018-08-08 | 1.92% | 0.1205 | 370.34 | 44.25% | 0.66 | 129.16 | 312.90 | 44.25% | 0.02 | 185.96 | 0.64 | (56.80) | 353.59 | 44.25% | 0.28 | 145.53 | 0.38 | (16.37) |
| TSLA | 2018-09-21 | $500.00 | 2018-08-09 | 1.90% | 0.1178 | 352.45 | 52.88% | 0.81 | 147.24 | 312.90 | 52.88% | 0.12 | 186.09 | 0.69 | (38.85) | 342.86 | 52.88% | 0.53 | 156.55 | 0.28 | (9.31) |
| TSLA | 2018-09-21 | $500.00 | 2018-08-10 | 1.91% | 0.1151 | 355.49 | 50.86% | 0.68 | 144.09 | 312.90 | 50.86% | 0.07 | 186.07 | 0.61 | (41.98) | 343.59 | 50.86% | 0.39 | 155.70 | 0.29 | (11.61) |
| TSLA | 2018-09-21 | $500.00 | 2018-08-13 | 1.92% | 0.1068 | 356.41 | 49.21% | 0.45 | 143.01 | 312.90 | 49.21% | 0.03 | 186.10 | 0.41 | (43.09) | 341.77 | 49.21% | 0.21 | 157.41 | 0.24 | (14.40) |
| TSLA | 2018-09-21 | $500.00 | 2018-08-14 | 1.95% | 0.1041 | 347.64 | 48.93% | 0.25 | 151.59 | 312.90 | 48.93% | 0.03 | 186.11 | 0.22 | (34.52) | 332.76 | 48.93% | 0.10 | 166.33 | 0.14 | (14.74) |
| TSLA | 2018-09-21 | $500.00 | 2018-08-15 | 1.95% | 0.1014 | 338.69 | 49.91% | 0.16 | 160.48 | 312.90 | 49.91% | 0.03 | 186.14 | 0.13 | (25.66) | 326.12 | 49.91% | 0.07 | 172.97 | 0.08 | (12.49) |
| TSLA | 2018-09-21 | $500.00 | 2018-08-16 | 1.95% | 0.0986 | 335.45 | 49.18% | 0.10 | 163.69 | 312.90 | 49.18% | 0.02 | 186.16 | 0.08 | (22.47) | 324.18 | 49.18% | 0.05 | 174.90 | 0.05 | (11.21) |
| TSLA | 2018-09-28 | $300.00 | 2018-08-09 | 1.90% | 0.1370 | 352.45 | 52.11% | 60.11 | 6.88 | 312.90 | 52.11% | 30.98 | 17.30 | 29.13 | (10.42) | 342.86 | 52.11% | 52.36 | 8.72 | 7.76 | (1.83) |
| TSLA | 2018-09-28 | $300.00 | 2018-08-10 | 1.91% | 0.1342 | 355.49 | 50.29% | 61.90 | 5.64 | 312.90 | 50.29% | 29.96 | 16.28 | 31.94 | (10.64) | 343.59 | 50.29% | 52.08 | 7.73 | 9.82 | (2.08) |
| TSLA | 2018-09-28 | $300.00 | 2018-08-13 | 1.92% | 0.1260 | 356.41 | 48.55% | 61.69 | 4.56 | 312.90 | 48.55% | 28.53 | 14.90 | 33.16 | (10.34) | 341.77 | 48.55% | 49.46 | 6.96 | 12.23 | (2.41) |
| TSLA | 2018-09-28 | $300.00 | 2018-08-14 | 1.95% | 0.1233 | 347.64 | 48.60% | 54.10 | 5.74 | 312.90 | 48.60% | 28.33 | 14.70 | 25.78 | (8.96) | 332.76 | 48.60% | 42.23 | 8.75 | 11.87 | (3.01) |
| TSLA | 2018-09-28 | $300.00 | 2018-08-15 | 1.95% | 0.1205 | 338.69 | 49.70% | 47.01 | 7.62 | 312.90 | 49.70% | 28.54 | 14.94 | 18.47 | (7.32) | 326.12 | 49.70% | 37.51 | 10.69 | 9.50 | (3.07) |
| TSLA | 2018-09-28 | $300.00 | 2018-08-16 | 1.95% | 0.1178 | 335.45 | 49.33% | 44.14 | 8.00 | 312.90 | 49.33% | 28.15 | 14.56 | 15.99 | (6.56) | 324.18 | 49.33% | 35.76 | 10.88 | 8.38 | (2.88) |
| TSLA | 2018-09-28 | $340.00 | 2018-08-09 | 1.90% | 0.1370 | 352.45 | 52.11% | 33.76 | 20.43 | 312.90 | 52.11% | 14.08 | 40.29 | 19.68 | (19.87) | 342.86 | 52.11% | 28.11 | 24.37 | 5.65 | (3.94) |
| TSLA | 2018-09-28 | $340.00 | 2018-08-10 | 1.91% | 0.1342 | 355.49 | 50.29% | 34.50 | 18.14 | 312.90 | 50.29% | 13.06 | 39.28 | 21.44 | (21.14) | 343.59 | 50.29% | 27.35 | 22.89 | 7.15 | (4.75) |
| TSLA | 2018-09-28 | $340.00 | 2018-08-13 | 1.92% | 0.1260 | 356.41 | 48.55% | 33.48 | 16.25 | 312.90 | 48.55% | 11.65 | 37.93 | 21.83 | (21.68) | 341.77 | 48.55% | 24.70 | 22.11 | 8.78 | (5.86) |
| TSLA | 2018-09-28 | $340.00 | 2018-08-14 | 1.95% | 0.1233 | 347.64 | 48.60% | 27.82 | 19.36 | 312.90 | 48.60% | 11.45 | 37.73 | 16.37 | (18.37) | 332.76 | 48.60% | 19.77 | 26.20 | 8.05 | (6.84) |
| TSLA | 2018-09-28 | $340.00 | 2018-08-15 | 1.95% | 0.1205 | 338.69 | 49.70% | 23.05 | 23.56 | 312.90 | 49.70% | 11.67 | 37.97 | 11.38 | (14.41) | 326.12 | 49.70% | 16.92 | 30.01 | 6.13 | (6.44) |
| TSLA | 2018-09-28 | $340.00 | 2018-08-16 | 1.95% | 0.1178 | 335.45 | 49.33% | 20.92 | 24.69 | 312.90 | 49.33% | 11.29 | 37.60 | 9.63 | (12.91) | 324.18 | 49.33% | 15.65 | 30.69 | 5.27 | (6.00) |
| TSLA | 2018-09-28 | $380.00 | 2018-08-09 | 1.90% | 0.1370 | 352.45 | 52.11% | 16.78 | 43.34 | 312.90 | 52.11% | 5.58 | 71.69 | 11.20 | (28.35) | 342.86 | 52.11% | 13.30 | 49.45 | 3.48 | (6.11) |
| TSLA | 2018-09-28 | $380.00 | 2018-08-10 | 1.91% | 0.1342 | 355.49 | 50.29% | 16.80 | 40.34 | 312.90 | 50.29% | 4.88 | 71.00 | 11.92 | (30.66) | 343.59 | 50.29% | 12.46 | 47.90 | 4.33 | (7.57) |
| TSLA | 2018-09-28 | $380.00 | 2018-08-13 | 1.92% | 0.1260 | 356.41 | 48.55% | 15.51 | 38.19 | 312.90 | 48.55% | 3.96 | 70.14 | 11.56 | (31.95) | 341.77 | 48.55% | 10.42 | 47.73 | 5.09 | (9.55) |
| TSLA | 2018-09-28 | $380.00 | 2018-08-14 | 1.95% | 0.1233 | 347.64 | 48.60% | 12.09 | 43.53 | 312.90 | 48.60% | 3.83 | 70.02 | 8.25 | (26.48) | 332.76 | 48.60% | 7.74 | 54.07 | 4.34 | (10.54) |
| TSLA | 2018-09-28 | $380.00 | 2018-08-15 | 1.95% | 0.1205 | 338.69 | 49.70% | 9.54 | 49.95 | 312.90 | 49.70% | 3.97 | 70.18 | 5.56 | (20.22) | 326.12 | 49.70% | 6.39 | 59.38 | 3.14 | (9.43) |
| TSLA | 2018-09-28 | $380.00 | 2018-08-16 | 1.95% | 0.1178 | 335.45 | 49.33% | 8.28 | 51.96 | 312.90 | 49.33% | 3.73 | 69.95 | 4.55 | (18.00) | 324.18 | 49.33% | 5.68 | 60.63 | 2.60 | (8.67) |
| TSLA | 2018-09-28 | $420.00 | 2018-08-09 | 1.90% | 0.1370 | 352.45 | 52.11% | 7.48 | 73.94 | 312.90 | 52.11% | 1.98 | 107.99 | 5.50 | (34.04) | 342.86 | 52.11% | 5.64 | 81.69 | 1.84 | (7.75) |
| TSLA | 2018-09-28 | $420.00 | 2018-08-10 | 1.91% | 0.1342 | 355.49 | 50.29% | 7.24 | 70.67 | 312.90 | 50.29% | 1.61 | 107.63 | 5.63 | (36.95) | 343.59 | 50.29% | 5.01 | 80.35 | 2.22 | (9.68) |
| TSLA | 2018-09-28 | $420.00 | 2018-08-13 | 1.92% | 0.1260 | 356.41 | 48.55% | 6.22 | 68.79 | 312.90 | 48.55% | 1.16 | 107.24 | 5.06 | (38.44) | 341.77 | 48.55% | 3.79 | 81.00 | 2.43 | (12.21) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2018-09-28 | $420.00 | 2018-08-14 | 1.95% | 0.1233 | 347.64 | 48.60% | 4.51 | 75.86 | 312.90 | 48.60% | 1.10 | 107.18 | 3.41 | (31.32) | 332.76 | 48.60% | 2.60 | 88.83 | 1.91 | (12.97) |
| TSLA | 2018-09-28 | $420.00 | 2018-08-15 | 1.95% | 0.1205 | 338.69 | 49.70% | 3.40 | 83.72 | 312.90 | 49.70% | 1.16 | 107.27 | 2.24 | (23.55) | 326.12 | 49.70% | 2.08 | 94.97 | 1.32 | (11.25) |
| TSLA | 2018-09-28 | $420.00 | 2018-08-16 | 1.95% | 0.1178 | 335.45 | 49.33% | 2.80 | 86.38 | 312.90 | 49.33% | 1.05 | 107.18 | 1.75 | (20.80) | 324.18 | 49.33% | 1.76 | 96.61 | 1.04 | (10.23) |
| TSLA | 2018-09-28 | $460.00 | 2018-08-09 | 1.90% | 0.1370 | 352.45 | 52.11% | 3.05 | 109.40 | 312.90 | 52.11% | 0.64 | 146.54 | 2.40 | (37.14) | 342.86 | 52.11% | 2.18 | 118.13 | 0.86 | (8.73) |
| TSLA | 2018-09-28 | $460.00 | 2018-08-10 | 1.91% | 0.1342 | 355.49 | 50.29% | 2.81 | 106.14 | 312.90 | 50.29% | 0.48 | 146.40 | 2.33 | (40.25) | 343.59 | 50.29% | 1.82 | 117.05 | 0.99 | (10.91) |
| TSLA | 2018-09-28 | $460.00 | 2018-08-13 | 1.92% | 0.1260 | 356.41 | 48.55% | 2.20 | 104.68 | 312.90 | 48.55% | 0.30 | 146.28 | 1.90 | (41.61) | 341.77 | 48.55% | 1.22 | 118.33 | 0.98 | (13.65) |
| TSLA | 2018-09-28 | $460.00 | 2018-08-14 | 1.95% | 0.1233 | 347.64 | 48.60% | 1.48 | 112.74 | 312.90 | 48.60% | 0.28 | 146.27 | 1.20 | (33.53) | 332.76 | 48.60% | 0.77 | 126.90 | 0.71 | (14.17) |
| TSLA | 2018-09-28 | $460.00 | 2018-08-15 | 1.95% | 0.1205 | 338.69 | 49.70% | 1.07 | 121.30 | 312.90 | 49.70% | 0.30 | 146.32 | 0.77 | (25.02) | 326.12 | 49.70% | 0.60 | 133.40 | 0.47 | (12.10) |
| TSLA | 2018-09-28 | $460.00 | 2018-08-16 | 1.95% | 0.1178 | 335.45 | 49.33% | 0.83 | 124.32 | 312.90 | 49.33% | 0.26 | 146.30 | 0.57 | (21.98) | 324.18 | 49.33% | 0.48 | 135.24 | 0.35 | (10.91) |
| TSLA | 2018-09-28 | $500.00 | 2018-08-09 | 1.90% | 0.1370 | 352.45 | 52.11% | 1.15 | 147.40 | 312.90 | 52.11% | 0.20 | 185.99 | 0.96 | (38.59) | 342.86 | 52.11% | 0.79 | 156.63 | 0.37 | (9.22) |
| TSLA | 2018-09-28 | $500.00 | 2018-08-10 | 1.91% | 0.1342 | 355.49 | 50.29% | 1.00 | 144.23 | 312.90 | 50.29% | 0.13 | 185.95 | 0.87 | (41.71) | 343.59 | 50.29% | 0.61 | 155.74 | 0.40 | (11.50) |
| TSLA | 2018-09-28 | $500.00 | 2018-08-13 | 1.92% | 0.1260 | 356.41 | 48.55% | 0.70 | 143.08 | 312.90 | 48.55% | 0.07 | 185.96 | 0.63 | (42.87) | 341.77 | 48.55% | 0.35 | 157.37 | 0.35 | (14.29) |
| TSLA | 2018-09-28 | $500.00 | 2018-08-14 | 1.95% | 0.1233 | 347.64 | 48.60% | 0.44 | 151.60 | 312.90 | 48.60% | 0.06 | 185.96 | 0.37 | (34.36) | 332.76 | 48.60% | 0.20 | 166.24 | 0.23 | (14.65) |
| TSLA | 2018-09-28 | $500.00 | 2018-08-15 | 1.95% | 0.1205 | 338.69 | 49.70% | 0.31 | 160.44 | 312.90 | 49.70% | 0.07 | 185.99 | 0.23 | (25.55) | 326.12 | 49.70% | 0.16 | 172.86 | 0.15 | (12.42) |
| TSLA | 2018-09-28 | $500.00 | 2018-08-16 | 1.95% | 0.1178 | 335.45 | 49.33% | 0.22 | 163.62 | 312.90 | 49.33% | 0.06 | 186.01 | 0.16 | (22.38) | 324.18 | 49.33% | 0.12 | 174.79 | 0.10 | (11.16) |
| TSLA | 2018-10-19 | $300.00 | 2018-08-07 | 2.05% | 0.2000 | 379.57 | 40.09% | 83.34 | 2.54 | 312.90 | 57.54% | 38.88 | 24.74 | 44.46 | (22.20) | 356.30 | 45.79% | 64.72 | 7.20 | 18.62 | (4.65) |
| TSLA | 2018-10-19 | $300.00 | 2018-08-08 | 2.05% | 0.1973 | 370.34 | 43.44% | 75.83 | 4.28 | 312.90 | 57.54% | 38.66 | 24.54 | 37.17 | (20.26) | 353.59 | 45.79% | 62.34 | 7.54 | 13.49 | (3.26) |
| TSLA | 2018-10-19 | $300.00 | 2018-08-09 | 2.05% | 0.1945 | 352.45 | 51.40% | 63.62 | 9.98 | 312.90 | 57.54% | 38.44 | 24.34 | 25.19 | (14.36) | 342.86 | 45.79% | 53.56 | 9.51 | 10.06 | 0.47 |
| TSLA | 2018-10-19 | $300.00 | 2018-08-10 | 2.04% | 0.1918 | 355.49 | 49.49% | 65.11 | 8.44 | 312.90 | 57.54% | 38.21 | 24.13 | 26.90 | (15.69) | 343.59 | 45.79% | 53.98 | 9.22 | 11.13 | (0.77) |
| TSLA | 2018-10-19 | $300.00 | 2018-08-13 | 2.07% | 0.1836 | 356.41 | 48.18% | 64.88 | 7.35 | 312.90 | 57.54% | 37.54 | 23.51 | 27.35 | (16.16) | 341.77 | 45.79% | 52.08 | 9.19 | 12.80 | (1.84) |
| TSLA | 2018-10-19 | $300.00 | 2018-08-14 | 2.07% | 0.1808 | 347.64 | 48.41% | 57.68 | 8.92 | 312.90 | 57.54% | 37.31 | 23.29 | 20.36 | (14.37) | 332.76 | 45.79% | 45.05 | 11.17 | 12.62 | (2.26) |
| TSLA | 2018-10-19 | $300.00 | 2018-08-15 | 2.07% | 0.1781 | 338.69 | 49.46% | 50.98 | 11.19 | 312.90 | 57.54% | 37.08 | 23.08 | 13.90 | (11.89) | 326.12 | 45.79% | 40.06 | 12.84 | 10.92 | (1.65) |
| TSLA | 2018-10-19 | $300.00 | 2018-08-16 | 2.06% | 0.1753 | 335.45 | 49.56% | 48.40 | 11.87 | 312.90 | 57.54% | 36.85 | 22.86 | 11.55 | (10.99) | 324.18 | 45.79% | 38.52 | 13.25 | 9.88 | (1.38) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-07 | 2.05% | 0.2000 | 379.57 | 40.09% | 51.14 | 10.18 | 312.90 | 57.54% | 22.04 | 47.75 | 29.10 | (37.57) | 356.30 | 45.79% | 38.05 | 20.36 | 13.09 | (10.18) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-08 | 2.05% | 0.1973 | 370.34 | 43.44% | 45.97 | 14.25 | 312.90 | 57.54% | 21.82 | 47.54 | 24.15 | (33.29) | 353.59 | 45.79% | 36.14 | 21.18 | 9.82 | (6.93) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-09 | 2.05% | 0.1945 | 352.45 | 51.40% | 38.57 | 24.77 | 312.90 | 57.54% | 21.59 | 47.34 | 16.97 | (22.57) | 342.86 | 45.79% | 29.57 | 25.35 | 9.00 | (0.59) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-10 | 2.04% | 0.1918 | 355.49 | 49.49% | 39.10 | 22.28 | 312.90 | 57.54% | 21.37 | 47.13 | 17.73 | (24.85) | 343.59 | 45.79% | 29.77 | 24.86 | 9.33 | (2.57) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-13 | 2.07% | 0.1836 | 356.41 | 48.18% | 38.28 | 20.59 | 312.90 | 57.54% | 20.68 | 46.50 | 17.60 | (25.91) | 341.77 | 45.79% | 28.14 | 25.09 | 10.14 | (4.50) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-14 | 2.07% | 0.1808 | 347.64 | 48.41% | 32.81 | 23.90 | 312.90 | 57.54% | 20.45 | 46.28 | 12.36 | (22.38) | 332.76 | 45.79% | 23.16 | 29.13 | 9.65 | (5.23) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-15 | 2.07% | 0.1781 | 338.69 | 49.46% | 28.12 | 28.19 | 312.90 | 57.54% | 20.22 | 46.07 | 7.90 | (17.88) | 326.12 | 45.79% | 19.76 | 32.40 | 8.36 | (4.21) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-16 | 2.06% | 0.1753 | 335.45 | 49.56% | 26.23 | 29.55 | 312.90 | 57.54% | 19.98 | 45.85 | 6.25 | (16.30) | 324.18 | 45.79% | 18.69 | 33.28 | 7.54 | (3.72) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-07 | 2.05% | 0.2000 | 379.57 | 40.09% | 27.64 | 26.51 | 312.90 | 57.54% | 11.78 | 77.32 | 15.86 | (50.81) | 356.30 | 45.79% | 20.17 | 42.32 | 7.46 | (15.81) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-08 | 2.05% | 0.1973 | 370.34 | 43.44% | 24.89 | 33.01 | 312.90 | 57.54% | 11.59 | 77.15 | 13.30 | (44.14) | 353.59 | 45.79% | 18.84 | 43.72 | 6.04 | (10.71) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-09 | 2.05% | 0.1945 | 352.45 | 51.40% | 21.57 | 47.61 | 312.90 | 57.54% | 11.40 | 76.99 | 10.17 | (29.38) | 342.86 | 45.79% | 14.59 | 50.22 | 6.98 | (2.61) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-10 | 2.04% | 0.1918 | 355.49 | 49.49% | 21.47 | 44.49 | 312.90 | 57.54% | 11.21 | 76.83 | 10.25 | (32.33) | 343.59 | 45.79% | 14.66 | 49.58 | 6.81 | (5.09) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-13 | 2.07% | 0.1836 | 356.41 | 48.18% | 20.41 | 42.57 | 312.90 | 57.54% | 10.65 | 76.32 | 9.76 | (33.75) | 341.77 | 45.79% | 13.47 | 50.27 | 6.94 | (7.70) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-14 | 2.07% | 0.1808 | 347.64 | 48.41% | 16.80 | 47.74 | 312.90 | 57.54% | 10.46 | 76.14 | 6.34 | (28.39) | 332.76 | 45.79% | 10.49 | 56.31 | 6.31 | (8.57) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-15 | 2.07% | 0.1781 | 338.69 | 49.46% | 13.98 | 53.90 | 312.90 | 57.54% | 10.27 | 75.97 | 3.71 | (22.08) | 326.12 | 45.79% | 8.55 | 61.04 | 5.43 | (7.14) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-16 | 2.06% | 0.1753 | 335.45 | 49.56% | 12.78 | 55.96 | 312.90 | 57.54% | 10.08 | 75.80 | 2.70 | (19.85) | 324.18 | 45.79% | 7.92 | 62.36 | 4.86 | (6.41) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-07 | 2.05% | 0.2000 | 379.57 | 40.09% | 13.20 | 51.91 | 312.90 | 57.54% | 6.01 | 111.39 | 7.19 | (59.47) | 356.30 | 45.79% | 9.76 | 71.74 | 3.44 | (19.83) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-08 | 2.05% | 0.1973 | 370.34 | 43.44% | 12.14 | 60.10 | 312.90 | 57.54% | 5.87 | 111.27 | 6.26 | (51.17) | 353.59 | 45.79% | 8.95 | 73.66 | 3.19 | (13.56) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-09 | 2.05% | 0.1945 | 352.45 | 51.40% | 11.26 | 77.14 | 312.90 | 57.54% | 5.74 | 111.16 | 5.52 | (34.02) | 342.86 | 45.79% | 6.54 | 82.00 | 4.73 | (4.86) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-10 | 2.04% | 0.1918 | 355.49 | 49.49% | 10.90 | 73.77 | 312.90 | 57.54% | 5.60 | 111.06 | 5.30 | (37.29) | 343.59 | 45.79% | 6.54 | 81.31 | 4.36 | (7.54) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-13 | 2.07% | 0.1836 | 356.41 | 48.18% | 9.95 | 71.96 | 312.90 | 57.54% | 5.20 | 110.72 | 4.75 | (38.76) | 341.77 | 45.79% | 5.80 | 82.45 | 4.14 | (10.49) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-14 | 2.07% | 0.1808 | 347.64 | 48.41% | 7.85 | 78.64 | 312.90 | 57.54% | 5.07 | 110.59 | 2.79 | (31.95) | 332.76 | 45.79% | 4.26 | 89.93 | 3.59 | (11.29) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-15 | 2.06% | 0.1781 | 338.69 | 49.46% | 6.36 | 86.13 | 312.90 | 57.54% | 4.93 | 110.49 | 1.43 | (24.36) | 326.12 | 45.79% | 3.31 | 95.65 | 3.05 | (9.52) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-16 | 2.06% | 0.1753 | 335.45 | 49.56% | 5.69 | 88.72 | 312.90 | 57.54% | 4.80 | 110.38 | 0.89 | (21.66) | 324.18 | 45.79% | 3.00 | 97.30 | 2.69 | (8.58) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2018-10-19 | $460.00 | 2018-08-07 | 2.05% | 0.2000 | 379.57 | 40.09% | 5.65 | 84.20 | 312.90 | 57.54% | 2.96 | 148.17 | 2.69 | (63.97) | 356.30 | 45.79% | 4.37 | 106.19 | 1.28 | (21.99) |
| TSLA | 2018-10-19 | $460.00 | 2018-08-08 | 2.05% | 0.1973 | 370.34 | 43.44% | 5.41 | 93.21 | 312.90 | 57.54% | 2.87 | 148.11 | 2.54 | (54.90) | 353.59 | 45.79% | 3.93 | 108.48 | 1.48 | (15.27) |
| TSLA | 2018-10-19 | $460.00 | 2018-08-09 | 2.05% | 0.1945 | 352.45 | 51.40% | 5.55 | 111.27 | 312.90 | 57.54% | 2.78 | 148.05 | 2.77 | (36.77) | 342.86 | 45.79% | 2.70 | 118.01 | 2.85 | (6.74) |
| TSLA | 2018-10-19 | $460.00 | 2018-08-10 | 2.04% | 0.1918 | 355.49 | 49.49% | 5.18 | 107.90 | 312.90 | 57.54% | 2.69 | 147.99 | 2.49 | (40.10) | 343.59 | 45.79% | 2.69 | 117.30 | 2.50 | (9.40) |
| TSLA | 2018-10-19 | $460.00 | 2018-08-13 | 2.05% | 0.1836 | 356.41 | 48.18% | 4.50 | 106.36 | 312.90 | 57.54% | 2.44 | 147.80 | 2.06 | (41.45) | 341.77 | 45.79% | 2.29 | 118.79 | 2.20 | (12.43) |
| TSLA | 2018-10-19 | $460.00 | 2018-08-14 | 2.07% | 0.1808 | 347.64 | 48.41% | 3.40 | 114.04 | 312.90 | 57.54% | 2.35 | 147.73 | 1.05 | (33.69) | 332.76 | 45.79% | 1.59 | 127.11 | 1.82 | (13.06) |
| TSLA | 2018-10-19 | $460.00 | 2018-08-15 | 2.06% | 0.1781 | 338.69 | 49.46% | 2.69 | 122.32 | 312.90 | 57.54% | 2.27 | 147.68 | 0.42 | (25.36) | 326.12 | 45.79% | 1.17 | 133.37 | 1.52 | (11.05) |
| TSLA | 2018-10-19 | $460.00 | 2018-08-16 | 2.06% | 0.1753 | 335.45 | 49.56% | 2.35 | 125.24 | 312.90 | 57.54% | 2.19 | 147.63 | 0.16 | (22.38) | 324.18 | 45.79% | 1.04 | 135.19 | 1.32 | (9.95) |
| TSLA | 2018-10-19 | $500.00 | 2018-08-07 | 2.05% | 0.2000 | 379.57 | 40.09% | 2.20 | 120.59 | 312.90 | 57.54% | 1.42 | 186.47 | 0.78 | (65.88) | 356.30 | 45.79% | 1.84 | 143.49 | 0.36 | (22.91) |
| TSLA | 2018-10-19 | $500.00 | 2018-08-08 | 2.05% | 0.1973 | 370.34 | 43.44% | 2.23 | 129.87 | 312.90 | 57.54% | 1.37 | 186.44 | 0.87 | (56.57) | 353.59 | 45.79% | 1.62 | 146.01 | 0.61 | (16.13) |
| TSLA | 2018-10-19 | $500.00 | 2018-08-09 | 2.05% | 0.1945 | 352.45 | 51.40% | 2.62 | 148.18 | 312.90 | 57.54% | 1.31 | 186.42 | 1.30 | (38.24) | 342.86 | 45.79% | 1.05 | 156.20 | 1.57 | (8.02) |
| TSLA | 2018-10-19 | $500.00 | 2018-08-10 | 2.04% | 0.1918 | 355.49 | 49.49% | 2.34 | 144.90 | 312.90 | 57.54% | 1.26 | 186.40 | 1.08 | (41.51) | 343.59 | 45.79% | 1.04 | 155.49 | 1.30 | (10.60) |
| TSLA | 2018-10-19 | $500.00 | 2018-08-13 | 2.05% | 0.1836 | 356.41 | 48.18% | 1.91 | 143.63 | 312.90 | 57.54% | 1.11 | 186.33 | 0.80 | (42.70) | 341.77 | 45.79% | 0.85 | 157.20 | 1.07 | (13.57) |
| TSLA | 2018-10-19 | $500.00 | 2018-08-14 | 2.07% | 0.1808 | 347.64 | 48.41% | 1.39 | 151.88 | 312.90 | 57.54% | 1.06 | 186.29 | 0.33 | (34.41) | 332.76 | 45.79% | 0.55 | 165.92 | 0.84 | (14.04) |
| TSLA | 2018-10-19 | $500.00 | 2018-08-15 | 2.06% | 0.1781 | 338.69 | 49.46% | 1.08 | 160.56 | 312.90 | 57.54% | 1.01 | 186.28 | 0.06 | (25.72) | 326.12 | 45.79% | 0.39 | 172.44 | 0.69 | (11.88) |
| TSLA | 2018-10-19 | $500.00 | 2018-08-16 | 2.06% | 0.1753 | 335.45 | 49.56% | 0.92 | 163.67 | 312.90 | 57.54% | 0.97 | 186.26 | (0.05) | (22.59) | 324.18 | 45.79% | 0.33 | 174.35 | 0.59 | (10.68) |
| TSLA | 2018-11-16 | $300.00 | 2018-08-07 | 2.05% | 0.2767 | 379.57 | 41.33% | 86.19 | 4.92 | 312.90 | 59.05% | 45.46 | 30.86 | 40.73 | (25.94) | 356.30 | 49.22% | 70.28 | 12.29 | 15.91 | (7.36) |
| TSLA | 2018-11-16 | $300.00 | 2018-08-08 | 2.05% | 0.2740 | 370.34 | 44.12% | 79.20 | 7.18 | 312.90 | 59.05% | 45.27 | 30.69 | 33.93 | (23.51) | 353.59 | 49.22% | 68.00 | 12.73 | 11.20 | (5.55) |
| TSLA | 2018-11-16 | $300.00 | 2018-08-09 | 2.05% | 0.2712 | 352.45 | 51.55% | 68.24 | 14.12 | 312.90 | 59.05% | 45.08 | 30.51 | 23.16 | (16.39) | 342.86 | 49.22% | 59.62 | 15.10 | 8.62 | (0.97) |
| TSLA | 2018-11-16 | $300.00 | 2018-08-10 | 2.04% | 0.2685 | 355.49 | 50.29% | 69.78 | 12.65 | 312.90 | 59.05% | 44.88 | 30.34 | 24.89 | (17.69) | 343.59 | 49.22% | 60.01 | 14.78 | 9.77 | (2.14) |
| TSLA | 2018-11-16 | $300.00 | 2018-08-13 | 2.04% | 0.2603 | 356.41 | 49.14% | 69.47 | 11.46 | 312.90 | 59.05% | 44.30 | 29.80 | 25.17 | (18.33) | 341.77 | 49.22% | 58.19 | 14.82 | 11.28 | (3.36) |
| TSLA | 2018-11-16 | $300.00 | 2018-08-14 | 2.07% | 0.2575 | 347.64 | 49.51% | 62.65 | 13.42 | 312.90 | 59.05% | 44.11 | 29.61 | 18.55 | (16.19) | 332.76 | 49.22% | 51.46 | 17.11 | 11.19 | (3.69) |
| TSLA | 2018-11-16 | $300.00 | 2018-08-15 | 2.07% | 0.2548 | 338.69 | 50.06% | 56.07 | 15.81 | 312.90 | 59.05% | 43.91 | 29.43 | 12.16 | (13.62) | 326.12 | 49.22% | 46.65 | 18.96 | 9.41 | (3.16) |
| TSLA | 2018-11-16 | $300.00 | 2018-08-16 | 2.06% | 0.2521 | 335.45 | 50.28% | 53.67 | 16.66 | 312.90 | 59.05% | 43.71 | 29.25 | 9.96 | (12.58) | 324.18 | 49.22% | 45.17 | 19.43 | 8.50 | (2.77) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-07 | 2.05% | 0.2767 | 379.57 | 41.33% | 56.09 | 14.60 | 312.90 | 59.05% | 28.82 | 53.99 | 27.27 | (39.39) | 356.30 | 49.22% | 45.60 | 27.38 | 10.49 | (12.78) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-08 | 2.05% | 0.2740 | 370.34 | 44.12% | 51.17 | 18.93 | 312.90 | 59.05% | 28.62 | 53.81 | 22.55 | (34.88) | 353.59 | 49.22% | 43.73 | 28.23 | 7.45 | (9.30) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-09 | 2.05% | 0.2712 | 352.45 | 51.55% | 44.48 | 30.14 | 312.90 | 59.05% | 28.42 | 53.63 | 16.06 | (23.49) | 342.86 | 49.22% | 37.15 | 32.40 | 7.33 | (2.26) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-10 | 2.04% | 0.2685 | 355.49 | 50.29% | 45.29 | 27.94 | 312.90 | 59.05% | 28.22 | 53.46 | 17.07 | (25.52) | 343.59 | 49.22% | 37.38 | 31.93 | 7.91 | (3.99) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-13 | 2.04% | 0.2603 | 356.41 | 49.14% | 44.51 | 26.29 | 312.90 | 59.05% | 27.62 | 52.90 | 16.89 | (26.62) | 341.77 | 49.22% | 35.79 | 32.21 | 8.72 | (5.92) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-14 | 2.07% | 0.2575 | 347.64 | 49.51% | 39.21 | 29.76 | 312.90 | 59.05% | 27.42 | 52.71 | 11.79 | (22.94) | 332.76 | 49.22% | 30.69 | 36.13 | 8.52 | (6.37) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-15 | 2.07% | 0.2548 | 338.69 | 50.06% | 34.27 | 33.80 | 312.90 | 59.05% | 27.21 | 52.53 | 7.05 | (18.73) | 326.12 | 49.22% | 27.14 | 39.24 | 7.13 | (5.44) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-16 | 2.06% | 0.2521 | 335.45 | 50.28% | 32.46 | 35.25 | 312.90 | 59.05% | 27.00 | 52.34 | 5.45 | (17.09) | 324.18 | 49.22% | 26.02 | 40.07 | 6.44 | (4.82) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-07 | 2.05% | 0.2767 | 379.57 | 41.33% | 33.65 | 31.93 | 312.90 | 59.05% | 17.69 | 82.64 | 15.96 | (50.70) | 356.30 | 49.22% | 28.00 | 49.55 | 5.66 | (17.61) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-08 | 2.05% | 0.2740 | 370.34 | 44.12% | 30.76 | 38.29 | 312.90 | 59.05% | 17.51 | 82.48 | 13.24 | (44.19) | 353.59 | 49.22% | 26.58 | 50.86 | 4.18 | (12.57) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-09 | 2.05% | 0.2712 | 352.45 | 51.55% | 27.57 | 53.02 | 312.90 | 59.05% | 17.34 | 82.32 | 10.24 | (29.31) | 342.86 | 49.22% | 21.83 | 56.87 | 5.74 | (3.85) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-10 | 2.04% | 0.2685 | 355.49 | 50.29% | 27.84 | 50.27 | 312.90 | 59.05% | 17.15 | 82.17 | 10.68 | (31.90) | 343.59 | 49.22% | 21.94 | 56.28 | 5.89 | (6.01) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-13 | 2.04% | 0.2603 | 356.41 | 49.14% | 26.84 | 48.41 | 312.90 | 59.05% | 16.61 | 81.69 | 10.23 | (33.28) | 341.77 | 49.22% | 20.69 | 56.89 | 6.15 | (8.48) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-14 | 2.07% | 0.2575 | 347.64 | 49.51% | 23.08 | 53.42 | 312.90 | 59.05% | 16.44 | 81.51 | 6.64 | (28.09) | 332.76 | 49.22% | 17.18 | 62.40 | 5.91 | (8.98) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-15 | 2.07% | 0.2548 | 338.69 | 50.06% | 19.70 | 59.02 | 312.90 | 59.05% | 16.25 | 81.36 | 3.45 | (22.34) | 326.12 | 49.22% | 14.79 | 66.68 | 4.91 | (7.66) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-16 | 2.06% | 0.2521 | 335.45 | 50.28% | 18.46 | 61.04 | 312.90 | 59.05% | 16.07 | 81.20 | 2.39 | (20.16) | 324.18 | 49.22% | 14.02 | 67.87 | 4.44 | (6.83) |
| TSLA | 2018-11-16 | $420.00 | 2018-08-07 | 2.05% | 0.2767 | 379.57 | 41.33% | 18.74 | 56.80 | 312.90 | 59.05% | 10.60 | 115.32 | 8.14 | (58.53) | 356.30 | 49.22% | 16.41 | 77.73 | 2.34 | (20.93) |
| TSLA | 2018-11-16 | $420.00 | 2018-08-08 | 2.05% | 0.2740 | 370.34 | 44.12% | 17.34 | 64.65 | 312.90 | 59.05% | 10.48 | 115.20 | 6.88 | (50.56) | 353.59 | 49.22% | 15.41 | 79.46 | 1.93 | (14.82) |
| TSLA | 2018-11-16 | $420.00 | 2018-08-09 | 2.05% | 0.2712 | 352.45 | 51.55% | 16.40 | 81.62 | 312.90 | 59.05% | 10.31 | 115.08 | 6.08 | (33.46) | 342.86 | 49.22% | 12.23 | 87.04 | 4.17 | (5.42) |
| TSLA | 2018-11-16 | $420.00 | 2018-08-10 | 2.04% | 0.2685 | 355.49 | 50.29% | 16.35 | 78.56 | 312.90 | 59.05% | 10.17 | 114.97 | 6.18 | (36.40) | 343.59 | 49.22% | 12.27 | 86.39 | 4.08 | (7.82) |
| TSLA | 2018-11-16 | $420.00 | 2018-08-13 | 2.04% | 0.2603 | 356.41 | 49.14% | 15.38 | 76.73 | 312.90 | 59.05% | 9.73 | 114.59 | 5.65 | (37.86) | 341.77 | 49.22% | 11.36 | 87.35 | 4.02 | (10.62) |
| TSLA | 2018-11-16 | $420.00 | 2018-08-14 | 2.07% | 0.2575 | 347.64 | 49.51% | 12.91 | 83.04 | 312.90 | 59.05% | 9.59 | 114.45 | 3.32 | (31.41) | 332.76 | 49.22% | 9.12 | 94.13 | 3.79 | (11.10) |
| TSLA | 2018-11-16 | $420.00 | 2018-08-15 | 2.07% | 0.2548 | 338.69 | 50.06% | 10.77 | 89.88 | 312.90 | 59.05% | 9.44 | 114.34 | 1.33 | (24.46) | 326.12 | 49.22% | 7.64 | 99.33 | 3.13 | (9.45) |
| TSLA | 2018-11-16 | $420.00 | 2018-08-16 | 2.06% | 0.2521 | 335.45 | 50.28% | 9.98 | 92.35 | 312.90 | 59.05% | 9.29 | 114.21 | 0.69 | (21.86) | 324.18 | 49.22% | 7.16 | 100.80 | 2.82 | (8.45) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| | | | | | | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2018-11-16 | $460.00 | 2018-08-07 | 2.05% | 0.2767 | 379.57 | 41.33% | 9.79 | 87.62 | 312.90 | 59.05% | 6.25 | 150.74 | 3.54 | (63.12) | 356.30 | 49.22% | 9.26 | 110.36 | 0.53 | (22.74) |
| TSLA | 2018-11-16 | $460.00 | 2018-08-08 | 2.05% | 0.2740 | 370.34 | 44.12% | 9.26 | 96.34 | 312.90 | 59.05% | 6.14 | 150.66 | 3.12 | (54.31) | 353.59 | 49.22% | 8.60 | 112.43 | 0.66 | (16.09) |
| TSLA | 2018-11-16 | $460.00 | 2018-08-09 | 2.05% | 0.2712 | 352.45 | 51.55% | 9.43 | 114.43 | 312.90 | 59.05% | 6.03 | 150.57 | 3.41 | (36.14) | 342.86 | 49.22% | 6.59 | 121.18 | 2.84 | (6.75) |
| TSLA | 2018-11-16 | $460.00 | 2018-08-10 | 2.04% | 0.2685 | 355.49 | 50.29% | 9.25 | 111.25 | 312.90 | 59.05% | 5.92 | 150.50 | 3.34 | (39.25) | 343.59 | 49.22% | 6.60 | 120.50 | 2.66 | (9.24) |
| TSLA | 2018-11-16 | $460.00 | 2018-08-13 | 2.05% | 0.2603 | 356.41 | 49.14% | 8.45 | 109.59 | 312.90 | 59.05% | 5.59 | 150.24 | 2.86 | (40.64) | 341.77 | 49.22% | 5.99 | 121.77 | 2.46 | (12.18) |
| TSLA | 2018-11-16 | $460.00 | 2018-08-14 | 2.07% | 0.2575 | 347.64 | 49.51% | 6.93 | 116.84 | 312.90 | 59.05% | 5.48 | 150.13 | 1.45 | (33.29) | 332.76 | 49.22% | 4.65 | 129.45 | 2.28 | (12.60) |
| TSLA | 2018-11-16 | $460.00 | 2018-08-15 | 2.06% | 0.2548 | 338.69 | 50.06% | 5.66 | 124.56 | 312.90 | 59.05% | 5.37 | 150.06 | 0.29 | (25.50) | 326.12 | 49.22% | 3.79 | 135.27 | 1.87 | (10.71) |
| TSLA | 2018-11-16 | $460.00 | 2018-08-16 | 2.06% | 0.2521 | 335.45 | 50.28% | 5.19 | 127.35 | 312.90 | 59.05% | 5.26 | 149.98 | (0.08) | (22.62) | 324.18 | 49.22% | 3.51 | 136.94 | 1.68 | (9.59) |
| TSLA | 2018-11-16 | $500.00 | 2018-08-07 | 2.05% | 0.2767 | 379.57 | 41.33% | 4.85 | 122.45 | 312.90 | 59.05% | 3.64 | 187.90 | 1.21 | (65.46) | 356.30 | 49.22% | 5.07 | 145.94 | (0.23) | (23.50) |
| TSLA | 2018-11-16 | $500.00 | 2018-08-08 | 2.05% | 0.2740 | 370.34 | 44.12% | 4.73 | 131.59 | 312.90 | 59.05% | 3.56 | 187.85 | 1.17 | (56.26) | 353.59 | 49.22% | 4.65 | 148.26 | 0.08 | (16.67) |
| TSLA | 2018-11-16 | $500.00 | 2018-08-09 | 2.05% | 0.2712 | 352.45 | 51.55% | 5.29 | 150.06 | 312.90 | 59.05% | 3.48 | 187.80 | 1.81 | (37.74) | 342.86 | 49.22% | 3.45 | 157.82 | 1.83 | (7.76) |
| TSLA | 2018-11-16 | $500.00 | 2018-08-10 | 2.04% | 0.2685 | 355.49 | 50.29% | 5.09 | 146.87 | 312.90 | 59.05% | 3.40 | 187.76 | 1.69 | (40.90) | 343.59 | 49.22% | 3.44 | 157.12 | 1.65 | (10.25) |
| TSLA | 2018-11-16 | $500.00 | 2018-08-13 | 2.05% | 0.2603 | 356.41 | 49.14% | 4.49 | 145.42 | 312.90 | 59.05% | 3.17 | 187.60 | 1.33 | (42.18) | 341.77 | 49.22% | 3.06 | 158.63 | 1.43 | (13.20) |
| TSLA | 2018-11-16 | $500.00 | 2018-08-14 | 2.07% | 0.2575 | 347.64 | 49.51% | 3.60 | 153.30 | 312.90 | 59.05% | 3.09 | 187.53 | 0.51 | (34.22) | 332.76 | 49.22% | 2.30 | 166.88 | 1.30 | (13.58) |
| TSLA | 2018-11-16 | $500.00 | 2018-08-15 | 2.06% | 0.2548 | 338.69 | 50.06% | 2.88 | 161.57 | 312.90 | 59.05% | 3.01 | 187.49 | (0.13) | (25.92) | 326.12 | 49.22% | 1.82 | 173.09 | 1.06 | (11.51) |
| TSLA | 2018-11-16 | $500.00 | 2018-08-16 | 2.06% | 0.2521 | 335.45 | 50.28% | 2.61 | 164.57 | 312.90 | 59.05% | 2.94 | 187.44 | (0.32) | (22.87) | 324.18 | 49.22% | 1.67 | 174.89 | 0.95 | (10.32) |
| TSLA | 2018-12-21 | $300.00 | 2018-08-07 | 2.05% | 0.3726 | 379.57 | 37.96% | 87.74 | 5.89 | 312.90 | 56.68% | 49.95 | 34.76 | 37.79 | (28.88) | 356.30 | 49.10% | 74.97 | 16.39 | 12.77 | (10.50) |
| TSLA | 2018-12-21 | $300.00 | 2018-08-08 | 2.05% | 0.3699 | 370.34 | 41.82% | 81.72 | 9.11 | 312.90 | 56.68% | 49.79 | 34.62 | 31.93 | (25.51) | 353.59 | 49.10% | 72.75 | 16.90 | 8.96 | (7.78) |
| TSLA | 2018-12-21 | $300.00 | 2018-08-09 | 2.05% | 0.3671 | 352.45 | 49.42% | 71.96 | 17.26 | 312.90 | 56.68% | 49.63 | 34.48 | 22.32 | (17.22) | 342.86 | 49.10% | 64.57 | 19.47 | 7.38 | (2.21) |
| TSLA | 2018-12-21 | $300.00 | 2018-08-10 | 2.04% | 0.3644 | 355.49 | 47.66% | 73.01 | 15.30 | 312.90 | 56.68% | 49.47 | 34.34 | 23.55 | (19.04) | 343.59 | 49.10% | 64.97 | 19.16 | 8.04 | (3.86) |
| TSLA | 2018-12-21 | $300.00 | 2018-08-13 | 2.05% | 0.3562 | 356.41 | 46.99% | 72.94 | 14.35 | 312.90 | 56.68% | 48.99 | 33.90 | 23.95 | (19.55) | 341.77 | 49.10% | 63.23 | 19.28 | 9.71 | (4.93) |
| TSLA | 2018-12-21 | $300.00 | 2018-08-14 | 2.07% | 0.3534 | 347.64 | 47.49% | 66.40 | 16.57 | 312.90 | 56.68% | 48.83 | 33.74 | 17.57 | (17.17) | 332.76 | 49.10% | 56.65 | 21.71 | 9.75 | (5.13) |
| TSLA | 2018-12-21 | $300.00 | 2018-08-15 | 2.07% | 0.3507 | 338.69 | 47.90% | 59.92 | 19.07 | 312.90 | 56.68% | 48.66 | 33.60 | 11.25 | (14.53) | 326.12 | 49.10% | 51.93 | 23.65 | 7.98 | (4.59) |
| TSLA | 2018-12-21 | $300.00 | 2018-08-16 | 2.06% | 0.3479 | 335.45 | 48.16% | 57.63 | 20.03 | 312.90 | 56.68% | 48.50 | 33.45 | 9.13 | (13.42) | 324.18 | 49.10% | 50.49 | 24.16 | 7.14 | (4.13) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-07 | 2.05% | 0.3726 | 379.57 | 37.96% | 58.30 | 16.14 | 312.90 | 56.68% | 33.45 | 57.95 | 24.85 | (41.82) | 356.30 | 49.10% | 51.44 | 32.55 | 6.86 | (16.41) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-08 | 2.05% | 0.3699 | 370.34 | 41.82% | 54.62 | 21.72 | 312.90 | 56.68% | 33.28 | 57.81 | 21.34 | (36.09) | 353.59 | 49.10% | 49.59 | 33.43 | 5.03 | (11.71) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-09 | 2.05% | 0.3671 | 352.45 | 49.42% | 48.98 | 33.98 | 312.90 | 56.68% | 33.11 | 57.66 | 15.86 | (23.68) | 342.86 | 49.10% | 42.99 | 37.58 | 5.99 | (3.60) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-10 | 2.04% | 0.3644 | 355.49 | 47.66% | 49.27 | 31.27 | 312.90 | 56.68% | 32.94 | 57.52 | 16.33 | (26.26) | 343.59 | 49.10% | 43.25 | 37.14 | 6.03 | (5.88) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-13 | 2.05% | 0.3562 | 356.41 | 46.99% | 48.86 | 29.97 | 312.90 | 56.68% | 32.44 | 57.07 | 16.41 | (27.09) | 341.77 | 49.10% | 41.73 | 37.48 | 7.13 | (7.51) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-14 | 2.07% | 0.3534 | 347.64 | 47.49% | 43.73 | 33.61 | 312.90 | 56.68% | 32.28 | 56.90 | 11.44 | (23.29) | 332.76 | 49.10% | 36.56 | 41.32 | 7.17 | (7.71) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-15 | 2.07% | 0.3507 | 338.69 | 47.90% | 38.71 | 37.57 | 312.90 | 56.68% | 32.11 | 56.76 | 6.60 | (19.19) | 326.12 | 49.10% | 32.91 | 44.34 | 5.80 | (6.77) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-16 | 2.06% | 0.3479 | 335.45 | 48.16% | 36.96 | 39.08 | 312.90 | 56.68% | 31.94 | 56.61 | 5.02 | (17.52) | 324.18 | 49.10% | 31.78 | 45.16 | 5.18 | (6.08) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-07 | 2.05% | 0.3726 | 379.57 | 37.96% | 36.14 | 33.68 | 312.90 | 56.68% | 21.92 | 86.12 | 14.22 | (52.45) | 356.30 | 49.10% | 34.06 | 54.87 | 2.08 | (21.19) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-08 | 2.05% | 0.3699 | 370.34 | 41.82% | 34.52 | 41.31 | 312.90 | 56.68% | 21.77 | 85.99 | 12.76 | (44.68) | 353.59 | 49.10% | 32.60 | 56.13 | 1.93 | (14.82) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-09 | 2.05% | 0.3671 | 352.45 | 49.42% | 32.16 | 56.86 | 312.90 | 56.68% | 21.61 | 85.86 | 10.55 | (29.00) | 342.86 | 49.10% | 27.58 | 61.87 | 4.58 | (5.01) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-10 | 2.04% | 0.3644 | 355.49 | 47.66% | 31.93 | 53.63 | 312.90 | 56.68% | 21.45 | 85.74 | 10.48 | (32.11) | 343.59 | 49.10% | 27.73 | 61.33 | 4.20 | (7.70) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-13 | 2.05% | 0.3562 | 356.41 | 46.99% | 31.33 | 52.15 | 312.90 | 56.68% | 20.99 | 85.32 | 10.33 | (33.17) | 341.77 | 49.10% | 26.48 | 61.95 | 4.84 | (9.80) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-14 | 2.07% | 0.3534 | 347.64 | 47.49% | 27.57 | 57.16 | 312.90 | 56.68% | 20.84 | 85.17 | 6.73 | (28.01) | 332.76 | 49.10% | 22.67 | 67.15 | 4.90 | (9.98) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-15 | 2.07% | 0.3507 | 338.69 | 47.90% | 23.95 | 62.53 | 312.90 | 56.68% | 20.68 | 85.04 | 3.27 | (22.52) | 326.12 | 49.10% | 20.04 | 71.18 | 3.92 | (8.65) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-16 | 2.06% | 0.3479 | 335.45 | 48.16% | 22.71 | 64.54 | 312.90 | 56.68% | 20.53 | 84.91 | 2.18 | (20.37) | 324.18 | 49.10% | 19.20 | 72.30 | 3.50 | (7.76) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-07 | 2.05% | 0.3726 | 379.57 | 37.96% | 21.05 | 58.28 | 312.90 | 56.68% | 14.15 | 118.05 | 6.90 | (59.76) | 356.30 | 49.10% | 21.90 | 82.41 | (0.85) | (24.12) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-08 | 2.05% | 0.3699 | 370.34 | 41.82% | 20.79 | 67.28 | 312.90 | 56.68% | 14.01 | 117.94 | 6.77 | (50.66) | 353.59 | 49.10% | 20.81 | 84.04 | (0.02) | (16.77) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-09 | 2.05% | 0.3671 | 352.45 | 49.42% | 20.51 | 84.91 | 312.90 | 56.68% | 13.88 | 117.83 | 6.63 | (32.92) | 342.86 | 49.10% | 17.18 | 91.17 | 3.33 | (6.26) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-10 | 2.04% | 0.3644 | 355.49 | 47.66% | 20.01 | 81.41 | 312.90 | 56.68% | 13.75 | 117.73 | 6.27 | (36.32) | 343.59 | 49.10% | 17.26 | 90.56 | 2.76 | (9.14) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-13 | 2.05% | 0.3562 | 356.41 | 46.99% | 19.37 | 79.91 | 312.90 | 56.68% | 13.35 | 117.39 | 6.02 | (37.49) | 341.77 | 49.10% | 16.29 | 91.47 | 3.08 | (11.56) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-14 | 2.07% | 0.3534 | 347.64 | 47.49% | 16.78 | 86.08 | 312.90 | 56.68% | 13.22 | 117.26 | 3.56 | (31.18) | 332.76 | 49.10% | 13.63 | 97.81 | 3.15 | (11.73) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-15 | 2.07% | 0.3507 | 338.69 | 47.90% | 14.32 | 92.60 | 312.90 | 56.68% | 13.09 | 117.16 | 1.23 | (24.56) | 326.12 | 49.10% | 11.82 | 102.68 | 2.50 | (10.08) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-16 | 2.06% | 0.3479 | 335.45 | 48.16% | 13.48 | 95.03 | 312.90 | 56.68% | 12.96 | 117.05 | 0.52 | (22.02) | 324.18 | 49.10% | 11.24 | 104.06 | 2.24 | (9.03) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|------|-----------|--------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2018-12-21 | $460.00 | 2018-08-07 | 2.05% | 0.3726 | 379.57 | 37.96% | 11.62 | 88.55 | 312.90 | 56.68% | 9.03 | 152.63 | 2.59 | (64.08) | 356.30 | 49.10% | 13.77 | 113.97 | (2.15) | (25.42) |
| TSLA | 2018-12-21 | $460.00 | 2018-08-08 | 2.05% | 0.3699 | 370.34 | 41.82% | 12.02 | 98.21 | 312.90 | 56.68% | 8.92 | 152.55 | 3.10 | (54.34) | 353.59 | 49.10% | 12.98 | 115.91 | (0.95) | (17.70) |
| TSLA | 2018-12-21 | $460.00 | 2018-08-09 | 2.05% | 0.3671 | 352.45 | 49.42% | 12.78 | 116.89 | 312.90 | 56.68% | 8.82 | 152.46 | 3.97 | (35.58) | 342.86 | 49.10% | 10.45 | 124.15 | 2.33 | (7.26) |
| TSLA | 2018-12-21 | $460.00 | 2018-08-10 | 2.04% | 0.3644 | 355.49 | 47.66% | 12.22 | 113.32 | 312.90 | 56.68% | 8.71 | 152.40 | 3.51 | (39.08) | 343.59 | 49.10% | 10.49 | 123.50 | 1.73 | (10.18) |
| TSLA | 2018-12-21 | $460.00 | 2018-08-13 | 2.05% | 0.3562 | 356.41 | 46.99% | 11.64 | 111.88 | 312.90 | 56.68% | 8.39 | 152.14 | 3.24 | (40.26) | 341.77 | 49.10% | 9.79 | 124.67 | 1.85 | (12.79) |
| TSLA | 2018-12-21 | $460.00 | 2018-08-14 | 2.07% | 0.3534 | 347.64 | 47.49% | 9.93 | 118.94 | 312.90 | 56.68% | 8.29 | 152.03 | 1.64 | (33.09) | 332.76 | 49.10% | 8.00 | 131.89 | 1.93 | (12.95) |
| TSLA | 2018-12-21 | $460.00 | 2018-08-15 | 2.06% | 0.3507 | 338.69 | 47.90% | 8.33 | 126.33 | 312.90 | 56.68% | 8.18 | 151.97 | 0.15 | (25.64) | 326.12 | 49.10% | 6.81 | 137.38 | 1.52 | (11.05) |
| TSLA | 2018-12-21 | $460.00 | 2018-08-16 | 2.06% | 0.3479 | 335.45 | 48.16% | 7.79 | 129.05 | 312.90 | 56.68% | 8.08 | 151.89 | (0.29) | (22.83) | 324.18 | 49.10% | 6.42 | 138.95 | 1.37 | (9.90) |
| TSLA | 2018-12-21 | $500.00 | 2018-08-07 | 2.05% | 0.3726 | 379.57 | 37.96% | 6.14 | 122.76 | 312.90 | 56.68% | 5.73 | 188.90 | 0.41 | (66.25) | 356.30 | 49.10% | 8.50 | 148.40 | (2.36) | (25.63) |
| TSLA | 2018-12-21 | $500.00 | 2018-08-08 | 2.05% | 0.3699 | 370.34 | 41.82% | 6.73 | 132.61 | 312.90 | 56.68% | 5.64 | 188.96 | 1.09 | (56.35) | 353.59 | 49.10% | 7.95 | 150.58 | (1.22) | (17.97) |
| TSLA | 2018-12-21 | $500.00 | 2018-08-09 | 2.05% | 0.3671 | 352.45 | 49.42% | 7.83 | 151.63 | 312.90 | 56.68% | 5.56 | 188.91 | 2.27 | (37.28) | 342.86 | 49.10% | 6.26 | 159.65 | 1.58 | (8.01) |
| TSLA | 2018-12-21 | $500.00 | 2018-08-10 | 2.04% | 0.3644 | 355.49 | 47.66% | 7.31 | 148.11 | 312.90 | 56.68% | 5.48 | 188.87 | 1.83 | (40.76) | 343.59 | 49.10% | 6.27 | 158.98 | 1.04 | (10.86) |
| TSLA | 2018-12-21 | $500.00 | 2018-08-13 | 2.05% | 0.3562 | 356.41 | 46.99% | 6.83 | 146.79 | 312.90 | 56.68% | 5.23 | 188.69 | 1.60 | (41.91) | 341.77 | 49.10% | 5.77 | 160.36 | 1.06 | (13.57) |
| TSLA | 2018-12-21 | $500.00 | 2018-08-14 | 2.07% | 0.3534 | 347.64 | 47.49% | 5.75 | 154.47 | 312.90 | 56.68% | 5.16 | 188.61 | 0.60 | (34.14) | 332.76 | 49.10% | 4.61 | 168.21 | 1.14 | (13.74) |
| TSLA | 2018-12-21 | $500.00 | 2018-08-15 | 2.06% | 0.3507 | 338.69 | 47.90% | 4.75 | 162.46 | 312.90 | 56.68% | 5.07 | 188.57 | (0.33) | (26.11) | 326.12 | 49.10% | 3.86 | 174.18 | 0.89 | (11.68) |
| TSLA | 2018-12-21 | $500.00 | 2018-08-16 | 2.06% | 0.3479 | 335.45 | 48.16% | 4.41 | 165.39 | 312.90 | 56.68% | 4.99 | 188.52 | (0.58) | (23.12) | 324.18 | 49.10% | 3.61 | 175.85 | 0.81 | (10.46) |
| TSLA | 2019-01-18 | $300.00 | 2018-08-07 | 2.22% | 0.4493 | 379.57 | 36.75% | 89.47 | 6.92 | 312.90 | 55.39% | 53.29 | 37.41 | 36.18 | (30.49) | 356.30 | 48.97% | 78.53 | 19.25 | 10.94 | (12.33) |
| TSLA | 2019-01-18 | $300.00 | 2018-08-08 | 2.23% | 0.4466 | 370.34 | 40.92% | 84.03 | 10.72 | 312.90 | 55.39% | 53.15 | 37.27 | 30.88 | (26.56) | 353.59 | 48.97% | 76.35 | 19.79 | 7.68 | (9.07) |
| TSLA | 2019-01-18 | $300.00 | 2018-08-09 | 2.24% | 0.4438 | 352.45 | 48.36% | 74.92 | 19.51 | 312.90 | 55.39% | 53.01 | 37.14 | 21.91 | (17.64) | 342.86 | 48.97% | 68.27 | 22.45 | 6.65 | (2.94) |
| TSLA | 2019-01-18 | $300.00 | 2018-08-10 | 2.22% | 0.4411 | 355.49 | 46.69% | 75.89 | 17.47 | 312.90 | 55.39% | 52.86 | 37.03 | 23.03 | (19.56) | 343.59 | 48.97% | 68.66 | 22.15 | 7.22 | (4.68) |
| TSLA | 2019-01-18 | $300.00 | 2018-08-13 | 2.21% | 0.4329 | 356.41 | 45.94% | 75.71 | 16.45 | 312.90 | 55.39% | 52.42 | 36.66 | 23.29 | (20.21) | 341.77 | 48.97% | 66.95 | 22.33 | 8.76 | (5.88) |
| TSLA | 2019-01-18 | $300.00 | 2018-08-14 | 2.24% | 0.4301 | 347.64 | 46.41% | 69.28 | 18.76 | 312.90 | 55.39% | 52.29 | 36.51 | 16.98 | (17.75) | 332.76 | 48.97% | 60.45 | 24.81 | 8.83 | (6.05) |
| TSLA | 2019-01-18 | $300.00 | 2018-08-15 | 2.24% | 0.4274 | 338.69 | 46.85% | 62.90 | 21.38 | 312.90 | 55.39% | 52.13 | 36.40 | 10.77 | (15.02) | 326.12 | 48.97% | 55.75 | 26.80 | 7.15 | (5.43) |
| TSLA | 2019-01-18 | $300.00 | 2018-08-16 | 2.23% | 0.4247 | 335.45 | 47.00% | 60.58 | 22.30 | 312.90 | 55.39% | 51.99 | 36.26 | 8.59 | (13.96) | 324.18 | 48.97% | 54.33 | 27.32 | 6.25 | (5.01) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-07 | 2.22% | 0.4493 | 379.57 | 36.75% | 60.64 | 17.70 | 312.90 | 55.39% | 36.88 | 60.60 | 23.76 | (42.90) | 356.30 | 48.97% | 55.67 | 36.00 | 4.97 | (18.30) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-08 | 2.23% | 0.4466 | 370.34 | 40.92% | 57.60 | 23.89 | 312.90 | 55.39% | 36.74 | 60.46 | 20.87 | (36.57) | 353.59 | 48.97% | 53.84 | 36.87 | 3.77 | (12.98) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-09 | 2.24% | 0.4438 | 352.45 | 48.36% | 52.44 | 36.63 | 312.90 | 55.39% | 36.59 | 60.32 | 15.85 | (23.70) | 342.86 | 48.97% | 47.20 | 40.98 | 5.24 | (4.35) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-10 | 2.22% | 0.4411 | 355.49 | 46.69% | 52.69 | 33.89 | 312.90 | 55.39% | 36.43 | 60.21 | 16.26 | (26.33) | 343.59 | 48.97% | 47.47 | 40.57 | 5.21 | (6.69) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-13 | 2.21% | 0.4329 | 356.41 | 45.94% | 52.18 | 32.54 | 312.90 | 55.39% | 35.98 | 59.83 | 16.21 | (27.30) | 341.77 | 48.97% | 45.97 | 40.96 | 6.22 | (8.42) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-14 | 2.24% | 0.4301 | 347.64 | 46.41% | 47.06 | 36.16 | 312.90 | 55.39% | 35.84 | 59.67 | 11.22 | (23.51) | 332.76 | 48.97% | 40.75 | 44.73 | 6.32 | (8.56) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-15 | 2.24% | 0.4274 | 338.69 | 46.85% | 42.06 | 40.16 | 312.90 | 55.39% | 35.68 | 59.56 | 6.39 | (19.40) | 326.12 | 48.97% | 37.03 | 47.70 | 5.03 | (7.54) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-16 | 2.23% | 0.4247 | 335.45 | 47.00% | 40.24 | 41.58 | 312.90 | 55.39% | 35.53 | 59.42 | 4.71 | (17.84) | 324.18 | 48.97% | 35.89 | 48.50 | 4.35 | (6.91) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-07 | 2.22% | 0.4493 | 379.57 | 36.75% | 38.74 | 35.40 | 312.90 | 55.39% | 25.12 | 88.44 | 13.62 | (53.04) | 356.30 | 48.97% | 38.43 | 58.36 | 0.31 | (22.96) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-08 | 2.23% | 0.4466 | 370.34 | 40.92% | 37.72 | 43.61 | 312.90 | 55.39% | 24.98 | 88.31 | 12.74 | (44.70) | 353.59 | 48.97% | 36.95 | 59.59 | 0.77 | (15.98) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-09 | 2.24% | 0.4438 | 352.45 | 48.36% | 35.68 | 59.47 | 312.90 | 55.39% | 24.84 | 88.18 | 10.83 | (28.71) | 342.86 | 48.97% | 31.76 | 65.14 | 3.92 | (5.67) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-10 | 2.22% | 0.4411 | 355.49 | 46.69% | 35.43 | 56.23 | 312.90 | 55.39% | 24.69 | 88.09 | 10.73 | (31.85) | 343.59 | 48.97% | 31.93 | 64.64 | 3.50 | (8.41) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-13 | 2.21% | 0.4329 | 356.41 | 45.94% | 34.74 | 54.71 | 312.90 | 55.39% | 24.27 | 87.74 | 10.47 | (33.03) | 341.77 | 48.97% | 30.67 | 65.28 | 4.06 | (10.57) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-14 | 2.24% | 0.4301 | 347.64 | 46.41% | 30.89 | 59.61 | 312.90 | 55.39% | 24.13 | 87.59 | 6.76 | (27.98) | 332.76 | 48.97% | 26.69 | 70.28 | 4.21 | (10.67) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-15 | 2.22% | 0.4274 | 338.69 | 46.85% | 27.19 | 64.92 | 312.90 | 55.39% | 23.98 | 87.49 | 3.21 | (22.58) | 326.12 | 48.97% | 23.89 | 74.18 | 3.31 | (9.26) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-16 | 2.23% | 0.4247 | 335.45 | 47.00% | 25.84 | 66.81 | 312.90 | 55.39% | 23.85 | 87.36 | 1.99 | (20.55) | 324.18 | 48.97% | 23.02 | 75.25 | 2.82 | (8.45) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-07 | 2.22% | 0.4493 | 379.57 | 36.75% | 23.49 | 59.75 | 312.90 | 55.39% | 16.92 | 119.84 | 6.57 | (60.10) | 356.30 | 48.97% | 25.98 | 85.51 | (2.49) | (25.76) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-08 | 2.23% | 0.4466 | 370.34 | 40.92% | 23.76 | 69.25 | 312.90 | 55.39% | 16.80 | 119.73 | 6.96 | (50.47) | 353.59 | 48.97% | 24.82 | 87.07 | (1.07) | (17.82) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-09 | 2.24% | 0.4438 | 352.45 | 48.36% | 23.73 | 87.12 | 312.90 | 55.39% | 16.67 | 119.61 | 7.06 | (32.49) | 342.86 | 48.97% | 20.91 | 93.90 | 2.81 | (6.78) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-10 | 2.22% | 0.4411 | 355.49 | 46.69% | 23.21 | 83.63 | 312.90 | 55.39% | 16.54 | 119.55 | 6.67 | (35.92) | 343.59 | 48.97% | 21.02 | 93.34 | 2.19 | (9.71) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-13 | 2.21% | 0.4329 | 356.41 | 45.94% | 22.48 | 82.07 | 312.90 | 55.39% | 16.17 | 119.26 | 6.31 | (37.19) | 341.77 | 48.97% | 20.02 | 94.25 | 2.46 | (12.18) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-14 | 2.24% | 0.4301 | 347.64 | 46.41% | 19.73 | 88.06 | 312.90 | 55.39% | 16.05 | 119.12 | 3.68 | (31.06) | 332.76 | 48.97% | 17.09 | 100.31 | 2.64 | (12.24) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-15 | 2.22% | 0.4274 | 338.69 | 46.85% | 17.12 | 94.46 | 312.90 | 55.39% | 15.92 | 119.05 | 1.20 | (24.59) | 326.12 | 48.97% | 15.07 | 104.99 | 2.05 | (10.53) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-16 | 2.23% | 0.4247 | 335.45 | 47.00% | 16.16 | 96.75 | 312.90 | 55.39% | 15.80 | 118.94 | 0.36 | (22.19) | 324.18 | 48.97% | 14.44 | 106.29 | 1.72 | (9.55) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-07 | 2.22% | 0.4493 | 379.57 | 36.75% | 13.62 | 89.48 | 312.90 | 55.39% | 11.31 | 153.84 | 2.31 | (64.36) | 356.30 | 48.97% | 17.27 | 116.41 | (3.66) | (26.93) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-08 | 2.23% | 0.4466 | 370.34 | 40.92% | 14.49 | 99.59 | 312.90 | 55.39% | 11.21 | 153.75 | 3.28 | (54.15) | 353.59 | 48.97% | 16.41 | 118.26 | (1.92) | (18.66) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-09 | 2.24% | 0.4438 | 352.45 | 48.36% | 15.51 | 118.51 | 312.90 | 55.39% | 11.11 | 153.65 | 4.41 | (35.14) | 342.86 | 48.97% | 13.55 | 126.14 | 1.96 | (7.63) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-10 | 2.22% | 0.4411 | 355.49 | 46.69% | 14.90 | 114.93 | 312.90 | 55.39% | 11.00 | 153.61 | 3.90 | (38.68) | 343.59 | 48.97% | 13.61 | 125.54 | 1.29 | (10.61) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-13 | 2.21% | 0.4329 | 356.41 | 45.94% | 14.23 | 113.44 | 312.90 | 55.39% | 10.69 | 153.40 | 3.54 | (39.96) | 341.77 | 48.97% | 12.85 | 126.69 | 1.18 | (13.26) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-14 | 2.22% | 0.4301 | 347.64 | 46.41% | 12.33 | 120.28 | 312.90 | 55.39% | 10.59 | 153.27 | 1.75 | (32.99) | 332.76 | 48.97% | 10.77 | 133.60 | 1.56 | (13.32) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-15 | 2.22% | 0.4274 | 338.69 | 46.85% | 10.56 | 127.53 | 312.90 | 55.39% | 10.48 | 153.23 | 0.08 | (25.71) | 326.12 | 48.97% | 9.36 | 138.89 | 1.20 | (11.37) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-16 | 2.23% | 0.4247 | 335.45 | 47.00% | 9.90 | 130.12 | 312.90 | 55.39% | 10.38 | 153.14 | (0.48) | (23.02) | 324.18 | 48.97% | 8.91 | 140.39 | 0.99 | (10.27) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-07 | 2.22% | 0.4493 | 379.57 | 36.75% | 7.61 | 123.08 | 312.90 | 55.39% | 7.53 | 189.66 | 0.09 | (66.58) | 356.30 | 48.97% | 11.35 | 150.08 | (3.73) | (27.00) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-08 | 2.23% | 0.4466 | 370.34 | 40.92% | 8.62 | 133.32 | 312.90 | 55.39% | 7.45 | 189.59 | 1.17 | (56.26) | 353.59 | 48.97% | 10.71 | 152.17 | (2.10) | (18.84) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-09 | 2.24% | 0.4438 | 352.45 | 48.36% | 10.01 | 152.61 | 312.90 | 55.39% | 7.36 | 189.51 | 2.64 | (36.90) | 342.86 | 48.97% | 8.68 | 160.88 | 1.33 | (8.26) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-10 | 2.22% | 0.4411 | 355.49 | 46.69% | 9.42 | 149.06 | 312.90 | 55.39% | 7.28 | 189.50 | 2.14 | (40.44) | 343.59 | 48.97% | 8.71 | 160.25 | 0.71 | (11.19) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-13 | 2.21% | 0.4329 | 356.41 | 45.94% | 8.85 | 147.68 | 312.90 | 55.39% | 7.03 | 189.36 | 1.83 | (41.68) | 341.77 | 48.97% | 8.14 | 161.61 | 0.71 | (13.93) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-14 | 2.22% | 0.4301 | 347.64 | 46.41% | 7.59 | 155.15 | 312.90 | 55.39% | 6.95 | 189.25 | 0.64 | (34.10) | 332.76 | 48.97% | 6.71 | 169.15 | 0.88 | (14.00) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-15 | 2.22% | 0.4274 | 338.69 | 46.85% | 6.42 | 163.00 | 312.90 | 55.39% | 6.86 | 189.24 | (0.45) | (26.23) | 326.12 | 48.97% | 5.74 | 174.90 | 0.67 | (11.90) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-16 | 2.23% | 0.4247 | 335.45 | 47.00% | 5.98 | 165.82 | 312.90 | 55.39% | 6.78 | 189.17 | (0.80) | (23.35) | 324.18 | 48.97% | 5.43 | 176.54 | 0.54 | (10.72) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-07 | 2.22% | 0.5260 | 379.57 | 38.03% | 92.37 | 9.32 | 312.90 | 54.62% | 56.47 | 40.09 | 35.90 | (30.77) | 356.30 | 49.97% | 82.65 | 22.87 | 9.72 | (13.55) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-08 | 2.23% | 0.5233 | 370.34 | 40.48% | 86.27 | 12.45 | 312.90 | 54.62% | 56.35 | 39.96 | 29.92 | (27.52) | 353.59 | 49.97% | 80.51 | 23.44 | 5.76 | (10.99) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-09 | 2.24% | 0.5205 | 352.45 | 47.77% | 77.75 | 21.83 | 312.90 | 54.62% | 56.23 | 39.84 | 21.53 | (18.02) | 342.86 | 49.97% | 72.52 | 26.18 | 5.24 | (4.35) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-10 | 2.22% | 0.5178 | 355.49 | 46.50% | 78.90 | 19.98 | 312.90 | 54.62% | 56.08 | 39.75 | 22.82 | (19.76) | 343.59 | 49.97% | 72.91 | 25.89 | 6.00 | (5.90) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-13 | 2.21% | 0.5096 | 356.41 | 45.44% | 78.44 | 18.67 | 312.90 | 54.62% | 55.68 | 39.41 | 22.76 | (20.74) | 341.77 | 49.97% | 71.23 | 26.10 | 7.21 | (7.42) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-14 | 2.24% | 0.5068 | 347.64 | 45.77% | 72.00 | 20.97 | 312.90 | 54.62% | 55.57 | 39.27 | 16.43 | (18.30) | 332.76 | 49.97% | 64.78 | 28.63 | 7.22 | (7.66) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-15 | 2.22% | 0.5041 | 338.69 | 46.19% | 65.69 | 23.66 | 312.90 | 54.62% | 55.42 | 39.18 | 10.27 | (15.51) | 326.12 | 49.97% | 60.11 | 30.65 | 5.58 | (6.99) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-16 | 2.23% | 0.5014 | 335.45 | 46.60% | 63.62 | 24.83 | 312.90 | 54.62% | 55.29 | 39.05 | 8.33 | (14.22) | 324.18 | 49.97% | 58.70 | 31.18 | 4.92 | (6.35) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-07 | 2.22% | 0.5260 | 379.57 | 38.03% | 64.74 | 21.22 | 312.90 | 54.62% | 40.19 | 63.34 | 24.55 | (42.12) | 356.30 | 49.97% | 60.55 | 40.30 | 4.19 | (19.08) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-08 | 2.23% | 0.5233 | 370.34 | 40.48% | 60.48 | 26.19 | 312.90 | 54.62% | 40.06 | 63.21 | 20.42 | (37.02) | 353.59 | 49.97% | 58.71 | 41.18 | 1.76 | (14.99) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-09 | 2.24% | 0.5205 | 352.45 | 47.77% | 55.74 | 39.35 | 312.90 | 54.62% | 39.93 | 63.08 | 15.81 | (23.73) | 342.86 | 49.97% | 52.04 | 45.24 | 3.70 | (5.89) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-10 | 2.22% | 0.5178 | 355.49 | 46.50% | 56.27 | 36.90 | 312.90 | 54.62% | 39.78 | 62.99 | 16.49 | (26.09) | 343.59 | 49.97% | 52.32 | 44.85 | 3.95 | (7.95) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-13 | 2.21% | 0.5096 | 356.41 | 45.44% | 55.45 | 35.23 | 312.90 | 54.62% | 39.36 | 62.65 | 16.09 | (27.42) | 341.77 | 49.97% | 50.83 | 45.25 | 4.62 | (10.02) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-14 | 2.24% | 0.5068 | 347.64 | 45.77% | 50.22 | 38.74 | 312.90 | 54.62% | 39.24 | 62.50 | 10.98 | (23.75) | 332.76 | 49.97% | 45.54 | 48.94 | 4.68 | (10.20) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-15 | 2.22% | 0.5041 | 338.69 | 46.19% | 45.20 | 42.73 | 312.90 | 54.62% | 39.09 | 62.40 | 6.11 | (19.67) | 326.12 | 49.97% | 41.76 | 51.85 | 3.45 | (9.12) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-16 | 2.23% | 0.5014 | 335.45 | 46.60% | 43.63 | 44.40 | 312.90 | 54.62% | 38.96 | 62.27 | 4.67 | (17.87) | 324.18 | 49.97% | 40.60 | 52.63 | 3.03 | (8.24) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-07 | 2.22% | 0.5260 | 379.57 | 38.03% | 43.43 | 39.45 | 312.90 | 54.62% | 28.26 | 90.94 | 15.17 | (51.49) | 356.30 | 49.97% | 43.53 | 62.82 | (0.10) | (23.37) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-08 | 2.23% | 0.5233 | 370.34 | 40.48% | 40.84 | 46.09 | 312.90 | 54.62% | 28.13 | 90.82 | 12.70 | (44.73) | 353.59 | 49.97% | 42.02 | 64.02 | (1.18) | (17.93) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-09 | 2.24% | 0.5205 | 352.45 | 47.77% | 39.07 | 62.21 | 312.90 | 54.62% | 28.01 | 90.70 | 11.06 | (28.48) | 342.86 | 49.97% | 36.64 | 69.38 | 2.43 | (7.16) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-10 | 2.22% | 0.5178 | 355.49 | 46.50% | 39.14 | 59.31 | 312.90 | 54.62% | 27.87 | 90.62 | 11.28 | (31.31) | 343.59 | 49.97% | 36.84 | 68.90 | 2.31 | (9.59) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-13 | 2.21% | 0.5096 | 356.41 | 45.44% | 38.12 | 57.46 | 312.90 | 54.62% | 27.47 | 90.31 | 10.65 | (32.85) | 341.77 | 49.97% | 35.56 | 69.54 | 2.56 | (12.08) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-14 | 2.24% | 0.5068 | 347.64 | 45.77% | 34.08 | 62.16 | 312.90 | 54.62% | 27.35 | 90.16 | 6.73 | (28.00) | 332.76 | 49.97% | 31.39 | 74.34 | 2.70 | (12.18) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-15 | 2.22% | 0.5041 | 338.69 | 46.19% | 30.28 | 67.36 | 312.90 | 54.62% | 27.21 | 90.08 | 3.07 | (22.71) | 326.12 | 49.97% | 28.43 | 78.09 | 1.85 | (10.72) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-16 | 2.23% | 0.5014 | 335.45 | 46.60% | 29.14 | 69.47 | 312.90 | 54.62% | 27.08 | 89.95 | 2.06 | (20.48) | 324.18 | 49.97% | 27.52 | 79.11 | 1.62 | (9.64) |
| TSLA | 2019-02-15 | $420.00 | 2018-08-07 | 2.22% | 0.5260 | 379.57 | 38.03% | 28.06 | 63.62 | 312.90 | 54.62% | 19.71 | 121.93 | 8.35 | (58.32) | 356.30 | 49.97% | 30.85 | 89.67 | (2.79) | (26.06) |
| TSLA | 2019-02-15 | $420.00 | 2018-08-08 | 2.23% | 0.5233 | 370.34 | 40.48% | 26.72 | 71.51 | 312.90 | 54.62% | 19.60 | 121.82 | 7.12 | (50.32) | 353.59 | 49.97% | 29.64 | 91.17 | (2.91) | (19.66) |
| TSLA | 2019-02-15 | $420.00 | 2018-08-09 | 2.24% | 0.5205 | 352.45 | 47.77% | 26.91 | 89.59 | 312.90 | 54.62% | 19.49 | 121.71 | 7.42 | (32.12) | 342.86 | 49.97% | 25.43 | 97.71 | 1.47 | (8.12) |
| TSLA | 2019-02-15 | $420.00 | 2018-08-10 | 2.22% | 0.5178 | 355.49 | 46.50% | 26.70 | 86.41 | 312.90 | 54.62% | 19.36 | 121.66 | 7.34 | (35.25) | 343.59 | 49.97% | 25.56 | 97.17 | 1.14 | (10.76) |
| TSLA | 2019-02-15 | $420.00 | 2018-08-13 | 2.21% | 0.5096 | 356.41 | 45.44% | 25.64 | 84.53 | 312.90 | 54.62% | 19.00 | 121.40 | 6.63 | (36.87) | 341.77 | 49.97% | 24.51 | 98.04 | 1.12 | (13.51) |
| TSLA | 2019-02-15 | $420.00 | 2018-08-14 | 2.24% | 0.5068 | 347.64 | 45.77% | 22.64 | 90.26 | 312.90 | 54.62% | 18.90 | 121.25 | 3.74 | (30.99) | 332.76 | 49.97% | 21.32 | 103.82 | 1.32 | (13.56) |
| TSLA | 2019-02-15 | $420.00 | 2018-08-15 | 2.22% | 0.5041 | 338.69 | 46.19% | 19.87 | 96.51 | 312.90 | 54.62% | 18.77 | 121.19 | 1.10 | (24.69) | 326.12 | 49.97% | 19.08 | 108.29 | 0.79 | (11.78) |
| TSLA | 2019-02-15 | $420.00 | 2018-08-16 | 2.23% | 0.5014 | 335.45 | 46.60% | 19.08 | 98.96 | 312.90 | 54.62% | 18.66 | 121.08 | 0.42 | (22.12) | 324.18 | 49.97% | 18.38 | 109.53 | 0.70 | (10.57) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| | | | | | | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2019-02-15 | $460.00 | 2018-08-07 | 2.22% | 0.5260 | 379.57 | 38.03% | 17.58 | 92.66 | 312.90 | 54.62% | 13.69 | 155.44 | 3.89 | (62.78) | 356.30 | 49.97% | 21.63 | 119.99 | (4.06) | (27.33) |
| TSLA | 2019-02-15 | $460.00 | 2018-08-08 | 2.22% | 0.5233 | 370.34 | 40.48% | 17.05 | 101.37 | 312.90 | 54.62% | 13.59 | 155.35 | 3.46 | (53.98) | 353.59 | 49.97% | 20.68 | 121.75 | (3.63) | (20.38) |
| TSLA | 2019-02-15 | $460.00 | 2018-08-09 | 2.24% | 0.5205 | 352.45 | 47.77% | 18.29 | 120.51 | 312.90 | 54.62% | 13.49 | 155.25 | 4.80 | (34.75) | 342.86 | 49.97% | 17.47 | 129.28 | 0.82 | (8.77) |
| TSLA | 2019-02-15 | $460.00 | 2018-08-10 | 2.22% | 0.5178 | 355.49 | 46.50% | 17.94 | 117.19 | 312.90 | 54.62% | 13.38 | 155.22 | 4.55 | (38.03) | 343.59 | 49.97% | 17.55 | 128.70 | 0.39 | (11.51) |
| TSLA | 2019-02-15 | $460.00 | 2018-08-13 | 2.21% | 0.5096 | 356.41 | 45.44% | 16.95 | 115.39 | 312.90 | 54.62% | 13.08 | 155.02 | 3.87 | (39.63) | 341.77 | 49.97% | 16.72 | 129.79 | 0.24 | (14.40) |
| TSLA | 2019-02-15 | $460.00 | 2018-08-14 | 2.24% | 0.5068 | 347.64 | 45.77% | 14.79 | 121.96 | 312.90 | 54.62% | 12.99 | 154.89 | 1.81 | (32.93) | 332.76 | 49.97% | 14.33 | 136.37 | 0.47 | (14.41) |
| TSLA | 2019-02-15 | $460.00 | 2018-08-15 | 2.22% | 0.5041 | 338.69 | 46.19% | 12.84 | 129.03 | 312.90 | 54.62% | 12.88 | 154.85 | (0.04) | (25.83) | 326.12 | 49.97% | 12.67 | 141.44 | 0.16 | (12.41) |
| TSLA | 2019-02-15 | $460.00 | 2018-08-16 | 2.23% | 0.5014 | 335.45 | 46.60% | 12.31 | 131.74 | 312.90 | 54.62% | 12.78 | 154.76 | (0.47) | (23.02) | 324.18 | 49.97% | 12.15 | 142.86 | 0.15 | (11.11) |
| TSLA | 2019-02-15 | $500.00 | 2018-08-07 | 2.22% | 0.5260 | 379.57 | 38.03% | 10.73 | 125.36 | 312.90 | 54.62% | 9.48 | 190.77 | 1.25 | (65.41) | 356.30 | 49.97% | 15.05 | 152.94 | (4.32) | (27.59) |
| TSLA | 2019-02-15 | $500.00 | 2018-08-08 | 2.22% | 0.5233 | 370.34 | 40.48% | 10.66 | 134.52 | 312.90 | 54.62% | 9.40 | 190.69 | 1.26 | (56.17) | 353.59 | 49.97% | 14.32 | 154.93 | (3.66) | (20.41) |
| TSLA | 2019-02-15 | $500.00 | 2018-08-09 | 2.24% | 0.5205 | 352.45 | 47.77% | 12.31 | 154.07 | 312.90 | 54.62% | 9.32 | 190.61 | 3.00 | (36.55) | 342.86 | 49.97% | 11.91 | 163.26 | 0.40 | (9.19) |
| TSLA | 2019-02-15 | $500.00 | 2018-08-10 | 2.22% | 0.5178 | 355.49 | 46.50% | 11.92 | 150.71 | 312.90 | 54.62% | 9.23 | 190.61 | 2.69 | (39.90) | 343.59 | 49.97% | 11.96 | 162.66 | (0.04) | (11.95) |
| TSLA | 2019-02-15 | $500.00 | 2018-08-13 | 2.21% | 0.5096 | 356.41 | 45.44% | 11.06 | 149.05 | 312.90 | 54.62% | 8.97 | 190.47 | 2.09 | (41.41) | 341.77 | 49.97% | 11.31 | 163.94 | (0.25) | (14.89) |
| TSLA | 2019-02-15 | $500.00 | 2018-08-14 | 2.24% | 0.5068 | 347.64 | 45.77% | 9.55 | 156.27 | 312.90 | 54.62% | 8.90 | 190.35 | 0.65 | (34.08) | 332.76 | 49.97% | 9.56 | 171.15 | (0.01) | (14.89) |
| TSLA | 2019-02-15 | $500.00 | 2018-08-15 | 2.22% | 0.5041 | 338.69 | 46.19% | 8.20 | 163.95 | 312.90 | 54.62% | 8.81 | 190.34 | (0.61) | (26.39) | 326.12 | 49.97% | 8.36 | 176.68 | (0.16) | (12.73) |
| TSLA | 2019-02-15 | $500.00 | 2018-08-16 | 2.23% | 0.5014 | 335.45 | 46.60% | 7.85 | 166.84 | 312.90 | 54.62% | 8.73 | 190.26 | (0.88) | (23.42) | 324.18 | 49.97% | 7.98 | 178.24 | (0.13) | (11.39) |
| TSLA | 2019-03-15 | $300.00 | 2018-08-07 | 2.22% | 0.6027 | 379.57 | 36.80% | 93.65 | 10.09 | 312.90 | 53.92% | 59.36 | 42.47 | 34.29 | (32.37) | 356.30 | 50.14% | 85.98 | 25.70 | 7.67 | (15.60) |
| TSLA | 2019-03-15 | $300.00 | 2018-08-08 | 2.23% | 0.6000 | 370.34 | 39.96% | 88.29 | 13.97 | 312.90 | 53.92% | 59.25 | 42.35 | 29.05 | (28.39) | 353.59 | 50.14% | 83.86 | 26.28 | 4.43 | (12.32) |
| TSLA | 2019-03-15 | $300.00 | 2018-08-09 | 2.24% | 0.5973 | 352.45 | 47.17% | 80.31 | 23.87 | 312.90 | 53.92% | 59.13 | 42.24 | 21.17 | (18.37) | 342.86 | 50.14% | 75.93 | 29.08 | 4.38 | (5.21) |
| TSLA | 2019-03-15 | $300.00 | 2018-08-10 | 2.22% | 0.5945 | 355.49 | 45.65% | 81.15 | 21.73 | 312.90 | 53.92% | 59.00 | 42.16 | 22.16 | (20.43) | 343.59 | 50.14% | 76.32 | 28.79 | 4.83 | (7.07) |
| TSLA | 2019-03-15 | $300.00 | 2018-08-13 | 2.21% | 0.5863 | 356.41 | 44.99% | 80.97 | 20.70 | 312.90 | 53.92% | 58.62 | 41.86 | 22.35 | (21.16) | 341.77 | 50.14% | 74.66 | 29.03 | 6.31 | (8.33) |
| TSLA | 2019-03-15 | $300.00 | 2018-08-14 | 2.24% | 0.5836 | 347.64 | 45.17% | 74.48 | 22.94 | 312.90 | 53.92% | 58.52 | 41.72 | 15.96 | (18.78) | 332.76 | 50.14% | 68.25 | 31.59 | 6.23 | (8.65) |
| TSLA | 2019-03-15 | $300.00 | 2018-08-15 | 2.22% | 0.5808 | 338.69 | 45.50% | 68.15 | 25.62 | 312.90 | 53.92% | 58.39 | 41.64 | 9.77 | (16.02) | 326.12 | 50.14% | 63.59 | 33.63 | 4.56 | (8.01) |
| TSLA | 2019-03-15 | $300.00 | 2018-08-16 | 2.23% | 0.5781 | 335.45 | 45.94% | 66.15 | 26.86 | 312.90 | 53.92% | 58.27 | 41.52 | 7.88 | (14.66) | 324.18 | 50.14% | 62.19 | 34.17 | 3.96 | (7.31) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-07 | 2.22% | 0.6027 | 379.57 | 36.80% | 66.36 | 22.28 | 312.90 | 53.92% | 43.19 | 65.77 | 23.17 | (43.49) | 356.30 | 50.14% | 64.41 | 43.59 | 1.95 | (21.32) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-08 | 2.23% | 0.6000 | 370.34 | 39.96% | 63.01 | 28.15 | 312.90 | 53.92% | 43.07 | 65.65 | 19.94 | (37.50) | 353.59 | 50.14% | 62.58 | 44.47 | 0.43 | (16.32) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-09 | 2.24% | 0.5973 | 352.45 | 47.17% | 58.68 | 41.71 | 312.90 | 53.92% | 42.95 | 65.53 | 15.72 | (23.82) | 342.86 | 50.14% | 55.87 | 48.49 | 2.81 | (6.78) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-10 | 2.22% | 0.5945 | 355.49 | 45.65% | 58.88 | 38.94 | 312.90 | 53.92% | 42.81 | 65.45 | 16.07 | (26.51) | 343.59 | 50.14% | 56.16 | 48.12 | 2.72 | (9.18) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-13 | 2.21% | 0.5863 | 356.41 | 44.99% | 58.42 | 37.63 | 312.90 | 53.92% | 42.42 | 65.14 | 16.00 | (27.51) | 341.77 | 50.14% | 54.69 | 48.54 | 3.73 | (10.90) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-14 | 2.24% | 0.5836 | 347.64 | 45.17% | 53.06 | 41.01 | 312.90 | 53.92% | 42.32 | 65.00 | 10.75 | (23.99) | 332.76 | 50.14% | 49.35 | 52.17 | 3.71 | (11.17) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-15 | 2.22% | 0.5808 | 338.69 | 45.50% | 47.95 | 44.90 | 312.90 | 53.92% | 42.17 | 64.91 | 5.77 | (20.01) | 326.12 | 50.14% | 45.51 | 55.03 | 2.44 | (10.13) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-16 | 2.23% | 0.5781 | 335.45 | 45.94% | 46.42 | 46.62 | 312.90 | 53.92% | 42.05 | 64.79 | 4.37 | (18.18) | 324.18 | 50.14% | 44.34 | 55.80 | 2.08 | (9.19) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-07 | 2.22% | 0.6027 | 379.57 | 36.80% | 45.21 | 40.59 | 312.90 | 53.92% | 31.15 | 93.19 | 14.06 | (52.60) | 356.30 | 50.14% | 47.57 | 66.22 | (2.36) | (25.63) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-08 | 2.23% | 0.6000 | 370.34 | 39.96% | 43.56 | 48.17 | 312.90 | 53.92% | 31.03 | 93.07 | 12.53 | (44.90) | 353.59 | 50.14% | 46.03 | 67.39 | (2.47) | (19.22) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-09 | 2.24% | 0.5973 | 352.45 | 47.17% | 42.09 | 64.59 | 312.90 | 53.92% | 30.91 | 92.96 | 11.18 | (28.36) | 342.86 | 50.14% | 40.53 | 72.62 | 1.56 | (8.03) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-10 | 2.22% | 0.5945 | 355.49 | 45.65% | 41.84 | 61.37 | 312.90 | 53.92% | 30.78 | 92.89 | 11.06 | (31.52) | 343.59 | 50.14% | 40.74 | 72.17 | 1.10 | (10.80) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-13 | 2.21% | 0.5863 | 356.41 | 44.99% | 41.21 | 59.91 | 312.90 | 53.92% | 30.40 | 92.61 | 10.81 | (32.70) | 341.77 | 50.14% | 39.47 | 72.80 | 1.74 | (12.89) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-14 | 2.24% | 0.5836 | 347.64 | 45.17% | 36.96 | 64.39 | 312.90 | 53.92% | 30.30 | 92.46 | 6.67 | (28.07) | 332.76 | 50.14% | 35.16 | 77.47 | 1.80 | (13.08) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-15 | 2.22% | 0.5808 | 338.69 | 45.50% | 33.00 | 69.44 | 312.90 | 53.92% | 30.16 | 92.39 | 2.84 | (22.95) | 326.12 | 50.14% | 32.09 | 81.11 | 0.91 | (11.67) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-16 | 2.23% | 0.5781 | 335.45 | 45.94% | 31.89 | 71.57 | 312.90 | 53.92% | 30.05 | 92.27 | 1.84 | (20.70) | 324.18 | 50.14% | 31.15 | 82.10 | 0.74 | (10.53) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-07 | 2.22% | 0.6027 | 379.57 | 36.80% | 29.78 | 64.62 | 312.90 | 53.92% | 22.33 | 123.85 | 7.44 | (59.22) | 356.30 | 50.14% | 34.76 | 92.88 | (4.99) | (28.26) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-08 | 2.23% | 0.6000 | 370.34 | 39.96% | 29.34 | 73.42 | 312.90 | 53.92% | 22.23 | 123.74 | 7.11 | (50.32) | 353.59 | 50.14% | 33.51 | 94.33 | (4.17) | (20.91) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-09 | 2.24% | 0.5973 | 352.45 | 47.17% | 29.78 | 91.75 | 312.90 | 53.92% | 22.12 | 123.63 | 7.66 | (31.89) | 342.86 | 50.14% | 29.10 | 100.66 | 0.68 | (8.91) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-10 | 2.22% | 0.5945 | 355.49 | 45.65% | 29.26 | 88.26 | 312.90 | 53.92% | 22.00 | 123.59 | 7.26 | (35.33) | 343.59 | 50.14% | 29.24 | 100.15 | 0.01 | (11.89) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-13 | 2.21% | 0.5863 | 356.41 | 44.99% | 28.56 | 86.74 | 312.90 | 53.92% | 21.66 | 123.35 | 6.90 | (36.60) | 341.77 | 50.14% | 28.18 | 101.00 | 0.39 | (14.25) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-14 | 2.24% | 0.5836 | 347.64 | 45.17% | 25.31 | 92.21 | 312.90 | 53.92% | 21.56 | 123.20 | 3.75 | (30.99) | 332.76 | 50.14% | 24.79 | 106.57 | 0.52 | (14.36) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-15 | 2.22% | 0.5808 | 338.69 | 45.50% | 22.34 | 98.27 | 312.90 | 53.92% | 21.44 | 123.15 | 0.90 | (24.89) | 326.12 | 50.14% | 22.40 | 110.90 | (0.06) | (12.63) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-16 | 2.23% | 0.5781 | 335.45 | 45.94% | 21.56 | 100.73 | 312.90 | 53.92% | 21.33 | 123.04 | 0.23 | (22.32) | 324.18 | 50.14% | 21.66 | 112.10 | (0.10) | (11.37) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|------|------------|--------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2019-03-15 | $460.00 | 2018-08-07 | 2.22% | 0.6027 | 379.57 | 36.80% | 19.07 | 93.39 | 312.90 | 53.92% | 15.96 | 156.95 | 3.11 | (63.56) | 356.30 | 50.14% | 25.21 | 122.80 | (6.14) | (29.41) |
| TSLA | 2019-03-15 | $460.00 | 2018-08-08 | 2.23% | 0.6000 | 370.34 | 39.96% | 19.35 | 102.90 | 312.90 | 53.92% | 15.87 | 156.85 | 3.48 | (53.95) | 353.59 | 50.14% | 24.20 | 124.50 | (4.85) | (21.60) |
| TSLA | 2019-03-15 | $460.00 | 2018-08-09 | 2.24% | 0.5973 | 352.45 | 47.17% | 20.85 | 122.29 | 312.90 | 53.92% | 15.78 | 156.76 | 5.07 | (34.47) | 342.86 | 50.14% | 20.74 | 131.77 | 0.11 | (9.48) |
| TSLA | 2019-03-15 | $460.00 | 2018-08-10 | 2.22% | 0.5945 | 355.49 | 45.65% | 20.21 | 118.69 | 312.90 | 53.92% | 15.67 | 156.73 | 4.54 | (38.05) | 343.59 | 50.14% | 20.84 | 131.22 | (0.63) | (12.53) |
| TSLA | 2019-03-15 | $460.00 | 2018-08-13 | 2.21% | 0.5863 | 356.41 | 44.99% | 19.53 | 117.20 | 312.90 | 53.92% | 15.37 | 156.55 | 4.16 | (39.35) | 341.77 | 50.14% | 19.96 | 132.27 | (0.43) | (15.07) |
| TSLA | 2019-03-15 | $460.00 | 2018-08-14 | 2.24% | 0.5836 | 347.64 | 45.17% | 17.10 | 123.49 | 312.90 | 53.92% | 15.28 | 156.41 | 1.82 | (32.91) | 332.76 | 50.14% | 17.35 | 138.62 | (0.25) | (15.13) |
| TSLA | 2019-03-15 | $460.00 | 2018-08-15 | 2.22% | 0.5808 | 338.69 | 45.50% | 14.93 | 130.35 | 312.90 | 53.92% | 15.18 | 156.38 | (0.24) | (26.03) | 326.12 | 50.14% | 15.52 | 143.51 | (0.59) | (13.16) |
| TSLA | 2019-03-15 | $460.00 | 2018-08-16 | 2.23% | 0.5781 | 335.45 | 45.94% | 14.40 | 133.06 | 312.90 | 53.92% | 15.08 | 156.29 | (0.68) | (23.23) | 324.18 | 50.14% | 14.95 | 144.88 | (0.55) | (11.82) |
| TSLA | 2019-03-15 | $500.00 | 2018-08-07 | 2.22% | 0.6027 | 379.57 | 36.80% | 11.95 | 125.73 | 312.90 | 53.92% | 11.40 | 191.85 | 0.55 | (66.12) | 356.30 | 50.14% | 18.19 | 155.24 | (6.24) | (29.51) |
| TSLA | 2019-03-15 | $500.00 | 2018-08-08 | 2.23% | 0.6000 | 370.34 | 39.96% | 12.56 | 135.57 | 312.90 | 53.92% | 11.32 | 191.77 | 1.24 | (56.20) | 353.59 | 50.14% | 17.39 | 157.16 | (4.84) | (21.58) |
| TSLA | 2019-03-15 | $500.00 | 2018-08-09 | 2.24% | 0.5973 | 352.45 | 47.17% | 14.49 | 155.40 | 312.90 | 53.92% | 11.24 | 191.69 | 3.25 | (36.29) | 342.86 | 50.14% | 14.71 | 165.21 | (0.22) | (9.81) |
| TSLA | 2019-03-15 | $500.00 | 2018-08-10 | 2.22% | 0.5945 | 355.49 | 45.65% | 13.83 | 151.79 | 312.90 | 53.92% | 11.15 | 191.69 | 2.69 | (39.90) | 343.59 | 50.14% | 14.78 | 164.63 | (0.94) | (12.84) |
| TSLA | 2019-03-15 | $500.00 | 2018-08-13 | 2.21% | 0.5863 | 356.41 | 44.99% | 13.22 | 150.38 | 312.90 | 53.92% | 10.89 | 191.55 | 2.33 | (41.18) | 341.77 | 50.14% | 14.08 | 165.87 | (0.85) | (15.49) |
| TSLA | 2019-03-15 | $500.00 | 2018-08-14 | 2.24% | 0.5836 | 347.64 | 45.17% | 11.45 | 157.32 | 312.90 | 53.92% | 10.82 | 191.42 | 0.63 | (34.10) | 332.76 | 50.14% | 12.09 | 172.84 | (0.64) | (15.52) |
| TSLA | 2019-03-15 | $500.00 | 2018-08-15 | 2.22% | 0.5808 | 338.69 | 45.50% | 9.90 | 164.80 | 312.90 | 53.92% | 10.73 | 191.42 | (0.83) | (26.62) | 326.12 | 50.14% | 10.71 | 178.19 | (0.81) | (13.38) |
| TSLA | 2019-03-15 | $500.00 | 2018-08-16 | 2.23% | 0.5781 | 335.45 | 45.94% | 9.55 | 167.69 | 312.90 | 53.92% | 10.65 | 191.34 | (1.10) | (23.65) | 324.18 | 50.14% | 10.28 | 179.69 | (0.74) | (12.00) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-07 | 2.44% | 0.8712 | 379.57 | 35.71% | 99.88 | 14.00 | 312.90 | 51.65% | 67.87 | 48.66 | 32.01 | (34.66) | 356.30 | 50.36% | 96.62 | 34.01 | 3.26 | (20.01) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-08 | 2.43% | 0.8685 | 370.34 | 38.72% | 95.17 | 18.56 | 312.90 | 51.65% | 67.76 | 48.59 | 27.40 | (30.03) | 353.59 | 50.36% | 94.51 | 34.65 | 0.66 | (16.09) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-09 | 2.43% | 0.8658 | 352.45 | 44.95% | 87.77 | 29.08 | 312.90 | 51.65% | 67.66 | 48.51 | 20.11 | (19.43) | 342.86 | 50.36% | 86.63 | 37.53 | 1.14 | (8.45) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-10 | 2.41% | 0.8630 | 355.49 | 43.88% | 88.79 | 27.13 | 312.90 | 51.65% | 67.54 | 48.46 | 21.25 | (21.34) | 343.59 | 50.36% | 87.03 | 37.27 | 1.76 | (10.14) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-13 | 2.41% | 0.8548 | 356.41 | 42.63% | 87.93 | 25.40 | 312.90 | 51.65% | 67.25 | 48.23 | 20.68 | (22.83) | 341.77 | 50.36% | 85.44 | 37.55 | 2.49 | (12.15) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-14 | 2.43% | 0.8521 | 347.64 | 42.77% | 81.50 | 27.71 | 312.90 | 51.65% | 67.17 | 48.12 | 14.33 | (20.41) | 332.76 | 50.36% | 79.05 | 40.14 | 2.45 | (12.43) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-15 | 2.43% | 0.8493 | 338.69 | 43.52% | 75.76 | 30.92 | 312.90 | 51.65% | 67.09 | 48.03 | 8.68 | (17.11) | 326.12 | 50.36% | 74.42 | 42.15 | 1.34 | (11.23) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-16 | 2.44% | 0.8466 | 335.45 | 43.76% | 73.64 | 32.06 | 312.90 | 51.65% | 66.99 | 47.95 | 6.65 | (15.89) | 324.18 | 50.36% | 73.02 | 42.71 | 0.62 | (10.65) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-07 | 2.44% | 0.8712 | 379.57 | 35.71% | 74.09 | 27.36 | 312.90 | 51.65% | 52.03 | 71.97 | 22.06 | (44.61) | 356.30 | 50.36% | 76.42 | 52.96 | (2.33) | (25.60) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-08 | 2.43% | 0.8685 | 370.34 | 38.72% | 71.21 | 33.77 | 312.90 | 51.65% | 51.91 | 71.91 | 19.30 | (38.14) | 353.59 | 50.36% | 74.55 | 53.86 | (3.33) | (20.08) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-09 | 2.43% | 0.8658 | 352.45 | 44.95% | 67.04 | 47.52 | 312.90 | 51.65% | 51.81 | 71.83 | 15.23 | (24.31) | 342.86 | 50.36% | 67.69 | 57.75 | (0.64) | (10.23) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-10 | 2.41% | 0.8630 | 355.49 | 43.88% | 67.55 | 45.06 | 312.90 | 51.65% | 51.69 | 71.79 | 15.86 | (26.73) | 343.59 | 50.36% | 68.00 | 57.42 | (0.46) | (12.36) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-13 | 2.41% | 0.8548 | 356.41 | 42.63% | 66.32 | 42.97 | 312.90 | 51.65% | 51.38 | 71.54 | 14.93 | (28.57) | 341.77 | 50.36% | 66.56 | 57.86 | (0.25) | (14.89) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-14 | 2.43% | 0.8521 | 347.64 | 42.77% | 60.88 | 46.27 | 312.90 | 51.65% | 51.30 | 71.43 | 9.58 | (25.16) | 332.76 | 50.36% | 61.05 | 61.33 | (0.18) | (15.06) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-15 | 2.43% | 0.8493 | 338.69 | 43.52% | 56.26 | 50.60 | 312.90 | 51.65% | 51.21 | 71.33 | 5.06 | (20.73) | 326.12 | 50.36% | 57.09 | 64.00 | (0.83) | (13.40) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-16 | 2.44% | 0.8466 | 335.45 | 43.76% | 54.54 | 52.13 | 312.90 | 51.65% | 51.10 | 71.25 | 3.43 | (19.11) | 324.18 | 50.36% | 55.88 | 64.74 | (1.34) | (12.61) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-07 | 2.44% | 0.8712 | 379.57 | 35.71% | 53.61 | 46.05 | 312.90 | 51.65% | 39.75 | 98.85 | 13.87 | (52.80) | 356.30 | 50.36% | 60.10 | 75.80 | (6.48) | (29.75) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-08 | 2.43% | 0.8685 | 370.34 | 38.72% | 52.28 | 54.01 | 312.90 | 51.65% | 39.64 | 98.80 | 12.65 | (44.79) | 353.59 | 50.36% | 58.47 | 76.94 | (6.19) | (22.94) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-09 | 2.43% | 0.8658 | 352.45 | 44.95% | 50.68 | 70.32 | 312.90 | 51.65% | 39.53 | 98.72 | 11.15 | (28.40) | 342.86 | 50.36% | 52.60 | 81.83 | (1.91) | (11.50) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-10 | 2.41% | 0.8630 | 355.49 | 43.88% | 50.78 | 67.47 | 312.90 | 51.65% | 39.42 | 98.69 | 11.37 | (31.22) | 343.59 | 50.36% | 52.85 | 81.44 | (2.06) | (13.96) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-13 | 2.41% | 0.8548 | 356.41 | 42.63% | 49.34 | 65.19 | 312.90 | 51.65% | 39.11 | 98.46 | 10.23 | (33.27) | 341.77 | 50.36% | 51.57 | 82.05 | (2.22) | (16.86) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-14 | 2.43% | 0.8521 | 347.64 | 42.77% | 44.87 | 69.44 | 312.90 | 51.65% | 39.03 | 98.34 | 5.84 | (28.89) | 332.76 | 50.36% | 46.90 | 86.35 | (2.03) | (16.91) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-15 | 2.43% | 0.8493 | 338.69 | 43.52% | 41.27 | 74.79 | 312.90 | 51.65% | 38.93 | 98.24 | 2.34 | (23.45) | 326.12 | 50.36% | 43.56 | 89.65 | (2.29) | (14.86) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-16 | 2.44% | 0.8466 | 335.45 | 43.76% | 39.91 | 76.69 | 312.90 | 51.65% | 38.83 | 98.16 | 1.08 | (21.47) | 324.18 | 50.36% | 42.54 | 90.59 | (2.63) | (13.90) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-07 | 2.44% | 0.8712 | 379.57 | 35.71% | 38.02 | 69.61 | 312.90 | 51.65% | 30.32 | 128.58 | 7.70 | (58.97) | 356.30 | 50.36% | 47.09 | 101.96 | (9.07) | (32.34) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-08 | 2.43% | 0.8685 | 370.34 | 38.72% | 37.81 | 78.70 | 312.90 | 51.65% | 30.22 | 128.54 | 7.60 | (49.84) | 353.59 | 50.36% | 45.70 | 103.34 | (7.89) | (24.63) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-09 | 2.43% | 0.8658 | 352.45 | 44.95% | 38.03 | 96.84 | 312.90 | 51.65% | 30.12 | 128.47 | 7.91 | (31.64) | 342.86 | 50.36% | 40.74 | 109.13 | (2.71) | (12.30) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-10 | 2.41% | 0.8630 | 355.49 | 43.88% | 37.86 | 93.72 | 312.90 | 51.65% | 30.01 | 128.46 | 7.85 | (34.74) | 343.59 | 50.36% | 40.93 | 108.70 | (3.07) | (14.97) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-13 | 2.41% | 0.8548 | 356.41 | 42.63% | 36.35 | 91.37 | 312.90 | 51.65% | 29.72 | 128.26 | 6.62 | (36.88) | 341.77 | 50.36% | 39.81 | 109.48 | (3.47) | (18.10) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-14 | 2.43% | 0.8521 | 347.64 | 42.77% | 32.75 | 96.51 | 312.90 | 51.65% | 29.64 | 128.13 | 3.11 | (31.62) | 332.76 | 50.36% | 35.92 | 114.55 | (3.16) | (18.04) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-15 | 2.43% | 0.8493 | 338.69 | 43.52% | 30.02 | 102.71 | 312.90 | 51.65% | 29.55 | 128.04 | 0.46 | (25.32) | 326.12 | 50.36% | 33.15 | 118.41 | (3.13) | (15.70) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-16 | 2.44% | 0.8466 | 335.45 | 43.76% | 28.96 | 104.92 | 312.90 | 51.65% | 29.46 | 127.97 | (0.50) | (23.04) | 324.18 | 50.36% | 32.29 | 119.52 | (3.33) | (14.59) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-07 | 2.44% | 0.8712 | 379.57 | 35.71% | 26.53 | 97.28 | 312.90 | 51.65% | 23.13 | 160.55 | 3.39 | (63.27) | 356.30 | 50.36% | 36.83 | 130.85 | (10.30) | (33.57) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-08 | 2.43% | 0.8685 | 370.34 | 38.72% | 27.03 | 107.09 | 312.90 | 51.65% | 23.04 | 160.53 | 3.99 | (53.44) | 353.59 | 50.36% | 35.65 | 132.45 | (8.61) | (25.36) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-09 | 2.43% | 0.8658 | 352.45 | 44.95% | 28.40 | 126.37 | 312.90 | 51.65% | 22.95 | 160.47 | 5.44 | (34.10) | 342.86 | 50.36% | 31.50 | 139.07 | (3.11) | (12.70) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-10 | 2.41% | 0.8630 | 355.49 | 43.88% | 28.05 | 123.10 | 312.90 | 51.65% | 22.85 | 160.48 | 5.20 | (37.38) | 343.59 | 50.36% | 31.65 | 138.59 | (3.60) | (15.50) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-13 | 2.41% | 0.8548 | 356.41 | 42.63% | 26.58 | 120.79 | 312.90 | 51.65% | 22.59 | 160.31 | 3.99 | (39.51) | 341.77 | 50.36% | 30.69 | 139.54 | (4.10) | (18.74) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-14 | 2.43% | 0.8521 | 347.64 | 42.77% | 23.75 | 126.68 | 312.90 | 51.65% | 22.51 | 160.18 | 1.23 | (33.50) | 332.76 | 50.36% | 27.46 | 145.28 | (3.72) | (18.60) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-15 | 2.44% | 0.8493 | 338.69 | 43.52% | 21.70 | 133.58 | 312.90 | 51.65% | 22.43 | 160.09 | (0.73) | (26.51) | 326.12 | 50.36% | 25.19 | 149.64 | (3.49) | (16.06) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-16 | 2.44% | 0.8466 | 335.45 | 43.76% | 20.90 | 136.04 | 312.90 | 51.65% | 22.34 | 160.03 | (1.44) | (23.99) | 324.18 | 50.36% | 24.48 | 150.89 | (3.58) | (14.85) |
| TSLA | 2019-06-21 | $500.00 | 2018-08-07 | 2.44% | 0.8712 | 379.57 | 35.71% | 18.28 | 128.19 | 312.90 | 51.65% | 17.67 | 194.25 | 0.61 | (66.06) | 356.30 | 50.36% | 28.78 | 161.97 | (10.50) | (33.77) |
| TSLA | 2019-06-21 | $500.00 | 2018-08-08 | 2.43% | 0.8685 | 370.34 | 38.72% | 19.16 | 138.38 | 312.90 | 51.65% | 17.59 | 194.24 | 1.58 | (55.86) | 353.59 | 50.36% | 27.79 | 163.76 | (8.63) | (25.38) |
| TSLA | 2019-06-21 | $500.00 | 2018-08-09 | 2.43% | 0.8658 | 352.45 | 44.95% | 21.14 | 158.28 | 312.90 | 51.65% | 17.51 | 194.20 | 3.63 | (35.92) | 342.86 | 50.36% | 24.35 | 171.08 | (3.21) | (12.81) |
| TSLA | 2019-06-21 | $500.00 | 2018-08-10 | 2.41% | 0.8630 | 355.49 | 43.88% | 20.71 | 154.93 | 312.90 | 51.65% | 17.42 | 194.22 | 3.29 | (39.30) | 343.59 | 50.36% | 24.46 | 170.58 | (3.75) | (15.65) |
| TSLA | 2019-06-21 | $500.00 | 2018-08-13 | 2.41% | 0.8548 | 356.41 | 42.63% | 19.35 | 152.74 | 312.90 | 51.65% | 17.18 | 194.09 | 2.16 | (41.34) | 341.77 | 50.36% | 23.64 | 171.67 | (4.30) | (18.93) |
| TSLA | 2019-06-21 | $500.00 | 2018-08-14 | 2.43% | 0.8521 | 347.64 | 42.77% | 17.14 | 159.25 | 312.90 | 51.65% | 17.12 | 193.97 | 0.02 | (34.71) | 332.76 | 50.36% | 21.00 | 177.99 | (3.86) | (18.74) |
| TSLA | 2019-06-21 | $500.00 | 2018-08-15 | 2.44% | 0.8493 | 338.69 | 43.52% | 15.63 | 166.69 | 312.90 | 51.65% | 17.04 | 193.86 | (1.41) | (27.19) | 326.12 | 50.36% | 19.14 | 182.77 | (3.51) | (16.08) |
| TSLA | 2019-06-21 | $500.00 | 2018-08-16 | 2.44% | 0.8466 | 335.45 | 43.76% | 15.03 | 169.36 | 312.90 | 51.65% | 16.96 | 193.84 | (1.93) | (24.48) | 324.18 | 50.36% | 18.56 | 184.16 | (3.53) | (14.80) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-07 | 2.44% | 1.0247 | 379.57 | 34.78% | 102.51 | 15.54 | 312.90 | 50.88% | 72.20 | 51.88 | 30.32 | (36.35) | 356.30 | 50.63% | 102.14 | 38.43 | 0.37 | (22.90) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-08 | 2.43% | 1.0219 | 370.34 | 38.46% | 98.87 | 21.17 | 312.90 | 50.88% | 72.09 | 51.83 | 26.78 | (30.66) | 353.59 | 50.63% | 100.04 | 39.09 | (1.17) | (17.91) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-09 | 2.43% | 1.0192 | 352.45 | 44.73% | 92.23 | 32.44 | 312.90 | 50.88% | 72.00 | 51.76 | 20.22 | (19.32) | 342.86 | 50.63% | 92.18 | 41.98 | 0.05 | (9.54) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-10 | 2.41% | 1.0164 | 355.49 | 43.04% | 92.43 | 29.68 | 312.90 | 50.88% | 71.89 | 51.73 | 20.54 | (22.05) | 343.59 | 50.63% | 92.58 | 41.73 | (0.15) | (12.05) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-13 | 2.41% | 1.0082 | 356.41 | 41.65% | 91.30 | 27.69 | 312.90 | 50.88% | 71.62 | 51.52 | 19.68 | (23.83) | 341.77 | 50.63% | 91.01 | 42.03 | 0.29 | (14.35) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-14 | 2.43% | 1.0055 | 347.64 | 41.90% | 85.03 | 30.15 | 312.90 | 50.88% | 71.56 | 51.41 | 13.47 | (21.27) | 332.76 | 50.63% | 84.61 | 44.61 | 0.42 | (14.46) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-15 | 2.43% | 1.0027 | 338.69 | 42.74% | 79.48 | 33.54 | 312.90 | 50.88% | 71.48 | 51.33 | 8.00 | (17.79) | 326.12 | 50.63% | 79.98 | 46.61 | (0.49) | (13.07) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-16 | 2.44% | 1.0000 | 335.45 | 42.95% | 77.37 | 34.69 | 312.90 | 50.88% | 71.39 | 51.26 | 5.97 | (16.57) | 324.18 | 50.63% | 78.58 | 47.16 | (1.21) | (12.47) |
| TSLA | 2019-08-16 | $340.00 | 2018-08-07 | 2.44% | 1.0247 | 379.57 | 34.78% | 77.24 | 29.27 | 312.90 | 50.88% | 56.55 | 75.25 | 20.69 | (45.98) | 356.30 | 50.63% | 82.58 | 57.89 | (5.35) | (28.62) |
| TSLA | 2019-08-16 | $340.00 | 2018-08-08 | 2.43% | 1.0219 | 370.34 | 38.46% | 75.57 | 36.89 | 312.90 | 50.88% | 56.44 | 75.20 | 19.13 | (38.31) | 353.59 | 50.63% | 80.70 | 58.77 | (5.13) | (21.88) |
| TSLA | 2019-08-16 | $340.00 | 2018-08-09 | 2.43% | 1.0192 | 352.45 | 44.73% | 72.03 | 51.26 | 312.90 | 50.88% | 56.35 | 75.13 | 15.67 | (23.87) | 342.86 | 50.63% | 73.76 | 62.59 | (1.74) | (11.33) |
| TSLA | 2019-08-16 | $340.00 | 2018-08-10 | 2.41% | 1.0164 | 355.49 | 43.04% | 71.62 | 47.90 | 312.90 | 50.88% | 56.23 | 75.10 | 15.38 | (27.20) | 343.59 | 50.63% | 74.09 | 62.28 | (2.48) | (14.38) |
| TSLA | 2019-08-16 | $340.00 | 2018-08-13 | 2.41% | 1.0082 | 356.41 | 41.65% | 70.10 | 45.53 | 312.90 | 50.88% | 55.95 | 74.89 | 14.15 | (29.36) | 341.77 | 50.63% | 72.66 | 62.73 | (2.56) | (17.20) |
| TSLA | 2019-08-16 | $340.00 | 2018-08-14 | 2.43% | 1.0055 | 347.64 | 41.90% | 64.79 | 48.94 | 312.90 | 50.88% | 55.88 | 74.77 | 8.90 | (25.83) | 332.76 | 50.63% | 67.07 | 66.10 | (2.29) | (17.17) |
| TSLA | 2019-08-16 | $340.00 | 2018-08-15 | 2.43% | 1.0027 | 338.69 | 42.74% | 60.32 | 53.41 | 312.90 | 50.88% | 55.80 | 74.68 | 4.52 | (21.27) | 326.12 | 50.63% | 63.04 | 68.70 | (2.72) | (15.29) |
| TSLA | 2019-08-16 | $340.00 | 2018-08-16 | 2.44% | 1.0000 | 335.45 | 42.95% | 58.57 | 54.93 | 312.90 | 50.88% | 55.71 | 74.61 | 2.87 | (19.68) | 324.18 | 50.63% | 61.81 | 69.43 | (3.24) | (14.50) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-07 | 2.44% | 1.0247 | 379.57 | 34.78% | 57.00 | 48.05 | 312.90 | 50.88% | 44.23 | 101.94 | 12.78 | (53.89) | 356.30 | 50.63% | 66.57 | 80.88 | (9.56) | (32.83) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-08 | 2.43% | 1.0219 | 370.34 | 38.46% | 56.94 | 57.28 | 312.90 | 50.88% | 44.12 | 101.90 | 12.81 | (44.62) | 353.59 | 50.63% | 64.91 | 82.00 | (7.97) | (24.72) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-09 | 2.43% | 1.0192 | 352.45 | 44.73% | 55.85 | 74.11 | 312.90 | 50.88% | 44.03 | 101.83 | 11.82 | (27.72) | 342.86 | 50.63% | 58.87 | 86.71 | (3.01) | (12.60) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-10 | 2.41% | 1.0164 | 355.49 | 43.04% | 55.01 | 70.32 | 312.90 | 50.88% | 43.92 | 101.82 | 11.09 | (31.49) | 343.59 | 50.63% | 59.14 | 86.35 | (4.13) | (16.03) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-13 | 2.41% | 1.0082 | 356.41 | 41.65% | 53.27 | 67.73 | 312.90 | 50.88% | 43.64 | 101.61 | 9.63 | (33.88) | 341.77 | 50.63% | 57.85 | 86.96 | (4.58) | (19.22) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-14 | 2.43% | 1.0055 | 347.64 | 41.90% | 48.87 | 72.05 | 312.90 | 50.88% | 43.57 | 101.49 | 5.30 | (29.43) | 332.76 | 50.63% | 53.03 | 91.09 | (4.16) | (19.04) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-15 | 2.43% | 1.0027 | 338.69 | 42.74% | 45.36 | 77.49 | 312.90 | 50.88% | 43.48 | 101.39 | 1.88 | (23.90) | 326.12 | 50.63% | 49.56 | 94.26 | (4.20) | (16.77) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-16 | 2.44% | 1.0000 | 335.45 | 42.95% | 43.96 | 79.35 | 312.90 | 50.88% | 43.39 | 101.32 | 0.57 | (21.97) | 324.18 | 50.63% | 48.50 | 95.16 | (4.54) | (15.81) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-07 | 2.44% | 1.0247 | 379.57 | 34.78% | 41.38 | 71.44 | 312.90 | 50.88% | 34.59 | 131.31 | 6.79 | (59.88) | 356.30 | 50.63% | 53.58 | 106.90 | (12.20) | (35.47) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-08 | 2.43% | 1.0219 | 370.34 | 38.46% | 42.43 | 81.78 | 312.90 | 50.88% | 34.49 | 131.29 | 7.93 | (49.50) | 353.59 | 50.63% | 52.13 | 108.24 | (9.70) | (26.45) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-09 | 2.43% | 1.0192 | 352.45 | 44.73% | 43.11 | 100.39 | 312.90 | 50.88% | 34.40 | 131.22 | 8.71 | (30.84) | 342.86 | 50.63% | 46.93 | 113.79 | (3.82) | (13.41) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-10 | 2.41% | 1.0164 | 355.49 | 43.04% | 42.00 | 96.34 | 312.90 | 50.88% | 34.30 | 131.23 | 7.70 | (34.89) | 343.59 | 50.63% | 47.14 | 113.39 | (5.15) | (17.05) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-13 | 2.41% | 1.0082 | 356.41 | 41.65% | 40.17 | 93.68 | 312.90 | 50.88% | 34.03 | 131.04 | 6.14 | (37.36) | 341.77 | 50.63% | 46.00 | 114.14 | (5.83) | (20.47) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-14 | 2.43% | 1.0055 | 347.64 | 41.90% | 36.60 | 98.82 | 312.90 | 50.88% | 33.96 | 130.91 | 2.64 | (32.09) | 332.76 | 50.63% | 41.88 | 118.98 | (5.28) | (20.16) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-15 | 2.43% | 1.0027 | 338.69 | 42.74% | 33.91 | 105.07 | 312.90 | 50.88% | 33.88 | 130.82 | 0.04 | (25.75) | 326.12 | 50.63% | 38.94 | 122.67 | (5.03) | (17.60) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-16 | 2.44% | 1.0000 | 335.45 | 42.95% | 32.80 | 107.23 | 312.90 | 50.88% | 33.79 | 130.76 | (0.98) | (23.53) | 324.18 | 50.63% | 38.03 | 123.73 | (5.23) | (16.50) |

Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| | | | | | | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2019-08-16 | $460.00 | 2018-08-07 | 2.44% | 1.0247 | 379.57 | 34.78% | 29.64 | 98.72 | 312.90 | 50.88% | 27.08 | 162.82 | 2.56 | (64.10) | 356.30 | 50.63% | 43.10 | 135.45 | (13.46) | (36.73) |
| TSLA | 2019-08-16 | $460.00 | 2018-08-08 | 2.43% | 1.0219 | 370.34 | 38.46% | 31.35 | 109.73 | 312.90 | 50.88% | 26.99 | 162.81 | 4.36 | (53.08) | 353.59 | 50.63% | 41.85 | 136.98 | (10.50) | (27.25) |
| TSLA | 2019-08-16 | $460.00 | 2018-08-09 | 2.43% | 1.0192 | 352.45 | 44.73% | 33.18 | 129.48 | 312.90 | 50.88% | 26.91 | 162.75 | 6.27 | (33.27) | 342.86 | 50.63% | 37.41 | 143.29 | (4.23) | (13.82) |
| TSLA | 2019-08-16 | $460.00 | 2018-08-10 | 2.41% | 1.0164 | 355.49 | 43.04% | 31.93 | 125.31 | 312.90 | 50.88% | 26.81 | 162.77 | 5.12 | (37.46) | 343.59 | 50.63% | 37.58 | 142.86 | (5.64) | (17.55) |
| TSLA | 2019-08-16 | $460.00 | 2018-08-13 | 2.41% | 1.0082 | 356.41 | 41.65% | 30.14 | 122.69 | 312.90 | 50.88% | 26.56 | 162.61 | 3.58 | (39.93) | 341.77 | 50.63% | 36.57 | 143.76 | (6.44) | (21.07) |
| TSLA | 2019-08-16 | $460.00 | 2018-08-14 | 2.43% | 1.0055 | 347.64 | 41.90% | 27.28 | 128.54 | 312.90 | 50.88% | 26.49 | 162.49 | 0.79 | (33.95) | 332.76 | 50.63% | 33.08 | 149.22 | (5.80) | (20.68) |
| TSLA | 2019-08-16 | $460.00 | 2018-08-15 | 2.44% | 1.0027 | 338.69 | 42.74% | 25.25 | 135.44 | 312.90 | 50.88% | 26.42 | 162.39 | (1.16) | (26.95) | 326.12 | 50.63% | 30.61 | 153.37 | (5.35) | (17.92) |
| TSLA | 2019-08-16 | $460.00 | 2018-08-16 | 2.44% | 1.0000 | 335.45 | 42.95% | 24.39 | 137.85 | 312.90 | 50.88% | 26.33 | 162.34 | (1.95) | (24.49) | 324.18 | 50.63% | 29.84 | 154.56 | (5.45) | (16.72) |
| TSLA | 2019-08-16 | $500.00 | 2018-08-07 | 2.44% | 1.0247 | 379.57 | 34.78% | 21.03 | 129.11 | 312.90 | 50.88% | 21.25 | 196.00 | (0.22) | (66.88) | 356.30 | 50.63% | 34.70 | 166.05 | (13.67) | (36.94) |
| TSLA | 2019-08-16 | $500.00 | 2018-08-08 | 2.43% | 1.0219 | 370.34 | 38.46% | 23.03 | 140.43 | 312.90 | 50.88% | 21.16 | 196.00 | 1.87 | (55.56) | 353.59 | 50.63% | 33.62 | 167.77 | (10.59) | (27.34) |
| TSLA | 2019-08-16 | $500.00 | 2018-08-09 | 2.43% | 1.0192 | 352.45 | 44.73% | 25.50 | 160.82 | 312.90 | 50.88% | 21.09 | 195.95 | 4.41 | (35.13) | 342.86 | 50.63% | 29.84 | 174.75 | (4.34) | (13.93) |
| TSLA | 2019-08-16 | $500.00 | 2018-08-10 | 2.41% | 1.0164 | 355.49 | 43.04% | 24.22 | 156.63 | 312.90 | 50.88% | 21.00 | 195.99 | 3.22 | (39.36) | 343.59 | 50.63% | 29.98 | 174.29 | (5.75) | (17.65) |
| TSLA | 2019-08-16 | $500.00 | 2018-08-13 | 2.41% | 1.0082 | 356.41 | 41.65% | 22.54 | 154.12 | 312.90 | 50.88% | 20.77 | 195.86 | 1.77 | (41.74) | 341.77 | 50.63% | 29.10 | 175.33 | (6.57) | (21.20) |
| TSLA | 2019-08-16 | $500.00 | 2018-08-14 | 2.43% | 1.0055 | 347.64 | 41.90% | 20.28 | 160.57 | 312.90 | 50.88% | 20.71 | 195.73 | (0.43) | (35.17) | 332.76 | 50.63% | 26.16 | 181.34 | (5.89) | (20.77) |
| TSLA | 2019-08-16 | $500.00 | 2018-08-15 | 2.44% | 1.0027 | 338.69 | 42.74% | 18.77 | 167.99 | 312.90 | 50.88% | 20.64 | 195.65 | (1.87) | (27.66) | 326.12 | 50.63% | 24.09 | 185.88 | (5.32) | (17.89) |
| TSLA | 2019-08-16 | $500.00 | 2018-08-16 | 2.44% | 1.0000 | 335.45 | 42.95% | 18.10 | 170.60 | 312.90 | 50.88% | 20.56 | 195.60 | (2.46) | (25.01) | 324.18 | 50.63% | 23.44 | 187.20 | (5.34) | (16.61) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-07 | 2.44% | 1.4466 | 379.57 | 32.57% | 108.62 | 18.65 | 312.90 | 48.65% | 81.57 | 58.26 | 27.05 | (39.61) | 356.30 | 50.52% | 114.74 | 48.04 | (6.12) | (29.39) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-08 | 2.43% | 1.4438 | 370.34 | 37.08% | 106.95 | 26.26 | 312.90 | 48.65% | 81.48 | 58.24 | 25.46 | (31.97) | 353.59 | 50.52% | 112.64 | 48.71 | (5.70) | (22.44) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-09 | 2.43% | 1.4411 | 352.45 | 42.02% | 99.98 | 37.20 | 312.90 | 48.65% | 81.41 | 58.18 | 18.57 | (20.98) | 342.86 | 50.52% | 104.75 | 51.57 | (4.78) | (14.37) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-10 | 2.41% | 1.4384 | 355.49 | 40.43% | 99.94 | 34.23 | 312.90 | 48.65% | 81.30 | 58.18 | 18.63 | (23.95) | 343.59 | 50.52% | 105.16 | 51.35 | (5.22) | (17.13) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-13 | 2.43% | 1.4301 | 356.41 | 38.54% | 97.87 | 31.30 | 312.90 | 48.65% | 81.09 | 58.02 | 16.78 | (26.72) | 341.77 | 50.52% | 103.63 | 51.69 | (5.76) | (20.39) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-14 | 2.43% | 1.4274 | 347.64 | 38.37% | 91.11 | 33.25 | 312.90 | 48.65% | 81.05 | 57.92 | 10.06 | (24.67) | 332.76 | 50.52% | 97.19 | 54.21 | (6.08) | (20.96) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-15 | 2.43% | 1.4247 | 338.69 | 39.96% | 86.78 | 37.84 | 312.90 | 48.65% | 81.00 | 57.84 | 5.78 | (20.01) | 326.12 | 50.52% | 92.51 | 56.14 | (5.73) | (18.31) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-16 | 2.44% | 1.4219 | 335.45 | 40.87% | 85.65 | 39.97 | 312.90 | 48.65% | 80.93 | 57.79 | 4.73 | (17.82) | 324.18 | 50.52% | 91.10 | 56.69 | (5.45) | (16.72) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-07 | 2.44% | 1.4466 | 379.57 | 32.57% | 84.32 | 32.96 | 312.90 | 48.65% | 66.36 | 81.66 | 17.96 | (48.70) | 356.30 | 50.52% | 96.48 | 68.39 | (12.15) | (35.42) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-08 | 2.43% | 1.4438 | 370.34 | 37.08% | 84.81 | 42.74 | 312.90 | 48.65% | 66.27 | 81.64 | 18.54 | (38.90) | 353.59 | 50.52% | 94.57 | 69.25 | (9.76) | (26.51) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-09 | 2.43% | 1.4411 | 352.45 | 42.02% | 80.51 | 56.36 | 312.90 | 48.65% | 66.19 | 81.59 | 14.32 | (25.23) | 342.86 | 50.52% | 87.45 | 72.89 | (6.93) | (16.52) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-10 | 2.41% | 1.4384 | 355.49 | 40.43% | 79.89 | 52.82 | 312.90 | 48.65% | 66.08 | 81.60 | 13.81 | (28.78) | 343.59 | 50.52% | 87.80 | 72.62 | (7.91) | (19.81) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-13 | 2.43% | 1.4301 | 356.41 | 38.54% | 77.33 | 49.40 | 312.90 | 48.65% | 65.86 | 81.43 | 11.47 | (32.03) | 341.77 | 50.52% | 86.38 | 73.09 | (9.05) | (23.69) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-14 | 2.43% | 1.4274 | 347.64 | 38.37% | 71.36 | 52.13 | 312.90 | 48.65% | 65.81 | 81.32 | 5.54 | (29.19) | 332.76 | 50.52% | 80.61 | 76.26 | (9.25) | (24.13) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-15 | 2.43% | 1.4247 | 338.69 | 39.96% | 68.16 | 57.85 | 312.90 | 48.65% | 65.75 | 81.23 | 2.40 | (23.38) | 326.12 | 50.52% | 76.42 | 78.69 | (8.27) | (20.84) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-16 | 2.44% | 1.4219 | 335.45 | 40.87% | 67.48 | 60.43 | 312.90 | 48.65% | 65.68 | 81.18 | 1.80 | (20.75) | 324.18 | 50.52% | 75.16 | 79.38 | (7.68) | (18.95) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-07 | 2.44% | 1.4466 | 379.57 | 32.57% | 64.54 | 51.80 | 312.90 | 48.65% | 54.04 | 107.96 | 10.50 | (56.16) | 356.30 | 50.52% | 81.15 | 91.67 | (16.61) | (39.88) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-08 | 2.43% | 1.4438 | 370.34 | 37.08% | 66.71 | 63.27 | 312.90 | 48.65% | 53.95 | 107.94 | 12.76 | (44.67) | 353.59 | 50.52% | 79.43 | 92.73 | (12.71) | (29.46) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-09 | 2.43% | 1.4411 | 352.45 | 42.02% | 64.61 | 79.09 | 312.90 | 48.65% | 53.87 | 107.89 | 10.74 | (28.80) | 342.86 | 50.52% | 73.05 | 97.11 | (8.44) | (18.03) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-10 | 2.41% | 1.4384 | 355.49 | 40.43% | 63.57 | 75.13 | 312.90 | 48.65% | 53.77 | 107.91 | 9.80 | (32.78) | 343.59 | 50.52% | 73.35 | 96.81 | (9.78) | (21.68) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-13 | 2.43% | 1.4301 | 356.41 | 38.54% | 60.70 | 71.42 | 312.90 | 48.65% | 53.54 | 107.76 | 7.17 | (36.34) | 341.77 | 50.52% | 72.05 | 97.40 | (11.35) | (25.98) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-14 | 2.43% | 1.4274 | 347.64 | 38.37% | 55.52 | 74.93 | 312.90 | 48.65% | 53.49 | 107.63 | 2.03 | (32.70) | 332.76 | 50.52% | 66.91 | 101.20 | (11.39) | (26.27) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-15 | 2.43% | 1.4247 | 338.69 | 39.43% | 53.27 | 81.60 | 312.90 | 48.65% | 53.43 | 107.54 | (0.15) | (25.94) | 326.12 | 50.52% | 63.20 | 104.10 | (9.93) | (22.50) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-16 | 2.44% | 1.4219 | 335.45 | 40.87% | 52.94 | 84.54 | 312.90 | 48.65% | 53.35 | 107.49 | (0.41) | (22.95) | 324.18 | 50.52% | 62.07 | 104.93 | (9.13) | (20.40) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-07 | 2.44% | 1.4466 | 379.57 | 32.57% | 48.87 | 74.73 | 312.90 | 48.65% | 44.09 | 136.62 | 4.78 | (61.89) | 356.30 | 50.52% | 68.34 | 117.48 | (19.47) | (42.74) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-08 | 2.43% | 1.4438 | 370.34 | 37.08% | 52.18 | 87.36 | 312.90 | 48.65% | 44.00 | 136.62 | 8.18 | (49.25) | 353.59 | 50.52% | 66.79 | 118.72 | (14.61) | (31.36) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-09 | 2.43% | 1.4411 | 352.45 | 42.02% | 51.76 | 104.86 | 312.90 | 48.65% | 43.93 | 136.57 | 7.83 | (31.71) | 342.86 | 50.52% | 61.11 | 123.80 | (9.35) | (18.94) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-10 | 2.41% | 1.4384 | 355.49 | 40.43% | 50.43 | 100.63 | 312.90 | 48.65% | 43.82 | 136.61 | 6.61 | (35.98) | 343.59 | 50.52% | 61.37 | 123.47 | (10.93) | (22.83) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-13 | 2.43% | 1.4301 | 356.41 | 38.54% | 47.45 | 96.81 | 312.90 | 48.65% | 43.60 | 136.47 | 3.85 | (39.66) | 341.77 | 50.52% | 60.18 | 124.18 | (12.73) | (27.37) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-14 | 2.43% | 1.4274 | 347.64 | 38.37% | 43.02 | 101.06 | 312.90 | 48.65% | 43.55 | 136.33 | (0.53) | (35.26) | 332.76 | 50.52% | 55.64 | 128.56 | (12.61) | (27.49) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-15 | 2.43% | 1.4247 | 338.69 | 39.96% | 41.52 | 108.49 | 312.90 | 48.65% | 43.49 | 136.24 | (1.97) | (27.75) | 326.12 | 50.52% | 52.36 | 131.89 | (10.84) | (23.41) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-16 | 2.44% | 1.4219 | 335.45 | 40.87% | 41.45 | 111.68 | 312.90 | 48.65% | 43.41 | 136.19 | (1.96) | (24.51) | 324.18 | 50.52% | 51.36 | 132.86 | (9.91) | (21.18) |

**Appendix 8: Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)**

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Re-Valued Fitted Option Value | | | | But-For Fitted Option Value Based on Direct & Consequential Effects | | | | | | But-For Fitted Option Price Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stock Price | Implied Volatility | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2020-01-17 | $460.00 | 2018-08-07 | 2.44% | 1.4466 | 379.57 | 32.57% | 36.69 | 101.17 | 312.90 | 48.65% | 36.06 | 167.20 | 0.64 | (66.03) | 356.30 | 50.52% | 57.65 | 145.39 | (20.95) | (44.22) |
| TSLA | 2020-01-17 | $460.00 | 2018-08-08 | 2.43% | 1.4438 | 370.34 | 37.08% | 40.66 | 114.46 | 312.90 | 48.65% | 35.97 | 167.21 | 4.69 | (52.75) | 353.59 | 50.52% | 56.26 | 146.81 | (15.60) | (32.35) |
| TSLA | 2020-01-17 | $460.00 | 2018-08-09 | 2.43% | 1.4411 | 352.45 | 42.02% | 41.44 | 133.16 | 312.90 | 48.65% | 35.90 | 167.17 | 5.53 | (34.01) | 342.86 | 50.52% | 51.22 | 152.53 | (9.79) | (19.38) |
| TSLA | 2020-01-17 | $460.00 | 2018-08-10 | 2.41% | 1.4384 | 355.49 | 40.43% | 39.95 | 128.79 | 312.90 | 48.65% | 35.81 | 167.23 | 4.15 | (38.44) | 343.59 | 50.52% | 51.44 | 152.18 | (11.48) | (23.38) |
| TSLA | 2020-01-17 | $460.00 | 2018-08-13 | 2.41% | 1.4301 | 356.41 | 38.54% | 36.99 | 125.00 | 312.90 | 48.65% | 35.59 | 167.10 | 1.40 | (42.11) | 341.77 | 50.52% | 50.37 | 153.01 | (13.37) | (28.01) |
| TSLA | 2020-01-17 | $460.00 | 2018-08-14 | 2.43% | 1.4274 | 347.64 | 38.37% | 33.26 | 129.93 | 312.90 | 48.65% | 35.54 | 166.96 | (2.29) | (37.02) | 332.76 | 50.52% | 46.36 | 157.92 | (13.10) | (27.98) |
| TSLA | 2020-01-17 | $460.00 | 2018-08-15 | 2.44% | 1.4247 | 338.69 | 39.96% | 32.33 | 137.92 | 312.90 | 48.65% | 35.48 | 166.86 | (3.16) | (28.94) | 326.12 | 50.52% | 43.48 | 161.65 | (11.15) | (23.73) |
| TSLA | 2020-01-17 | $460.00 | 2018-08-16 | 2.44% | 1.4219 | 335.45 | 40.87% | 32.43 | 141.30 | 312.90 | 48.65% | 35.41 | 166.82 | (2.98) | (25.53) | 324.18 | 50.52% | 42.60 | 162.73 | (10.17) | (21.43) |
| | | | | | | | | | | | | | | | | | | | | | |
| TSLA | 2020-01-17 | $500.00 | 2018-08-07 | 2.44% | 1.4466 | 379.57 | 32.57% | 27.39 | 130.48 | 312.90 | 48.65% | 29.57 | 199.33 | (2.18) | (68.85) | 356.30 | 50.52% | 48.72 | 175.08 | (21.34) | (44.61) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-08 | 2.43% | 1.4438 | 370.34 | 37.08% | 31.61 | 144.03 | 312.90 | 48.65% | 29.49 | 199.35 | 2.11 | (55.32) | 353.59 | 50.52% | 47.48 | 176.65 | (15.88) | (32.63) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-09 | 2.43% | 1.4411 | 352.45 | 42.02% | 33.18 | 163.53 | 312.90 | 48.65% | 29.43 | 199.32 | 3.76 | (35.79) | 342.86 | 50.52% | 43.03 | 182.97 | (9.85) | (19.44) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-10 | 2.41% | 1.4384 | 355.49 | 40.43% | 31.64 | 159.12 | 312.90 | 48.65% | 29.34 | 199.40 | 2.30 | (40.28) | 343.59 | 50.52% | 43.21 | 182.59 | (11.57) | (23.47) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-13 | 2.41% | 1.4301 | 356.41 | 38.54% | 28.80 | 155.45 | 312.90 | 48.65% | 29.14 | 199.29 | (0.33) | (43.84) | 341.77 | 50.52% | 42.25 | 183.53 | (13.44) | (28.08) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-14 | 2.43% | 1.4274 | 347.64 | 38.37% | 25.68 | 160.99 | 312.90 | 48.65% | 29.09 | 199.14 | (3.41) | (38.15) | 332.76 | 50.52% | 38.72 | 188.92 | (13.05) | (27.93) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-15 | 2.44% | 1.4247 | 338.69 | 39.96% | 25.16 | 169.39 | 312.90 | 48.65% | 29.03 | 199.04 | (3.87) | (29.65) | 326.12 | 50.52% | 36.20 | 193.00 | (11.04) | (23.61) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-16 | 2.44% | 1.4219 | 335.45 | 40.87% | 25.38 | 172.88 | 312.90 | 48.65% | 28.96 | 199.01 | (3.58) | (26.13) | 324.18 | 50.52% | 35.43 | 194.19 | (10.04) | (21.31) |

*See text of Report for methodology; results for all traded option series available in a separate electronic file.*

**Appendix 9**
**Credit Rating Definitions**

**Moody's**
**Issuer Ratings**

**Foreign Currency:** Moody's Foreign Currency Issuer Ratings are opinions of the ability of entities to honor senior unsecured financial obligations and contracts denominated in foreign currency. These ratings are subject to Moody's Foreign Currency Country Ceilings. Issuer Ratings are unlike our long term debt ratings in that they are assigned to issuers rather than specific debt issues. Specific debt issues of the issuer may be rated differently, and are considered unrated unless individually rated by Moody's. Unless specified, obligations guaranteed by the issuer are considered unrated and are not covered by the issuer rating.

**Domestic Currency:** Moody's Domestic Currency Issuer Ratings are opinions of the ability of entities to honor senior unsecured financial obligations and contracts denominated in their domestic currency.

**Derivative Product Companies:** Issuer ratings that are assigned to derivative product companies are opinions of the financial capacity of an obligor to honor its senior obligations under financial contracts, given appropriate documentation and authorizations.

**Aaa**  Counterparties rated Aaa offer exceptional financial security and have the smallest degree of risk. While the financial strength of these entities may change, such changes as can be visualized are most unlikely  to impair the entities' strong position.

**Aa**  Counterparties rated Aa offer excellent financial security but are rated lower than Aaa counterparties because long-term risks appear somewhat larger. The margins of protection may not be as large as with Aaa counterparties, or fluctuations of protective elements may be of greater amplitude.

**A**  Counterparties rated A offer good financial security. However, elements may be present that suggest a susceptibility to impairment at some time in the future.

**Baa**  Counterparties rated Baa offer adequate financial security. However, certain protective elements may be lacking or may be characteristically unreliable over any great length of time.

**Ba**  Counterparties rated Ba offer questionable financial security. Often the  ability of these entities to meet counterparty obligations may be uncertain and thereby not well safeguarded in the future.

**B**  Counterparties rated B offer poor financial security. Assurance of punctual payment of obligations over any long period of time is small.

**Caa**  Counterparties rated Caa offer very poor financial security. Such counterparties may be in default, or there may be present elements of danger with regard to financial capacity.

**Ca**  Counterparties rated Ca offer extremely poor financial security. Such counterparties are often in default on their obligations.

**C**  Counterparties rated C are the lowest rated class of counterparties, are usually in default on their obligations, and potential recovery values are low.

**WR**  Withdrawn

Moody's applies numerical modifiers 1, 2, and 3 in each generic rating category from Aa to Caa. The modifier 1 indicates that the counterparty is in the higher end of its letter-rating category; the modifier 2 indicates a mid-range ranking; and the modifier 3 indicates that the counterparty is in the lower end of the letter-rating category.

**Appendix 9**
**Credit Rating Definitions**

**Moody's Investors Service**
**Long-Term Debt Ratings**

**Aaa**  Highest quality with minimal risk.

**Aa**  High quality, subject to very low default risk.

**A**  Upper-medium grade, subject to low credit risk.

**Baa**  Medium-grade, moderate credit risk, may have speculative characteristics.

**Ba**  Substantial credit risk, have speculative characteristics.

**B**  High credit risk, considered speculative.

**Caa**  Very high credit risk, poor standing.

**Ca**  Highly speculative. Likely in or very near default with some prospect of recovery of principal and interest.

**C**  Lowest rated class of bonds. Typically in default with little prospect for recovery of principal or interest.

**WR**  Withdrawn

**NR**  An unrated issuer, obligation, and/or program.

Ratings from Aaa to Baa3 are investment grade ratings. Ratings from Ba1 to C are non-investment grade ratings.

Moody's long-term obligation ratings are opinions of the relative credit risk of fixed-income obligations with an original maturity of one year or more. They address the possibility that a financial obligation will not be honored as promised. Such ratings reflect both the likelihood of default and any financial loss suffered in the event of default.

Moody's applies numerical modifiers 1, 2, and 3 in each generic rating classification from Aa through Caa. The modifier 1 indicates that the obligation ranks in the higher end of its generic rating category; the modifier 2 indicates a mid-range ranking; and the modifier 3 indicates a ranking in the lower end of that generic rating category.

**Appendix 9**
**Credit Rating Definitions**

**Standard & Poor's**
**Long-Term Issue Ratings**

**AAA**  Highest rating assigned by S&P. The obligor's capacity to meet its financial commitment on the obligation is EXTREMELY STRONG.

**AA**   Differs from the highest rated obligations only in small degree. The obligor's capacity to meet its financial commitment on the obligation is VERY STRONG.

**A**   Somewhat more susceptible to the adverse effects of changes in circumstances and economic conditions that obligations in higher rated categories. However, the obligor's capacity to meet its financial commitment on the obligation is still STRONG.

**BBB**  ADEQUATE protection parameters. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity of the obligor to meet its financial commitment on the obligation.

Obligors rated 'BB', 'B', 'CCC', and 'CC' and 'C' are regarded as having significant speculative characteristics. 'BB' indicates the least degree of speculation and 'C' the highest. While such obligations will likely have some quality and protective characteristics, these may be outweighed by large uncertainties or major exposures to adverse conditions.

**BB**   LESS VULNERABLE to non payment that other speculative issues. However, it faces major ongoing uncertainties or exposure to adverse business, financial, or economic conditions which could lead to the obligor's inadequate capacity to meet its financial commitment on the obligation.

**B**   MORE VULNERABLE to nonpayment than obligations rated 'BB,' but the obligor currently has the capacity to meet its financial commitment on the obligation. Adverse business, financial, or economic conditions will likely impair the obligor's capacity or willingness to meet its financial commitment on the obligation.

**CCC**  CURRENTLY VULNERABLE to nonpayment, and it dependent upon favorable business, financial, and economic conditions for the obligor to meet its financial commitment on the obligation. In the event of adverse business, financial, or economic conditions, the obligor is not likely to have the capacity to meet its financial commitment on the obligation.

**CC**   Highly vulnerable to nonpayment. The 'CC' rating is used when a default has not yet occurred, but S&P expects default to be a virtual certainty, regardless of the anticipated time to default.

**C**   Highly vulnerable to nonpayment, and the obligation is expected to have lower relative seniority or lower ultimate recovery compared to obligations that are rated higher.

**C**   Withdrawn.

**D**   In default or in breach of an imputed promise. For non-hybrid capital instruments, the 'D' rating category is used when payments on an obligation are not made on the date due, unless S&P believes that such payments will be made within 5 business days in the absence of a stated grace period or within the earlier of the stated grace period or 30 calendar days. The 'D' rating also wille be used upon the filing of a bankruptcy petition or the taking of similar action and where default on an obligation is a virtual certainty (e.g., due to automatic stay provisions). An obligation's rating is lowered to'D' if it is subject to a distressed exchange offer.

**NR**   No rating has been requested, or that there is insufficient information on which to base a rating, or that S&P does not rate a particular obligation as a matter of policy.

**Plus (+) or minus (-):** The ratings from 'AA' to 'CCC' may be modified by the addition of a plus or minus sign to show relative standing within the major rating categories.

**Public Information Ratings**  Ratings with a 'pi' subscript are based on an analysis of an issuer's published financial information, as well as additional information in the public domain. They do not, however, reflect indepth meetings with an issuer's management and are therefore based on less comprehensive  information than ratings without a 'pi' subscript. Ratings with a 'pi' subscript are reviewed annually based on a new year's financial  statements, but may be reviewed on an interim basis if a major event  occurs that may affect the issuer's credit quality. Outlooks are not provided for ratings with a 'pi' subscript, nor are they subject to  potential CreditWatch listings. Ratings with a 'pi' subscript generally are not modified with '+' or '-' designations. However, such designations may be assigned when the issuer's credit rating is constrained by sovereign risk or the credit quality of a parent company or affiliated group.

**Appendix 9**
**Credit Rating Definitions**

**Standard & Poor's**
**CreditWatch**

**CreditWatch** highlights the potential direction of a short- or long-term rating. It focuses on identifiable events and short-term trends that cause ratings to be placed under special surveillance by S&P analytical staff. These may include mergers, recapitalizations, voter referendums, regulatory action, or anticipated operating developments.  Ratings appear on CreditWatch when such an event or a deviation from an expected trend occurs and additional information is necessary to evaluate the current rating. A listing, however, does not mean a rating change is inevitable, and whenever possible, a range of alternative ratings will be shown. CreditWatch is not intended to include all ratings under review, and rating changes may occur without the ratings having first appeared on CreditWatch. The "positive" designation means that a rating may be raised; negative means a rating may be lowered; and "developing" means that a rating may be raised, lowered, or affirmed.

Source: Bloomberg as of October 2016.

**Appendix 10**
**Methodology Employed to Use TRACE Data**

1.      The Trade Reporting and Compliance Engine, better known as TRACE, is an over-the-counter real-time price dissemination service for the fixed income (*i.e.*, bond) market owned and operated by the Financial Industry Regulatory Authority ("FINRA").  I relied upon TRACE transaction data to calculate volume and daily volume weighted average prices ("VWAPs") over the Class Period and 120 days prior to the start of the Class Period, and intra-day VWAPs on August 7, 2018.[1]

2.      Staff, at my direction, imported, closely examined, and evaluated the original TRACE records as described below.  Staff then organized the TRACE files to limit the dataset to include only those trade records that are relevant for my analysis.

3.      To determine which records would be included in the analyses, I relied upon a TRACE Excel file[2] with data field definitions and prior experience working with similar TRACE data provided by FINRA.

4.      The TRACE data contains a field or variable called "Market Indicator."   I included in the analyses only trades with the code "S1," signifying "Trade was executed in

---

[1]    The datasets I relied upon in my analyses are Microsoft Excel files produced in response to a subpoena issued by the Lead Plaintiffs' Counsel.  The Excel files for the Notes are all titled "[CUSIP of note] TRACE-Corp Data Jan012018 through Dec312018.xlsx."  The Excel files contain data (where available) for the period January 2018 through December 2018.  There are two files for the 2025 Note, one for CUSIP "88160RAE1" which is the Rule 144A series and the other for CUSIP "U8810LAA1" which is the Regulation S series. *See* Tesla SEC Form 8-K dated August 17, 2017, Exhibit 10.1, p. 25.

[2]    The file with data field definitions I relied upon is a Microsoft Excel file produced in response to a subpoena issued by the Lead Plaintiffs' Counsel titled "Trade Data Fields and Definitions for CA Bonds (DIVER-CA Trade Details) Feb102021.xlsx."

the secondary market." All the trades for the four Tesla notes were identified with code "S1."[3]

5.     The TRACE data includes a field or variable called "Status" that indicates the *status* of entered transactions. Records have the following *Status* codes:

1)  T = Newly Reported Trade;

2)  Y = Reversal (Historical Trade Cancels);

3)  X = Cancelled;

4)  C = Correction (cancelled portion); and

5)  R = Correction (new trade portion).[4]

6.     I only included records with Status codes of "Newly Reported Trade" and "Correction (new trade portion)" (*i.e.*, observations where Status = "T" or Status = "R") and also removed the original records that I was able to match to a Correction (cancelled portion, Status = "C"), Cancelled trade (Status = "X"), or Reversal (Historical Trade Cancels, Status = "Y").[5]

7.     The data field "Media Report Indicator" identifies whether or not trade entries in the TRACE system are disseminated to the public. There are two possible codes for this field, "Y" meaning Yes, the entry is reported to the public, and "N" meaning No, the

---

[3]     None of the records in the data that I used have a Market Indicator code of "P1" denoting "Trade was executed in the primary market at a fixed or list price on the first day of trading" or "F1" denoting "Free Trading."

[4]     There are different status codes for "NYSE" trades, but the records in the data are for "MPP" trades.

[5]     I used the following algorithm to identify original records (Status code equal to "T" or "R") that match to records with Status codes of C, X, or Y ("C/X/Y"). Original records were identified by matching the variable "First System Control ID" from a C/X/Y record to the "System Control ID" variable for the original record and also matching the variables "Execution Dt" and "Report Side MPID". I applied this algorithm to all transactions in the data. For these 25,789 transactions, 3.2% (822 transactions) had Status codes of C, X, or Y, which I matched to 790 original transactions.

transaction is not reported to the public.  FINRA only disseminates one side of a trade when both parties report their transaction to TRACE (in the case of trades between two brokers).[6] Unless otherwise indicated, I include only publicly-reported trades in my analysis.  For the date of the trade, I use the variable "Execution Dt."  For time of the trade, I use the variable "Execution Tm."

8.      In addition, unless otherwise specified, I include only days on which the stock market was open for trading and I also exclude any additional dates that are "Recommended Full Close" by SIFMA (the Securities Industry and Financial Markets Association).[7]

Calculation of daily volume series

9.      I calculated daily volume by summing the volume for all records on a given day (subject to the conditions listed above).  In other words, I summed up the "Entered Volume" for each transaction record on that day.

Calculation of daily VWAP series during 120 stock trading days prior to the start of the Class Period

10.      Each day during the 120 stock trading days prior to the start of the Class Period, I calculated a VWAP by using all records for that specific day subject to the restrictions listed above and an additional restriction that the trade take place between 9:30 am and 4:00 pm (matching the standard trading hours of the US stock market).  For Price, I used "Entered Pr," which was then weighted by the "Entered Volume."

---

[6]    In the data I analyzed (*see* note 5), there were only 12 instances of a trade that was not reported to the public where the Contra Side MPID was code "C" (Customer).  In addition, only 1% of the transactions had a non-customer Contra Side MPID, were not reported, and were report side sale transactions (Buy/Sell of "S").

[7]    There were no additional dates during the Class Period or the prior 120 stock trading days that were "Recommended Full Close Dates" by SIFMA (https://www.sifma.org/resources/general/us-holiday-archive/; last visited October 21, 2021).

Calculation of intra-day VWAP on August 7, 2018

11.     I calculated a price in advance of the Musk Tweets as VWAP based on transactions on August 7, 2018 prior to 12:48 p.m. and a price following the Musk Tweets as VWAP based on transactions on or after 12:48 p.m.  For the calculation of these intra-day VWAPs, I considered all transactions during the day and did not limit the analysis to stock trading hours.

**Appendix 11**
**Market Models for Tesla Notes**

*Panel A: Market Models (with Industry Variable Net-of-Market)*

|  | Intercept | | Market | | Excess Industry | | Credit Index Minus Treasury Note | | Treasury Note | | Root | Adjusted | No. of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Coefficient | t-stat | Coefficient | t-stat | Coefficient | t-stat | Coefficient | t-stat | Coefficient | t-stat | MSE | R-Squared | Obs. |
| 2019 Note | -0.0010 | -1.03 | 0.4507 | 4.80 | 0.0218 | 0.21 | 0.6813 | 1.46 | 4.7823 | 0.49 | 0.0100 | 0.3298 | 120 |
| 2021 Note | -0.0014 | -1.01 | 0.6633 | 4.98 | -0.0289 | -0.20 | 0.8670 | 1.34 | 2.2989 | 1.32 | 0.0138 | 0.3822 | 120 |
| 2022 Note | -0.0012 | -0.71 | 0.7536 | 4.25 | 0.0617 | 0.34 | 1.1441 | 1.53 | 3.1332 | 1.83 | 0.0179 | 0.3570 | 120 |
| 2025 Note | -0.0009 | -1.61 | 0.0913 | 1.54 | 0.0492 | 0.80 | 1.2191 | 4.07 | 1.0410 | 2.77 | 0.0060 | 0.3292 | 120 |

*Panel B: Market Models (with Industry Variable Not Net-of-Market)*

|  | Intercept | | Market | | Industry | | Credit Index Minus Treasury Note | | Treasury Note | | Root | Adjusted | No. of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Coefficient | t-stat | Coefficient | t-stat | Coefficient | t-stat | Coefficient | t-stat | Coefficient | t-stat | MSE | R-Squared | Obs. |
| 2019 Note | -0.0010 | -0.99 | 0.4344 | 3.71 | 0.0218 | 0.21 | 0.6813 | 1.46 | 4.7823 | 0.49 | 0.0100 | 0.3298 | 120 |
| 2021 Note | -0.0014 | -1.02 | 0.6850 | 4.22 | -0.0289 | -0.20 | 0.8670 | 1.34 | 2.2989 | 1.32 | 0.0138 | 0.3822 | 120 |
| 2022 Note | -0.0011 | -0.66 | 0.7074 | 3.32 | 0.0617 | 0.34 | 1.1441 | 1.53 | 3.1332 | 1.83 | 0.0179 | 0.3570 | 120 |

**Notes:**

[1] The Nasdaq Composite Total Return Index (Bloomberg ticker "XCMP") is used as proxy for market. Market index is the same as that used in stock market model (see Appendix 5).

[2] The Dow Jones US Automobiles & Parts Industry Total Return Index (Bloomberg ticker "DJUSAPT") is used as proxy for industry. Industry return (used in Panel B) is after removing Tesla's daily return based on its daily index weight from the index return. Excess Industry return (used in Panel A) is used to account for industry-wide effects in the market model, after removing the effect of market returns. The formula for removing the effect of market return from the industry return is {industry return – (intercept + beta * market return)}. The intercept (-0.0012) and beta (0.7487) are estimated by regressing daily industry returns on market returns over the period 2/14/2018 to 8/17/2018. Excess industry index is the same as that used in stock market model (see Appendix 5).

[3] Various ICE BofAML CCC & Lower US Cash Pay High Yield Indexes are used as proxies for Credit Index for each Tesla Note based on the time to maturity as of the start of the Class Period: 2019 and 2021 Note: the ICE BofAML 1-3 Year CCC & Lower US Cash Pay High Yield Index (Bloomberg ticker "J1A3"); 2022 Note: the ICE BofAML 3-5 Year CCC & Lower US Cash Pay High Yield Index (Bloomberg ticker "J2A3"); and 2025 Note: the ICE BofAML 7-10 Year CCC & Lower US Cash Pay High Yield Index (Bloomberg ticker "J4A3").

[4] Treasury notes matched to the maturity of Tesla Notes are used as proxies for the Maturity variable: 2019 Note (CUSIP 912828W30); 2021 Note (CUSIP 912828P87); 2022 Note (CUSIP 912828W55); and 2025 Note (CUSIP 912828K74).

[5] Each regression is estimated over the 120 trading days prior to the start of the Class Period (February 14, 2018 to August 6, 2018) with dummy variables for May 3, 2018 and August 2, 2018.

**Appendix 12**
**Tesla Notes Daily Data and Market Model Results**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] |
|---|---|---|---|---|---|---|---|---|---|
| Date | Volume (All Day) | Volume (Stock Hours) | Price | Return | Cumulative Return | Abnormal Return | p-value | Cumulative Abnormal Return | p-value |
| **_2019 Note_** | | | | | | | | | |
| 8/7/2018 | 46,363,000 | 15,863,000 | 114.69 | 5.7% | | 5.7% | 0.00% | | |
| 8/8/2018 | 62,626,000 | 43,126,000 | 110.56 | -3.6% | -3.6% | -3.5% | 0.06% | -3.5% | 0.06% |
| 8/9/2018 | 55,767,000 | 50,767,000 | 108.27 | -2.1% | -5.6% | -2.0% | 4.61% | -5.4% | 0.02% |
| 8/10/2018 | 3,000,000 | 3,000,000 | 108.60 | 0.3% | -5.3% | 0.8% | 40.13% | -4.7% | 0.80% |
| 8/13/2018 | 1,000,000 | 1,000,000 | 109.29 | 0.6% | -4.7% | 0.9% | 35.74% | -3.8% | 6.03% |
| 8/14/2018 | 26,830,000 | 26,830,000 | 108.12 | -1.1% | -5.7% | -1.3% | 19.67% | -5.0% | 2.60% |
| 8/15/2018 | 2,000,000 | 2,000,000 | 106.63 | -1.4% | -7.0% | -0.6% | 55.08% | -5.6% | 2.38% |
| 8/16/2018 | 32,511,000 | 32,511,000 | 106.10 | -0.5% | -7.5% | -0.8% | 43.70% | -6.3% | 1.80% |
| 8/17/2018 | 34,600,000 | 34,600,000 | 102.16 | -3.7% | -10.9% | -3.7% | 0.03% | -9.8% | 0.07% |
| **_2021 Note_** | | | | | | | | | |
| 8/7/2018 | 31,330,000 | 12,830,000 | 122.55 | 9.5% | | 9.6% | 0.00% | | |
| 8/8/2018 | 75,887,000 | 64,101,000 | 116.14 | -5.2% | -5.2% | -5.1% | 0.03% | -5.1% | 0.03% |
| 8/9/2018 | 92,835,000 | 67,835,000 | 112.31 | -3.3% | -8.4% | -3.3% | 1.75% | -8.3% | 0.00% |
| 8/10/2018 | 6,044,000 | 6,044,000 | 112.74 | 0.4% | -8.0% | 0.9% | 51.23% | -7.5% | 0.23% |
| 8/13/2018 | 3,425,000 | 3,425,000 | 114.64 | 1.7% | -6.5% | 2.1% | 13.98% | -5.6% | 4.68% |
| 8/14/2018 | 29,846,000 | 29,846,000 | 111.76 | -2.5% | -8.8% | -2.7% | 4.94% | -8.2% | 0.95% |
| 8/15/2018 | 8,995,000 | 8,995,000 | 109.79 | -1.8% | -10.4% | -0.7% | 59.36% | -8.8% | 1.03% |
| 8/16/2018 | 53,540,000 | 52,040,000 | 108.80 | -0.9% | -11.2% | -1.2% | 37.57% | -10.0% | 0.75% |
| 8/17/2018 | 37,500,000 | 37,500,000 | 103.44 | -4.9% | -15.6% | -4.9% | 0.06% | -14.3% | 0.04% |
| **_2022 Note_** | | | | | | | | | |
| 8/7/2018 | 15,085,000 | 8,565,000 | 130.41 | 8.0% | | 8.2% | 0.00% | | |
| 8/8/2018 | 30,075,000 | 22,575,000 | 123.61 | -5.2% | -5.2% | -5.1% | 0.49% | -5.1% | 0.49% |
| 8/9/2018 | 88,458,000 | 53,454,000 | 120.81 | -2.3% | -7.4% | -2.1% | 24.74% | -7.1% | 0.59% |
| 8/10/2018 | 14,300,000 | 14,300,000 | 121.19 | 0.3% | -7.1% | 1.0% | 58.55% | -6.2% | 4.80% |
| 8/13/2018 | 54,870,000 | 54,870,000 | 122.32 | 0.9% | -6.2% | 1.5% | 41.35% | -4.8% | 18.10% |
| 8/14/2018 | 5,000,000 | 5,000,000 | 120.27 | -1.7% | -7.8% | -2.1% | 24.51% | -6.8% | 9.16% |
| 8/15/2018 | 2,500,000 | 2,500,000 | 117.47 | -2.3% | -9.9% | -1.2% | 51.20% | -7.9% | 7.40% |
| 8/16/2018 | 508,000 | 504,000 | 116.79 | -0.6% | -10.4% | -0.9% | 60.85% | -8.7% | 6.72% |
| 8/17/2018 | 43,762,000 | 43,762,000 | 110.07 | -5.8% | -15.6% | -5.9% | 0.14% | -14.1% | 0.62% |
| **_2025 Note_** | | | | | | | | | |
| 8/7/2018 | 121,790,000 | 61,061,000 | 92.62 | 1.1% | | 0.8% | 17.83% | | |
| 8/8/2018 | 130,852,000 | 65,242,000 | 91.74 | -0.9% | -0.9% | -0.9% | 15.24% | -0.9% | 15.24% |
| 8/9/2018 | 12,644,000 | 7,292,000 | 90.97 | -0.8% | -1.8% | -0.6% | 28.91% | -1.5% | 8.02% |
| 8/10/2018 | 22,979,000 | 18,760,000 | 90.73 | -0.3% | -2.0% | 0.3% | 61.53% | -1.2% | 25.06% |
| 8/13/2018 | 10,986,000 | 1,380,000 | 90.90 | 0.2% | -1.9% | 0.4% | 51.28% | -0.8% | 50.05% |
| 8/14/2018 | 87,276,000 | 20,775,000 | 90.86 | 0.0% | -1.9% | -0.2% | 72.53% | -1.0% | 44.84% |
| 8/15/2018 | 22,090,000 | 12,068,000 | 89.98 | -1.0% | -2.8% | -0.5% | 41.75% | -1.5% | 30.83% |
| 8/16/2018 | 7,714,000 | 6,762,000 | 89.73 | -0.3% | -3.1% | -0.3% | 58.23% | -1.8% | 25.14% |
| 8/17/2018 | 20,582,000 | 17,854,000 | 89.08 | -0.7% | -3.8% | -0.7% | 22.37% | -2.5% | 13.56% |

**Notes:**

[1]  Bond trading date.

[2]  Total Volume during the day (in par value).  See Appendix 10 for methodology to compute the reported volume.
Source: FINRA TRACE Data.  Volume for the 2025 Note includes volume for both the 144A series (CUSIP
88160RAE1) and REG S Series (CUSIP U8810LAA1).

[3]  Total Volume from 9:30 a.m. to 4:00 p.m. (in par value).  See Appendix 10 for methodology to compute the reported
volume.  Source: FINRA TRACE Data.  Volume for the 2025 Note includes volume for both the 144A series (CUSIP
88160RAE1) and REG S Series (CUSIP U8810LAA1).

[4]  BVAL price.  Source: Bloomberg.

[5]  = [4] / [4] on prior date - 1.

[6]  Cumulative return from August 8, 2018.  [6] = (1 + [5]) x (1 + [6] on prior date) - 1.

[7]  Abnormal return is equal to return in [5] less predicted return, which is computed based on the market model described
in Section IX.C of the report. See Appendix 11 for coefficients of the market models.

[8]  Two-tailed p-value associated with the t-statistic of the abnormal return in [7], which is computed as [7] divided by the
standard error of the respective market model for each Tesla Note (see Appendix 11).

[9]  Cumulative abnormal return from August 8, 2018.  [9] = (1 + [7]) x (1 + [9] on prior date) - 1.

[10]  Two-tailed p-value associated with the t-statistic of the cumulative abnormal return in [9], which is computed as [9]
divided by the standard error of the respective market model of each Tesla Note (see Appendix 11), divided by the
squared root of the number of trading days from August 8, 2018 to current.

**Appendix 13**
**TRACE Data Used for Computing VWAP in Tesla Notes on August 7, 2018**

| Date | Time | CUSIP | Volume | Price |
|---|---|---|---|---|
| **_2019 Note:_** | | | | |
| 8/7/2018 | 9:23:39 | 88160RAB7 | 2,500,000 | 108.344 |
| 8/7/2018 | 9:25:24 | 88160RAB7 | 2,500,000 | 108.344 |
| 8/7/2018 | 9:50:25 | 88160RAB7 | 300,000 | 109.250 |
| 8/7/2018 | 12:04:38 | 88160RAB7 | 2,000 | 108.000 |
| 8/7/2018 | 12:04:38 | 88160RAB7 | 2,000 | 108.000 |
| 8/7/2018 | 12:41:52 | 88160RAB7 | 25,000 | 107.325 |
| 8/7/2018 | 12:41:52 | 88160RAB7 | 25,000 | 107.500 |
| 8/7/2018 | 13:39:35 | 88160RAB7 | 2,000,000 | 111.419 |
| 8/7/2018 | 13:39:59 | 88160RAB7 | 1,000,000 | 111.419 |
| 8/7/2018 | 13:51:02 | 88160RAB7 | 2,500,000 | 111.658 |
| 8/7/2018 | 13:57:26 | 88160RAB7 | 2,000,000 | 111.573 |
| 8/7/2018 | 15:47:21 | 88160RAB7 | 2,500,000 | 114.612 |
| 8/7/2018 | 15:52:49 | 88160RAB7 | 9,000 | 113.500 |
| 8/7/2018 | 15:52:54 | 88160RAB7 | 3,000,000 | 113.800 |
| 8/7/2018 | 15:58:44 | 88160RAB7 | 2,500,000 | 113.055 |
| 8/7/2018 | 16:07:16 | 88160RAB7 | 2,000,000 | 113.623 |
| 8/7/2018 | 16:10:44 | 88160RAB7 | 1,000,000 | 112.517 |
| 8/7/2018 | 16:17:16 | 88160RAB7 | 2,500,000 | 113.274 |
| 8/7/2018 | 16:27:34 | 88160RAB7 | 2,000,000 | 113.071 |
| 8/7/2018 | 16:56:38 | 88160RAB7 | 10,000,000 | 112.985 |
| 8/7/2018 | 16:57:10 | 88160RAB7 | 5,000,000 | 113.110 |
| 8/7/2018 | 16:58:31 | 88160RAB7 | 3,000,000 | 113.110 |
| **_2021 Note:_** | | | | |
| 8/7/2018 | 9:37:13 | 88160RAC5 | 100,000 | 111.000 |
| 8/7/2018 | 11:47:39 | 88160RAC5 | 2,000,000 | 111.481 |
| 8/7/2018 | 12:13:18 | 88160RAC5 | 230,000 | 111.750 |
| 8/7/2018 | 12:54:52 | 88160RAC5 | 1,600,000 | 113.750 |
| 8/7/2018 | 13:16:37 | 88160RAC5 | 1,300,000 | 116.438 |
| 8/7/2018 | 13:48:16 | 88160RAC5 | 250,000 | 114.000 |
| 8/7/2018 | 13:48:16 | 88160RAC5 | 250,000 | 113.700 |
| 8/7/2018 | 13:54:23 | 88160RAC5 | 150,000 | 115.000 |
| 8/7/2018 | 13:55:20 | 88160RAC5 | 150,000 | 115.000 |
| 8/7/2018 | 13:55:23 | 88160RAC5 | 100,000 | 115.000 |
| 8/7/2018 | 15:40:00 | 88160RAC5 | 1,600,000 | 113.550 |
| 8/7/2018 | 15:40:00 | 88160RAC5 | 1,600,000 | 113.300 |
| 8/7/2018 | 15:46:11 | 88160RAC5 | 2,500,000 | 118.835 |
| 8/7/2018 | 15:47:05 | 88160RAC5 | 1,000,000 | 121.124 |
| 8/7/2018 | 16:03:29 | 88160RAC5 | 5,000,000 | 118.511 |
| 8/7/2018 | 16:03:36 | 88160RAC5 | 2,500,000 | 119.212 |

**Appendix 13**
**TRACE Data Used for Computing VWAP in Tesla Notes on August 7, 2018**

| Date | Time | CUSIP | Volume | Price |
|---|---|---|---|---|
| 8/7/2018 | 16:03:43 | 88160RAC5 | 2,500,000 | 119.211 |
| 8/7/2018 | 16:11:08 | 88160RAC5 | 1,000,000 | 118.137 |
| 8/7/2018 | 16:18:09 | 88160RAC5 | 1,500,000 | 118.417 |
| 8/7/2018 | 16:18:15 | 88160RAC5 | 2,500,000 | 118.666 |
| 8/7/2018 | 16:18:51 | 88160RAC5 | 1,000,000 | 118.518 |
| 8/7/2018 | 16:21:49 | 88160RAC5 | 1,500,000 | 118.875 |
| 8/7/2018 | 16:24:03 | 88160RAC5 | 1,000,000 | 118.150 |
| ***2022 Note:*** | | | | |
| 8/7/2018 | 10:58:34 | 88160RAD3 | 20,000 | 122.225 |
| 8/7/2018 | 10:59:45 | 88160RAD3 | 20,000 | 121.250 |
| 8/7/2018 | 11:02:12 | 88160RAD3 | 20,000 | 122.000 |
| 8/7/2018 | 13:28:46 | 88160RAD3 | 5,000 | 123.500 |
| 8/7/2018 | 15:55:34 | 88160RAD3 | 4,000,000 | 129.675 |
| 8/7/2018 | 15:55:52 | 88160RAD3 | 4,000,000 | 127.679 |
| 8/7/2018 | 15:59:08 | 88160RAD3 | 500,000 | 126.825 |
| 8/7/2018 | 16:00:28 | 88160RAD3 | 10,000 | 126.000 |
| 8/7/2018 | 16:01:41 | 88160RAD3 | 1,500,000 | 127.944 |
| 8/7/2018 | 16:01:43 | 88160RAD3 | 10,000 | 124.750 |
| 8/7/2018 | 16:02:42 | 88160RAD3 | 3,000,000 | 127.396 |
| 8/7/2018 | 16:11:20 | 88160RAD3 | 1,000,000 | 129.500 |
| 8/7/2018 | 16:29:54 | 88160RAD3 | 1,000,000 | 128.400 |

Note: *See* Appendix 10.
Source: TRACE Data.

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| 8/7/2018 | Tue | 30,875,768 | $379.57 | 10.99% | 0.31% | 0.49% | 0.38% | 10.61% | 4.15 | 0.01% ** | $36.28 | **Elon Musk aims to privatise Tesla** (German Collection - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk 'considering' taking Tesla private, trading resumed** (CNET News.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk Considering To Take Tesla Private** (CE NoticiasFinancieras - Factiva, |
| | | | | | | | | | | | | **Elon Musk Considering To Take Tesla Private** (RTT News - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk considers taking Tesla private; Elon Musk considers taking Tesla private** (The Daily Star - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk contemplates removing Tesla from Wall Street and shares rise 7%** (CE NoticiasFinancieras - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk Floats Plan To Take Tesla Private At $71 Billion Valuation** (Forbes.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk Floats Plan To Take Tesla Private At $71 Billion Valuation** (Forbes.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk Floats Plan To Take Tesla Private At $71 Billion Valuation** (Forbes.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk says he may take Tesla private and shares soar** (The Toronto Star - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk tweets that he may take Tesla private, shares jump 11 per cent; Move comes as CEO has been under mounting pressure from investors, analysts to stem company's financial losses (The Globe and Mail (Breaking News) - Factiva, 08/07/2018)** |
| | | | | | | | | | | | | Elon Musk (CTV National News - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk, eager to shed Wall Street, suggests a massive buyout of Tesla. Its shares soar** (latimes.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **06:58 EDT Tesla begins hiring for $2B Shanghai plant, Reuters reportsTesla has...** (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **09:16 EDT Morgan Stanley questions if time to 'fade the bounce' in TeslaMorgan...** (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **12:27 EDT Saudi wealth fund has built 3%-5% stake in Tesla, FT reports** (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **12:27 EDT Tesla jumps 3% to $352.37 after FT says Saudi fund built $2B stake** (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **12:30 EDT Saudi sovereign wealth fund builds 3%-5% stake in Tesla, FT...** (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **12:49 EDT Tesla CEO Musk says 'considering taking Tesla private'Elon Musk,...** (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **12:56 EDT Tesla up 5% after Musk 'go-private' tweet, FT report of Saudi...** (Theflyonthewall.com - Factiva, 08/07/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Return | [6] Market Return | [7] Exc. Ind. Return | [8] Predicted Return | [9] Abnormal Return | [10] t-statistic | p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 13:05 EDT Musk tweet on taking Tesla private helped shoot stock 5.7% highe Musk... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 13:10 EDT Musk tweet on taking Tesla private helped shoot stock 5.7% highe Musk... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 13:23 EDT Saudi sovereign fund stake in Tesla 'just below' 5%, Reuters saysSaudi... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 13:44 EDT Tesla CEO Musk says he does not have controlling vote Tesla CEO Elon... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 13:53 EDT Ross Gerber says Tesla confirmed tweets are 'real,' sent by MuskRoss... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 14:08 EDT Tesla CEO wants shareholders to stay if company goes privateTesla CEO... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 14:09 EDT Tesla halted for news amid Musk's tweets on possibly going... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 14:17 EDT Tesla CEO says shareholders could sell at $420 or hold if company went... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 15:10 EDT Tesla CEO says being private would end 'negative propaganda from... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 15:32 EDT Tesla discloses email sent to employees about 'taking Tesla private'An... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 15:36 EDT Tesla to resume trading at 3:45 pm ETTesla shares are scheduled to... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 15:46 EDT Tesla up 10% to $377.07 after reopening following Musk 'go private'... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | 16:49 EDT Fly Intel: Wall Street's top stories for TuesdayStocks opened with... (Theflyonthewall.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **A Tesla Buyout Would Mean Elon Musk's $100B Moonshot Pay Deal Crashed In Orbit** (Forbes.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **A Tesla LBO Would Mean Elon Musk's $100B Moonshot Pay Deal Crashed In Orbit** (Forbes.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **A Tesla LBO Would Mean Elon Musk's $100B Moonshot Pay Deal Crashed In Orbit** (Forbes.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Author's Note: S&P 500 All Time Record** (Financial Times - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | | **Barclays Research Report** (Capital IQ - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | | **Barclays Research Report** (Eikon - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | | **Behind the wheel of a Tesla Model 3: It's a giant iPhone Ã¢â‚¬â€ for better and worse** (Washington Post.com - Factiva, 08/07/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | | **Behind the wheel of a Tesla Model 3; It'S a giant iphone - for better and worse** (National Post - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Biz quicks** (Tulsa World - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Blue Chips Lead, As Nasdaq Aims For Sixth Gain In A Row** (Investor's Business Daily - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Canaccord Genuity Research Report** (Capital IQ - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | | **Canaccord Genuity Research Report** (Eikon - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | | **CFRA Equity Research Research Report** (Capital IQ - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | | **CFRA Equity Research Research Report** (Capital IQ - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | | **CFRA Equity Research Research Report** (Eikon - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | | **Children's services chief hits back after facing calls to resign amid Tesla Twitter row** (Bucks Free Press - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Cowen and Company Research Report** (Eikon - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | | **Dow Jones Futures: Tesla Stock Risk Vs. Reward; These 4 Stocks Swing On Earnings** (Investor's Business Daily - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk considers removing Tesla from the bag** (CE NoticiasFinancieras - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk considers removing Tesla from the bag** (CE NoticiasFinancieras - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk is serious about taking Tesla private** (Mashable.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk needs just 61 characters to lift wealth by $900 million; Tesla shares spike after CEO tweets about taking carmaker private.** (The Seattle Times: Web Edition - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Elon Musk's multibillion-dollar apology (EJ Insight - Factiva, 08/07/2018)** |
| | | | | | | | | | | | | **Eugene Investment & Securities Research Report** (Eikon - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | | **GM creeps closer to cap on $7,500 EV tax credit** (The Detroit News - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **GM creeps closer to cap on $7,500 EV tax-credit** (The Detroit News: Web Edition - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **Has Musk met his match in Essex man and his truck?** (The Times - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **How Palo Alto is suffocating its rooftop solar market** (San Francisco Business Times - Factiva, 08/07/2018) |
| | | | | | | | | | | | | **KB Securities Research Report** (Capital IQ - Manual Entry, 08/07/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |

Events column (column [12]):

Mendocino Fire Now the Largest in California History; Indonesia Earthquake Kills 105, Displaces 20,000; German Couple Convicted of Selling Child to Pedophiles; Trump to Host CEOs at New Jersey Golf Club; Trump Warns CEOs Against Doing Business with Iran; Trump's Foreign Policy Puts Central Bankers on Their Heels; Wildfires Burn as Scientists Warn of a Hothouse Planet; U.S. Billionaire Kroenke Takes Sole Control of Arsenal; Snap Shares Spike After Earnings; Papa John's Down 10 Percent After Results; Disney Earnings Miss Expectations. Aired 4-5p ET (CNN International: Quest Means Business - Factiva, 08/07/2018)

**Morgan Stanley Research Report** (Capital IQ - Manual Entry, 08/07/2018)

**Morgan Stanley Research Report** (Capital IQ - Manual Entry, 08/07/2018)

**Morgan Stanley Research Report** (Capital IQ - Manual Entry, 08/07/2018)

**Morgan Stanley Research Report** (Eikon - Manual Entry, 08/07/2018)

**Morgan Stanley Research Report** (Eikon - Manual Entry, 08/07/2018)

**Morningstar Inc. Research Report** (Capital IQ - Manual Entry, 08/07/2018)

**Morningstar Inc. Research Report** (Capital IQ - Manual Entry, 08/07/2018)

**Morningstar Inc. Research Report** (Eikon - Manual Entry, 08/07/2018)

**Musk Makes Startling Proposal to Take Tesla Private** (The Deal - Factiva, 08/07/2018)

**Musk ponders throwing Tesla out of bag** (CE NoticiasFinancieras - Factiva, 08/07/2018)

**MUSK RAISES QUESTIONS WITH TWEET ABOUT TINY TESLA; IS HE JOKING OR NOT? ELECTRIC CARMAKER CEO SAYS THEY ARE WORKING ON A 'MINI-CAR'** (San Jose Mercury News - Factiva, 08/07/2018)

**Musk says he may take Tesla private and shares roar** (Postmedia Breaking News - Factiva, 08/07/2018)

**Musk says Tesla will be self-funded; Including its IPO, company raised $3.9 billion from stock sales** (The Toronto Star - Factiva, 08/07/2018)

**Musk suggests he might take Tesla private** (EFE News Service - Factiva, 08/07/2018)

**Musk tended to consider withdrawing Tesla from the stock exchange - the value of the share went to the deal*** TRANSLATED *** (STT - Factiva, 08/07/2018)

**Musk tweets he may take Tesla private and shares roar** (Postmedia Breaking News - Factiva, 08/07/2018)

**MUSK: 'EVEN HITLER' WAS BETTING AGAINST TESLA; CEO USES POPULAR MEME TO TAKE A DIG AT SHORT SELLERS OF HIS COMPANY'S STOCK** (San Jose Mercury News - Factiva, 08/07/2018)

**Musk: Tesla's 'wild swings' as a public company have been a distraction, but going private not a final decision** (San Francisco Business Times Online - Factiva, 08/07/2018)

**Musk: Tesla's 'wild swings' as a public company have been a distraction, but going private not a final decision** (Silicon Valley/San Jose Business Journal Online - Factiva, 08/07/2018)

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Market Return | [6] Exc. Ind. Return | [7] Predicted Return | [8] Abnormal Return | [9] t-statistic | [10] p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **New Broom; Audi interim CEO brings new style to company, after old boss jailed** (Handelsblatt Global - Factiva, 08/07/2018) |
| | | | | | | | | | | | **NIGHTLY BUSINESS REPORT for August 7, 2018, PBS** (Nightly Business Report - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Now hiring: Tesla begins staffing effort for new Gigafactory in China** (San Francisco Business Times Online - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Now hiring: Tesla begins staffing effort for new Gigafactory in China** (Silicon Valley/San Jose Business Journal Online - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Of Course Twitter Loves Elon Musk** (TheAtlantic.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Overseas investment strong despite tensions** (China Daily - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Overseas investment strong despite tensions** (China Daily-Hong Kong Edition - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Overseas investment strong despite tensionsÃ¯Â¼Â'huge market still a draw** (China Daily-US Edition - Factiva, 08/07/2018) |
| | | | | | | | | | | | **RBC Capital Markets Research Report** (Capital IQ - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | **RBC Capital Markets Research Report** (Eikon - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | **Regulator suspends Tesla deal awaiting clarification** (CE NoticiasFinancieras - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Stock Market Closes Higher As Tesla Adds Drama In Final Hours** (Investor's Business Daily - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla CEO drops latest bombshell with $72 billion buyout proposal** (Chicago Sun-Times - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla CEO Elon Musk Considering Taking Company Private** (NPR: All Things Considered - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla founder may take one-time Fisker rival private** (Delaware Business Daily - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla Gears up to Open Plant in China** (Contify Automotive News - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla high yield bond jumps on take-private speculation** (GlobalCapital - Factiva, |
| | | | | | | | | | | | **Tesla is looking for employees ... in China** (CE NoticiasFinancieras - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla returns to trading to shoot more than 13%** (CE NoticiasFinancieras - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla shares halted after Musk tweets that he's considering taking company private** (Denver Business Journal Online - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla shares jump after Musk tweets that he's considering taking company private** (Buffalo Business First Online - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla shares rise more than 7% after Elon Musk announcement of possible exit from the stock market** (CE NoticiasFinancieras - Factiva, 08/07/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | **Tesla Short Selling Update - IHS Markit** (Exchange News Direct - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla starts recruitment for Chinese EV factory.** (Just-Auto - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla Stock Approaches New Record On Musk Talk Of Going Private** (Investor's Business Daily - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla Stock Jumps, Then Halted, As Elon Musk Tweets About Going Private** (Investor's Business Daily - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla store in Henrico marks one year in business with jump in Model 3 deliveries; legal dispute remains** (Richmond Times-Dispatch: Web Edition - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tesla's Elon Musk Tweets He May Take Company Private (Investing.com - Factiva, 08/07/2018)** |
| | | | | | | | | | | | **Tesla's latest product is a $1,500 surfboard, and it's already sold out** (ETMAG.com - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Tests find car assistance systems only boost safety if drivers pay attention** (CBS News: Evening News - Factiva, 08/07/2018) |
| | | | | | | | | | | | **The 4 reasons why Elon Musk wants Tesla to leave Wall Street** (CE NoticiasFinancieras - Factiva, 08/07/2018) |
| | | | | | | | | | | | **The Latest: Musk says going private would free Tesla** (Postmedia Breaking News - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Thermosolar project Cerro Dominador challenges Tesla technology** (CE NoticiasFinancieras - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Title** (NPR: All Things Considered - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Trading with Tesla shares was suspended*** TRANSLATED ***** (STT - Factiva, 08/07/2018) |
| | | | | | | | | | | | **UBS Equities Research Report** (Capital IQ - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | **UBS Equities Research Report** (Eikon - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | **With just one Tweet, Musk added $ 900 million to his fortune** (CE NoticiasFinancieras - Factiva, 08/07/2018) |
| | | | | | | | | | | | **Zacks Equity Research Research Report** (Capital IQ - Manual Entry, 08/07/2018) |
| | | | | | | | | | | | **Tesla's rough ride (Financial Times - Manual Entry, 08/07/2018 12:00 AM)** |
| | | | | | | | | | | | **Tesla Kicks Off China Hiring Before Breaking Ground in Shanghai** (BN - Bloomberg, 08/07/2018 02:14 AM) |
| | | | | | | | | | | | **Elon Musk: 'Dang, turns out even Hitler was shorting Tesla stock'; Tesla CEO tweets video meme, taunting his doubters (MarketWatch - Factiva, 08/07/2018 03:32 AM)** |
| | | | | | | | | | | | **Tesla starts hiring for new $2 bln Shanghai plant** (Reuters News - Factiva, 08/07/2018 05:17 AM) |
| | | | | | | | | | | | **Tesla starts hiring for Shanghai plant** (Seeking Alpha.com - Manual Entry, 08/07/2018 05:51 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | New tests of automatic braking systems found a worrying flaw Ã¢â‚¬â€ and 2 Tesla models did the worst (Business Insider - Factiva, 08/07/2018 06:00 AM) |
| | | | | | | | | | | | Tesla Capital Raise May Be More â€˜Want' Than Need: Morgan Stanley (BFW - Bloomberg, 08/07/2018 06:41 AM) |
| | | | | | | | | | | | Teslas Turn the Heads of the Horsepower-Happy in Nascar Country (BN - Bloomberg, 08/07/2018 07:00 AM) |
| | | | | | | | | | | | MW UPDATE: The revenue-growth rate that helped fuel Tesla's rally relied on an apples-to-oranges comparison (MarketWatch - Factiva, 08/07/2018 07:32 AM) |
| | | | | | | | | | | | The revenue-growth rate that helped fuel Tesla's rally relied on an apples-to-oranges comparison; Not uniquely among companies, Tesla failed to modify prior-year results, creating an inaccurate picture of its revenue growth (MarketWatch - Factiva, 08/07/2018 07:32 AM) |
| | | | | | | | | | | | Tesla Investors Should Brace For A Credit Downgrade (Seeking Alpha.com - Manual Entry, 08/07/2018 09:26 AM) |
| | | | | | | | | | | | The End Of The FANG Era? Gene Munster Makes The Case (Benzinga.com - Factiva, 08/07/2018 10:56 AM) |
| | | | | | | | | | | | Hertz Squeezes Shorts With Tesla-Like Vow to Stop Burning Cash (BN - Bloomberg, 08/07/2018 11:46 AM) |
| | | | | | | | | | | | Saudi Arabia's sovereign fund builds $2bn Tesla stake (Financial Times - Manual Entry, 08/07/2018 12:17 PM) |
| | | | | | | | | | | | SAUDI SOVEREIGN WEALTH FUND IS SAID TO BUILD $2B TESLA STAKE:FT (BFW - Bloomberg, 08/07/2018 12:21 PM) |
| | | | | | | | | | | | TESLA POPS TO SESSION HIGH, UP 2.3%, ON FT SAUDI STAKE REPORT (BFW - Bloomberg, 08/07/2018 12:23 PM) |
| | | | | | | | | | | | SAUDI WEALTH FUND IS SAID TO HAVE 3%-5% STAKE IN TESLA: FT (BFW - Bloomberg, 08/07/2018 12:24 PM) |
| | | | | | | | | | | | Saudi Wealth Fund Is Said to Have 3%-5% Stake in Tesla, FT Says (BN - Bloomberg, 08/07/2018 12:25 PM) |
| | | | | | | | | | | | Saudi Wealth Fund Is Said to Have 3%-5% Stake in Tesla, FT Says (BN - Bloomberg, 08/07/2018 12:25 PM) |
| | | | | | | | | | | | BRIEF-Saudi Arabia's Sovereign Wealth Fund Builds $2 Bln Tesla Stake- FT (Reuters News - Factiva, 08/07/2018 12:26 PM) |
| | | | | | | | | | | | Tesla Climbs to Session High; FT Reports Saudi Fund Has Stake (BFW - Bloomberg, 08/07/2018 12:28 PM) |
| | | | | | | | | | | | Tesla starts recruitment for Chinese EV factory (MarketLine News and Comment - Factiva, 08/07/2018 12:30 PM) |
| | | | | | | | | | | | Tesla jumps on report of Saudi wealth fund stake (Seeking Alpha.com - Manual Entry, 08/07/2018 12:33 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Tesla Climbs to Session High; FT Reports Saudi Fund Has Stake (BN - Bloomberg, 08/07/2018 12:35 PM) |
| | | | | | | | | | | | Stocks close higher as earnings news trumps trade-war fear; Tesla soars 11% on Musk's going-private tweet; Nasdaq's winning streak now longest since March (MarketWatch - Factiva, 08/07/2018 12:37 PM) |
| | | | | | | | | | | | Tesla shares move higher on Saudi Arabia fund stake (Financial Times - Manual Entry, 08/07/2018 12:37 PM) |
| | | | | | | | | | | | Elon Musk lights up the internet and investors see green as Tesla rips higher (MarketWatch - Factiva, 08/07/2018 12:39 PM) |
| | | | | | | | | | | | Saudi sovereign fund builds 3 to 5 pct stake in Tesla - FT (Reuters News - Factiva, 08/07/2018 12:39 PM) |
| | | | | | | | | | | | Saudi sovereign fund builds 3 to 5 percent stake in Tesla: FT (Reuters News - Factiva, 08/07/2018 12:41 PM) |
| | | | | | | | | | | | MW Saudi Arabia's mega-fund builds stake in Tesla: report (MarketWatch - Factiva, 08/07/2018 12:45 PM) |
| | | | | | | | | | | | Saudi Arabia's Mega-fund Builds Stake In Tesla: Report -- MarketWatch (Dow Jones Institutional News - Factiva, 08/07/2018 12:45 PM) |
| | | | | | | | | | | | Am considering taking Tesla private at $420. Funding secured. (Musk Tweet - Manual Entry, 08/07/2018 12:48 PM) |
| | | | | | | | | | | | MUSK: AM CONSIDERING TAKING TESLA PRIVATE AT $420 (BFW - Bloomberg, 08/07/2018 12:48 PM) |
| | | | | | | | | | | | Morgan Stanley Raises Tesla Estimates After Earnings Analysis (Benzinga.com - Factiva, 08/07/2018 12:49 PM) |
| | | | | | | | | | | | Tesla Social Media Volume Surges: Stock Rises 5.6% (BN - Bloomberg, 08/07/2018 12:49 PM) |
| | | | | | | | | | | | TESLA CLIMBS TO SESSION HIGH ON MUSK TWEET; UP 8.2% (BFW - Bloomberg, 08/07/2018 12:49 PM) |
| | | | | | | | | | | | Saudi Sovereign Wealth Fund Investing in Tesla -FT (Dow Jones Institutional News - Factiva, 08/07/2018 12:50 PM) |
| | | | | | | | | | | | Musk Says He's `Considering Taking Tesla Private at $420' (BFW - Bloomberg, 08/07/2018 12:50 PM) |
| | | | | | | | | | | | TESLA'S MUSK SAYS "AM CONSIDERING TAKING TESLA PRIVATE AT $420. FUNDING SECURED"- TWEET (Reuters News - Factiva, 08/07/2018 12:51 PM) |
| | | | | | | | | | | | Musk Tweets 'Am Considering Taking Tesla Private at $420' (BN - Bloomberg, 08/07/2018 12:51 PM) |
| | | | | | | | | | | | TESLA'S MUSK SAYS "AM CONSIDERING TAKING TESLA PRIVATE AT $420. FUNDING SECURED"- TWEET (Reuters News - Factiva, 08/07/2018 12:52 PM) |
| | | | | | | | | | | | Elon Musk tweets that he's considering taking Tesla private at $420 per share with 'funding secured' (TSLA) (Business Insider - Factiva, 08/07/2018 12:55 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | Saudi Arabia's mega-fund builds stake in Tesla: report (Dow Jones Newswires Chinese (English) - Factiva, 08/07/2018 12:55 PM) |
| | | | | | | | | | | | | *Elon Musk's Twitter Account: 'Am Considering Taking Tesla Private at $420' (Dow Jones Institutional News - Factiva, 08/07/2018 12:56 PM) |
| | | | | | | | | | | | | Elon Musk considers taking Tesla private (Reuters News - Factiva, 08/07/2018 12:57 PM) |
| | | | | | | | | | | | | Tesla jumps after report says Saudi Arabia amassed a $2 billion stake and Musk tweets he's considering taking the company private (TSLA) (Business Insider - Factiva, 08/07/2018 12:57 PM) |
| | | | | | | | | | | | | Tesla jumps again as Musk floats private offer on Twitter (Seeking Alpha.com - Manual Entry, 08/07/2018 12:57 PM) |
| | | | | | | | | | | | | Tesla Jumps After Musk Tweets He Could Take Co.Pricate at $420 (BN - Bloomberg, 08/07/2018 01:00 PM) |
| | | | | | | | | | | | | Elon Musk says he's considering taking Tesla private (CNN Wire - Factiva, 08/07/2018 01:03 PM) |
| | | | | | | | | | | | | Elon Musk says he's considering taking Tesla private (CNN Wire - Factiva, 08/07/2018 01:05 PM) |
| | | | | | | | | | | | | Elon Musk Tweets 'Considering Taking Tesla Private' (Dow Jones Institutional News - Factiva, 08/07/2018 01:05 PM) |
| | | | | | | | | | | | | Tesla's Musk Tweets He's 'Considering' Taking Company Private -- MarketWatch (Dow Jones Institutional News - Factiva, 08/07/2018 01:07 PM) |
| | | | | | | | | | | | | Tesla Jumps on Report of Saudi Wealth Fund Stake, Musk: Chart (BN - Bloomberg, 08/07/2018 01:07 PM) |
| | | | | | | | | | | | | Tesla shares jump on Musk tweet on taking company private (Agence France Presse - Factiva, 08/07/2018 01:09 PM) |
| | | | | | | | | | | | | What to Make of Musk's Latest (BFW - Bloomberg, 08/07/2018 01:10 PM) |
| | | | | | | | | | | | | Tesla shares spike on Musk tweet mulling take-private move (Financial Times - Manual Entry, 08/07/2018 01:12 PM) |
| | | | | | | | | | | | | Elon Musk Tweets 'Considering Taking Tesla Private' -- Update (Dow Jones Newswires Chinese (English) - Factiva, 08/07/2018 01:14 PM) |
| | | | | | | | | | | | | 420 - Replying to Twitter user (Musk Tweet - Manual Entry, 08/07/2018 01:15 PM) |
| | | | | | | | | | | | | Musk Tweets He Might Take Tesla Private At $420 (Benzinga.com - Factiva, 08/07/2018 01:15 PM) |
| | | | | | | | | | | | | Saudi sovereign fund PIF has bought a below 5 pct stake in Tesla -source (Reuters News - Factiva, 08/07/2018 01:18 PM) |
| | | | | | | | | | | | | Musk Says in Tweet He Is Considering Taking Tesla Private (Dow Jones Institutional News - Factiva, 08/07/2018 01:20 PM) |
| | | | | | | | | | | | | Saudi sovereign fund PIF has bought a below 5 percent stake in Tesla: source (Reuters News - Factiva, 08/07/2018 01:23 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Tesla holds gain as Musk tweets '420' again (Seeking Alpha.com - Manual Entry, 08/07/2018 01:23 PM) |
| | | | | | | | | | | | Musk considers taking Tesla private as report says Saudis buy in (dpa International Service in English - Factiva, 08/07/2018 01:24 PM) |
| | | | | | | | | | | | Elon Musk says he's considering taking Tesla private (CNN Wire - Factiva, 08/07/2018 01:26 PM) |
| | | | | | | | | | | | BUZZ-U.S. STOCKS ON THE MOVE-Tesla, Office Depot, On Deck, Hertz Global (Reuters News - Factiva, 08/07/2018 01:28 PM) |
| | | | | | | | | | | | Tesla shares jump on Musk tweet on taking company private (Agence France Presse - Factiva, 08/07/2018 01:28 PM) |
| | | | | | | | | | | | SAUDI FUND STAKE IN TESLA IS SAID TO BE 'JUST BELOW' 5%: RTRS (BFW - Bloomberg, 08/07/2018 01:29 PM) |
| | | | | | | | | | | | UPDATE 1-Tesla starts hiring for new $2 bln Shanghai plant (Reuters News - Factiva, 08/07/2018 01:31 PM) |
| | | | | | | | | | | | SAUDI FUND IS SAID TO ACQUIRE STAKE WORTH ABOUT $2 BLN IN TESLA (BN - Bloomberg, 08/07/2018 01:31 PM) |
| | | | | | | | | | | | PIF IS SAID TO BUILD STAKE OF LESS THAN 5% IN PAST MONTHS (BN - Bloomberg, 08/07/2018 01:31 PM) |
| | | | | | | | | | | | MW UPDATE: Tesla's Musk tweets he's 'considering' taking company private (MarketWatch - Factiva, 08/07/2018 01:34 PM) |
| | | | | | | | | | | | Update: Tesla's Musk Tweets He's 'considering' Taking Company Private -- MarketWatch (Dow Jones Institutional News - Factiva, 08/07/2018 01:34 PM) |
| | | | | | | | | | | | TESLA'S ELON MUSK TWEETS "GOOD MORNING" WITH A SMILEY AFTER AN EARLIER TWEET ABOUT TAKING TESLA PRIVATE (Reuters News - Factiva, 08/07/2018 01:35 PM) |
| | | | | | | | | | | | Global Equities Roundup: Market Talk (Dow Jones Institutional News - Factiva, 08/07/2018 01:37 PM) |
| | | | | | | | | | | | This ETF Has Almost 12% of its Assets in Tesla -- Market Talk (Dow Jones Institutional News - Factiva, 08/07/2018 01:37 PM) |
| | | | | | | | | | | | This ETF Has Almost 12% of its Assets in Tesla -- Market Talk (Dow Jones Institutional News - Factiva, 08/07/2018 01:37 PM) |
| | | | | | | | | | | | Elon Musk says he's considering taking Tesla private (CNN Wire - Factiva, 08/07/2018 01:39 PM) |
| | | | | | | | | | | | 1ST LEAD Musk considers taking Tesla private as report says Saudis buy in By Shabtai Gold, dpa (dpa International Service in English - Factiva, 08/07/2018 01:39 PM) |
| | | | | | | | | | | | I don't have a controlling vote now (Musk Tweet - Manual Entry, 08/07/2018 01:40 PM) |
| | | | | | | | | | | | Elon Musk to take Tesla private? (Deutsche Welle - Factiva, 08/07/2018 01:42 PM) |
| | | | | | | | | | | | MUSK HAS `1 IN 3 CHANCE' OF TAKING TESLA PRIVATE: GENE MUNSTER (BFW - Bloomberg, 08/07/2018 01:42 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **MUSK: SAYS DOES NOT HAVE A CONTROLLING VOTE IN TESLA** (BFW - Bloomberg, 08/07/2018 01:42 PM) |
| | | | | | | | | | | | **Some Tesla Math** (BFW - Bloomberg, 08/07/2018 01:45 PM) |
| | | | | | | | | | | | **MUSK DOESN'T SEE ANY CONTROLLING INVESTORS AFTER A BUYOUT** (BFW - Bloomberg, 08/07/2018 01:46 PM) |
| | | | | | | | | | | | **Tesla surges after Elon Musk follows up a $2 billion investment report with a tweet saying he might take the company private (TSLA)** (Business Insider - Factiva, 08/07/2018 01:47 |
| | | | | | | | | | | | **Yes - Replying to @EvotoRentals** (Musk Tweet - Manual Entry, 08/07/2018 01:49 PM) |
| | | | | | | | | | | | **MUSK: WON'T BE SELLING STAKE `IN EITHER SCENARIO'** (BFW - Bloomberg, 08/07/2018 01:49 PM) |
| | | | | | | | | | | | **2ND LEAD Musk toys with idea of taking Tesla private as Saudis buy in By Shabtai Gold, dpa** (dpa International Service in English - Factiva, 08/07/2018 01:51 PM) |
| | | | | | | | | | | | **Afternoon of Terror for Tesla Shorts Fomented by Musk's Tweet (BN - Bloomberg, 08/07/2018 01:54 PM)** |
| | | | | | | | | | | | **Helicopter Industry May Get Reprieve From Tougher Rules -- Market Talk** (Dow Jones Institutional News - Factiva, 08/07/2018 01:56 PM) |
| | | | | | | | | | | | **Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 2nd Update** (Dow Jones Institutional News - Factiva, 08/07/2018 02:00 PM) |
| | | | | | | | | | | | **My hope is all current investors remain** (Musk Tweet - Manual Entry, 08/07/2018 02:00 PM) |
| | | | | | | | | | | | **MUSK HOPES ALL CURRENT INVESTORS REMAIN W/TESLA EVEN IF PRIVATE** (BFW - Bloomberg, 08/07/2018 02:01 PM) |
| | | | | | | | | | | | **MUSK: WLD CREATE SPECIAL FUND ENABLING ANYONE TO STAY W/TESLA** (BFW - Bloomberg, 08/07/2018 02:01 PM) |
| | | | | | | | | | | | **TESLA'S ELON MUSK SAYS "MY HOPE IS *ALL* CURRENT INVESTORS REMAIN WITH TESLA EVEN IF WE'RE PRIVATE." - TWEET (Reuters News - Factiva, 08/07/2018 02:02 PM)** |
| | | | | | | | | | | | **Musk Tweets That He Doesn't Have Controlling Vote in Tesla (BFW - Bloomberg, 08/07/2018 02:02 PM)** |
| | | | | | | | | | | | **Tesla starts hiring for new $2 billion Shanghai plant** (Reuters News - Factiva, 08/07/2018 02:03 PM) |
| | | | | | | | | | | | **TESLA'S MUSK SAYS WOULD CREATE SPECIAL PURPOSE FUND ENABLING ANYONE TO STAY WITH TESLA - TWEET** (Reuters News - Factiva, 08/07/2018 02:03 PM) |
| | | | | | | | | | | | **Absolutely. Am super appreciative** (Musk Tweet - Manual Entry, 08/07/2018 02:07 PM) |
| | | | | | | | | | | | **Tesla Inc. (TSLA) Halted due to pending news** (Dow Jones Institutional News - Factiva, 08/07/2018 02:08 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | TESLA'S MUSK "AM SUPER APPRECIATIVE OF TESLA SHAREHOLDERS. WILL ENSURE THEIR PROSPERITY IN ANY SCENARIO"- TWEET (Reuters News - Factiva, 08/07/2018 02:08 PM) |
| | | | | | | | | | | | MUSK SAYS HE'LL ENSURE HOLDERS PROSPERITY IN ANY SCENARIO (BFW - Bloomberg, 08/07/2018 02:08 PM) |
| | | | | | | | | | | | Tesla Trading Halted, Pending News, After Musk's Tweet (BN - Bloomberg, 08/07/2018 02:11 PM) |
| | | | | | | | | | | | CORRECTED-UPDATE 3-Elon Musk considers taking Tesla private in tweet, shares rise (Reuters News - Factiva, 08/07/2018 02:12 PM) |
| | | | | | | | | | | | Shareholders could either to sell at 420 (Musk Tweet - Manual Entry, 08/07/2018 02:13 PM) |
| | | | | | | | | | | | No change - Replying to @FredericLambert (Musk Tweet - Manual Entry, 08/07/2018 02:14 PM) |
| | | | | | | | | | | | Tesla trading again Live updates here (Seeking Alpha.com - Manual Entry, 08/07/2018 02:14 PM) |
| | | | | | | | | | | | MUSK: HOLDERS COULD SELL AT $420 OR HOLD SHARES & GO PRIVATE (BFW - Bloomberg, 08/07/2018 02:14 PM) |
| | | | | | | | | | | | MUSK SAYS `NO CHANGE' TO QUESTION ABOUT WHETHER HE'D STAY CEO (BFW - Bloomberg, 08/07/2018 02:15 PM) |
| | | | | | | | | | | | Tesla shares halted after Musk tweet about going private (Reuters News - Factiva, 08/07/2018 02:16 PM) |
| | | | | | | | | | | | TESLA'S MUSK SAYS "NO CHANGE" IN RESPONSE TO A TWEET ASKING HIM IF HE WOULD YOU LIKE TO STAY AS TESLA CEO IF CO GOES PRIVATE - TWEET (Reuters News - Factiva, 08/07/2018 02:17 PM) |
| | | | | | | | | | | | Musk Says He'd Create Fund Enabling Investors to Stay With Tesla (BFW - Bloomberg, 08/07/2018 02:18 PM) |
| | | | | | | | | | | | Tesla shares halted after Musk's privatisation tweets (Financial Times - Manual Entry, 08/07/2018 02:24 PM) |
| | | | | | | | | | | | TESLA BUYOUT MAY SEE CFIUS ISSUES IF FOREIGN ENTITY:OPPENHEIMER (BFW - Bloomberg, 08/07/2018 02:26 PM) |
| | | | | | | | | | | | Elon Musk says he's considering taking Tesla private (CNN Wire - Factiva, 08/07/2018 02:27 PM) |
| | | | | | | | | | | | Tesla shares halted after Musk tweet about going private (Reuters News - Factiva, 08/07/2018 02:27 PM) |
| | | | | | | | | | | | Tesla options bulls reap windfall on Musk's going private tweet (Reuters News - Factiva, 08/07/2018 02:28 PM) |
| | | | | | | | | | | | Elon Musk says he's considering taking Tesla private (CNN Wire - Factiva, 08/07/2018 02:29 PM) |
| | | | | | | | | | | | 3 Reasons Elon Musk Would Want to Take Tesla Private -- Barron's Blog (Dow Jones Institutional News - Factiva, 08/07/2018 02:31 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | **Mutual Funds and ETFs Own 31.8% of Tesla -- Market Talk** (Dow Jones Institutional News - Factiva, 08/07/2018 02:33 PM) |
| | | | | | | | | | | | **Mutual Funds and ETFs Own 31.8% of Tesla -- Market Talk** (Dow Jones Institutional News - Factiva, 08/07/2018 02:33 PM) |
| | | | | | | | | | | | **Musk says will remain Tesla CEO if company goes private** (Agence France Presse - Factiva, 08/07/2018 02:35 PM) |
| | | | | | | | | | | | **Tesla's stock halted as CEO Elon Musk tweets he's considering taking the electric vehicle company private** (Associated Press Newswires - Factiva, 08/07/2018 02:35 PM) |
| | | | | | | | | | | | **Elon Musk Says Tesla May Go Private, and Its Stock Soars** (NYTimes.com Feed - Factiva, 08/07/2018 02:45 PM) |
| | | | | | | | | | | | **Tesla Stock's Surge Puts Convertible Bonds in the Money -- Barron's Blog** (Dow Jones Institutional News - Factiva, 08/07/2018 02:45 PM) |
| | | | | | | | | | | | **Tesla Takeout May See Cfius Issues With Foreign Co.: Oppenheimer** (BFW - Bloomberg, 08/07/2018 02:49 PM) |
| | | | | | | | | | | | **Tesla Bondholders Would Cash In On Take Private Deal: BI** (BFW - Bloomberg, 08/07/2018 02:49 PM) |
| | | | | | | | | | | | **TESLA HOLDER GERBER SAYS HE WOULD NEVER SELL FOR $420: CNBC** (BFW - Bloomberg, 08/07/2018 02:50 PM) |
| | | | | | | | | | | | **If you didn't think Elon Musk might take Tesla private, you weren't paying attention (TSLA)** (Business Insider - Factiva, 08/07/2018 02:52 PM) |
| | | | | | | | | | | | **GERBER CALLS $420 PRICE `AWFUL,' SAYS TSLA WORTH $570/SHARE** (BN - Bloomberg, 08/07/2018 02:52 PM) |
| | | | | | | | | | | | **GERBER CALLS ELON MUSK AN `OPPORTUNIST': COMMENTS ON CNBC** (BN - Bloomberg, 08/07/2018 02:54 PM) |
| | | | | | | | | | | | **Musk says he is considering taking Tesla private** (24 Ore Radiocor-Newswire International Edition - Factiva, 08/07/2018 02:56 PM) |
| | | | | | | | | | | | **Tesla Bonds Rally After CEO Musk Says He Is Considering Taking The Company Private -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/07/2018 02:56 PM) |
| | | | | | | | | | | | **Tesla surges after Elon Musk follows up a $2 billion investment report with a tweet saying he might take the company private (TSLA)** (Business Insider - Factiva, 08/07/2018 02:59 |
| | | | | | | | | | | | **News Highlights: Top Company News of the Day** (Dow Jones Institutional News - Factiva, 08/07/2018 03:00 PM) |
| | | | | | | | | | | | **Yes, but liquidity events would be limited** (Musk Tweet - Manual Entry, 08/07/2018 03:00 |
| | | | | | | | | | | | **MUSK: PEOPLE COULD STILL INVEST IN TESLA ONCE PRIVATE** (BFW - Bloomberg, 08/07/2018 03:01 PM) |
| | | | | | | | | | | | **Dreaming Of An Electric Sky With Tesla** (Seeking Alpha.com - Manual Entry, 08/07/2018 03:02 PM) |
| | | | | | | | | | | | **MUSK: TESLA LIQUIDITY EVENTS MAY BE LIMITED TO ~EVERY 6 MONTHS** (BFW - Bloomberg, 08/07/2018 03:02 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Elon Musk says he's considering taking Tesla private** (CNN Wire - Factiva, 08/07/2018 03:04 PM) |
| | | | | | | | | | | | **Tesla Option Traders Are Betting on a Quick Trip to $420 (1)** (BN - Bloomberg, 08/07/2018 03:04 PM) |
| | | | | | | | | | | | **Musk tweet recalls Netflix's social-media disclosure flap (Financial Times - Manual Entry, 08/07/2018 03:05 PM)** |
| | | | | | | | | | | | **Elon Musk jolts Wall Street with tweet on going private** (Agence France Presse - Factiva, 08/07/2018 03:06 PM) |
| | | | | | | | | | | | **Def no forced sales** (Musk Tweet - Manual Entry, 08/07/2018 03:07 PM) |
| | | | | | | | | | | | **TESLA'S MUSK SAYS THERE WILL BE NO FORCED SALES** (BFW - Bloomberg, 08/07/2018 03:09 PM) |
| | | | | | | | | | | | **US Consumer Credit Pulled Back in June -- Market Talk** (Dow Jones Institutional News - Factiva, 08/07/2018 03:11 PM) |
| | | | | | | | | | | | **Wall Street higher as Vix falls to lowest since January** (Financial Times - Manual Entry, 08/07/2018 03:12 PM) |
| | | | | | | | | | | | **ELON MUSK SAYS AS A PRIVATE CO, TESLA WILL BE SMOOTHER & LESS DISRUPTIVE AND WOULD END "NEGATIVE PROPAGANDA FROM SHORTS" - TWEET** (Reuters News - Factiva, 08/07/2018 03:13 PM) |
| | | | | | | | | | | | **Elon Musk Publicly Considers Taking Tesla Private, Promises to Protect Investors** (Sputnik News Service - Factiva, 08/07/2018 03:17 PM) |
| | | | | | | | | | | | **Tesla's Musk Says There Will Be No Forced Sales of Shares (BFW - Bloomberg, 08/07/2018 03:18 PM)** |
| | | | | | | | | | | | **BANKERS CLOSE TO TESLA HAVE NO KNOWLEDGE OF BUYOUT: FT ON CNBC** (BFW - Bloomberg, 08/07/2018 03:19 PM) |
| | | | | | | | | | | | **FT REPORTER ARASH MASSOUDI COMMENTS IN CNBC INTERVIEW** (BN - Bloomberg, 08/07/2018 03:21 PM) |
| | | | | | | | | | | | **3RD LEAD Elon Musk floats idea of taking Tesla private after Saudis buy in By Shabtai Gold, dpa** (dpa International Service in English - Factiva, 08/07/2018 03:22 PM) |
| | | | | | | | | | | | **3 Reasons Elon Musk Would Want to Take Tesla Private -- Barron's Blog** (Dow Jones Institutional News - Factiva, 08/07/2018 03:24 PM) |
| | | | | | | | | | | | **Taking Tesla Private** (Musk Blog - Manual Entry, 08/07/2018 03:24 PM) |
| | | | | | | | | | | | **MW UPDATE: Tesla bonds rally after CEO Musk says he is considering taking the company private** (MarketWatch - Factiva, 08/07/2018 03:25 PM) |
| | | | | | | | | | | | **Update: Tesla Bonds Rally After CEO Musk Says He Is Considering Taking The Company Private -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/07/2018 03:25 |
| | | | | | | | | | | | **TESLA COMMENTS IN BLOG ON GOING PRIVATE TWEETS** (BN - Bloomberg, 08/07/2018 03:26 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **TESLA: A FINAL DECISION HAS NOT YET BEEN MADE** (BN - Bloomberg, 08/07/2018 03:26 PM) |
| | | | | | | | | | | | **TESLA SAYS INTENTION IS NOT TO MERGE SPACEX AND TESLA** (BN - Bloomberg, 08/07/2018 03:27 PM) |
| | | | | | | | | | | | **TESLA SAID WOULD STRUCTURE SO SHAREHOLDERS HAVE A CHOICE** (BN - Bloomberg, 08/07/2018 03:27 PM) |
| | | | | | | | | | | | **MUSK: PROPOSAL TO GO PRIVATE WOULD BE FINALIZED BY HOLDER VOTE** (BN - Bloomberg, 08/07/2018 03:27 PM) |
| | | | | | | | | | | | **Taking Tesla Private** (Musk Tweet - Manual Entry, 08/07/2018 03:28 PM) |
| | | | | | | | | | | | **MUSK:INTENTION IS FOR ALL TESLA EMPLOYEES TO REMAIN HOLDERS** (BN - Bloomberg, 08/07/2018 03:28 PM) |
| | | | | | | | | | | | **Tesla Updating The Debt Picture** (Seeking Alpha.com - Manual Entry, 08/07/2018 03:30 PM) |
| | | | | | | | | | | | **MUSK: DOESN'T SEE HIS STAKE SUBSTANTUALLY DIFFERENT AFTER A DEAL (BN - Bloomberg, 08/07/2018 03:30 PM)** |
| | | | | | | | | | | | **MUSK: TESLA STAFF TO STILL BE ABLE TO SELL SHRS, EXERCISE OPTIONS** (BN - Bloomberg, 08/07/2018 03:30 PM) |
| | | | | | | | | | | | **MUSK SAYS A PRIVATE TESLA WOULD BE ENORMOUS OPPORTUNITY** (BN - Bloomberg, 08/07/2018 03:30 PM) |
| | | | | | | | | | | | **Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- Update** (Dow Jones Newswires Chinese (English) - Factiva, 08/07/2018 03:31 PM) |
| | | | | | | | | | | | **Musk: Final Decision Has Not Been Made on Taking Tesla Private** (BFW - Bloomberg, 08/07/2018 03:31 PM) |
| | | | | | | | | | | | **MUSK LAYS OUT CASE FOR TESLA GOING PRIVATE IN EMAIL TO WORKERS** (BN - Bloomberg, 08/07/2018 03:32 PM) |
| | | | | | | | | | | | **BRIEF-Tesla Blog Post From Elon Musk** (Reuters News - Factiva, 08/07/2018 03:34 PM) |
| | | | | | | | | | | | **Musk's Tweet Hurts...and Not Just Tesla Short Sellers -- Barron's Blog** (Dow Jones Institutional News - Factiva, 08/07/2018 03:34 PM) |
| | | | | | | | | | | | **Tesla CEO Elon Musk in Memo to Employees: Final Decision on Buyout Hasn't Been Made** (Dow Jones Newswires Chinese (English) - Factiva, 08/07/2018 03:34 PM) |
| | | | | | | | | | | | **TESLA SHARES TO RESUME TRADING AT 3:45PM ET: NASDAQ** (BFW - Bloomberg, 08/07/2018 03:34 PM) |
| | | | | | | | | | | | **Musk Memo: Shareholders Can Stay Investors in Tesla or Sell at $420 a Share** (Dow Jones Newswires Chinese (English) - Factiva, 08/07/2018 03:35 PM) |
| | | | | | | | | | | | **Musk says no final decision on taking Tesla private** (Reuters News - Factiva, 08/07/2018 03:35 PM) |
| | | | | | | | | | | | **Elon Musk Explains Tesla Going-private Tweet In Blog Post -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/07/2018 03:36 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | TESLA INC - "INTENTION IS NOT TO MERGE SPACEX AND TESLA" (Reuters News - Factiva, 08/07/2018 03:36 PM) |
| | | | | | | | | | | | TESLA INC SAYS FINAL DECISION HAS NOT YET BEEN MADE REGARDING TAKING TESLA PRIVATE (Reuters News - Factiva, 08/07/2018 03:36 PM) |
| | | | | | | | | | | | TESLA INC SAYS PROPOSAL TO GO PRIVATE WOULD ULTIMATELY BE FINALIZED THROUGH A VOTE OF CO'S SHAREHOLDERS (Reuters News - Factiva, 08/07/2018 03:36 PM) |
| | | | | | | | | | | | Investor support is confirmed (Musk Tweet - Manual Entry, 08/07/2018 03:36 PM) |
| | | | | | | | | | | | TESLA SAYS EITHER SHAREHOLDERS CAN STAY INVESTORS IN A PRIVATE TESLA OR THEY CAN BE BOUGHT OUT AT $420 PER SHARE (Reuters News - Factiva, 08/07/2018 03:36 PM) |
| | | | | | | | | | | | TESLA SAYS INTENTION IS FOR ALL TESLA EMPLOYEES TO REMAIN SHAREHOLDERS, JUST AS IS THE CASE AT SPACEX - BLOG POST FROM ELON MUSK (Reuters News - Factiva, 08/07/2018 03:36 PM) |
| | | | | | | | | | | | TESLA SAYS MUSK'S INTENTION IS FOR ALL TESLA EMPLOYEES TO REMAIN SHAREHOLDERS OF THE COMPANY, JUST AS IS THE CASE AT SPACEX (Reuters News - Factiva, 08/07/2018 03:36 PM) |
| | | | | | | | | | | | TESLA SHARES TO RESUME TRADING AT 3:45PM ET, NASDAQ SAYS (BN - Bloomberg, 08/07/2018 03:36 PM) |
| | | | | | | | | | | | MUSK SAYS INVESTOR SUPPORT IS CONFIRMED (BFW - Bloomberg, 08/07/2018 03:36 PM) |
| | | | | | | | | | | | Tesla Shares to Resume Trading at 3:45 p.m. in New York (BN - Bloomberg, 08/07/2018 03:36 PM) |
| | | | | | | | | | | | MUSK: ANY UNCERTAINTY IS BECAUSE IT'S CONTINGENT ON HOLDER VOTE (BFW - Bloomberg, 08/07/2018 03:37 PM) |
| | | | | | | | | | | | Elon Musk says going private is 'best path forward' for Tesla (CNN Wire - Factiva, 08/07/2018 03:38 PM) |
| | | | | | | | | | | | EXTRA Tesla statement confirms plan for taking company private (dpa International Service in English - Factiva, 08/07/2018 03:38 PM) |
| | | | | | | | | | | | Update: Tesla's Elon Musk Expands In Blog Post On Going-private Tweet -- MarketWatch (Dow Jones Institutional News - Factiva, 08/07/2018 03:38 PM) |
| | | | | | | | | | | | Musk says no final decision on taking Tesla private (Reuters News - Factiva, 08/07/2018 03:39 PM) |
| | | | | | | | | | | | Tesla Take Private Would Need Too Much Debt: Tigress' Feinseth (BFW - Bloomberg, 08/07/2018 03:39 PM) |
| | | | | | | | | | | | Tesla Inc. (TSLA) Paused (quotes only) due to news pending (Dow Jones Institutional News - Factiva, 08/07/2018 03:40 PM) |
| | | | | | | | | | | | 3 Reasons Elon Musk Would Want to Take Tesla Private -- Barron's Blog (Dow Jones Institutional News - Factiva, 08/07/2018 03:40 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Skepticism over Elon Musk's 'special purpose fund' for investors if Tesla goes private; Experts say that's not the way it works (MarketWatch - Factiva, 08/07/2018 03:40 PM) |
| | | | | | | | | | | | Update: Tesla's Elon Musk Expands In Blog Post On Going-private Tweet -- **MarketWatch** (Dow Jones Institutional News - Factiva, 08/07/2018 03:40 PM) |
| | | | | | | | | | | | ELON MUSK SAYS INVESTOR SUPPORT TO TAKE TESLA PRIVATE IS CONFIRMED; "ONLY REASON WHY THIS IS NOT CERTAIN IS THAT IT'S CONTINGENT ON A SHAREHOLDER VOTE" - TWEET (Reuters News - Factiva, 08/07/2018 03:41 PM) |
| | | | | | | | | | | | Bankers Close to Tesla Are Said to Have No Buyout Knowledge: FT (BFW - Bloomberg, 08/07/2018 03:41 PM) |
| | | | | | | | | | | | Tesla's Elon Musk Says â€˜Investor Support Is Confirmed' (BFW - Bloomberg, 08/07/2018 03:42 PM) |
| | | | | | | | | | | | FULL TEXT-Tesla statement on potential deal to go private (Reuters News - Factiva, 08/07/2018 03:44 PM) |
| | | | | | | | | | | | Tesla Inc. (TSLA) Resumed Trading (Dow Jones Institutional News - Factiva, 08/07/2018 03:45 PM) |
| | | | | | | | | | | | MW UPDATE: Tesla's Elon Musk expands in blog post on going-private tweet (MarketWatch - Factiva, 08/07/2018 03:46 PM) |
| | | | | | | | | | | | Update: Tesla's Elon Musk Expands In Blog Post On Going-private Tweet -- **MarketWatch** (Dow Jones Institutional News - Factiva, 08/07/2018 03:46 PM) |
| | | | | | | | | | | | TESLA SHARES RESUME, EXTEND GAINS UP AS MUCH AS 11.7% (BFW - Bloomberg, 08/07/2018 03:46 PM) |
| | | | | | | | | | | | 3 Reasons Elon Musk Would Want to Take Tesla Private -- Barron's Blog (Dow Jones Institutional News - Factiva, 08/07/2018 03:47 PM) |
| | | | | | | | | | | | Read Elon Musk's email to Tesla employees (CNN Wire - Factiva, 08/07/2018 03:48 PM) |
| | | | | | | | | | | | Tesla Shares up 11% After Musk Tweets About Going Private -- Market Mover (Dow Jones Institutional News - Factiva, 08/07/2018 03:50 PM) |
| | | | | | | | | | | | Tesla statement on potential deal to go private (Reuters News - Factiva, 08/07/2018 03:50 |
| | | | | | | | | | | | Musk Mulls Taking Tesla Private at an $82 Billion Valuation (1) (BN - Bloomberg, 08/07/2018 03:53 PM) |
| | | | | | | | | | | | Tesla nears an all-time high after saying it will attempt to go private (TSLA) (Business Insider - Factiva, 08/07/2018 03:55 PM) |
| | | | | | | | | | | | Elon Musk says going private is 'best path forward' for Tesla (CNN Wire - Factiva, 08/07/2018 03:56 PM) |
| | | | | | | | | | | | Elon Musk says going private is 'best path forward' for Tesla (CNN Wire - Factiva, 08/07/2018 03:57 PM) |
| | | | | | | | | | | | Tesla's Musk says no â€˜final decision' as he weighs take-private plan (Financial Times - Manual Entry, 08/07/2018 03:57 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price Reaction | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | | Events |
| | | | | | | | | | | | **Tesla CEO Musk explains rationale for taking company private** (24 Ore Radiocor-Newswire International Edition - Factiva, 08/07/2018 04:03 PM) |
| | | | | | | | | | | | **It's a Good Day for Tesla Convertible Bond Investors (BFW - Bloomberg, 08/07/2018 04:06 PM)** |
| | | | | | | | | | | | **Stocks rally as Tesla nears an all-time high** (Business Insider - Factiva, 08/07/2018 04:09 PM) |
| | | | | | | | | | | | **3 Reasons Elon Musk Would Want to Take Tesla Private -- Barron's Blog** (Dow Jones Institutional News - Factiva, 08/07/2018 04:10 PM) |
| | | | | | | | | | | | **4TH LEAD Elon Musk pushes to take Tesla private after large Saudi buy in By Shabtai Gold, dpa** (dpa International Service in English - Factiva, 08/07/2018 04:11 PM) |
| | | | | | | | | | | | **The Bumpy Road for Tesla's Stock This Year: Chart (BN - Bloomberg, 08/07/2018 04:12 PM)** |
| | | | | | | | | | | | **MW S&P 500 closes within 0.5% of a record as markets climb; Tesla teases Wall Street with take-private talk** (MarketWatch - Factiva, 08/07/2018 04:13 PM) |
| | | | | | | | | | | | **S&P 500 Closes Within 0.5% Of A Record As Markets Climb; Tesla Teases Wall Street With Take-private Talk -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/07/2018 04:13 PM) |
| | | | | | | | | | | | **S&P 500 eyes record as Wall St joins global stock rally** (Financial Times - Manual Entry, 08/07/2018 04:14 PM) |
| | | | | | | | | | | | **Tesla Bonds Jump to Highest Since March On Take Private News** (BFW - Bloomberg, 08/07/2018 04:18 PM) |
| | | | | | | | | | | | **Elon Musk says going private is 'best path forward' for Tesla** (CNN Wire - Factiva, 08/07/2018 04:20 PM) |
| | | | | | | | | | | | **The Latest: Musk says going private would free Tesla** (Associated Press Newswires - Factiva, 08/07/2018 04:22 PM) |
| | | | | | | | | | | | **The Latest: Musk says going private would free Tesla** (The Canadian Press - Factiva, 08/07/2018 04:23 PM) |
| | | | | | | | | | | | **The Latest: Musk says going private would free Tesla** (The Canadian Press - Broadcast wire - Factiva, 08/07/2018 04:23 PM) |
| | | | | | | | | | | | **Crazy Ride for Tesla Watchers as Musk Tweets: TOPLive Takeaways** (BFW - Bloomberg, 08/07/2018 04:25 PM) |
| | | | | | | | | | | | **Elon Musk declares plan to take Tesla private** (Financial Times - Manual Entry, 08/07/2018 04:30 PM) |
| | | | | | | | | | | | **Musk Needs Just 61 Characters to Lift Wealth by $1.4 Billion (2)** (BN - Bloomberg, 08/07/2018 04:30 PM) |
| | | | | | | | | | | | **BRIEF-Short-Seller Jim Chanos Says Short Position Is Best Thing Going For Tesla - CNBC** (Reuters News - Factiva, 08/07/2018 04:34 PM) |
| | | | | | | | | | | | **Elon Musk's latest Twitter antics have Tesla hurtling into uncharted territory ã¢â¬â€ and could have legal ramifications for the CEO** (Business Insider - Factiva, 08/07/2018 04:35 |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | | Elon Musk's latest Twitter antics have Tesla hurtling into uncharted territory Ã¢â‚¬â€ and could have legal ramifications for the CEO (Business Insider - Factiva, 08/07/2018 04:35 |
| | | | | | | | | | | | | Tesla Shares End Almost 11% Higher After Musk's Privitization Tweet -- Data Talk (Dow Jones Institutional News - Factiva, 08/07/2018 04:35 PM) |
| | | | | | | | | | | | | MW UPDATE: Stocks close higher as earnings news trumps trade-war fear; Tesla soars 11% on Musk's going-private tweet (MarketWatch - Factiva, 08/07/2018 04:39 PM) |
| | | | | | | | | | | | | Tesla, rosy corporate news send Wall Street higher (Agence France Presse - Factiva, 08/07/2018 04:48 PM) |
| | | | | | | | | | | | | Auto & Transport Roundup: Market Talk (Dow Jones Institutional News - Factiva, 08/07/2018 04:50 PM) |
| | | | | | | | | | | | | Financial Services Roundup: Market Talk (Dow Jones Institutional News - Factiva, 08/07/2018 04:50 PM) |
| | | | | | | | | | | | | Tech, Media & Telecom Roundup: Market Talk (Dow Jones Institutional News - Factiva, 08/07/2018 04:50 PM) |
| | | | | | | | | | | | | Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update (Dow Jones Institutional News - Factiva, 08/07/2018 04:51 PM) |
| | | | | | | | | | | | | MW UPDATE: Tesla confirms intention to go private, sending stock up 11% (MarketWatch - Factiva, 08/07/2018 04:52 PM) |
| | | | | | | | | | | | | Tesla confirms intention to go private, sending stock up 11%; Elon Musk tells employees he is thinking of taking Tesla private to give it more leeway to achieve its long-term goals (MarketWatch - Factiva, 08/07/2018 04:52 PM) |
| | | | | | | | | | | | | Tesla Bond Trading 5x Average; Clients Net Buyers (BN - Bloomberg, 08/07/2018 04:58 |
| | | | | | | | | | | | | Tesla and Hertz rally while Dentsply and Zillow fall (Associated Press Newswires - Factiva, 08/07/2018 04:59 PM) |
| | | | | | | | | | | | | Tesla and Hertz rally while Dentsply and Zillow fall (The Canadian Press - Factiva, 08/07/2018 04:59 PM) |
| | | | | | | | | | | | | News Highlights: Top Company News of the Day (Dow Jones Institutional News - Factiva, 08/07/2018 05:00 PM) |
| | | | | | | | | | | | | Tesla boss Musk weighs go-private deal for electric car maker (Agence France Presse - Factiva, 08/07/2018 05:01 PM) |
| | | | | | | | | | | | | Musk Has Private Eyes; Ford's Exoskeletons: Industrials Wrap (BFW - Bloomberg, 08/07/2018 05:04 PM) |
| | | | | | | | | | | | | Global Equities Roundup: Market Talk (Dow Jones Institutional News - Factiva, 08/07/2018 05:07 PM) |
| | | | | | | | | | | | | Tesla Shorts Book Another Billion-Dollar Loss -- Market Talk (Dow Jones Institutional News - Factiva, 08/07/2018 05:07 PM) |
| | | | | | | | | | | | | Tesla Shorts Book Another Billion-Dollar Loss -- Market Talk (Dow Jones Institutional News - Factiva, 08/07/2018 05:07 PM) |

p. 19 of 154

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Musk's Tesla Scenario Would Mean Funding Biggest Buyout Ever (1) (BN - Bloomberg, 08/07/2018 05:15 PM)** |
| | | | | | | | | | | | **Elon Musk says going private is 'best path forward' for Tesla** (CNN Wire - Factiva, 08/07/2018 05:17 PM) |
| | | | | | | | | | | | **Investors Should Be Wary of Proposed Tesla Deal -- Barron's Blog** (Dow Jones Institutional News - Factiva, 08/07/2018 05:18 PM) |
| | | | | | | | | | | | **Venezuelan Drone Incident Revs up US Security Concerns -- Market Talk** (Dow Jones Institutional News - Factiva, 08/07/2018 05:23 PM) |
| | | | | | | | | | | | **Business Highlights** (Associated Press Newswires - Factiva, 08/07/2018 05:24 PM) |
| | | | | | | | | | | | **Business Highlights** (The Canadian Press - Factiva, 08/07/2018 05:24 PM) |
| | | | | | | | | | | | **Tesla's Go-Private Dream Doesn't Add Up -- Heard on the Street** (Dow Jones Institutional News - Factiva, 08/07/2018 05:28 PM) |
| | | | | | | | | | | | **TransMountain Will Cost More, Take Longer than Expected -- Market Talk** (Dow Jones Institutional News - Factiva, 08/07/2018 05:28 PM) |
| | | | | | | | | | | | **Elon Musk says if Tesla goes private it will not merge with SpaceX (TSLA)** (Business Insider - Factiva, 08/07/2018 05:29 PM) |
| | | | | | | | | | | | **ANALYSIS-Tesla buyout would add to year of pain for short-sellers** (Reuters News - Factiva, 08/07/2018 05:31 PM) |
| | | | | | | | | | | | **Tesla's Go-Private Dream Doesn't Add Up; Tesla's wildest day yet leaves far more questions than answers** (The Wall Street Journal Online - Factiva, 08/07/2018 05:31 PM) |
| | | | | | | | | | | | **UPDATE 3-Tesla call options soar on Musk tweet, short-sellers hit** (Reuters News - Factiva, 08/07/2018 05:32 PM) |
| | | | | | | | | | | | **Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update** (Dow Jones Newswires Chinese (English) - Factiva, 08/07/2018 05:35 PM) |
| | | | | | | | | | | | **5TH LEAD Elon Musk pushes to take Tesla private, shocking markets By Shabtai Gold, dpa** (dpa International Service in English - Factiva, 08/07/2018 05:35 PM) |
| | | | | | | | | | | | **Can Elon Musk Tweet That? The SEC May Have an Opinion: QuickTake** (BN - Bloomberg, 08/07/2018 05:36 PM) |
| | | | | | | | | | | | **Musk's Thinking About Taking Tesla Private, Laid Out in Tweets (BN - Bloomberg, 08/07/2018 05:37 PM)** |
| | | | | | | | | | | | **Tesla shares soars after Elon Musk's buyout plan** (Xinhua News Agency - Factiva, 08/07/2018 05:38 PM) |
| | | | | | | | | | | | **Did Elon Musk break any laws with his going-private tweet today?** (MarketWatch - Factiva, 08/07/2018 05:40 PM) |
| | | | | | | | | | | | **Tesla Bonds Steady Amid Go-Private Speculation -- Market Talk** (Dow Jones Institutional News - Factiva, 08/07/2018 05:46 PM) |
| | | | | | | | | | | | **Tesla Bonds Steady Amid Go-Private Speculation -- Market Talk** (Dow Jones Institutional News - Factiva, 08/07/2018 05:46 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Tesla buyout would add to year of pain for short-sellers (Reuters News - Factiva, 08/07/2018 05:53 PM) |
| | | | | | | | | | | | Alex Jones, Tesla, Primaries: Your Tuesday Evening Briefing (NYTimes.com Feed - Factiva, 08/07/2018 06:01 PM) |
| | | | | | | | | | | | Tesla CEO drops latest bombshell with $72B buyout proposal (Associated Press Newswires - Factiva, 08/07/2018 06:02 PM) |
| | | | | | | | | | | | Tesla CEO drops latest bombshell with $72B buyout proposal (The Canadian Press - Factiva, 08/07/2018 06:03 PM) |
| | | | | | | | | | | | Elon Musk tweets a lot. This time was different (CNN Wire - Factiva, 08/07/2018 06:09 PM) |
| | | | | | | | | | | | Apple Presses Its Privacy Commitment in Letter to Lawmakers -- Market Talk (Dow Jones Institutional News - Factiva, 08/07/2018 06:13 PM) |
| | | | | | | | | | | | Experts Cast Doubt on Musk's Envisioned Buyout of Tesla (Dow Jones Institutional News - Factiva, 08/07/2018 06:13 PM) |
| | | | | | | | | | | | Experts Cast Doubt on Musk's Envisioned Buyout of Tesla; A special-purpose vehicle open to all shareholders would be unprecedented, lawyers say (The Wall Street Journal Online - Factiva, 08/07/2018 06:13 PM) |
| | | | | | | | | | | | Tesla stock leaps after Elon Musk tweets about taking electric car company private (Independent Online - Factiva, 08/07/2018 06:13 PM) |
| | | | | | | | | | | | After the Bell: Dow Climbs 127 Points, but Did You See Tesla? -- Barron's Blog (Dow Jones Institutional News - Factiva, 08/07/2018 06:15 PM) |
| | | | | | | | | | | | Tesla LBO Wouldn't Work in Scenario Outlined by Musk, Cowen Says (BFW - Bloomberg, 08/07/2018 06:17 PM) |
| | | | | | | | | | | | Tesla call options soar on Musk tweet, short-sellers hit (Reuters News - Factiva, 08/07/2018 06:18 PM) |
| | | | | | | | | | | | BREAKINGVIEWS-Tesla buyout would need to go short on leverage (Reuters News - Factiva, 08/07/2018 06:32 PM) |
| | | | | | | | | | | | Tesla An Intra-Quarter Cash Flow Examination (Seeking Alpha.com - Manual Entry, 08/07/2018 06:33 PM) |
| | | | | | | | | | | | How Fidelity's Ownership in SpaceX Could Be a Model for Tesla (BN - Bloomberg, 08/07/2018 06:40 PM) |
| | | | | | | | | | | | Is Tesla going private? Elon Musk claims 'investor support is confirmed' after tweeting plans to privatize at $420 per share, in shock announcement that HALTED the stock for almost two hours (Mail Online - Factiva, 08/07/2018 06:41 PM) |
| | | | | | | | | | | | Tesla boss Musk weighs go-private deal for electric carmaker (Agence France Presse - Factiva, 08/07/2018 06:42 PM) |
| | | | | | | | | | | | Elon Musk's Tesla Claim Could Land Him in Regulatory Trouble (Dow Jones Institutional News - Factiva, 08/07/2018 06:43 PM) |
| | | | | | | | | | | | News Highlights: Top Company News of the Day (Dow Jones Institutional News - Factiva, 08/07/2018 07:00 PM) |

## Appendix 14
## Tesla News Chronology with Daily Statistics

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | **Musk Takes Personal Pique to New Level in Plan for Private Tesla** (BN - Bloomberg, 08/07/2018 07:00 PM) |
| | | | | | | | | | | | | **Fast Asia Open China trade data, Australia home loans** (Financial Times - Manual Entry, 08/07/2018 07:01 PM) |
| | | | | | | | | | | | | **Tesla shares are frozen as Elon Musk announces a plot to buy the electric car maker back in Twitter outburst** (Mail Online - Factiva, 08/07/2018 07:05 PM) |
| | | | | | | | | | | | | **Tesla's Private Test Drive; Would you lend $70 billion to buy a cash-needy car company?** (The Wall Street Journal Online - Factiva, 08/07/2018 07:08 PM) |
| | | | | | | | | | | | | **Tesla Buyout Who Knew What, And When Did They Know It?** (Seeking Alpha.com - Manual Entry, 08/07/2018 07:18 PM) |
| | | | | | | | | | | | | **Tesla's Crazy Day, in One Chart** (BN - Bloomberg, 08/07/2018 07:29 PM) |
| | | | | | | | | | | | | **Musk plan to privatize Tesla pushes $2.3 bln of debt above conversion price** (Reuters News - Factiva, 08/07/2018 07:30 PM) |
| | | | | | | | | | | | | **Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 4th Update** (Dow Jones Institutional News - Factiva, 08/07/2018 07:34 PM) |
| | | | | | | | | | | | | **Musk plan to privatize Tesla pushes $2.3 billion of debt above conversion price** (Reuters News - Factiva, 08/07/2018 07:36 PM) |
| | | | | | | | | | | | | **ESPN Streaming Service Tops Modest Expectations -- Market Talk** (Dow Jones Institutional News - Factiva, 08/07/2018 07:39 PM) |
| | | | | | | | | | | | | **Tesla CEO confirms intention to privatize U.S. top electric car maker** (Xinhua News Agency - Factiva, 08/07/2018 07:44 PM) |
| | | | | | | | | | | | | **Elon Musk's Tesla Claim Could Land Him in Regulatory Trouble; Regulators may view the CEO's funding claim as an attempt to manipulate Tesla's stock price if he doesn't follow through** (The Wall Street Journal Online - Factiva, 08/07/2018 07:46 PM) |
| | | | | | | | | | | | | **Elon Musk taunts Wall Street with Tesla buyout tweets** (Financial Times - Manual Entry, 08/07/2018 07:46 PM) |
| | | | | | | | | | | | | **Elon Musk tweets plan to take Tesla private** (thetimes.co.uk - Factiva, 08/07/2018 08:01 PM) |
| | | | | | | | | | | | | **Why Elon Musk Desperately Needs Tesla Stock To Stay Above $360** (Seeking Alpha.com - Manual Entry, 08/07/2018 08:25 PM) |
| | | | | | | | | | | | | **Xinhua world news summary at 0030 GMT, Aug. 8** (Xinhua News Agency - Factiva, 08/07/2018 08:27 PM) |
| | | | | | | | | | | | | **UPDATE 9-Elon Musk says taking Tesla private is 'best path,' shares jump** (Reuters News - Factiva, 08/07/2018 08:33 PM) |
| | | | | | | | | | | | | **Elon Musk says taking Tesla private is 'best path,' shares jump** (Reuters News - Factiva, 08/07/2018 08:35 PM) |
| | | | | | | | | | | | | **Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update** (Dow Jones Newswires Chinese (English) - Factiva, 08/07/2018 09:10 PM) |
| | | | | | | | | | | | | **Elon Musk's Tesla Claim Could Land Him in Regulatory Trouble** (Dow Jones Newswires Chinese (English) - Factiva, 08/07/2018 09:29 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | | **Salesforce Gives Block Another Title -- Market Talk** (Dow Jones Institutional News - Factiva, 08/07/2018 09:46 PM) |
| | | | | | | | | | | | | **UPDATE 1-Albemarle triples quarterly profit on rising lithium sales** (Reuters News - Factiva, 08/07/2018 10:26 PM) |
| | | | | | | | | | | | | **CHINA BANKS ARE SAID IN TALKS TO FUND TESLA'S SHANGHAI FACTORY** (BN - Bloomberg, 08/07/2018 10:27 PM) |
| | | | | | | | | | | | | **China Banks Are Said in Talks to Fund Tesla's Shanghai Factory (BFW - Bloomberg, 08/07/2018 10:27 PM)** |
| | | | | | | | | | | | | **Experts Cast Doubt on Musk's Envisioned Buyout of Tesla** (Dow Jones Newswires Chinese (English) - Factiva, 08/07/2018 10:56 PM) |
| | | | | | | | | | | | | **TESLA 'TO GO SOLO' Tesla boss Elon Musk considers de-listing the firm from the stock exchange** (thescottishsun.co.uk - Factiva, 08/07/2018 11:14 PM) |
| | | | | | | | | | | | | **TESLA 'TO GO SOLO' Tesla boss Elon Musk considers de-listing the firm from the stock exchange** (thesun.co.uk - Factiva, 08/07/2018 11:14 PM) |
| | | | | | | | | | | | | **Tesla Is Said to Engage Chinese Banks to Fund Shanghai Factory** (BN - Bloomberg, 08/07/2018 11:28 PM) |
| 8/8/2018 | Wed | 24,571,163 | $370.34 | -2.43% | 0.06% | -0.23% | -0.07% | -2.36% | -0.92 | 35.71% | -$8.97 | **Elon Musk considers taking Tesla private** (AAP Bulletins - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Elon Musk mulls taking Tesla private** (Mubasher - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Elon Musk mulls taking Tesla private.** (Just-Auto - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Elon Musk says he wants to take Tesla private at $US420 a share** (Australian Broadcasting Corporation News - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Elon Musk says he's considering taking Tesla private** (U-Wire - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Elon Musk wants to make Tesla a private company, here's why** (Asian News International - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Elon Musk Wants To Take Tesla Private** (NPR: Morning Edition - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Elon Musk's Bombshell Tweets About Taking Tesla Private Said To Trigger SEC Review (Forbes.com - Factiva, 08/08/2018)** |
| | | | | | | | | | | | | **Elon Musk's Bombshell Tweets About Taking Tesla Private Trigger SEC Review (Forbes.com - Factiva, 08/08/2018)** |
| | | | | | | | | | | | | **Elon Musk's Bombshell Tweets About Taking Tesla Private Triggers SEC Review (Forbes.com - Factiva, 08/08/2018)** |
| | | | | | | | | | | | | **Elon Musk's Twitter musings on Tesla drag Fidelity into the picture, sowing confusion** (Boston Business Journal - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **T. Rowe Price among Tesla shareholders trying to sort out Elon Musk's tweets** (Baltimore Business Journal - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla, Inc. (NASDAQ:TSLA)** (U-Wire - Factiva, 08/08/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal Price | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **06:48 EDT Tesla shares worth no more than $195 based on fundamentals, says...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **07:48 EDT Musk could land in hot water with regulators over go-private tweets,...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **07:50 EDT Tesla privatization talk a way to change conversation, says UBSUBS...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **07:59 EDT Tesla going private 'feels like the right thing to do,' says...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **08:01 EDT Musk may want to take Tesla private, but Morgan Stanley questions...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **09:05 EDT Tesla $420 buyout price mentioned by Musk too low, says BairdBaird...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **09:09 EDT Tesla board says Musk opened discussion with board last week** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **09:10 EDT Tesla board says Musk opened going private discussion with board last...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **09:13 EDT Tesla board says taking 'appropriate next steps' to evaluate going...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **09:26 EDT Tesla's New York factory has assembly line, aesthetic problems,...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **11:13 EDT RBC Capital revisits idea of Celgene going private after Tesla...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **11:46 EDT Fly Intel: Today's top analyst calls on Wall StreetCheck out today's...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **13:46 EDT Tesla under pressure as analysts debate if Musk should take carmaker...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **14:07 EDT Tesla's Musk talked with SoftBank about investment, Bloomberg...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **14:13 EDT Icahn says he has 'zero thoughts' on Tesla Carl Icahn is speaking on...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **14:28 EDT Tesla held investment talks with Softbank last year, Bloomberg...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **15:46 EDT SEC examining whether Musk's statements in tweet were truthful, WSJ...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **15:52 EDT Tesla down 3% after report SEC looking into Musk 'take private' tweet** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **16:01 EDT SEC examining if Musk 'taking Tesla private' tweet was truthful, WSJ...** (Theflyonthewall.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **5 things you need to know to start the day** (CE NoticiasFinancieras - Factiva, 08/08/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **A corner of the bond market shows how Tesla could win even if Musk's new plan flops** (latimes.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **A Promise Elon Musk And Tesla Can't Break** (Forbes.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Agentur fÃƒÂ¼r Unternehmensnachrichten GmbH, mutual fund holdings - Tesla Motors Inc. (AfU Company Information: Mutual Fund Holdings - International Blue Chips - Factiva, 08/08/2018)** |
| | | | | | | | | | | | **An FT scoop, a Musk tweet and one of the craziest M&A tales ever (Premium Subscription Required to View)** (Financial Times - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | **Baillie Gifford set to be among big winners if Musk takes Tesla private** (London Evening Standard - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Banks, tech lead stocks higher** (The Courier - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Berenberg Research Report** (Eikon - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | **BIG MOVERS** (The Quad-City Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Business >> Elon Musk says he's considering taking Tesla private. PAGE A11** (Press-Telegram - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Business briefs: Musk says he's buying back Tesla** (The Journal Gazette - Factiva, |
| | | | | | | | | | | | **Buyout: At first, investors didn't take tweet seriously (Daily Herald - Factiva, 08/08/2018)** |
| | | | | | | | | | | | **Can Elon Musk "tweet" like this?** (CE NoticiasFinancieras - Factiva, 08/08/2018) |
| | | | | | | | | | | | **CFRA Equity Research Research Report** (Eikon - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | **CN Banks Reportedly In Talks for Financing Tesla's Shanghai Plant** (AAStocks Financial News - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Could Biotech Giant Celgene Join Tesla In The Private Markets?** (Investor's Business Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla, Paycom** (Investor's Business Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Dow Jones Futures: Tesla Falls Below Buy Point As These Top Stocks Move** (Investor's Business Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Dow Jones Futures: Tesla Leads These 5 Notable Movers; U.S. Sets New China Duties** (Investor's Business Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Elon Musk did not quarrel with questioning Tesla's withdrawal from the stock exchange - the board evaluated the proposal*** TRANSLATED *** (STT - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Elon Musk hinted at the Tesla's historic stock market - criticizes the short-sighted decision-making of the listed company*** TRANSLATED *** (STT - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Elon Musk says 'considering' taking Tesla private** (EJ Insight - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Elon Musk's Tesla buyout would reengineer take-private deals** (Business Daily - Factiva, 08/08/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Equidate's new CEO buzzing over Tesla CEO Elon Musk's 'go-private' tweet (San Francisco Business Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | Ernesto SÃƒÂ¡nchez Proal / Tesla vs. Wall Street (CE NoticiasFinancieras - Factiva, 08/08/2018) |
| | | | | | | | | | | | Evening Update: Trudeau not backing down in escalating dispute with Saudi Arabia; China to hit U.S. with $16-billion in additional tariffs; Also: Tesla board evaluating CEO Elon Musk's idea to take company private (The Globe and Mail (Breaking News) - Factiva, 08/08/2018) |
| | | | | | | | | | | | Evercore ISI Research Report (Capital IQ - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | Evercore ISI Research Report (Eikon - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | Forget Tesla, this Indian battery can change the fate of e-cars (The Economic Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | Going private is the best path forward, says Elon Musk (Indo-Asian News Service - Factiva, 08/08/2018) |
| | | | | | | | | | | | Henrico Tesla store marks 1 year in business with Model 3 delivery jump; Tesla store in Henrico marks one year in business with jump in Model 3 deliveries; legal dispute remains (The Richmond Times-Dispatch - Factiva, 08/08/2018) |
| | | | | | | | | | | | How can Musk finance the "most expensive ever" out of the bag? (CE NoticiasFinancieras - Factiva, 08/08/2018) |
| | | | | | | | | | | | If you think Trump is the only one critical of electric cars, think again (The Sacramento Bee - Factiva, 08/08/2018) |
| | | | | | | | | | | | Jefferies LLC Research Report (Capital IQ - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | Jefferies LLC Research Report (Eikon - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | JP Morgan Research Report (Capital IQ - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | JP Morgan Research Report (Eikon - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | KB Securities Research Report (Eikon - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | M&A wrap: Quantum Energy, Elon Musk, Tesla, Boston Scientific, Golden Gate (Mergers & Acquisitions Online - Factiva, 08/08/2018) |
| | | | | | | | | | | | MARKET MOVERS (The Patriot Ledger - Factiva, 08/08/2018) |
| | | | | | | | | | | | MARKET ROUNDUP; Stocks rise again, led by industrials (Los Angeles Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | Millennium BCP Research Report (Capital IQ - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | More questions about Tesla's Buffalo plant, report says (Buffalo Business First Online - Factiva, 08/08/2018) |
| | | | | | | | | | | | Morgan Stanley Research Report (Capital IQ - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | Morgan Stanley Research Report (Eikon - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | Morgan Stanley Research Report (Eikon - Manual Entry, 08/08/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | Morning Update: U.S. refuses to back Canada in Saudi dispute, teaching schools facing withdrawal as Saudi students withdrawn; Also: Elon Musk tweets that he may take Tesla private, shares jump 11 per cent (The Globe and Mail (Breaking News) - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk aims to free Tesla from investors' 'short-term thinking' (Buffalo News - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk considering taking Tesla private (Augusta Chronicle - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk 'considering' taking Tesla private in $80bn deal; Unusual move (Investment Week - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk 'considering' taking Tesla private in $80bn deal; Unusual move (Investment Week - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk drives Tesla shares higher with tweet that he may take auto maker private (The Globe and Mail - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk drops bombshell with $72B buyout proposal (Daily Herald - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk Has a Bizarre Plan For Tesla (The Wall Street Journal - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk has bold plan: Take Tesla private (The San Francisco Chronicle - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk looking to take Tesla private, proposing buyout (Review Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk looking to take Tesla private, proposing buyout (The Courier - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk Looks to Take Tesla Private --- Tweet on what would be a mammoth buyout surprises investors, drives stock up 11% (The Wall Street Journal - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk may take Tesla private (Electronics Weekly Online - Factiva, 08/08/2018) |
| | | | | | | | | | | | MUSK MAY TAKE TESLA PRIVATE; CEO DECLARES HE HAS FUNDING FOR PROPOSAL; COMPANY'S SHARE PRICE SPIKES MORE THAN 10 PERCENT (San Jose Mercury News - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk mulls taking Tesla private in shareholder deal CEO calls the move best way forward (Buffalo News - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk musing about private Tesla halts shares (Daily Press - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk musing about private Tesla halts shares (Orlando Sentinel - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk musing about private Tesla halts shares (The Capital (Annapolis) - Factiva, |
| | | | | | | | | | | | Musk plans $72 billion Tesla buyout; Firm's stock climbs after announcement (Daily Post - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk Proposes Buyout; CEO Tweets He's Considering Buying Back All Tesla Stock For $72B; Electric Carmaker (The Hartford Courant - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk reveals plans to take Tesla private (The Daily Telegraph - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk says he could take Tesla private (Calgary Herald - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk says he could take Tesla private (Montreal Gazette - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk says he could take Tesla private (Regina Leader Post - Factiva, 08/08/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | Musk says he could take Tesla private (Saskatoon Star Phoenix - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk says he could take Tesla private (The London Free Press - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk says he could take Tesla private (Windsor Star - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk says he could take Tesla private, stunning investors (Vancouver Sun - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk says he could take Tesla private, stuns investors (Edmonton Journal - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk says he could take Tesla private; Saudis Take Stake (National Post - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk Says He May Take Tesla Private, Shares Roar (U-Wire - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk shocks Wall Street before possible exit of Tesla (CE NoticiasFinancieras - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk stirs up Wall St. (USA Today - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk stirs up Wall St. Tesla CEO tweets that he may take company private (Asheville Citizen-Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk stirs up Wall St. Tesla CEO tweets that he may take company private (Clarion-Ledger - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk stirs up Wall St. Tesla CEO tweets that he may take company private (Journal & Courier - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk stirs up Wall St. Tesla CEO tweets that he may take company private (Reno Gazette-Journal - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk stirs up Wall St. Tesla CEO tweets that he may take company private (Statesman Journal - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk stirs up Wall St. Tesla CEO tweets that he may take company private (The Tallahassee Democrat - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk stuns Tesla investors, says company may go private (San Francisco Chronicle: Web Edition - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk tells Twitter followers of plan to take Tesla carmaker private (The Daily Telegraph - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk tweet on taking Tesla private roils market (The Washington Post - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk tweets about taking Tesla private as Saudis invest $2bn (The Irish Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk tweets plan to take Tesla private (The Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk wants Tesla to go private at $420 per share (Indo-Asian News Service - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk weighs taking Tesla private for; possibly; $72 Billion; Electric car maker's CEO says funding secured; for one of richest buyouts (San Diego Union-Tribune - Factiva, |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | Musk weighs taking Tesla private, and shares surge (The Detroit News - Factiva, |
| | | | | | | | | | | | MUSK'S PRIVATE MOVE IS VERY PUBLIC; Tweet from Tesla CEO suggesting a buyout baffles Wall Street analysts. (Los Angeles Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk's Tesla tweets halt shares CEO's musings on taking the company private send stock soaring, may cross legal line (Chicago Tribune - Factiva, 08/08/2018) |
| | | | | | | | | | | | Musk's tweet on Tesla creates Wall Street stir; Post said company could go private, but was it real? (Florida Today - Factiva, 08/08/2018) |
| | | | | | | | | | | | NATION (The Albany Herald - Factiva, 08/08/2018) |
| | | | | | | | | | | | Nation Briefs: Tesla CEO drops latest bombshell with $72B buyout proposal (St. Louis Post-Dispatch - Factiva, 08/08/2018) |
| | | | | | | | | | | | Nation/world business briefs (Richmond Times-Dispatch: Web Edition - Factiva, 08/08/2018) |
| | | | | | | | | | | | New Tesla bombshell: $72B buyout proposal (Record-Journal - Factiva, 08/08/2018) |
| | | | | | | | | | | | Note to Elon: Tesla isn't the only company targeted by short sellers. Here's who tops the list. (Chicago Business Journal Online - Factiva, 08/08/2018) |
| | | | | | | | | | | | Note to Elon: Tesla isn't the only company targeted by short sellers. Here's who tops the list. (L.A. Biz - Factiva, 08/08/2018) |
| | | | | | | | | | | | Note to Elon: Tesla isn't the only company targeted by short sellers. Here's who tops the list. (New York Business Journal Online - Factiva, 08/08/2018) |
| | | | | | | | | | | | Now hiring: Tesla begins staffing effort for new Gigafactory in China (Pacific Business News Online - Factiva, 08/08/2018) |
| | | | | | | | | | | | P.T. Barnum or Albert Einstein? Two views on Musk's plan to take Tesla private (latimes.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | Piper Sandler Companies Research Report (Capital IQ - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | Piper Sandler Companies Research Report (Eikon - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | Report: CEO Elon Musk has bizarre plan for Tesla (EFE News Service - Factiva, |
| | | | | | | | | | | | SAFETY GROUP GIVES TESLA MIXED RESULTS IN DRIVER-ASSIST TESTING; MODEL 3 AND MODEL S SCORED HIGH FOR STAYING IN LANES, BUT NEED SOME WORK ON BRAKING (San Jose Mercury News - Factiva, 08/08/2018) |
| | | | | | | | | | | | SAUDI BET ON TESLA (The Sun - Factiva, 08/08/2018) |
| | | | | | | | | | | | SAUDI BET ON TESLA (The Sun - Factiva, 08/08/2018) |
| | | | | | | | | | | | Saudi invests $2bn in Tesla as founder Elon Musk mulls taking it private (ArabianBusiness.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | Saudi sovereign wealth fund acquires significant stake in Tesla shares (Al Arabiya - Factiva, 08/08/2018) |
| | | | | | | | | | | | Scottish Mortgage boosts FTSE as Tesla surges (Citywire - Factiva, 08/08/2018) |
| | | | | | | | | | | | SEC Inquires About Elon Musk's Tweet On Taking Tesla Private: Reports (CE NoticiasFinancieras - Factiva, 08/08/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | **SEC Inquires About Elon Musk's Tweet On Taking Tesla Private: Reports** (RTT News - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **SEC looking into Tesla after Elon Musk's tweets, reports say** (CNET News.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Shares in the American electric car-making company Tesla have closed almost...** (Radio New Zealand News - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Short sellers burn, financial pundits fulminate as Elon Musk announces plan to take Tesla private** (CHARGED Electric Vehicles Magazine - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Shorts sellers burn, financial pundits fulminate as Elon Musk announces plan to take Tesla private** (CHARGED Electric Vehicles Magazine - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **SSIF Tradeville SA Research Report** (Capital IQ - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | | **Statement from the following members of Tesla's Board of Directors: Brad Buss, Robyn Denholm, Ira Ehrenpreis, Antonio Gracias, Linda Johnson Rice, and James Murdoch** (Contify Automotive News - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Stock in Tesla Surges as Musk Floats Taking Carmaker Private** (The New York Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Stocks - Disney, Snap, Tesla Slide Pre-market; Papa John's Tumbles; CVS Jumps (Investing.com - Factiva, 08/08/2018)** |
| | | | | | | | | | | | | **Tasteless Tesla** (The Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tasteless Tesla** (The Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tasteless Tesla** (The Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tasteless Tesla [...]** (The Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tencent-backed electric car start-up NIO to file prospectus in September for planned US listing** (scmp.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla (TSLA) Stock Quotes, Company News And Chart Analysis** (Investor's Business Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla board endorses CEO Elon Musk's stunning plan to consider going private** (USA Today Online - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla board evaluating CEO's bid to take company private** (Postmedia Breaking News - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla board is evaluating Elon Musk's plan to take the company private** (latimes.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla board says Musk started going-private talks last week** (CNET News.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla Board To Evaluate Elon's Offer For Taking Company Private - Quick Facts** (CE NoticiasFinancieras - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla Board To Evaluate Elon's Offer For Taking Company Private - Quick Facts** (RTT News - Factiva, 08/08/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | [10]<br>t-statistic | [11]<br>p-Value | [12]<br>Abnormal<br>Price<br>Reaction | Events |
|------|-----|--------|-------|--------|--------|----------|-----------|----------|-------------|---------|------------------|--------|
| | | | | | | | | | | | | **Tesla boss Musk weighs go-private deal for electric carmaker** (Macau Business Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla CEO drops bombshell with buyout proposal; Tesla CEO Elon Musk mulling potential $72B buyout of electric car maker** (Rocky Mount Telegram - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla CEO Elon Musk startled Wall Street by saying he may be preparing to take his struggling electric car marker private.** (CBS News: CBS This Morning - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla CEO makes $72-billion pitch to take electric-car maker private** (Victoria Times Colonist - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla CEO suggests buyouts** (The Florida Times-Union - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla CEO weigh taking his company private** (Omaha World-Herald: Web Edition Articles - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla chief, Musk, suggests company could go private** (The Daily Gazette - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla considers Elon Musk's proposal to make the car company private** (New Electronics - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla could stop trading on the stock market** (CE NoticiasFinancieras - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla drops $72B buyout bombshell** (Charleston Gazette - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla looks to take the company private, leading stocks to surge** (Business Review USA - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla management already knew about Musk's plans** (CE NoticiasFinancieras - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla Once Jumps Over 13% on CE's Proposed Privatization at Premium** (AAStocks Financial News - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla public or Tesla private. Which way forward?** (Daily News Egypt - Factiva, |
| | | | | | | | | | | | | **Tesla ride or die (Premium Subscription Required to View)** (Financial Times - Manual Entry, 08/08/2018) |
| | | | | | | | | | | | | **TESLA SHARES FROZEN AS MUSK PLOTS TO BUY IT BACK** (Daily Mail - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla shares frozen as Musk plots to buy it back** (Scottish Daily Mail - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla shares halted after Musk tweet** (South Florida Sun-Sentinel - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla shares on the rise as Musk tweets a plan** (The Toronto Star - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla shares soar after Musk says he's considering taking it private** (St. Louis Business Journal Online - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla shares soar after Musk says he's considering taking it private** (Triangle Business Journal Online - Factiva, 08/08/2018) |
| | | | | | | | | | | | | **Tesla shares soar following Musk`s tweet on plans to take company private - media** (Unian - Factiva, 08/08/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **TESLA SHARES TAKE OFF AS MUSK MULLS BUYOUT** (City AM - Factiva, |
| | | | | | | | | | | | **Tesla shocker Musk stuns Street, wants to take co. private** (New York Post - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla shorts take another hit from Musk tweet** (Global Investor (incorporating International Securities Finance) - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla soars after Musk tweets about taking carmaker private** (St. Paul Pioneer Press - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla Solar Roof tiles aren't coming out beautiful enough for Elon Musk, report claims** (Mashable.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla starts hiring for Shanghai factory** (German Collection - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla stock surges after Musk tweet** (Boston Herald - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla suspends shares after Elon Musk tweets he wants to take the carmaker private** (Daily Herald - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla suspends share-trading after Elon Musk tweets he wants to take the carmaker private** (Washington Post.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla 'to go solo'** (The Sun - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla tweet by Musk is raising legal issues; CEO hints at company going private; stock soars 11%** (Detroit Free Press - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla up as Musk weighs taking it private** (Irish Independent - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla wins for looks** (Autocar - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla's board of directors analyzes its withdrawal from the stock market** (CE NoticiasFinancieras - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla's board of directors analyzes its withdrawal from the stock market** (CE NoticiasFinancieras - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla's Board Responds To Musk's Tweet Thunderstorm On Going Private** (Investor's Business Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla's Board Responds To Musk's Tweet Thunderstorm On Going Private** (Investor's Business Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla's board says Musk started go-private talks last week; Tesla's board says Musk started go-private talks last week** (The Daily Star - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla's Elon Musk hints at giving Wall Street the slip** (Los Angeles Times - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla's Executive Board evaluated Muski's proposal to withdraw from the stock exchange*** TRANSLATED *** (STT - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla's Executive Board evaluated Muski's proposal to withdraw from the stock exchange*** TRANSLATED *** (STT - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla's Private Test Drive** (The Wall Street Journal - Factiva, 08/08/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | **Tesla's Unconventional Road to the Private Market** (The Deal - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tests uncover flaws in electric car safety** (Shanghai Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | **The Daily Deal: Musk's New Nemeses; Tariffs vs. Capex** (The Deal - Factiva, 08/08/2018) |
| | | | | | | | | | | | **The Tesla Board of Directors analyzes its exit from Wall Street** (CE NoticiasFinancieras - Factiva, 08/08/2018) |
| | | | | | | | | | | | **The United States Penalizes Moscow For Chemical Weapons Act On British Soil;...** (CNN International: Quest Means Business - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tuesday's Energy Stocks: SCANA down 5.12% on downgrade, Tesla up 10.99%** (SNL Energy Finance Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | **UPDATE: Tesla shares jump 11% after CEO Musk confirms privatization interest** (SNL Energy Finance Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | **UPDATE: Tesla shares jump 11% after CEO Musk confirms privatization interest** (SNL Financial Services Daily - Factiva, 08/08/2018) |
| | | | | | | | | | | | **UPDATE: Tesla shares jump 11% after CEO Musk confirms privatization interest** (SNL Power Daily with Market Report - Factiva, 08/08/2018) |
| | | | | | | | | | | | **US: Elon Musk considers taking Tesla private** (Australian Associated Press - Financial News - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Wednesday Papers: Elon Musk declares plan to take Tesla private** (Citywire - Factiva, 08/08/2018) |
| | | | | | | | | | | | **What you need to know about Elon Musk's $1.4-billion Tesla tweet** (Postmedia Breaking News - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Why Elon Musk can get away with tweeting about Tesla's business plans** (Mashable.com - Factiva, 08/08/2018) |
| | | | | | | | | | | | **With "tuitazo", Musk outlines the privatization of Tesla** (CE NoticiasFinancieras - Factiva, 08/08/2018) |
| | | | | | | | | | | | **Tesla Debt Jumped Tuesday as Musk Weighs Private Company: Chart** (BN - Bloomberg, 08/08/2018 12:00 AM) |
| | | | | | | | | | | | **Germany, California, Tesla: Your Wednesday Briefing** (NYTimes.com Feed - Factiva, 08/08/2018 12:18 AM) |
| | | | | | | | | | | | **Tesla shares climb after Elon Musk tweets he will take the company private** (The Telegraph Online - Factiva, 08/08/2018 12:19 AM) |
| | | | | | | | | | | | **Musk's dream of taking Tesla private bumps up against reality (Financial Times - Manual Entry, 08/08/2018 12:20 AM)** |
| | | | | | | | | | | | **Tesla Shorts Book Another Billion-Dollar Loss -- Market Talk** (Dow Jones Newswires Chinese (English) - Factiva, 08/08/2018 12:21 AM) |
| | | | | | | | | | | | **Mutual Funds and ETFs Own 31.8% of Tesla -- Market Talk** (Dow Jones Newswires Chinese (English) - Factiva, 08/08/2018 12:38 AM) |
| | | | | | | | | | | | **PRESS DIGEST- Wall Street Journal - Aug 8** (Reuters News - Factiva, 08/08/2018 12:56 |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Elon Musk's Tesla buyout would reengineer take-private deals (Reuters News - Factiva, 08/08/2018 01:00 AM) |
| | | | | | | | | | | | INSIGHT-Inside Tesla's troubled New York solar factory (Reuters News - Factiva, 08/08/2018 01:00 AM) |
| | | | | | | | | | | | This ETF Has Almost 12% of its Assets in Tesla -- Market Talk > ARKQ TSLA (Dow Jones Newswires Chinese (English) - Factiva, 08/08/2018 01:02 AM) |
| | | | | | | | | | | | Asian shares mixed after new US tariffs put on China exports (Associated Press Newswires - Factiva, 08/08/2018 01:10 AM) |
| | | | | | | | | | | | PRESS DIGEST-New York Times business news - Aug 8 (Reuters News - Factiva, 08/08/2018 01:18 AM) |
| | | | | | | | | | | | Fast Europe Open Spain industrial production, Portugal unemployment (Financial Times - Manual Entry, 08/08/2018 01:52 AM) |
| | | | | | | | | | | | Heard on the Street: Musk Has a Bizarre Plan For Tesla -- WSJ (Dow Jones Institutional News - Factiva, 08/08/2018 02:32 AM) |
| | | | | | | | | | | | Musk Looks to Take Tesla Private -- WSJ (Dow Jones Institutional News - Factiva, 08/08/2018 02:32 AM) |
| | | | | | | | | | | | Two Little Words Raise Big Questions -- WSJ (Dow Jones Institutional News - Factiva, 08/08/2018 02:32 AM) |
| | | | | | | | | | | | Wednesday briefing: Elon Musk - I'll take Tesla private (The Guardian - Factiva, 08/08/2018 02:39 AM) |
| | | | | | | | | | | | Experts doubt Elon Musk's ability to pull off a buyout of Tesla; A special-purpose vehicle that is accessible to all shareholders would be unprecedented, lawyers said (MarketWatch - Factiva, 08/08/2018 03:21 AM) |
| | | | | | | | | | | | Elon Musk announces he is 'considering' taking Tesla private (London Evening Standard Online - Factiva, 08/08/2018 03:26 AM) |
| | | | | | | | | | | | Tesla boss Musk weighs go-private deal for electric carmaker (Agence France Presse - Factiva, 08/08/2018 03:47 AM) |
| | | | | | | | | | | | Tesla Upgraded to Hold at Independent Research; PT $420 (BFW - Bloomberg, 08/08/2018 04:13 AM) |
| | | | | | | | | | | | Tesla going private? We have questions... (Financial Times - Manual Entry, 08/08/2018 04:17 AM) |
| | | | | | | | | | | | Elon Musk takes Tesla on a strange route to a potentially smart idea, yet again; Maybe Musk will be better off leading a private company, but this is not the way to get there (MarketWatch - Factiva, 08/08/2018 04:19 AM) |
| | | | | | | | | | | | A Tesla buyout would be the largest in history Ã¢â‚¬â€ by a wide margin; If Elon Musk gets his way, Tesla could go private -- and a deal would dwarf previous take-private deals (MarketWatch - Factiva, 08/08/2018 04:19 AM) |
| | | | | | | | | | | | Tesla short sellers walloped after Musk talks going private; Tesla going to $420 a share could send short sellers 'up in smoke,' firm says (MarketWatch - Factiva, 08/08/2018 04:19 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Elon Musk explained his going-private tweet to Tesla employees with this email; Musk says going private 'is all about creating the environment for Tesla to operate best'** (MarketWatch - Factiva, 08/08/2018 04:20 AM) |
| | | | | | | | | | | | **Tesla's Elon Musk tweets he is 'considering' taking company private; 'Funding secured' at $420, CEO says on Twitter** (MarketWatch - Factiva, 08/08/2018 04:20 AM) |
| | | | | | | | | | | | **Newspaper headline roundup** (24 Ore Radiocor-Newswire International Edition - Factiva, 08/08/2018 04:37 AM) |
| | | | | | | | | | | | **These 5 tech stocks are in a dot-com-like bubble (and they aren't all FAANGs); Beware of Amazon, Netflix, Salesforce, Tesla and Spotify** (MarketWatch - Factiva, 08/08/2018 04:44 AM) |
| | | | | | | | | | | | **Elon Musk Takes Annoyance With Shorts to New Level at Tesla (1)** (BN - Bloomberg, 08/08/2018 04:44 AM) |
| | | | | | | | | | | | **Tesla bombshell; Tinder magic; Fox results** (CNN Wire - Factiva, 08/08/2018 05:05 AM) |
| | | | | | | | | | | | **Elon Musk Fast Facts** (CNN Wire - Factiva, 08/08/2018 05:19 AM) |
| | | | | | | | | | | | **Elon Musk net worth: The eye-watering amount the CEO of SpaceX and Tesla is actually worth** (express.co.uk - Factiva, 08/08/2018 05:22 AM) |
| | | | | | | | | | | | **Ohio Special Election, Tesla, Alex Jones: Your Wednesday Briefing** (NYTimes.com Feed - Factiva, 08/08/2018 05:23 AM) |
| | | | | | | | | | | | **Musk Wants Chinese Banks to Finance His New Tesla Factory** (BN - Bloomberg, 08/08/2018 05:24 AM) |
| | | | | | | | | | | | **Tesla Shares Surge as Elon Musk Mulls Making Firm Private** (Sputnik News Service - Factiva, 08/08/2018 05:30 AM) |
| | | | | | | | | | | | **Call of the day: Tesla shares are headed for $420 regardless; Critical information for the U.S. trading day** (MarketWatch - Factiva, 08/08/2018 05:45 AM) |
| | | | | | | | | | | | **Elon Musk could face probe from regulators if plan to take company private does not go ahead** (London Evening Standard Online - Factiva, 08/08/2018 05:50 AM) |
| | | | | | | | | | | | **RPT-INSIGHT-Inside Tesla's troubled New York solar factory** (Reuters News - Factiva, 08/08/2018 06:00 AM) |
| | | | | | | | | | | | **Elon Musk Makes $82 Billion Gambit to Silence Tesla Critics (2)** (BN - Bloomberg, 08/08/2018 06:09 AM) |
| | | | | | | | | | | | **TESLA TO RISE >$420 AS INVESTORS DEMAND HIGHER PREMIUM: BAIRD** (BFW - Bloomberg, 08/08/2018 06:14 AM) |
| | | | | | | | | | | | **Tesla's Share Rally May Ease Bond Repayment Pressure: AJ Bell -- Market Talk** (Dow Jones Institutional News - Factiva, 08/08/2018 06:22 AM) |
| | | | | | | | | | | | **Tesla's Share Rally May Ease Bond Repayment Pressure: AJ Bell -- Market Talk** (Dow Jones Institutional News - Factiva, 08/08/2018 06:22 AM) |
| | | | | | | | | | | | **Elon Musk Tweets And Blogs About Taking Tesla Private At $420, Claims To Have Secured Funding** (BW Businessworld - Factiva, 08/08/2018 06:24 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **DealBook Briefing: How on Earth Will Tesla Go Private?** (NYTimes.com Feed - Factiva, 08/08/2018 06:26 AM) |
| | | | | | | | | | | | **National Audio 6:45 AM ET** (The Canadian Press - Broadcast wire - Factiva, 08/08/2018 06:41 AM) |
| | | | | | | | | | | | **Tesla Holders May Need More Than $420 to Go Private, Baird Says** (BFW - Bloomberg, 08/08/2018 06:46 AM) |
| | | | | | | | | | | | **Tesla board statement raises more questions about Elon Musk's go-private plan (MarketWatch - Factiva, 08/08/2018 06:56 AM)** |
| | | | | | | | | | | | **RPT-ANALYSIS-Tesla buyout would add to year of pain for short-sellers** (Reuters News - Factiva, 08/08/2018 07:00 AM) |
| | | | | | | | | | | | **RPT--Elon Musk's Tesla buyout would reengineer take-private deals** (Reuters News - Factiva, 08/08/2018 07:00 AM) |
| | | | | | | | | | | | **Tesla share trading HALTED after Elon Musk's Twitter announcement sends price SOARING (express.co.uk - Factiva, 08/08/2018 07:00 AM)** |
| | | | | | | | | | | | **U.S. Mortgage-Application Activity Hits Fresh Low -- Market Talk** (Dow Jones Institutional News - Factiva, 08/08/2018 07:00 AM) |
| | | | | | | | | | | | **Morgan Stanley Can Musk really take Tesla private** (Seeking Alpha.com - Manual Entry, 08/08/2018 07:11 AM) |
| | | | | | | | | | | | **Short Sellers Are Getting Torched for Billions: Taking Stock** (BN - Bloomberg, 08/08/2018 07:13 AM) |
| | | | | | | | | | | | **The Morning Risk Report: Musk's Go-Private Tweets Could Bring Regulatory Scrutiny** (Dow Jones Institutional News - Factiva, 08/08/2018 07:20 AM) |
| | | | | | | | | | | | **FirstFT today's top stories (Financial Times - Manual Entry, 08/08/2018 07:23 AM)** |
| | | | | | | | | | | | **Fears of No-Deal Brexit Sting Pound; EUR/GBP Above 0.90 -- Market Talk** (Dow Jones Institutional News - Factiva, 08/08/2018 07:25 AM) |
| | | | | | | | | | | | **Experts Cast Doubt on Musk's Envisioned Buyout of Tesla (Dow Jones Institutional News - Factiva, 08/08/2018 07:30 AM)** |
| | | | | | | | | | | | **LOUP'S MUNSTER: TESLA WORTH A LOT MORE THAN $82 BILLION** (BN - Bloomberg, 08/08/2018 07:31 AM) |
| | | | | | | | | | | | **LOUP VENTURES PARTNER GENE MUNSTER ON BLOOMBERG RADIO** (BN - Bloomberg, 08/08/2018 07:31 AM) |
| | | | | | | | | | | | **LOUP'S MUNSTER: MUSK'S `FUNDING SECURED' TWEET IS VAGUE ENOUGH** (BN - Bloomberg, 08/08/2018 07:32 AM) |
| | | | | | | | | | | | **Elon Musk mulls taking Tesla private** (MarketLine News and Comment - Factiva, 08/08/2018 07:33 AM) |
| | | | | | | | | | | | **10 things you need to know before the opening bell** (Business Insider - Factiva, 08/08/2018 07:33 AM) |
| | | | | | | | | | | | **10 things you need to know before the opening bell (SNAP, TSLA, DIS, CRM)** (Business Insider - Factiva, 08/08/2018 07:33 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | The 10-Point: The Wall Street Journal's Guide to the Day's Top News (Dow Jones Institutional News - Factiva, 08/08/2018 07:34 AM) |
| | | | | | | | | | | | GSO'S DWIGHT SCOTT SPEAKS ON BLOOMBERG TV (BN - Bloomberg, 08/08/2018 07:35 AM) |
| | | | | | | | | | | | SCOTT: GOING PRIVATE, PUTTING LEVERAGE ON TSLA VERY HARD TO DO (BN - Bloomberg, 08/08/2018 07:35 AM) |
| | | | | | | | | | | | SCOTT: TRADITIONAL LBO ON TESLA VERY UNLIKELY (BN - Bloomberg, 08/08/2018 07:36 AM) |
| | | | | | | | | | | | SCOTT: `UNCLEAR' HOW TSLA BONDHOLDERS WOULD FARE IN PRIVATE CO. (BN - Bloomberg, 08/08/2018 07:36 AM) |
| | | | | | | | | | | | SCOTT: VERY HARD TO LEND TESLA MORE GIVEN OPERATIONAL PROBLEMS (BN - Bloomberg, 08/08/2018 07:37 AM) |
| | | | | | | | | | | | SCOTT ON MUSK'S SECURED FUNDING: TAKE HIM AT HIS WORD (BN - Bloomberg, 08/08/2018 07:37 AM) |
| | | | | | | | | | | | Tesla spikes on Musk take-private tweet, report on Saudi investment (SeeNews Deals - Factiva, 08/08/2018 07:38 AM) |
| | | | | | | | | | | | SCOTT: TSLA TRANSACTION LIKELY TO BE EQUITY, NOT DEBT-FUNDED (BN - Bloomberg, 08/08/2018 07:38 AM) |
| | | | | | | | | | | | SCOTT SAY GSO HAS $20B OF AVAILABLE CAPITAL TO INVEST (BN - Bloomberg, 08/08/2018 07:42 AM) |
| | | | | | | | | | | | Hedge Away Your Fears by Taking on More Risk: Trader's Notes (BFW - Bloomberg, 08/08/2018 07:43 AM) |
| | | | | | | | | | | | SCOTT: SEES MOST OPPORTUNITY IN ENERGY CREDIT (BN - Bloomberg, 08/08/2018 07:43 AM) |
| | | | | | | | | | | | SCOTT: CAPITAL MARKETS NOT READY TO LEND TO ENERGY YET (BN - Bloomberg, 08/08/2018 07:46 AM) |
| | | | | | | | | | | | SCOTT: GSO WORKS WITH PRODUCERS TO HELP BUILD PIPELINES (BN - Bloomberg, 08/08/2018 07:46 AM) |
| | | | | | | | | | | | SCOTT: `CERTAIN REFORMS' NEED TO HAPPEN IN CDS STRUCTURE (BN - Bloomberg, 08/08/2018 07:47 AM) |
| | | | | | | | | | | | SCOTT: `HAPPY TO BE INVOLVED' IN IMPROVING CDS STRUCTURE (BN - Bloomberg, 08/08/2018 07:48 AM) |
| | | | | | | | | | | | GSO's SCOTT COMMENTS AND ON BlOOMBERG TV (BN - Bloomberg, 08/08/2018 07:48 AM) |
| | | | | | | | | | | | Musk tweet could see fund manager battle over Tesla settled (Financial Adviser - Magazine and Web Content - Factiva, 08/08/2018 07:50 AM) |
| | | | | | | | | | | | BUZZ-U.S. STOCKS ON THE MOVE-Michael Kors, Papa John's, Tesla (Reuters News - Factiva, 08/08/2018 07:53 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | JP Morgan Raises Tesla Price Target But Stays Underweight In Case Shares Trade On Fundamentals Again -- MarketWatch (Dow Jones Institutional News - Factiva, 08/08/2018 07:56 AM) |
| | | | | | | | | | | | | MW UPDATE: JP Morgan raises Tesla price target but stays underweight in case shares trade on fundamentals again (MarketWatch - Factiva, 08/08/2018 07:58 AM) |
| | | | | | | | | | | | | Tesla privatisation plans: Why is Tesla going private? Will Tesla change in private? (express.co.uk - Factiva, 08/08/2018 07:58 AM) |
| | | | | | | | | | | | | Update: JP Morgan Raises Tesla Price Target But Stays Underweight In Case Shares Trade On Fundamentals Again -- MarketWatch (Dow Jones Institutional News - Factiva, 08/08/2018 07:58 AM) |
| | | | | | | | | | | | | LIVE MARKETS-Tesla: Gargantuans at the gate (Reuters News - Factiva, 08/08/2018 07:59 AM) |
| | | | | | | | | | | | | Tesla's Cobalt Blues Spin, Fake News Or Deception (Seeking Alpha.com - Manual Entry, 08/08/2018 08:00 AM) |
| | | | | | | | | | | | | MW UPDATE: A Tesla buyout would be the largest in history -- by a wide margin (MarketWatch - Factiva, 08/08/2018 08:19 AM) |
| | | | | | | | | | | | | MW UPDATE: Elon Musk takes Tesla on a strange route to a potentially smart idea, yet again (MarketWatch - Factiva, 08/08/2018 08:19 AM) |
| | | | | | | | | | | | | MW UPDATE: Tesla short sellers walloped after Musk talks going private (MarketWatch - Factiva, 08/08/2018 08:19 AM) |
| | | | | | | | | | | | | MW UPDATE: Elon Musk explained his going-private tweet to Tesla employees with this email (MarketWatch - Factiva, 08/08/2018 08:20 AM) |
| | | | | | | | | | | | | MW UPDATE: Tesla's Elon Musk tweets he is 'considering' taking company private (MarketWatch - Factiva, 08/08/2018 08:20 AM) |
| | | | | | | | | | | | | Tesla shorts put to the test (Seeking Alpha.com - Manual Entry, 08/08/2018 08:20 AM) |
| | | | | | | | | | | | | Tesla Buyout Unlikely to Be Traditional LBO, Says GSO's Scott (BFW - Bloomberg, 08/08/2018 08:20 AM) |
| | | | | | | | | | | | | JP Morgan raises Tesla price target but stays underweight in case shares trade on funda (Dow Jones Newswires Chinese (English) - Factiva, 08/08/2018 08:23 AM) |
| | | | | | | | | | | | | RPT-Musk plan to privatize Tesla pushes $2.3 bln of debt above conversion price (Reuters News - Factiva, 08/08/2018 08:23 AM) |
| | | | | | | | | | | | | Tesla Is Maintained at Hold by Jefferies (Dow Jones Institutional News - Factiva, 08/08/2018 08:24 AM) |
| | | | | | | | | | | | | Tesla Is Maintained at Hold by Jefferies (Dow Jones Newswires Chinese (English) - Factiva, 08/08/2018 08:25 AM) |
| | | | | | | | | | | | | Tesla Price Target Raised to $360.00/Share From $250.00 by Jefferies (Dow Jones Newswires Chinese (English) - Factiva, 08/08/2018 08:25 AM) |
| | | | | | | | | | | | | Inside Tesla's troubled New York solar factory (Reuters News - Factiva, 08/08/2018 08:26 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | | **Elon Musk's Tesla buyout would reengineer take-private deals** (Reuters News - Factiva, 08/08/2018 08:28 AM) |
| | | | | | | | | | | | | **Hot Stocks to Watch: TSLA** (Dow Jones Newswires Chinese (English) - Factiva, 08/08/2018 08:28 AM) |
| | | | | | | | | | | | | **Tesla stock's surge puts convertible bonds in the money; Elon Musk's tweet has had a salutary effect on his company's financing position - particularly its $2.3bn in two convertible bonds** (Financial News - Factiva, 08/08/2018 08:31 AM) |
| | | | | | | | | | | | | **U.S. CONSUMER PRE-MKT: Papa John's Trouble, Fossil Group Beats (BFW - Bloomberg, 08/08/2018 08:32 AM)** |
| | | | | | | | | | | | | **MW UPDATE: These 5 tech stocks are in a dot-com-like bubble (and they aren't all FAANGs)** (MarketWatch - Factiva, 08/08/2018 08:44 AM) |
| | | | | | | | | | | | | **The Boss Tweets His Way Into Another Storm** (MediaPost.com - Factiva, 08/08/2018 08:52 AM) |
| | | | | | | | | | | | | **Two Huge Questions Hang Over Musk's $70 Billion Deal for Tesla (NYTimes.com Feed - Factiva, 08/08/2018 08:52 AM)** |
| | | | | | | | | | | | | **Wall Street sees funding hurdle to Musk's plan to take Tesla private** (Reuters News - Factiva, 08/08/2018 08:58 AM) |
| | | | | | | | | | | | | **Tesla's current fundamentals don't support a valuation 'anywhere close' to $420, one bear says (TSLA) (Business Insider - Factiva, 08/08/2018 08:59 AM)** |
| | | | | | | | | | | | | **Electric Vehicle Market Grows With Sustained Government Support** (PR Newswire - Factiva, 08/08/2018 09:00 AM) |
| | | | | | | | | | | | | **Press Release: Statement from the following members of Tesla's Board of Directors: Brad Buss, Robyn Denholm, Ira Ehrenpreis, Antonio Gracias, Linda Johnson Rice, and James Murdoch** (Dow Jones Institutional News - Factiva, 08/08/2018 09:00 AM) |
| | | | | | | | | | | | | **Statement from the following members of Tesla's Board of Directors: Brad Buss, Robyn Denholm, Ira Ehrenpreis, Antonio Gracias, Linda Johnson Rice, and James Murdoch** (GlobeNewswire - Factiva, 08/08/2018 09:00 AM) |
| | | | | | | | | | | | | **STATEMENT FROM FOLLOWING MEMBERS OF TESLA'S BOARD: BRAD BUSS, (BN - Bloomberg, 08/08/2018 09:00 AM)** |
| | | | | | | | | | | | | **TESLA SAYS BOARD HAS MET SEVERAL TIMES OVER LAST WEEK** (BN - Bloomberg, 08/08/2018 09:01 AM) |
| | | | | | | | | | | | | **TESLA SAYS ELON OPENED TALK WITH BOARD ABOUT GOING PRIVATE** (BN - Bloomberg, 08/08/2018 09:01 AM) |
| | | | | | | | | | | | | **TESLA BOARD ` TAKING APPROPRIATE NEXT STEPS TO EVALUATE THIS'** (BN - Bloomberg, 08/08/2018 09:01 AM) |
| | | | | | | | | | | | | **Tesla Board Members Evaluating Going Private Talks With Musk** (BFW - Bloomberg, 08/08/2018 09:03 AM) |
| | | | | | | | | | | | | **Wall Street sees funding hurdle to Musk's plan to take Tesla private** (Reuters News - Factiva, 08/08/2018 09:04 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **TESLA BOARD MEMBERS EVALUATING GOING PRIVATE TALKS WITH MUSK** (BN - Bloomberg, 08/08/2018 09:04 AM) |
| | | | | | | | | | | | **Tesla Board Members Evaluating Going-Private Talks With Musk** (BN - Bloomberg, 08/08/2018 09:05 AM) |
| | | | | | | | | | | | **Tesla Board Met 'several Times' To Evaluate CEO Musk's Take-private Idea -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/08/2018 09:12 AM) |
| | | | | | | | | | | | **Tesla's board says Musk started go-private talks last week** (Reuters News - Factiva, 08/08/2018 09:12 AM) |
| | | | | | | | | | | | **Tesla board to evaluate go-private option** (Seeking Alpha.com - Manual Entry, 08/08/2018 09:14 AM) |
| | | | | | | | | | | | **U.S. POWER WRAP: Musk Makes $82 Billion GambitÂ to Quiet Critics** (BFW - Bloomberg, 08/08/2018 09:16 AM) |
| | | | | | | | | | | | **BRIEF-Tesla Inc - Elon Opened A Discussion With Board About Taking Company Private Last Week** (Reuters News - Factiva, 08/08/2018 09:18 AM) |
| | | | | | | | | | | | **BUZZ-U.S. STOCKS ON THE MOVE-Snap, Tesla, Michael Kors, Papa John's** (Reuters News - Factiva, 08/08/2018 09:18 AM) |
| | | | | | | | | | | | **LIVE MARKETS-Wall St futures barely moving, point to soft open** (Reuters News - Factiva, 08/08/2018 09:21 AM) |
| | | | | | | | | | | | **â€œFunding securedâ€ versus â€œnext steps to evaluateâ€** (Financial Times - Manual Entry, 08/08/2018 09:24 AM) |
| | | | | | | | | | | | **Stocks to Watch: Tesla, Disney, Papa John's, Snap, Wendy's, CVS, Salesforce.com** (Dow Jones Institutional News - Factiva, 08/08/2018 09:24 AM) |
| | | | | | | | | | | | **Stocks to Watch: Tesla, Disney, Papa John's, Snap, Wendy's, CVS, Salesforce.com; Here are some of the companies with shares expected to trade actively in Wednesday's session** (The Wall Street Journal Online - Factiva, 08/08/2018 09:24 AM) |
| | | | | | | | | | | | **Tesla board says it will evaluate Musk proposal to go private** (Agence France Presse - Factiva, 08/08/2018 09:24 AM) |
| | | | | | | | | | | | **Thinking about buying stock in AmBev, General Electric , Helios and Matheson Analytics Inc., Hertz Global Holdings or Tesla?** (PR Newswire - Factiva, 08/08/2018 09:31 AM) |
| | | | | | | | | | | | **Tesla's Board of Directors Looking Into CEO's Offer to Privatize Company - Statement** (Sputnik News Service - Factiva, 08/08/2018 09:32 AM) |
| | | | | | | | | | | | **LIVE MARKETS-Brexit breeze** (Reuters News - Factiva, 08/08/2018 09:34 AM) |
| | | | | | | | | | | | **Tesla board met several times to discuss taking firm private** (24 Ore Radiocor-Newswire International Edition - Factiva, 08/08/2018 09:35 AM) |
| | | | | | | | | | | | **Tesla board met 'several times' to evaluate CEO Musk's take-private idea** (Dow Jones Newswires Chinese (English) - Factiva, 08/08/2018 09:37 AM) |
| | | | | | | | | | | | **10 Biggest Price Target Changes For Wednesday** (Benzinga.com - Factiva, 08/08/2018 09:44 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction — Events |
| | | | | | | | | | | | Tesla board says it will evaluate Musk proposal to go private (Agence France Presse - Factiva, 08/08/2018 09:44 AM) |
| | | | | | | | | | | | MW UPDATE: Call of the day: Tesla shares are headed for $420 regardless (MarketWatch - Factiva, 08/08/2018 09:45 AM) |
| | | | | | | | | | | | Tesla's surging stock has cost short sellers $3 billion this month (TSLA) (Business Insider - Factiva, 08/08/2018 09:45 AM) |
| | | | | | | | | | | | Tesla's Board Has Met Several Times to Discuss Going-Private Proposal (Dow Jones Institutional News - Factiva, 08/08/2018 09:52 AM) |
| | | | | | | | | | | | Tesla public or Tesla private. Which way forward? (Deutsche Welle - Factiva, 08/08/2018 09:56 AM) |
| | | | | | | | | | | | Can The Board Of Directors Get Control Of Musk Before The Next Tweet (Seeking Alpha.com - Manual Entry, 08/08/2018 09:57 AM) |
| | | | | | | | | | | | Tesla's Board Has Met Several Times to Discuss Going-Private Proposal (Dow Jones Institutional News - Factiva, 08/08/2018 10:00 AM) |
| | | | | | | | | | | | LIVE MARKETS-Watch out for trade war margin pressure (Reuters News - Factiva, 08/08/2018 10:07 AM) |
| | | | | | | | | | | | Tesla Separating Fact From Fiction (Seeking Alpha.com - Manual Entry, 08/08/2018 10:15 AM) |
| | | | | | | | | | | | Elon Musk Tweets He Is Considering Taking Tesla Private; A take-private deal could value the electric-car maker above $70 billion, by far the biggest in history (The Wall Street Journal Online - Factiva, 08/08/2018 10:17 AM) |
| | | | | | | | | | | | Tesla: Is $420 a Share Too Low for a Deal? (Barron's Online - Factiva, 08/08/2018 10:19 AM) |
| | | | | | | | | | | | Tesla: Is $420 a Share Too Low for a Deal? -- Barrons.com (Dow Jones Institutional News - Factiva, 08/08/2018 10:19 AM) |
| | | | | | | | | | | | Elon Musk's plans for Tesla (Financial Times - Manual Entry, 08/08/2018 10:22 AM) |
| | | | | | | | | | | | Did Elon Musk Violate Securities Laws With Tweet About Taking Tesla Private? (NYTimes.com Feed - Factiva, 08/08/2018 10:24 AM) |
| | | | | | | | | | | | Tesla's Board Has Met Several Times to Discuss Going-Private Proposal; The talks included how being a private company could 'better serve Tesla's long-term interests,' several board members said (The Wall Street Journal Online - Factiva, 08/08/2018 10:26 AM) |
| | | | | | | | | | | | UPDATE 1-Albemarle boosts stock buyback to $500 million; shares jump (Reuters News - Factiva, 08/08/2018 10:39 AM) |
| | | | | | | | | | | | MW Tesla board statement raises more questions about Elon Musk's go-private plan (MarketWatch - Factiva, 08/08/2018 10:56 AM) |
| | | | | | | | | | | | MW UPDATE: Tesla board met 'several times' to evaluate CEO Musk's take-private idea (MarketWatch - Factiva, 08/08/2018 10:56 AM) |
| | | | | | | | | | | | Update: Tesla Board Met 'several Times' To Evaluate CEO Musk's Take-private Idea -- MarketWatch (Dow Jones Institutional News - Factiva, 08/08/2018 10:56 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | Elon Musk boosted his net worth by $1.4 billion with just one short tweet (TSLA) (Business Insider - Factiva, 08/08/2018 11:09 AM) |
| | | | | | | | | | | | LIVE MARKETS-Buying France through its banks (Reuters News - Factiva, 08/08/2018 11:10 AM) |
| | | | | | | | | | | | Elon Musk's Tweet About Taking Tesla Private Could Actually Be Good for Short Sellers. Here's How -- Barron's Blog (Dow Jones Institutional News - Factiva, 08/08/2018 11:12 AM) |
| | | | | | | | | | | | Musk serious about taking Tesla private at USD 420 per share (Renewables Now - Factiva, 08/08/2018 11:20 AM) |
| | | | | | | | | | | | 'The Thomas Edison of our age has come off rails': Brand expert says Elon Musk has put himself in a risky situation (TSLA) (Business Insider - Factiva, 08/08/2018 11:32 AM) |
| | | | | | | | | | | | How to trade Tesla stock even if the company doesn't go private; Aggressive investors can be on the lookout for a short squeeze, which could boost the shares (MarketWatch - Factiva, 08/08/2018 11:45 AM) |
| | | | | | | | | | | | 'A private life is a happy life': Here's what Wall Street is saying about Tesla's plan to leave the stock market (TSLA) (Business Insider - Factiva, 08/08/2018 11:47 AM) |
| | | | | | | | | | | | LIVE MARKETS-Closing snapshot: European shares close lower (Reuters News - Factiva, 08/08/2018 11:51 AM) |
| | | | | | | | | | | | BUZZ-U.S. STOCKS ON THE MOVE-Snap, Mylan, Tesla, CVS Health (Reuters News - Factiva, 08/08/2018 11:52 AM) |
| | | | | | | | | | | | What Wall Street Is Saying About Musk Taking Tesla Private (Benzinga.com - Factiva, 08/08/2018 12:05 PM) |
| | | | | | | | | | | | Got Questions About Elon Musk Taking Tesla Private? We've Got Answers -- Barron's Blog (Dow Jones Institutional News - Factiva, 08/08/2018 12:09 PM) |
| | | | | | | | | | | | Why Mylan, Not Tesla, Is the Buyout to Bet On -- Heard on the Street (Dow Jones Institutional News - Factiva, 08/08/2018 12:10 PM) |
| | | | | | | | | | | | Tesla Going Private Just Makes Sense (Seeking Alpha.com - Manual Entry, 08/08/2018 12:17 PM) |
| | | | | | | | | | | | Auto & Transport Roundup: Market Talk (Dow Jones Institutional News - Factiva, 08/08/2018 12:20 PM) |
| | | | | | | | | | | | Tesla's board of directors says Elon Musk brought up going private last week (TSLA) (Business Insider - Factiva, 08/08/2018 12:29 PM) |
| | | | | | | | | | | | MW Tesla bonds jump more than 2 points after CEO Musk mulls going-private transaction (MarketWatch - Factiva, 08/08/2018 12:32 PM) |
| | | | | | | | | | | | Stocks to watch Paddy Power, Prudential, Tesla, Casino, Glencore (Financial Times - Manual Entry, 08/08/2018 12:32 PM) |
| | | | | | | | | | | | Tesla Bonds Jump More Than 2 Points After CEO Musk Mulls Going-private Transaction -- MarketWatch (Dow Jones Institutional News - Factiva, 08/08/2018 12:32 PM) |
| | | | | | | | | | | | Can Elon Musk Tweet That? The SEC May Have an Opinion: QuickTake (BN - Bloomberg, 08/08/2018 12:33 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Model 3 paint applicator** (Musk Tweet - Manual Entry, 08/08/2018 12:44 PM) |
| | | | | | | | | | | | **FACTBOX-A look at Tesla's nine-member board** (Reuters News - Factiva, 08/08/2018 12:51 PM) |
| | | | | | | | | | | | **Why would Elon Musk want to take Tesla private?** (Independent Online - Factiva, 08/08/2018 12:54 PM) |
| | | | | | | | | | | | **After Musk Go-Private Tweet, There's Only One Thing That Matters For Tesla** (Seeking Alpha.com - Manual Entry, 08/08/2018 12:58 PM) |
| | | | | | | | | | | | **Beware what you wish for, Mr Musk, as you antagonise Wall Street** (thetimes.co.uk - Factiva, 08/08/2018 01:00 PM) |
| | | | | | | | | | | | **Tesla Shares Slightly Down in Heavy Trading -- Market Mover** (Dow Jones Institutional News - Factiva, 08/08/2018 01:00 PM) |
| | | | | | | | | | | | **WSJ City PM: Tesla Board Discussed Buyout Plan, China Digs In for Long Trade Fight** (Dow Jones Institutional News - Factiva, 08/08/2018 01:01 PM) |
| | | | | | | | | | | | **Tesla tests the pros and cons of public markets** (Financial Times - Manual Entry, 08/08/2018 01:05 PM) |
| | | | | | | | | | | | **Volatile visionary: Tesla's Musk divides Wall Street** (Agence France Presse - Factiva, 08/08/2018 01:14 PM) |
| | | | | | | | | | | | **BUZZ-U.S. STOCKS ON THE MOVE-Snap, Tesla, Michael Kors, Papa John's** (Reuters News - Factiva, 08/08/2018 01:24 PM) |
| | | | | | | | | | | | **BREAKINGVIEWS-Good riddance to a publicly traded Tesla** (Reuters News - Factiva, 08/08/2018 01:25 PM) |
| | | | | | | | | | | | **SEC questions Tesla over Elon Musk's tweets to take the company private; Regulators said to be inquiring whether CEO's claim was factual** (MarketWatch - Factiva, 08/08/2018 01:32 PM) |
| | | | | | | | | | | | **FACTBOX-Impact of U.S.-China trade tariffs on U.S. companies** (Reuters News - Factiva, 08/08/2018 01:40 PM) |
| | | | | | | | | | | | **Factbox: Impact of U.S.-China trade tariffs on U.S. companies** (Reuters News - Factiva, 08/08/2018 01:44 PM) |
| | | | | | | | | | | | **Elon Musk - the charismatic capitalist putting his business on the line** (The Guardian - Factiva, 08/08/2018 01:52 PM) |
| | | | | | | | | | | | **5 reasons to bet against Elon Musk's plan to go private** (CNN Wire - Factiva, 08/08/2018 01:53 PM) |
| | | | | | | | | | | | **Wall Street weighs in on Musk's Tesla buyout idea** (Financial Times - Manual Entry, 08/08/2018 01:58 PM) |
| | | | | | | | | | | | **Who could fund Elon Musk's Tesla buyout?** (Financial Times - Manual Entry, 08/08/2018 01:59 PM) |
| | | | | | | | | | | | **Tesla's Big Question: Better or Worse off as Private Company** (Dow Jones Institutional News - Factiva, 08/08/2018 02:00 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Tesla's Big Question: Better or Worse Off as Private Company; Taking the electric-car maker private would shield the company's financial health from rivals, but would also remove easy access to capital (The Wall Street Journal Online - Factiva, 08/08/2018 02:00 PM) |
| | | | | | | | | | | | **Being really rich doesn't make you clever - as Elon Musk has so adeptly shown (Independent Online - Factiva, 08/08/2018 02:04 PM)** |
| | | | | | | | | | | | **SOFTBANK IS SAID TO SEE TESLA AS OVERVALUED: FT** (BFW - Bloomberg, 08/08/2018 02:05 PM) |
| | | | | | | | | | | | **MUSK IS SAID TO HAVE TALKED WITH SOFTBANK ON TESLA INVESTMENT** (BN - Bloomberg, 08/08/2018 02:05 PM) |
| | | | | | | | | | | | **TESLA-SOFTBANK 2017 TALKS TOUCHED ON TAKING CARMAKER PRIVATE** (BN - Bloomberg, 08/08/2018 02:05 PM) |
| | | | | | | | | | | | **TESLA-SOFTBANK TALKS FIZZLED DUE TO DISAGREEMENTS OVER CONTROL** (BN - Bloomberg, 08/08/2018 02:05 PM) |
| | | | | | | | | | | | **THERE ARE NO ACTIVE TESLA-SOFTBANK TALKS NOW, PEOPLE SAY** (BN - Bloomberg, 08/08/2018 02:05 PM) |
| | | | | | | | | | | | **Musk Is Said to Have Talked With SoftBank About Tesla Investment** (BN - Bloomberg, 08/08/2018 02:05 PM) |
| | | | | | | | | | | | **Bruised Risk Arbs Say Tesla Is a Tad Too Exotic for Their Tastes** (BN - Bloomberg, 08/08/2018 02:08 PM) |
| | | | | | | | | | | | **Lost in Musk's Twitter Storm, a Potential Path to Ease Debt (1) (BN - Bloomberg, 08/08/2018 02:09 PM)** |
| | | | | | | | | | | | **BRIEF-Softbank Considers Tesla To Be Overvalued And There Are No Indications It Wants To Invest - FT** (Reuters News - Factiva, 08/08/2018 02:12 PM) |
| | | | | | | | | | | | **Tech Stocks Join Tesla in Burning Bears as Short Bets Backfire** (BN - Bloomberg, 08/08/2018 02:16 PM) |
| | | | | | | | | | | | **Tesla's Big Question: Better or Worse Off as Private Company (Dow Jones Institutional News - Factiva, 08/08/2018 02:20 PM)** |
| | | | | | | | | | | | **Musk â€˜Funding Secured' Tweet May Be Looked Into: Ex-SEC Official (BFW - Bloomberg, 08/08/2018 02:22 PM)** |
| | | | | | | | | | | | **SoftBank on the sidelines with Tesla** (Seeking Alpha.com - Manual Entry, 08/08/2018 02:28 PM) |
| | | | | | | | | | | | **BRIEF-Elon Musk Talked With SoftBank About Tesla Investment- Bloomberg** (Reuters News - Factiva, 08/08/2018 02:29 PM) |
| | | | | | | | | | | | **Here's what Tesla would have to do to go private** (CNN Wire - Factiva, 08/08/2018 02:30 |
| | | | | | | | | | | | **MW Tesla 'not going private anytime soon': Piper Jaffray** (MarketWatch - Factiva, 08/08/2018 02:34 PM) |
| | | | | | | | | | | | **Tesla 'not Going Private Anytime Soon': Piper Jaffray -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/08/2018 02:34 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | **Tesla and SoftBank Group Founders Had 2017 Talks About a Tesla Stake -Bloomberg** (Dow Jones Institutional News - Factiva, 08/08/2018 02:36 PM) |
| | | | | | | | | | | | | **Taking Tesla private would be the largest buyout in history Ã¢â‚¬â€ but maybe not much money would change hands (TSLA)** (Business Insider - Factiva, 08/08/2018 02:41 PM) |
| | | | | | | | | | | | | **Tesla and SoftBank Group Founders Had 2017 Talks About a Tesla Stake -Bloomberg** (Dow Jones Newswires Chinese (English) - Factiva, 08/08/2018 02:48 PM) |
| | | | | | | | | | | | | **Elon Musk Talked To Softbank About Tesla Investment: Report -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/08/2018 02:53 PM) |
| | | | | | | | | | | | | **MW Elon Musk talked to Softbank about Tesla investment: report** (MarketWatch - Factiva, 08/08/2018 02:53 PM) |
| | | | | | | | | | | | | **Elon Musk reportedly met with Japan's SoftBank last year about taking Tesla private (TSLA)** (Business Insider - Factiva, 08/08/2018 02:54 PM) |
| | | | | | | | | | | | | **Everyone Ã¢â‚¬â€ including fast-food chains and beer giants Ã¢â‚¬â€ is tweeting 'funding secured' to mock Elon Musk (TSLA)** (Business Insider - Factiva, 08/08/2018 03:01 PM) |
| | | | | | | | | | | | | **Electric car maker Tesla could go private** (coventrytelegraph.net - Factiva, 08/08/2018 03:04 PM) |
| | | | | | | | | | | | | **Got Questions About Elon Musk Taking Tesla Private? We've Got Answers -- Barron's Blog** (Dow Jones Institutional News - Factiva, 08/08/2018 03:20 PM) |
| | | | | | | | | | | | | **Hagens Berman Alerts Short and Put Option Investors in Tesla, Inc. (TSLA) to the Firm's Investigation of Possible Disclosure Violations** (PR Newswire - Factiva, 08/08/2018 03:21 |
| | | | | | | | | | | | | **Press Release: Hagens Berman Alerts Short and Put Option Investors in Tesla, Inc. (TSLA) to the Firm's Investigation of Possible Disclosure Violations** (Dow Jones Institutional News - Factiva, 08/08/2018 03:21 PM) |
| | | | | | | | | | | | | **Tesla board to evaluate Musk proposal to go private as shares dip** (Agence France Presse - Factiva, 08/08/2018 03:21 PM) |
| | | | | | | | | | | | | **Elon Musk is in perilous territory after tweeting about wanting to take Tesla private, experts say (TSLA)** (Business Insider - Factiva, 08/08/2018 03:36 PM) |
| | | | | | | | | | | | | **MW UPDATE: How to trade Tesla stock even if the company doesn't go private** (MarketWatch - Factiva, 08/08/2018 03:45 PM) |
| | | | | | | | | | | | | **SEC IS SAID TO HAVE MADE INQUIRIES TO TESLA OVER MUSK TWEET: DJ** (BFW - Bloomberg, 08/08/2018 03:45 PM) |
| | | | | | | | | | | | | **SEC IS SAID TO BE LOOKING AT WHETHER MUSK STATEMENT TRUTHFUL:DJ** (BN - Bloomberg, 08/08/2018 03:45 PM) |
| | | | | | | | | | | | | **BRIEF-SEC Makes Inquiries To Tesla Over Musk's Tweet About Possibly Taking Co Private - CNBC, Citing DJ** (Reuters News - Factiva, 08/08/2018 03:49 PM) |
| | | | | | | | | | | | | **SEC said to be looking at Musk tweets** (Seeking Alpha.com - Manual Entry, 08/08/2018 03:49 PM) |
| | | | | | | | | | | | | **SEC Is Said to Have Made Inquiries to Tesla Over Musk Tweet: DJ** (BFW - Bloomberg, 08/08/2018 03:49 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | By turning its back on Wall Street, Tesla could avoid market pressures (Agence France Presse - Factiva, 08/08/2018 03:52 PM) |
| | | | | | | | | | | | Musk Plan to Take Tesla Private Poses Pitfalls for Investors (1) (BN - Bloomberg, 08/08/2018 03:54 PM) |
| | | | | | | | | | | | BRIEF-SEC Has Made Inquiries To Tesla Over Musk's 'Taking Private' Tweet - WSJ (Reuters News - Factiva, 08/08/2018 03:57 PM) |
| | | | | | | | | | | | The SEC has reportedly made inquiries into Tesla about Elon Musk's tweet regarding possibly taking the company private (TSLA) (Business Insider - Factiva, 08/08/2018 04:02 PM) |
| | | | | | | | | | | | The SEC has reportedly made inquiries into Tesla about Elon Musk's tweet regarding possibly taking the company private (TSLA) (Business Insider - Factiva, 08/08/2018 04:02 PM) |
| | | | | | | | | | | | SEC Inquired About Tesla CEO Musk's Tweets (Dow Jones Institutional News - Factiva, 08/08/2018 04:03 PM) |
| | | | | | | | | | | | MW SEC looks into Musk's taking-Tesla-private tweets: WSJ (MarketWatch - Factiva, 08/08/2018 04:06 PM) |
| | | | | | | | | | | | SEC Looks Into Musk's Taking-Tesla-private Tweets: WSJ -- MarketWatch (Dow Jones Institutional News - Factiva, 08/08/2018 04:06 PM) |
| | | | | | | | | | | | Chris Collins, Tesla, Trade War: Your Thursday Briefing (NYTimes.com Feed - Factiva, 08/08/2018 04:21 PM) |
| | | | | | | | | | | | Stocks reined in by trade tariff concerns (Financial Times - Manual Entry, 08/08/2018 04:21 PM) |
| | | | | | | | | | | | US stocks end near flat; Tesla retreats (Agence France Presse - Factiva, 08/08/2018 04:22 |
| | | | | | | | | | | | SEC Inquired About Tesla CEO Musk's Tweets (Dow Jones Newswires Chinese (English) - Factiva, 08/08/2018 04:23 PM) |
| | | | | | | | | | | | A look at Tesla's nine-member board (Reuters News - Factiva, 08/08/2018 04:27 PM) |
| | | | | | | | | | | | Elon Musk grumbles at short-sellers, but is private ownership right for Tesla? (The Guardian - Factiva, 08/08/2018 04:30 PM) |
| | | | | | | | | | | | Stocks end mostly lower, but Nasdaq ekes out longest win streak in 5 months; Tesla stock falls as Wall Street vets Musk's go-private talk (MarketWatch - Factiva, 08/08/2018 04:31 PM) |
| | | | | | | | | | | | Tesla 'Going Private' Story Does Not Make Sense (Seeking Alpha.com - Manual Entry, 08/08/2018 04:31 PM) |
| | | | | | | | | | | | MW UPDATE: Stocks end mostly lower, but Nasdaq ekes out longest win streak in 5 months (MarketWatch - Factiva, 08/08/2018 04:32 PM) |
| | | | | | | | | | | | SEC Inquired About Tesla CEO Musk's Tweets--Update (Dow Jones Institutional News - Factiva, 08/08/2018 04:32 PM) |
| | | | | | | | | | | | Got Questions About Elon Musk Taking Tesla Private? We've Got Answers -- Barron's Blog (Dow Jones Institutional News - Factiva, 08/08/2018 04:36 PM) |

Appendix 14
Tesla News Chronology with Daily Statistics

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **5 Questions for Elon Musk About Tesla Going Private -- Barron's Blog** (Dow Jones Institutional News - Factiva, 08/08/2018 04:40 PM) |
| | | | | | | | | | | | **SEC Inquired About Tesla CEO Musk's Tweets (Dow Jones Institutional News - Factiva, 08/08/2018 04:40 PM)** |
| | | | | | | | | | | | **The Latest: Report-SEC probing Musk's Tesla-buyout tweet** (Associated Press Newswires - Factiva, 08/08/2018 04:42 PM) |
| | | | | | | | | | | | **The Latest: Report-SEC probing Musk's Tesla-buyout tweet** (The Canadian Press - Factiva, 08/08/2018 04:42 PM) |
| | | | | | | | | | | | **The Latest: Report-SEC probing Musk's Tesla-buyout tweet** (The Canadian Press - Broadcast wire - Factiva, 08/08/2018 04:42 PM) |
| | | | | | | | | | | | **Tesla deliveries & AP hardware chart** (Musk Tweet - Manual Entry, 08/08/2018 04:46 PM) |
| | | | | | | | | | | | **Musk's $6bn tweet leads Tesla to dead end (The Telegraph Online - Factiva, 08/08/2018 04:49 PM)** |
| | | | | | | | | | | | **Elon Musk's $72bn plan to take Tesla private is real confirms board** (The Telegraph Online - Factiva, 08/08/2018 04:50 PM) |
| | | | | | | | | | | | **Auto & Transport Roundup: Market Talk** (Dow Jones Institutional News - Factiva, 08/08/2018 04:50 PM) |
| | | | | | | | | | | | **Herbalife Boost Loan and Lowers Price, AppLovin Flexes Up** (BFW - Bloomberg, 08/08/2018 04:50 PM) |
| | | | | | | | | | | | **Former NYSE President Farley Tweets Advice For SEC on Tesla** (BFW - Bloomberg, 08/08/2018 04:56 PM) |
| | | | | | | | | | | | **UPDATE 7-U.S. SEC examining Musk's tweets on taking Tesla private -WSJ** (Reuters News - Factiva, 08/08/2018 04:57 PM) |
| | | | | | | | | | | | **Tesla Plan Sparks Doubts; Boeing Bottlenecks: Industrials Wrap** (BFW - Bloomberg, 08/08/2018 04:58 PM) |
| | | | | | | | | | | | **Why Mylan, Not Tesla, Is the Buyout to Bet On; Mylan's strategic review offers a sharp contrast to Elon Musk's approach** (The Wall Street Journal Online - Factiva, 08/08/2018 04:59 PM) |
| | | | | | | | | | | | **Tesla board to weigh go-private as Musk faces questions** (Agence France Presse - Factiva, 08/08/2018 05:14 PM) |
| | | | | | | | | | | | **What The Tesla Tweets Are Really All About** (Seeking Alpha.com - Manual Entry, 08/08/2018 05:35 PM) |
| | | | | | | | | | | | **TOP TESLA INVESTOR SAYS MUSK UNDERVALUED SHARES: TIMES** (BFW - Bloomberg, 08/08/2018 05:38 PM) |
| | | | | | | | | | | | **SEC examining Musk's tweets on taking Tesla private: WSJ** (Reuters News - Factiva, 08/08/2018 05:43 PM) |
| | | | | | | | | | | | **Top Tesla Investor Says Musk Undervalued Shares: Times** (BFW - Bloomberg, 08/08/2018 05:55 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | Tesla bosses weigh up Elon Musk's proposal to take the electric car maker private (Mail Online - Factiva, 08/08/2018 06:01 PM) |
| | | | | | | | | | | | | MAGGIE PAGANO: Tesla's drive to stay ahead with a risk-taking boss who dislikes playing by the rules (Mail Online - Factiva, 08/08/2018 06:02 PM) |
| | | | | | | | | | | | | Probably 4 to 6 months (Musk Tweet - Manual Entry, 08/08/2018 06:04 PM) |
| | | | | | | | | | | | | Tesla CEO's buyout bid raises eyebrows, legal concerns (Associated Press Newswires - Factiva, 08/08/2018 06:05 PM) |
| | | | | | | | | | | | | Yes - Replying to @Komocode (Musk Tweet - Manual Entry, 08/08/2018 06:09 PM) |
| | | | | | | | | | | | | WHAT ARE THE SEC'S RULES AROUND FAIR DISCLOSURE? (Mail Online - Factiva, 08/08/2018 06:11 PM) |
| | | | | | | | | | | | | Sorry, meant to say same timeframe as hardware (Musk Tweet - Manual Entry, 08/08/2018 06:12 PM) |
| | | | | | | | | | | | | Only 12 Tesla solar roofs were reportedly connected to the grid in California at the end of May (TSLA) (Business Insider - Factiva, 08/08/2018 06:14 PM) |
| | | | | | | | | | | | | SEC Review of Musk Tesla Tweets Likely to Focus on Truthfulness (BN - Bloomberg, 08/08/2018 06:22 PM) |
| | | | | | | | | | | | | Elon Musk tweets on taking Tesla private 'being investigated' by US regulators (London Evening Standard Online - Factiva, 08/08/2018 06:24 PM) |
| | | | | | | | | | | | | A couple reasons why Elon Musk could actually pull off his wild plan to take Tesla private (TSLA) (Business Insider - Factiva, 08/08/2018 06:28 PM) |
| | | | | | | | | | | | | Elon Musk IS being investigated over Tesla tweet: SEC is 'making inquiries' after CEO tweeted plans to take his firm private with 'funding secured' (Mail Online - Factiva, 08/08/2018 06:49 PM) |
| | | | | | | | | | | | | Tesla's change of direction could put it on a bumpy road (The Telegraph Online - Factiva, 08/08/2018 06:49 PM) |
| | | | | | | | | | | | | Tesla Bond Markets Don't Believe Musk (Seeking Alpha.com - Manual Entry, 08/08/2018 06:52 PM) |
| | | | | | | | | | | | | Wall Street Salivates After Elon Musk Floats Taking Tesla Private (NYTimes.com Feed - Factiva, 08/08/2018 07:17 PM) |
| | | | | | | | | | | | | SEC Inquired About Tesla CEO Musk's Tweets--2nd Update (Dow Jones Institutional News - Factiva, 08/08/2018 07:27 PM) |
| | | | | | | | | | | | | SEC Probes Tesla CEO Musk's Tweets; The regulator is examining whether Musk's statement was truthful and why the disclosure was made on Twitter (The Wall Street Journal Online - Factiva, 08/08/2018 07:27 PM) |
| | | | | | | | | | | | | Tesla board indicates Musk's buyout plan is at early stage (Financial Times - Manual Entry, 08/08/2018 07:30 PM) |
| | | | | | | | | | | | | Tesla Board of Directors evaluate Musk's privatization plan (Xinhua News Agency - Factiva, 08/08/2018 07:37 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Tesla directors say they knew of Elon Musk's surprise plan to go private (The Guardian - Factiva, 08/08/2018 07:39 PM) |
| | | | | | | | | | | | Doubts lurk over Musk's resources to fund buyout (thetimes.co.uk - Factiva, 08/08/2018 08:01 PM) |
| | | | | | | | | | | | Tesla short sellers take hit as downfall is forecast (thetimes.co.uk - Factiva, 08/08/2018 08:01 PM) |
| | | | | | | | | | | | Tesla's value underrated by Musk, top investor says (thetimes.co.uk - Factiva, 08/08/2018 08:01 PM) |
| | | | | | | | | | | | Kidman Says Close to More Lithium Supply Pacts After Tesla Deal (BFW - Bloomberg, 08/08/2018 09:09 PM) |
| | | | | | | | | | | | Musk Mystery Enters Day 3 as Pressure to Show the Money Mounts (BN - Bloomberg, 08/08/2018 09:17 PM) |
| | | | | | | | | | | | Tesla CEO's buyout bid raises eyebrows, legal concerns (The Canadian Press - Factiva, 08/08/2018 09:29 PM) |
| | | | | | | | | | | | Tesla CEO's buyout bid raises eyebrows, legal concerns (Associated Press Newswires - Factiva, 08/08/2018 09:35 PM) |
| | | | | | | | | | | | Tesla's Big Question: Better or Worse off as Private Company > TSLA (Dow Jones Newswires Chinese (English) - Factiva, 08/08/2018 11:18 PM) |
| | | | | | | | | | | | The long and the short of Elon Musk's reality distortion field (Financial Times - Manual Entry, 08/08/2018 11:59 PM) |
| 8/9/2018 | Thu | 17,183,811 | $352.45 | -4.83% | 0.05% | -0.73% | -0.17% | -4.67% | -1.83 | 7.04% | -$17.28 | Elon Musk and the Trumpification of investor relations (GlobalCapital - Factiva, |
| | | | | | | | | | | | Elon Musk faces SEC probe over stock-price goosing tweets to take Tesla private (V3 - Factiva, 08/09/2018) |
| | | | | | | | | | | | Elon Musk Plans Taking Tesla Private (Financial Deals Tracker - Factiva, 08/09/2018) |
| | | | | | | | | | | | Moody's says Tesla's consideration to go private based on CEO's note is credit negative. (Moody's Investors Service Press Release - Factiva, 08/09/2018) |
| | | | | | | | | | | | 14:23 EDT SEC looking at Tesla before tweets, now faces broader scrutiny,... (Theflyonthewall.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | 14:53 EDT SEC stepping up probe of Tesla after Musk tweets, Bloomberg saysSEC... (Theflyonthewall.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | 14:59 EDT Moody's says Tesla's consideration to go private is credit... (Theflyonthewall.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | 17:10 EDT Tesla board to meet with advisors next week over going-private talks,... (Theflyonthewall.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | 17:11 EDT Tesla jump 3.3% after CNBC report of board meeting over going-private... (Theflyonthewall.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | 17:13 EDT Tesla jumps 3% after CNBC report of board meeting with advisors next... (Theflyonthewall.com - Factiva, 08/09/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | [10]<br>t-statistic | [11]<br>p-Value | [12]<br>Abnormal<br>Price<br>Reaction | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **21:00 EDT Tesla board states that CEO Musk has 'addressed the funding', Reuters...** (Theflyonthewall.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **A $70 Billion Deal for Tesla? Elon Musk Faces 2 Huge Questions** (The New York Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **A Musk-have SEC probes claim he has $ to privatize Tesla** (New York Post - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **A Private Tesla May Find It Harder to Raise Capital** (The Wall Street Journal - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **ALL ABOARD Tesla directors say they will consider Elon Musk's plans to go private** (City AM - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Analysis; Public or private, Tesla commitments remain; Stock buyback wouldn't affect promise to bring 1,460 jobs to Buffalo** (Buffalo News - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Analysts grow dubious of Elon Musk's tweeted plan to take Tesla private** (The Washington Post - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Baillie Gifford's Anderson questions Musk's Tesla valuation** (Citywire - Factiva, |
| | | | | | | | | | | | | **Beware what you wish for, Mr Musk, as you antagonise Wall Street** (The Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **BOARD WEIGHS UP TESLA DEAL** (Daily Mail - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Board weighs up Tesla deal** (Scottish Daily Mail - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **BRIEFCASE** (The Patriot Ledger - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **BRIEFCASE; Tesla board weighs CEO's buyout bid** (The Daily Independent - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **briefly ...** (Greenwich Time - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Council of Tesla lowers revolutions to Musk** (CE NoticiasFinancieras - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **DealBook Briefing: How on Earth Will Tesla Go Private?** (The New York Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Defense ripple effect: Big Army services contract prompts firm to open C. Fla. Research Park office** (Orlando Business Journal - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Did Elon Musk Violate Securities Laws With Tweet About Taking Tesla Private?; Common Sense** (International New York Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Doubts grow over Elon Musk's master plan to take Tesla private** (Washington Post.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Doubts grow over Musk's plan to take Tesla private; Valuation of $420 a share questioned** (The Toronto Star - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Doubts lurk over Musk's resources to fund buyout** (The Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla** (Investor's Business Daily - Factiva, 08/09/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Dow Futures: Roku Soars To Buy Zone; This Breakout Stands Out Vs. Apple, Alphabet, Tesla** (Investor's Business Daily - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Dow Jones Futures: Tesla Roller Coaster Continues; These 4 Stocks Move On Earnings** (Investor's Business Daily - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Editorial: Businessmen behaving badly** (Richmond Times-Dispatch: Web Edition - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Experts cast doubt on privatisation drive** (The Australian - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Fired Tesla employee files defamation lawsuit against the company** (ETMAG.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Go private? Tesla board OK with it** (USA Today - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Go private? Tesla board OK with it; Musk's tweets startled investors, but discussions have been ongoing** (Argus Leader - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Go private? Tesla board OK with it; Musk's tweets startled investors, but discussions have been ongoing** (Clarion-Ledger - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Go private? Tesla board OK with it; Musk's tweets startled investors, but discussions have been ongoing** (Green Bay Press-Gazette - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Go private? Tesla board OK with it; Musk's tweets startled investors, but discussions have been ongoing** (Journal & Courier - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Go private? Tesla board OK with it; Musk's tweets startled investors, but discussions have been ongoing** (Reno Gazette-Journal - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Go private? Tesla board OK with it; Musk's tweets startled investors, but discussions have been ongoing** (The Post-Crescent - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Go private? Tesla board OK with it; Musk's tweets startled investors, but discussions have been ongoing** (The Tallahassee Democrat - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Hedge funds defy Musk plan and short-sell Tesla** (London Evening Standard - Factiva, 08/09/2018) |
| | | | | | | | | | | | **How is Musk going to pull this one off? (Premium Subscription Required to View)** (Financial Times - Manual Entry, 08/09/2018) |
| | | | | | | | | | | | **Industry Trend Analysis - Quick View: Tesla Buyout Has Merit But Funding Is A Risk** (Corporate Financing Week - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Industry Trend Analysis - Quick View: Tesla Buyout Has Merit But Funding Is A Risk** (Emerging Markets Monitor - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Keep your wallet - and your sanity - intact and avoid Tesla stock; Elon Musk has shifted what we've apparently come to allow from a public company (The Globe and Mail (Breaking News) - Factiva, 08/09/2018)** |
| | | | | | | | | | | | **legal requirements; Tesla board weighs CEO's buyout bid as questions swirl** (Monterey County Herald - Factiva, 08/09/2018) |
| | | | | | | | | | | | **LOOK OUT TESLA, HERE COMES PININFARINA** (Waikato Times - Factiva, |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | [10]<br>t-statistic | p-Value | [11]<br>Abnormal<br>Price<br>Reaction | [12]<br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **M&A: Elon Musk ready to buy out Tesla shares and delist it** (AK&M - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **MARKET MOVERS** (Hannibal Courier-Post - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **MARKET MOVERS** (Mexico Ledger - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Moody's Research Report (Capital IQ - Manual Entry, 08/09/2018)** |
| | | | | | | | | | | | | **Moody's Research Report (Capital IQ - Manual Entry, 08/09/2018)** |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Capital IQ - Manual Entry, 08/09/2018) |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Capital IQ - Manual Entry, 08/09/2018) |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Capital IQ - Manual Entry, 08/09/2018) |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Eikon - Manual Entry, 08/09/2018) |
| | | | | | | | | | | | | **Musk confident that Tesla will go private** (Buffalo News - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Musk mulls Tesla move** (Express & Star - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Musk mulls Tesla move** (Shropshire Star - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Musk startles market with $94bn Tesla buyout plan** (The Australian - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Musk's Itchy Twitter Finger Looks Like Bigger Problem For Tesla Shares Than Shorts (Forbes.com - Factiva, 08/09/2018)** |
| | | | | | | | | | | | | **Musk's $6bn tweet leads Tesla to dead end** (The Daily Telegraph - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Musk's musings on taking Tesla private show it may be best route** (Irish Independent - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Mylan, Not Tesla, Is the Buyout to Bet On** (The Wall Street Journal - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **No gain in Tesla going private** (Los Angeles Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Note to Musk: Tesla isn't the only company targeted by short sellers. Here's who tops the list.** (Baltimore Business Journal Online - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Note to Musk: Tesla isn't the only company targeted by short sellers. Here's who tops the list.** (Louisville Business First Online - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Note to Musk: Tesla isn't the only company targeted by short sellers. Here's who tops the list.** (Philadelphia Business Journal Online - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Note to Musk: Tesla isn't the only company targeted by short sellers. Here's who tops the list.** (Silicon Valley/San Jose Business Journal Online - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Note to Musk: Tesla isn't the only company targeted by short sellers. Here's who tops the St. Louis list** (St. Louis Business Journal - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **OPINION: Visionaries of the 20th century vs. visionaries of the 21st century** (CE NoticiasFinancieras - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Pressure mounts on Musk to show he has funding to take Tesla private** (latimes.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Report: SEC probing whether Elon Musk lied about plans to take Tesla private** (Silicon Valley/San Jose Business Journal Online - Factiva, 08/09/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **Abnormal** | |
| | | | | **Market** | **Exc. Ind.** | **Predicted** | **Abnormal** | | | **Price** | |
| **Date** | **Day** | **Volume** | **Price** | **Return** | **Return** | **Return** | **Return** | **t-statistic** | **p-Value** | **Reaction** | **Events** |
| | | | | | | | | | | | **Report: SEC probing whether Elon Musk lied about plans to take Tesla private** (Triad Business Journal Online - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Report: SEC studying tweets about taking Tesla private** (Detroit Free Press - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Saudi wealth fund continues its drive to become $2trn powerhouse** (ArabianBusiness.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | **SEC intensifies Tesla probe** (San Francisco Chronicle: Web Edition - Factiva, 08/09/2018) |
| | | | | | | | | | | | **SEC investigating Musk tweet about taking Tesla private** (U-Wire - Factiva, 08/09/2018) |
| | | | | | | | | | | | **SEC opens** (The Seattle Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | **SEC Probes Musk Tweets On Possible Tesla Buyout** (The Wall Street Journal - Factiva, 08/09/2018) |
| | | | | | | | | | | | **SEC questions Tesla over Musk tweet** (Houston Chronicle - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Sellers get short shrift as downfall is forecast** (The Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Sharp drop in Tesla share price in wake of Musk's market withdrawal tweets** (EFE News Service - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Speculators indifferent to Musk's plans** (CE NoticiasFinancieras - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Sun CITY COMMENT** (The Sun - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Tematica Research Research Report** (Eikon - Manual Entry, 08/09/2018) |
| | | | | | | | | | | | **Tesla already lost in two days what it won on Tuesday** (CE NoticiasFinancieras - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Tesla already lost in two days what it won on Tuesday** (CE NoticiasFinancieras - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Tesla announces potential delisting from Nasdaq, shares fall by 1.1% on Tue** (French Collection - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Tesla board assessing proposal by CEO Musk to take firm private; 'Risks of added financial leverage'could be reason to avoid move, analyst warns** (Calgary Herald - Factiva, |
| | | | | | | | | | | | **Tesla board assessing proposal by CEO Musk to take firm private; 'Risks of added financial leverage'could be reason to avoid move, analyst warns** (Edmonton Journal - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Tesla board assessing proposal by CEO Musk to take firm private; 'Risks of added financial leverage'could be reason to avoid move, analyst warns** (Vancouver Sun - Factiva, |
| | | | | | | | | | | | **Tesla board confirms it's evaluating plan to go private** (Los Angeles Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Tesla board evaluates taking firm private; Musk Proposal** (National Post - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Tesla Board 'Evaluating' Surprise Buyout Plan** (Silicon.co.uk - Factiva, 08/09/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Tesla board evaluating taking the company private (Platts Megawatt Daily - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla board to weigh go-private as Musk faces questions (The Nation - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla Board Weighs Go-Private Gambit Doubted by the Market; BANKING/FINANCE (Broward Daily Business Review - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla Board Weighs Go-Private Gambit Doubted by the Market; BANKING/FINANCE (Miami Daily Business Review - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla Board Weighs Go-Private Gambit Doubted by the Market; BANKING/FINANCE (Palm Beach Daily Business Review - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla board will meet to discuss taking the company private, may ask Elon Musk to be recused: report (USA Today Online - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla CEO drops latest bombshell with $72B buyout proposal (Seychelles Nation - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla CEO's buyout bid raises eyebrows and legal concerns; SEC already has opened inquiry into wording of Musk's disclosure; class-action lawsuits could follow (San Diego Union-Tribune - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla CEO's buyout bid raises eyebrows, legal concerns (St. Louis Post-Dispatch - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla CEO's buyout bid raises eyebrows, legal concerns (Telegraph Herald - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla CEO's buyout bid raises legal concerns, lots of eyebrows (Victoria Times Colonist - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla could thrive as private company but feasibility remains murky: Analysts (SNL Financial Extra - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla directors confirm talks with Musk over plans to delist (The Daily Telegraph - Factiva, 08/09/2018) |
| | | | | | | | | | | | TESLA DIRECTORS DISCUSS GOING PRIVATE; BOARD SAYS IT HAD SEVERAL MEETINGS WITH ELON MUSK ABOUT LONG-TERM INTERESTS (San Jose Mercury News - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla Elon Musk be like Mike (Financial Times - Manual Entry, 08/09/2018) |
| | | | | | | | | | | | Tesla in discussions with Chinese banks to fund $5b Shanghai factory (Global Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla investors caught up in buy-out maelstrom (GlobalCapital - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla is ditching Nvidia GPUs and developing its own self-driving car AI chips (ETMAG.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla isn't the only company targeted by short sellers. Here's who tops the list (including one Chandler manufacturer) (Phoenix Business Journal Online - Factiva, 08/09/2018) |
| | | | | | | | | | | | Tesla isn't the only company targeted by short sellers. See where Chipotle and other Colorado companies stand (Denver Business Journal - Factiva, 08/09/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | | **Tesla Model 3: A giant iPhone -- for better and worse** (The Daily Herald - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Tesla on the verge of becoming a private firm** (AutoX - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Tesla shares fall on investor concerns** (Washington Post.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Tesla Stock Exit would be the most expensive ever** (CE NoticiasFinancieras - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Tesla stock is all over the place as board confirms meeting with advisers** (CNET News.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Tesla Stock's Surge Puts Convertible Bonds in the Money (U-Wire - Factiva, 08/09/2018)** |
| | | | | | | | | | | | | **Tesla under further scrutiny after Musk remarks** (The Boston Globe - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Tesla's Board Has Met Several Times to Discuss Going-Private Proposal (U-Wire - Factiva, 08/09/2018)** |
| | | | | | | | | | | | | **Tesla's change of direction could put it on a bumpy road** (The Daily Telegraph - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **TESLA'S DRIVE TO STAY AHEAD** (Daily Mail - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Tesla's drive to stay ahead** (Scottish Daily Mail - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Tesla's next in-car software update will include classic Atari games** (ETMAG.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Tesla's value underrated by Musk, top investor says** (The Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **THE $57BN QUESTION FOR MUSK** (The Sun - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **The 30 Second Briefing** (i - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **The private musings and short fuse of Elon Musk** (Washington Post.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **The SEC is looking into Musk's 'going private' tweet, report claims** (Mashable.com - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Thursday Papers: Musk underrated Tesla's value, says top investor (Citywire - Factiva, 08/09/2018)** |
| | | | | | | | | | | | | **UPDATE: Tesla board evaluating taking the company private** (SNL Energy Finance Daily - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **UPDATE: Tesla board evaluating taking the company private** (SNL Financial Services Daily - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **UPDATE: Tesla board evaluating taking the company private** (SNL Power Daily with Market Report - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Volty powers** (What Car? - Factiva, 08/09/2018) |
| | | | | | | | | | | | | **Wall Street Salivates After Elon Musk Floats Taking Tesla Private** (The New York Times - Factiva, 08/09/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Who's Along For The Ride? (The New York Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | Why Elon Musk should take Tesla private (The Conversation - Factiva, 08/09/2018) |
| | | | | | | | | | | | Why Yelp shares soared 27% today (San Francisco Business Times - Factiva, 08/09/2018) |
| | | | | | | | | | | | **Wild and crazy guy puts a few volts through car firm's naysayers (The Australian - Factiva, 08/09/2018)** |
| | | | | | | | | | | | **PRESS DIGEST- Wall Street Journal - Aug 9** (Reuters News - Factiva, 08/09/2018 12:25 |
| | | | | | | | | | | | **Tesla short-sellers remain steadfast on stock slide** (Financial Times - Manual Entry, 08/09/2018 12:27 AM) |
| | | | | | | | | | | | **ANALYSIS-Musk's Tesla buyout plan could test Wall St's nerves** (Reuters News - Factiva, 08/09/2018 01:00 AM) |
| | | | | | | | | | | | **Musk's Tesla buyout plan could test Wall Street's nerves** (Reuters News - Factiva, 08/09/2018 01:08 AM) |
| | | | | | | | | | | | **SEC probes Tesla CEO Elon Musk's Tweets; The regulator is examining whether Musk's statement was truthful and why the disclosure was made on Twitter** (Financial News - Factiva, 08/09/2018 02:15 AM) |
| | | | | | | | | | | | **A Private Tesla May Find It Harder to Raise Capital -- WSJ** (Dow Jones Institutional News - Factiva, 08/09/2018 02:32 AM) |
| | | | | | | | | | | | **Heard on the Street: Mylan, Not Tesla, Is the Buyout to Bet On -- WSJ** (Dow Jones Institutional News - Factiva, 08/09/2018 02:32 AM) |
| | | | | | | | | | | | **SEC Probes Musk Tweets On Possible Tesla Buyout -- WSJ** (Dow Jones Institutional News - Factiva, 08/09/2018 02:32 AM) |
| | | | | | | | | | | | **Why Mylan, Not Tesla, Is the Buyout to Bet On -- Heard on the Street** (Dow Jones Newswires Chinese (English) - Factiva, 08/09/2018 02:34 AM) |
| | | | | | | | | | | | **5 Questions for Elon Musk About Tesla Going Private -- Barron's Blog** (Dow Jones Newswires Chinese (English) - Factiva, 08/09/2018 03:25 AM) |
| | | | | | | | | | | | **Tesla analysts say they're 'as confused as anyone else'; The biggest question is funding with only a few pockets deemed deep enough, including Saudi Arabia's sovereign-wealth fund (MarketWatch - Factiva, 08/09/2018 03:57 AM)** |
| | | | | | | | | | | | **Change of control How would Tesla's creditors fare in a LoLBO?** (Financial Times - Manual Entry, 08/09/2018 04:22 AM) |
| | | | | | | | | | | | **Saudi Arabia''s Tesla investment builds on pivot to clean energy and tech, analysts say** (Mist News - Factiva, 08/09/2018 04:54 AM) |
| | | | | | | | | | | | **Behold the 'scariest chart' for the stock market (MarketWatch - Factiva, 08/09/2018 05:00 AM)** |
| | | | | | | | | | | | **The most expensive tweets on record that cost businesses billions** (The Telegraph Online - Factiva, 08/09/2018 05:08 AM) |
| | | | | | | | | | | | **Elon Musk's Flawed Plan for Tesla Shareholders** (Dow Jones Institutional News - Factiva, 08/09/2018 05:30 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Elon Musk's Flawed Plan for Tesla Shareholders; Tesla chief's proposal to take the electric-car maker private amounts to a slap in the face for shareholders** (The Wall Street Journal Online - Factiva, 08/09/2018 05:33 AM) |
| | | | | | | | | | | | **In the Wake of Musk's Tesla Tweet, More Questions Than Answers (BN - Bloomberg, 08/09/2018 06:00 AM)** |
| | | | | | | | | | | | **DealBook Briefing: Where Is Tesla's Money? (NYTimes.com Feed - Factiva, 08/09/2018 06:31 AM)** |
| | | | | | | | | | | | **RPT-ANALYSIS-Musk's Tesla buyout plan could test Wall St's nerves** (Reuters News - Factiva, 08/09/2018 07:00 AM) |
| | | | | | | | | | | | **Tesla's wild ride (Financial Times - Manual Entry, 08/09/2018 07:03 AM)** |
| | | | | | | | | | | | **3 Things I Think I Think - Tesla X 3** (Seeking Alpha.com - Manual Entry, 08/09/2018 07:07 AM) |
| | | | | | | | | | | | **Bezos, Cook Matter Most. Musk Is Just the Sideshow: Taking Stock** (BN - Bloomberg, 08/09/2018 07:07 AM) |
| | | | | | | | | | | | **FirstFT Today's top stories (Financial Times - Manual Entry, 08/09/2018 07:31 AM)** |
| | | | | | | | | | | | **MW UPDATE: Tesla analysts say they're 'as confused as anyone else'** (MarketWatch - Factiva, 08/09/2018 07:57 AM) |
| | | | | | | | | | | | **Jim Armitage: We live in strange times in Elon Musk's new world (London Evening Standard Online - Factiva, 08/09/2018 08:13 AM)** |
| | | | | | | | | | | | **Hot Stocks to Watch: TSLA** (Dow Jones Newswires Chinese (English) - Factiva, 08/09/2018 08:27 AM) |
| | | | | | | | | | | | **Tesla Is Said to Study Alternative to LBO: NYT (Earlier)** (BFW - Bloomberg, 08/09/2018 08:32 AM) |
| | | | | | | | | | | | **Brace for a bear-market drop for Facebook, says this strategist; Critical information for the U.S. trading day** (MarketWatch - Factiva, 08/09/2018 08:38 AM) |
| | | | | | | | | | | | **Elon Musk investigated by US financial authorities over Tesla '420' tweet about taking firm private (Independent Online - Factiva, 08/09/2018 08:39 AM)** |
| | | | | | | | | | | | **Musk Goes All-In With A Privatization Offer, Is He Bluffing** (Seeking Alpha.com - Manual Entry, 08/09/2018 08:48 AM) |
| | | | | | | | | | | | **UPDATE - Tesla board members confirm Musk's going private idea** (Renewables Now - Factiva, 08/09/2018 09:22 AM) |
| | | | | | | | | | | | **Tesla's Board Needs to Reel Musk In, Volvo Cars Director Says (BFW - Bloomberg, 08/09/2018 09:23 AM)** |
| | | | | | | | | | | | **Inspired By Tesla: RBC Speculates On Go-Private Scenario For Celgene** (Benzinga.com - Factiva, 08/09/2018 09:24 AM) |
| | | | | | | | | | | | **Stocks to Watch: Tesla, 21st Century Fox, Rite Aid, Sinclair, Viacom, Roku, Yelp** (Dow Jones Institutional News - Factiva, 08/09/2018 09:28 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | [10]<br>t-statistic | [11]<br>p-Value | [12]<br>Abnormal<br>Price<br>Reaction | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Stocks to Watch: Tesla, 21st Century Fox, Rite Aid, Sinclair, Viacom, Roku, Yelp; Here are some of the companies with shares expected to trade actively in Thursday's session (The Wall Street Journal Online - Factiva, 08/09/2018 09:28 AM) |
| | | | | | | | | | | | | Tesla and Wall Street It's complicated (Seeking Alpha.com - Manual Entry, 08/09/2018 09:28 AM) |
| | | | | | | | | | | | | Elon Musk is a 'natural maniac' A¢â‚¬â€ here's what it means for Tesla investors, in one chart; 'You can't ask for the maniac parts you like without realizing there are maniac parts that might backfire' (MarketWatch - Factiva, 08/09/2018 09:46 AM) |
| | | | | | | | | | | | | 4 Conditions Morgan Stanley Considers Critical For Tesla's Successful Move Off The Markets (Benzinga.com - Factiva, 08/09/2018 10:06 AM) |
| | | | | | | | | | | | | WEIL: `I DON'T REALLY UNDERSTAND' TESLA'S GOING PRIVATE PLAN (BN - Bloomberg, 08/09/2018 10:19 AM) |
| | | | | | | | | | | | | WEIL: WE LIKE MANY OTHERS ARE CONFUSED BY MUSK'S PROPOSAL (BN - Bloomberg, 08/09/2018 10:19 AM) |
| | | | | | | | | | | | | Meet the Tesla Board Being Tested Like Never Before by Musk (1) (BN - Bloomberg, 08/09/2018 10:26 AM) |
| | | | | | | | | | | | | Tesla board confirms talks with Musk about delisting (SeeNews Deals - Factiva, 08/09/2018 10:45 AM) |
| | | | | | | | | | | | | From Virgin to Tesla: why companies go cool on public ownership (The Guardian - Factiva, 08/09/2018 11:29 AM) |
| | | | | | | | | | | | | Musk Tesla Plan â€˜Doesn't Make Sense to Me,' Janus CEO Weil Says (BN - Bloomberg, 08/09/2018 11:36 AM) |
| | | | | | | | | | | | | Europe EV Update Flex Factories Are Becoming New Norm (Seeking Alpha.com - Manual Entry, 08/09/2018 11:40 AM) |
| | | | | | | | | | | | | Tesla Shares Sink as Pressure Mounts on Musk to Show the Money (BN - Bloomberg, 08/09/2018 11:40 AM) |
| | | | | | | | | | | | | 3 Things Elon Musk Needs to Do to Take Tesla Private -- Barron's Blog (Dow Jones Institutional News - Factiva, 08/09/2018 11:44 AM) |
| | | | | | | | | | | | | Tesla What Is Elon Musk Up To (Seeking Alpha.com - Manual Entry, 08/09/2018 11:51 AM) |
| | | | | | | | | | | | | A deal to take Tesla private probably won't come from Wall Street or Silicon Valley (TSLA) (Business Insider - Factiva, 08/09/2018 12:09 PM) |
| | | | | | | | | | | | | Elon Musk May Need to Raise Cash to Buy Tesla -- Market Talk (Dow Jones Institutional News - Factiva, 08/09/2018 12:10 PM) |
| | | | | | | | | | | | | Elon Musk May Need to Raise Cash to Buy Tesla -- Market Talk (Dow Jones Institutional News - Factiva, 08/09/2018 12:10 PM) |
| | | | | | | | | | | | | Tesla How Much Cash Should It Realistically Secure (Seeking Alpha.com - Manual Entry, 08/09/2018 12:12 PM) |
| | | | | | | | | | | | | BUZZ-U.S. STOCKS ON THE MOVE-Viacom, Belmond, Tesla, Yelp, Roku, Perrigo (Reuters News - Factiva, 08/09/2018 12:21 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |

Seven days: 10 August 2018 (Investors Chronicle - Magazine and Web Content - Factiva, 08/09/2018 12:30 PM)

**MW UPDATE: Brace for a bear-market drop for Facebook, says this strategist** (MarketWatch - Factiva, 08/09/2018 12:38 PM)

**Millennial investors are ditching Tesla during its wild week (TSLA)** (Business Insider - Factiva, 08/09/2018 12:40 PM)

**TESLA ERASES GAIN SINCE MUSK TWEETED HE MAY TAKE CO. PRIVATE** (BN - Bloomberg, 08/09/2018 12:43 PM)

**Tesla Erases Gain Since Musk Tweeted He May Take Co. Private** (BFW - Bloomberg, 08/09/2018 12:49 PM)

**Tesla's stock is the company's greatest marketing tool Ã¢â‚¬â€ what happens when it goes away? The electric-car maker's shares help create buzz, which drives demand for its vehicles (MarketWatch - Factiva, 08/09/2018 12:59 PM)**

**Here's what the junk-bond market says about Tesla going private (MarketWatch - Factiva, 08/09/2018 01:00 PM)**

**BUZZ-U.S. STOCKS ON THE MOVE-Viacom, Tesla, Yelp, Roku, Dropbox** (Reuters News - Factiva, 08/09/2018 01:11 PM)

**I drove my kids around in a Model X for the weekend** (Musk Tweet - Manual Entry, 08/09/2018 01:12 PM)

**BREAKINGVIEWS-Viewsroom: Tesla's wild and crazy ride (Reuters News - Factiva, 08/09/2018 01:27 PM)**

**Scott+Scott Attorneys at Law LLP Announces Investigation into Tesla, Inc. (TSLA)** (Business Wire - Factiva, 08/09/2018 01:30 PM)

**Tesla has started offering owners free Autopilot trials (TSLA)** (Business Insider - Factiva, 08/09/2018 01:30 PM)

**Investor Alert: Kaplan Fox Announces Investigation Of Tesla, Inc.** (PR Newswire - Factiva, 08/09/2018 01:52 PM)

**Press Release: Investor Alert: Kaplan Fox Announces Investigation Of Tesla, Inc.** (Dow Jones Institutional News - Factiva, 08/09/2018 01:52 PM)

**TESLA SHARES DOWN 5.3 PCT TO $350.85, NOW TRADING BELOW ITS LEVEL WHEN ELON MUSK FIRST TWEETED ABOUT TAKING TESLA PRIVATE** (Reuters News - Factiva, 08/09/2018 02:01 PM)

**Tesla appears to be on a hiring spree in the US and in China two months after laying off 9% of its employees (TSLA)** (Business Insider - Factiva, 08/09/2018 02:08 PM)

**MW UPDATE: Elon Musk is a 'natural maniac' -- here's what it means for Tesla investors, in one chart** (MarketWatch - Factiva, 08/09/2018 02:09 PM)

**SOFTBANK COO: NO COMMENT ON POTENTIAL TESLA DISCUSSIONS** (BN - Bloomberg, 08/09/2018 02:12 PM)

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Market Return | [6] Exc. Ind. Return | [7] Predicted Return | [8] Abnormal Return | [9] t-statistic | [10] p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **Q&A-Is SpaceX the model for a private Tesla?** (Reuters News - Factiva, 08/09/2018 02:16 PM) |
| | | | | | | | | | | | **Tesla's surging stock has cost short sellers $3 billion this month (TSLA)** (Business Insider - Factiva, 08/09/2018 02:16 PM) |
| | | | | | | | | | | | **AGENCY WAS SAID TO BE LOOKING AT TESLA BEFORE TAKEOVER TWEETS** (BN - Bloomberg, 08/09/2018 02:19 PM) |
| | | | | | | | | | | | **SEC SCRUTINY OF TESLA CONFIRMED BY PEOPLE FAMILIAR WITH MATTER** (BN - Bloomberg, 08/09/2018 02:19 PM) |
| | | | | | | | | | | | **TESLA IS SAID TO FACE BROADER SEC SCRUTINY OVER MUSK STATEMENTS** (BN - Bloomberg, 08/09/2018 02:19 PM) |
| | | | | | | | | | | | **Is SpaceX the model for a private Tesla?** (Reuters News - Factiva, 08/09/2018 02:22 PM) |
| | | | | | | | | | | | **BREAKINGVIEWS-Tesla gets a lesson in buyout realities** (Reuters News - Factiva, 08/09/2018 02:25 PM) |
| | | | | | | | | | | | **Tesla shares fall as investors await Musk's funding plan** (Reuters News - Factiva, 08/09/2018 02:30 PM) |
| | | | | | | | | | | | **Tesla shares slip below level before Musk's going private tweet** (Reuters News - Factiva, 08/09/2018 02:32 PM) |
| | | | | | | | | | | | **SEC TO INCREASE SCRUTINY ON TESLA AFTER ELON MUSK'S TWEET STORM EARLIER THIS WEEK ABOUT TAKING THE COMPANY PRIVATE - BLOOMBERG TV TWEET** (Reuters News - Factiva, 08/09/2018 02:36 PM) |
| | | | | | | | | | | | **BRIEF-SEC To Increase Scrutiny On Tesla After Elon Musk's Tweet Storm Earlier This Week About Taking The Company Private - Bloomberg TV Tweet** (Reuters News - Factiva, 08/09/2018 02:37 PM) |
| | | | | | | | | | | | **SEC WAS SAID TO BE LOOKING AT TESLA BEFORE TAKEOVER TWEETS FROM ELON MUSK - BLOOMBERG, CITING SOURCES** (Reuters News - Factiva, 08/09/2018 02:39 PM) |
| | | | | | | | | | | | **SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)** (Business Insider - Factiva, 08/09/2018 02:42 PM) |
| | | | | | | | | | | | **SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)** (Business Insider - Factiva, 08/09/2018 02:42 PM) |
| | | | | | | | | | | | **Tesla skids on new report of SEC heat** (Seeking Alpha.com - Manual Entry, 08/09/2018 02:42 PM) |
| | | | | | | | | | | | **BRIEF-SEC Was Said To Be Looking At Tesla Before Takeover Tweets From Elon Musk - Bloomberg** (Reuters News - Factiva, 08/09/2018 02:45 PM) |
| | | | | | | | | | | | **SEC intensifying Tesla probe - Bbg** (Reuters News - Factiva, 08/09/2018 02:48 PM) |
| | | | | | | | | | | | **Musk's Irrational Obsession With Short Sellers Is Hurting Tesla Shareholders** (Seeking Alpha.com - Manual Entry, 08/09/2018 02:51 PM) |
| | | | | | | | | | | | **Tesla stock drops back near pre-Musk tweet level** (The Canadian Press - Broadcast wire - Factiva, 08/09/2018 02:52 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Market<br>Return | [6]<br>Exc. Ind.<br>Return | [7]<br>Predicted<br>Return | [8]<br>Abnormal<br>Return | [9]<br>t-statistic | [10]<br>p-Value | [11]<br>Abnormal<br>Price<br>Reaction | [12]<br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Moody's Says Tesla's Consideration To Go Private Based On Ceo's Note Is Credit Negative. (Dow Jones Institutional News - Factiva, 08/09/2018 02:57 PM) |
| | | | | | | | | | | | MOODY'S:TESLA'S GO PRIVATE CONSIDERATION IS CREDIT NEGATIVE (BN - Bloomberg, 08/09/2018 02:57 PM) |
| | | | | | | | | | | | MW SEC 'intensifying' Tesla probe, company already under scrutiny: report (MarketWatch - Factiva, 08/09/2018 02:58 PM) |
| | | | | | | | | | | | SEC 'Intensifying' Tesla Probe, Company Already Under Scrutiny: Report -- MarketWatch (Dow Jones Institutional News - Factiva, 08/09/2018 02:58 PM) |
| | | | | | | | | | | | Tesla shares give up post-Musk take-private tweet gains (Financial Times - Manual Entry, 08/09/2018 02:58 PM) |
| | | | | | | | | | | | MOODY'S: TESLA WILL NEED TO ACCESS CAPITAL MARKETS (BN - Bloomberg, 08/09/2018 02:58 PM) |
| | | | | | | | | | | | RPT-SEC WAS SAID TO BE LOOKING AT TESLA BEFORE TAKEOVER TWEETS FROM ELON MUSK - BLOOMBERG, CITING SOURCES (Reuters News - Factiva, 08/09/2018 03:00 PM) |
| | | | | | | | | | | | Tesla is now worth less than it was before Elon Musk's $420 tweet (TSLA) (Business Insider - Factiva, 08/09/2018 03:00 PM) |
| | | | | | | | | | | | The Saudis Should Buy Tesla, But Not At $420 Per Share (Benzinga.com - Factiva, 08/09/2018 03:00 PM) |
| | | | | | | | | | | | BRIEF-Moody's Says Tesla's Consideration To Go Private Based On CEO's Note Is Credit Negative (Reuters News - Factiva, 08/09/2018 03:01 PM) |
| | | | | | | | | | | | Tesla Will Still Need to Access Capital Markets, Moody's Says (BFW - Bloomberg, 08/09/2018 03:06 PM) |
| | | | | | | | | | | | SEC 'intensifying' Tesla probe, company already under scrutiny: report (Dow Jones Newswires Chinese (English) - Factiva, 08/09/2018 03:22 PM) |
| | | | | | | | | | | | Moody's Calls Musk's Statements a 'Credit Negative' - Market Talk (Dow Jones Institutional News - Factiva, 08/09/2018 03:26 PM) |
| | | | | | | | | | | | 3 Things Elon Musk Needs to Do to Take Tesla Private -- Barron's Blog (Dow Jones Institutional News - Factiva, 08/09/2018 03:31 PM) |
| | | | | | | | | | | | Farmland Prices Inch Up in Chicago Fed District -- Market Talk (Dow Jones Institutional News - Factiva, 08/09/2018 04:03 PM) |
| | | | | | | | | | | | Energy Companies Pull Dow, S&P 500 Lower -- Market Talk (Dow Jones Institutional News - Factiva, 08/09/2018 04:05 PM) |
| | | | | | | | | | | | Tesla Is Said Facing Broader SEC Scrutiny of Musk Statements (1) (BN - Bloomberg, 08/09/2018 04:13 PM) |
| | | | | | | | | | | | Tesla tumbles as US stocks end mostly lower (Agence France Presse - Factiva, 08/09/2018 04:22 PM) |
| | | | | | | | | | | | Tesla Tumbles, Wiping Out Musk's Tweet-Fueled Rally: Chart (BN - Bloomberg, 08/09/2018 04:31 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Tesla Falls, Wiping Out Tweet-Fueled Rally in Just Two Days (2)** (BN - Bloomberg, 08/09/2018 04:32 PM) |
| | | | | | | | | | | | **Musk's Private SpaceX Market Hints at Path to Tesla Buyout (1)** (BN - Bloomberg, **08/09/2018 04:32 PM)** |
| | | | | | | | | | | | **Auto & Transport Roundup: Market Talk** (Dow Jones Institutional News - Factiva, 08/09/2018 04:50 PM) |
| | | | | | | | | | | | **UPDATE 3-Tesla shares fall 5 pct on Wall St skepticism, SEC probe reports** (Reuters News - Factiva, 08/09/2018 04:51 PM) |
| | | | | | | | | | | | **SEC Keeps Poking at Tesla; Deere Orders Weaken: Industrials Wrap** (BFW - Bloomberg, 08/09/2018 04:53 PM) |
| | | | | | | | | | | | **Tesla shares fall 5 percent on Wall Street skepticism, SEC probe reports** (Reuters News - Factiva, 08/09/2018 04:54 PM) |
| | | | | | | | | | | | **Tesla Elon Musk Selling Hats Is Much Simpler And Easier Than Selling Dreams** (Seeking Alpha.com - Manual Entry, 08/09/2018 04:55 PM) |
| | | | | | | | | | | | **US STOCKS-S&P 500, Dow end lower with energy, financials; Tesla falls** (Reuters News - Factiva, 08/09/2018 04:56 PM) |
| | | | | | | | | | | | **S&P 500, Dow end lower with energy, financials; Tesla falls** (Reuters News - Factiva, 08/09/2018 04:57 PM) |
| | | | | | | | | | | | **MW UPDATE: Tesla's stock is the company's greatest marketing tool -- what happens when it goes away?** (MarketWatch - Factiva, 08/09/2018 04:59 PM) |
| | | | | | | | | | | | **BC-Business News Digest** (Associated Press Newswires - Factiva, 08/09/2018 05:04 PM) |
| | | | | | | | | | | | **TESLA BOARD IS SAID PLANNING TO MEET W/ ADVISERS NEXT WK: CNBC** (BFW - Bloomberg, 08/09/2018 05:09 PM) |
| | | | | | | | | | | | **TESLA BOARD IS SAID MAY ASK MUSK TO RECUSE FROM PROCESS: CNBC** (BFW - Bloomberg, 08/09/2018 05:09 PM) |
| | | | | | | | | | | | **TESLA BOARD PLANS TO MEET ADVISERS ON GO-PRIVATE PLAN: CNBC** (BN - Bloomberg, 08/09/2018 05:12 PM) |
| | | | | | | | | | | | **TESLA BOARD PLANS TO MEET ADVISERS ON GO-PRIVATE PLAN: CNBC** (BFW - Bloomberg, 08/09/2018 05:13 PM) |
| | | | | | | | | | | | **TESLA SHARES JUMP POST-MARKET ON REPORT BOARD TO MEET ADVISORS** (BFW - Bloomberg, 08/09/2018 05:14 PM) |
| | | | | | | | | | | | **TESLA SAID TO ASK MUSK TO RECUSE HIMSELF FROM MEETING: CNBC** (BN - Bloomberg, 08/09/2018 05:14 PM) |
| | | | | | | | | | | | **MW Tesla board to ramp up going-private talks: report** (MarketWatch - Factiva, 08/09/2018 05:18 PM) |
| | | | | | | | | | | | **Tesla board expected to push for Musk recusal** (Seeking Alpha.com - Manual Entry, 08/09/2018 05:18 PM) |
| | | | | | | | | | | | **Tesla Board To Ramp Up Going-private Talks: Report -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/09/2018 05:18 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Market<br>Return | [6]<br>Exc. Ind.<br>Return | [7]<br>Predicted<br>Return | [8]<br>Abnormal<br>Return | [9]<br>t-statistic | [10]<br>p-Value | [11]<br>Abnormal<br>Price<br>Reaction | [12]<br><br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **Tesla Shares Rise as CNBC Reports Board Plans Meeting Next Week** (BFW - Bloomberg, 08/09/2018 05:23 PM) |
| | | | | | | | | | | | **Tesla's board may reportedly tell Elon Musk to recuse himself from talks about taking the company private (TSLA)** (Business Insider - Factiva, 08/09/2018 05:27 PM) |
| | | | | | | | | | | | **Tesla board to ramp up going-private talks: report** (Dow Jones Newswires Chinese (English) - Factiva, 08/09/2018 05:34 PM) |
| | | | | | | | | | | | **Tesla Shares Rise as CNBC Reports Board Plans Meeting Next Week** (BN - Bloomberg, 08/09/2018 05:36 PM) |
| | | | | | | | | | | | **Tesla stock drops closer to pre-Musk tweet level** (Associated Press Newswires - Factiva, 08/09/2018 05:42 PM) |
| | | | | | | | | | | | **Tesla stock drops closer to pre-Musk tweet level** (The Canadian Press - Factiva, 08/09/2018 05:43 PM) |
| | | | | | | | | | | | **TESLA BOARD IS SAID SEEKING MORE INFO ON MUSK'S FINANCING: RTRS** (BFW - Bloomberg, 08/09/2018 05:47 PM) |
| | | | | | | | | | | | **Tesla Gains on CNBC Report Board Will Meet With Advisers: Chart** (BN - Bloomberg, 08/09/2018 05:47 PM) |
| | | | | | | | | | | | **EXCLUSIVE-Tesla's board seeking more information on Musk's financing plan -sources** (Reuters News - Factiva, 08/09/2018 05:50 PM) |
| | | | | | | | | | | | **Tesla Board Plans to Meet Advisers Next Week About Potential Buyout -CNBC** (Dow Jones Institutional News - Factiva, 08/09/2018 05:50 PM) |
| | | | | | | | | | | | **Tesla Board Is Said Seeking More Info on Musk's Financing: Rtrs** (BFW - Bloomberg, 08/09/2018 05:52 PM) |
| | | | | | | | | | | | **Elon Musk Is Beating Short-Sellers, for Now** (NYTimes.com Feed - Factiva, 08/09/2018 05:59 PM) |
| | | | | | | | | | | | **Investors really aren't buying Musk's plan for Tesla** (CNN Wire - Factiva, 08/09/2018 06:02 PM) |
| | | | | | | | | | | | **Investors really aren't buying Musk's plan for Tesla** (CNN Wire - Factiva, 08/09/2018 06:36 PM) |
| | | | | | | | | | | | **'Oil barons are behind plot to sink Tesla': An extraordinary claim emerges as the car maker's shares dip 5%** (Mail Online - Factiva, 08/09/2018 06:56 PM) |
| | | | | | | | | | | | **Elon Musk May Need to Raise Cash to Buy Tesla -- Market Talk** (Dow Jones Newswires Chinese (English) - Factiva, 08/09/2018 07:45 PM) |
| | | | | | | | | | | | **Musk's Go-Private Proposal to Be Pored Over by Tesla's Board (1)** (BN - Bloomberg, 08/09/2018 07:56 PM) |
| | | | | | | | | | | | **Tesla's shorters play the long game against Musk** (thetimes.co.uk - Factiva, 08/09/2018 08:01 PM) |
| | | | | | | | | | | | **EXCLUSIVE-Tesla's board seeking more information on Musk's financing plan -sources** (Reuters News - Factiva, 08/09/2018 08:24 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | | Exclusive: Tesla's board seeking more information on Musk's financing plan - sources (Reuters News - Factiva, 08/09/2018 08:26 PM) |
| | | | | | | | | | | | | BYD Will Need to Differentiate Versus Tesla -- Market Talk (Dow Jones Institutional News - Factiva, 08/09/2018 08:31 PM) |
| | | | | | | | | | | | | Global Equities Roundup: Market Talk (Dow Jones Institutional News - Factiva, 08/09/2018 08:31 PM) |
| | | | | | | | | | | | | BYD Will Need to Differentiate Versus Tesla -- Market Talk (Dow Jones Newswires Chinese (English) - Factiva, 08/09/2018 08:52 PM) |
| | | | | | | | | | | | | Tesla board move forward on Elon Musk's go-private proposal (The Telegraph Online - Factiva, 08/09/2018 09:08 PM) |
| | | | | | | | | | | | | Saudi sovereign wealth fund scrambles for resources (Financial Times - Manual Entry, 08/09/2018 11:00 PM) |
| 8/10/2018 | Fri | 11,552,044 | $355.49 | 0.86% | -0.63% | -1.41% | -1.24% | 2.11% | 0.82 | 41.15% | $7.42 | Doug Field returns to Apple after leaving Tesla (CNET News.com - Factiva, 08/10/2018) |
| | | | | | | | | | | | | Elon Musk's Tesla tweets are no longer scaring short sellers (latimes.com - Factiva, 08/10/2018) |
| | | | | | | | | | | | | Teradici Expands its Public Cloud Partnership with Google Cloud To Enable Customers to Deploy and Manage Secure, High-Performance Virtual Workstations (Khaleej Times - Factiva, 08/10/2018) |
| | | | | | | | | | | | | Tesla Motors launches promotional program of free Autopilot (Auto Business News - Factiva, 08/10/2018) |
| | | | | | | | | | | | | 08:27 EDT Morgan Stanley says Tesla LBO doesn't seem feasible, equity buyout... (Theflyonthewall.com - Factiva, 08/10/2018) |
| | | | | | | | | | | | | 08:41 EDT Tesla former engineering chief goes back to Apple, Reuters says Doug... (Theflyonthewall.com - Factiva, 08/10/2018) |
| | | | | | | | | | | | | 14:57 EDT Tesla seeks wide investor pool for go-private plan, Bloomberg says (Theflyonthewall.com - Factiva, 08/10/2018) |
| | | | | | | | | | | | | 15:05 EDT Tesla holding early talks with banks about plans, Bloomberg... (Theflyonthewall.com - Factiva, 08/10/2018) |
| | | | | | | | | | | | | 15:37 EDT Tesla seeks wide investor pool for go-private plan, Bloomberg... (Theflyonthewall.com - Factiva, 08/10/2018) |
| | | | | | | | | | | | | 18:56 EDT Class action suit filed against Elon Musk, Tesla Keller Lenkner LLC... (Theflyonthewall.com - Factiva, 08/10/2018) |
| | | | | | | | | | | | | 5 things you need to know to start the day (CE NoticiasFinancieras - Factiva, 08/10/2018) |
| | | | | | | | | | | | | A tweet raises stocks and the stakes for Tesla chief (The Independent - Factiva, 08/10/2018) |
| | | | | | | | | | | | | APPY FAMILIES (Herald-Sun - Factiva, 08/10/2018) |
| | | | | | | | | | | | | APPY FAMILIES (The Advertiser - Factiva, 08/10/2018) |
| | | | | | | | | | | | | Best of Lex your weekly round-up (Financial Times - Manual Entry, 08/10/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **BRIEFCASE** (Boonville Daily News - Factiva, 08/10/2018) |
| | | | | | | | | | | | **BRIEFCASE** (Hannibal Courier-Post - Factiva, 08/10/2018) |
| | | | | | | | | | | | **BUSINESS BEAT; Tesla's stock surge fizzles; Tumble erases gains triggered by Musk's tweet on privatizing electric car maker.** (Los Angeles Times - Factiva, 08/10/2018) |
| | | | | | | | | | | | **CFRA Equity Research Research Report** (Eikon - Manual Entry, 08/10/2018) |
| | | | | | | | | | | | **Cowen and Company Research Report** (Eikon - Manual Entry, 08/10/2018) |
| | | | | | | | | | | | **DealBook Briefing: Where Is Tesla's Money?** (The New York Times - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Delo analyses Tesla situation** (STA - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Digest** (The Washington Post - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Doubts grow about Musk's drive to take Tesla private** (Irish Independent - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Dow Jones Futures Fall On Turkey, Intel; Tesla Volatile, These 2 IBD 50 Stocks Rally** (Investor's Business Daily - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Dow Jones Futures Fall On Turkey; Tesla, These 2 IBD 50 Stocks Rally** (Investor's Business Daily - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Electric dreams our new reality** (The Ipswich Advertiser - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Elon Musk and Tesla: Tweet, rattle and roll** (EJ Insight - Factiva, 08/10/2018) |
| | | | | | | | | | | | **ELON MUSK TWEETS DRAW SEC SCRUTINY; AGENCY REPORTEDLY LOOKING INTO HOW THE FIRM WOULD FINANCE PLAN TO GO PRIVATE** (San Jose Mercury News - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Firm, the bet to a fall of titles of Tesla** (CE NoticiasFinancieras - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Former Tesla exec Doug Field is returning to Apple to work on its self-driving car program** (San Francisco Business Times Online - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Former Tesla exec Doug Field is returning to Apple to work on its self-driving car program** (Silicon Valley/San Jose Business Journal Online - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Here's why Elon Musk should take Tesla private** (Smart Company - Factiva, 08/10/2018) |
| | | | | | | | | | | | **How we've gone from a 'raging bull to a sitting bull' and why you should stay away from Tesla; A roundup of investment ideas for active investors (The Globe and Mail (Breaking News) - Factiva, 08/10/2018)** |
| | | | | | | | | | | | **IN BRIEF** (The Freeman - Factiva, 08/10/2018) |
| | | | | | | | | | | | **IN BRIEF** (Washington County Daily News - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Investment from overseas is strong despite tensions** (China Daily-Africa Weekly - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Investment from overseas is strong despite tensions** (China Daily-Europe Weekly - Factiva, 08/10/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | Investors not buying Musk's ability to get Tesla deal done; Most don't believe the flamboyant chief executive could secure the funding to take the company private (The Irish Times - Factiva, 08/10/2018) |
| | | | | | | | | | | | Investors seriously doubt Musk's plan to get Tesla out of stock market (CE NoticiasFinancieras - Factiva, 08/10/2018) |
| | | | | | | | | | | | InvestorsObserver; Is it time to buy stock in Advanced Micro Devices, Caesars Entertainment, Microsoft, Square Inc. or Tesla? (Entertainment Newsweekly - Factiva, 08/10/2018) |
| | | | | | | | | | | | Jefferson Research & Management Research Report (Capital IQ - Manual Entry, |
| | | | | | | | | | | | Keep your wallet - and sanity - intact and avoid Tesla stock (The Globe and Mail - Factiva, 08/10/2018) |
| | | | | | | | | | | | LIQUIDITY ALERT: Tesla Inc. Has US$2.3-Bil. Deficit at March 31 (Lloyds Liquidity Alert - Factiva, 08/10/2018) |
| | | | | | | | | | | | Markets summary (The Globe and Mail - Factiva, 08/10/2018) |
| | | | | | | | | | | | Millennium BCP Research Report (Capital IQ - Manual Entry, 08/10/2018) |
| | | | | | | | | | | | Morgan Stanley Research Report (Capital IQ - Manual Entry, 08/10/2018) |
| | | | | | | | | | | | Morgan Stanley Research Report (Eikon - Manual Entry, 08/10/2018) |
| | | | | | | | | | | | Morgan Stanley Research Report (Eikon - Manual Entry, 08/10/2018) |
| | | | | | | | | | | | Morgan Stanley Research Report (Eikon - Manual Entry, 08/10/2018) |
| | | | | | | | | | | | Motor Vehicles and Passenger Car Bodies; Tesla, Inc. Files SEC Form 8-K, Current Report: (Jul. 30, 2018) (Journal of Transportation - Factiva, 08/10/2018) |
| | | | | | | | | | | | Musk 'held talks with SoftBank' (The Standard - Factiva, 08/10/2018) |
| | | | | | | | | | | | Musk in muck Deeper SEC probe sinks Telsa stock (New York Post - Factiva, 08/10/2018) |
| | | | | | | | | | | | Musk Is Beating Short-Sellers, for Now (The New York Times - Factiva, 08/10/2018) |
| | | | | | | | | | | | Note to Musk: Tesla isn't the only company targeted by short sellers. Here's who tops the list in Mass. (Boston Business Journal Online - Factiva, 08/10/2018) |
| | | | | | | | | | | | Note to Musk: Tesla isn't the only company targeted by short sellers. There are three in the Triad. (Triad Business Journal Online - Factiva, 08/10/2018) |
| | | | | | | | | | | | 'OIL BARONS BEHIND PLOT TO SINK TESLA' (Daily Mail - Factiva, 08/10/2018) |
| | | | | | | | | | | | 'Oil barons behind plot to sink Tesla' (Scottish Daily Mail - Factiva, 08/10/2018) |
| | | | | | | | | | | | Pressure on Musk to prove his buyout tweet (The Australian - Factiva, 08/10/2018) |
| | | | | | | | | | | | Probe into Tesla tweet (Gold Coast Bulletin - Factiva, 08/10/2018) |
| | | | | | | | | | | | Probe into Tesla tweet (Hobart Mercury - Factiva, 08/10/2018) |
| | | | | | | | | | | | Probe into Tesla tweet (Townsville Bulletin - Factiva, 08/10/2018) |
| | | | | | | | | | | | Pros and cons of going private (The Australian - Factiva, 08/10/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |

Removing Tesla from Wall Street is easy, but is it? (CE NoticiasFinancieras - Factiva, 08/10/2018)

**Report: SEC probes Musk tweet** (Shanghai Daily - Factiva, 08/10/2018)

**Report: SEC probing whether Elon Musk lied about plans to take Tesla private** (Pacific Business News Online - Factiva, 08/10/2018)

**Report: Tesla board plans talks with financial advisers to explore buyout** (SNL Energy Finance Daily - Factiva, 08/10/2018)

**Report: Tesla board plans talks with financial advisers to explore buyout** (SNL Financial Services Daily - Factiva, 08/10/2018)

**SEC looking into Tesla after Musk's market-moving tweet** (St. Paul Pioneer Press - Factiva, 08/10/2018)

**SEC said to step up probe of Tesla's public statements** (Calgary Herald - Factiva,

**SEC said to step up probe of Tesla's public statements** (Edmonton Journal - Factiva, 08/10/2018)

**SEC said to step up probe of Tesla's public statements** (Montreal Gazette - Factiva, 08/10/2018)

**SEC said to step up probe of Tesla's public statements** (Ottawa Citizen - Factiva,

**SEC said to step up probe of Tesla's public statements** (Vancouver Sun - Factiva,

**Self driving Cars and Trucks Market Size, Share & Trends Analysis Report By Application (Transportation, Defense), By Region And Segment Forecasts, 2020 - 2030 (iCrowdNewswire - Factiva, 08/10/2018)**

**Selling Tesla stock may not be a bad thing** (USA Today - Factiva, 08/10/2018)

**Stocks - Tesla Volatile in Pre-market; Dropbox, News Corp Sink; ExOne Plummets** (Investing.com - Factiva, 08/10/2018)

**Stocks Near Highs; Elon Musk Whipsaws Tesla; These Top Stocks Move On Earnings: Weekly Review** (Investor's Business Daily - Factiva, 08/10/2018)

**Streetwise: Musk's Slight to Shareholders** (The Wall Street Journal - Factiva, 08/10/2018)

**Susquehanna Financial Group LLLP Research Report** (Eikon - Manual Entry, 08/10/2018)

**Tesla board seeking more info on Musk's financing plan: report** (EJ Insight - Factiva, 08/10/2018)

**Tesla buyout not as big a long shot as it sounds, but would need to go short on leverage** (Global Times - Factiva, 08/10/2018)

**Tesla could thrive as private company but feasibility remains murky: Analysts** (SNL Power Daily with Market Report - Factiva, 08/10/2018)

**Tesla falls, wiping out tweet-fueled rally in just two days** (Charleston Gazette - Factiva, 08/10/2018)

**Tesla falls, wiping out tweet-fueled rally in just two days** (Daily Herald - Factiva,

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Tesla falls, wiping out Tweet-fueled rally in just two days** (Indiainfoline News Service - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla isn't the only company targeted by short sellers. Here's who tops the list.** (Orlando Business Journal Online - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla isn't the only company targeted by short sellers. Here's who tops the list.** (Triangle Business Journal Online - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla isn't the only company targeted by short sellers. Here's who tops the list.** (Washington Business Journal Online - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla isn't the only company targeted by short sellers. Here's who tops the Tampa Bay list.** (Tampa Bay Business Journal Online - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla plunges, wiping out rally in 2 days** (The Patriot Ledger - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla stock falls closer to pre-Musk tweet level** (Orlando Sentinel - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla under further scrutiny after Musk remarks** (The Boston Globe - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla: What You Need to Know about the Federal EV Tax Credit Phase Out** (Contify Automotive News - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla's board evaluating Elon Musk's take-private plan, amid deflating investor enthusiasm (San Francisco Business Times Online - Factiva, 08/10/2018)** |
| | | | | | | | | | | | **Tesla's board evaluating Elon Musk's take-private plan, amid deflating investor enthusiasm (Silicon Valley/San Jose Business Journal Online - Factiva, 08/10/2018)** |
| | | | | | | | | | | | **Tesla's board evaluating Elon Musk's take-private plan, amid deflating investor enthusiasm (St. Louis Business Journal Online - Factiva, 08/10/2018)** |
| | | | | | | | | | | | **Tesla's board might not know where Elon's 'secure' funding is coming from** (CNET News.com - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla's Board To Meet Adviser on Privatization, Musk Seeking Saudi Sovereign Fund: Report** (AAStocks Financial News - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla's retail investors may want to take money and run if electric-car maker goes private** (USA Today Online - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla's shorters play the long game against Musk** (The Times - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Tesla's troubled New York solar factory tells a gloomy story** (Business Times Singapore - Factiva, 08/10/2018) |
| | | | | | | | | | | | **The long unraveling of Tesla's master plan (latimes.com - Factiva, 08/10/2018)** |
| | | | | | | | | | | | **The private stock musings and short fuse of Elon Musk** (The Kansas City Star - Factiva, 08/10/2018) |
| | | | | | | | | | | | **The S&P 500 and Dow ended down slightly yesterday as gains in Apple and Amazon...** (The Herald - Factiva, 08/10/2018) |
| | | | | | | | | | | | **The Saudi fund that has the financial world's attention (Financial Times - Manual Entry, 08/10/2018)** |
| | | | | | | | | | | | **The SEC is intensifying its probe of Tesla** (The Plain Dealer - Factiva, 08/10/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **The spotlight is back on the iCar as Tesla's vehicle engineering chief returns to Apple** (Mashable.com - Factiva, 08/10/2018) |
| | | | | | | | | | | | **U.S. sec turns eyes on tesla ceo's plans; Stock rises, then slips on going-private talk** (National Post - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Unlikely delta Tesla: shares will fall, according to investors** (CE NoticiasFinancieras - Factiva, 08/10/2018) |
| | | | | | | | | | | | **UPDATE: Tesla shares jump 11% after CEO Musk confirms privatization interest** (SNL Renewable Energy Weekly - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Valener utility leans on Tesla battery banks to get through Vt. heatwave** (SNL Energy Finance Daily - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Valener utility leans on Tesla battery banks to get through Vt. heatwave** (SNL Power Daily with Market Report - Factiva, 08/10/2018) |
| | | | | | | | | | | | **WALL ST SCEPTICISM AND SEC PROBE HIT TESLA** (City AM - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Whatever you think of Musk, stock markets must work for tech too** (London Evening Standard - Factiva, 08/10/2018) |
| | | | | | | | | | | | **WSJ: Musk denies having received funding for Tesla's withdrawal from stock exchange - may be in trouble*** TRANSLATED *** (STT - Factiva, 08/10/2018) |
| | | | | | | | | | | | **WSJ: Musk denies having received funding for Tesla's withdrawal from stock exchange - may be in trouble*** TRANSLATED *** (STT - Factiva, 08/10/2018) |
| | | | | | | | | | | | **WSJ: Musk may be in trouble with Tesla Tie*** TRANSLATED *** (STT - Factiva, 08/10/2018) |
| | | | | | | | | | | | **Apple re-hires former top Tesla engineer** (Financial Times - Manual Entry, 08/10/2018 12:43 AM) |
| | | | | | | | | | | | **Those are the new design made of titanium** (Musk Tweet - Manual Entry, 08/10/2018 01:02 AM) |
| | | | | | | | | | | | **Love this from P&P** (Musk Tweet - Manual Entry, 08/10/2018 02:08 AM) |
| | | | | | | | | | | | **Message to Elon Musk. If you ever get tired of America, you are very welcome here in Britain** (The Telegraph Online - Factiva, 08/10/2018 02:13 AM) |
| | | | | | | | | | | | **Musk's Slight to Shareholders -- WSJ** (Dow Jones Institutional News - Factiva, 08/10/2018 02:32 AM) |
| | | | | | | | | | | | **Ex-Tesla engineer Doug Field is back at Apple, working on its self-driving car program, Project Titan** (Business Insider - Factiva, 08/10/2018 02:36 AM) |
| | | | | | | | | | | | **Tesla gives up take-private tweet gains** (Financial Times - Manual Entry, 08/10/2018 03:50 AM) |
| | | | | | | | | | | | **Elon Musk's Flawed Plan for Tesla Shareholders** (Dow Jones Newswires Chinese (English) - Factiva, 08/10/2018 03:57 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | Here's what the junk-bond market says about Tesla going private; Tesla bondholders 'are looking at things differently,' says one fund manager (MarketWatch - Factiva, 08/10/2018 04:26 AM) |
| | | | | | | | | | | | Investors are overlooking this incredibly valuable part of Tesla's business; Analysts aren't focusing on the cash flow from autonomous taxis (MarketWatch - Factiva, 08/10/2018 04:38 AM) |
| | | | | | | | | | | | TESLA POSSIBLY BETTER OFF PRIVATE: AGI'S MACDONALD (BN - Bloomberg, 08/10/2018 04:51 AM) |
| | | | | | | | | | | | TESLA PRIVATE MAKES SENSE IF MUSK CAN RAISE FUNDS: MACDONALD (BN - Bloomberg, 08/10/2018 04:51 AM) |
| | | | | | | | | | | | Musk's Go-Private Proposal to Be Pored Over by Tesla's Board (2) (BN - Bloomberg, 08/10/2018 05:15 AM) |
| | | | | | | | | | | | Tesla Board's Independence Is Tested by Musk's Buyout Idea (Dow Jones Institutional News - Factiva, 08/10/2018 05:30 AM) |
| | | | | | | | | | | | Tesla Board's Independence Is Tested by Musk's Buyout Idea; Most of the directors have close business or personal relationships with company CEO Elon Musk (The Wall Street Journal Online - Factiva, 08/10/2018 05:30 AM) |
| | | | | | | | | | | | Tesla car chief returns to Apple 'to work on secret car project' (The Telegraph Online - Factiva, 08/10/2018 05:30 AM) |
| | | | | | | | | | | | Tesla Board's Independence Faces Tough Test (Dow Jones Institutional News - Factiva, 08/10/2018 05:50 AM) |
| | | | | | | | | | | | Tesla engineering chief returns to Apple (Seeking Alpha.com - Manual Entry, 08/10/2018 06:34 AM) |
| | | | | | | | | | | | Elon Musk is under 'increased scrutiny' from the SEC: Probe into Tesla CEO over tweeted plans to take the electric car company private 'intensifies' (Mail Online - Factiva, 08/10/2018 06:39 AM) |
| | | | | | | | | | | | DealBook Briefing: Saudi Arabia's Deep Pockets May Need a Top-Up (NYTimes.com Feed - Factiva, 08/10/2018 06:40 AM) |
| | | | | | | | | | | | The private equity boss who has to handle Elon Musk (Financial Times - Manual Entry, 08/10/2018 06:47 AM) |
| | | | | | | | | | | | Tesla Could Look at Equity Buyout Over LBO, Morgan Stanley Says (BFW - Bloomberg, 08/10/2018 06:50 AM) |
| | | | | | | | | | | | Tesla's Cobalt Blues; Growth Fallacies And Supply Chain Risque Majeure (Seeking Alpha.com - Manual Entry, 08/10/2018 07:00 AM) |
| | | | | | | | | | | | Tesla board to meet on Musk's 'go private' plan (MarketLine News and Comment - Factiva, 08/10/2018 07:28 AM) |
| | | | | | | | | | | | Elon Musk Is No Longer Scaring the Shorts With Tesla Tweet Caper (BN - Bloomberg, 08/10/2018 07:36 AM) |
| | | | | | | | | | | | Former Tesla Engineering Chief Field Joins Apple: Rtrs (Earlier) (BFW - Bloomberg, 08/10/2018 07:43 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Market<br>Return | [6]<br>Exc. Ind.<br>Return | [7]<br>Predicted<br>Return | [8]<br>Abnormal<br>Return | [9]<br>t-statistic | [10]<br>p-Value | [11]<br>Abnormal<br>Price<br>Reaction | [12]<br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **Public or Private, Tesla Fans Are Along for the Ride; Many retail investors say they plan to stick with the electric-car maker for the long haul; one is 'betting on the jockey, not the horse'** (The Wall Street Journal Online - Factiva, 08/10/2018 08:00 AM) |
| | | | | | | | | | | | **Tesla Fans: Sign Us Up for Private Ride With Elon Musk** (Dow Jones Institutional News - Factiva, 08/10/2018 08:00 AM) |
| | | | | | | | | | | | **Tesla Fans: Sign Us Up for Private Ride With Elon Musk** (Dow Jones Institutional News - Factiva, 08/10/2018 08:10 AM) |
| | | | | | | | | | | | **MW UPDATE: Here's what the junk-bond market says about Tesla going private** (MarketWatch - Factiva, 08/10/2018 08:26 AM) |
| | | | | | | | | | | | **MW UPDATE: Investors are overlooking this incredibly valuable part of Tesla's business** (MarketWatch - Factiva, 08/10/2018 08:38 AM) |
| | | | | | | | | | | | **M&A Watch N.A.: AthenaHealth, Express Scripts, Tesla** (BFW - Bloomberg, 08/10/2018 08:48 AM) |
| | | | | | | | | | | | **Tesla's former head of engineering Doug Field has left the company to work on Apple's secretive 'Project Titan' self-driving car experiment** (Mail Online - Factiva, 08/10/2018 08:55 AM) |
| | | | | | | | | | | | **Tesla is now worth less than it was before Elon Musk's $420 tweet (TSLA)** (Business Insider - Factiva, 08/10/2018 09:15 AM) |
| | | | | | | | | | | | **Why Musk's Private Tesla Dream Shouldn't Spook Public Markets -- Heard on the Street** (Dow Jones Institutional News - Factiva, 08/10/2018 09:29 AM) |
| | | | | | | | | | | | **Why Musk's Private Tesla Dream Shouldn't Spook Public Markets; The number of listed companies may be falling but public equity isn't dying** (The Wall Street Journal Online - Factiva, 08/10/2018 09:29 AM) |
| | | | | | | | | | | | **Einhorn Thanks Elon Musk in Tweet After Receiving Gift of Shorts** (BN - Bloomberg, 08/10/2018 09:36 AM) |
| | | | | | | | | | | | **Reuters Tesla's board seeking more info on Musk's financing plan** (Seeking Alpha.com - Manual Entry, 08/10/2018 09:36 AM) |
| | | | | | | | | | | | **A selection of the FT's biggest stories and best reads every Friday (Financial Times - Manual Entry, 08/10/2018 09:38 AM)** |
| | | | | | | | | | | | **Tech, Tesla and the markets** (Financial Times - Manual Entry, 08/10/2018 10:18 AM) |
| | | | | | | | | | | | **Elon Musk makes good on his promise to send David Einhorn 'a box of short shorts' after Tesla hurt the short-seller's performance (TSLA)** (Business Insider - Factiva, 08/10/2018 10:20 AM) |
| | | | | | | | | | | | **Week in review, August 11** (Financial Times - Manual Entry, 08/10/2018 10:33 AM) |
| | | | | | | | | | | | **Tesla Going Private The Next Leg Of The Short Thesis** (Seeking Alpha.com - Manual Entry, 08/10/2018 10:34 AM) |
| | | | | | | | | | | | **TESLA SHARES SOLD SHORT AT 34.75 MLN AS OF AUG 9, UP FROM 34.67 MLN BEFORE ELON MUSK'S GO-PRIVATE TWEET ON AUG 7 - S3 PARTNERS DATA** (Reuters News - Factiva, 08/10/2018 11:12 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Market Return | [6] Exc. Ind. Return | [7] Predicted Return | [8] Abnormal Return | [9] t-statistic | [10] p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **FORMER TESLA CHIEF ENGINEER DOUG FIELD RETURNS TO APPLE** (BN - Bloomberg, 08/10/2018 11:14 AM) |
| | | | | | | | | | | | **Tesla short-sellers back in force as shares remain shaky** (Reuters News - Factiva, 08/10/2018 11:40 AM) |
| | | | | | | | | | | | **Tesla short-sellers back in force as shares remain shaky** (Reuters News - Factiva, 08/10/2018 11:46 AM) |
| | | | | | | | | | | | **Tesla to be examined by SEC over Elon Musk's 'funding secured' tweet - report (The Guardian - Factiva, 08/10/2018 11:46 AM)** |
| | | | | | | | | | | | **Former Chief Tesla Vehicle Engineer Doug Field Returns to Apple** (BN - Bloomberg, 08/10/2018 11:50 AM) |
| | | | | | | | | | | | **99% of the US population is within 150 miles of a supercharger** (Musk Tweet - Manual Entry, 08/10/2018 12:27 PM) |
| | | | | | | | | | | | **Riding Tesla's Volatile Shares -- Barrons.com** (Dow Jones Institutional News - Factiva, 08/10/2018 02:12 PM) |
| | | | | | | | | | | | **CORRECTED-Doug Field, former Tesla engineering chief, returns to Apple** (Reuters News - Factiva, 08/10/2018 02:22 PM) |
| | | | | | | | | | | | **Musk's Buyout Plan May Signal Market Woes Ahead -- Barrons.com** (Dow Jones Institutional News - Factiva, 08/10/2018 02:24 PM) |
| | | | | | | | | | | | **Doug Field, former Tesla engineering chief, returns to Apple** (Reuters News - Factiva, 08/10/2018 02:27 PM) |
| | | | | | | | | | | | **Elon Musk's 'funding secured' tweet could cost Tesla millions, former SEC chairman says (TSLA)** (Business Insider - Factiva, 08/10/2018 02:55 PM) |
| | | | | | | | | | | | **TESLA IS SAID TO SEEK WIDE INVESTOR POOL FOR TAKE-PRIVATE PLAN** (BFW - Bloomberg, 08/10/2018 02:56 PM) |
| | | | | | | | | | | | **TESLA IS SAID TO WANT TO AVOID CONCENTRATING OWNERSHIP OF STOCK** (BN - Bloomberg, 08/10/2018 02:56 PM) |
| | | | | | | | | | | | **TESLA IS SAID TO HOLD EARLY DISCUSSIONS WITH BANKS ABOUT PLANS** (BN - Bloomberg, 08/10/2018 02:56 PM) |
| | | | | | | | | | | | **TESLA DELIBERATIONS SAID TO BE EARLY STAGE, NO DECISIONS MADE** (BN - Bloomberg, 08/10/2018 02:56 PM) |
| | | | | | | | | | | | **REP FOR TESLA DIDN'T IMMEDIATELY RESPOND TO REQUEST FOR COMMENT** (BN - Bloomberg, 08/10/2018 02:56 PM) |
| | | | | | | | | | | | **TESLA DROPS ON REPORT CO. SEEKS WIDE INVESTOR POOL FOR PLAN** (BFW - Bloomberg, 08/10/2018 02:59 PM) |
| | | | | | | | | | | | **Bloomberg Tesla seeking 'wide' investing pool for go-private plan** (Seeking Alpha.com - Manual Entry, 08/10/2018 03:05 PM) |
| | | | | | | | | | | | **REFILE-TIMELINE-Main events in Tesla's history as a public company** (Reuters News - Factiva, 08/10/2018 03:41 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **Timeline: Main events in Tesla's history as a public company** (Reuters News - Factiva, 08/10/2018 03:55 PM) |
| | | | | | | | | | | | **Tesla Said to Seek Wide Investor Pool for Take-Private Plan (1)** (BN - Bloomberg, 08/10/2018 04:06 PM) |
| | | | | | | | | | | | **Hoodwinked** (Seeking Alpha.com - Manual Entry, 08/10/2018 04:08 PM) |
| | | | | | | | | | | | **Riding Tesla's Volatile Shares** (Barron's Online - Factiva, 08/10/2018 04:27 PM) |
| | | | | | | | | | | | **How Some CEOs Successfully Run More Than One Company** (Barron's Online - Factiva, 08/10/2018 04:30 PM) |
| | | | | | | | | | | | **How Some CEOs Successfully Run More Than One Company -- Barrons.com** (Dow Jones Institutional News - Factiva, 08/10/2018 04:30 PM) |
| | | | | | | | | | | | **Awesomeâ€¦ - Replying to @TheSheetzTweetz** (Musk Tweet - Manual Entry, 08/10/2018 04:34 PM) |
| | | | | | | | | | | | **Tesla Casts a Wide Net; GE Narrows Focus: Industrials Wrap** (BFW - Bloomberg, 08/10/2018 04:45 PM) |
| | | | | | | | | | | | **AGF Investments Adds Franklin FTSE Japan ETF, Exits Workday: 13F** (BN - Bloomberg, 08/10/2018 04:46 PM) |
| | | | | | | | | | | | **The SEC Should Look Into A Possible Musk-Saudi Insider Trading Angle And The Curaçao Entity** (Seeking Alpha.com - Manual Entry, 08/10/2018 05:10 PM) |
| | | | | | | | | | | | **Tesla's Unreal Stock Price Is the Peril of Elon; Enron's problems began with a share price its business couldn't support. Will Tesla do better?** (The Wall Street Journal Online - Factiva, 08/10/2018 05:17 PM) |
| | | | | | | | | | | | **Commerzbank Adds Vipshop Holdings, Exits Parsley Energy: 13F** (BN - Bloomberg, 08/10/2018 05:24 PM) |
| | | | | | | | | | | | **What You Need to Know about the Federal EV Tax Credit Phase Out** (Must Blog - Manual Entry, 08/10/2018 06:01 PM) |
| | | | | | | | | | | | **What you need to know about the Federal EV Tax Credit phase out** (Musk Tweet - Manual Entry, 08/10/2018 06:04 PM) |
| | | | | | | | | | | | **BRIEF-Tesla Says Federal EV Tax Credit Will Exist In Some Form Through End Of 2019** (Reuters News - Factiva, 08/10/2018 06:09 PM) |
| | | | | | | | | | | | **TESLA SHAREHOLDER FILES PROPOSED CLASS-ACTION LAWSUIT ACCUSING COMPANY, CEO ELON MUSK OF SECURITIES FRAUD -- COURT FILING** (Reuters News - Factiva, 08/10/2018 06:32 PM) |
| | | | | | | | | | | | **LAWSUIT SAYS DEFENDANTS SCHEMED TO MANIPULATE TESLA STOCK PRICE AND 'COMPLETELY DECIMATE' SHORT-SELLERS, STARTING WITH MUSK TWEET SAYING WAS CONSIDERING TAKING TESLA PRIVATE** (Reuters News - Factiva, 08/10/2018 06:34 PM) |
| | | | | | | | | | | | **MUSK TWEET DRAWS TESLA INVESTOR LAWSUIT OVER SHARE PRICE SWINGS** (BN - Bloomberg, 08/10/2018 06:38 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | Shareholder sues Tesla in fraud class action (Seeking Alpha.com - Manual Entry, 08/10/2018 06:50 PM) |
| | | | | | | | | | | | | Tesla CEO Musk accused in lawsuit of defrauding shareholders (Reuters News - Factiva, 08/10/2018 06:50 PM) |
| | | | | | | | | | | | | Keller Lenker LLC Files Class Action Suit Against Elon Musk and Tesla, Inc. (PR Newswire - Factiva, 08/10/2018 06:51 PM) |
| | | | | | | | | | | | | Press Release: Keller Lenkner LLC Files Class Action Suit Against Elon Musk and Tesla, Inc. (Dow Jones Institutional News - Factiva, 08/10/2018 06:51 PM) |
| | | | | | | | | | | | | Musk's Buyout Plan May Signal Market Woes Ahead (Barron's Online - Factiva, 08/10/2018 07:43 PM) |
| | | | | | | | | | | | | Hagens Berman Sobol Shapiro LLP Files Securities Class Action Against Tesla, Inc. (NASDAQ: TSLA) and Elon Musk For False Market Moving Tweet (GlobeNewswire - Factiva, 08/10/2018 08:18 PM) |
| | | | | | | | | | | | | @defcon. hqr sz wut (Musk Tweet - Manual Entry, 08/10/2018 08:22 PM) |
| | | | | | | | | | | | | Musk Tweet Draws Tesla Investor Suit Over Share Price Jump (2) (BN - Bloomberg, 08/10/2018 08:32 PM) |
| | | | | | | | | | | | | UPDATE 3-Lawsuits accuse Tesla's Musk of fraud over tweets, going-private proposal (Reuters News - Factiva, 08/10/2018 08:49 PM) |
| | | | | | | | | | | | | Lawsuits accuse Tesla's Musk of fraud over tweets, going-private proposal (Reuters News - Factiva, 08/10/2018 09:02 PM) |
| | | | | | | | | | | | | SHAREHOLDER ALERT: Kaskela Law LLC Announces Shareholder Class Action Lawsuit Filed Against Tesla, Inc. and Elon Musk, and Encourages Investors to Contact the Firm (GlobeNewswire - Factiva, 08/10/2018 10:08 PM) |
| | | | | | | | | | | | | Silicon Valley and its fatal attraction to Saudi Arabia (Financial Times - Manual Entry, 08/10/2018 11:00 PM) |
| | | | | | | | | | | | | Tesla fight shows rise of short-sellers on Wall Street (Financial Times - Manual Entry, 08/10/2018 11:00 PM) |
| | | | | | | | | | | | | Put them on & post a selfie (Musk Tweet - Manual Entry, 08/10/2018 11:21 PM) |
| | | | | | | | | | | | | Short shorts coming soon to Tesla merch (Musk Tweet - Manual Entry, 08/10/2018 11:30 |
| | | | | | | | | | | | | S3XY (Musk Tweet - Manual Entry, 08/10/2018 11:50 PM) |
| 8/11/2018 | Sat | | | | | | | | | | | Elon Musk Plans Taking Tesla Private (Financial Deals Tracker - Factiva, 08/11/2018) |
| | | | | | | | | | | | | Elon Musk Plans Taking Tesla Private (Financial Deals Tracker - Factiva, 08/11/2018) |
| | | | | | | | | | | | | Elon Musk's $82bn quest to silence his critics (ArabianBusiness.com - Factiva, 08/11/2018) |
| | | | | | | | | | | | | 12:37 EDT Some CEOs successfully run more than one company, Barron's saysAmazon... (Theflyonthewall.com - Factiva, 08/11/2018) |
| | | | | | | | | | | | | Analysis: How Elon Musk's SpaceX may be model for Tesla going private (Daily Herald - Factiva, 08/11/2018) |
| | | | | | | | | | | | | APPY FAMILIES (Daily Telegraph - Factiva, 08/11/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Market Return | [6] Exc. Ind. Return | [7] Predicted Return | [8] Abnormal Return | [9] t-statistic | [10] p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **AS SEC SCRUTINISES TESLA, MUSK CATCHES SHORTERS SHORT** (Herald-Sun - Factiva, 08/11/2018) |
| | | | | | | | | | | | **Business** (The Economist - Factiva, 08/11/2018) |
| | | | | | | | | | | | **By Geoffrey A. Fowler** (The Florida Times-Union - Factiva, 08/11/2018) |
| | | | | | | | | | | | **By Russ Mitchell** (The Florida Times-Union - Factiva, 08/11/2018) |
| | | | | | | | | | | | **CITY ANALYSIS** (The Sun - Factiva, 08/11/2018) |
| | | | | | | | | | | | **CITY ANALYSIS** (The Sun - Factiva, 08/11/2018) |
| | | | | | | | | | | | **Corporate cops examine Musk** (Hobart Mercury - Factiva, 08/11/2018) |
| | | | | | | | | | | | **Corporate cops to examine Musk tweet** (The Advertiser - Factiva, 08/11/2018) |
| | | | | | | | | | | | **DealBook Briefing: Saudi Arabia's Deep Pockets May Need a Top-Up** (The New York Times - Factiva, 08/11/2018) |
| | | | | | | | | | | | **EXCHANGE --- Banking & Finance: Fork in Road Looms for Tesla Investors --- If buyout proceeds, some plan to stay aboard, while others may be forced to sell** (The Wall Street Journal - Factiva, 08/11/2018) |
| | | | | | | | | | | | **EXCHANGE --- Tesla Buyout Puts Board On Hot Seat --- Many members have close relations with Musk** (The Wall Street Journal - Factiva, 08/11/2018) |
| | | | | | | | | | | | **IS APPLE SECRETLY MAKING AN ELECTRIC CAR?** (Daily Mail - Factiva, |
| | | | | | | | | | | | **Is Apple secretly making an electric car?** (Scottish Daily Mail - Factiva, 08/11/2018) |
| | | | | | | | | | | | **LOOK OUT TESLA, HERE COMES PININFARINA** (Dominion Post - Factiva, |
| | | | | | | | | | | | **Musk trashes Silicon Valley playbook in rejecting Wall Street** (San Francisco Chronicle: Web Edition - Factiva, 08/11/2018) |
| | | | | | | | | | | | **One of the major shareholders says it does not intend to fund Tesla's stock exchange exit** (CE NoticiasFinancieras - Factiva, 08/11/2018) |
| | | | | | | | | | | | **REPORT: TESLA DIRECTORS TO MEET WITH ADVISERS ON MUSK'S PLANS TO TAKE COMPANY PRIVATE** (San Jose Mercury News - Factiva, 08/11/2018) |
| | | | | | | | | | | | **SHAREHOLDER FILES SUIT AGAINST TESLA, MUSK; INVESTOR ALLEGES THE ELECTRIC CAR MAKER AND ITS CEO SCHEMED TO MANIPULATE THE FIRM'S STOCK PRICE** (San Jose Mercury News - Factiva, 08/11/2018) |
| | | | | | | | | | | | **Shareholders sue Tesla and Elon Musk in the US** (CE NoticiasFinancieras - Factiva, 08/11/2018) |
| | | | | | | | | | | | **SILENT ASSASSIN** (The New Zealand Herald - Factiva, 08/11/2018) |
| | | | | | | | | | | | **Speaking of Business: 'We just wanted to build the craziest, coolest stuff we could'; This week's best quotes in business come from skateboarding, drone delivery, retail, Ford Mustangs, and, as happens frequently, the turbulent world of Elon Musk and Tesla.** (The Seattle Times: Web Edition - Factiva, 08/11/2018) |
| | | | | | | | | | | | **Tesla and Musk sued over tweet** (Houston Chronicle - Factiva, 08/11/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Return | [6] Market Return | [7] Exc. Ind. Return | [8] Predicted Return | [9] Abnormal Return | [10] t-statistic | p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Tesla and the markets: Beckoning the barbarians** (Economist Intelligence Unit - Executive Briefing - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Tesla and the markets: Beckoning the barbarians** (The Economist - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Tesla CEO Musk taunts short sellers amid legal scrutiny** (Postmedia Breaking News - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Tesla CEO sued for tweets about possible exit from the stock market** (CE NoticiasFinancieras - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Tesla fans in Australia losing faith after Elon Musk's tweets and delays to Model 3 car** (Australian Broadcasting Corporation News - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Tesla Model X 100D: Electric show** (CE NoticiasFinancieras - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Tesla plunges, wiping out tweet-fuelled rally in just two days** (U-Wire - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Tesla Seeking Wide Investor Pool For Go-Private Plan** (National Post - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Tesla shareholders who sell if Musk takes electric-car maker private will be big losers for one reason** (CPI Financial - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Tesla short makes fashion statement** (New York Post - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Tesla's Musk accused of fraud over tweets** (AAP Bulletins - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Tesla's Unreal Stock Price Is the Peril of Elon** (The Wall Street Journal - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Wall Street not ready to join Musk fan club** (The Irish Times - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **What happens to an electric vehicle in winter? Many Tesla owners report an overall range reduction of approximately 20 per cent** (The Globe and Mail (Breaking News) - Factiva, 08/11/2018) |
| | | | | | | | | | | | | **Wright Reports Research Report** (Eikon - Manual Entry, 08/11/2018) |
| | | | | | | | | | | | | **What are your fav short shorts** (Musk Tweet - Manual Entry, 08/11/2018 12:01 AM) |
| | | | | | | | | | | | | **Tesla Killers Are Arriving From Jaguar, Porsche, Audi and More** (BN - Bloomberg, 08/11/2018 12:05 AM) |
| | | | | | | | | | | | | **Paired with thigh-high sockboots** (Musk Tweet - Manual Entry, 08/11/2018 12:11 AM) |
| | | | | | | | | | | | | **Unis3x** (Musk Tweet - Manual Entry, 08/11/2018 12:12 AM) |
| | | | | | | | | | | | | **Of course - Replying to @Astro_Kianna** (Musk Tweet - Manual Entry, 08/11/2018 12:14 |
| | | | | | | | | | | | | **Aussie Tesla fans left asking 'dude, where's my car?' after Elon Musk's tweets and delays see them waiting more than three years for Model 3** (Mail Online - Factiva, 08/11/2018 12:34 AM) |
| | | | | | | | | | | | | **And thigh high socks with pockets for lipliner & cards** (Musk Tweet - Manual Entry, 08/11/2018 12:41 AM) |
| | | | | | | | | | | | | **Busted - Replying to @ShorealoneFilms** (Musk Tweet - Manual Entry, 08/11/2018 12:43 AM) |
| | | | | | | | | | | | | **Not if you had a wide elastic at the top** (Musk Tweet - Manual Entry, 08/11/2018 12:51 AM) |
| | | | | | | | | | | | | **He was amazing** (Musk Tweet - Manual Entry, 08/11/2018 01:10 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Fork in Road Looms for Tesla Investors -- WSJ** (Dow Jones Institutional News - Factiva, 08/11/2018 02:32 AM) |
| | | | | | | | | | | | **Tesla Buyout Puts Board On Hot Seat -- WSJ** (Dow Jones Institutional News - Factiva, 08/11/2018 02:32 AM) |
| | | | | | | | | | | | **Tesla Killers Are Arriving From Jaguar, Porsche, Audi and More (1)** (BN - Bloomberg, 08/11/2018 04:43 AM) |
| | | | | | | | | | | | **It's Not Just Jack: Other Chief Executives Who Pull Double Duty -- Barron's** (Dow Jones Institutional News - Factiva, 08/11/2018 06:00 AM) |
| | | | | | | | | | | | **Options -- The Striking Price: Riding Tesla's Volatile Shares -- Barron's** (Dow Jones Institutional News - Factiva, 08/11/2018 06:00 AM) |
| | | | | | | | | | | | **Up & Down Wall Street: Musk's Minsky Moment? -- Barron's** (Dow Jones Institutional News - Factiva, 08/11/2018 06:00 AM) |
| | | | | | | | | | | | **'Fraudster Move': Elon Musk Sued for Manipulating Stock Prices Through Twitter** (Sputnik News Service - Factiva, 08/11/2018 06:40 AM) |
| | | | | | | | | | | | **Hey Elon Musk, where's the funding to take Tesla private? Opinion: If Musk can't prove his contention that funding was secured for Tesla to go private, he needs to resign** (MarketWatch - Factiva, 08/11/2018 06:59 AM) |
| | | | | | | | | | | | **Tesla's Amazing. Tesla's Horrible. The Bulls and Bears Speak.** (BN - Bloomberg, 08/11/2018 07:00 AM) |
| | | | | | | | | | | | **The week in energy Electric boogaloo** (Financial Times - Manual Entry, 08/11/2018 07:15 |
| | | | | | | | | | | | **Musk's plan to take Tesla private and allow outside shareholders is not an easy path; Musk's idea of a special purpose fund is unwieldy, meant for angel investors and small start-ups** (MarketWatch - Factiva, 08/11/2018 07:20 AM) |
| | | | | | | | | | | | **Elon Musk's tweet about taking Tesla private might be ethically questionable, but it isn't morally wrong (TSLA)** (Business Insider - Factiva, 08/11/2018 08:57 AM) |
| | | | | | | | | | | | **Elon Musk and Tesla accused of fraud by short-sellers after 'going private' tweet** (Independent Online - Factiva, 08/11/2018 10:20 AM) |
| | | | | | | | | | | | **TESLA SAID TO HIRE LEAD DESIGNER BEHIND VOLVO'S SUV: ELECTREK** (BN - Bloomberg, 08/11/2018 10:24 AM) |
| | | | | | | | | | | | **MW UPDATE: Hey Elon Musk, where's the funding to take Tesla private?** (MarketWatch - Factiva, 08/11/2018 10:59 AM) |
| | | | | | | | | | | | **Musk's half-baked plan threatens Tesla's dream** (The Telegraph Online - Factiva, 08/11/2018 11:06 AM) |
| | | | | | | | | | | | **Musk's fight with short sellers advanced by first lawsuit over Tesla's going-private tease; Suit questions funding sources, disclosure as analysts continue to scrutinize unusual proposal** (MarketWatch - Factiva, 08/11/2018 11:10 AM) |
| | | | | | | | | | | | **MW UPDATE: Musk's plan to take Tesla private and allow outside shareholders is not an easy path** (MarketWatch - Factiva, 08/11/2018 11:20 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **EXCLUSIVE-Saudi Arabia's PIF has shown no interest in bankrolling Tesla buyout - sources** (Reuters News - Factiva, 08/11/2018 11:57 AM) |
| | | | | | | | | | | | **EXCLUSIVE-SAUDI ARABIA'S SOVEREIGN WEALTH FUND PIF HAS SHOWN NO INTEREST IN FINANCING A TAKE-PRIVATE DEAL FOR TESLA INC - SOURCES** (Reuters News - Factiva, 08/11/2018 11:57 AM) |
| | | | | | | | | | | | **Combative Tesla chief divides Wall Street** (Shanghai Daily Online - Factiva, 08/11/2018 12:01 PM) |
| | | | | | | | | | | | **Tesla's Elon Musk sued following proposal to take firm private** (London Evening Standard Online - Factiva, 08/11/2018 12:12 PM) |
| | | | | | | | | | | | **SAUDI PIF HAS SHOWN NO INTEREST IN FINANCING TESLA BUYOUT: RTRS** (BFW - Bloomberg, 08/11/2018 12:17 PM) |
| | | | | | | | | | | | **Saudi Fund Has Shown No Interest in Financing Tesla Buyout: Rtrs** (BFW - Bloomberg, 08/11/2018 12:26 PM) |
| | | | | | | | | | | | **So Apple IS planning to build a driverless car? Silicon valley titan poaches Elon Musk's former chief Tesla engineer** (Mail Online - Factiva, 08/11/2018 01:16 PM) |
| | | | | | | | | | | | **Tesla CEO Musk taunts short sellers amid legal scrutiny** (The Canadian Press - Broadcast wire - Factiva, 08/11/2018 01:26 PM) |
| | | | | | | | | | | | **Production design will be better** (Musk Tweet - Manual Entry, 08/11/2018 01:42 PM) |
| | | | | | | | | | | | **MUSK: PRIMARY FOCUS MUST REMAIN ON MAKING AFFORDABLE MODEL 3** (BN - Bloomberg, 08/11/2018 01:53 PM) |
| | | | | | | | | | | | **Musk Says Primary Focus Must Remain on Making Affordable Model 3** (BFW - Bloomberg, 08/11/2018 01:56 PM) |
| | | | | | | | | | | | **MUSK RESPONDING TO A QUERY ABOUT ROADSTER ON TWITTER** (BN - Bloomberg, 08/11/2018 01:59 PM) |
| | | | | | | | | | | | **S3 Partners: Tesla Shorts Haven't Gone Anywhere** (Benzinga.com - Factiva, 08/11/2018 02:01 PM) |
| | | | | | | | | | | | **Investors sue Tesla's Musk over go-private tweets** (Agence France Presse - Factiva, 08/11/2018 02:20 PM) |
| | | | | | | | | | | | **Robot uprising postponed to 2020** (Financial Times - Manual Entry, 08/11/2018 02:33 PM) |
| | | | | | | | | | | | **Thanks, great feedback** (Musk Tweet - Manual Entry, 08/11/2018 02:36 PM) |
| | | | | | | | | | | | **Thoughts for the weekend** (Financial Times - Manual Entry, 08/11/2018 02:38 PM) |
| | | | | | | | | | | | **Great Q&A @defcon last night** (Musk Tweet - Manual Entry, 08/11/2018 02:42 PM) |
| | | | | | | | | | | | **MUSK: PLANNING TO OPEN-SOURCE TESLA VEHICLE SECURITY SOFTWARE** (BFW - Bloomberg, 08/11/2018 02:44 PM) |
| | | | | | | | | | | | **Musk: Planning to Open-Source Tesla Vehicle Security Software** (BFW - Bloomberg, 08/11/2018 02:54 PM) |
| | | | | | | | | | | | **'A private life is a happy life': Here's what Wall Street is saying about Tesla's plan to leave the stock market (TSLA)** (Business Insider - Factiva, 08/11/2018 02:55 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Return | [6] Market Return | [7] Exc. Ind. Return | [8] Predicted Return | [9] Abnormal Return | [10] t-statistic | [11] p-Value | [12] Abnormal Price Reaction | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | MW UPDATE: Musk's fight with short sellers advanced by first lawsuit over Tesla's going private tease (MarketWatch - Factiva, 08/11/2018 03:10 PM) |
| | | | | | | | | | | | | Two lawsuits accuse Elon Musk of false statements to boost Tesla share price (CNN Wire - Factiva, 08/11/2018 05:59 PM) |
| | | | | | | | | | | | | Two lawsuits accuse Elon Musk of false statements to boost Tesla share price (CNN Wire - Factiva, 08/11/2018 06:22 PM) |
| | | | | | | | | | | | | Tesla CEO Musk taunts short sellers amid legal scrutiny (Associated Press Newswires - Factiva, 08/11/2018 06:23 PM) |
| | | | | | | | | | | | | Tesla CEO Musk taunts short sellers amid legal scrutiny (The Canadian Press - Factiva, 08/11/2018 06:23 PM) |
| | | | | | | | | | | | | Two lawsuits accuse Elon Musk of false statements to boost Tesla share price (CNN Wire - Factiva, 08/11/2018 06:28 PM) |
| | | | | | | | | | | | | Musk selects overdrive in battle with Tesla critics (sundaytimes.co.uk - Factiva, 08/11/2018 08:01 PM) |
| | | | | | | | | | | | | Tesla: Musk's tweet a bridge too far? (Agence France Presse - Factiva, 08/11/2018 09:31 PM) |
| 8/12/2018 | Sun | | | | | | | | | | | Elon Musk's tweet draws Tesla investor lawsuit over share price swings (ArabianBusiness.com - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Elon Musk's wild ambitions road-tested by reality (The Sunday Telegraph - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Apple in car rumour after Tesla swoop (The Sunday Mirror - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Combative Tesla chief divides Wall Street (Shanghai Daily - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Dow Jones Futures: Turkey's Lira Dives, Tesla In Focus; Watch These 3 Top Stocks Near Buy Points (Investor's Business Daily - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Furious investors slam the brakes on Tesla's buyout bid (The Sunday Telegraph - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Musk no longer scaring shorts with Tesla tweets (The Sunday Independent - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Musk rips up playbook with plan to take Tesla private (The San Francisco Chronicle - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Musk selects overdrive in battle with Tesla critics (The Sunday Times - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Musk selects overdrive in war with Tesla critics (The Sunday Times - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Musk taunts 'short' sellers on Twitter despite earlier tweet sparking SEC probe (Boston Herald - Factiva, 08/12/2018) |
| | | | | | | | | | | | | MUSK'S BUYOUT BID RAISES EYEBROWS (Sunday Star-Times - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Musk's halfbaked plan threatens Tesla dream (The Sunday Telegraph - Factiva, 08/12/2018) |
| | | | | | | | | | | | | Saudi Arabia starts to weaponize its wealth (Korea Times - Factiva, 08/12/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Return | [6] Market Return | [7] Exc. Ind. Return | [8] Predicted Return | [9] Abnormal Return | [10] t-statistic | [11] p-Value | [12] Abnormal Price Reaction | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Saudi Arabia's PIF has no plans to back Tesla buyout - report** (ArabianBusiness.com - Factiva, 08/12/2018) |
| | | | | | | | | | | | | **Saudi Arabia's PIF has not shown interest in bankrolling Tesla buyout** (CPI Financial - Factiva, 08/12/2018) |
| | | | | | | | | | | | | **Saudi fund said to be in talks to invest in Tesla buyout deal** (latimes.com - Factiva, 08/12/2018) |
| | | | | | | | | | | | | **Saudi's PIF in talks to become significant investor in Tesla** (ArabianBusiness.com - Factiva, 08/12/2018) |
| | | | | | | | | | | | | **Tesla board to meet on Musk's 'go private' plan.** (Just-Auto - Factiva, 08/12/2018) |
| | | | | | | | | | | | | **Tesla boss lawsuit** (Sunday Mail - Factiva, 08/12/2018) |
| | | | | | | | | | | | | **Tesla CEO Musk accused in lawsuit of defrauding shareholders** (U-Wire - Factiva, 08/12/2018) |
| | | | | | | | | | | | | **Tesla taunts through Twitter** (The Calgary Sun - Factiva, 08/12/2018) |
| | | | | | | | | | | | | **Tesla taunts through Twitter** (The Edmonton Sun - Factiva, 08/12/2018) |
| | | | | | | | | | | | | **Tesla, Elon Musk facing lawsuits over tweets to take company private** (USA Today Online - Factiva, 08/12/2018) |
| | | | | | | | | | | | | **The Privatization Of Tesla Stray Tweet Or Game Changing News** (Seeking Alpha.com - Manual Entry, 08/12/2018 02:23 AM) |
| | | | | | | | | | | | | **Tesla investors angered at Musk's $420 lowball deal** (The Telegraph Online - Factiva, 08/12/2018 03:00 AM) |
| | | | | | | | | | | | | **Saudi Arabia''s PIF has not shown interest in bankrolling Tesla buyout** (Mist News - Factiva, 08/12/2018 06:28 AM) |
| | | | | | | | | | | | | **After Tesla Buyout Tweet, Some Investors Wonder: Where Was Nasdaq?** (Dow Jones Institutional News - Factiva, 08/12/2018 09:00 AM) |
| | | | | | | | | | | | | **After Tesla Buyout Tweet, Some Investors Wonder: Where Was Nasdaq? Elon Musk's 'financing secured' buyout tweet last week touched off 80 minutes of frenzied trading before Nasdaq called a halt** (The Wall Street Journal Online - Factiva, 08/12/2018 09:00 AM) |
| | | | | | | | | | | | | **Blacklane Introduces Chauffeured Green Class with Teslas** (GlobeNewswire - Factiva, 08/12/2018 09:00 AM) |
| | | | | | | | | | | | | **Elon Musk's tweeting habits serve as a useful lesson to modern CEOs** (Independent Online - Factiva, 08/12/2018 09:05 AM) |
| | | | | | | | | | | | | **SAUDI FUND SAID TO BE IN TALKS TO INVEST IN TESLA BUYOUT DEAL** (BN - Bloomberg, 08/12/2018 09:06 AM) |
| | | | | | | | | | | | | **Model 3 Performance testing in Alaska** (Musk Tweet - Manual Entry, 08/12/2018 12:05 PM) |
| | | | | | | | | | | | | **Saudi Arabia Explores Investment in Tesla's Take-Private Deal - Reports** (Sputnik News Service - Factiva, 08/12/2018 12:34 PM) |
| | | | | | | | | | | | | **Did Nasdaq drop the ball after Elon Musk's going-private tweet? Criticism over 80-minute delay before halting trading** (MarketWatch - Factiva, 08/12/2018 12:37 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | [10]<br>t-statistic | [11]<br>p-Value | [12]<br>Abnormal<br>Price<br>Reaction | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Elon Musk's ambitions are being road-tested by reality** (The Telegraph Online - Factiva, 08/12/2018 01:00 PM) |
| | | | | | | | | | | | | **Correction to 'After Tesla Buyout Tweet, Some Investors Wonder: Where Was Nasdaq?'** (Dow Jones Institutional News - Factiva, 08/12/2018 01:05 PM) |
| | | | | | | | | | | | | **Tesla Killers Are Arriving From Jaguar, Porsche, Audi and More** (BN - Bloomberg, 08/12/2018 01:42 PM) |
| | | | | | | | | | | | | **Tesla 2025 Bonds One Year In** (Seeking Alpha.com - Manual Entry, 08/12/2018 01:46 PM) |
| | | | | | | | | | | | | **U.S. WEEKEND WRAP: Erdogan Defiant as Turkey Slips Toward Crisis** (BFW - Bloomberg, 08/12/2018 02:00 PM) |
| | | | | | | | | | | | | **Tesla's surging stock has cost short sellers $3 billion this month (TSLA)** (Business Insider - Factiva, 08/12/2018 03:10 PM) |
| | | | | | | | | | | | | **Musk Tweet Draws Tesla Investor Lawsuits Over Share Price Jump** (BN - Bloomberg, 08/12/2018 03:27 PM) |
| | | | | | | | | | | | | **Saudi Arabia eyes enlarged stake in Musk's private Tesla** (The Telegraph Online - Factiva, 08/12/2018 04:10 PM) |
| | | | | | | | | | | | | **UPDATE 1-EXCLUSIVE-Saudi Arabia's PIF has shown no interest in bankrolling Tesla buyout - sources** (Reuters News - Factiva, 08/12/2018 04:16 PM) |
| | | | | | | | | | | | | **Exclusive: Saudi Arabia's PIF has shown no interest in bankrolling Tesla buyout - sources** (Reuters News - Factiva, 08/12/2018 04:20 PM) |
| | | | | | | | | | | | | **Elon Musk sparks fury privatising Tesla 'on the CHEAP' after Twitter announcement** (express.co.uk - Factiva, 08/12/2018 04:25 PM) |
| | | | | | | | | | | | | **Tesla move shows lack of appeal in market** (The Telegraph Online - Factiva, 08/12/2018 04:43 PM) |
| | | | | | | | | | | | | **SOFTBANK SAID TO SHUN TESLA DEAL AMID FOCUS ON OTHER CAR BETS** (BFW - Bloomberg, 08/12/2018 06:36 PM) |
| | | | | | | | | | | | | **SoftBank Is Said to Shun Tesla Deal Amid Focus on Other Car Bets** (BN - Bloomberg, 08/12/2018 06:38 PM) |
| | | | | | | | | | | | | **Model 3 traction testing** (Musk Tweet - Manual Entry, 08/12/2018 06:42 PM) |
| | | | | | | | | | | | | **Giant Saudi fund emerges as backer of bid for Elon Musk's Tesla** (thetimes.co.uk - Factiva, 08/12/2018 08:01 PM) |
| | | | | | | | | | | | | **Report: Saudi Arabia is looking to invest big in Tesla as the company teases going private** (Business Insider - Factiva, 08/12/2018 08:45 PM) |
| | | | | | | | | | | | | **After Tesla Buyout Tweet, Some Wonder: Where Was Nasdaq?** (Dow Jones Institutional News - Factiva, 08/12/2018 09:00 PM) |
| | | | | | | | | | | | | **Public or Private, Tesla Fans Are Along for the Ride** (Dow Jones Newswires Chinese (English) - Factiva, 08/12/2018 11:14 PM) |
| | | | | | | | | | | | | **Tesla Said to Draw Saudi Interest as Board Prepares to Meet (1)** (BN - Bloomberg, 08/12/2018 11:35 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| 8/13/2018 | Mon | 10,463,881 | $356.41 | 0.26% | -0.25% | -1.49% | -0.69% | 0.95% | 0.37 | 71.12% | $3.37 | **Elon Musk Blog Post Reveals How He Plans To Take Tesla Private** (Investor's Business Daily - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk defends decision to announce plans to take Tesla private** (Mashable.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk names Saudi wealth fund as Tesla's funding source** (CNET News.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk names Saudi wealth fund as Tesla's funding source** (CNET News.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk says in talks with Saudis on taking Tesla private** (ArabianBusiness.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk says the Saudi sovereign fund wants to get Tesla out of the stock market** (CE NoticiasFinancieras - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Hagens Berman Sobol Shapiro LLP Files Securities Class Action Against Tesla, Inc. (NASDAQ: TSLA) and Elon Musk For False Market Moving Tweet** (iCrowdNewswire - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Hagens Berman Sobol Shapiro LLP Files Securities Class Action Against Tesla, Inc. (NASDAQ: TSLA) and Elon Musk For False Market Moving Tweet** (Public Eye - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Nasdaq Faulted Over Tesla** (The Wall Street Journal - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **SoftBank to shun Tesla deal as it focuses on ridesharing, autonomous vehicles** (ArabianBusiness.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | ***SEC Globe/AP say Musk keeps tweeting despite SEC probe** (Canada Stockwatch - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **06:13 EDT Saudi Arabia's PIF has shown no interest in funding Tesla buyout,...** (Theflyonthewall.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **06:35 EDT SoftBank to shun Tesla deal as it focuses on other car bets, Bloomberg...** (Theflyonthewall.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **09:05 EDT Tesla CEO Musk proivdes update on taking Tesla private** (Theflyonthewall.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **09:06 EDT Tesla CEO Musk provides update on taking Tesla privateTesla CEO Elon...** (Theflyonthewall.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **09:07 EDT Tesla: Left meeting with 'no question' deal with Saudi fund could be...** (Theflyonthewall.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **09:08 EDT Tesla CEO says said 'funding secured' after meeting with Saudi fund** (Theflyonthewall.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **09:08 EDT Tesla CEO says will continue to talk with investorsCEO Elon Musk says...** (Theflyonthewall.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **09:09 EDT Tesla CEO: Going-private deal 'would not be like standard LBO'** (Theflyonthewall.com - Factiva, 08/13/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | [10]<br>t-statistic | [11]<br>p-Value | [12]<br>Abnormal<br>Price<br>Reaction | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **09:09 EDT Tesla CEO: Saudi fund recently bought almost 5% of Tesla stock** (Theflyonthewall.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **09:10 EDT Tesla: Approx. 2/3 of shares owned by investors would roll over into...** (Theflyonthewall.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **5 things you need to know to start the day** (CE NoticiasFinancieras - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **A Saudi fund would take Tesla out of the Stock Exchange: Elon Musk** (CE NoticiasFinancieras - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **AN adds mobility tech reporter** (Automotive News - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Blacklane Introduces Chauffeured Green Class with Teslas** (The Zimbabwean - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **CFRA Equity Research Research Report** (Capital IQ - Manual Entry, 08/13/2018) |
| | | | | | | | | | | | | **Chinese Tesla rival files to raise $1.8 billion in U.S. IPO** (Silicon Valley/San Jose Business Journal Online - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **David Booth: Who can afford to take Tesla private? Well, the Saudis for one** (Postmedia Breaking News - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Denholm's Tesla gig a tidy earner (The Australian - Online - Factiva, 08/13/2018)** |
| | | | | | | | | | | | | **Dow Jones Futures Fall: Turkey's Lira, Tesla In Focus; Watch These 3 Top Stocks Near Buy Points** (Investor's Business Daily - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Dow Jones Futures: Turkey's Lira, Tesla In Focus; Watch These 3 Top Stocks Near Buy Points** (Investor's Business Daily - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Dow Jones Futures: Why This Stock Breakout Is Special; Tesla Rival Files For IPO** (Investor's Business Daily - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **EDITORIAL: Time for Tesla to perform** (The Buffalo News (Tribune Content Agency) - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk confirms Saudi sovereign fund wants to pull Tesla off market** (EFE News Service - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk defends his 'funding secured' tweet to take Tesla private** (The Hamilton Spectator - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk faces legal action over 1 little tweet (and a big share price jump)** (CNET News.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk reveals funding for taking Tesla private: Saudi oil money** (San Francisco Chronicle: Web Edition - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk says he is talking with the Saudis about pulling Tesla out of the stock exchange\*\*\* TRANSLATED \*\*\*** (STT - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk says he is talking with the Saudis about pulling Tesla out of the stock exchange\*\*\* TRANSLATED \*\*\*** (STT - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk Says Saudi Interest Sparked Effort to Take Tesla Private** (Industry Week - Factiva, 08/13/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Return | [6] Market Return | [7] Exc. Ind. Return | [8] Predicted Return | [9] Abnormal Return | t-statistic | [10] p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Elon Musk says Saudi investment fund could help him take Tesla private** (Minnesota Public Radio: Web Edition Articles - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk says Saudi investment fund could help him take Tesla private** (Minnesota Public Radio: Web Edition Articles - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Elon Musk: Saudi Arabia could finance Tesla's withdrawal from the stock exchange*** TRANSLATED *** (STT - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **First lawsuits filed over Elon Musk's Tesla privatisation tweets** (V3 - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Former Tesla exec returns to Apple** (German Collection - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Founders of these 10 top-valued unicorns are sitting on paper wealth of about $60B** (Silicon Valley/San Jose Business Journal Online - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Giant Saudi fund emerges as backer of bid for Tesla** (The Times - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Increased investor nervousness over how Elon Musk uses social media** (CE NoticiasFinancieras - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Investors sue Tesla, Musk over going-private proposal** (EJ Insight - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Investors sue Tesla's Musk over go-private tweets** (The New Paper - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Is Tesla better off private? Avoiding public scrutiny would help, but not enough** (Automotive News - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **It's Not Just Jack: Other Chief Executives Who Pull Double Duty** (Barron's - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Lawsuits accuse Tesla's Musk of fraud over going-private talk** (China Daily - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Lawsuits accuse Tesla's Musk of fraud over going-private talk** (China Daily-Hong Kong Edition - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Led by Tesla, these big Silicon Valley employers ramped up hiring the most since the Great Recession** (Silicon Valley/San Jose Business Journal Online - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **LEGAL ROW OVER MUSK TESLA PLAN** (City AM - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **M&A Opportunity \| Tesla Inc.** (The Deal - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Millennium BCP Research Report** (Capital IQ - Manual Entry, 08/13/2018) |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Capital IQ - Manual Entry, 08/13/2018) |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Capital IQ - Manual Entry, 08/13/2018) |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Capital IQ - Manual Entry, 08/13/2018) |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Eikon - Manual Entry, 08/13/2018) |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Eikon - Manual Entry, 08/13/2018) |
| | | | | | | | | | | | | **Morningstar Inc. Research Report** (Capital IQ - Manual Entry, 08/13/2018) |
| | | | | | | | | | | | | **Morningstar Inc. Research Report** (Eikon - Manual Entry, 08/13/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Musk Confirms Saudi Wealth Fund Wants To Take Tesla Private; Elaborates Process** (CE NoticiasFinancieras - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk Confirms Saudi Wealth Fund Wants To Take Tesla Private; Elaborates Process** (RTT News - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk reveals one driver behind taking-Tesla-private plan** (Daily News Egypt - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk says he's talking with Saudi fund to take Tesla private** (Postmedia Breaking News - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk says Saudi fund expressed support for taking Tesla private; Riyadh pushes for Tesla's privatization: Musk** (The Daily Star - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk taunts Tesla 'short sellers'** (The New Zealand Herald - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk touts Saudi backing for $72bn Tesla buyout** (Citywire - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk will not merge SpaceX with Tesla** (Inside Satellite TV - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk: Saudi sovereign fund can assure Tesla's exit from stock market** (CE NoticiasFinancieras - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk's Backstory On Taking Tesla Private Suggests Tweet Jumped The Gun** (Forbes.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk's Backstory On Taking Tesla Private Suggests Tweet Jumped The Gun** (Forbes.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk's Minsky Moment?** (Barron's - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Musk's Strategy, Funding Needs Come Into Focus** (The Deal - Factiva, 08/13/2018) |
| | | | | | | | | | | | **On Tesla going private, Elon Musk admits he doesn't have 'funding secured'** (latimes.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Report : SoftBank To Avoid Tesla Deal As It Focuses On Other Car Bets** (CE NoticiasFinancieras - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Report : SoftBank To Avoid Tesla Deal As It Focuses On Other Car Bets** (RTT News - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Report: Tesla board plans talks with financial advisers to explore buyout** (SNL Canada Energy Week - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Report: Tesla board plans talks with financial advisers to explore buyout** (SNL Power Daily with Market Report - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Report: Tesla seeking large group of investors for Musk's take-private proposal** (SNL Energy Finance Daily - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Report: Tesla seeking large group of investors for Musk's take-private proposal** (SNL Financial Services Daily - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Riding Tesla's Volatile Shares** (Barron's - Factiva, 08/13/2018) |
| | | | | | | | | | | | **Saudi Arabia eyes enlarged stake in Musk's private Tesla** (The Daily Telegraph - Factiva, 08/13/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Saudi Arabia might be interested in helping Tesla go private (Mashable.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | Saudi Arabia's sovereign wealth fund looking to take Tesla private (U-Wire - Factiva, 08/13/2018) |
| | | | | | | | | | | | Saudi fund will be Musk's main source of money to get Tesla out of stock market (CE NoticiasFinancieras - Factiva, 08/13/2018) |
| | | | | | | | | | | | Saudi fund would raise investment in Tesla with Musk plan to take it out of stock (CE NoticiasFinancieras - Factiva, 08/13/2018) |
| | | | | | | | | | | | Saudi oil money may give Elon Musk the private Tesla of his dreams (Washington Post.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | Saudi PIF in talks to fund Tesla's bid - CEO (Mubasher - Factiva, 08/13/2018) |
| | | | | | | | | | | | Saudi wealth fund may invest in Musk's electric car; Tesla and Musk sued by investors in proposed US class-action complaints (The Irish Times - Factiva, 08/13/2018) |
| | | | | | | | | | | | Saudis Would Back Deal To Take Tesla Private, Says Musk (Silicon.co.uk - Factiva, 08/13/2018) |
| | | | | | | | | | | | SHAREHOLDER ALERT: Kaskela Law LLC Announces Shareholder Class Action Lawsuit Filed Against Tesla, Inc. and Elon Musk, and Encourages Investors to Contact the Firm (iCrowdNewswire - Factiva, 08/13/2018) |
| | | | | | | | | | | | Short Sellers Sue Tesla Over Shock Elon Musk Tweet (Silicon.co.uk - Factiva, 08/13/2018) |
| | | | | | | | | | | | Social Media And Reporting Issuers (Mondaq Business Briefing - Factiva, 08/13/2018) |
| | | | | | | | | | | | Stocks - Harley Davidson Drops in Pre-market; Tesla Gains; Nielsen Soars (Investing.com - Factiva, 08/13/2018) |
| | | | | | | | | | | | Stocks fall; Tesla CEO says he's talking with Saudi fund (The Post and Courier: Web Edition Articles - Factiva, 08/13/2018) |
| | | | | | | | | | | | Stocks Open Higher As Tesla, Nielsen, Amazon Take Early Gains (Investor's Business Daily - Factiva, 08/13/2018) |
| | | | | | | | | | | | Tesla CEO Elon Musk: Saudis could finance bid to go private (USA Today Online - Factiva, 08/13/2018) |
| | | | | | | | | | | | Tesla CEO's Twitter taunts continue despite legal woes (The Globe and Mail - Factiva, 08/13/2018) |
| | | | | | | | | | | | Tesla is bringing Model 3 to Australia and New Zealand ahead of international launch (The New Dawn - Factiva, 08/13/2018) |
| | | | | | | | | | | | Tesla move shows lack of appeal in market (The Daily Telegraph - Factiva, 08/13/2018) |
| | | | | | | | | | | | Tesla princely sums (Financial Times - Manual Entry, 08/13/2018) |
| | | | | | | | | | | | Tesla Shutters a Dozen Solar Facilities (CE Think Tank Newswire - Factiva, 08/13/2018) |
| | | | | | | | | | | | Tesla slapped with short-seller lawsuits as deep-pocketed backer fails to materialize (Pacific Business News Online - Factiva, 08/13/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Return | [6] Market Return | [7] Exc. Ind. Return | [8] Predicted Return | [9] Abnormal Return | t-statistic | [10] p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Tesla slapped with short-seller lawsuits as deep-pocketed backer fails to materialize** (Silicon Valley/San Jose Business Journal Online - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Tesla statement: Musk admits he doesn't have "funding secured" for Tesla privatisation plan** (V3 - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Tesla, Theranos, Yahoo keep SEC's San Francisco office busy** (San Francisco Chronicle: Web Edition - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **The Daily Deal: Musk and the Saudis; the Turkish Lira and European Banks** (The Deal - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **The private musings and short fuse of Elon Musk** (Chicago Tribune - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **The private musings and short fuse of Elon Musk** (Daily Southtown - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **The private musings and short fuse of Elon Musk** (Lake County News-Sun - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **The private musings and short fuse of Elon Musk** (The Beacon News - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **They will decide if Tesla 'reverses' on Wall Street** (CE NoticiasFinancieras - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Time for Tesla to perform; It will take time but it wouldn't hurt to adopt some Silicon Valley resilience** (Buffalo News - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Two Wall Street investors file complaints against Elon Musk** (French Collection - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Valener utility leans on Tesla battery banks to get through Vt. heatwave** (SNL Canada Energy Week - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **What Musk's Tesla Tweet Can Teach GCs About Damage Control** (Broward Daily Business Review - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **What Musk's Tesla Tweet Can Teach GCs About Damage Control** (Miami Daily Business Review - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **What Musk's Tesla Tweet Can Teach GCs About Damage Control** (Palm Beach Daily Business Review - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **When it comes to Twitter, Elon Musk is teaching other CEOs how it's done (The Independent - Factiva, 08/13/2018)** |
| | | | | | | | | | | | | **When it comes to Twitter, Elon Musk is teaching other CEOs how its done** (The Independent - Factiva, 08/13/2018) |
| | | | | | | | | | | | | **Tesla's slow disclosure raises governance, social media concerns** (Reuters News - Factiva, 08/13/2018 12:00 AM) |
| | | | | | | | | | | | | **Nasdaq Faulted Over Tesla -- WSJ** (Dow Jones Institutional News - Factiva, 08/13/2018 02:32 AM) |
| | | | | | | | | | | | | **WILLIAMS: TAKE-PRIVATE DEALS ATTRACTIVE FOR CAP-EX HEAVY FIRMS** (BN - Bloomberg, 08/13/2018 03:47 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | WILLIAMS: PRIVATE MARKETS ARE NATURAL AREA FOR TECH COS TO GROW (BN - Bloomberg, 08/13/2018 03:49 AM) |
| | | | | | | | | | | | Williams: Take-Private Deals Attractive for Cap-Ex Heavy Firms (BFW - Bloomberg, 08/13/2018 04:01 AM) |
| | | | | | | | | | | | Tesla Said to Draw Saudi Interest as Board Prepares to Meet (2) (BN - Bloomberg, 08/13/2018 04:41 AM) |
| | | | | | | | | | | | MW Why Elon Musk's $420 tweet could signal gloom for the stock market (MarketWatch - Factiva, 08/13/2018 05:01 AM) |
| | | | | | | | | | | | Musk Looks to Take Tesla Private; Tweet on what would be a mammoth buyout surprises investors, drives stock up 11% (Private Equity News - Factiva, 08/13/2018 05:32 AM) |
| | | | | | | | | | | | Saudi funds in possible talks to invest in Tesla deal (Mist News - Factiva, 08/13/2018 05:51 AM) |
| | | | | | | | | | | | Trump tariffs risk putting brake on US electric cars (Financial Times - Manual Entry, 08/13/2018 06:12 AM) |
| | | | | | | | | | | | TESLA BOARD LIKELY TO REJECT MUSK'S OFFER/APPROACH: NEW STREET (BFW - Bloomberg, 08/13/2018 06:13 AM) |
| | | | | | | | | | | | SPACEX MAY PLAY CRUCIAL ROLE IN A PRIVATE TESLA: MORGAN STANLEY (BFW - Bloomberg, 08/13/2018 06:15 AM) |
| | | | | | | | | | | | Saudi Fund in talks to invest in Tesla buyout deal (Mist News - Factiva, 08/13/2018 06:19 AM) |
| | | | | | | | | | | | What We Don't Know About Musk's Plans for Tesla: Fully Charged (BN - Bloomberg, 08/13/2018 07:00 AM) |
| | | | | | | | | | | | Here's How Traders May React to the Turkey Crisis: Taking Stock (BN - Bloomberg, 08/13/2018 07:12 AM) |
| | | | | | | | | | | | SpaceX May Play Role in Tesla Going Private: Morgan Stanley (BFW - Bloomberg, 08/13/2018 07:18 AM) |
| | | | | | | | | | | | Daily briefing Turkish lira low, failed blockbusters, 'ghost' weapons (Financial Times - Manual Entry, 08/13/2018 07:44 AM) |
| | | | | | | | | | | | SpaceX seen as a factor in Tesla privatization deal (Seeking Alpha.com - Manual Entry, 08/13/2018 08:01 AM) |
| | | | | | | | | | | | M&A Watch N.A.: Express Scripts, Nielsen, Trinidad Drilling (BFW - Bloomberg, 08/13/2018 08:34 AM) |
| | | | | | | | | | | | Update on Taking Tesla Private (Musk Blog - Manual Entry, 08/13/2018 08:59 AM) |
| | | | | | | | | | | | Elon Musk's Surprise Tweet Complicates Tesla's Debt Picture (Dow Jones Institutional News - Factiva, 08/13/2018 09:00 AM) |
| | | | | | | | | | | | Here's the lesson Michael Dell can teach Elon Musk about taking a company private; The case for taking Tesla private may seem compelling â€" but check the data (MarketWatch - Factiva, 08/13/2018 09:01 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **TESLA BLOG: UPDATE ON TAKING TESLA PRIVATE - ELON MUSK AUG. 13,** (BN - Bloomberg, 08/13/2018 09:01 AM) |
| | | | | | | | | | | | **Update on Taking Tesla Private** (Musk Tweet - Manual Entry, 08/13/2018 09:02 AM) |
| | | | | | | | | | | | **MUSK: SAUDI FUND BOUGHT ALMOST 5% OF TESLA STOCK** (BN - Bloomberg, 08/13/2018 09:02 AM) |
| | | | | | | | | | | | **MUSK SAYS NOTIFIED TESLA BOAD AUG. 2 ON WANTING TO PRIVATIZE** (BFW - Bloomberg, 08/13/2018 09:02 AM) |
| | | | | | | | | | | | **TESLA INC'S ELON MUSK SAYS ON AUGUST 2ND, NOTIFIED TESLA BOARD THAT, IN HIS PERSONAL CAPACITY, HE WANTED TO TAKE TESLA PRIVATE AT $420 PER SHARE** (Reuters News - Factiva, 08/13/2018 09:03 AM) |
| | | | | | | | | | | | **MUSK: SAUDI FUND APPROACHED 'MULTIPLE TIMES' ON GOING PRIVATE** (BN - Bloomberg, 08/13/2018 09:03 AM) |
| | | | | | | | | | | | **MUSK: ENGAGED ADVISORS TO INVESTIGATE RANGE OF OPTIONS** (BN - Bloomberg, 08/13/2018 09:03 AM) |
| | | | | | | | | | | | **MUSK:$70B REPORTED PRICE OVERSTATES ACTUAL CAPITAL RAISE NEEDED** (BN - Bloomberg, 08/13/2018 09:03 AM) |
| | | | | | | | | | | | **TESLA'S ELON MUSK SAYS MANAGING DIRECTOR OF SAUDI FUND EXPRESSED REGRET I HAD NOT MOVED FORWARD PREVIOUSLY ON GOING PRIVATE DEAL WITH THEM** (Reuters News - Factiva, 08/13/2018 09:04 AM) |
| | | | | | | | | | | | **MUSK SAYS MOST CAPITAL WOULD BE FUNDED BY EQUITY, NOT DEBT** (BN - Bloomberg, 08/13/2018 09:04 AM) |
| | | | | | | | | | | | **TESLA GAINS 1.8% PRE-MKT AFTER BLOG POST ON GO-PRIVATE TALKS** (BFW - Bloomberg, 08/13/2018 09:05 AM) |
| | | | | | | | | | | | **MUSK: SAUDI FUND BOUGHT ALMOST 5% STAKE IN TESLA** (BN - Bloomberg, 08/13/2018 09:05 AM) |
| | | | | | | | | | | | **TESLA'S ELON MUSK SAYS FOLLOWING AUG 7TH ANNOUNCEMENT, I HAVE CONTINUED TO COMMUNICATE WITH MANAGING DIRECTOR OF SAUDI FUND** (Reuters News - Factiva, 08/13/2018 09:06 AM) |
| | | | | | | | | | | | **TESLA'S ELON MUSK SAYS IN JULY 31ST MEETING, MANAGING DIRECTOR OF SAUDI FUND EXPRESSED SUPPORT FOR FUNDING GOING PRIVATE DEAL FOR TESLA AT THIS TIME** (Reuters News - Factiva, 08/13/2018 09:06 AM) |
| | | | | | | | | | | | **MUSK: SAUDI FUND EXPRESSED SUPPORT FOR FUNDING GOING PRIVATE** (BN - Bloomberg, 08/13/2018 09:06 AM) |
| | | | | | | | | | | | **MUSK: I SAID 'FUNDING SECURED' AFTER MEETING SAUDI FUND** (BN - Bloomberg, 08/13/2018 09:07 AM) |
| | | | | | | | | | | | **TESLA'S ELON MUSK SAYS CONTINUE TO HAVE TALKS WITH SAUDI FUND, ALSO HAVING DISCUSSIONS WITH OTHER INVESTORS** (Reuters News - Factiva, 08/13/2018 09:08 AM) |
| | | | | | | | | | | | **Musk: Saudi Fund Bought ~5% Stake, Supports Going Private** (BFW - Bloomberg, 08/13/2018 09:09 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Market Return | [6] Exc. Ind. Return | [7] Predicted Return | [8] Abnormal Return | [9] t-statistic | [10] p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | TESLA'S ELON MUSK SAYS SPECIAL COMMITTEE FOR EVALUATION PROCESS TO BE UNDERTAKEN BY BOARD ALREADY IN PROCESS OF BEING SET UP (Reuters News - Factiva, 08/13/2018 09:11 AM) |
| | | | | | | | | | | | *Elon Musk: Saudi Fund Asked About Taking Tesla Private (Dow Jones Institutional News - Factiva, 08/13/2018 09:13 AM) |
| | | | | | | | | | | | TESLA'S ELON MUSK SAYS IF BOARD PROCESS RESULTS IN APPROVED PLAN, REGULATORY APPROVALS NEEDED, PLAN TO BE PRESENTED TO SHAREHOLDERS FOR VOTE (Reuters News - Factiva, 08/13/2018 09:13 AM) |
| | | | | | | | | | | | Musk says Saudi fund expressed support for taking Tesla private (Reuters News - Factiva, 08/13/2018 09:14 AM) |
| | | | | | | | | | | | Musk Says â€˜Funding Secured' Tweet Followed Meeting With Saudis (BN - Bloomberg, 08/13/2018 09:15 AM) |
| | | | | | | | | | | | Elon Musk: Saudi Fund Asked About Taking Tesla Private (Dow Jones Institutional News - Factiva, 08/13/2018 09:20 AM) |
| | | | | | | | | | | | Elon Musk details go-private Tesla plan (Seeking Alpha.com - Manual Entry, 08/13/2018 09:20 AM) |
| | | | | | | | | | | | Elon Musk: Saudi Fund Asked About Taking Tesla Private (Dow Jones Institutional News - Factiva, 08/13/2018 09:24 AM) |
| | | | | | | | | | | | Elon Musk reveals new details about taking Tesla private, says he thought tweeting announcement was 'the right and fair thing to do' (TSLA) (Business Insider - Factiva, 08/13/2018 09:25 AM) |
| | | | | | | | | | | | TESLA'S ELON MUSK SAYS IN JULY 31ST MEETING, MANAGING DIRECTOR OF SAUDI FUND EXPRESSED SUPPORT FOR FUNDING GOING PRIVATE DEAL FOR TESLA AT THIS TIME (Reuters News - Factiva, 08/13/2018 09:26 AM) |
| | | | | | | | | | | | TESLA'S ELON MUSK SAYS RECENTLY, AFTER SAUDI FUND BOUGHT ALMOST 5% OF TESLA STOCK THROUGH PUBLIC MARKETS, THEY REACHED OUT TO ASK FOR ANOTHER MEETING (Reuters News - Factiva, 08/13/2018 09:26 AM) |
| | | | | | | | | | | | TESLA'S ELON MUSK SAYS SPECIAL COMMITTEE FOR EVALUATION PROCESS TO BE UNDERTAKEN BY BOARD ALREADY IN PROCESS OF BEING SET UP (Reuters News - Factiva, 08/13/2018 09:26 AM) |
| | | | | | | | | | | | Elon Musk in talks with investors to take Tesla private (RCOP) (24 Ore Radiocor-Newswire International Edition - Factiva, 08/13/2018 09:27 AM) |
| | | | | | | | | | | | Elon Musk says he expects Saudis to fund plan to take Tesla private (CNN Wire - Factiva, 08/13/2018 09:27 AM) |
| | | | | | | | | | | | Musk says in talks with Saudis, others on taking Tesla private (Agence France Presse - Factiva, 08/13/2018 09:27 AM) |
| | | | | | | | | | | | Tesla Going Private Would Not End Public Scrutiny (Seeking Alpha.com - Manual Entry, 08/13/2018 09:28 AM) |
| | | | | | | | | | | | BRIEF-Tesla's Elon Musk Provides Update On Taking Co Private (Reuters News - Factiva, 08/13/2018 09:29 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Stocks to Watch: Alphabet, Netflix, Nielsen, Alnylam Pharmaceuticals, Qualcomm, Sysco (Dow Jones Institutional News - Factiva, 08/13/2018 09:29 AM) |
| | | | | | | | | | | | **Stocks to Watch: Alphabet, Netflix, Nielsen, Alnylam Pharmaceuticals, Qualcomm, Sysco; Here are some of the companies with shares expected to trade actively in Monday's session** (The Wall Street Journal Online - Factiva, 08/13/2018 09:29 AM) |
| | | | | | | | | | | | **Elon Musk: Saudi Fund Asked About Taking Tesla Private -- Update** (Dow Jones Institutional News - Factiva, 08/13/2018 09:30 AM) |
| | | | | | | | | | | | **Musk's Surprise Tweet Complicates Tesla's Debt Picture (Dow Jones Institutional News - Factiva, 08/13/2018 09:30 AM)** |
| | | | | | | | | | | | **Elon Musk Explains 'funding Secured' Statement Related To Going Private Tweets -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/13/2018 09:33 AM) |
| | | | | | | | | | | | **MW Elon Musk explains 'funding secured' statement related to going private tweets** (MarketWatch - Factiva, 08/13/2018 09:33 AM) |
| | | | | | | | | | | | **Elon Musk: Saudi Fund Asked About Taking Tesla Private -- 2nd Update** (Dow Jones Institutional News - Factiva, 08/13/2018 09:34 AM) |
| | | | | | | | | | | | **Saudi sovereign fund involved in Tesla buyout deal - report** (MarketLine News and Comment - Factiva, 08/13/2018 09:34 AM) |
| | | | | | | | | | | | **Elon Musk: Saudi Fund Asked About Taking Tesla Private** (Dow Jones Newswires Chinese (English) - Factiva, 08/13/2018 09:44 AM) |
| | | | | | | | | | | | **Elon Musk in talks with investors to take Tesla private** (24 Ore Radiocor-Newswire International Edition - Factiva, 08/13/2018 09:46 AM) |
| | | | | | | | | | | | **Two investors sue Tesla, Musk over take-private announcement - report** (SeeNews Deals - Factiva, 08/13/2018 09:51 AM) |
| | | | | | | | | | | | **Elon Musk says he expects Saudis to fund plan to take Tesla private** (CNN Wire - Factiva, 08/13/2018 09:55 AM) |
| | | | | | | | | | | | **Elon Musk says he expects Saudis to fund plan to take Tesla private** (CNN Wire - Factiva, 08/13/2018 09:56 AM) |
| | | | | | | | | | | | **Saudis in talks to take Tesla private: Elon Musk** (Agence France Presse - Factiva, 08/13/2018 09:58 AM) |
| | | | | | | | | | | | **US stocks push higher; Tesla gains** (Agence France Presse - Factiva, 08/13/2018 10:01 AM) |
| | | | | | | | | | | | **BC-APFN-Business News Preview** (Associated Press Newswires - Factiva, 08/13/2018 10:05 AM) |
| | | | | | | | | | | | **Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private (NYTimes.com Feed - Factiva, 08/13/2018 10:05 AM)** |
| | | | | | | | | | | | **Weekly renewables M&A round-up (Aug 6-12)** (Renewables Now - Factiva, 08/13/2018 10:05 AM) |
| | | | | | | | | | | | **Tesla surges after Elon Musk offers details about his 'funding secured' tweet (TSLA)** (Business Insider - Factiva, 08/13/2018 10:09 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Market<br>Return | [6]<br>Exc. Ind.<br>Return | [7]<br>Predicted<br>Return | [8]<br>Abnormal<br>Return | [9]<br>t-statistic | [10]<br>p-Value | [11]<br>Abnormal<br>Price<br>Reaction | [12]<br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Musk Tries To Clarify 'Funding Secured' In New Tesla Blog Post (Benzinga.com - Factiva, 08/13/2018 10:11 AM) |
| | | | | | | | | | | | Elon Musk Met With Saudi Fund About Taking Tesla Private -- 3rd Update (Dow Jones Institutional News - Factiva, 08/13/2018 10:17 AM) |
| | | | | | | | | | | | Musk confirms talks with Saudis over taking Tesla private (dpa International Service in English - Factiva, 08/13/2018 10:18 AM) |
| | | | | | | | | | | | Musk says he's talking with Saudi fund to take Tesla private (The Canadian Press - Broadcast wire - Factiva, 08/13/2018 10:20 AM) |
| | | | | | | | | | | | Taking Tesla private (Financial Times - Manual Entry, 08/13/2018 10:27 AM) |
| | | | | | | | | | | | Elon Musk Met With Saudi Fund About Taking Tesla Private -- 4th Update (Dow Jones Institutional News - Factiva, 08/13/2018 10:32 AM) |
| | | | | | | | | | | | Elon Musk reveals what he meant by his 'funding secured' tweet (TSLA) (Business Insider - Factiva, 08/13/2018 10:45 AM) |
| | | | | | | | | | | | Musk reveals one driver behind taking-Tesla-private plan (Deutsche Welle - Factiva, 08/13/2018 10:52 AM) |
| | | | | | | | | | | | Twitter Stock Gains After Citron Goes Long, Sets $52 Price Target -- MarketWatch (Dow Jones Institutional News - Factiva, 08/13/2018 10:53 AM) |
| | | | | | | | | | | | MW Twitter stock gains after Citron goes long, sets $52 price target (MarketWatch - Factiva, 08/13/2018 10:53 AM) |
| | | | | | | | | | | | Elon Musk says he expects Saudis to fund plan to take Tesla private (CNN Wire - Factiva, 08/13/2018 10:54 AM) |
| | | | | | | | | | | | News Highlights: Top Financial Services News of the Day (Dow Jones Institutional News - Factiva, 08/13/2018 11:00 AM) |
| | | | | | | | | | | | Tesla sinks after Elon Musk offers details about his 'funding secured' tweet (TSLA) (Business Insider - Factiva, 08/13/2018 11:03 AM) |
| | | | | | | | | | | | Twitter stock gains after Citron goes long, sets $52 price target (Dow Jones Newswires Chinese (English) - Factiva, 08/13/2018 11:19 AM) |
| | | | | | | | | | | | If the Saudis do help Elon Musk take Tesla private, the company could actually take over the world (TSLA) (Business Insider - Factiva, 08/13/2018 11:24 AM) |
| | | | | | | | | | | | Tesla's biggest bull on Wall Street says there's a big problem with taking Tesla private, and it has nothing to do with 'funding secured' (TSLA) (Business Insider - Factiva, 08/13/2018 11:29 AM) |
| | | | | | | | | | | | Saudis in talks to take Tesla private: Elon Musk (Agence France Presse - Factiva, 08/13/2018 11:33 AM) |
| | | | | | | | | | | | Elon Musk Met With Saudi Fund About Taking Tesla Private -- 5th Update (Dow Jones Institutional News - Factiva, 08/13/2018 11:35 AM) |
| | | | | | | | | | | | Elon Musk's plan to take Tesla private is a pipe dream; Investors are driving blind if they expect car maker's CEO to deliver (MarketWatch - Factiva, 08/13/2018 11:36 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | **Wall Street has spoken: Tesla funding is not 'secured'; Price stays well below Elon Musk's stated go-private level after explanation, showing investors' valid doubts** (MarketWatch - Factiva, 08/13/2018 11:39 AM) |
| | | | | | | | | | | | | **Elon Musk reveals Saudi funds to help turn Tesla private** (Financial Adviser - Magazine and Web Content - Factiva, 08/13/2018 11:55 AM) |
| | | | | | | | | | | | | **Saudi Arabia's PIF mulls joining Tesla go-private deal, Softbank not interested - report** (SeeNews Deals - Factiva, 08/13/2018 11:57 AM) |
| | | | | | | | | | | | | **Elon Musk Met With Saudi Fund About Taking Tesla Private -- 6th Update** (Dow Jones Institutional News - Factiva, 08/13/2018 11:59 AM) |
| | | | | | | | | | | | | **WSJ City: Turkish Lira Plunges Again, Musk Met With Saudis About Taking Tesla Private** (Dow Jones Institutional News - Factiva, 08/13/2018 12:05 PM) |
| | | | | | | | | | | | | **Tesla BOMBSHELL: Elon Musk talking to SAUDI ARABIA in shock bid to take Tesla private** (express.co.uk - Factiva, 08/13/2018 12:42 PM) |
| | | | | | | | | | | | | **Could SpaceX Help Finance A Tesla Go-Private Deal? Morgan Stanley Weighs In** (Benzinga.com - Factiva, 08/13/2018 12:50 PM) |
| | | | | | | | | | | | | **MW UPDATE: Here's the lesson Michael Dell can teach Elon Musk about taking a company private** (MarketWatch - Factiva, 08/13/2018 01:01 PM) |
| | | | | | | | | | | | | **Tesla shares swing higher amid confusion about Musk's going-private plan; Discussions with Saudi Arabia ongoing, Musk says** (MarketWatch - Factiva, 08/13/2018 01:03 PM) |
| | | | | | | | | | | | | **Elon Musk says Saudi fund has offered to help take Tesla private** (The Guardian - Factiva, 08/13/2018 01:04 PM) |
| | | | | | | | | | | | | **Citron: Twitter Shares Could Hit '$52 Within 52 Weeks'** (Benzinga.com - Factiva, 08/13/2018 01:04 PM) |
| | | | | | | | | | | | | **Musk's Tweeting Has Landed Him And Tesla In Potentially Serious SEC Trouble** (Seeking Alpha.com - Manual Entry, 08/13/2018 01:04 PM) |
| | | | | | | | | | | | | **Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars** (Dow Jones Institutional News - Factiva, 08/13/2018 01:13 PM) |
| | | | | | | | | | | | | **SAUDI FUND IS SAID TO MULL RAISING ITS ABOUT 5% TESLA STAKE:WSJ** (BFW - Bloomberg, 08/13/2018 01:21 PM) |
| | | | | | | | | | | | | **MEDIA-Saudi Arabia weighs larger Tesla stake as part of plan to make electric cars - WSJ** (Reuters News - Factiva, 08/13/2018 01:29 PM) |
| | | | | | | | | | | | | **Elon Musk Met With Saudi Fund About Taking Tesla Private -- 6th Update** (Dow Jones Newswires Chinese (English) - Factiva, 08/13/2018 01:36 PM) |
| | | | | | | | | | | | | **Saudi Fund Is Said to Be Considering Raising Tesla Stake: WSJ** (BFW - Bloomberg, 08/13/2018 01:42 PM) |
| | | | | | | | | | | | | **BREAKINGVIEWS-Musk missive reveals more than he might like** (Reuters News - Factiva, 08/13/2018 01:46 PM) |
| | | | | | | | | | | | | **Tesla's dramatic stock rise and fall shows how skeptical investors are of Elon Musk's go-private plans (TSLA)** (Business Insider - Factiva, 08/13/2018 01:58 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | | **Musk relies on Saudi fund to take Tesla private** (Renewables Now - Factiva, 08/13/2018 02:02 PM) |
| | | | | | | | | | | | | **Musk Says 'Funding Secured' Claim Sparked by Saudi Meetings (2) (BN - Bloomberg, 08/13/2018 02:12 PM)** |
| | | | | | | | | | | | | **Elon Musk says 'funding secured' claim based on talks with Saudi wealth fund** (The Telegraph Online - Factiva, 08/13/2018 02:13 PM) |
| | | | | | | | | | | | | **Elon Musk says he expects Saudis to fund plan to take Tesla private** (CNN Wire - Factiva, 08/13/2018 02:29 PM) |
| | | | | | | | | | | | | **Elon Musk says Tesla privatisation plan is based on Saudi backing** (Independent Online - Factiva, 08/13/2018 02:37 PM) |
| | | | | | | | | | | | | **Elon Musk Met With Saudi Fund About Taking Tesla Private -- 7th Update** (Dow Jones Institutional News - Factiva, 08/13/2018 02:38 PM) |
| | | | | | | | | | | | | **Saudi Arabia weighs larger Tesla stake as part of plan to make electric cars; Kingdom is trying to diversify away from oil as basis for its economy** (MarketWatch - Factiva, 08/13/2018 02:47 PM) |
| | | | | | | | | | | | | **Saudi sovereign fund weighs increased Tesla stake** (Seeking Alpha.com - Manual Entry, 08/13/2018 02:47 PM) |
| | | | | | | | | | | | | **MW Saudi Arabia weighs larger Tesla stake as part of plan to make electric cars** (MarketWatch - Factiva, 08/13/2018 02:48 PM) |
| | | | | | | | | | | | | **SHAREHOLDER ALERT: Bronstein, Gewirtz & Grossman, LLC Notifies Investors of Class Action Against Tesla, Inc. (TSLA) and Lead Plaintiff Deadline: October 9, 2018** (PR Newswire - Factiva, 08/13/2018 03:00 PM) |
| | | | | | | | | | | | | **Tesla short sellers trim exposure but stay the course** (Reuters News - Factiva, 08/13/2018 03:05 PM) |
| | | | | | | | | | | | | **Mark Cuban Talks Musk, Netflix, Amazon And More** (Benzinga.com - Factiva, 08/13/2018 03:17 PM) |
| | | | | | | | | | | | | **MW UPDATE: Elon Musk's plan to take Tesla private is a pipe dream** (MarketWatch - Factiva, 08/13/2018 03:36 PM) |
| | | | | | | | | | | | | **MW UPDATE: Wall Street has spoken: Tesla funding is not 'secured'** (MarketWatch - Factiva, 08/13/2018 03:39 PM) |
| | | | | | | | | | | | | **Elon Musk says Saudi fund has offered to help take Tesla private** (The Guardian - Factiva, 08/13/2018 03:40 PM) |
| | | | | | | | | | | | | **Elon Musk says he expects Saudis to fund plan to take Tesla private** (CNN Wire - Factiva, 08/13/2018 03:47 PM) |
| | | | | | | | | | | | | **It is now abundantly clear that Elon Musk does not have 'funding secured'** (Business Insider - Factiva, 08/13/2018 03:47 PM) |
| | | | | | | | | | | | | **It is now abundantly clear that Elon Musk does not have 'funding secured'** (Business Insider - Factiva, 08/13/2018 03:47 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | US M&A Deals: Tesla, Tribune Media, Rite Aid Corp (SeeNews Deals - Factiva, 08/13/2018 03:49 PM) |
| | | | | | | | | | | | **News Highlights: Top Financial Services News of the Day** (Dow Jones Institutional News - Factiva, 08/13/2018 04:00 PM) |
| | | | | | | | | | | | **Musk's Belated Explanation Is Unlikely to Get SEC Off His Back (BN - Bloomberg, 08/13/2018 04:12 PM)** |
| | | | | | | | | | | | **Can Elon Musk Tweet That? The SEC Is Digging In: QuickTake** (BN - Bloomberg, 08/13/2018 04:28 PM) |
| | | | | | | | | | | | **Musk's Surprise Tweet Complicates Tesla's Debt Picture; Elon Musk's surprise tweet last week that he is considering taking Tesla Inc. private only intensified questions about the electric-car maker's fundraising needs** (The Wall Street Journal Online - Factiva, 08/13/2018 04:43 PM) |
| | | | | | | | | | | | **Elon Musk says in talks with Saudis on taking Tesla private** (Agence France Presse - Factiva, 08/13/2018 04:53 PM) |
| | | | | | | | | | | | **Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars; Kingdom is trying to diversify away from oil as basis for its economy** (The Wall Street Journal Online - Factiva, 08/13/2018 04:53 PM) |
| | | | | | | | | | | | **Elon Musk confirms Saudi Arabian wealth fund IS behind his plan to take Tesla private, and reveals he's been in talks with the foreign investors for nearly two years** (Mail Online - Factiva, 08/13/2018 04:56 PM) |
| | | | | | | | | | | | **Tesla's Saudi Story; United Technologies Bonds: Industrials Wrap (BFW - Bloomberg, 08/13/2018 04:56 PM)** |
| | | | | | | | | | | | **INVESTOR ALERT: Kirby McInerney LLP Announces the Filing of Securities Class Action Lawsuits Against Tesla, Inc.** (Business Wire - Factiva, 08/13/2018 05:03 PM) |
| | | | | | | | | | | | **MW UPDATE: Tesla shares swing higher amid confusion about Musk's going-private plan** (MarketWatch - Factiva, 08/13/2018 05:03 PM) |
| | | | | | | | | | | | **UPDATE 1-Tesla short sellers trim exposure but stay the course** (Reuters News - Factiva, 08/13/2018 05:07 PM) |
| | | | | | | | | | | | **UPDATE 2-Tesla's slow disclosure raises governance, social media concerns** (Reuters News - Factiva, 08/13/2018 05:09 PM) |
| | | | | | | | | | | | **Tesla's slow disclosure raises governance, social media concerns** (Reuters News - Factiva, 08/13/2018 05:14 PM) |
| | | | | | | | | | | | **Rapper Azealia Banks claims she was at Elon Musk's house over the weekend as he was 'scrounging for investors' (TSLA)** (Business Insider - Factiva, 08/13/2018 05:17 PM) |
| | | | | | | | | | | | **Questions loom over Tesla deal after CEO reveals Saudi link** (The Canadian Press - Factiva, 08/13/2018 05:21 PM) |
| | | | | | | | | | | | **NIO, Potential Tesla Rival From China, Files For $1.8 Billion U.S. IPO -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/13/2018 05:32 PM) |
| | | | | | | | | | | | **Keeping Tesla shares may not be an option for some big funds** (Reuters News - Factiva, 08/13/2018 05:43 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Return | [6] Market Return | [7] Exc. Ind. Return | [8] Predicted Return | [9] Abnormal Return | [10] t-statistic | p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Tesla On The Verge Of Profitability** (Seeking Alpha.com - Manual Entry, 08/13/2018 05:57 PM) |
| | | | | | | | | | | | | **Major Tesla owner Fidelity trimmed stake last quarter - SEC filing** (Reuters News - Factiva, 08/13/2018 05:59 PM) |
| | | | | | | | | | | | | **COLUMN-Elon Musk just made it easier for shareholders to sue Tesla for fraud: Frankel** (Reuters News - Factiva, 08/13/2018 06:00 PM) |
| | | | | | | | | | | | | **NIO, potential Tesla rival from China, files for $1.8 billion U.S. IPO** (Dow Jones Newswires Chinese (English) - Factiva, 08/13/2018 06:01 PM) |
| | | | | | | | | | | | | **Tesla and Elon Musk are sued by two investors who accuse the company's CEO of sharing 'false and misleading' tweets after announcing his proposal to go private** (Mail Online - Factiva, 08/13/2018 06:14 PM) |
| | | | | | | | | | | | | **IMPORTANT INVESTOR NOTICE: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Tesla, Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm** (Business Wire - Factiva, 08/13/2018 06:19 PM) |
| | | | | | | | | | | | | **Musk: I HAVE got the money to buy Tesla... and most of it has come from Saudi Arabia** (Mail Online - Factiva, 08/13/2018 06:23 PM) |
| | | | | | | | | | | | | **Trump's Shift Into Overdrive Could Bury America's EV Space** (Seeking Alpha.com - Manual Entry, 08/13/2018 06:59 PM) |
| | | | | | | | | | | | | **Fast Asia Open China retail sales, India wholesale prices** (Financial Times - Manual Entry, 08/13/2018 07:03 PM) |
| | | | | | | | | | | | | **Press Release: TSLA INVESTOR ALERT: Hagens Berman Sobol Shapiro LLP Files Tesla Securities Tweet Class Action: Notifies Investors of October 9th Lead Plaintiff Deadline** (Dow Jones Institutional News - Factiva, 08/13/2018 07:27 PM) |
| | | | | | | | | | | | | **Tesla CEO confirms Saudi interest in buyout plan** (Xinhua News Agency - Factiva, 08/13/2018 07:27 PM) |
| | | | | | | | | | | | | **TSLA INVESTOR ALERT: Hagens Berman Sobol Shapiro LLP Files Tesla Securities Tweet Class Action: Notifies Investors of October 9th Lead Plaintiff Deadline** (PR Newswire - Factiva, 08/13/2018 07:27 PM) |
| | | | | | | | | | | | | **Actively-managed funds eye Tesla developments** (Seeking Alpha.com - Manual Entry, 08/13/2018 07:42 PM) |
| | | | | | | | | | | | | **Chinese premium EV player NIO files for IPO** (Seeking Alpha.com - Manual Entry, 08/13/2018 07:53 PM) |
| | | | | | | | | | | | | **'It was, at best, hasty and naive, and, at worst, manipulative': Experts slam Elon Musk's confusing defense of why he tweeted 'funding secured' (TSLA)** (Business Insider - Factiva, 08/13/2018 07:55 PM) |
| | | | | | | | | | | | | **Elon Musk's Tweets on Tesla Started a Tizzy. Someone Should Hit the Brakes.** (NYTimes.com Feed - Factiva, 08/13/2018 07:59 PM) |
| | | | | | | | | | | | | **Saudis are right behind me on Tesla deal, Elon Musk insists** (thetimes.co.uk - Factiva, 08/13/2018 08:01 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Market Return | [6] Exc. Ind. Return | [7] Predicted Return | [8] Abnormal Return | [9] t-statistic | [10] p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **Larger Tesla Stake Could Aid Saudi Diversification Plan** (Dow Jones Institutional News - Factiva, 08/13/2018 08:30 PM) |
| | | | | | | | | | | | **Elon Musk Met With Saudi Fund About Taking Tesla Private -- 8th Update** (Dow Jones Newswires Chinese (English) - Factiva, 08/13/2018 08:54 PM) |
| | | | | | | | | | | | **News Highlights: Top Company News of the Day** (Dow Jones Institutional News - Factiva, 08/13/2018 09:00 PM) |
| | | | | | | | | | | | **I'm excited to work with Silver Lake and Goldman Sachs (Musk Tweet - Manual Entry, 08/13/2018 09:02 PM)** |
| | | | | | | | | | | | **TESLA: WORKING WITH SILVER LAKE, GOLDMAN** (BFW - Bloomberg, 08/13/2018 09:02 PM) |
| | | | | | | | | | | | **TESLA'S MUSK SAYS EXCITED TO WORK WITH SILVER LAKE AND GOLDMAN SACHS AS FINANCIAL ADVISORS ON THE PROPOSAL TO TAKE TESLA PRIVATE - TWEET** (Reuters News - Factiva, 08/13/2018 09:04 PM) |
| | | | | | | | | | | | **TESLA'S MUSK SAYS WORKING WITH WACHTELL, LIPTON, ROSEN & KATZ AND MUNGER, TOLLES & OLSON AS LEGAL ADVISORS ON PROPOSAL TO TAKE TESLA PRIVATE - TWEET** (Reuters News - Factiva, 08/13/2018 09:05 PM) |
| | | | | | | | | | | | **MUSK: WORKING WITH SILVER LAKE, GOLDMAN TO TAKE TESLA PRIVATE** (BFW - Bloomberg, 08/13/2018 09:07 PM) |
| | | | | | | | | | | | **Musk: Working With Silver Lake, Goldman to Take Tesla Private** (BFW - Bloomberg, 08/13/2018 09:08 PM) |
| | | | | | | | | | | | **MUSK TWEET ON TAKING TESLA PRIVATE SURPRISED CO.'S BOARD: NYT** (BFW - Bloomberg, 08/13/2018 09:11 PM) |
| | | | | | | | | | | | **Musk says working with Silver Lake, Goldman on proposal to take Tesla private** (Reuters News - Factiva, 08/13/2018 09:15 PM) |
| | | | | | | | | | | | **Musk Tweet on Taking Tesla Private Surprised Co.'s Board: NYT (BFW - Bloomberg, 08/13/2018 09:17 PM)** |
| | | | | | | | | | | | **Meet the Musk dream team** (Seeking Alpha.com - Manual Entry, 08/13/2018 09:25 PM) |
| | | | | | | | | | | | **Saudi Fund Backs Plan to Privatize Tesla - CEO Elon Musk** (Sputnik News Service - Factiva, 08/13/2018 09:30 PM) |
| | | | | | | | | | | | **Musk Names Advisors in Bid to Take Tesla Private -- Market Talk** (Dow Jones Institutional News - Factiva, 08/13/2018 09:42 PM) |
| | | | | | | | | | | | **Musk Names Advisors in Bid to Take Tesla Private -- Market Talk** (Dow Jones Institutional News - Factiva, 08/13/2018 09:42 PM) |
| | | | | | | | | | | | **SILVER LAKE IS NOT CURRENTLY DISCUSSING PARTICIPATING AS AN INVESTOR IN ELON MUSK'S PROPOSED TAKE-PRIVATE DEAL FOR TESLA - SOURCE** (Reuters News - Factiva, 08/13/2018 09:47 PM) |
| | | | | | | | | | | | **SILVER LAKE NOT CURRENTLY DISCUSSING ON MUSK'S DEAL: RTRS** (BN - Bloomberg, 08/13/2018 09:52 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Market<br>Return | [6]<br>Exc. Ind.<br>Return | [7]<br>Predicted<br>Return | [8]<br>Abnormal<br>Return | [9]<br>t-statistic | [10]<br>p-Value | [11]<br>Abnormal<br>Price<br>Reaction | [12]<br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **SILVER LAKE IS SAID NOT IN TALKS ON TESLA TAKE-PRIVATE: REUTERS** (BFW - Bloomberg, 08/13/2018 09:52 PM) |
| | | | | | | | | | | | **BRIEF-Silver Lake Not Currently Discussing Participating As Investor In Musk's Proposed Take-Private Deal For Tesla - Source** (Reuters News - Factiva, 08/13/2018 09:54 |
| | | | | | | | | | | | **Keeping Tesla shares may not be an option for some big funds** (Reuters News - Factiva, 08/13/2018 10:02 PM) |
| | | | | | | | | | | | **Major Tesla owner Fidelity trimmed stake last quarter: SEC filing** (Reuters News - Factiva, 08/13/2018 10:02 PM) |
| | | | | | | | | | | | **Musk says working with Silver Lake, Goldman on proposal to take Tesla private** (Reuters News - Factiva, 08/13/2018 10:02 PM) |
| | | | | | | | | | | | **Tesla short sellers trim exposure but stay the course** (Reuters News - Factiva, 08/13/2018 10:02 PM) |
| | | | | | | | | | | | **Musk Names Advisors in Bid to Take Tesla Private -- Market Talk** (Dow Jones Newswires Chinese (English) - Factiva, 08/13/2018 10:04 PM) |
| | | | | | | | | | | | **Silver Lake Not in Talks as Investor to Take Tesla Private: Rtrs** (BFW - Bloomberg, 08/13/2018 10:06 PM) |
| | | | | | | | | | | | **Some of Tesla's board members were reportedly 'totally blindsided' by Elon Musk's tweet about going private (TSLA)** (Business Insider - Factiva, 08/13/2018 10:11 PM) |
| | | | | | | | | | | | **Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars > TSLA** (Dow Jones Newswires Chinese (English) - Factiva, 08/13/2018 10:15 PM) |
| | | | | | | | | | | | **Elon Musk's Surprise Tweet Complicates Tesla's Debt Picture** (Dow Jones Newswires Chinese (English) - Factiva, 08/13/2018 10:21 PM) |
| | | | | | | | | | | | **Questions loom over Tesla deal after CEO reveals Saudi link** (Associated Press Newswires - Factiva, 08/13/2018 10:30 PM) |
| | | | | | | | | | | | **Elon Musk reveals he is working with Goldman Sachs and Silver Lake to help take Tesla private (TSLA, GS)** (Business Insider - Factiva, 08/13/2018 10:31 PM) |
| | | | | | | | | | | | **Saudi Fund Backs Plan to Privatize Tesla - Elon Musk** (Sputnik News Service - Factiva, 08/13/2018 10:31 PM) |
| | | | | | | | | | | | **Elon Musk Met With Saudi Fund About Taking Tesla Private -- 8th Update** (Dow Jones Institutional News - Factiva, 08/13/2018 10:33 PM) |
| | | | | | | | | | | | **Elon Musk Met With Saudi Fund About Taking Tesla Private -- 8th Update** (Dow Jones Institutional News - Factiva, 08/13/2018 10:55 PM) |
| | | | | | | | | | | | **Elon Musk Met With Saudi Fund About Taking Tesla Private; In a blog post, Musk said he believes two-thirds of current shareholders would remain with the company** (The Wall Street Journal Online - Factiva, 08/13/2018 10:55 PM) |
| | | | | | | | | | | | **Elon Musk's latest salvo raises more questions than it answers** (Financial Times - Manual Entry, 08/13/2018 11:00 PM) |
| | | | | | | | | | | | **Musk says Saudi Arabia would fund deal to take Tesla private** (Financial Times - Manual Entry, 08/13/2018 11:37 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | Day | [2] Volume | [3] Price | [4] Return | [5] Market Return | [6] Exc. Ind. Return | [7] Predicted Return | [8] Abnormal Return | [9] t-statistic | [10] p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/14/2018 | Tue | 6,986,427 | $347.64 | -2.46% | 0.66% | 0.25% | 0.85% | -3.32% | -1.30 | 19.70% | -$11.82 | **Musk Says He's Tapped Goldman, Silver Lake on Tesla Buyout Plan** (BN - Bloomberg, 08/13/2018 11:46 PM) |
| | | | | | | | | | | | | **Elon Musk hires 'counselors' to decide if Tesla leaves Wall Street** (CE NoticiasFinancieras - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Elon Musk names Saudi wealth fund as Tesla's funding source** (CNET News.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Elon Musk says Saudi fund offered to take Tesla private** (Washington Post.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Elon Musk tweets about taking Tesla private, shares soar** (ETMAG.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Elon Musk Tweets of Plans to Open Source Tesla's Self-Driving Software** (Open Source FOR You - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Elon Musk: Tesla Privatization Capital Mainly from Saudi, In Talks With Other Investors** (AAStocks Financial News - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Elon Musk's Tweets on Tesla Started a Tizzy. Someone Should Hit the Brakes.; DealBook (International New York Times - Factiva, 08/14/2018)** |
| | | | | | | | | | | | | **....AND MOST OF IT HAS COME FROM SAUDI ARABIA** (Daily Mail - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **04:47 EDT Musk says Tesla working Silver Lake, Goldman Sachs on going...** (Theflyonthewall.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **04:52 EDT Silver Lake not hired by Tesla in official capacity, Reuters...** (Theflyonthewall.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **05:42 EDT Tesla CEO Elon Musk says 'doesn't know' Azealia Banks, Gizmodo...** (Theflyonthewall.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **06:19 EDT Keeping Tesla shares may not be an option for some big funds, Reuters...** (Theflyonthewall.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **07:41 EDT Larger Tesla stake by giant Saudi fund faces challenges, WSJ...** (Theflyonthewall.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **08:24 EDT Morgan Stanley auto analysts to hold an analyst/industry conference...** (Theflyonthewall.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **08:30 EDT Tesla forms special committee to evaluate potential going private...** (Theflyonthewall.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **08:31 EDT Tesla forms special committee to evaluate potential going private...** (Theflyonthewall.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **11:57 EDT Another Tesla investor sues company, Musk over tweet, Jalopnik...** (Theflyonthewall.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **12:56 EDT Goldman not hired officially by Tesla at time of tweet, Bloomberg...** (Theflyonthewall.com - Factiva, 08/14/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction |
|  |  |  |  |  |  |  |  |  |  |  | Events |
|  |  |  |  |  |  |  |  |  |  |  | **Amid Tesla talk, is a $72B leveraged buyout feasible?** (SNL Energy Finance Daily - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Amid Tesla talk, is a $72B leveraged buyout feasible?** (SNL Financial Services Daily - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Amid Tesla talk, is a $72B leveraged buyout feasible?** (SNL Power Daily with Market Report - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Arabian sleights Musk says billions from Saudis secured for Tesla** (New York Post - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Aug. 7 funding tweet may put Musk at risk** (Charleston Gazette - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Automotive industry; Musk: 'Funding secured' tweet sparked by meeting with Saudis** (Press-Telegram - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Automotive industry; Musk: 'Funding secured' tweet sparked by meeting with Saudis** (Riverside Press-Enterprise - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **BANKELELE: Demolished Kileleshwa fuel station a bad omen for petrol industry** (Daily Nation - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Banking & Finance: Tesla's New Challenge: Borrowing Costs --- Electric car maker's debt has slipped in days after Elon Musk's 'go-private' tweet** (The Wall Street Journal - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Barclays Research Report** (Capital IQ - Manual Entry, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Barclays Research Report** (Eikon - Manual Entry, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **CFRA Equity Research Research Report** (Eikon - Manual Entry, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Chinese electric-car start-up Nio seeks IPO even as Musk plans to take Tesla private** (scmp.com - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **D&O litigation digest: Tesla, Facebook facing shareholder lawsuits** (SNL Financial Extra - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Denholm's Tesla gig a tidy earner (The Australian - Factiva, 08/14/2018)** |
|  |  |  |  |  |  |  |  |  |  |  | **Denholm's Tesla gig a tidy earner (The Australian - Factiva, 08/14/2018)** |
|  |  |  |  |  |  |  |  |  |  |  | **Dow Jones Futures: Why This Stock Breakout Is Special; Tesla Rival Files For IPO** (Investor's Business Daily - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Dow Jones Futures: Why This Stock Breakout Is Special; Tesla Rival Files For IPO** (Investor's Business Daily - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Elazar Advisors Research Report** (Eikon - Manual Entry, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Elon Musk said to be working with Goldman to take Tesla private** (Global Banking News - Factiva, 08/14/2018) |
|  |  |  |  |  |  |  |  |  |  |  | **Elon Musk, the Saudis and damage control at Tesla** (Financial Times - Manual Entry, 08/14/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | | **Foreign-Trade Zone (FTZ) 18--San Jose, California; Notification of Proposed Production Activity; Tesla, Inc. (Electric Passenger Vehicles and Components); Fremont and Palo Alto, California** (Department of Commerce Documents - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Foreign-Trade Zone (FTZ) 18--San Jose, California; Notification of Proposed Production Activity; Tesla, Inc. (Electric Passenger Vehicles and Components); Fremont and Palo Alto, California** (Federal Register - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **'Funding secured'by Saudi meeting: Musk; Tesla Inc** (National Post - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **How much did Elon Musk's wealth grow in the last month?** (CE NoticiasFinancieras - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Howes: Saudi-backed buyout solves Tesla's biggest problem - scrutiny** (The Detroit News: Web Edition - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **IS APPLE DOUBLING DOWN ON SELF-DRIVING CARS? COMPANY REHIRES TESLA EXEC TO WORK ON PROJECT TITAN** (San Jose Mercury News - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Is your stock going the Elon Musk way: Planning to go private?** (Mint - Factiva, |
| | | | | | | | | | | | | **Larger Tesla stake by giant Saudi fund faces hurdles** (EFE News Service - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Capital IQ - Manual Entry, 08/14/2018) |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Eikon - Manual Entry, 08/14/2018) |
| | | | | | | | | | | | | **Morgan Stanley Research Report** (Eikon - Manual Entry, 08/14/2018) |
| | | | | | | | | | | | | **Musk Met With Saudis On Tesla --- In blog post, CEO explains claim on funding, cautions that no deal has been made** (The Wall Street Journal - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Musk reveals Saudi fund would take Tesla private** (Boston Herald - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Musk reveals Saudi source for plan to take Tesla private** (St. Paul Pioneer Press - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Musk says Saudi wealth fund keen to back Tesla buyout** (Irish Independent - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Musk says Saudis back taking Tesla private** (The Irish Times - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Musk says Silver Lake, Goldman advising on taking Tesla private: Reuters** (PE Hub Network - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Musk says Tesla could go private using Saudi funds** (Argus Leader - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Musk says Tesla could go private using Saudi funds** (Asbury Park Press - Factiva, |
| | | | | | | | | | | | | **Musk says Tesla could go private using Saudi funds** (Asheville Citizen-Times - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Musk says Tesla could go private using Saudi funds** (Clarion-Ledger - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Musk says Tesla could go private using Saudi funds** (Courier-Post - Factiva, 08/14/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Democrat & Chronicle - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Florida Today - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Fort Collins Coloradoan - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Green Bay Press-Gazette - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Greenville News - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Indianapolis Star - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Journal & Courier - Factiva, |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Lansing State Journal - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Montgomery Advertiser - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (News-Leader - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (News-Press - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Pensacola News Journal - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Poughkeepsie Journal - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Press & Sun-Bulletin, Binghamton - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Reno Gazette-Journal - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (St. Cloud Times - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (Statesman Journal - Factiva, |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (The Arizona Republic - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (The Courier-Journal - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (The Daily Times - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (The Des Moines Register - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (The Desert Sun - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (The Journal News (White Plains, NY) - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (The News Journal - Factiva, |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (The Post-Crescent - Factiva, |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (The Tallahassee Democrat - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (The Tennessean - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says Tesla could go private using Saudi funds (USA Today - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says that Saudi fund requested him to delist Tesla (Cape Times - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk says that Saudi fund requested him to delist Tesla (Pretoria News - Factiva, |
| | | | | | | | | | | | Musk says that Saudi fund requested him to delist Tesla (The Mercury - Factiva, |
| | | | | | | | | | | | Musk says that Saudi fund requested him to delist Tesla (The Star - Factiva, 08/14/2018) |
| | | | | | | | | | | | MUSK SECRET OUT (The Sun - Factiva, 08/14/2018) |
| | | | | | | | | | | | MUSK SECRET OUT (The Sun - Factiva, 08/14/2018) |
| | | | | | | | | | | | MUSK SECRET OUT (The Sun - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk talking to Saudis about Tesla buyout (Bangkok Post - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk talking to Saudis to take Tesla private By Tom Krisher (The Florida Times-Union - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk Tips Saudi Arabia as Major EV Investor (International Oil Daily - Factiva, |
| | | | | | | | | | | | Musk Tips Saudi Arabia as Major EV Investor (The Oil Daily - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk working with top financial firms to take Tesla private (The DayAfter - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk: I HAVE got the money to buy Tesla (Scottish Daily Mail - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk: Saudi fund could help take Tesla private; CEO said money 'secured,' but deal; is not finalized (San Diego Union-Tribune - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk: Saudi fund offered to take company private SEC reportedly looking into possible violation by CEO (Chicago Tribune - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk: Saudi fund offered to take Tesla private (Orlando Sentinel - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk: Saudi fund offered to take Tesla private; SEC reportedly looking into possible violation (Daily Press - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk: Saudis will provide funding for Tesla buyout (The Daily Telegraph - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk: Tesla could go private using Saudi funds (The Evansville Courier - Factiva, |
| | | | | | | | | | | | Musk: Tesla deal still in talking stage (South Florida Sun-Sentinel - Factiva, 08/14/2018) |
| | | | | | | | | | | | MUSK'S MISSIVE Tesla boss says Saudis want to support buyback (City AM - Factiva, 08/14/2018) |
| | | | | | | | | | | | Musk's tweet is useful lesson for modern CEOs (i - Factiva, 08/14/2018) |
| | | | | | | | | | | | Nation/world business briefs (Richmond Times-Dispatch: Web Edition - Factiva, 08/14/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Nio, China's Tesla, Will Be First Chinese Automaker With U.S. IPO** (Investor's Business Daily - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Nio, China's Tesla, Will Be First Chinese Automaker With U.S. IPO** (Investor's Business Daily - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Questions loom over Tesla deal** (The Quad-City Times - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Report: Tesla's board was 'totally blindsided' by Musk's go-private tweets (Portland Business Journal Online - Factiva, 08/14/2018)** |
| | | | | | | | | | | | **Report: Tesla's board was 'totally blindsided' by Musk's go-private tweets (Silicon Valley/San Jose Business Journal Online - Factiva, 08/14/2018)** |
| | | | | | | | | | | | **Riyadh prepares for life after oil; Saudi Arabia** (National Post - Factiva, 08/14/2018) |
| | | | | | | | | | | | **S & P 500 records best session in three weeks** (CE NoticiasFinancieras - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Saudi Arabia eyes enlarged stake in Musk's private Tesla (U-Wire - Factiva, 08/14/2018)** |
| | | | | | | | | | | | **Saudi Arabia fund is potential Tesla take-private financier, Musk says** (SNL Energy Finance Daily - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Saudi Arabia fund is potential Tesla take-private financier, Musk says** (SNL Financial Services Daily - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Saudi deal in works, Musk insists; CEO's tweet about 'funding secured' to take Tesla private still leaves many in doubt.** (Los Angeles Times - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Saudi fund may be key to taking Tesla private** (The Washington Post - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Saudi Fund, the secret weapon in plan of Musk** (CE NoticiasFinancieras - Factiva, |
| | | | | | | | | | | | **Saudi Oil Money Behind Tesla Rumors** (Valley News - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Saudis are right behind me on Tesla deal, Elon Musk insists** (The Times - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Saudis are right behind me on Tesla deal, Elon Musk insists** (The Times - Factiva, 08/14/2018) |
| | | | | | | | | | | | **SAUDIS MAY HELP TAKE TESLA PRIVATE; MUSK SAYS HE'S MET WITH OFFICIALS FROM COUNTRY'S SOVEREIGN WEALTH FUND** (San Jose Mercury News - Factiva, 08/14/2018) |
| | | | | | | | | | | | **SHAREHOLDER ALERT: Bronstein, Gewirtz & Grossman, LLC Notifies Investors of Class Action Against Tesla, Inc. (TSLA) and Lead Plaintiff Deadline: October 9, 2018** (ENP Newswire - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Shinhan Investment Corp. Research Report** (Capital IQ - Manual Entry, 08/14/2018) |
| | | | | | | | | | | | **Shinhan Investment Corp. Research Report** (Capital IQ - Manual Entry, 08/14/2018) |
| | | | | | | | | | | | **Sovereign Wealth U.S. Buying Binge May End SoonÃ¢â¬â€Despite Tesla** (National Real Estate Investor - Factiva, 08/14/2018) |
| | | | | | | | | | | | **Stake Could Help Kingdom Diversify --- Oil-rich nation aims to build electric cars, ramp up solar** (The Wall Street Journal - Factiva, 08/14/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | **Stocks fall; Tesla CEO says he's talking with Saudi fund** (The Post and Courier (South Carolina) - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Talk about left Field: Apple lures back Tesla engineering guru** (U-Wire - Factiva, |
| | | | | | | | | | | | | **Tesla aiming to tempt investors but buyout realities show boring companies are a safer bet** (Global Times - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction** (Contify Automotive News - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla board committee to weigh Elon Musk's plan to go private** (USA Today Online - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla board creates committee to take firm private** (EFE News Service - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla board moves to explore going private, and shareholders sue over Elon Musk's tweets** (latimes.com - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla Board To Evaluate Musk's Potential Going Private Transaction** (CE NoticiasFinancieras - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla Board To Evaluate Musk's Potential Going Private Transaction** (RTT News - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla buyout now appears unsettled** (Greensboro News & Record - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla CEO Elon Musk says Saudi Arabia is backing his latest plans for the car...** (Radio New Zealand News - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla Directory forms special committee to evaluate Elon Musk's proposals** (CE NoticiasFinancieras - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla forms committee to assess proposal to go private** (Postmedia Breaking News - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla forms panel to gauge taking company private** (U-Wire - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla Forms Special Committee In Connection With Musk's Proposal - Quick Facts** (CE NoticiasFinancieras - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla Forms Special Committee In Connection With Musk's Proposal - Quick Facts** (RTT News - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla forms three-member panel to look at any Musk deal; Tesla forms three-member panel to look at any Musk deal** (The Daily Star - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla money source: Saudis** (The San Francisco Chronicle - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla points to the Saudi sovereign fund to get him out of the stock market** (CE NoticiasFinancieras - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla Rival Nio Seeks To Raise $1.8 Bln In U.S. IPO** (CE NoticiasFinancieras - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla Rival Nio Seeks To Raise $1.8 Bln In U.S. IPO** (RTT News - Factiva, 08/14/2018) |
| | | | | | | | | | | | | **Tesla Seeks Counsel From Silver Lake, Not Cash** (The Deal - Factiva, 08/14/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |

Tesla short sellers trim exposure but stay the course (EJ Insight - Factiva, 08/14/2018)

Tesla Special Committee Created To Evaluate Elon Musk Bid To Go Private (Investor's Business Daily - Factiva, 08/14/2018)

Tesla Special Committee Created To Evaluate Elon Musk Bid To Go Private (Investor's Business Daily - Factiva, 08/14/2018)

Tesla Take-Private Takes Shape With Adviser Assignments (The Deal - Factiva,

Tesla targeted by short sellers, along with these Wisconsin companies (Milwaukee Business Journal Online - Factiva, 08/14/2018)

Tesla's board forms special committee to vet any proposal to go private (CNET News.com - Factiva, 08/14/2018)

The Economic Chickens Are Coming Home To Roost, And Certainly When It Comes To The Emerging Markets, Fantasy Football Season Is About To Begin In The United States, And A New League Says Blockchain Can Make People Care About Fantasy Sports Like They Were The Real Thing, One Of President Trump's Cabinet Members Is Under Close Scrutiny For Alleged Conflicts Of Interest. Aired: 4-5p ET (CNN International: Quest Means Business - Factiva, 08/14/2018)

Tuesday Papers: Musk to take Tesla private with Saudi Money (Citywire - Factiva, 08/14/2018)

Tweeting Plan, Musk Shocked Tesla Directors (The New York Times - Factiva, 08/14/2018)

UPDATE: Tesla shares jump 11% after CEO Musk confirms privatization interest (SNL Generation Markets Week - Factiva, 08/14/2018)

US stocks rise, dollar ebbs amid Turkey tumult (Indiainfoline News Service - Factiva, 08/14/2018)

Volatility has vanished (The Irish Times - Factiva, 08/14/2018)

Wells eyes student loan refinancing; Goldman advising on Tesla privatization (SNL Financial Extra - Factiva, 08/14/2018)

Why oil is still king in Saudi Arabia despite bets on future with Tesla (ArabianBusiness.com - Factiva, 08/14/2018)

Taking Tesla private (Financial Times - Manual Entry, 08/14/2018 12:00 AM)

UPDATE 10-Musk says Silver Lake, Goldman advising on taking Tesla private (Reuters News - Factiva, 08/14/2018 12:19 AM)

Musk says Silver Lake, Goldman advising on taking Tesla private (Reuters News - Factiva, 08/14/2018 12:20 AM)

PRESS DIGEST- Wall Street Journal - Aug 14 (Reuters News - Factiva, 08/14/2018 12:47 AM)

Elon Musk says he expects Saudis to fund plan to take Tesla private (CNN Wire - Factiva, 08/14/2018 01:06 AM)

Fast Europe Open Germany GDP, UK unemployment (Financial Times - Manual Entry, 08/14/2018 01:30 AM)

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |

| | | | | | | | | | | | | **Musk calls in Goldman and Silver Lake to help take Tesla private; Chief executive also attempts to clarify his 'funding secured' comment from earlier in August** (Financial News - Factiva, 08/14/2018 02:30 AM) |
| | | | | | | | | | | | | **Musk Met With Saudis On Tesla -- WSJ** (Dow Jones Institutional News - Factiva, 08/14/2018 02:32 AM) |
| | | | | | | | | | | | | **Stake Could Help Kingdom Diversify -- WSJ** (Dow Jones Institutional News - Factiva, 08/14/2018 02:32 AM) |
| | | | | | | | | | | | | **Tesla's New Challenge: Borrowing Costs -- WSJ** (Dow Jones Institutional News - Factiva, 08/14/2018 02:32 AM) |
| | | | | | | | | | | | | **BREAKINGVIEWS-China's Tesla bets on hot-wired dream for IPO** (Reuters News - Factiva, 08/14/2018 03:46 AM) |
| | | | | | | | | | | | | **Elon Musk Met With Saudi Fund About Taking Tesla Private; In a blog post, Musk said he believes two-thirds of current shareholders would remain with the company** (Private Equity News - Factiva, 08/14/2018 04:32 AM) |
| | | | | | | | | | | | | **Elon Musk says advisers lined up to take Tesla private** (Financial Times - Manual Entry, 08/14/2018 04:43 AM) |
| | | | | | | | | | | | | **The stocks that look ripe for buying after a Turkish trouncing â€â€ and those to avoid** (MarketWatch - Factiva, 08/14/2018 05:00 AM) |
| | | | | | | | | | | | | **SEC will still have many questions for Tesla and Musk say experts; Securities lawyer says SEC trying to ascertain whether Musk 'blowing smoke' (MarketWatch - Factiva, 08/14/2018 05:14 AM)** |
| | | | | | | | | | | | | **Larger Tesla Stake by Giant Saudi Fund Faces Hurdles** (Dow Jones Institutional News - Factiva, 08/14/2018 05:30 AM) |
| | | | | | | | | | | | | **Larger Tesla Stake by Giant Saudi Fund Faces Hurdles; PIF is already on the hook to contribute to initiatives including Neom, the $500 billion futuristic megacity** (The Wall Street Journal Online - Factiva, 08/14/2018 05:30 AM) |
| | | | | | | | | | | | | **Saudi Fund Faces Hurdles in Financing Larger Tesla Stake** (Dow Jones Institutional News - Factiva, 08/14/2018 05:40 AM) |
| | | | | | | | | | | | | **Chinesischer Tesla-Rivale Nio plant milliardenschweren US-BÃƒÂ¶rsengang** (Reuters News - Factiva, 08/14/2018 05:56 AM) |
| | | | | | | | | | | | | **WSJ Wealth Adviser Briefing: Digital Currency, Deposit Rates, Tesla** (Dow Jones Institutional News - Factiva, 08/14/2018 06:04 AM) |
| | | | | | | | | | | | | **DealBook Briefing: Elon Musk Has Answers. We Still Have Questions.** (NYTimes.com Feed - Factiva, 08/14/2018 06:34 AM) |
| | | | | | | | | | | | | **Elon Musk denies Azealia Banks' claim he was on Twitter while on acid (Independent Online - Factiva, 08/14/2018 06:36 AM)** |
| | | | | | | | | | | | | **China's 'Tesla-fighter' plans to go public in New York** (CNN Wire - Factiva, 08/14/2018 06:47 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | LIVE MARKETS-Tesla vs esure: What does "funding secured" look like? (Reuters News - Factiva, 08/14/2018 06:50 AM) |
| | | | | | | | | | | | **Musk's Tweets on Tesla Buyout Face Scrutiny After Saudi Disclosure** (Dow Jones Institutional News - Factiva, 08/14/2018 07:00 AM) |
| | | | | | | | | | | | **Musk's Tweets on Tesla Buyout Face Scrutiny After Saudi Disclosure; CEO's statement describes funding that looks less certain than first described** (The Wall Street Journal Online - Factiva, 08/14/2018 07:00 AM) |
| | | | | | | | | | | | **Musk's Tweets on Tesla Buyout Face Scrutiny After Saudi Disclosure; CEO's statement describes funding that looks less certain than first described** (WSJ Pro Central Banking - Factiva, 08/14/2018 07:00 AM) |
| | | | | | | | | | | | **RPT-Keeping Tesla shares may not be an option for some big funds** (Reuters News - Factiva, 08/14/2018 07:00 AM) |
| | | | | | | | | | | | **Musk's Oil Conspiracy Against Tesla Ends With Saudi Billions (BN - Bloomberg, 08/14/2018 07:00 AM)** |
| | | | | | | | | | | | **Elon Musk says he's working with Goldman, Silver Lake to take Tesla private; Many questions remain about controversial bid to go private (MarketWatch - Factiva, 08/14/2018 07:08 AM)** |
| | | | | | | | | | | | **Tesla delisting backed by Saudi Arabia's PIF, Silver Lake, Goldman tapped as advisors (SeeNews Deals - Factiva, 08/14/2018 07:45 AM)** |
| | | | | | | | | | | | **Saudi Fund May Be Too Stretched for Tesla Buyout -- Energy Journal** (Dow Jones Institutional News - Factiva, 08/14/2018 07:53 AM) |
| | | | | | | | | | | | **Musk's Tweets Face More Scrutiny After Saudi Disclosure (Dow Jones Institutional News - Factiva, 08/14/2018 08:00 AM)** |
| | | | | | | | | | | | **Musk Says He's Tapped Goldman, Silver Lake on Tesla Bid Plan (3) (BN - Bloomberg, 08/14/2018 08:13 AM)** |
| | | | | | | | | | | | **Hot Stocks to Watch: TSLA** (Dow Jones Newswires Chinese (English) - Factiva, 08/14/2018 08:26 AM) |
| | | | | | | | | | | | **Press Release: Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction** (Dow Jones Institutional News - Factiva, 08/14/2018 08:30 AM) |
| | | | | | | | | | | | **Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction** (GlobeNewswire - Factiva, 08/14/2018 08:30 AM) |
| | | | | | | | | | | | **TESLA REPORTS FORMATION OF SPECIAL COMMITTEE TO EVALUATE** (BN - Bloomberg, 08/14/2018 08:30 AM) |
| | | | | | | | | | | | **TESLA SPECIAL COMMITTEE TO RETAIN INDEPENDENT FINL ADVISOR** (BN - Bloomberg, 08/14/2018 08:30 AM) |
| | | | | | | | | | | | **TESLA INC - SEPARATELY RETAINED WILSON SONSINI GOODRICH & ROSATI AS ITS LEGAL COUNSEL REGARDING POTENTIAL GOING PRIVATE TRANSACTION** (Reuters News - Factiva, 08/14/2018 08:31 AM) |
| | | | | | | | | | | | **LIVE MARKETS-Political risk: This time it's (not that) different** (Reuters News - Factiva, 08/14/2018 08:31 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **TESLA FORMS COMMITTEE TO EVALUATE POTENTIAL GOING PRIVATE OFFER** (BN - Bloomberg, 08/14/2018 08:31 AM) |
| | | | | | | | | | | | **TESLA COMMITTEE COMPRISED OF THREE INDEPENDENT DIRECTORS** (BN - Bloomberg, 08/14/2018 08:31 AM) |
| | | | | | | | | | | | **TESLA: COMMITTEE HAS NOT YET RECEIVED FORMAL MUSK PROPOSAL** (BN - Bloomberg, 08/14/2018 08:31 AM) |
| | | | | | | | | | | | **Tesla Forms Committee to Evaluate Potential Going Private Offer** (BN - Bloomberg, 08/14/2018 08:31 AM) |
| | | | | | | | | | | | **TESLA INC - SPECIAL COMMITTEE HAS NOT YET REACHED ANY CONCLUSION AS TO ADVISABILITY/FEASIBILITY OF A GOING PRIVATE DEAL** (Reuters News - Factiva, 08/14/2018 08:32 AM) |
| | | | | | | | | | | | **Chinese Electric-Vehicle Maker NIO Tees Up U.S. Stock Sale** (WSJ Pro Private Equity - Factiva, 08/14/2018 08:32 AM) |
| | | | | | | | | | | | **Chinese Electric-Vehicle Maker NIO Tees Up U.S. Stock Sale** (WSJ Pro Venture Capital - Factiva, 08/14/2018 08:32 AM) |
| | | | | | | | | | | | **TESLA: COMMITTEE RETAINED LATHAM & WATKINS LLP AS LEGAL COUNSEL** (BN - Bloomberg, 08/14/2018 08:32 AM) |
| | | | | | | | | | | | **Tesla Forms Committee to Evaluate Potential Going Private Offer** (BFW - Bloomberg, 08/14/2018 08:33 AM) |
| | | | | | | | | | | | **Tesla, Inc. 8-K Accepted 2018-08-14 08:34:57** (SEC - SEC Edgar, 08/14/2018 08:34 AM) |
| | | | | | | | | | | | **Tesla Committee Yet to Receive Musk's Formal Go Private Proposal** (BFW - Bloomberg, 08/14/2018 08:39 AM) |
| | | | | | | | | | | | **MW Tesla's board forms special committee to evaluate potential going-private deal** (MarketWatch - Factiva, 08/14/2018 08:40 AM) |
| | | | | | | | | | | | **Tesla's Board Forms Special Committee To Evaluate Potential Going-private Deal -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/14/2018 08:40 AM) |
| | | | | | | | | | | | **REFILE-LIVE MARKETS-How vulnerable are European banks to Turkey stress?** (Reuters News - Factiva, 08/14/2018 08:41 AM) |
| | | | | | | | | | | | **Tesla forms special committee, has no formal proposal from Musk** (Reuters News - Factiva, 08/14/2018 08:42 AM) |
| | | | | | | | | | | | **Tesla forms special committee to evaluate go-private proposal** (Seeking Alpha.com - Manual Entry, 08/14/2018 08:43 AM) |
| | | | | | | | | | | | **BRIEF-Tesla Forms Special Committee To Evaluate Potential Going Private Transaction** (Reuters News - Factiva, 08/14/2018 08:44 AM) |
| | | | | | | | | | | | **Tesla: Not clear yet whether Elon Musk's plan to go private makes sense** (CNN Wire - Factiva, 08/14/2018 08:47 AM) |
| | | | | | | | | | | | **How Saudi's Stake in Tesla Could Help Musk Go Private: QuickTake** (BN - Bloomberg, 08/14/2018 08:47 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | t-statistic | [10]<br>p-Value | [11]<br>Abnormal<br>Price<br>Reaction | [12]<br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Tesla board forms committee to weigh possible Musk proposal** (Financial Times - Manual Entry, 08/14/2018 08:50 AM) |
| | | | | | | | | | | | | **UPDATE - Goldman, Silver Lake advising on Tesla go-private plan** (Renewables Now - Factiva, 08/14/2018 08:50 AM) |
| | | | | | | | | | | | | **LIVE MARKETS-U.S. futures suggest stocks poised for relief rally** (Reuters News - Factiva, 08/14/2018 08:56 AM) |
| | | | | | | | | | | | | **Tesla Special Committee to Evaluate Possibility of Taking Company Private** (Dow Jones Institutional News - Factiva, 08/14/2018 08:59 AM) |
| | | | | | | | | | | | | **Tesla A Capital Raise In Disguise** (Seeking Alpha.com - Manual Entry, 08/14/2018 09:05 AM) |
| | | | | | | | | | | | | **Tesla's board forms special committee to evaluate potential going-private deal** (Dow Jones Newswires Chinese (English) - Factiva, 08/14/2018 09:06 AM) |
| | | | | | | | | | | | | **Tesla buyout plan throws spotlight on board independence** (Financial Times - Manual Entry, 08/14/2018 09:08 AM) |
| | | | | | | | | | | | | **Tesla board forms committee to consider going private** (Agence France Presse - Factiva, 08/14/2018 09:09 AM) |
| | | | | | | | | | | | | **Tesla Special Committee to Evaluate Possibility of Taking Company Private** (Dow Jones Institutional News - Factiva, 08/14/2018 09:10 AM) |
| | | | | | | | | | | | | **MW UPDATE: SEC will still have many questions for Tesla and Musk say experts** (MarketWatch - Factiva, 08/14/2018 09:14 AM) |
| | | | | | | | | | | | | **Tesla's board has formed a special committee to consider going private (TSLA)** (Business Insider - Factiva, 08/14/2018 09:22 AM) |
| | | | | | | | | | | | | **Tesla's board has formed a special committee to consider going private (TSLA)** (Business Insider - Factiva, 08/14/2018 09:22 AM) |
| | | | | | | | | | | | | **Whither Tesla After The 'Secured Funding'** (Seeking Alpha.com - Manual Entry, 08/14/2018 09:29 AM) |
| | | | | | | | | | | | | **Stocks to Watch: Tesla, Home Depot, Switch, Express Scripts, Advance Auto Parts, Ford, Tapestry, RH, Coca-Cola** (Dow Jones Institutional News - Factiva, 08/14/2018 09:31 AM) |
| | | | | | | | | | | | | **Stocks to Watch: Tesla, Home Depot, Switch, Express Scripts, Advance Auto Parts, Ford, Tapestry, RH, Coca-Cola; Here are some of the companies with shares expected to trade actively in Tuesday's session** (The Wall Street Journal Online - Factiva, 08/14/2018 09:31 AM) |
| | | | | | | | | | | | | **Tesla: Not clear yet whether Elon Musk's plan to go private makes sense** (CNN Wire - Factiva, 08/14/2018 09:47 AM) |
| | | | | | | | | | | | | **LIVE MARKETS-Value bulls, unite!** (Reuters News - Factiva, 08/14/2018 09:51 AM) |
| | | | | | | | | | | | | **Tesla forms special committee to study going private proposal** (24 Ore Radiocor-Newswire International Edition - Factiva, 08/14/2018 09:55 AM) |
| | | | | | | | | | | | | **Tesla: Not clear yet whether Elon Musk's plan to go private makes sense** (CNN Wire - Factiva, 08/14/2018 10:09 AM) |
| | | | | | | | | | | | | **Elon Musk's Effort to Take Tesla Private to Get Board Oversight** (NYTimes.com Feed - Factiva, 08/14/2018 10:50 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | LIVE MARKETS-A cash equity trading downturn in Europe? (Reuters News - Factiva, 08/14/2018 10:57 AM) |
| | | | | | | | | | | | | **Musk Name-Drops Advisors, Tesla Forms Committee To Evaluate Potential Go-Private Deal** (Benzinga.com - Factiva, 08/14/2018 11:00 AM) |
| | | | | | | | | | | | | **MW UPDATE: Elon Musk says he's working with Goldman, Silver Lake to take Tesla private** (MarketWatch - Factiva, 08/14/2018 11:08 AM) |
| | | | | | | | | | | | | **LIVE MARKETS-Party like it's 1994!** (Reuters News - Factiva, 08/14/2018 11:16 AM) |
| | | | | | | | | | | | | **Tesla Um, What About Q3** (Seeking Alpha.com - Manual Entry, 08/14/2018 11:36 AM) |
| | | | | | | | | | | | | **MW UPDATE: NIO, potential Tesla rival from China, files for $1.8 billion U.S. IPO** (MarketWatch - Factiva, 08/14/2018 11:44 AM) |
| | | | | | | | | | | | | **Update: NIO, Potential Tesla Rival From China, Files For $1.8 Billion U.S. IPO -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/14/2018 11:44 AM) |
| | | | | | | | | | | | | **CORRECTED-UPDATE 2-Tesla forms three-member panel to decide on any Musk deal** (Reuters News - Factiva, 08/14/2018 11:57 AM) |
| | | | | | | | | | | | | **CORRECTED-FACTBOX-A look at Tesla's nine-member board** (Reuters News - Factiva, 08/14/2018 11:58 AM) |
| | | | | | | | | | | | | **LIVE MARKETS-Closing snapshot: 384.92 vs 384.91** (Reuters News - Factiva, 08/14/2018 12:40 PM) |
| | | | | | | | | | | | | **Exiting Tesla Now May Beat Risking a Failed Deal, Barclays Says** (BN - Bloomberg, 08/14/2018 12:40 PM) |
| | | | | | | | | | | | | **Musk Just Admitted That His Buyout Talks With The Saudis Began Before He Bought Stock** (Seeking Alpha.com - Manual Entry, 08/14/2018 12:42 PM) |
| | | | | | | | | | | | | **Wolverine Adds Tesla, Exits Bausch Health, Cuts J&J: 13F** (BN - Bloomberg, 08/14/2018 12:51 PM) |
| | | | | | | | | | | | | **There's an X-factor in Tesla's go-private deal that no one is considering while they try to figure out what Elon Musk is thinking (TSLA)** (Business Insider - Factiva, 08/14/2018 12:53 PM) |
| | | | | | | | | | | | | **GOLDMAN SACHS IS SAID TO HAVE HAD NO MANDATE WHEN MUSK TWEETED** (BN - Bloomberg, 08/14/2018 12:53 PM) |
| | | | | | | | | | | | | **INVESTOR REMINDER NOTICE: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Tesla, Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm** (Business Wire - Factiva, 08/14/2018 12:58 PM) |
| | | | | | | | | | | | | **Tesla forms committee to consider Musk's proposal of going private (The Telegraph Online - Factiva, 08/14/2018 01:15 PM)** |
| | | | | | | | | | | | | **BREAKINGVIEWS-Tesla is risky vehicle for Saudi reform drive** (Reuters News - Factiva, 08/14/2018 01:18 PM) |
| | | | | | | | | | | | | **Pressure mounts on Tesla as it gets hit with a third securities fraud lawsuit in wake of Elon Musk's 'funding secured' tweet (TSLA)** (Business Insider - Factiva, 08/14/2018 01:43 |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Elon Musk hit with a THIRD securities fraud lawsuit one week after tweeting plan to take his car company private - as Tesla board forms 'special committee' to examine CEO's proposal (Mail Online - Factiva, 08/14/2018 01:54 PM) |
| | | | | | | | | | | | Elon Musk says he's hired Goldman Sachs to help take Tesla private Ã¢â‚¬â€ even though the bank's analyst is one of the most bearish on Wall Street (TSLA) (Business Insider - Factiva, 08/14/2018 01:54 PM) |
| | | | | | | | | | | | Tesla Go-Private Bid in Hands of Board Trio of Musk Allies (1) (BN - Bloomberg, 08/14/2018 01:59 PM) |
| | | | | | | | | | | | MW Apple is looking to develop chip for health sensors: report (MarketWatch - Factiva, 08/14/2018 02:30 PM) |
| | | | | | | | | | | | Apple is looking to develop chip for health sensors: report (Dow Jones Newswires Chinese (English) - Factiva, 08/14/2018 02:45 PM) |
| | | | | | | | | | | | Tesla latest: Elon Musk forms SPECIAL COMMITTEE in one step closer to making Tesla private (express.co.uk - Factiva, 08/14/2018 02:50 PM) |
| | | | | | | | | | | | Goldman, Silver Lake Not Officially On Board With Musk's Plan: Report -- MarketWatch (Dow Jones Institutional News - Factiva, 08/14/2018 03:36 PM) |
| | | | | | | | | | | | MW Goldman, Silver Lake not officially on board with Musk's plan: report (MarketWatch - Factiva, 08/14/2018 03:36 PM) |
| | | | | | | | | | | | Tesla: Should you buy, sell or short? (CNN Wire - Factiva, 08/14/2018 03:47 PM) |
| | | | | | | | | | | | Goldman, Silver Lake not officially on board with Musk's plan: report (Dow Jones Newswires Chinese (English) - Factiva, 08/14/2018 03:57 PM) |
| | | | | | | | | | | | Deals of the day-Mergers and acquisitions (Reuters News - Factiva, 08/14/2018 04:03 PM) |
| | | | | | | | | | | | MW Dow, S&P 500 halt 4-session skid as Turkish lira angst takes a breather (MarketWatch - Factiva, 08/14/2018 04:08 PM) |
| | | | | | | | | | | | Major Tesla shareholders trimmed stakes last quarter -filings (Reuters News - Factiva, 08/14/2018 04:09 PM) |
| | | | | | | | | | | | DE Shaw Adds Trade Desk, Exits James River Group: 13F (BN - Bloomberg, 08/14/2018 04:29 PM) |
| | | | | | | | | | | | Two of Tesla's Largest Holders Cut Stakes by More Than 20% (1) (BN - Bloomberg, 08/14/2018 05:14 PM) |
| | | | | | | | | | | | Tesla Trio to Assess Proposal; Boeing Backs Up: Industrials Wrap (BFW - Bloomberg, 08/14/2018 05:20 PM) |
| | | | | | | | | | | | For Tesla, Time Has Come Today (Seeking Alpha.com - Manual Entry, 08/14/2018 06:03 |
| | | | | | | | | | | | UPDATE 1-Major Tesla shareholders trimmed stakes last quarter -filings (Reuters News - Factiva, 08/14/2018 06:09 PM) |
| | | | | | | | | | | | Tesla forms special committee to review Musk's going-private plan (Xinhua News Agency - Factiva, 08/14/2018 06:35 PM) |
| | | | | | | | | | | | SolarCity May Become The Boat Anchor That Sinks Tesla (Seeking Alpha.com - Manual Entry, 08/14/2018 06:43 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price Reaction | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | | Events |
| | | | | | | | | | | | | How to Solve a Problem Like Elon? Musk may not be an asset to the abbey, but the SEC knows he makes us laugh. (The Wall Street Journal Online - Factiva, 08/14/2018 06:59 PM) |
| | | | | | | | | | | | | **TESLA SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL: KAHN SWICK & FOTI, LLC REMINDS INVESTORS WITH LOSSES IN EXCESS OF $100,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against Tesla, Inc. - TSLA** (GlobeNewswire - Factiva, 08/14/2018 07:00 PM) |
| | | | | | | | | | | | | **Goldman's Missing Mandate Adds to Clues Musk Tweeted Too Soon** (BN - Bloomberg, 08/14/2018 07:06 PM) |
| | | | | | | | | | | | | **Tesla forms committee to assess proposal to go private** (Associated Press Newswires - Factiva, 08/14/2018 07:08 PM) |
| | | | | | | | | | | | | **Tesla forms committee to assess proposal to go private** (The Canadian Press - Factiva, 08/14/2018 07:09 PM) |
| | | | | | | | | | | | | **Elon Musk Tweets Another Surprise, Saying Goldman and Silver Lake Are Tesla Advisers; Electric-car maker's CEO and the investment firms hadn't completed any financial deals, though** (The Wall Street Journal Online - Factiva, 08/14/2018 07:30 PM) |
| | | | | | | | | | | | | **Azealia Banks claims Elon Musk is 'a beta male who wants to be alpha' (thetimes.co.uk - Factiva, 08/14/2018 08:01 PM)** |
| | | | | | | | | | | | | **Tesla Directors Do Damage Control After Elon Musk Tweets** (NYTimes.com Feed - Factiva, 08/14/2018 08:17 PM) |
| | | | | | | | | | | | | **SOME TESLA DIRECTORS ARE SAID TO ASK MUSK TO STOP TWEETING: NYT** (BFW - Bloomberg, 08/14/2018 08:27 PM) |
| | | | | | | | | | | | | **Some Tesla Directors Are Said to Tell Musk to Stop Tweeting: NYT** (BFW - Bloomberg, 08/14/2018 08:47 PM) |
| | | | | | | | | | | | | **A look at Tesla's nine-member board** (Reuters News - Factiva, 08/14/2018 08:53 PM) |
| | | | | | | | | | | | | **Major Tesla shareholders trimmed stakes last quarter: filings** (Reuters News - Factiva, 08/14/2018 08:53 PM) |
| | | | | | | | | | | | | **Musk's Tweets on Tesla Buyout Face Scrutiny After Saudi Disclosure > TSLA** (Dow Jones Newswires Chinese (English) - Factiva, 08/14/2018 09:09 PM) |
| | | | | | | | | | | | | **Tense times in Tesla boardroom** (Seeking Alpha.com - Manual Entry, 08/14/2018 09:14 PM) |
| | | | | | | | | | | | | **MEDIA-Some Tesla directors advise Elon Musk to stop tweeting - NYT** (Reuters News - Factiva, 08/14/2018 09:24 PM) |
| | | | | | | | | | | | | **Elon Musk Tweets Another Surprise, Saying Goldman and Silver Lake Are Tesla Advisers** (Dow Jones Newswires Chinese (English) - Factiva, 08/14/2018 09:25 PM) |
| | | | | | | | | | | | | **Larger Tesla Stake by Giant Saudi Fund Faces Hurdles** (Dow Jones Newswires Chinese (English) - Factiva, 08/14/2018 10:49 PM) |
| | | | | | | | | | | | | **Members of Tesla's board of directors are lawyering up as crisis around Elon Musk deepens (TSLA)** (Business Insider - Factiva, 08/14/2018 11:05 PM) |
| 8/15/2018 | Wed | 9,101,258 | $338.69 | -2.57% | -1.20% | 0.05% | -1.87% | -0.71% | -0.28 | 78.27% | -$2.46 | **Elon Musk and Tesla, in the sights of the US regulatory authorities** (CE NoticiasFinancieras - Factiva, 08/15/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Elon Musk in talks with Saudi Sovereign Fund to finance delisting of Tesla** (French Collection - Factiva, 08/15/2018) |
| | | | | | | | | | | | **Elon Musk may face a national security review in a Tesla-Saudi deal** (Los Angeles Daily News - Factiva, 08/15/2018) |
| | | | | | | | | | | | **Elon Musk releases details on his plan to take Tesla private** (German Collection - Factiva, 08/15/2018) |
| | | | | | | | | | | | **Elon Musk roundup: The Tesla tweets heard around Wall Street** (L.A. Biz - Factiva, 08/15/2018) |
| | | | | | | | | | | | **Elon Musk's Effort to Take Tesla Private to Get Board Oversight** (The New York Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | **Goldman Sachs, Silver Lake advise Musk on taking Tesla private** (German Collection - Factiva, 08/15/2018) |
| | | | | | | | | | | | **06:15 EDT Tesla directors begin damage control after Elon Musk tweets, NY Times...** (Theflyonthewall.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | **09:10 EDT Technical Take: Tesla has an active bearish pattern on daily chartThe...** (Theflyonthewall.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | **10:46 EDT Tesla investigation has reached 'formal' stages at SEC, FBN saysFBN's...** (Theflyonthewall.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | **12:04 EDT Silver Lake would like to participate in Tesla deal, DealBook...** (Theflyonthewall.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | **12:08 EDT Goldman Sachs to act as financial advisor to Tesla, Bloomberg reports** (Theflyonthewall.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | **12:10 EDT Tesla moved to Not Rated at Goldman SachsAccording to analyst David...** (Theflyonthewall.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | **13:21 EDT Vertical Research says Model 3 demand 'collapsing,' Tesla unlikely to...** (Theflyonthewall.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | **15:26 EDT Goldman involvement with Tesla 'doesn't mean anything,' says Vertical...** (Theflyonthewall.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | **15:35 EDT Tesla said to receive subpoena from SEC, Bloomberg reportsThe Fly...** (Theflyonthewall.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | **4 Tesla EV charging stations installed at Grand Valley town hall** (Orangeville Banner - Factiva, 08/15/2018) |
| | | | | | | | | | | | **5 reasons that play against Elon Musk's plan for Tesla** (CE NoticiasFinancieras - Factiva, 08/15/2018) |
| | | | | | | | | | | | **APPY FAMILIES** (Gold Coast Sun - Central - Factiva, 08/15/2018) |
| | | | | | | | | | | | **Banking & Finance: CEO's Tweets Face More Inquiry** (The Wall Street Journal - Factiva, 08/15/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | **Banking & Finance: Saudi Fund Faces Tesla Deal Hurdles** (The Wall Street Journal - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Banking Roundup: Citi reorganizes consumer banking unitÃ¢â‚¬Â¦ Goldman advising Musk on Tesla** (Chicago Business Journal Online - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Banking Roundup: Citi reorganizes consumer banking unitÃ¢â‚¬Â¦ Goldman advising Musk on Tesla** (L.A. Biz - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Banking Roundup: Citi reorganizes consumer banking unitÃ¢â‚¬Â¦ Goldman advising Musk on Tesla** (New York Business Journal Online - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Board Tries To Rein In Tesla's Chief After Tweets** (The New York Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Board trio to assess Musk's plan to take carmaker private** (The Daily Telegraph - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **BRIEFCASE** (The Patriot Ledger - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Business briefs: RBS fined $4.9 billion in '08 crisis** (The Journal Gazette - Factiva, |
| | | | | | | | | | | | | **China's rival to Tesla plans $1.8bn New York listing** (The Daily Telegraph - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Class-Action Lawsuit Filed Against Tesla After Elon Musk's Tweet** (U-Wire - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Convertible bonds debt wish (Premium Subscription Required to View)** (Financial Times - Manual Entry, 08/15/2018) |
| | | | | | | | | | | | | **DealBook Briefing: Elon Musk Has Answers. We Still Have Questions.** (The New York Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Dow Jones Futures: Tech Giant Soars To Buy Zone On Earnings; New Tesla Tweets** (Investor's Business Daily - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Effort to take Tesla private to get board oversight** (The Daily Gazette - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Electric car makers sprout in ChinaÃ¢â‚¬â€¹** (Cape Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Electric car makers sprout in ChinaÃ¢â‚¬â€¹** (Pretoria News - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Electric car makers sprout in ChinaÃ¢â‚¬â€¹** (The Mercury - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Electric car makers sprout in ChinaÃ¢â‚¬â€¹** (The Star - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **electric vehicle start-up nio bids on float in u.s.** (South China Morning Post - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **For Musk, a love-hate relationship with oil; Tesla's chief rails at fossil fuel industry but courts its money** (Los Angeles Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **FOR THE RECORD** (Los Angeles Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **How Nio Is Taking On Tesla In China Ã¢â‚¬â€ And What Challenges It Sees** (Investor's Business Daily - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **How to Solve a Problem Like Elon?** (The Wall Street Journal - Factiva, 08/15/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Return | [6] Market Return | [7] Exc. Ind. Return | [8] Predicted Return | [9] Abnormal Return | [10] t-statistic | p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **IMPORTANT INVESTOR NOTICE: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Tesla, Inc. and Encourages Investors with Losses in Excess of $500,000 to Contact the Firm** (ACCESSWIRE - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Is Tesla a cash cow or simply a handful of beans?** (The Washington Post - Factiva, |
| | | | | | | | | | | | | **Is Tesla a cash cow, or simply a handful of beans?** (Washington Post.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **MORE NEWS** (The Denver Post - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk facing heat over tweet** (Townsville Bulletin - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk on Tesla talks** (Express & Star - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk on Tesla talks Tesla** (Shropshire Star - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk presents equipment to privatize Tesla** (CE NoticiasFinancieras - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk says Goldman on board for his Tesla plans** (Irish Independent - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk says Silver Lake, Goldman advising on taking Tesla private** (U-Wire - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk says Silver Lake, Goldman Sachs advising on Tesla privatization** (SNL Energy Finance Daily - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk says Silver Lake, Goldman Sachs advising on Tesla privatization** (SNL Financial Services Daily - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk's Belated Explanation Is Unlikely to Get SEC Off His Back; BANKING/FINANCE** (Broward Daily Business Review - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk's Belated Explanation Is Unlikely to Get SEC Off His Back; BANKING/FINANCE** (Miami Daily Business Review - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk's Belated Explanation Is Unlikely to Get SEC Off His Back; BANKING/FINANCE** (Palm Beach Daily Business Review - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Musk's bid to take Tesla private gaining traction; Special committee to study offer** (National Post - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Nation/world business briefs** (The Richmond Times-Dispatch - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Peso, Elektra, Amazon, talent, credits, reward, Elon Musk: Summary of the day** (CE NoticiasFinancieras - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Report: SEC subpoenas Tesla about CEO's buyout plans** (Postmedia Breaking News - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Saudi fund seeking to take Tesla private, Musk says** (The Australian - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Saudi PIF may partially finance Tesla take-private plan - bankers** (Mubasher - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Saudi sovereign fund involved in Tesla buyout deal - report.** (Just-Auto - Factiva, |
| | | | | | | | | | | | | **SEC slaps Tesla with a subpoena over Elon Musk tweets, report says** (CNET News.com - Factiva, 08/15/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | SEC Subpoenas Tesla Over Musk's Taking-Private Tweet (CE NoticiasFinancieras - Factiva, 08/15/2018) |
| | | | | | | | | | | | SEC Subpoenas Tesla Over Musk's Taking-Private Tweet (RTT News - Factiva, |
| | | | | | | | | | | | Silver Lake, Goldman advising on Tesla move (The Irish Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | Special body to study Tesla going private (Shanghai Daily - Factiva, 08/15/2018) |
| | | | | | | | | | | | Stocks - Tesla Hit Hard Midday After Report of SEC Move (Investing.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | Sure looks like the SEC is investigating Elon Musk's 'funding secured' tweet (Mashable.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tencent-Backed Chinese EV Maker Seeks $1.8 Billion US IPO; BANKING/FINANCE (Broward Daily Business Review - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tencent-Backed Chinese EV Maker Seeks $1.8 Billion US IPO; BANKING/FINANCE (Miami Daily Business Review - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tencent-Backed Chinese EV Maker Seeks $1.8 Billion US IPO; BANKING/FINANCE (Palm Beach Daily Business Review - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla at greater risk of default as a private company, S&P analysis suggests (SNL Financial Extra - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla board explores taking firm private (Orlando Sentinel - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla board forms special committee to review Musk's privatization proposal (SNL Energy Finance Daily - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla board forms special committee to review Musk's privatization proposal (SNL Financial Services Daily - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla board forms special committee to review Musk's privatization proposal (SNL Power Daily with Market Report - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla board moves to explore going private (The Spokesman-Review - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla board scrambles to do damage control after Elon Musk tweets (The Straits Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla board scrambles to do damage control after Elon Musk tweets (The Straits Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla board scrambles to do damage control after Elon Musk tweets (The Straits Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla board to face many questions about Musk's going-private proposal (Pacific Business News - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla board to face many questions about Musk's going-private proposal (Silicon Valley/San Jose Business Journal - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla board trio to dissect Musk plan (New York Post - Factiva, 08/15/2018) |
| | | | | | | | | | | | Tesla committee to assess privatization (Victoria Times Colonist - Factiva, 08/15/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | [10]<br>t-statistic | [11]<br>p-Value | [12]<br>Abnormal<br>Price<br>Reaction | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Tesla committee to evaluate possibility of taking firm private; Special committee of three independent directors hasn't received a proposal from Musk** (Waterloo Region Record - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla committee to gauge Musk's plan to go private** (USA Today - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla directors do damage control after Elon Musk tweets** (San Francisco Chronicle: Web Edition - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla explores going private amid lawsuits** (Daily Press - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla explores going private amid lawsuits** (South Florida Sun-Sentinel - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla explores going private; Board forming panel to investigate Musk's idea; shareholders file suits** (San Diego Union-Tribune - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **TESLA EYE MUSK IDEA** (The Sun - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **TESLA EYE MUSK IDEA** (The Sun - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **TESLA FACES LAWSUITS** (Herald-Sun - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla Forms 3-member Committee to Study Privatization; Major Shareholders Cut Stake** (AAStocks Financial News - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla forms committee to consider feasibility of taking company private** (The Washington Post - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla forms special committee to consider going private** (Washington Post.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla is being investigated by the US regulator** (CE NoticiasFinancieras - Factiva, |
| | | | | | | | | | | | | **Tesla is being investigated by the US regulator** (CE NoticiasFinancieras - Factiva, |
| | | | | | | | | | | | | **Tesla panel to assess proposals** (The Seattle Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla panel will look into taking company private** (City AM - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **TESLA PLAN TO GET A LOOK; Board forms a special committee to explore CEO's idea of taking the carmaker private. Shareholders file suits.** (Los Angeles Times - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla shares drop amid reports of Securities and Exchange Commission subpoena** (USA Today Online - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla stock drops on report that the SEC has subpoenaed the automaker** (latimes.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla submits FTZ request** (American Shipper - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **TESLA TURMOIL AS BOARD REVEALS MUSK HAS NOT BID FOR HIS FIRM** (Daily Mail - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla turmoil as board reveals Musk has NOT bid for his firm** (Scottish Daily Mail - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla tycoon 'a beta male who wants to be alpha'** (The Times - Factiva, 08/15/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | **Tesla's Advisers Not Ready to Ride --- CEO Musk tweeted of advisory roles for Goldman, Silver Lake as haggling continued** (The Wall Street Journal - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla's board panel to study private proposal** (Calgary Herald - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla's board panel to study private proposal** (Edmonton Journal - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla's board to look at CEO's plan** (i - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **The spotlight shifts to Tesla's board (Financial Times - Manual Entry, 08/15/2018)** |
| | | | | | | | | | | | | **The US stock market authority demands Tesla information on Elon Musk's tragedy*** TRANSLATED ***** (STT - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **THREE TESLA BOARD MEMBERS TO EVALUATE ANY TAKE-PRIVATE DEAL; ELECTRIC CARMAKER'S BOARD SETS UP SPECIAL COMMITTEE TO ASSESS ANY POSSIBLE OFFER TO BUY BACK THE COMPANY'S STOCK** (San Jose Mercury News - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **UBS Equities Research Report** (Capital IQ - Manual Entry, 08/15/2018) |
| | | | | | | | | | | | | **UBS Equities Research Report** (Capital IQ - Manual Entry, 08/15/2018) |
| | | | | | | | | | | | | **UBS Equities Research Report** (Eikon - Manual Entry, 08/15/2018) |
| | | | | | | | | | | | | **UBS Equities Research Report** (Eikon - Manual Entry, 08/15/2018) |
| | | | | | | | | | | | | **ValueAct Ups Stake in Seagate** (The Deal - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **What Elon Musk's Tweet Can Teach GCs About Damage Control** (Delaware Law Weekly - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Why Elon Musk, Richard Branson and Michael Dell welcome shareholder money but not accountability** (scmp.com - Factiva, 08/15/2018) |
| | | | | | | | | | | | | **Tesla getting to Q3 profitability** (Financial Times - Manual Entry, 08/15/2018 12:00 AM) |
| | | | | | | | | | | | | **PRESS DIGEST- New York Times business news - Aug 15** (Reuters News - Factiva, 08/15/2018 12:57 AM) |
| | | | | | | | | | | | | **CEO's Tweets Face More Inquiry -- WSJ** (Dow Jones Institutional News - Factiva, 08/15/2018 02:32 AM) |
| | | | | | | | | | | | | **Saudi Fund Faces Tesla Deal Hurdles -- WSJ** (Dow Jones Institutional News - Factiva, 08/15/2018 02:32 AM) |
| | | | | | | | | | | | | **Tesla's Advisers Not Ready to Ride -- WSJ** (Dow Jones Institutional News - Factiva, 08/15/2018 02:32 AM) |
| | | | | | | | | | | | | **Elon Musk says he's hired Goldman Sachs to help take Tesla private Ã¢â‚¬â€ even though the bank's analyst is one of the most bearish on Wall Street (TSLA)** (Business Insider - Factiva, 08/15/2018 02:47 AM) |
| | | | | | | | | | | | | **Elon Musk left plenty of questions about Tesla going private, experts say; Equity-funded buyouts tend to be much smaller** (MarketWatch - Factiva, 08/15/2018 03:29 AM) |
| | | | | | | | | | | | | **'China's Tesla' files to go public in an offering that could raise $1.8 billion** (The Telegraph Online - Factiva, 08/15/2018 04:01 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | **Elon Musk Tweets Another Surprise: Goldman, Silver Lake Advise Tesla; Electric-car maker's CEO and the investment firms hadn't completed any financial deals** (Private Equity News - Factiva, 08/15/2018 04:35 AM) |
| | | | | | | | | | | | | **Tesla in turmoil as special committee reveals Musk has NOT bid for his firm** (Mail Online - Factiva, 08/15/2018 04:45 AM) |
| | | | | | | | | | | | | **ANALYSIS-Saudi fund may only play minor part in Musk's $72 bln Tesla plan -bankers** (Reuters News - Factiva, 08/15/2018 05:11 AM) |
| | | | | | | | | | | | | **Saudi Arabia Goes High-Tech in Approach to Investing** (Dow Jones Institutional News - Factiva, 08/15/2018 05:30 AM) |
| | | | | | | | | | | | | **Saudi fund may only play minor part in Musk's $72 billion Tesla plan: bankers** (Reuters News - Factiva, 08/15/2018 05:49 AM) |
| | | | | | | | | | | | | **'Good luck with that': Telstra exec drawn into Elon Musk controversy** (The Age - Online - Factiva, 08/15/2018 06:03 AM) |
| | | | | | | | | | | | | **'Good luck with that': Telstra exec drawn into Elon Musk controversy** (The Sydney Morning Herald - Online - Factiva, 08/15/2018 06:03 AM) |
| | | | | | | | | | | | | **'Good luck with that': Telstra exec drawn into Elon Musk controversy** (WAToday.com.au - Factiva, 08/15/2018 06:03 AM) |
| | | | | | | | | | | | | **DealBook Briefing: Tesla's Board Tries to Calm Its Chaos (NYTimes.com Feed - Factiva, 08/15/2018 06:17 AM)** |
| | | | | | | | | | | | | **Peak6 Investments Adds Amazon, Exits Walmart, Cuts Booking: 13F** (BN - Bloomberg, 08/15/2018 06:28 AM) |
| | | | | | | | | | | | | **Asian Hedge Fund Sticks Up for Musk's Plan to Take Tesla Private (BN - Bloomberg, 08/15/2018 07:00 AM)** |
| | | | | | | | | | | | | **Tesla sets up special committee for delisting plan** (SeeNews Deals - Factiva, 08/15/2018 07:09 AM) |
| | | | | | | | | | | | | **MW UPDATE: Elon Musk left plenty of questions about Tesla going private, experts say** (MarketWatch - Factiva, 08/15/2018 07:29 AM) |
| | | | | | | | | | | | | **A Tesla Take-Private Bid Would Be More of the Same for Silver Lake. Sort of.** (NYTimes.com Feed - Factiva, 08/15/2018 07:38 AM) |
| | | | | | | | | | | | | **Tesla sets up special committee to consider upcoming Musk offer** (Renewables Now - Factiva, 08/15/2018 08:15 AM) |
| | | | | | | | | | | | | **Another Tesla investor trims stake in Q2** (SeeNews Deals - Factiva, 08/15/2018 08:31 AM) |
| | | | | | | | | | | | | **CORRECTED-UPDATE 8-Musk bid for Tesla: no formal offer, no firm deals with advisers (Aug. 14)** (Reuters News - Factiva, 08/15/2018 08:31 AM) |
| | | | | | | | | | | | | **Musk bid for Tesla: no formal offer, no firm deals with advisers** (Reuters News - Factiva, 08/15/2018 08:46 AM) |
| | | | | | | | | | | | | **Elon Musk may only face a minor fee if the SEC investigates his tweet storm about taking Tesla private Ã¢â‚¬â€ here's why (TSLA)** (Business Insider - Factiva, 08/15/2018 09:09 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Market<br>Return | [6]<br>Exc. Ind.<br>Return | [7]<br>Predicted<br>Return | [8]<br>Abnormal<br>Return | [9]<br>t-statistic | [10]<br>p-Value | [11]<br>Abnormal<br>Price<br>Reaction | [12]<br><br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **Missing Goldman Mandate Adds to Clues Musk Tweeted Too Soon (1)** (BN - Bloomberg, 08/15/2018 09:54 AM) |
| | | | | | | | | | | | **Kaplan Fox Announces Investor Class Action Lawsuit Filed Against Tesla, Inc.** (PR Newswire - Factiva, 08/15/2018 10:08 AM) |
| | | | | | | | | | | | **Press Release: Kaplan Fox Announces Investor Class Action Lawsuit Filed Against Tesla, Inc.** (Dow Jones Institutional News - Factiva, 08/15/2018 10:08 AM) |
| | | | | | | | | | | | **KAPLAN FOX REPORTS INVESTOR CLASS ACTION SUIT FILED VS TESLA,** (BN - Bloomberg, 08/15/2018 10:12 AM) |
| | | | | | | | | | | | **SEC IS SAID TO SEND SUBPOENAS TO TESLA ON PRIVATIZATION: FOX** (BFW - Bloomberg, 08/15/2018 10:45 AM) |
| | | | | | | | | | | | **Elon Musk says he's hired Goldman Sachs to help take Tesla private â€" even though the bank's analyst is one of the most bearish on Wall Street (TSLA)** (Business Insider - Factiva, 08/15/2018 10:48 AM) |
| | | | | | | | | | | | **SEC Is Said to Send Subpoenas to Tesla on Privatization: Fox** (BFW - Bloomberg, 08/15/2018 10:50 AM) |
| | | | | | | | | | | | **TESLA FALLS TO SESSION LOWS AFTER FOX STORY ON SEC SUBPOENAS** (BFW - Bloomberg, 08/15/2018 10:50 AM) |
| | | | | | | | | | | | **BRIEF-SEC Sends Subpoenas To Tesla Regarding Privatization Plans- Fox Business' Gasparino** (Reuters News - Factiva, 08/15/2018 10:52 AM) |
| | | | | | | | | | | | **SEC subpoenas Tesla over privatization plan - Fox Business; shares down 4%** (Seeking Alpha.com - Manual Entry, 08/15/2018 10:58 AM) |
| | | | | | | | | | | | **The Downfall Of Elon Musk** (Benzinga.com - Factiva, 08/15/2018 10:58 AM) |
| | | | | | | | | | | | **U.S. SEC subpoenas Tesla over Musk's tweets -Fox News** (Reuters News - Factiva, 08/15/2018 11:03 AM) |
| | | | | | | | | | | | **Tesla Shares Drop on Report of SEC Subpoenas -- Market Talk** (Dow Jones Institutional News - Factiva, 08/15/2018 11:07 AM) |
| | | | | | | | | | | | **Tesla Shares Drop on Report of SEC Subpoenas -- Market Talk** (Dow Jones Institutional News - Factiva, 08/15/2018 11:07 AM) |
| | | | | | | | | | | | **Marijuana Companies Enjoy Bump from Constellation Deal -- Market Talk** (Dow Jones Institutional News - Factiva, 08/15/2018 11:13 AM) |
| | | | | | | | | | | | **Puma Sags on Questions About Breast-Cancer Drug's Prospects -- Market Talk** (Dow Jones Institutional News - Factiva, 08/15/2018 11:14 AM) |
| | | | | | | | | | | | **Tesla Shares Drop on Report of SEC Subpoenas -- Market Talk** (Dow Jones Newswires Chinese (English) - Factiva, 08/15/2018 11:21 AM) |
| | | | | | | | | | | | **The SEC reportedly sent subpoenas to Tesla concerning Elon Musk's tweets about taking Tesla private (TSLA)** (Business Insider - Factiva, 08/15/2018 11:47 AM) |
| | | | | | | | | | | | **Questions remain over Musk's plans to take Tesla private** (Financial Times - Manual Entry, 08/15/2018 11:49 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **SILVER LAKE IS SAID INTERESTED IN INVESTING IN TESLA DEAL: NYT** (BFW - Bloomberg, 08/15/2018 11:57 AM) |
| | | | | | | | | | | | **TESLA ADDED TO RESTRICTED LIST AT GOLDMAN SACHS** (BFW - Bloomberg, 08/15/2018 12:07 PM) |
| | | | | | | | | | | | **GOLDMAN IS ACTING AS FINANCIAL ADVISER TO TESLA** (BN - Bloomberg, 08/15/2018 12:07 PM) |
| | | | | | | | | | | | **MW SEC's Tesla probe is now 'formal investigation': report** (MarketWatch - Factiva, 08/15/2018 12:08 PM) |
| | | | | | | | | | | | **SEC's Tesla Probe Is Now 'formal Investigation': Report -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/15/2018 12:08 PM) |
| | | | | | | | | | | | **Tesla sinks after report the SEC has issued subpoenas about Elon Musk's 'funding secured' tweet (TSLA)** (Business Insider - Factiva, 08/15/2018 12:15 PM) |
| | | | | | | | | | | | **Saudi Arabia Goes High-Tech in Approach to Investing -- Update** (Dow Jones Institutional News - Factiva, 08/15/2018 12:16 PM) |
| | | | | | | | | | | | **Silver Lake waits in the wings for Tesla deal** (Seeking Alpha.com - Manual Entry, 08/15/2018 12:16 PM) |
| | | | | | | | | | | | **Goldman Sachs to advise Tesla** (Seeking Alpha.com - Manual Entry, 08/15/2018 12:39 PM) |
| | | | | | | | | | | | **Musk Seen Facing National Security Review in a Tesla-Saudi Deal** (BN - Bloomberg, 08/15/2018 12:48 PM) |
| | | | | | | | | | | | **IT'S OFFICIAL: Goldman Sachs is advising Elon Musk on his plans to take Tesla private (TSLA)** (Business Insider - Factiva, 08/15/2018 12:49 PM) |
| | | | | | | | | | | | **Tesla and Elon Musk under fire as SEC issues subpoenas** (The Telegraph Online - Factiva, 08/15/2018 01:03 PM) |
| | | | | | | | | | | | **Goldman Restricts Tesla Coverage Because Acting as Adviser (1)** (BFW - Bloomberg, 08/15/2018 01:19 PM) |
| | | | | | | | | | | | **IT'S OFFICIAL: Goldman Sachs is advising Elon Musk on his plans to take Tesla private (TSLA)** (Business Insider - Factiva, 08/15/2018 01:39 PM) |
| | | | | | | | | | | | **Goldman Says It's Advising on Tesla Days After Musk Buyout Tweet (BN - Bloomberg, 08/15/2018 01:39 PM)** |
| | | | | | | | | | | | **SEC sends subpoena to Tesla in probe over Musk tweets; Subpoena seeks information from each of Tesla's directors (MarketWatch - Factiva, 08/15/2018 01:44 PM)** |
| | | | | | | | | | | | **T. Rowe, Fidelity sold more then 20% of their stakes in Tesla last quarter; Two investment giants are still among company's largest institutional holders (MarketWatch - Factiva, 08/15/2018 01:46 PM)** |
| | | | | | | | | | | | **Elon Musk could take Tesla private with the Saudis â€“ here's what their sovereign wealth fund is all about (TSLA)** (Business Insider - Factiva, 08/15/2018 01:51 PM) |
| | | | | | | | | | | | **Goldman Sachs says it's advising Tesla** (CNN Wire - Factiva, 08/15/2018 01:59 PM) |
| | | | | | | | | | | | **A former Tesla engineer says the company silenced her entire team after they brought up safety and quality issues (TSLA)** (Business Insider - Factiva, 08/15/2018 01:59 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Market<br>Return | [6]<br>Exc. Ind.<br>Return | [7]<br>Predicted<br>Return | [8]<br>Abnormal<br>Return | [9]<br>t-statistic | [10]<br>p-Value | [11]<br>Abnormal<br>Price<br>Reaction | [12]<br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | A former Tesla engineer says the company silenced her entire team after they brought up safety and quality issues (TSLA) (Business Insider - Factiva, 08/15/2018 01:59 PM) |
| | | | | | | | | | | | SHAREHOLDER ALERT: Bronstein, Gewirtz & Grossman, LLC Notifies Investors of Class Action Against Tesla, Inc. (TSLA) and Lead Plaintiff Deadline: October 9, 2018 (GlobeNewswire - Factiva, 08/15/2018 02:01 PM) |
| | | | | | | | | | | | Musk's Saudi Gambit Invites the Kind of Leverage He Doesn't Want (BN - Bloomberg, 08/15/2018 02:01 PM) |
| | | | | | | | | | | | ONGOING INVESTIGATION ALERT: The Schall Law Firm Announces it is Investigating Claims Against Tesla, Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm (Business Wire - Factiva, 08/15/2018 02:06 PM) |
| | | | | | | | | | | | Tesla Is Said to Be Subpoenaed by S.E.C. Over Elon Musk Tweet (NYTimes.com Feed - Factiva, 08/15/2018 02:13 PM) |
| | | | | | | | | | | | Tesla sinks after reports the SEC has issued subpoenas about Elon Musk's 'funding secured' tweet (TSLA) (Business Insider - Factiva, 08/15/2018 02:24 PM) |
| | | | | | | | | | | | SEC Launches Formal Investigation Over Elon Musk Tweet to Take Tesla Private - Reports (Sputnik News Service - Factiva, 08/15/2018 02:28 PM) |
| | | | | | | | | | | | Goldman Sachs says it's advising Tesla (CNN Wire - Factiva, 08/15/2018 02:37 PM) |
| | | | | | | | | | | | Reports: SEC Launches Formal Investigation Over Musk Tweet to Take Tesla Private (Sputnik News Service - Factiva, 08/15/2018 02:39 PM) |
| | | | | | | | | | | | CORRECTED-BREAKINGVIEWS-Global dominance is key to Tesla buyout payoff (Reuters News - Factiva, 08/15/2018 03:17 PM) |
| | | | | | | | | | | | Tesla shares fall on reports of SEC subpoena (Agence France Presse - Factiva, 08/15/2018 03:17 PM) |
| | | | | | | | | | | | TESLA IS SAID TO RECEIVE SUBPOENA FROM SEC (BN - Bloomberg, 08/15/2018 03:33 PM) |
| | | | | | | | | | | | SEC SUBPOENA IS SAID TO FOLLOW MUSK'S TAKE-PRIVATE TWEET (BN - Bloomberg, 08/15/2018 03:33 PM) |
| | | | | | | | | | | | Saudi Arabia Goes High-Tech in Approach to Investing; Talks with Tesla show how crown prince's sovereign-wealth fund has become a global player, but some worry about impulsive, risky bets (The Wall Street Journal Online - Factiva, 08/15/2018 03:37 PM) |
| | | | | | | | | | | | Saudi Arabia Goes High-Tech in Approach to Investing; Talks with Tesla show how crown prince's sovereign-wealth fund has become a global player, but some worry about impulsive, risky bets (WSJ Pro Central Banking - Factiva, 08/15/2018 03:37 PM) |
| | | | | | | | | | | | Vertical Group Turns More Bearish On Tesla, Doesn't Expect Company To Go Private (Benzinga.com - Factiva, 08/15/2018 03:56 PM) |
| | | | | | | | | | | | UPDATE: Tesla is no longer rated by Goldman Sachs as bank takes on advisory role (Dow Jones Newswires Chinese (English) - Factiva, 08/15/2018 03:57 PM) |
| | | | | | | | | | | | A Question for Tesla's Board: What Was Elon Musk's Mental State? (NYTimes.com Feed - Factiva, 08/15/2018 04:02 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | **TESLA, PANASONIC REVIEW SUPPLY CONTRACT ON SOLAR CELLS: NIKKEI** (BN - Bloomberg, 08/15/2018 04:08 PM) |
| | | | | | | | | | | | **Tesla Is Said to Receive Subpoena Over Musk's Take-Private Tweet** (BN - Bloomberg, 08/15/2018 04:08 PM) |
| | | | | | | | | | | | **Tesla, Panasonic To Review Supply Pact on Solar Cells: Nikkei** (BFW - Bloomberg, 08/15/2018 04:20 PM) |
| | | | | | | | | | | | **Global Equities Roundup: Market Talk** (Dow Jones Institutional News - Factiva, 08/15/2018 04:25 PM) |
| | | | | | | | | | | | **Tesla Shares Fall as Lawyers Take Aim at Company, Musk -- Market Talk** (Dow Jones Institutional News - Factiva, 08/15/2018 04:25 PM) |
| | | | | | | | | | | | **Tesla Shares Fall as Lawyers Take Aim at Company, Musk -- Market Talk** (Dow Jones Institutional News - Factiva, 08/15/2018 04:25 PM) |
| | | | | | | | | | | | **Elon Musk's tweets investigated for possibly breaking law: reports** (The Guardian - Factiva, 08/15/2018 04:27 PM) |
| | | | | | | | | | | | **Cisco Software Sales Spur 3rd Consecutive Quarter of Growth -- Market Talk** (Dow Jones Institutional News - Factiva, 08/15/2018 04:40 PM) |
| | | | | | | | | | | | **Auto & Transport Roundup: Market Talk** (Dow Jones Institutional News - Factiva, 08/15/2018 04:50 PM) |
| | | | | | | | | | | | **Tesla Scrutiny Intensifies; Ford Gets Jilted: Industrials Wrap** (BFW - Bloomberg, 08/15/2018 04:50 PM) |
| | | | | | | | | | | | **SEC Sends Subpoena to Tesla in Probe Over Musk Tweets** (Dow Jones Institutional News - Factiva, 08/15/2018 04:59 PM) |
| | | | | | | | | | | | **Tesla Shares Fall as Lawyers Take Aim at Company, Musk -- Market Talk** (Dow Jones Newswires Chinese (English) - Factiva, 08/15/2018 05:05 PM) |
| | | | | | | | | | | | **SEC Sends Subpoena to Tesla in Probe Over Musk Tweets** (Dow Jones Institutional News - Factiva, 08/15/2018 05:10 PM) |
| | | | | | | | | | | | **Tesla Class Action: Bernstein Liebhard LLP Announces That A New Securities Class Action Lawsuit Expanding The Relevant Class Period Has Been Filed Against Tesla, Inc. - TSLA** (PR Newswire - Factiva, 08/15/2018 05:10 PM) |
| | | | | | | | | | | | **Cisco in 'Deep Discussions' with Administration on Tariffs -- Market Talk** (Dow Jones Institutional News - Factiva, 08/15/2018 05:12 PM) |
| | | | | | | | | | | | **T. Rowe, Fidelity Sold More Than 20% of Their Tesla Shares in Second Quarter** (Dow Jones Institutional News - Factiva, 08/15/2018 05:22 PM) |
| | | | | | | | | | | | **T. Rowe, Fidelity Sold More Than 20% of Their Tesla Shares in Second Quarter; Share sales took place before Elon Musk disclosed publicly he wanted to take electric-car maker private** (The Wall Street Journal Online - Factiva, 08/15/2018 05:22 PM) |
| | | | | | | | | | | | **SEC Sends Subpoena to Tesla in Probe Over Musk Tweets** (Dow Jones Newswires Chinese (English) - Factiva, 08/15/2018 05:24 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | Tesla shares fall on reports of SEC subpoena (Agence France Presse - Factiva, 08/15/2018 05:33 PM) |
| | | | | | | | | | | | | COLUMN-Tesla, Musk face SEC wrist slap at worst, experts say: Frankel (Reuters News - Factiva, 08/15/2018 05:40 PM) |
| | | | | | | | | | | | | Scott+Scott Attorneys at Law LLP Files Class Action Lawsuit Against Tesla Inc. (TSLA) and Elon Musk on Behalf of Short Sellers and Put Options Investors (Business Wire - Factiva, 08/15/2018 05:41 PM) |
| | | | | | | | | | | | | Tesla Class Action: Bernstein Liebhard LLP Announces that a New Securities Class Action Lawsuit Expanding the Relevant Class Period has been Filed Against Tesla, Inc. - TSLA (GlobeNewswire - Factiva, 08/15/2018 05:42 PM) |
| | | | | | | | | | | | | MW SEC sends subpoena to Tesla in probe over Musk tweets (MarketWatch - Factiva, 08/15/2018 05:44 PM) |
| | | | | | | | | | | | | T. Rowe, Fidelity Sold More Than 20% of Their Tesla Shares in Second Quarter (Dow Jones Newswires Chinese (English) - Factiva, 08/15/2018 06:02 PM) |
| | | | | | | | | | | | | T. Rowe Price, Fidelity sold 20%-plus of their Tesla shares in Q2 (Seeking Alpha.com - Manual Entry, 08/15/2018 06:08 PM) |
| | | | | | | | | | | | | Baupost's Tesla Convertible Bonds Are Said to Be Bearish Wager (BN - Bloomberg, 08/15/2018 06:28 PM) |
| | | | | | | | | | | | | Elon Musk is handed writ over Tesla sale as he defends his decision to make the buyout plans public on social media (Mail Online - Factiva, 08/15/2018 06:39 PM) |
| | | | | | | | | | | | | SHAREHOLDER ALERT: Kaskela Law LLC Announces Expanded Class Period in Investor Class Action Lawsuits Against Tesla, Inc. and Elon Musk, and Encourages Investors with Losses in Excess of $250,000 to Contact the Firm (GlobeNewswire - Factiva, 08/15/2018 06:51 PM) |
| | | | | | | | | | | | | Report: SEC subpoenas Tesla about CEO's buyout plans (Associated Press Newswires - Factiva, 08/15/2018 06:53 PM) |
| | | | | | | | | | | | | Report: SEC subpoenas Tesla about CEO's buyout plans (The Canadian Press - Factiva, 08/15/2018 06:54 PM) |
| | | | | | | | | | | | | UPDATE 5-SEC scrutiny of Tesla grows as Goldman hints at adviser role (Reuters News - Factiva, 08/15/2018 07:12 PM) |
| | | | | | | | | | | | | Tesla, Inc. 3 Accepted 2018-08-15 19:21:04 (SEC - SEC Edgar, 08/15/2018 07:21 PM) |
| | | | | | | | | | | | | MEDIA-Baupost Group acquired $200 mln of Tesla convertible bonds during Q2 - Bloomberg (Reuters News - Factiva, 08/15/2018 07:30 PM) |
| | | | | | | | | | | | | Singer Claims Elon Musk Was 'On Acid' Writing Dicey Tesla Tweets (Sputnik News Service - Factiva, 08/15/2018 07:34 PM) |
| | | | | | | | | | | | | SEC Sends Subpoena to Tesla in Probe Over Musk Tweets; Subpoena seeks information from each of Tesla's directors (The Wall Street Journal Online - Factiva, 08/15/2018 07:35 |
| | | | | | | | | | | | | SEC Sends Subpoena to Tesla in Probe Over Musk Tweets; Subpoena seeks information from each of Tesla's directors (WSJ Pro Central Banking - Factiva, 08/15/2018 07:35 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | | **SEC scrutiny of Tesla grows as Goldman hints at adviser role** (Reuters News - Factiva, 08/15/2018 07:38 PM) |
| | | | | | | | | | | | | **SEC Sends Subpoena to Tesla in Probe Over Musk Tweets** (Dow Jones Newswires Chinese (English) - Factiva, 08/15/2018 07:56 PM) |
| | | | | | | | | | | | | **Watchdog subpoenas Tesla over Musk go-private tweet** (thetimes.co.uk - Factiva, 08/15/2018 08:01 PM) |
| | | | | | | | | | | | | **Hagens Berman Sobol Shapiro LLP Announces Extended Class Period in Musk "Tweet" Class Action - TSLA** (GlobeNewswire - Factiva, 08/15/2018 08:29 PM) |
| | | | | | | | | | | | | **SEC Sends Subpoena to Tesla in Probe Over Musk Tweets -- Update** (Dow Jones Newswires Chinese (English) - Factiva, 08/15/2018 09:51 PM) |
| | | | | | | | | | | | | **Tesla subpoenaed by SEC over Elon Musk tweet** (Financial Times - Manual Entry, 08/15/2018 11:46 PM) |
| | | | | | | | | | | | | **Defeating traffic is the ultimate boss battle** (Musk Tweet - Manual Entry, 08/15/2018 11:49 PM) |
| 8/16/2018 | Thu | 6,064,033 | $335.45 | -0.96% | 0.43% | 0.64% | 0.58% | -1.54% | -0.60 | 54.85% | -$5.21 | **Apple rehires ex-Tesla engineering lead, stimulating Project Titan talk** (ETMAG.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Elon Musk likely to face US national security review in a Tesla-Saudi deal** (ArabianBusiness.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Elon Musk's Boring Co. proposes to dig a tunnel to Dodger Stadium (L.A. Biz - Factiva, 08/16/2018)** |
| | | | | | | | | | | | | **Facebook's median pay tops $240,000 Ã¢â‚¬â€ here's how that compares to 30 other big Bay Area employers (Silicon Valley/San Jose Business Journal Online - Factiva,** |
| | | | | | | | | | | | | **Porsche's first all-electric vehicle will begin production next year** (ETMAG.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **US SEC Reportedly Looking Into Tesla CEO's Post on Privatisation** (AAStocks Financial News - Factiva, 08/16/2018) |
| | | | | | | | | | | | | ***SEC Globe/wire say SEC sends subpoenas to Tesla's Musk** (Canada Stockwatch - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **05:59 EDT Tesla silenced team concerned over safety issues, Business Insider...** (Theflyonthewall.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **07:35 EDT Tesla price target raised to $325 after 'taking company private' tweet...** (Theflyonthewall.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **07:42 EDT After visiting Tesla's Freemont facility, Evercore ISI says Model 3...** (Theflyonthewall.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **07:44 EDT Tesla whistleblower tweets details about allegedly flawed vehicles,...** (Theflyonthewall.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **07:59 EDT Tesla backs out of solar-panel deal with Panasonic, WSJ reportsTesla...** (Theflyonthewall.com - Factiva, 08/16/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Return | [6] Market Return | [7] Exc. Ind. Return | [8] Predicted Return | [9] Abnormal Return | [10] t-statistic | [11] p-Value | [12] Abnormal Price Reaction | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **12:09 EDT Gasparino: Tesla's legal team bracing for 'billions' in potential...** (Theflyonthewall.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **14:29 EDT Ex-Tesla worker: Gigafactory workers involved in drug trafficking,...** (Theflyonthewall.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **16:14 EDT SEC presses Tesla directors for info on communications with Musk, WSJ...** (Theflyonthewall.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **20:50 EDT Tesla Fremont facility workers left 3.5 hours early on Wednesday, BI...** (Theflyonthewall.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **4 Firms Handling Elon Musk's Effort to Take Tesla Private** (New York Law Journal - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **A Tesla Take-Private Bid Would Be More of the Same for Silver Lake. Sort of.** (The New York Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Another whistleblower: Tesla ignored drug dealing at Gigafactory, spied on employees** (Tribune Review - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Auto industry; Elon Musk may face U.S. security review over a Tesla-Saudi deal** (Press-Telegram - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Auto industry; Elon Musk may face U.S. security review over a Tesla-Saudi deal** (Riverside Press-Enterprise - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Banking & Finance: Saudis Embrace High-Tech Investments** (The Wall Street Journal - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Biz briefs** (The Virginian-Pilot - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **BRIEFCASE** (Hannibal Courier-Post - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **British police seek motive of suspect in crash at Parliament; NEWS BRIEFING; Staff and news services; U.S. sanctions shipping firms over North Korea trade; Israel eases Gaza restrictions on goods amid cease-fire bid; Conspiracy theorist Alex Jones muzzled by Twitter for a week; Report: SEC subpoenas Tesla about buyout plans; Baker who won at high court sues in new bias case** (South Florida Sun-Sentinel - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **British police seek motive of suspect in crash at Parliament; NEWS BRIEFING; Staff and news services; U.S. sanctions shipping firms over North Korea trade; Refugee held in connection with Iraqi policeman's slaying; Conspiracy theorist Alex Jones muzzled by Twitter for a week; Report: SEC subpoenas Tesla about buyout plans; Baker who won at high court sues in new bias case** (The Baltimore Sun - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **British police seek motive of suspect in crash at Parliament; NEWS BRIEFING; Staff and news services; U.S. sanctions shipping firms over North Korea trade; Refugee held in connection with Iraqi policeman's slaying; Conspiracy theorist Alex Jones muzzled by Twitter for a week; Report: SEC subpoenas Tesla about buyout plans; Baker who won at high court sues in new bias case** (The Hartford Courant - Factiva, 08/16/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | [10]<br>t-statistic | [11]<br>p-Value | [12]<br>Abnormal<br>Price<br>Reaction | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **British police seek motive of suspect in crash at Parliament; U.S. sanctions shipping firms over North Korea trade; Israel eases Gaza restrictions on goods amid cease-fire bid; Conspiracy theorist Alex Jones muzzled by Twitter for a week; Report: SEC subpoenas Tesla about buyout plans; Baker who won at high court sues in new bias case** (Orlando Sentinel - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **China's Tesla poised to electrify IPO investors** (GlobalCapital - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **DealBook Briefing: Tesla's Board Tries to Calm Its Chaos** (The New York Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Directors struggle to control Musk, Tesla; Board hires two law firms following CEO's latest tweets** (The Toronto Star - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Dow Jones Futures Jump As U.S.-China Trade Talks To Restart; Cisco Soars To Buy Zone** (Investor's Business Daily - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Dow Jones Futures Jump As U.S.-China Trade Talks To Restart; Cisco Soars To Buy Zone** (Investor's Business Daily - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **ELON MUSK HANDED WRIT OVER TESLA SALE** (Daily Mail - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Elon Musk handed writ over Tesla sale** (Scottish Daily Mail - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Elon Musk wants to dig a tunnel to Dodger Stadium** (Silicon Valley/San Jose Business Journal Online - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **ELON MUSK'S MUSINGS** (Pittsburgh Post-Gazette - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Even as CEO Elon Musk pursues the idea of taking Tesla private, the electric...** (The San Francisco Chronicle - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Evercore ISI Research Report** (Capital IQ - Manual Entry, 08/16/2018) |
| | | | | | | | | | | | | **Evercore ISI Research Report** (Eikon - Manual Entry, 08/16/2018) |
| | | | | | | | | | | | | **Ex-Tesla employee claiming to be whistleblower has Twitter account suspended** (San Francisco Business Times Online - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Ex-Tesla employee claiming to be whistleblower has Twitter account suspended** (Silicon Valley/San Jose Business Journal Online - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **FACE THE MUSIC US regulator wants answers over Musk tweet** (City AM - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **IMPORTANT INVESTOR NOTICE: The Schall Law Firm Announces the Filing of a Class Action Lawsuit Against Tesla, Inc. and Encourages Investors with Losses in Excess of $500,000 to Contact the Firm** (ACCESSWIRE - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **In Musk-SEC Face-Off, Investors Should Brace for Drawn-Out Tussle; BANKING/FINANCE** (Broward Daily Business Review - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **In Musk-SEC Face-Off, Investors Should Brace for Drawn-Out Tussle; BANKING/FINANCE** (Miami Daily Business Review - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **In Musk-SEC Face-Off, Investors Should Brace for Drawn-Out Tussle; BANKING/FINANCE** (Palm Beach Daily Business Review - Factiva, 08/16/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | **Industry Trend Analysis - Tesla's Choice - Germany Or The Netherlands For Its European Vehicle Production Factory** (BMI Industry Insights Reports - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Inside the Mind of a Visionary** (The New York Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Inside the mind of a visionary like Elon Musk** (San Francisco Chronicle: Web Edition - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **It won't be easy for Musk to get hold of Saudi money (Mail Today - Factiva, 08/16/2018)** |
| | | | | | | | | | | | | **Latest Musk missive delivers new dose of confusion over future prospects for Tesla** (Global Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Musk tweets he's 'excited to work' with Silver Lake, Goldman Sachs (Buffalo News - Factiva, 08/16/2018)** |
| | | | | | | | | | | | | **Musk's Dodger Stadium tunnel is another distraction from his most important task: Making cars** (latimes.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Nio/Tesla Mr Blue Sky** (Financial Times - Manual Entry, 08/16/2018) |
| | | | | | | | | | | | | **Privatisation doubts send Tesla CBs down** (GlobalCapital - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Red Pulse Research Report** (Capital IQ - Manual Entry, 08/16/2018) |
| | | | | | | | | | | | | **Report of SEC subpoena gives Tesla shares a jolt** (Los Angeles Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Report of subpoena; by the SEC gives Tesla shares a jolt; U.S. may probe tweet about going private** (San Diego Union-Tribune - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Report: SEC issues subpoenas to Tesla over take-private plan** (SNL Financial Services Daily - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Report: SEC issues subpoenas to Tesla over take-private plan** (SNL Power Daily with Market Report - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Report: SEC subpoenas** (Providence Journal - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Report: SEC subpoenas Tesla about buyout plans** (The Courier - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Report: SEC subpoenas Tesla about CEO's buyout plans** (St. Paul Pioneer Press - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Report: Tesla no longer committed to buying all solar modules made by Panasonic in Buffalo** (Buffalo Business First Online - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Saudi fund may only play minor part in Musk's $72B Tesla plan, Reuters reports** (Theflyonthewall.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Saudi sovereign fund would spread itself thin to take Tesla privateÃ¢â‚¬â€'** (Cape Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Saudi sovereign fund would spread itself thin to take Tesla privateÃ¢â‚¬â€'** (Pretoria News - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Saudi sovereign fund would spread itself thin to take Tesla privateÃ¢â‚¬â€'** (The Mercury - Factiva, 08/16/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | t-statistic | [10]<br>p-Value | [11]<br>Abnormal<br>Price<br>Reaction | [12]<br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Saudi sovereign fund would spread itself thin to take Tesla private**â€¹ (The Star - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **SEC investigation into Tesla likely to take some time; Controversy over whether musk misled investors with tweet** (National Post - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **SEC investigation into Tesla likely to take some time; Controversy over whether musk misled investors with tweet about buyout** (National Post - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **SEC Serves Tesla With Subpoena** (The Wall Street Journal - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **SEC sparks worry Tesla shares dive on subpoena news** (New York Post - Factiva, |
| | | | | | | | | | | | | **SEC subpoenas Tesla about CEO's buyout plans** (The Quad-City Times - Factiva, |
| | | | | | | | | | | | | **SHAREHOLDER ALERT: Bronstein, Gewirtz & Grossman, LLC Notifies Investors of Class Action Against Tesla, Inc. (TSLA) and Lead Plaintiff Deadline: October 9, 2018** (Agency Tunis Afrique Press - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Shop Talk - Elon Musk goes feral** (The Financial Mail - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Small role in Tesla plan for Saudi fund** (Shanghai Daily - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Telstra exec drawn into Elon Musk controversy** (Canberra Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Telstra exec drawn into Elon Musk controversy** (The Age - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Telstra exec drawn into Elon Musk controversy** (The Sydney Morning Herald - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Tesla and Musk probe escalates** (The Daily Telegraph - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Tesla at greater risk of default as a private company, S&P analysis suggests** (SNL Power Daily with Market Report - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Tesla battery maker eyes investment in HCM City** (Vietnam News Summary - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Tesla board isn't privy to Musk's plan to take the company private, report claims** (ETMAG.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Tesla board scrambles to do damage control after Elon Musk tweets** (The Straits Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Tesla boss jumps gun on deal advisers** (The Australian - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Tesla directors are busy doing damage control; Musk ignores request to stop tweeting, adding to chaos engulfing company** (Buffalo News - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Tesla files lawsuit against Ontario government over electric vehicle rebate program** (Postmedia Breaking News - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Tesla files lawsuit against Ontario government over vehicle rebates** (Postmedia Breaking News - Factiva, 08/16/2018) |
| | | | | | | | | | | | | **Tesla files lawsuit against Ontario over cancelled electric vehicle rebates** (The Hamilton Spectator - Factiva, 08/16/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Tesla files lawsuit against Ontario over cancelled electric vehicle rebates (The Hamilton Spectator - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla forms committee to assess proposal to go private (Delaware State News - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla shares fall on reports of SEC subpoena (Macau Business Daily - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla subpoenaed by SEC over tweets by Musk, say reports; Tesla CEO told of plans to take company private saying funding was secured (The Irish Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla sues province over abrupt electric vehicle rebate cancellation (Queen's Park Briefing - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla Take-Private May Have to Face Cfius (The Deal - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla takes Ontario government to court over vehicle rebates (Postmedia Breaking News - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla takes Ontario government to court over vehicle rebates (The Hamilton Spectator - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla whistleblower alleges 'narcotics trafficking' and 'unauthorized wiretapping' in SEC complaint (Mashable.com - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla whistleblower claims rampant theft, drug dealing at Nevada Gigafactory (American News - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla whistleblower claims rampant theft, drug dealing at Nevada Gigafactory (Herald-Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla whistleblower claims rampant theft, drug dealing at Nevada Gigafactory (Petoskey News-Review - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla whistleblower claims rampant theft, drug dealing at Nevada Gigafactory (South Bend Tribune: Web Edition - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla whistleblower claims rampant theft, drug dealing at Nevada Gigafactory (The Daily American - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla whistleblower claims rampant theft, drug dealing at Nevada Gigafactory (The Herald-Mail - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla whistleblower claims rampant theft, drug dealing at Nevada Gigafactory (The Reporter-Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla whistleblower claims rampant theft, drug dealing at Nevada Gigafactory (The Times-Mail - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla, Musk face SEC wrist slap at worst, experts say; Musk face SEC wrist slap at worst, experts say (The Daily Star - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tesla, public or private, will still release Autopilot safety data (San Francisco Chronicle: Web Edition - Factiva, 08/16/2018) |
| | | | | | | | | | | | The Coolest Car Company in the World is Being Funded by Saudi Arabia (Al-Bawaba News - Factiva, 08/16/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Market Return | [6] Exc. Ind. Return | [7] Predicted Return | [8] Abnormal Return | [9] t-statistic | [10] p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | The grass is greener beer group invests in Mary Jane buzz (Premium Subscription Required to View) (Financial Times - Manual Entry, 08/16/2018) |
| | | | | | | | | | | | The private life of Tesla; Innovative leaders face challenges in leading public firms, from managing investors' expectations to dealing with short-sellers (South China Morning Post - Factiva, 08/16/2018) |
| | | | | | | | | | | | The US stock market authority demands Tesla information on Elon Musk's tragedy*** TRANSLATED *** (STT - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tweet Is Said to Prompt S.E.C. Subpoena for Tesla (The New York Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | Uber under pressure to sell self-driving car unit (Pacific Business News Online - Factiva, 08/16/2018) |
| | | | | | | | | | | | Wall Street's yearning for quick Tesla verdict hits securities snarl; Musk's tweet fuels storm, but it isn't a simple case of misleading investors (Calgary Herald - Factiva, |
| | | | | | | | | | | | Watchdog subpoenas Tesla over Musk go-private tweet (The Times - Factiva, 08/16/2018) |
| | | | | | | | | | | | Tweeted price adds to Tesla buyout puzzle (Financial Times - Manual Entry, 08/16/2018 12:01 AM) |
| | | | | | | | | | | | Elon Musk may face US security probe following BOMBSHELL proposal to flog Tesla to Saudis (express.co.uk - Factiva, 08/16/2018 12:57 AM) |
| | | | | | | | | | | | PRESS DIGEST-New York Times business news - Aug 16 (Reuters News - Factiva, 08/16/2018 01:02 AM) |
| | | | | | | | | | | | PRESS DIGEST- Wall Street Journal - Aug 16 (Reuters News - Factiva, 08/16/2018 01:23 AM) |
| | | | | | | | | | | | Fast Europe Open UK retail sales, eurozone trade (Financial Times - Manual Entry, 08/16/2018 01:25 AM) |
| | | | | | | | | | | | SEC sends subpoena to Tesla over Elon Musk tweets; Subpoena seeks information from each of Tesla's directors (Financial News - Factiva, 08/16/2018 02:14 AM) |
| | | | | | | | | | | | Saudis Embrace High-Tech Investments -- WSJ (Dow Jones Institutional News - Factiva, 08/16/2018 02:32 AM) |
| | | | | | | | | | | | SEC Serves Tesla With Subpoena -- WSJ (Dow Jones Institutional News - Factiva, 08/16/2018 02:32 AM) |
| | | | | | | | | | | | Tesla is no longer rated by Goldman Sachs as bank takes on advisory role; Investment bank, a major Tesla bear, bows out of coverage (MarketWatch - Factiva, 08/16/2018 03:08 |
| | | | | | | | | | | | Saudi Arabia Goes High-Tech in Approach to Investing (Dow Jones Newswires Chinese (English) - Factiva, 08/16/2018 04:06 AM) |
| | | | | | | | | | | | Auto & Transport Roundup: Market Talk (Dow Jones Institutional News - Factiva, 08/16/2018 04:20 AM) |
| | | | | | | | | | | | Tesla backs off solar panel deal with Panasonic; The news is the latest sign of the uncertain outlook for Tesla's solar business, which has taken a back seat to the electric car business (MarketWatch - Factiva, 08/16/2018 04:20 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Banks Reject Volcker Rule Changes \|\| Turkey's Red Flags Stand Out \| Norway Flags Rate Rise \| SEC Sends Subpoena to Tesla \| Douglas's Take: U.K. Inflation May Be Cooling Faster Than BOE Thinks; The Wall Street Journal's central banking newsletter for Thursday, August 16, 2018 (WSJ Pro Central Banking - Factiva, 08/16/2018 05:28 AM) |
| | | | | | | | | | | | Elon Musk and the birth of the anti-IPO (Financial Times - Manual Entry, 08/16/2018 06:09 AM) |
| | | | | | | | | | | | TESLA PRICE TARGET RAISED TO $325 FROM $265 AT BERNSTEIN (BFW - Bloomberg, 08/16/2018 06:20 AM) |
| | | | | | | | | | | | TESLA MODEL 3 PRODUCTION ON TRACK, TARGET IN REACH: EVERCORE (BN - Bloomberg, 08/16/2018 06:25 AM) |
| | | | | | | | | | | | EVERCORE ISI ANALYSTS COMMENT IN REPORT AFTER TESLA SITE VISIT (BN - Bloomberg, 08/16/2018 06:25 AM) |
| | | | | | | | | | | | TESLA SITE VISIT POSITIVE, ABLE TO PRODUCE 6,000 MODEL 3/WEEK (BN - Bloomberg, 08/16/2018 06:25 AM) |
| | | | | | | | | | | | RPT-COLUMN-Tesla, Musk face SEC wrist slap at worst, experts say: Frankel (Reuters News - Factiva, 08/16/2018 07:00 AM) |
| | | | | | | | | | | | MW UPDATE: Tesla is no longer rated by Goldman Sachs as bank takes on advisory role (MarketWatch - Factiva, 08/16/2018 07:08 AM) |
| | | | | | | | | | | | Correction: Third Parties Buy Solar Equipment From Panasonic-Tesla Factory (Dow Jones Institutional News - Factiva, 08/16/2018 07:11 AM) |
| | | | | | | | | | | | Tesla's Odds of Going Private Less Than 50%, Bernstein Says (BFW - Bloomberg, 08/16/2018 07:11 AM) |
| | | | | | | | | | | | Tesla whistleblower tweets claims that the firm's car batteries are faulty (The Telegraph Online - Factiva, 08/16/2018 07:14 AM) |
| | | | | | | | | | | | Serbia turns to tech industry to fight economic stagnation (Reuters News - Factiva, 08/16/2018 07:15 AM) |
| | | | | | | | | | | | Correction: Third Parties Buy Solar Equipment From Panasonic-Tesla Factory (Dow Jones Institutional News - Factiva, 08/16/2018 07:20 AM) |
| | | | | | | | | | | | CORRECT:Tesla Model 3 Output on Track, Evercore Says After Visit (BFW - Bloomberg, 08/16/2018 07:42 AM) |
| | | | | | | | | | | | 10 things you need to know before the opening bell (Business Insider - Factiva, 08/16/2018 08:00 AM) |
| | | | | | | | | | | | Daily briefing SEC subpoenas Tesla, China tug of war, investors unnerved (Financial Times - Manual Entry, 08/16/2018 08:00 AM) |
| | | | | | | | | | | | Hot Stocks to Watch: TSLA (Dow Jones Newswires Chinese (English) - Factiva, 08/16/2018 08:25 AM) |
| | | | | | | | | | | | Tesla Analyst Who Toured Plant Bets on 8,000-a-Week Model 3 Pace (BN - Bloomberg, 08/16/2018 08:38 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | **Arkansas' Huge Lithium Reserves go Unexploited, Until Now** (PR Newswire - Factiva, 08/16/2018 08:45 AM) |
| | | | | | | | | | | | | **Arkansas' Huge Lithium Reserves go Unexploited, Until Now** (PR Newswire Europe - Factiva, 08/16/2018 08:45 AM) |
| | | | | | | | | | | | | **SEC ramps up its investigation into Elon Musk's Tesla privatization plans and sends subpoenas about CEO's 'funding secured' tweet** (Mail Online - Factiva, 08/16/2018 09:07 AM) |
| | | | | | | | | | | | | **Tesla today Solar deal revised, Model 3 buzz, SEC deal?** (Seeking Alpha.com - Manual Entry, 08/16/2018 09:14 AM) |
| | | | | | | | | | | | | **Stocks to Watch: Walmart, J.C. Penney, Cisco, Symantec, Tesla, Freeport-McMoRan, Best Buy and Netflix** (Dow Jones Institutional News - Factiva, 08/16/2018 09:20 AM) |
| | | | | | | | | | | | | **Stocks to Watch: Walmart, J.C. Penney, Cisco, Symantec, Tesla, Freeport-McMoRan, Best Buy and Netflix; Here are some of the companies with shares expected to trade actively in Thursday's session** (The Wall Street Journal Online - Factiva, 08/16/2018 09:20 |
| | | | | | | | | | | | | **Tesla founder may face SEC scrutiny over buyout plan tweet, expert says - report** (SeeNews Deals - Factiva, 08/16/2018 09:21 AM) |
| | | | | | | | | | | | | **Trouble in SolarCity? Tesla Backs Off Panel Deal With Panasonic** (Dow Jones Newswires Chinese (English) - Factiva, 08/16/2018 09:24 AM) |
| | | | | | | | | | | | | **Musk Relationship With Adviser Goldman Sachs Goes Back Years (1)** (BN - Bloomberg, 08/16/2018 09:27 AM) |
| | | | | | | | | | | | | **Press Release: RM LAW Announces Investigation of Tesla, Inc.** (Dow Jones Institutional News - Factiva, 08/16/2018 10:30 AM) |
| | | | | | | | | | | | | **RM LAW Announces Investigation of Tesla, Inc.** (PR Newswire - Factiva, 08/16/2018 10:30 AM) |
| | | | | | | | | | | | | **Elon Musk's tunneling company just unveiled a plan to transport people in Los Angeles to Dodgers Stadium in only four minutes — but the timing of the announcement is curious** (Business Insider - Factiva, 08/16/2018 11:00 AM) |
| | | | | | | | | | | | | **Tesla has reportedly revised an agreement to buy all of the solar cells and modules Panasonic made at their solar panel factory (TSLA)** (Business Insider - Factiva, 08/16/2018 11:00 AM) |
| | | | | | | | | | | | | **Tesla on track to make 8,000 Model 3s per week, Evercore says** (Reuters News - Factiva, 08/16/2018 11:12 AM) |
| | | | | | | | | | | | | **Tesla on track to make 8,000 Model 3s per week, Evercore says** (Reuters News - Factiva, 08/16/2018 11:15 AM) |
| | | | | | | | | | | | | **Elon Musk Is the Id of Tech** (NYTimes.com Feed - Factiva, 08/16/2018 11:25 AM) |
| | | | | | | | | | | | | **Milberg Tadler Phillips Grossman LLP Announces Extended Class Period in Tesla, Inc. Class Action** (PR Newswire - Factiva, 08/16/2018 11:31 AM) |
| | | | | | | | | | | | | **Tesla's Autonomous Opportunity Is Severely Underappreciated** (Seeking Alpha.com - Manual Entry, 08/16/2018 11:33 AM) |

Appendix 14
Tesla News Chronology with Daily Statistics

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Return | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | | **BRIEF-Tesla's Legal Team Bracing For Billions Of Dollars In Potential Liability From Private Lawsuits Over Musk's Tweet- Fox Business' Gasparino** (Reuters News - Factiva, 08/16/2018 11:57 AM) |
| | | | | | | | | | | | | **Here's what's really going on in Tesla's factory** (Financial Times - Manual Entry, 08/16/2018 11:58 AM) |
| | | | | | | | | | | | | **Trouble in SolarCity? Third Parties Buy Gear From Panasonic-Tesla Factory; Panasonic sells some equipment to non-Tesla customers, another sign of the uncertain outlook for Tesla's SolarCity subsidiary** (The Wall Street Journal Online - Factiva, 08/16/2018 12:01 PM) |
| | | | | | | | | | | | | **Is a $35,000 Tesla Model 3 Envisioned by Musk Profitable? UBS Says No** (Dow Jones Institutional News - Factiva, 08/16/2018 12:18 PM) |
| | | | | | | | | | | | | **Is a $35,000 Tesla Model 3 Envisioned by Musk Profitable? UBS Says No; Current claims of profitability are based on higher-price version of the sedan, the brokerage says** (The Wall Street Journal Online - Factiva, 08/16/2018 12:20 PM) |
| | | | | | | | | | | | | **Tesla Model 3's Profitability May Be Fleeting, UBS Report Says** (Dow Jones Institutional News - Factiva, 08/16/2018 12:30 PM) |
| | | | | | | | | | | | | **SEC wants to know what Elon Musk told Tesla directors about going private; Regulators investigating whether 'funding secured' tweet was true** (MarketWatch - Factiva, 08/16/2018 12:44 PM) |
| | | | | | | | | | | | | **BC-APFN-Money & Markets Digest** (Associated Press Newswires - Factiva, 08/16/2018 12:54 PM) |
| | | | | | | | | | | | | **Urban Dictionary is trolling Elon Musk with the definition of 'funding secured' (TSLA)** (Business Insider - Factiva, 08/16/2018 01:01 PM) |
| | | | | | | | | | | | | **BREAKINGVIEWS-Revamped U.S. deal reviews are skid risk for Tesla** (Reuters News - Factiva, 08/16/2018 01:02 PM) |
| | | | | | | | | | | | | **Superstar companies dominate American business - see link** (Financial Times - Manual Entry, 08/16/2018 01:06 PM) |
| | | | | | | | | | | | | **Is a $35,000 Tesla Model 3 Envisioned by Musk Profitable? UBS Says No** (Dow Jones Newswires Chinese (English) - Factiva, 08/16/2018 01:16 PM) |
| | | | | | | | | | | | | **Tesla reportedly bracing for billions in liability** (Seeking Alpha.com - Manual Entry, 08/16/2018 01:16 PM) |
| | | | | | | | | | | | | **It's time for Tesla to call in a grown-up to keep Elon Musk in check** (CNN Wire - Factiva, 08/16/2018 01:25 PM) |
| | | | | | | | | | | | | **Musk Calls Tesla Most Shorted Stock Ever. Technically It's Not (BN - Bloomberg, 08/16/2018 01:40 PM)** |
| | | | | | | | | | | | | **It's time for Tesla to call in a grown-up to keep Elon Musk in check** (CNN Wire - Factiva, 08/16/2018 01:59 PM) |
| | | | | | | | | | | | | **TESLA SUES ONTARIO GOVT FOR ENDING EV INCENTIVES: ELECTREK** (BFW - Bloomberg, 08/16/2018 02:04 PM) |
| | | | | | | | | | | | | **These Analysts Love Tesla's Potential, But Balk At Its Valuation** (Benzinga.com - Factiva, 08/16/2018 02:20 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Market Return | [6] Exc. Ind. Return | [7] Predicted Return | [8] Abnormal Return | [9] t-statistic | [10] p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | **Tesla Sues Ontario Govt for Ending EV Incentives: Electrek** (BFW - Bloomberg, 08/16/2018 02:20 PM) |
| | | | | | | | | | | | **SEC also investigating Tesla over Model 3 production claims; Company could be punished if investors were misled about production delays** (MarketWatch - Factiva, 08/16/2018 02:50 PM) |
| | | | | | | | | | | | **Could Elon Musk lose control of Tesla?** (CNN Wire - Factiva, 08/16/2018 03:22 PM) |
| | | | | | | | | | | | **Second whistleblower lawsuit filed against Tesla** (Seeking Alpha.com - Manual Entry, 08/16/2018 03:30 PM) |
| | | | | | | | | | | | **Ex-Tesla employee alleges Elon Musk authorized spying on workers in bombshell SEC tip (TSLA)** (Business Insider - Factiva, 08/16/2018 04:03 PM) |
| | | | | | | | | | | | ***SEC Pressing Tesla Directors for Details on Communications With Elon Musk--Source** (Dow Jones Institutional News - Factiva, 08/16/2018 04:06 PM) |
| | | | | | | | | | | | **Could Elon Musk lose control of Tesla?** (CNN Wire - Factiva, 08/16/2018 04:07 PM) |
| | | | | | | | | | | | **SEC PRESSING TESLA DIRECTORS FOR DETAILS ON COMMUNICATIONS WITH ELON MUSK - WSJ, CITING SOURCE** (Reuters News - Factiva, 08/16/2018 04:08 |
| | | | | | | | | | | | **BRIEF-SEC Pressing Tesla Directors For Details On Communications With Elon Musk - WSJ** (Reuters News - Factiva, 08/16/2018 04:09 PM) |
| | | | | | | | | | | | **SEC IS SAID ASKING HOW MUCH MUSK SHARED WITH TSLA DIRECTORS:WSJ** (BFW - Bloomberg, 08/16/2018 04:09 PM) |
| | | | | | | | | | | | **SEC IS SAID PROBING INFO DIRECTORS HAD AHEAD OF MUSK TWEET: WSJ** (BFW - Bloomberg, 08/16/2018 04:11 PM) |
| | | | | | | | | | | | **Tesla takes Ontario government to court over vehicle rebates** (The Canadian Press - Broadcast wire - Factiva, 08/16/2018 04:14 PM) |
| | | | | | | | | | | | **SEC Is Said Asking How Much Musk Shared With Tesla Directors:WSJ** (BFW - Bloomberg, 08/16/2018 04:19 PM) |
| | | | | | | | | | | | **Tesla's New York Solar Factory to Make Equipment for Rivals (1) (BN - Bloomberg, 08/16/2018 04:24 PM)** |
| | | | | | | | | | | | **SEC Pressing Tesla Directors for Details on Communications With Elon Musk** (Dow Jones Newswires Chinese (English) - Factiva, 08/16/2018 04:29 PM) |
| | | | | | | | | | | | **SEC pressing Tesla directors for details on communications with Musk - WSJ** (Reuters News - Factiva, 08/16/2018 04:30 PM) |
| | | | | | | | | | | | **Tesla Was Under Regulator Scrutiny Prior to Musk's Tweet (Dow Jones Institutional News - Factiva, 08/16/2018 04:30 PM)** |
| | | | | | | | | | | | **Tesla Sues Ontario for Pulling Plug on Electric Car Rebates (1)** (BN - Bloomberg, 08/16/2018 04:40 PM) |
| | | | | | | | | | | | **SEC reportedly investigating whether Elon Musk tried to hurt short-sellers with his 'funding secured' tweet (TSLA)** (Business Insider - Factiva, 08/16/2018 04:43 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | [10]<br>t-statistic | p-Value | [11]<br>Abnormal<br>Price<br>Reaction | [12]<br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Tesla Model 3 Line Is Humming; Boeing Climbs: Industrials Wrap** (BFW - Bloomberg, 08/16/2018 04:49 PM) |
| | | | | | | | | | | | | **News Highlights: Top Company News of the Day** (Dow Jones Institutional News - Factiva, 08/16/2018 05:00 PM) |
| | | | | | | | | | | | | **Tesla Sues Ontario Over Rebate Program Cancellation -Bloomberg** (Dow Jones Institutional News - Factiva, 08/16/2018 05:04 PM) |
| | | | | | | | | | | | | **UPDATE 1-SEC pressing Tesla directors for details on communications with Musk - WSJ** (Reuters News - Factiva, 08/16/2018 05:08 PM) |
| | | | | | | | | | | | | **SEC pressing Tesla directors for details on communications with Musk: Wall Street Journal** (Reuters News - Factiva, 08/16/2018 05:12 PM) |
| | | | | | | | | | | | | **First crack at Musk could give top Tesla funds an edge** (Reuters News - Factiva, 08/16/2018 05:16 PM) |
| | | | | | | | | | | | | **First crack at Musk could give top Tesla funds an edge** (Reuters News - Factiva, 08/16/2018 05:48 PM) |
| | | | | | | | | | | | | **Tesla files lawsuit against Ontario government** (Associated Press Newswires - Factiva, 08/16/2018 05:48 PM) |
| | | | | | | | | | | | | **Tesla files lawsuit against Ontario government** (The Canadian Press - Factiva, 08/16/2018 05:49 PM) |
| | | | | | | | | | | | | **A Tesla whistleblower says the electric car maker's security team is staffed with former members of a notorious group from Uber that allegedly spied on rivals (TSLA)** (Business Insider - Factiva, 08/16/2018 05:54 PM) |
| | | | | | | | | | | | | **Tesla Motors Canada takes Ontario government to court over vehicle rebates** (The Canadian Press - Factiva, 08/16/2018 06:05 PM) |
| | | | | | | | | | | | | **SEC SAID TO PROBE TESLA OVER MODEL 3 DISCLOSURES LAST YEAR: WSJ** (BFW - Bloomberg, 08/16/2018 06:34 PM) |
| | | | | | | | | | | | | **Top News Advisory for Thursday, Aug. 16** (The Canadian Press - Factiva, 08/16/2018 06:36 PM) |
| | | | | | | | | | | | | **Top News Advisory for Thursday, Aug. 16** (The Canadian Press - Broadcast wire - Factiva, 08/16/2018 06:36 PM) |
| | | | | | | | | | | | | **MEDIA-U.S. SEC subpoenaed Tesla supplier in 2017 about Model 3 production problems - WSJ** (Reuters News - Factiva, 08/16/2018 06:37 PM) |
| | | | | | | | | | | | | **SEC Probes Tesla Over Model 3 Production Disclosures** (Dow Jones Newswires Chinese (English) - Factiva, 08/16/2018 06:47 PM) |
| | | | | | | | | | | | | **CORRECTED-Tesla sues Ontario over canceled electric vehicle rebate** (Reuters News - Factiva, 08/16/2018 06:50 PM) |
| | | | | | | | | | | | | **SEC Probes Tesla Over Model 3 Production Disclosures; The investigation began before Elon Musk's tweets about taking the auto maker private** (WSJ Pro Central Banking - Factiva, 08/16/2018 06:51 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Tesla sues Ontario over canceled electric vehicle rebate (Reuters News - Factiva, 08/16/2018 06:54 PM) |
| | | | | | | | | | | | SEC Said to Probe Tesla on Model 3 Disclosures Last Yr: WSJ (1) (BFW - Bloomberg, 08/16/2018 06:56 PM) |
| | | | | | | | | | | | News Highlights: Top Company News of the Day (Dow Jones Institutional News - Factiva, 08/16/2018 07:00 PM) |
| | | | | | | | | | | | Elon Musk's Winding Road to Taking Tesla Private: A Timeline (BN - Bloomberg, 08/16/2018 07:03 PM) |
| | | | | | | | | | | | Tesla employees say the main Model 3 production line has been shutting down early (TSLA) (Business Insider - Factiva, 08/16/2018 07:17 PM) |
| | | | | | | | | | | | Tesla employees say the main Model 3 production line has been shutting down early (TSLA) (Business Insider - Factiva, 08/16/2018 07:17 PM) |
| | | | | | | | | | | | Nvidia makes great hardware (Musk Tweet - Manual Entry, 08/16/2018 07:38 PM) |
| | | | | | | | | | | | TESLA MODEL 3 WORKERS SAID TO GO HOME EARLY ON WED: INSIDER (BFW - Bloomberg, 08/16/2018 08:10 PM) |
| | | | | | | | | | | | Elon Musk reportedly calls the Tesla whistleblower who claimed the company spied on employees a nut (TSLA) (Business Insider - Factiva, 08/16/2018 08:16 PM) |
| | | | | | | | | | | | Whistleblower accuses Tesla of spying on employees at Gigafactory -attorney (Reuters News - Factiva, 08/16/2018 08:30 PM) |
| | | | | | | | | | | | Tesla May Have Shut Main Model 3 Line Early on Wed: Bus. Insider (BFW - Bloomberg, 08/16/2018 08:30 PM) |
| | | | | | | | | | | | News Highlights: Top Company News of the Day (Dow Jones Institutional News - Factiva, 08/16/2018 09:00 PM) |
| | | | | | | | | | | | SEC Probes Tesla Over Model 3 Production Disclosures -- 3rd Update (Dow Jones Newswires Chinese (English) - Factiva, 08/16/2018 09:06 PM) |
| | | | | | | | | | | | SEC Probes Tesla Over Model 3 Production Disclosures -- 3rd Update (Dow Jones Newswires Chinese (English) - Factiva, 08/16/2018 09:27 PM) |
| | | | | | | | | | | | SEC Probes Tesla Over Model 3 Production Disclosures -- 3rd Update (Dow Jones Newswires Chinese (English) - Factiva, 08/16/2018 09:35 PM) |
| | | | | | | | | | | | SEC Probes Tesla Over Model 3 Production Disclosures -- 3rd Update (Dow Jones Institutional News - Factiva, 08/16/2018 09:40 PM) |
| | | | | | | | | | | | SEC Probes Tesla Over Model 3 Production Disclosures; The investigation began before Elon Musk's tweets about taking the auto maker private (The Wall Street Journal Online - Factiva, 08/16/2018 09:40 PM) |
| | | | | | | | | | | | Tesla sues Ontario over scrapped electric car rebate (Agence France Presse - Factiva, 08/16/2018 09:50 PM) |
| | | | | | | | | | | | UPDATE 1-Whistleblower accuses Tesla of spying on employees at Gigafactory -attorney (Reuters News - Factiva, 08/16/2018 10:12 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | | Whistleblower accuses Tesla of spying on employees at Gigafactory: attorney (Reuters News - Factiva, 08/16/2018 10:13 PM) |
| | | | | | | | | | | | | **News Highlights: Top Company News of the Day** (Dow Jones Institutional News - Factiva, 08/16/2018 11:00 PM) |
| | | | | | | | | | | | | **Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil (NYTimes.com Feed - Factiva, 08/16/2018 11:22 PM)** |
| | | | | | | | | | | | | **Musk: No One Reviewed Tesla Go-Private Tweet Before Posting: NYT** (BFW - Bloomberg, 08/16/2018 11:25 PM) |
| | | | | | | | | | | | | **MUSK SAYS DIRECTORS DIDN'T COMPLAIN TO HIM ABOUT TWEET: NYT** (BFW - Bloomberg, 08/16/2018 11:28 PM) |
| | | | | | | | | | | | | **MUSK SAYS HE HAS NO PLANS TO STOP USING TWITTER: NYT** (BFW - Bloomberg, 08/16/2018 11:29 PM) |
| | | | | | | | | | | | | **MUSK SAYS NO ACTIVE SEARCH FOR TESLA COO RIGHT NOW: NYT** (BFW - Bloomberg, 08/16/2018 11:30 PM) |
| | | | | | | | | | | | | **TESLA IS SAID TO LOOK FOR COO TO RELIEVE PRESSURE FROM MUSK:NYT** (BFW - Bloomberg, 08/16/2018 11:33 PM) |
| | | | | | | | | | | | | **Musk speaks on 'difficult and painful' year** (Seeking Alpha.com - Manual Entry, 08/16/2018 11:39 PM) |
| | | | | | | | | | | | | **MUSK: NO ONE SAW, REVIEWED GO-PRIVATE TWEET BEFORE POSTING: NYT** (BFW - Bloomberg, 08/16/2018 11:45 PM) |
| 8/17/2018 | Fri | 18,958,612 | $305.50 | -8.93% | 0.13% | 0.86% | 0.17% | -9.10% | -3.56 | 0.05% ** | -$30.53 | **Doug Ford Versus Elon Musk; Tesla sues ontario over cancelled electric vehicle rebate** (National Post - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Elon Musk admits he's had a 'difficult and painful' year** (CNET News.com - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Elon Musk is dreaming if he thinks Tesla is worth $420 a share; CEO will find a price to take his tech company private, but that price is almost certainly not what he wants** (The Globe and Mail (Breaking News) - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Elon Musk Is the Id of Tech** (The New York Times - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Elon Musk lives the most painful year of his career** (CE NoticiasFinancieras - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Elon Musk May Not Be Working All The Hours He Claims, But Boy He Needs Sleep** (Forbes.com - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Elon Musk opens up about the personal toll Tesla is taking on him** (Mashable.com - Factiva, 08/17/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |

Elon Musk Opens Up And Tesla Shares Go Heading Down, The New CEO Of Air France KLM Was Announced And The Market Is Down 3% In Its Stock, 1,400 Google Workers Signed A Protest Petition After Reports That The Company Would Build A Censored Search Engine Especially For China; Paul Manafort Jury Ask to Leave By 5:00 p.m. Eastern Friday; Worst Flooding in Nearly a Century Claims 324 Lives in the Indian State of Kerala; U.S. to End Funding for Stabilizing Syria; Two Palestinians have Been Shot and Killed in Gaza; Turkey Rejects Appeal for U.S. Pastor's Release; Turks Anxious of Weakened Currency; Trump Postpones Military Parade; WWE Stars Ring the NYSE Closing Bell; Crazy Rich Asians on Track to Top the Meg at Box Office; Amazon's Twitch Becomes Full-Time Job for Video Gamers. Aired: 4-5p ET (CNN International: Quest Means Business - Factiva, 08/17/2018)

Elon Musk's O'Hare express project is 'fool's gold,' Vallas says (Chicago Sun-Times - Factiva, 08/17/2018)

Elon Musk's tweet makes a big noise and causes a lot of confusion for Tesla (The News-Item - Factiva, 08/17/2018)

Facebook's median pay tops $240,000 Ã¢â‚¬â€ here's how that compares to 30 other big Bay Area employers (Denver Business Journal Online - Factiva, 08/17/2018)

Goldman Sachs advising Tesla following Musk's privatization proposal (SNL Financial Services Daily - Factiva, 08/17/2018)

Hagens Berman Sobol Shapiro LLP Announces Extended Class Period in Musk Ã¢â‚¬Å"TweetÃ¢â‚¬Â Class Action - TSLA (iCrowdNewswire - Factiva, 08/17/2018)

SolarCity Corporation; Patent Issued for Systems And Method For Precision Automated Placement Of Backsheet On PV Modules (USPTO 10,043,937) (Energy Weekly News - Factiva, 08/17/2018)

SolarCity Pact With Panasonic Is Redone (The Wall Street Journal - Factiva, 08/17/2018)

05:41 EDT Tesla CEO has 'no plans' to relinquish chairman, CEO roles, NYT... (Theflyonthewall.com - Factiva, 08/17/2018)

05:50 EDT SEC investigating Tesla over Model 3 production disclosures, WSJ... (Theflyonthewall.com - Factiva, 08/17/2018)

05:54 EDT Tesla security head previously oversaw security team at Uber, BI... (Theflyonthewall.com - Factiva, 08/17/2018)

06:04 EDT Tesla files suit against Ontario over EV rebate program, Financial... (Theflyonthewall.com - Factiva, 08/17/2018)

10:37 EDT Technical Take: Tesla nearing bearish head and shoulders targetIn a... (Theflyonthewall.com - Factiva, 08/17/2018)

4 Tesla EV charging stations installed at Grand Valley town hall (Orangeville Banner - Factiva, 08/17/2018)

A Question for Tesla's Board: What Was Elon Musk's Mental State?; Common Sense (International New York Times - Factiva, 08/17/2018)

Amid Tesla talk, is a $72B leveraged buyout feasible? (SNL Renewable Energy Weekly - Factiva, 08/17/2018)

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | | **Argus Research Company Research Report** (Capital IQ - Manual Entry, 08/17/2018) |
| | | | | | | | | | | | | **Argus Research Company Research Report** (Eikon - Manual Entry, 08/17/2018) |
| | | | | | | | | | | | | **Art of tweeting for business leadership** (Cape Times - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Art of tweeting for business leadership** (Pretoria News - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Art of tweeting for business leadership** (The Mercury - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Art of tweeting for business leadership** (The Star - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (Daily Herald - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (Faribault Daily News - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (Janesville Argus - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (Le Sueur County News - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (Lonsdale Area News-Review - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (Owatonna People's Press - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (St. Peter Herald - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (The Kenyon Leader - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (The Northfield News - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (Waseca County News - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As sales surge, lithium-ion battery makers eye profitability** (SNL Energy Finance Daily - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As sales surge, lithium-ion battery makers eye profitability** (SNL Power Daily with Market Report - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **As sales surge, lithium-ion battery makers eye profitability** (SNL Renewable Energy Weekly - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **At Tesla, It's Time To Face Ã¢â‚¬â€ And Fix Ã¢â‚¬â€ The Facts** (Investor's Business Daily - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Automaker Tesla sues Ontario over rebates for electric vehicles** (Windsor Star - Factiva, 08/17/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Bank Questions Model 3's Map to Profit --- Based on teardown of the car, UBS analyst sees mass-market version losing money** (The Wall Street Journal - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Barclays Research Report** (Capital IQ - Manual Entry, 08/17/2018) |
| | | | | | | | | | | | **Barclays Research Report** (Eikon - Manual Entry, 08/17/2018) |
| | | | | | | | | | | | **Best of Lex your weekly round-up** (Financial Times - Manual Entry, 08/17/2018) |
| | | | | | | | | | | | **Can Elon Musk lose control of Tesla?** (CE NoticiasFinancieras - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Canada's Ontario scraps EV incentives, draws lawsuit by US Tesla (ICIS News - Factiva, 08/17/2018)** |
| | | | | | | | | | | | **CEOs can't make up their own rules on social media** (Philadelphia Business Journal Online - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Delisting Capitalism; The strange case of the shrinking stock markets** (Handelsblatt Global - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Dow Jones Rallies On Cisco, Walmart; Nasdaq Falls On Tesla, Nvidia, China Stocks: Weekly Review** (Investor's Business Daily - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Elon Musk admits to suffering from exhaustion; Musk spoke to The New York Times, choking up at times during an interview in which he talked about working endless hours trying to meet production deadlines.** (The Citizen - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Elon Musk calls this year 'the most difficult and painful' of his career** (USA Today Online - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Ex-employee accuses Tesla of spying on workers and ignoring drug cartel operating in Gigafactory** (V3 - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Ex-employee accuses Tesla of spying on workers and ignoring drug cartel operating in Gigafactory** (V3 - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Ex-employee alleges Tesla staff's involvement in drug trafficking** (Asian News International - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Five things you should know before starting your work day on Aug. 17** (Postmedia Breaking News - Factiva, 08/17/2018) |
| | | | | | | | | | | | **FORMER EMPLOYEE FILES CLAIM AGAINST TESLA; ACCUSATIONS INCLUDE DRUG DEALING, SPYING ON WORKERS** (San Jose Mercury News - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Former employee files complaint against Tesla** (French Collection - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Friday's Energy Stocks: Broader, energy indexes up on positive trade signals** (SNL Financial Extra - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Goldman Sachs and the wild world of Lars Windhorst** (Financial Times - Manual Entry, 08/17/2018) |
| | | | | | | | | | | | **'He's not unlike the president': How Elon Musk shapes Tesla coverage** (Washington Post.com - Factiva, 08/17/2018) |
| | | | | | | | | | | | **I was not on weed, Tesla tycoon Musk says to critics of his buyout tweet** (London Evening Standard - Factiva, 08/17/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Industry: Battery Maker for U.S-based Car Firm Tesla Considers Investing in Vietnam** (Vietnam News Brief Service - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Inflation hits 7-year high of 3% as air fares, energy prices spike; Retaliatory tariffs played a small role, too, as consumer prices rise at fastest pace since September, 2011** (The Globe and Mail (Breaking News) - Factiva, 08/17/2018) |
| | | | | | | | | | | | **It has been the most difficult year of my career: Elon Musk** (CE NoticiasFinancieras - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Jefferson Research & Management Research Report** (Capital IQ - Manual Entry, |
| | | | | | | | | | | | **Latest Tesla news: Tesla stock price tanks amid reports of 'widening probe' by SEC and claims the base Model 3 loses money** (V3 - Factiva, 08/17/2018) |
| | | | | | | | | | | | **MISO role to evolve as it considers market design, technology shifts** (SNL Financial Extra - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Motor Vehicles and Passenger Car Bodies; Tesla, Inc. Files SEC Form 10-Q, Quarterly Report [Sections 13 Or 15(D)]: (Aug. 6, 2018)** (Journal of Transportation - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Musk Details 'Excruciating' Year Of Sleepless Nights and Turmoil** (The New York Times - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Musk says no one reviewed his tweet about the plan to privatize Tesla** (CE NoticiasFinancieras - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Musk tells newspaper he's cracking under stress of Tesla job** (Tribune Review - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Musk: The last year "was the most painful of my career"** (CE NoticiasFinancieras - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Musk's Saudi Gambit Invites Kind of Leverage He Doesn't Want; BANKING/FINANCE** (Broward Daily Business Review - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Musk's Saudi Gambit Invites Kind of Leverage He Doesn't Want; BANKING/FINANCE** (Miami Daily Business Review - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Musk's Saudi Gambit Invites Kind of Leverage He Doesn't Want; BANKING/FINANCE** (Palm Beach Daily Business Review - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Not even the Tesla dip drew Wall Street optimism** (CE NoticiasFinancieras - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Report: SEC issues subpoenas to Tesla over take-private plan** (SNL Renewable Energy Weekly - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Report: SEC looking into Musk's intentions behind take-private tweet** (SNL Energy Finance Daily - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Report: SEC looking into Musk's intentions behind take-private tweet** (SNL Financial Services Daily - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Reuters - The Day Ahead Report Research Report** (Eikon - Manual Entry, 08/17/2018) |
| | | | | | | | | | | | **Sadif Analytics Prime Research Report** (Capital IQ - Manual Entry, 08/17/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **SEC Reportedly Probes Tesla Over Model 3 Production Disclosures** (CE NoticiasFinancieras - Factiva, 08/17/2018) |
| | | | | | | | | | | | **SEC Reportedly Probes Tesla Over Model 3 Production Disclosures** (RTT News - Factiva, 08/17/2018) |
| | | | | | | | | | | | **SEC Reportedly Starts Probing Tesla's Model 3 Production Volume Issue Last Yr** (AAStocks Financial News - Factiva, 08/17/2018) |
| | | | | | | | | | | | **SEC summons Tesla by tweet from Elon Musk** (CE NoticiasFinancieras - Factiva, |
| | | | | | | | | | | | **SEC Was Probing Tesla Before CEO Tweet** (The Wall Street Journal - Factiva, 08/17/2018) |
| | | | | | | | | | | | **SHAREHOLDER ALERT: Kaskela Law LLC Announces Expanded Class Period in Investor Class Action Lawsuits Against Tesla, Inc. and Elon Musk, and Encourages Investors with Losses in Excess of $250,000 to Contact the Firm** (iCrowdNewswire - Factiva, 08/17/2018) |
| | | | | | | | | | | | **SILENT ASSASSIN** (Northern Advocate - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Stocks - Tesla Sinks Midday; Netflix $100 off All-Time Highs** (Investing.com - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Stocks - Tesla, Nvidia, Applied Materials Sink in Pre-market; Nordstrom Surges** (Investing.com - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Stocks Slip As Nvidia, Applied Materials Drag On Chips; Deere Dives** (Investor's Business Daily - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Streetwise newsletter: Best reads of the week: Tesla, Constellation-Canopy deal and more; Plus: Wealthsimple launches zero-commission trading platform** (The Globe and Mail (Breaking News) - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Tearful Elon Musk recounts 'excruciating' year and fateful tweet** (The Hamilton Spectator - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Tesla accused of environmental and safety 'failures' as whistleblower dispute deepens** (The Daily Telegraph - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Tesla braced for a big hit from legal claims following Musk's Twitter gaffe** (City AM - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Tesla disputes WSJ story, says it never had an exclusive agreement with Panasonic in Buffalo** (Buffalo Business First Online - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Tesla goes to court over cancelled electric car rebates in Ontario** (The Globe and Mail - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Tesla Motors Canada takes Ontario to court over vehicle rebates** (Victoria Times Colonist - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Tesla probed: report** (New York Post - Factiva, 08/17/2018) |
| | | | | | | | | | | | **Tesla shares down 8% in reaction to Elon Musk interview** (CE NoticiasFinancieras - Factiva, 08/17/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Return | [6] Market Return | [7] Exc. Ind. Return | [8] Predicted Return | [9] Abnormal Return | [10] t-statistic | p-Value | [11] Abnormal Price Reaction | [12] Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Tesla shares fall as CEO admits job stress is getting to him** (Sentinel-Tribune - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla shares sink after Musk interview in which he cries** (CE NoticiasFinancieras - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla stock drops 6% after a tearful Elon Musk interview and a report that SEC investigation began last year** (latimes.com - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla Stock Tumbles Again, Following CEO Elon Musk's 'NYT' Interview** (NPR: All Things Considered - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla Stock Tumbles As Elon Musk Reveals Details Of 'Painful' Year** (Investor's Business Daily - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla Stock Tumbles As Elon Musk Reveals Details Of 'Painful' Year** (Investor's Business Daily - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla Stock Tumbles As Elon Musk Reveals Details Of 'Painful' Year** (Investor's Business Daily - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla Stock, Nvidia Hit Hard But Nasdaq Holds Up; Caterpillar Leads Dow** (Investor's Business Daily - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla sues Ontario over cancellation of rebates** (Sarnia Observer - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla sues Ontario over EV rebates; Luxury electric carmaker claims it was singled out by Ford government** (The Toronto Star - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla sues Ontario over EV rebates; Luxury electric carmaker claims it was singled out by Ford government** (The Toronto Star - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla sues Ontario over rebate on electric vehicles; Exclusion from program fuels complaint of alleged 'discriminatory intentions'** (Calgary Herald - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla sues Ontario over rebate on electric vehicles; Exclusion from program fuels complaint of alleged 'discriminatory intentions'** (Edmonton Journal - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla sues Ontario over rebate on electric vehicles; Exclusion from program fuels complaint of alleged 'discriminatory intentions'** (Ottawa Citizen - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla sues Ontario over rebate on electric vehicles; Exclusion from program fuels complaint of alleged 'discriminatory intentions'** (Vancouver Sun - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla sues Ontario; Automaker says it's treated unfairly by province's cancellation of rebate program** (The London Free Press - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla suing Ontario** (The Ottawa Sun - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla suing Ontario** (The Toronto Sun - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla takes Ontario government to court over cancelled vehicle rebates** (Peterborough Examiner - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla takes Ontario government to court over cancelled vehicle rebates** (The Hamilton Spectator - Factiva, 08/17/2018) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1]<br>Date | [2]<br>Day | [3]<br>Volume | [4]<br>Price | [5]<br>Return | [6]<br>Market<br>Return | [7]<br>Exc. Ind.<br>Return | [8]<br>Predicted<br>Return | [9]<br>Abnormal<br>Return | [10]<br>t-statistic | [11]<br>p-Value | [12]<br>Abnormal<br>Price<br>Reaction | [13]<br>Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Tesla takes Ontario government to court over cancelled vehicle rebates** (Waterloo Region Record - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla takes Ontario government to court over vehicle rebates** (Niagara Falls Review - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla whistleblower alleges drug trafficking, illegal surveillance at Nevada Gigafactory** (The Next Web - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla worker alleges theft, spying, drugs; Former employee's claims revolve around firm's Nevada Gigafactory** (Reno Gazette-Journal - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tesla's Musk says stress, overwork taking heavy toll** (Postmedia Breaking News - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **The Globe's stars and dogs for the week; A humorous look at the companies that caught our eye, for better or worse, this week (The Globe and Mail (Breaking News) - Factiva, 08/17/2018)** |
| | | | | | | | | | | | | **The Latest: Tesla shares fall as Musk says stress takes toll** (Postmedia Breaking News - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Trouble in SolarCity? Tesla backs off deal with Panasonic; Auto company won't buy the entire output of the solar plant jointly run in Buffalo** (Waterloo Region Record - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Trump wants SEC to study half-year company earnings reports** (Daily Herald - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tunnel is Musk's latest diversion** (Los Angeles Times - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Tweets prompt SEC writ to Tesla** (The Australian - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **US Tesla takes legal action against Ontario province** (French Collection - Factiva, |
| | | | | | | | | | | | | **Valener utility leans on Tesla battery banks to get through Vt. heatwave** (SNL Renewable Energy Weekly - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **W hat's in a Saudi buyout for Tesla?; Company can bring some cred to oil giant, but Elon Musk may find his fans not so understanding** (Vancouver Province - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **What If a Female CEO Acted Like Elon Musk?** (TheAtlantic.com - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **What If Elon Musk Succeeds? Tesla, SpaceX Founder Wants to Transform TechnologyÃ¢â‚¬â€And Put Humans Out of Work** (Newsweek - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **WHISTLEBLOWER'S TWITTER PAGE GOES DARK** (San Jose Mercury News - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Why Tesla is worth so much** (Washington Post.com - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Your morning briefing** (Queen's Park Briefing - Factiva, 08/17/2018) |
| | | | | | | | | | | | | **Elon Musk rebel without a clue** (Financial Times - Manual Entry, 08/17/2018 12:00 AM) |
| | | | | | | | | | | | | **Ingram Pinn's illustration of the week Tesla twitters (Financial Times - Manual Entry, 08/17/2018 12:00 AM)** |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | China's Nio woos potential investors with ambitious vision (Financial Times - Manual Entry, 08/17/2018 12:01 AM) |
| | | | | | | | | | | | Tesla Said to Ramp Up COO Search to Ease Pressure From Musk: NYT (BFW - Bloomberg, 08/17/2018 12:09 AM) |
| | | | | | | | | | | | BRIEF-Tesla's Elon Musk Said He Had No Plans To Relinquish His Dual Roles As Chairman And Chief Executive - NYT (Reuters News - Factiva, 08/17/2018 12:17 AM) |
| | | | | | | | | | | | Correction: Third Parties Buy Solar Equipment From Panasonic-Tesla Factory -- Update (Dow Jones Institutional News - Factiva, 08/17/2018 12:38 AM) |
| | | | | | | | | | | | PRESS DIGEST -Wall Street Journal - Aug 17 (Reuters News - Factiva, 08/17/2018 12:38 AM) |
| | | | | | | | | | | | PRESS DIGEST- New York Times business news - Aug 17 (Reuters News - Factiva, 08/17/2018 12:42 AM) |
| | | | | | | | | | | | News Highlights: Top Company News of the Day (Dow Jones Institutional News - Factiva, 08/17/2018 01:00 AM) |
| | | | | | | | | | | | Tesla's Musk says no plans to relinquish chairman, CEO roles - NYT (Reuters News - Factiva, 08/17/2018 01:03 AM) |
| | | | | | | | | | | | 'The most difficult and painful year of my career': Tesla CEO Elon Musk opens up about personal and professional struggles in revealing interview (TSLA) (Business Insider - Factiva, 08/17/2018 01:23 AM) |
| | | | | | | | | | | | Elon Musk describes â€˜excruciating' year at Tesla (Financial Times - Manual Entry, 08/17/2018 01:28 AM) |
| | | | | | | | | | | | Tesla Backs Off Solar Panel Deal With Panasonic -- Update (Dow Jones Newswires Chinese (English) - Factiva, 08/17/2018 01:46 AM) |
| | | | | | | | | | | | Elon Musk describes his 'excruciating' year and says he's had to take Ambien to get to sleep (Business Insider - Factiva, 08/17/2018 01:49 AM) |
| | | | | | | | | | | | Elon Musk: This has been the most painful year of my career (CNN Wire - Factiva, 08/17/2018 01:52 AM) |
| | | | | | | | | | | | BR-Tesla-Ontario (The Canadian Press - Broadcast wire - Factiva, 08/17/2018 02:30 AM) |
| | | | | | | | | | | | Bank Questions Model 3's Map to Profit -- WSJ (Dow Jones Institutional News - Factiva, 08/17/2018 02:32 AM) |
| | | | | | | | | | | | Correction: SolarCity Pact With Panasonic Is Redone -- WSJ (Dow Jones Institutional News - Factiva, 08/17/2018 02:32 AM) |
| | | | | | | | | | | | SEC Was Probing Tesla Before CEO Tweet -- WSJ (Dow Jones Institutional News - Factiva, 08/17/2018 02:32 AM) |
| | | | | | | | | | | | Ex-Employee Accuses Tesla of Covering Up Drug Trafficking - Reports (Sputnik News Service - Factiva, 08/17/2018 02:45 AM) |
| | | | | | | | | | | | Correction: SolarCity Pact With Panasonic Is Redone -- WSJ (Dow Jones Institutional News - Factiva, 08/17/2018 02:47 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Day | Volume | Price | Market Return | Exc. Ind. Return | Predicted Return | Abnormal Return | t-statistic | p-Value | Abnormal Price Reaction | Events |
| | | | | | | | | | | | **News Highlights: Top Company News of the Day** (Dow Jones Institutional News - Factiva, 08/17/2018 03:00 AM) |
| | | | | | | | | | | | **Ex-Employee Accuses Tesla of Covering Up Drug Trafficking - Reports** (Sputnik News Service - Factiva, 08/17/2018 03:15 AM) |
| | | | | | | | | | | | **Elon Musk vows to remain at helm of Tesla after â€~excruciating' year (Financial Times - Manual Entry, 08/17/2018 03:25 AM)** |
| | | | | | | | | | | | **Elon Musk repeatedly breaks down in interview as he admits taking pills to sleep and explains bizarre Tesla tweet** (Independent Online - Factiva, 08/17/2018 03:37 AM) |
| | | | | | | | | | | | **UPDATE 1-Musk's SpaceX could help fund take-private deal for Tesla - NYT** (Reuters News - Factiva, 08/17/2018 03:55 AM) |
| | | | | | | | | | | | **Musk's SpaceX could help fund take-private deal for Tesla: NYT** (Reuters News - Factiva, 08/17/2018 03:56 AM) |
| | | | | | | | | | | | **$35K Tesla Model 3 envisioned by Musk not profitable, UBS says** (Seeking Alpha.com - Manual Entry, 08/17/2018 04:19 AM) |
| | | | | | | | | | | | **Grappling with tweet aftermath, Musk acknowledges exhaustion** (Agence France Presse - Factiva, 08/17/2018 05:00 AM) |
| | | | | | | | | | | | **News Highlights: Top Company News of the Day** (Dow Jones Institutional News - Factiva, 08/17/2018 05:00 AM) |
| | | | | | | | | | | | **Recession indicators are flashing a yellow 'caution' signal, Pimco says (MarketWatch - Factiva, 08/17/2018 05:00 AM)** |
| | | | | | | | | | | | **This year has been agony, says Musk** (thetimes.co.uk - Factiva, 08/17/2018 05:00 AM) |
| | | | | | | | | | | | **Elon Musk speaks; Deere earnings; Nordstrom stock surge** (CNN Wire - Factiva, 08/17/2018 05:02 AM) |
| | | | | | | | | | | | **Tesla Model 3 Inverter with SiC Power Module from STMicroelectronics - 2018 Complete Teardown Report - ResearchAndMarkets.com** (Business Wire - Factiva, 08/17/2018 05:25 AM) |
| | | | | | | | | | | | **Elon Musk's $420 target for Tesla stock probably wasn't a reference to weed (TSLA)** (Business Insider - Factiva, 08/17/2018 05:29 AM) |
| | | | | | | | | | | | **Bank of Mexico Cautious On Trade \| RBA Uneasy About U.S. Stimulus \| SEC Probes Tesla \| Leveraged Loans Less Safe \| Derby's Take: New York Fed Continues Indirect Rebuke of Trump Trade Agenda; The Wall Street Journal's central banking newsletter for Friday, August 17, 2018** (WSJ Pro Central Banking - Factiva, 08/17/2018 05:52 AM) |
| | | | | | | | | | | | **5 Takeaways From Elon Musk's Interview With The Times About Tesla (NYTimes.com Feed - Factiva, 08/17/2018 06:06 AM)** |
| | | | | | | | | | | | **EXCRUCIATING Elon Musk reveals truth about 'smoking weed' accusations and admits Ambien drug habit during tearful interview about his 'excruciating' year (thescottishsun.co.uk - Factiva, 08/17/2018 06:33 AM)** |
| | | | | | | | | | | | **EXCRUCIATING Tearful Elon Musk reveals truth about 'weed smoking' accusations and admits Ambien drug habit during interview about his 'excruciating' year (thesun.co.uk - Factiva, 08/17/2018 06:33 AM)** |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Tesla demand for Buffalo-made PV lower than expected - report** (Renewables Now - Factiva, 08/17/2018 06:57 AM) |
| | | | | | | | | | | | **Tesla Seen Losing About $5,900 on Every Basic Model 3 Sold: UBS** (BFW - Bloomberg, 08/17/2018 06:58 AM) |
| | | | | | | | | | | | **RPT-First crack at Musk could give top Tesla funds an edge** (Reuters News - Factiva, 08/17/2018 07:00 AM) |
| | | | | | | | | | | | **Musk admits exhaustion as tweet storm deepens** (Agence France Presse - Factiva, 08/17/2018 07:05 AM) |
| | | | | | | | | | | | **Board Member Contacted Musk to Discuss Privatization Tweet: NYT** (BFW - Bloomberg, 08/17/2018 07:12 AM) |
| | | | | | | | | | | | **Elon Musk strikes back at the Tesla whistleblower who claimed the electric car manufacturer SPIED on him, branding the ex-employee 'super nuts'** (Mail Online - Factiva, 08/17/2018 07:20 AM) |
| | | | | | | | | | | | **Elon Musk interview: Tesla boss admits to working 120 hours a week and struggling to deal with 'excruciating' stress in tearful tell-all** (London Evening Standard Online - Factiva, 08/17/2018 07:25 AM) |
| | | | | | | | | | | | **Why Elon Musk should read 'Barbarians at the Gate' (Financial Times - Manual Entry, 08/17/2018 07:33 AM)** |
| | | | | | | | | | | | **Daily briefing Musk's pain, Turkey stands firm, oldest galaxies (Financial Times - Manual Entry, 08/17/2018 07:38 AM)** |
| | | | | | | | | | | | **Three 'tiebreakers' that will determine if stock market bulls or bears are right (MarketWatch - Factiva, 08/17/2018 08:00 AM)** |
| | | | | | | | | | | | **Hot Stocks to Watch: TSLA** (Dow Jones Newswires Chinese (English) - Factiva, 08/17/2018 08:27 AM) |
| | | | | | | | | | | | **Hot Stocks to Watch: TSLA** (Dow Jones Newswires Chinese (English) - Factiva, 08/17/2018 08:27 AM) |
| | | | | | | | | | | | **US SEC probes into Tesla founder Elon Musk's Twitter posts - report (SeeNews Deals - Factiva, 08/17/2018 08:34 AM)** |
| | | | | | | | | | | | **Elon Musk is gearing up for 'months of extreme torture from the short-sellers' (TSLA)** (Business Insider - Factiva, 08/17/2018 08:35 AM) |
| | | | | | | | | | | | **Mark Cuban: Elon Musk needs to know the short-sellers 'are his friends' (TSLA)** (Business Insider - Factiva, 08/17/2018 08:53 AM) |
| | | | | | | | | | | | **Tesla's Model 3 margins could be dented by costly powertrain - UBS** (Reuters News - Factiva, 08/17/2018 09:01 AM) |
| | | | | | | | | | | | **Elon Musk once tried to poach Facebook's Sheryl Sandberg to lighten his 'excruciating' workload at Tesla** (Business Insider - Factiva, 08/17/2018 09:07 AM) |
| | | | | | | | | | | | **Elon Musk: Anyone who can do a better job as Tesla's CEO 'can have the reins right now' (TSLA)** (Business Insider - Factiva, 08/17/2018 09:08 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | 'All night Ã¢â‚¬â€ no friends, nothing:' Elon Musk reveals the lonely 24 hours he spent working at Tesla on his 47th birthday (Business Insider - Factiva, 08/17/2018 09:23 AM) |
| | | | | | | | | | | | Thinking about buying stock in General Electric, Deere and Co., JC Penney, NVIDIA or Tesla? (PR Newswire - Factiva, 08/17/2018 09:31 AM) |
| | | | | | | | | | | | Stocks to Watch: Tesla, Nordstrom, Nvidia, Deere, Applied Materials, Alphabet and Acer Therapeutics (Dow Jones Institutional News - Factiva, 08/17/2018 09:36 AM) |
| | | | | | | | | | | | Stocks to Watch: Tesla, Nordstrom, Nvidia, Deere, Applied Materials, Alphabet and Acer Therapeutics; Here are some of the companies with shares expected to trade actively in Friday's session (The Wall Street Journal Online - Factiva, 08/17/2018 09:36 AM) |
| | | | | | | | | | | | Tesla Loses Shine as Musk's Tweet Saga Gets Worse and Worse (BN - Bloomberg, 08/17/2018 09:45 AM) |
| | | | | | | | | | | | Tesla shares drop 6 percent after reports of widening SEC probe and amid questions of CEO Musk's ability to run company (Associated Press Newswires - Factiva, 08/17/2018 09:47 AM) |
| | | | | | | | | | | | ELON MUSK: STRESS TAKING ITS TOLL IN 'EXCRUCIATING' YEAR (Press Association National Newswire - Factiva, 08/17/2018 09:52 AM) |
| | | | | | | | | | | | Telsa's board is reportedly conducting a serious search for a COO Ã¢â‚¬â€ but Elon Musk says he doesn't know about it (TSLA) (Business Insider - Factiva, 08/17/2018 09:52 AM) |
| | | | | | | | | | | | Tesla Social Media Volume Triples; Sentiment Somewhat Negative (BN - Bloomberg, 08/17/2018 09:52 AM) |
| | | | | | | | | | | | 'Why would I?' Elon Musk says he has no regrets about his infamous 'funding secured' tweet and plans to keep using Twitter (Business Insider - Factiva, 08/17/2018 10:01 AM) |
| | | | | | | | | | | | BC-APFN-Business News Preview (Associated Press Newswires - Factiva, 08/17/2018 10:02 AM) |
| | | | | | | | | | | | Tesla shares hit the skids after Musk interview (Financial Times - Manual Entry, 08/17/2018 10:06 AM) |
| | | | | | | | | | | | US stocks fall on Turkey tensions; Tesla drops (Agence France Presse - Factiva, 08/17/2018 10:11 AM) |
| | | | | | | | | | | | Tesla sinks after Elon Musk opens up about 'the most difficult and painful year' of his career (TSLA) (Businesss Insider - Factiva, 08/17/2018 10:25 AM) |
| | | | | | | | | | | | Tesla: Is the Company Looking for Help for Elon Musk? (Barron's Online - Factiva, 08/17/2018 10:30 AM) |
| | | | | | | | | | | | Tesla: Is the Company Looking for Help for Elon Musk? -- Barrons.com (Dow Jones Institutional News - Factiva, 08/17/2018 10:30 AM) |
| | | | | | | | | | | | Elon Musk says 'I was not on weed' as Tesla tycoon defends his $420 buyout tweet (London Evening Standard Online - Factiva, 08/17/2018 10:38 AM) |
| | | | | | | | | | | | Elon Musk Roasted on Twitter as He Admits Poor Sleep, Taking Pills (Sputnik News Service - Factiva, 08/17/2018 10:48 AM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Market | Exc. Ind. | Predicted | Abnormal | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Tesla shares tumble after Musk comments on personal toll** (Agence France Presse - Factiva, 08/17/2018 10:50 AM) |
| | | | | | | | | | | | | **Tesla CEO Elon Musk: 'From A Personal Pain Standpoint, The Worst Is Yet To Come'** (Benzinga.com - Factiva, 08/17/2018 10:55 AM) |
| | | | | | | | | | | | | **Tesla sinks after Elon Musk opens up about 'the most difficult and painful year' of his career (TSLA)** (Business Insider - Factiva, 08/17/2018 10:57 AM) |
| | | | | | | | | | | | | **MW Tesla shares slide 8% on continued fallout from SEC probe of Musk tweet** (MarketWatch - Factiva, 08/17/2018 11:05 AM) |
| | | | | | | | | | | | | **Tesla Shares Slide 8% On Continued Fallout From SEC Probe Of Musk Tweet -- MarketWatch** (Dow Jones Institutional News - Factiva, 08/17/2018 11:05 AM) |
| | | | | | | | | | | | | **Tesla news: Elon Musk's tears of a billionaire as he reveals gruelling work schedule** (express.co.uk - Factiva, 08/17/2018 11:17 AM) |
| | | | | | | | | | | | | **Elon Musk initially said Tesla board members hadn't contacted him about his 'funding secured' tweet, but later had to correct himself (TSLA)** (Business Insider - Factiva, 08/17/2018 11:20 AM) |
| | | | | | | | | | | | | **Tesla is having Jack White perform a free concert for workers on Friday night at its Fremont factory (TSLA)** (Business Insider - Factiva, 08/17/2018 11:24 AM) |
| | | | | | | | | | | | | **Tesla is having Jack White perform a free concert for workers on Friday night at its Fremont factory (TSLA)** (Business Insider - Factiva, 08/17/2018 11:24 AM) |
| | | | | | | | | | | | | **Tesla's stock falls sharply after Elon Musk's tearful interview** (CNN Wire - Factiva, 08/17/2018 11:51 AM) |
| | | | | | | | | | | | | **Ford Might Accelerate Charges** (Seeking Alpha.com - Manual Entry, 08/17/2018 11:52 AM) |
| | | | | | | | | | | | | **Tesla shares tumble after CEO Elon Musk breaks down in interview** (Independent Online - Factiva, 08/17/2018 11:54 AM) |
| | | | | | | | | | | | | **Tesla -7% as NYT Musk piece absorbed** (Seeking Alpha.com - Manual Entry, 08/17/2018 11:55 AM) |
| | | | | | | | | | | | | **The Game Has Changed at Tesla -- Heard on the Street** (Dow Jones Institutional News - Factiva, 08/17/2018 12:01 PM) |
| | | | | | | | | | | | | **The Game Has Changed at Tesla; SEC investigation means Tesla's precarious cash situation could become critical in the coming months** (The Wall Street Journal Online - Factiva, 08/17/2018 12:04 PM) |
| | | | | | | | | | | | | **Elon Musk Is Stressed, but Don't Bet Against Tesla -- Barrons.com** (Dow Jones Institutional News - Factiva, 08/17/2018 12:08 PM) |
| | | | | | | | | | | | | **Elon Musk Is Stressed, but Don't Bet Against Tesla** (Barron's Online - Factiva, 08/17/2018 12:08 PM) |
| | | | | | | | | | | | | **Tesla board members are reportedly worried about Elon Musk's Ambien use â¢â¬â€ here's what the drug does to your brain and body** (Business Insider - Factiva, 08/17/2018 12:11 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] Date | [2] Day | [3] Volume | [4] Price | [5] Return | [6] Market Return | [7] Exc. Ind. Return | [8] Predicted Return | [9] Abnormal Return | [10] t-statistic | [11] p-Value | [12] Abnormal Price Reaction | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | How Trump could ruin Elon Musk's plan to take Tesla private (CNN Wire - Factiva, 08/17/2018 12:14 PM) |
| | | | | | | | | | | | | Tesla shares tumble after Musk comments on personal toll (Agence France Presse - Factiva, 08/17/2018 12:18 PM) |
| | | | | | | | | | | | | How Trump could ruin Elon Musk's plan to take Tesla private (CNN Wire - Factiva, 08/17/2018 12:22 PM) |
| | | | | | | | | | | | | Dow logs highest close since February on optimism over trade talks; Tesla sinks following Elon Musk's soul-baring interview (MarketWatch - Factiva, 08/17/2018 12:40 PM) |
| | | | | | | | | | | | | Tesla Drama Hasn't Dented Key Estimate of Model 3Ã Output (BN - Bloomberg, 08/17/2018 01:06 PM) |
| | | | | | | | | | | | | Tesla's stock falls sharply after Elon Musk's tearful interview (CNN Wire - Factiva, 08/17/2018 01:10 PM) |
| | | | | | | | | | | | | ANALYSIS-Investors query funding costs at a private Tesla (Reuters News - Factiva, 08/17/2018 01:16 PM) |
| | | | | | | | | | | | | Congress, Look at Tesla (NYTimes.com Feed - Factiva, 08/17/2018 01:16 PM) |
| | | | | | | | | | | | | Investors query funding costs at a private Tesla (Reuters News - Factiva, 08/17/2018 01:19 PM) |
| | | | | | | | | | | | | Tesla shares slide after Elon Musk describes his 'excruciating year' in NYT interview (Dow Jones Newswires Chinese (English) - Factiva, 08/17/2018 01:31 PM) |
| | | | | | | | | | | | | INVESTIGATION ALERT REMINDER: The Schall Law Firm Announces it is Investigating Claims Against Tesla, Inc. and Encourages Investors with Losses in Excess of $100,000 to Contact the Firm (Business Wire - Factiva, 08/17/2018 01:36 PM) |
| | | | | | | | | | | | | Tesla shares slide after emotional Musk interview (Financial Times - Manual Entry, 08/17/2018 01:36 PM) |
| | | | | | | | | | | | | JIM CRAMER: Elon Musk should take medical leave from Tesla (TSLA) (Business Insider - Factiva, 08/17/2018 01:45 PM) |
| | | | | | | | | | | | | JIM CRAMER: Elon Musk should take medical leave from Tesla (TSLA) (Business Insider - Factiva, 08/17/2018 01:45 PM) |
| | | | | | | | | | | | | Time for Musk to take a timeout at Tesla (Financial Times - Manual Entry, 08/17/2018 01:52 PM) |
| | | | | | | | | | | | | MEDIA-Odey says Tesla feels like it's entering final stage of life - Bloomberg (Reuters News - Factiva, 08/17/2018 01:57 PM) |
| | | | | | | | | | | | | Tesla Model 3 Inverter with SiC Power Module from STMicroelectronics - 2018 Complete Teardown Report with a Technical and Cost Comparison with the Mitsubishi J-Series TP-M Power Module (PR Newswire - Factiva, 08/17/2018 02:30 PM) |
| | | | | | | | | | | | | Tesla whistleblower claims its staff in Nevada trafficked cocaine and meth for a Mexican drug cartel and covered up the theft of $37m in raw materials (Mail Online - Factiva, 08/17/2018 02:30 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Abnormal Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | Odey Says Tesla Feels Like It's Entering Final Stage of Life (1) (BN - Bloomberg, 08/17/2018 03:06 PM) |
| | | | | | | | | | | | Tesla Stocks Nosedive After CEO Elon Musk Details Take-Private Tweet (Sputnik News Service - Factiva, 08/17/2018 03:15 PM) |
| | | | | | | | | | | | Elon Musk didn't used to care about short sellers â€" here's why he does now (TSLA) (Business Insider - Factiva, 08/17/2018 03:34 PM) |
| | | | | | | | | | | | UPDATE 3-Tesla stock sinks after Musk gives tearful NYT interview (Reuters News - Factiva, 08/17/2018 03:58 PM) |
| | | | | | | | | | | | Tesla stock sinks after Musk gives tearful NYT interview (Reuters News - Factiva, 08/17/2018 04:00 PM) |
| | | | | | | | | | | | MW Dow, S&P 500 end the day and week higher buttressed by optimism over China-U.S. trade talks (MarketWatch - Factiva, 08/17/2018 04:09 PM) |
| | | | | | | | | | | | TSLA INVESTORS ALERT: Lieff Cabraser Announces Securities Class Action Against Tesla, Inc. (Business Wire - Factiva, 08/17/2018 04:10 PM) |
| | | | | | | | | | | | The Latest: Tesla shares drop 9 per cent after Musk interview (The Canadian Press - Factiva, 08/17/2018 04:14 PM) |
| | | | | | | | | | | | The Latest: Tesla shares drop 9 per cent after Musk interview (The Canadian Press - Broadcast wire - Factiva, 08/17/2018 04:14 PM) |
| | | | | | | | | | | | The Latest: Tesla shares drop 9 percent after Musk interview (Associated Press Newswires - Factiva, 08/17/2018 04:14 PM) |
| | | | | | | | | | | | Tech Down as Tesla, Nvidia Weigh -- Tech Roundup (Dow Jones Institutional News - Factiva, 08/17/2018 04:27 PM) |
| | | | | | | | | | | | Low Demand For Model 3 Outside Of Existing Reservation Holders (Seeking Alpha.com - Manual Entry, 08/17/2018 04:29 PM) |
| | | | | | | | | | | | Tesla Wraps Up Worst Week Since 2016 as Musk Sows Fresh Doubts (BN - Bloomberg, 08/17/2018 04:37 PM) |
| | | | | | | | | | | | MW UPDATE: Dow logs highest close since February on optimism over trade talks (MarketWatch - Factiva, 08/17/2018 04:40 PM) |
| | | | | | | | | | | | Zoe's and Nordstrom rise while Tesla and Nvidia skid (Associated Press Newswires - Factiva, 08/17/2018 04:40 PM) |
| | | | | | | | | | | | Zoe's and Nordstrom rise while Tesla and Nvidia skid (The Canadian Press - Factiva, 08/17/2018 04:41 PM) |
| | | | | | | | | | | | Tesla shares tumble after Musk interview sparks fresh fears (Agence France Presse - Factiva, 08/17/2018 04:44 PM) |
| | | | | | | | | | | | Tesla investors spooked as tearful Elon Musk talks 120-hour weeks, exhaustion and Ambien (The Telegraph Online - Factiva, 08/17/2018 05:11 PM) |
| | | | | | | | | | | | Nasdaq SUMMARY (Associated Press Newswires - Factiva, 08/17/2018 05:27 PM) |
| | | | | | | | | | | | Tesla's stock falls sharply after Elon Musk reveals 'excruciating' year (The Guardian - Factiva, 08/17/2018 05:31 PM) |

**Appendix 14**
**Tesla News Chronology with Daily Statistics**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Abnormal | |
| | | | | Market | Exc. Ind. | Predicted | Abnormal | | | Price | |
| Date | Day | Volume | Price | Return | Return | Return | Return | t-statistic | p-Value | Reaction | Events |
| | | | | | | | | | | | **Tesla Board Torn Between Service to Shareholders and Iconic CEO** (BN - Bloomberg, 08/17/2018 05:32 PM) |
| | | | | | | | | | | | **Tesla Investigation: Bernstein Liebhard LLP Announces Investigation Of Tesla, Inc. - TSLA** (PR Newswire - Factiva, 08/17/2018 05:40 PM) |
| | | | | | | | | | | | **Business Highlights** (Associated Press Newswires - Factiva, 08/17/2018 06:07 PM) |
| | | | | | | | | | | | **Business Highlights** (The Canadian Press - Factiva, 08/17/2018 06:07 PM) |
| | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (Associated Press Newswires - Factiva, 08/17/2018 06:08 PM) |
| | | | | | | | | | | | **As Musk admits to job stress, Tesla's board may have to act** (The Canadian Press - Factiva, 08/17/2018 06:08 PM) |
| | | | | | | | | | | | **Tesla shares SINK after Elon Musk details 'EXCRUCIATING year' in emotional interview** (express.co.uk - Factiva, 08/17/2018 06:09 PM) |
| | | | | | | | | | | | **Weekend at Elon's: A Tesla Subplot With Azealia Banks** (NYTimes.com Feed - Factiva, 08/17/2018 06:28 PM) |
| | | | | | | | | | | | **Elon Musk reveals he is feeling the strain as billions are wiped from Tesla value** (Mail Online - Factiva, 08/17/2018 06:54 PM) |
| | | | | | | | | | | | **MUSK SAYS COULD MAKE $25K TESLA CAR IN ABOUT 3 YEARS: ELECTREK** (BN - Bloomberg, 08/17/2018 10:11 PM) |
| | | | | | | | | | | | **Thanks for visiting, Jack** (Musk Tweet - Manual Entry, 08/17/2018 11:46 PM) |

# EXHIBIT 377

LEVI&KORSINSKY LLP

# *In re Tesla, Inc.*
# *Securities Litigation*

## Civil Case No. 3:18-cv-04865-EMC
## U.S.D.C., Northern District of California

## Hearing re Plaintiff's Motion for Partial Summary Judgment
## March 10, 2022



**EXHIBIT**

**377**

Hartzmark 3/18/2022 B.G.



## *Objective Test for Falsity*

"We apply the objective standard of a 'reasonable investor' to determine whether a statement is misleading."

*In re Alphabet, Inc. Sec. Litig.*, 1 F.4th 687, 699 (9th Cir. 2021)

LEVI&KORSINSKY LLP

## *Legal Standard for Scienter*

"When the defendant is aware of the facts that made the statement misleading, he cannot ignore the facts and plead ignorance of the risk."

- *S.E.C. v. Platforms Wireless Int'l Corp.*, 617 F.3d 1072, 1094 (9th Cir. 2010) (internal quotations omitted).

www.zlk.com

LEVI&KORSINSKY LLP

## *August 7, 2018* **– Musk Tweets "Funding Secured"**

12:48 p.m.



Elon Musk
@elonmusk

Am considering taking Tesla private at $420. Funding secured.

Ex. 8

LEVI&KORSINSKY LLP

## *In re Tesla Sec. Litig.,*
## *477 F. Supp. 3d 903, 924 (N.D. Cal. 2020)*

"Indeed, many investors and analysts—in fact—did not read the tweet as a speculative statement of opinion according to the Consolidated Complaint:

• Tesla's own Senior Director of Investor Relations informed analysts that Mr. Musk's tweet was correct, that **there was a 'firm offer' that was 'as firm as it gets**.' Compl. ¶¶ 87-89;

• JP Morgan noted that the tweets are 'declarative statements from the CEO of a public company which we feel should be considered seriously. *Either funding is secured or it is not secured and Tesla's CEO says funding is secured*.' *Id.* ¶ 96; and

• *The market reacted* to the tweet with billions of dollars in trading on the stock market. *Id.* ¶¶ 189-92, 208-09.

These reactions from internal Tesla members, sophisticated analysts, and activity from the stock market tends to belie Defendants' asserted reading of the August 7, 2018 tweet.

Further, Mr. Musk's subsequent colloquy with Twitter users confirmed the definitiveness of his representation about the going-private decision being unimpeded by funding conditions. After the August 7 tweet, Mr. Musk continued to publicly engage in conversations by confirming (1) $420 was, indeed, the price; (2) investors could still invest once Tesla is private; (3) shareholders will have the autonomy to sell at $420 or hold shares to go private; and (4) that investor support is confirmed, subject to one shareholder vote. Compl. ¶¶ 122, 124, 126, 128, and 130. *All of this assumed that funding was not a condition.*

In sum, . . . *a reasonable stock investor could believe that Tesla had secured funding for the going-private transaction at $420 per share.*"

LEVI&KORSINSKY LLP

## *Musk Admits Funding is Not Secured*

"Following the August 7th announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding *subject to financial and other due diligence and their internal review process for obtaining approvals.* He has also asked for *additional details on how the company would be taken private*, including any required percentages and any regulatory requirements."

"Another critical point to emphasize is that before anyone is asked to decide on going private, full details of the plan will be provided, including the proposed nature and source of the funding to be used. However, *it would be premature to do so now. I continue to have discussions with the Saudi fund, and I also am having discussions with a number of other investors, which is something that I always planned to do* since I would like for Tesla to continue to have a broad investor base. *It is appropriate to complete those discussions* before presenting a detailed proposal to an independent board committee."

- Ex. 53, Musk 8/13/18 blogpost

www.zlk.com

LEVI&KORSINSKY LLP

## *Yasir's Texts Musk on August 10 and 12, 2018 shows* *funding was not secured:*

"We would like to *explore* investing in Tesla *subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia* .... Therefore, as discussed, we would like our teams to start working together in a confidential manner to *explore* a potential transaction."

- Ex. 121, Yasir 8/10/18 text to Musk

"Let's see the numbers and get our people to meet and discuss. ***We cannot approve something that we don't have sufficient*** *information on.* We've agreed that you will send the financial information and the way going forward within a week and no thing [sic] happened since."

- Ex. 121, Yasir 8/12/18 text to Musk

"[T]he agreement as was minuted by my people is to wait for the information to be sent be [sic] you within a week, on how we will move forward to gather [sic]."

- Ex. 121, Yasir 8/12/18 text to Musk

LEVI&KORSINSKY LLP

## *The PIF Minutes Show that No Financials were Discussed at the July 31, 2018 Meeting*



MINUTES – ELON MUSK TESLA

LOCATION: Tesla Factory, San Francisco

DATE:      31 July 2018

Attendance

| Firm | Attendee | Firm | Attendee |
|------|----------|------|----------|
| PIF | H.E Yasir Al-Rumayyan | Tesla | Elon Musk |

Page 2
31 July 2018

- **Elon**: I think it's a 200 billion company probably 500 billion in the long term.
- **H.E Yar**: I believe in Tesla and we would like to see where we can collaborate with you and I would like to listen more about your plan to take it private, we are a long term investors.
- **Elon**: I have some problems with **Masa** SBG.
- **H.E Yar**: **Masa** is just one thing which is SVF, in PIF we are independent and I am the one calling the shots in PIF.
- Discussing Tesla production goals. **Elon**: in the next 8 or 10 years we will have 10 factories each with 2 million production capacity.

"I would like to listen to your plan Elon and what are the financial calculations to take it private in the next week"
- Exhibit 80, PIF 7/31/18 Minutes

Meeting Agenda & Notes:

- Disscussing current Tesla performance.
- **H.E Yar** told Elon that PIF bought less than 5% stake in Tesla.
- **Elon** facing a problem with the stock price, **Elon** Said it's highly volatile and any news can affect the price and the problem that most of the negative news are fake.
- **Elon**: running a public company is headache my time is wasted between issuing a statements and disclosures.
- **Elon**: I want to take the company private so I can focus.
- **H.E Yar**: are you going to take it public again after you take it private, **Elon**: No, not while I am running it.

calculations to take it private in the next week and if I did not receive anything I will call you.

Confidential Treatment Requested by PIF - PIF 000001

Confidential Treatment Requested by PIF - PIF 000002

www.zlk.com

LEVI&KORSINSKY LLP

## *Musk Admitted he did not Discuss the Price of a Going-Private Transaction with the PIF*



Question. But, as you said, no price was discussed, correct, for the potential go-private?

Elon Musk. *No price was discussed for the potential take-private ...*

- E. Musk Dep. at 109:23-110:1

Question. Do you recall anyone at the meeting – you, Mr. Teller, or any of the PIF representatives making reference to an acquisition premium that would be required in a going private transaction?

Elon Musk. *Not specific numbers.*

- E. Musk SEC Tr. at 127:3-8.

LEVI&KORSINSKY LLP

## *Musk Admitted There was no Binding Legal Agreement*

Confidential

Page 220

1  not they -- there was support -- whether or not they
2  wanted to increase their investment beyond 5 percent was
3  not necessary to take the company private.  I --
4  Silver Lake, Goldman Sachs, and Morgan Stanley were
5  highly confident that we could raise the money to take
6  Tesla private whether or not the Saudis participated.
7      Q.  But you -- once again, you're not answering my

Question. Did you have any legal recourse against the PIF if they refused to provide you funding for a going-private transaction?

Elon Musk. No, I don't think so.

- E. Musk Dep. at 220:8-11

21          MR. PORRITT:  Okay.  An enforceable
22  commitment.
23          MR. NEAL:  It call -- that calls for a
24  legal speculation on his part.
25          MR. PORRITT:  Well, as he understands it.

TSG Reporting - Worldwide   877-702-9580

www.zlk.com

LEVI&KORSINSKY LLP

## *Musk Testified that he had no Intent to use PIF for more than 25%*

Confidential

Page 125

```
1        A.  Yes.  And if they, for -- for -- for example,
2   had majority control of Tesla, they could simply mandate
3   it.
4        Q.  And to be clear --
```

Question. I think, as we talked about earlier, you mentally had **a 20 percent sort of cap for [the PIF's] involvement; correct?**

Elon Musk. No, not a 20 -- I said -- I think I said that probably what would be desirable would be around 20 to 30 percent, ideally, on the order -- *ideally, 20 percent*, since that would require the least amount of legal review.

- E. Musk Dep. at 125:14-21

```
20   20 percent, since that would require the least amount of
21   legal review.
22        Q.  But, again, these percentages were not
23   communicated to PIF.  These were you -- your internal
24   calculations.
25        A.  Yes.
```

TSG Reporting - Worldwide   877-702-9580

LEVI&KORSINSKY LLP

## *A Firm Offer* **– "as firm as it gets"**

"given we went full-on public with this, *the offer is as firm as it gets*."

-Ex. 58, Martin Viecha, Tesla Director of Investor Relations to Owuraka Koney at Jennison

"I can only say that the first Tweet clearly stated that 'financing is secured'. *Yes, there is a firm offer*."

-Ex. 150, Viecha to Bradley Erickson at KeyBanc

"It means that *financing is secured regardless of other assumptions*. It wasn't discussed with any shareholders prior to today's tweet."

- Ex. 151, Viecha to Toni Sacconaghi at Bernstein

LEVI&KORSINSKY LLP

# *"Either funding is secured or it is not secured"*

"As surprising to us as these developments are, and as lacking as the statements are in any details regarding who is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. *Either funding is secured or it is* ***not secured, and Tesla's CEO*** *says funding is secured.* Therefore, we are incorporating into our valuation the real possibility the equity will be taken out at $420 per share."



Exhibit 15

www.zlk.com

LEVI&KORSINSKY LLP

## *Testimony from J. Fath, T. Rowe Price*



- Understood "funding secured" to mean it was "locked and loaded and no question at all a hundred percent that you have funding ready to go."

- "There's nothing left for interpretation in those statements."

- Fath Dep. at 28:18-29:5; 32:22-33:8





"I can't imagine he [Musk] would tweet this if not truth [sic] to it because that would seem to me like pretty black and white stock manipulation."

- Ex. 41, J. Fath, T. Rowe Price

LEVI&KORSINSKY LLP

# *Need for "committed financing" (8/10/18)*

**Illustrative Public-to-Private Process Timeline**

1. **Submit formal proposal to board following arrangement of committed financing**

2. **Negotiate with Independent Directors**                                          **~1-2 weeks**

3. **Sign Merger Agreement / announce deal**

4. **Hire proxy advisors and engage communications teams**

5. **File regulatory and other approvals; draft, file, and clear proxy statement**      **~3-4 months**

6. **Preparation ahead of shareholder vote (e.g., proxy advisory agencies: ISS, Glass Lewis)**

7. **Place new debt financing (e.g., refinancing existing bonds / asset-backed, as appropriate)**

8. **Shareholder vote**                                       **~1 month post filing of proxy**

9. **Deal closes**                                            **Aggregate timeline: ~4-6 months**

**Legend**
Events
Process

> Regulatory review could extend timeline 6+ months

**SILVERLAKE**
PARTNERS

29

www.zlk.com

LEVI&KORSINSKY LLP

## *Collect Signed Commitment Documents (8/15/18 )*



www.zlk.com

LEVI&KORSINSKY LLP

## *Funding was Still Not Secured (8/23/18)*



### Illustrative Sources & Uses

*Take-private of Titanium at $[●] per share would require $[●]B of committed capital*

**Illustrative Sources & Uses**

**Transaction Structure Details**

Fees & Other Expenses $1.0B

Incremental Cash to B/S $2.0B

$81.7B

$81.7B

Refinanced Debt $4.2B

Convertible Debt (New) $5.0B

Rolled Debt $6.7B

Rolled Debt $6.7B

Merlin Common Equity (Existing) $13.9B

Other Common Equity (New) $28.0B

Fully Diluted Equity Value $67.8B

Other Common Equity (Rollover) $28.0B

**Uses**

**Sources**

- EM's equity and vested / unexercised options convert into common and entire stake rolls into NewCo

- Partial roll / reinvestment from existing shareholders

- New cash common equity pari with EM and other rolling shareholders

- Transfer restrictions and periodic liquidity windows
  ○ No share lending

- Convertible debt offering led by Silver Lake to refinance existing convertible notes

- PF structure is:
  ○ ~86% common equity
  ○ ~6% convertible debt
  ○ ~8% rolled debt [1]

**SILVERLAKE** PARTNERS
(1) Rolled debt includes non-recourse debt, unsecured note, and ABL. ABL requires amendment to roll
(2) Includes c.$300M of equity owned by management

9

Ex. 201

LEVI&KORSINSKY LLP

# *Immediate Impact on Stock Price*



Ex. 1

LEVI&KORSINSKY LLP

## *Musk Tweets again on August 7, 2018*

12:48 p.m.



Am considering taking Tesla private at $420. Funding secured.

3:36 p.m.



Ex. 13

www.zlk.com

LEVI&KORSINSKY LLP

## *Musk had not Spoken to Investors Prior to his Tweet*

1   *e.g.,* Musk Tr. SEC-EPROD-000016235-36.) When Mr. Al-Rumayyan made an oral commitment
2   to fund the contemplated going private transaction at the July 31, 2018 meeting, the most reasonable
3   inference—which Mr. Musk made—was that the PIF was ready, willing, and able to fund the
4   transaction at a standard, reasonable price premium. (*See, e.g., id.;* Musk Tr. SEC-EPROD-
5   000016244; SEC-EPROD-000016255-61.)
6       Mr. Musk further responds that Mr. Musk did not speak to investors other than the PIF
7   about the contemplated going private transaction prior to August 7, 2018, when he made the
8   information public to all investors at once via Twitter. For Mr. Musk
9   *see, e.g.,* Musk Tr. SEC-EPROD-000016321-23.
10      Discovery is ongoing and Mr. Musk reserves the right to supp
11  response should he learn any additional information responsive to the In
12  **INTERROGATORY NO. 10:**
13      Identify any Communications Elon Musk had with the Public I
14  representatives after July 31, 2018 and before August 7, 2018.
15  **RESPONSE TO INTERROGATORY NO. 10:**
16      In addition to the foregoing General Objections and Objec
17  Definitions, which are incorporated by reference herein, Mr. Musk obje
18  the extent that it seeks information protected from discovery by any ri
19  applicable privilege or protection, including the right to privacy of third
20  obligations under applicable law or contract to protect such confidentia
21  set forth in confidentiality and/or non-disclosure agreements or underst
22  Mr. Musk will provide such information, if any, only in accordance wit
23      Mr. Musk further objects that this Interrogatory is overbroad an
24  seeks information that is not relevant to the claims or defenses of any pa
25  the needs of the case, to the extent that it seeks information relating to
26  Musk had with the Public Investment Fund and/or its representatives su
27  not limited to Communications related to the subject matter of this case.
28  the grounds that the term "Communications" is overbroad, unduly

COOLEY LLP                                  MUSK'S AM. AND SUPP. RESPONSES TO LEAD PLAINTIFF'S
ATTORNEYS AT LAW                 27                        FIRST SET OF INTERROGATORIES
                                                                  CASE NO. 18-CV-04865-EMC

"Mr. Musk further responds that Mr. *Musk did not speak to investors other than the PIF about the contemplated going private transaction prior to August 7, 2018,* when he made the information public to all investors at once via Twitter"

- Musk Interrogatory Responses at 27.

LEVI&KORSINSKY LLP

# *August 3, 2018 Special Meeting*





"As *an initial step,* the Board authorized Mr. Musk to have initial, conceptual conversations with a few of the Company's top shareholders, to explore their interest and gauge their reaction to a private corporate structure"

- Ex. 83, August 3, 2018 Special Meeting Minutes

LEVI&KORSINSKY LLP

## *As of August 16, 2018, Musk had Still not Reached out to Investors*



Egon Durban (8/16/2018):

While being sensitive to section 203, we would like to seek formal permission to make the following calls to respond / engage potential interested / existing investors :

- Saudi Arabia
- UAE
- ten cent
- google
- Ron Barron
- Silver Lake affiliates (gic, Temasek, cpp, ADIA and Kia)

- Ex. 194.

Exhibit 194

CONFIDENTIAL – Pursuant to the May 20, 2020 Protective Order          SL_3P00000306

LEVI&KORSINSKY LLP

## *Investor Support was not "confirmed"*

HHR Asset Management LLC would "not support a buyout" because he was not permitted to "own private entities". – Ex. 90.

Some of T. Rowe Price's funds would be unable to hold shares in Tesla if it were private due to "mandates on their accounts that do not allow privates" or, alternatively, fewer shares due to "illiquidity" concerns. - Fath Dep. at 48:13-49:7, 53:24-54:13

Jennison Associates had restrictions against holding private companies and, therefore, would not be able to remain a shareholder in a private Tesla. - Koney Dep. at 113:13-114:5.

"We can't own private investments" – Ex. 155, Diametric.

"We feel betrayed" – Ex. 155, HHR.

LEVI&KORSINSKY LLP

## *August 13, 2018 Blog Post – Musk was still talking to Investors*

Another critical point to emphasize is that before anyone is asked to decide on going private, full details of the plan will be provided, *including the proposed nature and source of the funding to be used.* However, it would be *premature* to do so now. *I continue to have discussions with the Saudi fund, and I also am having discussions with a number of other investors*, which is something that I always planned to do since I would like for Tesla to continue to have a broad investor base. *It is appropriate to complete those discussions before presenting a detailed proposal to an independent board committee.*

"*My best estimate right now is that approximately two-thirds of shares owned by all current investors would roll over into a private Tesla.*"

Exhibit 53

- Ex. 53, Musk 8/13/18 blogpost

www.zlk.com

LEVI&KORSINSKY LLP

## *The Public believed Musk had 60% Support on August 13, 2018*

"It sounds to us that he is not done talking to shareholders to gauge interest, but his estimate of about 66% of shareholders not tendering is not far off from *our own assumption of 60%*. We expect a deal, if announced, would be approved, and we estimate about 40% of shareholders will sell their shares at $420 or whatever a deal price ends up being, mostly due to their own mandates on not being able to hold private stock or caps on illiquid securities."

- Morningstar, August 13, 2018.



Hartzmark Rpt., ¶106.

LEVI&KORSINSKY LLP

## *Musk Withdraws his Offer due to Investor Feedback*

"Mr. Musk next discussed with the Board information that he had learned in recent weeks following his announcement, including but not limited to the negative views of many of the Company's current stockholders regarding the prospect of the Company going private, the difficulties the Company's current stockholders would have in continuing to own Tesla's stock if the Company went private, as well as the procedural difficulties of any going private transaction, including the extended length of time such a transaction would require, and how it may distract and negatively impact the Company's focus on its core business."

Musk told the Board that he "recently heard from numerous investors that [retaining their equity positions in a private Tesla] was very difficult for internal compliance reasons and other requirements, and that many of Tesla's investors preferred that the Company stay public."

Exhibit 101

CONFIDENTIAL                    TESLA_LITTLETON_00012794

CONFIDENTIAL                    TESLA_LITTLETON_00012797

Ex. 101, Special Meeting Minutes 8/23/2018

LEVI&KORSINSKY LLP

## *Musk Admits he was Wrong about Investor Support*

Elon Musk. "[W]ith the benefit of hindsight, I was wrong about the desire of - - or the interest in the existing shareholders to go private. *That was incorrect.*"

- E. Musk SEC Tr. at 258:23-25.



www.zlk.com

LEVI&KORSINSKY LLP

## *Musk Tweets again on August 7, 2018*

12:48 p.m.



**Elon Musk** ✓
@elonmusk

Am considering taking Tesla private at $420. Funding secured.

3:36 p.m.



**Elon Musk** ✓
@elonmusk

Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote.

**Tesla** ✓ @Tesla
Taking Tesla Private
tesla.com/blog/taking-te...

Follow

Ex. 13

LEVI&KORSINSKY LLP

## *Musk Emails his "Offer to Take Tesla Private at $420" to the Board on August 2, 2018*



Subject: Offer to Take Tesla Private at $420

Unless another bidder comes forward with a better offer, I would ask that this matter be put to a shareholder vote at the earliest opportunity. This offer expires in 30 days.

- Ex. 81, Musk 8/2/2018 email to Board.

LEVI&KORSINSKY LLP

## *There was no formal offer presented to the Board on August 3, 2018*

Minutes of a Special Meeting of the Board of Directors of
Tesla, Inc.
**August 3, 2018**

**DIRECTORS PRESENT:** Elon Musk
Kimbal Musk
Antonio Gracias
Brad Buss
Robyn Denholm
Ira Ehrenpreis
Linda Johnson Rice
James Murdoch

**DIRECTORS ABSENT:** Steve Jurvetson (leave of absence)

> "It was noted that a detailed proposal regarding a going private transaction had not yet been made and that one would be needed in order for the Board to properly analyze and evaluate it."
>
> - Ex. 83, Special Meeting Minutes 8/3/2018.

volume, stock prices often driven by short sellers and false media news and rumors.
Mr. Musk noted his desire for the Company to operate more like SpaceX, where
executives and employees focus their attention on the core business rather than
expending so much time and energy dealing with quarterly pressures, false news reports
instigated by short sellers and stock price volatility.  Taking the Company private, Mr.
Musk explained, would allow the Company to focus on its longer-term goals and not the
short-term goals created by market pressures.


Deepak Ahuja
**Exhibit 83**

LEVI&KORSINSKY LLP

## *Dell told Musk that Going-Private is a Long Process*

Confidential

Page 167

```
1        Q.  Okay.  I'm going to represent to you that
2    August 3rd was a Friday.
3             So, over the weekend, do you recall
4    discussing the potential going-private transaction with
5    anyone?  This will be August 4th, August 5th, 2018.
6        A.  I don't recall.
7        Q.  Okay.  At some point over the weekend, did you
8    have a telephone conversation with Michael Dell?
```

Question. Did he [Michael Dell] give an indication of the amount of time the transaction took?

Elon Musk. I think he said maybe a year or something. I'm not sure exactly

- E. Musk Dep. at 167:7-169:10

```
21        Q.  When he said it was a very difficult process,
22    did he give any further detail as to what the process
23    entailed for him in taking Dell private?
24        A.  Just that there were -- there were significant
25    legal challenges that he had to face from lawyers like
```

TSG Reporting - Worldwide   877-702-9580

www.zlk.com

LEVI&KORSINSKY LLP

## As of August 7, 2018, Musk believed the likelihood of a *transaction was "probably roughly 50 percent."*

Question. What was your level of certainty that the transaction would be consummated at the time that you wrote this tweet?

Elon Musk.  I mean, *probably roughly 50 percent*. Maybe a little – maybe a little higher than 50 percent, but something close to that.

- E. Musk Sec. Tr. at 258: 1-4



Page 258

```
 1   Same question here.  What was your level of certainty that
 2   the transaction would be consummated at the time that you
 3   wrote this tweet?
 4       A   I mean, probably roughly 50 percent.  Maybe a
 5   little -- maybe a little higher than 50 percent, but
 6   something close to that.  At the time I would have
 7   probably said more likely than not but, you know.  Like I
 8   wasn't sure if I would even want to finalize a proposal to
 9   the board.  That's why I said considering.  If I said I'm
10   going to put -- I didn't say I was going to give some like
11   final proposals to the board, I was considering it, it's a
12   lot to consider.  Especially the opinions of long-time
13   shareholders.
14       So that's really, that's it.  It was really --
15   it's pretty straightforward.
16       It was like, I wonder what people think
17   about going private?  And, like I said, with the benefit of
18   hindsight of course -- if I had a hindsight machine that
19   would be really great.  That would be like --
20       MR. HEALY:  Your next project?
21       THE WITNESS:  Yes, a hindsight machine
22   would be really helpful.  But --
23   but with the benefit of hindsight, I was wrong about the
24   desire of -- or the interest in the existing shareholders
25   to go private.  That was incorrect.  They were about --
```

CONFIDENTIAL                                              SEC-EPROD-000016366

www.zlk.com

LEVI&KORSINSKY LLP

## *Silver Lake outlined a lengthy process for the going-private transaction.*



Ex. 179 at 29.

LEVI&KORSINSKY LLP

## *August 13, 2018 Blog Post – What are the next steps?*

4/5/2021                                                 Update on Taking Tesla Private | Tesla

Update on Taking Tesla Private
Elon Musk
August 13, 2018

What are the next steps?
I will now continue to talk with investors, and I have engaged advisors to investigate a range of potential structures and options. Among other things, this will allow me to obtain a more **precise understanding of how many of Tesla's existing public** shareholders would remain shareholders if we became private.

Why did I make a public announcement?
The only way I could have meaningful discussions with our largest shareholders was to be
completely forthcoming with them about my desire to take the company private. However, it
wouldn't be right to share information about going private with just our largest investors
without sharing the same information with all investors at the same time. As a result, it was

If and when a final proposal is presented, an appropriate evaluation process will be undertaken by a special committee **of Tesla's board... If the board process results in an approved** plan, any required regulatory approvals will need to be obtained and the plan will be presented to Tesla shareholders for a vote.

https://www.tesla.com/blog/update-taking-tesla-private                                    2/2

- Ex. 53, Musk 8/13/18 blogpost

www.zlk.com

LEVI&KORSINSKY LLP

## *August 13, 2018 Blog Post* **– Why did I say "funding secured"?**

Following the August 7th announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding *subject to financial and other due diligence and their internal review process for obtaining approvals*. He has also asked for *additional details on how the company would be taken private, including any required percentages and any regulatory requirements.*



- Ex. 53, Musk 8/13/18 blogpost

LEVI&KORSINSKY LLP

## *August 12, 2018 Texts between Elon* **– Yasir (PIF): "It's over"**

Elon: "I'm sorry, but we cannot work together."

Yasir: "It's up to you Elon."

Elon: "You are throwing me under the bus."

Yasir: "We haven't received any thing yet. Let's get on the phone and discuss"

Elon: "Sorry. It's over"

Ex. 121

www.zlk.com

LEVI&KORSINSKY LLP

# *Tesla's Stock Traded in an Efficient Market*



Ex. 1

# Exhibit 378

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| In re Tesla, Inc. Securities Litigation | ) ) ) ) | Case No. 18-CV-04865 (EMC) |

# REPORT OF DANIEL R. FISCHEL

## November 8, 2021

EXHIBIT

**378**

Hartzmark 3/18/2022 B.G.

I.      **QUALIFICATIONS**

1.      I am President and Chairman of Compass Lexecon, a consulting firm that specializes in the application of economics to a variety of legal and regulatory issues.  I am also the Lee and Brena Freeman Professor of Law and Business Emeritus at The University of Chicago Law School.  I have served previously as Dean of The University of Chicago Law School, Director of the Law and Economics Program at The University of Chicago, and as Professor of Law and Business at The University of Chicago Graduate School of Business (by courtesy), the Northwestern University Law School, and the Kellogg School of Management at Northwestern University (by courtesy).

2.      Both my research and teaching have concerned the economics of corporate law and financial markets.  I have published approximately fifty articles in leading legal and economics journals and am coauthor, with Judge Frank Easterbrook of the Seventh Circuit Court of Appeals, of the book The Economic Structure of Corporate Law (Harvard University Press). Courts of all levels, including the Supreme Court of the United States, have cited my articles as authoritative.  My curriculum vitae, which contains a list of my publications, is attached hereto as **Appendix A**.

3.      I have served as a consultant or advisor on economic issues to, among others, the United States Department of Justice, the United States Securities and Exchange Commission, the National Association of Securities Dealers, the New York Stock Exchange, the Chicago Board of Trade, the Chicago Board Options Exchange, the Chicago Mercantile Exchange, the New York Mercantile Exchange, the United States Department of Labor, the Federal Deposit Insurance Corporation, the Resolution Trust Corporation, the Federal Housing Finance Agency, and the Federal Trade Commission.

4.      I am a member of the American Economic Association and the American Finance Association.  I am also a former member of the Board of Governors of the Becker Friedman Institute at The University of Chicago, a former Advisor to the Corporate Governance Project at Harvard University, a former member of the Board of Directors of the Center for the Study of the Economy and the State at The University of Chicago, and former Chairman of the American Association of Law Schools' Section on Law and Economics.  I have testified as an expert witness in multiple proceedings in federal and state courts across the country, as detailed in **Appendix A**.

5.      I am being compensated for my work in this matter at my current hourly rate, which is $1,750.  In addition, professional staff members at Compass Lexecon performed research and other support work for me under my direction at hourly rates ranging from $250 to $1,050.  Neither my fees nor Compass Lexecon's fees are contingent upon the conclusions I reach or on the outcome of this matter.

## II.      INTRODUCTION AND SUMMARY OF CONCLUSIONS

6.      Tesla, Inc. ("Tesla" or the "Company") designs, develops, manufactures, and sells high-performance fully electric vehicles and energy generation and storage systems, among other things.[1]  As of December 31, 2017, Tesla produced and sold three fully electric vehicles:  the Model S sedan, the Model X sport utility vehicle, and the Model 3 sedan.[2]  The Company's stock has traded on the NASDAQ Global Select Market since it began trading on June 29, 2010 following its initial public offering ("IPO") at $17 per share.[3]  By February 2018, Tesla's stock was described as "the largest equity short in the U.S. market and the third largest worldwide

---

[1]      Tesla, Inc. Form 10-K for the fiscal year ended December 31, 2017 ("2017 10-K") at 1.
[2]      2017 10-K at 1.
[3]      2017 10-K at 36.

short."[4]  On August 6, 2018, Tesla's stock price closed at $341.99, and 26% of the shares not held by reporting officers and directors were sold short – placing it above the 97th percentile of shorted stocks in the world at the time.[5]

7.     Elon Musk has been Tesla's Chief Executive Officer and largest shareholder from at least the Company's IPO through today.[6]  On August 7, 2018 at 12:48 p.m. ET, Mr. Musk tweeted "Am considering taking Tesla private at $420. Funding secured."[7]  He further tweeted, among other things:  1) "Shareholders could either [] sell at 420 or hold shares & go private;"[8] 2) "… liquidity events would be limited to every 6 months or so (like SpaceX);"[9] and 3) "Investor support is confirmed.  Only reason why this is not certain is that it's contingent on a shareholder vote."[10]  The same day, Tesla's blog posted an email Mr. Musk sent to the Company's employees in which he explained his reasons for wanting to take Tesla private.[11]  On August 13, 2018, Mr. Musk provided an update on his plans to take Tesla private in a post on the Company's blog.[12]  On August 24, 2018, Mr. Musk announced on Tesla's blog that the Company would remain public.[13]

8.     Lead Plaintiff Glen Littleton ("Plaintiff") asserts claims on behalf of a class of "[a]ll individuals and entities who purchased or sold Tesla stock, options, and other securities from 12:48 p.m. EDT on August 7, 2018 to August 17, 2018 [the "Class Period"] and were

---

[4]   S3 Analytics, "Tesla Shorts Down $340 million Pre-Earnings Release," February 7, 2018.
[5]   *See infra* ¶ 18.
[6]   Tesla Motors, Inc. Prospectus dated June 28, 2010 at 43 & Tesla Form 10-K for the fiscal year ended December 31, 2020 at 20.
[7]   https://twitter.com/elonmusk/status/1026872652290379776?lang=en.
[8]   https://twitter.com/elonmusk/status/1026894228541071360?lang=en.
[9]   https://twitter.com/elonmusk/status/1026906046839672832?lang=en.
[10]  https://twitter.com/elonmusk/status/1026914941004001280?lang=en.
[11]  "Taking Tesla Private," August 7, 2018, https://www.tesla.com/blog/taking-tesla-private.
[12]  "Update on Taking Tesla Private," August 13, 2018, https://www.tesla.com/blog/update-taking-tesla-private.
[13]  "Staying Public," August 24, 2018, https://www.tesla.com/blog/staying-public.

damaged thereby."[14]  Among other claims, Plaintiff alleges that Mr. Musk's August 7, 2018

tweets "created the impression to the public that it was virtually certain that Musk could take

Tesla private at $420 per share, that funding for this multi-billion dollar transaction had been

secured, and the only remaining contingency was a shareholder vote."[15]  Plaintiff also alleges:

"Musk knew of the uncertain and contingent nature of any going-private transaction for Tesla as

well as the lack of any secured funding at $420 per share or at any other price.  Yet Musk

published his tweets and other statements anyway, disrupting the markets in Tesla securities such

as stock and stock options, and causing billions of dollars of damage to Tesla investors."[16]

     9.    Regarding alleged damages, Plaintiff claims, among other things, that "Tesla's

stock price dropped substantially once it was confirmed that funding for the go-private

transaction had in fact never been 'secured' and the proposed $420 price had never been

agreed."[17]  In particular, Plaintiff claims that on August 17, 2018, the last day of the Class

Period, a decline in Tesla's stock price of almost 9% "was caused by *The New York Times* report

on Musk … [which] confirmed to investors that Musk's 'funding secured' tweet had in fact been

---

[14]   Stipulation and Order for Class Certification, *In re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC filed November 25, 2020 ¶ 4.  The defendants are Tesla, Mr. Musk, and seven directors collectively referred to as the "Board."  Class Action Consolidated Complaint for Violations of the Federal Securities Laws, *In re Tesla, Inc. Securities Litigation*, Case No. 18-cv-04865-EMC filed January 16, 2019 ("Complaint") ¶¶ 20-27.

[15]   Complaint ¶ 2.  Although the Complaint also alleges that the August 13, 2018 blog post was a misstatement for the same reasons as the August 7, 2018 tweets (*id.* ¶¶ 2-3), I understand that the Court ruled that "the blog post on August 13 is not independently actionable as a misleading statement because while it claimed on the one hand that the deal was viable and imminent, it eventually (and truthfully) revealed that the deal was subject to further scrutiny."  Order Denying Plaintiff's Motion to Convert or, Alternatively, to Strike; Granting Defendants' Request for Judicial Notice; and Denying Defendants' Motion to Dismiss, *In re Tesla, Inc. Securities Litigation* filed April 15, 2020 at 26.

[16]   Complaint ¶ 5.

[17]   Complaint ¶ 189.

false when made and that, in reality, there was no definitive agreement to take Tesla private in place, or even close to being finalized."[18]

10.      I have been asked by counsel for the Defendants to analyze the economic evidence regarding whether:  1) Mr. Musk's actions were consistent with his prior statements about taking Tesla private and protecting investors who believed in his vision; 2) it was reasonable to believe that the proposed transaction would have been funded if it moved forward; 3) the $420 potential offer price was reasonable; and 4) Mr. Musk or the other Defendants benefited from the alleged fraud.  I have been assisted by Compass Lexecon's professional staff. **Appendix B** lists the materials I have relied upon in preparing this report.

11.      Based on these materials and our analysis, I have reached the following principal conclusions:

- Mr. Musk's actions were consistent with his prior-stated interest in taking Tesla private and in protecting investors who believed in his vision;

- It was reasonable to believe that the proposed transaction would have been funded if it moved forward;

- The $420 potential offer price was reasonable; and

- Neither Mr. Musk nor the other Defendants benefited from the alleged fraud.

I elaborate upon and provide the bases for my conclusions in the remainder of this report.

## III.  MR. MUSK'S ACTIONS WERE CONSISTENT WITH HIS PRIOR-STATED INTEREST IN TAKING TESLA PRIVATE AND IN PROTECTING INVESTORS WHO BELIEVED IN HIS VISION

12.      Mr. Musk's actions – namely, his August 2, 2018 communication with the Board,[19] his August 7, 2018 tweet, and his subsequent related communications, including his

---

[18]   Complaint ¶ 196.
[19]   "Update on Taking Tesla Private," August 13, 2018, https://www.tesla.com/blog/update-taking-tesla-private ("On August 2nd, I notified the Tesla board that, in my personal capacity, I wanted to take Tesla private at $420 per share.").

August 13, 2018 blog post – are consistent with his prior statements about taking Tesla private.

In particular, he was quoted as saying in November 2017 that: "I wish we could be private with

Tesla.  It actually makes us less efficient to be a public company."[20]  Market participants

recognized and acknowledged Mr. Musk's consistency on this point.  For example, on August 8,

2018, analysts at Evercore ISI cited the above quote and stated: "The notion of going private is

not new for Elon Musk.  …  Musk's frustration with the capital markets, notably short sellers

and the analyst community, has been evident in recent quarters.  If a CEO, and the largest

individual shareholder, of a company takes issue with public markets, then going private would

seem to make sense."[21]

13.     In his August 7, 2018 post on Tesla's blog, Mr. Musk explained why he thought

going private would benefit the Company.  In particular, he stated:

> As a public company, we are subject to wild swings in our stock price that can be
> a major distraction for everyone working at Tesla, all of whom are shareholders.
> Being public also subjects us to the quarterly earnings cycle that puts enormous
> pressure on Tesla to make decisions that may be right for a given quarter, but not
> necessarily right for the long-term.  Finally, as the most shorted stock in the
> history of the stock market, being public means that there are large numbers of
> people who have the incentive to attack the company.  …  Basically, I'm trying to
> accomplish an outcome where Tesla can operate at its best, free from as much
> distraction and short-term thinking as possible, and where there is as little change
> for all of our investors, including all of our employees, as possible.[22]

14.     Mr. Musk's rationale is consistent with academic literature that discusses the

benefits of being a private company.  For example, Sheen (2020) states:

> Potential benefits of public ownership include easier access to capital and a stock
> price that aggregates information.  This could allow public firms to better uncover
> and capture positive net present value (NPV) opportunities.  Private firms,
> however, tend to have more concentrated ownership and thus may be less subject
> to agency problems and wasteful investment.  They are also shielded from short

---

[20]   "Elon Musk:  The architect of tomorrow," *Rolling Stone*, November 15, 2017.
[21]   George Galliers and Chris McNally, "A Private Life is a Happy Life," Evercore ISI, August 8, 2018.
[22]   "Taking Tesla Private," August 7, 2018, https://www.tesla.com/blog/taking-tesla-private.

termism arising from the pressure of earnings management and scrutiny from Wall Street analysts.[23]

Brealey, Myers, and Allen (2019) also discuss the benefits of being private:

> Managers of public companies often chafe at the constant pressure from shareholders to report increases in profits, and they complain at the red tape involved in running a public company. … Operating as a private company could be tricky if it cut off the company's access to finance, but in recent years, financial institutions have become more willing to provide equity capital to private firms.[24]

15. Market participants agreed that going private may benefit Tesla, citing reasons consistent with those Mr. Musk put forward. For example:

- Analysts at RBC Capital Markets stated: "We mostly agree with Elon's sentiment that being public puts more focus on short term quarterly metrics and can distract from the long-term mission."[25]

- The Evercore ISI analysts stated: "Traditionally, public markets have been there to provide a source of funding (note, we also believe they bring scrutiny and accountability which in many cases does lead to better practice). However, if a company does not need that funding or is able to source future funding privately, then there is no obvious reason for it to remain public. As Musk points out, being public does have disadvantages and can lead to short-termism. Depending on where the private funding may come from, going private may also provide Tesla with 1/ deeper pockets to grow internationally at a faster rate and 2/ security through the next US/capital markets recession where public funding would dry up."[26]

- Analysts at Morgan Stanley commented: "We sympathize with Elon Musk's argument that Tesla could be better off as a private company. The scale and scope of launching an auto company while providing a focused internal narrative to employees and stakeholders on the goals of the enterprise may be better aligned outside of the eye of the public market with a longer-term horizon."[27]

---

[23] Albert Sheen, "Do Public and Private Firms Behave Differently? An Examination of Investment in the Chemical Industry," *Journal of Financial and Quantitative Analysis* 2020, 55: 2530-2554 at 2530.

[24] Richard A. Brealey, Stewart C. Myers, and Franklin Allen, Principles of Corporate Finance, 13th edition 2019 at 396-397.

[25] Joseph Spak, George Clark, and Joseph Heidt, "On Tesla $420," RBC Capital Markets, August 7, 2018.

[26] George Galliers and Chris McNally, "A Private Life is a Happy Life," Evercore ISI, August 8, 2018.

[27] Adam Jonas, Armintas Sinkevicius, and Carmen Hundley, "Elon Musk May Want Tesla Private: We Question the Feasibility of a Potential Transaction," Morgan Stanley, August 8, 2018.

- Analysts at Needham stated: "We understand the inherent challenges of running a public company and balancing the short-term volatility with the long-term strategic direction."[28]

- Analysts at Barclays commented: "We actually agree with the bulls that Tesla might be better off as a private company. Mr. Musk would be free to build his vision for a sustainable transportation and energy company without the distraction of our quarterly analyst calls, rude Twitter short sellers/shorts or the bad vibes from seeing a stock price occasionally going down."[29]

16. In one of his tweets on August 7, 2018, Mr. Musk said that being private "[e]nds negative propaganda from shorts."[30] Short selling is an investment strategy that generates profits when the price of the shorted stock decreases; a short seller borrows shares from one investor and sells them to another investor, then later purchases the same number of shares to replace the borrowed shares, profiting when the purchase price is below the earlier sale price.[31] As such, short sellers' expectations of future price movements are generally the opposite of the expectations of investors that are long in a stock because short sellers benefit from price decreases while long investors/shareholders benefit from price increases.[32] As Tesla's CEO and

---

[28] Rajvindra S. Gill and Y. Edwin Mok, "Can Tesla Raise the Cash to Take It Private? Possibly," Needham, August 8, 2018.

[29] Brian A. Johnson and Steven Hempel, "Time for even 'blue pillers' to cash out?" Barclays, August 14, 2018.

[30] https://twitter.com/elonmusk/status/1026907699760390146?lang=en.

[31] As described in Reed (2013): "An investor who wants to sell a stock short must generally find a party willing to lend those shares…. The proceeds from the short sale are deposited with the lender of the stock. For US stocks, the lender generally requires 102% of the loan's value in collateral. The value of the loan is marked to market daily; an increase in the stock price will result in the lender requiring additional collateral for the loan, and a decrease in the stock price will result in the lender returning some of the collateral to the borrower. All collateral returns to the borrower upon the return of shares to the lender. The process of delivery and payment is typically called settlement or clearing. While a stock is on loan, the lender invests and receives interest on the collateral. Part of this earned interest returns to the borrower in the form of a negotiated rebate rate. Rather than fees, the primary cost to the borrower is the difference between the current market interest rate and the rebate rate received from the lender." Adam V. Reed, "Short Selling," *Annual Review of Financial Economics* 2013, 5: 245-258.

[32] I understand that investors that sell a stock short may hedge their position by entering in long positions for the same stock. Similarly, investors that hold shares of a company may sell short a

---

largest shareholder, Mr. Musk's expectations about changes in Tesla's future stock price are aligned with other Tesla shareholders' expectations and contrary to the short sellers' expectations.  Consequently, it was reasonable for Mr. Musk to disagree with short sellers' views on the future performance of Tesla's stock price.

17.     Some short sellers publicly expressed very negative views of Tesla stock and its investors.  For example, an article published on October 2, 2017 titled "Elon Musk Versus the Haters" commented that "[s]hort sellers berate Tesla investors as momentum chasers, tree-huggers, or simply Elon Musk groupies, but these investors have bought into a vision that has already made great leaps toward building a sustainable energy ecosystem — a costly endeavor that has no shortage of well-heeled enemies" and quoted short sellers stating that "'Tesla is a zero,'" "'a cult,'" "'the largest single-stock bubble in this entire bubble market,'" and "'one of the most incredulous divorces between facts and dreams' [the short seller has] seen in a 50-year career of investing."[33]  And on December 14, 2017, *CNBC* reported that "[f]amed short seller Jim Chanos took another shot at Tesla on Thursday, saying the company's equity is worth nothing."[34]

18.     Prior to August 7, 2018, Tesla was one of the most shorted stocks in the world. **Exhibit 1** documents that the short interest in the Company's stock relative to its public float (i.e., excluding shares held by officers and directors) as of August 6, 2018 was 25.6%.  To put this in context, **Exhibit 1** shows that the mean and median short interest relative to public float on the same date are 5.1% and 2.1%, respectively.[35]  According to Capital IQ, as of August 6,

---

portion of their investment.  By "short sellers" I refer to investors that are net short on a stock and by "long investors/shareholders" I refer to investors that are net long on a stock.

[33]   "Elon Musk Versus the Haters," *Institutional Investor*, October 2, 2017.

[34]   "Jim Chanos:  We think Tesla is worth zero," *CNBC*, December 14, 2017.

[35]   This analysis is based on data retrieved from Capital IQ for an international sample as of August 6, 2018.

2018, Tesla was the most shorted public company stock in the U.S. and the second most shorted company stock in the world (after Alibaba Group Holding Limited) in dollar terms, and was above the 97th percentile of all stocks in terms of short interest as a percentage of public float.[36]

19.     Mr. Musk's proposal would have enabled investors who shared his long-term vision for Tesla to benefit from its fruition.  He tweeted on August 7, 2018 that, under his proposal, "Def no forced sales. Hope all shareholders remain,"[37] and that he was "super appreciative of Tesla shareholders. Will ensure their prosperity in any scenario."[38]  Through this structure, all willing investors could remain invested in Tesla and benefit from any future stock price appreciation.  Analysts at Morningstar echoed this idea, stating:  "We like this arrangement because unlike normal buyouts, Tesla's deal, if it happens, allows current shareholders to still profit from any appreciation in Tesla's market value over time despite it going private."[39]  In fact, Tesla's stock price has risen more than fifteen-fold since Mr. Musk's proposal was withdrawn, demonstrating that investors who believed in his vision and maintained their investments in Tesla benefited substantially.[40]

## IV.     IT WAS REASONABLE TO BELIEVE THAT THE PROPOSED TRANSACTION WOULD HAVE BEEN FUNDED IF IT MOVED FORWARD

20.     Mr. Musk explained in his August 13, 2018 post on Tesla's blog that his "funding secured" tweet on August 7, 2018 referred to "support for funding a going private transaction" by the Saudi Arabian sovereign wealth fund, known as the Public Investment Fund or "PIF," and

---

[36]   The results are substantially similar to those reported in the text if we limit the analysis to public company stocks and/or stocks with market capitalization greater than $100 million.
[37]   https://twitter.com/elonmusk/status/1026907699760390146?lang=en.
[38]   https://twitter.com/elonmusk/status/1026892550337122304?lang=en.
[39]   David Whiston, "Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain," Morningstar, August 14, 2018.
[40]   Per Bloomberg, Tesla stock closed on November 8, 2021 at $1,162.94, up from $63.85 on August 27, 2018 (after accounting for a 5-for-1 stock split in August 2020).

that he was "having discussions with a number of other investors."[41]  It was reasonable to

believe that the proposed transaction would have been funded if it moved forward for at least the

following reasons.

       21.    First, from an economics perspective, PIF's investing in Tesla would provide

strong diversification benefits for Saudi Arabia because the electric car industry's growth would

likely reduce demand for oil.  As the *Business Spectator* commented on April 4, 2016:

> Tesla's take-off could speed Saudi shift away from oil. … There's a nice
> symmetry and coincidence of timing in the restatement of Saudi Arabia's plans to
> pursue an initial public offering of its giant state-owned Aramco and the quite
> remarkable scramble by aspiring owners of Tesla Motors' Model 3 electric car
> over the past few days.  Late last week, in an interview with Bloomberg, Saudi
> Deputy Crown Prince Mohammed bin Salman said an initial selldown of the
> kingdom's ownership of Aramco could occur as early as next year. … While the
> prince was firming up his plans for a radical shift in the country's relationship
> with Aramco, the key to the kingdom's wealth and a sprawling entity today
> enmeshed in every aspect of the Saudi society and economy and regarded as
> fundamental to its political stability, Elon Musk opened the order books for
> Tesla's Model 3. … Whether its Tesla or US shale oil, there is now greater
> uncertainty about the long-term demand and pricing of oil and it makes a lot of
> sense for the Saudis to start hedging their bets on it.[42]

       22.    Second, PIF's investing in Tesla was consistent with Saudi Arabia's goal to

diversify the country's economy away from oil announced on April 25, 2016.[43]  Following this

announcement, *The Wall Street Journal* reported:  "Prince Mohammed on Monday presented a

broad overview of what has been billed as the country's most extensive economic shake-up in

decades.  Speaking to reporters, he said the project -- dubbed 'Saudi Vision 2030' -- includes

plans to sell less than 5% of state-owned oil giant Saudi Arabian Oil Co., known as Saudi

Aramco, and transfer ownership of the company to Saudi Arabia's sovereign-wealth fund, the

---

[41]  "Update on Taking Tesla Private," August 13, 2018,  https://www.tesla.com/blog/update-taking-tesla-private.

[42]  "Tesla's take-off could speed Saudi shift away from oil," *Business Spectator*, April 4, 2016.

[43]  Kingdom of Saudi Arabia, Vision 2030, April 25, 2016 at 7.

Public Investment Fund, so it can build a war chest for non-oil investments abroad."[44]  *The New York Times* commented that "[t]he nation's reliance on oil will be further reduced, and its economy diversified, by new investment in solar and wind power, by building up the small defense sector and by opening up the Saudi market to 'the finest talent and the best investments globally.'"[45]

23.     Third, PIF was a large sovereign wealth fund with substantial assets and had made several large, non-oil international investments in recent years.  Following Mr. Musk's initial tweets, the *Financial Times* reported that PIF "has more than $250bn in assets."[46]  Evercore ISI analysts stated on August 17, 2018:  "We think Saudis will be giving this serious consideration based off our conversations with persons in the ME and that funding won't be an issue."[47] Indeed, as shown in **Exhibit 2**, PIF had announced several large non-oil international investments prior to August 2018, including an up to $45 billion investment in SoftBank to launch a technology fund and a $20 billion investment in Blackstone to launch an infrastructure investment fund.[48]

24.     Fourth, prior to Mr. Musk's August 7, 2018 tweet, Saudi Arabia repeatedly expressed interest in investing in Tesla.  For example, a June 2, 2016 *Financial Times* article reported that "[a] Saudi delegation last year visited Tesla, the electric carmaker, as part of a campaign to understand more about technology companies into which the kingdom could

---

[44]   "An Oil Kingdom Plans to Wean Itself from Oil," *The Wall Street Journal*, April 26, 2016.
[45]   "A Promising New Path for Saudi Arabia," *The New York Times*, April 28, 2016.
[46]   "Elon Musk declares plan to take Tesla private," *Financial Times*, August 7, 2018.
[47]   Arndt Ellinghorst, George Galliers, Chris McNally, and Max Yoward, "EvrISI Autos Pitstop:  High-speed networking / TSLA trip / NA Trucks / LDN mobility cap / On-car advertising," Evercore ISI, August 17, 2018.
[48]   "Saudi Deputy Crown Prince Wants To Be One Of The World's Biggest Tech Investors," *Forbes*, October 13, 2016; "Saudis' $20 Billion Wager With Blackstone Marks Record Bet on U.S. Public Works; Trump's infrastructure push cited by Saudis making huge commitment toward Blackstone's $40 billion goal," *The Wall Street Journal*, May 20, 2017.

invest."[49]  It was also reported that Mr. Musk had dinner with a PIF representative in March 2017 who raised the idea of taking Tesla private and increasing PIF's stake in the Company.[50] On April 6, 2018, *The Economist* reported:  "Mohammed bin Salman is heading to the West Coast next and has meetings planned with the heads of some of the largest American firms, such as Tesla's Elon Musk and Amazon's Jeff Bezos.  As well as encouraging investment in Saudi Arabia, the crown prince is expected to announce new investments in the US by the Public Investment Fund, as part of its ambitious expansion strategy."[51]  This interest culminated in PIF's reported acquisition of between 3% and 5% of Tesla's shares on August 7, 2018 at 12:17 p.m. ET (i.e., before Mr. Musk's initial tweet).[52]

25.     Fifth, following Mr. Musk's initial tweets, which did not specify any potential sources of funding, several equity analysts identified PIF as one potential funding source (among many).  For example:

- Analysts at Bank of America commented:  "Ultimately, we view today's announcement as having substance given what appears to be at least three potential sources of capital (existing shareholders, Saudi Sovereign Wealth Fund, Chinese government and investment funds)….  [W]e would highlight two key parties that we believe could play a role in taking TSLA private and could represent Musk's 'Funding secured' comment.  First, earlier this morning, it was reported that the Saudi Sovereign Wealth Fund has built a 3-5% stake in TSLA (below the 5% threshold requiring public disclosure).  Second, Musk commented on the 2Q:18 earnings call that the company's 'default plan will be to use essentially a loan from the local banks in China and fund the Gigafactory in

---

[49]  "Uber cranks up ride-hailing battle with $3.5bn Saudi investment," *Financial Times*, June 2, 2016.
[50]  "Tesla's Elon Musk Had a Deal From the S.E.C.  It Fell Apart in a Morning." *The New York Times*, September 28, 2018.
[51]  "Saudi Arabia economy:  Quick View - Crown prince meets with US business leaders," *The Economist*, April 6, 2018.
[52]  "Saudi Arabia's sovereign fund builds $2b Tesla stake," *Financial Times*, August 7, 2018; timestamp from the Expert Report of Michael L. Hartzmark, Ph.D., September 22, 2020 ("Hartzmark Class Cert Report") ¶ 74.  Mr. Musk's August 13, 2018 blog post explained that he met with representatives of PIF on July 31, 2018 after it made the acquisition but before the investment was publicly disclosed.  "Update on Taking Tesla Private," August 13, 2018, https://www.tesla.com/blog/update-taking-tesla-private.

14

Shanghai with local debt, essentially'.  We would also note that Chinese investment fund Tencent had already built a ~5% stake in TSLA."[53]

- RBC Capital Markets analysts stated:  "Learning who this is will be important (and relevant for shareholders deciding whether they should stay involved should the deal consummate).  We note an unconfirmed FT article from today indicates that Saudi Arabia's sovereign fund took a 3-5% stake on the public markets, it was also noted they approached Tesla about new shares.  In our view, sovereign funds (broadly), cash rich tech companies, Chinese sources and large VCs could all be potential candidates to provide funding."[54]

- Analysts at Baird stated:  "According to the Financial Times, the Saudi sovereign wealth fund, which reportedly has >$250B in assets, has built a $1.7B-$2.9B stake in TSLA.  We believe there are some parallels between the Saudi investment and the 2017 Tencent investment, which was a significant catalyst for shares at the time."[55]

- An analyst at Morningstar commented:  "We speculate that the funding comes mostly from tech investors, such as possibly SoftBank or Tencent (the latter bought 5% of Tesla in 2017), sovereign wealth funds, and wealthy Silicon Valley investors."[56]

- Needham analysts stated:  "That would leave either a combination of strategic investors (maybe Softbank, Alibaba, etc) and PE infusion."[57]

26.     Finally, I understand that Tesla Board meeting minutes show that Goldman Sachs and Silver Lake, whom I understand were hired by Mr. Musk to assist with the potential transaction, identified funding sources other than PIF – including Ron Baron's funds, Google's parent Alphabet, Tencent and/or other Chinese investors, and Silver Lake.  These funding sources are consistent with the potential funding sources identified by analysts above.

---

[53]  John Murphy, Aileen Smith, and Yarden Amsalem, "Shorts may be burned for now … but buyer beware," Bank of America Merrill Lynch, August 7, 2018.

[54]  Joseph Spak, George Clark, and Joseph Heidt, "On Tesla $420," RBC Capital Markets, August 7, 2018.

[55]  Ben Kallo and David Katter, "$420 Not High Enough, Expect Shares to Trade Above Marker," Baird, August 8, 2018.

[56]  David Whiston, "Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price," Morningstar, August 7, 2018.

[57]  Rajvindra S. Gill and Y. Edwin Mok, "Can Tesla Raise the Cash to Take It Private? Possibly," Needham, August 8, 2018.

Case 3:18-cv-04865-EMC   Document 453-1   Filed 07/01/22   Page 645 of 1482


## V.      THE $420 POTENTIAL OFFER PRICE WAS REASONABLE

27.      Mr. Musk explained in his email to employees that was published on Tesla's blog on August 7, 2018 that $420 "is a 20% premium over the stock price following [the Company's] Q2 earnings call (which had already increased by 16%)."[58]  The $420 potential offer price was within the range of initial premia in similar going-private transactions and, thus, was reasonable.

28.      **Exhibit 3** presents the results of our analysis of premia from a sample of 118 going private transactions announced in the ten-year period prior to August 7, 2018.[59]  We calculated the premia based on the initial offer price relative to the target company's closing stock price on the "unaffected date," which the data provider defines as the trading day prior to either the announcement of the offer or earlier rumors of the announcement that the provider identified, if any.  The premium for Tesla is 22.8%.[60]  As shown in **Exhibit 3**, 22.8% is within the range of premia (-9.4% to 90.4%) in our sample.  It is also within the 25th percentile (13.8%) and 75th percentile (36.6%) of premia of announced potential transactions.[61]

## VI.     NEITHER MR. MUSK NOR THE OTHER DEFENDANTS BENEFITED FROM THE ALLEGED FRAUD

29.      Mr. Musk and the other Defendants did not benefit from the alleged fraud. Among other things, the value of Tesla stock held by Mr. Musk (the Company's single largest

---

[58]  "Taking Tesla Private," August 7, 2018, https://www.tesla.com/blog/taking-tesla-private.  The call took place after the market closed on August 1, 2018 and the closing price on August 2, 2018 was $349.54.  Tesla, Inc. NasdaqGS:TSLA FQ2 2018 Earnings Call Transcripts, Wednesday, August 1, 2018, 4:30 pm EST & Hartzmark Class Cert Report Appendix C.

[59]  We searched the Factset database for going private transactions announced during August 7, 2008 through August 6, 2018 in which the deal type is "Acquisition/Merger," the deal "attitude" is not "hostile," the offer is not a competing bid, the equity value of the deal is at least $1 billion, the consideration offered is all cash, and the target is a publicly traded, U.S. company.  Factset defines a "hostile" deal "attitude" as "[t]he target's board of directors viewed the acquirer's proposal as unsatisfactory and recommended that shareholders reject the offer."  We excluded one transaction in which the target company's stock is not included in the Center for Research in Security Prices ("CRSP") database and one transaction where the offer price was not disclosed as of the unaffected date.

[60]  Per Hartzmark Class Cert Report Appendix C, the closing price of Tesla stock on August 6, 2018 was $341.99.  22.8% = $420 / $341.99 - 1.

[61]  We report the middle 50 percent range of premia to exclude outliers from the range.

shareholder) and the individual Defendants (i.e., the members of Tesla's Board) declined substantially during the Class Period.  Specifically, **Exhibit 4** shows that from the price just before the initial tweet through the closing price on August 17, 2018, the value of Mr. Musk's holdings declined by approximately $1.9 billion and the collective value of the Board's beneficial holdings declined by approximately $55 million.[62]  Moreover, Tesla and these persons have incurred substantial costs in terms of time and/or money from defending themselves in this litigation.

Daniel R. Fischel

November 8, 2021

---

[62]  Plaintiff claims that "Musk and Tesla were motivated to artificially inflate Tesla's stock because of a provision in Tesla's convertible bonds … [which were] convertible into common stock at a price of $359.8676 per share."  Complaint ¶ 163.  However, no convertible bonds were converted during the Class Period; in fact, the holders of these convertible bonds, maturing March 2019 and March 2021, could not elect to convert them into stock until "on or after December 1, 2018 for the 2019 Notes and December 1, 2020 for the 2021 Notes," – i.e., long after the end of the Class Period – except under special circumstances, which included Tesla's common stock price closing at 130% of the conversion price – i.e., $467.83 ($359.87 x 130%), well *above* the potential offer price – for 20 trading days.  2017 10-K for the fiscal year ended December 31, 2017 at 94-95.

# Appendix A

**DANIEL R. FISCHEL**                                                              November 2021
Business Address:

Compass Lexecon
332 South Michigan Avenue
Chicago, Illinois 60604
Tel: 312-322-0209
dfischel@compasslexecon.com

## PROFESSIONAL EXPERIENCE

Lee and Brena Freeman Professor of Law and Business, University of Chicago Law School (1/84 – 12/2005, chair awarded in 7/89, emeritus as of 1/1/2006); Dean of Law School (1/99 – 2/01); Visiting Professor of Law, University of Chicago Law School (7/82 - 6/83).

Professor of Law and Business, Northwestern University School of Law (1/1/2006 – 5/2011). Professor, Kellogg

School of Management (courtesy appointment, 1/1/2006 – 5/2011).

Jack N. Pritzker Distinguished Visiting Professor of Law, Northwestern University School of Law (6/02-6/03).

Professor of Law and Business, University of Chicago Graduate School of Business (7/87 - 6/90).

Director, Law and Economics Program, University of Chicago (1/84 - 6/91).

Assistant Professor of Law, Northwestern University School of Law (6/80 - 6/81); Associate Professor of Law, Northwestern University School of Law (6/81 - 6/82); promoted to full professor in 6/82.

Attorney with Levy and Erens, Chicago, Illinois (7/79 - 6/80).

Law Clerk for Associate Justice Potter Stewart of the United States Supreme Court (1978 - 1979).

Law Clerk for Judge Thomas E. Fairchild, Chief Judge of the Seventh Circuit Court of Appeals (1977 - 1978).

## CONSULTING EXPERIENCE

President and Chairman, Compass Lexecon (formerly Lexecon).

## AREAS OF SPECIALIZATION

Securities and Financial Markets, Valuation and Financial Analysis, Bankruptcy and Financial Distress Litigation, ERISA Litigation, Class Certification, Damages, Corporate Governance.

## PUBLICATIONS

Payback: The Conspiracy to Destroy Michael Milken and His Financial Revolution, Harper Business (1995).

The Economic Structure of Corporate Law, Harvard University Press (1991) (with Frank H. Easterbrook).

## ARTICLES

The Use of Trading Models to Estimate Aggregate Damages in Securities Fraud Litigation: An Update,

1

Briefly… Perspectives on Legislation, Regulation, and Litigation, Vol. 10, No. 3 (National Legal Center for the Public Interest, 2006) (with David J. Ross and Michael A. Keable).

The Hewlett-Packard Merger: A Case Study, in The New Investor Relations, Expert Perspectives on The State Of The Art (Bloomberg Press Princeton, 2004) (with Kenneth R. Cone, Gregory J. Pelnar and David J. Ross).

Market Evidence in Corporate Law, 69 U. Chi. L. Rev. 941 (2002).

Multidisciplinary Practice, The Business Lawyer, Vol. 55, (May 2000).

Government Liability for Breach of Contract, American L. & Econ. Rev. V1 N1/2 313 (1999) (with Alan Sykes).

Lawyers and Confidentiality, 65 U. Chi. L. Rev. 1 (1998).

The Law and Economics of Vanishing Premium Life Insurance, 22 Del. J. Corp. Law 1 (1997) (with Robert S. Stillman).

Clustering and Competition in Asset Markets, 20 J. Law & Econ. 23 (1997) (with Sanford J. Grossman, Merton H. Miller, Kenneth R. Cone and David J. Ross).

Corporate Crime, 25 J. Legal Studies 319 (1996) (with Alan O. Sykes).

The Use of Trading Models to Estimate Aggregate Damages in Securities Fraud Litigation: A Proposal for Change, in Securities Class Actions: Abuses and Remedies (The National Legal Center for the Public Interest, 1994) (with David J. Ross).

Civil Rico After Reves: An Economic Commentary, 1993 Sup. Ct. Rev. 157 (with Alan O. Sykes).

Contract and Fiduciary Duty, 36 J. Law & Econ. 425 (1993) (with Frank H. Easterbrook).

Should the Law Prohibit "Manipulation" in Financial Markets?, 105 Harv. L. Rev. 503 (1991) (with David J. Ross).

Efficient Capital Markets, the Crash, and the Fraud on the Market Theory, 74 Cornell L. Rev. 907 (1989).

The Corporate Contract, 89 Colum. L. Rev. 1416 (1989) (with Frank H. Easterbrook); also published in Corporate Law and Economic Analysis (Cambridge University Press 1990) (Lucian Bebchuk ed.).

The Economics of Lender Liability, 99 Yale L. J. 131 (1989).

Should One Agency Regulate Financial Markets, in Black Monday and the Future of Financial Markets (R. Kormendi, R. Kamphuis & J. W. H. Watson, ed.) (Dow Jones-Irwin Inc., 1988).

ERISA's Fundamental Contradiction: The Exclusive Benefit Rule, 55 U. Chi. L. Rev. 1105 (1988) (with John H. Langbein).

From MITE to CTS: Takeovers, the Williams Act and the Commerce Clause, 1987 Sup. Ct. Rev. 47.

The Regulation of Banks and Bank Holding Companies, 73 Va. L. Rev. 301 (1987) (with Andrew M. Rosenfield and Robert S. Stillman).

The Regulation of Accounting: Some Economic Issues, 52 Brooklyn L. Rev. 1051 (1987).

Organized Exchanges and the Regulation of Dual Class Common Stock, 54 U. Chi. L. Rev. 119 (1987).

Comparable Worth and Discrimination in Labor Markets, 53 U. Chi. L. Rev. 891 (1986) (with Edward P. Lazear).

Comparable Worth: A Rejoinder, 53 U. Chi. L. Rev. 950 (1986) (with Edward P. Lazear).

Close Corporations and Agency Costs, 38 Stan. L. Rev. 271 (1986) (with Frank H. Easterbrook).

The Role of Liability Rules and the Derivative Suit in Corporate Law: A Theoretical and Empirical Analysis, 71 Corn. L. Rev. 261 (1986) (with Michael Bradley).

Regulatory Conflict and Entry Regulation of New Futures Contracts, 59 J. Bus. S85 (1985).

Optimal Damages in Securities Cases, 52 U. Chi. L. Rev. 611 (1985) (with Frank H. Easterbrook).The Business Judgment Rule and the Trans Union Case, 40 Bus. Law. 1437 (1985).

Insider Trading and Investment Analysts: An Economic Analysis of Dirks v. SEC, 13 Hofstra L. Rev. 127 (1984).

Limited Liability and the Corporation, 52 U. Chi. L. Rev. 89 (1985) (with Frank H. Easterbrook).

Labor Markets and Labor Law Compared with Capital Markets and Corporate Law, 51 U. Chi. L. Rev. 1061 (1984).

Customer Protection in Futures and Securities Markets, 4 J. Futures Markets 273 (1984) (with Sanford J. Grossman).

Mandatory Disclosure and the Protection of Investors, 70 Va. L. Rev. 669 (1984) (with Frank H. Easterbrook).

The Appraisal Remedy In Corporate Law, 1983 Am. Bar Found. Res. J. 875.

The Regulation of Insider Trading, 35 Stan. L. Rev. 857 (1983) (with Dennis W. Carlton).

Voting in Corporate Law, 26 J. Law & Econ. 395 (1983) (with Frank H. Easterbrook).

Auctions and Sunk Costs in Tender Offers, 35 Stan. L. Rev. 1 (1982) (with Frank H. Easterbrook).

The Corporate Governance Movement, 35 Vand. L. Rev. 1259 (1982).

Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities, 38 Bus. Law 1 (1982).

Antitrust Suits By Targets of Tender Offers, 80 Mich. L. Rev. 1155 (May 1982) (with Frank H. Easterbrook).

Corporate Control Transactions, 91 Yale L. J. 698 (1982) (with Frank H. Easterbrook).

The "Race to the Bottom" Revisited: Reflections on Recent Developments in Delaware Corporation Law, 76 Nw. Univ. L. Rev. 913 (1982).

Takeover Bids, Defensive Tactics and Shareholders' Welfare, 36 Bus. Law 1733 (1981) (with Frank H. Easterbrook).

The Law and Economics of Dividend Policy, 67 Va. L. Rev. 699 (1981).

The Proper Role of a Target's Management in Responding to a Tender Offer, 94 Harv. L. Rev. 1161 (1981) (with Frank H. Easterbrook) (awarded prize by Emory University for best paper written in law and economics for the year 1981).

Secondary Liability Under Section 10(b) of the Securities Act of 1934, 69 California L. Rev. 80 (1981).

Efficient Capital Market Theory, the Market for Corporation Control, and the Regulation of Cash Tender Offers, 57 Tex. L. Rev. 1 (1978); reprinted in K. Scott and R. Posner ed., Economic Perspectives on Corporation Law and Securities Regulation (Little Brown 1980).

Antitrust Liability for Attempts to Influence Government Action: The Basis and Limits of the Noerr-Pennington Doctrine, 45 U. Chi. L. Rev. 80 (1977).

Comment, The Demand and Standing Requirements in Stockholder Derivation Actions, 44 U. Chi. L. Rev. 168 (1977).

Comment, The Use of Government Judgments in Private Antitrust Litigation: Clayton Act Section 5(a), Collateral Estoppel, and Jury Trial, 43 U. Chi. L. Rev. 338 (1976).

## EDUCATION

University of Chicago Law School, Chicago, Illinois; J.D. 1977, cum laude; Order of the Coif; Comment Editor, Vol. 44, University of Chicago Law Review; Approximately top 1% of the Class. Awarded Casper Platt Award for best paper written by a student of the University of Chicago Law School; awarded Jerome N. Frank Prize for excellence in legal writing while a member of the University of Chicago Law Review, 1975 - 1977. Studied law and economics with Richard Posner and other members of the faculty.

Brown University, Providence, Rhode Island; M.A. 1974 in American History.

Cornell University, Ithaca, New York; major-American History; minor-Economics; B.A. 1972

## TESTIMONY

Deposition of Daniel R. Fischel In Re: Straight Path Communications Inc. Consolidated Stockholder Litigation, In the Court of Chancery of the State of Delaware, C.A. No. 2017-0486-SG, (October 21, 2021).

Deposition of Daniel R. Fischel In Re: Abu Dhabi Investment Authority vs. Mylan N.V. and Mylan Inc., In the United States District Court, Southern District of New York, Civil Action No. 1:20-cv-01342-JPO, (August 18, 2021).

Deposition of Daniel R. Fischel In Re: Mylan N.V. Securities Litigation, In the United States District Court, Southern District of New York, Case No. 1:16-CV-07926 (JPO), (August 17, 2021).

Deposition of Daniel R. Fischel In Re: Hawaii Structural Ironworkers Pension Trust Fund, Individually and on Behalf of All Others Similarly Situated vs. AMC Entertainment Holdings, Inc., et al., In the United States District Court, Southern District of New York, Case No.1:18-cv-00299-AJN-SLC, (August 12, 2021).

Deposition of Daniel R. Fischel In Re: Sjunde Ap-Fonden, et al, vs. General Electric, et al., In the United States District Court, Southern District of New York, Index No. 17-cv-08457 (JMF), (August 9, 2021).

Testimony of Daniel R. Fischel In Re: United States of America vs. Edward Bases and John Pacilio, In the United States District Court, Northern District of Illinois, Eastern Division, Docket No. 18 CR 48, (July 29, 2021).

Testimony of Daniel R. Fischel In Re: Ahmed D. Hussein vs. Sheldon Razin, Steven Plochocki, Quality Systems, Inc., And Does 1-10, Inclusive, In the Superior Court of California, County of Orange, NO. 30-2013-00679600, CU-NP-CJC (July 27, 2021).

Testimony of Daniel R. Fischel In Re: Tesla Motors, Inc. Stockholders Litigation, In the Court of Chancery of the State of Delaware, Consolidated Civil Action No. 12711-VCS (July 23, 2021).

Testimony of Daniel R. Fischel In Re: Huntsman International, LLC vs. Albemarle Corporation, Rockwood Specialties Group, Inc., and Rockwood Holdings, Inc., American Arbitration Association, AAA Case No. 01-17-001-4588 (May 10, 2021).

Testimony of Daniel R. Fischel In Re: Resolution Life L.P. and Resolution Life (Parallel) Partnership vs. GBIG Holdings, Inc. f/k/a Southland National Holdings, Inc.; SNH Acquisition, LLC and Greg Lindberg, In the Supreme Court of the State of New York, Civil Division, Index Nos. 650575/19, 653258/19, (April 19, 2021).

Deposition of Daniel R. Fischel In Re: Matthew Sciabacucchi and Hialeah Employees' Retirement System vs. John Malone, et al., and Charter Communications, Inc., In the Court of Chancery for the State of Delaware, C.A. No. 11418-VCG, (April 16, 2021).

Deposition of Daniel R. Fischel In Re: Jeld-Wen Holdings, Inc. Securities Litigation, In the United States District Court for The Eastern District of Virginia, Richmond Division, Civil Action No. 3:20-cv-00112-JAG, (February 26, 2021).

Testimony of Daniel R. Fischel <u>In Re: The Pacific Gas and Electric Company Administration of Stress Test Methodology Developed Pursuant to Public Utilities Code Section 451.2(b) and (2) Determination That $7.5 Billion of 2017 Catastrophic Wildfire Costs and Expenses Are Stress Test Costs That May Be Financed Through Issuance of Recovery Bonds Pursuant to Section 451.2(c) and Section 850 et Seq.(U39E)</u>, Before the Public Utilities Commission of the State of California, Application No. 20-04-023, (December 15, 2020).

Deposition of Daniel R. Fischel <u>In Re: Resolution Life L.P. and Resolution Life (Parallel) Partnership vs. GBIG Holdings, Inc. f/k/a Southland National Holdings, Inc.; SNH Acquisition, LLC and Greg Lindberg</u>, In the Supreme Court of the State of New York, Index No. 650575/2019, (November 24, 2020).

Deposition of Daniel R. Fischel <u>In Re: SH 130 Concession Company, LLC, Zachry Toll Road – 56 LP Cintra Texas 56 LLC et al. vs. Central Texas Highway Constructors, LLC, et al.</u>, In the United States Bankruptcy Court, Western District of Texas, Austin Division, Case No. 16-10262-TMD, Adversary No. 18-01030, (November 5, 2020).

Deposition of Daniel R. <u>Fischel In Re: Ahmed D. Hussein versus Sheldon Razin, Steven Plochocki, Quality Systems, Inc., et al.</u>, In the Superior Court of the State of California, County of Orange, Case No. 302013-00679600 CUNPCJC, (October 22, 2020).

Deposition of Daniel R. Fischel <u>In Re: Deutsche Bank National Trust Company, Solely in its Capacity as Trustee of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9</u>, In the Supreme Court of the State of New York County of New York, Index No. 654208/2018 (September 25, 2020).

Testimony of Daniel R. Fischel <u>In Re: Fairstone Financial Holdings Inc., J.C. Flowers IV L.P. and VP Canada Acquisition, L.P. vs. Duo Bank of Canada,</u> Court File No. CV-20-00641857-00CL and <u>Duo Bank of Canada vs. Fairstone Financial Holdings Inc., J.C. Flowers IV L.P. and VP Canada Acquisition, L.P.,</u> Court File No. CV-20-00643629-00CL, In the Ontario Superior Court of Justice, (September 11, 2020).

Testimony of Daniel R. Fischel <u>In Re: AB Stable VIII LLC vs. Maps Hotels and Resorts One LLC, et al.,</u> In the Court of Chancery of the State of Delaware, C. A. No. 2020-0310-JTL (August 28, 2020).

Deposition of Daniel R. Fischel <u>In Re: AB Stable VIII LLC vs. Maps Hotels and Resorts One LLC, et al.,</u> In the Court of Chancery of the State of Delaware, Case No. 2020-0130-JTL (August 14, 2020).

Deposition of Daniel R. Fischel <u>In Re: Willis Towers Watson PLC Proxy Litigation,</u> In the United States District Court for the Eastern District of Virginia, Alexandria Division, Master File No. 1:17-cv-1338-AJT-JFA (August 12, 2020).

Deposition of Daniel R. Fischel <u>In Re: Forescout Technologies, Inc. et al. vs. Ferrari Group Holdings, LP, and Ferrari Merger Sub, Inc., et al.,</u> In the Court of Chancery of the State of Delaware, Civil Action No. 2020-0385-SG (July 13, 2020).

Deposition of Daniel R. Fischel <u>In Re: Brigade Leveraged Capital Structures Fund Ltd. et al. vs. Kindred Healthcare, Inc., et al.,</u> In the Circuit Court of Chancery of the State of Delaware, Case No. 2018 0165 (February 5, 2020).

Testimony of Daniel R. Fischel <u>In Re: Gannaway Entertainment, Inc. et al vs. Frankly Inc. et al.,</u> In the United States District Court, Northern District of California, San Francisco Division, Case No. 3:17-cv-04169-RS (December 17, 2019).

Deposition of Daniel R. Fischel <u>In Re: The Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. and its affiliated debtors et al. v. Yucaipa, et al.,</u> In the U.S. Bankruptcy Court for the District of Delaware, Bankr., D. Del., Proc. Nos. 13-50530-KBO, 14-50971-KBO (December 16, 2019).

Testimony of Daniel R. Fischel <u>In Re: Nord Anglia Education, Inc.,</u> In the Grand Court of The Cayman Islands, Financial Services Division, Cause No. FSD 235 of 2017 (IKJ). (December 6, 9, 10 and 11, 2019).

Deposition of Daniel R. Fischel In Re: Lindie L. Banks and Erica LeBlanc, individually and on behalf of all others similarly situated vs. Northern Trust Corporation and Northern Trust Company, In the United States District Court, Central District of California, Case No. 2: 16-cv-09141-JFK (JCx) (November 22, 2019).

Deposition of Daniel R. Fischel In Re: Tesla Motors, Inc. Stockholder Litigation, In the Court of Chancery of the State of Delaware, C.A. No. 12711-VCS (November 19, 2019).

Deposition of Daniel R. Fischel In Re: Melina N. Jacobs, On Behalf of Herself and All Others Similarly Situated vs. Verizon Communications, Inc., et al., In the United States District Court for the Southern District of New York, Civil Action No. 1:16-cv-01082 (August 28, 2019).

Deposition of Daniel R. Fischel In Re: American Realty Capital Properties, Inc. Litigation, In the United States District Court, Southern District of New York, Civil Action No. 1:15-mc-00040-AKH Class Action (July 25, 2019).

Deposition of Daniel R. Fischel In Re: Rajesh M. Shah, et al vs. Zimmer Biomet Holdings, Inc., et al, In the United States District Court, Northern District of Indiana, South Bend Division, Case No. 3:16-cv-815-PPS-MGG (May 17, 2019).

Testimony of Daniel R. Fischel In Colonial Chevrolet Co., Inc., et al., Alley's of Kingsport, Inc., et al., and Union Dodge, Inc., et al. vs. The United States (Nos. 10-647C, 11-100C, and 12-900L – Consolidated), In the United States Court of Federal Claims (May 8, 2019).

Testimony of Daniel R. Fischel In Anthem, Inc. vs. Cigna Corporation, In the Court of Chancery of the State of Delaware, C.A. No. 2017-0114-JTL (March 8, 2019).

Deposition of Daniel R. Fischel In Re: Nine West holdings, Inc., et al., Debtors, United States Bankruptcy Court, Southern District of New York, Chapter 11 Case No. 18-10947 (SCC) (January 16, 2019).

Deposition of Daniel R. Fischel In Re: Sandisk LLC Securities Litigation, United States District Court, Northern District of California, San Francisco Division, Case No. 3:15-cv-01455-VC (November 16, 2018).

Deposition of Daniel R. Fischel In Re: Colonial Chevrolet Co., Inc., Alley's of Kingsport, Inc. and Union Dodge, Inc., et al vs. The United States, In the United States Court of Federal Claims, Nos. 10-647C, 11-100C and 12-900L (Consolidated) (November 15, 2018).

Testimony of Daniel R. Fischel In Re: United States of America, et al., vs. J-M Manufacturing Co., Inc., United States District Court, Central District of California – Western Division, No. CV 6-55 GW (November 5, 2018).

Deposition of Daniel R. Fischel In Re: Appraisal of Air Methods Corp., In the Court of Chancery of the State of Delaware, C.A. No.: 2017-0317-JRS (September 27 and 28, 2018).

Testimony of Daniel R. Fischel In Re: Akorn, Inc., v. Fresenius Kabi, AG, et al., In the Court of Chancery of the State of Delaware, C.A. No. 2018-0300-JTL (July 13, 2018).

Deposition of Daniel R. Fischel In Re: Starz Stockholder Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 12584-VCG (July 12, 2018).

Deposition of Daniel R. Fischel In Re: Akorn, Inc. vs. Fresenius Kabi AG, Quercus Acquisition, Inc. and Fresenius SE & Co. KGaA, In the Court of Chancery of the State of Delaware, Index No. 2018-0300 (June 30, 2018).

Deposition of Daniel R. Fischel In Re: Physiotherapy Holdings, Inc., et al., Debtors; PAH Litigation Trust v. Water Street Healthcare Partners, L.P., et al., In the United States Bankruptcy Court for the District of Delaware, Case No. 13-12965 (KG) (Jointly Administered) (June 5, 2018).

Deposition of Daniel R. Fischel In Re: Facebook, Inc. Class C Reclassification Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 12286-VCL (May 18, 2018).

Testimony of Daniel R. Fischel In Re: Dr. Alan Sacerdote, et al. vs. New York University, In the United States District Court for the Southern District of New York, Civil Action No. 1:16-cv-6284-KBF (April 24, 25 and 26).

Deposition of Daniel R. Fischel In Re: Daniel Turocy, et al. vs. El Pollo Loco Holdings, Inc., et al., In the United States District Court, Central District of California, Southern Division, Case No. 8:15-cv-01343-DOC-KES (April 12, 2018).

Deposition of Daniel R. Fischel In Re: United States of America v. AT&T Inc., Directv Group Holdings, LLC, and Time Warner Inc., In the United States District Court for the District of Columbia, Case No. 1:17-cv-02511-RJL (March 9, 2018).

Deposition of Daniel R. Fischel In Re: Dr. Alan Sacerdote, et al. vs. New York University, In the United States District Court for the Southern District of New York, Civil Action No. 1:16-cv-6284-KBF (March 1, 2018).

Testimony of Daniel R. Fischel In Re: Lehman Brothers Holdings Inc., et al., In the United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 08-13555 (SCC) (December 4, 2017).

Deposition of Daniel R. Fischel In Re: Lehman Brothers Holdings Inc., et al., In the United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 08-13555 (SCC) (October 17, 2017).

Testimony of Daniel R. Fischel In Re: Genon Energy, Inc., et al, Debtors, In the United States Bankruptcy Court for the Southern District of Texas Houston Division, Chapter 11, Case No. 17-33695 (DRJ) (October 6, 2017).

Deposition of Daniel R. Fischel In Re: Genon Energy, Inc., et al, Debtors, In the United States Bankruptcy Court for the Southern District of Texas Houston Division, Chapter 11, Case No. 17-33695 (DRJ) (August 25, 2017).

Deposition of Daniel R. Fischel In Re: United States ex re. Hendrix et al., vs. JM Manufacturing Company, Inc., et al., In the United States District Court, Central District of California, Case No. ED CV 06-00055-GW (July 20, 2017).

Testimony of Daniel R. Fischel In Re: Saguaro Power Co. v. Pioneer Americas LLC d/b/a Olin Chlor Alkali Products, In AAA Case No. 01-16-0005-1073 (June 30, 2017).

Testimony of Daniel R. Fischel In Re: Syngenta AG MIR 162 Corn Litigation, In the United States District Court for the District of Kansas, Master File No. 2:14-MD-02591-JWL-JPO (June 19, 2017).

Testimony of Daniel R. Fischel In Re: Motors Liquidation Company, f/k/a General Motors Corporation, et al., Debtors, United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No.:09-50026 (MG) and Motors Liquidation Company Avoidance Action Trust, et al vs. JPMorgan Chase Bank, N.A., et al., United States Bankruptcy Court, Southern District of New York, Case No.: 09-00504 (MG) (May 2 and 3, 2017).

Deposition of Daniel R. Fischel In Re: Alere-Abbott Merger Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 12963-VCG (April 4, 2017).

Testimony of Daniel R. Fischel In Re: Appraisal of AOL Inc., In the Court of Chancery of the State of Delaware, Consol C.A. No. 11204-VCG (March 20, 2017).

Deposition of Daniel R. Fischel In Re: City of Daytona Beach Policy and Fire Pension Fund, et al vs. Examworks Group, Inc., et al., In the Court of Chancery of the State of Delaware, C.A. No. 12481-VCL (February 22, 2017).

Deposition of Daniel R. Fischel In Re: Appraisal of AOL Inc., In the Court of Chancery of the State of Delaware, Consol C.A. No. 11204-VCG (February 14 and 15, 2017).

Deposition of Daniel R. Fischel In Re: Motors Liquidation Company, f/k/a General Motors Corporation, et al., Debtors, United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No.:09-50026 (MG) and Motors Liquidation Company Avoidance Action Trust, et al vs. JPMorgan Chase Bank, N.A., et al., United States Bankruptcy Court, Southern District of New York, Case No.: 09-00504 (MG) (January 31, 2017).

7

Deposition of Daniel R. Fischel In Re: Syngenta Litigation, In the State of Minnesota District Court, County of Hennepin Fourth Judicial District, Court File No. 27-CV-15-3785 and In Re: Syngenta AG MIR 162 Corn Litigation, In the United States District Court for the District of Kansas, Case No. 2:14-md-2591-JWL-JPO (January 20, 2017).

Testimony of Daniel R. Fischel In the Matter of Motiva Enterprises LLC vs. Bechtel Corporation, Jacobs Engineering Group, Inc. and Bechtel-Jacobs CEP Port Arthur Joint Venture, International Institute for Conflict Prevention and Resolution (October 20, 2016).

Deposition of Daniel R. Fischel in Beaver County Employees Retirement Fund, et al., vs. Cyan, Inc., et al., Superior Court of the State of California, County of San Francisco, Lead Case No. CGC-14-538355 (Consolidated with No. CGC-14-539008) (October 11, 2016).

Testimony of Daniel R. Fischel In Re: Paragon Offshore PLC, et al, Debtors, In the United States Bankruptcy Court, District of Delaware, Case No. 16-10386 (September 23, 2016).

Deposition of Daniel R. Fischel In the Matter of Motiva Enterprises LLC vs. Bechtel Corporation, Jacobs Engineering Group, Inc. and Bechtel-Jacobs CEP Port Arthur Joint Venture, International Institute for Conflict Prevention and Resolution (August 25, 2016)

Deposition of Daniel R. Fischel In Re: Syngenta AG MIR162 Corn Litigation, In the United States District Court for the District of Kansas; Case No. 2;14-MD-02591-JWL-JPO and In Re: Syngenta Litigation, In the State of Minnesota District Court, County of Hennepin, Fourth Judicial District, Case No. 27-CV-15-385 (August 11, 2016).

Deposition of Daniel R. Fischel in The Western and Southern Life Insurance Company vs. The Bank of New York Mellon, Court of Common Pleas, Hamilton County, Ohio, Case No. A 1302490 (July 27, 2016).

Testimony of Daniel R. Fischel in Herbalife, Ltd., vs. KPMG LLP, Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution, CPR Case No. 1100076998 (May 19, 2016).

Testimony of Daniel R. Fischel in iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. vs. Benefit Street Partners, et al., In the District Court of Bexar County, Texas, Cause No. 2016 CI 04006 (May 17, 2016).

Deposition of Daniel R. Fischel in iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. vs. Benefit Street Partners, et al., In the District Court of Bexar County, Texas, Cause No. 2016 CI 04006 (May 12, 2016).

Testimony of Daniel R. Fischel in U.S. Commodity Futures Trading Commission v. Igor B. Oystacher and 3 Red Trading, LLC, In the United States District Court for the Northern District of Illinois, Eastern Division, Docket No. 15 C 9196 (May 6, 2016).

Testimony of Daniel R. Fischel in Merion Capital LP and Merion Capital II, LP vs. Lender Processing Services, Inc., In the Court of Chancery of the State of Delaware, C.A. No. 9320-VCL (May 4 and 5, 2016).

Testimony of Daniel R. Fischel in iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. v. Benefit Street Partners LLC, et al., In the District Court of Bexar County, Texas, 285th Judicial District, Cause No. 2016-CI 04006 (April 5, 2016).

Deposition of Daniel R. Fischel in iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. v. Benefit Street Partners LLC, et al., In the District Court of Bexar County, Texas, 285th Judicial District, Cause No. 2016-CI 04006 (April 2, 2016).

Deposition of Daniel R. Fischel in Herbalife Ltd. vs. KPMG LLP, Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution, CPR Case No.1100076998 (March 31, 2016).

Deposition of Daniel R. Fischel in U.S. Commodity Futures Trading Commission v. Igor B. Oystacher and 3 Red

Trading, LLC, In the United States District Court, Northern District of Illinois, Eastern Division, No. 15-cv-09196 (March 25, 2016).

Deposition of Daniel R. Fischel in Merion Capital LP and Merion Capital II, LP vs. Lender Processing Services, Inc., In the Court of Chancery of the State of Delaware, C.A. No. 9320-VCL (March 15, 2016).

Deposition of Daniel R. Fischel in Lawrence E. Jaffe Pension Plan, On Behalf of Itself and All Others Similarly Situated v. Household International, Inc., et al., In the United States District Court, Northern District of Illinois Eastern Division, Lead Case No. 02-C-5893 (February 24, 2016).

Deposition of Daniel R. Fischel in Robert E. Morley, Jr. and REM Holdings 3, LLC vs. Square, Inc., Jack Dorsey, and James McKelvey, Jr., United States District Court for the Eastern District of Missouri, Eastern Division, Civil Action No. 14-CV-00172-SNLJ (February 19, 2016).

Testimony of Daniel R. Fischel In the Matter of the Application of U.S. Bank National Association, The Bank of New York Mellon, et al., Supreme Court of the State of New York, County of New York, Index No. 652382/2014 (January 20 and 21, 2016).

Testimony of Daniel R. Fischel in Sangeeth Peruri v. Ameriprise Financial, Inc., et al, American Arbitration Association Case No. 01-15-0002-3991 (December 7, 2015).

Deposition of Daniel R. Fischel In the Matter of the Application of U.S. Bank National Association, The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., et al., In the Supreme Court of the State of New York, County of New York, Index No. 652382/2014 (December 3, 2015).

Testimony of Daniel R. Fischel in Securities and Exchange Commission v. Arkadiy Dubovoy, et al, In the United States District Court for the District of New Jersey, Civil Case No. 15-cv- 6076-MCA (October 8, 2015).

Deposition of Daniel R. Fischel in Steven A. Stender, Harold Silver and Infinity Clark Street Operating, L.L.C., on behalf of themselves and all others similarly situated v. Archstone- Smith Operating Trust, et al., in the United States District Court for the District of Colorado, Case No. 07-CV-02503-WJM-MJW (July 24, 2015).

Testimony of Daniel R. Fischel In Re: Determination of Royalty Rates and Terms for Ephemeral Recording and Digital Performance of Sound Recordings (Web IV), in the United States Copyright Royalty Judges, The Library of Congress, Docket No. 14-CRB-0001-WR (2016-2020) (May 21 and 22, 2015).

Deposition of Daniel R. Fischel In Re: Determination of Royalty Rates and Terms for Ephemeral Recording and Digital Performance of Sound Recordings (Web IV), in the United States Copyright Royalty Judges, The Library of Congress, Docket No. 14-CRB-0001-WR (2016-2020) (April 1, 2015).

Deposition of Daniel R. Fischel in MacDermid, Incorporated vs. Cookson Group, PLC, Cookson Electronics and Enthone, Inc., in the Superior Court, Judicial District of Waterbury, Docket No. UWY-CV-12-6016356-S (January 21, 2015)

Testimony of Daniel R. Fischel in the Securities and Exchange Commission vs. Samuel E. Wyly and Donald R. Miller, Jr., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr., in the United States District Court, Southern District of New York, 10 Civ. 5760 (SAS) (November 17, 2014).

Deposition of Daniel R. Fischel In Re: Activision Blizzard, Inc. Stockholder Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 8885-VCL (October 17, 2014).

Testimony of Daniel R. Fischel in Hugh M. Caperton, Harman Development Corporation, Harman Mining Corporation, and Sovereign Coal Sales, Inc. v. A.T. Massey Coal Company, Inc., In the Circuit Court for Buchanan County, Case No. 027CL10000771-00 (May 20 and 21, 2014).

Deposition of Daniel R. Fischel in Center Partners, Ltd., et al v. Urban Shopping Centers, L.P., et al., In the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No. 04 L 012194 (April 24, 2014).

Deposition of Daniel R. Fischel in Third Point LLC v. William F. Ruprecht, et al and Sotheby's, In the Court of

9

Chancery of the State of Delaware, C.A. No. 9469-VCP (April 19, 2014).

Deposition of Daniel R. Fischel in Hugh M. Caperton, Harman Development Corporation, Harman Mining Corporation, and Sovereign Coal Sales, Inc. v. A.T. Massey Coal Company, Inc., In the Circuit Court for Buchanan County, Case No. 027CL10000771-00 (March 14, 2014).

Deposition of Daniel R. Fischel in Corre Opportunities Fund, LP, Zazove Associates LLC, DJD Group LLLP, First Derivative Traders LP, and Kevan A. Fight vs. Emmis Communications Corporation, United States District Court, Southern District of Indiana, Indianapolis Division, Case No. 1:12-cv-0491-SEB-TAB (October 4, 2013).

Testimony of Daniel R. Fischel In the Matter of the Application of The Bank of New York Mellon, (As Trustee Under Various Pooling and Servicing Agreements and Indenture Trustee under various indentures), Petitioner, for an order, pursuant to CPLR §7701, seeking judicial instructions and approval of a proposed settlement, Index No. 651786/11, Supreme Court of the State of New York, County of New York: Trial Term Part 39 (September 9 and 10, 2013).

Testimony of Daniel R. Fischel In Re: September 11 Litigation, Case No. 21 MC 97 (AKH), United States District Court for the Southern District of New York, (July 16, 2013).

Deposition of Daniel R. Fischel in Cantor Fitzgerald & Co., et al v. American Airlines, Inc., et al, Case No. 21 MC 101 (AKH), 04 CV 7318 (AKH), United States District Court, Southern District of New York (July 1, 2013).

Deposition of Daniel R. Fischel In Re: Pfizer Inc. Securities Litigation, Case No. 04 Civ. 9866 (RO) in The United States District Court for the Southern District of New York (June 28, 2013).

Testimony of Daniel R. Fischel in William T. Esrey, Julie C. Esrey, Ronald T. LeMay and Casondra C. Lemay v. Ernst & Young LLP Arbitration, Case No. 13 107 Y 02332 11 (May 29, 2013).

Deposition of Daniel R. Fischel in Christine Bauer-Ramazani and Carolyn B. Duffy, on behalf of themselves and all other similarly situated v. Teachers Insurance and Annuity Association of America – College Retirement and Equities Fund (TIAA-CREF), et al, in the United States District Court, District of Vermont, Docket No. 1:09-cv-190 (May 21, 2013).

Deposition of Daniel R. Fischel In Re: Google Inc. Class C Shareholder Litigation, In the Court of Chancery of the State of Delaware, Case No. 7469CS (May 17, 2013).

Deposition of Daniel R. Fischel In the Matter of the application of The Bank of New York Mellon (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), et al., Supreme Court of the State of New York, County of New York, Index No. 651786/2011 (May 9, 2013).

Deposition of Daniel R. Fischel in William T. Esrey, Julie C. Esrey, Ronald T. Lemay, and Casondra C. Lemay v. Ernst & Young, L.L.P., Before the American Arbitration Association, Case No. 1234 (May 7, 2013)

Deposition of Daniel R. Fischel in Archer Well Company, Inc. v. GW Holdings LLC and Wexford Capital LP, in the United States District Court, Southern District of New York, ECF Case No. 1 1:12-cv-06762-JSR (April 5, 2013).

Testimony of Daniel R. Fischel in Meso Scale Diagnostics, LLC , Meso Scale Technologies, LLC v. Roche Diagnostics GmbH, et al., In the Court of Chancery of the State of Delaware, Civil Action No. 5589-VCP (February 27, 2013).

Deposition of Daniel R. Fischel in Center Partners, Ltd. et al v. Urban Shopping Centers, L.P., et al, Circuit Court of Cook County, Illinois, No. 04 L 012194 (February 6 and 7, 2013).

Deposition of Daniel R. Fischel In Re: September 11 Litigation, United States District Court, Southern District of New York, Civil Action No. 21 MC 101 (AKH) (January 11, 2013).

Deposition of Daniel R. Fischel in Meso Scale Diagnostics, LLC, Meso Scale Technologies, LLC v. Roche

Diagnostics GmbH, et al., In the Court of Chancery of the State of Delaware, Case No: 5589-VCP (November 12, 2012).

Testimony of Daniel R. Fischel in Stuart Bederman, et al. v. Archstone, f/k/a Archstone-Smith Operating Trust, Arbitration before the Honorable Bruce W. Kauffman (October 17, 2012).

Deposition of Daniel R. Fischel in David E. Brown, et al. v. Authentec, Inc. et al., In the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, Civil Division, Case No. 05-2012-CA-57589 (September 18, 2012).

Deposition of Daniel R. Fischel in Stuart Bederman, et al. v. Archstone, f/k/a Archstone-Smith Operating Trust, Arbitration before the Honorable Bruce W. Kauffman (September 14, 2012).

Testimony of Daniel R. Fischel in Tronox, Incorporated, et al., v. Kerr-McGee Corporation, et al., United States Bankruptcy Court, Southern District of New York, Adversary Proceeding No. 09-10098(ALG) (August 7, 8 and 9, 2012).

Deposition of Daniel R. Fischel In re McAfee, Inc. Shareholder Litigation, Superior Court of the State of California, County of Santa Clara, Lead Case No. 1:10-cv-180413 (August 2, 2012).

Testimony of Daniel R. Fischel in Kraft Foods Global, Inc., v. Starbucks Corporation, Arbitration Before JAMS, Arbitration No. 1340008345 (July 31, 2012).

Deposition of Daniel R. Fischel in Altana Pharma AG, and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., In the United States District Court, District of New Jersey, Consolidated Civil Action Nos. 04-2355 (JLL)(CCC), 05-1966 (JLL)(CCC), 05-3920 (JLL)(CCC) and 05-3672 (JLL)(CCC) (June 1, 2012).

Deposition of Daniel R. Fischel in Kraft Foods Global, Inc. v. Starbucks Corporation, Arbitration before JAMS, Arbitration No. 1340008345 (May 15, 2012).

Deposition of Daniel R. Fischel in Capital One Financial Corporation v. John A. Kanas and John Bohlsen, In the United States District Court for the Eastern District of Virginia, Alexandria Division, Civil Action No. 1:11-cv-750 (LO/TRJ) (May 10, 2012).

Deposition of Daniel R. Fischel In Re: Pfizer Inc. Securities Litigation, In the United States District Court, Southern District of New York, Case 1:04-cv-09866-LTS-HBP (May 3, 2012).

Deposition of Daniel R. Fischel in Willie R. Pittman, Susan B. Seales and Stephen T. Selzer vs. J. Coley Clark, Moneygram International, Inc., et al., In the Court of Chancery of the State of Delaware, C.A. No. 6387-VCL (April 26, 2012).

Deposition of Daniel R. Fischel in Chona Allison, et al v. CRC Insurance Services, Inc., In the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 10-3313 (March 14 and 15, 2012).

Deposition of Daniel R. Fischel In Re: Tronox Incorporated, et al., Debtors, In the United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 09-10156 (ALG) (February 24, 2012).

Testimony of Daniel R. Fischel In Re: BankAtlantic Bancorp, Inc. Litigation, In the Court of Chancery of the State of Delaware, Consolidated Civil Action No. 7068-VCL (January 27 and 30, 2012).

Deposition of Daniel R. Fischel in Hildene Capital Management, LLC et al v. BankAtlantic Bancorp, Inc., et al, In the Court of Chancery of the State of Delaware, C.A. No. 7068- VCL (January 19, 2012).

Deposition of Daniel R. Fischel in Advanced Analogic Technologies, Incorporated v. Skyworks Solutions, Inc. and Powerco Acquisition Corp., In the Court of Chancery of the State of Delaware, Arbitration No. 005-A-CS (November 18, 2011).

Testimony of Daniel R. Fischel in Prudential Retirement Insurance and Annuity Company v. State Street Bank and Trust Company and State Street Global Advisors, Inc., United States District Court, Southern District of New York, Case No. 07-CV-8488 (October 13, 2011).

11

Deposition of Daniel R. Fischel <u>In Re: Inkeepers USA Trust, et al v. Cerberus Series Four</u> <u>Holdings, LLC.</u>, et al, United States Bankruptcy Court, Southern District of New York, Case No. 10-13800 (SCC) (October 5, 2011).

Deposition of Daniel R. Fischel in <u>Mary K. Jones, et al v. Pfizer, Inc., et al</u>, United States District Court, Southern District of New York, Civil Action No. 10-cv-03864 (AKH) ECF (October 4, 2011).

Testimony of Daniel R. Fischel in <u>Marina Del Rey Country Club Apartments, et al. vs. Archstone</u> <u>and Archstone</u> <u>Multifamily Series I Trust</u>, Ruby/Archstone Arbitration (August 30, 2011).

Deposition of Daniel R. Fischel in <u>Maher Terminals, LLC v. The Port Authority of New York and</u> <u>New Jersey</u>, Before the Federal Maritime Commission, FMC Docket No. 08-03 (August 25, 2011).

Testimony of Daniel R. Fischel in <u>Securities and Exchange Commission v. Joseph P. Nacchio,</u> <u>Robert S.</u> <u>Woodruff, Afshin Mohebbi, James J. Kozlowski and Frank T. Noyes</u>, United States District Court for the District of Colorado, Civil Action No. 05-cv-480-MSK-CBS (August 16, 2011).

Affidavit of Daniel R. Fischel in <u>Glenhill Capital LP, et al v. Porsche Automobil Holding, SE, f/k/a</u> <u>Dr. Ing. h.c. F.</u> <u>Porsche AG</u>, Supreme Court of the State of New York, County of New York, Index Number 650678/2011 (August 15, 2011).

Deposition of Daniel R. Fischel in <u>Fairfax Financial Holdings Limited and Crum & Forster</u> <u>Holdings Corp. v.</u> <u>S.A.C. Capital Management, LLC, et al.</u>, Superior Court of New Jersey, Law Division: Morris County, Docket No. MRS-L-2032-06 (July 27, 2011).

Deposition of Daniel R. Fischel in <u>In Re: Lyondell Chemical Company, et al v. Leonard Blavatnik</u>, et al., United States Bankruptcy Court, Southern District of New York, Chapter 11 Case No. 09-10023 – (REG) (Jointly Administered) (July 25, 2011).

Deposition of Daniel R. Fischel in <u>In Re: Constar Int'l Inc. Securities Litigation</u>, United States District Court, Eastern District of Pennsylvania, Master File No. 03cv05020 (June 28, 2011).

Affidavit of Daniel R. Fischel <u>In Re: Massey Energy Co. Derivative and Class Action Litigation</u>, in The Court of Chancery of the State of Delaware, C.A. No. 5430-VCS (May 20, 2011).

Deposition of Daniel R. Fischel in <u>Marina Del Rey Country Club, et al v. Archstone and</u> <u>Archstone Multifamily</u> <u>Series I Trust</u>, Ruby/Archstone Arbitration (May 9, 2011).

Testimony of Daniel R. Fischel in <u>The Dow Chemical Company v. Petrochemical Industries</u> <u>Company</u> <u>(K.S.C.)</u>, International Chamber of Commerce, International Court of Arbitration, ICC Case No. 16127/JEM/MLK (April 7, 2011).

Testimony of Daniel R. Fischel <u>In Re: Tribune Company, et al., Debtors</u>, In the United States Bankruptcy Court for the District of Delaware, Chapter 11, Case No. 08-13141 (KJC) (March 10, 2011).

Deposition of Daniel R. Fischel <u>In Re: Tribune Company, et al., Debtors</u>, In the United States Bankruptcy Court for the District of Delaware, Chapter 11, Case No. 08-13141 (KJC) (March 2, 2011).

Deposition of Daniel F. Fischel <u>In Re: Genetically Modified Rice Litigation</u>, In the United States District Court for the Eastern District of Missouri, Eastern Division, Case No. 4:06 MD 1811 CDP (February 15, 2011)

Deposition of Daniel R. Fischel in <u>Riceland Food, Inc. v. Bayer Cropscience LP, et al</u>, In the United States District Court, Eastern District of Missouri, Eastern Division, Case No. 4:09- cv-00433 CDP (January 18, 2011).

Deposition of Daniel R. Fischel <u>In Re: Genetically-Modified Rice Litigation</u>, In the United States District Court for the Eastern District of Missouri, Case No. 4:06-MD-1811 (November 11, 12, 2010).

Deposition of Daniel R. Fischel in <u>Coleen Witmer, Individually, and on Behalf of All Others</u> <u>Similarly</u> <u>Situated v. Dynegy Inc.</u>, In the District Court of Harris County, Texas, 234th Judicial District

(November 6, 2010).

Testimony of Daniel R. Fischel in Terra Firma (GP) 2 Investments Limited v. Citigroup Inc., United States
District Court for the Southern District of New York, No. 1:09-CV-10459 (JSR) (November 2, 2010).

Testimony of Daniel R. Fischel in Terra Firma (GP) 2 Investments Limited v. Citigroup Inc., United States
District Court for the Southern District of New York, No. 1:09-CV-10459 (JSR) (October 22, 2010).

Testimony of Daniel R. Fischel in Air Products and Chemicals, Inc. v. Airgas, Inc., Peter McCausland, et al, In
the Court of Chancery of the State of Delaware, C.A. No. 5249-CC (October 5, 2010).

Deposition of Daniel R. Fischel in Air Products and Chemicals, Inc. v. Airgas, Inc., Peter McCausland, et al, In
the Court of Chancery of the State of Delaware, C.A. No. 5249-CC (September 8, 2010).

Deposition of Daniel R. Fischel in Terra Firma (GP) 2 Investments Limited v. Citigroup Inc., United States
District Court for the Southern District of New York, No. 1:09-CV-10459 (JSR) (July 28, 2010).

Deposition of Daniel R. Fischel in Citadel Investment Group, L.L.C. et al v. Mikhail Malyshev and Jace
Kohlmeier, In the American Arbitration Association, Case No.AAA No. 51 166 00969 09 (July 13, 2010).

Testimony of Daniel R. Fischel In Re: United States of America v. Joseph P.Nacchio, in the United States
District Court for the District of Colorado, Case No. 05-CR-00545-EWN (June 23, 2010).

Deposition of Daniel R. Fischel in Cantor Fitzgerald Securities, Cantor Fitzgerald & Co., Cantor Fitzgerald
Partners v. The Port Authority of New York and New Jersey, in the Supreme Court of the State of New
York, County of New York, Case No. 105447/94 (June 4, 2010).

Deposition of Daniel R. Fischel in Alaska Retirement Management Board on behalf of State of Alaska Public
Employees' Retirement System and State of Alaska Teachers' Retirement System v. Mercer (US), Inc.,
Mercer Human Resources Consulting, Inc., and William M. Mercer, Inc., in The Superior Court for the
State of Alaska, First Judicial District at Juneau, Case No. 1JU-07-974CI (April 29, 2010).

Deposition of Daniel R. Fischel In Re: ACS Shareholders Litigation, in The Court of Chancery of the State of
Delaware, Consolidated Case No. 4940-VCP (April 26, 2010).

Testimony of Daniel R. Fischel in Securities and Exchange Commission v. Carl W. Jasper, in the United States
District Court for the Northern District of California, San Jose Division, Case No. C-07-06122-JW (April
16, 2010).

Deposition of Daniel R. Fischel in Prudential Retirement Insurance and Annuity Company v.
State Street Bank and Trust Company and State Street Global Advisors, Inc., in the United States
District Court, Southern District of New York, Case No. 07 CIV 8488 (April 9, 2010).

Deposition of Daniel R. Fischel In re: Lyondell Chemical Company, et al., Debtors. Official Committee of
Unsecured Creditors, on behalf of the Debtors' Estates v. Citibank, N.A., et al., in the United States
Bankruptcy Court, Southern District of New York, Chapter 11 Case No. 09-10023 – (RED) (December 2,
2009).

Deposition of Daniel R. Fischel in Securities and Exchange Commission v. Carl W. Jasper, In the United
States District Court, Northern District of California, San Jose Division, Case No. CV 07-6122 (HRL)
(October 22, 2009).

Testimony of Daniel R. Fischel in Ventas, Inc. v. HCP, Inc., In the United States District Court of the Western
District of Kentucky at Louisville, Civil Action No. 3:07-cv-00238-JGH (September 2, 2009).

Deposition of Daniel R. Fischel in Frank K. Cooper Real Estate #1, Inc., et al vs. Cendant Corporation f/k/a
Hospitality Franchise Systems and Century 21 Real Estate Corporation, Superior Court of New Jersey,
Law Division: Morris County, Docket No. MRS-L-377-02 (August 10, 2009).

Deposition of Daniel R. Fischel in Ventas, Inc. v. HCP, Inc., In the United States District Court of the Western
District of Kentucky at Louisville, Civil Action No. 3:07-cv-00238-JGH (August 3, 2009).

Deposition of Daniel R. Fischel in <u>U.S. Commodity Futures Trading Commission v. Amaranth Advisors, L.L.C., Amaranth Advisors (Calgary) and Brian Hunter</u>, in the United States District Court, Southern District of New York, Case No. 07 CIV 6682 (July 8, 2009).

Declaration and Expert Surrebutal Report of Daniel R. Fischel in <u>Ventas, Inc. v. HCP, Inc.</u>, In The United States District Court for the Western District of Kentucky at Louisville, Case No. 3:07-CV-00238-JGH (June 22, 2009).

Testimony of Daniel R. Fischel in <u>NRG Energy, Inc. v. Exelon Corporation and Exelon Exchange Corporation</u>, in the United States District Court, Southern District of New York, Case No. 09-CV-2448 (JGK) (DFE), (June 3, 2009).

Deposition of Daniel R. Fischel <u>In Re: Delphi Corporation v. Appaloosa Management L.P., et al.</u>, In the United States Bankruptcy Court, Southern District of New York; Chapter 11, Case No. 05-44481(RDD) (Jointly administered), (June 2, 2009).

Deposition of Daniel R. Fischel in <u>NRG Energy, Inc. v. Exelon Corporation and Exelon Exchange Corporation</u>, in the United States District Court, Southern District of New York, Case No. 09-CV-2448 (JGK) (DFE), (May 31, 2009).

Deposition of Daniel R. Fischel in <u>e-Bay Domestic Holdings, Inc. v. Craig Newmark and James Buckmaster and Craigslist, Inc.</u>, in the Court of Chancery of the State of Delaware, Case No. 3705-CC (May 29, 2009)

Testimony of Daniel R. Fischel <u>In Re: Lawrence E. Jaffe Pension Plan, et al v. Household International, Inc., et al</u>, in the United States District Court for the Northern District of Illinois, Eastern Division, No. 02-C-5893 (April 16, 20, 28 and 29, 2009).

Deposition of Daniel R. Fischel <u>In Re: Rohm and Haas Company v. The Dow Chemical Company and Ramses Acquisition Corp.</u>, In the Court of Chancery of the State of Delaware, C.A. No. 4309-CC (March 4, 2009).

Deposition of Daniel R. Fischel <u>In the Matter of Hoffman, et al. v. American Express Travel Related Services Company, Inc., et al.</u>, in the Superior Court of the State of California, in and for the County of Alameda, Case No. 2001-022881 (January 15, 2009).

Deposition of Daniel R. Fischel <u>In Re: TyCom Ltd. Securities Litigation</u>, in the United States District Court, District of New Hampshire, Docket No. 03-CV-1352 (September 22, 2008).

Deposition of Daniel R. Fischel <u>In Re: Hexion Specialty Chemicals, Inc., et al v. Huntsman Corp.</u>, in the Court of Chancery of the State of Delaware, Civil Action No. 3841-VCL (September 4, 2008).

Deposition of Daniel R. Fischel <u>In Re: Stone Energy Corp. Securities Litigation</u>, in the United States District Court, Western District of Louisiana, Lafayette-Opelousas Division, Civil Action No. 6:05CV2088 (LEAD) (July 16, 2008).

Deposition of Daniel R. Fischel <u>In Re: Initial Public Offering Securities Litigation</u>, in the United States District Court, Southern District of New York, Master File No. 21 MC 92 (SAS) (April 3 and 4, 2008).

Deposition of Daniel R. Fischel <u>In Re: Lawrence E. Jaffe Pension Plan, et al v. Household International, Inc., et al</u>, in the United States District Court for the Northern District of Illinois, Eastern Division, No. 02-C-5893 (March 21, 2008).

Deposition of Daniel R. Fischel <u>In Re: IAC/InteractiveCorp and Barry Diller v. Liberty Media Corporation</u>, in the Court of Chancery of the State of Delaware in and for New Castle County, Consolidated Case Number 3486-VCL (February 29, 2008).

Testimony of Daniel R. Fischel <u>In Re: Immunicon Corporation v. Veridex LLC</u>, before the American Arbitration Association (Commercial Arbitration Rules), Case Number 50 180T 00192 07 (January 17, 2008).

Deposition of Daniel R. Fischel <u>In Re: Unitedglobalcom Shareholders Litigation</u>, in the Court of Chancery of

the State of Delaware in and for New Castle County, Consolidated C.A. No. 1012-N (November 19, 2007).

Deposition of Daniel R. Fischel In Re: Cendant Corporation Litigation, in the United States District Court for the District of New Jersey, Master File No. 98-1664 (WHW) (November 15, 2007).

Deposition of Daniel R. Fischel In Re: Cendant Corporation Litigation, in the United States District Court for the District of New Jersey, Master File No. 98-1664 (WHW) (October 16, 2007).

Deposition of Daniel R. Fischel In Re: Schering-Plough Corporation Securities Litigation, in the United States District Court for the District of New Jersey, Master File No. 01-CV-0829 (KSH/RJH) (October 12, 2007).

Deposition of Daniel R. Fischel In Re: Carpenters Health & Welfare Fund, et al. vs. The Coca- Cola Company, in the United States District Court, Northern District of Georgia, Atlanta Division, File No. 1:00-CV-2838-WBH (Consolidated) (September 26, 2007).

Deposition of Daniel R. Fischel In Re: Parker Freeland, et al., vs. Iridium World Communications, Ltd., et al., in the United States District Court for the District of Columbia, Civil Action No. 99-1002 (August 7, 2007)

Deposition of Daniel R. Fischel In Re: Chuck Ginsburg v. Philadelphia Stock Exchange, Inc., et al., In the Court of Chancery of the State of Delaware in and for New Castle County, C.A. No. 2202-N (June 12, 2007).

Testimony of Daniel R. Fischel In Re: Holcombe T. Green and HTG Corp. v. McKesson, Inc., et al, In the Superior Court for the County of Fulton, State of Georgia, Civil Action File No. 2002-CV-48407 (June 5, 2007).

Affidavit of Daniel R. Fischel In Re: Lear Corporation Shareholders Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 2728-VCS (May 30, 2007).

Affidavit of Daniel R. Fischel In Re: Aeroflex, Inc. Shareholder Litigation, in the Supreme Court of the State of New York, County of Nassau: Commercial Division, Index No. 07-003943 (May 23, 2007).

Deposition of Daniel R. Fischel In Re: Holcombe T. Green and HTG Corp. v. McKesson, Inc., HBO & Company, Albert Bergonzi, and Jay Gilbertson, in the Superior Court for the County of Fulton, State of Georgia, Civil Action File No. 2002W48407 (May 21, 2007).

Deposition of Daniel R. Fischel In Re: Adelphia Communications Corp. v. Deloitte & Touche LLP, et al, in the Court of Common Pleas, Philadelphia County, Pennsylvania, Case No. 000598 (May 3 and 4, 2007).

Testimony of Daniel R. Fischel In Re: United States of America v. Joseph P. Nacchio, in the United States District Court for the District of Colorado, Case No. 05-CR-00545-EWN (April 9, 2007).

Deposition of Daniel R. Fischel In Re: MK Resources Company Shareholders Litigation, in the Court of Chancery for the State of Delaware in and for New Castle County, C.A. No. 1692- N (February 22, 2007).

Deposition of Daniel R. Fischel In Re: Starr International Company, Inc. v. American International Group, Inc., In the United States District Court, Southern District of New York, Case No. 05 CV 6283 (January 26, 2007).

Written testimony of Daniel R. Fischel In Re: Verizon Communications Inc. and Verizon Services Corp. v. Christopher G. Pizzirani, in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:06-cv-04645-MK (November 6, 2006).

Testimony of Daniel R. Fischel In Re: Northeast Savings, F.A. v. United States of America, In the United States Claims Court, Case No. 92-550 C (November 2 and 9, 2006).

Testimony of Daniel R. Fischel In Re: United States of America v. Sanjay Kumar and Stephen Richards, United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (October 25, 2006).

Affidavit of Daniel R. Fischel In Re: Lionel I. Brazen and Nancy Hammerslough, et al v. Tyco International Ltd., et al, In the Circuit Court of Cook County, Illinois County Department, Chancery Division, No. 02 CH 11837 (September 18, 2006).

Deposition of Daniel R. Fischel In Re: Tele-Communications, Inc. Shareholders Litigation, in the Court of
    Chancery of the State of Delaware in and for New Castle County, Consolidated
    C.A. No. 16470 (September 15, 2006).

Affidavit of Daniel R. Fischel In Re: United States of America v. Sanjay Kumar and Stephen Richards,
    United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (September 8, 2006).

Deposition of Daniel R. Fischel In Re: James Gilbert v. McKesson Corporation, et al., in the State Court of
    Fulton County, State of Georgia, Civil Action File No. 02VS032502C (September 7, 2006).

Supplemental Declaration of Daniel R. Fischel In Re: United States of America v. Jeffrey K. Skilling, in the
    United States District Court, Southern District of Texas, Houston Division, Crim. No. H-04-25 (Lake,
    J.) (August 25, 2006).

Affidavit of Daniel R. Fischel In Re: United States of America v. Sanjay Kumar and Stephen Richards,
    United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (August 22, 2006).

Declaration of Daniel R. Fischel In Re: United States of America v. Jeffrey K. Skilling, in the United States
    District Court, Southern District of Texas, Houston Division, Crim. No. H-04- 25 (Lake, J.) (August 3,
    2006).

Deposition of Daniel R. Fischel In Re: Enron Corporation Securities Litigation, in the United States District
    Court, Southern District of Texas, Houston Division, Case Number: H-01- 3624 (May 24, 2006).

Testimony of Daniel R. Fischel In Re: Guidant Corporation Shareholders Derivative Litigation, in the United
    States District Court, Southern District of Indiana, Indianapolis Division, Master Derivative Docket No.
    1:03-CV-955-SEB-WTL (January 20, 2006).

Testimony of Daniel R. Fischel In Re. Hideji Jumbo Tanaka v. Cerberus Far East Management, L.L.C., et al.,
    AAA Case No. 50 T 116 00284 03, (December 15, 2005).

Deposition of Daniel R. Fischel In Re: McKesson HBOC, Inc. Securities Litigation, in the United States District
    Court for the Northern District of California, No. C-99-20743-RMW (August 16, 2005).

Testimony of Daniel R. Fischel In the Matter of Visconsi Companies Ltd., et al. and Lehman Brothers, et al.,
    National Association of Securities Dealers Department of Arbitration, Grievance No. 03-07606 (July 26,
    2005).

Testimony of Daniel R. Fischel In Re: John P. Crowley, as Receiver of Ambassador Insurance Company v.
    Doris June Chait, et al., in the United States District Court for the District of New Jersey, Case No. 85-
    2441 (HAA) (July 21 and 22, 2005).

Deposition of Daniel R. Fischel In Re: Electronic Data Systems Corporation Securities Litigation, in the United
    States District Court for the Eastern District of Texas, Tyler Division, Case No. 6:03-MD-1512 (July 20,
    2005).

Testimony of Daniel R. Fischel In Re: United States of America v. Philip Morris, Inc., et al, in the United States
    District Court for the District of Columbia, Case No. 1:99CV02496 (May 26 and 27, 2005).

Deposition of Daniel R. Fischel In Re: Cordis Corporation v. Boston Scientific Corporation, et ano, in the
    United States District Court for the District of Delaware, Case No. 03-027-SLR (May 25, 2005).

Deposition of Daniel R. Fischel In Re: United States of America v. Philip Morris, Inc., et al, in the United States
    District Court for the District of Columbia, Case No. 1:99CV02496 (May 16, 2005).

Testimony of Daniel R. Fischel In Re: Drury Industries, Inc. v. Drury Properties, Inc., in the First Judicial District
    Court of the State of Nevada in and for Carson City, Nevada (April 6 and 7, 2005).

Deposition of Daniel R. Fischel In Re: Jerry R. Summers and George T. Lenormand, et al v. UAL Corporation
    ESOP Committee, Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, Don Clements, Craig Musa, and
    State Street Bank and Trust Company, in the United States District Court for the North District of Illinois,

Eastern Division, No. 03 C 1537 (March 9, 2005).

Deposition of Daniel R. Fischel In Re: Drury Industries, Inc. v. Drury Properties, Inc., in the First Judicial District Court of the State of Nevada in and for Carson City, Nevada (March 7 and 10, 2005).

Testimony of Daniel R. Fischel In the Matter of Fyffes PLC v. DCC PLC, S&L Investments Limited, James Flavin and Lotus Green Limited, in The High Court, Dublin, Ireland (2002 No. 1183P) (February 1 and 2, 2005).

Deposition of Daniel R. Fischel In the Matter of the Arbitration between The Canada Life Assurance Company and The Guardian Life Insurance Company of America (January 12, 2005).

Deposition of Daniel R. Fischel In Re: IDT Corporation vs. Telefonica, S.A., et al, in the United States District Court, District of New Jersey, Civil Action No. 01-CV 471 (December 14, 2004).

Deposition of Daniel R. Fischel In Re: DQE, Inc. Securities Litigation, in the United States District Court, Western District of Pennsylvania, Master File No. 01-1851 (December 7, 2004)

Testimony of Daniel R. Fischel In Re: United States of America v. Daniel Bayly, James A Brown, Robert S. Furst, Daniel O. Boyle, William R. Fuhs and Sheila K. Kahanek, in the United States District Court of Southern Texas Houston Division, Case No. H-CR-03-363 (November 4, 2004).

Testimony of Daniel R. Fischel In the Matter of the Arbitration Between the Canada Life Assurance Company, Petitioner v. Caisse Centrale De Reassurance, Respondent, (November 2, 2004).

Testimony of Daniel R. Fischel In Re: Yankee Atomic Electric Company, Connecticut Yankee Atomic Power Company, and Maine Yankee Atomic Power Company v. The United States, in the United States Court of Federal Claims, Case Nos. 98-126C, 98-154C and 98-474C (August 9, 2004).

Affidavit of Daniel R. Fischel In Re: Oracle Corp. Derivative Litigation, in the Court of the Chancery of the State of Delaware In and For New Castle County, Consolidated Civil Action No. 18751 (June 8, 2004).

Deposition of Daniel R. Fischel In Re: Reading International, Inc., et al v. Regal Entertainment Group, et al, (Delaware Chancery Court) (May 30, 2004).

Affidavit of Daniel R. Fischel In Re: Reading International, Inc., et al v. Regal Entertainment Group, et al, (Delaware Chancery Court) (May 28, 2004).

Deposition of Daniel R. Fischel In Re: Northeast Savings, F.A. v. United States of America, in the United States Claims Court, Case No. 92-550-C (May 4, 5 and 6, 2004).

Deposition of Daniel R. Fischel In Re: Tyson Foods, Inc. Securities Litigation, in the United States District Court for the District of Delaware, Civil Action No. 01-425-SLR (March 18, 2004).

Testimony of Daniel R. Fischel In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00- 3299 Through 00-3300 (MFW) (March 4, 2004).

Testimony of Daniel R. Fischel In Re: Tracinda Corporation v. DaimlerChrysler AG, et al, in the United States District Court for the District of Delaware, Civil Action No. 00-984 (February 11, 2004)

Deposition of Daniel R. Fischel In Re: Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al. v. Arthur Anderson LLP, et al., in the United States District Court for the Northern District of Illinois, Case Nos. CIV-01-218-PHX-PGR, CIV-01- 246-PHX-EHC, CIV-02-1162-PHX-PGR, CIV-02-1248-PHX-PGR (Consolidated) (October 29 and 30, 2003).

Deposition of Daniel R. Fischel In Re: Irene Abrams, on behalf of herself and all others similarly situated v. Van Kampen Funds, Inc., Van Kampen Investment Advisory Corp., Van Kampen Prime Rate Income Trust, Howard Tiffen, Richard F. Powers III, Stephen L. Boyd, Dennis J. McDonnell and Jeffrey W. Maillet, in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 01-C-7538 (October 21, 2003).

Deposition of Daniel R. Fischel In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00- 3299 Through 00-3300 (MFW) (October 13, 2003).

Testimony of Daniel R. Fischel In Re: Transcore Holdings, Inc. v. Rocky Mountain Mezzanine Fund II, LP; Hanifen Imhoff Mezzanine Fund, LP; Moramerica Capital Corporation; and NDSBIC, LP and W. Trent Ates and Fred H. Rayner, In Re: Jams Arbitration, Case No. 1410003193 (September 24, 2003).

Deposition of Daniel R. Fischel In Re: Transcore Holdings, Inc. v. Rocky Mountain Mezzanine Fund II, LP; Hanifen Imhoff Mezzanine Fund, LP; Moramerica Capital Corporation; and NDSBIC, LP and W. Trent Ates and Fred H. Rayner, In Re: Jams Arbitration, Case No. 1410003193 (May 13, 2003).

Deposition of Daniel R. Fischel In Re: AT&T Broadband Management Corporation v. CSG Systems, Inc., American Arbitration Association No. 77 181 00159 02 VSS (April 9, 2003).

Deposition of Daniel R. Fischel In Re: DaimlerChrysler AG Securities Litigation, in the United States District Court for the District of Delaware, Civil Action No. 00-993-JJF (February 11 and 12, 2003).

Deposition of Daniel R. Fischel In Re: David T. Bard, Commissioner of Banking and Insurance for the State of Vermont, as Receiver for Ambassador Insurance Company v. Arnold Chait, et al, in the United States District Court for the District of New Jersey, Civil Action No. 85- 2441 (December 12, 2002).

Testimony of Daniel R. Fischel In Re: MHC Financing Limited Partnership, et al vs. City of San Rafael, et al, in the United States District Court, Northern District of California, Case No. C 00-3785 VRW (November 6, 2002).

Deposition of Daniel R. Fischel In Re:  MHC Financing Limited Partnership, et al vs. City of San Rafael, et al, in the United States District Court, Northern District of California, Case No. C 00-3785 VRW (October 16, 2002).

Deposition of Daniel R. Fischel In Re: Maine Yankee Atomic Power Company v. United States of America, In the United States Court of Federal Claims, Case No. 98-474 C (October 8 and 9, 2002)

Testimony of Daniel R. Fischel In Re: California Federal Bank, FSB v. The United States of America, In the United States Court of Federal Claims, Case No. 92-138C (September 20 and 23, 2002).

Deposition of Daniel R. Fischel In Re: Maine Yankee Atomic Power Company v. United States of America, In the United States Court of Federal Claims, Case No. 98-474 C (September 4 and 6, 2002).

Deposition of Daniel R. Fischel In the Matter of RDM Sports Group, Inc., et al v. Smith, Gambrell, Russell, L.L.P.; et al, In the United States Bankruptcy Court for the Northern District of Georgia, Newnan Division, Case No. 00-1065 (May 14 and 15, 2002).

Deposition of Daniel R. Fischel In Re: Walter B. Hewlett, individually and as Trustee of the William R. Hewlett Revocable Trust, and Edwin E. van Bronkhorst as Co-Trustee of the William R. Hewlett Revocable Trust v. Hewlett-Packard Company, in the Court of the Chancery of the State of Delaware in and for New Castle County (April 24, 2002).

Deposition of Daniel R. Fischel In Re: California Federal Bank, FSB, v. The United States of America, in the United States District Court of Federal Claims, Case No. 92-138C (April 16 and 17, 2002).

Deposition of Daniel R. Fischel In Re: Computer Associates Class Action Securities Litigation, in the United States District Court, Eastern District of New York, File No. 98-CV-4839 (TPC) (MLO) (March 19 and 20, 2002).

Deposition of Daniel R. Fischel In Re: United States of America v. David Blech, In the United States District Court, Southern District of New York, Case No. S1 97 Cr. 402 (KTD) (February 13, 2002).

Testimony of Daniel R. Fischel In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00- 3299 Through 00-3300 (MFW) (December 14, 2001).

Deposition of Daniel R. Fischel In Re: Sunbeam Securities Litigation, In the United States District Court, Southern District of Florida, Miami Division, Case No. 98-8258-CIV – Middlebrooks (December 4, 5 and 6, 2001).

Affidavit of Daniel R. Fischel In Re: Jack M. Webb, Special Deputy Receiver for American Eagle Insurance Company v. Elvis Mason, Mason Best Company, L.P., Don D. Hutson, American Eagle Group, Inc., Marion Phillip Guthrie, Frederick G. Anderson, George F. Cass, Richard M. Kurz, Patricia S. Pickard, Arthur Andersen & Co., L.L.P., and Towers, Perrin Forester & Crosby, Inc., D/B/A Tillinghast, In the District Court of Travis County, Texas, 201st Judicial District, Cause No. 99-08253 (September 7, 2001).

Declaration of Daniel R. Fischel In the Matter of Inquiry Concerning High-Speed Access to the Internet Over Cable and Other Facilities: Before the Federal Communications Commission, Washington DC, GN Docket No. 00-185, (Declaration with K. Arrow, G. Becker, D. Carlton, R. Gertner, J. Kalt, H. Sider, and Gustavo Bamberger) (July 24, 2001).

Declaration of Daniel R. Fischel In Re: Walter Green, on behalf of himself and all others similarly situated v. Merck-Medco Managed Care, L.L.C., United States District Court, Southern District of New York, Civil Action No. 99 CIV 0847 (CLB) (June 18, 2001).

Testimony of Daniel R. Fischel In Re:Tyson Foods, Inc. and Lasso Acquisition Corporation v. IBP, Inc., Delaware Chancery Court, (May 25, 2001).

Deposition of Daniel R. Fischel In Re:Tyson Foods, Inc. and Lasso Acquisition Corporation v. IBP, Inc., Delaware Chancery Court, (May 10, 2001).

Deposition of Daniel R. Fischel In Re: Myron Weiner, Nicholas Sitnycky, Ronald Anderson and Robert Furman on behalf of themselves and all others similarly situated v. The Quaker Oats Company and William D. Smithburg, United States District Court, Northern District of Illinois, Case No. 98 C 3123, (January 24, 2001).

Deposition of Daniel R. Fischel In Re: Retsky Family Limited Partnership v. Price Waterhouse, LLP, United States District Court, Northern District of Illinois, Eastern Division, No. 97 C 7694, (October 31, 2000).

Joint Affidavit of Daniel R. Fischel and David J. Ross In Re: Floyd D. Wilson, for himself and all others similarly situated v. Massachusetts Mutual Life Insurance Company, in the First Judicial District Court, County of Santa Fe, State of New Mexico, No. D0101 CV-98-02814 (August 4, 2000).

Affidavit of Daniel R. Fischel In Re: T. Rowe Price Recovery Fund, L.P., and Carl Marks Management Co., L.P., individually and derivatively on behalf of Seaman Furniture Co., Inc. v. James Rubin, M.D. Sass Associates, Inc., Resurgence Asset Management, L.L.C., M.D. Sass Corporation Resurgence Partners, L.P. , M.D. Sass Corporate Resurgence International, Ltd., Robert Symington, Byron Haney, Alan Rosenberg, Steven H. Halper, and Peter McGeough and Seaman Furniture Co., Inc., In the Court of Chancery of the State of Delaware in and for New Castle County, C.A. No. 18013, (June 7, 2000).

Testimony of Daniel R. Fischel In Re: Bank United of Texas, FSB, et al., v. United States of America, United States Court of Federal Claims, Case Number 95-437C, (October 12 and 14, 1999).

Deposition of Daniel R. Fischel In Re: Bank United of Texas, FSB, et al., v. United States of America, United States Court of Federal Claims, Case Number 95-437C, (September 26, 1999; July 10, 1999; and June 16, 17, 1999).

Testimony of Daniel R. Fischel In Re: C. Robert Suess, et al., v. The United States, United States Court of Federal Claims, No. 90- 981C (May 17, 1999).

Testimony of Daniel R. Fischel In Re: Lexecon, Inc. v. Milberg Weiss Bershad Specthrie & Lerach, et al., in the United States District Court, Northern District of Illinois Eastern Division, Case No. 92 C 7768 (March 8, 9, 10 and 15, 1999).

Testimony of Daniel R. Fischel In Re: California Federal Bank v. United States, in the United States Court of Federal Claims, Case Number 92-138C, (February 4 and 11, 1999).

Deposition of Daniel R. Fischel In Re: California Federal Bank v. United States, in the United States Court of Federal Claims, Case Number 92-138C, (February 6, 1999; January 27 and 30, 1999).

Deposition of Daniel R. Fischel In Re: C. Robert Suess, et al., v. The United States, United States Court of Federal Claims, No. 90- 981C (October 27 and 28, 1998).

Deposition of Daniel R. Fischel In Re: Connector Service Corporation v. Jeffrey Briggs, United States District Court, Northern District of Illinois, Eastern Division, No. 97-C-7088 (August 28, 1998).

Deposition of Daniel R. Fischel In Re: Statesman Savings Holding Corp., et al. v. United States of America, United States Court of Federal Claims, Case No. 90-773C, (May 4, 1998 and February 12, 1998).

Testimony of Daniel R. Fischel In Re: Glendale Federal Bank FSB v. United States of America, United States Court of Federal Claims, No. 90-772C, (March 24, 25 and 26, 1998; September 2, 3, 4, 5, 8, 9, 10, 11, 12, 24, 25, 26 and 27, 1997; October 7, 9, 16, 17, 30 and 31, 1997; December 8, 9 and 10, 1997).

Affidavit of Daniel R. Fischel and David J. Ross In Re: Publicis Communication v. True North Communications Inc., et al., United States District Court, Northern District of Illinois, Eastern Division, Case No. 97-C-8263, (December 7, 1997).

Deposition of Daniel R. Fischel In Re: Glendale Federal Bank FSB v. United States of America, United States Court of Federal Claims, No. 90-772C, (August 27 and 28, 1997).

Testimony of Daniel R. Fischel In Re: AUSA Life Insurance Company, et al. v. Ernst & Young, in the United States District Court, Southern District of New York, Master File No. 94 CIV. 3116 (CLB) (July 7 and 8, 1997).

Deposition of Daniel R. Fischel In Re: Santa's Best, f/k/a National Rennoc, an Illinois general partnership, and Tinsel/Ruff Group Limited Partnership, an Illinois limited partnership v. Rennoc Limited Partnership, a New Jersey limited parternship, v. Tinsel/Ruff Group Limited Parternship, an Illinois limited partnership, in the Circuit Court of Cook, Illinois County Department - Chancery Division, No. 95 CH 12160, (June 17, 1997).

Arbitration of Daniel R. Fischel In Re: Lerner v. Goldman Sachs, et. al., Before the American Arbitration Association, 75-136-00090-94 (April 10, 1997).

Affidavit of Daniel R. Fischel In Re: Hilton Hotels Corporation and HLT Corporation v. ITT Corporation, United States District Court, District of Nevada, CV-S-97-00095-PMP (RLH) (March 24, 1997).

Deposition of Daniel R. Fischel In Re: Glendale Federal Bank, FSB v. United States of America, Washington, D.C., Case No. 90-772C, (March 19, 1997; January 30 and 31, 1997).

Deposition of Daniel R. Fischel In Re: Statesman Savings Holding Corporation v. United States of America, Washington, D.C., Case No. 90-773-C, (February 19 and 20, 1997).

Testimony of Daniel R. Fischel In Re: Westcap Enterprises, Inc. and Westcap Corporation, Debtor; in the United States Bankruptcy Court, for the Southern District of Texas, Houston Division, Houston, Texas; Case No. 96-43191-H2-11, (November 1996).

Testimony of Daniel R. Fischel In Re: United States of America v. Robert R. Krilich, in the United States District Court, Northern District of Illinois, Eastern Division, No. 94 CR 419, (August 20, 1996 and July 15, 1996)

Deposition of Daniel R. Fischel In Re: McMahan & Company, Froley, Revy Investment Co., Inc. and Wechsler & Krumholz, Inc. v. Wherehouse Entertainment, Inc., Louis A. Kwiker, George A. Smith, Michael T. O'Kane, Lawrence K. Harris, et al., United States District Court, Southern District of New York, Index No. 88 Civ. 0321 (SS) (AJP), (July 16, 1996 and June 10, 1996).

20

Deposition of Daniel R. Fischel In Re: Joseph W. and Helen B. Teague, Steven Allen Barker, Rita Strahowski, Swannee Beck, and Lifetime Partners of PTL, as representatives of a nationwide class consisting of 150,129 Lifetime Partners and of 27,839 persons who have partially paid for Lifetime Partnerships v. James O. Bakker, in the United States District Court for the Western District of North Carolina, Civil Action No. 3:87CV514, (June 28, 1996).

Deposition of Daniel R. Fischel In Re: Snapple Beverage Corporation Securities Litigation, in the United States District Court, Eastern District of New York, Master File No. CV 94-3647 (May 30, 1996).

Testimony of Daniel R. Fischel In Re: Chuck Quackenbush, Insurance Commissioner of the State of California, in his capacity as Trustee of Mission Insurance Company Trust, et al. v.Borg-Warner Corporation, Borg Warner Equities Corporation, Borg-Warner Insurance Service, Inc., et al., for the Superior Court of the State of California, for the County of Los Angeles, No. C688487 (April 18, 1996).

Deposition of Daniel R. Fischel In Re: Chuck Quackenbush, Insurance commissioner of the State of California, in his capacity as Trustee of Mission Insurance Company Trust, et al. v.Borg-Warner Corporation, Borg Warner Equities Corporation, Borg-Warner Insurance Service, Inc., et al., for the Superior Court of the State of California, for the County of Los Angeles, No. C688487 (April 17, 1996).

Deposition of Daniel R. Fischel In Re: Household Commercial Financial Services, Inc. a citizen of the states of Delaware and Illinois v. Julius Trump, a citizen of the State of Florida, Edmond Trump, a citizen of the state of Florida, James M. Jacobson, a citizen of the State of New York, and Parker, Chapin, Flattau & Klimpl, a citizen of the states of New York and New Jersey, in the United States District Court, for the Northern District of Illinois Eastern Division, 92 C 5010 (February 1, 1996).

Deposition of Daniel R. Fischel In Re: JWP, Inc. Securities Litigation, in the United States District Court, Southern District of New York, Master File No. 92 Civ. 5815 (CLB); AUSA Life Insurance Company, et al. v. Ernst & Young, in the United States District Court, Southern District of New York, Master File No. 94 Civ. 3116 (CLB) (November 30, 1995; November 9, 1995; October 18 and 19, 1995; September 28, 1995).

Deposition of Daniel R. Fischel In Re: City of Houston Municipal Employees Pension System, a Texas association v. PaineWebber Group Inc., et al., in the United States District Court, Eastern District of Missouri, Eastern Division, No. 4:94CV0073CAS (November 15 and 16, 1995).

Testimony of Daniel R. Fischel In Re: American Continental Corporation/Lincoln Savings & Loan Securities Litigation - Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach and Kevin P. Roddy, in the United States District Court, District of Arizona, Civ-93-1087-PHX-JMR (July 25 and 26, 1995).

Deposition of Daniel R. Fischel In Re: Keith C. Bogard, et al., v. National Community Bank Inc., et al., in the United States District Court, District of New Jersey, No. 90-5-32 (HAA) (December 20, 1994).

Deposition of Daniel R. Fischel In Re: Harvey Rosen, Ben Rogers and Julie Rogers v. Deloitte & Touche, Elias Zinn, Julius Zinn, Dennis Lamm, and Ronald Begnaud, in the 268th Judicial District Court, of Fort Bend County, Texas, Cause No. 84-482 (November 9, 1994).

Testimony of Daniel R. Fischel In Re: PPM America, Inc., et al. v. Marriott Corporation et al., in the United States District Court, for the District of Maryland, Civil Docket No. H-92-3068 (October 12, 1994).

Deposition of Daniel R. Fischel In Re: Browning-Ferris Industries, Inc., Securities Litigation, United States District Court, for the Southern District of Texas, Houston Division, Civil Action H-903477 (September 1, 1994).

Testimony of Daniel R. Fischel In Re: Computer Associates International Inc. Securities Litigation, United States District Court, Eastern District New York, CV-90-2398 (JBW) (May 26 and 27, 1994).

Deposition of Daniel R. Fischel In Re: PPM America, Inc., et al. v. Marriott Corporation et al., United States District, for the District of Maryland, H-92-3068 (May 10, 1994 and March 8, 1994).

Deposition of Daniel R. Fischel In Re: Securities and Exchange Commission v. Shared Medical Systems Corporation, R. James Macaleer, James C. Kelly and Clyde M. Hyde, United States District Court, for the Eastern District of Pennsylvania, Civil Action - Law: No. 91- CV-6549 (February 22, 1994).

Testimony of Daniel R. Fischel In Re: Peter M. Schultz and Pamela A. Schultz v. Rhode Island Hospital Trust National Bank, N.A., et al., United States District Court, District of Massachusetts, Civil Action No. 88-2870-T (February 16, 1994).

Deposition of Daniel R. Fischel In Re: Henry T. Endo, et al. v. John M. Albertine, et al., United States District Court, Northern District of Illinois, Eastern Division, No. 88 C 1815 (November 11 and 12, 1993; October 28, 1993).

Deposition of Daniel R. Fischel In Re: Computer Associates International Inc. Securities Litigation, United States District Court, Eastern District of New York, CV 90-2398 (JBW) (November 2, 1993 and February 4, 1993).

Affidavit of Daniel R. Fischel In Re: Peter M. Schultz and Pamela A. Schultz v. Rhode Island Hospital Trust National Bank, N.A. et al., United States District Court, District of Massachusetts, Civil Action No. SS-2870-T (October 28, 1993).

Deposition of Daniel R. Fischel In Re: Alpheus John Goddard, III, etc. v. Continental Bank N.A., etc., State of Illinois, County of Cook, Circuit Court of Cook County, County Department- Chancery Division, No. 89 CH 1081 (September 10, 1993).

Deposition of Daniel R. Fischel In Re: Taxable Municipal Bond Section "G" Securities Litigation, United States District Court, Eastern District of Louisiana, MDL No. 863 (September 2, 1993).

Reply Affidavit of Daniel R. Fischel In Re: Columbia Securities Litigation, United States District Court Southern District of New York, 89 Civ. 6821 (LBS) (August 30, 1993).

Affidavit of Daniel R. Fischel In Re: Consumers Gas & Oil, Inc. v. Farmland Industries, Inc., et al., United States District Court, for the District of Colorado, Civil Action No. 92-F-1394 (August 26, 1993).

Declaration of Daniel R. Fischel In Re: Equitec Rollup Litigation, United States District Court for the Northern District of California, Master file No. C90 2064 CAL (July 28, 1993).

Deposition of Daniel R. Fischel In Re: United Telecommunications, Inc. Securities Litigation, United States District Court for the District of Kansas, No. 90-2251-0 (July 22, 1993, April 21 and 22, 1993).

Deposition of Daniel R. Fischel In Re: Consumers Gas & Oil, Inc., a Colorado farm cooperative in liquidation, on behalf of itself and others similarly situated v. Farmland Industries, Inc., a Kansas farm cooperative, et al., United States District Court, District of Colorado, 92-F- 1394 (June 18, 1993).

Deposition of Daniel R. Fischel In Re.  Rosalind Wells v. HBO & Company, United States District Court, Northern District of Georgia, Atlanta Division, 8-87-CV-657A (JTC) (June 10, 1993 and May 24, 1993).

Deposition of Daniel R. Fischel In Re: Equitec Rollup Litigation, United States District Court, Northern District of California, No. C-90-2064 CAL (June 2 and 3, 1993).

Supplemental Declaration of Daniel R. Fischel In Re: Oracle Securities Litigation, United States District Court, Northern District of California, Master File No. C 90 0931 VRW (May 20, 1993).

Affidavit of Daniel R. Fischel and Kenneth R. Cone In Re: Raymond P. Hayden, et al. v. Jeffrey L. Feldman, et al., United States District Court, Southern District of New York No. 88 Civ. 8048 (JES) (May 12, 1993).

Testimony of Daniel R. Fischel In Re: Melridge, Inc., Securities Litigation, United States District Court for the District of Oregon, CV No. 87-1426-FR (May 4 and 5, 1993).

Declaration of Daniel R. Fischel In Re: Oracle Securities Litigation, United States District Court, Northern District of California, Master File No. C 90 0931 VRW (April 20, 1993).

Deposition of Daniel R. Fischel In Re: Gillette Securities Litigation, United States District Court, District of Massachusetts, No. 88-1858-K (April 1, 1993).

22

Affidavit of Daniel R. Fischel In Re: Columbia Securities Litigation, United States District Court, Southern District of New York, 89 Civ. 6821 (LBS) (March 25, 1993).

Deposition of Daniel R. Fischel In Re: Westinghouse Securities Litigation, United States District Court, Western District of Pennsylvania, CV No. 91 354 (March 23, 1993).

Declaration of Daniel R. Fischel In Re: Oracle Securities Litigation, United States District Court, Northern District of California, Master File No. C 90-0931 VRW (March 22, 1993).

Deposition of Daniel R. Fischel In Re: Kroy, Inc., a Minnesota corporation et al. v. Bankers Trust New York Corporation, et al., Superior Court of the State of Arizona in and for the County of Maricopa, No. CV 89-35680 (March 18, 1993).

Deposition of Daniel R. Fischel In Re: Amos M. Ames, Helen M. Ames, Robert F. Bourke, Louise L. Bourke, Leo E. Corr, April C. Corr, Wence M. Horak, Ruth Horak, Robert T. Freas, Maurita Freas, Bruce Fink, Jr., William H. Jones, Candace A. Jones, Richard Paul, William L. Paul, Carole Paul, Steven J. Paul, Best Power Technology, Incorporated, and Best Power Technology Sales Corporation, in the State of Wisconsin, Circuit Court, Juneau County, Consolidated Case Nos. 92-CV-31, 92-CV-32 (January 26, 1993).

Deposition of Daniel R. Fischel In Re: Federal Express Corporation Shareholder Litigation, in the United States District Court, Western District of Tennessee, Master File No. 90-2359- 4B (December 3, 1992).

Deposition of Daniel R. Fischel In Re: Raymond Snyder, Individually and on behalf of all those similarly situated v. Oneok, Inc., et al., in the United States District Court, Northern District of Oklahoma, Civil Action No. 88 C 1500 E (October 15 and 16, 1992).

Deposition of Daniel R. Fischel In Re: Melridge, Inc. Securities Litigation, Consolidated Actions, United States District Court, District of Oregon, Master File No. CV87-1426-JU and Nos. 387-06589-P11, 88-05-JU, 88-221-JU, 88-0699-PA, 88-1266-JU (September 17, 1992; July 25 and 26, 1991).

Deposition of Daniel R. Fischel In Re: Maxus Corporate Company v. Kidder, Peabody & Co. Incorporated, Martin A. Siegel and Ivan F. Boesky, in the District Court Dallas County, Texas, 298th Judicial District, No. 87-15583-M (September 11, 1992; August 18 and 19, 1992).

Deposition of Daniel R. Fischel In Re: Jennifer A. Florin and Alan L. Mundt, on behalf of themselves and all others similarly situated v. Wesray Capital Corp., Citizens and Southern Trust Company, a subsidiary of Citizens and Southern Corporation, Robert K. Barton, Leonard S. Gaby, Allen G. Lacoe, Robert A. Magnusson, Anthony A. Saliture, Harlan B. Smith, Thomas F. Stutzman, Raymond G. Chambers, Frank E. Richardson, E. Burke Ross, Jr., William E. Simon and Frank W. Walsh, Jr., in the United States District Court, Western District of Wisconsin, Civil Action No. 91C-0948 (August 12, 1992).

Deposition of Daniel R. Fischel In Re: Pearl Newman, Shanna Lehmann & Athanasios Tsivelekidis, on their own behalf and on behalf of all other persons similarly situated v. On- Line Software International, Inc. Jack M. Berdy, John C. Crocker, Richard A. Granger, Richard R. Holtmeier, Michael S. Juceam, Edward J. Siegel, Howard P. Sorgen and Richard Ward, United States District Court, District of New Jersey, Consolidated Civil Action Nos. 88-3247, 88-3411 (July 28 and 29, 1992).

Deposition of Daniel R. Fischel In Re: Crazy Eddie Securities Litigation, Oppenheimer-Palmieri Fund, I.P., et al. v. Peat Marwick Main & Co., et al., United States District Court for the Eastern District of New York, 87 Civ. 0033 (EHN), 88 Civ. 3481 (EHN) (June 11, 1992; March 26 and 27, 1992).

Testimony of Daniel R. Fischel In Re: American Continental Corporation/Lincoln Savings and Loan Securities Litigation, in the United States District Court, for the District of Arizona MDL Docket No. 834 (June 4, 1992; May 26, 27 and 28, 1992).

Testimony of Daniel R. Fischel In Re: State of West Virginia v. Morgan Stanley & Co. Incorporated, in the Circuit Court of Kanawha County, State of West Virginia, Civil Action No. 89-C-3700 (April 27, 1992).

Affidavit of Daniel R. Fischel In Re: William Steiner, on behalf of himself and all others similarly situated v. Tektronix, Inc., et al., in the United States District Court, District Court of Oregon, Civil No. 90-587-JO (March 23, 1992).

Deposition of Daniel R. Fischel In Re: Martin Kaplan and Selma Kaplan, on Behalf of Themselves and All Others Similarly Situated v. VICORP Restaurants, Inc., Charles R. Frederickson, Robert S. Benson, Emerson B. Kendall, Robert T. Marto and Johyn C. Hoyt, United States District Court, District of Colorado, Civil Action No. 90-C-2182 (February 11, 1992).

Deposition of Daniel R. Fischel In Re: Interco Incorporated v. Wasserstein, Perella & Co., Inc., United States District Court, Eastern District of Missouri, Eastern Division, No. 91-0151-C- 6 (February 3, 1992 and December 12, 1991).

Statement of Daniel R. Fischel In Re: Far West Federal Bank, S.B., et al. v. Director, Office of Thrift Supervision, et al., United States District Court for the District of Oregon, Civil Action No. 90-103 PA (February 3, 1992).

Deposition of Daniel R. Fischel In Re: Capital Bank of California v. Morgan Stanley & Co., Incorporated, United States District Court, Central District of California, No. 91-1650-R (January 24, 1992).

Deposition of Daniel R. Fischel In Re: Trinity Ventures, et al. v. Federal Deposit Insurance Corporation, in its own capacity and as successor to the Federal Savings and Loan Insurance Corporation, United States District Court, for the District of Oregon, No. 90-103- PA (January 6, 1992).

Deposition of Daniel R. Fischel In Re: First Republicbank Securities Litigation, United States District Court, Northern District of Texas, Dallas Division, Civil Action No. 3-88-0641-H (January 2, and 3, 1992; November 26, 1991).

Deposition of Daniel R. Fischel In Re: State of West Virginia v. Morgan Stanley & Co. Incorporated; Salomon Brothers Inc.; and Goldman Sachs & Co., in the Circuit Court of Kanawha County, State of West Virginia, Civil Action No. 89-C-3700 (December 19 and 20, 1991).

Deposition of Daniel R. Fischel In Re: The Regina Company, Inc. Securities Litigation, United States District Court, District of New Jersey, Civil Action No. 88-4149 (HAA) (October 31, 1991).

Affidavit of Daniel R. Fischel In Re: Gillette Securities Litigation, United States District Court, District of Massachusetts, Civil Action No. 88-1858-K (October 7, 1991)

Deposition of Daniel R. Fischel In Re: Capital Maritime Corporation v. Amfels, Inc., Far East Levingston Shipbuilding Ltd., John B. Allison and Patrick A. McDermid, United States District Court for the Southern District of Texas Houston Division, C.A. No. H-90-3417 (September 12, 1991).

Deposition of Daniel R. Fischel In Re: Thomas J. Caldarone, Jr. v. Isidore Brown, et al., and John E. Washburn, et al. v. Isidore Brown, et al., United States District Court, Northern District of Illinois, Eastern Division, Docket Nos. 80 C 6251 and 81 C 1475 (August 28, 29, and 30, 1991).

Testimony of Daniel R. Fischel In Re: Apple Securities Litigation, United States District Court, Northern District of California, Northern Division, Docket No. C-84-20148 (May 20 and 21, 1991).

Testimony of Daniel R. Fischel In Re: The Stuart-James Co., Inc., et al. Litigation, United States of America before the Securities & Exchange Commission, in Denver, Colorado, Administrative Proceeding File No. 3-7164 (May 6, 1991).

Deposition of Daniel R. Fischel In Re: Jennie Farber on behalf of herself and all others similarly situated v. Public Service Company of New Mexico; Jerry D. Geist; John P. Bundrant and Albert J. Robison, United States District Court for the District of New Mexico, CIV 89-456 JB WWD (April 17 and 18, 1991).

Affidavit of Daniel R. Fischel In Re: Moise Katz, Frederick Rand, Elias Weissman, Richard D. Morgan, Marion R. Morgan and Mortimer Schulman v. Raymond A. Hay, United States District Court, Southern District of New York, No. 86 Civ. 5640 (JES) (March 29, 1991).

Deposition of Daniel R. Fischel In Re: Standard Chartered PLC., a United Kingdom corporation, et al. v. Price Waterhouse, a general partnership, Superior Court of the State of Arizona, in and for the County of Maricopa, CV 88-34414 (March 13 and 14, 1991).

Affidavit of Daniel R. Fischel In Re: United States of America v. AVX Corporation, and Commonwealth of Massachusetts v. AVX Corporation, United States District Court, District of Massachusetts, Civil Action Nos. 83-3882-Y and 83-3899-Y (January 29, 1991).

Deposition of Daniel R. Fischel In Re: Apple Computer Securities, United States District Court Northern District of California, San Jose Division, No. C-84-20148 (a) JW (December 13 and 14, 1990).

Deposition of Daniel R. Fischel In Re: Polycast Technology Corporation, and Uniroyal Plastics Acquisition Corp. v. Uniroyal, Inc., et al., United States District Court Southern District of New York, No. 87 Civ. 3297 (December 6, 1990 and November 28, 1990).

Deposition of Daniel R. Fischel In Re: Ellen Rudd, on behalf of herself and all others similarly situated, and Mayer Corporation on behalf of themselves, and all others similarly situated, and Louis Brandt, and Israel Baker, Jay R. Kuhne, Pininfarina Corp., and American Transfer Co., on behalf of themselves and all others similarly situated v. Kirk Kerkorian, et al., Superior Court of the State of California, County of Los Angeles, Nos. CA 000980, CA 000981, CA 001017, CA 620279 (June 21, 1990).

Testimony of Daniel R. Fischel In Re: City of San Jose v. Paine, Webber, Jackson & Curtis, Incorporated, et al., and related counter- and Third-Party Claims, United States District Court, Northern District, No. C-84-20601 RPA (May 23 and 24, 1990).

Deposition of Daniel R. Fischel In Re: City of San Jose v. Paine, Webber, Jackson & Curtis, Incorporated, et al., and related counter- and Third-Party Claims, United States District Court, Northern District, No. C-84-20601 RPA (May 22, 1990), No. RPA 84-20601 (November 16, 1989 and September 8, 1989).

Testimony of Daniel R. Fischel In Re: Kulicke and Soffa Industries, Inc. Securities Litigation, United States District Court for the Eastern District of Pennsylvania, No. 86-1656 (March 20 and 21, 1990).

Deposition of Daniel R. Fischel In Re: Kulicke and Soffa Industries, Inc. Securities Litigation, United States District Court for the Eastern District of Pennsylvania, No. 86-1656 (March 9, 1990; December 19 and 21, 1989).

Affidavit of Daniel R. Fischel In Re: Viacom International Inc. v. Carl C. Icahn, et al., v. Ralph M. Baruch, et al., United States District Court, Southern District of New York, No. 86 Civ. 4215 (RPP) (March 8, 1990).

Deposition of Daniel R. Fischel In Re: Technical Equities Coordination Litigation, Superior Court of the State of California for the County of Santa Clara, Master File No. 1991, Santa Clara County Superior No. 600306 (March 1, 1990).

Deposition of Daniel R. Fischel In Re: Amalgamated Clothing and Textile Workers Union, AFL- CIO, et al. v. David A. Murdock, et al., United States District court for the Central District of California, No. CV-86-6410 IH (February 8, 1990).

Deposition of Daniel R. Fischel In Re: Connecticut National Life Insurance Company, et al. v. Peter A. Sprecher and Laventhol & Horwath, United States District Court, Central District of California, No. CV 87-1945 WJR (Tx) (January 30, 1990).

Deposition of Daniel R. Fischel In Re: Consolidated Capital Securities Litigation, United States District Court, Northern District of California, No. C-85-7332 AJZ (January 22, 1990).

Declaration of Daniel R. Fischel In Re Plaintiffs' Damages in Re: Liquidity Fund, et al. v. Southmark Corporation, et al. in the Superior Court of the State of California for the County of San Mateo, No. 332435 (January 18, 1990).

Deposition of Daniel R. Fischel In Re: Norman Kamerman, Shirley Brown, Edward Rosen, Lexim Investors Corp., and Dohsa Anstalt, on behalf of themselves and all others similarly situated, and Barnett Stepak v. Saul Steinberg, Reliance Group Holdings, Inc., Reliance Group, Inc., Reliance Financial Services corp., and Reliance Insurance Company, United States District Court, Southern District of New York, No. 84 Civ. 4440 (September 13, 1989).

Affidavit of Daniel R. Fischel In Re: Edward A. Taylor, et al. v. A. O. Smith Corporation et al., Circuit Court for Lincoln County, Tennessee, No. 098-84 (August 11, 1989).

Deposition of Daniel R. Fischel In Re: Container Products Inc. v. Pace Industries, United States District Court, Southern District of New York, No. 88-CIV. 3549 (KMW) (July 19, 1989).

Deposition of Daniel R. Fischel In Re: Joseph B. Moorman, et al. v. Southmark Corporation, et al., Liquidity Fund, et al. v. Southmark Corporation, et al., Superior Court of the State of California for the County of San Mateo, Nos. 322135 and 332435 (July 11, 1989).

Testimony of Daniel R. Fischel In Re: Tessie Wolfson, et al. v. Frederick S. Hammer, and Meritor Financial Group, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8471 (June 20, 1989).

Deposition of Daniel R. Fischel In Re: Richard J. Heckmann, et al. v. C. L. Ahmanson, et al., and Consolidated Cases, Superior Court of the State of California for the County of Los Angeles, Nos. CA000851 and C642081 (June 8, 1989).

Deposition of Daniel R. Fischel In Re: Tessie Wolfson, et al. v. Frederick S. Hammer, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8472 (May 11, 1989).

Testimony of Daniel R. Fischel In Re: Tessie Wolfson, et al. v. Frederick S. Hammer, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8472 (April 13, 1989).

Deposition of Daniel R. Fischel In Re: National Union Fire Insurance Company of Pittsburgh, PA v. Wells Fargo Bank, N.A., District Court of Harris County, Texas, 125th Judicial District, No. 88-49246 (April 10 and 11, 1989).

Deposition of Daniel R. Fischel In Re: Susan Rothenberg, as Custodian for Stephen J. Rothenberg v. Charles E. Hurwitz, United Financial Corporation, United Savings Association of Texas, et al., United States District Court for the Southern District of Texas, Houston Division, Civil Action No. H-86-1435 (March 30, 1989).

Deposition of Daniel R. Fischel In Re: Jose Nodar, et al. v. William Weksel, Albert Bromberg, Henry B. Turner, IV, Frank L. Bryant, Leo Kuperschmid, Bennett S. Lebow, Ernst & Whinney and Oppenheimer & Co., Inc., United States District Court, Southern District of New York, No. 84 Civ. 3870 (VLB) and consolidation case No. 84 Civ. 5132 (VLB) (December 15 and 16, 1988).

Deposition of Daniel R. Fischel In Re: William Steiner, et al. v. Whittaker Corporation, et al., Superior Court of the State of California for the County of Los Angeles, No.CA000817 (December 7, 1988).

Deposition of Daniel R. Fischel In Re: Arnold I. Laven, et al. v. Western Union Corporation, et al., United States District Court for the District, Western District of Washington, MDL No. 551 (August 30 and 31, 1988).

Deposition of Daniel R. Fischel In Re: Washington Public Power Supply System Securities Litigation, United States District Court, Western District of Washington, MDL No. 551 (August 16 and 22, 1988).

Affidavit of Daniel R. Fischel In Re: District Business Conduct Committee for District No. 3 v. Blinder, Robinson & Company Inc., et al., National Association of Securities Dealers, Inc. National Business Conduct Committee, Complaint No. DEN-666 (July 21, 1988).

Deposition of Daniel R. Fischel In Re: Joseph Seidman, et al. v. Stauffer Chemical Company, et al, United States District Court for the District of Connecticut, No. B 84-543 (TFGD) (June 10, 1988 and May 5, 1987).

Deposition of Daniel R. Fischel In Re: Edlin Cattle Co., Inc., and James Edlin v. A. O. Smith Harvestore
    Products, Inc., et al., United States District Court for the Northern District of Texas, Amarillo Division,
    No. CA-2-86-0122 (May 12, 1988).

Deposition of Daniel R. Fischel In Re: MicroPro Securities Litigation, United States District Court for the
    Northern District of California, No. C-85-7428-EFL (A) (May 2, 1988).

Affidavit of Daniel R. Fischel In Re: Pizza Time Theatre Securities Litigation, United States District Court for the
    Northern District of California, Civil File No. 84-20048-(A)-RPA (March 25, 1988).

Affidavit of Daniel R. Fischel and Robert A. Sherwin In Re: First National Bank of Louisville v.
    Brooks Farms, and George C. Brooks, et al., Third-Party Plaintiffs v. A. O. Smith Corporation, et al.,
    Circuit Court for Maury County, Tennessee, No. 2058 (March 3, 1988).

Testimony of Daniel R. Fischel In Re: Nucorp Energy Securities Litigation, United States District Court for the
    Southern District of California, M.D.L. 514 (March 15, 16, 17, and 18, 1988).

Deposition of Daniel R. Fischel In Re: Nucorp Energy Securities Litigation, United States District Court for
    the Southern District of California, M.D.L. 514 (January 27, 1988).

Deposition of Daniel R Fischel In Re: Anheuser-Busch Companies, Inc. v. W. Paul Thayer, et al., United
    States District Court for the Northern District of Texas, Dallas Division, No. CA- 3-85-0794-R (January
    21, 1988; December 4, 1987; and November 5, 1987).

Testimony of Daniel R. Fischel In Re:  Securities and Exchange Commission v. First City Finance Corporation
    Ltd., and Marc Belzberg, United States District Court for the District of Columbia, Civil Action No. 86-
    2240 (December 18, 1987).

Testimony of Daniel R. Fischel In Re: The Irvine Company v. Athalie Irvine Smith and Athalie R. Clarke,
    Trustee, State of Michigan Circuit Court for the county of Oakland, Civil Action No. 8327011-CZ
    (December 14, 15, and 16, 1987).

Deposition of Daniel R. Fischel In Re: Securities and Exchange Commission v. First City Finance Corporation,
    Ltd. and Marc Belzberg, United States District Court for the District of Columbia, Civil Action No. 86-2240
    (December 11, 1987).

Affidavit of Daniel R. Fischel In Re: Gerald D. Broder and Constance D. Broder v. Alphonse H. Bellac and
    William B. Weinberger v. Combustion Equipment Associates, Inc., et al., and William B. Weinberger v.
    Coopers & Lybrand, United States District Court for the Southern District of New York, 80 CIV 6175 (CES)
    80 CIV 6839 (CES) 84 CIV 8217 (CES) (July 22,
    1987).

Deposition of Daniel R. Fischel In Re: The Irvine Company v. Athalie Irvine Smith and Athalie R. Clarke, Trustee,
    State of Michigan, Circuit Court for the County of Oakland, Civil Action No. 83270011-CZ (June 1, 1987).

Deposition of Daniel R. Fischel In Re: Fortune Systems Securities Litigation, United States District for the
    Northern District of California, Master File No. 83-3348A-WHO (May 7, 1987).

Deposition of Daniel R. Fischel In Re: Victor Technologies Securities Litigation, United States District Court
    for the Northern District of California, Master File No. C-83-3906(A)-RFP (FW) (January 8, 1987 and
    October 30, 1986).

Reply Declaration of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary
    Judgment In Re: Activision Securities Litigation, United States District Court for the Northern District of
    California, Master File No. C-83-4639(A)-MHP (October 27, 1986).

Testimony of Daniel R. Fischel In Re: NVHomes, L.P. v. Ryan Homes, Inc.; and Ryan Homes, Inc. v.
    NVHomes, L.P., et al., United States District Court for the Western District of Pennsylvania, Civil Action
    No. 86-2139 (October 24, 1986).

Supplemental Affidavit of Daniel R. Fischel In Re: NVHomes, L.P. v. Ryan Homes, Inc.; and Ryan Homes, Inc.
    v. NVHomes, L.P. and NVAcquisition L.P., et al., United States District Court the Western District of
    Pennsylvania, Civil Action No. 86-2139 (October 24, 1986).

Affidavit of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment In Re: Activision Securities Litigation, United States District Court for the Northern District of California, Master File No. C-86-2139 (October 20, 1986).

Declaration of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment In Re: Activision Securities Litigation, United States District Court for the Northern District of California, Master File No. C-83-4639(A)-MHP (October 2, 1986).

Affidavit in Support of Defendants Motion for Summary Judgment In Re: MCorp Securities Litigation, United States Court for the Southern District of Texas, Civil Action No. H-85- 5894 (September 25, 1986).

Deposition of Daniel R. Fischel In Re: Activision Securities Litigation, United States District Court for the Northern District of California, No. C 83 4639 (August 18 and 19, 1986).

Deposition of Daniel R. Fischel In Re: John Mancino v. James A. McMaghan, et al., United States District Court for the Northern District of California, Civil No. C-84-0407-TEH (August 14, 1986).

Testimony of Daniel R. Fischel In Re: Charles W. Leigh, et al. and George Johnson, et al. v. Clyde William Engle, et al., United States District Court for the Northern District of Illinois, Eastern Division, Case No. 78 C 3799 (August 1, 1986).

Reply Affidavit of Daniel R. Fischel In Re: The Amalgamated Sugar Company v. NL Industries, United States District Court for the Southern District of New York, 86 Civ. 5010 (VLB) (July 28, 1986).

Affidavit of Daniel R. Fischel In Re: The Amalgamated Sugar Company v. NL Industries, United States District Court for the Southern District of New York, 86 Civ. 5010 (VLB) (July 18, 1986).

Deposition of Daniel R. Fischel In Re: Charles W. Leigh, et al. and George Johnson, et al. v. Clyde William Engle, et al., United States District Court for the Northern District of Illinois, Eastern Division, Case No. 78 C 3799 (July 1, 1986).

Deposition of Daniel R. Fischel In Re: Seafirst Corporation v. William M. Jenkins, et al.; and Seafirst Corporation v. John R. Boyd, et al., United States District Court for the Western District of Washington at Seattle, Case No. C83-771R (February 27, 1986).

Deposition of Daniel R. Fischel In Re: Kreindler v. Sambo's Restaurants, Inc., United States District Court for the Southern District of New York, Case No. 79 Civ. 4538 (December 17, 1985).

Affidavit of Daniel R. Fischel In Re: United States of America v. S. Richmond Dole and Clark J. Matthews II (March 19, 1985).

Deposition of Daniel R. Fischel In Re: Craig T. McFarland, et al. v. Memorex Corporation, United States District Court for the Northern District of California, No. C 79-2926-WAI, C 79-2007-WAI, C 79-241-WAI (February 26, 1985; January 29 and 30, 1985).

Testimony of Daniel R. Fischel In Re: Robert J. Lawrence v. Grumman Corp. Pension Plan, et al., United States District Court for the Eastern District of New York, No. CV-81-3530 (December 19, 1983).

Testimony of Daniel R. Fishel In Re: Telvest, Inc. v. Junie L. Bradshaw, et al. and American Furniture Company, United States District Court, for the Eastern District of Virginia Richmond Division, No. CA-79-0722-R (December 4, 1981).

## **OTHER ACTIVITIES**

Member, American Economic Association, American Finance Association.

Former Member of the Board of Overseers of the Becker-Friedman Institute at the University of Chicago.

Former Advisor to the Harvard Program on Corporate Governance at Harvard University. Former

Member, Board of Directors, Center for the Study of the Economy and the State. Former Member, Mid-

America Institute Task Force on Stock Market Collapse.

Have acted as a consultant and/or advisor to the New York Stock Exchange, the National Association of Securities Dealers, the Chicago Board of Trade, the Chicago Board Options Exchange, the Chicago Mercantile Exchange, the New York Mercantile Exchange, the Federal Trade Commission, the Department of Labor, the Securities and Exchange Commission, the Canadian Securities and Exchange Commission, the United States Department of Justice, the Federal Deposit Insurance Corporation, the Resolution Trust Corporation, the Federal Housing Finance Agency, and the Office of Thrift Supervision.

Referee, Journal of Financial Economics, Journal of Law and Economics, Journal of Legal Studies.

Participant and speaker at multiple conferences on the Economics of Corporate, Securities and Commodities Law and the Regulation of Financial Markets.

Former Chairman, American Association of Law Schools' Section on Law and Economics.

## Appendix B: Materials Relied Upon

### Court Documents

Class Action Consolidated Complaint for Violations of the Federal Securities Laws, *In re Tesla, Inc. Securities Litigation*, Case No. 18-cv-04865-EMC, January 16, 2019

Order Denying Plaintiff's Motion to Convert or Alternatively, to Strike; Granting Defendants' Request for Judicial Notice; and Denying Defendants' Motion to Dismiss, *In re Tesla, Inc. Securities Litigation*, April 15, 2020

Stipulation and Order for Class Certification, *In re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC, November 25, 2020

### Expert Reports

Expert Report of Michael L. Hartzmark, Ph.D., September 22, 2020

### Securities and Exchange Commission Filings

Tesla Motors, Inc. Prospectus, June 28, 2010

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, June 13, 2011

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, June 13, 2011

Tesla Motors, Inc. Form 4 for Kimbal Musk, June 13, 2011

Tesla Motors, Inc. Form 4 for Brad W. Buss, June 8, 2012

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, June 8, 2012

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, June 8, 2012

Tesla Motors, Inc. Form 4 for Kimbal Musk, June 8, 2012

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, December 10, 2012

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, March 15, 2013

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, August 28, 2013

Tesla Motors, Inc. Form 4 for Kimbal Musk, August 5, 2014

Tesla Motors, Inc. Form 4 for Robyn M. Denholm, August 18, 2014

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, September 2, 2014

Tesla Motors, Inc. Form 4 for Kimbal Musk, May 1, 2015

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, June 12, 2015

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, June 12, 2015

Tesla Motors, Inc. Form 4 for Brad W. Buss, June 18, 2015

Tesla Motors, Inc. Form 4 for Robyn M. Denholm, June 18, 2015

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, June 18, 2015

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, June 18, 2015

Tesla Motors, Inc. Form 4 for Kimbal Musk, June 18, 2015

Tesla Motors, Inc. Form 4 for Kimbal Musk, August 3, 2015

Tesla Motors, Inc. Form 4 for Ira M. Ehrenpreis, August 18, 2015

Tesla Motors, Inc. Form 4 for Kimbal Musk, November 2, 2015

Tesla Motors, Inc. Form 4 for Kimbal Musk, December 4, 2015

Tesla Motors, Inc. Form 4 for Kimbal Musk, March 18, 2016

Tesla Motors, Inc. Form 4 for Kimbal Musk, May 2, 2016

Tesla Motors, Inc. Form 4 for Kimbal Musk, November 1, 2016

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, November 21, 2016

Tesla Motors, Inc. Form 4 for Kimbal Musk, January 3, 2017

Tesla Motors, Inc. Form 4 for Antonio J. Gracias, January 25, 2017

Tesla Motors, Inc. Form 4 for Robyn M. Denholm, August 18, 2017

Tesla, Inc. Form 4 for Kimbal Musk, February 1, 2017

Tesla, Inc. Form 4 for Antonio J. Gracias, February 6, 2017

Tesla, Inc. Form 4 for Antonio J. Gracias, February 24, 2017

Tesla, Inc. Form 4 for Kimbal Musk, February 1, 2017

Tesla, Inc. Form 4 for Kimbal Musk, March 1, 2017

Tesla, Inc. Form 4 for Kimbal Musk, April 3, 2017

Tesla, Inc. Form 4 for Kimbal Musk, May 1, 2017

Tesla, Inc. Form 4A for Kimbal Musk, May 1, 2017

Tesla, Inc. Form 4 for Robyn M. Denholm, May 8, 2017

Tesla, Inc. Form 4 for Kimbal Musk, June 1, 2017

Tesla, Inc. Form 4 for Kimbal Musk, July 3, 2017

Tesla, Inc. Form 3 for James R. Murdoch, July 17, 2017

Tesla, Inc. Form 4 for James R. Murdoch, July 17, 2017

Tesla, Inc. Form 3 for Linda Johnson Rice, July 17, 2017

Tesla, Inc. Form 4 for Linda Johnson Rice, July 17, 2017

Tesla, Inc. Form 4 for Brad W. Buss, July 24, 2017

Tesla, Inc. Form 10-K, for the fiscal year ended December 31, 2017

Tesla, Inc. Form 4 for Kimbal Musk, January 2, 2018

Tesla, Inc. Form 4 for Kimbal Musk, April 5, 2018

Tesla, Inc. Schedule 14A Proxy Statement, April 26, 2018

Tesla, Inc. Form 4 for Brad W. Buss, May 7, 2018

Tesla, Inc. Form 4 for Antonio J. Gracias, May 7, 2018

Tesla, Inc. Form 4 for Ira M. Ehrenpreis, June 12, 2018

Tesla, Inc. Form 4 for Antonio J. Gracias, June 12, 2018

Tesla, Inc. Form 4 for Elon Musk, June 12, 2018

Tesla, Inc. Form 4 for James R. Murdoch, June 14, 2018

Tesla, Inc. Form 4 for Linda Johnson Rice, June 14, 2018

Tesla, Inc. Form 4 for Brad W. Buss, June 18, 2018

Tesla, Inc. Form 4 for Robyn M. Denholm, June 18, 2018

Tesla, Inc. Form 4 for Ira M. Ehrenpreis, June 18, 2018

Tesla, Inc. Form 4 for Antonio J. Gracias, June 18, 2018

Tesla, Inc. Form 4 for Kimbal Musk, July 2, 2018

Tesla, Inc. Form 4 for Kimbal Musk, October 1, 2018

Tesla, Inc. Form 4 for James R. Murdoch, October 5, 2018

Tesla, Inc. Form 4 for Elon Musk, October 29, 2018

Tesla, Inc. Form 4 for Antonio J. Gracias, December 20, 2018

Tesla, Inc. Schedule 14A Proxy Statement, April 30, 2019

Tesla, Inc. Form 4 for Ira M. Ehrenpreis, June 10, 2019

Tesla, Inc. Form 10-K, for the fiscal year ended December 31, 2020


**Analyst Reports**

S3 Analytics, "Tesla Shorts Down $340 million Pre-Earnings Release," February 7, 2018

John Murphy, Aileen Smith, and Yarden Amsalem, "Shorts may be burned for now … but buyer beware," Bank of America Merrill Lynch, August 7, 2018

David Whiston, "Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price," Morningstar, August 7, 2018

Joseph Spak, George Clark, and Joseph Heidt, "On Tesla $420," RBC Capital Markets, August 7, 2018

Ben Kallo and David Katter, "$420 Not High Enough, Expect Shares to Trade Above Marker," Baird, August 8, 2018

George Galliers and Chris McNally, "A Private Life is a Happy Life," Evercore ISI, August 8, 2018

Adam Jonas, Armintas Sinkevicius, and Carmen Hundley, "Elon Musk May Want Tesla Private: We Question the Feasibility of a Potential Transaction," Morgan Stanley, August 8, 2018

Rajvindra S. Gill and Y. Edwin Mok, "Can Tesla Raise the Cash to Take It Private?  Possibly," Needham, August 8, 2018

Brian A. Johnson and Steven Hempel, "Time for even 'blue pillers' to cash out?" Barclays, August 14, 2018

David Whiston, "Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain," Morningstar, August 14, 2018

Arndt Ellinghorst, George Galliers, Chris McNally, and Max Yoward, "EvrISI Autos Pitstop: High-speed networking / TSLA trip / NA Trucks / LDN mobility cap / On-car advertising," Evercore ISI, August 17, 2018


**Academic Literature, Regulatory, and Practitioner Publications**

Richard A. Brealey, Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 13th edition 2019.

Adam V. Reed, "Short Selling," *Annual Review of Financial Economics* 2013, 5: 245-258.

Albert Sheen, "Do Public and Private Firms Behave Differently? An Examination of Investment in the Chemical Industry," *Journal of Financial and Quantitative Analysis* 2020, 55: 2530-2554.

**News Articles and Press Releases**

"IMS Health to be Acquired by TPG and CPP Investment Board ; IMS Shareholders to Receive $22 per Share in Cash; Transaction Valued at $5.2 Billion," *Business Wire*, November 5, 2009

"Elliott Offers to Acquire Novell; Offer Price Represents a 49% Premium to Enterprise Value, 115% Premium to 'Unaffected' Enterprise Value, 20% Premium over Latest Closing Price," *PR Newswire*, March 2, 2010

"Interactive Data Announces Agreement to be Acquired by Silver Lake and Warburg Pincus in a Transaction Valued at $3.4 Billion; Interactive Data Stockholders to Receive $33.86 Per Share in Cash," *Business Wire*, May 4, 2010"

"NBTY Agrees to Be Acquired by the Carlyle Group for $55.00 Per Share in Cash; Transaction Valued at $3.8 Billion; NBTY is a Leading Nutritional Supplement Company," *PR Newswire*, July 15, 2010"

"UPDATE 7-GM to buy AmeriCredit for $3.5 bln, key for IPO," *Reuters*, July 22, 2010

"Pactiv Agrees to Be Acquired by Reynolds Group Holdings Limited; Pactiv Shareholders to Receive $33.25 Per Share; Transaction Valued at Approximately $6 Billion," *Business Wire*, August 17, 2010

"Burger King Holdings, Inc. to Be Acquired by 3G Capital; Shareholders to Receive $24.00 in Cash Per Share Transaction Valued at $4.0 Billion," *Business Wire*, September 2, 2010

"The Gymboree Corporation to Be Acquired By Bain Capital; Shareholders to Receive $65.40 in Cash Per Share; Transaction Valued at $1.8 Billion," *PR Newswire*, October 11, 2010

"CORRECTING AND REPLACING:/CommScope Enters Into Merger Agreement With The Carlyle Group," *Business Wire*, October 27, 2010

"The Carlyle Group to Buy Syniverse Technologies for $31 Per Share in $2.6 Billion Transaction," *Business Wire*, October 28, 2010

"DJ Novell Agrees To Be Acquired By Attachmate Corporation For $6.10 Per Share In Cash >NOVL," *Dow Jones Institutional News*, November 22, 2010

"TPG Capital and Leonard Green & Partners to Acquire J. Crew Group, Inc. for $43.50 Per Share in Cash; Millard Drexler Will Remain as Chairman and CEO and Significant Shareholder; Transaction Valued at $3.0 Billion," *PR Newswire*, November 23, 2010

"UPDATE 4-KKR-led group to buy Del Monte for $4 bln," Reuters, November 25, 2010

"Jo-Ann Stores to Be Acquired by Leonard Green & Partners, L.P. for $61.00 Per Share in Cash," *Business Wire*, December 23, 2010

"Clayton, Dubilier & Rice to Acquire Emergency Medical Services Corporation for $3.2 Billion," *Business Wire*, February 14, 2011

"Family Dollar Confirms Receipt of Unsolicited Conditional Proposal from Trian Group," *PR Newswire*, February 15, 2011

"Lawson Software, Inc. Confirms Receipt of Unsolicited Proposal from Infor and Golden Gate Capital," *Business Wire*, March 11, 2011

"SRA to be acquired by Providence Equity Partners for $31.25 per share," *Business Wire*, April 1, 2011

"THL makes about two times Warner investment-source," *Reuters*, May 6, 2011

"BJ's Wholesale Club Announces Definitive Agreement to Be Acquired by Leonard Green & Partners and CVC for $51.25 Per Share in Cash," *Business Wire*, June 29, 2011

"Blackboard to be Acquired by Providence Equity Partners for $45.00 Per Share in Cash or $1.64 Billion; - Transaction Represents 21% Premium to Company's 'Unaffected' Stock Price; - Blackboard to become a privately held company," *PR Newswire*, July 1, 2011

"UPDATE 3-TPG to take Immucor private for about $2 bln," *Reuters*, July 5, 2011

"Apax Partners, CPPIB and PSP Investments to Acquire Kinetic Concepts, Inc. for $68.50 per Share," *PR Newswire*, July 13, 2011

"Emdeon to be Acquired by Blackstone," *PR Newswire*, August 4, 2011

"Nationwide Insurance and Harleysville Insurance Agree to Combine," *Business Wire*, September 29, 2011

"PPD to be Acquired by The Carlyle Group and Hellman & Friedman," *Business Wire*, October 3, 2011

"UPDATE 4-Blue Coat to go private for $1.1 bln," *Reuters*, December 9, 2011

"UPDATE 3-Zayo Group to take AboveNet private for $2.2 bln," *Reuters*, March 19, 2012

"Collective Brands to be acquired for about $1.32 bln," *Reuters*, May 1, 2012

"P.F. Chang's to Be Acquired by Centerbridge Partners," *Business Wire*, May 1, 2012

"Par Pharmaceutical Companies Enters Into Definitive Agreement To Be Acquired By TPG," *PR Newswire*, July 16, 2012

"UPDATE 4-Best Buy founder proposes taking retailer private," *Reuters*, August 6, 2012

"Ancestry.com agrees to $1.6 bln buyout – WSJ," *Reuters*, October 22, 2012

"UPDATE 1-Privately held RedPrairie to buy JDA Software for $1.9 bln," *Reuters*, November 1, 2012

6

"Elliott Offers To Acquire Compuware For $11.00 Per Share In Cash," *PR Newswire*, December 17, 2012

"H.J. Heinz Company Enters Into Agreement to Be Acquired by Berkshire Hathaway and 3G Capital," *Business Wire*, February 14, 2013

"Gardner Denver Enters Into Definitive Agreement To Be Acquired By KKR Enters into Definitive Agreement to be Acquired By," *Business Wire*, March 8, 2013

"NFP to be Acquired by Madison Dearborn Partners for $25.35 per Share in Cash," *PR Newswire*, April 15, 2013

"UPDATE 1-Georgia-Pacific to buy Buckeye Technologies for $1.5 bln," *Reuters*, April 24, 2013

"BMC Software Signs Definitive Agreement to be Acquired for $46.25 per Share in Cash," *Business Wire*, May 6, 2013

"UPDATE 5-China's appetite for pork spurs $4.7 bln Smithfield buy," *Reuters*, May 29, 2013

"Molex Incorporated Agrees to Be Acquired by Koch Industries, Inc. for $38.50 Per Share in Cash," *Business Wire*, September 9, 2013

"CORRECTED-BRIEF-Harland Clarke to acquire Valassis for $34.04 per share in cash," *Reuters*, December 18, 2013

"The Jones Group Announces Agreement To Be Acquired By Sycamore Partners For $15.00 Per Share In Cash," *PR Newswire*, December 19, 2013

"UPDATE 5-Japan's Suntory to buy U.S. spirits maker Beam for $13.6 bln cash," *Reuters*, January 13, 2014

"Koch Industries to buy propylene producer PetroLogistics for $2.1 bln," *Reuters*, May 28, 2014

"Omnivision Announces Receipt of Non-Binding Acquisition Proposal," *PR Newswire*, August 14, 2014

"Compuware Corporation to be Acquired by Thoma Bravo," *Business Wire*, September 2, 2014

"Vista Equity to buy Tibco Software for $4.3 bln," *Reuters*, September 29, 2014

"Macquarie-led group to buy Louisiana utility Cleco Corp," *Reuters*, October 20, 2014

"Consortium led by BC Partners to Acquire PetSmart for $83.00 per Share in Cash," *Business Wire*, December 14, 2014

"Life Time Fitness Enters Into Definitive Agreement to Be Acquired by Affiliates of Leonard Green & Partners and TPG," *Business Wire*, March 16, 2015

"Informatica to be taken private by Permira Advisers and CPPIB," *Reuters*, April 7, 2015

"Blackstone to buy Excel Trust for about $2 bln," *Reuters*, April 10, 2015

"OM Group, Inc. Agrees To Be Acquired By Apollo Affiliated Funds In Partnership With Platform Specialty Products Corporation For $34.00 Per Share In An All Cash Transaction," *PR Newswire*, June 1, 2015

"Cox Automotive (TM) to Invest in Customers and Auto Industry with $4 Billion Acquisition of Dealertrack(R)," *Business Wire*, June 15, 2015

"Home Properties Enters Into Definitive Agreement to be Acquired by Lone Star Funds," *PR Newswire*, June 22, 2015

"Meiji Yasuda Life Insurance Company to Acquire StanCorp Financial Group," *Business Wire*, July 23, 2015

"Sumitomo Life Insurance Company to Acquire Symetra Financial Corp," *Business Wire*, August 11, 2015

"Strategic Hotels& Resorts Enters into a Definitive Agreement to be Acquired by Blackstone for $14.25 per Share," *PR Newswire*, September 8, 2015

"Vista Equity agrees to $6.5 billion deal for Solera," *Reuters*, September 13, 2015

"CORRECTED-BRIEF-Altice in talks to buy Cablevision for about $17.7 billion - CNBC, citing sources," *Reuters*, September 16, 2015

"BioMed Realty Enters Into Definitive Agreement To Be Acquired By Blackstone For $23.75 Per Share In $8 Billion Transaction," *PR Newswire*, October 8, 2015

"SolarWinds to be taken private in $4.5 bln deal," *Reuters*, October 21, 2015

"Pamplona Capital Management to Acquire MedAssets," *Business Wire*, November 2, 2015

"Anbang Insurance Group to acquire Fidelity & Guaranty Life," *PR Newswire*, November 9, 2015

"Keurig Green Mountain to be Acquired by JAB Holding Company-Led Investor Group for $92 Per Share in Cash," *Business Wire*, December 7, 2015

"Inland Real Estate Corporation Enters into Definitive Agreement to be Acquired by Funds Managed by DRA Advisors LLC," *Business Wire*, December 15, 2015

"Apollo Education Group, Inc. to Be Taken Private in $1.1 Billion Transaction," *Business Wire*, February 8, 2016

"Apollo Global to buy security services provider ADT Corp to buy security services provider," *Reuters*, February 16, 2016

"Tesla's take-off could speed Saudi shift away from oil," *Business Spectator*, April 4, 2016

"BRIEF-Libin Sun and affiliates propose to buyout Integrated Device Technology for $32/shr in cash," *Reuters*, April 12, 2016

"Cvent Enters into Definitive Agreement to be Acquired by Vista Equity Partners for $1.65 Billion," *Business Wire*, April 18, 2016

"Lexmark agrees to be acquired by Apex Technology and PAG Asia Capital," *PR Newswire*, April 19, 2016

"An Oil Kingdom Plans to Wean Itself from Oil," *The Wall Street Journal*, April 26, 2016

"BRIEF-Examworks to be acquired by Leonard Green & Partners for $35.05/shr in cash," *Reuters*, April 27, 2016

"A Promising New Path for Saudi Arabia," *The New York Times*, April 28, 2016

"Krispy Kreme to be Acquired by JAB Beech for $21 Per Share in Cash," *Business Wire*, May 9, 2016

"Marketo Enters into Definitive Agreement to be Acquired by Vista Equity Partners for $1.79 Billion," *PR Newswire*, May 31, 2016

"Uber raises $3.5 billion from Saudi Arabia's sovereign wealth fund," *Reuters*, June 1, 2016

"BRIEF-Qlik to be bought by Thoma Bravo for $30.50/share," *Reuters*, June 2, 2016

"Uber cranks up ride-hailing battle with $3.5bn Saudi investment," *Financial Times*, June 2, 2016

"Talen Energy to be Acquired by Riverstone," *PR Newswire*, June 3, 2016

"Diamond Resorts International, Inc. Enters into Definitive Merger Agreement to Be Acquired by Affiliates of Certain Funds Managed by Affiliates of Apollo Global Management for $30.25 Per Share in Cash," *Business Wire*, June 29, 2016

"TIAA to acquire EverBank for about $2.5 bln," *Reuters*, August 8, 2016

"BRIEF-Press Ganey agrees to be acquired by EQT," *Reuters*, August 9, 2016

"BRIEF-Rackspace enters into a $4.3 bln transaction to become a private company through an acquisition," *Reuters*, August 26, 2016

"BRIEF-Interactive Intelligence says Genesys to acquire co for about $1.4 bln," *Reuters*, August 31, 2016

"Vista Equity to acquire Infoblox for $1.6 billion-source," *Reuters*, September 19, 2016

"Legendary Outdoor Brands Bass Pro Shops and Cabela's to Combine," *Business Wire*, October 3, 2016

"Saudi Deputy Crown Prince Wants To Be One Of The World's Biggest Tech Investors," *Forbes*, October 13, 2016

"SoftBank and the Saudis make a big bet on tech; A $100bn new venture capital fund risks flooding the market," *Financial Times*, October 15, 2016

"China Oceanwide To Acquire Genworth Financial," *PR Newswire*, October 23, 2016

"Blackstone to Acquire Team Health for About $3.2 Billion," *Dow Jones Newswires*, October 31, 2016

"Lattice Semiconductor to be Acquired by Canyon Bridge Capital Partners, Inc. for $1.3 Billion," *Business Wire*, November 3, 2016

"Dubai businessman Alabbar, Saudi SWF launch $1 billion e-commerce platform," *Reuters*, November 13, 2016

"UPDATE 1 - Saudi fund to invest in owner of Kuwait food firm Americana," *Reuters*, November 28, 2016

"Neustar to Be Acquired for $33.50 Per Share in Cash by Group Led by Golden Gate Capital," *Business Wire*, December 14, 2016

"Mars, Incorporated to Acquire VCA Inc.," *PR Newswire*, January 9, 2017

"Air Methods Enters into Definitive Agreement to Be Acquired by American Securities for $43.00 Per Share in Cash," *Business Wire*, March 14, 2017

"Panera Bread and JAB Announce Definitive Merger Agreement," *PR Newswire*, April 5, 2017

"New Mountain Capital's Avantor to buy lab supplies company VWR," *Reuters*, May 5, 2017

"BRIEF-West Corporation to be acquired by certain funds affiliated with Apollo Global Management for $23.50 per share in cash," *Reuters*, May 9, 2017

"Blackstone, Saudi's PIF plan $40 billion infrastructure investment fund," *Reuters*, May 20, 2017

"Saudis' $20 Billion Wager With Blackstone Marks Record Bet on U.S. Public Works; Trump's infrastructure push cited by Saudis making huge commitment toward Blackstone's $40 billion goal," *The Wall Street Journal*, May 20, 2017

"Pamplona Capital Management nears deal to buy Parexel – WSJ," *Reuters*, June 20, 2017

"Staples, Inc. Enters into Definitive Agreement to be Acquired by Sycamore Partners for $10.25 Per Share in Cash, or Approximately $6.9 Billion," *Business Wire*, June 28, 2017

"Canada Pension Plan Investment Board Announces Definitive Agreement to Acquire Parkway, Inc.," *PR Newswire*, June 30, 2017

"Bankrate to Be Acquired by Red Ventures for $14.00 per Share," *PR Newswire*, July 3, 2017

"Monogram To Be Acquired For $12.00 Per Share In Cash By Greystar Led Fund," *PR Newswire*, July 4, 2017

"BRIEF-Clubcorp to be acquired by Apollo Global affiliated investment funds for transaction valued at $1.1 bln," *Reuters*, July 9, 2017

"WebMD To Be Acquired By KKR's Internet Brands," *PR Newswire*, July 24, 2017

"Calpine Agrees to be Acquired by Investor Consortium Led by Energy Capital Partners," *Business Wire*, August 18, 2017

"Saudi Arabia finalizes seven deals with Russia worth $1 bln," *Al Arabiya*, October 1, 2017

"Elon Musk Versus the Haters," *Institutional Investor*, October 2, 2017

"Gigamon Enters into Definitive Agreement to be Acquired by Elliott Management," *PR Newswire*, October 26, 2017

"Saudi fund agrees plan to invest in Virgin space ventures-SPA," *Reuters*, October 26, 2017

"Elon Musk:  The architect of tomorrow," *Rolling Stone*, November 15, 2017

"Barracuda Agrees To Be Acquired By Thoma Bravo For $1.6 Billion," *PR Newswire*, November 27, 2017

"Arby's Restaurant Group, Inc. and Buffalo Wild Wings, Inc. Announce Definitive Merger Agreement," *Business Wire*, November 28, 2017

"Jim Chanos:  We think Tesla is worth zero," *CNBC*, December 14, 2017

"Stone Point Capital Partners with CEO of AmTrust Financial and Karfunkel Family to Jointly Propose Acquiring All Shares of AmTrust Financial Common Stock Not Controlled by Family for $12.25 Per Share in Cash," *Business Wire*, January 9, 2018

"Silver Lake, P2 Capital to acquire Blackhawk in $3.5 bln deal," *Reuters*, January 16, 2018

"SAP to Acquire Callidus Software Inc., Will Offer Comprehensive 'Front Office' Suite," *PR Newswire*, January 29, 2018

"Ply Gem Holdings, Inc. Enters into a Definitive Agreement to be Acquired by Clayton, Dubilier & Rice (CD&R)," *Business Wire*, January 31, 2018

"Accor seals sale of majority stake in real estate arm," *Financial Times*, February 27, 2018

"Saudi Public Investment Fund Acquires Minority Stake in Penske Media Corp," *MarketLine*, February 28, 2018

"Magic Leap confirms $400m investment from Saudi wealth fund," *Financial Times*, March 7, 2018

"Saudi Arabia Sovereign Wealth Fund Moving to Buy Up to $400 Million Stake in Endeavor PLC -- Saudi Officials," *Dow Jones Institutional News*, March 16, 2018

"Saudi Arabia economy: Quick View - Crown prince meets with US business leaders," *The Economist*, April 6, 2018

"Verifone to be taken private in $3.4 bln deal," *Reuters*, April 9, 2018

"BRIEF-Analogic To Be Acquired By Affiliate Of Altaris Capital Partners For $1.1 Bln In Cash," *Reuters*, April 10, 2018

"Financial Engines Announces Agreement to Be Acquired by Hellman & Friedman for $45.00 Per Share in Cash," *Business Wire*, April 30, 2018

"Gramercy Property Trust Enters into Definitive Agreement to be Acquired by Blackstone for $27.50 per Share in a $7.6 billion Transaction," *Business Wire*, May 7, 2018

"PRESS DIGEST -Wall Street Journal - June 11," *Reuters*, June 11, 2018

"Veritas Capital-backed Verscend to Acquire Cotiviti for $4.9 Billion," *Business Wire*, June 19, 2018

"Siris Capital unit to buy Web.com for $2 bln," *Reuters*, June 21, 2018

"Diamond Resorts International, Inc. Enters into Definitive Merger Agreement to Be Acquired by Affiliates of Certain Funds Managed by Affiliates of Apollo Global Management for $30.25 Per Share in Cash," *Reuters*, June 25, 2018

"LifePoint Health to Merge with RCCH HealthCare Partners," *Business Wire*, July 23, 2018

"Elon Musk declares plan to take Tesla private," *Financial Times*, August 7, 2018

"Saudi Arabia's sovereign fund builds $2b Tesla stake," *Financial Times*, August 7, 2018

"Tesla's Elon Musk Had a Deal From the S.E.C.  It Fell Apart in a Morning." *The New York Times*, September 28, 2018

**Other**

Kingdom of Saudi Arabia, Vision 2030, April 25, 2016

Tesla, Inc. NasdaqGS: TSLA FQ2 2018 Earnings Call Transcripts, Wednesday, August 1, 2018

**Websites**

https://twitter.com/elonmusk/status/1026872652290379776?lang=en

https://twitter.com/elonmusk/status/1026892550337122304?lang=en

https://twitter.com/elonmusk/status/1026907699760390146?lang=en

https://twitter.com/elonmusk/status/1026914941004001280?lang=en

https://twitter.com/elonmusk/status/1026894228541071360?lang=en

https://twitter.com/elonmusk/status/1026906046839672832?lang=en

https://www.tesla.com/blog/staying-public

https://www.tesla.com/blog/taking-tesla-private

https://www.tesla.com/blog/update-taking-tesla-private

**<u>Data Sources</u>**

Bloomberg L.P.

Calculated (or Derived) based on data from U.S. Stock and Index Database © 2021 Center for Research in Security Prices (CRSP), The University of Chicago Booth School of Business ("CRSP")

Factset

S&P Capital IQ

**<u>Any other materials cited in the report</u>**

**Exhibit 1**
**Tesla and International Stocks**
**Short Interest Summary Statistics**
**August 6, 2018**

|  | Short Interest (in USD Millions) | Short Interest as a % of Public Float |
|---|---|---|
| Tesla, Inc. | $11,874.9 | 25.6% |
| *All Companies Summary Statistics* |  |  |
| Minimum | $0.0 | 0.0% |
| 25th Percentile | $0.0 | 0.3% |
| Median | $1.2 | 2.1% |
| Mean | $110.7 | 5.1% |
| 75th Percentile | $45.9 | 6.2% |
| Maximum | $23,890.9 | 259.6% |
| Total Number of Observations | 8,325 | 5,369 |

Notes:

1. Sample includes all companies available from the S&P Capital IQ database as of August 6, 2018 that meet the following criteria:

    a) shares outstanding and stock price in USD as of August 6, 2018 greater than zero AND

    b) sufficient data to estimate Short Interest as a % of Public Float or Short Interest (in USD Millions) as of August 6, 2018.

2. S&P Capital IQ calculates the Public Float by subtracting strategic owners and insiders from the total shares outstanding.

Source: S&P Capital IQ.

1

**Exhibit 2**
**Examples of International Investments of the Public Investment Fund**
**April 2016 - July 2018**

| | Date | Company/Project Name | Amount ($MM) | Company/Project Description |
|---|---|---|---|---|
| [1] | 6/2016 | Uber | $3,500 | Ride-hailing service based in the U.S. |
| [2] | 10/2016 | Technology fund | $45,000 | Launch technology fund sized at $100bn, based in London in partnership with Softbank |
| [3] | 11/2016 | Noon | $500 | Launch a $1 billion Middle Eastern-focused e-commerce platform together with businessman Mohamed Alabbar |
| [4] | 11/2016 | Adeptio | N/A | Purchase 50% stake. Company controls the Americana, which owns Middle East franchises for fast food chains KFC and Pizza Hut and also produces branded consumer foods |
| [5] | 5/2017 | Infrastructure fund | $20,000 | Launch infrastructure investment fund with Blackstone, primarily U.S. focused |
| [6] | 10/2017 | Projects in Russia | $1,000 | Includes more than seven investments in Russia across a number of sectors including infrastructure and petrochemicals |
| [7] | 10/2017 | Virgin Group | $1,000 | Invest in Virgin Galactic, The Spaceship Company, and Virgin Orbit |
| [8] | 2/2018 | AccorInvest | N/A | French hotelier. Joint investment with group of international investors for total of €4.4bn. |
| [9] | 2/2018 | Penske Media Corp | $200 | U.S.-based company engaged in digital media, publishing, and information services |
| [10] | 3/2018 | Endeavor | $400 | Talent agency |
| [11] | 3/2018 | Magic Leap | $400 | Produces augmented reality headsets, based in Florida |

**Sources:**
[1] "Uber raises $3.5 billion from Saudi Arabia's sovereign wealth fund," *Reuters* , June 1, 2016.

[2] "SoftBank and the Saudis make a big bet on tech; A $100bn new venture capital fund risks flooding the market," *Financial Times* , October 15, 2016.

[3] "Dubai businessman Alabbar, Saudi SWF launch $1 billion e-commerce platform," *Reuters* , November 13, 2016.

[4] "UPDATE 1 - Saudi fund to invest in owner of Kuwait food firm Americana," *Reuters* , November 28, 2016.

[5] "Blackstone, Saudi's PIF plan $40 billion infrastructure investment fund," *Reuters* , May 20, 2017.

[6] "Saudi Arabia finalizes seven deals with Russia worth $1 bln," *Al Arabiya* , October 1, 2017.

[7] "Saudi fund agrees plan to invest in Virgin space ventures-SPA," *Reuters* , October 26, 2017.

[8] "Accor seals sale of majority stake in real estate arm," *Financial Times* , February 27, 2018.

[9] "Saudi Public Investment Fund Acquires Minority Stake in Penske Media Corp," *MarketLine* , February 28, 2018.

[10] "Saudi Arabia Sovereign Wealth Fund Moving to Buy Up to $400 Million Stake in Endeavor PLC -- Saudi Officials," *Dow Jones Institutional News* , March 16, 2018.

[11] "Magic Leap confirms $400m investment from Saudi wealth fund," *Financial Times* , March 7, 2018.

**Exhibit 3**
**Merger Premiums Offered in Precedent Going Private Transactions[1]**
**August 7, 2008 - August 6, 2018**

| | Target Company | Completed? | Announcement Date [A] | Unaffected Date [B] | Stock Price $/Share [C] | Offer Price $/Share [D] | Merger Premium [E] |
|---|---|---|---|---|---|---|---|
| [1] | IMS Health, Inc. | Yes | 11/05/09 | 11/04/09 | $16.81 | $22.00 | 30.9% |
| [2] | Novell, Inc.[2] | No | 03/02/10 | 03/02/10 | $4.75 | $5.75 | 21.1% |
| [3] | Interactive Data Corp. | Yes | 05/04/10 | 01/14/10 | $25.47 | $33.86 | 32.9% |
| [4] | NBTY, Inc. | Yes | 07/15/10 | 07/14/10 | $37.47 | $55.00 | 46.8% |
| [5] | AmeriCredit Corp. | Yes | 07/22/10 | 07/21/10 | $19.70 | $24.50 | 24.4% |
| [6] | Pactiv LLC | Yes | 08/17/10 | 05/14/10 | $23.97 | $33.25 | 38.7% |
| [7] | Burger King Holdings, Inc. | Yes | 09/02/10 | 08/31/10 | $16.45 | $24.00 | 45.9% |
| [8] | The Gymboree Corp. | Yes | 10/11/10 | 10/08/10 | $52.95 | $65.40 | 23.5% |
| [9] | CommScope, Inc. | Yes | 10/27/10 | 10/22/10 | $23.12 | $31.50 | 36.2% |
| [10] | Syniverse Holdings, Inc. | Yes | 10/28/10 | 10/27/10 | $23.79 | $31.00 | 30.3% |
| [11] | Novell, Inc. | Yes | 11/22/10 | 11/19/10 | $5.59 | $6.10 | 9.1% |
| [12] | J. Crew Group, Inc. | Yes | 11/23/10 | 11/22/10 | $37.65 | $43.50 | 15.5% |
| [13] | Del Monte Foods Co. | Yes | 11/25/10 | 11/18/10 | $15.71 | $19.00 | 20.9% |
| [14] | Jo-Ann Stores LLC | Yes | 12/23/10 | 12/22/10 | $45.63 | $61.00 | 33.7% |
| [15] | Emergency Medical Services Corp. | Yes | 02/14/11 | 02/11/11 | $70.66 | $64.00 | -9.4% |
| [16] | Family Dollar Stores, Inc.[3] | No | 02/15/11 | 02/14/11 | $43.83 | $57.50 | 31.2% |
| [17] | Lawson Software, Inc. | Yes | 03/11/11 | 03/10/11 | $11.50 | $11.25 | -2.2% |
| [18] | SRA International, Inc. | Yes | 04/01/11 | 03/31/11 | $28.36 | $31.25 | 10.2% |
| [19] | Warner Music Group Corp. | Yes | 05/06/11 | 05/03/11 | $7.37 | $8.25 | 11.9% |
| [20] | BJ's Wholesale Club, Inc. | Yes | 06/29/11 | 03/18/11 | $47.74 | $51.25 | 7.4% |
| [21] | Blackboard, Inc. | Yes | 07/01/11 | 04/18/11 | $37.16 | $45.00 | 21.1% |
| [22] | Immucor, Inc. | Yes | 07/05/11 | 07/01/11 | $20.73 | $27.00 | 30.2% |
| [23] | Kinetic Concepts, Inc. | Yes | 07/13/11 | 07/12/11 | $64.49 | $68.50 | 6.2% |
| [24] | Emdeon, Inc. | Yes | 08/04/11 | 07/26/11 | $13.18 | $19.00 | 44.2% |
| [25] | Harleysville Group, Inc. | Yes | 09/29/11 | 09/28/11 | $31.52 | $60.00 | 90.4% |
| [26] | Pharmaceutical Product Development | Yes | 10/03/11 | 08/12/11 | $26.60 | $33.25 | 25.0% |
| [27] | Blue Coat Systems, Inc. | Yes | 12/09/11 | 12/08/11 | $17.48 | $25.81 | 47.7% |
| [28] | AboveNet, Inc. | Yes | 03/19/12 | 03/15/12 | $72.77 | $84.00 | 15.4% |
| [29] | Collective Brands, Inc. | Yes | 05/01/12 | 04/30/12 | $20.77 | $21.75 | 4.7% |
| [30] | P.F. Chang's China Bistro, Inc. | Yes | 05/01/12 | 04/30/12 | $39.69 | $51.50 | 29.8% |
| [31] | Par Pharmaceutical Cos., Inc. | Yes | 07/16/12 | 07/13/12 | $36.58 | $50.00 | 36.7% |
| [32] | Best Buy Co., Inc. | No | 08/06/12 | 08/03/12 | $17.64 | $26.00 | 47.4% |
| [33] | Ancestry.com, Inc. | Yes | 10/22/12 | 07/24/12 | $27.23 | $32.00 | 17.5% |
| [34] | JDA Software Group, Inc. | Yes | 11/01/12 | 10/31/12 | $38.15 | $45.00 | 18.0% |
| [35] | Compuware Corp. | No | 12/17/12 | 12/14/12 | $9.53 | $11.00 | 15.4% |
| [36] | H.J. Heinz Co. | Yes | 02/14/13 | 02/13/13 | $60.48 | $72.50 | 19.9% |
| [37] | Gardner Denver, Inc. | Yes | 03/08/13 | 10/24/12 | $54.75 | $76.00 | 38.8% |
| [38] | National Financial Partners Corp. | Yes | 04/15/13 | 03/12/13 | $20.05 | $25.35 | 26.4% |
| [39] | Buckeye Technologies LLC | Yes | 04/24/13 | 04/23/13 | $29.93 | $37.50 | 25.3% |
| [40] | BMC Software, Inc. | Yes | 05/06/13 | 03/20/13 | $43.99 | $46.25 | 5.1% |
| [41] | The Smithfield Packing Co. | Yes | 05/29/13 | 05/28/13 | $25.97 | $34.00 | 30.9% |
| [42] | Molex LLC | Yes | 09/09/13 | 09/06/13 | $29.34 | $38.50 | 31.2% |
| [43] | Valassis Communications, Inc. | Yes | 12/18/13 | 12/17/13 | $28.30 | $34.04 | 20.3% |
| [44] | The Jones Group, Inc. | Yes | 12/19/13 | 09/10/13 | $14.53 | $15.00 | 3.2% |
| [45] | Beam, Inc. | Yes | 01/13/14 | 01/10/14 | $66.97 | $83.50 | 24.7% |
| [46] | PetroLogistics LP[4] | Yes | 05/28/14 | 05/27/14 | $12.93 | $14.00 | 8.3% |
| [47] | OmniVision Technologies, Inc. | Yes | 08/14/14 | 08/13/14 | $24.60 | $29.00 | 17.9% |
| [48] | Compuware Corp. | Yes | 09/02/14 | 08/29/14 | $9.35 | $10.43 | 11.6% |
| [49] | TIBCO Software, Inc. | Yes | 09/29/14 | 09/23/14 | $19.00 | $24.00 | 26.3% |
| [50] | Cleco Corp. | Yes | 10/20/14 | 10/17/14 | $48.27 | $55.37 | 14.7% |
| [51] | PetSmart, Inc. | Yes | 12/14/14 | 07/02/14 | $59.81 | $83.00 | 38.8% |
| [52] | Life Time Fitness, Inc. | Yes | 03/16/15 | 08/22/14 | $41.60 | $72.10 | 73.3% |

1

**Exhibit 3**
**Merger Premiums Offered in Precedent Going Private Transactions[1]**
**August 7, 2008 - August 6, 2018**

| | Target Company | Completed? | Announcement Date [A] | Unaffected Date [B] | Stock Price $/Share [C] | Offer Price $/Share [D] | Merger Premium [E] |
|---|---|---|---|---|---|---|---|
| [53] | Informatica LLC | Yes | 04/07/15 | 03/19/15 | $43.85 | $48.75 | 11.2% |
| [54] | Excel Trust, Inc. | Yes | 04/10/15 | 04/09/15 | $13.84 | $15.85 | 14.5% |
| [55] | OM Group, Inc. | Yes | 06/01/15 | 05/29/15 | $26.54 | $34.00 | 28.1% |
| [56] | Dealertrack Technologies, Inc. | Yes | 06/15/15 | 06/12/15 | $39.85 | $63.25 | 58.7% |
| [57] | Home Properties, Inc. | Yes | 06/22/15 | 04/24/15 | $68.91 | $75.23 | 9.2% |
| [58] | StanCorp Financial Group, Inc. | Yes | 07/23/15 | 07/22/15 | $77.66 | $115.00 | 48.1% |
| [59] | Symetra Financial Corp. | Yes | 08/11/15 | 08/07/15 | $26.77 | $32.00 | 19.5% |
| [60] | Strategic Hotels & Resorts, Inc. | Yes | 09/08/15 | 07/22/15 | $13.04 | $14.25 | 9.3% |
| [61] | Solera Holdings, Inc. | Yes | 09/13/15 | 08/03/15 | $36.39 | $55.85 | 53.5% |
| [62] | Cablevision Systems Corp. | Yes | 09/17/15 | 07/09/15 | $24.85 | $34.90 | 40.4% |
| [63] | BioMed Realty Trust, Inc. | Yes | 10/08/15 | 09/21/15 | $19.74 | $23.75 | 20.3% |
| [64] | SolarWinds North America, Inc. | Yes | 10/21/15 | 10/08/15 | $41.88 | $60.10 | 43.5% |
| [65] | MedAssets, Inc. | Yes | 11/02/15 | 10/30/15 | $23.68 | $31.35 | 32.4% |
| [66] | Fidelity & Guaranty Life, Inc. | No | 11/09/15 | 11/06/15 | $26.22 | $26.80 | 2.2% |
| [67] | Keurig Green Mountain, Inc. | Yes | 12/07/15 | 12/04/15 | $51.70 | $92.00 | 77.9% |
| [68] | Inland Real Estate Corp. | Yes | 12/15/15 | 12/14/15 | $9.94 | $10.60 | 6.6% |
| [69] | Apollo Education Group, Inc. | Yes | 02/07/16 | 01/08/16 | $6.59 | $9.50 | 44.2% |
| [70] | The ADT Corp. | Yes | 02/16/16 | 02/12/16 | $26.87 | $42.00 | 56.3% |
| [71] | Integrated Device Technology, Inc. | No | 04/12/16 | 04/11/16 | $19.43 | $32.00 | 64.7% |
| [72] | Cvent, Inc. | Yes | 04/18/16 | 04/15/16 | $21.30 | $36.00 | 69.0% |
| [73] | Lexmark International, Inc. | Yes | 04/19/16 | 10/21/15 | $31.06 | $40.50 | 30.4% |
| [74] | ExamWorks Group, Inc. | Yes | 04/27/16 | 04/26/16 | $33.57 | $35.05 | 4.4% |
| [75] | Krispy Kreme Doughnuts, Inc. | Yes | 05/09/16 | 05/06/16 | $16.86 | $21.00 | 24.6% |
| [76] | Marketo, Inc. | Yes | 05/31/16 | 05/27/16 | $32.20 | $35.25 | 9.5% |
| [77] | Qlik Technologies, Inc. | Yes | 06/02/16 | 03/02/16 | $24.19 | $30.50 | 26.1% |
| [78] | Talen Energy Corp. | Yes | 06/03/16 | 03/31/16 | $9.00 | $14.00 | 55.6% |
| [79] | Diamond Resorts International, Inc. | Yes | 06/29/16 | 02/24/16 | $19.11 | $30.25 | 58.3% |
| [80] | EverBank Financial Corp. | Yes | 08/08/16 | 08/08/16 | $18.01 | $19.50 | 8.3% |
| [81] | Press Ganey Holdings, Inc. | Yes | 08/09/16 | 08/08/16 | $40.33 | $40.50 | 0.4% |
| [82] | Rackspace Hosting, Inc. | Yes | 08/26/16 | 08/03/16 | $23.16 | $32.00 | 38.2% |
| [83] | Interactive Intelligence Group, Inc. | Yes | 08/31/16 | 08/29/16 | $57.20 | $60.50 | 5.8% |
| [84] | Infoblox, Inc. | Yes | 09/19/16 | 05/11/16 | $15.31 | $26.50 | 73.1% |
| [85] | Cabela's, Inc. | Yes | 10/03/16 | 11/04/15 | $39.53 | $65.50 | 65.7% |
| [86] | Genworth Financial, Inc. | No | 10/23/16 | 10/21/16 | $5.21 | $5.43 | 4.2% |
| [87] | Team Health Holdings, Inc. | Yes | 10/31/16 | 10/03/16 | $32.80 | $43.50 | 32.6% |
| [88] | Lattice Semiconductor Corp. | No | 11/03/16 | 11/02/16 | $6.37 | $8.30 | 30.3% |
| [89] | NeuStar, Inc. | Yes | 12/14/16 | 11/11/16 | $23.05 | $33.50 | 45.3% |
| [90] | VCA, Inc. | Yes | 01/09/17 | 01/06/17 | $70.77 | $93.00 | 31.4% |
| [91] | Air Methods Corp. | Yes | 03/14/17 | 01/31/17 | $35.70 | $43.00 | 20.4% |
| [92] | Panera Bread Co. | Yes | 04/05/17 | 03/31/17 | $261.87 | $315.00 | 20.3% |
| [93] | VWR Corp. | Yes | 05/05/17 | 05/02/17 | $28.52 | $33.25 | 16.6% |
| [94] | West Corp. | Yes | 05/09/17 | 11/01/16 | $20.01 | $23.50 | 17.4% |
| [95] | PAREXEL International Corp. | Yes | 06/20/17 | 05/05/17 | $68.86 | $88.10 | 27.9% |
| [96] | Staples, Inc. | Yes | 06/28/17 | 04/03/17 | $8.66 | $10.25 | 18.4% |
| [97] | Parkway, Inc. | Yes | 06/30/17 | 06/29/17 | $20.38 | $23.05 | 13.1% |
| [98] | Bankrate, Inc. | Yes | 07/03/17 | 06/30/17 | $12.85 | $14.00 | 8.9% |
| [99] | Monogram Residential Trust, Inc. | Yes | 07/04/17 | 06/30/17 | $9.71 | $12.00 | 23.6% |
| [100] | Clubcorp Holdings Inc. | Yes | 07/09/17 | 07/07/17 | $13.10 | $17.12 | 30.7% |
| [101] | WebMD Health Corp. | Yes | 07/24/17 | 02/15/17 | $51.31 | $66.50 | 29.6% |

**Exhibit 3**
**Merger Premiums Offered in Precedent Going Private Transactions[1]**
**August 7, 2008 - August 6, 2018**

| | Target Company | Completed? | Announcement Date [A] | Unaffected Date [B] | Stock Price $/Share [C] | Offer Price $/Share [D] | Merger Premium [E] |
|---|---|---|---|---|---|---|---|
| [102] | Calpine Corp. | Yes | 08/18/17 | 05/09/17 | $10.07 | $15.25 | 51.4% |
| [103] | Gigamon, Inc. | Yes | 10/26/17 | 09/08/17 | $42.35 | $38.50 | -9.1% |
| [104] | Barracuda Networks, Inc. | Yes | 11/27/17 | 11/24/17 | $23.69 | $27.55 | 16.3% |
| [105] | Buffalo Wild Wings, Inc. | Yes | 11/28/17 | 11/10/17 | $118.85 | $157.00 | 32.1% |
| [106] | AmTrust Financial Services, Inc. | Yes | 01/09/18 | 01/08/18 | $10.14 | $12.25 | 20.8% |
| [107] | Blackhawk Network Holdings, Inc. | Yes | 01/16/18 | 01/12/18 | $36.50 | $45.25 | 24.0% |
| [108] | Callidus Software, Inc. | Yes | 01/29/18 | 01/26/18 | $32.25 | $36.00 | 11.6% |
| [109] | Ply Gem Holdings, Inc. | Yes | 01/31/18 | 01/30/18 | $18.10 | $21.64 | 19.6% |
| [110] | VeriFone Systems, Inc. | Yes | 04/09/18 | 04/09/18 | $15.00 | $23.04 | 53.6% |
| [111] | Analogic Corp. | Yes | 04/10/18 | 06/07/17 | $67.45 | $84.00 | 24.5% |
| [112] | Financial Engines, Inc. | Yes | 04/30/18 | 04/27/18 | $33.95 | $45.00 | 32.5% |
| [113] | Gramercy Property Trust | Yes | 05/07/18 | 05/04/18 | $23.82 | $27.50 | 15.4% |
| [114] | Envision Healthcare Corp. | Yes | 06/11/18 | 11/13/17 | $25.86 | $46.00 | 77.9% |
| [115] | Cotiviti Holdings, Inc. | Yes | 06/19/18 | 06/18/18 | $39.89 | $44.75 | 12.2% |
| [116] | Web.com Group, Inc. | Yes | 06/21/18 | 06/20/18 | $23.20 | $25.00 | 7.8% |
| [117] | Education Realty Trust, Inc. | Yes | 06/25/18 | 05/31/18 | $36.54 | $41.50 | 13.6% |
| [118] | LifePoint Health, Inc. /TN/ | Yes | 07/23/18 | 07/19/18 | $48.60 | $65.00 | 33.7% |
| | | | | | | Minimum: | -9.4% |
| | | | | | | 25th Percentile: | 13.8% |
| | | | | | | Mean | 27.5% |
| | | | | | | Median: | 24.5% |
| | | | | | | 75th Percentile: | 36.6% |
| | | | | | | Maximum: | 90.4% |
| | Tesla, Inc. | No | 08/07/18 | 08/06/18 | $341.99 | $420.00 | 22.8% |

Notes and Sources:

[A]: Per Factset. Factset defines the Announcement Date as: The date the transaction was first publicly disclosed by either the target or the acquirer. In a deal that starts out as a rumor, the announcement date will be the date on which talks of the transaction first appeared in a major financial or trade publication. Once confirmed and the transaction is no longer a rumor, the announcement date will be updated to reflect the date upon which one of the parties involved in the deal disclosed the formal offer or a definitive agreement.

[B]: Per Factset.  Factset defines the Unaffected Date as: The date of the share price prior to rumors of the announcement or the announcement date of the transaction.

[C]: Per CRSP. Target company stock price on the Unaffected Date in column [B].

[D]: Per company press releases.  Offer price as of the Announcement Date in column [A].

[E] = [D] / [C] - 1.

1:  We searched the Factset database for going private transactions announced during August 7, 2008 through August 6, 2018 in which the deal type is "Acquisition/Merger," the deal "attitude" is not "hostile," the offer is not a competing bid, the equity value of the deal is at least $1 billion, the consideration offered is all cash, and the target is a publicly traded, U.S. company.  Factset defines a "hostile" deal "attitude" as "[t]he target's board of directors viewed the acquirer's proposal as unsatisfactory and recommended that shareholders reject the offer."  We excluded one transaction in which the target company's stock is not included in the Center for Research in Security Prices ("CRSP") database and one transaction where the offer price was not disclosed as of the unaffected date.

2:  Factset did not list an unaffected date for the Novell transaction, therefore we used the announcement date reported by Factset.

3:  In the Family Dollar transaction, the unconditional proposal to acquire the company was for $55 - $60 per share.  We used the midpoint of $55 and $60 for the purposes of our analyses.

4:  In the PetroLogistics transaction, certain insiders and private equity firms owning 73% of shares received $12 per share while minority shareholders owning 27% of shares received $14 per share.  We used the $14 per share offer price for the purposes of our analyses.

# Exhibit 4
## Change in Value of Tesla Inc. Saleable Holdings
### Individual Defendants
#### August 7, 2018 – August 17, 2018

| Individual Defendant | Saleable Holdings Prior to the Tweet: August 7, 2018 at 12:48 PM | | | | Options Vesting During the Class Period | | Saleable Holdings Subsequent to the Class Period: August 17, 2018 | | | | Change in Value of Holdings |
| | Shares | | Options | | | | Shares | | Options | | |
| | # | $ | # | $ | # | $ | # | $ | # | $ | $ |
| | A | B | C | D | E | F | G | H | I | J | K |
| Musk, Elon R. | 33,737,921 | $12,039,377,109 | 4,220,620 | $1,374,543,683 | 0 | $0 | 33,737,921 | $10,306,934,866 | 4,220,620 | $1,157,814,846 | ($1,949,171,080) |
| **Director Defendants** | | | | | | | | | | | |
| Buss, Brad W. | 13,348 | $4,763,234 | 137,471 | $30,105,430 | 0 | $0 | 13,348 | $4,077,814 | 137,471 | $23,450,799 | ($7,340,051) |
| Denholm, Robyn | 0 | $0 | 114,944 | $9,864,191 | 0 | $0 | 0 | $0 | 114,944 | $4,533,153 | ($5,331,038) |
| Ehrenpreis, Ira | 15,272 | $5,449,813 | 84,548 | $10,083,724 | 667 | $8,480 | 15,272 | $4,665,596 | 85,214 | $5,838,373 | ($5,038,048) |
| Gracias, Antonio J. | 293,163 | $104,615,217 | 208,106 | $43,221,297 | 1,417 | $18,020 | 293,163 | $89,561,297 | 209,522 | $32,828,650 | ($25,464,587) |
| Murdoch, James | 10,485 | $3,741,572 | 18,390 | $621,383 | 333 | $0 | 10,485 | $3,203,168 | 18,724 | $0 | ($1,159,788) |
| Musk, Kimbal | 148,333 | $52,932,631 | 53,264 | $5,361,481 | 0 | $0 | 148,333 | $45,315,732 | 53,264 | $2,697,700 | ($10,280,681) |
| Rice, Linda Johnson | 0 | $0 | 18,307 | $621,383 | 250 | $0 | 0 | $0 | 18,557 | $0 | ($621,383) |
| **Director Def. Total** | **480,601** | **$171,502,467** | **635,029** | **$99,878,889** | **2,667** | **$26,500** | **480,601** | **$146,823,606** | **637,696** | **$69,348,676** | **($55,235,575)** |
| **Grand Total** | **34,218,522** | **$12,210,879,576** | **4,855,649** | **$1,474,422,571** | **2,667** | **$26,500** | **34,218,522** | **$10,453,758,471** | **4,858,316** | **$1,227,163,521** | **($2,004,406,655)** |

Notes: [A] Reflects common shares held at the time of the tweet. Includes shares held directly and indirectly. For Mr. Gracias, includes shares held by AJG Growth Fund LLC and Valor Equity Management II, L.P., each of which Mr. Gracias is the manager and in which he may be deemed to have an indirect pecuniary interest.

[B] Reflects the value of [A] just prior to the tweet -- i.e., $356.85 per share. Hartzmark Class Cert Report ¶ 75.

[C] Reflects shares underlying options vested as of August 7, 2018.

[D] Reflects intrinsic value of vested options [C] just prior to the tweet.

[E] Reflects options that vested during the Class Period.

[F] Reflects intrinsic value of options that vested during the Class Period as of vest date.

[G] Reflects common shares held at the market close on August 17, 2018. Includes shares held directly and indirectly. For Mr. Gracias, includes shares held by AJG Growth Fund LLC and Valor Equity Management II, L.P., each of which Mr. Gracias is the manager and in which he may be deemed to have an indirect pecuniary interest.

[H] Reflects the value of [G] at the market close on August 17, 2018 -- i.e., $305.50 per share.

[I] Reflects shares underlying options vested as of August 17, 2018.

[J] Reflects intrinsic value of vested options [I] at the market close on August 17, 2018.

[K] = ([H] + [J]) - ([B] + [D] + [F])

Sources:   SEC Forms 3 & 4, Proxy Statements, CRSP.

1

# Exhibit 423

**Exhibit 423**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| In re Tesla, Inc. Securities Litigation | ) ) ) ) | Case No. 18-CV-04865 (EMC) |

**REBUTTAL REPORT OF DANIEL R. FISCHEL**

**December 8, 2021**

## I.     INTRODUCTION AND SUMMARY OF CONCLUSIONS

1.     I previously submitted the Report of Daniel R. Fischel in the above-captioned matter on November 8, 2021 (the "Fischel Report").  In that report, I set forth and provided the bases for my conclusions that:  (1) Mr. Musk's actions were consistent with his prior-stated interest in taking Tesla private and in protecting investors who believed in his vision; (2) it was reasonable to believe that the proposed transaction would have been funded if it moved forward; (3) the $420 potential offer price was reasonable; and (4) neither Mr. Musk nor the other Defendants benefited from the alleged fraud.[1]

2.     Also on November 8, 2021, Plaintiffs provided the Expert Report of Professor Joshua Mitts, Ph.D. (the "Mitts Report") and the Expert Report of Professor Guhan Subramanian (the "Subramanian Report").  Professor Mitts states that he was asked to investigate and analyze issues related to short selling shares of Tesla stock, while Professor Subramanian explains that he was asked to answer questions related to typical management buyouts ("MBOs").[2]

3.     On November 10, 2021, Plaintiffs provided the Expert Damages Report of Michael L. Hartzmark, Ph.D. (the "Hartzmark Report").  Dr. Hartzmark states that he was asked to:  (1) opine on the economic materiality of the alleged false and misleading statements; (2) opine on loss causation related to Plaintiff's claims; and (3) estimate the amount of alleged artificial inflation or deflation, as appropriate, attributable to the alleged fraud per share for Tesla common stock, per contract for call and put stock options, and per Note for Tesla debt securities for each day of the Class Period.[3]

4.     I have been asked by counsel for the Defendants to analyze the economic evidence as it relates to Plaintiffs' experts' analyses and opinions.  I have been assisted by

---

[1]   Fischel Report §§ III-VI.  My qualifications and compensation are presented, and unless otherwise noted capitalized terms are defined, in the Fischel Report.  My current curriculum vitae is attached as **Appendix A.**
[2]   Mitts Report ¶ 1 & Subramanian Report ¶ 34.
[3]   Hartzmark Report ¶ 4.

Compass Lexecon's professional staff.  **Appendix B** lists the materials I have relied upon in preparing this report.

5.     Based on these materials and our analysis, I have reached the following principal conclusions:

- Dr. Hartzmark's analysis of alleged damages is fundamentally flawed and unreliable for numerous reasons;

  o  Dr. Hartzmark's analysis of alleged damages is fundamentally flawed from the outset because he makes no attempt to isolate the effect of the allegedly false information from the uncontested true statement that Mr. Musk was considering taking Tesla private at $420 per share;

  o  Dr. Hartzmark ignores the fact that market participants understood from the beginning that Mr. Musk's proposal lacked details and was uncertain;

  o  Dr. Hartzmark ignores that Tesla's stock price increased rather than decreased on August 13, 2018 when Mr. Musk elaborated upon his "funding secured" statement;

  o  Dr. Hartzmark mistakenly focuses on the August 17, 2018 article in *The New York Times*, which did not contain any new information about the alleged misstatements;

  o  There is substantial uncertainty about whether short sellers made or lost money, or would have lost money anyway;

  o  Dr. Hartzmark's estimates of alleged damages for Tesla's Notes are fundamentally flawed because he uses unreliable price data that overstate alleged artificial inflation under his own analysis; and

- Neither Professor Mitts nor Professor Subramanian addresses what is in dispute in this case.

I elaborate upon and provide the bases for my conclusions in the remainder of this report.

## II.   DR. HARTZMARK'S ANALYSIS OF ALLEGED DAMAGES IS FUNDAMENTALLY FLAWED AND UNRELIABLE

6.     Dr. Hartzmark divides the Class Period into the "Tweets Interval," which covers the period on August 7, 2018 from the initial tweet at 12:48 p.m. to the market close at 4:00 p.m.,

and the "Corrective Interval," which covers the period from the market close on August 7, 2018

through the market close at 4:00 p.m. on August 17, 2018.[4]  After controlling for market and

industry factors on Tesla's stock price, he estimates an "adjusted price" of $312.90 on August

17, 2018 and claims that the entire difference between the closing price on August 7, 2018 and

his adjusted price – $66.67 per share – measures the amount of "artificial inflation" caused by

the alleged fraud.[5]

7.      Dr. Hartzmark divides this amount into the "direct" impact, which equals the

abnormal price increase during the Tweets Interval of $23.27, and the "consequential impact"

(which he terms "Consequential Harm"), i.e., everything else.[6]  Dr. Hartzmark opines that had

the alleged fraud not occurred, Tesla's stock would have traded on every day during the Class

Period at his adjusted price of $312.90.[7]

8.      As explained below, Dr. Hartzmark's analysis of alleged damages for all Tesla

securities is fundamentally flawed and unreliable for numerous reasons.

A.      <u>Dr. Hartzmark's Analysis of Alleged Damages Is Fundamentally Flawed
from the Outset Because He Makes No Attempt to Isolate the Effect of the
Allegedly False Information from the Uncontested True Statement that
Mr. Musk Was Considering Taking Tesla Private at $420 per Share</u>

9.      Dr. Hartzmark opines that the entire $23.27 abnormal increase in Tesla's stock

price that he estimates from 12:48 p.m. to the market close on August 7, 2018 was "directly

caused by the alleged misrepresentations and/or omissions in the Musk Tweets and related

disclosures," and measures "the level of artificial inflation related to the *direct effect*" of the

---

[4]   Hartzmark Report ¶ 66.
[5]   Hartzmark Report ¶¶ 147 & 174.
[6]   Hartzmark Report ¶ 171.
[7]   Hartzmark Report ¶ 174.  I note that Dr. Hartzmark's "adjusted price" does not make economic sense because it
      assumes that absent the alleged fraud Tesla's stock would not have moved by a single penny over the Class
      Period for reasons not explained by market and industry factors, ignoring that his own event study model shows
      that the daily standard error (a measure of volatility) of the abnormal stock returns prior to the start of the Class
      Period is 2.6%, i.e., his own model establishes that the stock moved substantially on a daily basis for reasons
      unexplained by those factors.  Hartzmark Report workbook "App 5 7, TBL 1 4 5 7 8 9.xlsx" tab "Regression."

4

allegedly misleading information, which he terms "Direct Artificial Inflation."[8]  Consequently, his analysis of alleged damages is fundamentally flawed from the outset because he makes no attempt to isolate the effect of the allegedly misleading information from the uncontested true statement that Mr. Musk was considering taking Tesla private at $420 per share.[9]

10.    Dr. Hartzmark compounds this flaw by claiming that $23.27 of the subsequent decline in Tesla's stock price during his Corrective Interval reflects the loss to Class members from the dissipation of the purported Direct Artificial Inflation.[10]  Accordingly, without any analysis, he simply assumes that none of this price decline reflects the reversal of the price increase attributable to the uncontested true statement.[11]  However, as discussed *infra* § II.B., the market quickly understood that there were substantial hurdles to taking Tesla private.  As a result, the increase in Tesla's stock price following Mr. Musk's true statement that he was considering taking Tesla private was subsequently reversed.[12]  Dr. Hartzmark makes no attempt

---

[8]    Hartzmark Report ¶¶ 13, 77 & 171 (emphasis in original).  *See id.* §§ VI.B. & VI.C. for details on the estimation of Direct Artificial Inflation.  Dr. Hartzmark defines the Musk Tweets as the tweets Mr. Musk issued on August 7, 2018 along with "an email to employees at 3:16 p.m., which was then subsequently posted on a public Tesla blog that was linked to a Musk tweet at 3:28 p.m."  *Id.* ¶ 4 n.8.

[9]    I understand that Plaintiff acknowledges that the statement that Mr. Musk is "considering taking Tesla private at $420" is true.  Plaintiff's Responses to Defendants' First Set of Interrogatories, In re Tesla Inc. Securities Litigation, November 4, 2021 at 183-184 ("Plaintiff contends that Elon Musk was considering taking Tesla private and initially proposed a price of $420 and, therefore, had an incentive to control the price of Tesla stock to facilitate any potential transaction.").

[10]   Hartzmark Report ¶¶ 66 & 201.  *See id.* § VI.A. for details on Dr. Hartzmark's loss causation analysis.

[11]   Hartzmark Report ¶ 171.

[12]   Dr. Hartzmark opines that the market's assessment of the probability of the deal being completed fell to "0%" on August 17, 2018, and finds that the abnormal return in Tesla's stock price following Mr. Musk's August 24, 2018 disclosure after the market closed that he was no longer considering taking Tesla private is negative but not statistically significant.  Hartzmark Report Table 10 & ¶ 139.  Presumably, he reports the lack of statistical significance to support his claim that the assessment of the probability previously had fallen to 0%, but it is internally inconsistent for him to disregard this negative abnormal return because it is not statistically significant when his own analysis finds that *none* of the abnormal returns from August 8, 2018 through August 16, 2018 – i.e., all but the first and last day of the Class Period – are statistically significant yet he uses *all* of them to measure alleged damages.  *Id.* ¶¶ 86, 93, 99, 108, 114, 120, 124, 135 & Appendix 5 (showing that the p-values of the *t*-statistics (i.e., measures of statistical significance) for these dates are typically far from his significance threshold in which the p-value must be 5% or lower (equivalent to a *t*-statistic with an absolute value of 1.96 or higher in a two-tailed test)).  Dr. Hartzmark established his threshold in Hartzmark Class Cert Report Appendix E ¶ 9, stating "I use the scientifically accepted level of certainty and declare statistical significance at a 95% level," which is equivalent to a p-value of 5%.

5

to distinguish the decrease in Tesla's stock price purportedly attributable to the alleged

misrepresentations and/or omissions from the decrease that is attributable to the market's

realization that Mr. Musk's proposal was uncertain.

      11.    Dr. Hartzmark also simply assumes, without any analysis, that none of the

purported "Consequential Harm" is related to the uncontested true statement.  However, market

participants discussed how Mr. Musk's behavior and focus on Tesla's stock price and short

sellers – neither of which was allegedly misstated[13] – as reflected in his potential offer were

unnecessary and worrisome distractions during the Class Period.  For example:

- An August 8, 2018 Bernstein analyst report states:  "We see upside risk in the near term to perhaps $400, but downside risk to $340 (yesterday's low price) or below if no firmer details emerge, as investors would likely increasingly debate Musk's credibility and over-focus on the shares' price and volatility."[14]

- An August 9, 2018 *Los Angeles Times* article states:  "The Tesla employee who seems most distracted by the stock price is Elon Musk, as shown by his relentless grousing about short sellers ….  One of the enduring problems with Tesla has been Musk's apparently short attention span.  Job One for the company is getting its new Model 3 sedan rolling off its production line at the mass-market price of about $35,000 that Musk has long said would signify the company's maturity as an automaker.  It's still struggling to achieve the promised output, but Musk keeps interjecting new projects into Tesla's portfolio, such as a sports car and semi truck said to be in the offing, though without firm deadlines.  The massive complexity of taking the company private now won't help to focus his or anyone else's attention on production."[15]

- An August 10, 2018 *Reuters News* article reports:  "'His whole focus on shorts is a misallocation of his time and resources,' said investor Christopher Irons, founder of independent investigative research website quoththeravenresearch.com."[16]

Dr. Hartzmark incorrectly conflates these negative reactions to the uncontested true statement

with purported Consequential Harm from the alleged misstatements.

---

[13]   In fact, Dr. Hartzmark documents that these issues were known by market participants and had affected Tesla's stock price prior to the beginning of the Class Period.  Hartzmark Report ¶ 20.

[14]   A.M. (Toni) Sacconaghi, Jr., "Tesla: Going private?  Who knows... does Elon?," Bernstein, August 8, 2018.

[15]   "No gain in Tesla going private," *Los Angeles Times*, August 9, 2018.

[16]   "Tesla short-sellers back in force as shares remain shaky," *Reuters News*, August 10, 2018.

12.     Moreover, Dr. Hartzmark considers the purported Consequential Harm to be "foreseeable" and opines that had there been no alleged misrepresentations and/or omissions, the price of Tesla's stock would have immediately reflected all of the negative consequences that supposedly were priced in during the remainder of the Class Period.[17]  But Dr. Hartzmark fails to explain why Mr. Musk, who could purportedly "foresee" the Consequential Harm, nevertheless inflicted it upon himself (as Tesla's CEO and largest individual shareholder), as well as on the Company, its Board, and its investors.[18]

13.     A further consequence of Dr. Hartzmark's disregard of the uncontested truthful statement is that he ignores that his basis to use the Class Period as the relevant event window applies whether or not there was an alleged misstatement or omission, demonstrating that he fails to establish that the entire Class Period is tethered to the alleged fraud.[19]  He claims that "it is reasonable and appropriate to consider the entire Class Period as the relevant event window" based on several criteria, including the statistically significant price increase and high level of trading volume following the initial tweet on August 7, 2018, the high level of volume over the remainder of the Class Period, the scrutiny of regulators, the focus of Tesla's Board and other Company personnel, and substantial news and analyst coverage.[20]  However, had Mr. Musk

[17]   Hartzmark Report ¶¶ 4 & 175.
[18]   I note that Professor Mitts' opinion that the purported injury to long-term short sellers like Jim Chanos from an increase in Tesla's stock price due to the Musk Tweets was a "foreseeable" and "obvious and unavoidable" consequence of Mr. Musk's alleged misstatements (Mitts Report ¶¶ 1, 11 & 138) directly contradicts Dr. Hartzmark's opinion that the negative consequences of the same alleged misstatements were "foreseeable" and caused Tesla's stock price to decline.  If Dr. Hartzmark is correct and the Class Period price decline was foreseeable, then Mr. Musk knew that an attempt to hurt long-term short sellers like Mr. Chanos by committing the alleged fraud was futile.  If Professor Mitts is correct that harm to the short sellers was foreseeable and unavoidable, then the Class Period price decline was not foreseeable.
[19]   I provide further evidence that Dr. Hartzmark fails to establish that the entire Class Period is the relevant event window because of his inconsistent reliance on statistical significance (*see supra* ¶ 10 n.12) and his mistaken focus on the August 17, 2018 article in *The New York Times* (*see infra* § II.D.).
[20]   Hartzmark Report ¶ 65.  Dr. Hartzmark also includes the statistically significant cumulative decline in Tesla's stock price from August 7, 2018 to August 17, 2018 as a basis to use the Class Period as the relevant event window but, as explained *infra* § II.D., he incorrectly incorporates the August 17, 2018 stock price decline; when this decline is excluded, the cumulative decline is not statistically significant.  In addition, based on Dr. Hartzmark's back-up, Tesla's average daily trading volume from August 14, 2018 through August 16, 2018 of

7

tweeted that he was considering taking Tesla private at $420 per share without making any alleged misrepresentations or omissions, it is reasonable to believe that Dr. Hartzmark's criteria would have behaved similarly.

14.     Dr. Hartzmark similarly fails to fully and reliably analyze the effects of another alleged misstatement and again provides a fundamentally flawed opinion on alleged damages that he associates with it.  He states that the motion to dismiss order in this matter "also upheld the actionability of an alleged misrepresentation in an August 13, 2018 tweet by Musk [after the markets closed] that named financial advisors (Silver Lake and Goldman Sachs) for the going private transaction," and opines that Tesla's stock price declined on August 14, 2018 "on reports questioning the accuracy of Musk's latest tweets on hiring advisers Goldman Sachs and Silver Lake."[21]  But, Dr. Hartzmark uses the price decline on August 14, 2018 to measure alleged damages for Class members who purchased on all prior days in the Class Period – August 7, 2018 through August 13, 2018 – *before* the alleged misstatement was made.[22]  Hence, Dr. Hartzmark absurdly ascribes losses to Class members who purchased at prices that were not impacted by the associated alleged misstatement.

---

7.4 million shares was not unusual because it was below the average daily trading volume of 8.3 million shares during the 120-trading days prior to the Class Period.  Hartzmark Report workbook "App 5(was F)- Daily Reg Results.xlsx" tab "Volume."  Further, the decisions by regulators to scrutinize the proposed transaction represent the actions of third parties not under the Defendants' control that could not have been disclosed any earlier, and thus cannot be used to estimate alleged artificial inflation on prior days during the Class Period; I note that Dr. Hartzmark's event study found that the net effect on Tesla's stock price of the SEC's announcement that it had filed a complaint regarding the Musk Tweets and the subsequent announcement that the parties had settled is positive.  Hartzmark Report ¶¶ 140-145 (showing that the abnormal returns following the two announcements are -13.84% and +17.53%, respectively).

[21]   Hartzmark Report ¶¶ 30 & 109-110.  I understand that Plaintiffs abandoned their claim regarding this alleged misstatement, in which case the portion of the August 14, 2018 price decline that Dr. Hartzmark attributes to this alleged misstatement should be excluded from his analysis of alleged damages altogether.

[22]   Hartzmark Report ¶ 147 & Table 5.

B.     Dr. Hartzmark Ignores the Fact that Market Participants Understood from the Beginning that Mr. Musk's Proposal Lacked Details and Was Uncertain

15.     Without any reliable analysis, Dr. Hartzmark merely "assume[s] … that the finder of fact will determine that [the entire Class Period] is filled with numerous statements and partial corrective disclosures revealing curative information," in particular "[t]he failure to offer meaningful, reliable, and clear information [about the potential going private transaction that] steadily contributed to and increased skepticism about the true (and concealed) status of the proposed transaction and the veracity of the Musk Tweets," which "throughout the Class Period proximately caused the artificially inflated price of Tesla's securities to decline."[23]  However, he ignores the fact that market participants understood from the beginning that Mr. Musk's proposal lacked details and quickly understood that it was uncertain.

16.     Indeed, analyst commentary noted the uncertainty and lack of details regarding the potential transaction immediately after the Musk Tweets.  For example, a Bank of America Merrill Lynch report on this date states:  "It should be noted that the proposal/transaction is far from finalized, and would require a shareholder vote.  More importantly, although TSLA did confirm a potential privatization through Musk's statement, no theoretical transaction method, funding plan, or structure was outlined, and there is still some skepticism over whether such a transaction would ultimately (or even could) be executed."[24]

17.     Additional commentary by market participants following the initial tweets also demonstrates that there was substantial doubt that Mr. Musk could or would take Tesla private at $420 per share.  For example:

   • An August 7, 2018 *Bloomberg First Word* article states:  "Investors and analysts,

---

[23]   Hartzmark Report ¶¶ 4 n.9, 13 & 39 (emphasis in original).  As noted *supra* ¶ 10 n.12, Dr. Hartzmark's event study analysis does not associate the "numerous statements and partial corrective disclosures revealing curative information" with statistically significant price declines.

[24]   John Murphy, Aileen Smith, and Yarden Amsalem, "Shorts may be burned for now … but buyer beware," Bank of America Merrill Lynch, August 7, 2018.

even Musk himself, all seemed a little uncertain whether this will happen. The same with the market: Tesla shares closed up 11% to $379.57. That was a great run, but still about $40 shy of what Musk would want to offer shareholders to get a deal done. Shares were coming down by about $5 in after-market trades."[25]

- An August 7, 2018 Barclays report states: "… we are skeptical about the funding and proposed structure."[26]

- An August 7, 2018 Morningstar report states: "If a deal is announced and we think its execution is more likely than not, we will raise our fair value estimate to the deal price, but for now we are leaving our fair value estimate of $179 in place."[27]

- An August 8, 2018 Bernstein analyst report titled "Tesla: Going private? Who knows… does Elon?" states: "On the other hand, Musk's tweets that 'Investor support is confirmed' and 'Funding secured' would suggest that he has spoken with some few stakeholders. Here, as with nearly everything else, we remain with more questions than answers. What does Musk mean by 'investor support' – has he already gotten a go-ahead from Tesla's major institutional shareholders, and in what form? If so, why is the deal still 'contingent on a shareholder vote' (as he noted within the same tweet)? Did Tesla's board of directors or management team already know about these plans? If so, why was the announcement so abrupt and seemingly 'unofficial'? Has Musk run his plan of maintaining retail shareholders within a private Tesla by his legal team?"[28]

- An August 8, 2018 JPMorgan report "assign[s] only a 50% probability to [a going private] scenario in our updated valuation."[29]

- An August 8, 2018 PiperJaffray report states: "We note that many important details are still unknowable, given the precedent-setting nature of this proposal as well as the vague verbiage used to describe it. As a result, we believe this deal is unlikely to succeed in the very near-term, if it succeeds at all. We also note that, for true believers with a multi-year time horizon, the suggested go private valuation of $420/share is probably unpalatable (especially if they cannot invest in illiquid, private securities), but gaining 50%+ shareholder approval may nonetheless prove easier than funding and structuring the deal in a way that is legal and executable."[30]

- An August 8, 2018 Morgan Stanley analyst report is titled: "Elon Musk May

---

[25] "Crazy Ride for Tesla Watchers as Musk Tweets: TOPLive Takeaways," *Bloomberg First Word*, August 7, 2018.

[26] Brian A. Johnson, "Musing about going private is the latest strange twist," Barclays, August 7, 2018.

[27] David Whiston, "Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price," Morningstar, August 7, 2018.

[28] A.M. (Toni) Sacconaghi, Jr. "Tesla: Going private? Who knows... does Elon?," Bernstein, August 8, 2018.

[29] Ryan Brinkman, David L Kelley, and Aayush Gupta, "Raise PT to Reflect Possible Go-Private Offer, But Remain Underweight on Chance Shares Could Again Trade on Fundamentals," J.P. Morgan, August 8, 2018.

[30] Alexander E. Potter and Winnie Dong, "Questions Remain; Overweight-rated TSLA Not Going Private Anytime Soon," PiperJaffray, August 8, 2018.

Want Tesla Private:  We Question the Feasibility of a Potential Transaction"[31]

18.     In particular, analysts expressed concerns about the deal structure.  For example:

- An August 7, 2018 Barclays report states:  "And not clear how public shareholders stay in a private company.  Musk promised that existing shareholders 'can stay investors in a private Tesla' – but we're not clear how that would work under current registration rules/caps on non-accredited and total investors (the JOBS act requirement) – although Musk hinted at a special purpose vehicle structure that might be able to avoid the caps."[32]

- An August 7, 2018 Cowen analyst report states:  "The capital structure is the most uncertain element about this development revealed via Twitter, as an LBO model would not work if existing investors were to remain as Mr. Musk claims they will. It is also unclear if current publicly traded debt would remain public, which would in turn continue to require financial reporting in the public domain and make the company subject to the quarterly scrutiny it is trying to avoid."[33]

- An August 7, 2018 RBC Capital Markets report states:  "… some of [the Company's stock] holders may not be able to hold Tesla (or as much as they currently hold) should Tesla go private.  A preliminary review of some of the big mutual fund holders indicates holding limits on illiquid securities.  At the very least it could cause broader portfolio reviews."[34]

- An August 8, 2018 Berenberg report states:  "This is still subject to shareholders' approval, which may be the most obvious challenge for the transaction.  The funding of the transaction is unclear, but is potentially less of an obstacle than obtaining shareholders' approval, in our view."[35]

- An August 8, 2018 Bernstein report states: "Can existing shareholders hold stakes in the company, and would they be willing to hold on?  In Tesla's official blog post and in responses on Twitter, Elon envisioned that all current shareholders could remain as investors within a private version of Tesla, via a Special Purpose Vehicle (SPV) – this includes retail investors.  We briefly spoke with securities lawyers, and we do not believe there is any precedent for a public company going private while maintaining its shareholder base of retail (non-accredited) investors, given regulatory limitations.  Even with a Special Purpose Vehicle (SPV), it is unclear how Tesla may circumvent certain public company / registration requirements while maintaining a large base of non-accredited investors (~13% of Tesla's shares are held by retail investors) and while keeping public debt outstanding….  Will mutual fund companies be able to hold several billion dollars in private company equity in one company?  We don't know.  Several mutual

---

[31]  Adam Jonas, Armintas, Sinkevicius, and Carmen Hudley, "Elon Musk may want Tesla private: We question the feasibility of a potential transaction," Morgan Stanley, August 8, 2018.

[32]  Brian A. Johnson, "Musing about going private is the latest strange twist," Barclays, August 7, 2018.

[33]  Jeffrey Osborne, Thomas Boyes, Christopher Souther, and Emily Riccio, "Thoughts on Elon's tweet - go private offer at $420," Cowen, August 7, 2018.

[34]  Joseph Spak, George Clark, and Joseph Heidt, "On Tesla $420," RBC Capital Markets, August 7, 2018.

[35]  Alexander Haissl, Fei Teng, Cristian Dirpes, and Viktoria Oushatova, "Private Tesla to send ripples across industry," Berenberg, August 8, 2018.

fund companies own $2B+ in Tesla shares.  Typically, mutual fund companies that own shares in pre-IPO companies have limited fund exposure (almost always less than 5% of a fund's assets, and typically around 2%), so it is possible that Tesla going private might force holders to reduce or sell their shares due to fund constraints/parameters."[36]

- An August 8, 2018 PiperJaffray report states:  "We are unsure about the legal implications and procedural requirements associated with transitioning public equity into a widely-held private security through a special-purpose entity similar to the SpaceX equity arrangement.  In our view, creating this novel shareholding structure in compliance with securities laws may constitute the biggest hurdle to formalizing an offer."[37]

19.    In addition, while it was reasonable to believe that the proposed transaction would have been funded if it moved forward,[38] Dr. Hartzmark's assumption that "funding secured" "could be read by a reasonable investor to mean complete funding for the transaction was unconditionally secured" at the time of the Musk Tweets is inconsistent with how market participants interpreted the phrase.[39]  For example:

- An August 7, 2018 UBS report states: "The deal would likely require participation from numerous banks and institutional investors, and we think it likely that news of the deal would have leaked had Tesla already held discussions to secure funding."[40]

- An August 7, 2018 Barclays report states:  "Even with the Saudi fund taking a 3-5% stake (see 'Tesla shares move higher on Saudi Arabia fund stake' FT, Aug 7, 2018), that leaves a large funding gap."[41]

- An August 7, 2018 CFRA report states:  "We are surprised by his claim of financing secured, even as the FT reports the Saudi Arabia Public Investment Fund took a stake in TSLA."[42]

- An August 8, 2018 Evercore analyst report states:  "Our view is that 'Funding secured' should be interpreted as a strong verbal commitment, with funds available and parties willing to execute quickly.  However, it could be less than

---

[36]    A.M. (Toni) Sacconaghi, Jr. "Tesla: Going private? Who knows... does Elon?," Bernstein, August 8, 2018.
[37]    Alexander E. Potter and Winnie Dong, "Questions Remain; Overweight-rated TSLA Not Going Private Anytime Soon," PiperJaffray, August 8, 2018.
[38]    Fischel Report § IV.
[39]    Hartzmark Report ¶¶ 4 n.9 & 28.
[40]    Colin Langan and Gene Vladimirov, "A Disruptive Approach to Disclosing Material Info," UBS, August 7, 2018.
[41]    Brian A. Johnson, "Musing about going private is the latest strange twist," Barclays, August 7, 2018.
[42]    Efraim Levy, "CFRA reiterates hold opinion on shares of Tesla Inc," CFRA, August 7, 2018.

this.  It may also be that initial legal documents, term sheets, letters of intent have been signed."[43]

- An August 8, 2018 Oppenheimer report states:  "… funding sources for such a transaction are not yet identified nor how much capital would be needed given the expected option for shareholders to participate in the transaction."[44]

- An August 8, 2018 PiperJaffray report states:  "The other major hurdle relates to funding the $420/share buyout, because some form of funding would be necessary for all shares that select cash instead of new equity.  Funding the deal with debt (an LBO) seems difficult, given the levered state of TSLA's balance sheet, the company's junk (B-) rating, and its history of negative cash flow.  Musk may have lined up 'big thinker' equity investors with deep pockets and generous investment time horizons, but if these are sovereign wealth funds or foreign partners, then Tesla may face a review from the Committee on Foreign Investment (CFIUS)."[45]

- An August 8, 2018 Morgan Stanley report states:  "We reiterate we struggle to identify a natural strategic buyer for Tesla.  We first addressed this issue in our December 5th 2017 report: Tesla and SpaceX: A Compelling Relationship where we stated:  'As Tesla surveys its strategic alternatives, we see extremely limited scope for potential strategic or financial buyers given the capital intensity, economic factors, political factors and aforementioned key man risk.  CFIUS (The Committee on Foreign Investment in the United States) represents a formidable barrier to significant foreign ownership, in our opinion.'"[46]

20.    Dr. Hartzmark explains that once a potential going private deal is announced, the company's stock price reflects the market's assessment of the probability that the deal will close.[47]  Based on a formula he presents, Dr. Hartzmark calculates that Tesla's closing stock price on August 7, 2018 – i.e., the peak closing price during the Class Period – implied a "probability of the going private transaction being completed immediately after the Musk Tweets" of only 36 percent.[48]

21.    To determine whether this probability represents a high or low market expectation

---

[43]   George Galliers and Chris McNally, "A Private Life is a Happy Life," Evercore ISI, August 8, 2018.
[44]   Colin Rusch, Noah Kaye, Kristen Owen, and Luis Amadeo, "TSLA: Going Private?," Oppenheimer, August 8, 2018.
[45]   Alexander E. Potter and Winnie Dong, "Questions Remain; Overweight-rated TSLA Not Going Private Anytime Soon," PiperJaffray, August 8, 2018.
[46]   Adam Jonas, Armintas, Sinkevicius, and Carmen Hudley, "Elon Musk may want Tesla private: We question the feasibility of a potential transaction," Morgan Stanley, August 8, 2018.
[47]   Hartzmark Report ¶¶ 178-180.
[48]   Hartzmark Report ¶¶ 180-181.

that the proposed transaction would close, we applied Dr. Hartzmark's formula to the sample of 118 going private transactions analyzed in the Fischel Report.[49]  As **Exhibit 1** demonstrates, we find that 96 percent of the precedent deals have a higher probability of deal completion than Tesla,[50] with a median probability of 94 percent.[51]  Consequently, the market's expectation of whether the proposed Tesla transaction would close as represented by Dr. Hartzmark's probability formula was substantially lower than that of the typical announcement of a going private transaction.

22.     Finally, on August 9, 2018, Tesla's stock price closed below $356.85, the price just prior to Mr. Musk's initial tweet, and continued to close below this price for the remainder of the Class Period.[52]  Therefore, under Dr. Hartzmark's formula, the probability of the proposed Tesla deal closing fell to zero percent on August 9, 2018.[53]

C.     <u>Dr. Hartzmark Ignores that Tesla's Stock Price Increased Rather than Decreased on August 13, 2018 when Mr. Musk Elaborated Upon his "Funding Secured" Statement</u>

23.     Before the market opened on August 13, 2018, Mr. Musk provided an update on Tesla's blog regarding his plans to take Tesla private.  In the blog post, Mr. Musk discussed,

---

[49]  Fischel Report ¶ 28 & n.59; Hartzmark Report ¶ 181.

[50]  Only 5 of 118 transactions (or 4 percent) had a probability on the announcement date that was smaller than Tesla's probability on August 7, 2018.  The analysis for the sample uses prior closing prices as the pre-announcement price (i.e., the proxy for the price should the going private deal fail or not be completed) rather than intraday prices like Dr. Hartzmark used to calculate Tesla's probability.  If we use the closing price on August 6, 2018 rather than the pre-Tweet price he used, the probability is 48 percent (= (8/7 closing price of $379.57 – 8/6 closing price of $341.99) / (offer price of $420 – 8/6 closing price of $341.99)) and only one additional transaction in the sample has a lower percentage.

[51]  As shown in Exhibit 1, the probabilities in our sample range from -296 percent to 394 percent.  The three probabilities below 0 percent are a function of Dr. Hartzmark's formula whenever the stock price declines after the announcement, or the offer price is below the pre-announcement price.  The 16 probabilities greater than 100 percent likely indicate that the market expects that the deal will close at a higher price than the initial offer, either from the same or a competing bidder.

[52]  Hartzmark Report ¶ 64 & Table 4.

[53]  The numerator of the probability formula is the market price less the price "should the going private deal fail or not be completed ($P_{Public}$)," which Dr. Hartzmark assumes is the $356.85 pre-Tweet price; therefore, once the market price falls below this price, the formula reports a negative number, which implies a 0 percent probability (because a probability cannot fall below 0 percent).  Hartzmark Report ¶¶ 178-181.

14

among other things, what has happened so far, why he made a public announcement, what he meant by "funding secured," and next steps.[54] Dr. Hartzmark opines that after "investors parsed the statement" on this day, "investors now know that his 'funding secured' tweet last week was premature at best."[55]

24.     However, if investors learned the purported "truth" from Mr. Musk's August 13, 2018 blog post, then one would expect that Tesla's stock price would have declined on August 13, 2018.  Instead, Dr. Hartzmark's own event study analysis finds that Tesla's stock price increased (albeit not significantly) on August 13, 2018 after controlling for the effects of market and industry factors.[56]  Consequently, Dr. Hartzmark's own analysis contradicts his claim that investors learned the "truth" about the "funding secured" tweet on August 13, 2018.  Rather, the August 13 blog post is consistent with market participants' earlier understanding of what "funding secured" meant as discussed *supra* ¶ 15.

D.     Dr. Hartzmark Mistakenly Focuses on the August 17, 2018 Article in *The New York Times*, Which Did Not Contain Any New Information about the Alleged Misstatements

25.     Dr. Hartzmark's analysis of alleged artificial inflation includes the abnormal decline in Tesla's stock price on August 17, 2018, which Dr. Hartzmark attributes to an article in *The New York Times* that showed the "Musk tweets … to be false."[57]  Notably, the stock price decline on August 17, 2018 accounts for almost half of the total stock price decline during the

---

[54]   "Update on Taking Tesla Private," August 13, 2018, https://www.tesla.com/blog/update-taking-teslaprivate.
[55]   Hartzmark Report ¶ 100.
[56]   Hartzmark Report Table 5.  Dr. Hartzmark claims that on August 13, 2018, Tesla's stock price first increased due to the blog post before declining "as investors parsed the statement" (*id*. ¶ 100), but this claim does nothing to excuse the fact that his own analysis finds that the net price impact of the blog post was positive.
[57]   Hartzmark Report §V.B.11. & Table 10.  Dr. Hartzmark reports that a version of the article was made available online at 11:22 p.m. on August 16, 2018.  *Id.* ¶ 125 n.204.  Plaintiff reports that the article "appeared in print on August 17, 2018."  Complaint ¶ 113.  I refer to it as the "August 17, 2018 Article" because that is both the print publication date and the date the market reacted to the information it contained.

Class Period that Dr. Hartzmark attributes to the alleged fraud.[58]  Dr. Hartzmark's analysis with respect to this *New York Times* article is flawed for two reasons:  (1) he ignores that the information in the article that related to the alleged misstatements was already known;[59] and (2) the new information in the article that moved the stock price is not alleged to have been misstated.

26.    Dr. Hartzmark states that the article noted that funding for the proposed going private transaction "was far from secure."[60]  But, as explained *supra* ¶ 23, Dr. Hartzmark claims that after the August 13, 2018 blog post, investors were aware that the "funding secured" tweet "was premature at best," yet he fails to explain what additional information was revealed in *The New York Times* article.  Indeed, market participants commented after the August 13, 2018 blog post that they understood that complete funding for the transaction was not unconditionally secured.[61]  For example:[62]

- An August 13, 2018 article in the *Business Insider* titled "It is now abundantly clear that Elon Musk does not have 'funding secured'," states:  "Elon Musk has written a blog post explaining why he said last week on Twitter that he might take Tesla private at $420 a share.  'Funding secured,' he declared in the tweet.  But after reading Musk's new post, the only conclusion to be drawn is that funding was, in fact, not secured…. And according to Musk's own words, the deal sounds far from done."[63]

- An August 13, 2018 article in *The Canadian Press* states:  "It now appears as if

---

[58]   Hartzmark Report Table 4 (showing that Dr. Hartzmark's calculation of the Cumulative Abnormal Return almost doubles on August 17, 2018 from -9.31% to -17.56%).

[59]   As Dr. Hartzmark acknowledges, the repetition of information will not affect the price of a stock traded in an efficient market, such as the one in which he opines Tesla stock and options traded.  Hartzmark Report ¶¶ 1 & 166.  I note that he does not opine that the Tesla Notes traded in an efficient market.  *Id.* ¶ 1.

[60]   Hartzmark Report ¶ 125.  The "far from secure" statement appears to be the opinion of the article's authors. "Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil," *The New York Times*, August 16, 2018.

[61]   As part of his support for including the August 17, 2018 price decline in his analysis, Dr. Hartzmark claims that "J.P. Morgan stated that subsequent events led the analyst to believe that funding was not secured for going private" but ignores that the report discusses the August 13, 2018 blog post and does not mention the August 17, 2018 *New York Times* article.  Hartzmark Report ¶ 133.

[62]   *See also* "On Tesla going private, Elon Musk admits he doesn't have 'funding secured'," *Los Angeles Times*, August 13, 2018; "Wall Street has spoken: Tesla funding is not 'secured'; Price stays well below Elon Musk's stated go-private level after explanation, showing investors' valid doubts," *Market Watch*, August 13, 2018.

[63]   "It is now abundantly clear that Elon Musk does not have 'funding secured'," *Business Insider*, August 13, 2018.

16

financing for the deal is far from locked up, although Musk wrote on Monday that he was encouraged to pursue the buyout in a July 31 meeting with the managing director of Saudi Arabia's Public Investment Fund."[64]

- An August 13, 2018 article in *The New York Times* states: "… three people familiar with the workings of the Saudi fund cast doubt on his account. They said the fund had taken none of the steps that such an ambitious transaction would entail, like preparing a term sheet or hiring a financial adviser to work on the deal."[65]

27.  Dr. Hartzmark also states that the article noted that PIF "had not committed to provide any cash."[66] This fact also was well known beforehand. For example:

- An August 8, 2018 *Wall Street Journal* article reports: "Saudi Arabia's Public Investment Fund recently completed the purchase of a nearly 5% stake in Tesla, a senior Saudi adviser familiar with the matter said on Tuesday. He said he wasn't aware of any plan by the Saudi investment fund to increase its holding in Tesla."[67]

- An August 11, 2018 a *Reuters News* article reports: "Saudi Arabia's Public Investment Fund (PIF) has shown no interest so far in financing Tesla Inc CEO Elon Musk's proposed $72 billion deal to take the U.S. electric car maker private, despite acquiring a minority stake in the company this year, two sources familiar with the matter said."[68]

- An August 12, 2018 *Bloomberg* article reports: "[PIF] hasn't made any firm decisions on whether to increase its stake, or by how much, but talks are ongoing …. It wasn't immediately clear how much the fund would invest in Tesla."[69]

28.  Dr. Hartzmark further states that the article revealed "that no one had seen or reviewed Musk's August 7, 2018 tweet before he posted it indicating that no going private transaction was imminent."[70] Once again, market participants were aware of this information prior to *The New York Times* article's publication. For example:

- An August 7, 2018 *Associated Press Newswires* news article quotes John Coffee Jr., a Columbia University law professor and corporate-governance expert, as stating: "It's very obvious that Musk did not talk to any lawyers before he made

---

[64]  "Questions loom over Tesla deal after CEO reveals Saudi link," *The Canadian Press*, August 13, 2018.

[65]  "Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," *The New York Times*, August 13, 2018.

[66]  Hartzmark Report ¶ 125.

[67]  "Musk Looks to Take Tesla Private --- Tweet on what would be a mammoth buyout surprises investors, drives stock up 11%," *The Wall Street Journal*, August 8, 2018.

[68]  "EXCLUSIVE-Saudi Arabia's PIF has shown no interest in bankrolling Tesla buyout – sources," *Reuters News*, August 11, 2018.

[69]  "Tesla said to draw Saudi interest as board prepares to meet," *Bloomberg News*, August 12, 2018.

[70]  Hartzmark Report ¶ 125.

his tweet."[71]

- An August 8, 2018 Bernstein analyst report states: "Given the haphazard process of disclosure last afternoon, our initial impression was that Elon Musk sprung his plan of going private upon the public without consulting Tesla's board of directors or major shareholders."[72]

- An August 13, 2018 article in *The New York Times* titled "Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private" states: "An abrupt tweet last week by Elon Musk about the prospect of taking Tesla private was dashed off with little forethought, and had not been cleared ahead of time with the company's board, two people familiar with the chain of events said Monday…. A person with direct knowledge of the Tesla board's thinking said some members of the board had been totally blindsided by Mr. Musk's decision to air his plan on Twitter."[73]

29.    The price decline on August 17, 2018 primarily relates to new information, and market participants' concerns, about Mr. Musk's physical and mental health over the past few months, which I understand is not alleged to have been misstated.  For example, news articles and an analyst report cited by Dr. Hartzmark[74] attribute the stock price decline following the *New York Times* article to new information about Mr. Musk's health rather than new information about the Musk Tweets:

- An August 17, 2018 *CNN Wire* news article states: "Tesla's stock tumbled after CEO Elon Musk said he's working himself to the bone and relies on Ambien to sleep;"[75]

- An August 17, 2018 *Reuters News* article states: "Tesla Inc's shares slumped 9 percent on Friday after Chief Executive Officer Elon Musk told the New York Times he was under major emotional stress and was preparing for 'extreme torture' from short sellers;"[76]

- An August 17, 2018 Barclays analyst report states: "We'll leave it to others to debate the psychology of Mr. Musk revealed in the lengthy NY Times interview that appears to have sent the shares sharply down today."[77]

---

[71]    "Tesla CEO's buyout bid raises eyebrows, legal concerns," *Associated Press Newswires*, August 7, 2018.

[72]    A.M. (Toni) Sacconaghi, Jr. "Tesla: Going private? Who knows... does Elon?," Bernstein, August 8, 2018.

[73]    "Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," *The New York Times*, August 13, 2018.

[74]    Hartzmark Report ¶¶ 128 & 132.

[75]    "Tesla's stock falls sharply after Elon Musk's tearful interview," *CNN Wire*, August 17, 2018.

[76]    "Tesla stock sinks after Musk gives tearful NYT interview," *Reuters News*, August 17, 2018.

[77]    Brian A. Johnson, "Potential for a COO: Good for the company, but won't help the stock," Barclays, August 17, 2018.

30.     Moreover, Dr. Hartzmark's opinion that it is reasonable and appropriate to consider the entire Class Period as the relevant event window is in part dependent on his finding that the stock price decline from August 7, 2018 to August 17, 2018 is statistically significant.[78] However, after appropriately excluding the decline on August 17, 2018, his own analysis finds that the cumulative abnormal stock price decline from August 7, 2018 to August 16, 2018 is not statistically significant.[79]  Consequently, once corrected for his mistaken focus on *The New York Times* article, Dr. Hartzmark's empirical basis for his use of the entire Class Period to measure alleged artificial inflation fails to support his opinion.

31.     Finally, Dr. Hartzmark's mistaken focus on *The New York Times* article also impacts his fundamentally flawed and unreliable analysis of purported Direct Artificial Inflation in two additional ways.  First, he assumes that Direct Artificial Inflation fell to $0 on August 17, 2018 despite his failure to establish that any new information related to the alleged misstatements in the Musk Tweets was disclosed on this date.

32.     Second, Dr. Hartzmark ignores that the impact of the information in *The New York Times* article on implied volatility in Tesla's stock price – i.e., the metric he uses to allocate a portion of his estimate of Direct Artificial Inflation to each date during the Corrective Interval – demonstrates that his allocation is incorrect.  To see why, note that he assumes that Tesla "options prices and implied volatility reflected the probability of the deal being completed" but did not reflect any other information during the Corrective Interval such that he can "isolate the

---

[78]   Hartzmark Report ¶ 65.

[79]   The confidence level is calculated based on a *t*-statistic that is calculated by dividing the cumulative abnormal return by the product of: (i) the daily standard error of the market model regression; and (ii) the square root of 7 (the number of trading days).  Hartzmark Report ¶ 65 n.88.  The cumulative abnormal return estimated between August 8, 2018 and August 16, 2018 is equal to -9.31%.  *Id.* Table 4.  The *t*-statistic for the cumulative abnormal return estimated between August 8, 2018 and August 16, 2018 is equal to -1.38 (-1.38% = -9.31 / 0.0255 x √ 7), which corresponds to a p-value of 17.1% and is below Dr. Hartzmark's threshold for statistical significance.  *See supra* ¶ 10 n.12; Hartzmark Report workbook "App 5 7, TBL 1 4 5 7 8 9.xlsx" tab "Regression."

changing price impact directly related to the Musk Tweets (as opposed to the *consequential effects*) via the changing long-term option implied volatility."[80]  But the largest change in daily implied volatility occurred on August 17, 2018[81] even though there is no connection to the alleged misstatements in the Musk Tweets, demonstrating that implied volatility was affected by factors unrelated to the alleged misstatements during the Corrective Interval, contrary to Dr. Hartzmark's assumption.[82]  Consequently, he has no reliable method to allocate purported Direct Artificial Inflation across the Corrective Interval.

E.     <u>There Is Substantial Uncertainty about Whether Short Sellers Made or Lost Money, or Would Have Lost Money Anyway</u>

33.  Plaintiff alleges that "Musk's false and materially misleading statements on August 7, 2018 were part of his efforts to harm short sellers of Tesla stock."[83]  However, Dr. Hartzmark devotes only two paragraphs and less than half a page of his 276-paragraph and 169-page report to a discussion of alleged damages for short sellers.  This is not surprising because there is substantial uncertainty about whether short sellers made or lost money, or would have lost money anyway.[84]

34.  In fact, short sellers, including some who publicly expressed very negative views of Tesla before the Class Period began, experienced mark-to-market gains and increased their short positions during the Class Period.  For example, a report published on August 20, 2018 by S3 Analytics states:

---

[80]  Hartzmark Report ¶¶ 188 & 191 (emphasis in original).
[81]  Hartzmark Report Table 8 shows that implied volatility increased by almost 8 percent on August 17, 2018, the largest change during the Corrective Interval.
[82]  It is also nonsensical to opine that implied volatility was impacted solely by the $23.27 "direct effect" of the alleged fraud but not at all by the $43.40 "consequential effect," which represents almost two-thirds of the total $66.67 price decline that Dr. Hartzmark attributes to the alleged fraud, because stock prices are an input in the calculation of implied volatility.
[83]  Complaint ¶ 157.
[84]  If the "Consequential Harm" allegedly caused by the Musk Tweets was "foreseeable" as Dr. Hartzmark opines, there would have been no reason for short sellers to close their positions above the pre-Tweet price because they would have expected to benefit when the price declined.  Hartzmark Report ¶¶ 4 & 33.

20

On August 7th "The Tweet", which started the "taking Tesla private" frenzy, added $6.4 billion to Tesla's market cap and cost short sellers $1.3 billion in mark-to-market losses.  Unfortunately for Elon Musk and the scores of Tesla retail and institutional long shareholders, the anticipated short squeeze resulting from Tesla's march to $420/share never materialized.  Since The Tweet, Tesla's stock price has retreated over -19%, slicing over $12 billion from Tesla's market cap and generating $2.5 billion in mark-to-market profits for the short sellers who had stayed in their trades.  Tesla continues to be the largest equity short in the U.S. with $11.2 billion of short interest, 33.4 million shares shorted, or 26.20% of its float.  Tesla has held the top spot in the U.S., with only a few interruptions since 2016….  While there has been some short covering since The Tweet, Elon Musk was only able to drive away less than 4% of his short sellers.  Shorts have only covered 1.3 million shares since Tesla's original stock price spike, hardly a short squeeze and more likely an exit by shorter term momentum short sellers and fat trimming by the lesser capitalized long-term short sellers.  In actuality, many of the longer-term short sellers have backed up their bets and slightly increased their short exposure over the last week.[85]

Indeed, vocal Tesla critic Jim Chanos disclosed that he sold more shares short as Tesla's stock price rallied following the Musk Tweets, and Greenlight Capital (run by another well-known Tesla short seller, David Einhorn[86]), stated in its October 5, 2018 letter to investors that "[o]ur Tesla short was our second biggest winner during the quarter."[87]

35.     There is also uncertainty about whether short sellers would have lost money anyway.  As explained *supra* ¶ 13, had Mr. Musk tweeted that he was considering taking Tesla private at $420 per share without making any alleged misstatements, it is reasonable to believe that the Company's stock price still would have increased; indeed, Dr. Hartzmark opines the price increased when news of the PIF investment – which did not even include a potential proposal – was made public.[88]  Consequently, it is reasonable to believe that short sellers who closed their positions above the pre-Tweet price would have incurred at least a portion of their losses under Plaintiff's theory had the alleged fraud not occurred.

---

[85]  "No Tesla Short Squeeze, Shorts up $1.2 billion since 'The Tweet,'" S3 Analytics, August 20, 2018.
[86]  *See*, e.g., "Elon Musk Versus the Haters," *Institutional Investor*, October 2, 2017.
[87]  "How Jim Chanos Uses Cynicism Chutzpah—and a Secret Twitter Account—to take on Markets (and Elon Musk)," *Institutional Investor*, September 17, 2018; Greenlight Investor letter dated October 5, 2018.
[88]  Hartzmark Report ¶ 76.

36.     Moreover, short sellers who initially closed their positions during the Class Period at a loss but opened new short positions during the Class Period, or otherwise received gains from the alleged fraud under Dr. Hartzmark's calculations, may have on net benefited from their transactions during the Class Period.  Dr. Hartzmark fails to acknowledge that Class members' purported losses should be offset by any gains under his own calculations, which applies across each Class member's transactions in Tesla securities during the Class Period.

F.      Dr. Hartzmark's Estimates of Alleged Damages for Tesla's Notes Are
        Fundamentally Flawed Because He Uses Unreliable Price Data that
        Overstate Alleged Artificial Inflation Under his Own Analysis

37.     To estimate alleged artificial inflation for Tesla's Notes, Dr. Hartzmark relies on "Bloomberg evaluated prices" or "BVAL prices," which are prices estimated using "market observations from a wealth of contributed resources."[89]  In other words, BVAL prices are not actual transaction prices.

38.     During the Class Period, BVAL prices for the Tesla Notes differed from actual transaction prices.  In particular, the BVAL prices on August 7, 2018 for each of Tesla's Notes are *higher than every single price* at which a transaction actually occurred on that day.[90] Moreover, the cumulative abnormal returns based on Dr. Hartzmark's regression analyses for the Tesla Notes from August 7, 2018 through August 17, 2018 are more negative when using BVAL prices rather than the daily volume-weighted average of the actual transaction prices ("VWAPs"), an alternative price series that Dr. Hartzmark calculated but does not use to

---

[89]  Hartzmark Report ¶ 268 n.379 ("'Bloomberg's BVAL Evaluated Pricing Service provides transparent and highly defensible prices across the liquidity spectrum for a variety of fixed income securities …. The key to BVAL's methodology is its real-time access to market observations from a wealth of contributed sources.  The accumulated mass of market data serves as the main driver of an innovative and quantitative approach that first corroborates market levels on actively traded bonds and then derives a comparable relative value price on those securities that are less liquid.'  Source: Bloomberg.").

[90]  Hartzmark Report Table 12 & Appendix 13 (BVAL prices for Tesla's 2019, 2021 and 2022 Notes are $114.69, $122.55, and $130.41, respectively, while the actual trading data from TRACE that Dr. Hartzmark reports show that the highest transaction prices on August 7, 2018 for these Notes are $114.612, $121.124, and $129.675, respectively).

estimate total alleged artificial inflation.  *See* **Exhibit 2**.  For example, the cumulative abnormal decline over this period for the 2021 Note based on the BVAL prices is *42% higher* than the cumulative abnormal decline based on Dr. Hartzmark' analysis of the VWAPs.  *See id.* Consequently, his estimates of total alleged artificial inflation are substantially higher using the BVAL prices he employs, demonstrating an upward bias in his analysis of alleged damages.

## III.   NEITHER PROFESSOR MITTS NOR PROFESSOR SUBRAMANIAN ADDRESS WHAT IS IN DISPUTE IN THIS CASE

### A.   Professor Mitts

39.     Professor Mitts' principal opinions are that:  1) short selling can benefit securities markets; 2) short selling is costly; and 3) price increases harm short sellers.[91]  None of these issues are in dispute in this matter.

40.     As explained *supra* § II.E., there is substantial uncertainty about whether short sellers made or lost money, or would have lost money anyway, and Professor Mitts provides nothing to dispute this point.  Rather than quantifying actual harm, he vaguely opines that "[t]he injury to short sellers was an obvious and an unavoidable consequence of Musk's alleged misstatements" and that "[i]t was precisely short sellers like Chanos who held open sustained, long-run short positions who would suffer the most from an increase in Tesla's share price."[92] While it is true that short sellers like Mr. Chanos would suffer the most from a lengthy increase in Tesla's share price – such as the more than fifteen-fold price increase since Mr. Musk withdrew his proposal[93] – Professor Mitts ignores both that the price fell below the pre-Tweet price within two days and so did not impact "sustained, long-run short positions," and that short

---

[91]   Mitts Report ¶ 11.  Professor Mitts acknowledges that "short positions can also play a role in fraudulent or manipulative trading schemes" and that "[r]egardless of the merits of a short seller's allegations, it may take some time for a company to rebuild shareholder confidence when the publication of allegations is accompanied by a substantial share-price decline."  *Id.* ¶¶ 62 & 64.

[92]   Mitts Report ¶¶ 11 & 138.

[93]   Fischel Report ¶ 19.

sellers like Mr. Chanos increased their short positions during the Class Period and made rather

than lost money.[94]

        B.      Professor Subramanian

     41.     Professor Subramanian also does not address what is in dispute in this case.  He

opines that Mr. Musk's proposal was atypical and "an extreme outlier compared to all other

MBO transactions announced since 2010," including by being "incomplete" and "highly

preliminary."[95]  But market participants clearly understood this during the Class Period, as

explained above.

     42.     According to Professor Subramanian, an MBO "is a transaction in which senior

managers buy out the other shareholders,"[96] but such a transaction is fundamentally different

from Mr. Musk's proposal.  First, rather than buying out the other shareholders, Mr. Musk

professed his "hope [that] all shareholders remain."[97]  Second, Mr. Musk explicitly stated that his

aim was not to increase his stake:  "this has nothing to do with accumulating control for myself.

I own about 20% of the company now, and I don't envision that being substantially different

after any deal is completed."[98]  Third, Mr. Musk explained that "most of the capital required for

---

[94]    *See supra* ¶¶ 34 & n.87.  Professor Mitts also opines the small reduction in short positions that was noted by S3
Analytics (*see supra* ¶ 34) "is an indication that short sellers sought to avoid incurring the additional borrowing
costs that, in all likelihood, would have arisen if these positions were held open," ignoring that if the consensus
among short sellers was that the price would remain elevated "in all likelihood," then substantially more short
sellers would have reduced their positions.  Mitts Report ¶ 159 n.229.  Professor Mitts also claims that "data
from the securities lending market indicates that Musk's tweet began to increase the costs of short selling,"
simply citing (1) the number of shares returned to lenders, (2) the decline in volume of open short positions, and
(3) the decline in volume of shares available for lending over various days immediately prior and subsequent to
August 7, 2018, twice including August 6, 2018 which could not have been affected by the Musk Tweets.  *Id.* ¶
159.  But he fails to put the changes on August 7, 2018 (the only day during the Class Period that the price was
increasing) into context to demonstrate that they are unusual and, even if he was able to show these changes on
this date were unusual, he cannot account for the effect of the positive confounding news of PIF's investment
that occurred prior to the Musk Tweets because his data are daily, not intraday.

[95]    Subramanian Report ¶ 37.  I note that Plaintiff did not provide Professor Subramanian's backup until December
7, 2021, the day before this report was served.

[96]    Subramanian Report ¶ 39.

[97]    Fischel Report ¶ 19.

[98]    "Taking Tesla Private," August 7, 2018, https://www.tesla.com/blog/taking-tesla-private.

going private would be funded by equity rather than debt, meaning that this would not be like a standard leveraged buyout structure commonly used when companies are taken private."[99] Fourth, unlike the proposals Professor Subramanian describes, Mr. Musk's proposal was presented – and received by market participants – as incomplete and uncertain.[100]  Given that Mr. Musk's proposal was substantially different from the typical MBO, it is unsurprising that it was, as Professor Subramanian opines, "an extreme outlier."

_____
                                                           Daniel R. Fischel

December 8, 2021

_____

[99]    "Update on Taking Tesla Private," August 13, 2018, https://www.tesla.com/blog/update-taking-tesla-private.
[100]   *See supra* § II.B.

**Appendix A**

**DANIEL R. FISCHEL**                                                                                  December 2021
Business Address:

Compass Lexecon
332 South Michigan Avenue
Chicago, Illinois 60604
Tel: 312-322-0209
dfischel@compasslexecon.com

### PROFESSIONAL EXPERIENCE

Lee and Brena Freeman Professor of Law and Business, University of Chicago Law School (1/84 – 12/2005, chair awarded in 7/89, emeritus as of 1/1/2006); Dean of Law School (1/99 – 2/01); Visiting Professor of Law, University of Chicago Law School (7/82 - 6/83).

Professor of Law and Business, Northwestern University School of Law (1/1/2006 – 5/2011). Professor, Kellogg

School of Management (courtesy appointment, 1/1/2006 – 5/2011).

Jack N. Pritzker Distinguished Visiting Professor of Law, Northwestern University School of Law (6/02-6/03).

Professor of Law and Business, University of Chicago Graduate School of Business (7/87 - 6/90).

Director, Law and Economics Program, University of Chicago (1/84 - 6/91).

Assistant Professor of Law, Northwestern University School of Law (6/80 - 6/81); Associate Professor of Law, Northwestern University School of Law (6/81 - 6/82); promoted to full professor in 6/82.

Attorney with Levy and Erens, Chicago, Illinois (7/79 - 6/80).

Law Clerk for Associate Justice Potter Stewart of the United States Supreme Court (1978 - 1979).

Law Clerk for Judge Thomas E. Fairchild, Chief Judge of the Seventh Circuit Court of Appeals (1977 - 1978).

### CONSULTING EXPERIENCE

President and Chairman, Compass Lexecon (formerly Lexecon).

### AREAS OF SPECIALIZATION

Securities and Financial Markets, Valuation and Financial Analysis, Bankruptcy and Financial Distress Litigation, ERISA Litigation, Class Certification, Damages, Corporate Governance.

### PUBLICATIONS

Payback: The Conspiracy to Destroy Michael Milken and His Financial Revolution, Harper Business (1995). The Economic Structure of Corporate Law, Harvard University Press (1991) (with Frank H. Easterbrook).

### ARTICLES

The Use of Trading Models to Estimate Aggregate Damages in Securities Fraud Litigation: An Update, Briefly… Perspectives on Legislation, Regulation, and Litigation, Vol. 10, No. 3 (National Legal Center for the Public Interest, 2006) (with David J. Ross and Michael A. Keable).

The Hewlett-Packard Merger: A Case Study, in The New Investor Relations, Expert Perspectives on The State Of The Art (Bloomberg Press Princeton, 2004) (with Kenneth R. Cone, Gregory J. Pelnar and David J.

1

Ross).

Market Evidence in Corporate Law, 69 U. Chi. L. Rev. 941 (2002).

Multidisciplinary Practice, The Business Lawyer, Vol. 55, (May 2000).

Government Liability for Breach of Contract, American L. & Econ. Rev. V1 N1/2 313 (1999) (with Alan Sykes).

Lawyers and Confidentiality, 65 U. Chi. L. Rev. 1 (1998).

The Law and Economics of Vanishing Premium Life Insurance, 22 Del. J. Corp. Law 1 (1997) (with Robert S. Stillman).

Clustering and Competition in Asset Markets, 20 J. Law & Econ. 23 (1997) (with Sanford J. Grossman, Merton H. Miller, Kenneth R. Cone and David J. Ross).

Corporate Crime, 25 J. Legal Studies 319 (1996) (with Alan O. Sykes).

The Use of Trading Models to Estimate Aggregate Damages in Securities Fraud Litigation: A Proposal for Change, in Securities Class Actions: Abuses and Remedies (The National Legal Center for the Public Interest, 1994) (with David J. Ross).

Civil Rico After Reves: An Economic Commentary, 1993 Sup. Ct. Rev. 157 (with Alan O. Sykes).

Contract and Fiduciary Duty, 36 J. Law & Econ. 425 (1993) (with Frank H. Easterbrook).

Should the Law Prohibit "Manipulation" in Financial Markets?, 105 Harv. L. Rev. 503 (1991) (with David J. Ross).

Efficient Capital Markets, the Crash, and the Fraud on the Market Theory, 74 Cornell L. Rev. 907 (1989).

The Corporate Contract, 89 Colum. L. Rev. 1416 (1989) (with Frank H. Easterbrook); also published in Corporate Law and Economic Analysis (Cambridge University Press 1990) (Lucian Bebchuk ed.).

The Economics of Lender Liability, 99 Yale L. J. 131 (1989).

Should One Agency Regulate Financial Markets, in Black Monday and the Future of Financial Markets (R. Kormendi, R. Kamphuis & J. W. H. Watson, ed.) (Dow Jones-Irwin Inc., 1988).

ERISA's Fundamental Contradiction: The Exclusive Benefit Rule, 55 U. Chi. L. Rev. 1105 (1988) (with John H. Langbein).

From MITE to CTS: Takeovers, the Williams Act and the Commerce Clause, 1987 Sup. Ct. Rev. 47.

The Regulation of Banks and Bank Holding Companies, 73 Va. L. Rev. 301 (1987) (with Andrew M. Rosenfield and Robert S. Stillman).

The Regulation of Accounting: Some Economic Issues, 52 Brooklyn L. Rev. 1051 (1987).

Organized Exchanges and the Regulation of Dual Class Common Stock, 54 U. Chi. L. Rev. 119 (1987).

Comparable Worth and Discrimination in Labor Markets, 53 U. Chi. L. Rev. 891 (1986) (with Edward P. Lazear).

Comparable Worth: A Rejoinder, 53 U. Chi. L. Rev. 950 (1986) (with Edward P. Lazear).

Close Corporations and Agency Costs, 38 Stan. L. Rev. 271 (1986) (with Frank H. Easterbrook).

The Role of Liability Rules and the Derivative Suit in Corporate Law: A Theoretical and Empirical Analysis, 71 Corn. L. Rev. 261 (1986) (with Michael Bradley).

Regulatory Conflict and Entry Regulation of New Futures Contracts, 59 J. Bus. S85 (1985).

Optimal Damages in Securities Cases, 52 U. Chi. L. Rev. 611 (1985) (with Frank H. Easterbrook).The Business Judgment Rule and the Trans Union Case, 40 Bus. Law. 1437 (1985).

Insider Trading and Investment Analysts: An Economic Analysis of Dirks v. SEC, 13 Hofstra L. Rev. 127 (1984).

Limited Liability and the Corporation, 52 U. Chi. L. Rev. 89 (1985) (with Frank H. Easterbrook).

Labor Markets and Labor Law Compared with Capital Markets and Corporate Law, 51 U. Chi. L. Rev. 1061 (1984).

Customer Protection in Futures and Securities Markets, 4 J. Futures Markets 273 (1984) (with Sanford J. Grossman).

Mandatory Disclosure and the Protection of Investors, 70 Va. L. Rev. 669 (1984) (with Frank H. Easterbrook).

The Appraisal Remedy In Corporate Law, 1983 Am. Bar Found. Res. J. 875.

The Regulation of Insider Trading, 35 Stan. L. Rev. 857 (1983) (with Dennis W. Carlton).

Voting in Corporate Law, 26 J. Law & Econ. 395 (1983) (with Frank H. Easterbrook).

Auctions and Sunk Costs in Tender Offers, 35 Stan. L. Rev. 1 (1982) (with Frank H. Easterbrook).

The Corporate Governance Movement, 35 Vand. L. Rev. 1259 (1982).

Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities, 38 Bus. Law 1 (1982).

Antitrust Suits By Targets of Tender Offers, 80 Mich. L. Rev. 1155 (May 1982) (with Frank H. Easterbrook).

Corporate Control Transactions, 91 Yale L. J. 698 (1982) (with Frank H. Easterbrook).

The "Race to the Bottom" Revisited: Reflections on Recent Developments in Delaware Corporation Law, 76 Nw. Univ. L. Rev. 913 (1982).

Takeover Bids, Defensive Tactics and Shareholders' Welfare, 36 Bus. Law 1733 (1981) (with Frank H. Easterbrook).

The Law and Economics of Dividend Policy, 67 Va. L. Rev. 699 (1981).

The Proper Role of a Target's Management in Responding to a Tender Offer, 94 Harv. L. Rev. 1161 (1981) (with Frank H. Easterbrook) (awarded prize by Emory University for best paper written in law and economics for the year 1981).

Secondary Liability Under Section 10(b) of the Securities Act of 1934, 69 California L. Rev. 80 (1981).

Efficient Capital Market Theory, the Market for Corporation Control, and the Regulation of Cash Tender Offers, 57 Tex. L. Rev. 1 (1978); reprinted in K. Scott and R. Posner ed., Economic Perspectives on Corporation Law and Securities Regulation (Little Brown 1980).

Antitrust Liability for Attempts to Influence Government Action: The Basis and Limits of the Noerr-Pennington Doctrine, 45 U. Chi. L. Rev. 80 (1977).

Comment, The Demand and Standing Requirements in Stockholder Derivation Actions, 44 U. Chi. L. Rev. 168 (1977).

Comment, The Use of Government Judgments in Private Antitrust Litigation: Clayton Act Section 5(a), Collateral Estoppel, and Jury Trial, 43 U. Chi. L. Rev. 338 (1976).

## EDUCATION

University of Chicago Law School, Chicago, Illinois; J.D. 1977, cum laude; Order of the Coif; Comment Editor, Vol. 44, University of Chicago Law Review; Approximately top 1% of the Class. Awarded Casper Platt Award for best paper written by a student of the University of Chicago Law School; awarded Jerome N. Frank Prize for excellence in legal writing while a member of the University of Chicago Law Review, 1975 - 1977. Studied law and economics with Richard Posner and other members of the faculty.

Brown University, Providence, Rhode Island; M.A. 1974 in American History.

Cornell University, Ithaca, New York; major-American History; minor-Economics; B.A. 1972

## TESTIMONY

Deposition of Daniel R. Fischel In Re: Oracle Corporation Derivative Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 2017-0337-SG, (December 8, 2021).

Deposition of Daniel R. Fischel In Re: Straight Path Communications Inc. Consolidated Stockholder Litigation, In the Court of Chancery of the State of Delaware, C.A. No. 2017-0486-SG, (October 21, 2021).

Deposition of Daniel R. Fischel In Re: Abu Dhabi Investment Authority vs. Mylan N.V. and Mylan Inc., In the United States District Court, Southern District of New York, Civil Action No. 1:20-cv-01342-JPO, (August 18, 2021).

Deposition of Daniel R. Fischel In Re: Mylan N.V. Securities Litigation, In the United States District Court, Southern District of New York, Case No. 1:16-CV-07926 (JPO), (August 17, 2021).

Deposition of Daniel R. Fischel In Re: Hawaii Structural Ironworkers Pension Trust Fund, Individually and on Behalf of All Others Similarly Situated vs. AMC Entertainment Holdings, Inc., et al., In the United States District Court, Southern District of New York, Case No.1:18-cv-00299-AJN-SLC, (August 12, 2021).

Deposition of Daniel R. Fischel In Re: Sjunde Ap-Fonden, et al, vs. General Electric, et al., In the United States District Court, Southern District of New York, Index No. 17-cv-08457 (JMF), (August 9, 2021).

Testimony of Daniel R. Fischel In Re: United States of America vs. Edward Bases and John Pacilio, In the United States District Court, Northern District of Illinois, Eastern Division, Docket No. 18 CR 48, (July 29, 2021).

Testimony of Daniel R. Fischel In Re: Ahmed D. Hussein vs. Sheldon Razin, Steven Plochocki, Quality Systems, Inc., And Does 1-10, Inclusive, In the Superior Court of California, County of Orange, NO. 30-2013-00679600, CU-NP-CJC (July 27, 2021).

Testimony of Daniel R. Fischel In Re: Tesla Motors, Inc. Stockholders Litigation, In the Court of Chancery of the State of Delaware, Consolidated Civil Action No. 12711-VCS (July 23, 2021).

Testimony of Daniel R. Fischel In Re: Huntsman International, LLC vs. Albemarle Corporation, Rockwood Specialties Group, Inc., and Rockwood Holdings, Inc., American Arbitration Association, AAA Case No. 01-17-001-4588 (May 10, 2021).

Testimony of Daniel R. Fischel In Re: Resolution Life L.P. and Resolution Life (Parallel) Partnership vs. GBIG Holdings, Inc. f/k/a Southland National Holdings, Inc.; SNH Acquisition, LLC and Greg Lindberg, In the Supreme Court of the State of New York, Civil Division, Index Nos. 650575/19, 653258/19, (April 19, 2021).

Deposition of Daniel R. Fischel In Re: Matthew Sciabacucchi and Hialeah Employees' Retirement System vs. John Malone, et al., and Charter Communications, Inc., In the Court of Chancery for the State of Delaware, C.A. No. 11418-VCG, (April 16, 2021).

Deposition of Daniel R. Fischel In Re: Jeld-Wen Holdings, Inc. Securities Litigation, In the United States District Court for The Eastern District of Virginia, Richmond Division, Civil Action No. 3:20-cv-00112-JAG, (February 26, 2021).

Testimony of Daniel R. Fischel <u>In Re: The Pacific Gas and Electric Company Administration of Stress Test Methodology Developed Pursuant to Public Utilities Code Section 451.2(b) and (2) Determination That $7.5 Billion of 2017 Catastrophic Wildfire Costs and Expenses Are Stress Test Costs That May Be Financed Through Issuance of Recovery Bonds Pursuant to Section 451.2(c) and Section 850 et Seq.(U39E)</u>, Before the Public Utilities Commission of the State of California, Application No. 20-04-023, (December 15, 2020).

Deposition of Daniel R. Fischel <u>In Re: Resolution Life L.P. and Resolution Life (Parallel) Partnership vs. GBIG Holdings, Inc. f/k/a Southland National Holdings, Inc.; SNH Acquisition, LLC and Greg Lindberg</u>, In the Supreme Court of the State of New York, Index No. 650575/2019, (November 24, 2020).

Deposition of Daniel R. Fischel <u>In Re: SH 130 Concession Company, LLC, Zachry Toll Road – 56 LP Cintra Texas 56 LLC et al. vs. Central Texas Highway Constructors, LLC, et al.</u>, In the United States Bankruptcy Court, Western District of Texas, Austin Division, Case No. 16-10262-TMD, Adversary No. 18-01030, (November 5, 2020).

Deposition of Daniel R. <u>Fischel In Re: Ahmed D. Hussein versus Sheldon Razin, Steven Plochocki, Quality Systems, Inc., et al.</u>, In the Superior Court of the State of California, County of Orange, Case No. 302013-00679600 CUNPCJC, (October 22, 2020).

Deposition of Daniel R. Fischel <u>In Re: Deutsche Bank National Trust Company, Solely in its Capacity as Trustee of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9</u>, In the Supreme Court of the State of New York County of New York, Index No. 654208/2018 (September 25, 2020).

Testimony of Daniel R. Fischel <u>In Re: Fairstone Financial Holdings Inc., J.C. Flowers IV L.P. and VP Canada Acquisition, L.P. vs. Duo Bank of Canada,</u> Court File No. CV-20-00641857-00CL and <u>Duo Bank of Canada vs. Fairstone Financial Holdings Inc., J.C. Flowers IV L.P. and VP Canada Acquisition, L.P.</u>, Court File No. CV-20-00643629-00CL, In the Ontario Superior Court of Justice, (September 11, 2020).

Testimony of Daniel R. Fischel <u>In Re: AB Stable VIII LLC vs. Maps Hotels and Resorts One LLC, et al.</u>, In the Court of Chancery of the State of Delaware, C. A. No. 2020-0310-JTL (August 28, 2020).

Deposition of Daniel R. Fischel <u>In Re: AB Stable VIII LLC vs. Maps Hotels and Resorts One LLC, et al.</u>, In the Court of Chancery of the State of Delaware, Case No. 2020-0130-JTL (August 14, 2020).

Deposition of Daniel R. Fischel <u>In Re: Willis Towers Watson PLC Proxy Litigation</u>, In the United States District Court for the Eastern District of Virginia, Alexandria Division, Master File No. 1:17-cv-1338-AJT-JFA (August 12, 2020).

Deposition of Daniel R. Fischel <u>In Re: Forescout Technologies, Inc. et al. vs. Ferrari Group Holdings, LP, and Ferrari Merger Sub, Inc., et al.,</u> In the Court of Chancery of the State of Delaware, Civil Action No. 2020-0385-SG (July 13, 2020).

Deposition of Daniel R. Fischel <u>In Re: Brigade Leveraged Capital Structures Fund Ltd. et al. vs. Kindred Healthcare, Inc., et al.</u>, In the Circuit Court of Chancery of the State of Delaware, Case No. 2018 0165 (February 5, 2020).

Testimony of Daniel R. Fischel <u>In Re: Gannaway Entertainment, Inc. et al vs. Frankly Inc. et al.</u>, In the United States District Court, Northern District of California, San Francisco Division, Case No. 3:17-cv-04169-RS (December 17, 2019).

Deposition of Daniel R. Fischel <u>In Re: The Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. and its affiliated debtors et al. v. Yucaipa, et al.</u>, In the U.S. Bankruptcy Court for the District of Delaware, Bankr., D. Del., Proc. Nos. 13-50530-KBO, 14-50971-KBO (December 16, 2019).

Testimony of Daniel R. Fischel <u>In Re: Nord Anglia Education, Inc.</u>, In the Grand Court of The Cayman Islands, Financial Services Division, Cause No. FSD 235 of 2017 (IKJ). (December 6, 9, 10 and 11, 2019).

Deposition of Daniel R. Fischel In Re: Lindie L. Banks and Erica LeBlanc, individually and on behalf of all others similarly situated vs. Northern Trust Corporation and Northern Trust Company, In the United States District Court, Central District of California, Case No. 2: 16-cv-09141-JFK (JCx) (November 22, 2019).

Deposition of Daniel R. Fischel In Re: Tesla Motors, Inc. Stockholder Litigation, In the Court of Chancery of the State of Delaware, C.A. No. 12711-VCS (November 19, 2019).

Deposition of Daniel R. Fischel In Re: Melina N. Jacobs, On Behalf of Herself and All Others Similarly Situated vs. Verizon Communications, Inc., et al., In the United States District Court for the Southern District of New York, Civil Action No. 1:16-cv-01082 (August 28, 2019).

Deposition of Daniel R. Fischel In Re: American Realty Capital Properties, Inc. Litigation, In the United States District Court, Southern District of New York, Civil Action No. 1:15-mc-00040-AKH Class Action (July 25, 2019).

Deposition of Daniel R. Fischel In Rajesh M. Shah, et al vs. Zimmer Biomet Holdings, Inc., et al, In the United States District Court, Northern District of Indiana, South Bend Division, Case No. 3:16-cv-815-PPS-MGG (May 17, 2019).

Testimony of Daniel R. Fischel In Colonial Chevrolet Co., Inc., et al., Alley's of Kingsport, Inc., et al., and Union Dodge, Inc., et al. vs. The United States (Nos. 10-647C, 11-100C, and 12-900L – Consolidated), In the United States Court of Federal Claims (May 8, 2019).

Testimony of Daniel R. Fischel In Anthem, Inc. vs. Cigna Corporation, In the Court of Chancery of the State of Delaware, C.A. No. 2017-0114-JTL (March 8, 2019).

Deposition of Daniel R. Fischel In Re: Nine West holdings, Inc., et al., Debtors, United States Bankruptcy Court, Southern District of New York, Chapter 11 Case No. 18-10947 (SCC) (January 16, 2019).

Deposition of Daniel R. Fischel In Re: Sandisk LLC Securities Litigation, United States District Court, Northern District of California, San Francisco Division, Case No. 3:15-cv-01455-VC (November 16, 2018).

Deposition of Daniel R. Fischel In Re: Colonial Chevrolet Co., Inc., Alley's of Kingsport, Inc. and Union Dodge, Inc., et al vs. The United States, In the United States Court of Federal Claims, Nos. 10-647C, 11-100C and 12-900L (Consolidated) (November 15, 2018).

Testimony of Daniel R. Fischel In Re: United States of America, et al., vs. J-M Manufacturing Co., Inc., United States District Court, Central District of California – Western Division, No. CV 6-55 GW (November 5, 2018).

Deposition of Daniel R. Fischel In Re: Appraisal of Air Methods Corp., In the Court of Chancery of the State of Delaware, C.A. No.: 2017-0317-JRS (September 27 and 28, 2018).

Testimony of Daniel R. Fischel In Re: Akorn, Inc., v. Fresenius Kabi, AG, et al., In the Court of Chancery of the State of Delaware, C.A. No. 2018-0300-JTL (July 13, 2018).

Deposition of Daniel R. Fischel In Re: Starz Stockholder Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 12584-VCG (July 12, 2018).

Deposition of Daniel R. Fischel In Re: Akorn, Inc. vs. Fresenius Kabi AG, Quercus Acquisition, Inc. and Fresenius SE & Co. KGaA, In the Court of Chancery of the State of Delaware, Index No. 2018-0300 (June 30, 2018).

Deposition of Daniel R. Fischel In Re: Physiotherapy Holdings, Inc., et al., Debtors; PAH Litigation Trust v. Water Street Healthcare Partners, L.P., et al., In the United States Bankruptcy Court for the District of Delaware, Case No. 13-12965 (KG) (Jointly Administered) (June 5, 2018).

Deposition of Daniel R. Fischel In Re: Facebook, Inc. Class C Reclassification Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 12286-VCL (May 18, 2018).

Testimony of Daniel R. Fischel In Re: Dr. Alan Sacerdote, et al. vs. New York University, In the United States District Court for the Southern District of New York, Civil Action No. 1:16-cv-6284-KBF (April 24, 25 and 26).

Deposition of Daniel R. Fischel In Re: Daniel Turocy, et al. vs. El Pollo Loco Holdings, Inc., et al., In the United States District Court, Central District of California, Southern Division, Case No. 8:15-cv-01343-DOC-KES

(April 12, 2018).

Deposition of Daniel R. Fischel <u>In Re: United States of America v. AT&T Inc., Directv Group Holdings, LLC, and Time Warner Inc.</u>, In the United States District Court for the District of Columbia, Case No. 1:17-cv-02511-RJL (March 9, 2018).

Deposition of Daniel R. Fischel <u>In Re: Dr. Alan Sacerdote, et al. vs. New York University</u>, In the United States District Court for the Southern District of New York, Civil Action No. 1:16-cv-6284-KBF (March 1, 2018).

Testimony of Daniel R. Fischel In <u>Re: Lehman Brothers Holdings Inc., et al.</u>, In the United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 08-13555 (SCC) (December 4, 2017).

Deposition of Daniel R. Fischel <u>In Re: Lehman Brothers Holdings Inc., et al.</u>, In the United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 08-13555 (SCC) (October 17, 2017).

Testimony of Daniel R. Fischel <u>In Re: Genon Energy, Inc., et al, Debtors</u>, In the United States Bankruptcy Court for the Southern District of Texas Houston Division, Chapter 11, Case No. 17-33695 (DRJ) (October 6, 2017).

Deposition of Daniel R. Fischel <u>In Re: Genon Energy, Inc., et al, Debtors</u>, In the United States Bankruptcy Court for the Southern District of Texas Houston Division, Chapter 11, Case No. 17-33695 (DRJ) (August 25, 2017).

Deposition of Daniel R. Fischel <u>In Re: United States ex re. Hendrix et al., vs. JM Manufacturing Company, Inc., et al.</u>, In the United States District Court, Central District of California, Case No. ED CV 06-00055-GW (July 20, 2017).

Testimony of Daniel R. Fischel In <u>Re: Saguaro Power Co. v. Pioneer Americas LLC d/b/a Olin Chlor Alkali Products</u>, In AAA Case No. 01-16-0005-1073 (June 30, 2017).

Testimony of Daniel R. Fischel <u>In Re: Syngenta AG MIR 162 Corn Litigation</u>, In the United States District Court for the District of Kansas, Master File No. 2:14-MD-02591-JWL-JPO (June 19, 2017).

Testimony of Daniel R. Fischel <u>In Re: Motors Liquidation Company, f/k/a General Motors Corporation, et al., Debtors</u>, United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No.:09-50026 (MG) and <u>Motors Liquidation Company Avoidance Action Trust, et al vs. JPMorgan Chase Bank, N.A.</u>, et al., United States Bankruptcy Court, Southern District of New York, Case No.: 09-00504 (MG) (May 2 and 3, 2017).

Deposition of Daniel R. Fischel <u>In Re: Alere-Abbott Merger Litigation</u>, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 12963-VCG (April 4, 2017).

Testimony of Daniel R. Fischel <u>In Re: Appraisal of AOL Inc.</u>, In the Court of Chancery of the State of Delaware, Consol C.A. No. 11204-VCG (March 20, 2017).

Deposition of Daniel R. Fischel <u>In Re: City of Daytona Beach Policy and Fire Pension Fund, et al vs. Examworks Group, Inc., et al.</u>, In the Court of Chancery of the State of Delaware, C.A. No. 12481-VCL (February 22, 2017).

Deposition of Daniel R. Fischel <u>In Re: Appraisal of AOL Inc.</u>, In the Court of Chancery of the State of Delaware, Consol C.A. No. 11204-VCG (February 14 and 15, 2017).

Deposition of Daniel R. Fischel <u>In Re: Motors Liquidation Company, f/k/a General Motors Corporation, et al., Debtors</u>, United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No.:09-50026 (MG) and <u>Motors Liquidation Company Avoidance Action Trust, et al vs. JPMorgan Chase Bank, N.A., et al.</u>, United States Bankruptcy Court, Southern District of New York, Case No.: 09-00504 (MG) (January 31, 2017).

Deposition of Daniel R. Fischel <u>In Re: Syngenta Litigation</u>, In the State of Minnesota District Court, County of Hennepin Fourth Judicial District, Court File No. 27-CV-15-3785 and <u>In Re: Syngenta AG MIR 162 Corn Litigation</u>, In the United States District Court for the District of Kansas, Case No. 2:14-md-2591-JWL-JPO (January 20, 2017).

Testimony of Daniel R. Fischel <u>In the Matter of Motiva Enterprises LLC vs. Bechtel Corporation, Jacobs Engineering Group, Inc. and Bechtel-Jacobs CEP Port Arthur Joint Venture</u>, International Institute for Conflict Prevention and Resolution (October 20, 2016).

Deposition of Daniel R. Fischel in <u>Beaver County Employees Retirement Fund, et al., vs. Cyan, Inc., et al.</u>, Superior Court of the State of California, County of San Francisco, Lead Case No. CGC-14-538355 (Consolidated with No. CGC-14-539008) (October 11, 2016).

Testimony of Daniel R. Fischel <u>In Re: Paragon Offshore PLC, et al, Debtors</u>, In the United States Bankruptcy Court, District of Delaware, Case No. 16-10386 (September 23, 2016).

Deposition of Daniel R. Fischel <u>In the Matter of Motiva Enterprises LLC vs. Bechtel Corporation, Jacobs Engineering Group, Inc. and Bechtel-Jacobs CEP Port Arthur Joint Venture</u>, International Institute for Conflict Prevention and Resolution (August 25, 2016)

Deposition of Daniel R. Fischel <u>In Re: Syngenta AG MIR162 Corn Litigation</u>, In the United States District Court for the District of Kansas; Case No. 2;14-MD-02591-JWL-JPO and <u>In Re: Syngenta Litigation,</u> In the State of Minnesota District Court, County of Hennepin, Fourth Judicial District, Case No. 27-CV-15-385 (August 11, 2016).

Deposition of Daniel R. Fischel in <u>The Western and Southern Life Insurance Company vs. The Bank of New York Mellon</u>, Court of Common Pleas, Hamilton County, Ohio, Case No. A 1302490 (July 27, 2016).

Testimony of Daniel R. Fischel in <u>Herbalife, Ltd., vs. KPMG LLP</u>, Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution, CPR Case No. 1100076998 (May 19, 2016).

Testimony of Daniel R. Fischel in <u>iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. vs. Benefit Street Partners, et al.</u>, In the District Court of Bexar County, Texas, Cause No. 2016 CI 04006 (May 17, 2016).

Deposition of Daniel R. Fischel in <u>iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. vs. Benefit Street Partners, et al.</u>, In the District Court of Bexar County, Texas, Cause No. 2016 CI 04006 (May 12, 2016).

Testimony of Daniel R. Fischel in <u>U.S. Commodity Futures Trading Commission v. Igor B. Oystacher and 3 Red Trading, LLC</u>, In the United States District Court for the Northern District of Illinois, Eastern Division, Docket No. 15 C 9196 (May 6, 2016).

Testimony of Daniel R. Fischel in <u>Merion Capital LP and Merion Capital II, LP vs. Lender Processing Services, Inc.</u>, In the Court of Chancery of the State of Delaware, C.A. No. 9320-VCL (May 4 and 5, 2016).

Testimony of Daniel R. Fischel in <u>iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. v. Benefit Street Partners LLC, et al.</u>, In the District Court of Bexar County, Texas, 285th Judicial District, Cause No. 2016-CI 04006 (April 5, 2016).

Deposition of Daniel R. Fischel in <u>iHeart Communications, Inc., f/k/a Clear Channel Communications, Inc. v. Benefit Street Partners LLC, et al.</u>, In the District Court of Bexar County, Texas, 285th Judicial District, Cause No. 2016-CI 04006 (April 2, 2016).

Deposition of Daniel R. Fischel in <u>Herbalife Ltd. vs. KPMG LLP</u>, Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution, CPR Case No.1100076998 (March 31, 2016).

Deposition of Daniel R. Fischel in <u>U.S. Commodity Futures Trading Commission v. Igor B. Oystacher and 3 Red Trading, LLC</u>, In the United States District Court, Northern District of Illinois, Eastern Division, No. 15-cv-09196 (March 25, 2016).

Deposition of Daniel R. Fischel in <u>Merion Capital LP and Merion Capital II, LP vs. Lender Processing Services, Inc.</u>, In the Court of Chancery of the State of Delaware, C.A. No. 9320-VCL (March 15, 2016).

Deposition of Daniel R. Fischel in <u>Lawrence E. Jaffe Pension Plan, On Behalf of Itself and All Others Similarly Situated v. Household International, Inc., et al.</u>, In the United States District Court, Northern District of Illinois Eastern Division, Lead Case No. 02-C-5893 (February 24, 2016).

Deposition of Daniel R. Fischel in <u>Robert E. Morley, Jr. and REM Holdings 3, LLC vs. Square, Inc., Jack Dorsey, and James McKelvey, Jr.</u>, United States District Court for the Eastern District of Missouri, Eastern Division, Civil Action No. 14-CV-00172-SNLJ (February 19, 2016).

Testimony of Daniel R. Fischel <u>In the Matter of the Application of U.S. Bank National Association, The Bank of New York Mellon, et al.</u>, Supreme Court of the State of New York, County of New York, Index No. 652382/2014 (January 20 and 21, 2016).

Testimony of Daniel R. Fischel in <u>Sangeeth Peruri v. Ameriprise Financial, Inc., et al</u>, American Arbitration Association Case No. 01-15-0002-3991 (December 7, 2015).

Deposition of Daniel R. Fischel <u>In the Matter of the Application of U.S. Bank National Association, The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., et al</u>, In the Supreme Court of the State of New York, County of New York, Index No. 652382/2014 (December 3, 2015).

Testimony of Daniel R. Fischel in <u>Securities and Exchange Commission v. Arkadiy Dubovoy, et al</u>, In the United States District Court for the District of New Jersey, Civil Case No. 15-cv- 6076-MCA (October 8, 2015).

Deposition of Daniel R. Fischel in <u>Steven A. Stender, Harold Silver and Infinity Clark Street Operating, L.L.C., on behalf of themselves and all others similarly situated v. Archstone- Smith Operating Trust, et al.</u>, in the United States District Court for the District of Colorado, Case No. 07-CV-02503-WJM-MJW (July 24, 2015).

Testimony of Daniel R. Fischel <u>In Re: Determination of Royalty Rates and Terms for Ephemeral Recording and Digital Performance of Sound Recordings (Web IV)</u>, in the United States Copyright Royalty Judges, The Library of Congress, Docket No. 14-CRB-0001-WR (2016-2020) (May 21 and 22, 2015).

Deposition of Daniel R. Fischel <u>In Re: Determination of Royalty Rates and Terms for Ephemeral Recording and Digital Performance of Sound Recordings (Web IV)</u>, in the United States Copyright Royalty Judges, The Library of Congress, Docket No. 14-CRB-0001-WR (2016-2020) (April 1, 2015).

Deposition of Daniel R. Fischel in <u>MacDermid, Incorporated vs. Cookson Group, PLC, Cookson Electronics and Enthone, Inc.</u>, in the Superior Court, Judicial District of Waterbury, Docket No. UWY-CV-12-6016356-S (January 21, 2015)

Testimony of Daniel R. Fischel in the <u>Securities and Exchange Commission vs. Samuel E. Wyly and Donald R. Miller, Jr., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr.</u>, in the United States District Court, Southern District of New York, 10 Civ. 5760 (SAS) (November 17, 2014).

Deposition of Daniel R. Fischel <u>In Re: Activision Blizzard, Inc. Stockholder Litigation</u>, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 8885-VCL (October 17, 2014).

Testimony of Daniel R. Fischel in <u>Hugh M. Caperton, Harman Development Corporation, Harman Mining Corporation, and Sovereign Coal Sales, Inc. v. A.T. Massey Coal Company, Inc.</u>, In the Circuit Court for Buchanan County, Case No. 027CL10000771-00 (May 20 and 21, 2014).

Deposition of Daniel R. Fischel in <u>Center Partners, Ltd., et al v. Urban Shopping Centers, L.P., et al.</u>, In the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No. 04 L 012194 (April 24, 2014).

Deposition of Daniel R. Fischel in <u>Third Point LLC v. William F. Ruprecht, et al and Sotheby's</u>, In the Court of Chancery of the State of Delaware, C.A. No. 9469-VCP (April 19, 2014).

Deposition of Daniel R. Fischel in <u>Hugh M. Caperton, Harman Development Corporation, Harman Mining Corporation, and Sovereign Coal Sales, Inc. v. A.T. Massey Coal Company, Inc.</u>, In the Circuit Court for

Buchanan County, Case No. 027CL10000771-00 (March 14, 2014).

Deposition of Daniel R. Fischel in Corre Opportunities Fund, LP, Zazove Associates LLC, DJD Group LLLP, First Derivative Traders LP, and Kevan A. Fight vs. Emmis Communications Corporation, United States District Court, Southern District of Indiana, Indianapolis Division, Case No. 1:12-cv-0491-SEB-TAB (October 4, 2013).

Testimony of Daniel R. Fischel In the Matter of the Application of The Bank of New York Mellon, (As Trustee Under Various Pooling and Servicing Agreements and Indenture Trustee under various indentures), Petitioner, for an order, pursuant to CPLR §7701, seeking judicial instructions and approval of a proposed settlement, Index No. 651786/11, Supreme Court of the State of New York, County of New York: Trial Term Part 39 (September 9 and 10, 2013).

Testimony of Daniel R. Fischel In Re: September 11 Litigation, Case No. 21 MC 97 (AKH), United States District Court for the Southern District of New York, (July 16, 2013).

Deposition of Daniel R. Fischel in Cantor Fitzgerald & Co., et al v. American Airlines, Inc., et al, Case No. 21 MC 101 (AKH), 04 CV 7318 (AKH), United States District Court, Southern District of New York (July 1, 2013).

Deposition of Daniel R. Fischel In Re: Pfizer Inc. Securities Litigation, Case No. 04 Civ. 9866 (RO) in The United States District Court for the Southern District of New York (June 28, 2013).

Testimony of Daniel R. Fischel in William T. Esrey, Julie C. Esrey, Ronald T. LeMay and Casondra C. Lemay v. Ernst & Young LLP Arbitration, Case No. 13 107 Y 02332 11 (May 29, 2013).

Deposition of Daniel R. Fischel in Christine Bauer-Ramazani and Carolyn B. Duffy, on behalf of themselves and all other similarly situated v. Teachers Insurance and Annuity Association of America – College Retirement and Equities Fund (TIAA-CREF), et al, in the United States District Court, District of Vermont, Docket No. 1:09-cv-190 (May 21, 2013).

Deposition of Daniel R. Fischel In Re: Google Inc. Class C Shareholder Litigation, In the Court of Chancery of the State of Delaware, Case No. 7469CS (May 17, 2013).

Deposition of Daniel R. Fischel In the Matter of the application of The Bank of New York Mellon (as Trustee under various Pooling and Servicing Agreements and Indenture Trustee under various Indentures), et al., Supreme Court of the State of New York, County of New York, Index No. 651786/2011 (May 9, 2013).

Deposition of Daniel R. Fischel in William T. Esrey, Julie C. Esrey, Ronald T. Lemay, and Casondra C. Lemay v. Ernst & Young, L.L.P., Before the American Arbitration Association, Case No. 1234 (May 7, 2013)

Deposition of Daniel R. Fischel in Archer Well Company, Inc. v. GW Holdings LLC and Wexford Capital LP, in the United States District Court, Southern District of New York, ECF Case No. 1 1:12-cv-06762-JSR (April 5, 2013).

Testimony of Daniel R. Fischel in Meso Scale Diagnostics, LLC , Meso Scale Technologies, LLC v. Roche Diagnostics GmbH, et al., In the Court of Chancery of the State of Delaware, Civil Action No. 5589-VCP (February 27, 2013).

Deposition of Daniel R. Fischel in Center Partners, Ltd. et al v. Urban Shopping Centers, L.P., et al, Circuit Court of Cook County, Illinois, No. 04 L 012194 (February 6 and 7, 2013).

Deposition of Daniel R. Fischel In Re: September 11 Litigation, United States District Court, Southern District of New York, Civil Action No. 21 MC 101 (AKH) (January 11, 2013).

Deposition of Daniel R. Fischel in Meso Scale Diagnostics, LLC, Meso Scale Technologies, LLC v. Roche Diagnostics GmbH, et al., In the Court of Chancery of the State of Delaware, Case No: 5589-VCP (November 12, 2012).

Testimony of Daniel R. Fischel in Stuart Bederman, et al. v. Archstone, f/k/a Archstone-Smith Operating Trust, Arbitration before the Honorable Bruce W. Kauffman (October 17, 2012).

10

Deposition of Daniel R. Fischel in David E. Brown, et al. v. Authentec, Inc. et al., In the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, Civil Division, Case No. 05-2012-CA-57589 (September 18, 2012).

Deposition of Daniel R. Fischel in Stuart Bederman, et al. v. Archstone, f/k/a Archstone-Smith Operating Trust, Arbitration before the Honorable Bruce W. Kauffman (September 14, 2012).

Testimony of Daniel R. Fischel in Tronox, Incorporated, et al., v. Kerr-McGee Corporation, et al., United States Bankruptcy Court, Southern District of New York, Adversary Proceeding No. 09-10098(ALG) (August 7, 8 and 9, 2012).

Deposition of Daniel R. Fischel In re McAfee, Inc. Shareholder Litigation, Superior Court of the State of California, County of Santa Clara, Lead Case No. 1:10-cv-180413 (August 2, 2012).

Testimony of Daniel R. Fischel in Kraft Foods Global, Inc., v. Starbucks Corporation, Arbitration Before JAMS, Arbitration No. 1340008345 (July 31, 2012).

Deposition of Daniel R. Fischel in Altana Pharma AG, and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., In the United States District Court, District of New Jersey, Consolidated Civil Action Nos. 04-2355 (JLL)(CCC), 05-1966 (JLL)(CCC), 05-3920 (JLL)(CCC) and 05-3672 (JLL)(CCC) (June 1, 2012).

Deposition of Daniel R. Fischel in Kraft Foods Global, Inc. v. Starbucks Corporation, Arbitration before JAMS, Arbitration No. 1340008345 (May 15, 2012).

Deposition of Daniel R. Fischel in Capital One Financial Corporation v. John A. Kanas and John Bohlsen, In the United States District Court for the Eastern District of Virginia, Alexandria Division, Civil Action No. 1:11-cv-750 (LO/TRJ) (May 10, 2012).

Deposition of Daniel R. Fischel In Re: Pfizer Inc. Securities Litigation, In the United States District Court, Southern District of New York, Case 1:04-cv-09866-LTS-HBP (May 3, 2012).

Deposition of Daniel R. Fischel in Willie R. Pittman, Susan B. Seales and Stephen T. Selzer vs. J. Coley Clark, Moneygram International, Inc., et al., In the Court of Chancery of the State of Delaware, C.A. No. 6387-VCL (April 26, 2012).

Deposition of Daniel R. Fischel in Chona Allison, et al v. CRC Insurance Services, Inc., In the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 10-3313 (March 14 and 15, 2012).

Deposition of Daniel R. Fischel In Re: Tronox Incorporated, et al., Debtors, In the United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 09-10156 (ALG) (February 24, 2012).

Testimony of Daniel R. Fischel In Re: BankAtlantic Bancorp, Inc. Litigation, In the Court of Chancery of the State of Delaware, Consolidated Civil Action No. 7068-VCL (January 27 and 30, 2012).

Deposition of Daniel R. Fischel in Hildene Capital Management, LLC et al v. BankAtlantic Bancorp, Inc., et al, In the Court of Chancery of the State of Delaware, C.A. No. 7068- VCL (January 19, 2012).

Deposition of Daniel R. Fischel in Advanced Analogic Technologies, Incorporated v. Skyworks Solutions, Inc. and Powerco Acquisition Corp., In the Court of Chancery of the State of Delaware, Arbitration No. 005-A-CS (November 18, 2011).

Testimony of Daniel R. Fischel in Prudential Retirement Insurance and Annuity Company v. State Street Bank and Trust Company and State Street Global Advisors, Inc., United States District Court, Southern District of New York, Case No. 07-CV-8488 (October 13, 2011).

Deposition of Daniel R. Fischel In Re: Inkeepers USA Trust, et al v. Cerberus Series Four Holdings, LLC., et al, United States Bankruptcy Court, Southern District of New York, Case No. 10-13800 (SCC) (October 5, 2011).

Deposition of Daniel R. Fischel in <u>Mary K. Jones, et al v. Pfizer, Inc., et al</u>, United States District Court, Southern District of New York, Civil Action No. 10-cv-03864 (AKH) ECF (October 4, 2011).

Testimony of Daniel R. Fischel in <u>Marina Del Rey Country Club Apartments, et al. vs. Archstone</u> and <u>Archstone Multifamily Series I Trust</u>, Ruby/Archstone Arbitration (August 30, 2011).

Deposition of Daniel R. Fischel in <u>Maher Terminals, LLC v. The Port Authority of New York and</u> <u>New Jersey</u>, Before the Federal Maritime Commission, FMC Docket No. 08-03 (August 25, 2011).

Testimony of Daniel R. Fischel in <u>Securities and Exchange Commission v. Joseph P. Nacchio,</u> <u>Robert S. Woodruff, Afshin Mohebbi, James J. Kozlowski and Frank T. Noyes</u>, United States District Court for the District of Colorado, Civil Action No. 05-cv-480-MSK-CBS (August 16, 2011).

Affidavit of Daniel R. Fischel in <u>Glenhill Capital LP, et al v. Porsche Automobil Holding, SE, f/k/a</u> <u>Dr. Ing. h.c. F. Porsche AG</u>, Supreme Court of the State of New York, County of New York, Index Number 650678/2011 (August 15, 2011).

Deposition of Daniel R. Fischel in <u>Fairfax Financial Holdings Limited and Crum & Forster</u> <u>Holdings Corp. v. S.A.C. Capital Management, LLC, et al.</u>, Superior Court of New Jersey, Law Division: Morris County, Docket No. MRS-L-2032-06 (July 27, 2011).

Deposition of Daniel R. Fischel <u>In Re: Lyondell Chemical Company, et al v. Leonard Blavatnik</u>, et al., United States Bankruptcy Court, Southern District of New York, Chapter 11 Case No. 09-10023 – (REG) (Jointly Administered) (July 25, 2011).

Deposition of Daniel R. Fischel <u>In Re: Constar Int'l Inc. Securities Litigation</u>, United States District Court, Eastern District of Pennsylvania, Master File No. 03cv05020 (June 28, 2011).

Affidavit of Daniel R. Fischel <u>In Re: Massey Energy Co. Derivative and Class Action Litigation</u>, in The Court of Chancery of the State of Delaware, C.A. No. 5430-VCS (May 20, 2011).

Deposition of Daniel R. Fischel in <u>Marina Del Rey Country Club, et al v. Archstone and</u> <u>Archstone Multifamily Series I Trust</u>, Ruby/Archstone Arbitration (May 9, 2011).

Testimony of Daniel R. Fischel in <u>The Dow Chemical Company v. Petrochemical Industries</u> <u>Company (K.S.C.)</u>, International Chamber of Commerce, International Court of Arbitration, ICC Case No. 16127/JEM/MLK (April 7, 2011).

Testimony of Daniel R. Fischel <u>In Re: Tribune Company, et al., Debtors</u>, In the United States Bankruptcy Court for the District of Delaware, Chapter 11, Case No. 08-13141 (KJC) (March 10, 2011).

Deposition of Daniel R. Fischel <u>In Re: Tribune Company, et al., Debtors</u>, In the United States Bankruptcy Court for the District of Delaware, Chapter 11, Case No. 08-13141 (KJC) (March 2, 2011).

Deposition of Daniel F. Fischel <u>In Re: Genetically Modified Rice Litigation</u>, In the United States District Court for the Eastern District of Missouri, Eastern Division, Case No. 4:06 MD 1811 CDP (February 15, 2011)

Deposition of Daniel R. Fischel in <u>Riceland Food, Inc. v. Bayer Cropscience LP, et al</u>, In the United States District Court, Eastern District of Missouri, Eastern Division, Case No. 4:09- cv-00433 CDP (January 18, 2011).

Deposition of Daniel R. Fischel <u>In Re: Genetically-Modified Rice Litigation</u>, In the United States District Court for the Eastern District of Missouri, Case No. 4:06-MD-1811 (November 11, 12, 2010).

Deposition of Daniel R. Fischel in <u>Coleen Witmer, Individually, and on Behalf of All Others</u> <u>Similarly Situated v. Dynegy Inc.</u>, In the District Court of Harris County, Texas, 234th Judicial District (November 6, 2010).

Testimony of Daniel R. Fischel in <u>Terra Firma (GP) 2 Investments Limited v. Citigroup Inc.</u>, United States District Court for the Southern District of New York, No. 1:09-CV-10459 (JSR) (November 2, 2010).

Testimony of Daniel R. Fischel in <u>Terra Firma (GP) 2 Investments Limited v. Citigroup Inc.</u>, United States

District Court for the Southern District of New York, No. 1:09-CV-10459 (JSR) (October 22, 2010).
Testimony of Daniel R. Fischel in Air Products and Chemicals, Inc. v. Airgas, Inc., Peter McCausland, et al, In the Court of Chancery of the State of Delaware, C.A. No. 5249-CC (October 5, 2010).

Deposition of Daniel R. Fischel in Air Products and Chemicals, Inc. v. Airgas, Inc., Peter McCausland, et al, In the Court of Chancery of the State of Delaware, C.A. No. 5249-CC (September 8, 2010).

Deposition of Daniel R. Fischel in Terra Firma (GP) 2 Investments Limited v. Citigroup Inc., United States District Court for the Southern District of New York, No. 1:09-CV-10459 (JSR) (July 28, 2010).

Deposition of Daniel R. Fischel in Citadel Investment Group, L.L.C. et al v. Mikhail Malyshev and Jace Kohlmeier, In the American Arbitration Association, Case No.AAA No. 51 166 00969 09 (July 13, 2010).

Testimony of Daniel R. Fischel In Re: United States of America v. Joseph P. Nacchio, in the United States District Court for the District of Colorado, Case No. 05-CR-00545-EWN (June 23, 2010).

Deposition of Daniel R. Fischel in Cantor Fitzgerald Securities, Cantor Fitzgerald & Co., Cantor Fitzgerald Partners v. The Port Authority of New York and New Jersey, in the Supreme Court of the State of New York, County of New York, Case No. 105447/94 (June 4, 2010).

Deposition of Daniel R. Fischel in Alaska Retirement Management Board on behalf of State of Alaska Public Employees' Retirement System and State of Alaska Teachers' Retirement System v. Mercer (US), Inc., Mercer Human Resources Consulting, Inc., and William M. Mercer, Inc., in The Superior Court for the State of Alaska, First Judicial District at Juneau, Case No. 1JU-07-974CI (April 29, 2010).

Deposition of Daniel R. Fischel In Re: ACS Shareholders Litigation, in The Court of Chancery of the State of Delaware, Consolidated Case No. 4940-VCP (April 26, 2010).

Testimony of Daniel R. Fischel in Securities and Exchange Commission v. Carl W. Jasper, in the United States District Court for the Northern District of California, San Jose Division, Case No. C-07-06122-JW (April 16, 2010).

Deposition of Daniel R. Fischel in Prudential Retirement Insurance and Annuity Company v. State Street Bank and Trust Company and State Street Global Advisors, Inc., in the United States District Court, Southern District of New York, Case No. 07 CIV 8488 (April 9, 2010).

Deposition of Daniel R. Fischel in In re: Lyondell Chemical Company, et al., Debtors. Official Committee of Unsecured Creditors, on behalf of the Debtors' Estates v. Citibank, N.A., et al., in the United States Bankruptcy Court, Southern District of New York, Chapter 11 Case No. 09-10023 – (RED) (December 2, 2009).

Deposition of Daniel R. Fischel in Securities and Exchange Commission v. Carl W. Jasper, In the United States District Court, Northern District of California, San Jose Division, Case No. CV 07-6122 (HRL) (October 22, 2009).

Testimony of Daniel R. Fischel in Ventas, Inc. v. HCP, Inc., In the United States District Court of the Western District of Kentucky at Louisville, Civil Action No. 3:07-cv-00238-JGH (September 2, 2009).

Deposition of Daniel R. Fischel in Frank K. Cooper Real Estate #1, Inc., et al vs. Cendant Corporation f/k/a Hospitality Franchise Systems and Century 21 Real Estate Corporation, Superior Court of New Jersey, Law Division: Morris County, Docket No. MRS-L-377-02 (August 10, 2009).

Deposition of Daniel R. Fischel in Ventas, Inc. v. HCP, Inc., In the United States District Court of the Western District of Kentucky at Louisville, Civil Action No. 3:07-cv-00238-JGH (August 3, 2009).

Deposition of Daniel R. Fischel in U.S. Commodity Futures Trading Commission v. Amaranth Advisors, L.L.C., Amaranth Advisors (Calgary) and Brian Hunter, in the United States District Court, Southern District of New York, Case No. 07 CIV 6682 (July 8, 2009).

Declaration and Expert Surrebutal Report of Daniel R. Fischel in Ventas, Inc. v. HCP, Inc., In The United States District Court for the Western District of Kentucky at Louisville, Case No. 3:07-CV-00238-JGH (June 22, 2009).

Testimony of Daniel R. Fischel in <u>NRG Energy, Inc. v. Exelon Corporation and Exelon Exchange Corporation</u>, in the United States District Court, Southern District of New York, Case No. 09-CV-2448 (JGK) (DFE), (June 3, 2009).

Deposition of Daniel R. Fischel in <u>In Re: Delphi Corporation v. Appaloosa Management L.P., et al.</u>, In the United States Bankruptcy Court, Southern District of New York; Chapter 11, Case No. 05-44481(RDD) (Jointly administered), (June 2, 2009).

Deposition of Daniel R. Fischel in <u>NRG Energy, Inc. v. Exelon Corporation and Exelon Exchange Corporation</u>, in the United States District Court, Southern District of New York, Case No. 09-CV-2448 (JGK) (DFE), (May 31, 2009).

Deposition of Daniel R. Fischel in <u>e-Bay Domestic Holdings, Inc. v. Craig Newmark and James Buckmaster and Craigslist, Inc.</u>, in the Court of Chancery of the State of Delaware, Case No. 3705-CC (May 29, 2009)

Testimony of Daniel R. Fischel <u>In Re: Lawrence E. Jaffe Pension Plan, et al v. Household International, Inc., et al</u>, in the United States District Court for the Northern District of Illinois, Eastern Division, No. 02-C-5893 (April 16, 20, 28 and 29, 2009).

Deposition of Daniel R. Fischel <u>In Re: Rohm and Haas Company v. The Dow Chemical Company and Ramses Acquisition Corp.</u>, In the Court of Chancery of the State of Delaware, C.A. No. 4309-CC (March 4, 2009).

Deposition of Daniel R. Fischel <u>In the Matter of Hoffman, et al. v. American Express Travel Related Services Company, Inc., et al.</u>, in the Superior Court of the State of California, in and for the County of Alameda, Case No. 2001-022881 (January 15, 2009).

Deposition of Daniel R. Fischel <u>In Re: TyCom Ltd. Securities Litigation</u>, in the United States District Court, District of New Hampshire, Docket No. 03-CV-1352 (September 22, 2008).

Deposition of Daniel R. Fischel <u>In Re: Hexion Specialty Chemicals, Inc., et al v. Huntsman Corp.</u>, in the Court of Chancery of the State of Delaware, Civil Action No. 3841-VCL (September 4, 2008).

Deposition of Daniel R. Fischel <u>In Re: Stone Energy Corp. Securities Litigation</u>, in the United States District Court, Western District of Louisiana, Lafayette-Opelousas Division, Civil Action No. 6:05CV2088 (LEAD) (July 16, 2008).

Deposition of Daniel R. Fischel <u>In Re: Initial Public Offering Securities Litigation</u>, in the United States District Court, Southern District of New York, Master File No. 21 MC 92 (SAS) (April 3 and 4, 2008).

Deposition of Daniel R. Fischel <u>In Re: Lawrence E. Jaffe Pension Plan, et al v. Household International, Inc., et al</u>, in the United States District Court for the Northern District of Illinois, Eastern Division, No. 02-C-5893 (March 21, 2008).

Deposition of Daniel R. Fischel <u>In Re: IAC/InteractiveCorp and Barry Diller v. Liberty Media Corporation</u>, in the Court of Chancery of the State of Delaware in and for New Castle County, Consolidated Case Number 3486-VCL (February 29, 2008).

Testimony of Daniel R. Fischel <u>In Re: Immunicon Corporation v. Veridex LLC</u>, before the American Arbitration Association (Commercial Arbitration Rules), Case Number 50 180T 00192 07 (January 17, 2008).

Deposition of Daniel R. Fischel <u>In Re: Unitedglobalcom Shareholders Litigation</u>, in the Court of Chancery of the State of Delaware in and for New Castle County, Consolidated C.A. No. 1012-N (November 19, 2007).

Deposition of Daniel R. Fischel <u>In Re: Cendant Corporation Litigation</u>, in the United States District Court for the District of New Jersey, Master File No. 98-1664 (WHW) (November 15, 2007).

Deposition of Daniel R. Fischel <u>In Re: Cendant Corporation Litigation</u>, in the United States District Court for the District of New Jersey, Master File No. 98-1664 (WHW) (October 16, 2007).

Deposition of Daniel R. Fischel In Re: Schering-Plough Corporation Securities Litigation, in the United States District Court for the District of New Jersey, Master File No. 01-CV-0829 (KSH/RJH) (October 12, 2007).

Deposition of Daniel R. Fischel In Re: Carpenters Health & Welfare Fund, et al. vs. The Coca- Cola Company, in the United States District Court, Northern District of Georgia, Atlanta Division, File No. 1:00-CV-2838-WBH (Consolidated) (September 26, 2007).

Deposition of Daniel R. Fischel In Re: Parker Freeland, et al., vs. Iridium World Communications, Ltd., et al., in the United States District Court for the District of Columbia, Civil Action No. 99-1002 (August 7, 2007)

Deposition of Daniel R. Fischel In Re: Chuck Ginsburg v. Philadelphia Stock Exchange, Inc., et al., In the Court of Chancery of the State of Delaware in and for New Castle County, C.A. No. 2202-N (June 12, 2007).

Testimony of Daniel R. Fischel In Re: Holcombe T. Green and HTG Corp. v. McKesson, Inc., et al, In the Superior Court for the County of Fulton, State of Georgia, Civil Action File No. 2002-CV-48407 (June 5, 2007).

Affidavit of Daniel R. Fischel In Re: Lear Corporation Shareholders Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 2728-VCS (May 30, 2007).

Affidavit of Daniel R. Fischel In Re: Aeroflex, Inc. Shareholder Litigation, in the Supreme Court of the State of New York, County of Nassau: Commercial Division, Index No. 07-003943 (May 23, 2007).

Deposition of Daniel R. Fischel In Re: Holcombe T. Green and HTG Corp. v. McKesson, Inc., HBO & Company, Albert Bergonzi, and Jay Gilbertson, in the Superior Court for the County of Fulton, State of Georgia, Civil Action File No. 2002W48407 (May 21, 2007).

Deposition of Daniel R. Fischel In Re: Adelphia Communications Corp. v. Deloitte & Touche LLP, et al, in the Court of Common Pleas, Philadelphia County, Pennsylvania, Case No. 000598 (May 3 and 4, 2007).

Testimony of Daniel R. Fischel In Re: United States of America v. Joseph P. Nacchio, in the United States District Court for the District of Colorado, Case No. 05-CR-00545-EWN (April 9, 2007).

Deposition of Daniel R. Fischel In Re: MK Resources Company Shareholders Litigation, in the Court of Chancery for the State of Delaware in and for New Castle County, C.A. No. 1692- N (February 22, 2007).

Deposition of Daniel R. Fischel In Re: Starr International Company, Inc. v. American International Group, Inc., In the United States District Court, Southern District of New York, Case No. 05 CV 6283 (January 26, 2007).

Written testimony of Daniel R. Fischel In Re: Verizon Communications Inc. and Verizon Services Corp. v. Christopher G. Pizzirani, In the United States District Court for the Eastern District of Pennsylvania, Case No. 2:06-cv-04645-MK (November 6, 2006).

Testimony of Daniel R. Fischel In Re: Northeast Savings, F.A. v. United States of America, In the United States Claims Court, Case No. 92-550 C (November 2 and 9, 2006).

Testimony of Daniel R. Fischel In Re: United States of America v. Sanjay Kumar and Stephen Richards, United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (October 25, 2006).

Affidavit of Daniel R. Fischel In Re: Lionel I. Brazen and Nancy Hammerslough, et al v. Tyco International Ltd., et al, In the Circuit Court of Cook County, Illinois County Department, Chancery Division, No. 02 CH 11837 (September 18, 2006).

Deposition of Daniel R. Fischel In Re: Tele-Communications, Inc. Shareholders Litigation, in the Court of Chancery of the State of Delaware in and for New Castle County, Consolidated C.A. No. 16470 (September 15, 2006).

Affidavit of Daniel R. Fischel In Re: United States of America v. Sanjay Kumar and Stephen Richards, United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (September 8, 2006).

Deposition of Daniel R. Fischel <u>In Re: James Gilbert v. McKesson Corporation, et al</u>., in the State Court of
    Fulton County, State of Georgia, Civil Action File No. 02VS032502C (September 7, 2006).

Supplemental Declaration of Daniel R. Fischel <u>In Re: United States of America v. Jeffrey K. Skilling</u>, in the
    United States District Court, Southern District of Texas, Houston Division, Crim. No. H-04-25 (Lake,
    J.) (August 25, 2006).

Affidavit of Daniel R. Fischel <u>In Re: United States of America v. Sanjay Kumar and Stephen</u> Richards,
    United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (August 22, 2006).

Declaration of Daniel R. Fischel <u>In Re: United States of America v. Jeffrey K. Skilling</u>, in the United States
    District Court, Southern District of Texas, Houston Division, Crim. No. H-04- 25 (Lake, J.) (August 3,
    2006).

Deposition of Daniel R. Fischel <u>In Re: Enron Corporation Securities Litigation</u>, in the United States District
    Court, Southern District of Texas, Houston Division, Case Number: H-01- 3624 (May 24, 2006).

Testimony of Daniel R. Fischel <u>In Re: Guidant Corporation Shareholders Derivative Litigation</u>, in the United
    States District Court, Southern District of Indiana, Indianapolis Division, Master Derivative Docket No.
    1:03-CV-955-SEB-WTL (January 20, 2006).

Testimony of Daniel R. Fischel <u>In Re. Hideji Jumbo Tanaka v. Cerberus Far East Management,</u> L.L.C., et al.,
    AAA Case No. 50 T 116 00284 03, (December 15, 2005).

Deposition of Daniel R. Fischel <u>In Re: McKesson HBOC, Inc. Securities Litigation</u>, in the United States District
    Court for the Northern District of California, No. C-99-20743-RMW (August 16, 2005).

Testimony of Daniel R. Fischel <u>In the Matter of Visconsi Companies Ltd., et al. and Lehman</u> Brothers, et al.,
    National Association of Securities Dealers Department of Arbitration, Grievance No. 03-07606 (July 26,
    2005).

Testimony of Daniel R. Fischel <u>In Re: John P. Crowley, as Receiver of Ambassador Insurance</u> Company v.
    <u>Doris June Chait, et al.</u>, in the United States District Court for the District of New Jersey, Case No. 85-
    2441 (HAA) (July 21 and 22, 2005).

Deposition of Daniel R. Fischel <u>In Re: Electronic Data Systems Corporation Securities Litigation</u>, in the United
    States District Court for the Eastern District of Texas, Tyler Division, Case No. 6:03-MD-1512 (July 20,
    2005).

Testimony of Daniel R. Fischel <u>In Re: United States of America v. Philip Morris, Inc., et al</u>, in the United States
    District Court for the District of Columbia, Case No. 1:99CV02496 (May 26 and 27, 2005).

Deposition of Daniel R. Fischel <u>In Re: Cordis Corporation v. Boston Scientific Corporation, et</u> ano, in the
    United States District Court for the District of Delaware, Case No. 03-027-SLR (May 25, 2005).

Deposition of Daniel R. Fischel <u>In Re: United States of America v. Philip Morris, Inc., et al</u>, in the United States
    District Court for the District of Columbia, Case No. 1:99CV02496 (May 16, 2005).

Testimony of Daniel R. Fischel <u>In Re: Drury Industries, Inc. v. Drury Properties, Inc.</u>, in the First Judicial District
    Court of the State of Nevada in and for Carson City, Nevada (April 6 and 7, 2005).

Deposition of Daniel R. Fischel <u>In Re: Jerry R. Summers and George T. Lenormand, et al v. UAL</u> Corporation
    <u>ESOP Committee, Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, Don</u> Clements, Craig Musa, and
    <u>State Street Bank and Trust Company</u>, in the United States District Court for the North District of Illinois,
    Eastern Division, No. 03 C 1537 (March 9, 2005).

Deposition of Daniel R. Fischel <u>In Re: Drury Industries, Inc. v. Drury Properties, Inc.</u>, in the First Judicial District
    Court of the State of Nevada in and for Carson City, Nevada (March 7 and 10, 2005).

Testimony of Daniel R. Fischel <u>In the Matter of Fyffes PLC v. DCC PLC, S&L Investments Limited, James</u>
    <u>Flavin and Lotus Green Limited</u>, in The High Court, Dublin, Ireland (2002 No. 1183P) (February 1 and 2,
    2005).

16

Deposition of Daniel R. Fischel In the Matter of the Arbitration between The Canada Life Assurance Company and The Guardian Life Insurance Company of America (January 12, 2005).

Deposition of Daniel R. Fischel In Re: IDT Corporation vs. Telefonica, S.A., et al, in the United States District Court, District of New Jersey, Civil Action No. 01-CV 471 (December 14, 2004).

Deposition of Daniel R. Fischel In Re: DQE, Inc. Securities Litigation, in the United States District Court, Western District of Pennsylvania, Master File No. 01-1851 (December 7, 2004)

Testimony of Daniel R. Fischel In Re: United States of America v. Daniel Bayly, James A Brown, Robert S. Furst, Daniel O. Boyle, William R. Fuhs and Sheila K. Kahanek, in the United States District Court of Southern Texas Houston Division, Case No. H-CR-03-363 (November 4, 2004).

Testimony of Daniel R. Fischel In the Matter of the Arbitration Between the Canada Life Assurance Company, Petitioner v. Caisse Centrale De Reassurance, Respondent, (November 2, 2004).

Testimony of Daniel R. Fischel In Re: Yankee Atomic Electric Company, Connecticut Yankee Atomic Power Company, and Maine Yankee Atomic Power Company v. The United States, in the United States Court of Federal Claims, Case Nos. 98-126C, 98-154C and 98-474C (August 9, 2004).

Affidavit of Daniel R. Fischel In Re: Oracle Corp. Derivative Litigation, in the Court of the Chancery of the State of Delaware In and For New Castle County, Consolidated Civil Action No. 18751 (June 8, 2004).

Deposition of Daniel R. Fischel In Re: Reading International, Inc., et al v. Regal Entertainment Group, et al, (Delaware Chancery Court) (May 30, 2004).

Affidavit of Daniel R. Fischel In Re: Reading International, Inc., et al v. Regal Entertainment Group, et al, (Delaware Chancery Court) (May 28, 2004).

Deposition of Daniel R. Fischel In Re: Northeast Savings, F.A. v. United States of America, in the United States Claims Court, Case No. 92-550-C (May 4, 5 and 6, 2004).

Deposition of Daniel R. Fischel In Re: Tyson Foods, Inc. Securities Litigation, in the United States District Court for the District of Delaware, Civil Action No. 01-425-SLR (March 18, 2004).

Testimony of Daniel R. Fischel In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00- 3299 Through 00-3300 (MFW) (March 4, 2004).

Testimony of Daniel R. Fischel In Re: Tracinda Corporation v. DaimlerChrysler AG, et al, in the United States District Court for the District of Delaware, Civil Action No. 00-984 (February 11, 2004)

Deposition of Daniel R. Fischel In Re: Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al. v. Arthur Anderson LLP, et al., in the United States District Court for the Northern District of Illinois, Case Nos. CIV-01-218-PHX-PGR, CIV-01- 246-PHX-EHC, CIV-02-1162-PHX-PGR, CIV-02-1248-PHX-PGR (Consolidated) (October 29 and 30, 2003).

Deposition of Daniel R. Fischel In Re: Irene Abrams, on behalf of herself and all others similarly situated v. Van Kampen Funds, Inc., Van Kampen Investment Advisory Corp., Van Kampen Prime Rate Income Trust, Howard Tiffen, Richard F. Powers III, Stephen L. Boyd, Dennis J. McDonnell and Jeffrey W. Maillet, in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 01-C-7538 (October 21, 2003).

Deposition of Daniel R. Fischel In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00- 3299 Through 00-3300 (MFW) (October 13, 2003).

Testimony of Daniel R. Fischel In Re: Transcore Holdings, Inc. v. Rocky Mountain Mezzanine Fund II, LP; Hanifen Imhoff Mezzanine Fund, LP; Moramerica Capital Corporation; and NDSBIC, LP and W. Trent Ates and Fred H. Rayner, In Re: Jams Arbitration, Case No. 1410003193 (September 24, 2003).

Deposition of Daniel R. Fischel In Re: Transcore Holdings, Inc. v. Rocky Mountain Mezzanine Fund II, LP; Hanifen Imhoff Mezzanine Fund, LP; Moramerica Capital Corporation; and NDSBIC, LP and W. Trent Ates and Fred H. Rayner, In Re: Jams Arbitration, Case No. 1410003193 (May 13, 2003).

Deposition of Daniel R. Fischel In Re: AT&T Broadband Management Corporation v. CSG Systems, Inc., American Arbitration Association No. 77 181 00159 02 VSS (April 9, 2003).

Deposition of Daniel R. Fischel In Re: DaimlerChrysler AG Securities Litigation, in the United States District Court for the District of Delaware, Civil Action No. 00-993-JJF (February 11 and 12, 2003).

Deposition of Daniel R. Fischel In Re: David T. Bard, Commissioner of Banking and Insurance for the State of Vermont, as Receiver for Ambassador Insurance Company v. Arnold Chait, et al, in the United States District Court for the District of New Jersey, Civil Action No. 85- 2441 (December 12, 2002).

Testimony of Daniel R. Fischel In Re: MHC Financing Limited Partnership, et al vs. City of San Rafael, et al, in the United States District Court, Northern District of California, Case No. C 00-3785 VRW (November 6, 2002).

Deposition of Daniel R. Fischel In Re:  MHC Financing Limited Partnership, et al vs. City of San Rafael, et al, in the United States District Court, Northern District of California, Case No. C 00-3785 VRW (October 16, 2002).

Deposition of Daniel R. Fischel In Re: Maine Yankee Atomic Power Company v. United States of America, In the United States Court of Federal Claims, Case No. 98-474 C (October 8 and 9, 2002)

Testimony of Daniel R. Fischel In Re: California Federal Bank, FSB v. The United States of America, In the United States Court of Federal Claims, Case No. 92-138C (September 20 and 23, 2002).

Deposition of Daniel R. Fischel In Re: Maine Yankee Atomic Power Company v. United States of America, In the United States Court of Federal Claims, Case No. 98-474 C (September 4 and 6, 2002).

Deposition of Daniel R. Fischel In the Matter of RDM Sports Group, Inc., et al v. Smith, Gambrell, Russell, L.L.P.; et al, In the United States Bankruptcy Court for the Northern District of Georgia, Newnan Division, Case No. 00-1065 (May 14 and 15, 2002).

Deposition of Daniel R. Fischel In Re: Walter B. Hewlett, individually and as Trustee of the William R. Hewlett Revocable Trust, and Edwin E. van Bronkhorst as Co-Trustee of the William R. Hewlett Revocable Trust v. Hewlett-Packard Company, in the Court of the Chancery of the State of Delaware in and for New Castle County (April 24, 2002).

Deposition of Daniel R. Fischel In Re: California Federal Bank, FSB, v. The United States of America, in the United States District Court of Federal Claims, Case No. 92-138C (April 16 and 17, 2002).

Deposition of Daniel R. Fischel In Re: Computer Associates Class Action Securities Litigation, in the United States District Court, Eastern District of New York, File No. 98-CV-4839 (TPC) (MLO) (March 19 and 20, 2002).

Deposition of Daniel R. Fischel In Re: United States of America v. David Blech, In the United States District Court, Southern District of New York, Case No. S1 97 Cr. 402 (KTD) (February 13, 2002).

Testimony of Daniel R. Fischel In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00- 3299 Through 00-3300 (MFW) (December 14, 2001).

Deposition of Daniel R. Fischel In Re: Sunbeam Securities Litigation, In the United States District Court, Southern District of Florida, Miami Division, Case No. 98-8258-CIV – Middlebrooks (December 4, 5 and 6, 2001).

Affidavit of Daniel R. Fischel <u>In Re: Jack M. Webb, Special Deputy Receiver for American Eagle Insurance Company v. Elvis Mason, Mason Best Company, L.P., Don D. Hutson, American Eagle Group, Inc., Marion Phillip Guthrie, Frederick G. Anderson, George F. Cass, Richard M. Kurz, Patricia S. Pickard, Arthur Andersen & Co., L.L.P., and Towers, Perrin Forester & Crosby, Inc., D/B/A Tillinghast</u>, In the District Court of Travis County, Texas, 201st Judicial District, Cause No. 99-08253 (September 7, 2001).

Declaration of Daniel R. Fischel <u>In the Matter of Inquiry Concerning High-Speed Access to the Internet Over Cable and Other Facilities:</u> Before the Federal Communications Commission, Washington DC, GN Docket No. 00-185, (Declaration with K. Arrow, G. Becker, D. Carlton, R. Gertner, J. Kalt, H. Sider, and Gustavo Bamberger) (July 24, 2001).

Declaration of Daniel R. Fischel <u>In Re: Walter Green, on behalf of himself and all others similarly situated v. Merck-Medco Managed Care, L.L.C.</u>, United States District Court, Southern District of New York, Civil Action No. 99 CIV 0847 (CLB) (June 18, 2001).

Testimony of Daniel R. Fischel <u>In Re:Tyson Foods, Inc. and Lasso Acquisition Corporation v. IBP, Inc.</u>, Delaware Chancery Court, (May 25, 2001).

Deposition of Daniel R. Fischel <u>In Re:Tyson Foods, Inc. and Lasso Acquisition Corporation v. IBP, Inc.</u>, Delaware Chancery Court, (May 10, 2001).

Deposition of Daniel R. Fischel <u>In Re: Myron Weiner, Nicholas Sitnycky, Ronald Anderson and Robert Furman on behalf of themselves and all others similarly situated v. The Quaker Oats Company and William D. Smithburg</u>, United States District Court, Northern District of Illinois, Case No. 98 C 3123, (January 24, 2001).

Deposition of Daniel R. Fischel <u>In Re: Retsky Family Limited Partnership v. Price Waterhouse, LLP</u>, United States District Court, Northern District of Illinois, Eastern Division, No. 97 C 7694, (October 31, 2000).

Joint Affidavit of Daniel R. Fischel and David J. Ross <u>In Re: Floyd D. Wilson, for himself and all others similarly situated v. Massachusetts Mutual Life Insurance Company</u>, in the First Judicial District Court, County of Santa Fe, State of New Mexico, No. D0101 CV-98-02814 (August 4, 2000).

Affidavit of Daniel R. Fischel <u>In Re: T. Rowe Price Recovery Fund, L.P., and Carl Marks Management Co., L.P., individually and derivatively on behalf of Seaman Furniture Co., Inc. v. James Rubin, M.D. Sass Associates, Inc., Resurgence Asset Management, L.L.C., M.D. Sass Corporation Resurgence Partners, L.P. , M.D. Sass Corporate Resurgence International, Ltd., Robert Symington, Byron Haney, Alan Rosenberg, Steven H. Halper, and Peter McGeough and Seaman Furniture Co., Inc.</u>, In the Court of Chancery of the State of Delaware in and for New Castle County, C.A. No. 18013, (June 7, 2000).

Testimony of Daniel R. Fischel <u>In Re: Bank United of Texas, FSB, et al., v. United States of America</u>, United States Court of Federal Claims, Case Number 95-437C, (October 12 and 14, 1999).

Deposition of Daniel R. Fischel <u>In Re: Bank United of Texas, FSB, et al., v. United States of America</u>, United States Court of Federal Claims, Case Number 95-437C, (September 26, 1999; July 10, 1999; and June 16, 17, 1999).

Testimony of Daniel R. Fischel <u>In Re: C. Robert Suess, et al., v. The United States</u>, United States Court of Federal Claims, No. 90- 981C (May 17, 1999).

Testimony of Daniel R. Fischel <u>In Re: Lexecon, Inc. v. Milberg Weiss Bershad Specthrie & Lerach, et al.</u>, in the United States District Court, Northern District of Illinois Eastern Division, Case No. 92 C 7768 (March 8, 9, 10 and 15, 1999).

Testimony of Daniel R. Fischel <u>In Re: California Federal Bank v. United States</u>, in the United States Court of Federal Claims, Case Number 92-138C, (February 4 and 11, 1999).

Deposition of Daniel R. Fischel <u>In Re: California Federal Bank v. United States</u>, in the United States Court of Federal Claims, Case Number 92-138C, (February 6, 1999; January 27 and 30, 1999).

Deposition of Daniel R. Fischel <u>In Re: C. Robert Suess, et al., v. The United States</u>, United States Court of

Federal Claims, No. 90- 981C (October 27 and 28, 1998).

Deposition of Daniel R. Fischel In Re: Connector Service Corporation v. Jeffrey Briggs, United States District Court, Northern District of Illinois, Eastern Division, No. 97-C-7088 (August 28, 1998).

Deposition of Daniel R. Fischel In Re: Statesman Savings Holding Corp., et al. v. United States of America, United States Court of Federal Claims, Case No. 90-773C, (May 4, 1998 and February 12, 1998).

Testimony of Daniel R. Fischel In Re: Glendale Federal Bank FSB v. United States of America, United States Court of Federal Claims, No. 90-772C, (March 24, 25 and 26, 1998; September 2, 3, 4, 5, 8, 9, 10, 11, 12, 24, 25, 26 and 27, 1997; October 7, 9, 16, 17, 30 and 31, 1997; December 8, 9 and 10, 1997).

Affidavit of Daniel R. Fischel and David J. Ross In Re: Publicis Communication v. True North Communications Inc., et al., United States District Court, Northern District of Illinois, Eastern Division, Case No. 97-C-8263, (December 7, 1997).

Deposition of Daniel R. Fischel In Re: Glendale Federal Bank FSB v. United States of America, United States Court of Federal Claims, No. 90-772C, (August 27 and 28, 1997).

Testimony of Daniel R. Fischel In Re: AUSA Life Insurance Company, et al. v. Ernst & Young, in the United States District Court, Southern District of New York, Master File No. 94 CIV. 3116 (CLB) (July 7 and 8, 1997).

Deposition of Daniel R. Fischel In Re: Santa's Best, f/k/a National Rennoc, an Illinois general partnership, and Tinsel/Ruff Group Limited Partnership, an Illinois limited partnership v. Rennoc Limited Partnership, a New Jersey limited parternship, v. Tinsel/Ruff Group Limited Parternship, an Illinois limited partnership, in the Circuit Court of Cook, Illinois County Department - Chancery Division, No. 95 CH 12160, (June 17, 1997).

Arbitration of Daniel R. Fischel In Re: Lerner v. Goldman Sachs, et. al., Before the American Arbitration Association, 75-136-00090-94 (April 10, 1997).

Affidavit of Daniel R. Fischel In Re: Hilton Hotels Corporation and HLT Corporation v. ITT Corporation, United States District Court, District of Nevada, CV-S-97-00095-PMP (RLH) (March 24, 1997).

Deposition of Daniel R. Fischel In Re: Glendale Federal Bank, FSB v. United States of America, Washington, D.C., Case No. 90-772C, (March 19, 1997; January 30 and 31, 1997).

Deposition of Daniel R. Fischel In Re: Statesman Savings Holding Corporation v. United States of America, Washington, D.C., Case No. 90-773-C, (February 19 and 20, 1997).

Testimony of Daniel R. Fischel In Re: Westcap Enterprises, Inc. and Westcap Corporation, Debtor; in the United States Bankruptcy Court, for the Southern District of Texas, Houston Division, Houston, Texas; Case No. 96-43191-H2-11, (November 1996).

Testimony of Daniel R. Fischel In Re: United States of America v. Robert R. Krilich, in the United States District Court, Northern District of Illinois, Eastern Division, No. 94 CR 419, (August 20, 1996 and July 15, 1996)

Deposition of Daniel R. Fischel In Re: McMahan & Company, Froley, Revy Investment Co., Inc. and Wechsler & Krumholz, Inc. v. Wherehouse Entertainment, Inc., Louis A. Kwiker, George A. Smith, Michael T. O'Kane, Lawrence K. Harris, et al., United States District Court, Southern District of New York, Index No. 88 Civ. 0321 (SS) (AJP), (July 16, 1996 and June 10, 1996).

Deposition of Daniel R. Fischel In Re: Joseph W. and Helen B. Teague, Steven Allen Barker, Rita Strahowski, Swannee Beck, and Lifetime Partners of PTL, as representatives of a nationwide class consisting of 150,129 Lifetime Partners and of 27,839 persons who have partially paid for Lifetime Partnerships v. James O. Bakker, in the United States District Court for the Western District of North Carolina, Civil Action No. 3:87CV514, (June 28, 1996).

Deposition of Daniel R. Fischel In Re: Snapple Beverage Corporation Securities Litigation, in the United States District Court, Eastern District of New York, Master File No. CV 94-3647 (May 30, 1996).

20

Testimony of Daniel R. Fischel In Re: Chuck Quackenbush, Insurance Commissioner of the State of California, in his capacity as Trustee of Mission Insurance Company Trust, et al. v.Borg-Warner Corporation, Borg Warner Equities Corporation, Borg-Warner Insurance Service, Inc., et al., for the Superior Court of the State of California, for the County of Los Angeles, No. C688487 (April 18, 1996).

Deposition of Daniel R. Fischel In Re: Chuck Quackenbush, Insurance commissioner of the State of California, in his capacity as Trustee of Mission Insurance Company Trust, et al. v.Borg-Warner Corporation, Borg Warner Equities Corporation, Borg-Warner Insurance Service, Inc., et al., for the Superior Court of the State of California, for the County of Los Angeles, No. C688487 (April 17, 1996).

Deposition of Daniel R. Fischel In Re: Household Commercial Financial Services, Inc. a citizen of the states of Delaware and Illinois v. Julius Trump, a citizen of the State of Florida, Edmond Trump, a citizen of the state of Florida, James M. Jacobson, a citizen of the State of New York, and Parker, Chapin, Flattau & Klimpl, a citizen of the states of New York and New Jersey, in the United States District Court, for the Northern District of Illinois Eastern Division, 92 C 5010 (February 1, 1996).

Deposition of Daniel R. Fischel In Re: JWP, Inc. Securities Litigation, in the United States District Court, Southern District of New York, Master File No. 92 Civ. 5815 (CLB); AUSA Life Insurance Company, et al. v. Ernst & Young, in the United States District Court, Southern District of New York, Master File No. 94 Civ. 3116 (CLB) (November 30, 1995; November 9, 1995; October 18 and 19, 1995; September 28, 1995).

Deposition of Daniel R. Fischel In Re: City of Houston Municipal Employees Pension System, a Texas association v. PaineWebber Group Inc., et al., in the United States District Court, Eastern District of Missouri, Eastern Division, No. 4:94CV0073CAS (November 15 and 16, 1995).

Testimony of Daniel R. Fischel In Re: American Continental Corporation/Lincoln Savings & Loan Securities Litigation - Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach and Kevin P. Roddy, in the United States District Court, District of Arizona, Civ-93-1087-PHX-JMR (July 25 and 26, 1995).

Deposition of Daniel R. Fischel In Re: Keith C. Bogard, et al., v. National Community Bank Inc., et al., in the United States District Court, District of New Jersey, No. 90-5-32 (HAA) (December 20, 1994).

Deposition of Daniel R. Fischel In Re: Harvey Rosen, Ben Rogers and Julie Rogers v. Deloitte & Touche, Elias Zinn, Julius Zinn, Dennis Lamm, and Ronald Begnaud, in the 268th Judicial District Court, of Fort Bend County, Texas, Cause No. 84-482 (November 9, 1994).

Testimony of Daniel R. Fischel In Re: PPM America, Inc., et al. v. Marriott Corporation et al., in the United States District Court, for the District of Maryland, Civil Docket No. H-92-3068 (October 12, 1994).

Deposition of Daniel R. Fischel In Re: Browning-Ferris Industries, Inc., Securities Litigation, United States District Court, for the Southern District of Texas, Houston Division, Civil Action H-903477 (September 1, 1994).

Testimony of Daniel R. Fischel In Re: Computer Associates International Inc. Securities Litigation, United States District Court, Eastern District of New York, CV-90-2398 (JBW) (May 26 and 27, 1994).

Deposition of Daniel R. Fischel In Re: PPM America, Inc., et al. v. Marriott Corporation et al., United States District, for the District of Maryland, H-92-3068 (May 10, 1994 and March 8, 1994).

Deposition of Daniel R. Fischel In Re: Securities and Exchange Commission v. Shared Medical Systems Corporation, R. James Macaleer, James C. Kelly and Clyde M. Hyde, United States District Court, for the Eastern District of Pennsylvania, Civil Action - Law: No. 91- CV-6549 (February 22, 1994).

Testimony of Daniel R. Fischel In Re: Peter M. Schultz and Pamela A. Schultz v. Rhode Island Hospital Trust National Bank, N.A., et al., United States District Court, District of Massachusetts, Civil Action No. 88-2870-T (February 16, 1994).

Deposition of Daniel R. Fischel In Re: Henry T. Endo, et al. v. John M. Albertine, et al., United States District Court, Northern District of Illinois, Eastern Division, No. 88 C 1815 (November 11 and 12, 1993; October 28, 1993).

Deposition of Daniel R. Fischel In Re: Computer Associates International Inc. Securities Litigation, United States District Court, Eastern District of New York, CV 90-2398 (JBW) (November 2, 1993 and February 4, 1993).

Affidavit of Daniel R. Fischel In Re: Peter M. Schultz and Pamela A. Schultz v. Rhode Island Hospital Trust National Bank, N.A. et al., United States District Court, District of Massachusetts, Civil Action No. SS-2870-T (October 28, 1993).

Deposition of Daniel R. Fischel In Re: Alpheus John Goddard, III, etc. v. Continental Bank N.A., etc., State of Illinois, County of Cook, Circuit Court of Cook County, County Department- Chancery Division, No. 89 CH 1081 (September 10, 1993).

Deposition of Daniel R. Fischel In Re: Taxable Municipal Bond Section "G" Securities Litigation, United States District Court, Eastern District of Louisiana, MDL No. 863 (September 2, 1993).

Reply Affidavit of Daniel R. Fischel In Re: Columbia Securities Litigation, United States District Court Southern District of New York, 89 Civ. 6821 (LBS) (August 30, 1993).

Affidavit of Daniel R. Fischel In Re: Consumers Gas & Oil, Inc. v. Farmland Industries, Inc., et al., United States District Court, for the District of Colorado, Civil Action No. 92-F-1394 (August 26, 1993).

Declaration of Daniel R. Fischel In Re: Equitec Rollup Litigation, United States District Court for the Northern District of California, Master file No. C90 2064 CAL (July 28, 1993).

Deposition of Daniel R. Fischel In Re: United Telecommunications, Inc. Securities Litigation, United States District Court for the District of Kansas, No. 90-2251-0 (July 22, 1993, April 21 and 22, 1993).

Deposition of Daniel R. Fischel In Re: Consumers Gas & Oil, Inc., a Colorado farm cooperative in liquidation, on behalf of itself and others similarly situated v. Farmland Industries, Inc., a Kansas farm cooperative, et al., United States District Court, District of Colorado, 92-F- 1394 (June 18, 1993).

Deposition of Daniel R. Fischel In Re. Rosalind Wells v. HBO & Company, United States District Court, Northern District of Georgia, Atlanta Division, 8-87-CV-657A (JTC) (June 10, 1993 and May 24, 1993).

Deposition of Daniel R. Fischel In Re: Equitec Rollup Litigation, United States District Court, Northern District of California, No. C-90-2064 CAL (June 2 and 3, 1993).

Supplemental Declaration of Daniel R. Fischel In Re: Oracle Securities Litigation, United States District Court, Northern District of California, Master File No. C 90 0931 VRW (May 20, 1993).

Affidavit of Daniel R. Fischel and Kenneth R. Cone In Re: Raymond P. Hayden, et al. v. Jeffrey L. Feldman, et al., United States District Court, Southern District of New York No. 88 Civ. 8048 (JES) (May 12, 1993).

Testimony of Daniel R. Fischel In Re: Melridge, Inc., Securities Litigation, United States District Court for the District of Oregon, CV No. 87-1426-FR (May 4 and 5, 1993).

Declaration of Daniel R. Fischel In Re: Oracle Securities Litigation, United States District Court, Northern District of California, Master File No. C 90 0931 VRW (April 20, 1993).

Deposition of Daniel R. Fischel In Re: Gillette Securities Litigation, United States District Court, District of Massachusetts, No. 88-1858-K (April 1, 1993).

Affidavit of Daniel R. Fischel In Re: Columbia Securities Litigation, United States District Court, Southern District of New York, 89 Civ. 6821 (LBS) (March 25, 1993).

Deposition of Daniel R. Fischel In Re: Westinghouse Securities Litigation, United States District Court, Western District of Pennsylvania, CV No. 91 354 (March 23, 1993).

Declaration of Daniel R. Fischel In Re: Oracle Securities Litigation, United States District Court, Northern District of California, Master File No. C 90-0931 VRW (March 22, 1993).

Deposition of Daniel R. Fischel In Re: Kroy, Inc., a Minnesota corporation et al. v. Bankers Trust New York Corporation, et al., Superior Court of the State of Arizona in and for the County of Maricopa, No. CV 89-35680 (March 18, 1993).

Deposition of Daniel R. Fischel In Re: Amos M. Ames, Helen M. Ames, Robert F. Bourke, Louise L. Bourke, Leo E. Corr, April C. Corr, Wence M. Horak, Ruth Horak, Robert T. Freas, Maurita Freas, Bruce Fink, Jr., William H. Jones, Candace A. Jones, Richard Paul, William L. Paul, Carole Paul, Steven J. Paul, Best Power Technology, Incorporated, and Best Power Technology Sales Corporation, in the State of Wisconsin, Circuit Court, Juneau County, Consolidated Case Nos. 92-CV-31, 92-CV-32 (January 26, 1993).

Deposition of Daniel R. Fischel In Re: Federal Express Corporation Shareholder Litigation, in the United States District Court, Western District of Tennessee, Master File No. 90-2359- 4B (December 3, 1992).

Deposition of Daniel R. Fischel In Re: Raymond Snyder, Individually and on behalf of all those similarly situated v. Oneok, Inc., et al., in the United States District Court, Northern District of Oklahoma, Civil Action No. 88 C 1500 E (October 15 and 16, 1992).

Deposition of Daniel R. Fischel In Re: Melridge, Inc. Securities Litigation, Consolidated Actions, United States District Court, District of Oregon, Master File No. CV87-1426-JU and Nos. 387-06589-P11, 88-05-JU, 88-221-JU, 88-0699-PA, 88-1266-JU (September 17, 1992; July 25 and 26, 1991).

Deposition of Daniel R. Fischel In Re: Maxus Corporate Company v. Kidder, Peabody & Co. Incorporated, Martin A. Siegel and Ivan F. Boesky, in the District Court Dallas County, Texas, 298th Judicial District, No. 87-15583-M (September 11, 1992; August 18 and 19, 1992).

Deposition of Daniel R. Fischel In Re: Jennifer A. Florin and Alan L. Mundt, on behalf of themselves and all others similarly situated v. Wesray Capital Corp., Citizens and Southern Trust Company, a subsidiary of Citizens and Southern Corporation, Robert K. Barton, Leonard S. Gaby, Allen G. Lacoe, Robert A. Magnusson, Anthony A. Saliture, Harlan B. Smith, Thomas F. Stutzman, Raymond G. Chambers, Frank E. Richardson, E. Burke Ross, Jr., William E. Simon and Frank W. Walsh, Jr., in the United States District Court, Western District of Wisconsin, Civil Action No. 91C-0948 (August 12, 1992).

Deposition of Daniel R. Fischel In Re: Pearl Newman, Shanna Lehmann & Athanasios Tsivelekidis, on their own behalf and on behalf of all other persons similarly situated v. On- Line Software International, Inc. Jack M. Berdy, John C. Crocker, Richard A. Granger, Richard R. Holtmeier, Michael S. Juceam, Edward J. Siegel, Howard P. Sorgen and Richard Ward, United States District Court, District of New Jersey, Consolidated Civil Action Nos. 88-3247, 88-3411 (July 28 and 29, 1992).

Deposition of Daniel R. Fischel In Re: Crazy Eddie Securities Litigation, Oppenheimer-Palmieri Fund, I.P., et al. v. Peat Marwick Main & Co., et al., United States District Court for the Eastern District of New York, 87 Civ. 0033 (EHN), 88 Civ. 3481 (EHN) (June 11, 1992; March 26 and 27, 1992).

Testimony of Daniel R. Fischel In Re: American Continental Corporation/Lincoln Savings and Loan Securities Litigation, in the United States District Court, for the District of Arizona MDL Docket No. 834 (June 4, 1992; May 26, 27 and 28, 1992).

Testimony of Daniel R. Fischel In Re: State of West Virginia v. Morgan Stanley & Co. Incorporated, in the Circuit Court of Kanawha County, State of West Virginia, Civil Action No. 89-C-3700 (April 27, 1992).

Affidavit of Daniel R. Fischel In Re: William Steiner, on behalf of himself and all others similarly situated v. Tektronix, Inc., et al., in the United States District Court, District of Oregon, Civil No. 90-587-JO (March 23, 1992).

Deposition of Daniel R. Fischel In Re: Martin Kaplan and Selma Kaplan, on Behalf of Themselves and All Others Similarly Situated v. VICORP Restaurants, Inc., Charles R. Frederickson, Robert S. Benson, Emerson B. Kendall, Robert T. Marto and Johyn C. Hoyt, United States District Court, District of Colorado, Civil Action No. 90-C-2182 (February 11, 1992).

Deposition of Daniel R. Fischel <u>In Re: Interco Incorporated v. Wasserstein, Perella & Co., Inc.</u>, United States District Court, Eastern District of Missouri, Eastern Division, No. 91-0151-C- 6 (February 3, 1992 and December 12, 1991).

Statement of Daniel R. Fischel <u>In Re: Far West Federal Bank, S.B., et al. v. Director, Office of Thrift Supervision, et al.</u>, United States District Court for the District of Oregon, Civil Action No. 90-103 PA (February 3, 1992).

Deposition of Daniel R. Fischel <u>In Re: Capital Bank of California v. Morgan Stanley & Co., Incorporated</u>, United States District Court, Central District of California, No. 91-1650-R (January 24, 1992).

Deposition of Daniel R. Fischel <u>In Re: Trinity Ventures, et al. v. Federal Deposit Insurance Corporation</u>, in its own capacity and as successor to the Federal Savings and Loan Insurance Corporation, United States District Court, for the District of Oregon, No. 90-103- PA (January 6, 1992).

Deposition of Daniel R. Fischel <u>In Re: First Republicbank Securities Litigation</u>, United States District Court, Northern District of Texas, Dallas Division, Civil Action No. 3-88-0641-H (January 2, and 3, 1992; November 26, 1991).

Deposition of Daniel R. Fischel <u>In Re: State of West Virginia v. Morgan Stanley & Co. Incorporated; Salomon Brothers Inc.; and Goldman Sachs & Co.</u>, in the Circuit Court of Kanawha County, State of West Virginia, Civil Action No. 89-C-3700 (December 19 and 20, 1991).

Deposition of Daniel R. Fischel <u>In Re: The Regina Company, Inc. Securities Litigation</u>, United States District Court, District of New Jersey, Civil Action No. 88-4149 (HAA) (October 31, 1991).

Affidavit of Daniel R. Fischel <u>In Re: Gillette Securities Litigation</u>, United States District Court, District of Massachusetts, Civil Action No. 88-1858-K (October 7, 1991)

Deposition of Daniel R. Fischel <u>In Re: Capital Maritime Corporation v. Amfels, Inc., Far East Levingston Shipbuilding Ltd., John B. Allison and Patrick A. McDermid</u>, United States District Court for the Southern District of Texas Houston Division, C.A. No. H-90-3417 (September 12, 1991).

Deposition of Daniel R. Fischel <u>In Re: Thomas J. Caldarone, Jr. v. Isidore Brown, et al.</u>, and <u>John E. Washburn, et al. v. Isidore Brown, et al.</u>, United States District Court, Northern District of Illinois, Eastern Division, Docket Nos. 80 C 6251 and 81 C 1475 (August 28, 29, and 30, 1991).

Testimony of Daniel R. Fischel <u>In Re: Apple Securities Litigation</u>, United States District Court, Northern District of California, Northern Division, Docket No. C-84-20148 (May 20 and 21, 1991).

Testimony of Daniel R. Fischel <u>In Re: The Stuart-James Co., Inc., et al. Litigation</u>, United States of America before the Securities & Exchange Commission, in Denver, Colorado, Administrative Proceeding File No. 3-7164 (May 6, 1991).

Deposition of Daniel R. Fischel <u>In Re: Jennie Farber on behalf of herself and all others similarly situated v. Public Service Company of New Mexico; Jerry D. Geist; John P. Bundrant and Albert J. Robison</u>, United States District Court for the District of New Mexico, CIV 89-456 JB WWD (April 17 and 18, 1991).

Affidavit of Daniel R. Fischel <u>In Re: Moise Katz, Frederick Rand, Elias Weissman, Richard D. Morgan, Marion R. Morgan and Mortimer Schulman v. Raymond A. Hay</u>, United States District Court, Southern District of New York, No. 86 Civ. 5640 (JES) (March 29, 1991).

Deposition of Daniel R. Fischel <u>In Re: Standard Chartered PLC., a United Kingdom corporation, et al. v. Price Waterhouse, a general partnership</u>, Superior Court of the State of Arizona, in and for the County of Maricopa, CV 88-34414 (March 13 and 14, 1991).

Affidavit of Daniel R. Fischel <u>In Re: United States of America v. AVX Corporation</u>, and <u>Commonwealth of Massachusetts v. AVX Corporation</u>, United States District Court, District of Massachusetts, Civil Action Nos. 83-3882-Y and 83-3899-Y (January 29, 1991).

Deposition of Daniel R. Fischel In Re: Apple Computer Securities, United States District Court Northern District of California, San Jose Division, No. C-84-20148 (a) JW (December 13 and 14, 1990).

Deposition of Daniel R. Fischel In Re: Polycast Technology Corporation, and Uniroyal Plastics Acquisition Corp. v. Uniroyal, Inc., et al., United States District Court Southern District of New York, No. 87 Civ. 3297 (December 6, 1990 and November 28, 1990).

Deposition of Daniel R. Fischel In Re: Ellen Rudd, on behalf of herself and all others similarly situated, and Mayer Corporation on behalf of themselves, and all others similarly situated, and Louis Brandt, and Israel Baker, Jay R. Kuhne, Pininfarina Corp., and American Transfer Co., on behalf of themselves and all others similarly situated v. Kirk Kerkorian, et al., Superior Court of the State of California, County of Los Angeles, Nos. CA 000980, CA 000981, CA 001017, CA 620279 (June 21, 1990).

Testimony of Daniel R. Fischel In Re: City of San Jose v. Paine, Webber, Jackson & Curtis, Incorporated, et al., and related counter- and Third-Party Claims, United States District Court, Northern District, No. C-84-20601 RPA (May 23 and 24, 1990).

Deposition of Daniel R. Fischel In Re: City of San Jose v. Paine, Webber, Jackson & Curtis, Incorporated, et al., and related counter- and Third-Party Claims, United States District Court, Northern District, No. C-84-20601 RPA (May 22, 1990), No. RPA 84-20601 (November 16, 1989 and September 8, 1989).

Testimony of Daniel R. Fischel In Re: Kulicke and Soffa Industries, Inc. Securities Litigation, United States District Court for the Eastern District of Pennsylvania, No. 86-1656 (March 20 and 21, 1990).

Deposition of Daniel R. Fischel In Re: Kulicke and Soffa Industries, Inc. Securities Litigation, United States District Court for the Eastern District of Pennsylvania, No. 86-1656 (March 9, 1990; December 19 and 21, 1989).

Affidavit of Daniel R. Fischel In Re: Viacom International Inc. v. Carl C. Icahn, et al., v. Ralph M. Baruch, et al., United States District Court, Southern District of New York, No. 86 Civ. 4215 (RPP) (March 8, 1990).

Deposition of Daniel R. Fischel In Re: Technical Equities Coordination Litigation, Superior Court of the State of California for the County of Santa Clara, Master File No. 1991, Santa Clara County Superior No. 600306 (March 1, 1990).

Deposition of Daniel R. Fischel In Re: Amalgamated Clothing and Textile Workers Union, AFL- CIO, et al. v. David A. Murdock, et al., United States District court for the Central District of California, No. CV-86-6410 IH (February 8, 1990).

Deposition of Daniel R. Fischel In Re: Connecticut National Life Insurance Company, et al. v. Peter A. Sprecher and Laventhol & Horwath, United States District Court, Central District of California, No. CV 87-1945 WJR (Tx) (January 30, 1990).

Deposition of Daniel R. Fischel In Re: Consolidated Capital Securities Litigation, United States District Court, Northern District of California, No. C-85-7332 AJZ (January 22, 1990).

Declaration of Daniel R. Fischel In Re Plaintiffs' Damages in Re: Liquidity Fund, et al. v. Southmark Corporation, et al. in the Superior Court of the State of California for the County of San Mateo, No. 332435 (January 18, 1990).

Deposition of Daniel R. Fischel In Re: Norman Kamerman, Shirley Brown, Edward Rosen, Lexim Investors Corp., and Dohsa Anstalt, on behalf of themselves and all others similarly situated, and Barnett Stepak v. Saul Steinberg, Reliance Group Holdings, Inc., Reliance Group, Inc., Reliance Financial Services corp., and Reliance Insurance Company, United States District Court, Southern District of New York, No. 84 Civ. 4440 (September 13, 1989).

Affidavit of Daniel R. Fischel In Re: Edward A. Taylor, et al. v. A. O. Smith Corporation et al., Circuit Court for Lincoln County, Tennessee, No. 098-84 (August 11, 1989).

Deposition of Daniel R. Fischel In Re: Container Products Inc. v. Pace Industries, United States District Court, Southern District of New York, No. 88-CIV. 3549 (KMW) (July 19, 1989).

Deposition of Daniel R. Fischel In Re: Joseph B. Moorman, et al. v. Southmark Corporation, et al., Liquidity Fund, et al. v. Southmark Corporation, et al., Superior Court of the State of California for the County of San Mateo, Nos. 322135 and 332435 (July 11, 1989).

Testimony of Daniel R. Fischel In Re: Tessie Wolfson, et al. v. Frederick S. Hammer, and Meritor Financial Group, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8471 (June 20, 1989).

Deposition of Daniel R. Fischel In Re: Richard J. Heckmann, et al. v. C. L. Ahmanson, et al., and Consolidated Cases, Superior Court of the State of California for the County of Los Angeles, Nos. CA000851 and C642081 (June 8, 1989).

Deposition of Daniel R. Fischel In Re: Tessie Wolfson, et al. v. Frederick S. Hammer, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8472 (May 11, 1989).

Testimony of Daniel R. Fischel In Re: Tessie Wolfson, et al. v. Frederick S. Hammer, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8472 (April 13, 1989).

Deposition of Daniel R. Fischel In Re: National Union Fire Insurance Company of Pittsburgh, PA v. Wells Fargo Bank, N.A., District Court of Harris County, Texas, 125th Judicial District, No. 88-49246 (April 10 and 11, 1989).

Deposition of Daniel R. Fischel In Re: Susan Rothenberg, as Custodian for Stephen J. Rothenberg v. Charles E. Hurwitz, United Financial Corporation, United Savings Association of Texas, et al., United States District Court for the Southern District of Texas, Houston Division, Civil Action No. H-86-1435 (March 30, 1989).

Deposition of Daniel R. Fischel In Re: Jose Nodar, et al. v. William Weksel, Albert Bromberg, Henry B. Turner, IV, Frank L. Bryant, Leo Kuperschmid, Bennett S. Lebow, Ernst & Whinney and Oppenheimer & Co., Inc., United States District Court, Southern District of New York, No. 84 Civ. 3870 (VLB) and consolidation case No. 84 Civ. 5132 (VLB) (December 15 and 16, 1988).

Deposition of Daniel R. Fischel In Re: William Steiner, et al. v. Whittaker Corporation, et al., Superior Court of the State of California for the County of Los Angeles, No. CA000817 (December 7, 1988).

Deposition of Daniel R. Fischel In Re: Arnold I. Laven, et al. v. Western Union Corporation, et al., United States District Court for the District, Western District of Washington, MDL No. 551 (August 30 and 31, 1988).

Deposition of Daniel R. Fischel In Re: Washington Public Power Supply System Securities Litigation, United States District Court, Western District of Washington, MDL No. 551 (August 16 and 22, 1988).

Affidavit of Daniel R. Fischel In Re: District Business Conduct Committee for District No. 3 v. Blinder, Robinson & Company Inc., et al., National Association of Securities Dealers, Inc. National Business Conduct Committee, Complaint No. DEN-666 (July 21, 1988).

Deposition of Daniel R. Fischel In Re: Joseph Seidman, et al. v. Stauffer Chemical Company, et al, United States District Court for the District of Connecticut, No. B 84-543 (TFGD) (June 10, 1988 and May 5, 1987).

Deposition of Daniel R. Fischel In Re: Edlin Cattle Co., Inc., and James Edlin v. A. O. Smith Harvestore Products, Inc., et al., United States District Court for the Northern District of Texas, Amarillo Division, No. CA-2-86-0122 (May 12, 1988).

Deposition of Daniel R. Fischel In Re: MicroPro Securities Litigation, United States District Court for the Northern District of California, No. C-85-7428-EFL (A) (May 2, 1988).

Affidavit of Daniel R. Fischel In Re: Pizza Time Theatre Securities Litigation, United States District Court for the Northern District of California, Civil File No. 84-20048-(A)-RPA (March 25, 1988).

Affidavit of Daniel R. Fischel and Robert A. Sherwin In Re: First National Bank of Louisville v. Brooks Farms, and George C. Brooks, et al., Third-Party Plaintiffs v. A. O. Smith Corporation, et al., Circuit Court for Maury County, Tennessee, No. 2058 (March 3, 1988).

Testimony of Daniel R. Fischel In Re: Nucorp Energy Securities Litigation, United States District Court for the
Southern District of California, M.D.L. 514 (March 15, 16, 17, and 18, 1988).

Deposition of Daniel R. Fischel In Re: Nucorp Energy Securities Litigation, United States District Court for
the Southern District of California, M.D.L. 514 (January 27, 1988).

Deposition of Daniel R Fischel In Re: Anheuser-Busch Companies, Inc. v. W. Paul Thayer, et al., United
States District Court for the Northern District of Texas, Dallas Division, No. CA- 3-85-0794-R (January
21, 1988; December 4, 1987; and November 5, 1987).

Testimony of Daniel R. Fischel In Re:  Securities and Exchange Commission v. First City Finance Corporation
Ltd., and Marc Belzberg, United States District Court for the District of Columbia, Civil Action No. 86-
2240 (December 18, 1987).

Testimony of Daniel R. Fischel In Re: The Irvine Company v. Athalie Irvine Smith and Athalie R. Clarke,
Trustee, State of Michigan Circuit Court for the county of Oakland, Civil Action No. 8327011-CZ
(December 14, 15, and 16, 1987).

Deposition of Daniel R. Fischel In Re: Securities and Exchange Commission v. First City Finance Corporation,
Ltd. and Marc Belzberg, United States District Court for the District of Columbia, Civil Action No. 86-2240
(December 11, 1987).

Affidavit of Daniel R. Fischel In Re: Gerald D. Broder and Constance D. Broder v. Alphonse H. Bellac and
William B. Weinberger v. Combustion Equipment Associates, Inc., et al., and William B. Weinberger v.
Coopers & Lybrand, United States District Court for the Southern District of New York, 80 CIV 6175 (CES)
80 CIV 6839 (CES) 84 CIV 8217 (CES) (July 22,
1987).

Deposition of Daniel R. Fischel In Re: The Irvine Company v. Athalie Irvine Smith and Athalie R. Clarke, Trustee,
State of Michigan, Circuit Court for the County of Oakland, Civil Action No. 83270011-CZ (June 1, 1987).

Deposition of Daniel R. Fischel In Re: Fortune Systems Securities Litigation, United States District for the
Northern District of California, Master File No. 83-3348A-WHO (May 7, 1987).

Deposition of Daniel R. Fischel In Re: Victor Technologies Securities Litigation, United States District Court
for the Northern District of California, Master File No. C-83-3906(A)-RFP (FW) (January 8, 1987 and
October 30, 1986).

Reply Declaration of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary
Judgment In Re: Activision Securities Litigation, United States District Court for the Northern District of
California, Master File No. C-83-4639(A)-MHP (October 27, 1986).

Testimony of Daniel R. Fischel In Re: NVHomes, L.P. v. Ryan Homes, Inc.; and Ryan Homes, Inc. v.
NVHomes, L.P., et al., United States District Court for the Western District of Pennsylvania, Civil Action
No. 86-2139 (October 24, 1986).

Supplemental Affidavit of Daniel R. Fischel In Re: NVHomes, L.P. v. Ryan Homes, Inc.; and Ryan Homes, Inc.
v. NVHomes, L.P. and NVAcquisition L.P., et al., United States District Court the Western District of
Pennsylvania, Civil Action No. 86-2139 (October 24, 1986).

Affidavit of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment In
Re: Activision Securities Litigation, United States District Court for the Northern District of California,
Master File No. C-86-2139 (October 20, 1986).

Declaration of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment In
Re: Activision Securities Litigation, United States District Court for the Northern District of California,
Master File No. C-83-4639(A)-MHP (October 2, 1986).

Affidavit in Support of Defendants Motion for Summary Judgment In Re: MCorp Securities Litigation,
United States Court for the Southern District of Texas, Civil Action No. H-85- 5894 (September 25,
1986).

Deposition of Daniel R. Fischel In Re: Activision Securities Litigation, United States District Court for the Northern District of California, No. C 83 4639 (August 18 and 19, 1986).

Deposition of Daniel R. Fischel In Re: John Mancino v. James A. McMaghan, et al., United States District Court for the Northern District of California, Civil No. C-84-0407-TEH (August 14, 1986).

Testimony of Daniel R. Fischel In Re: Charles W. Leigh, et al. and George Johnson, et al. v. Clyde William Engle, et al., United States District Court for the Northern District of Illinois, Eastern Division, Case No. 78 C 3799 (August 1, 1986).

Reply Affidavit of Daniel R. Fischel In Re: The Amalgamated Sugar Company v. NL Industries, United States District Court for the Southern District of New York, 86 Civ. 5010 (VLB) (July 28, 1986).

Affidavit of Daniel R. Fischel In Re: The Amalgamated Sugar Company v. NL Industries, United States District Court for the Southern District of New York, 86 Civ. 5010 (VLB) (July 18, 1986).

Deposition of Daniel R. Fischel In Re: Charles W. Leigh, et al. and George Johnson, et al. v. Clyde William Engle, et al., United States District Court for the Northern District of Illinois, Eastern Division, Case No. 78 C 3799 (July 1, 1986).

Deposition of Daniel R. Fischel In Re: Seafirst Corporation v. William M. Jenkins, et al.; and Seafirst Corporation v. John R. Boyd, et al., United States District Court for the Western District of Washington at Seattle, Case No. C83-771R (February 27, 1986).

Deposition of Daniel R. Fischel In Re: Kreindler v. Sambo's Restaurants, Inc., United States District Court for the Southern District of New York, Case No. 79 Civ. 4538 (December 17, 1985).

Affidavit of Daniel R. Fischel In Re: United States of America v. S. Richmond Dole and Clark J. Matthews II (March 19, 1985).

Deposition of Daniel R. Fischel In Re: Craig T. McFarland, et al. v. Memorex Corporation, United States District Court for the Northern District of California, No. C 79-2926-WAI, C 79-2007-WAI, C 79-241-WAI (February 26, 1985; January 29 and 30, 1985).

Testimony of Daniel R. Fischel In Re: Robert J. Lawrence v. Grumman Corp. Pension Plan, et al., United States District Court for the Eastern District of New York, No. CV-81-3530 (December 19, 1983).

Testimony of Daniel R. Fishel In Re: Telvest, Inc. v. Junie L. Bradshaw, et al. and American Furniture Company, United States District Court, for the Eastern District of Virginia Richmond Division, No. CA-79-0722-R (December 4, 1981).


## OTHER ACTIVITIES

Member, American Economic Association, American Finance Association.

Former Member of the Board of Overseers of the Becker-Friedman Institute at the University of Chicago.

Former Advisor to the Harvard Program on Corporate Governance at Harvard University. Former

Member, Board of Directors, Center for the Study of the Economy and the State. Former Member, Mid-

America Institute Task Force on Stock Market Collapse.

Have acted as a consultant and/or advisor to the New York Stock Exchange, the National Association of Securities Dealers, the Chicago Board of Trade, the Chicago Board Options Exchange, the Chicago Mercantile Exchange, the New York Mercantile Exchange, the Federal Trade Commission, the Department of Labor, the Securities and Exchange Commission, the Canadian Securities and Exchange Commission, the United States Department of Justice, the Federal Deposit Insurance Corporation, the Resolution Trust Corporation, the Federal Housing Finance Agency, and the Office of Thrift Supervision.

Referee, Journal of Financial Economics, Journal of Law and Economics, Journal of Legal Studies.

Participant and speaker at multiple conferences on the Economics of Corporate, Securities and Commodities Law and the Regulation of Financial Markets.

Former Chairman, American Association of Law Schools' Section on Law and Economics.

## Appendix B: Materials Relied Upon

### Court Documents

Class Action Consolidated Complaint for Violations of the Federal Securities Laws, *In re Tesla, Inc. Securities Litigation*, Case No. 18-cv-04865-EMC, January 16, 2019

Plaintiff's Responses to Defendants' First Set of Interrogatories, *In re Tesla, Inc. Securities Litigation*, November 4, 2021

### Expert Reports

Expert Report and Appendices of Michael L. Hartzmark, PhD., September 22, 2020

Report of Daniel R. Fischel, November 8, 2021

Expert Report of Professor Joshua A. Mitts, PhD., November 8, 2021

Expert Report of Guhan Subramanian, November 8, 2021

Expert Damages Report and Appendices of Michael L. Hartzmark, Ph.D., November 10, 2021

### Analyst Reports

Brian A. Johnson, "Musing about going private is the latest strange twist," Barclays, August 7, 2018

John Murphy, Aileen Smith, and Yarden Amsalem, "Shorts may be burned for now … but buyer beware," Bank of America Merrill Lynch, August 7, 2018

Efraim Levy, "CFRA reiterates hold opinion on shares of Tesla, Inc.," CFRA, August 7, 2018

Jeffrey Osborne, Thomas Boyes, Christopher Southern, and Emily Riccio, "Thoughts on Elon's tweet - go private offer at $420," Cowen, August 7, 2018

David Whiston, "Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price," Morningstar, August 7, 2018

Joseph Spak, George Clark, and Joseph Heidt, "On Tesla $420," RBC Capital Markets, August 7, 2018

Colin Langan and Gene Vladimirov, "A Disruptive Approach to Disclosing Material Info," UBS, August 7, 2018

Alexander Haissl, Fei Teng, Cristian Dirpes, and Viktoria Oushatova, "Private Tesla to send ripples across industry," Berenberg, August 8, 2018

1

A.M. (Toni) Sacconaghi, Jr., "Tesla: Going private? Who knows…does Elon?" Bernstein, August 8, 2018

George Galliers and Chris McNally, "A Private Life is a Happy Life," Evercore ISI, August 8, 2018

Ryan Brinkman, David L Kelley, and Aayush Gupta, "Raise PT to Reflect Possible Go-Private Offer, But Remain Underweight on Chance Shares Could Again Trade on Fundamentals," J.P. Morgan, August 8, 2018

Adam Jonas, Armintas Sinkevicius, and Carmen Hundley, "Elon Musk May Want Tesla Private: We Question the Feasibility of a Potential Transaction," Morgan Stanley, August 8, 2018

Colin Rusch, Noah Kaye, Kristen Owen, and Luis Amadeo, "TSLA: Going Private?" Oppenheimer, August 8, 2018

Alexander E. Potter and Winnie Dong, "Questions Remain; Overweight-rated TSLA Not Going Private Anytime Soon," PiperJaffray, August 8, 2018

Brian A. Johnson, "Potential for a COO: Good for the company, but won't help the stock," Barclays, August 17, 2018

"S3 Analytics: No Tesla Short Squeeze, Shorts up $1.2 billion since 'The Tweet'," S3 Analytics, August 20, 2018

## News Articles

"Elon Musk Versus the Haters," *Institutional Investor*, October 2, 2017

"Tesla CEO's buyout bid raises eyebrows, legal concerns," *Associated Press Newswires*, August 7, 2018

"Crazy Ride for Tesla Watchers as Musk Tweets TOPLive Takeaways," *Bloomberg First Word*, August 7, 2018

"Musk Looks to Take Tesla Private – Tweet on what would be a mammoth buyout surprises investors, drives stock up 11%," *The Wall Street Journal*, August 8, 2018

"No gain in Tesla going private," *Los Angeles Times*, August 9, 2018

"Tesla short-sellers back in force as shares remain shaky," *Reuters News*, August 10, 2018

"EXCLUSIVE-Saudi Arabia's PIF has shown no interest in bankrolling Tesla buyout – sources," *Reuters News*, August 11, 2018

"Tesla said to draw Saudi interest as board prepares to meet," *Bloomberg News*, August 12, 2018

"It is now abundantly clear that Elon Musk does not have 'funding secured'," *Business Insider*, August 13, 2018

2

"Questions loom over Tesla deal after CEO reveals Saudi link," *The Canadian Press*, August 13, 2018

"On Tesla going private, Elon Musk admits he doesn't have 'funding secured'," *Los Angeles Times*, August 13, 2018

"Wall Street has spoken: Tesla funding is not 'secured'; Price stays well below Elon Musk's stated go-private level after explanation, showing investors' valid doubts," *Market Watch*, August 13, 2018

"Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," *The New York Times*, August 13, 2018

"Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil," *The New York Times*, August 16, 2018

"Tesla's stock falls sharply after Elon Musk's tearful interview," *CNN Wire*, August 17, 2018

"Tesla stock sinks after Elon Musk gives tearful NYT interview," *Reuters News*, August 17, 2018

"How Jim Chanos Uses Cynicism Chutzpah – and a Secret Twitter Account – to take on Markets (and Elon Musk)," *Institutional Investor*, September 17, 2018

## Other Documents

Greenlight Capital Investor Letter, October 5, 2018

## Websites

"Taking Tesla Private," August 7, 2018, https://www.tesla.com/blog/taking-tesla-private

"Update on Taking Tesla Private," August 13, 2018, https://www.tesla.com/blog/update-taking-tesla-private

## Data Sources

Calculated (or Derived) based on data from U.S. Stock and Index Database © 2021 Center for Research in Security Prices (CRSP), The University of Chicago Booth School of Business ("CRSP")

Factset

## Any other materials cited in the report

**Exhibit 1**
**Probability of Deal Completion in Precedent Going Private Transactions[1]**
**Calculated Using Dr. Hartzmark's Probability of Deal Completion Formula**
**August 7, 2008 - August 6, 2018**

| | Target Company | Completed? | Announcement Date [A] | Unaffected Date [B] | Price Reaction Date [C] | Price on Unaffected Date $/Share [D] | Price on Reaction Date $/Share [E] | Offer Price $/Share [F] | Probability of Deal Completion [G] |
|---|---|---|---|---|---|---|---|---|---|
| [1] | IMS Health, Inc. | Yes | 11/05/09 | 11/04/09 | 11/05/09 | $16.81 | $20.73 | $22.00 | 76% |
| [2] | Novell, Inc.[2] | No | 03/02/10 | 03/02/10 | 03/03/10 | $4.75 | $6.08 | $5.75 | 133% |
| [3] | Interactive Data Corp. | Yes | 05/04/10 | 01/14/10 | 05/04/10 | $25.47 | $33.16 | $33.86 | 92% |
| [4] | NBTY, Inc. | Yes | 07/15/10 | 07/14/10 | 07/15/10 | $37.47 | $53.74 | $55.00 | 93% |
| [5] | AmeriCredit Corp. | Yes | 07/22/10 | 07/21/10 | 07/22/10 | $19.70 | $23.91 | $24.50 | 88% |
| [6] | Pactiv LLC | Yes | 08/17/10 | 05/14/10 | 08/17/10 | $23.97 | $32.58 | $33.25 | 93% |
| [7] | Burger King Holdings, Inc. | Yes | 09/02/10 | 08/31/10 | 09/02/10 | $16.45 | $23.59 | $24.00 | 95% |
| [8] | The Gymboree Corp. | Yes | 10/11/10 | 10/08/10 | 10/11/10 | $52.95 | $64.83 | $65.40 | 95% |
| [9] | CommScope, Inc. | Yes | 10/27/10 | 10/22/10 | 10/27/10 | $23.12 | $31.41 | $31.50 | 99% |
| [10] | Syniverse Holdings, Inc. | Yes | 10/28/10 | 10/27/10 | 10/28/10 | $23.79 | $30.50 | $31.00 | 93% |
| [11] | Novell, Inc. | Yes | 11/22/10 | 11/19/10 | 11/22/10 | $5.59 | $5.96 | $6.10 | 73% |
| [12] | J. Crew Group, Inc. | Yes | 11/23/10 | 11/22/10 | 11/23/10 | $37.65 | $43.99 | $43.50 | 108% |
| [13] | Del Monte Foods Co. | Yes | 11/25/10 | 11/18/10 | 11/26/10 | $15.71 | $18.80 | $19.00 | 94% |
| [14] | Jo-Ann Stores LLC | Yes | 12/23/10 | 12/22/10 | 12/23/10 | $45.63 | $60.19 | $61.00 | 95% |
| [15] | Emergency Medical Services Corp. | Yes | 02/14/11 | 02/11/11 | 02/14/11 | $70.66 | $62.92 | $64.00 | 116% |
| [16] | Family Dollar Stores, Inc.[3] | No | 02/15/11 | 02/14/11 | 02/16/11 | $43.83 | $53.25 | $57.50 | 69% |
| [17] | Lawson Software, Inc. | Yes | 03/11/11 | 03/10/11 | 03/14/11 | $11.50 | $12.24 | $11.25 | -296% |
| [18] | SRA International, Inc. | Yes | 04/01/11 | 03/31/11 | 04/01/11 | $28.36 | $31.05 | $31.25 | 93% |
| [19] | Warner Music Group Corp. | Yes | 05/06/11 | 05/03/11 | 05/06/11 | $7.37 | $8.18 | $8.25 | 92% |
| [20] | BJ's Wholesale Club, Inc. | Yes | 06/29/11 | 03/18/11 | 06/29/11 | $47.74 | $50.29 | $51.25 | 73% |
| [21] | Blackboard, Inc. | Yes | 07/01/11 | 04/18/11 | 07/01/11 | $37.16 | $44.17 | $45.00 | 89% |
| [22] | Immucor, Inc. | Yes | 07/05/11 | 07/01/11 | 07/05/11 | $20.28 | $26.99 | $27.00 | 100% |
| [23] | Kinetic Concepts, Inc. | Yes | 07/13/11 | 07/12/11 | 07/13/11 | $64.49 | $68.23 | $68.50 | 93% |
| [24] | Emdeon, Inc. | Yes | 08/04/11 | 07/26/11 | 08/04/11 | $13.18 | $18.35 | $19.00 | 89% |
| [25] | Harleysville Group, Inc. | Yes | 09/29/11 | 09/28/11 | 09/29/11 | $31.52 | $58.96 | $60.00 | 96% |
| [26] | Pharmaceutical Product Development | Yes | 10/03/11 | 08/12/11 | 10/03/11 | $26.60 | $32.28 | $33.25 | 85% |
| [27] | Blue Coat Systems, Inc. | Yes | 12/09/11 | 12/08/11 | 12/09/11 | $17.48 | $25.11 | $25.81 | 92% |
| [28] | AboveNet, Inc. | Yes | 03/19/12 | 03/15/12 | 03/19/12 | $72.77 | $83.74 | $84.00 | 98% |
| [29] | Collective Brands, Inc. | Yes | 05/01/12 | 04/30/12 | 05/01/12 | $20.77 | $21.16 | $21.75 | 40% |
| [30] | P.F. Chang's China Bistro, Inc. | Yes | 05/01/12 | 04/30/12 | 05/01/12 | $39.69 | $51.48 | $51.50 | 100% |
| [31] | Par Pharmaceutical Cos., Inc. | Yes | 07/16/12 | 07/13/12 | 07/16/12 | $36.58 | $50.00 | $50.00 | 100% |
| [32] | Best Buy Co., Inc. | No | 08/06/12 | 08/03/12 | 08/06/12 | $17.64 | $19.99 | $26.00 | 28% |
| [33] | Ancestry.com, Inc. | Yes | 10/22/12 | 07/24/12 | 10/22/12 | $27.23 | $31.44 | $32.00 | 88% |
| [34] | JDA Software Group, Inc. | Yes | 11/01/12 | 10/31/12 | 11/01/12 | $38.15 | $44.76 | $45.00 | 96% |
| [35] | Compuware Corp. | No | 12/17/12 | 12/14/12 | 12/17/12 | $9.53 | $10.76 | $11.00 | 84% |
| [36] | H.J. Heinz Co. | Yes | 02/14/13 | 02/13/13 | 02/14/13 | $60.48 | $72.50 | $72.50 | 100% |
| [37] | Gardner Denver, Inc. | Yes | 03/08/13 | 10/24/12 | 03/08/13 | $54.75 | $74.74 | $76.00 | 94% |
| [38] | National Financial Partners Corp. | Yes | 04/15/13 | 03/12/13 | 04/15/13 | $20.05 | $25.01 | $25.35 | 94% |
| [39] | Buckeye Technologies LLC | Yes | 04/24/13 | 04/23/13 | 04/24/13 | $29.93 | $37.86 | $37.50 | 105% |
| [40] | BMC Software, Inc. | Yes | 05/06/13 | 03/20/13 | 05/06/13 | $43.99 | $45.42 | $46.25 | 63% |
| [41] | The Smithfield Packing Co. | Yes | 05/29/13 | 05/28/13 | 05/29/13 | $25.97 | $33.35 | $34.00 | 92% |
| [42] | Molex LLC | Yes | 09/09/13 | 09/06/13 | 09/09/13 | $29.34 | $38.63 | $38.50 | 101% |
| [43] | Valassis Communications, Inc. | Yes | 12/18/13 | 12/17/13 | 12/18/13 | $28.30 | $34.60 | $34.04 | 110% |
| [44] | The Jones Group, Inc. | Yes | 12/19/13 | 09/10/13 | 12/20/13 | $14.53 | $14.87 | $15.00 | 72% |
| [45] | Beam, Inc. | Yes | 01/13/14 | 01/10/14 | 01/13/14 | $66.97 | $83.42 | $83.50 | 100% |
| [46] | PetroLogistics LP[4] | Yes | 05/28/14 | 05/27/14 | 05/28/14 | $12.93 | $14.30 | $14.00 | 128% |
| [47] | OmniVision Technologies, Inc. | Yes | 08/14/14 | 08/13/14 | 08/14/14 | $24.60 | $28.29 | $29.00 | 84% |
| [48] | Compuware Corp. | Yes | 09/02/14 | 08/29/14 | 09/02/14 | $9.35 | $10.59 | $10.43 | 115% |
| [49] | TIBCO Software, Inc. | Yes | 09/29/14 | 09/23/14 | 09/29/14 | $19.00 | $23.65 | $24.00 | 93% |
| [50] | Cleco Corp. | Yes | 10/20/14 | 10/17/14 | 10/20/14 | $48.27 | $53.24 | $55.37 | 70% |
| [51] | PetSmart, Inc. | Yes | 12/14/14 | 07/02/14 | 12/15/14 | $59.81 | $80.97 | $83.00 | 91% |
| [52] | Life Time Fitness, Inc. | Yes | 03/16/15 | 08/22/14 | 03/16/15 | $41.60 | $70.68 | $72.10 | 95% |
| [53] | Informatica LLC | Yes | 04/07/15 | 03/19/15 | 04/07/15 | $43.85 | $47.79 | $48.75 | 80% |
| [54] | Excel Trust, Inc. | Yes | 04/10/15 | 04/09/15 | 04/10/15 | $13.84 | $15.82 | $15.85 | 99% |
| [55] | OM Group, Inc. | Yes | 06/01/15 | 05/29/15 | 06/01/15 | $26.54 | $34.04 | $34.00 | 101% |
| [56] | Dealertrack Technologies, Inc. | Yes | 06/15/15 | 06/12/15 | 06/15/15 | $39.85 | $62.98 | $63.25 | 99% |
| [57] | Home Properties, Inc. | Yes | 06/22/15 | 04/24/15 | 06/22/15 | $68.91 | $74.01 | $75.23 | 81% |
| [58] | StanCorp Financial Group, Inc. | Yes | 07/23/15 | 07/22/15 | 07/24/15 | $77.66 | $113.45 | $115.00 | 96% |
| [59] | Symetra Financial Corp. | Yes | 08/11/15 | 08/07/15 | 08/11/15 | $26.77 | $31.50 | $32.00 | 90% |
| [60] | Strategic Hotels & Resorts, Inc. | Yes | 09/08/15 | 07/22/15 | 09/08/15 | $13.04 | $14.07 | $14.25 | 85% |
| [61] | Solera Holdings, Inc. | Yes | 09/13/15 | 08/03/15 | 09/14/15 | $36.39 | $53.66 | $55.85 | 89% |
| [62] | Cablevision Systems Corp. | Yes | 09/17/15 | 07/09/15 | 09/17/15 | $24.85 | $32.51 | $34.90 | 76% |
| [63] | BioMed Realty Trust, Inc. | Yes | 10/08/15 | 09/21/15 | 10/08/15 | $19.74 | $23.45 | $23.75 | 93% |
| [64] | SolarWinds North America, Inc. | Yes | 10/21/15 | 10/08/15 | 10/21/15 | $41.88 | $58.31 | $60.10 | 90% |
| [65] | MedAssets, Inc. | Yes | 11/02/15 | 10/30/15 | 11/02/15 | $23.68 | $31.00 | $31.35 | 95% |

1

**Exhibit 1**
**Probability of Deal Completion in Precedent Going Private Transactions[1]**
**Calculated Using Dr. Hartzmark's Probability of Deal Completion Formula**
**August 7, 2008 - August 6, 2018**

| | Target Company | Completed? | Announcement Date [A] | Unaffected Date [B] | Price Reaction Date [C] | Price on Unaffected Date $/Share [D] | Price on Reaction Date $/Share [E] | Offer Price $/Share [F] | Probability of Deal Completion [G] |
|---|---|---|---|---|---|---|---|---|---|
| [66] | Fidelity & Guaranty Life, Inc. | No | 11/09/15 | 11/06/15 | 11/09/15 | $26.22 | $25.79 | $26.80 | -74% |
| [67] | Keurig Green Mountain, Inc. | Yes | 12/07/15 | 12/04/15 | 12/07/15 | $51.70 | $88.89 | $92.00 | 92% |
| [68] | Inland Real Estate Corp. | Yes | 12/15/15 | 12/14/15 | 12/15/15 | $9.94 | $10.64 | $10.60 | 106% |
| [69] | Apollo Education Group, Inc. | Yes | 02/07/16 | 01/08/16 | 02/08/16 | $6.59 | $8.62 | $9.50 | 70% |
| [70] | The ADT Corp. | Yes | 02/16/16 | 02/12/16 | 02/16/16 | $26.87 | $39.64 | $42.00 | 84% |
| [71] | Integrated Device Technology, Inc. | No | 04/12/16 | 04/11/16 | 04/12/16 | $19.43 | $20.22 | $32.00 | 6% |
| [72] | Cvent, Inc. | Yes | 04/18/16 | 04/15/16 | 04/18/16 | $21.30 | $35.23 | $36.00 | 95% |
| [73] | Lexmark International, Inc. | Yes | 04/19/16 | 10/21/15 | 04/20/16 | $31.06 | $37.90 | $40.50 | 72% |
| [74] | ExamWorks Group, Inc. | Yes | 04/27/16 | 04/26/16 | 04/27/16 | $33.57 | $36.00 | $35.05 | 164% |
| [75] | Krispy Kreme Doughnuts, Inc. | Yes | 05/09/16 | 05/06/16 | 05/09/16 | $16.86 | $20.96 | $21.00 | 99% |
| [76] | Marketo, Inc. | Yes | 05/31/16 | 05/27/16 | 05/31/16 | $32.20 | $35.23 | $35.25 | 99% |
| [77] | Qlik Technologies, Inc. | Yes | 06/02/16 | 03/02/16 | 06/02/16 | $24.19 | $30.08 | $30.50 | 93% |
| [78] | Talen Energy Corp. | Yes | 06/03/16 | 03/31/16 | 06/03/16 | $9.00 | $13.99 | $14.00 | 100% |
| [79] | Diamond Resorts International, Inc. | Yes | 06/29/16 | 02/24/16 | 06/29/16 | $19.11 | $29.79 | $30.25 | 96% |
| [80] | EverBank Financial Corp. | Yes | 08/08/16 | 08/08/16 | 08/08/16 | $18.01 | $19.20 | $19.50 | 80% |
| [81] | Press Ganey Holdings, Inc. | Yes | 08/09/16 | 08/08/16 | 08/09/16 | $40.33 | $41.00 | $40.50 | 394% |
| [82] | Rackspace Hosting, Inc. | Yes | 08/26/16 | 08/26/16 | 08/26/16 | $23.16 | $31.50 | $32.00 | 94% |
| [83] | Interactive Intelligence Group, Inc. | Yes | 08/31/16 | 08/29/16 | 08/31/16 | $57.20 | $59.85 | $60.50 | 80% |
| [84] | Infoblox, Inc. | Yes | 09/19/16 | 05/11/16 | 09/19/16 | $15.31 | $26.35 | $26.50 | 99% |
| [85] | Cabela's, Inc. | Yes | 10/03/16 | 11/04/15 | 10/03/16 | $39.53 | $63.18 | $65.50 | 91% |
| [86] | Genworth Financial, Inc. | No | 10/23/16 | 10/21/16 | 10/24/16 | $5.21 | $4.79 | $5.43 | -191% |
| [87] | Team Health Holdings, Inc. | Yes | 10/31/16 | 10/03/16 | 10/31/16 | $32.80 | $42.85 | $43.50 | 94% |
| [88] | Lattice Semiconductor Corp. | No | 11/03/16 | 11/02/16 | 11/03/16 | $6.37 | $7.55 | $8.30 | 61% |
| [89] | NeuStar, Inc. | Yes | 12/14/16 | 11/11/16 | 12/14/16 | $23.05 | $33.45 | $33.50 | 100% |
| [90] | VCA, Inc. | Yes | 01/09/17 | 01/06/17 | 01/09/17 | $70.77 | $90.79 | $93.00 | 90% |
| [91] | Air Methods Corp. | Yes | 03/14/17 | 01/31/17 | 03/14/17 | $35.70 | $43.00 | $43.00 | 100% |
| [92] | Panera Bread Co. | Yes | 04/05/17 | 03/31/17 | 04/05/17 | $261.87 | $312.94 | $315.00 | 96% |
| [93] | VWR Corp. | Yes | 05/05/17 | 05/02/17 | 05/05/17 | $28.52 | $33.28 | $33.25 | 101% |
| [94] | West Corp. | Yes | 05/09/17 | 11/01/16 | 05/10/17 | $20.01 | $23.11 | $23.50 | 89% |
| [95] | PAREXEL International Corp. | Yes | 06/20/17 | 05/05/17 | 06/20/17 | $68.86 | $87.04 | $88.10 | 94% |
| [96] | Staples, Inc. | Yes | 06/28/17 | 04/03/17 | 06/29/17 | $8.66 | $10.08 | $10.25 | 89% |
| [97] | Parkway, Inc. | Yes | 06/30/17 | 06/29/17 | 06/30/17 | $20.38 | $22.89 | $23.05 | 94% |
| [98] | Bankrate, Inc. | Yes | 07/03/17 | 06/30/17 | 07/03/17 | $12.85 | $13.95 | $14.00 | 96% |
| [99] | Monogram Residential Trust, Inc. | Yes | 07/04/17 | 06/30/17 | 07/05/17 | $9.71 | $11.89 | $12.00 | 95% |
| [100] | Clubcorp Holdings Inc. | Yes | 07/09/17 | 07/07/17 | 07/10/17 | $13.10 | $17.15 | $17.12 | 98% |
| [101] | WebMD Health Corp. | Yes | 07/24/17 | 02/15/17 | 07/24/17 | $51.31 | $66.10 | $66.50 | 97% |
| [102] | Calpine Corp. | Yes | 08/18/17 | 05/09/17 | 08/18/17 | $10.07 | $14.92 | $15.25 | 94% |
| [103] | Gigamon, Inc. | Yes | 10/26/17 | 09/08/17 | 10/27/17 | $42.35 | $38.70 | $38.50 | 95% |
| [104] | Barracuda Networks, Inc. | Yes | 11/27/17 | 11/24/17 | 11/27/17 | $23.69 | $27.59 | $27.55 | 101% |
| [105] | Buffalo Wild Wings, Inc. | Yes | 11/28/17 | 11/10/17 | 11/28/17 | $118.85 | $155.60 | $157.00 | 96% |
| [106] | AmTrust Financial Services, Inc. | Yes | 01/09/18 | 01/08/18 | 01/10/18 | $10.14 | $12.69 | $12.25 | 121% |
| [107] | Blackhawk Network Holdings, Inc. | Yes | 01/16/18 | 01/12/18 | 01/16/18 | $36.50 | $45.05 | $45.25 | 98% |
| [108] | Callidus Software, Inc. | Yes | 01/29/18 | 01/26/18 | 01/30/18 | $32.25 | $35.95 | $36.00 | 99% |
| [109] | Ply Gem Holdings, Inc. | Yes | 01/31/18 | 01/30/18 | 01/31/18 | $18.10 | $21.45 | $21.64 | 95% |
| [110] | VeriFone Systems, Inc. | Yes | 04/09/18 | 04/09/18 | 04/10/18 | $15.00 | $22.78 | $23.04 | 97% |
| [111] | Analogic Corp. | Yes | 04/10/18 | 06/07/17 | 04/11/18 | $67.45 | $83.35 | $84.00 | 96% |
| [112] | Financial Engines, Inc. | Yes | 04/30/18 | 04/27/18 | 04/30/18 | $33.95 | $44.65 | $45.00 | 97% |
| [113] | Gramercy Property Trust | Yes | 05/07/18 | 05/04/18 | 05/07/18 | $23.82 | $27.50 | $27.50 | 100% |
| [114] | Envision Healthcare Corp. | Yes | 06/11/18 | 11/13/17 | 06/11/18 | $25.86 | $44.65 | $46.00 | 93% |
| [115] | Cotiviti Holdings, Inc. | Yes | 06/19/18 | 06/18/18 | 06/19/18 | $39.89 | $43.99 | $44.75 | 84% |
| [116] | Web.com Group, Inc. | Yes | 06/21/18 | 06/20/18 | 06/21/18 | $23.20 | $25.85 | $25.00 | 147% |
| [117] | Education Realty Trust, Inc. | Yes | 06/25/18 | 05/31/18 | 06/25/18 | $36.54 | $41.36 | $41.50 | 97% |
| [118] | LifePoint Health, Inc. /TN/ | Yes | 07/23/18 | 07/19/18 | 07/23/18 | $48.60 | $64.90 | $65.00 | 99% |

| | | | | | | | | Minimum: | -296% |
| | | | | | | | | 25th Percentile: | 89% |
| | | | | | | | | Median: | 94% |
| | | | | | | | | 75th Percentile: | 99% |
| | | | | | | | | Maximum: | 394% |

| | Tesla, Inc.[5] | No | 08/07/18 | 08/06/18 | 08/07/18 | $356.85 | $379.57 | $420.00 | 36% |

**Exhibit 1**

**Probability of Deal Completion in Precedent Going Private Transactions[1]**

**Calculated Using Dr. Hartzmark's Probability of Deal Completion Formula**

**August 7, 2008 - August 6, 2018**

Notes and Sources:

[A]: Per Factset. Factset defines the Announcement Date as: The date the transaction was first publicly disclosed by either the target or the acquirer. In a deal that starts out as a rumor, the announcement date will be the date on which talks of the transaction first appeared in a major financial or trade publication. Once confirmed and the transaction is no longer a rumor, the announcement date will be updated to reflect the date upon which one of the parties involved in the deal disclosed the formal offer or a definitive agreement.

[B]: Per Factset. Factset defines the Unaffected Date as: The date of the share price prior to rumors of the announcement or the announcement date of the transaction. We use the price on the Unaffected Date as a proxy for the "the public entity value should the going private deal fail or not be completed" used in Dr. Hartzmark's formula, which typically is the last trade day before the Announcement Date.

[C]: The Price Reaction date is the first trade date after the announcement.

[D]: Target company stock price on the Unaffected Date in column [B] per CRSP.

[E]: Target company stock price on the Price Reaction Date in column [C] per CRSP.

[F]: Per Factiva. Offer price as of the Announcement Date in column [A].

[G] = ([E] - [D]) / ([F] - [D]) per Hartzmark Report ¶¶ 180-181.

1. We searched the Factset database for going private transactions announced during August 7, 2008 through August 6, 2018 in which the transaction type is merger, the deal "attitude" is not "hostile," the offer is not a competing bid, the equity value of the deal is at least $1 billion, the consideration offered is all cash, and the target is a publicly traded, U.S. company. Factset defines a "hostile" deal "attitude" as "[t]he target's board of directors viewed the acquirer's proposal as unsatisfactory and recommended that shareholders reject the offer." We excluded one transaction in which the target company's stock is not included in the Center for Research in Security Prices ("CRSP") database and one transaction where the offer price was not disclosed as of the announcement date.

2. Factset did not list an unaffected date for the Novell transaction, therefore we used the last trade day prior to the announcement date reported by Factset.

3. In the Family Dollar transaction, the unconditional proposal to acquire the company was for $55 - $60 per share. We used the midpoint of $55 and $60 for the purposes of our analyses.

4. In the PetroLogistics transaction, certain insiders and private equity firms owning 73% of shares received $12 per share while minority shareholders owning 27% of shares received $14 per share. We used the $14 per share offer price for the purposes of our analyses.

5. Per Hartzmark Report ¶ 181, Tesla's 36% probability of deal completion is calculated using an unaffected stock price of $356.85, Tesla's August 7, 2018 intraday price at 12:47 PM. Tesla's probability of deal completion is 48% when calculated using the price on the Unaffected Date reported by Factset, i.e., Tesla's August 6, 2018 closing price of $341.99.

**Exhibit 2**
**Tesla Notes**
**Percentage Difference of Cumulative Residual Returns**
**Based on Dr. Hartzmark's Analysis of BVAL Prices and**
**Volume-Weighted Average Prices ("VWAPs")**
**August 8, 2018 - August 17, 2018**

| Tesla Note | Cumulative Residual Return | | |
|---|---|---|---|
| | BVAL[1] | VWAP[2] | % Difference |
| | [A] | [B] | [C = A / B - 1] |
| 2019 Note | -9.8% | -8.2% | 19.2% |
| 2021 Note | -14.3% | -10.1% | 42.0% |
| 2022 Note | -14.1% | -11.6% | 21.2% |

1. BVAL residual returns are reported in Hartzmark Report workbook "App 11 12, TBL 11 12 13 15.xlsx" tab "Bond Return-BVAL."
2. VWAP residual returns are based on the actual and predicted returns reported in Hartzmark Report workbook "App 11 12, TBL 11 12 13 15.xlsx" tab "Bond Return-TRACE" except for August 8, 2018, when the actual return is calculated as the percentage change between the post-tweet VWAP on August 7, 2018 reported in "App 13 TBL 14.xlsx" tab "Trades" and the August 8, 2018 VWAP reported in Hartzmark Report workbook "App 11 12, TBL 11 12 13 15.xlsx" tab "Bond Return-TRACE;" results are substantially similar if either the last traded price or the last traded price during trading hours is used in place of the post-tweet VWAP.

# Exhibit 425

**Exhibit 425**

# Sunday Independent

SE News
HD Architect tomorrow of The
WC 7273 words
PD 14 January 2018
SN The Sunday Independent
SC FSII
ED 1; National
PG 14,15,16,17,18,19
LA English
CY © 2018 Independent Newspapers Ireland Ltd

LP Influenced by science fiction, an abusive father whom he says is evil, and 'Monty Python', Elon **Musk** is trying to change the world by making things better, from cars, to living on other planets. Neil Straussspends some utterly bizarre time with the man who is inventing the future, a fantasist who is making his fantasies come true

It's mid-afternoon on a Friday at SpaceX headquarters in Hawthorne, California, and three of Elon **Musk**'s children are gathered around him — one of his triplets, both of his twins.

TD Influenced by science fiction, says is evil, and 'Monty change the world by making living on other planets. Neil bizarre time with the man fantasist who is making **Musk** is wearing a grey T-shirt and sitting in a swivel chair at his desk, which is not in a private office behind a closed door, but in an accessible corner cubicle, festooned with outer-space novelty items, photos of his rockets, and mementos from Tesla and his other companies.

Most tellingly, there's a framed poster of a shooting star with a caption underneath it that reads, "When you wish upon a falling star, your dreams can come true. Unless it's really a meteor hurtling to the Earth which will destroy all life. Then you're pretty much hosed, no matter what you wish for. Unless it's death by meteorite".

To most people, this would be mere dark humour, but in this setting, it's also a reminder of **Musk**'s master plan: to create habitats for humanity on other planets and moons. If we don't send our civilisation into a new Dark Ages before **Musk** or one of his dream's inheritors pull it off, then **Musk** will likely be remembered as one of the most seminal figures of this millennium. Kids on all the terraformed planets of the universe will look forward to **Musk** Day, when they get the day offto commemorate the birth of the Earthling who single-handedly ushered in the era of space colonisation.

And that's just one of **Musk**'s ambitions. Others include converting an abusive father whom he Python', Elon **Musk** is trying to things better, from cars, to Strauss spends some utterly who is inventing the future, a his fantasies come true automobiles, households and as much industry as possible from fossil fuels to sustainable energy; implementing a new form of high-speed city-to-city transportation via vacuum tube; relieving traffic congestion with a honeycomb of underground tunnels fitted with electric skates for cars and commuters; creating a mind-computer interface to enhance human health and brain power; and saving humanity from the future threat of an artificial intelligence that may one day run amok and decide, quite rationally, to eliminate the irrational human species.

So far, **Musk**, 46, has accomplished none of these goals.

But what he has done is something that very few living people can claim: painstakingly bulldozed, with no experience whatsoever, into two fields with ridiculously high barriers to entry — car manufacturing (Tesla) and rocketry (SpaceX) — and created the best products in those industries, as measured by just about any meaningful metric you can think of. In the process, he's managed to sell the world on his capability to achieve objectives so lofty that from the mouth of anyone else, they'd be called fantasies.

At least, most of the world. "I'm looking at the short losses," **Musk** says, transfixed by CNBC on his iPhone. He speaks to his kids without looking up. "Guys, check this out: Tesla has the highest short position in the entire stock market. A $9bn short position."

His children lean over the phone, looking at a table full of numbers that I don't understand. So, his 13-year-old, Griffin, explains it to me: "They're betting that the stock goes down, and they're getting money offthat. But it went up high, so they lost an insane amount of money."

"They're jerks who want us to die," **Musk** elaborates. "They're constantly trying to make up false rumours and amplify any negative rumours. It's a really big incentive to lie and attack my integrity. It's really awful. It's…"

He trails off, as he often does when preoccupied by a thought. I try to help: Unethical? "It's…" He shakes his head and struggles for the right word, then says softly, "hurtful."

It is easy to confuse who someone is with what they do, and thus turn them into a caricature who fits neatly into a storybook view of the world. Our culture always needs villains and heroes, fools and geniuses, scapegoats and role models. However, despite opinions to the contrary, Elon **Musk** is not a robot sent from the future to save humanity. Nor is he a Silicon Valley savant whose emotional affect has been replaced with supercomputerlike intelligence. Over the course of nine months of reporting, watching **Musk** do everything from strategise Mars landings with his rocket-engineering team to plan the next breakthroughs with his artificial-intelligence experts, I learned he is someone far, far different from what his myth and reputation suggest.

The New York Times has called him "arguably the most successful and important entrepreneur in the world." It's an easy case to make: He's probably the only person who has started four billion-dollar companies — PayPal, Tesla, SpaceX and Solar City. But at his core, **Musk** is not a businessman or entrepreneur. He's an engineer, inventor and, as he puts it, "technologist". And as a naturally gifted engineer, he's able to find the design inefficiencies, flaws and complete oversights in the tools that power our civilisation.

"He's able to see things more clearly in a way that no one else I know of can understand," says his brother, Kimbal. He discusses his brother's love of chess in their earlier years, and adds, "There's a thing in chess where you can see 12 moves ahead if you're a grandmaster. And in any particular situation, Elon can see things 12 moves ahead."

His children soon leave for the home of their mother, **Musk**'s ex-wife Justine. "I wish we could be private with Tesla," **Musk** murmurs as they exit. "It actually makes us less efficient to be a public company."

What follows is… silence. **Musk** sits at his desk, looking at his phone, but not typing or reading anything. He then lowers himself to the floor, and stretches his back on a foam roller. When he finishes, I attempt to start the interview by asking about the Tesla Model 3 launch, and what it felt like to stand onstage and tell the world he'd just pulled offa plan 14 years in the making: to bootstrap, with luxury electric cars, a mass-market electric car.

The accomplishment, for **Musk**, is not just in making a €30,000 electric car — it's in making a €30,000 electric car that's so good, and so in-demand, that it forces other car manufacturers to phase out petrol cars to compete. And sure enough, within two months of the launch, both GM and Jaguar Land Rover announced they were planning to eliminate petrol cars and go all-electric.

**Musk** thinks for a while, begins to answer, then pauses. "Uh, actually, let me go to the restroom. Then I'll ask you to repeat that question." A longer pause. "I also have to unload other things from my mind."

Five minutes later, **Musk** still hasn't returned. Sam Teller, his chief of staff, says, "I'll be right back."

Several minutes after that, they both reappear and huddle nearby, whispering to each other. Then **Musk** returns to his desk.

We can reschedule for another day if this is a bad time, I offer.

**Musk** clasps his hands on the surface of the desk, composes himself, and declines. "It might take me a little while to get into the rhythm of things."

Then he heaves a sigh and ends his effort at composure. "I just broke up with my girlfriend," he says hesitantly. "I was really in love, and it hurt bad."

He pauses and corrects himself: "Well, she broke up with me more than I broke up with her, I think."

Emotional Thus, the answer to the question posed earlier: it felt unexpectedly, disappointingly, uncontrollably horrible to launch the Model 3. "I've been in severe emotional pain for the last few weeks," **Musk** elaborates. "Severe. It took every ounce of will to be able to do the Model 3 event and not look like the most depressed guy around. For most of that day, I was morbid. And then I had to psych myself up: drink a couple of Red Bulls, hang out with positive people and then, like, tell myself: 'I have all these people depending on me. All right, do it!'" Minutes before the event, after meditating for pretty much the first time in his life, **Musk** chose a very telling song to drive onstage to: R U Mine? by the Arctic Monkeys.

**Musk** discusses the break-up for a few more minutes, then asks, earnestly, deadpan, "Is there anybody you think I should date? It's so hard for me to even meet people." He swallows and clarifies, stammering softly. "I'm looking for a long-term relationship. I'm not looking for a one-night stand. I'm looking for a serious companion or soulmate, that kind of thing."

I eventually tell him that it may not be a good idea to jump right into another relationship. He may want to take some time to himself and figure out why his previous relationships haven't worked in the long run: his marriage to writer Justine **Musk**; his marriage to actress Talulah Riley; and this new break-up with actress Amber Heard.

**Musk** shakes his head and grimaces: "If I'm not in love, if I'm not with a long-term companion, I cannot be happy."

I explain that needing someone so badly that you feel like nothing without them is textbook co-dependence.

**Musk** disagrees. Strongly. "It's not true," he replies petulantly. "I will never be happy without having someone. Going to sleep alone kills me." He hesitates, shakes his head, falters, continues. "It's not like I don't know what that feels like: being in a big empty house, and the footsteps echoing through the hallway, no one there — and no one on the pillow next to you. Fuck. How do you make yourself happy in a situation like that?" There's truth to what **Musk** is saying. It is lonely at the top. But not for everyone. It's lonely at the top for those who were lonely at the bottom.

"When I was a child, there's one thing I said," **Musk** continues. His demeanour is stiff, yet in the sheen of his eyes and the trembling of his lips a high tide of emotion is visible, pushing against the retaining walls. 'I never want to be alone.' That's what I would say." His voice drops to a whisper. "I don't want to be alone."

A ring of red forms around his eyes as he stares forward and sits frozen in silence. **Musk** is a titan, a visionary, a human-size lever pushing forward massive historical inevitabilities — the kind of person who comes around only a few times in a century — but in this moment, he seems like a child who is afraid of abandonment. And that may be the origin story of **Musk**'s super-ambitions, but more on that later. In the meantime, **Musk** has something he'd like to show me.

"If you say anything about what you're about to see, it would cost us billions," he says, rising from his desk. "And you would be put in jail."

The most interesting tourist attraction in Los Angeles county is one that's not in many guidebooks: it's in the otherwise-untouristed southwestern city of Hawthorne, around SpaceX. If you walk along Crenshaw Boulevard from Jack Northrop Boulevard to 120th Street, what you will see is a city of the future that's under construction. This is **Musk** city, an alternate reality, a triumph of futuristic imagination more thrilling than anything at a Disney park. On the west side of the street, a 156-foot-tall rocket towers above SpaceX headquarters, symbolising **Musk**'s dream of relatively low-cost interplanetary travel. This particular rocket booster was the first in human history to be launched into space, then recovered, intact, on Earth, after separating, and then fired back into space.

On the east side of the street, an employee parking lot has been dug up and turned into the first-ever tunnel for the Boring Company, **Musk**'s underground-honeycomb solution to traffic jams, and the future home of all his terrestrial transportation projects. Then, running for a mile beside Jack Northrop Boulevard, there's a white vacuum tube

along the shoulder of the road. This is the test track for the Hyperloop, **Musk**'s high-speed form of city-to-city travel. Taken together, the dreams of **Musk** city promise to connect the planet and the solar system in ways that will fundamentally change humanity's relationship to two of the most important facets of its reality: distance and time.

But there is a particular building in **Musk** city that few have visited, and this is where **Musk** takes me. It is the Tesla Design Studio, where he's slated to do a walkthrough of the Tesla Truck and other future vehicle prototypes with his team of designers and engineers.

Outside the door, a guard takes my phone and audio recorder, and I'm given an old-fashioned pen and paper to take notes on. **Musk** then continues into the building and reveals the Tesla Truck, which aims to help the trucking industry go green. (**Musk** has even been toying with creating a supersonic electric jet, with vertical take-offand landing, in the future.) Four key members of the Tesla team are there — Doug Field, JB Straubel, Franz von Holzhausen, Jerome Guillen — and watch with anticipation as **Musk** explores a new configuration of the cab for the first time.

Guillen explains the idea behind the truck: "We just thought, 'What do people want? They want reliability. They want the lowest cost. And they want driver comfort.' So we re-imagined the truck."

This is a perfect example of the idea that **Musk** -inspired wannabe visionaries around the world worship like a religion: first-principles thinking. In other words, if you want to create or innovate, start from a clean slate. Don't accept any ideas, practices or standards just because everyone else is doing them. For instance, if you want to make a truck, then it must be able to reliably move cargo from one location to another, and you must follow existing laws of physics. Everything else is negotiable, including government regulations. As long as you remember that the goal isn't to reinvent the truck, but to create the best one, whether or not it's similar to past trucks.

As a result of this type of thinking, **Musk** is able to see an industry much more objectively than others who've been in the field their whole lives.

"I was literally told this is impossible and I'm a huge liar," **Musk** says of the early days of Tesla. "But I have a car and you can drive it. This is not like a frigging unicorn. It's real. Go for a drive. It's amazing. How can you be in denial?" An unfortunate fact of human nature is that when people make up their mind about something, they tend not to change it — even when confronted with facts to the contrary. "It's very unscientific," **Musk** says. "There's this thing called physics, which is this scientific method that's really quite effective for figuring out the truth."

The scientific method is a phrase **Musk** uses often when asked how he came up with an idea, solved a problem or chose to start a business. Here's how he defines it for his purposes, in mostly his own words: 1 Ask a question.

2 Gather as much evidence as possible about it. 3 Develop axioms based on the evidence, and try to assign a probability of truth to each one.

4 Draw a conclusion based on cogency in order to determine: are these axioms correct, are they relevant, do they necessarily lead to this conclusion, and with what probability? 5 Attempt to disprove the conclusion. Seek refutation from others to further help break your conclusion. 6 If nobody can invalidate your conclusion, then you're probably right, but you're not certainly right.

"That's the scientific method," **Musk** concludes. "It's really helpful for figuring out the tricky things."

But most people don't use it, he says. They engage in wishful thinking. They ignore counterarguments. They form conclusions based on what others are doing and aren't doing. The reasoning that results is: it's true because I said it's true, but not because it's objectively true.

"The fundamental intention of Tesla, at least my motivation," **Musk** explains in his halting, stuttering voice, "was to accelerate the advent of sustainable energy. That's why I open-sourced the patents. It's the only way to transition to sustainable energy better.

"You have no idea. My dad will have a carefully thought-out plan of evil.

He will plan evil" "Climate change is the biggest threat that humanity faces this century, except for AI," he continues. "I keep telling people this. I hate to be Cassandra here, but it's all fun and games until somebody loses a fucking eye. This view [of climate change] is shared by almost everyone who's not crazy in the scientific community."

For the next 20 minutes, **Musk** examines the Tesla Truck. He comments first on the technical details, even ones as granular as the drawbacks and advantages of different types of welding. He then moves on to the design, specifically a driver-comfort feature that cannot be specified here, due to said threatened jail time.

"Probably no one will buy it because of this," he tells his team. "But if you're going to make a product, make it beautiful. Even if it doesn't affect sales, I want it to be beautiful."

According to **Musk**'s best guess, our personalities might be 80pc nature and 20pc nurture. Whatever that ratio actually is, if you want to understand the future that **Musk** is building, it's essential to understand the past that built him, including his fears of human extinction and being alone.

For the first eight or so years of his life, **Musk** lived with his mother, Maye, a dietitian and model; and his father, Errol, an engineer, in Pretoria, South Africa. He rarely saw either of them.

"I didn't really have a primary nanny or anything," **Musk** recalls. "I just had a housekeeper who was there to make sure I didn't break anything. She wasn't, like, watching me. I was offmaking explosives and reading books and building rockets and doing things that could have got me killed. I'm shocked that I have all my fingers." He raises his hands and examines them, then lowers his digits. "I was raised by books. Books, and then my parents."

Some of those books help explain the world **Musk** is building, particularly Isaac Asimov's Foundation series. The books are centered around the work of a visionary named Hari Seldon, who has invented a scientific method of predicting the future based on crowd behaviour. He sees a 30,000-year Dark Age waiting ahead for humankind, and creates a plan that involves sending scientific colonies to distant planets to help civilisation mitigate this unavoidable cataclysm.

Wrong decision "Asimov certainly was influential because he was seriously paralleling Gibbon's Decline and Fall of the Roman Empire, but he applied that to a sort of modern galactic empire," **Musk** explains. "The lesson I drew from that is you should try to take the set of actions that are likely to prolong civilisation, minimize the probability of a Dark Age and reduce the length of a Dark Age if there is one."

**Musk** was around 10 at this time, and plunged into his own personal dark age. He'd recently made a move that would change his life. It was a wrong decision that came from the right place.

When his parents split up two years before, he and his younger siblings — Kimbal and Tosca — stayed with their mother. But, **Musk** recounts, "I felt sorry for my father, because my mother had all three kids. He seemed very sad and lonely by himself. So I thought, 'I can be company'." He pauses while a movie's worth of images seem to flicker through his mind. "Yeah, I was sad for my father. But I didn't really understand at the time what kind of person he was."

He lets out a long, sad sigh, then says flatly about moving in with Dad — "It was not a good idea".

According to Elon, Errol has an extremely high IQ — "brilliant at engineering, brilliant" — and was supposedly the youngest person to get a professional engineer's qualification in South Africa. When Elon came to live with him in Lone Hill, a suburb of Johannesburg, Errol was, by his own account, making money in the often dangerous worlds of construction and emerald mining — at times, so much that he claims he couldn't close his safe.

"I'm naturally good at engineering, and that's because I inherited it from my father," **Musk** says. "What's very difficult for others is easy for me. For a while, I thought things were so obvious that everyone must know this."

Like what kinds of things? "Well, like how the wiring in a house works. And a circuit breaker, and alternating current and direct current, what amps and volts were, how to mix a fuel and oxidizers to create an explosive. I

thought everyone knew this."

But there was another side to **Musk**'s father that was just as important to making Elon who he is. "He was such a terrible human being," **Musk** says. "You have no idea." His voice trembles, and he discusses a few of those things, but doesn't go into specifics. "My dad will have a carefully thought-out plan of evil," he says. "He will plan evil."

Besides emotional abuse, did that include physical abuse? "My dad was not physically violent with me. He was only physically violent when I was very young." (Errol countered via email that he only "smacked" Elon once, "on the bottom".) Elon's eyes turn red as he continues discussing his dad. "You have no idea about how bad. Almost every crime you can possibly think of, he has done. Almost every evil thing you could possibly think of, he has done. Um..."

There is clearly something **Musk** wants to share, but he can't bring himself to utter the words, at least not on the record. "It's so terrible, you can't believe it."

The tears run silently down his face. "I can't remember the last time I cried." He turns to Teller to confirm this. "You've never seen me cry."

"No," Teller says. "I've never seen you cry." The flow of tears stops as quickly as it began. And once more, **Musk** has the cold, impassive, but gentle stone-face that is more familiar to the outside world.

Yet it's now clear that this is not the face of someone without emotions, but the face of someone with a lot of emotions who had been forced to suppress them in order to survive a painful childhood.

When asked about committing crimes, **Musk**'s father said that he has never intentionally threatened or hurt anyone, or been charged with anything, except... in this one case, he says he shot and killed three out of five or six armed people who broke into his home, and was later cleared of all charges on self-defence.

In his email, Errol wrote: "I've been accused of being a Gay, a Misogynist, a Paedophile, a Traitor, a Rat, a Shit (quite often), a Bastard (by many women whose attentions I did not return) and much more. My own (wonderful) mother told me I am 'ruthless' and should learn to be more 'humane'." But, he concluded, "I love my children and would readily do whatever for them."

As an adult, **Musk**, with the same optimism with which he moved in with his father as a child, moved his dad, his father's then-wife and their children to Malibu. He bought them a house, cars and a boat. But his father, Elon says, hadn't changed, and Elon severed the relationship.

"In my experience, there is nothing you can do," he says about finally learning the lesson that his dad will never change. "Nothing, nothing. I wish. I've tried everything. I tried threats, rewards, intellectual arguments, emotional arguments, everything to try to change my father for the better, and he... no way, it just got worse."

Somewhere in this trauma bond is the key to **Musk**'s world view of creation against destruction, of being useful versus harmful, of defending the world against evil.

Things at school weren't much better than life at home.

There, **Musk** was brutally bullied — until he was 15 years old.

"For the longest time, I was the youngest and the smallest kid in the class because my birthday just happens to fall on almost the last day that they will accept you into school, June 28. And I was a late bloomer. So I was the youngest and the smallest kid in class for years and years... The gangs at school would hunt me down — literally hunt me down!" Confidence **Musk** put down the books and started learning to fight back — karate, judo, wrestling. That physical education, combined with a growth spurt that brought him to six feet by age 16, gave him some confidence and, as he puts it, "I started dishing it out as hard as they'd give it to me."

When he got into a fight with the biggest bully at school and knocked him out with one punch, **Musk** noticed that the bully never picked on him again. "It taught me a lesson: if you're fighting a bully, you cannot appease a bully."

**Musk** speaks the next words forcefully. "You punch the bully in the nose. Bullies are looking for targets that won't fight back. If you make yourself a hard target and punch the bully in the nose, he's going to beat the shit out of you, but he's actually not going to hit you again."

When he was 17, **Musk** left college and moved to his mother's home country, Canada, later obtaining passports for his mother, brother and sister to join him there. His father did not wish him well, **Musk** recalls. "He said rather contentiously that I'd be back in three months, that I'm never going to make it, that I'm never going to make anything of myself. He called me an idiot all the time.

That's the tip of the iceberg, by the way."

After **Musk** became successful, his father even took credit for helping him — to such a degree that it's listed as fact in Elon's Wikipedia entry. "One thing he claims is he gave us a whole bunch of money to start, my brother and I, to start up our first company [Zip2, which provided online city guides to newspapers]. This is not true," **Musk** says. "He was irrelevant. He paid nothing for college. My brother and I paid for college through scholarships, loans and working two jobs simultaneously. The funding we raised for our first company came from a small group of random angel investors in Silicon Valley."

**Musk**'s career history decorates his desk. There's an item from nearly all of his companies, even a mug for X.com, the early online bank he started, which became PayPal. The sale of Zip2 resulted in a $22m cheque made out directly to **Musk**, which he used in part to start X.com. With the roughly $180m post-tax amount he made from the sale of PayPal, he started SpaceX with $100m, put $70m into Tesla, invested $10m into Solar City, and saved little for himself.

One of the misunderstandings that rankles **Musk** most is being pigeonholed and narrowcast, whether as the real-life Tony Stark or the second coming of Steve Jobs. When, at a photo shoot, he was asked to wear a black turtleneck, the trademark garb of Jobs, he bristled. "If I was dying and I had a turtleneck on," he tells me, "with my last dying breath, I would take the turtleneck offand try to throw it as far away from my body as possible."

So what is **Musk** about? "I try to do useful things," he explains. "That's a nice aspiration. And useful means it is of value to the rest of society. Are they useful things that work and make people's lives better, make the future seem better, and actually are better, too? I think we should try to make the future better."

When asked to define "better", **Musk** elaborates, "It would be better if we mitigated the effects of global warming, and had cleaner air in our cities, and weren't drilling for vast amounts of coal, oil and gas in parts of the world that are problematic, and will run out anyway.

"And if we were a multi-planetary species, that would reduce the possibility of some single event, man-made or natural, taking out civilisation as we know it, as it did the dinosaurs. There have been five massive extinction events in the fossil record. People have no comprehension of these things. Unless you're a cockroach or a mushroom — or a sponge — you're fucked." He laughs sharply. "It's insurance of life as we know it, and it makes the future far more inspiring if we are out there among the stars and you could move to another planet if you wanted to.

This, then, is the ideology of **Musk**. And though basic, it's actually very rare. Think of the other names that one associates with innovation this century: they're people who built operating systems, devices, websites or social-media platforms. Even when it didn't start out that way, the ideology in most cases soon became: how can I make my company the centre of my users' world? Consequently, social-media sites such as Facebook and Twitter use a number of tricks to activate the addictive reward centers of a user's brain.

If **Musk**'s employees suggested doing something like this, he'd probably look at them like they were crazy. This type of thinking doesn't compute. "It's really inconsistent to not be the way you want the world to be," he says flatly, "and then through some means of trickery, operate according to one moral code, while the rest of the world operates according to a different one. This is obviously not something that works. If everyone's trying to trick everyone all the time, it's a lot of noise and confusion. It's better just to be straightforward and try to do useful things."

He discusses building a permanent moon base, and further funding SpaceX by creating passenger rockets capable of travelling to any city in the world in less than an hour, a form of transport he calls "Earth-to-Earth". I ask if there's anything that he believes works that surprises people.

"I think being precise about the truth works. Truthful and precise. I try to tell people, 'You don't have to read between the lines with me. I'm saying the lines!'" On another occasion, I watch **Musk** at a weekly SpaceX engineering-team meeting, where eight experts sit around a table in high-backed red chairs, showing **Musk** a PowerPoint with the latest updates to the Mars spaceship design. And while **Musk** keeps pace on technical details with some of the most brilliant minds in aerospace, he also adds an element that goes beyond logistics and engineering.

"Make sure it doesn't look ugly or something," he advises at one point. Then, later, "The aesthetics of this one are not so great. It looks like a scared lizard." And, in a characteristically wry moment, "When you land on Mars, you want the list of what you have to worry about to be small enough that you're not dead."

Overall, there's a theme to **Musk**'s feedback: first, things have to be useful, logical and scientifically possible.

Then he looks to improve efficiency on every level: what are people accepting as an industry standard when there's room for significant improvement? From there, **Musk** pushes for the end product to be aesthetically beautiful, simple, cool, sleek ("He hates seams," says one staffer) and, as **Musk** puts it at one point in the meeting, "awesome".

Throughout this process, there's an additional element that very few companies indulge in: personalisation. This usually involves **Musk** adding Easter eggs and personal references to the products, such as making the Tesla "There have been five massive extinction events in the fossil record. Unless you're a cockroach or a mushroom — or a sponge — you're f**ked" sound-system volume go to 11 (in homage to Spinal Tap) or sending a "secret payload" into space in his first Dragon launch that turned out to be a wheel of cheese (in homage to Monty Python).

Beyond all this, most maddening or exciting for **Musk**'s employees, depending on which one you ask, is the timescale on which he often expects work to be done. For example, one Friday when I was visiting, a few SpaceX staffmembers were frantically rushing back and forth from the office to the parking lot across the street. It turns out that during a meeting, he asked them how long it would take to remove staffcars from the lot and start digging the first hole for the Boring Company tunnel. The answer: two weeks.

Notorious **Musk** asked why, and when he gathered the necessary information, he concluded, "Let's get started today and see what's the biggest hole we can dig between now and Sunday afternoon, running 24 hours a day". Within three hours, all the cars were gone and there was a hole in the ground.

On the other hand, one thing **Musk** is notorious for is setting ambitious deadlines that he often can't meet. The Roadster, the Model S and the Model X were all delayed from his original timeline, and now the Model 3 — with its nearly half-a-million-person-long waiting list — is experiencing its own production delays. There are many reasons for this, but **Musk** summarises: "Better to do something good and be late, than bad and be early." So expect **Musk** to get it done, just not on time. Because if he can't do it, he won't pretend otherwise.

"I expect to lose," **Musk** says. He's in a three-story building in San Francisco that has only recently been furnished. It used to belong to Stripe, the credit-cardpayment processor, but now belongs to **Musk**, who's housing two of his companies there: Neuralink and OpenAI.

These are visions of what Tesla or SpaceX may have looked like when they first began. A small group of excited people working with limited resources to hit a distant, ambitious target. But unlike Tesla and SpaceX, there aren't anything close to roadmaps toward these goals, nor are they so clear-cut.

OpenAI is a nonprofit dedicated to minimising the dangers of artificial intelligence, while Neuralink is working on ways to implant technology into our brains to create mind-computer interfaces.

If it sounds like those are contradictory ideas, think again. Neuralink allows our brains to keep up in the intelligence race. The machines can't outsmart us if we have everything the machines have, plus everything we have. At least, that is, if you assume that what we have is actually an advantage.

It's an unusual day at the office: **Musk** is showing a documentary about artificial intelligence to the Neuralink staff. He stands in front of them as they sit splayed on couches and chairs, and lays out the grim odds of his mission to make AI safe: "Maybe there's a five to 10pc chance of success," he says.

The challenge he's up against with OpenAI is twofold. First, the problem with building something that's smarter than you is… that it's smarter than you. Add to that the fact that AI has no remorse, no morality, no emotions — and humanity may be in deep trouble. This is the good son's second chance against the remorseless father he couldn't change.

The other challenge is that OpenAI is a nonprofit, and it's competing with the immense resources of Google's DeepMind. **Musk** tells the group he in fact invested in DeepMind with the intention of keeping a watchful eye on Google's AI development.

"Between Facebook, Google and Amazon — and arguably Apple, but they seem to care about privacy — they have more information about you than you can remember," he elaborates to me. "There's a lot of risk in concentration of power. So if AGI (artificial general intelligence) represents an extreme level of power, should that be controlled by a few people at Google with no oversight?" "Sleep well," **Musk** jokes when the movie ends. He then leads a discussion about it, writing down some ideas and bluntly dismissing others. As he's speaking, he reaches into a bowl, grabs a piece of popcorn, drops it in his mouth and starts coughing.

"We're talking about threats to humanity," he mutters, "and I'm going to choke to death on popcorn."

It is 9pm on a Thursday night, and I'm waiting in the foyer of **Musk**'s Bel Air home for our final interview. He walks down the stairs a few minutes later, wearing a T-shirt depicting Mickey Mouse in space. A tall blonde woman follows him down the stairs.

He is, true to his words, not alone. The woman, it turns out, is Talulah Riley, his second wife. They met in 2008, and **Musk** proposed after 10 days together. They married in 2010, then divorced two years later, then remarried the following year, then filed for divorce again, then withdrew the filing, then re-filed for divorce, and finally followed through with it.

**Musk** suggests doing something rare for him: drinking. "My alcohol tolerance is not very high, but I tend to be a fuzzy bear when I drink. I go happy-fuzzy."

He pours two glasses of whiskey for us, and the three of us adjourn to his living room, where there's a mechanical Edison phonograph, an Enigma machine and a short-wave radio from World War II on display.

During the interview, Riley lounges on the couch nearby, half paying attention to the conversation, half paying attention to her phone.

**Musk** is in a different mood than he was at SpaceX, and that's something that those who've come to know **Musk** observe. One moment, he may be reciting favourite lines from an animated TV show he just saw; the next he may be curtly giving detailed instructions; the next he may be ignoring you, while lost in a thought; the next he may be asking for your advice on a problem; the next he may be breathless with laughter, while riffing on a humorous tangent for five minutes; the next he may be acting as if you've both never met. And through it all, you learn not to take it personally, because chances are, it has nothing to do with you.

We start offtalking, or at least with me trying to talk, about AI, because a few weeks earlier, **Musk** had tweeted, "Competition for AI superiority at national level most likely cause of WW3 imo".

But when I ask him about that, **Musk** gets testy. "I don't have all the answers. I'm not saying that I have all the fucking answers. Let me be really clear about that. I'm trying to figure out the set of actions I can take that are more likely to result in a good future. If you have suggestions in that regard, please tell me what they are."

Riley chimes in: "I think just the way it gets couched is that 'Elon **Musk** says we're all gonna die,' as opposed to 'Hey, let's have some regulation'."

Experience **Musk**, it soon becomes clear, is not in the mood to talk about his work. Instead, he has some advice he'd like to offer to the world from his personal experience: "I find one learns lessons in the course of life," he begins with a wry half-smile. "And one lesson I've learned is, don't tweet on **Ambien**. That's on the record: Tweeting on **Ambien** is unwise. You may regret it."

**Musk** grabs a coffee-table book published by The Onion and starts leafing through it, laughing hysterically. "In order to understand the essential truth of things," he theorises, "I think you can find it in The Onion, and occasionally on Reddit."

Afterward, he asks excitedly, "Have you ever seen Rick and Morty?" And the conversation bounces from that animated show to South Park to The Simpsons to the book, The Hitchhiker's Guide to the Galaxy.

One of the lines from Hitchhiker's, **Musk** says, ended up being **Musk** Family Rule Number One: "Don't panic."

"The boys were quite skittish about all kinds of things," Riley explains.

"That's our other rule," **Musk** continues. "Safety, third. There's not even a Rule Number Two. But even though there's nothing in second place, safety is not getting promoted to number two."

We're interrupted by Teller, **Musk**'s chief of staff, who informs him that as we were talking, the Hawthorne City Council ended an hours-long debate with a four-to-one vote allowing **Musk** to burrow his tunnel two miles into the city.

"Good," **Musk** says. "Now we can dig past our own property line. Dig like fiends!" He laughs at the expression, and I understand that **Musk** didn't have me over to talk about projects and vision. There's nothing to be gained from talking about the problems of science with someone who doesn't understand them. At the end of the day, he just wants to unwind and laugh about the world he's trying to improve.

I leave his home still hearing his chuckles in the doorway, and hoping that when the Mars colony builds its first statues of **Musk**, they're not of a stiffman with a tight-lipped expression looking out into space, but of a fuzzy bear.

CO  teslmi : Tesla, Inc.

IN  i351 : Motor Vehicles | i35104 : Alternative Fuel Vehicles | iaut : Automotive

RE  ire : Ireland | uk : United Kingdom | eecz : European Union Countries | eurz : Europe | weurz : Western Europe

PUB  Independent Newspapers Ireland Limited

AN  Document FSII000020180114ee1e00016

© 2021 Factiva, Inc. All rights reserved.

# Exhibit 426

**Exhibit 426**

# The New York Times

CLM  Common Sense
 SE  Business Day
 HD  A Question for Tesla's Board: What Was Elon **Musk**'s Mental State?
 BY  By James B. Stewart
 WC  1032 words
 PD  15 August 2018
 ET  16:02
 SN  NYTimes.com Feed
 SC  NYTFEED
 LA  English
 CY  Copyright 2018. The New York Times Company. All Rights Reserved.

LP  There's no question that Elon **Musk** is one of the great entrepreneurs of this era. He may even be in "a class of one," as he recently described Tesla, the revolutionary electric car company he founded.

But Mr. **Musk**'s tweet last week [https://www.nytimes.com/2018/08/07/business/tesla-stock-elon-musk-private.html] — expressing his intent to take Tesla private and declaring that he had "funding secured" for the multibillion-dollar transaction — was so impulsive, potentially inaccurate, poorly worded and thought out, and with such potentially dire consequences for himself, Tesla and its shareholders, that the board now must ask a sensitive but vital question: What was Mr. **Musk**'s state of mind when he wrote it?

TD  "What does this say about the judgment of the person who set all this in motion?" said Charles M. Elson, director of the Weinberg Center for Corporate Governance at the University of Delaware. "That's what the board has to find out."

Mr. **Musk**, in subsequent blog posts, has stressed that he was only trying to be as transparent with the public as he was about to be with a few major investors.

That is a laudable goal. But there are plenty of effective, conventional methods for achieving it, which include keeping his board fully informed, consulting lawyers, and following Securities and Exchange Commission procedures before tweeting about what could be a transformative, hugely expensive corporate buyout.

Little if any of this appears to have happened. While Tesla directors have said they discussed with Mr. **Musk** the possibility of taking Tesla private in general terms, they were blindsided [https://www.nytimes.com/2018/08/13/business/dealbook/tesla-elon-musk-saudi-arabia.html] by the tweet and have been scrambling ever since to get the situation under control.

The explanation for the tweet may be more psychological than strategic. In a Twitter exchange from last summer, Mr. **Musk** said he experienced "great highs, terrible lows and unrelenting stress."

Asked if he might be bipolar, he replied, "Yeah." [https://twitter.com/elonmusk/status/891713104786083841] Then he added, "Maybe not medically tho. Dunno. Bad feelings correlate to bad events, so maybe real problem is getting carried away in what I sign up for," which he later described as a "ticket to hell."

"Entrepreneurs often have a temperament and a constellation of traits that can create enormous value but are also associated with significant risks," said Michael A. Freeman, a clinical professor of psychiatry at the University of California, San Francisco whose research and practice focuses on entrepreneurs.

While Dr. Freeman said he couldn't comment on Mr. **Musk**, whom he's never treated, he said that his research and experience with clients show that entrepreneurs generally "have **mental health** profiles that are associated with higher levels of creativity, higher levels of energy, higher levels of risk tolerance and higher levels of impulsivity.

Another way to look at impulsivity is a need for speed, a sense of urgency, higher motivation, and greater restlessness."

All of that would seem consistent with Mr. **Musk**'s Twitter habits.

Scott Shane, a professor of entrepreneurial studies at Case Western Reserve University, put it more simply: "These people are just wired differently," he said. "They're quicker to spot and act on opportunities, but that same tendency can get them into trouble in other situations."

These qualities may also be exacerbated by lack of sleep. Mr. **Musk** has said he's been sleeping on the factory floor, skipping showers, and working extremely long hours [https://www.nytimes.com/2018/06/30/business/tesla-factory-musk.html] while Tesla ramps up production of its Model 3.

"There are a number of behavioral destabilizers in the world of entrepreneurship," Dr. Freeman said, "and sleep deficiency is high on the list. The consequences can be impaired functioning, higher irritability, and judgment can be adversely affected."

During Tesla's most recent earnings conference call, Mr. **Musk** apologized to Wall Street analysts he had insulted during a previous call for asking "boring, bonehead questions."

"There are reasons for it. I've gotten no sleep [https://www.nytimes.com/2018/08/01/business/tesla-earnings-elon-musk.html] and been working sort of 110-hour, 120-hour weeks," he said.

It's also a common trait of entrepreneurs that they feel rules don't apply to them. From their perspective, many rules "get in the way of getting things done," said Dr. Freeman.

Whatever the exact circumstances of his tweet, Mr. **Musk** would benefit from what Dr. Freeman calls "personal boards of directors," something he often recommends for his entrepreneurial clients. "There are some simple strategies for dealing with impulsivity, like sleep on something overnight and get a second opinion," he said. "If you're hard-wired to go full speed ahead at all times, you need to create a filter for yourself to decrease those risk factors."

Tesla's board should play an important role. "Balancing corporate responsibilities, and the constraints they can impose, against the creativity that made the corporation great in the first place is much more of an art than a science," said Charles K. Whitehead, who leads the law, technology and entrepreneurship program at Cornell Law School. "Directors and lawyers need to credibly manage that balance, but as importantly, founders need to be willing to consult with them, recognizing that the advice — even if it slows things down — may simply reflect the realities of the day."

Dr. Freeman agreed. The Tesla board and others close to Mr. **Musk** "need to find ways to make all the positive aspects of those strengths work for him and for us while minimizing the downside."

And Mr. **Musk** may want to curb his use of Twitter. "One good rule of thumb: never make important and, in Tesla's case, complex announcements through Twitter," Mr. Whitehead said.

That may be easier said than done. Tesla's board members have been urging Mr. **Musk** to stop tweeting [https://www.nytimes.com/2018/08/14/business/dealbook/tesla-board-musk-tweets.html], so far without success [https://twitter.com/elonmusk/status/1029171381584314368].

"It's not easy for anyone to control the behavior of a grand visionary," Mr. Shane said. "These people don't like to be controlled."

* Tesla Directors, in Damage Control Mode, Want Elon **Musk** to Stop Tweeting [https://www.nytimes.com/2018/08/14/business/dealbook/tesla-board-musk-tweets.html]

* Did Elon **Musk** Violate Securities Laws With Tweet About Taking Tesla Private? [https://www.nytimes.com/2018/08/08/business/elon-musk-tesla-sec.html]

\* Tesla Is Said to Be Subpoenaed by S.E.C. Over Elon **Musk** Tweet
[https://www.nytimes.com/2018/08/15/business/tesla-musk-sec-subpoena-goldman.html]

\* Elon **Musk**'s Pitch to Take Tesla Private Has Wall Street Salivating
[https://www.nytimes.com/2018/08/08/business/dealbook/tesla-elon-musk.html]

ART Ward Sutton

CO teslmi : Tesla, Inc.

IN i35104 : Alternative Fuel Vehicles | i351 : Motor Vehicles | iaut : Automotive

NS centrp : Entrepreneurs/Startups | ncolu : Columns | ccat : Corporate/Industrial News | ncat : Content Types

RE usa : United States | namz : North America

IPD Boards of Directors | Automobiles | Entrepreneurship | News | Musk, Elon | Tesla Motors Inc

PUB The New York Times Company

AN Document NYTFEED020180815ee8f007pu

© 2021 Factiva, Inc. All rights reserved.

# Exhibit 427

Free CBS News App | Stream CBSN Live | Sign Up For Newsletters | An (Un)Civil War: The Evangelical Divide | COVID Pandemic | CBS Village

## Why Elon Musk's plan to take Tesla private is likely to fail

BY ANTHONY MIRHAYDARI AUGUST 17, 2018 / 6:14 PM / MONEYWATCH



The melodrama surrounding Tesla and embattled CEO Elon Musk continues to deepen.

**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

**Not Now**        Turn On

The electric car maker's stock fell another 9 percent on Friday following the release of his emotional interview with the New York Times. This followed whistleblower claims on Thursday alleging that some workers at Tesla's "Gigafactory" were involved with a Mexican drug cartel.

The Securities and Exchange Commission has reportedly served Tesla with a subpoena to seek information from the company's directors. So what lies ahead for Tesla?

It seems Musk, who suggested that funding had been "secured" for the take-private deal, has pinned his hopes on informal assurances from Saudi Arabia's sovereign wealth fund that it was looking to raise its stake in Tesla.

Musk also believes that the total deal would be less than the current $70 billion price tag being floate since he believes many existing shareholders would exchange their stock for shares in the new private Tesla.

But there are a number of problems here. For one, Musk's saying that funding had been secured suggests the deal was done, when in fact he is only now retaining legal and dealmaking advisers.

Second, the $420 a share value looks wildly optimistic and is likely to be lowered. Third, the SEC is likely to view Musk's shenanigans poorly, especially with a number of short-sellers already filing lawsuits against Tesla.

**CBS**

WATCH MORE

**New research suggests …**

treat depression

Most important, it's unclear how Musk and the Saudis would structure a deal that allows ordinary Tesla investors to stay onboard. Only "accredited" investors with investable assets of $1 million or more are allowed to invest in private companies. One thought is that Musk, other big shareholders, and the Saudis would invest directly in the new privately-owned Tesla.

But that a newly formed "special purpose vehicle" would be created to hold the minority stake in private Tesla for everyone else, with this entity then being listed on the public exchanges. Fillings would still need to be made, preventing Musk from escaping the quarter-to-quarter profitability and production deadlines he is trying to escape.

It's worth remembering that without the Saudis, a deal probably doesn't get done. And that last week there were reports the Saudis weren't interested in underwriting a go-private deal. Which puts Musk in an awkward position, legally.

Thus, the impression from Musk's tortured blog post explaining the situation is that he clearly jumped the gun on the announcement and is trying to explain away why so many critical details are in limbo.

The simplest answer: He was overeager to deal out pain to the short sellers critical of his company. Many investors caught out by the chaos have now filed lawsuits.

# Exhibit 428

**Exhibit 428**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | |
|---|---|
| LAWRENCE E. JAFFE PENSION PLAN, On Behalf of Itself and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>HOUSEHOLD INTERNATIONAL, INC., et al., )<br><br>Defendants. ) | Lead Case No. 02-C-5893 (Consolidated)<br><br><u>CLASS ACTION</u><br><br>Judge Ronald A. Guzman<br>Magistrate Judge Nan R. Nolan |

## REPORT OF DANIEL R. FISCHEL

Lawrence E. Jaffe Pension Plan vs. Household International, Inc., et al.

## REPORT OF DANIEL R. FISCHEL

### I.     QUALIFICATIONS

1.     I, Daniel R. Fischel, am President of Lexecon, a consulting firm that specializes in the application of economics to a variety of legal and regulatory issues. I am also Professor of Law and Business at Northwestern University School of Law and Kellogg School of Management and the Lee and Brena Freeman Professor of Law and Business Emeritus at The University of Chicago Law School. I have served previously as Dean of The University of Chicago Law School, Director of the Law and Economics Program at The University of Chicago Law School, and as Professor of Law and Business at The University of Chicago Graduate School of Business.

2.     Both my research and my teaching have concerned the economics of corporate law and financial markets. I have published approximately fifty articles in leading legal and economics journals and am coauthor, with Judge Frank Easterbrook of the Seventh Circuit Court of Appeals, of the book *The Economic Structure of Corporate Law* (Harvard University Press). Courts of all levels, including the Supreme Court of the United States, have cited my articles as authoritative. *See, e.g., Central Bank v. First Interstate Bank*, 511 U.S. 164 (1994); *Basic Inc. v. Levinson*, 485 U.S. 224, 246 n. 24 (1988); and *Edgar v. MITE Corp.*, 457 U.S. 624, 643 (1982). My curriculum vitae, which contains a list of my publications, is attached hereto as Exhibit 1.

3.     I have served as a consultant or adviser on economic issues to, among others, the United States Securities and Exchange Commission, The National Association of Securities Dealers, the New York Stock Exchange, the Chicago Board of

Trade, the United States Department of Labor, the United States Department of Justice,
the Federal Deposit Insurance Corporation, the Resolution Trust Corporation, and the
Federal Trade Commission.

       4.     I am a member of the American Economic Association and the
American Finance Association.  I am also a member of the Board of Directors of the
Center for the Study of the Economy and the State at The University of Chicago, and
former Chairman of the American Association of Law Schools' Section on Law and
Economics.  I have testified as an expert witness in multiple proceedings in federal and
state courts across the country, as detailed in Exhibit 1.  My hourly billing rate is $1,000.

## II.       INTRODUCTION AND SUMMARY OF CONCLUSION

       5.     Household International, Inc. ("Household" or the "Company")
was principally a non-operating company with subsidiaries that primarily provided
middle-market customers with several types of loan products in the United States, the
United Kingdom, Canada, the Czech Republic, and Hungary.[1]  Household Form 10-K for
the fiscal year ended December 31, 2002 ("2002 10-K") at 2.  The Company's operations
were divided into three reportable segments:  consumer (which included consumer
lending, mortgage services, retail services, and auto finance businesses); credit card
services (which included domestic MasterCard and Visa credit card businesses); and
international.  *Id.* at 5.  Across these segments, Household generally served
nonconforming and nonprime ("subprime") customers, *i.e.*, those who have limited credit
histories, modest income, high debt-to-income ratios, high loan-to-value ratios (for real
estate secured portfolios) or have experienced credit problems caused by occasional

---

1.  Household was acquired by HSBC Holdings plc ("HSBC") on March 28, 2003.  *See*
Household Form 8-K dated March 28, 2003.

- 2 -

delinquencies, prior chargeoffs, or credit-related actions. *Id.* Household's continued

success and prospects for growth were dependent upon access to the global capital

markets. *Id.* at 8. The Company funded its operations using a combination of capital

market debt and equity, deposits, and securitizations. *Id.* at 9.

      6.    On August 14, 2002, Household announced that it had restated its

consolidated financial statements, including for the years ended December 31, 1999,

2000, and 2001 and for the quarter ended March 31, 2002. *Id.* at 25 & Household Form

10-Q for the quarterly period ended June 30, 2002 at 5. The restatement related to

MasterCard/Visa co-branding and affinity credit card relationships and a marketing

agreement with a third party credit card marketing company; all were part of its credit

card services segment. *Id.* Retained earnings at December 31, 2001 were restated to

reflect a retroactive after-tax charge of $359.9 million. *Id.*

      7.    On October 11, 2002, Household announced that it had reached a

preliminary agreement with a multi-state working group of state attorneys general and

regulatory agencies to effect a nationwide resolution of alleged violations of federal and

state consumer protection, consumer financing and banking laws and regulations with

respect to secured real estate lending from its retail branch consumer lending operations.

2002 10-K at 3. The Company agreed to pay up to $484 million and adopt a series of

business practices to benefit borrowers.[2] *See* Exhibit 2. Household management said it

expected the changes in business practices to cut earnings by 10 cents a share in 2003, by

20 cents in 2004, and by 30 cents in 2005.[3] *Id.*

---

2.  In the third quarter of 2002, the Company recorded a pre-tax charge of $525 million
    ($333.2 million after-tax) to reflect the costs of the settlement agreement and related
    matters. 2002 10-K at 3.
3.  Household management also disclosed that it thought Wall Street's 2003 forecast of

- 3 -

8.      On March 18, 2003, Household consented to the entry by the

Securities and Exchange Commission ("SEC") of an order (the "Consent Order") relating

to the sufficiency of certain disclosures in reports the Company filed during 2002.  2002

10-K at 4-5.  The SEC found that Household's disclosures regarding its restructuring (or

"re-aging") policies failed to present an accurate description of the minimum payment

requirements applicable under the various policies or to disclose its policy of

automatically restructuring numerous loans and were therefore false and misleading.  *Id.*

The SEC also found misleading Household's failure to disclose its policy of excluding

forbearance arrangements in certain of its businesses from its 60+ days contractual

delinquency statistics.  *Id.*  The SEC noted that the 60+ days contractual delinquency rate

and restructuring statistics were key measures of the Company's financial performance

because they positively correlate to charge-off rates and loan loss reserves.  *Id.*  The SEC

stated that the false and misleading disclosures violated Sections 10(b) and 13(a) of the

Exchange Act, and Rules 10b-5, 12b-20, 13a-1 and 13a-13 under the Exchange Act.  *Id.*

9.      In light of the above, several institutions ("Plaintiffs") have filed a

securities class action against Household's CEO & Chairman of the Board William F.

Aldinger, President, COO & Vice-Chairman of the Board David A. Schoenholz, Vice-

Chairman of Consumer Lending & Group Executive of U.S. Consumer Finance Gary

Gilmer, Household Finance Corp. ("HFC") director J.A. Vozar, and the Company

(collectively, "Defendants").[4]  [Corrected] Amended Consolidated Class Action

---

$5.09 was too high and that it now expected 2003 earnings to fall in the range of
$4.65 to $4.90, and that it expected to take another charge of between $250 million
and $300 million after tax related to the sale of its thrift.  *See* Exhibit 2.

4.  I understand that defendant Arthur Andersen LLP has settled with Plaintiffs and that
claims against the other defendants named in the Complaint have been dismissed.

Complaint for Violation of the Federal Securities Laws ("Complaint") ¶¶ 1, 6, 36 & 47. Plaintiffs bring this action on behalf of all persons who purchased or otherwise acquired Household securities during the period from July 30, 1999 to October 11, 2002 (the "Class Period").[5] *Id.* ¶ 1. I understand that a class has been certified as to the claims Plaintiffs bring under §10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

       10.    Plaintiffs allege that throughout the Class Period, Defendants engaged in a fraudulent scheme and wrongful course of business that rendered Household's financial statements materially false and misleading and caused the market prices of its securities to trade at artificially inflated levels. *Id.* ¶¶ 24 & 50. Plaintiffs principally allege that Defendants: 1) employed improper lending practices designed to maximize amounts lent to borrowers in the subprime market ("Predatory Lending") and denied that these practices were occurring; 2) misrepresented and manipulated defaults and delinquencies (metrics closely followed by analysts and investors) by artificially re-aging delinquent accounts ("Re-aging"); and 3) improperly accounted for expenses associated with certain of its credit card agreements, which led to a restatement going as far back as 1994 that lowered earnings throughout the Class Period (the "Restatement"). *Id.* ¶¶ 2, 50 & 83. Plaintiffs claim that the cumulative effect of the revelation of Defendants' alleged wrongful course of business caused the prices of Household's securities to plummet. *Id.* ¶¶ 6 & 29. Plaintiffs further claim that as a direct and proximate result of Defendants' allegedly wrongful conduct, they and other members of

---

5. The Class Period as pled began on October 23, 1997. Complaint ¶ 1. I understand that, as a matter of law, the Court dismissed claims on behalf of those who purchased or otherwise acquired Household securities prior to July 30, 1999.

the class suffered damages in connection with their purchases of Household securities during the Class Period. *Id.* ¶ 350.

11.     I have been asked by counsel for Plaintiffs to analyze the economic evidence as it relates to their claims, determine whether it is consistent with these claims, and, if so, analyze the amount of alleged artificial inflation in Household's stock price during the Class Period attributable to such claims. I have been assisted by Lexecon's professional staff. The materials I relied upon in forming my opinions are included as exhibits or cited *infra*. Based on our review and analysis, I have concluded that the economic evidence is consistent with Plaintiffs' claim that the alleged wrongdoing caused investors in Household's common stock to incur losses.

### III.     THE RELATIONSHIP BETWEEN PLAINTIFFS' ALLEGATIONS AND INVESTORS' LOSSES

A.     Predatory Lending

12.     Beginning at least as early as November 15, 2001, Household's stock price was negatively impacted by concerns regarding the Company's alleged predatory lending practices. After the close of trading on November 14, 2001, *Bloomberg* reported that the California Department of Corporations ("CDC") filed suit for civil penalties in the amount of at least $8.5 million against Household's HFC and Beneficial subsidiaries as a result of their "engaging in joint, pervasive patterns of abusive lending practices consisting of routine, statewide imposition of excessive and improper fees, penalties, interest and charges" in violation of state consumer protection laws.[6] *See* Exhibit 3. A *Business Wire* article noted that the CDC "discovered 1,921

---

6.  Household's residual stock price return on the next day, November 15, 2001, was -3.1%, which is statistically significant at conventional levels of significance. *See* Exhibit 49 *and infra* ¶¶ 31-3 for an explanation of residual stock price returns and

incidents of charging excessive administrative fees, the same category of violations that Household was required to correct in 1998." *See* Exhibit 4. On November 15, 2001, the Company issued a press release denying "any assertion that it has willfully violated the lending laws that regulate its business." *See* Exhibit 5. Analysts at Deutsche Banc Alex. Brown Inc. commented that although the amount of the civil penalties the CDC was seeking did not appear severe, "[t]he unanswered questions are 1) how much more in refunds might Household owe? 2) will the accusations escalate (within or beyond the state)? and 3) will there be any operational constraints?" and concluded that "there could be a cloud overhanging the stock in the short term." *See* Exhibit 6.

13. Household settled the CDC lawsuit in early January 2002, agreeing to pay $12 million of fines and refunds and be subject to "an unprecedented level of oversight from its California regulator." *See* Exhibit 7. The CDC stated that the settlement was "so tough" because Household was a "recidivist." *Id.* An industry consultant noted that "[t]his case is of particular interest because it marks what could be the start of increased oversight by state regulatory agencies of consumer finance companies" and that it could spark a trend in other states. *Id.*

14. On February 18, 2002, *National Mortgage News* provided detail on a class-action lawsuit alleging that Household's California subsidiaries "tricked" and "trap[ped]" customers into high-cost mortgages in amounts so large in relation to the value of their homes that the borrower could not refinance with a competitor. *See* Exhibit 8. The article quoted Defendant Schoenholz's reaction to the lawsuit: "Our first take on

---

statistical significance.

- 7 -

this is that it is not a significant issue, not indicative of any widespread problem and certainly not a concern that will spread elsewhere." *Id.*

       15.     Defendant Schoenholz was wrong. Over the ensuing months, a number of newspaper articles appeared describing new accusations and lawsuits against Household over lending practices across the country. For example, on August 16, 2002, *The Boston Globe* reported that the Association of Community Organization for Reform Now ("ACORN") had filed a class-action lawsuit against Household in Massachusetts, and had previously filed class-action lawsuits in Illinois, California, and New York. *See* Exhibit 9. In addition, on June 2, 2002, the *Chicago Tribune* reported that the AARP "backs lawsuits against Household in New York and West Virginia that seek class-action status." *See* Exhibit 10.

       16.     Moreover, information leaked out about the contents of a report (the "WA Report") by Washington State's Department of Financial Institutions ("DFI") that detailed borrower complaints against Household and alleged the Company violated federal and state consumer protection laws by failing to make key disclosures and by using "sales tactics intended to mislead, misdirect, or confuse the borrower." *See* Exhibit 11. For example, on April 18, 2002, *The Seattle Post-Intelligencer* reported on the complaints and quoted the DFI's investigations supervisor as saying he believed that the Company's consumer finance subsidiaries "have the most complaints that we have on record." *See* Exhibit 12. In addition, *American Banker* reported on August 26, 2002 that the DFI had won permission to share the WA Report with other officials in Washington and in other states. *See* Exhibit 11. After identifying that Household had intentionally misused its good-faith estimate form in several branches in Washington and receiving reports from regulators in other states concerning this practice, the WA Report stated that

- 8 -

the DFI "does not believe the practice is isolated." *Id.* On August 27, 2002, *The Bellingham Herald* published an article calling the WA Report a "blistering assessment" of Household's mortgage loan practices in the state that "found evidence of 'a pattern of intentional deception' of homeowners." *See* Exhibit 13. The article also states that "in recent weeks, copies of the report have been leaked to every news organization that has been following the HFC story – including The New York Times, Forbes Magazine, American Banker magazine [sic] and The Bellingham Herald." *Id.*

      17.    As information was disseminated into the market about Household's lending practices, Defendants continued to deny the allegations of predatory lending. For example, the Company stated in its 2001 10-K filed on March 13, 2002: "Household has [] been named in purported class actions by consumer groups (such as AARP and ACORN) claiming that our loan products or our lending policies and practices are unfair or misleading to consumers. We do not believe that any of these legal actions has merit or will result in a material financial impact on Household." *See* 2001 10-K at 12. The 10-K further stated that "we do not believe, and we are not aware of, any unaddressed systemic issue affecting our compliance with any state or federal lending laws within any of our businesses." *Id.* Similarly, on May 3, 2002, a *Chicago Tribune* article stated that, in response to the lawsuit seeking class action status in Illinois, "Household quickly denied that it misleads customers." *See* Exhibit 14. In addition, on June 4, 2002, the *Chicago Defender* reported that Defendant Gilmer "described as unfounded the recent rash of lawsuits, advocacy organization complaints and accusations by politicians from Boston to California that accuse the company of predatory lending." *See* Exhibit 15. On February 27, 2002, Household announced an expansion of its "Best

Practice Initiatives" which "rais[ed] industry standards for responsibly serving middle-market borrowers."[7] *See* Exhibit 17.

        18.     But, as the year progressed, Defendants' denials became less credible.[8] Household fought the release of the WA Report, calling it "a draft" with "factual errors," and won a temporary injunction on May 30, 2002. *See* Exhibit 18. Upon learning of Household's temporary injunction, one market commentator indicated investors' concern regarding the allegations in the WA Report, stating: "I don't know what's in that report, but I bet it isn't complimentary to Household." *See* Exhibit 19. In Household's 2002 proxy filing, a shareholder proposal was initiated which requested that the board conduct a study on ways to link executive compensation to the prevention of predatory lending. *See* 2002 Company Proxy at 23-25. While Company management recommended shareholders vote "AGAINST" this proposal at the annual meeting because "the objectives of this Proposal have been implemented," Institutional Shareholder Services recommended that shareholders vote "FOR" this proposal. *Compare* 2002 Company Proxy at 25 *and* Exhibit 20. The proposal won support from 25% to 27% of shares voted, compared to only 5% support in the prior year. *See* Exhibit 21. Further, on May 23, 2002, the *Chicago Sun-Times* reported that Household "has hired a former Pennsylvania banking secretary to make sure the company doesn't take advantage of unsophisticated borrowers." *See* Exhibit 22. On July 26, 2002, *The*

---

7.  These initiatives were expanded further as part of the settlement announced on October 11, 2002. *See* Exhibit 2. On August 17, 2002, *The New York Times* reported that "Household said in February that it would begin adopting a fee cap and other changes immediately, but it said this week that the fee limit would be in place by the end of the year." *See* Exhibit 16.

8.  The WA Report concluded that HFC's claims that no deception or misrepresentation had occurred "began to ring hollow as more and more consumers continued to complain." *See* Exhibit 11.

- 10 -

*Bellingham Herald* reported that "[f]or the first time, Household International has
acknowledged that its employees may have misrepresented mortgage loan terms to some
Whatcom County homeowners who refinanced their homes at the Bellingham office of
Household Finance Co., a subsidiary." *See* Exhibit 23. The article stated that "[u]ntil
now, company spokesmen have portrayed Household as an industry leader in consumer
protection, with elaborate safeguards to make sure borrowers understand the deals they
are signing" but "this week, [a company spokesperson] said an internal company probe of
the complaints had uncovered some serious problems." *Id.* In addition, on August 17,
2002, *The New York Times* reported that two former Household loan officers who worked
at a branch in the Northeast said that the Company's E-Z biweekly payment plan "was
used to confuse borrowers into thinking that they would get a lower rate. 'It is the
cornerstone of Household's sales pitch,' one said." *See* Exhibit 16. Moreover, in an
article titled "Home Wrecker," *Forbes* reported that in July 2002, "authorities from more
than a dozen states descended on Household to demand refunds and reforms." *See*
Exhibit 24. The article quoted a Minnesota Commerce Commissioner as saying: "It's
not just an occasional rogue loan officer or a rogue office. It has to do with the corporate
culture." *Id.*

        19.    As information regarding Defendants' lending practices leaked out
during the latter part of the Class Period, market participants reassessed the risks of
investing in Household stock. For example, on May 7, 2002 *Newsday* reported that the
New York State Comptroller was considering selling 2.5 million shares of Household
stock held in a state pension fund due to his concerns about Household's lending
practices. *See* Exhibit 25. The Comptroller stated: "Investors should be concerned about
the real possibility of a negative impact on the company's performance in the future."

- 11 -

*See* Exhibit 26.  On August 27, 2002, a Keefe Bruyette & Woods analyst initiated

coverage on Household with a "neutral 'market perform' rating" and said that "its stock

is in 'an uninvestable situation'" and that its earnings growth will likely be restrained by

maturing debt and the potential cost of dealing with the lending allegations.  *See* Exhibit

27.

        20.     In addition, analysts lowered their expectations of Household's

future prospects.  For example, on July 31, 2002 Morgan Stanley analysts wrote, "[t]o

reflect predatory lending risks, we've reduced our 5-year EPS growth rate goes [sic] from

14% to 8% and cut our 2003 estimate from $5.26 to $5.02." *See* Exhibit 28.  On August

12, 2002, Deutsche Bank analysts stated that "we are lowering our target price to $53

[from $63]" and "we are also lowering our long-term growth rate to 10%-12% from 14%

... as we believe Household's loan growth will slow as lending restrictions gradually take

hold." *See* Exhibit 29.  On September 3, 2002, Bernstein Research analysts wrote, "we

believe that as sales practice reform takes hold Household will need to reset its long-run

EPS growth target of 13-15% to 10-12%." *See* Exhibit 30.  On September 9, 2002, CSFB

credit analysts explained that "the dollars committed to business practice control in the

future will be significant." *See* Exhibit 31.  On September 10, 2002, *American Banker*

reported that Defendant Aldinger conceded that the Company's revenue growth had

slowed as it instituted its Best Practices Initiatives. *See* Exhibit 32.

        21.     On October 4, 2002, the *Wall Street Journal* published a story that

mentioned that Household was close to completing a $350-$500 million settlement with

state attorneys general over its predatory lending practices. *See* Exhibit 33.  On October

8, 2002, UBS Warburg analysts stated that "[w]e are cutting our 2003 estimate to reflect

the impact of a regulatory fine on HI's earnings and capital base. ... we estimate this fine

- 12 -

could exceed $500 million." *See* Exhibit 34. These analysts further noted that "the company would likely have difficulty paying a fine of this magnitude out of cash flow" and "[i]rrespective of the size and timing of a fine, we continue to believe HI's business model, in terms of its marketing and pricing practices, is likely to change, resulting in a longer term earnings growth rate which we estimate of 7%." *Id.* By no later than October 10, 2002, analysts believed the costs of a settlement had already been priced into the stock. *See, e.g.*, Exhibit 35.

              B.      Re-aging

        22.      Beginning at least as early as December 3, 2001, Household's stock price was negatively impacted by concerns regarding its accounting and re-aging practices. On December 1, 2001, *Barron's* published an article titled "Does It Add Up? A Look At Household's Accounting," which questioned these practices.[9] *See* Exhibit 36. Among other things, the article states that a securities analyst whose firm worked for Household "professes to be bothered by factors including the company's loan-loss reserve coverage, which seems somewhat skimpy, especially in light of the fact that non-performing (delinquent) assets grew by some $280 million in the last quarter." *Id.* According to the article, the analyst said: "Household's loss rate on subprime mortgages is close to that of the savings-and-loan industry, even though S&Ls generally have more affluent borrowers and issue fewer second mortgages which, by their nature, are shakier than first mortgages." *Id.*

---

9.  Household's residual stock price return on December 3, 2001, the first trading day after the *Barron's* article was published, was -3.2%, which is statistically significant at conventional levels of significance. *See* Exhibit 49 *and infra* ¶¶ 31-2 for an explanation of residual stock price returns and statistical significance.

23.     As reported on December 5, 2001, Defendant Aldinger rebutted and denied the criticisms in the *Barron's* article at an investor conference the day before. *See* Exhibit 37.  However, market participants continued to question Household's accounting and re-aging practices.  For example, on December 11, 2001, Legg Mason issued a report in which its analysts expressed their confusion regarding certain of the disclosures in the Company's reports concerning its accounting, in particular its re-aging policies.  *See* Exhibit 38.  After discussing these disclosures, the analysts listed numerous questions and concerns.  *Id.*  For instance, they found Household's "lenient reaging policy disturbing as it undermines the analytical value of the reported asset quality statistics" and asked the Company to "report asset quality problems more conventionally (a late is a late until repaid in full)."  *Id.*  The analysts stated that "[w]ithout this conventional disclosure, we are left with many unanswered questions."  *Id.*  After having suspended their investment rating on December 3, 2001, the analysts downgraded Household's stock two notches from SB (which they describe as "Strong Buy") to M (which they describe as "Market Performance") and increased their risk rating from 1 ("Low") to 2 ("Average").  *Compare id.* & Exhibit 39.

24.     The Legg Mason analysts' confusion in December 2001 regarding Household's re-aging practices relates directly to the sufficiency of the Company's disclosures of its re-aging policies as of that time.  So, although the SEC's Consent Order only covered reports filed by Household in 2002 (*see supra* ¶ 8), the reports available to the analysts on December 11, 2001 – *i.e.*, those reports filed by the Company prior to 2002 – also were deficient in disclosing its re-aging policies.

25.     Even after Household disclosed more information regarding its re-aging practices in April 2002, market participants did not consider the disclosures to be

complete. At its annual investor conference on April 9, 2002 and in a Form 8-K filed

with the SEC on the same day, Household provided more disclosure on its re-aging

policies. *See* Exhibit 40 & Form 8-K filed on April 9, 2002 (the "4/9/02 8-K").

Following these disclosures, analysts at Prudential Securities commented that the "new

info on account re-aging lacked historical and comparative context and could be a

misleading indicator of HI's approach to managing credit losses." *See* Exhibit 40. An

August 17, 2002 article in *The New York Times* stated that "Household has not supplied

enough data on re-aged loans for a year earlier to show whether credit problems are rising

sharply" and quoted a Credit Suisse First Boston analyst who said that "[i]t would be

very helpful to have re-aging data disclosed on a regular basis." *See* Exhibit 16.

        26.      Further, in a report dated June 7, 2002, the Center for Financial

Research and Analysis, Inc. ("CFRA") – the founder of which was described as "an

important analyst for the buy-side community" – stated that Household's "reaging may

obscure its credit quality picture" because "deferral of charge-offs occurs by definition

upon reaging," therefore, "a company's true credit quality picture is obscured by reaging

accounts." *See* Exhibit 41. After discussing the information disclosed in the 4/9/02 8-K,

CFRA stated that "the Company's reaging policies cause these figures to understate HI's

delinquency and charge-off experience." *Id.* In a report dated August 19, 2002, CFRA

observed that "[i]n the June 2002 quarter, the Company changed the format for its

disclosure of reaging." *See* Exhibit 42. CFRA noted that "whereas [Household] had

previously broken out the percent of credits which had been reaged multiple times, the

latest 10-Q details only whether the account has been reaged" and that the Company

"refrained from disclosing the amount of recidivism, which reflect [sic] accounts that are

delinquent or charged-off one year after having been reaged and (in retrospect, one could

- 15 -

argue) should have been charged-off at the time of reaging." *Id.* Again, the lack of disclosure regarding Household's re-aging practices was the basis for the Consent Order.

C.     The Restatement

27.     On August 14, 2002, Household announced that it was restating its prior reported financial results downward. *See supra* ¶ 6. Market participants were surprised by the announcement. *See, e.g.,* Exhibit 43. Analysts at Morgan Stanley commented that the restatement "suggests to us that returns in the credit card business are lower than we previously thought," which caused them to reassess the profitability of the credit card business and reduce their earnings forecasts and price target. *Id.* CIBC World Markets analysts also reduced their 2002 and 2003 earnings estimates and lowered their price target to $57 from $65. *See* Exhibit 44.

D.     Investors' Losses

28.     Beginning November 15, 2001 (the earliest date I found that Household's stock price was negatively affected by the alleged fraud (*see supra* ¶ 12)) through October 11, 2002, Household's stock price fell from $60.90 to $28.20, a decline of $32.70 or 53.2% adjusted for dividends. Market participants attributed the Company's stock price decline to concerns regarding the allegedly fraudulent practices. For example, on July 18, 2002, Stephens Inc. analysts noted the "collapse" in Household's stock price and stated that Household's stock "has been plagued by 'headline' risk over predatory lending practices." *See* Exhibit 45. Further, in a report dated September 22, 2002, CIBC analysts lowered their target price from $57 to $36 and commented that "building concerns regarding the company's lending practices, which have been accused of being predatory in nature and is [sic] currently the subject of an investigation by the Washington Department of Financial Institutions, have dampened price performance.

- 16 -

Moreover, skepticism regarding the company's rapid portfolio growth, particularly within the auto business, and mounting credit quality concerns related to Household's loan workout and re-aging practices have also been a drag on the stock." *See* Exhibit 46. Additionally, on September 12, 2002, Deutsche Bank analysts reported that "Household's stock has been under pressure due to concern about accusations of unfair and predatory lending practices." *See* Exhibit 47. The Deutsche Bank analysts added that "[p]redatory lending has not been Household's only cloud this year. It recently restated earnings for the way it accounts for certain marketing expenses, which reduced equity by $386 million. Household has pledged to the rating agencies to bring the capital ratio to 8.5% by year end compared to the previous target of 7.5% (it is in the market for preferred already). It will reduce asset growth, if necessary, to achieve that target. It would like to repurchase shares as soon as possible, but restoring capital in [sic] a priority." *Id.*

       29.    To further analyze Plaintiffs' claim that Household's stock price declined as investors learned of the Company's allegedly fraudulent practices and Defendants' denials became less credible in the latter part of the Class Period, I compared the stock's performance to an index of comparable stocks (the S&P Financials Index) and a market index (the S&P 500 Index) during the period from November 15, 2001 through October 11, 2002.[10] Exhibit 48 shows that the Company's stock underperformed the indexes during this period – Household's stock fell 53.2% while the comparable and market indexes declined by 20.7% and 25.8%, respectively, adjusted for dividends.

---

10. In the annual Proxy Statements it filed with the Securities and Exchange Commission ("SEC") during the Class Period, Household compared its stock price performance to Standard & Poor's Composite Financial Stock Price Index ("S&P Financials Index") and the Standard & Poor's 500 Composite Stock Price Index (the "S&P 500 Index"). *See, e.g.*, Household's Proxy Statement dated April 9, 2002 at 16. According to Bloomberg, there were 81 firms in the S&P Financials Index on October 11, 2002.

- 17 -

Under the facts and circumstances of this case, this long-term relative underperformance is consistent with Plaintiffs' claim.

## IV.    QUANTIFICATION OF ALLEGED ARTIFICIAL INFLATION

30.    To quantify the alleged artificial inflation in Household's stock price during the Class Period, I measured the price reaction to several disclosures related to the alleged fraud using a well-known and established technique in financial economics known as an "event study." This quantification likely understates the amount of inflation because it does not take into account the stock price effect of all of the information related to the alleged fraud (including the information detailed above) that leaked into the market in the latter part of the Class Period. To quantify alleged artificial inflation including the effect of leakage that is supported by the facts and circumstances of this case, I use a published method referred to as the "event study approach."

A.    Event Study Methodology

31.    In an efficient market, the market price of an actively traded stock reflects all publicly available information about the firm and its future prospects and represents the financial community's best estimate of the present value of those prospects.[11] As new information becomes available that changes investors' assessment of the firm's prospects, traders buy and sell the stock until its price reaches a level that reflects the new consensus view of the firm's prospects. Therefore, the change in the price of a

---

11. During the Class Period: 1) Household's stock was actively traded on the New York Stock Exchange, with average weekly share turnover of 2.5%; 2) each month, between 20 and 27 analysts provided estimates of the Company's earnings to IBES, and Thomson Financial lists 483 analyst reports on the Company; 3) Household filed Forms S-3 and regular public filings with the SEC; and 4) as demonstrated *infra* ¶¶ 34-5, the Company's stock price reacted to unexpected new information. Therefore, it is reasonable to presume that the market for Household's stock was efficient.

- 18 -

stock when new information becomes available measures the value of the new information to investors. This type of analysis is known as an event study and is widely used in finance.[12]

       32.    It is standard practice in event studies to take into account the effect of market factors on stock price returns. This is typically done by using regression analysis to estimate the historical relationship between changes in a company's stock price and changes in the performance of a market index (and possibly an industry index), using the historical relationship and the actual performance of the index(es) on the day in question to calculate a "predicted return," and subtracting the predicted return from the actual return to derive a "residual return" (sometimes referred to as an "abnormal return" or "market-adjusted return"). In this case, we estimated the relationship between Household's return and returns on the S&P 500 and S&P Financials Indexes during the period from November 15, 2000 to November 14, 2001 (*i.e.*, the calendar year prior to the earliest date I found that Household's stock price was negatively affected by the alleged fraud (*see supra* ¶ 12)).

       33.    In event studies, the statistical significance of the residual returns is typically assessed by calculating a standardized measure of the size of the residual return known as a "t-statistic."[13] A t-statistic with an absolute value of 1.96 or greater denotes statistical significance at the 5 percent level of significance (a conventional level

---

12. *See, e.g.*, A.C. MacKinlay, "Event Studies in Economics and Finance," 35 *Journal of Economic Literature* (March 1997), 13-39.

13. *See, e.g.*, A.C. MacKinlay, "Event Studies in Economics and Finance," 35 *Journal of Economic Literature* (March 1997), 13-39; G.W. Schwert, "Using Financial Data to Measure Effects of Regulation," 24 *The Journal of Law and Economics* (1981), 121-57; D.R. Fischel, "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," 38 *The Business Lawyer* (1982), 1-20, at 18-19.

at which such assessments are made) in a "two-tailed" test of statistical significance (*i.e.*, testing for significance regardless of whether the residual return is positive or negative).[14] A t-statistic with an absolute value of 1.65 or greater denotes statistical significance at the 5 percent level of significance in a "one-tailed" test of statistical significance (*i.e.*, testing for significance where the residual return has a particular sign).[15] The data for and results of the event study, along with headlines from *Dow Jones News Service* and *Wall Street Journal* articles that mention Household, are presented in Exhibit 49.

B.    Quantification Using Specific Disclosures

34.    Beginning no later than November 15, 2001, Household's stock price declined significantly in response to disclosures related to the alleged fraud. For example, the stock price declined significantly following the November 14, 2001 disclosure of the CDC lawsuit, the December 1, 2001 *Barron's* article questioning Household's accounting and re-aging practices, the July 26, 2002 *Bellingham Herald* article reporting that the Company acknowledged its employees may have misrepresented mortgage loan terms to some homeowners, the announcement of the restatement, the publication of the *Forbes* "Home Wrecker" article after the market closed on August 15, 2002, and the October 4, 2002 *Wall Street Journal* article that leaked the news about Household's settlement with the state attorneys general.[16, 17, 18]  *See supra* ¶¶ 6, 12, 18, 21

---

14. *See, e.g.,* W. Mendenhall, J.E. Reinmuth & R.J. Beaver, *Statistics for Management and Economics* (Duxbury Press, 1993), at 345-46 & 368-69.

15. *Id.*

16. The residual return on November 15, 2001, the first trade day after the press reported on the CDC lawsuit, was -3.1% and the t-statistic was -2.21; the residual price change was -$1.86. *See* Exhibit 49. The residual return on December 3, 2001, the first trade day after the *Barron's* article was published, was -3.2% and the t-statistic was -2.33; the residual price change was -$1.90. *Id.* The residual return on July 26, 2002, the date the *Bellingham Herald* article was published, was -5.7% and the t-statistic was -4.08; residual price change was -$2.20. *Id.* The residual return on August 14,

- 20 -

& 27 *and* Exhibit 49. The stock price also declined significantly as analysts reassessed

the risks of investing in the Company's stock due to the alleged fraud, including

following the publication of the December 11, 2001 Legg Mason report regarding

Household's re-aging policies, the August 27, 2002 Keefe, Bruyette & Woods report that

described Household as "uninvestable," the September 3, 2002 Bernstein Research report

that discussed the analysts' belief that Household will need to lower its EPS growth

target, and the September 22, 2002 CIBC report in which the analysts lowered their target

price to $36 from $57 and reduced their earnings estimate for 2003.[19] *See supra* ¶¶ 19,

20, 23 & 28 *and* Exhibit 49.

---

2002, the date the restatement was announced, was -2.5% and the t-statistic was -1.77; the residual price change was -$0.94. *Id.* The residual return on August 16, 2002, the first trade day after the *Forbes* article was available to the market (*see infra* Note 18), was -4.7% and the t-statistic was -3.37; the residual price change was -$1.84. *Id.* The residual return on October 4, 2002, the date the *Wall Street Journal* article was published, was -4.7% and the t-statistic was -3.41; the residual price change was -$1.26. *See* Exhibit 49.

17. Although Household's stock price increased significantly on August 15, 2002, the day after the restatement was announced, there is evidence that the restatement contributed to the cloud over the Company's stock after the announcement and to the subsequent decline in Household's stock price. *See, e.g., supra* ¶ 28 *and* Exhibit 50 ("The company's stock has been reeling while Household fights the [predatory lending] allegations and since it restated several years' worth of earnings in August.").

18. Although the *Forbes* article is dated September 2, 2002, an internal Household e-mail states that the article appeared on www.forbes.com on the evening of August 15, 2002. *See* Exhibit 24.

19. The residual return on December 12, 2001 was -4.2% and the t-statistic was -3.06; the residual price change was -$2.39. *See* Exhibit 49. The residual return on August 27, 2002 was -3.1% and the t-statistic was -2.21; the residual price change was -$1.19. *Id.* August 27, 2002 was also the date the *Bellingham Herald* reported on the contents of the WA Report. *See supra* ¶¶ 16. The residual return on September 3, 2002 was -3.4% and the t-statistic was -2.39; the residual price change was -$1.21. *Id.* The residual return on September 23, 2002 was -5.2% and the t-statistic was -3.77; the residual price change was -$1.52. *Id.*

- 21 -

35.     Household's stock price also increased significantly due to disclosures related to the alleged fraud.  The price increased significantly in response to Defendant Aldinger's rejoinder to the December 1, 2001 *Barron's* article, the Company's February 27, 2002 announcement that it would implement new "Best Practice Initiatives," and the settlement with the state attorneys general and regulatory agencies.[20, 21]  *See supra* ¶¶ 7, 17 & 23 *and* Exhibit 49.

36.     I quantify alleged artificial inflation related to the above disclosures based on the concomitant residual price changes reported *supra* Notes 16 & 19-21.  The amount of artificial inflation on a particular day during the Class Period equals the sum of the subsequent residual price changes; therefore, as the price reacts to

---

20. The residual return on December 5, 2001 was 3.2% and the t-statistic was 2.29; the residual price change was $1.85.  *See* Exhibit 49.  The residual return on February 27, 2002 was 3.3% and the t-statistic was 2.38; the residual price change was $1.64.  *Id.*

21. As explained *supra* ¶ 7, Household's announcement on October 11, 2002 disclosed that the Company would pay hundreds of millions of dollars and change its business practices such that future earnings would be reduced.  In response to the news, Standard & Poor's lowered its debt ratings, stating that "the charge, coming on the heels of the company's $386 million accounting adjustments, calls into question the managerial controls in place at the company as well as its appetite for risk taking," and Fitch placed its ratings on negative watch, stating: "… the bigger challenge for Household will be replenishing lost revenue resulting from the implementation of 'Best Practices.'  An inability to offset these revenues streams could pressure future profitability, …."  *See* Exhibits 2 & 51.  Because this news had substantial negative implications for Household's market value, one would expect that it would have caused the Company's stock price to decline significantly.  However, the stock price increased $1.90 on October 11, 2002 after increasing $5.30 on the previous day.  Market commentators attributed the price increase on October 10, 2002 to "market talk that [Household] could reach an agreement as soon as Friday that would settle investigations by state attorneys general into its subprime consumer lending business."  *See, e.g.,* Exhibit 52.  The residual return over this two-day period was 23.1% [= (1 + 0.1999) x (1 + 0.0258) − 1] with a cumulative t-statistic of 11.29 [= (14.13 + 1.83) / (the square root of 2)]; the cumulative residual price change was $4.88.  *See* Exhibit 49.  The fact that the stock increased in value upon disclosure of such negative information is evidence that it had declined earlier by at least as much in anticipation of a larger payment and/or changes in Household's business practices that would have had a worse impact on the Company's future prospects.

- 22 -

each disclosure, inflation increases or decreases by the amount of the residual price

change on that date. For example, on November 14, 2001 (the day before the price

reacted to the earliest of the above disclosures), the artificial inflation equals $7.97, the

sum of the subsequent residual price changes. *See supra* Notes 16 & 19-21 *and* Exhibit

53. On November 15, 2001, the artificial inflation declines by $1.86 (the amount of the

residual price change on that day) to $6.11. *See supra* Note 16 *and* Exhibit 53.

      37.     Exhibit 53 presents Household's stock price, the quantification of

total alleged artificial inflation, and the resulting estimate of the stock's true value (*i.e.*,

the price at which the stock would have traded but for the alleged fraud, calculated as the

difference between the stock price and artificial inflation) on each day of the Class

Period. Exhibit 54 is a graph of the stock price and estimated true value.

      C.     <u>Quantification Including Leakage</u>

      38.     In their article titled "Using Finance Theory to Measure Damages

in Fraud on the Market Cases," Cornell and Morgan state that "[b]y the time a public

announcement occurs, often the market price already reflects some of the information

contained in the announcement."[22] They further state that in cases where a prior

information leak occurs, a residual price change following a disclosure "does not

properly measure the economic impact of the disclosure" and that, as a result, using

---

22. B. Cornell and R.G. Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," 37 *UCLA L Rev.* (1990), 905. In support of their statement, the authors reference a study which "found that the price of target companies ran up almost 30% on average, relative to the predictions of the market model, before the first announcement of a merger or tender offer." *Id.* They also reference a study finding "there were almost no large residuals for a portfolio of bank stocks on days when information about the Latin American debt crisis was publicly announced" and conclude that "[t]his may be attributable to the characterization of the crisis by a slow accumulation of bad news and not by a few unexpected announcements." *Id.*

residual price changes in these cases "only on disclosure days will understate damages."[23]
The authors also cite examples of securities cases in which fraud was revealed slowly
over time, including one in which "a slow flow of increasingly negative news fueled a
rising tide of doubts and rumors" with the result that "only a few dramatic
announcements were associated with large residual returns." [24]

      39.     Similarly, in the Household case, a steady stream and extensive
amount of incomplete information related to Defendants' alleged fraud was disclosed
beginning at least as early as November 15, 2001 (including the information detailed
*supra* § III), but only some of these disclosures were associated with statistically
significant residual returns. *Compare supra* § III *with* Exhibit 49.  However,
Household's stock lost more than half of its value during this period, which market
participants attributed to concerns regarding Defendants' allegedly fraudulent practices.
*See, e.g., supra* ¶ 28.  Moreover, as explained *supra* ¶ 29, the stock substantially
underperformed the market and comparable indexes over this period, indicating that
under the facts and circumstances of this case, its decline cannot be fully explained by
adverse market events.  The combination of the significant stock price decline, the
concurrent leakage of fraud-related information, and market participants' attribution of
the decline to this fraud-related information is strong economic evidence that in this case,
the long-run relative underperformance in Household's stock beginning November 15,
2001 was caused by leakage of artificial inflation from the price.

      40.     As a result of this leakage, my quantification of inflation using the
specific disclosures described *supra* ¶¶ 34-5 likely significantly understates the amount of

---

23. *Id.*
24. *Id.* at 905-6.

artificial inflation in the stock price during the Class Period. Cornell and Morgan explain that one way to reduce the likely understatement in a case where fraud was revealed slowly over time is to extend the "observation window" (*i.e.*, the period over which a price reaction to an event is measured) surrounding the disclosure date and measure residual returns over time.[25] They explain that in such a case, "[t]he window begins far enough in advance of the disclosure for the analyst to be reasonably confident that no significant information leakage has occurred … [and] ends at a date when the analyst feels confident that most of the information is publicly available."[26] The authors state that for a case in which there is a continuous leakage of information, it may be necessary to expand the observation window to cover the entire class period.[27]

41.     Under the facts and circumstances of this case explained above, I quantified the amount of artificial inflation in Household's stock price including the leakage of information related to the alleged fraud using the "event study approach" described by Cornell and Morgan.[28] The first step in this approach is to determine the observation window. Because I found that fraud-related information leaked out beginning no later than November 15, 2001, the observation window begins on this date; it ends on October 11, 2002, the last day of the Class Period. The next step is to use actual stock returns and predicted returns to construct a time series of daily stock price returns ("Constructed Returns") during the Class Period: for each day during the

---

25. *Id.* at 906. Cornell and Morgan note that "[t]he length of the window depends on the facts of each specific case." *Id.*
26. *Id.*
27. *Id.* at 906-7.
28. *Id.* at 899-900.

observation window, the Constructed Return equals the predicted return;[29, 30] for all other days, the Constructed Return equals the actual return.

      42.    The next step is to calculate a "true value line," *i.e.*, a daily series of the stock's estimated true value. This line was generated by setting its value equal to Household's stock price on October 11, 2002 (the last day of the Class Period) and working backwards in time according to the following formula: $\text{Value}_{t\text{-}1} = (\text{Value}_t + \text{Dividend}_t) / (1 + \text{Constructed Return}_t)$. I then computed daily artificial inflation as the difference between the Company's stock price and the true value line. If the resulting inflation on any day was greater than the cumulative residual price decline during the observation window of $23.94, I limited the inflation to $23.94 and adjusted the true value line accordingly. Exhibit 56 lists Household's stock price, the true value line, and the artificial inflation on each day during the Class Period. Exhibit 57 is a graph of the stock price and estimated true value line. This analysis represents a quantification of alleged artificial inflation taking leakage into account.

---

29. As explained *supra* ¶ 32, predicted returns account for the effects of market and industry movements on Household's stock price.
30. Because a bias can occur for long observation windows in the standard market model that underlies our event study, we used predicted returns calculated using the capital asset pricing model ("CAPM") for the event study approach. *See, e.g.,* G.N. Pettengill & J.M. Clark, "Estimating Expected Returns in an Event Study Framework: Evidence from the Dartboard Column," 40 *Quarterly Journal of Business & Economics* (2001), 19 *and* Exhibit 55.

Daniel R. Fischel

August 15, 2007

- 27 -

# Exhibit 1

**DANIEL R. FISCHEL**                                    **August 2007**

Business Addresses:          Lexecon
                             332 South Michigan Avenue
                             Chicago, Illinois  60604              (312) 322-0209

                             University of Chicago
                             Law School
                             1111 East 60th Street
                             Chicago, Illinois  60637             (773) 834-4167


## PROFESSIONAL EXPERIENCE


Professor of Law and Business, Northwestern University School of Law and Kellogg School of Management (1/1/2006 – Present)

Lee and Brena Freeman Professor of Law and Business, University of Chicago Law School (7/89 – 12/2005, emeritus as of 1/1/2006); Dean of Law School (1/99 – 2/01); Professor of Law, University of Chicago Law School (1/84 - present); Visiting Professor of Law, University of Chicago Law School (7/82 - 6/83).

Jack N. Pritzker Distinguished Visiting Professor of Law, Northwestern University School of Law (6/02-6/03)

Professor of Law and Business, University of Chicago Graduate School of Business (7/87 - 6/90).

Director, Law and Economics Program, University of Chicago (1/84 - 6/91).

Assistant Professor of Law, Northwestern University School of Law (6/80 - 6/81); Associate Professor of Law, Northwestern University School of Law (6/81 - 6/82); promoted to full professor in 6/82.

Attorney with Levy and Erens, Chicago, Illinois (7/79 - 6/80).

Law Clerk for Associate Justice Potter Stewart of the United States Supreme Court (1978 - 1979).

Law Clerk for Judge Thomas E. Fairchild, Chief Judge of the Seventh Circuit Court of Appeals (1977 - 1978).

- 2 -

## CONSULTING EXPERIENCE

President, Lexecon

## AREAS OF SPECIALIZATION

Corporate Finance, Corporate Control Transactions, Corporations, Financial Institutions, Regulation of Financial Markets, Regulation of Investments, Economic Analysis of Law.

## PUBLICATIONS

Payback:  The Conspiracy to Destroy Michael Milken and His Financial Revolution, Harper Business (1995).

The Economic Structure of Corporate Law, Harvard University Press (1991) (with Frank H. Easterbrook).

## ARTICLES

The Use of Trading Models to Estimate Aggregate Damages in Securities Fraud Litigation:  An Update, Briefly… Perspectives on Legislation, Regulation, and Litigation, Vol. 10, No. 3 (National Legal Center for the Public Interest, 2006) (with David J. Ross and Michael A. Keable).

The Hewlett-Packard Merger: A Case Study, in The New Investor Relations, Expert Perspectives on The State Of The Art (Bloomberg Press Princeton, 2004) (with Kenneth R. Cone, Gregory J. Pelnar and David J. Ross).

Market Evidence in Corporate Law, 69 U. Chi. L. Rev. 941 (2002).

Multidisciplinary Practice, The Business Lawyer, Vol. 55, (May 2000).

Government Liability for Breach of Contract, American L. & Econ. Rev. V1 N1/2 313 (1999) (with Alan Sykes).

Lawyers and Confidentiality, 65 U. Chi. L. Rev. 1 (1998).

The Law and Economics of Vanishing Premium Life Insurance, 22 Del. J. Corp. Law 1 (1997) (with Robert S. Stillman).

Clustering and Competition in Asset Markets, 20 J. Law & Econ. 23 (1997) (with Sanford J. Grossman, Merton H. Miller, Kenneth R. Cone and David J. Ross).

Corporate Crime, 25 J. Legal Studies 319 (1996) (with Alan O. Sykes).

The Use of Trading Models to Estimate Aggregate Damages in Securities Fraud Litigation:   A Proposal for Change, in Securities Class Actions:  Abuses and Remedies (The National Legal Center for the Public Interest, 1994) (with David J. Ross).

- 3 -

Civil Rico After Reves: An Economic Commentary, 1993 Sup. Ct. Rev. 157 (with Alan O. Sykes).

Contract and Fiduciary Duty, 36 J. Law & Econ. 425 (1993) (with Frank H. Easterbrook).

Should the Law Prohibit "Manipulation" in Financial Markets?, 105 Harv. L. Rev. 503 (1991) (with David J. Ross).

Efficient Capital Markets, the Crash, and the Fraud on the Market Theory, 74 Cornell L. Rev. 907 (1989).

The Corporate Contract, 89 Colum. L. Rev. 1416 (1989) (with Frank H. Easterbrook); also published in Corporate Law and Economic Analysis (Cambridge University Press 1990) (Lucian Bebchuk ed.).

The Economics of Lender Liability, 99 Yale L. J. 131 (1989).

Should One Agency Regulate Financial Markets, in Black Monday and the Future of Financial Markets (R. Kormendi, R. Kamphuis & J. W. H. Watson, ed.) (Dow Jones-Irwin Inc., 1988).

ERISA's Fundamental Contradiction:  The Exclusive Benefit Rule, 55 U. Chi. L. Rev. 1105 (1988) (with John H. Langbein).

From MITE to CTS:  Takeovers, the Williams Act and the Commerce Clause, 1987 Sup. Ct. Rev. 47.

The Regulation of Banks and Bank Holding Companies, 73 Va. L. Rev. 301 (1987) (with Andrew M. Rosenfield and Robert S. Stillman).

The Regulation of Accounting:  Some Economic Issues, 52 Brooklyn L. Rev. 1051 (1987).

Organized Exchanges and the Regulation of Dual Class Common Stock, 54 U. Chi. L. Rev. 119 (1987).

Comparable Worth and Discrimination in Labor Markets, 53 U. Chi. L. Rev. 891 (1986) (with Edward P. Lazear).

Comparable Worth:  A Rejoinder, 53 U. Chi. L. Rev. 950 (1986) (with Edward P. Lazear).

Close Corporations and Agency Costs, 38 Stan. L. Rev. 271 (1986) (with Frank H. Easterbrook).

The Role of Liability Rules and the Derivative Suit in Corporate Law:  A Theoretical and Empirical Analysis, 71 Corn. L. Rev. 261 (1986) (with Michael Bradley).

Regulatory Conflict and Entry Regulation of New Futures Contracts, 59 J. Bus. S85 (1985).

Optimal Damages in Securities Cases, 52 U. Chi. L. Rev. 611 (1985) (with Frank H. Easterbrook).

The Business Judgment Rule and the Trans Union Case, 40 Bus. Law. 1437 (1985).

- 4 -

Insider Trading and Investment Analysts:  An Economic Analysis of Dirks v. SEC, 13 Hofstra L. Rev. 127 (1984).

Limited Liability and the Corporation, 52 U. Chi. L. Rev. 89 (1985) (with Frank H. Easterbrook).

Labor Markets and Labor Law Compared with Capital Markets and Corporate Law, 51 U. Chi. L. Rev. 1061 (1984).

Customer Protection in Futures and Securities Markets, 4 J. Futures Markets 273 (1984) (with Sanford J. Grossman).

Mandatory Disclosure and the Protection of Investors, 70 Va. L. Rev. 669 (1984) (with Frank H. Easterbrook).

The Appraisal Remedy In Corporate Law, 1983 Am. Bar Found. Res. J. 875.

The Regulation of Insider Trading, 35 Stan. L. Rev. 857 (1983) (with Dennis W. Carlton).

Voting in Corporate Law, 26 J. Law & Econ. 395 (1983) (with Frank H. Easterbrook).

Auctions and Sunk Costs in Tender Offers, 35 Stan. L. Rev. 1 (1982) (with Frank H. Easterbrook).

The Corporate Governance Movement, 35 Vand. L. Rev. 1259 (1982).

Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities, 38 Bus. Law 1 (1982).

Antitrust Suits By Targets of Tender Offers, 80 Mich. L. Rev. 1155 (May 1982) (with Frank H. Easterbrook).

Corporate Control Transactions, 91 Yale L. J. 698 (1982) (with Frank H. Easterbrook).

The "Race to the Bottom" Revisited:  Reflections on Recent Developments in Delaware Corporation Law, 76 Nw. Univ. L. Rev. 913 (1982).

Takeover Bids, Defensive Tactics and Shareholders' Welfare, 36 Bus. Law 1733 (1981) (with Frank H. Easterbrook).

The Law and Economics of Dividend Policy, 67 Va. L. Rev. 699 (1981).

The Proper Role of a Target's Management in Responding to a Tender Offer, 94 Harv. L. Rev. 1161 (1981) (with Frank H. Easterbrook) (awarded prize by Emory University for best paper written in law and economics for the year 1981).

Secondary Liability Under Section 10(b) of the Securities Act of 1934, 69 California L. Rev. 80 (1981).

Efficient Capital Market Theory, the Market for Corporation Control, and the Regulation of Cash Tender Offers, 57 Tex. L. Rev. 1 (1978); reprinted in K. Scott and R. Posner ed., Economic Perspectives on Corporation Law and Securities Regulation (Little Brown 1980).

- 5 -

Antitrust Liability for Attempts to Influence Government Action:  The Basis and Limits of the Noerr-Pennington Doctrine, 45 U. Chi. L. Rev. 80 (1977).

Comment, The Demand and Standing Requirements in Stockholder Derivation Actions, 44 U. Chi. L. Rev. 168 (1977).

Comment, The Use of Government Judgments in Private Antitrust Litigation:  Clayton Act Section 5(a), Collateral Estoppel, and Jury Trial, 43 U. Chi. L. Rev. 338 (1976).

- 6 -

## EDUCATION

<u>University of Chicago Law School</u>, Chicago, Illinois; J.D. 1977, cum laude; Order of the Coif; Comment Editor, Vol. 44, <u>University of Chicago Law Review</u>; Approximately top 1% of the Class. Awarded Casper Platt Award for best paper written by a student of the University of Chicago Law School; awarded Jerome N. Frank Prize for excellence in legal writing while a member of the University of Chicago Law Review, 1975 - 1977.  Studied law and economics with Richard Posner and other members of the faculty.

<u>Brown University</u>, Providence, Rhode Island; M.A. 1974 in American History.

<u>Cornell University</u>, Ithaca, New York; major-American History; minor-Economics; B.A. 1972.

- 7 -

**TESTIMONY**

Deposition of Daniel R. Fischel In Re: Parker Freeland, et al., vs. Iridium World Communications, Ltd., et al., in the United States District Court for the District of Columbia, Civil Action No. 99-1002 (August 7, 2007).

Deposition of Daniel R. Fischel In Re: Chuck Ginsburg v. Philadelphia Stock Exchange, Inc., et al., In the Court of Chancery of the State of Delaware in and for New Castle County, C.A. No. 2202-N (June 12, 2007).

Testimony of Daniel R. Fischel In Re: Holcombe T. Green and HTG Corp. v. McKesson, Inc., et al, In the Superior Court for the County of Fulton, State of Georgia, Civil Action File No. 2002-CV-48407 (June 5, 2007).

Deposition of Daniel R. Fischel In Re: Lear Corporation Shareholders Litigation, In the Court of Chancery of the State of Delaware, Consolidated C.A. No. 2728-VCS (June 4, 2007).

Affidavit of Daniel R. Fischel In Re: Aeroflex, Inc. Shareholder Litigation, in the Supreme Court of the State of New York, County of Nassau: Commercial Division, Index No. 07-003943 (May 23, 2007).

Deposition of Daniel R. Fischel In Re:  Holcombe T. Green and HTG Corp. v. McKesson, Inc., HBO & Company, Albert Bergonzi, and Jay Gilbertson, in the Superior Court for the County of Fulton, State of Georgia, Civil Action File No. 2002W48407 (May 21, 2007).

Deposition of Daniel R. Fischel In Re: Adelphia Communications Corp. v. Deloitte & Touche LLP, et al, in the Court of Common Pleas, Philadelphia County, Pennsylvania, Case No. 000598 (May 3 and 4, 2007).

Testimony of Daniel R. Fischel In Re: United States of America v. Joseph P. Nacchio, in the United States District Court for the District of Colorado, Case No. 05-CR-00545-EWN (April 9, 2007).

Deposition of Daniel R. Fischel In Re: MK Resources Company Shareholders Litigation, in the Court of Chancery for the State of Delaware in and for New Castle County, C.A. No. 1692-N (February 22, 2007).

Deposition of Daniel R. Fischel In Re: Starr International Company, Inc. v. American International Group, Inc., In the United States District Court, Southern District of New York, Case No. 05 CV 6283 (January 26, 2007).

Written testimony of Daniel R. Fischel In Re: Verizon Communications Inc. and Verizon Services Corp. v. Christopher G. Pizzirani, In the United States District Court for the Eastern District of Pennsylvania, Case No. 2:06-cv-04645-MK (November 6, 2006).

Testimony of Daniel R. Fischel In Re: Northeast Savings, F.A. v. United States of America, In The United States Claims Court, Case No. 92-550 C (November 2 and 9, 2006).

- 8 -

Testimony of Daniel R. Fischel In Re: United States of America v. Sanjay Kumar and Stephen Richards, United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (October 25, 2006).

Affidavit of Daniel R. Fischel In Re: Lionel I. Brazen and Nancy Hammerslough, et al v. Tyco International Ltd., et al, In the Circuit Court of Cook County, Illinois County Department, Chancery Division, No. 02 CH 11837 (September 18, 2006).

Deposition of Daniel R. Fischel In Re: Tele-Communications, Inc. Shareholders Litigation, in the Court of Chancery of the State of Delaware in and for New Castle County, Consolidated C.A. No. 16470 (September 15, 2006).

Affidavit of Daniel R. Fischel In Re: United States of America v. Sanjay Kumar and Stephen Richards, United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (September 8, 2006).

Deposition of Daniel R. Fischel In Re: James Gilbert v. McKesson Corporation, et al., in the State Court of Fulton County, State of Georgia, Civil Action File No. 02VS032502C (September 7, 2006).

Supplemental Declaration of Daniel R. Fischel In Re: United States of America v. Jeffrey K. Skilling, in the United States District Court, Southern District of Texas, Houston Division, Crim. No. H-04-25 (Lake, J.) (August 25, 2006).

Affidavit of Daniel R. Fischel In Re: United States of America v. Sanjay Kumar and Stephen Richards, United States District Court, Eastern District of New York, 04 Civ. 4104 (ILG) (August 22, 2006).

Declaration of Daniel R. Fischel In Re: United States of America v. Jeffrey K. Skilling, in the United States District Court, Southern District of Texas, Houston Division, Crim. No. H-04-25 (Lake, J.) (August 3, 2006).

Deposition of Daniel R. Fischel In Re: Enron Corporation Securities Litigation, in the United States District Court, Southern District of Texas, Houston Division, Case Number: H-01-3624 (May 24, 2006).

Testimony of Daniel R. Fischel In Re: Guidant Corporation Shareholders Derivative Litigation, in the United States District Court, Southern District of Indiana, Indianapolis Division, Master Derivative Docket No. 1:03-CV-955-SEB-WTL (January 20, 2006).

Testimony of Daniel R. Fischel In Re. Hideji Jumbo Tanaka v. Cerberus Far East Management, L.L.C., et al., AAA Case No. 50 T 116 00284 03, (December 15, 2005).

Deposition of Daniel R. Fischel  In Re: McKesson HBOC, Inc. Securities Litigation, in the United States District Court for the Northern District of California, No. C-99-20743-RMW (August 16, 2005).

Testimony of Daniel R. Fischel In the Matter of Visconsi Companies Ltd., et al. and Lehman Brothers, et al., National Association of Securities Dealers Department of Arbitration, Grievance No. 03-07606 (July 26, 2005).

- 9 -

Testimony of Daniel R. Fischel in re: <u>John P. Crowley, as Receiver of Ambassador Insurance Company v. Doris June Chait, et al.</u>, in the United States District Court for the District of New Jersey, Case No. 85-2441 (HAA) (July 21 and 22, 2005).

Deposition of Daniel R. Fischel In re: <u>Electronic Data Systems Corporation Securities Litigation</u>, in the United States District Court for the Eastern District of Texas, Tyler Division, Case No. 6:03-MD-1512 (July 20, 2005).

Testimony of Daniel R. Fischel in re: <u>United States of America v. Philip Morris, Inc., et al</u>, in the United States District Court for the District of Columbia, Case No. 1:99CV02496 (May 26 and 27, 2005).

Deposition of Daniel R. Fischel in re: <u>Cordis Corporation v. Boston Scientific Corporation, et ano</u>, in the United States District Court for the District of Delaware, Case No. 03-027-SLR (May 25, 2005).

Deposition of Daniel R. Fischel in re: <u>United States of America v. Philip Morris, Inc., et al</u>, in the United States District Court for the District of Columbia, Case No. 1:99CV02496 (May 16, 2005).

Testimony of Daniel R. Fischel in re: <u>Drury Industries, Inc. v. Drury Properties, Inc.</u>, in the First Judicial District Court of the State of Nevada in and for Carson City, Nevada (April 6 and 7, 2005).

Deposition of Daniel R. Fischel in re: <u>Jerry R. Summers and George T. Lenormand, et al v. UAL Corporation ESOP Committee, Marty Torres, Barry Wilson, Doug Walsh, Ira Levy, Don Clements, Craig Musa, and State Street Bank and Trust Company</u>, in the United States District Court for the North District of Illinois, Eastern Division, No. 03 C 1537 (March 9, 2005).

Deposition of Daniel R. Fischel in re: <u>Drury Industries, Inc. v. Drury Properties, Inc.</u>, in the First Judicial District Court of the State of Nevada in and for Carson City, Nevada (March 7 and 10, 2005).

Testimony of Daniel R. Fischel In the Matter of <u>Fyffes PLC v. DCC PLC, S&L Investments Limited, James Flavin and Lotus Green Limited</u>, in The High Court, Dublin, Ireland (2002 No. 1183P)  (February 1 and 2, 2005).

Deposition of Daniel R. Fischel <u>In the Matter of the Arbitration  between The Canada Life Assurance Company and The Guardian Life Insurance Company of America</u> (January 12, 2005).

Deposition of Daniel R. Fischel <u>In Re:  IDT Corporation vs. Telefonica, S.A., et al</u>, in the United States District Court, District of New Jersey, Civil Action No. 01-CV 471 (December 14, 2004).

Deposition of Daniel R. Fischel <u>In Re:  DQE, Inc. Securities Litigation</u>, in the United States District Court, Western District of Pennsylvania, Master File No. 01-1851 (December 7, 2004)

Testimony of Daniel R. Fischel <u>In Re United States of America v. Daniel Bayly, James A Brown, Robert S. Furst, Daniel O. Boyle, William R. Fuhs and Sheila K. Kahanek</u>, in the United

- 10 -

States District Court of Southern Texas Houston Division, Case No. H-CR-03-363 (November 4, 2004).

Testimony of Daniel R. Fischel In the Matter of the Arbitration Between The Canada Life Assurance Company, Petitioner v. Caisse Centrale De Reassurance, Respondent, (November 2, 2004).

Testimony of Daniel R. Fischel In Re Yankee Atomic Electric Company, Connecticut Yankee Atomic Power Company, and Maine Yankee Atomic Power Company v. The United States, in the United States Court of Federal Claims, Case Nos. 98-126C, 98-154C and 98-474C (August 9, 2004).

Affidavit of Daniel R. Fischel In Re Oracle Corp. Derivative Litigation, in the Court of the Chancery of the State of Delaware In and For New Castle County, Consolidated Civil Action No. 18751 (June 8, 2004).

Deposition of Daniel R. Fischel in re: Reading International, Inc., et al v. Regal Entertainment Group, et al, (Delaware Chancery Court) (May 30, 2004) .

Affidavit of Daniel R. Fischel in re: Reading International, Inc., et al v. Regal Entertainment Group, et al, (Delaware Chancery Court) (May 28, 2004) .

Deposition of Daniel R. Fischel in re: Northeast Savings, F.A. v. United States of America, in the United States Claims Court, Case No. 92-550-C (May 4, 5 and 6, 2004).

Deposition of Daniel R. Fischel in re:  Tyson Foods, Inc. Securities Litigation, in the United States District Court for the District of Delaware, Civil Action No. 01-425-SLR (March 18, 2004).

Testimony of Daniel R. Fischel Re: In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00-3299 Through 00-3300 (MFW) (March 4, 2004).

Testimony of Daniel R. Fischel in Tracinda Corporation v. DaimlerChrysler AG, et al, in the United States District Court for the District of Delaware, Civil Action No. 00-984 (February 11, 2004).

Deposition of Daniel R. Fischel in Gerald K. Smith, as Plan Trustee for and on behalf of the Estates of Boston Chicken, Inc., et al. v. Arthur Anderson LLP, et al., in the United States District Court for the Northern District of Illinois, Case Nos. CIV-01-218-PHX-PGR, CIV-01-246-PHX-EHC, CIV-02-1162-PHX-PGR, CIV-02-1248-PHX-PGR (Consolidated) (October 29 and 30, 2003).

Deposition of Daniel R. Fischel in Irene Abrams, on behalf of herself and all others similarly situated v. Van Kampen Funds, Inc., Van Kampen Investment Advisory Corp., Van Kampen Prime Rate Income Trust, Howard Tiffen, Richard F. Powers III, Stephen L. Boyd, Dennis J. McDonnell and Jeffrey W. Maillet, in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 01-C-7538 (October 21, 2003).

Deposition of Daniel R. Fischel Re: In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00-3299 Through 00-3300 (MFW) (October 13, 2003).

- 11 -

Testimony of Daniel R. Fischel in <u>Transcore Holdings, Inc. v. Rocky Mountain Mezzanine Fund II, LP; Hanifen Imhoff Mezzanine Fund, LP; Moramerica Capital Corporation; and NDSBIC, LP and W. Trent Ates and Fred H. Rayner, In Re: Jams Arbitration</u>, Case No. 1410003193 (September 24, 2003).

Deposition of Daniel R. Fischel in <u>Transcore Holdings, Inc. v. Rocky Mountain Mezzanine Fund II, LP; Hanifen Imhoff Mezzanine Fund, LP; Moramerica Capital Corporation; and NDSBIC, LP and W. Trent Ates and Fred H. Rayner, In Re: Jams Arbitration</u>, Case No. 1410003193 (May 13, 2003).

Deposition of Daniel R. Fischel in <u>AT&T Broadband Management Corporation v. CSG Systems, Inc.</u>, American Arbitration Association No. 77 181 00159 02 VSS (April 9, 2003).

Deposition of Daniel R. Fischel <u>In Re:  DaimlerChrysler AG Securities Litigation</u>, in the United States District Court for the District of Delaware, Civil Action No. 00-993-JJF (February 11 and 12, 2003).

Deposition of Daniel R. Fischel in <u>David T. Bard, Commissioner of Banking and Insurance for the State of Vermont, as Receiver for Ambassador Insurance Company v. Arnold Chait, et al</u>, in the United States District Court for the District of New Jersey, Civil Action No. 85-2441 (December 12, 2002).

Testimony of Daniel R. Fischel in <u>MHC Financing Limited Partnership, et al vs. City of San Rafael, et al</u>, in the United States District Court, Northern District of California, Case No. C 00-3785 VRW (November 6, 2002).

Deposition of Daniel R. Fischel in <u>MHC Financing Limited Partnership, et al vs. City of San Rafael, et al</u>, in the United States District Court, Northern District of California, Case No. C 00-3785 VRW (October 16, 2002).

Deposition of Daniel R. Fischel in <u>Maine Yankee Atomic Power Company v. United States of America</u>, In the United States Court of Federal Claims, Case No. 98-474 C (October 8 and 9, 2002).

Testimony of Daniel R. Fischel in <u>California Federal Bank, FSB v. The United States of America</u>, In the United States Court of Federal Claims, Case No. 92-138C (September 20 and 23, 2002).

Deposition of Daniel R. Fischel in <u>Maine Yankee Atomic Power Company v. United States of America</u>, In the United States Court of Federal Claims, Case No. 98-474 C (September 4 and 6, 2002).

Deposition of Daniel R. Fischel <u>In the Matter of RDM Sports Group, Inc., et al v. Smith, Gambrell, Russell, L.L.P.; et al</u>, In the United States Bankruptcy Court for the Northern District of Georgia, Newnan Division, Case No. 00-1065 (May 14 and 15, 2002).

Deposition of Daniel R. Fischel in <u>Walter B. Hewlett, individually and as Trustee of the William R. Hewlett Revocable Trust, and Edwin E. van Bronkhorst as Co-Trustee of the William R. Hewlett Revocable Trust v. Hewlett-Packard Company</u>, in the Court of the Chancery of the State of Delaware in and for New Castle County (April 24, 2002).

- 12 -

Deposition of Daniel R. Fischel in California Federal Bank, FSB, v. The United States of America, in the United States District Court of Federal Claims, Case No. 92-138C (April 16 and 17, 2002).

Deposition of Daniel R. Fischel In Re: Computer Associates Class Action Securities Litigation, in the United States District Court, Eastern District of New York, File No. 98-CV-4839 (TPC) (MLO) (March 19 and 20, 2002).

Deposition of Daniel R. Fischel in United States of America v. David Blech, In the United States District Court, Southern District of New York, Case No. S1 97 Cr. 402 (KTD) (February 13, 2002).

Testimony of Daniel R. Fischel Re: In the Matter of Coram Healthcare Corp. and Coram, Inc., Debtors, In the United States Bankruptcy Court for the District of Delaware, Case No. 00-3299 Through 00-3300 (MFW) (December 14, 2001).

Deposition of Daniel R. Fischel in Re: Sunbeam Securities Litigation, In the United States District Court, Southern District of Florida, Miami Division, Case No. 98-8258-CIV – Middlebrooks (December 4, 5 and 6, 2001).

Affidavit of Daniel R. Fischel in Re: Jack M. Webb, Special Deputy Receiver For American Eagle Insurance Company v. Elvis Mason, Mason Best Company, L.P., Don D. Hutson, American Eagle Group, Inc., Marion Phillip Guthrie, Frederick G. Anderson, George F. Cass, Richard M. Kurz, Patricia S. Pickard, Arthur Andersen & Co., L.L.P., and Towers, Perrin Forester & Crosby, Inc., D/B/A Tillinghast, In the District Court of Travis County, Texas, 201st Judicial District, Cause No. 99-08253 (September 7, 2001).

Declaration of Daniel R. Fischel Re: In the Matter of Inquiry Concerning High-Speed Access to the Internet Over Cable and Other Facilities: Before the Federal Communications Commission, Washington DC, GN Docket No. 00-185, (Declaration with K. Arrow, G. Becker, D. Carlton, R. Gertner, J. Kalt, H. Sider, and Gustavo Bamberger) (July 24, 2001).

Declaration of Daniel R. Fischel in Re: Walter Green, on behalf of himself and all others similarly situated v. Merck-Medco Managed Care, L.L.C., United States District Court, Southern District of New York, Civil Action No. 99 CIV 0847 (CLB) (June 18, 2001).

Testimony of Daniel R. Fischel in Re:Tyson Foods, Inc. and Lasso Acquisition Corporation v. IBP, Inc., Delaware Chancery Court, (May 25, 2001).

Deposition of Daniel R. Fischel in Re:Tyson Foods, Inc. and Lasso Acquisition Corporation v. IBP, Inc., Delaware Chancery Court, (May 10, 2001).

Deposition of Daniel R. Fischel in Re: Myron Weiner, Nicholas Sitnycky, Ronald Anderson and Robert Furman on behalf of themselves and all others similarly situated v. The Quaker Oats Company and William D. Smithburg, United States District Court, Northern District of Illinois, Case No. 98 C 3123, (January 24, 2001).

Deposition of Daniel R. Fischel in Re: Retsky Family Limited Partnership v. Price Waterhouse, LLP, United States District Court, Northern District of Illinois, Eastern Division, No. 97 C 7694, (October 31, 2000).

- 13 -

Joint Affidavit of Daniel R. Fischel and David J. Ross in Re:  Floyd D. Wilson, for himself and all others similarly situated v. Massachusetts Mutual Life Insurance Company, in the First Judicial District Court, County of Santa Fe, State of New Mexico, No. D0101 CV-98-02814 (August 4, 2000).

Affidavit of Daniel R. Fischel in Re:  T. Rowe Price Recovery Fund, L.P., and Carl Marks Management Co., L.P., individually and derivatively on behalf of Seaman Furniture Co., Inc. v. James Rubin, M.D. Sass Associates, Inc., Resurgence Asset Management, L.L.C., M.D. Sass Corporation Resurgence Partners, L.P. , M.D. Sass Corporate Resurgence International, Ltd., Robert Symington, Byron Haney, Alan Rosenberg, Steven H. Halper, and Peter McGeough and Seaman Furniture Co., Inc., In the Court of Chancery of the State of Delaware in and for New Castle County, C.A. No. 18013, (June 7, 2000).

Testimony of Daniel R. Fischel in Re:  Bank United of Texas, FSB, et al., v. United States of America, United States Court of Federal Claims, Case Number 95-437C, (October 12 and 14, 1999).

Deposition of Daniel R. Fischel in Re:  Bank United of Texas, FSB, et al., v. United States of America, United States Court of Federal Claims, Case Number 95-437C, (September, 26, 1999; July 10, 1999; and June 16, 17, 1999),

Testimony of Daniel R. Fischel in Re:  C. Robert Suess, et al., v. The United States, United States Court of Federal Claims, No. 90- 981C (May 17, 1999).

Testimony of Daniel R. Fischel in Re: Lexecon, Inc. v. Milberg Weiss Bershad Specthrie & Lerach, et al. in the United States District Court, Northern District of Illinois Eastern Division, Case No. 92 C 7768 (March 8, 9, 10 and 15, 1999).

Testimony of Daniel R. Fischel in Re:  California Federal Bank v. United States, in the United States Court of Federal Claims, Case Number 92-138C, (February 4 and 11, 1999).

Deposition of Daniel R. Fischel in Re:  California Federal Bank v. United States, in the United States Court of Federal Claims, Case Number 92-138C, (February 6, 1999; January 27 and 30, 1999).

Deposition of Daniel R. Fischel in Re:  C. Robert Suess, et al., v. The United States, United States Court of Federal Claims, No. 90- 981C (October 27 and 28, 1998).

Deposition of Daniel R. Fischel in Re:  Connector Service Corporation v. Jeffrey Briggs, United States District Court, Northern District of Illinois, Eastern Division, No. 97-C-7088 (August 28, 1998).

Deposition of Daniel R. Fischel in Re:  Statesman Savings Holding Corp., et al. v. United States of America, United States Court of Federal Claims, Case No. 90-773C, (May 4, 1998 and February 12, 1998).

Testimony of Daniel R. Fischel in Re:  Glendale Federal Bank FSB v. United States of America, United States Court of Federal Claims, No. 90-772C, (March 24, 25 and 26, 1998; September 2, 3, 4, 5, 8, 9, 10, 11, 12, 24, 25, 26 and 27, 1997; October 7, 9, 16, 17, 30 and 31, 1997; December 8, 9 and 10, 1997).

- 14 -

Affidavit of Daniel R. Fischel and David J. Ross in Re:  Publicis Communication v. True North Communications Inc., et al., United States District Court, Northern District of Illinois, Eastern Division, Case No. 97-C-8263, (December 7, 1997).

Deposition of Daniel R. Fischel in Re:  Glendale Federal Bank FSB v. United States of America, United States Court of Federal Claims, No. 90-772C, (August 27 and 28, 1997).

Testimony of Daniel R. Fischel in Re:  AUSA Life Insurance Company, et al. v. Ernst & Young, in the United States District Court, Southern District of New York, Master File No. 94 CIV. 3116 (CLB) (July 7 and 8, 1997).

Deposition of Daniel R. Fischel in Re:  Santa's Best, f/k/a National Rennoc, an Illinois general partnership, and Tinsel/Ruff Group Limited Partnership, an Illinois limited partnership v. Rennoc Limited Partnership, a New Jersey limited parternship, v. Tinsel/Ruff Group Limited Partnership, an Illinois limited partnership, in the Circuit Court of Cook, Illinois County Department - Chancery Division, No. 95 CH 12160, (June 17, 1997).

Arbitration of Daniel R. Fischel in Re:  Lerner v. Goldman Sachs, et. al., Before the American Arbitration Association, 75-136-00090-94 (April 10, 1997).

Affidavit of Daniel R. Fischel in Re:  Hilton Hotels Corporation and HLT Corporation v. ITT Corporation, United States District Court, District of Nevada, CV-S-97-00095-PMP (RLH) (March 24, 1997).

Deposition of Daniel R. Fischel in Re:  Glendale Federal Bank, FSB v. United States of America, Washington, D.C., Case No. 90-772C, (March 19, 1997; January 30 and 31, 1997).

Deposition of Daniel R. Fischel in Re:  Statesman Savings Holding Corporation v. United States of America, Washington, D.C., Case No. 90-773-C, (February 19 and 20, 1997).

Testimony of Daniel R. Fischel in Re:  Westcap Enterprises, Inc. and Westcap Corporation, Debtor; in the United States Bankruptcy Court, for the Southern District of Texas, Houston Division, Houston, Texas; Case No. 96-43191-H2-11, (November 1996).

Testimony of Daniel R. Fischel in Re:  United States of America v. Robert R. Krilich, in the United States District Court, Northern District of Illinois, Eastern Division, No. 94 CR 419, (August 20, 1996 and July 15, 1996)

Deposition of Daniel R. Fischel in Re:  McMahan & Company, Froley, Revy Investment Co., Inc. and Wechsler & Krumholz, Inc. v. Wherehouse Entertainment, Inc., Louis A. Kwiker, George A. Smith, Michael T. O'Kane, Lawrence K. Harris, et al., United States District Court, Southern District of New York, Index No. 88 Civ. 0321 (SS) (AJP), (July 16, 1996 and June 10, 1996).

Deposition of Daniel R. Fischel in Re:  Joseph W. and Helen B. Teague, Steven Allen Barker, Rita Strahowski, Swannee Beck, and Lifetime Partners of PTL, as representatives of a nationwide class consisting of 150,129 Lifetime Partners and of 27,839 persons who have partially paid for Lifetime Partnerships v.  James O. Bakker, in the United States District Court for the Western District of North Carolina, Civil Action No. 3:87CV514, (June 28, 1996).

- 15 -

Deposition of Daniel R. Fischel in Re:  Snapple Beverage Corporation Securities Litigation, in the United States District Court, Eastern District of New York, Master File No. CV 94-3647 (May 30, 1996).

Testimony of Daniel R. Fischel in Re:  Chuck Quackenbush, Insurance commissioner of the State of California, in his capacity as Trustee of Mission Insurance Company Trust, et al. v. Borg-Warner Corporation, Borg Warner Equities Corporation, Bord-Warner Insurance Service, Inc., et al., for the Superior Court of the State of California, for the County of Los Angeles, No. C688487 (April 18, 1996).

Deposition of Daniel R. Fischel in Re:  Chuck Quackenbush, Insurance commissioner of the State of California, in his capacity as Trustee of Mission Insurance Company Trust, et al. v. Borg-Warner Corporation, Borg Warner Equities Corporation, Borg-Warner Insurance Service, Inc., et al., for the Superior Court of the State of California, for the County of Los Angeles, No. C688487 (April 17, 1996).

Deposition of Daniel R. Fischel in Re:  Household Commercial Financial Services, Inc. a citizen of the states of Delaware and Illinois v. Julius Trump, a citizen of the State of Florida, Edmond Trump, a citizen of the state of Florida, James M. Jacobson, a citizen of the State of New York, and Parker, Chapin, Flattau & Klimpl, a citizen of the states of New York and New Jersey, in the United States District Court, for the Northern District of Illinois Eastern Division, 92 C 5010 (February 1, 1996).

Deposition of Daniel R. Fischel in Re:  JWP, Inc. Securities Litigation, in the United States District Court, Southern District of New York, Master File No. 92 Civ. 5815 (CLB); AUSA Life Insurance Company, et al. v. Ernst & Young, in the United States District Court, Southern District of New York, Master File No. 94 Civ. 3116 (CLB) (November 30, 1995; November 9, 1995; October 18 and 19, 1995; September 28, 1995).

Deposition of Daniel R. Fischel in Re:  City of Houston Municipal Employees Pension System, a Texas association v. PaineWebber Group Inc., et al., in the United States District Court, Eastern District of Missouri, Eastern Division, No. 4:94CV0073CAS (November 15 and 16, 1995).

Testimony of Daniel R. Fischel In Re: American Continental Corporation/Lincoln Savings & Loan Securities Litigation - Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach and Kevin P. Roddy, in the United States District Court , District of Arizona, Civ-93-1087-PHX-JMR (July 25 and 26, 1995).

Deposition of Daniel R. Fischel in Re:  Keith C. Bogard, et al., v. National Community Bank Inc., et al., in the United States District Court, District of New Jersey, No. 90-5-32 (HAA) (December 20, 1994).

Deposition of Daniel R. Fischel in Re:  Harvey Rosen, Ben Rogers and Julie Rogers v. Deloitte & Touche, Elias Zinn, Julius Zinn, Dennis Lamm, and Ronald Begnaud, in the 268th Judicial District Court, of Fort Bend County, Texas, Cause No. 84-482 (November 9, 1994).

Testimony of Daniel R. Fischel in Re:  PPM America, Inc., et al. v. Marriott Corporation et al., in the United States District Court, for the District of Maryland, Civil Docket No. H-92-3068 (October 12, 1994).

- 16 -

Deposition of Daniel R. Fischel in Re:  Browning-Ferris Industries, Inc., Securities Litigation, United States District Court, for the Southern District of Texas, Houston Division, Civil Action H-903477 (September 1, 1994).

Testimony of Daniel R. Fischel in Re:  Computer Associates International Inc. Securities Litigation, United States District Court, Eastern District of New York, CV-90-2398 (JBW) (May 26 and 27, 1994).

Deposition of Daniel R. Fischel in Re:  PPM America, Inc., et al. v. Marriott Corporation et al., United States District, for the District of Maryland, H-92-3068 (May 10, 1994 and March 8, 1994).

Deposition of Daniel R. Fischel in Re:  Securities and Exchange Commission v. Shared Medical Systems Corporation, R. James Macaleer, James C. Kelly and Clyde M. Hyde, United States District Court, for the Eastern District of Pennsylvania, Civil Action - Law: No. 91-CV-6549 (February 22, 1994).

Testimony of Daniel R. Fischel in Re:  Peter M. Schultz and Pamela A. Schultz v. Rhode Island Hospital Trust National Bank, N.A., et al., United States District Court, District of Massachusetts, Civil Action No. 88-2870-T (February 16, 1994).

Deposition of Daniel R. Fischel in Re:  Henry T. Endo, et al. v. John M. Albertine, et al., United States District Court, Northern District of Illinois, Eastern Division, No. 88 C 1815 (November 11 and 12, 1993; October 28, 1993).

Deposition of Daniel R. Fischel in Re:  Computer Associates International Inc. Securities Litigation, United States District Court, Eastern District of New York, CV 90-2398 (JBW) (November 2, 1993 and February 4, 1993).

Affidavit of Daniel R. Fischel in Re:  Peter M. Schultz and Pamela A. Schultz v. Rhode Island Hospital Trust National Bank, N.A. et al., United States District Court, District of Massachusetts, Civil Action No. SS-2870-T (October 28, 1993).

Deposition of Daniel R. Fischel in Re:  Alpheus John Goddard, III, etc. v. Continental Bank N.A., etc., State of Illinois, County of Cook, Circuit Court of Cook County, County Department-Chancery Division, No. 89 CH 1081 (September 10, 1993).

Deposition of Daniel R. Fischel in Re:  Taxable Municipal Bond Section "G" Securities Litigation, United States District Court, Eastern District of Louisiana, MDL No. 863 (September 2, 1993).

Reply Affidavit of Daniel R. Fischel in Re:  Columbia Securities Litigation, United States District Court Southern District of New York, 89 Civ. 6821 (LBS) (August 30, 1993).

Affidavit of Daniel R. Fischel in Re:  Consumers Gas & Oil, Inc. v. Farmland Industries, Inc., et al., United States District Court, for the District of Colorado, Civil Action No. 92-F-1394 (August 26, 1993).

Declaration of Daniel R. Fischel in Re.  Equitec Rollup Litigation, United States District Court for the Northern District of California, Master file No. C90 2064 CAL (July 28, 1993).

- 17 -

Deposition of Daniel R. Fischel in Re:  United Telecommunications, Inc.  Securities Litigation, United States District Court for the District of Kansas, No.  90-2251-0 (July 22, 1993, April 21 and 22, 1993).

Deposition of Daniel R. Fischel in Re:  Consumers Gas & Oil, Inc., a Colorado farm cooperative in liquidation, on behalf of itself and others similarly situated v. Farmland Industries, Inc., a Kansas farm cooperative, et al., United States District Court, District of Colorado, 92-F-1394 (June 18, 1993).

Deposition of Daniel R. Fischel in Re.  Rosalind Wells v. HBO & Company, United States District Court, Northern District of Georgia, Atlanta Division, 8-87-CV-657A (JTC) (June 10, 1993 and May 24, 1993).

Deposition of Daniel R. Fischel in Re:  Equitec Rollup Litigation, United States District Court, Northern District of California, No. C-90-2064 CAL (June 2 and 3, 1993).

Supplemental Declaration of Daniel R. Fischel in Re:  Oracle Securities Litigation, United States District Court, Northern District of California, Master File No. C 90 0931 VRW (May 20, 1993).

Affidavit of Daniel R. Fischel and Kenneth R. Cone in Re:  Raymond P. Hayden, et al. v. Jeffrey L. Feldman, et al., United States District Court, Southern District of New York No. 88 Civ. 8048 (JES) (May 12, 1993).

Testimony of Daniel R. Fischel in Re:  Melridge, Inc., Securities Litigation, United States District Court for the District of Oregon, CV No. 87-1426-FR (May 4 and 5, 1993).

Declaration of Daniel R. Fischel in Re:  Oracle Securities Litigation, United States District Court, Northern District of California, Master File No. C 90 0931 VRW (April 20, 1993).

Deposition of Daniel R. Fischel in Re:  Gillette Securities Litigation, United States District Court, District of Massachusetts, No. 88-1858-K (April 1, 1993).

Affidavit of Daniel R. Fischel in Re:  Columbia Securities Litigation, United States District Court, Southern District of New York, 89 Civ. 6821 (LBS) (March 25, 1993).

Deposition of Daniel R. Fischel in Re:  Westinghouse Securities Litigation, United States District Court, Western District of Pennsylvania, CV No. 91 354 (March 23, 1993).

Declaration of Daniel R. Fischel in Re:  Oracle Securities Litigation, United States District Court, Northern District of California, Master File No. C 90-0931 VRW (March 22, 1993).

Deposition of Daniel R. Fischel in Re:  Kroy, Inc., a Minnesota corporation et al. v. Bankers Trust New York Corporation, et al., Superior Court of the State of Arizona in and for the County of Maricopa, No. CV 89-35680 (March 18, 1993).

- 18 -

Deposition of Daniel R. Fischel in Re:  Amos M. Ames, Helen M. Ames, Robert F. Bourke, Louise L. Bourke, Leo E. Corr, April C. Corr, Wence M. Horak, Ruth Horak, Robert T. Freas, Maurita Freas, Bruce Fink, Jr., William H. Jones, Candace A. Jones, Richard Paul, William L. Paul, Carole Paul, Steven J. Paul, Best Power Technology, Incorporated, and Best Power Technology Sales Corporation, in the State of Wisconsin, Circuit Court, Juneau County, Consolidated Case Nos. 92-CV-31, 92-CV-32 (January 26, 1993).

Deposition of Daniel R. Fischel in Re:  Federal Express Corporation Shareholder Litigation, in the United States District Court, Western District of Tennessee, Master File No. 90-2359-4B (December 3, 1992).

Deposition of Daniel R. Fischel in Re:  Raymond Snyder, Individually and on behalf of all those similarly situated v. Oneok, Inc., et al., in the United States District Court, Northern District of Oklahoma, Civil Action No. 88 C 1500 E (October 15 and 16, 1992).

Deposition of Daniel R. Fischel in Re:  Melridge, Inc. Securities Litigation, Consolidated Actions, United States District Court, District of Oregon, Master File No. CV87-1426-JU and Nos. 387-06589-P11, 88-05-JU, 88-221-JU, 88-0699-PA, 88-1266-JU (September 17, 1992; July 25 and 26, 1991).

Deposition of Daniel R. Fischel in Re:  Maxus Corporate Company v. Kidder, Peabody & Co. Incorporated, Martin A. Siegel and Ivan F. Boesky, in the District Court Dallas County, Texas, 298th Judicial District, No. 87-15583-M (September 11, 1992; August 18 and 19, 1992).

Deposition of Daniel R. Fischel in Re:  Jennifer A. Florin and Alan L. Mundt, on behalf of themselves and all others similarly situated v. Wesray Capital Corp., Citizens and Southern Trust Company, a subsidiary of Citizens and Southern Corporation, Robert K. Barton, Leonard S. Gaby, Allen G. Lacoe, Robert A. Magnusson, Anthony A. Saliture, Harlan B. Smith, Thomas F. Stutzman, Raymond G. Chambers, Frank E. Richardson, E. Burke Ross, Jr., William E. Simon and Frank W. Walsh, Jr., in the United States District Court, Western District of Wisconsin, Civil Action No. 91C-0948 (August 12, 1992).

Deposition of Daniel R. Fischel in Re:  Pearl Newman, Shanna Lehmann & Athanasios Tsivelekidis, on their own behalf and on behalf of all other persons similarly situated v. On-Line Software International, Inc. Jack M. Berdy, John C. Crocker, Richard A. Granger, Richard R. Holtmeier, Michael S. Juceam, Edward J. Siegel, Howard P. Sorgen and Richard Ward, United States District Court, District of New Jersey, Consolidated Civil Action Nos.  88-3247, 88-3411 (July 28 and 29, 1992).

Deposition of Daniel R. Fischel in Re:  Crazy Eddie Securities Litigation, Oppenheimer-Palmieri Fund, I.P., et al. v. Peat Marwick Main & Co., et al., United States District Court for the Eastern District of New York, 87 Civ. 0033 (EHN), 88 Civ. 3481 (EHN) (June 11, 1992; March 26 and 27, 1992).

Testimony of Daniel R. Fischel in Re:  American Continental Corporation/Lincoln Savings and Loan Securities Litigation, in the United States District Court, for the District of Arizona MDL Docket No. 834 (June 4, 1992; May 26, 27 and 28, 1992).

Testimony of Daniel R. Fischel in Re:  State of West Virginia v. Morgan Stanley & Co. Incorporated, in the Circuit Court of Kanawha County, State of West Virginia, Civil Action No. 89-C-3700 (April 27, 1992).

- 19 -

Affidavit of Daniel R. Fischel in Re:  William Steiner, on behalf of himself and all others similarly situated v. Tektronix, Inc., et al., in the United States District Court, District Court of Oregon, Civil No. 90-587-JO (March 23, 1992).

Deposition of Daniel R. Fischel in Re:  Martin Kaplan and Selma Kaplan, on Behalf of Themselves and All Others Similarly Situated v. VICORP Restaurants, Inc., Charles R. Frederickson, Robert S. Benson, Emerson B. Kendall, Robert T. Marto and Johyn C. Hoyt, United States District Court, District of Colorado, Civil Action No. 90-C-2182 (February 11, 1992).

Deposition of Daniel R. Fischel in Re:  Interco Incorporated v. Wasserstein, Perella & Co., Inc., United States District Court, Eastern District of Missouri, Eastern Division, No. 91-0151-C-6 (February 3, 1992 and December 12, 1991).

Statement of Daniel R. Fischel in Re:  Far West Federal Bank, S.B., et al. v. Director, Office of Thrift Supervision, et al., United States District Court for the District of Oregon, Civil Action No. 90-103 PA (February 3, 1992).

Deposition of Daniel R. Fischel in Re:  Capital Bank of California v. Morgan Stanley & Co., Incorporated, United States District Court, Central District of California, No. 91-1650-R (January 24, 1992).

Deposition of Daniel R. Fischel in Re:  Trinity Ventures, et al. v. Federal Deposit Insurance Corporation, in its own capacity and as successor to the Federal Savings and Loan Insurance Corporation, United States District Court, for the District of Oregon, No. 90-103-PA (January 6, 1992).

Deposition of Daniel R.  Fischel in Re:  First Republicbank Securities Litigation, United States District Court, Northern District of Texas, Dallas Division, Civil Action No. 3-88-0641-H (January 2, and 3, 1992; November 26, 1991).

Deposition of Daniel R. Fischel in Re:  State of West Virginia v. Morgan Stanley & Co. Incorporated; Salomon Brothers Inc.; and Goldman Sachs & Co., in the Circuit Court of Kanawha County, State of West Virginia, Civil Action No. 89-C-3700 (December 19 and 20, 1991).

Deposition of Daniel R. Fischel in Re:  The Regina Company, Inc. Securities Litigation, United States District Court, District of New Jersey, Civil Action No. 88-4149 (HAA) (October 31, 1991).

Affidavit of Daniel R. Fischel in Re:  Gillette Securities Litigation, United States District Court, District of Massachusetts, Civil Action No. 88-1858-K (October 7 1991).

Deposition of Daniel R. Fischel in Re:  Capital Maritime Corporation v. Amfels, Inc., Far East Levingston Shipbuilding Ltd., John B. Allison and Patrick A. McDermid, United States District Court for the Southern District of Texas Houston Division, C.A. No. H-90-3417 (September 12, 1991).

- 20 -

Deposition of Daniel R. Fischel in Re:  Thomas J. Caldarone, Jr. v. Isidore Brown, et al., and John E. Washburn, et al. v. Isidore Brown, et al., United States District Court, Northern District of Illinois, Eastern Division, Docket Nos. 80 C 6251 and 81 C 1475 (August 28, 29, and 30, 1991).

Testimony of Daniel R. Fischel in Re: Apple Securities Litigation, United States District Court, Northern District of California, Northern Division, Docket No. C-84-20148 (May 20 and 21, 1991).

Testimony of Daniel R. Fischel in Re:  The Stuart-James Co., Inc., et al. Litigation, United States of America before the Securities & Exchange Commission, in Denver, Colorado, Administrative Proceeding File No. 3-7164 (May 6, 1991).

Deposition of Daniel R. Fischel in Re:  Jennie Farber on behalf of herself and all others similarily situated v. Public Service Company of New Mexico; Jerry D. Geist; John P. Bundrant and Albert J. Robison, United States District Court for the District of New Mexico, CIV 89-456 JB WWD (April 17 and 18, 1991).

Affidavit of Daniel R. Fischel in Re:  Moise Katz, Frederick Rand, Elias Weissman, Richard D. Morgan, Marion R. Morgan and Mortimer Schulman v. Raymond A. Hay, United States District Court, Southern District of New York, No. 86 Civ. 5640 (JES) (March 29, 1991).

Deposition of Daniel R. Fischel in Re:  Standard Chartered PLC., a United Kingdom corporation, et al. v. Price Waterhouse, a general partnership, Superior Court of the State of Arizona, in and for the County of Maricopa, CV 88-34414 (March 13 and 14, 1991).

Affidavit of Daniel R. Fischel in Re:  United States of America v. AVX Corporation, and Commonwealth of Massachusetts v. AVX Corporation, United States District Court, District of Massachusetts, Civil Action Nos. 83-3882-Y and 83-3899-Y (January 29, 1991).

Deposition of Daniel R. Fischel in Re:  Apple Computer Securities, United States District Court Northern District of California, San Jose Division, No. C-84-20148 (a) JW (December 13 and 14, 1990).

Deposition of Daniel R. Fischel in Re:  Polycast Technology Corporation, and Uniroyal Plastics Acquisition Corp. v. Uniroyal, Inc., et al., United States District Court Southern District of New York, No. 87 Civ. 3297 (December 6, 1990 and November 28, 1990).

Deposition of Daniel R. Fischel in Re:  Ellen Rudd, on behalf of herself and all others similarly situated, and Mayer Corporation on behalf of themselves, and all others similarly situated, and Louis Brandt, and Israel Baker, Jay R. Kuhne, Pininfarina Corp., and American Transfer Co., on behalf of themselves and all others similarly situated v. Kirk Kerkorian, et al., Superior Court of the State of California, County of Los Angeles, Nos. CA 000980, CA 000981, CA 001017, CA 620279 (June 21, 1990).

Testimony of Daniel R. Fischel in Re:  City of San Jose v. Paine, Webber, Jackson & Curtis, Incorporated, et al., and related counter- and Third-Party Claims, United States District Court, Northern District, No. C-84-20601 RPA (May 23 and 24, 1990).

- 21 -

Deposition of Daniel R. Fischel in Re:  City of San Jose v. Paine, Webber, Jackson & Curtis, Incorporated, et al., and related counter- and Third-Party Claims, United States District Court, Northern District, No. C-84-20601 RPA (May 22, 1990), No. RPA 84-20601 (November 16, 1989 and September 8, 1989).

Testimony of Daniel R. Fischel in Re:  Kulicke and Soffa Industries, Inc. Securities Litigation, United States District Court for the Eastern District of Pennsylvania, No. 86-1656 (March 20 and 21, 1990).

Deposition of Daniel R. Fischel in Re:  Kulicke and Soffa Industries, Inc. Securities Litigation, United States District Court for the Eastern District of Pennsylvania, No. 86-1656 (March 9, 1990; December 19 and 21, 1989).

Affidavit of Daniel R. Fischel in Re:  Viacom International Inc. v. Carl C. Icahn, et al., v. Ralph M. Baruch, et al., United States District Court, Southern District of New York, No. 86 Civ. 4215 (RPP) (March 8, 1990).

Deposition of Daniel R. Fischel in Re:  Technical Equities Coordination Litigation, Superior Court of the State of California for the County of Santa Clara, Master File No. 1991, Santa Clara County Superior No. 600306 (March 1, 1990).

Deposition of Daniel R. Fischel in Re:  Amalgamated Clothing and Textile Workers Union, AFL-CIO, et al. v. David A. Murdock, et al., United States District court for the Central District of California, No. CV-86-6410 IH (February 8, 1990).

Deposition of Daniel R. Fischel in Re:  Connecticut National Life Insurance Company, et al. v. Peter A.. Sprecher and Laventhol & Horwath, United States District Court, Central District of California, No. CV 87-1945 WJR (Tx) (January 30, 1990).

Deposition of Daniel R. Fischel in Re:  Consolidated Capital Securities Litigation, United States District Court, Northern District of California, No. C-85-7332 AJZ (January 22, 1990).

Declaration of Daniel R. Fischel in Re Plaintiffs' Damages in Re:  Liquidity Fund, et al. v. Southmark Corporation, et al. in the Superior Court of the State of California for the County of San Mateo, No. 332435 (January 18, 1990).

Deposition of Daniel R. Fischel in Re:  Norman Kamerman, Shirley Brown, Edward Rosen, Lexim Investors Corp., and Dohsa Anstalt, on behalf of themselves and all others similarly situated, and Barnett Stepak v. Saul Steinberg, Reliance Group Holdings, Inc., Reliance Group, Inc., Reliance Financial Services corp., and Reliance Insurance Company, United States District Court, Southern District of New York, No. 84 Civ. 4440 (September 13, 1989).

Affidavit of Daniel R. Fischel in Re:  Edward A. Taylor, et al. v.  A. O. Smith Corporation et al., Circuit Court for Lincoln County, Tennessee, No. 098-84 (August 11, 1989).

Deposition of Daniel R. Fischel in Re:  Container Products Inc. v. Pace Industries, United States District Court, Southern District of New York, No. 88-CIV. 3549 (KMW) (July 19, 1989).

Deposition of Daniel R. Fischel in Re:  Joseph B. Moorman, et al. v. Southmark Corporation, et al., Liquidity Fund, et al. v. Southmark Corporation, et al., Superior Court of the State of California for the County of San Mateo, Nos. 322135 and 332435 (July 11, 1989).

- 22 -

Testimony of Daniel R. Fischel in Re:  Tessie Wolfson, et al. v. Frederick S. Hammer, and Meritor Financial Group, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8471 (June 20, 1989).

Deposition of Daniel R. Fischel in Re:  Richard J. Heckmann, et al. v. C. L. Ahmanson, et al., and Consolidated Cases, Superior Court of the State of California for the County of Los Angeles, Nos. CA000851 and C642081 (June 8, 1989).

Deposition of Daniel R. Fischel in Re:  Tessie Wolfson, et al. v. Frederick S. Hammer, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8472 (May 11, 1989).

Testimony of Daniel R. Fischel in Re:  Tessie Wolfson, et al. v. Frederick S. Hammer, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 87-8472 (April 13, 1989).

Deposition of Daniel R. Fischel in Re:  National Union Fire Insurance Company of Pittsburgh, PA v. Wells Fargo Bank, N.A., District Court of Harris County, Texas, 125th Judicial District, No. 88-49246 (April 10 and 11, 1989).

Deposition of Daniel R. Fischel in Re:  Susan Rothenberg, as Custodian for Stephen J. Rothenberg v. Charles E. Hurwitz, United Financial Corporation, United Savings Association of Texas, et al., United States District Court for the Southern District of Texas, Houston Division, Civil Action No. H-86-1435 (March 30, 1989).

Deposition of Daniel R. Fischel in Re:  Jose Nodar, et al. v. William Weksel, Albert Bromberg, Henry B. Turner, IV, Frank L. Bryant, Leo Kuperschmid, Bennett S. Lebow, Ernst & Whinney and Oppenheimer & Co., Inc., United States District Court, Southern District of New York, No. 84 Civ. 3870 (VLB) and consolidation case No. 84 Civ. 5132 (VLB) (December 15 and 16, 1988).

Deposition of Daniel R. Fischel in Re:  William Steiner, et al. v. Whittaker Corporation, et al., Superior Court of the State of California for the County of Los Angeles, No. CA000817 (December 7, 1988).

Deposition of Daniel R. Fischel in Re:  Arnold I. Laven, et al. v. Western Union Corporation, et al., United States District Court for the District, Western District of Washington, MDL No. 551 (August 30 and 31, 1988).

Deposition of Daniel R. Fischel in Re:  Washington Public Power Supply System Securities Litigation, United States District Court, Western District of Washington, MDL No. 551 (August 16 and 22, 1988).

Affidavit of Daniel R. Fischel in Re:  District Business Conduct Committee for District No. 3 v. Blinder, Robinson & Company Inc., et al., National Association of Securities Dealers, Inc. National Business Conduct Committee, Complaint No. DEN-666 (July 21, 1988).

Deposition of Daniel R. Fischel in Re:  Joseph Seidman, et al. v. Stauffer Chemical Company, et al, United States District Court for the District of Connecticut, No. B 84-543 (TFGD) (June 10, 1988 and May 5, 1987).

- 23 -

Deposition of Daniel R. Fischel in Re:  Edlin Cattle Co., Inc., and James Edlin v. A. O. Smith Harvestore Products, Inc., et al., United States District Court for the Northern District of Texas, Amarillo Division, No. CA-2-86-0122 (May 12, 1988).

Deposition of Daniel R. Fischel in Re:  MicroPro Securities Litigation, United States District Court for the Northern District of California, No. C-85-7428-EFL (A) (May 2, 1988).

Affidavit of Daniel R. Fischel in Re:  Pizza Time Theatre Securities Litigation, United States District Court for the Northern District of California, Civil File No. 84-20048-(A)-RPA (March 25, 1988).

Affidavit of Daniel R. Fischel and Robert A. Sherwin in Re:  First National Bank of Louisville v. Brooks Farms, and George C. Brooks, et al., Third-Party Plaintiffs v. A. O. Smith Corporation, et al., Circuit Court for Maury County, Tennessee, No. 2058 (March 3, 1988).

Testimony of Daniel R. Fischel in Re:  Nucorp Energy Securities Litigation, United States District Court for the Southern District of California, M.D.L. 514 (March 15, 16, 17, and 18, 1988).

Deposition of Daniel R. Fischel in Re:  Nucorp Energy Securities Litigation, United States District Court for the Southern District of California, M.D.L. 514 (January 27, 1988).

Deposition of Daniel R Fischel in Re:  Anheuser-Busch Companies, Inc. v. W. Paul Thayer, et al., United States District Court for the Northern District of Texas, Dallas Division, No. CA-3-85-0794-R (January 21, 1988; December 4, 1987; and November 5, 1987).

Testimony of Daniel R. Fischel in Re:  Securities and Exchange Commission v. First City Finance Corporation Ltd., and Marc Belzberg, United States District Court for the District of Columbia, Civil Action No. 86-2240 (December 18, 1987).

Testimony of Daniel R. Fischel in Re. The Irvine Company v. Athalie Irvine Smith and Athalie R. Clarke, Trustee, State of Michigan Circuit Court for the county of Oakland, Civil Action No. 8327011-CZ (December 14, 15, and 16, 1987).

Deposition of Daniel R. Fischel in Re:  Securities and Exchange Commission v. First City Finance Corporation, Ltd. and Marc Belzberg, United States District Court for the District of Columbia, Civil Action No. 86-2240 (December 11, 1987).

Affidavit of Daniel R. Fischel in Re:  Gerald D. Broder and Constance D. Broder v. Alphonse H. Bellac and William B. Weinberger v. Combustion Equipment Associates, Inc., et al., and William B. Weinberger v. Coopers & Lybrand, United States District Court for the Southern District of New York, 80 CIV 6175 (CES) 80 CIV 6839 (CES) 84 CIV 8217 (CES) (July 22, 1987).

Deposition of Daniel R. Fischel in Re:  The Irvine Company v. Athalie Irvine Smith and Athalie R. Clarke, Trustee, State of Michigan, Circuit Court for the County of Oakland, Civil Action No. 83270011-CZ (June 1, 1987).

Deposition of Daniel R. Fischel in Re:  Fortune Systems Securities Litigation, United States District for the Northern District of California, Master File No. 83-3348A-WHO (May 7, 1987).

Deposition of Daniel R. Fischel in Re: <u>Victor Technologies Securities Litigation</u>, United States District Court for the Northern District of California, Master File No. C-83-3906(A)-RFP (FW) (January 8, 1987 and October 30, 1986).

Reply Declaration of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment in Re: <u>Activision Securities Litigation</u>, United States District Court for the Northern District of California, Master File No. C-83-4639(A)-MHP (October 27, 1986).

Testimony of Daniel R. Fischel in Re: <u>NVHomes, L.P.</u> v. <u>Ryan Homes, Inc.</u>; and <u>Ryan Homes, Inc.</u> v. <u>NVHomes, L.P., et al.</u>, United States District Court for the Western District of Pennsylvania, Civil Action No. 86-2139 (October 24, 1986).

Supplemental Affidavit of Daniel R. Fischel in Re: <u>NVHomes, L.P.</u> v. <u>Ryan Homes, Inc.</u>; and <u>Ryan Homes, Inc.</u> v. <u>NVHomes, L.P. and NVAcquisition L.P., et al.</u>, United States District Court the Western District of Pennsylvania, Civil Action No. 86-2139 (October 24, 1986).

Affidavit of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment in Re: <u>Activision Securities Litigation</u>, United States District Court for the Northern District of California, Master File No. C-86-2139 (October 20, 1986).

Declaration of Daniel R. Fischel in Support of the Motion by the Activision Defendants for Summary Judgment in Re: <u>Activision Securities Litigation</u>, United States District Court for the Northern District of California, Master File No. C-83-4639(A)-MHP (October 2, 1986).

Affidavit in Support of Defendants Motion for Summary Judgment in Re: <u>MCorp Securities Litigation</u>, United States Court for the Southern District of Texas, Civil Action No. H-85-5894 (September 25, 1986).

Deposition of Daniel R. Fischel in Re: <u>Activision Securities Litigation</u>, United States District Court for the Northern District of California, No. C 83 4639 (August 18 and 19, 1986).

Deposition of Daniel R. Fischel in Re: <u>John Mancino</u> v. <u>James A. McMaghan, et al.</u>, United States District Court for the Northern District of California, Civil No. C-84-0407-TEH (August 14, 1986).

Testimony of Daniel R. Fischel in Re: <u>Charles W. Leigh, et al. and George Johnson, et al.</u> v. <u>Clyde William Engle, et al.</u>, United States District Court for the Northern District of Illinois, Eastern Division, Case No. 78 C 3799 (August 1, 1986).

Reply Affidavit of Daniel R. Fischel in Re: <u>The Amalgamated Sugar Company</u> v. <u>NL Industries</u>, United States District Court for the Southern District of New York, 86 Civ. 5010 (VLB) (July 28, 1986).

Affidavit of Daniel R. Fischel in Re: <u>The Amalgamated Sugar Company</u> v. <u>NL Industries</u>, United States District Court for the Southern District of New York, 86 Civ. 5010 (VLB) (July 18, 1986).

Deposition of Daniel R. Fischel in Re: <u>Charles W. Leigh, et al. and George Johnson, et al.</u> v. <u>Clyde William Engle, et al.</u>, United States District Court for the Northern District of Illinois, Eastern Division, Case No. 78 C 3799 (July 1, 1986).

- 25 -

Deposition of Daniel R. Fischel in Re:  Seafirst Corporation v. William M. Jenkins, et al.; and Seafirst Corporation v. John R. Boyd, et al., United States District Court for the Western District of Washington at Seattle, Case No. C83-771R (February 27, 1986).

Deposition of Daniel R. Fischel in Re:  Kreindler v. Sambo's Restaurants, Inc., United States District Court for the Southern District of New York, Case No. 79 Civ. 4538 (December 17, 1985).

Affidavit of Daniel R. Fischel in Re:  United States of America v. S. Richmond Dole and Clark J. Matthews II (March 19, 1985).

Deposition of Daniel R. Fischel in Re:  Craig T. McFarland, et al. v. Memorex Corporation, United States District Court for the Northern District of California, No. C 79-2926-WAI, C 79-2007-WAI, C 79-241-WAI (February 26, 1985; January 29 and 30, 1985).

Testimony of Daniel R. Fischel in Re:  Robert J. Lawrence v. Grumman Corp. Pension Plan, et al., United States District Court for the Eastern District of New York, No. CV-81-3530 (December 19, 1983).

Testimony of Daniel R. Fishel in Re:  Telvest, Inc. v. Junie L. Bradshaw, et al. and American Furniture Company, United States District Court, for the Eastern District of Virginia Richmond Division, No. CA-79-0722-R (December 4, 1981).

## OTHER ACTIVITIES

Member, American Economic Association, American Finance Association.

Member, Board of Directors, Center for the Economy and the State.

Former member, Mid-America Institute Task Force on Stock Market Collapse.

Have acted as a consultant and/or advisor to the New York Stock Exchange, the National Association of Securities Dealers, the Chicago Board of Trade, the Federal Trade Commission, the Department of Labor, the Securities and Exchange Commission, the Canadian Securities and Exchange Commission, the United States Department of Justice, the Federal Deposit Insurance Corporation, and the Office of Thrift Supervision.

Referee, Journal of Financial Economics, Journal of Law and Economics, Journal of Legal Studies.

Participant and speaker at multiple conferences on the Economics of Corporate, Securities and Commodities Law and the Regulation of Financial Markets.

Former Chairman, American Association of Law Schools' Section on Law and Economics.

# Exhibit 429

Morningstar Equity Research



# Tesla Inc TSLA (NAS) | ★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Industry Group |
|---|---|---|---|---|---|---|
| 355.49 USD | 179.00 USD | Very High | None | Positive | Standard | Autos |

## Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain

David Whiston, CFA, CPA, CFE
Sector Strategist
david.whiston@morningstar.com
+1 312 384 5442

**Important Disclosure**

The conduct of Morningstar's analysts is governed by Code of Ethics/Code of Conduct Policy, Personal Security Trading Policy (or an equivalent of), and Investment Research Policy. For information regarding conflicts of interest, visit http://global.morningstar.com/equitydisclosures

The primary analyst covering this company does not own stock.

Research as of 13 Aug 2018
Estimates as of 01 Aug 2018
Pricing data through 10 Aug 2018 00:00
Rating updated as of 10 Aug 2018 00:00

Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

**Contents**

Analyst Note                          1
Morningstar Analyst Forecasts         4
Methodology for Valuing Companies     8

**Analyst Note**    13 Aug 2018

Tesla CEO Elon Musk issued a blog post Aug. 13 that states he is still gauging shareholder interest in Tesla going private at $420 a share, but our impression of his words is that he thinks it can happen, and we agree. Tesla's board still must receive a formal proposal and then will have to evaluate it, so we think a deal will not happen this week but will eventually be announced. Musk also said the Saudi Arabian sovereign wealth fund has taken almost a 5% stake in Tesla, and he met with it recently about going private. All shareholders would have the choice of having their stock bought out at $420 a share or remaining invested in a private Tesla. We speculate that retail investors may have their equity moved to a publicly traded special-purpose vehicle while accredited investors would only be able to buy or sell shares every six months.

We are maintaining our fair value estimate. We have changed our thinking since our Aug. 7 note and will not be raising our fair value estimate to the deal price. We normally would increase our valuation to a probability-weighted average of the offered price and our intrinsic value. However, Tesla's possible buyout is abnormal in that equityholders have the option to remain equityholders in a private Tesla, or at least own a special-purpose vehicle that would in turn own private Tesla, so we view this deal as similar to a tender offer. We see Tesla's equity ownership merely transferring to a different vehicle rather than going away as in a traditional buyout, so we do not see a deal changing our opinion of the intrinsic value of Tesla's publicly traded stock.

We think $420 is way too high a value, given our $179 fair value estimate. To generate a $420 per share valuation in our discounted cash flow model, we would need to almost triple our current projection for 2027 midcycle EBIT margin from 9% to nearly 23%. If someone wants to overpay,

### Vital Statistics

| | |
|---|---|
| Market Cap (USD Mil) | 60,644 |
| 52-Week High (USD) | 389.61 |
| 52-Week Low (USD) | 244.59 |
| 52-Week Total Return % | 0.0 |
| YTD Total Return % | 14.2 |
| Last Fiscal Year End | 31 Dec 2017 |
| 5-Yr Forward Revenue CAGR % | 33.0 |
| 5-Yr Forward EPS CAGR % | — |
| Price/Fair Value | 1.99 |

### Valuation Summary and Forecasts

| Fiscal Year: | 2016 | 2017 | 2018(E) | 2019(E) |
|---|---|---|---|---|
| Price/Earnings | NM | NM | NM | 98.7 |
| EV/EBITDA | 115.2 | — | 144.1 | 25.7 |
| EV/EBIT | NM | — | NM | NM |
| Free Cash Flow Yield % | -1.8 | — | -3.1 | 0.0 |
| Dividend Yield % | — | — | — | — |

### Financial Summary and Forecasts (USD Mil)

| Fiscal Year: | 2016 | 2017 | 2018(E) | 2019(E) |
|---|---|---|---|---|
| Revenue | 7,000 | 11,759 | 21,009 | 28,775 |
| Revenue YoY % | 73.0 | 68.0 | 78.7 | 37.0 |
| EBIT | -652 | -1,632 | -1,405 | -150 |
| EBIT YoY % | -9.1 | 150.5 | -13.9 | -89.3 |
| Net Income, Adjusted | -414 | -1,436 | -797 | 646 |
| Net Income YoY % | -40.1 | 247.0 | -44.5 | -181.1 |
| Diluted EPS | -2.87 | -8.66 | -4.69 | 3.60 |
| Diluted EPS YoY % | -46.8 | 201.9 | -45.9 | -176.7 |
| Free Cash Flow | -916 | -3,697 | -2,041 | -603 |
| Free Cash Flow YoY % | -46.4 | 303.7 | -44.8 | -70.5 |

Historical/forecast data sources are Morningstar Estimates and may reflect adjustments. Analyst Note: Operating income includes stock based comp expense but EPS excludes stock option expense.

### Profile

Founded in 2003 and based in Palo Alto, California, Tesla is a vertically integrated sustainable energy company that also aims to transition the world to electric mobility by making electric vehicles. It sells solar panels and solar roofs for energy generation plus batteries for stationary storage for residential and commercial properties including utilities. The Tesla Roadster debuted in 2008, Model S in 2012, Model X in 2015, and Model 3 in 2017. Global deliveries in 2017 were 103,184 units. Tesla went public in 2010 and employs about 40,000 people.

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

Morningstar Equity Research



# Tesla Inc TSLA (NAS) | ★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Industry Group |
|---|---|---|---|---|---|---|
| 355.49 USD | 179.00 USD | Very High | None | Positive | Standard | Autos |

however, we can't say it's a bad deal for shareholders.

In an Aug. 7 employee email, Musk said he wants to be free of the pressure of quarterly earnings, wild swings in stock prices that hurt all employees since they are shareholders, and attacks by short sellers. He also said going private is the best path forward so Tesla can focus only on growing for the long term, and we agree. Musk expects he will continue to own about 20% of a private Tesla, similar to his present stake. We like this arrangement because unlike normal buyouts, Tesla's deal, if it happens, allows current shareholders to still profit from any appreciation in Tesla's market value over time despite it going private. In the Aug. 7 email, he also said it will probably make sense for Tesla to go public again once its growth is slower and more predictable.

Issues around regulatory approval come to mind because it is unclear how Tesla will allow retail investors who are not accredited investors to own stakes in a private Tesla. That issue is why we think the special-purpose vehicle Musk pointed to in the Aug. 7 email may have to be publicly traded. The investment by investors from the Middle East and China could trigger pushback from the Trump administration on national security grounds, given Tesla's artificial intelligence and autonomous vehicle research, or just from the administration possibly not wanting nations from this part of the world to own a large stake in a U.S. automaker. We also are not clear on the fate of Tesla's existing $10.9 billion of debt, $7.7 billion of which is recourse debt. Several billion dollars of Tesla's bonds are redeemable for cash at the holder's option in a change-of-control situation. It is unclear if this buyout would be a change of control, given that equityholders do not have to sell. We think investors financing the buyout will bring new equity capital and possibly retire all of Tesla's existing debt. In addition, while leverage may remain conservative early on, the company could be recapitalized and see significant leverage added

back later in the transaction lifecycle, a common practice across the private equity space, according to our PitchBook team that focuses on private market transactions. Musk said in the Aug. 13 blog post on the Tesla website that most of the funding would be equity capital because he does not think it's a good idea to "burden Tesla with significantly increased debt." We agree with that statement as we already are uncomfortable with Tesla's debt levels. Shareholders in public Tesla would be diluted to remain invested with Musk once Tesla is private. Tesla has issued stock almost every year since its June 2010 initial public offering, so we do not think investors will place much concern on new dilution to go private.

Investors in public Tesla considering staying in private Tesla will in our view face the same execution risks Tesla has now--that is, whether it can fund its growth ambitions while also eventually making a high number of vehicles at a profit. If buyout funding takes the form of debt, then we think Tesla will probably continue to have significant balance sheet risk. The difference for the public accredited investor now is that once Tesla is private, daily liquidity will be gone. Our PitchBook analysts think Musk's liquidity plan makes a lot of sense. They believe the liquidity window to which Musk's plan alluded does not seem different from the standard liquidity that Nasdaq Private Market and other sources have been facilitating for private companies on a regular basis, although not daily. The practice has become more common, and we point to the ability for Lyft, Spotify, and Uber to facilitate private secondary liquidity for shareholders as good examples. We stress, however, that Nasdaq Private Market liquidity for Tesla would be determined by Tesla and would probably be for time windows to buy or sell every six months, based on language in Musk's Aug. 7 email to employees posted on Tesla's website.

Musk in an Aug. 7 tweet said, "Investor support is confirmed. Only reason why this is not certain is that it's contingent on

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

... 

Morningstar Equity Research



# Tesla Inc TSLA (NAS) | ★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Industry Group |
|---|---|---|---|---|---|---|
| 355.49 USD | 179.00 USD | Very High | None | Positive | Standard | Autos |

a shareholder vote." We think this statement means Musk believes he has enough votes to go private. Musk also said in the Aug. 13 blog post that he estimates about two thirds of shareholders would go private and therefore not sell at $420. It sounds to us that he is not done talking to shareholders to gauge interest, but his estimate of about 66% of shareholders not tendering is not far off from our own assumption of 60%. We expect a deal, if announced, would be approved, and we estimate about 40% of shareholders will sell their shares at $420 or whatever a deal price ends up being, mostly due to their own mandates on not being able to hold private stock or caps on illiquid securities. This assumption puts the shareholder buyout price at $28.7 billion, by our calculation. We think most shareholders believe in Musk and want to remain invested with him. The six largest shareholders (Musk, Fidelity, Baillie Gifford, T. Rowe Price, TenCent, and the Saudi Arabia sovereign wealth fund) own about 53% of the stock by our estimates. We'd expect all these owners to not sell any of their stock because we think they believe Tesla can be far bigger than it is today. We do expect some forced selling from entities that cannot own private companies, such as index funds or some exchange-traded funds, but we think most Tesla retail and institutional shareholders are very loyal and patient with Musk and will want to remain invested. We think if the deal fails to happen, it would be due to regulatory issues mentioned earlier rather than lack of available capital. Musk said the Saudi sovereign wealth fund has been meeting with him since early 2017, trying to get him to take Tesla private, and at a July 31 meeting this year expressed regret to Musk that he has not taken it up on its offer. We assume the Saudis would put up sizable capital to help fund the deal and that is why Musk's first Aug. 7 tweet on a buyout said, "funding secured."

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

Morningstar Equity Research



# Tesla Inc TSLA (NAS) | ★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Industry Group |
|---|---|---|---|---|---|---|
| 355.49 USD | 179.00 USD | Very High | None | Positive | Standard | Autos |

## Morningstar Analyst Forecasts

### Financial Summary and Forecasts

Fiscal Year Ends in December

| Growth (% YoY) | 3-Year Hist. CAGR | 2015 | 2016 | 2017 | 2018 | 2019 | 5-Year Proj. CAGR |
|---|---|---|---|---|---|---|---|
| | | | | | *Forecast* | | |
| Revenue | 48.4 | 12.4 | 73.0 | 68.0 | 78.7 | 37.0 | 33.0 |
| EBIT | — | 589.0 | -9.1 | 150.5 | -13.9 | -89.3 | — |
| EBITDA | -68.7 | -329.9 | -200.5 | -98.7 | 12,301.8 | 461.4 | 334.8 |
| Net Income | -517.0 | -3,590.1 | -40.1 | 247.0 | -44.5 | -181.1 | — |
| Diluted EPS | -496.3 | -3,971.8 | -46.8 | 201.9 | -45.9 | -176.7 | — |
| Earnings Before Interest, after Tax | — | 562.6 | -5.1 | 83.8 | 36.1 | -89.3 | — |
| Free Cash Flow | — | 58.8 | -46.4 | 303.7 | -44.8 | -70.5 | — |

| Profitability | 3-Year Hist. Avg | 2015 | 2016 | 2017 | 2018 | 2019 | 5-Year Proj. Avg |
|---|---|---|---|---|---|---|---|
| Operating Margin % | -13.6 | -17.7 | -9.3 | -13.9 | -6.7 | -0.5 | -0.1 |
| EBITDA Margin % | -1.0 | -7.3 | 4.2 | 0.0 | 2.3 | 9.5 | 10.5 |
| Net Margin % | -11.7 | -17.1 | -5.9 | -12.2 | -3.8 | 2.3 | 2.6 |
| Free Cash Flow Margin % | -28.9 | -42.2 | -13.1 | -31.4 | -9.7 | -2.1 | -0.8 |
| ROIC % | -11.1 | -18.4 | -6.1 | -8.8 | -6.1 | -0.1 | 1.7 |
| Adjusted ROIC % | -11.1 | -18.4 | -6.1 | -8.8 | -6.1 | -0.1 | 1.7 |
| Return on Assets % | -8.7 | -13.4 | -5.0 | -7.6 | -5.9 | -1.7 | -0.8 |
| Return on Equity % | -49.2 | -78.1 | -25.9 | -43.6 | -48.3 | -15.6 | -6.5 |

| Leverage | 3-Year Hist. Avg | 2015 | 2016 | 2017 | 2018 | 2019 | 5-Year Proj. Avg |
|---|---|---|---|---|---|---|---|
| Debt/Capital | 0.67 | 0.70 | 0.60 | 0.71 | 0.80 | 0.75 | 0.75 |
| Total Debt/EBITDA | 882.81 | -9.01 | 24.09 | 2,633.36 | 21.65 | 4.59 | 6.60 |
| EBITDA/Interest Expense | -0.33 | -2.47 | 1.49 | 0.01 | 0.78 | 4.36 | 6.43 |

### Valuation Summary and Forecasts

| | 2016 | 2017 | 2018(E) | 2019(E) |
|---|---|---|---|---|
| Price/Fair Value | 1.21 | 1.53 | | |
| Price/Earnings | NM | NM | NM | 98.7 |
| EV/EBITDA | 115.2 | — | 144.1 | 25.7 |
| EV/EBIT | NM | — | NM | NM |
| Free Cash Flow Yield % | -1.8 | | -3.1 | 0.0 |
| Dividend Yield % | — | — | — | — |

### Key Valuation Drivers

| | |
|---|---|
| Cost of Equity % | 11.0 |
| Pre-Tax Cost of Debt % | 8.0 |
| Weighted Average Cost of Capital % | 9.9 |
| Long-Run Tax Rate % | 20.0 |
| Stage II EBI Growth Rate % | 11.5 |
| Stage II Investment Rate % | 57.5 |
| Perpetuity Year | 11 |

Additional estimates and scenarios available for download at http://select.morningstar.com.

### Discounted Cash Flow Valuation

| | USD Mil | Firm Value (%) | Per Share Value |
|---|---|---|---|
| Present Value Stage I | 4,363 | 13.4 | 25.66 |
| Present Value Stage II | 1,021 | 3.1 | 6.00 |
| Present Value Stage III | 27,120 | 83.4 | 159.53 |
| **Total Firm Value** | **32,504** | **100.0** | **191.20** |
| | | | |
| Cash and Equivalents | 3,368 | — | 19.81 |
| Debt | -10,315 | — | -60.68 |
| Preferred Stock | — | — | — |
| Other Adjustments | 3,082 | — | 18.13 |
| **Equity Value** | **28,638** | **—** | **168.46** |
| | | | |
| Projected Diluted Shares | 170 | | |
| | | | |
| **Fair Value per Share (USD)** | **179.00** | | |

The data in the table above represent base-case forecasts in the company's reporting currency as of the beginning of the current year. Our fair value estimate may differ from the equity value per share shown above due to our time value of money adjustment and in cases where probability-weighted scenario analysis is performed.

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

Morningstar Equity Research



# Tesla Inc TSLA (NAS) | ★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Industry Group |
|---|---|---|---|---|---|---|
| 355.49 USD | 179.00 USD | Very High | None | Positive | Standard | Autos |

## Morningstar Analyst Forecasts

**Income Statement** (USD Mil)
Fiscal Year Ends in December

| | | | | Forecast | |
|---|---|---|---|---|---|
| | 2015 | 2016 | 2017 | 2018 | 2019 |
| **Revenue** | **4,046** | **7,000** | **11,759** | **21,009** | **28,775** |
| | | | | | |
| Cost of Goods Sold | 3,103 | 5,370 | 9,492 | 16,395 | 21,172 |
| **Gross Profit** | **943** | **1,630** | **2,266** | **4,614** | **7,603** |
| | | | | | |
| Selling, General & Administrative Expenses | 833 | 1,267 | 2,271 | 3,015 | 3,725 |
| Research & Development | 629 | 680 | 1,160 | 2,059 | 2,734 |
| Employee Compensation & Benefits | 198 | 334 | 467 | 945 | 1,295 |
| Depreciation & Amortization (if reported separately) | — | — | — | — | — |
| **Operating Income (ex charges)** | **-717** | **-652** | **-1,632** | **-1,405** | **-150** |
| | | | | | |
| Restructuring & Other Cash Charges | — | 16 | — | — | — |
| Impairment Charges (if reported separately) | — | — | — | — | — |
| Other Non-Cash (Income)/Charges | — | — | — | — | — |
| **Operating Income (incl charges)** | **-717** | **-667** | **-1,632** | **-1,405** | **-150** |
| | | | | | |
| Interest Expense | 119 | 199 | 471 | 620 | 626 |
| Interest Income | 2 | 9 | 20 | 5 | 5 |
| **Pre-Tax Income** | **-834** | **-858** | **-2,084** | **-2,020** | **-771** |
| | | | | | |
| Income Tax Expense | 13 | 27 | 32 | -202 | -77 |
| | | | | | |
| Other After-Tax Cash Gains (Losses) | — | — | — | — | — |
| Other After-Tax Non-Cash Gains (Losses) | -42 | 121 | 154 | 170 | 175 |
| (Minority Interest) | — | — | — | — | — |
| (Preferred Dividends) | — | — | — | — | — |
| **Net Income** | **-889** | **-764** | **-1,961** | **-1,648** | **-519** |
| | | | | | |
| Weighted Average Diluted Shares Outstanding | 128 | 144 | 166 | 170 | 180 |
| **Diluted Earnings Per Share** | **-6.93** | **-5.30** | **-11.83** | **-9.69** | **-2.89** |
| | | | | | |
| Adjusted Net Income | -691 | -414 | -1,436 | -797 | 646 |
| **Diluted Earnings Per Share (Adjusted)** | **-5.39** | **-2.87** | **-8.66** | **-4.69** | **3.60** |
| | | | | | |
| Dividends Per Common Share | — | — | — | — | — |
| | | | | | |
| **EBITDA** | **-294** | **280** | **4** | **486** | **2,727** |
| **Adjusted EBITDA** | **-294** | **296** | **4** | **486** | **2,727** |

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Morningstar Equity Research

# Tesla Inc TSLA (NAS) | ★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Industry Group |
|---|---|---|---|---|---|---|
| 355.49 USD | 179.00 USD | Very High | None | Positive | Standard | Autos |

## Morningstar Analyst Forecasts

**Balance Sheet** (USD Mil)
Fiscal Year Ends in December

| | 2015 | 2016 | 2017 | 2018 *Forecast* | 2019 *Forecast* |
|---|---|---|---|---|---|
| Cash and Equivalents | 1,197 | 3,393 | 3,368 | *1,116* | *4,108* |
| Investments | — | — | — | — | — |
| Accounts Receivable | 169 | 499 | 515 | *1,151* | *1,577* |
| Inventory | 1,278 | 2,067 | 2,264 | *4,043* | *5,220* |
| Deferred Tax Assets (Current) | — | — | — | — | — |
| Other Short Term Assets | 170 | 568 | 865 | *865* | *865* |
| **Current Assets** | **2,814** | **6,528** | **7,012** | **7,175** | **11,770** |
| | | | | | |
| Net Property Plant, and Equipment | 3,403 | 11,903 | 16,375 | *16,964* | *18,117* |
| Goodwill | — | — | 60 | *120* | *180* |
| Other Intangibles | 13 | 376 | 362 | *367* | *372* |
| Deferred Tax Assets (Long-Term) | — | — | — | — | — |
| Other Long-Term Operating Assets | 1,791 | 3,134 | 4,117 | *1,528* | *1,681* |
| Long-Term Non-Operating Assets | 47 | 723 | 730 | *900* | *1,075* |
| **Total Assets** | **8,068** | **22,664** | **28,655** | **27,054** | **33,195** |
| | | | | | |
| Accounts Payable | 916 | 1,860 | 2,390 | *4,267* | *5,510* |
| Short-Term Debt | 628 | 1,150 | 897 | *1,100* | *1,100* |
| Deferred Tax Liabilities (Current) | — | — | — | — | — |
| Other Short-Term Liabilities | 1,267 | 2,817 | 4,388 | *4,478* | *5,374* |
| **Current Liabilities** | **2,811** | **5,827** | **7,675** | **9,845** | **11,984** |
| | | | | | |
| Long-Term Debt | 2,021 | 5,970 | 9,418 | *9,418* | *11,418* |
| Deferred Tax Liabilities (Long-Term) | — | — | — | — | — |
| Other Long-Term Operating Liabilities | 1,740 | 3,062 | 3,487 | *1,224* | *1,591* |
| Long-Term Non-Operating Liabilities | 365 | 1,891 | 2,443 | *2,443* | *2,443* |
| **Total Liabilities** | **6,937** | **16,750** | **23,023** | **22,930** | **27,436** |
| | | | | | |
| Preferred Stock | — | — | — | — | — |
| Common Stock | 0 | 0 | 0 | *0* | *0* |
| Additional Paid-in Capital | 3,409 | 7,774 | 9,178 | *9,178* | *11,178* |
| Retained Earnings (Deficit) | -2,322 | -2,997 | -4,974 | *-6,622* | *-7,141* |
| (Treasury Stock) | — | — | — | — | — |
| Other Equity | 44 | -15 | 33 | *33* | *33* |
| **Shareholder's Equity** | **1,131** | **4,762** | **4,237** | **2,589** | **4,070** |
| | | | | | |
| Minority Interest | — | 1,152 | 1,395 | *1,535* | *1,688* |
| **Total Equity** | **1,131** | **5,914** | **5,632** | **4,124** | **5,758** |

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

Morningstar Equity Research



# Tesla Inc TSLA (NAS) | ★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Industry Group |
|---|---|---|---|---|---|---|
| 355.49 USD | 179.00 USD | Very High | None | Positive | Standard | Autos |

## Morningstar Analyst Forecasts

**Cash Flow** (USD Mil)

Fiscal Year Ends in December

| | 2015 | 2016 | 2017 | Forecast 2018 | Forecast 2019 |
|---|---|---|---|---|---|
| Net Income | -889 | -773 | -2,241 | *-1,648* | *-519* |
| | | | | | |
| Depreciation | 423 | 947 | 1,636 | *1,891* | *2,877* |
| Amortization | — | — | — | — | — |
| Stock-Based Compensation | 198 | 334 | 467 | *945* | *1,295* |
| Impairment of Goodwill | — | — | — | — | — |
| Impairment of Other Intangibles | — | — | — | — | — |
| Deferred Taxes | — | — | — | — | — |
| Other Non-Cash Adjustments | 237 | 62 | 574 | *-170* | *-175* |
| | | | | | |
| (Increase) Decrease in Accounts Receivable | 46 | -217 | -25 | *-636* | *-426* |
| (Increase) Decrease in Inventory | -1,574 | -2,466 | -1,701 | *-1,779* | *-1,178* |
| Change in Other Short-Term Assets | -54 | 7 | -88 | *5* | *5* |
| Increase (Decrease) in Accounts Payable | 263 | 751 | 388 | *1,877* | *1,243* |
| Change in Other Short-Term Liabilities | 1,394 | 2,000 | 1,440 | *90* | *896* |
| **Cash From Operations** | **44** | **646** | **451** | ***576*** | ***4,019*** |
| | | | | | |
| (Capital Expenditures) | -1,635 | -1,281 | -3,415 | *-2,450* | *-4,000* |
| Net (Acquisitions), Asset Sales, and Disposals | -12 | 214 | -115 | *-100* | *-100* |
| Net Sales (Purchases) of Investments | — | 17 | — | — | — |
| Other Investing Cash Flows | -26 | -366 | -890 | *325* | *214* |
| **Cash From Investing** | **-1,674** | **-1,416** | **-4,419** | ***-2,225*** | ***-3,886*** |
| | | | | | |
| Common Stock Issuance (or Repurchase) | 750 | 1,702 | 400 | — | *2,000* |
| Common Stock (Dividends) | — | — | — | — | — |
| Short-Term Debt Issuance (or Retirement) | — | — | — | *203* | — |
| Long-Term Debt Issuance (or Retirement) | 319 | 2,853 | 7,138 | — | *2,000* |
| Other Financing Cash Flows | -114 | -1,580 | -3,635 | *-806* | *-1,141* |
| **Cash From Financing** | **955** | **2,974** | **3,904** | ***-602*** | ***2,859*** |
| | | | | | |
| Exchange Rates, Discontinued Ops, etc. (net) | -34 | -7 | 39 | — | — |
| **Net Change in Cash** | **-709** | **2,196** | **-25** | ***-2,252*** | ***2,992*** |

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

# Research Methodology for Valuing Companies

**Qualitative Equity Research Overview**

At the heart of our valuation system is a detailed projection of a company's future cash flows, resulting from our analysts' research. Analysts create custom industry and company assumptions to feed income statement, balance sheet, and capital investment assumptions into our globally standardized, proprietary discounted cash flow, or DCF, modeling templates. We use scenario analysis, in-depth competitive advantage analysis, and a variety of other analytical tools to augment this process. We believe this bottom-up, long-term, fundamentally based approach allows our analysts to focus on long-term business drivers, which have the greatest valuation impact, rather than short-term market noise.

Morningstar's equity research group ("we," "our") believes that a company's intrinsic worth results from the future cash flows it can generate. The Morningstar Rating for stocks identifies stocks trading at an uncertainty-adjusted discount or premium to their intrinsic worth—or fair value estimate, in Morningstar terminology. Five-star stocks sell for the biggest risk-adjusted discount to their fair values whereas 1-star stocks trade at premiums to their intrinsic worth.

Four key components drive the Morningstar rating: (1) our assessment of the firm's economic moat, (2) our estimate of the stock's fair value, (3) our uncertainty around that fair value estimate and (4) the current market price. This process ultimately culminates in our single-point star rating.

**1. Economic Moat**

The concept of an economic moat plays a vital role not only in our qualitative assessment of a firm's long-term investment potential, but also in the actual calculation of our fair value estimates. An economic moat is a structural feature that allows a firm to sustain excess profits over a long period of time. We define excess economic profits as returns on invested capital (or ROIC) over and above our estimate of a firm's cost of capital, or weighted average cost of capital (or WACC). Without a moat, profits are more susceptible to competition. We have identified five sources of economic moats:

intangible assets, switching costs, network effect, cost advantage, and efficient scale.

Companies with a narrow moat are those we believe are more likely than not to achieve normalized excess returns for at least the next 10 years. Wide-moat companies are those in which we have very high confidence that excess returns will remain for 10 years, with excess returns more likely than not to remain for at least 20 years. The longer a firm generates economic profits, the higher its intrinsic value. We believe low-quality no-moat companies will see their normalized returns gravitate toward the firm's cost of capital more quickly than companies with moats.

To assess the direction of the underlying competitive advantages, analysts perform ongoing assessments of the moat trend. A firm's moat trend is positive in cases where we think its sources of competitive advantage are growing stronger; stable where we don't anticipate changes to competitive advantages over the next several years; or negative when we see signs of deterioration.

All the moat and moat trend ratings undergo periodic review and any changes must be approved by the Morningstar Economic Moat Committee, comprised of senior members of Morningstar's equity research department.

**2. Estimated Fair Value**

Combining our analysts' financial forecasts with the firm's economic moat helps us assess how long returns on invested capital are likely to exceed the firm's cost of capital. Returns of firms with a wide economic moat rating are assumed to fade to the perpetuity period over a longer period of time than the returns of narrow-moat firms, and both will fade slower than no-moat firms, increasing our estimate of their intrinsic value.

Our model is divided into three distinct stages:

**Stage I: Explicit Forecast**

In this stage, which can last five to 10 years, analysts make full financial statement forecasts, including items such as revenue, profit margins, tax rates, changes in working-capital accounts, and capital spending. Based on these projections, we calculate earnings before interest, after taxes, or EBI, and the net new investment, or NNI, to derive our annual free cash flow forecast.

**Stage II: Fade**

The second stage of our model is the period it will take the company's return on new invested capital—the return on capital of the next dollar invested ("RONIC")—to decline (or rise) to its cost of capital. During the Stage II period, we use a formula to approximate cash flows in lieu of explicitly modeling the income statement, balance sheet, and cash flow statement as we do in Stage I. The length of the second stage depends on the strength of the company's economic moat. We forecast this period to last anywhere from one year (for companies with no economic moat) to 10–15 years or more (for wide-moat companies). During this period, cash flows are forecast using four assumptions: an average growth rate for EBI over the period, a normalized investment rate, average return on new invested capital, or RONIC, and the number of years until perpetuity, when excess returns cease. The investment rate and return on new invested capital decline until the perpetuity stage is reached. In the case of firms that do not earn their cost of capital, we assume marginal ROICs rise to the firm's cost of capital (usually attributable to less reinvestment), and we may truncate the second stage.

**Stage III: Perpetuity**

Once a company's marginal ROIC hits its cost of capital, we calculate a continuing value, using a standard perpetuity formula. At perpetuity, we assume that any growth or decline or investment in the business neither creates nor destroys value and that any new investment provides a return in line with estimated WACC.

Because a dollar earned today is worth more than a dollar earned tomorrow, we discount our projections of cash flows in stages I, II, and III to arrive at a total present value of expected future cash flows. Because we are modeling free cash flow to the firm—representing cash available to provide a return to all capital providers—we discount future cash flows using the WACC, which is a weighted average of the costs of equity, debt, and preferred stock (and any other funding sources), using expected future proportionate long-term market-value weights.

**Morningstar Research Methodology for Valuing Companies**



| Economic Moat | Stewardship | | Price | | Morningstar |
| Financial Health | Moat Trend | **Morningstar Fair Value** | Fair Value | | **Rating™ For Stocks** |
| | | | Uncertainty | | ★★★★★ |
| *Fundamental Analysis* | | *Valuation* | *Margin of Safety* | | |

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

# Research Methodology for Valuing Companies

**3. Uncertainty Around That Fair Value Estimate**

Morningstar's Uncertainty Rating captures a range of likely potential intrinsic values for a company and uses it to assign the margin of safety required before investing, which in turn explicitly drives our stock star rating system. The Uncertainty Rating represents the analysts' ability to bound the estimated value of the shares in a company around the fair value estimate, based on the characteristics of the business underlying the stock, including operating and financial leverage, sales sensitivity to the overall economy, product concentration, pricing power, and other company-specific factors.

Analysts consider at least two scenarios in addition to their base case: a bull case and a bear case. Assumptions are chosen such that the analyst believes there is a 25% probability that the company will perform better than the bull case, and a 25% probability that the company will perform worse than the bear case. The distance between the bull and bear cases is an important indicator of the uncertainty underlying the fair value estimate.

Our recommended margin of safety widens as our uncertainty of the estimated value of the equity increases. The more uncertain we are about the estimated value of the equity, the greater the discount we require relative to our estimate of the value of the firm before we would recommend the purchase of the shares. In addition, the uncertainty rating provides guidance in portfolio construction based on risk tolerance.

Our uncertainty ratings for our qualitative analysis are low, medium, high, very high, and extreme.

► Low—margin of safety for 5-star rating is a 20% discount and for 1-star rating is 25% premium.
► Medium—margin of safety for 5-star rating is a 30% discount and for 1-star rating is 35% premium.
► High—margin of safety for 5-star rating is a 40% discount and for 1-star rating is 55% premium.
► Very High—margin of safety for 5-star rating is a 50% discount and for 1-star rating is 75% premium.
► Extreme—margin of safety for 5-star rating is a 75% discount and for 1-star rating is 300% premium.

**4. Market Price**

The market prices used in this analysis and noted in the report come from exchange on which the stock is listed, which we believe is a reliable source.

For more details about our methodology, please go to https://shareholders.morningstar.com.

**Morningstar Equity Research Star Rating Methodology**



**Morningstar Star Rating for Stocks**

Once we determine the fair value estimate of a stock, we compare it with the stock's current market price on a daily basis, and the star rating is automatically re-calculated at the market close on every day the market on which the stock is listed is open.

Please note, there is no predefined distribution of stars. That is, the percentage of stocks that earn 5 stars can fluctuate daily, so the star ratings, in the aggregate, can serve as a gauge of the broader market's valuation. When there are many 5-star stocks, the stock market as a whole is more undervalued, in our opinion, than when very few companies garner our highest rating.

We expect that if our base-case assumptions are true the market price will converge on our fair value estimate over time, generally within three years (although it is impossible to predict the exact time frame in which market prices may adjust).

Our star ratings are guideposts to a broad audience and individuals must consider their own specific investment goals, risk tolerance, tax situation, time horizon, income needs, and complete investment portfolio, among other factors.

The Morningstar Star Ratings for stocks are defined below:

★★★★★ We believe appreciation beyond a fair risk-adjusted return is highly likely over a multiyear time frame. The current market price represents an excessively pessimistic outlook, limiting downside risk and maximizing upside potential.

★★★★ We believe appreciation beyond a fair risk-adjusted return is likely.

★★★ Indicates our belief that investors are likely to receive a fair risk-adjusted return (approximately cost of equity).

★★ We believe investors are likely to receive a less than fair risk-adjusted return.

★ Indicates a high probability of undesirable risk-adjusted returns from the current market price over a multiyear time frame, based on our analysis. The market is pricing in an excessively optimistic outlook, limiting upside potential and leaving the investor exposed to Capital loss.

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. For research, call +1 312-696-6869.

# Research Methodology for Valuing Companies

**Other Definitions**

**Last Price:** Price of the stock as of the close of the market of the last trading day before date of the report.

**Stewardship Rating:** Represents our assessment of management's stewardship of shareholder capital, with particular emphasis on capital allocation decisions. Analysts consider companies' investment strategy and valuation, financial leverage, dividend and share buyback policies, execution, compensation, related party transactions, and accounting practices. Corporate governance practices are only considered if they've had a demonstrated impact on shareholder value. Analysts assign one of three ratings: "Exemplary," "Standard," and "Poor." Analysts judge stewardship from an equity holder's perspective. Ratings are determined on an absolute basis. Most companies will receive a Standard rating, and this is the default rating in the absence of evidence that managers have made exceptionally strong or poor capital allocation decisions.

**Quantitative Valuation:** Using the below terms, intended to denote the relationship between the security's Last Price and Morningstar's quantitative fair value estimate for that security.

► Undervalued: Last Price is below Morningstar's quantitative fair value estimate.
► Fairly Valued: Last Price is in line with Morningstar's quantitative fair value estimate.
► Overvalued: Last Price is above Morningstar's quantitative fair value estimate.

**Risk Warning**
Please note that investments in securities are subject to market and other risks and there is no assurance or guarantee that the intended investment objectives will be achieved. Past performance of a security may or may not be sustained in future and is no indication of future performance. A security investment return and an investor's principal value will fluctuate so that, when redeemed, an investor's shares may be worth more or less than their original cost. A security's current investment performance may be lower or higher than the investment performance noted within the report. Morningstar's Uncertainty Rating serves as a useful data point with respect to sensitivity analysis of the assumptions used in our determining a fair value price.

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Equity Research



# Tesla Inc TSLA (NAS) | ★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Industry Group |
|---|---|---|---|---|---|---|
| 355.49 USD | 179.00 USD | Very High | None | Positive | Standard | Autos |



Price/Fair Value — Morningstar data as of Aug 10, 2018

General Disclosure

The analysis within this report is prepared by the person(s) noted in their capacity as an analyst for Morningstar's equity research group. The equity research group consists of various Morningstar, Inc. subsidiaries ("Equity Research Group"). In the United States, that subsidiary is Morningstar Research Services LLC, which is registered with and governed by the U.S. Securities and Exchange Commission.

The opinions expressed within the report are given in good faith, are as of the date of the report and are subject to change without notice. Neither the analyst nor Equity Research Group commits themselves in advance to whether and in which intervals updates to the report are expected to be made. The written analysis and Morningstar Star Rating for stocks are statements of opinions; they are not statements of fact.

The Equity Research Group believes its analysts make a reasonable effort to carefully research information contained in the analysis. The information on which the analysis is based has been obtained from sources believed to be reliable such as, for example, the company's financial statements filed with a regulator, company website, Bloomberg and any other the relevant press sources. Only the information obtained from such sources is made

available to the issuer who is the subject of the analysis, which is necessary to properly reconcile with the facts. Should this sharing of information result in considerable changes, a statement of that fact will be noted within the report. While the Equity Research Group has obtained data, statistics and information from sources it believes to be reliable, neither the Equity Research Group nor Morningstar, Inc.performs an audit or seeks independent verification of any of the data, statistics, and information it receives.

Unless otherwise provided in a separate agreement, recipients accessing this report may only use it in the country in which the Morningstar distributor is based. Unless stated otherwise, the original distributor of the report is Morningstar Research Services LLC, a U.S.A. domiciled financial institution.

This report is for informational purposes only and has no regard to the specific investment objectives, financial situation or particular needs of any specific recipient. This publication is intended to provide information to assist institutional investors in making their own investment decisions, not to provide investment advice to any specific investor. Therefore, investments discussed and recommendations made herein may not be suitable for all investors: recipients must exercise their own independent judgment as to the

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Equity Research



# Tesla Inc TSLA (NAS) | ★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Industry Group |
|---|---|---|---|---|---|---|
| 355.49 USD | 179.00 USD | Very High | None | Positive | Standard | Autos |

suitability of such investments and recommendations in the light of their own investment objectives, experience, taxation status and financial position.

The information, data, analyses and opinions presented herein are not warranted to be accurate, correct, complete or timely. Unless otherwise provided in a separate agreement, neither Morningstar, Inc. or the Equity Research Group represents that the report contents meet all of the presentation and/or disclosure standards applicable in the jurisdiction the recipient is located.

Except as otherwise required by law or provided for in a separate agreement, the analyst, Morningstar, Inc. and the Equity Research Group and their officers, directors and employees shall not be responsible or liable for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions within the report. The Equity Research Group encourages recipients of this report to read all relevant issue documents (e.g., prospectus) pertaining to the security concerned, including without limitation, information relevant to its investment objectives, risks, and costs before making an investment decision and when deemed necessary, to seek the advice of a legal, tax, and/or accounting professional.

The Report and its contents are not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Morningstar, Inc. or its affiliates to any registration or licensing requirements in such jurisdiction.

Where this report is made available in a language other than English and in the case of inconsistencies between the English and translated versions of the report, the English version will control and supersede any ambiguities associated with any part or section of a report that has been

issued in a foreign language. Neither the analyst, Morningstar, Inc., or the Equity Research Group guarantees the accuracy of the translations.

This report may be distributed in certain localities, countries and/or jurisdictions ("Territories") by independent third parties or independent intermediaries and/or distributors ("Distributors"). Such Distributors are not acting as agents or representatives of the analyst, Morningstar, Inc. or the Equity Research Group. In Territories where a Distributor distributes our report, the Distributor is solely responsible for complying with all applicable regulations, laws, rules, circulars, codes and guidelines established by local and/or regional regulatory bodies, including laws in connection with the distribution third-party research reports.

Conflicts of Interest:

• No interests are held by the analyst with respect to the security subject of this investment research report.
– Morningstar, Inc. may hold a long position in the security subject of this investment research report that exceeds 0.5% of the total issued share capital of the security. To determine if such is the case, please click http://msi.morningstar.com and http://mdi.morningstar.com.•
Analysts' compensation is derived from Morningstar, Inc.'s overall earnings and consists of salary, bonus and in some cases restricted stock.

• Neither Morningstar, Inc. or the Equity Research Group receives commissions for providing research nor do they charge companies to be rated.

• Neither Morningstar, Inc. or the Equity Research Group is a market maker or a liquidity provider of the security noted within this report.

• Neither Morningstar, Inc. or the Equity Research Group has been a lead manager or co-lead manager over the

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Equity Research



# Tesla Inc TSLA (NAS) | ★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Industry Group |
|---|---|---|---|---|---|---|
| 355.49 USD | 179.00 USD | Very High | None | Positive | Standard | Autos |

previous 12-months of any publicly disclosed offer of financial instruments of the issuer.

• Morningstar, Inc.'s investment management group does have arrangements with financial institutions to provide portfolio management/investment advice some of which an analyst may issue investment research reports on. However, analysts do not have authority over Morningstar's investment management group's business arrangements nor allow employees from the investment management group to participate or influence the analysis or opinion prepared by them.

• Morningstar, Inc. is a publicly traded company (Ticker Symbol: MORN) and thus a financial institution the security of which is the subject of this report may own more than 5% of Morningstar, Inc.'s total outstanding shares. Please access Morningstar, Inc.'s proxy statement, "Security Ownership of Certain Beneficial Owners and Management" section https: //shareholders.morningstar.com/investor-re-lations/financials/sec-filings/default.aspx

• Morningstar, Inc. may provide the product issuer or its related entities with services or products for a fee and on an arms' length basis including software products and licenses, research and consulting services, data services, licenses to republish our ratings and research in their promotional material, event sponsorship and website advertising.

Further information on Morningstar, Inc.'s conflict of interest policies is available from http://global.morningstar.com/e-quitydisclosures. Also, please note analysts are subject to the CFA Institute's Code of Ethics and Standards of Professional Conduct.

For a list of securities which the Equity Research Group currently covers and provides written analysis on please contact your local Morningstar office. In addition, for

historical analysis of securities covered, including their fair value estimate, please contact your local office.

For Recipients in Australia: This Report has been issued and distributed in Australia by Morningstar Australasia Pty Ltd (ABN: 95 090 665 544; ASFL: 240892). Morningstar Australasia Pty Ltd is the provider of the general advice ('the Service') and takes responsibility for the production of this report. The Service is provided through the research of investment products. To the extent the Report contains general advice it has been prepared without reference to an investor's objectives, financial situation or needs. Investors should consider the advice in light of these matters and, if applicable, the relevant Product Disclosure Statement before making any decision to invest. Refer to our Financial Services Guide (FSG) for more information at http://www.morningstar.com.au/fsg.pdf .

For Recipients in Hong Kong: The Report is distributed by Morningstar Investment Management Asia Limited, which is regulated by the Hong Kong Securities and Futures Commission to provide services to professional investors only. Neither Morningstar Investment Management Asia Limited, nor its representatives, are acting or will be deemed to be acting as an investment advisor to any recipients of this information unless expressly agreed to by Morningstar Investment Management Asia Limited. For enquiries regarding this research, please contact a Morningstar Investment Management Asia Limited Licensed Representative at http://global.morningstar.com/equitydisclosures .

For Recipients in India: This Investment Research is issued by Morningstar Investment Adviser India Private Limited. Morningstar Investment Adviser India Private Limited is registered with the Securities and Exchange Board of India (Registration number INA000001357) and provides investment advice and research. Morningstar Investment Adviser India Private Limited has not been the subject of any disciplinary action by SEBI or any other legal/regulatory

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Equity Research



# Tesla Inc TSLA (NAS) | ★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Stewardship | Industry Group |
|---|---|---|---|---|---|---|
| 355.49 USD | 179.00 USD | Very High | None | Positive | Standard | Autos |

body. Morningstar Investment Adviser India Private Limited is a wholly owned subsidiary of Morningstar Investment Management LLC. In India, Morningstar Investment Adviser India Private Limited has one associate, Morningstar India Private Limited, which provides data related services, financial data analysis and software development.

The Research Analyst has not served as an officer, director or employee of the fund company within the last 12 months, nor has it or its associates engaged in market making activity for the fund company.

*The Conflicts of Interest disclosure above also applies to relatives and associates of Manager Research Analysts in India # The Conflicts of Interest disclosure above also applies to associates of Manager Research Analysts in India. The terms and conditions on which Morningstar Investment Adviser India Private Limited offers Investment Research to clients, varies from client to client, and are detailed in the respective client agreement.

For recipients in Japan: The Report is distributed by Ibbotson Associates Japan, Inc., which is regulated by Financial Services Agency. Neither Ibbotson Associates Japan, Inc., nor its representatives, are acting or will be deemed to be acting as an investment advisor to any recipients of this information.

For recipients in Singapore: This Report is distributed by Morningstar Investment Adviser Singapore Pte Limited, which is licensed by the Monetary Authority of Singapore to provide financial advisory services in Singapore. Investors should consult a financial adviser regarding the suitability of any investment product, taking into account their specific investment objectives, financial situation or particular needs, before making any investment decisions.

© Morningstar 2018. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

# Exhibit 431

**LEVI & KORSINSKY, LLP**
Adam M. Apton (316506)
Adam C. McCall (302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
        amccall@zlk.com

*Lead Counsel for Plaintiff and the Class*

[Additional counsel on signature block]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

IN RE TESLA INC. SECURITIES
LITIGATION

Case No. 3:18-cv-04865-EMC

JUDGE: THE HONORABLE EDWARD M. CHEN

## PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Plaintiff Glen Littleton hereby responds as follows to Defendants' s First Set of Interrogatories to Lead Plaintiff dated August 27, 2021 ("Interrogatories") pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California.

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

Plaintiff makes the following general and continuing objections to Defendants' Interrogatories. All general and continuing objections apply to the response to each request, and specific reference to these objections in the particular response is intended for emphasis only. Failure to list a general and continuing objection is not intended, nor should it be construed as a waiver of that objection.

Exhibit
**431**
Littleton 3/31/2022 J.W

1                                    Case 3:18-cv-04865-EMC
PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1      1.     Plaintiff objects to the Interrogatories to the extent they call for the disclosure of

2  information protected by the attorney-client privilege, work product doctrine, or any other privilege or

3  rule of confidentiality.

4      2.     Plaintiff objects to the Interrogatories insofar as they seek information related to mental

5  impressions, legal conclusions, opinions, or theories of any attorney or other representative of Plaintiff.

6      3.     Plaintiff objects to the Interrogatories to the extent that they seek information that is neither

7  relevant to the issues of law and facts in the action nor reasonably calculated to lead to the discovery of

8  admissible evidence.

9      4.     Plaintiff objects to the Interrogatories to the extent that they seek to require Plaintiff to

10  produce information on behalf of, or in the custody and control of, any entity or individual over whom

11  Plaintiff has no control.

12      5.     Plaintiff objects to the Interrogatories to the extent they prematurely seek information

13  related to expert(s), expert testimony, or opinion at a time when no experts have been designated, or

14  at a time before information related to experts is required to be disclosed. Plaintiff will disclose

15  information properly subject to expert opinion in accordance with the schedule entered by the Court.

16      6.     Plaintiff reserves the right to make any use of, or introduce at any hearing and at trial,

17  information and/or documents responsive to these interrogatories but discovered subsequent to the

18  date of this response, including, but not limited to, any such information or documents obtained in

19  discovery.

20      7.     Plaintiff reserves his right to challenge the competency, relevancy, materiality, and

21  admissibility of, or to object on any grounds, to the use of any of the documents and/or information, at

22  the trial of the action or any other action or proceeding, whether now pending or subsequently

23  commenced.

24      8.     In providing these objections to the Interrogatories, Plaintiff does not in any way waive or

25  intend to waive, but rather intends to preserve and is preserving: all objections as to competency,

26  relevancy, materiality and admissibility; all rights to object on any ground to the use of any of the

27

28

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

responses herein or documents in any subsequent proceedings, including the trial of the action or any other action; all objections to vagueness and ambiguity; and all rights to object on any ground to any further demands or other discovery requests involving or relating to the Interrogatories.

9.     Plaintiff objects to all Instructions, Definitions, and Interrogatories to the extent they purport to impose a duty or obligation to respond that is inconsistent, or in excess of, Plaintiff's responsibilities under the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of California, or any other applicable law.

10.     Plaintiff's search for information is ongoing.  Plaintiff reserves his rights to rely on any facts, documents or other evidence that may develop or come to his attention subsequent to the date of the response.  Plaintiff's responses, as set forth herein, are based upon information presently known to Plaintiff and is without prejudice to his rights to assert additional objections or supplemental responses should he discover additional information or grounds for objections.  Plaintiff reserves his rights to supplement, amend or modify these responses at any time prior to and including the trial of the action.

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

1.     Plaintiff objects to Defendants' definition of the term "Challenged Omission(s)" in so far as it is vague and ambiguous in that it refers to "an alleged omission of MATERIAL fact purportedly made by any DEFENDANT that YOU contend is actionable under the FEDERAL SECURITIES LAW" and this reference makes no sense as omissions are generally not actionable under the FEDERAL SECURITIES LAWS at issue in this case.

2.     Plaintiff objects to Defendants' definition of the term "Challenged Statement(s)" in so far as it improperly or unduly limits Plaintiff's allegations in the Complaint.

3.     Plaintiff objects to Defendants' definition of the term "Identify" in so far as it interposes additional interrogatories to Plaintiff that exceed the limits on interrogatories under Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33-1.

4.     Plaintiff objects to Defendants' definition of "Tesla" to the extent it includes persons unknown or unknowable by Plaintiff, including but not limited to former employees and affiliates that have not been

identified to Plaintiff by Defendants.

5.      Plaintiff objects to Defendants' definition of "You" and "Your" to the extent that it calls for the production of information outside of Plaintiff's possession, custody, or control.

6.      Plaintiff objects to Defendants' "INSTRUCTIONS" to the extent that they impose any obligations upon Plaintiff that are not imposed by law or are otherwise inconsistent with Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules.

7.      Plaintiff objects to Defendants' Instruction concerning information protected from disclosure on privilege grounds to the extent it calls for information outside of or not required by the parties' discovery protocol, Federal Rules of Civil Procedure, and/or the Local Rules.

8.      Plaintiff objects to Defendants' Instruction concerning supplementation of responses in so far as it requires supplementation within 10 days after receipt of supplemental information.

9.      Plaintiff objects to Defendants' Instruction requiring the provision of information from July 1, 2018 to the present to the extent that it may call for privileged communications and/or attorney work-product.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**RESPONSES**

**INTERROGATORY NO. 1:**

IDENTIFY each and every CHALLENGED STATEMENT and CHALLENGED OMISSION.

**RESPONSE NO. 1:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "Challenged Statement," and "Challenged Omission." Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Subject to and without waiver of the foregoing objections, the following statements are a basis for liability of Defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5:

    (a)    "Am considering taking Tesla private at $420. Funding secured." Elon Musk made this statement via Twitter on August 7, 2018.

    (b)    "420." Elon Musk made this statement via Twitter on August 7, 2018 when responding to another Twitter user who had asked at what price he would be taking Tesla private.

    (c)    "Yes, but liquidity events would be limited to every 6 months . . . ." Elon Musk made this statement via Twitter on August 7, 2018 when responding to another Twitter user who had asked whether the public could still invest in Tesla once it was private.

    (d)    "Shareholders could either to [sic] at 420 or hold shares & go private." Elon Musk made

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1    this statement via Twitter on August 7, 2018.

2    (e)    The email titled "Taking Tesla Private" purportedly from Elon Musk to Tesla employees

3           on August 7, 2018. Tesla published the statement on its publicly available blog on August

4           7, 2018.

5    (f)    "Investor support is confirmed. Only reason why this is not certain is that it's contingent

6           on a shareholder vote." Elon Musk made this statement via Twitter on August 7, 2018.

7    (g)    The AUGUST 13 BLOG POST.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 2:**

      **For each and every CHALLENGED OMISSION, IDENTIFY the affirmative statement that YOU contend it rendered false or misleading, IDENTIFY why YOU contend it rendered the affirmative statement false or misleading, including IDENTIFYING all facts supporting that contention.**

**RESPONSE NO. 2:**

      Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," and "Challenged Omission." Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

      To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

      Subject to and without waiver of the foregoing objections, the statements made by Elon Musk and Tesla on August 7, 2018 as set forth in Plaintiff's Response to Interrogatory No. 1 were false and

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

misleading statements made knowingly or with deliberate recklessness because, *inter alia*:

(a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) Musk had not discussed the potential price of $420 with the Saudi Arabia Public Investment Fund or any other potential investor;

(c) Musk had not discussed the overall amount of funding required for any going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(e) Musk intended to limit the involvement of the Saudi Arabia Public Investment Fund to 20% or less of any Private Tesla and never intended to rely on the Public Investment Fund to fund the entire going-private transaction;

(f) Musk had not discussed interest in participating in the transaction with any potential investors apart from the Saudi Arabia Public Investment Fund;

(g) Musk had not had any further substantive conversations with the Saudi Arabia Public Investment Fund since his meeting on July 31, 2018;

(h) Musk had not provided Tesla's Board with a proposal to take Tesla private that was

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(i) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(j) Musk had not contacted existing Tesla shareholders to assess their interest in participating in the transaction;

(k) Musk had not confirmed the support of any investor for a transaction that would take Tesla private at $420 per share;

(l) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(m) Musk had not formally retained any legal or financial advisors to assist with the transaction;

(n) Musk had not determined whether retail investors would be able to remain shareholders but had been advised that it would be unlikely and "unprecedented";

(o) Musk had not determined whether there were restrictions on investment in private companies by Tesla's institutional investors that would prohibit their involvement in a private Tesla;

(p) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(q) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

The AUGUST 13 BLOG POST left investors with a misleading impression of the nature and status of Musk's proposal to take Tesla private at $420 per share as well as misrepresented the status of Musk and Tesla's discussions with the Saudi Arabia Public Investment Fund and other existing or potential investors. Following the AUGUST 13 BLOG POST investors were still unaware that:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured from the Saudi Arabia Public Investment Fund or from any other funding source. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting or thereafter. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) In discussions with representatives with the Saudi Arabia Public Investment Fund after August 7, 2018, Musk had attempted to exclude the Public Investment Fund from participating in any going-private transaction;

(c) Musk still did not know the overall level of funding required for any going-private transaction and had not discussed the overall amount of funding required for any going-private transaction involving Tesla with any potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the any potential investor;

(e) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(f) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(g) Responses to Musk's August 7, 2018 communications about a potential going private transaction at $420 per share from existing Tesla investors had been mixed with large

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

investors telling Musk and/or Tesla that they could not or would not participate in or support such a transaction;

(h) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(i) Musk had not determined whether retail investors would be able to remain shareholders;

(j) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(k) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

Subject to further review and analysis of discovery, these contentions are based on the following facts which Plaintiff discovered during the course of discovery. This is a non-exclusive list of the facts and/or documents that may be introduced in evidence at trial:

(a) Elon Musk and Tesla were experienced and sophisticated participants in corporate transactions having conducted numerous offerings of debt and equity as a public company as well as making acquisitions, including the acquisition of SolarCity, another public company;

(b) On or around November 5, 2013, Tesla stated in a current report on Form 8-K that investors should "follow Elon Musk's and Tesla's Twitter accounts" for additional information concerning the company. (Robyn Denholm Tr. at 37:15-37:22)

(c) On August 7, 2018, in response to an inquiry from a Reuters reporter about Elon tweets, Dave Arnold, Tesla's Sr. Director of Global Communications, replied—on background only—that no 8K was needed and that Tesla had previously made an SEC disclosure about disseminating information to shareholders via social media including Elon Musk's and Tesla's Twitter accounts. (TESLA_LITTLETON_00014393)

(d) Dave Arnold further testified on September 30, 2021 that he was aware that Elon Musk's Twitter account was recognized as a channel of corporate communication by

Tesla. (Dave Arnold Tr. at 32:17-32:20)

(e) Denholm testified further that Tesla's Audit Committee "periodically talked about the use of Twitter [] as a disclosure vehicle" and that when Elon was "tweeting as the CEO of Tesla [] there [was] a [] general disclosure requirement to ensure that material nonpublic information [was] not disclosed without a review process has gone through." (Robyn Denholm Tr. at 17:3-17:8; 28:22-29:6) According to Denholm, "the use of [Elon] Twitter account as a means of disclosing information" about the company dated back to a Form 8-K of 2013, when Tesla "incorporated [Elon Twitter account] as one of the disclosure areas in terms of what the investors and the population should look at in terms of disclosures that the company might make." (Robyn Denholm Tr. at 17:13-17:19) Denholm's testimony shows that Tesla's Audit Committee as part of Tesla Board had an oversight role vis-à-vis material information disseminated by Elon through his Twitter account.

(f) Martin Viecha testified on August 23, 2021 that negative media coverage relating to Elon Musk's tweets could negatively impact demand for Tesla's products. (Martin Viecha Tr. at 218:2-218:22; *see also* TESLA_LITTLETON_00019023-24) Mr. Viecha testified further that the tweets also negatively impacted Musk's credibility, according to investors. (Martin Viecha Tr. at 197:19-198:9, 223:3-223:10; *see also* TESLA_LITTLETON_00012777 at 4; TESLA_LITTLETON_00019026)

(g) Martin Viecha testified on August 23, 2021 that following Musk's tweets concerning the "cave diver in Thailand" in July 2018, investors became "upset" and "unhappy with the way that [had] been handled." Viecha thought it was "very likely" that Musk was advised to "modify his tweeting behavior" in response to these tweets. (Martin Viecha Tr. at 35:22-36:11; *see also* TESLA_LITTLETON_00019247)

(h) David Arnold testified on September 30, 2021 that at least some of Musk's tweets were not positive for Tesla. (David Arnold Tr. at 35:17-35:23) Arnold testified further that he

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

"heard" that Musk was asked to "take a break from Twitter" in July 2018. (David Arnold Tr. at 34:16-34:20)

(i) Sam Teller testified on August 11, 2021 that Elon Musk would have "saved . . . a bunch of time and energy and would have been better for public perception" if he had not engaged in tweeting about "the rescue efforts in Thailand." (Sam Teller Tr. at 45:8-45:23) Teller further testified that he suggested Musk take "a break from Twitter" after conferring with Deepak Ahuja, Sarah O'Brien, Antonio Gracias, and several Tesla employees. (Sam Teller Tr. at 57:23-58:14; *see also* MUSK_001706);

(j) Deepak Ahuja testified on August 5, 2021 that he had a "vague recollection of potentially some conversations of some of the board members with Elon" about Musk "tak[ing] a break from Twitter in July 2018." (Deepak Ahuja Tr. at 26:10-27:3);

(k) Martin Viecha testified on August 23, 2021 that there is a requirement against disclosing material information while the market is open. (Martin Viecha Tr. at 64:3-64:18);

(l) Robyn Denholm testified on October 5, 2021 that "trading hours" are "not the right time to be publishing anything material," including in particular Musk's August 7, 2018 tweets. (Robyn Denholm Tr. at 79:9-79:13);

(m) On May 4, 2018, Musk tweeted "oh and uh short burn of the century comin soon. Flamethrowers should arrive just in time." Musk added, "Looks like sooner than expected. The sheer magnitude of short carnage will be unreal. If you're short, I suggest, tiptoeing quietly to the exit . . . .";

(n) On May 7, 2018, Musk bought approximately $9.85 million worth of Tesla shares in the pre-market to generate a rise in Tesla's stock price and, in turn, force a substantial amount of covering of short positions.

(o) On June 12, 2018, Musk bought approximately $24.9 million worth of Tesla stock to maintain Tesla's stock price against negative announcements concerning cuts to Tesla's

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

workforce.

(p) On June 17, 2018, Musk tweeted that "[the shorts] have about three weeks before their short position explodes."

(q) On July 5, 2018, Musk released a series of tweets attacking *Reuters* and *Business Insider* for being "relentlessly negative about Tesla," publishing "bogus" articles, and "serving as an insider trading source for one of Tesla's biggest short-sellers"

(r) On July 24, 2018, Musk contacted Lawrence Fossi's employer in an attempt to prevent Mr. Fossi from writing any further articles that were adverse to or critical of Tesla;

(s) On July 30, 2018, a WSJ reporter emailed Musk informing him that the WSJ was "doing a story about your use of Twitter and how you have taken aim with your tweets at short sellers in Tesla shares." Among other questions, the WSJ reporter asked Musk: "Do you think it is wise to go head to head with short sellers?" (TESLA_LITTLETON_00019689);

(t) Martin Viecha testified on August 23, 2021 that "highly negative piece[s] in the mainstream press" were discussed frequently internally at Tesla, that the "short interest" was an "ongoing theme" at Tesla, and that he and his colleagues perceived short sellers as having a "significant incentive to cause harm [to Tesla] to make money on a short-term gain." (Martin Viecha Tr. at 71:21-74:6)

(u) The meeting minutes from the July 31, 2018 meeting indicate that: Yasir Al-Rumayyan on behalf of the Public Investment Fund told Musk that he "would like to listen more about [Musk's] plan to take [Tesla] private," "listen to [Elon's] plan and . . . the financial calculations to take it private in the next week," and he would call Musk "if [he] did not receive anything." (SEC-EPROD-000009477 at 2);

(v) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of July 31, 2018 that institutional shareholders had restrictions against owning shares in private companies. (Elon Musk SEC Tr. at 126:1-126:24);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(w) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that there was no discussion of transaction structure, investment dollar amounts, acquisition premium, regulatory requirements, level of control, or the board approval process during the July 31, 2018 meeting with the Public Investment Fund, except to the extent that Musk said he wanted to retain Tesla's current shareholder base. (Elon Musk SEC Tr. at 121:4-122:23, 127:3-128:3, 128:20-129:17, 134:22-135:8, 136:9-136:22, 160:17-160:19) The meeting ended with Musk agreeing to provide these and other terms for the transaction. (Elon Musk SEC Tr. at 149:21-149:25, 155:20-156:6);

(x) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not contact anyone at the Saudi Arabia Public Investment Fund to determine whether it was still interested in the going private transaction after Tesla's stock price increased 15% on August 2, 2018. (Elon Musk SEC Tr. at 178:16-179:25);

(y) Egon Durban testified on September 7, 2021 that the per share purchase price or overall funding for the going private transaction was never finalized. (Egon Durban Tr. at 156:4-156:16; *see also* TESLA_LITTLETON_00006169 at 58);

(z) Deepak Ahuja, Tesla's former Chief Financial Officer, testified on August 5, 2021 that Elon Musk did not discuss substantive terms or a "specific funding amount" during the meeting on July 31, 2018, but instead agreed to "continue the conversation" and discuss "the structure and what's required" to take Tesla private. (Deepak Ahuja Tr. at 81:19-82:5, 84:2-84:6, 97:15-98:1, 100:22-101:7, 102:14-102:16) Ahuja testified further that he was "not aware" of "any financial calculations that were shared with [the Public Investment Fund]" after the meeting and was also never asked to provide any calculations to the Public Investment Fund. (Deepak Ahuja Tr. at 82:12-83:15);

(aa) Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

not know "whether anyone had even discussed the $420 per share price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(bb)    Sam Teller testified on August 11, 2021 that there was no discussion of "an exact dollar amount" or a specific transaction structure during the July 31, 2018 meeting with the Public Investment Fund. (Sam Teller Tr. at 164:17-166:2) Teller also testified that he was unaware of whether any research had been done to determine whether existing investors could remain investors in Tesla if it were private. (Sam Teller Tr. at 166:3-166:8);

(cc)    Robyn Denholm testified on October 5, 2021 regarding Musk's account of the July 31 meeting with the Saudi Arabia Public Investment Fund, that there was a question "around our existing shareholders because [] the board wasn't sure about the quantum of money would be required to take [] the company private. So the question was: How do we know [] whether [our shareholders] would be in favor of this type of transaction or not." (Robyn Denholm Tr. at 59:12-59:19);

(dd)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he believed only 20% to 25% of Tesla's existing shareholders would not want to own shares in Tesla if it were a private company. (Elon Musk SEC Tr. at 120:3-120:17)

(ee)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not want the Saudi Arabia Public Investment Fund to be too large of a shareholder and that he wanted the Public Investment Fund to own "something on the order of 15 percent, maybe up to 20 percent." (Elon Musk SEC Tr. at 170:6-170:11; *see also id.* at 207:3-207:15. 261:1-261:5)

(ff) Musk further testified that he would "ensure that any single foreign entity did not come close to the CFIUS limits, meaning that [the Public Investment Fund] would not be in a control or de fact control position." (Elon Musk SEC Tr. at 210:10-210:16);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(gg)     In the August 13 Blog Post, Musk stated: "I would like for Tesla to continue to have a broad investor base." "My best estimate right now is that approximately two-thirds of shares owned by all current investors would roll over into a private Tesla";

(hh)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Elon "noted his desire for current shareholders [] to remain shareholders in [Tesla] after any proposed privatization … and stated that it was not his intention to provide shareholder control in a private [Tesla] to any single entity, but rather to have ownership of [Tesla] be dispersed over a broad base of shareholders, including many of [Tesla]'s current shareholders." (TESLA_LITTLETON_00012812 at 2);

(ii) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that his process for deriving the $420 per share offer price consisted of adding 20% to Tesla's closing stock price of $348 on August 2, 2018 and then adding $1 to coincide with the "420" symbol for marijuana. (Elon Musk SEC Tr. at 192:10-193:11, 194:11-194:21);

(jj) On August 2, 2018, Musk identified the "constant defamatory attacks by the short-selling community" as one of the main drivers behind his attempt to take Tesla private when communicating his offer to Tesla's board. (TESLA_LITTLETON_00000078);

(kk)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Musk's "basis for his price of $420 per share" was to provide an approximate 20% premium over the current price of the stock, which had just undergone a recent run up after [Tesla's] Q2 earnings call." (TESLA_LITTLETON_00012812 at 2);

(ll) Robyn Denholm testified that during the Board meeting on August 2, 2018, Ahuja explained to the Board that Elon based the $420 share price on "a 20 percent premium" over "the last published price the day before." (Denholm Tr. at 50:21-51:9)

(mm)     Meeting minutes from the Board of Directors' Special Meeting on August 2, 2018 state that Musk "believed Tencent and other large Tesla shareholders" would support the

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

going     private     transaction,     but     "had     not     yet     spoken     with     them."
(TESLA_LITTLETON_00012790 at 1-2);

(nn)        Musk testified before the U.S. Securities & Exchange Commission on August 29,
2018 that on August 3, 2018 he was told by Tesla's Board of Directors that it would be
"really difficult for small investors" to remain shareholders in the company after it was
taken private. (Elon Musk SEC Tr. at 208:13-208:25);

(oo)        James Murdoch, a Tesla Board Director, testified on August 17, 2021 that, as of
the August 3, 2018 board meeting there was no written commitment from the PIF to
provide any level of financing. (James Murdoch Tr. at 91:2, 9 -15);

(pp)        Deepak Ahuja testified on August 5, 2021 that, as of the adjournment of the
August 3, 2018 board meeting, Elon Musk was still in the process of identifying his legal
and financial advisors. (Deepak Ahuja Tr. at 153:2-5);

(qq)        Martin Viecha wrote in an email to Deepak Ahuja, dated August 5, 2018, that
institutional shareholders are subject to "[i]nternal mechanisms" that would force them
to reduce their positions in Tesla if it were to "become too large of a weight within a
portfolio." (TESLA_LITTLETON_00004239);

(rr) Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018
that an agreement to fund the going private transaction at a deal price of $420 per share
did not exist when tweeting "funding secured" on August 7, 2018. (Elon Musk SEC Tr.
at 231:22-232:10);

(ss) Martin Viecha and Deepak Ahuja had not yet provided Musk with Tesla's capitalization
table showing its largest institutional and retail shareholders as of August 7, 2018,
according     to     Viecha's     email     to     Ahuja     dated     August     7,     2018.
(TESLA_LITTLETON_00004131);

(tt) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29,
2018 that he did not retain any advisors to assist him with the going private transaction

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

at any point between his meeting with the Public Investment Fund on July 31, 2018 and his tweets on August 7, 2018. (Elon Musk SEC Tr. at 165:1-165:5);

(uu)    Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018, indicate that, as of August 3, 2018, Musk had not yet retained legal counsel or a financial advisor to assist with the going private transaction. (TESLA_LITTLETON_00012812 at 2);

(vv)    Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that a "detailed proposal regarding a going private transaction had not yet been made and that one would be needed in order for the Board to properly analyze and evaluate it." (TESLA_LITTLETON_00012812 at 3);

(ww)    Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of August 7, 2018 that the process for putting together a formal proposal for the going private transaction would be complex and not a "trivial exercise." (Elon Musk SEC Tr. at 257:16-257:21);

(xx)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that as of August 7, 2018 his overarching level of certainty about whether or not a going private transaction would ultimately be consummated was "roughly 50 percent" or "maybe a little higher than 50 percent." (Elon Musk SEC Tr. at 257:16-258:5);

(yy)    Egon Durban testified on September 27, 2021 that as of August 7, 2018 there was nothing in terms of a formal proposal to be voted on by shareholders. (Egon Durban Tr. at 45:7-45:9) He testified further that as of August 10, 2018, Musk had not yet submitted a formal proposal to Tesla's board. (Egon Durban Tr. at 55:22-56:6, 57:9-57:20; *see also* SL_3P00000001 at 29) Additionally, as of August 14, 2018, Durban and Musk had not yet determined funding sources for the going private transaction or the structure of the transaction. (Egon Durban Tr. at 106:18-106:20; *see also* SL_3P00000261);

(zz)    Deepak Ahuja testified on August 5, 2021 that he was not aware of a proposal

from Musk to take Tesla private that was capable of being voted on by shareholders as of August 7, 2018. (Deepak Ahuja Tr. at 194:14-194:17);

(aaa)   Ira Ehrenpreis, a Tesla Board Director, testified on August 25, 2021 that, as of August 7, 2018 there had not yet been a formal proposal made and there were a number of steps that would need to unfold.  He further testified that, as of August 18, 2018 a formal go private transaction bid had not been submitted to the board, nor was there ever one submitted. (Ira Ehrenpreis Tr. at 87:15-24, 140:4-19)

(bbb)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not do anything prior to August 7, 2018 to assess whether institutional investors, including T. Rowe Price, Fidelity, Baillie Gifford, or Capital Group, would support a going private transaction. (Elon Musk SEC Tr. at 217:16-218:6, 218:22-219:2);

(ccc)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that no one at Tesla reviewed his August 7, 2018 tweets before sending them. (Elon Musk SEC Tr. at 221:9-222:11);

(ddd)   On August 7, 2018, at approximately 8:16 a.m. PT, the *Financial Times* asked Tesla for a comment on their report that the Public Investment Fund had built "a 3-5% stake in Tesla after buying shares on the open market." Dave Arnold notified Elon Musk of the story and indicated that Tesla was planning to "decline comment." Musk approved the plan by responding "Ok."

(eee)   On August 7, 2018, at approximately 9:17 a.m. PT, the *Financial Times* published its report. At 9:48 p.m. PT, Musk tweeted "Am considering taking Tesla private at $420. Funding secured." This prompted a sharp 5% rise in Tesla's stock price, ensuring that short sellers would be forced to cover positions given the overall increase in price from the opening of the market that morning.

(fff)   Egon Durban testified on September 7, 2021 that announcements of going private transactions are typically announced after a definitive agreement has been signed. (Egon

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Durban Tr. at 56:20-56:23; *see also* SL_3P00000001 at 29) Durban further testified that he had "never worked on a public-to-private process where the CEO announced everything" prior to retaining Silver Lake Partners as its advisor. (Egon Durban Tr. at 84:3-84:10);

(ggg)    Deepak Ahuja testified on August 5, 2021 that he had not seen Musk's tweets on August 7, 2018 before they were published. (Deepak Ahuja Tr. at 169:18-170:11);

(hhh)    Martin Viecha testified on August 23, 2021 that he did not have "any responsibility for reviewing" Musk's tweets before they were posted on Twitter and had never done so in the past. (Martin Viecha Tr. at 35:7-35:17) Viecha testified further that there was "no official policy" requiring review of Musk's tweets prior to publishing them before August 2018. (Martin Viecha Tr. at 23:21-24:5);

(iii) David Arnold testified on September 30, 2021 that he "[v]ery rarely" reviewed Musk's tweets before they were posted on Twitter. (David Arnold Tr. at 34:1-34:9)

(jjj) Robyn Denholm testified on October 5, 2021 that she did not recall Musk discussing making the tweet with anyone prior to publishing it. (Robyn Denholm Tr. at 76:6-76:9);

(kkk)    On August 7, 2018, Musk tweeted that Tesla "[will] be way smoother & less disruptive as a private company. Ends negative propaganda from shorts" if it became a private company;

(lll) On August 7, 2018, Sam Teller texted it was "satisfying to obliterate" the shorts. (SEC-EPROD-000017148) Teller testified on August 11, 2021 that he also sent a "cartoon with someone on fire" representing the "shorts." (Sam Teller Tr. at 205:24-206:11);

(mmm)   Nii Owuraka Koney testified on July 14, 2021 that he regarded Elon Musk's "funding secured" tweet as an "epic f u to the shorts." (Nii Owuraka Koney Tr. at 48:16-48:24; *see also* JENN0000037) Mr. Koney testified further that Musk was historically "not happy about people who short – or investors who short the stock." (Nii Owuraka Koney Tr. at 52:12-53:17);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(nnn)    Joseph Fath testified on July 12, 2021 that Musk executed a "short squeeze" with his tweets on August 7, 2018, writing in an email that "The Tesla shorts go up and close with napalm yesterday." (Joseph Fath Tr. at 43:1-44:18; *see also* TRP_001087);

(ooo)    The email purportedly from Elon Musk published by Tesla on August 7, 2018 titled "Taking Tesla Private" was initially suggested to Mr. Musk by Deepak Ahuja and was drafted by Tesla employees Mr. Ahuja, Sarah O'Brien, and Todd Maron. (Deepak Ahuja Tr. at 177:18-187:7; *see also* TESLA_AHUJA0000448; TESLA_LITTLETON_00000320);

(ppp)    On August 7, 2018, Musk wrote in his email to Tesla's employees that Tesla was "the most shorted stock in the history of the stock market" and stated that "being public means there are large numbers of people who have incentive to attack the company";

(qqq)    Joseph Fath testified on July 12, 2021 that certain of T. Rowe Price's funds would be unable to hold shares in Tesla if it were private due to "mandates on their accounts that do not allow privates" or, alternatively, fewer shares due to "illiquidity" concerns. (Joseph Fath Tr. at 48:13-49:7, 54:9-54:13; *see also* TRP_000012, TRP_000013, TRP_000016, TRP_000017);

(rrr)    Nii Owuraka Koney testified on July 14, 2021 that Jennison Associates had restrictions against holding private companies and, therefore, would not be able to remain a shareholder in a private Tesla. (Nii Owuraka Koney Tr. at 113:13-114:5);

(sss)    Martin Viecha testified on August 23, 2021 that, as of August 7, 2018 he understood that the "majority" of Tesla's institutional shareholders "do not have a mandate to own private companies." (Martin Viecha Tr. at 149:25-150:20; *see also* TESLA_LITTLETON_00004008);

(ttt)Matt Fassnacht on behalf of HHR Asset Management LLC emailed Aaron Chew on August 7, 2018 advising that he would "not support a buyout" because he was not permitted to "own private entities." (TESLA_LITTLETON_00004015);

(uuu)     Joseph Fath testified on July 12, 2021 that Musk had not spoken with T. Rowe Price about the going private transaction prior to Musk's tweets on August 7, 2018. (Joseph Fath Tr. at 45:13-45:22, 49:14-50:16) The first contact he received about the going private transaction was on August 9, 2018, when Sam Teller asked for his availability to speak with Musk. (Joseph Fath Tr. at 86:5-86:19; *see also* TRP_002031);

(vvv)     Sonu Kalra at Fidelity did not speak with Musk about the going private transaction until after Musk tweeted about it on August 7, 2018. (SEC-EPROD-000000425);

(www)     Nii Owuraka Koney testified on July 14, 2021 that he had not had any conversations with Elon Musk prior to August 7, 2018 about the go-private transaction. (Nii Owuraka Koney Tr. at 162:7-162:16)

(xxx)     Deepak Ahuja testified on August 5, 2021 that he did not believe Musk spoke to any shareholders to assess their interest in a private Tesla prior to Musk's tweets on August 7, 2018. (Deepak Ahuja Tr. at 172:8-173:1) Ahuja testified further that he did not provide Musk with a list of Tesla's top shareholders until after August 7, 2018. (Deepak Ahuja Tr. at 224:10-224:19);

(yyy)     Martin Viecha testified on August 23, 2021 that there had been "no discussions with shareholders about the going-private transaction" prior to August 7, 2018. (Martin Viecha Tr. at 159:6-161:17; *see also* TESLA_LITTLETON_00004253);

(zzz)     Robyn Denholm testified on October 5, 2021 that she did not believe that Elon had any conversations with shareholders prior to the tweet going out. (Robyn Denholm Tr. at 69:21-69:23)

(aaaa)    On August 8, 2018, Elon Musk's personal public relations consultant informed him that a NYT reporter had contacted her seeking to talk to Elon off the record and noting that "he ha[d] talked to 'all' the large investors and none of them ha[d] been approached." (TESLA_LITTLETON_00019654);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(bbbb)    Ryan Brinkman testified on May 4, 2021 that he understood "funding secured" to mean that "funding is secured . . . [t]hat the funding has been lined up" and "not in question." (Ryan Brinkman Tr. at 64:6-64:12);

(cccc)    Ryan Brinkman testified on May 4, 2021further that "funding secured" meant that "there has been a Wall Street bank or more likely consortium of banks that have lined up or committed to lining up this financing or . . . it was already there because it was such a deep pocketed acquirer" and that "[e]ither a commitment to funding or that it was already there . . . ." (Ryan Brinkman Tr. at 64:13-64:23, 65:6-65:12);

(dddd)    Brinkman wrote on behalf of J.P. Morgan in his analyst report dated August 8, 2018 that, "Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." (JPMS_00000047 at 1);

(eeee)    Nii Owuraka Koney testified on July 14, 2021 that he interpreted Elon Musk's "funding secured" tweet to mean that Mr. Musk had secured either a "verbal commitment" or "an offer letter of some sort" to fund the go-private transaction. (Nii Owuraka Koney Tr. at 21:20-22:6, 44:7-45:13, 56:1-56:13, 57:14-57:21; *see also* JENN0000048) Additionally, Koney testified that this necessarily included a total purchase price or amount of financing that had been agreed to by the source of funding. (Nii Owuraka Koney Tr. at 79:24-80:17);

(ffff)    Nii Owuraka Koney testified on July 14, 2021that he believed funding was in fact secured based on subsequent communications with Martin Viecha. (Nii Owuraka Koney Tr. at 71:8-72:24; *see also* JENN0000090);

(gggg)    Joseph Fath testified on July 12, 2021 that he interpreted "funding secured" to mean, "[j]ust as it states," that Musk "had secured sources or financial sources to fund a go-private transaction." (Joseph Fath Tr. at 28:18-28:23);

(hhhh)    Joseph Fath testified on July 12, 2021 that "secured," as used in the context of Musk's tweet, meant that funding was "locked and loaded and no question at all a

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

hundred percent that you have funding ready to go and you're prepared to move forward with this transaction." (Joseph Fath Tr. at 28:24-29:5);

(iiii)    Joseph Fath testified on July 12, 2021 that there was "nothing left for interpretation" because Musk's tweet "talk[ed] about the company being taken private, has a specific dollar amount, along with the verbiage funding secured" and that it was "pretty black-and-white." (Joseph Fath Tr. at 32:22-33:8);

(jjjj)    Joseph Fath testified on July 12, 2021 that Musk's subsequent tweets, including in particular that "investor support is confirmed," in his opinion "reinforced the funding secured" tweet. (Joseph Fath Tr. at 45:23-46:8);

(kkkk)   Egon Durban testified on September 7, 2021 that he had previously used the word "secured" when discussing capital commitments and funding when it was "[c]ontractual" and there was a binding commitment pertaining to the capital. (Egon Durban Tr. at 42:12-43:2).

(llll)    On August 8, 2018, Musk acknowledged to another Tesla employee that I "[h]ave to be very careful what I say. Shorts want me dead *real* bad. They are losing their minds." (TESLA_LITTLETON_00019654);

(mmmm)  On August 10, 2018, Musk mocked short sellers by tweeting that "Short shorts [were] coming soon to Tesla merch[andise]."

(nnnn)   Yasir Al-Rumayyan text messaged Musk on August 10, 2018 stating that the Public Investment Fund "remains interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction," which demonstrates the absence of any agreement to finance a go-private transaction. (TESLA_LITTLETON_00006164-65; *see also* SEC-EPROD-000015424 at 9)

(oooo)   Pursuant to the Mutual Non-Disclosure Agreement between the Public

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Investment Fund and Tesla, which was signed by Elon Musk, any go-private transaction as of August 10, 2018 was only a "Potential Project" being explored by PIF and Musk. (TESLA_LITTLETON_00005310 at 1)

(pppp)    Sam Teller testified on August 11, 2021 that Yasir Al-Rumayyan told Musk during their call on August 10, 2018 that the transaction was still pending approval from others within the Public Investment Fund and that additional work was necessary. (Sam Teller Tr. at 242:24-244:12). On August 12, 2018, two days later, Musk told Yasir Al-Rumayyan that he was excluding them from participation in any going private transaction, texting "we cannot work together." "Sorry" and "It's over." (TESLA_LITTLETON_00000320 at 11);

(qqqq)    Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per shar price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(rrrr)    In an email dated August 11, 2018, Elon Musk acknowledged that he should probably tweet less and agreed to the statement that Twitter was hurting his reputation. (TESLA_LITTLETON_00019664);

(ssss)    On August 15, 2018, Martin Viecha forwarded to Deepak Ahuja and Todd Maron an email from Janus Henderson Investors, an institutional investor, providing feedback. Viecha noted that this email "encapsulates what most investors I speak to feel." In this email, the institutional investor said "The fact that Elon has been using Twitter really undermines credibility—to put it bluntly his tweets have been nothing short of disastrous over the last few months and I don't think it is unreasonable to say that they are at risk of becoming a significant liability to the Tesla brand/story."

(TESLA_LITTLETON_00019026);

(tttt)    Nii Owuraka Koney testified on July 14, 2021 that the August 13, 2018 blog post "did not make [him] think it was less likely funding was available" after he read it. (Nii Owuraka Koney Tr. at 159:15-159:22);

(uuuu)    Egon Durban of Silver Lake Partners received "talking points" from Steven Rosenblum on August 16, 2018 concerning conversations with Tesla's investors about the going private transaction. (SEC-EPROD-000009934 at 2);

(vvvv)    On August 19, 2018, Martin Viecha informed Deepak Ahuja and Todd Maron that he had met in the past few days with Fidelity, TRowe, Jennison, Capital World, Capital International, PrimeCap, Baron Capital, UBS O'Connor, and others. The feedback from investors regarding privatization was that they "can't hold private entit[ies]." Viecha further informed that "quite a few mid-sized investors shared their frustration that they don't have a mandate to hold a stake in a private company." Ahuja forwarded the investors' feedback to Elon Musk. (TESLA_LITTLETON_00019023);

(wwww)    On August 20, 2018, Musk's advisors submitted a Power Point presentation to the Tesla Board's Special Committee setting forth Musk's going private transaction objectives and process outline. The "Next Steps" slide, among others, listed "Reach out to Potential Investors" and "Confirm Investor interest." According to this document, as of August 20, 2018, "[Elon Musk was still] evaluating various transaction structures [to] [c]onfirm investor financing that has a broad cap table." (TESLA_LITTLETON_00019960 at 3, 6);

(xxxx)    On August 23, 2018, Musk's advisors made a presentation regarding the potential going-private transaction to the Tesla Board. The price for the transaction was still undetermined. (TESLA_LITTLETON_00006626).

In response to this Interrogatory, Plaintiff further refers to the documents contained in Exhibit A, hereto.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 3:**

For each and every **CHALLENGED STATEMENT**, **IDENTIFY** why **YOU** contend it was false or misleading, including **IDENTIFYING** all facts supporting that contention.

**RESPONSE NO. 3:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," and "Challenged Statement." Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Subject to and without waiver of the foregoing objections, the statements made by Elon Musk and Tesla on August 7, 2018 as set forth in Plaintiff's Response to Interrogatory No. 1 were false and misleading statements made knowingly or with deliberate recklessness because, *inter alia*:

(a) Complete funding for going-private transaction involving Tesla had not been

unconditionally secured. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) Musk had not discussed the potential price of $420 with the Saudi Arabia Public Investment Fund or any other potential investor;

(c) Musk had not discussed the overall amount of funding required for any going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(e) Musk intended to limit the involvement of the Saudi Arabia Public Investment Fund to 20% or less of any Private Tesla and never intended to rely on the Public Investment Fund to fund the entire going-private transaction;

(f) Musk had not discussed interest in participating in the transaction with any potential investors apart from the Saudi Arabia Public Investment Fund;

(g) Musk had not had any further substantive conversations with the Saudi Arabia Public Investment Fund since his meeting on July 31, 2018;

(h) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(i) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(j) Musk had not contacted existing Tesla shareholders to assess their interest in participating in the transaction;

(k) Musk had not confirmed the support of any investor for a transaction that would take Tesla private at $420 per share;

(l) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(m) Musk had not formally retained any legal or financial advisors to assist with the transaction;

(n) Musk had not determined whether retail investors would be able to remain shareholders but had been advised that it would be unlikely and "unprecedented";

(o) Musk had not determined whether there were restrictions on investment in private companies by Tesla's institutional investors that would prohibit their involvement in a private Tesla;

(p) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(q) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

The AUGUST 13 BLOG POST left investors with a misleading impression of the nature and status of Musk's proposal to take Tesla private at $420 per share as well as misrepresented the status of Musk and Tesla's discussions with the Saudi Arabia Public Investment Fund and other existing or potential investors. Following the AUGUST 13 BLOG POST investors were still unaware that:

(a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured from the Saudi Arabia Public Investment Fund or from any other

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

funding source. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting or thereafter. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b)   In discussions with representatives with the Saudi Arabia Public Investment Fund after August 7, 2018, Musk had attempted to exclude the Public Investment Fund from participating in any going-private transaction;

(c)   Musk still did not know the overall level of funding required for any going-private transaction and had not discussed the overall amount of funding required for any going-private transaction involving Tesla with any potential investor;

(d)   Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the any potential investor;

(e)   Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(f)   The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(g)   Responses to Musk's August 7, 2018 communications about a potential going private transaction at $420 per share from existing Tesla investors had been mixed with large investors telling Musk and/or Tesla that they could not or would not participate in or support such a transaction;

(h) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(i) Musk had not determined whether retail investors would be able to remain shareholders;

(j) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(k) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

Subject to further review and analysis of discovery, these contentions are based on the following facts which Plaintiff discovered during the course of discovery. This is a non-exclusive list of the facts and/or documents that may be introduced in evidence at trial:

(a) Elon Musk and Tesla were experienced and sophisticated participants in corporate transactions having conducted numerous offerings of debt and equity as a public company as well as making acquisitions, including the acquisition of SolarCity, another public company;

(b) On or around November 5, 2013, Tesla stated in a current report on Form 8-K that investors should "follow Elon Musk's and Tesla's Twitter accounts" for additional information concerning the company. (Robyn Denholm Tr. at 37:15-37:22)

(c) On August 7, 2018, in response to an inquiry from a Reuters reporter about Elon tweets, Dave Arnold, Tesla's Sr. Director of Global Communications, replied—on background only—that no 8K was needed and that Tesla had previously made an SEC disclosure about disseminating information to shareholders via social media including Elon Musk's and Tesla's Twitter accounts. (TESLA_LITTLETON_00014393)

(d) Dave Arnold further testified on September 30, 2021 that he was aware that Elon Musk's Twitter account was recognized as a channel of corporate communication by Tesla. (Dave Arnold Tr. at 32:17-32:20)

(e) Denholm testified further that Tesla's Audit Committee "periodically talked about the

use of Twitter [] as a disclosure vehicle" and that when Elon was "tweeting as the CEO of Tesla [] there [was] a [] general disclosure requirement to ensure that material nonpublic information [was] not disclosed without a review process has gone through." (Robyn Denholm Tr. at 17:3-17:8; 28:22-29:6) According to Denholm, "the use of [Elon] Twitter account as a means of disclosing information" about the company dated back to a Form 8-K of 2013, when Tesla "incorporated [Elon Twitter account] as one of the disclosure areas in terms of what the investors and the population should look at in terms of disclosures that the company might make." (Robyn Denholm Tr. at 17:13-17:19) Denholm's testimony shows that Tesla's Audit Committee as part of Tesla Board had an oversight role vis-à-vis material information disseminated by Elon through his Twitter account.

(f) Martin Viecha testified on August 23, 2021 that negative media coverage relating to Elon Musk's tweets could negatively impact demand for Tesla's products. (Martin Viecha Tr. at 218:2-218:22; *see also* TESLA_LITTLETON_00019023-24) Mr. Viecha testified further that the tweets also negatively impacted Musk's credibility, according to investors. (Martin Viecha Tr. at 197:19-198:9, 223:3-223:10; *see also* TESLA_LITTLETON_00012777 at 4; TESLA_LITTLETON_00019026)

(g) Martin Viecha testified on August 23, 2021 that following Musk's tweets concerning the "cave diver in Thailand" in July 2018, investors became "upset" and "unhappy with the way that [had] been handled." Viecha thought it was "very likely" that Musk was advised to "modify his tweeting behavior" in response to these tweets. (Martin Viecha Tr. at 35:22-36:11; *see also* TESLA_LITTLETON_00019247)

(h) David Arnold testified on September 30, 2021 that at least some of Musk's tweets were not positive for Tesla. (David Arnold Tr. at 35:17-35:23) Arnold testified further that he "heard" that Musk was asked to "take a break from Twitter" in July 2018. (David Arnold Tr. at 34:16-34:20)

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(i) Sam Teller testified on August 11, 2021 that Elon Musk would have "saved . . . a bunch of time and energy and would have been better for public perception" if he had not engaged in tweeting about "the rescue efforts in Thailand." (Sam Teller Tr. at 45:8-45:23) Teller further testified that he suggested Musk take "a break from Twitter" after conferring with Deepak Ahuja, Sarah O'Brien, Antonio Gracias, and several Tesla employees. (Sam Teller Tr. at 57:23-58:14; *see also* MUSK_001706);

(j) Deepak Ahuja testified on August 5, 2021 that he had a "vague recollection of potentially some conversations of some of the board members with Elon" about Musk "tak[ing] a break from Twitter in July 2018." (Deepak Ahuja Tr. at 26:10-27:3);

(k) Martin Viecha testified on August 23, 2021 that there is a requirement against disclosing material information while the market is open. (Martin Viecha Tr. at 64:3-64:18);

(l) Robyn Denholm testified on October 5, 2021 that "trading hours" are "not the right time to be publishing anything material," including in particular Musk's August 7, 2018 tweets. (Robyn Denholm Tr. at 79:9-79:13);

(m) On May 4, 2018, Musk tweeted "oh and uh short burn of the century comin soon. Flamethrowers should arrive just in time." Musk added, "Looks like sooner than expected. The sheer magnitude of short carnage will be unreal. If you're short, I suggest, tiptoeing quietly to the exit . . . .";

(n) On May 7, 2018, Musk bought approximately $9.85 million worth of Tesla shares in the pre-market to generate a rise in Tesla's stock price and, in turn, force a substantial amount of covering of short positions.

(o) On June 12, 2018, Musk bought approximately $24.9 million worth of Tesla stock to maintain Tesla's stock price against negative announcements concerning cuts to Tesla's workforce.

(p) On June 17, 2018, Musk tweeted that "[the shorts] have about three weeks before their

1    short position explodes."

2    (q) On July 5, 2018, Musk released a series of tweets attacking *Reuters* and *Business Insider*

3       for being "relentlessly negative about Tesla," publishing "bogus" articles, and "serving

4       as an insider trading source for one of Tesla's biggest short-sellers"

5    (r) On July 24, 2018, Musk contacted Lawrence Fossi's employer in an attempt to prevent

6       Mr. Fossi from writing any further articles that were adverse to or critical of Tesla;

7    (s) On July 30, 2018, a WSJ reporter emailed Musk informing him that the WSJ was "doing

8       a story about your use of Twitter and how you have taken aim with your tweets at short

9       sellers in Tesla shares." Among other questions, the WSJ reporter asked Musk: "Do you

10      think  it  is  wise  to  go  head  to  head  with  short  sellers?"

11      (TESLA_LITTLETON_00019689);

12   (t) Martin Viecha testified on August 23, 2021 that "highly negative piece[s] in the

13      mainstream press" were discussed frequently internally at Tesla, that the "short interest"

14      was an "ongoing theme" at Tesla, and that he and his colleagues perceived short sellers

15      as having a "significant incentive to cause harm [to Tesla] to make money on a short-

16      term gain." (Martin Viecha Tr. at 71:21-74:6)

17   (u) The meeting minutes from the July 31, 2018 meeting indicate that: Yasir Al-Rumayyan

18      on behalf of the Public Investment Fund told Musk that he "would like to listen more

19      about [Musk's] plan to take [Tesla] private," "listen to [Elon's] plan and . . . the financial

20      calculations to take it private in the next week," and he would call Musk "if [he] did not

21      receive anything." (SEC-EPROD-000009477 at 2);

22   (v) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29,

23      2018 that he was aware as of July 31, 2018 that institutional shareholders had restrictions

24      against owning shares in private companies. (Elon Musk SEC Tr. at 126:1-126:24);

25   (w) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29,

26      2018 that there was no discussion of transaction structure, investment dollar amounts,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

acquisition premium, regulatory requirements, level of control, or the board approval process during the July 31, 2018 meeting with the Public Investment Fund, except to the extent that Musk said he wanted to retain Tesla's current shareholder base. (Elon Musk SEC Tr. at 121:4-122:23, 127:3-128:3, 128:20-129:17, 134:22-135:8, 136:9-136:22, 160:17-160:19) The meeting ended with Musk agreeing to provide these and other terms for the transaction. (Elon Musk SEC Tr. at 149:21-149:25, 155:20-156:6);

(x) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not contact anyone at the Saudi Arabia Public Investment Fund to determine whether it was still interested in the going private transaction after Tesla's stock price increased 15% on August 2, 2018. (Elon Musk SEC Tr. at 178:16-179:25);

(y) Egon Durban testified on September 7, 2021 that the per share purchase price or overall funding for the going private transaction was never finalized. (Egon Durban Tr. at 156:4-156:16; *see also* TESLA_LITTLETON_00006169 at 58);

(z) Deepak Ahuja, Tesla's former Chief Financial Officer, testified on August 5, 2021 that Elon Musk did not discuss substantive terms or a "specific funding amount" during the meeting on July 31, 2018, but instead agreed to "continue the conversation" and discuss "the structure and what's required" to take Tesla private. (Deepak Ahuja Tr. at 81:19-82:5, 84:2-84:6, 97:15-98:1, 100:22-101:7, 102:14-102:16) Ahuja testified further that he was "not aware" of "any financial calculations that were shared with [the Public Investment Fund]" after the meeting and was also never asked to provide any calculations to the Public Investment Fund. (Deepak Ahuja Tr. at 82:12-83:15);

(aa)      Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per share price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-

135:19);

(bb)      Sam Teller testified on August 11, 2021 that there was no discussion of "an exact dollar amount" or a specific transaction structure during the July 31, 2018 meeting with the Public Investment Fund. (Sam Teller Tr. at 164:17-166:2) Teller also testified that he was unaware of whether any research had been done to determine whether existing investors could remain investors in Tesla if it were private. (Sam Teller Tr. at 166:3-166:8);

(cc)      Robyn Denholm testified on October 5, 2021 regarding Musk's account of the July 31 meeting with the Saudi Arabia Public Investment Fund, that there was a question "around our existing shareholders because [] the board wasn't sure about the quantum of money would be required to take [] the company private. So the question was: How do we know [] whether [our shareholders] would be in favor of this type of transaction or not." (Robyn Denholm Tr. at 59:12-59:19);

(dd)      Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he believed only 20% to 25% of Tesla's existing shareholders would not want to own shares in Tesla if it were a private company. (Elon Musk SEC Tr. at 120:3-120:17)

(ee)      Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not want the Saudi Arabia Public Investment Fund to be too large of a shareholder and that he wanted the Public Investment Fund to own "something on the order of 15 percent, maybe up to 20 percent." (Elon Musk SEC Tr. at 170:6-170:11; *see also id.* at 207:3-207:15. 261:1-261:5)

(ff) Musk further testified that he would "ensure that any single foreign entity did not come close to the CFIUS limits, meaning that [the Public Investment Fund] would not be in a control or de fact control position." (Elon Musk SEC Tr. at 210:10-210:16);

(gg)      In the August 13 Blog Post, Musk stated: "I would like for Tesla to continue to have a broad investor base." "My best estimate right now is that approximately two-thirds

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

of shares owned by all current investors would roll over into a private Tesla";

(hh)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Elon "noted his desire for current shareholders [] to remain shareholders in [Tesla] after any proposed privatization … and stated that it was not his intention to provide shareholder control in a private [Tesla] to any single entity, but rather to have ownership of [Tesla] be dispersed over a broad base of shareholders, including many of [Tesla]'s current shareholders." (TESLA_LITTLETON_00012812 at 2);

(ii) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that his process for deriving the $420 per share offer price consisted of adding 20% to Tesla's closing stock price of $348 on August 2, 2018 and then adding $1 to coincide with the "420" symbol for marijuana. (Elon Musk SEC Tr. at 192:10-193:11, 194:11-194:21);

(jj) On August 2, 2018, Musk identified the "constant defamatory attacks by the short-selling community" as one of the main drivers behind his attempt to take Tesla private when communicating his offer to Tesla's board. (TESLA_LITTLETON_00000078);

(kk)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Musk's "basis for his price of $420 per share" was to provide an approximate 20% premium over the current price of the stock, which had just undergone a recent run up after [Tesla's] Q2 earnings call." (TESLA_LITTLETON_00012812 at 2);

(ll) Robyn Denholm testified that during the Board meeting on August 2, 2018, Ahuja explained to the Board that Elon based the $420 share price on "a 20 percent premium" over "the last published price the day before." (Denholm Tr. at 50:21-51:9)

(mm)     Meeting minutes from the Board of Directors' Special Meeting on August 2, 2018 state that Musk "believed Tencent and other large Tesla shareholders" would support the going private transaction, but "had not yet spoken with them." (TESLA_LITTLETON_00012790 at 1-2);

(nn)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that on August 3, 2018 he was told by Tesla's Board of Directors that it would be "really difficult for small investors" to remain shareholders in the company after it was taken private. (Elon Musk SEC Tr. at 208:13-208:25);

(oo)     James Murdoch, a Tesla Board Director, testified on August 17, 2021 that, as of the August 3, 2018 board meeting there was no written commitment from the PIF to provide any level of financing. (James Murdoch Tr. at 91:2, 9 -15);

(pp)     Deepak Ahuja testified on August 5, 2021 that, as of the adjournment of the August 3, 2018 board meeting, Elon Musk was still in the process of identifying his legal and financial advisors. (Deepak Ahuja Tr. at 153:2-5);

(qq)     Martin Viecha wrote in an email to Deepak Ahuja, dated August 5, 2018, that institutional shareholders are subject to "[i]nternal mechanisms" that would force them to reduce their positions in Tesla if it were to "become too large of a weight within a portfolio." (TESLA_LITTLETON_00004239);

(rr)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that an agreement to fund the going private transaction at a deal price of $420 per share did not exist when tweeting "funding secured" on August 7, 2018. (Elon Musk SEC Tr. at 231:22-232:10);

(ss)   Martin Viecha and Deepak Ahuja had not yet provided Musk with Tesla's capitalization table showing its largest institutional and retail shareholders as of August 7, 2018, according to Viecha's email to Ahuja dated August 7, 2018. (TESLA_LITTLETON_00004131);

(tt)   Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not retain any advisors to assist him with the going private transaction at any point between his meeting with the Public Investment Fund on July 31, 2018 and his tweets on August 7, 2018. (Elon Musk SEC Tr. at 165:1-165:5);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(uu)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018, indicate that, as of August 3, 2018, Musk had not yet retained legal counsel or a financial advisor to assist with the going private transaction. (TESLA_LITTLETON_00012812 at 2);

(vv)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that a "detailed proposal regarding a going private transaction had not yet been made and that one would be needed in order for the Board to properly analyze and evaluate it." (TESLA_LITTLETON_00012812 at 3);

(ww)     Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of August 7, 2018 that the process for putting together a formal proposal for the going private transaction would be complex and not a "trivial exercise." (Elon Musk SEC Tr. at 257:16-257:21);

(xx)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that as of August 7, 2018 his overarching level of certainty about whether or not a going private transaction would ultimately be consummated was "roughly 50 percent" or "maybe a little higher than 50 percent." (Elon Musk SEC Tr. at 257:16-258:5);

(yy)     Egon Durban testified on September 27, 2021 that as of August 7, 2018 there was nothing in terms of a formal proposal to be voted on by shareholders. (Egon Durban Tr. at 45:7-45:9) He testified further that as of August 10, 2018, Musk had not yet submitted a formal proposal to Tesla's board. (Egon Durban Tr. at 55:22-56:6, 57:9-57:20; *see also* SL_3P00000001 at 29) Additionally, as of August 14, 2018, Durban and Musk had not yet determined funding sources for the going private transaction or the structure of the transaction. (Egon Durban Tr. at 106:18-106:20; *see also* SL_3P00000261);

(zz)     Deepak Ahuja testified on August 5, 2021 that he was not aware of a proposal from Musk to take Tesla private that was capable of being voted on by shareholders as of August 7, 2018. (Deepak Ahuja Tr. at 194:14-194:17);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(aaa)      Ira Ehrenpreis, a Tesla Board Director, testified on August 25, 2021 that, as of August 7, 2018 there had not yet been a formal proposal made and there were a number of steps that would need to unfold.  He further testified that, as of August 18, 2018 a formal go private transaction bid had not been submitted to the board, nor was there ever one submitted. (Ira Ehrenpreis Tr. at 87:15-24, 140:4-19)

(bbb)      Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not do anything prior to August 7, 2018 to assess whether institutional investors, including T. Rowe Price, Fidelity, Baillie Gifford, or Capital Group, would support a going private transaction. (Elon Musk SEC Tr. at 217:16-218:6, 218:22-219:2);

(ccc)      Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that no one at Tesla reviewed his August 7, 2018 tweets before sending them. (Elon Musk SEC Tr. at 221:9-222:11);

(ddd)      On August 7, 2018, at approximately 8:16 a.m. PT, the *Financial Times* asked Tesla for a comment on their report that the Public Investment Fund had built "a 3-5% stake in Tesla after buying shares on the open market." Dave Arnold notified Elon Musk of the story and indicated that Tesla was planning to "decline comment." Musk approved the plan by responding "Ok."

(eee)      On August 7, 2018, at approximately 9:17 a.m. PT, the *Financial Times* published its report. At 9:48 p.m. PT, Musk tweeted "Am considering taking Tesla private at $420. Funding secured." This prompted a sharp 5% rise in Tesla's stock price, ensuring that short sellers would be forced to cover positions given the overall increase in price from the opening of the market that morning.

(fff)      Egon Durban testified on September 7, 2021 that announcements of going private transactions are typically announced after a definitive agreement has been signed. (Egon Durban Tr. at 56:20-56:23; *see also* SL_3P00000001 at 29) Durban further testified that he had "never worked on a public-to-private process where the CEO announced

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

everything" prior to retaining Silver Lake Partners as its advisor. (Egon Durban Tr. at 84:3-84:10);

(ggg)    Deepak Ahuja testified on August 5, 2021 that he had not seen Musk's tweets on August 7, 2018 before they were published. (Deepak Ahuja Tr. at 169:18-170:11);

(hhh)    Martin Viecha testified on August 23, 2021 that he did not have "any responsibility for reviewing" Musk's tweets before they were posted on Twitter and had never done so in the past. (Martin Viecha Tr. at 35:7-35:17) Viecha testified further that there was "no official policy" requiring review of Musk's tweets prior to publishing them before August 2018. (Martin Viecha Tr. at 23:21-24:5);

(iii)David Arnold testified on September 30, 2021 that he "[v]ery rarely" reviewed Musk's tweets before they were posted on Twitter. (David Arnold Tr. at 34:1-34:9)

(jjj)Robyn Denholm testified on October 5, 2021 that she did not recall Musk discussing making the tweet with anyone prior to publishing it. (Robyn Denholm Tr. at 76:6-76:9);

(kkk)    On August 7, 2018, Musk tweeted that Tesla "[will] be way smoother & less disruptive as a private company. Ends negative propaganda from shorts" if it became a private company;

(lll)On August 7, 2018, Sam Teller texted it was "satisfying to obliterate" the shorts. (SEC-EPROD-000017148) Teller testified on August 11, 2021 that he also sent a "cartoon with someone on fire" representing the "shorts." (Sam Teller Tr. at 205:24-206:11);

(mmm)    Nii Owuraka Koney testified on July 14, 2021 that he regarded Elon Musk's "funding secured" tweet as an "epic f u to the shorts." (Nii Owuraka Koney Tr. at 48:16-48:24; *see also* JENN0000037) Mr. Koney testified further that Musk was historically "not happy about people who short – or investors who short the stock." (Nii Owuraka Koney Tr. at 52:12-53:17);

(nnn)    Joseph Fath testified on July 12, 2021 that Musk executed a "short squeeze" with his tweets on August 7, 2018, writing in an email that "The Tesla shorts go up and close

with napalm yesterday." (Joseph Fath Tr. at 43:1-44:18; *see also* TRP_001087);

(ooo)    The email purportedly from Elon Musk published by Tesla on August 7, 2018 titled "Taking Tesla Private" was initially suggested to Mr. Musk by Deepak Ahuja and was drafted by Tesla employees Mr. Ahuja, Sarah O'Brien, and Todd Maron. (Deepak Ahuja    Tr.    at    177:18-187:7;    *see    also*    TESLA_AHUJA0000448; TESLA_LITTLETON_00000320);

(ppp)    On August 7, 2018, Musk wrote in his email to Tesla's employees that Tesla was "the most shorted stock in the history of the stock market" and stated that "being public means there are large numbers of people who have incentive to attack the company";

(qqq)    Joseph Fath testified on July 12, 2021 that certain of T. Rowe Price's funds would be unable to hold shares in Tesla if it were private due to "mandates on their accounts that do not allow privates" or, alternatively, fewer shares due to "illiquidity" concerns. (Joseph Fath Tr. at 48:13-49:7, 54:9-54:13; *see also* TRP_000012, TRP_000013, TRP_000016, TRP_000017);

(rrr)    Nii Owuraka Koney testified on July 14, 2021 that Jennison Associates had restrictions against holding private companies and, therefore, would not be able to remain a shareholder in a private Tesla. (Nii Owuraka Koney Tr. at 113:13-114:5);

(sss)    Martin Viecha testified on August 23, 2021 that, as of August 7, 2018 he understood that the "majority" of Tesla's institutional shareholders "do not have a mandate to own private companies." (Martin Viecha Tr. at 149:25-150:20; *see also* TESLA_LITTLETON_00004008);

(ttt) Matt Fassnacht on behalf of HHR Asset Management LLC emailed Aaron Chew on August 7, 2018 advising that he would "not support a buyout" because he was not permitted to "own private entities." (TESLA_LITTLETON_00004015);

(uuu)    Joseph Fath testified on July 12, 2021 that Musk had not spoken with T. Rowe Price about the going private transaction prior to Musk's tweets on August 7, 2018.

(Joseph Fath Tr. at 45:13-45:22, 49:14-50:16) The first contact he received about the going private transaction was on August 9, 2018, when Sam Teller asked for his availability to speak with Musk. (Joseph Fath Tr. at 86:5-86:19; *see also* TRP_002031);

(vvv)     Sonu Kalra at Fidelity did not speak with Musk about the going private transaction until after Musk tweeted about it on August 7, 2018. (SEC-EPROD-000000425);

(www)     Nii Owuraka Koney testified on July 14, 2021 that he had not had any conversations with Elon Musk prior to August 7, 2018 about the go-private transaction. (Nii Owuraka Koney Tr. at 162:7-162:16)

(xxx)     Deepak Ahuja testified on August 5, 2021 that he did not believe Musk spoke to any shareholders to assess their interest in a private Tesla prior to Musk's tweets on August 7, 2018. (Deepak Ahuja Tr. at 172:8-173:1) Ahuja testified further that he did not provide Musk with a list of Tesla's top shareholders until after August 7, 2018. (Deepak Ahuja Tr. at 224:10-224:19);

(yyy)     Martin Viecha testified on August 23, 2021 that there had been "no discussions with shareholders about the going-private transaction" prior to August 7, 2018. (Martin Viecha Tr. at 159:6-161:17; *see also* TESLA_LITTLETON_00004253);

(zzz)     Robyn Denholm testified on October 5, 2021 that she did not believe that Elon had any conversations with shareholders prior to the tweet going out. (Robyn Denholm Tr. at 69:21-69:23)

(aaaa)     On August 8, 2018, Elon Musk's personal public relations consultant informed him that a NYT reporter had contacted her seeking to talk to Elon off the record and noting that "he ha[d] talked to 'all' the large investors and none of them ha[d] been approached." (TESLA_LITTLETON_00019654);

(bbbb)     Ryan Brinkman testified on May 4, 2021 that he understood "funding secured" to mean that "funding is secured . . . [t]hat the funding has been lined up" and "not in

question." (Ryan Brinkman Tr. at 64:6-64:12);

(cccc)    Ryan Brinkman testified on May 4, 2021further that "funding secured" meant that "there has been a Wall Street bank or more likely consortium of banks that have lined up or committed to lining up this financing or . . . it was already there because it was such a deep pocketed acquirer" and that "[e]ither a commitment to funding or that it was already there . . . ." (Ryan Brinkman Tr. at 64:13-64:23, 65:6-65:12);

(dddd)    Brinkman wrote on behalf of J.P. Morgan in his analyst report dated August 8, 2018 that, "Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." (JPMS_00000047 at 1);

(eeee)    Nii Owuraka Koney testified on July 14, 2021 that he interpreted Elon Musk's "funding secured" tweet to mean that Mr. Musk had secured either a "verbal commitment" or "an offer letter of some sort" to fund the go-private transaction. (Nii Owuraka Koney Tr. at 21:20-22:6, 44:7-45:13, 56:1-56:13, 57:14-57:21; *see also* JENN0000048) Additionally, Koney testified that this necessarily included a total purchase price or amount of financing that had been agreed to by the source of funding. (Nii Owuraka Koney Tr. at 79:24-80:17);

(ffff)    Nii Owuraka Koney testified on July 14, 2021that he believed funding was in fact secured based on subsequent communications with Martin Viecha. (Nii Owuraka Koney Tr. at 71:8-72:24; *see also* JENN0000090);

(gggg)    Joseph Fath testified on July 12, 2021 that he interpreted "funding secured" to mean, "[j]ust as it states," that Musk "had secured sources or financial sources to fund a go-private transaction." (Joseph Fath Tr. at 28:18-28:23);

(hhhh)    Joseph Fath testified on July 12, 2021 that "secured," as used in the context of Musk's tweet, meant that funding was "locked and loaded and no question at all a hundred percent that you have funding ready to go and you're prepared to move forward with this transaction." (Joseph Fath Tr. at 28:24-29:5);

(iiii)      Joseph Fath testified on July 12, 2021 that there was "nothing left for interpretation" because Musk's tweet "talk[ed] about the company being taken private, has a specific dollar amount, along with the verbiage funding secured" and that it was "pretty black-and-white." (Joseph Fath Tr. at 32:22-33:8);

(jjjj)      Joseph Fath testified on July 12, 2021 that Musk's subsequent tweets, including in particular that "investor support is confirmed," in his opinion "reinforced the funding secured" tweet. (Joseph Fath Tr. at 45:23-46:8);

(kkkk)      Egon Durban testified on September 7, 2021 that he had previously used the word "secured" when discussing capital commitments and funding when it was "[c]ontractual" and there was a binding commitment pertaining to the capital. (Egon Durban Tr. at 42:12-43:2).

(llll)      On August 8, 2018, Musk acknowledged to another Tesla employee that I "[h]ave to be very careful what I say. Shorts want me dead *real* bad. They are losing their minds." (TESLA_LITTLETON_00019654);

(mmmm)      On August 10, 2018, Musk mocked short sellers by tweeting that "Short shorts [were] coming soon to Tesla merch[andise]."

(nnnn)      Yasir Al-Rumayyan text messaged Musk on August 10, 2018 stating that the Public Investment Fund "remains interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction," which demonstrates the absence of any agreement to finance a go-private transaction. (TESLA_LITTLETON_00006164-65; *see also* SEC-EPROD-000015424 at 9)

(oooo)      Pursuant to the Mutual Non-Disclosure Agreement between the Public Investment Fund and Tesla, which was signed by Elon Musk, any go-private transaction as of August 10, 2018 was only a "Potential Project" being explored by PIF and Musk.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(TESLA_LITTLETON_00005310 at 1)

(pppp)    Sam Teller testified on August 11, 2021 that Yasir Al-Rumayyan told Musk during their call on August 10, 2018 that the transaction was still pending approval from others within the Public Investment Fund and that additional work was necessary. (Sam Teller Tr. at 242:24-244:12). On August 12, 2018, two days later, Musk told Yasir Al-Rumayyan that he was excluding them from participation in any going private transaction, texting "we cannot work together." "Sorry" and "It's over." (TESLA_LITTLETON_00000320 at 11);

(qqqq)    Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per shar price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(rrrr)    In an email dated August 11, 2018, Elon Musk acknowledged that he should probably tweet less and agreed to the statement that Twitter was hurting his reputation. (TESLA_LITTLETON_00019664);

(ssss)    On August 15, 2018, Martin Viecha forwarded to Deepak Ahuja and Todd Maron an email from Janus Henderson Investors, an institutional investor, providing feedback. Viecha noted that this email "encapsulates what most investors I speak to feel." In this email, the institutional investor said "The fact that Elon has been using Twitter really undermines credibility—to put it bluntly his tweets have been nothing short of disastrous over the last few months and I don't think it is unreasonable to say that they are at risk of becoming a significant liability to the Tesla brand/story." (TESLA_LITTLETON_00019026);

(tttt)    Nii Owuraka Koney testified on July 14, 2021 that the August 13, 2018 blog post

"did not make [him] think it was less likely funding was available" after he read it. (Nii Owuraka Koney Tr. at 159:15-159:22);

(uuuu)     Egon Durban of Silver Lake Partners received "talking points" from Steven Rosenblum on August 16, 2018 concerning conversations with Tesla's investors about the going private transaction. (SEC-EPROD-000009934 at 2);

(vvvv)     On August 19, 2018, Martin Viecha informed Deepak Ahuja and Todd Maron that he had met in the past few days with Fidelity, TRowe, Jennison, Capital World, Capital International, PrimeCap, Baron Capital, UBS O'Connor, and others. The feedback from investors regarding privatization was that they "can't hold private entit[ies]." Viecha further informed that "quite a few mid-sized investors shared their frustration that they don't have a mandate to hold a stake in a private company." Ahuja forwarded the investors' feedback to Elon Musk. (TESLA_LITTLETON_00019023);

(wwww)   On August 20, 2018, Musk's advisors submitted a Power Point presentation to the Tesla Board's Special Committee setting forth Musk's going private transaction objectives and process outline. The "Next Steps" slide, among others, listed "Reach out to Potential Investors" and "Confirm Investor interest." According to this document, as of August 20, 2018, "[Elon Musk was still] evaluating various transaction structures [to] [c]onfirm      investor      financing      that      has      a      broad      cap      table." (TESLA_LITTLETON_00019960 at 3, 6);

(xxxx)     On August 23, 2018, Musk's advisors made a presentation regarding the potential going-private transaction to the Tesla Board. The price for the transaction was still undetermined. (TESLA_LITTLETON_00006626).

In response to this Interrogatory, Plaintiff further refers to the documents contained in Exhibit A, hereto.

**INTERROGATORY NO. 4:**

For each and every CHALLENGED STATEMENT and CHALLENGED OMISSION, IDENTIFY why YOU contend it was MATERIAL, including IDENTIFYING all facts supporting that contention.

**RESPONSE NO. 4:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "Challenged Statement," and "Challenged Omission." Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Plaintiff further objects to this Interrogatory as improperly and prematurely requesting information that will be subject of expert opinion and an expert report. Plaintiff will provide additional information responsive to this Interrogatory in an expert report served in accordance with the schedule

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

in this proceeding.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 were material:

(a) Jeffrey Spurling, an analyst at Citadel, emailed Martin Viecha on August 7, 2018 for confirmation as to whether Musk's tweets were "a twitter joke, or a real disclosure of Elon Musk's intention to take Tesla private at $420 per share." Viecha responded that Musk's tweets were "[n]ot a joke" and that they were "serious tweet[s]"; (TSLA_LITTLETON_00004099 at 2; *see also* Martin Viecha Tr. at 116:17-117:2).

(b) Eric Hogner, an analyst at Lansdowne Partners, emailed Viecha on August 7, 2018 to "confirm that these tweets are real." Viecha confirmed in response that "Yes, these Tweets are official." (TESLA_LITTLETON_00004110; *see also* Martin Viecha Tr. at 120:14-120:25);

(c) Itay Michaeli, an analyst at Citi Research, emailed Viecha on August 7, 2018 to inquire whether there was "an actual transaction on the table (with secured financing)" or if going private was "more of a strategic announcement . . . ." Viecha responded that "the very first Tweet mentioned a firm offer." (TESLA_LITTLETON_00004154; *see also* Martin Viecha Tr. at 129:8-129:18);

(d) Nii Owuraka Koney, a Managing Director at Jennison Associates, emailed Viecha on August 7, 2018 requesting a telephone call to discuss the "funding" for the transaction. Viecha responded that "[t]he very first tweet simply mentioned 'Funding secured' which means that this is a firm offer" and that "the offer is as firm as it gets." (JENN0000074; *see also* Martin Viecha Tr. at 137:13-138:21) Mr. Koney also testified on July 14, 2021 that his "view all along" was that the "offer at $420" was a "real offer." (Nii Owuraka Koney Tr. at 116:8-116:15);

(e) Bradley Erickson, an analyst at KeyBanc Capital Markets, emailed Viecha on August 7,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

2018 asking for him to "clarify" whether "funding is secured." Viecha responded by confirming that "the first Tweet clearly stated that 'financing is secured.' Yes, there is a firm offer." (TESLA_LITTLETON_00004010; *see also* Martin Viecha Tr. at 154:13-155:11);

(f)   Toni Sacconaghi, an analyst at AllianceBernstein, emailed Viecha on August 7, 2018 for "questions/clarification on today's news and blog post." Viecha stated in response that "apart from what has been tweeted and what was written in a blog post, we can't add anything else. I only wanted to stress that Elon's first tweet, which mentioned 'financing secured' is correct" and that "financing is secured regardless of other assumptions." (TESLA_LITTLETON_00004253 at 1-2; *see also* Martin Viecha Tr. at 156:21-158:15);

(g)   On August 7, 2017, Deepak Ahuja informed Elon Musk and Todd Maron that they were "getting a lot of enquiries from investors, SEC and the media to better understand the comment 'funding secured.'" (TESLA_LITTLETON_00019605);

(h)   As of 11:05 am of August 7, 2018, all major media had contacted Dave Arnold, Tesla's Sr. Director of Global Communications, with inquiries about Elon's taking Tesla private tweet, including Thomson Reuters, NBC Universal, Fox Business Network, Associated Press, Forbes, CBS, Washington Street Journal, Bloomberg, Financial Times, Los Angeles Times, CNN Money, USA Today, The Daily Telegraph (England), The Buffalo News, San Francisco Chronicle, The Street, BuzzFeed News, The Hill, Silicon Valley Business Journal, Bay Area News Group, Recode (Vox), The Verge, and Jalopnik. (TESLA_LITTLETON_00013639);

(i)   Dave Arnold testified on September 30, 2021 that Tesla Communications team was "getting flooded with inquiries" and that he "did not really see a scenario in which we, Tesla the company, could not just not say anything." (Dave Arnold Tr. at 75:24-76:2);

(j)   On August 7, 2018, after Tesla published Elon email to Tesla employees explaining his reasoning behind the tweets, Dave Arnold informed Deepak Ahuja and Todd Maron that

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

following Tesla blog post, media reported that Elon's consideration about taking Tesla private was "shocking investors and analysts." (TESLA_LITTLETON_00012975);

(k) David Arnold, Tesla's Global Communications Director, testified on September 30, 2021 that Elon Musk's and Tesla's statements after the initial tweet on August 7, 2018 provided "additional information on top of the initial tweet [Musk] sent." (David Arnold Tr. at 69:3-69:8);

(l) From an opening price of $343.84 per share, Tesla's stock rose to an intraday high of $387.46 per share and closed at $379.57 per share. Over 30 million shares traded on August 7, 2018, which is more than twice Tesla's daily average volume;

(m) On August 8, 2018, a Nasdaq representative emailed Deepak Ahuja and Martin Viecha informing them that "[f]ollowing [Elon's taking Tesla private] news, … [y]esterday, TSLA closed up 11% to 379.57 on volume of 30.8 million shares. Yesterday's trading range was $339.15-387.46." (TESLA_LITTLETON_00004671).

(n) The Musk communications on August 7, 2018 caused an immediate price reaction in Tesla's stock, with Tesla's stock price increasing to $365.03 per share (just prior to 12:49 p.m.) from $356.85 per share (just prior to 12:48 p.m.) on volume of over 800,000 shares in this first minute of trading after the Musk Tweets.  Tesla's stock continued to be heavily traded on August 7, with volume of over 10 million shares until a trading halt at 2:08 p.m., ("Tesla Inc. (TSLA) Halted due to pending news," *Dow Jones Institutional News*, August 7, 2018, 2:08 p.m.), when the price was $367.25.

(o) Tesla stock resumed trading at approximately 3:45 p.m., ("Tesla Inc. (TSLA) Resumed Trading," *Dow Jones Institutional News*, August 7, 2018, 3:45 p.m.), quickly increasing to over $386 per share before closing at $379.57 per share with additional volume of over 6 million shares.

(p) During and after market trading hours on August 7, 2018, news articles reported that the Musk Tweets caused an increase in Tesla's share price on August 7, 2018, for example:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

i.   "Tesla Jumps After Musk Tweets He Could Take Co. Private at $420," *Bloomberg News*, August 7, 2018, 1:00 p.m. - "Am considering taking Tesla private at $420. Funding secured," Tesla CEO Elon Musk says in tweet.  Tesla climbs to session high, up 8.2%, on Musk's tweet."

ii.  "Tesla's Musk Tweets He's 'Considering' Taking Company Private – MarketWatch," *Dow Jones Institutional News*, August 7, 2018, 1:07 p.m. - Tesla Inc. (TSLA) jumped as much as 8% midday Tuesday after Chief Executive Elon Musk tweeted he was "considering" taking the Silicon Valley car maker private at $420 a share. "Funding secured," the tweet continued, garnering calls to "dewit" and love yous from Musk supporters on Twitter. The price would represent a 16% upside from Tuesday's prices.

iii. "Tesla shares jump on Musk tweet on taking company private," *Agence France Presse*, August 7, 2018, 1:09 p.m. - Tesla shares jumped after midday on Tuesday following a tweet by Chief Executive Elon Musk that he was considering taking the electric automaker private.  Shares were up 5.9 percent to $361.87 around 1700 GMT after spiking to $371.15 shortly after Musk's tweet.

iv.  "Afternoon of Terror for Tesla Shorts Fomented by Musk's Tweet," *Bloomberg News*, August 7, 2018, 1:54 p.m. - What's in a tweet? About $500 million of potential losses to short sellers, when it comes to Tesla's Chief Executive Officer Elon Musk.  A tweet that he's considering taking the company private "at $420" sent an already elevated stock higher. From around $355 it jumped above $371 just after the post, before the gains were pared.

v.   "MW UPDATE: Stocks close higher as earnings news trumps trade-war fear; Tesla soars 11% on Musk's going-private tweet," *MarketWatch*, August 7,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

2018, 4:39 p.m. - The Nasdaq rose for a sixth day in a row, its longest winning streak since March, led by Tesla Inc., which spiked following a tweet from Chief Executive Elon Musk that he was considering a move to take the company private, which was followed by confirmation from the company.

vi. "Crazy Ride for Tesla Watchers as Musk Tweets: TOPLive Takeaways," *Bloomberg First Word*, August 7, 2018, 4:25 p.m. - Key takeaways from the TOPLive blog on Tesla Inc. after CEO Elon Musk tweeted he's considering taking the automaker private.

Elon Musk tweeted that he wants to take Tesla private at $420 a share and said he had "funding secured."

Shares initially rose as much as 8% until trading was halted for an hour and a half.

Musk in a series of tweets said he doesn't have a controlling vote and wouldn't expect any shareholder to have one if the company goes private. He said people could still invest in Tesla once it's private.

Musk later put out a letter that, in essence, said that the company would be better off focusing on its goals without the scrutiny of investors and the "attacks" from short sellers.

Still, Musk said, a final decision hasn't been made.

Investors and analysts, even Musk himself, all seemed a little uncertain whether this will happen. The same with the market: Tesla shares closed up 11% to $379.57. That was a great run, but still about $40 shy of what Musk would want to offer shareholders to get a deal done. Shares were coming down by about $5 in after-market trades.

vii. "Elon Musk tweets a lot. This time was different," *CNN Wire*, August 7, 2018, 6:09 p.m. - Going private, Musk said, would end "negative propaganda from

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

shorts," referring to his hated short-sellers.  Around 3:30 ET, Tesla released a statement via its blog, titled "Taking Tesla Private."  It contained a letter from Musk sent to Tesla employees. … Musk then tweeted the blog post with his own commentary.  "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote," he said.

viii.  "Is Tesla going private? Elon Musk claims 'investor support is confirmed' after tweeting plans to privatize at $420 per share, in shock announcement that HALTED the stock for almost two hours," *Mail Online*, August 7, 2018 6:41 p.m. - Shares of Tesla were halted in afternoon trading on Tuesday after CEO Elon Musk tweeted that he's considering taking the electric car company private at $420 a share - a significant jump from the stock's current price of roughly $379.

Musk said the take-private transaction has received investor support and now rests on a shareholder vote in order for it to become official.

(q) Analysts also commented on the Musk Tweets, for example:

i.  Canaccord Genuity, *Shares up 6% on tweet from CEO*, August 7, 2018, 1:52 p.m. (source of timestamp: Capital IQ) - Shares up 6% on tweet from CEO Tesla's Chairman and CEO, Elon Musk, tweeted that he is "considering taking Tesla private at $420," and that he has "Funding secured."

This tweet epitomizes the reason we have a HOLD rating on Tesla shares and not a Buy. If true, and his account was not hacked, this reinforces the rationale behind our market neutral stance.

As the company matures or on pullbacks we would look to become more constructive but remain on sidelines at current levels.

ii.  Morningstar, *Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price*, August 7, 2018, 3:06 p.m.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(source of timestamp: Capital IQ) - Tesla CEO Elon Musk tweeted around midday on Aug. 7 the following: "Am considering taking Tesla private at $420. Funding Secured." A buyout price of $420 per share would be for about $71.6 billion based on the July 27 outstanding share count of 170.6 million in the latest 10-Q filing, though it's unclear if Musk's roughly 22% ownership stake would be part of the deal or just converted into equity of a new private company. If a deal is announced and we think its execution is more likely than not, we will raise our fair value estimate to the deal price, but for now we are leaving our fair value estimate of $179 in place.

We find it odd that Musk would disclose that he is considering doing a deal and specifying a price rather than not saying anything until Tesla actually announces it is going private. It is possible that he wants to hurt short sellers of Tesla now. He has been very vocal against them recently, including posting a satire video on Twitter on Aug. 5. We think it is also possible that he wants to get a price higher than $420, else we would expect him to simply announce he is considering going private with funding secured and leave the $420 number out of the tweet. We speculate that the funding comes mostly from tech investors, such as possibly SoftBank or Tencent (the latter bought 5% of Tesla in 2017), sovereign wealth funds, and wealthy Silicon Valley investors.

iii.  Barclays, *Musing about going private is the latest strange twist*, August 7, 2018, 4:57 p.m. (source of timestamp: Capital IQ) - This is out there even for Tesla

Elon's tweet and blog post around going private at $420/share was certainly a disruptor this afternoon. What was looking to us to be a quiet afternoon digesting the earnings results of auto rental companies was disrupted by Elon Musk's tweet …

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

We're not clear where the funding would come from – would have to be largely equity

Buyout would require ~$70bn - ~$60bn for equity and ~$10bn to take out debt. With 145mn shares (including shares for comp, but subtracting Musk's 34mn shares), a buyout at $420/share would require $60bn to take out all public shareholders. Even with the Saudi fund taking a 3-5% stake (see "Tesla shares move higher on Saudi Arabia fund stake" FT, Aug 7, 2018), that leaves a large funding gap.

And credit markets may not be that receptive. The Tesla unsecured bonds trade at a yield of ~6.7% -- so even if say $40bn could be financed in the high yield market (never mind old fashioned things like interest coverage ratios), the annual interest bill would consume $2.7bn in cash. …

And not clear how public shareholders stay in a private company. Musk promised that existing shareholders "can stay investors in a private Tesla" – but we're not clear how that would work under current registration rules/caps on non-accredited and total investors (the JOBS act requirement) – although Musk hinted at a special purpose vehicle structure that might be able to avoid the caps.

iv.  RBC Capital Markets, *On Tesla $420*, August 7, 2018, 8:53 p.m. (source of timestamp: Capital IQ - Earlier today, CEO Elon Musk started tweeting about "considering taking Tesla private at $420/share. Funding secured." This was later followed up with a letter to employees detailing the rationale. The structure would apparently be to create a special purpose fund enabling current shareholders to remain shareholders or cash out at $420. This would be subject to a shareholder vote. …

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Success of consummation contingent on who goes along for the ride. The ability to convince shareholders to stay involved is likely critical to the success of Tesla going private which would be the biggest buyout in history (over $70bn). Musk owns ~20% of the shares, so all else equal, they may need to get committed financing for the remaining ~80% (~$57bn). Given Tesla's financials, we don't believe lenders would sign up to support the deal.

…

And there are some chunky page 1 holders that collectively make up ~30% of the shares. However, some of those holders may not be able to hold Tesla (or as much as they currently hold) should Tesla go private. A preliminary review of some of the big mutual fund holders indicates holding limits on illiquid securities. At the very least it could cause broader portfolio reviews. That's not to say that a private Tesla can't find its way into other funds at those holders.

Elon's tone and messaging regarding a potential transaction lead us to believe that there could be significant outside funding lined up. Learning who this is will be important (and relevant for shareholders deciding whether they should stay involved should the deal consummate). We note an unconfirmed FT article from today indicates that Saudi Arabia's sovereign fund took a 3-5% stake on the public markets, it was also noted they approached Tesla about new shares. In our view, sovereign funds (broadly), cash rich tech companies, Chinese sources and large VCs could all be potential candidates to provide funding.

v.   UBS Securities, *A Disruptive Approach to Disclosing Material Info*, August 7, 2018, 10:28 p.m. (source of timestamp: Capital IQ) - Earlier today, CEO Musk tweeted that he is "considering" taking TSLA private at $420/share and

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

noted funding was secured. Following his tweet, an email sent to employees was shared publicly outlining the motivation including noting that volatile stock prices are distracting to TSLA employees.

Disclosure method in question Typically, a company would disclose this kind of news via a detailed press release while the market is closed or halt their stock in advance of the announcement. Disclosing news of this nature via twitter is unprecedented and, according to a former SEC chairman, may constitute fraud if Tesla does not already have the financing lined up. The deal would likely require participation from numerous banks and institutional investors, and we think it likely that news of the deal would have leaked had Tesla already held discussions to secure funding.

Post announcement, shares closed at ~$380, with the take-out price implying ~10.7% upside from here. In past deals that terminated adversely, ~70% trade down over 10% with 1/3rd trading down more than 30%.

vi.  "Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update," *Dow Jones Institutional News*, August 7, 2018, 4:51 p.m. - Even if no deal for Tesla materializes, the stock bounce following Mr. Musk's tweet could help the company preserve needed cash. Tesla has more than $1.1 billion in convertible bonds that will come due over the next seven months absent a sustained rise in its share price.

That starts with $230 million of convertible bonds set to mature in November if its stock doesn't reach a conversion price of $560.64, followed by $920 million that mature in March, if shares remain below the trigger price of $359.87.

The March notes would be convertible into Tesla stock instead of redeemable for cash -- a scarce resource for the company.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(r) News articles also reported on the chance that Defendant Musk would be successful taking Tesla private.  For example:

   i.  "Musk Makes Startling Proposal to Take Tesla Private," *The Deal* August 7, 2018 - According to Gene Munster of Loup Ventures, Musk has a one-in-three shot of taking Tesla private, given the 16% premium he would pay to shareholders. … "Fundamentally, Tesla is not a good LBO candidate given it's not profitable, not cashflow heavy, and has high R&D and capex. However, the structure of the pending deal is unknown and may not take the form of an LBO."

   ii.  "MUSK HAS '1 IN 3 CHANCE' OF TAKING TESLA PRIVATE: GENE MUNSTER," *Bloomberg First Word*, August 7, 2018, 1:42 p.m.

(s) On August 7, 2018, Tesla's common stock price increased 6.37%, from $356.85 per share at 12:47 p.m. (just prior to the Musk Tweets) to a close of $379.57 per share on August 7, 2018 on volume of over 18 million shares, which even though it is less time than in a full trading day, was over two times the average daily volume of 8,293,907 shares during the 120 trading days prior to the start of the Class Period.

(t) On Wednesday, August 8, 2018, Tesla's share price opened at $369.09, a 2.8% decline from the prior day close of $379.57, but then quickly increased to $382.64 at approximately 10:10 a.m. before declining following news reports that the SEC was probing Tesla over Musk's tweets.

(u) Before the market opened on August 8, 2018, news articles reported that both Jefferies and JP Morgan analysts had raised their target prices on Tesla stock following the Musk Tweets, for example:

   i.  "07:59 EDT Tesla going private 'feels like the right thing to do,' says...," *Theflyonthewall.com*, August 8, 2018 - Tesla going private 'feels like the right thing to do,' says Jefferies.  Jefferies analyst Philippe Houchois raised his

price target for Tesla to $360 from $250 after CEO Elon Musk suggested taking the company private. The stock closed yesterday up 11%, or $37.58, to $379.57.  Going private "feels like the right thing to do," Houchois tells investors in a research note.  "Distraction or not, the move feels right even if Musk is downplaying how supportive public markets have been," the analyst adds.  However, with Tesla unable to take on more debt, he wonders who may fund the potential deal and end up as a new large shareholder. Houchois raised his estimates to reflect a "better outlook" post Tesla's Q2 results. His discounted cash flow fair value points to $300 per share and his new $360 price target "bridges the gap" to the $420 potential going private bid. The analyst keeps a Hold rating on Tesla.

ii.  "MW UPDATE: JP Morgan raises Tesla price target but stays underweight in case shares trade on fundamentals again," *MarketWatch*, August 8, 2018, 7:58 p.m. - JP Morgan analysts raised their stock price target for Tesla Inc. (TSLA) to $308 from $195 on Wednesday, a day after Chief Executive Elon Musk said he is thinking of taking the company private, but said they are sticking with an underweight rating, "on chance the shares could again trade on fundamentals."  "As surprising to us as these developments are, and as lacking as the statements are in any details regarding who is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously," analyst Ryan Brinkman wrote in a note. Musk said he had already secured the funding for a deal, without offering any further detail. Banks and private-equity firms were surprised at that news and questioned how it could be done, given the company is cash flow negative, is loss making and saddled with about $10 billion of debt.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

"We continue to believe Tesla's valuation based on fundamentals alone (i.e., a 50/50 blend of discounted cash flow and 2020-based multiples analysis - itself consisting of a blend of P/E, EV/EBITDA, and Price-to-Sales) is worth no more than $195 (our previous price target)," said Brinkman.   "But introducing a new 50% weighting of $420 suggests a large upward revision to our price target is warranted, and we newly value Tesla at $308 per share (i.e., 50/50 blend of $195 and $420)." Tesla shares were down 1% in premarket trade, but have gained 22% in 2018, while the S&P 500 has gained 7%.

(v) Beginning with a *New York Times* article at 10:24 a.m. on August 8, 2018, news articles reported that the SEC was probing Tesla over the Musk tweets, which along with reports of skepticism of the deal, caused the stock price to decline:

    i. "Did Elon Musk Violate Securities Laws With Tweet About Taking Tesla Private?," *NYTimes.com Feed*, August 8, 2018, 10:24 a.m. - Elon Musk had better be right.

Mr. Musk's audacious offer Tuesday to take private Tesla, the innovative auto company he founded and leads as chairman and chief executive, will surely go down as one of the most unorthodox takeover bids ever. …

But it was Mr. Musk's "funding secured" statement on Twitter that may put the iconoclastic founder most at risk. He provided no details about how much funding had been secured, from whom or under what conditions. His email to employees did not mention anything about the funding.

"That's a clear factual statement," said John C. Coffee Jr., a professor at Columbia Law School who specializes in corporate law and securities fraud. "If it's not fully secure, that's potentially a very material misrepresentation,

and a very straightforward violation of Rule 10b-5 of the securities law" in short, securities fraud.

It is illegal for a director or officer of a public company "to knowingly or recklessly make material misstatements about that company," said John Coates, a professor at Harvard Law School who teaches mergers and acquisitions. Mr. Musk's "tweets seem cryptic at best, and it is hard to see how he has complied with his duty to not be misleadingly incomplete."

A Tesla spokeswoman declined to comment.

The Securities and Exchange Commission contacted Tesla on Wednesday to inquire about the accuracy of Mr. Musk's tweets and why the announcement was not made in a regulatory filing, according to a person briefed on the inquiry, who was not authorized to speak publicly on behalf of the S.E.C. Such questions typically precede the launch of any formal investigation.

ii.   "SEC questions Tesla over Elon Musk's tweets to take the company private; Regulators said to be inquiring whether CEO's claim was factual," *MarketWatch*, August 8, 2018, 1:32 p.m. - Securities regulators have inquired with Tesla Inc. about Chief Executive Elon Musk's surprise announcement that he may take the company private and whether his claim was factual, people familiar with the matter said.

The Securities and Exchange Commission has asked whether Musk's unusual announcement on Tuesday was factual, the people said. The regulator also asked Tesla [] about why the disclosure was made on Twitter rather than in a regulatory filing, and whether the company believes the announcement complies with investor-protection rules, the people said. …

The SEC's inquiries, which originated from its San Francisco office, suggest Tesla could come under an enforcement investigation if regulators develop

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

evidence that Musk's statement was misleading or false. It wasn't immediately clear on Wednesday whether the regulator had opened a formal enforcement investigation based on the answers it received from the company. An SEC spokesman declined to comment.

    iii.   "Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla," *Investor's Business Daily*, August 9, 2018 - Tesla stock rallied on CEO Elon Musk saying he wants to take the company private. … But shares fell 2.4% on Wednesday to 370.34, amid reports that the SEC is probing Tesla over Musk's tweets…

    iv.   "US stocks end near flat; Tesla retreats," *Agence France Presse*, August 8, 2018, 4:22 p.m. - One day after Chief Executive Elon Musk stirred investors with a surprise proposal to take Tesla Motors private, shares of the electric automaker fell 2.4 percent as some analysts expressed skepticism.

    v.   "SEC Looks Into Musk's Taking-Tesla-private Tweets: WSJ – MarketWatch," *Dow Jones Institutional News*, August 8, 2018, 4:06 p.m. - Tesla shares rallied 11% on Tuesday, but lost 2.4% Wednesday as Wall Street faulted the plan for being lean on funding details.

(w) In addition to the Jefferies and JP Morgan analyst reports, Bernstein stated: We see upside risk in the near term to perhaps $400, but downside risk to $340 (yesterday's low price) or below if no firmer details emerge, as investors would likely increasingly debate Musk's credibility and over-focus on the shares' price and volatility. (Bernstein, *Tesla: Going private? Who knows... does Elon?*, August 8, 2018).

(x) Evercore commented that: What happened? The above are two of a series of tweets by Tesla CEO Elon Musk yesterday, where the company announced that it is considering going private.

Could this happen? It is important to note that, as of today, no details have been provided with regards to what "Funding secured" means, who is providing that funding and what any potential funding structure might look like. Our view is that "Funding secured" should be interpreted as a strong verbal commitment, with funds available and parties willing to execute quickly.

Stock Implications The majority of the move towards $420 is now done, with the share price sitting within 11%. As a result, unless there is evidence to suggest that the funding is not secured and a transaction cannot be completed, we believe there is little to be done with the stock at these levels. More broadly, if Tesla has attracted a strategic investor who is willing to not only help take the company private but also to provide material funding going forward, it should enable the company to execute and move faster as it seeks to complete its mission to move the world to a solar electric future. Evercore ISI, *A Private Life is a Happy Life*, August 8, 2018, 4:26 a.m. (source of timestamp: Capital IQ).

(y) Tesla's common stock price declined 2.43%, from a close of $379.57 per share on August 7, 2018 to a close of $370.34 per share on August 8, 2018 on volume of 24.6 million shares, which was 3.0 times the average volume during the 120 trading days prior to the start of the Class Period.

(z) On Thursday, August 9, 2018, Tesla's share price opened at $365.55, a 1.3% decline from the prior day close of $370.34, and further declined to close at $352.45 on reports that the SEC probe was intensifying and doubt the deal could be done. News articles reported, for example:

   i. "Tesla Shares Sink as Pressure Mounts on Musk to Show the Money," *Bloomberg News*, August 9, 2018, 11:40 a.m. - Doubts about Elon Musk's ability to take Tesla Inc. private mounted across Wall Street on Thursday,

driving the stock down as much as 4 percent in what's shaping up to be the worst rout in a month.

The stock slipped to $356.66 in late morning trading, well below the $420 at which Musk said shareholders would be bought out. It's now dropped on back-to-back days after having jumped 11 percent on Tuesday, when Musk vowed that he had "funding secured" for a spectacular $82 billion deal.

Since that initial tweet, though, he has offered no evidence to back up the statement. Nor has anyone stepped forward publicly -- or privately – to say they're behind the plan. People with or close to 15 financial institutions and technology firms who spoke on the condition of anonymity said they weren't aware of financing having been locked in before Musk's tweet.

"I don't really understand the idea of what was suggested in the potential for them to go private," Dick Weil, CEO of Janus Henderson Group, said in an interview with Bloomberg Television. "That's obviously an incredibly large valuation to somehow take into the private market."

All of which could be problematic as the Securities and Exchange Commission starts investigating the matter. Regulators have asked the company if what Musk tweeted was factual and why such a disclosure was made via social media rather than in a filing, according to the Wall Street Journal, citing unidentified people familiar with the matter. Judith Burns, an SEC spokeswoman, declined to comment. Tesla also declined to comment.

ii. "Tesla Erases Gain Since Musk Tweeted He May Take Co. Private," *Bloomberg First Word*, August 9, 2018, 12:49 p.m. - Tesla shares drop as much as 4.6% to $353.33 as of 12:31 p.m. in New York, as skepticism mounts that Elon Musk has the ability to take the co. private.  Stock traded at ~$356.64 before Musk tweeted on Aug. 7…

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii. "SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)," *Business Insider*, August 9, 2018, 2:42 p.m. - The Securities and Exchange Commission is "intensifying" its inquiry into Tesla, Bloomberg reports.

The agency on Wednesday asked Tesla about whether one of CEO Elon Musk's tweets regarding the possibility of taking the company private was truthful, *The Wall Street Journal* reported, citing people familiar with the matter.

According to the Journal, the SEC is also looking into why Musk's first statement about the potential of taking Tesla private was made on Twitter instead of in a regulatory filing. The agency also asked the company whether it believes Musk's tweet follows SEC rules about protecting investors, The Journal reported.

Bloomberg reports that the agency was gathering information about statements Tesla has made regarding sales and manufacturing targets before its most recent inquiry.

An inquiry from the SEC does not necessarily mean an investigation will follow.

The SEC and Tesla declined Business Insider's requests for comment.

iv. "Tesla Will Still Need to Access Capital Markets, Moody's Says," Bloomberg First Word, August 9, 2018, 3:06 p.m. - Tesla will need to access the capital markets in order to fund its operating requirements and repay the maturing convertible debt obligations, Moody's Investors Service said in a statement.

v. CEO's note to employees that he is considering taking Tesla private is credit negative, but does not affect the ratings at this time, the agency said.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

vi. Moody's expect the company's cash generation will improve during the second half of 2018 and over the coming year as its Model 3 production improves.

vii. "Tesla tumbles as US stocks end mostly lower," *Agence France Presse*, August 9, 2018, 4:22 p.m. - Tesla shares tumbled Thursday following a report the company faces intensifying scrutiny from securities regulators as US stocks finished a quiet session mostly lower.

(aa)    Tesla's common stock price declined 4.83%, from a close of $370.34 per share on August 8, 2018 to a close of $352.45 per share on August 9, 2018 on volume of 17.2 million shares, which was 2.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(bb)    On Friday, August 10, 2018, Tesla's share price opened at $354.00, a 0.4% increase from the prior day close of $352.45, and further increased slightly to close at $355.49 likely on reports that the Tesla board would meet with advisers next week on the go private deal.  News articles reported that Tesla's board of directors plans to meet with advisers next week, for example:

i. "Tesla Board To Ramp Up Going-private Talks: Report – MarketWatch," *Dow Jones Institutional News*, August 9, 2018, 5:18 p.m. - The Tesla Inc. (TSLA) board of directors plans to meet with advisers next week to make formal the process of exploring Chief Executive Elon Musk's proposal to take the company private, according to a CNBC report that cited people familiar with the matter. The board is likely to ask Musk to recuse himself, and the board told him that he'd need his own set of advisers, the report said.

ii. "Bloomberg: Tesla seeking 'wide' investor pool for go-private plan," *Bloomberg News*, August 10, 2018, 3:05 p.m. - Tesla (NASDAQ: TSLA) is trimming some gains on a report that the automaker is seeking a "wide"

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

investor pool in its go-private plan.  That's in an apparent move to avoid concentrating ownership of the stock, Bloomberg notes.  It's also raising chatter among investors questioning just how "secured" the funding is that CEO Elon Musk was tweeting about.  Shares are back to flat after rising as much as 2.1% to $360 today.

   iii.  "Exclusive: Tesla's board seeking more information on Musk's financing plan – sources," *Reuters News*, August 9, 2018, 8:26 p.m. - Tesla Inc's <TSLA.O> board has not yet received a detailed financing plan from CEO Elon Musk, and is seeking more information about how he will take the U.S. electric car maker private in a proposed deal worth $72 billion, people familiar with the matter said on Thursday.

While Tesla's board has held multiple discussions about Musk's proposal, which first became public on Tuesday, it has not yet received specific information on who will provide the funding, one of the sources said.

(cc)     Tesla's common stock price increased 0.86%, from a close of $352.45 per share on August 9, 2018 to a close of $355.49 per share on August 10, 2018 on volume of 11.6 million shares, which was 1.4 times the average volume during the 120 trading days prior to the start of the Class Period.

(dd)     On Monday, August 13, 2018, Tesla's share price opened at $361.13 a 1.6% increase from the prior day close of $355.49.  Thereafter, the stock price declined during the day to close at $356.41 on news that said shares shot up more than 3% on Musk's blog post (before the markets opened) explaining his August 7th tweet, but then turned down as investors parsed the statement and that investors now know that his "funding secured" tweet last week was premature at best.  News articles reported, for example:

   i.  "Two lawsuits accuse Elon Musk of false statements to boost Tesla share price," *CNN Wire*, August 11, 2018, 5:59 p.m. - Two new lawsuits accuse

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Tesla and its CEO Elon Musk of violating federal securities law by allegedly making false statements to boost the company's stock price.

The complaints, filed in federal court in San Francisco this week, claim Musk sought to mislead investors when he said on Twitter that he had secured the funding to take Tesla private. …

Both lawsuits accused Musk or Tesla of harming short sellers with false information.

ii. "Report: Saudi Arabia is looking to invest big in Tesla as the company teases going private," *Business Insider*, August 12, 2018, 8:45 p.m. - While Tesla CEO Elon Musk teased last week about taking the company private, several suitors may have already been courting the electric car giant months ago.

Saudi Arabia's Public Investment Fund, the country's sovereign wealth fund, is in talks with Tesla about becoming a significant investor as part of the move towards privatization, sources with knowledge of the fund's plans told Bloomberg Sunday.

The Saudi investment fund approached Musk months ago to discuss acquiring a minority stake but was turned down as the company did not plan on issuing new shares at the time, a source close to the discussions told Bloomberg. In turn, the fund bought nearly $2 billion worth of Tesla shares on the market with the help of an investment bank, building up a stake just short of 5% in the company.

The fund has not yet made any concrete plans with Tesla on increasing its stake, sources told Bloomberg, but talks are ongoing, and continued investment in the company is seen as a strategic step toward diversifying the Saudi economy away from oil.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii.  "Tesla surges after Elon Musk offers details about his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:09 a.m. - Shares of Tesla surged as much as 3% in early-trading Monday, before paring their gains, after CEO Elon Musk published an update on his plans to take the company private at $420 a share.

Despite tweeting on Tuesday that funding had been secured, Musk's newest blog post appears to contradict that claim.

iv.  "Elon Musk reveals what he meant by his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:45 a.m. - In his statement on Monday, Musk said that following his August 7 tweet, he has been in communication with the managing director of the Saudi fund.

"He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements," Musk said.

v.  "Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars," *Dow Jones Institutional News*, August 13, 2018, 1:13 p.m. - Saudi Arabia's desire to take a big stake in Tesla Inc. reflects its ambitious plan to build a base in the kingdom for electric-car production and diversify away from oil.

Its sovereign-wealth fund is considering raising its nearly 5% holding in Tesla, people familiar with the matter said. Discussions among Saudi officials about increasing the Public Investment Fund's stake accelerated after Tesla Chief Executive Elon Musk last week proposed to take the car company private in a tweet, the people said.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

vi.  "MW UPDATE: Wall Street has spoken: Tesla funding is not 'secured'," *MarketWatch*, August 13, 2018, 3:39 p.m. - All of Wall Street, and MarketWatch along with it, wanted to know more about Elon Musk's claims last week that he had the funding to take Tesla Inc. private.

After Musk explained himself Monday morning, investors now know that his "funding secured" tweet last week was premature at best. They showed that they were not buying his explanation by not buying Tesla (TSLA) stock at going rates well lower than the $420 level Musk quoted in that now-infamous tweet.

In a blog post early Monday, Musk responded to the doubts that have arisen since he created havoc among investors last Tuesday with the tweet that he was considering taking Tesla private at $420 a share. …

Taken together, Musk's definition of "funding secured" appears to be, to assess it charitably, a stretch. And it certainly does not live up to what was required after his original tweet.

vii.  "MW UPDATE: Tesla shares swing higher amid confusion about Musk's going-private plan," *MarketWatch*, August 13, 2018, 5:03 p.m. - Tesla Inc. shares wavered between gains and losses Monday as the boost from Chief Executive Elon Musk's blog post detailing his proposal to take the Silicon Valley car maker private faded.

Tesla (TSLA) shares shot up more than 3% in pre-market trading as Musk's blog post on the company's website went up, but then turned down more than 1% in midday trade as investors parsed the statement. They ended the session 0.3% higher at $356.41.

(ee)         An article in *The New York Times* on August 13, 2018 stated that, according to sources the Musk Tweets had not been cleared with the Tesla board and that some members of the board were blindsided by the tweet:

An abrupt tweet last week by Elon Musk about the prospect of taking Tesla private was dashed off with little forethought, and had not been cleared ahead of time with the company's board, two people familiar with the chain of events said Monday….

But three people familiar with the workings of the Saudi fund cast doubt on his account. They said the fund had taken none of the steps that such an ambitious transaction would entail, like preparing a term sheet or hiring a financial adviser to work on the deal....

A person with direct knowledge of the Tesla board's thinking said some members of the board had been totally blindsided by Mr. Musk's decision to air his plan on Twitter....

("Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," NYTimes.com Feed, August 13, 2018, 10:05 a.m.).

(ff) Analyst commentary on August 13, 2018 included CFRA stating the going private deal could be more likely than previously thought and Morningstar, which was also positive on the likelihood of the deal happening:

  i.   (CFRA, *CFRA REITERATES HOLD OPINION ON SHARES OF TESLA, INC.*, August 13, 2018, 11:36 a.m. (source of timestamp: Capital IQ) - We think Elon Musk's blog post likely reduces legal risk fallout for TSLA and helps clarify the potential going private situation, even if a transaction is ultimately not consummated. In the post, Mr. Musk explains how the Saudi Arabia Public Investment Fund had repeatedly expressed interest in taking Tesla private, something the fund could likely afford, leading Musk to believe that funding for a transaction was "secured". The blog also explains how the deal could be more likely than we previously thought, as it would ideally be

structured to be less leveraged via greater than expected use of equity versus debt. We would prefer this given TSLA's already plentiful cash needs.

ii. Morningstar, *Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain*, August 13, 2018, 4:50 p.m. (source of timestamp: Capital IQ) - Tesla CEO Elon Musk issued a blog post Aug. 13 that states he is still gauging shareholder interest in Tesla going private at $420 a share, but our impression of his words is that he thinks it can happen, and we agree. Tesla's board still must receive a formal proposal and then will have to evaluate it, so we think a deal will not happen this week but will eventually be announced. Musk also said the Saudi Arabian sovereign wealth fund has taken almost a 5% stake in Tesla, and he met with it recently about going private. All shareholders would have the choice of having their stock bought out at $420 a share or remaining invested in a private Tesla. We speculate that retail investors may have their equity moved to a publicly traded special-purpose vehicle while accredited investors would only be able to buy or sell shares every six months.

(gg)    Tesla's common stock price increased 0.86%, from a close of $355.49 per share on August 10, 2018 to a close of $356.41 per share on August 13, 2018 on volume of 10.5 million shares, which was 1.3 times the average volume during the 120 trading days prior to the start of the Class Period.

(hh)    On Tuesday, August 14, 2018, Tesla's share price opened at $358.45 a 0.6% increase from the prior day close of $356.41.  Thereafter, the stock price declined to close at $347.64 on reports questioning the accuracy of Musk's latest tweets on hiring advisers Goldman Sachs and Silver Lake.

i. "Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction," *GlobeNewswire*, August 14, 2018, 8:30 a.m. - Tesla, Inc. (the "Company") announced today that its Board of Directors has

formed a special committee comprised of three independent directors to act on behalf of the Company in connection with Elon Musk's previously announced consideration of a transaction to take the Company private (the "Going Private Transaction"). The special committee has not yet received a formal proposal from Mr. Musk regarding any Going Private Transaction nor has it reached any conclusion as to the advisability or feasibility of such a transaction.

(ii) Analysts commented on Musk's blog post on August 13 including Barclays stating that the go-private deal was still in its early stages and J.P. Morgan questioning whether the deal was ever near the finish line and not sure what to believe:

    i.  Barclays, *Time for even 'Blue Pillers' to Cash Out?*, August 14, 2018, 12:15 a.m. (source of time stamp: Capital IQ) - Tesla's blog post on Monday 8/13/18 makes it clearer buyout is still in early stages, and board has much work to do; ... Yesterday Elon Musk's blog post made it clear - as we suspected last week - that any go-private transaction still had numerous hurdles in front of it. …

And on Monday 13 August 2018, an updated blog post on the Tesla site from Mr. Musk made it clear that the funding was in its very early stages.

    ii.  J.P.Morgan, U.S. Autos, Auto Parts, Tires, & Auto Auction, Presentation for 2018 "Summer Lunch Series," August 14, 2018, p. 28 at JPMS_00002961 - We significantly raised our price target based upon assertions of fact from Tesla CEO Elon Musk that "funding is secured" …

We raised our price target from $195 to $308, but are ready to again value the firm on fundamentals alone should a deal not be cobbled together.

Already, it seems, such a deal is in trouble and may never have been anywhere near the finish line in the first place:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Monday, August 13 morning blog post to us seems a walk-back aimed more at providing legal cover for Mr. Musk than at providing additional details to the financial community;

Monday, August 13 afternoon report by NYTimes says Musk 4/20 tweet took Board by surprise;

Monday, August 13 evening tweet by Elon Musk says excited to work with Silver Lake and Goldman Sachs as financial advisors on proposal to take Tesla private.

WE [ARE] NOT SURE WHAT TO BELIEVE!

(jj) Tesla's common stock price declined 2.46%, from a close of $356.41 per share on August 13, 2018 to a close of $347.64 per share on August 14, 2018 on volume of 7.0 million shares, which was 0.8 times the average volume during the 120 trading days prior to the start of the Class Period.

(kk)     On Wednesday, August 15, 2018, Tesla's share price opened at $341.91 a 1.6% decrease from the prior day close of $347.64.  Thereafter, the stock price declined further to close at $338.69 on reports that the SEC had issued a subpoena to Tesla and news that the SEC probe was now a formal investigation regarding the Musk tweets. News articles reported for example:

i. "SEC Is Said to Send Subpoenas to Tesla on Privatization: Fox," *Bloomberg First Word*, August 15, 2018, 10:50 a.m. - The SEC sent subpoenas to Tesla on privatization plans and Musk's statements involving funding, Fox's Charles Gasparino tweeted citing sources.

Subpoenas signal investigation has reached the 'formal' stages, tweet said. Tesla extends losses, falls to session low, down as much as 4.5%.

ii. "Tesla and Elon Musk under fire as SEC issues subpoenas," *The Telegraph Online*, August 15, 2018, 1:03 p.m. - US authorities have intensified an

investigation into Tesla's privatisation plan by issuing formal summons to the electric car manufacturer's chief executive Elon Musk. …The SEC investigation into the company stepped up a gear on Wednesday when the SEC issued a formal subpoena to Tesla officials and Mr Musk, the company's billionaire founder, according to Fox News. …

Tesla's share price dropped 3.9pc following the reports of the subpoenas, which are likely to complicate any discussions about taking the group private.

iii. "Musk Seen Facing National Security Review in a Tesla-Saudi Deal," *Bloomberg News*, August 15, 2018, 12:48 p.m. - Elon Musk will likely need clearance from U.S. national security officials for any proposal to take Tesla Inc. private with financing from Saudi Arabia, just as the Trump administration steps up scrutiny of foreign investment in American technology.

The deal, if it becomes reality, would be among the first to be reviewed by U.S. officials since President Donald Trump signed legislation this week that expands the government's authority to investigate and potentially block foreign takeovers of domestic companies.

iv. "Tesla shares fall on reports of SEC subpoena," *Agence France Presse*, August 15, 2018, 5:33 p.m. - Shares of Tesla fell Wednesday following reports US securities regulators have subpoenaed the electric car maker's Chief Executive Elon Musk over his statements about taking the company private.

Shares finished down 2.6 percent at $338.69 after news of the formal demand for information was published by Fox Business and The New York Times. Shares fell as much as 4.5 percent earlier in the session.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The development suggests the oversight by the US Securities and Exchange Commission -- which was characterized in previous news articles as an inquiry -- has "advanced to a more formal, serious stage," said The Times, which cited a person familiar with the matter.

A subpoena "typically requires the approval of top SEC officials," the newspaper added.

A Wall Street Journal story published after the stock market closed said the subpoena sought information from each of Tesla's directors.

A Tesla spokesperson declined comment.

(ll)   Tesla's common stock price decreased 2.57%, from a close of $347.64 per share on August 14, 2018 to a close of $338.69 per share on August 15, 2018 on volume of 9.1 million shares, which was 1.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(mm)    On Thursday, August 16, 2018, Tesla's share price opened at $339.91 a 0.4% increase from the prior day close of $338.69.  Thereafter, the stock price declined during the day to close at $335.45 on mixed news and analyst commentary on Tesla's Model 3 production forecast and base Model 3 future profitability. News articles reported for example:

   i.   "Tesla's Odds of Going Private Less Than 50%, Bernstein Says," *Bloomberg First Word*, August 16, 2018, 7:11 a.m. - Tesla's odds of a successful take-private transaction are less than 50%, Bernstein analyst Toni Sacconaghi writes in a note raising the automaker's PT to $325 from $265.

   See Tesla as a challenging company to value given lack of cash flow, high capital intensity and explosive growth

   Sees a valuation range of $300 to $400 and current share prices imply margins and market share in 2050 that are higher than Mercedes and BMW

Believe questions around a take-private transaction and the clarity of Model 3 quality and profitability will likely be answered over the next few quarters

Maintain market-perform

(nn)     Tesla's common stock price decreased 0.96%, from a close of $338.69 per share on August 15, 2018 to a close of $335.45 per share on August 16, 2018 on volume of 6.1 million shares, which was 0.7 times the average volume during the 120 trading days prior to the start of the Class Period.

(oo)     On Friday, August 17, 2018, Tesla's share price opened at $323.50 a 3.6% decrease from the prior day close of $335.45, and continued to decline to close at $305.50 on reports of an Elon Musk interview by *The New York Times* that linked the Musk Tweets to concerns about Musk's ability to lead the company.  Further, in addition to reporting on Musk's health issues, *The New York Times* article (the "*NYT* Article" or "*NYT* Interview") also "noted that the funding for the proposed going private transaction 'was far from secure' and the Public Investment Fund 'had not committed to provide any cash'" and "that no one had seen or reviewed Musk's August 7, 2018 tweet before he posted it indicating that no going private transaction was imminent."

(pp)     The news articles starting late at night on August 16, 2018 begin with the Musk interview by *The New York Times* (published in print on August 17, 2018):

Elon Musk was at home in Los Angeles, struggling to maintain his composure. "This past year has been the most difficult and painful year of my career," he said. "It was excruciating."

The year has only gotten more intense for Mr. Musk, the chairman and chief executive of the electric-car maker Tesla, since he abruptly declared on Twitter last week that he hoped to convert the publicly traded company into a private one. The episode kicked off a furor in the markets and within Tesla itself, and he acknowledged on Thursday that he was fraying.

(qq)     In an hourlong interview with The New York Times, he choked up multiple times, noting that he nearly missed his brother's wedding this summer and spent his birthday

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

holed up in Tesla's offices as the company raced to meet elusive production targets on a crucial new model.

Asked if the exhaustion was taking a toll on his physical health, Mr. Musk answered: "It's not been great, actually. I've had friends come by who are really concerned."

…

For two decades, Mr. Musk has been one of Silicon Valley's most brash and ambitious entrepreneurs, helping to found several influential technology companies. He has often carried himself with bravado, dismissing critics and relishing the spotlight that has come with his success and fortune. But in the interview, he demonstrated an extraordinary level of self-reflection and vulnerability, acknowledging that his myriad executive responsibilities are taking a steep personal toll.

(rr) In the interview, Mr. Musk provided a detailed timeline of the events leading up to the Twitter postings on Aug. 7 in which he said he was considering taking the company private at $420 a share. He asserted that he had "funding secured" for such a deal a transaction likely to be worth well over $10 billion.

That morning, Mr. Musk woke up at home with his girlfriend, the musician known as Grimes, and had an early workout. Then he got in a Tesla Model S and drove himself to the airport. En route, Mr. Musk typed his fateful message.

…

Mr. Musk has said he was referring to a potential investment by Saudi Arabia's government investment fund. Mr. Musk had extensive talks with representatives of the $250 billion fund about possibly financing a transaction to take Tesla private -- maybe even in a manner that would have resulted in the Saudis' owning most of the company. One of those sessions took place on July 31 at the Tesla factory in the Bay Area, according to a person familiar with the meeting. But the Saudi fund had not committed to provide any cash, two people briefed on the discussions said.

(ss) News media commented:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

i. "Tesla's stock falls sharply after Elon Musk's tearful interview," *CNN Wire*, August 17, 2018, 11:51 a.m. - Tesla's stock tumbled after CEO Elon Musk said he's working himself to the bone and relies on Ambien to sleep.

In a[] tearful interview with The New York Times, Musk said this has been "the most difficult and painful year" of his career. He said he works 120 hours some weeks and has trouble sleeping. Musk is also CEO of SpaceX and The Boring Company.

Investors weren't sympathetic.

The stock fell 8% on Friday, and it's down more than 20% since the day Musk tweeted he had secured funding for a private takeover of Tesla.

Musk hasn't exactly given investors confidence that he's on the ball.

He admitted in the Times interview that he hadn't cleared his tweet with anyone at Tesla before firing it off midday August 7.  He also said that the price he chose " $420 a share" was somewhat arbitrary. He wanted it to be a 20% premium, which would have been around $419. So he tweeted $420 because it was "better karma."

ii. "Tesla stock sinks after Musk gives tearful NYT interview," *Reuters News*, August 17, 2018, 4:00 p.m. - Tesla Inc's shares slumped 9 percent on Friday after Chief Executive Officer Elon Musk told the New York Times he was under major emotional stress and was preparing for "extreme torture" from short sellers.

Tesla stock was on track for its biggest daily slump in two years as Wall Street questioned Musk's ability to lead the electric car maker. Investors also were worried about reports that regulators were pressuring Tesla's directors for details about how much information he shared with them.

iii. "As Musk admits to job stress, Tesla's board may have to act," *Associated Press Newswires*, August 17, 2018, 6:08 p.m. - Elon Musk's erratic behavior was front and center again this week as the CEO of Tesla conceded that he's

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

overwhelmed by job stress, pushing his electric car company's stock down and bringing pressure on its board to take action.

Musk's revelation, in a Thursday interview with The New York Times, came as government regulators are reportedly investigating whether his recent out-of-the-blue tweet about taking Tesla private violated disclosure requirements.

Now, experts say Tesla has reached an intersection where the board must decide the direction of its leadership. Among their suggestions: Remove Musk as CEO, permanently or via a temporary leave of absence, or appoint a No. 2 executive who could act as a steadying hand.

(tt) J.P. Morgan stated that subsequent events led the analyst to believe that funding was not secured for going private:

We are reverting to valuing Tesla shares on the basis of fundamentals alone, which entails a $113 reduction in our price target back to the $195 level where it stood prior to our August 8 note in which we newly weighted 50% in our valuation analysis a go-private scenario for which funding was at that time said to have been secured to take the company private at $420 per share …In reference to statements on Twitter on August 7 by Tesla CEO Elon Musk that "funding has been secured", we wrote in our August 8 note, "As surprising to us as these developments are, and as lacking as the statements are in any details regarding whom is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." We also stated, "Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through."

Our interpretation of subsequent events leads us to believe that funding was not secured for a going private transaction, nor was there any formal proposal.  On August 13, Mr. Musk posted a statement to Tesla's website in which he explained that the comment relative to funding being secured was based upon a July 31 meeting with the Saudi Arabian sovereign wealth fund in which its representative expressed support for funding

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

a transaction to go private. However, it was also stated, "Following the August 7th announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements." We had imagined following the surprise August 7 announcement that another party (e.g., the Saudi fund) had already firmly decided (including having completed any internal review process) to fund a going private transaction. The revelation the Saudi fund is subsequently asking Tesla for details of how the company would be taken private suggests to us that any deal is potentially far from even being formally proposed, which is different from our understanding on August 8 which was based on Mr. Musk's statement on Twitter that, "Only reason why this is not certain is that it's contingent on a shareholder vote". (J.P. Morgan, *Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195*, August 20, 2018, 6:15 a.m.).

(uu)     In an email dated August 17, 2018 at 8:59 a.m., the J.P. Morgan analyst, Ryan Brinkman, wrote "I'm thinking on Monday to perhaps remove the 50% "go private" weighting, taking price target back down to $195. Obviously a tough call."  Source: JPMS_00004543 (Exhibit 21 to Deposition of Ryan Brinkman, May 4, 2021).   Mr. Brinkman  also stated "I think I was the first analyst to come out and say -- or one of the first, that these Tweets weren't true and essentially it would be tantamount to say the CEO had lied or mislead investors which is, you know, something that's impolitic and I think I handled it in the best way possible." Brinkman Dep. 100:9 - 100:18.

(vv)     Mr. Brinkman also testified, when asked about the *NYT* Article, "I don't know if this is for sure the one, but it might have been the article where there was reference to board of directors not having known about the go-private Tweet, which certainly would have been impactful for my research and understanding of the situation."  Brinkman Dep. 93:7-93:13.

(ww)     Mr. Brinkman stated that the Board's failure to review Musk's tweets before publication was important because "…CEOs just don't come out with announcements that the company is being taken private or acquired by another company or even acquiring another company without the board of directors being at least aware. So it -- it very much undermined the veracity of the August 7 Tweets." Brinkman Dep. 95:15 - 96:23.

(xx)     Tesla's common stock price decreased 8.93%, from a close of $335.45 per share on August 16, 2018 to a close of $305.50 per share on August 17, 2018 on volume of 19.0 million shares, which was 2.3 times the average volume during the 120 trading days prior to the start of the Class Period.

Plaintiff further refers to the expert report dated September 22, 2020 of Dr. Michael Hartzmark submitted in support of Plaintiff's motion for class certification and the deposition of Dr. Hartzmark taken on November 19, 2020.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 5:**

For each and every CHALLENGED STATEMENT and CHALLENGED OMISSION, IDENTIFY how and to what extent YOU contend it caused the CLASS to suffer DAMAGES, including IDENTIFYING all facts supporting that contention.

**RESPONSE NO. 5:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," "Challenged Statement," and "Challenged Omission." Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Plaintiff further objects to this Interrogatory as improperly and prematurely requesting information that will be subject of expert opinion and an expert report. Plaintiff will provide additional

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

information responsive to this Interrogatory in an expert report served in accordance with the schedule in this proceeding.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 caused members of the Class to suffer damages as a result of their investment in Tesla's securities. Damages resulted from artificial inflation introduced and then maintained in the price for Tesla securities by the statements identified in response to Interrogatory No. 1. The artificial inflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information. Members of the class suffered harm when they purchased Tesla securities at an inflated price and then (1) held their Tesla securities to the end of the Class Period, (2) sold their Tesla securities at a lower price reflecting reduced inflation; or (3) used the Tesla stock purchased at an artificially inflated price to close an existing short position.

The statements identified in response to Interrogatory No. 1 also artificially reduced the price of certain Tesla securities and members of the Class suffered harm when they sold those securities at artificially deflated prices. The artificial deflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information.

Members of the class also suffered losses when the price of their Tesla securities declined as a

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

result of reputational harm, loss of management credibility, and an increase in regulatory and legal risk caused by the false and misleading statements identified in response to Interrogatory No. 1.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 were material:

(a) Jeffrey Spurling, an analyst at Citadel, emailed Martin Viecha on August 7, 2018 for confirmation as to whether Musk's tweets were "a twitter joke, or a real disclosure of Elon Musk's intention to take Tesla private at $420 per share." Viecha responded that Musk's tweets were "[n]ot a joke" and that they were "serious tweet[s]"; (TSLA_LITTLETON_00004099 at 2; *see also* Martin Viecha Tr. at 116:17-117:2).

(b) Eric Hogner, an analyst at Lansdowne Partners, emailed Viecha on August 7, 2018 to "confirm that these tweets are real." Viecha confirmed in response that "Yes, these Tweets are official." (TESLA_LITTLETON_00004110; *see also* Martin Viecha Tr. at 120:14-120:25);

(c) Itay Michaeli, an analyst at Citi Research, emailed Viecha on August 7, 2018 to inquire whether there was "an actual transaction on the table (with secured financing)" or if going private was "more of a strategic announcement . . . ." Viecha responded that "the very first Tweet mentioned a firm offer." (TESLA_LITTLETON_00004154; *see also* Martin Viecha Tr. at 129:8-129:18);

(d) Nii Owuraka Koney, a Managing Director at Jennison Associates, emailed Viecha on August 7, 2018 requesting a telephone call to discuss the "funding" for the transaction. Viecha responded that "[t]he very first tweet simply mentioned 'Funding secured' which means that this is a firm offer" and that "the offer is as firm as it gets." (JENN0000074; *see also* Martin Viecha Tr. at 137:13-138:21) Mr. Koney also testified on July 14, 2021 that his "view all along" was that the "offer at $420" was a "real offer." (Nii Owuraka Koney Tr. at 116:8-116:15);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(e) Bradley Erickson, an analyst at KeyBanc Capital Markets, emailed Viecha on August 7, 2018 asking for him to "clarify" whether "funding is secured." Viecha responded by confirming that "the first Tweet clearly stated that 'financing is secured.' Yes, there is a firm offer." (TESLA_LITTLETON_00004010; *see also* Martin Viecha Tr. at 154:13-155:11);

(f) Toni Sacconaghi, an analyst at AllianceBernstein, emailed Viecha on August 7, 2018 for "questions/clarification on today's news and blog post." Viecha stated in response that "apart from what has been tweeted and what was written in a blog post, we can't add anything else. I only wanted to stress that Elon's first tweet, which mentioned 'financing secured' is correct" and that "financing is secured regardless of other assumptions." (TESLA_LITTLETON_00004253 at 1-2; *see also* Martin Viecha Tr. at 156:21-158:15);

(g) On August 7, 2017, Deepak Ahuja informed Elon Musk and Todd Maron that they were "getting a lot of enquiries from investors, SEC and the media to better understand the comment 'funding secured.'" (TESLA_LITTLETON_00019605);

(h) As of 11:05 am of August 7, 2018, all major media had contacted Dave Arnold, Tesla's Sr. Director of Global Communications, with inquiries about Elon's taking Tesla private tweet, including Thomson Reuters, NBC Universal, Fox Business Network, Associated Press, Forbes, CBS, Washington Street Journal, Bloomberg, Financial Times, Los Angeles Times, CNN Money, USA Today, The Daily Telegraph (England), The Buffalo News, San Francisco Chronicle, The Street, BuzzFeed News, The Hill, Silicon Valley Business Journal, Bay Area News Group, Recode (Vox), The Verge, and Jalopnik. (TESLA_LITTLETON_00013639);

(i) Dave Arnold testified on September 30, 2021 that Tesla Communications team was "getting flooded with inquiries" and that he "did not really see a scenario in which we, Tesla the company, could not just not say anything." (Dave Arnold Tr. at 75:24-76:2);

(j) On August 7, 2018, after Tesla published Elon email to Tesla employees explaining his reasoning behind the tweets, Dave Arnold informed Deepak Ahuja and Todd Maron that

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

following Tesla blog post, media reported that Elon's consideration about taking Tesla private was "shocking investors and analysts." (TESLA_LITTLETON_00012975);

(k) David Arnold, Tesla's Global Communications Director, testified on September 30, 2021 that Elon Musk's and Tesla's statements after the initial tweet on August 7, 2018 provided "additional information on top of the initial tweet [Musk] sent." (David Arnold Tr. at 69:3-69:8);

(l) From an opening price of $343.84 per share, Tesla's stock rose to an intraday high of $387.46 per share and closed at $379.57 per share. Over 30 million shares traded on August 7, 2018, which is more than twice Tesla's daily average volume;

(m) On August 8, 2018, a Nasdaq representative emailed Deepak Ahuja and Martin Viecha informing them that "[f]ollowing [Elon's taking Tesla private] news, … [y]esterday, TSLA closed up 11% to 379.57 on volume of 30.8 million shares. Yesterday's trading range was $339.15-387.46." (TESLA_LITTLETON_00004671).

(n) The Musk communications on August 7, 2018 caused an immediate price reaction in Tesla's stock, with Tesla's stock price increasing to $365.03 per share (just prior to 12:49 p.m.) from $356.85 per share (just prior to 12:48 p.m.) on volume of over 800,000 shares in this first minute of trading after the Musk Tweets.  Tesla's stock continued to be heavily traded on August 7, with volume of over 10 million shares until a trading halt at 2:08 p.m., ("Tesla Inc. (TSLA) Halted due to pending news," *Dow Jones Institutional News*, August 7, 2018, 2:08 p.m.), when the price was $367.25.

(o) Tesla stock resumed trading at approximately 3:45 p.m., ("Tesla Inc. (TSLA) Resumed Trading," *Dow Jones Institutional News*, August 7, 2018, 3:45 p.m.), quickly increasing to over $386 per share before closing at $379.57 per share with additional volume of over 6 million shares.

(p) During and after market trading hours on August 7, 2018, news articles reported that the Musk Tweets caused an increase in Tesla's share price on August 7, 2018, for example:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

i. "Tesla Jumps After Musk Tweets He Could Take Co. Private at $420," *Bloomberg News*, August 7, 2018, 1:00 p.m. - "Am considering taking Tesla private at $420. Funding secured," Tesla CEO Elon Musk says in tweet.  Tesla climbs to session high, up 8.2%, on Musk's tweet."

ii. "Tesla's Musk Tweets He's 'Considering' Taking Company Private – MarketWatch," *Dow Jones Institutional News*, August 7, 2018, 1:07 p.m. - Tesla Inc. (TSLA) jumped as much as 8% midday Tuesday after Chief Executive Elon Musk tweeted he was "considering" taking the Silicon Valley car maker private at $420 a share. "Funding secured," the tweet continued, garnering calls to "dewit" and love yous from Musk supporters on Twitter. The price would represent a 16% upside from Tuesday's prices.

iii. "Tesla shares jump on Musk tweet on taking company private," *Agence France Presse*, August 7, 2018, 1:09 p.m. - Tesla shares jumped after midday on Tuesday following a tweet by Chief Executive Elon Musk that he was considering taking the electric automaker private.  Shares were up 5.9 percent to $361.87 around 1700 GMT after spiking to $371.15 shortly after Musk's tweet.

iv. "Afternoon of Terror for Tesla Shorts Fomented by Musk's Tweet," *Bloomberg News*, August 7, 2018, 1:54 p.m. - What's in a tweet? About $500 million of potential losses to short sellers, when it comes to Tesla's Chief Executive Officer Elon Musk.  A tweet that he's considering taking the company private "at $420" sent an already elevated stock higher. From around $355 it jumped above $371 just after the post, before the gains were pared.

v. "MW UPDATE: Stocks close higher as earnings news trumps trade-war fear; Tesla soars 11% on Musk's going-private tweet," *MarketWatch*, August 7,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

2018, 4:39 p.m. - The Nasdaq rose for a sixth day in a row, its longest winning streak since March, led by Tesla Inc., which spiked following a tweet from Chief Executive Elon Musk that he was considering a move to take the company private, which was followed by confirmation from the company.

vi. "Crazy Ride for Tesla Watchers as Musk Tweets: TOPLive Takeaways," *Bloomberg First Word*, August 7, 2018, 4:25 p.m. - Key takeaways from the TOPLive blog on Tesla Inc. after CEO Elon Musk tweeted he's considering taking the automaker private.

Elon Musk tweeted that he wants to take Tesla private at $420 a share and said he had "funding secured."

Shares initially rose as much as 8% until trading was halted for an hour and a half.

Musk in a series of tweets said he doesn't have a controlling vote and wouldn't expect any shareholder to have one if the company goes private. He said people could still invest in Tesla once it's private.

Musk later put out a letter that, in essence, said that the company would be better off focusing on its goals without the scrutiny of investors and the "attacks" from short sellers.

Still, Musk said, a final decision hasn't been made.

Investors and analysts, even Musk himself, all seemed a little uncertain whether this will happen. The same with the market: Tesla shares closed up 11% to $379.57. That was a great run, but still about $40 shy of what Musk would want to offer shareholders to get a deal done. Shares were coming down by about $5 in after-market trades.

vii. "Elon Musk tweets a lot. This time was different," *CNN Wire*, August 7, 2018, 6:09 p.m. - Going private, Musk said, would end "negative propaganda from

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

shorts," referring to his hated short-sellers.  Around 3:30 ET, Tesla released a statement via its blog, titled "Taking Tesla Private."  It contained a letter from Musk sent to Tesla employees. … Musk then tweeted the blog post with his own commentary.  "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote," he said.

viii. "Is Tesla going private? Elon Musk claims 'investor support is confirmed' after tweeting plans to privatize at $420 per share, in shock announcement that HALTED the stock for almost two hours," *Mail Online*, August 7, 2018 6:41 p.m. - Shares of Tesla were halted in afternoon trading on Tuesday after CEO Elon Musk tweeted that he's considering taking the electric car company private at $420 a share - a significant jump from the stock's current price of roughly $379.

Musk said the take-private transaction has received investor support and now rests on a shareholder vote in order for it to become official.

(q) Analysts also commented on the Musk Tweets, for example:

i. Canaccord Genuity, *Shares up 6% on tweet from CEO*, August 7, 2018, 1:52 p.m. (source of timestamp: Capital IQ) - Shares up 6% on tweet from CEO Tesla's Chairman and CEO, Elon Musk, tweeted that he is "considering taking Tesla private at $420," and that he has "Funding secured."

This tweet epitomizes the reason we have a HOLD rating on Tesla shares and not a Buy. If true, and his account was not hacked, this reinforces the rationale behind our market neutral stance.

As the company matures or on pullbacks we would look to become more constructive but remain on sidelines at current levels.

ii. Morningstar, *Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price*, August 7, 2018, 3:06 p.m.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(source of timestamp: Capital IQ) - Tesla CEO Elon Musk tweeted around midday on Aug. 7 the following: "Am considering taking Tesla private at $420. Funding Secured." A buyout price of $420 per share would be for about $71.6 billion based on the July 27 outstanding share count of 170.6 million in the latest 10-Q filing, though it's unclear if Musk's roughly 22% ownership stake would be part of the deal or just converted into equity of a new private company. If a deal is announced and we think its execution is more likely than not, we will raise our fair value estimate to the deal price, but for now we are leaving our fair value estimate of $179 in place.

We find it odd that Musk would disclose that he is considering doing a deal and specifying a price rather than not saying anything until Tesla actually announces it is going private. It is possible that he wants to hurt short sellers of Tesla now. He has been very vocal against them recently, including posting a satire video on Twitter on Aug. 5. We think it is also possible that he wants to get a price higher than $420, else we would expect him to simply announce he is considering going private with funding secured and leave the $420 number out of the tweet. We speculate that the funding comes mostly from tech investors, such as possibly SoftBank or Tencent (the latter bought 5% of Tesla in 2017), sovereign wealth funds, and wealthy Silicon Valley investors.

   iii.   Barclays, *Musing about going private is the latest strange twist*, August 7, 2018, 4:57 p.m. (source of timestamp: Capital IQ) - This is out there even for Tesla

Elon's tweet and blog post around going private at $420/share was certainly a disruptor this afternoon. What was looking to us to be a quiet afternoon digesting the earnings results of auto rental companies was disrupted by Elon Musk's tweet …

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

We're not clear where the funding would come from – would have to be largely equity

Buyout would require ~$70bn - ~$60bn for equity and ~$10bn to take out debt. With 145mn shares (including shares for comp, but subtracting Musk's 34mn shares), a buyout at $420/share would require $60bn to take out all public shareholders. Even with the Saudi fund taking a 3-5% stake (see "Tesla shares move higher on Saudi Arabia fund stake" FT, Aug 7, 2018), that leaves a large funding gap.

And credit markets may not be that receptive. The Tesla unsecured bonds trade at a yield of ~6.7% -- so even if say $40bn could be financed in the high yield market (never mind old fashioned things like interest coverage ratios), the annual interest bill would consume $2.7bn in cash. …

And not clear how public shareholders stay in a private company. Musk promised that existing shareholders "can stay investors in a private Tesla" – but we're not clear how that would work under current registration rules/caps on non-accredited and total investors (the JOBS act requirement) – although Musk hinted at a special purpose vehicle structure that might be able to avoid the caps.

iv.   RBC Capital Markets, *On Tesla $420*, August 7, 2018, 8:53 p.m. (source of timestamp: Capital IQ - Earlier today, CEO Elon Musk started tweeting about "considering taking Tesla private at $420/share. Funding secured." This was later followed up with a letter to employees detailing the rationale. The structure would apparently be to create a special purpose fund enabling current shareholders to remain shareholders or cash out at $420. This would be subject to a shareholder vote. …

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Success of consummation contingent on who goes along for the ride. The ability to convince shareholders to stay involved is likely critical to the success of Tesla going private which would be the biggest buyout in history (over $70bn). Musk owns ~20% of the shares, so all else equal, they may need to get committed financing for the remaining ~80% (~$57bn). Given Tesla's financials, we don't believe lenders would sign up to support the deal. …

And there are some chunky page 1 holders that collectively make up ~30% of the shares. However, some of those holders may not be able to hold Tesla (or as much as they currently hold) should Tesla go private. A preliminary review of some of the big mutual fund holders indicates holding limits on illiquid securities. At the very least it could cause broader portfolio reviews. That's not to say that a private Tesla can't find its way into other funds at those holders.

Elon's tone and messaging regarding a potential transaction lead us to believe that there could be significant outside funding lined up. Learning who this is will be important (and relevant for shareholders deciding whether they should stay involved should the deal consummate). We note an unconfirmed FT article from today indicates that Saudi Arabia's sovereign fund took a 3-5% stake on the public markets, it was also noted they approached Tesla about new shares. In our view, sovereign funds (broadly), cash rich tech companies, Chinese sources and large VCs could all be potential candidates to provide funding.

v.   UBS Securities, *A Disruptive Approach to Disclosing Material Info*, August 7, 2018, 10:28 p.m. (source of timestamp: Capital IQ) - Earlier today, CEO Musk tweeted that he is "considering" taking TSLA private at $420/share and

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

noted funding was secured. Following his tweet, an email sent to employees was shared publicly outlining the motivation including noting that volatile stock prices are distracting to TSLA employees.

Disclosure method in question Typically, a company would disclose this kind of news via a detailed press release while the market is closed or halt their stock in advance of the announcement. Disclosing news of this nature via twitter is unprecedented and, according to a former SEC chairman, may constitute fraud if Tesla does not already have the financing lined up. The deal would likely require participation from numerous banks and institutional investors, and we think it likely that news of the deal would have leaked had Tesla already held discussions to secure funding.

Post announcement, shares closed at ~$380, with the take-out price implying ~10.7% upside from here. In past deals that terminated adversely, ~70% trade down over 10% with 1/3rd trading down more than 30%.

vi. "Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update," *Dow Jones Institutional News*, August 7, 2018, 4:51 p.m. - Even if no deal for Tesla materializes, the stock bounce following Mr. Musk's tweet could help the company preserve needed cash. Tesla has more than $1.1 billion in convertible bonds that will come due over the next seven months absent a sustained rise in its share price.

That starts with $230 million of convertible bonds set to mature in November if its stock doesn't reach a conversion price of $560.64, followed by $920 million that mature in March, if shares remain below the trigger price of $359.87.

The March notes would be convertible into Tesla stock instead of redeemable for cash -- a scarce resource for the company.

(r)  News articles also reported on the chance that Defendant Musk would be successful taking Tesla private.  For example:

    i.  "Musk Makes Startling Proposal to Take Tesla Private," *The Deal* August 7, 2018 - According to Gene Munster of Loup Ventures, Musk has a one-in-three shot of taking Tesla private, given the 16% premium he would pay to shareholders. … "Fundamentally, Tesla is not a good LBO candidate given it's not profitable, not cashflow heavy, and has high R&D and capex. However, the structure of the pending deal is unknown and may not take the form of an LBO."

    ii.  "MUSK HAS '1 IN 3 CHANCE' OF TAKING TESLA PRIVATE: GENE MUNSTER," *Bloomberg First Word*, August 7, 2018, 1:42 p.m.

(s)  On August 7, 2018, Tesla's common stock price increased 6.37%, from $356.85 per share at 12:47 p.m. (just prior to the Musk Tweets) to a close of $379.57 per share on August 7, 2018 on volume of over 18 million shares, which even though it is less time than in a full trading day, was over two times the average daily volume of 8,293,907 shares during the 120 trading days prior to the start of the Class Period.

(t)  On Wednesday, August 8, 2018, Tesla's share price opened at $369.09, a 2.8% decline from the prior day close of $379.57, but then quickly increased to $382.64 at approximately 10:10 a.m. before declining following news reports that the SEC was probing Tesla over Musk's tweets.

(u)  Before the market opened on August 8, 2018, news articles reported that both Jefferies and JP Morgan analysts had raised their target prices on Tesla stock following the Musk Tweets, for example:

    i.  "07:59 EDT Tesla going private 'feels like the right thing to do,' says...," *Theflyonthewall.com*, August 8, 2018 - Tesla going private 'feels like the right thing to do,' says Jefferies.  Jefferies analyst Philippe Houchois raised his

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

price target for Tesla to $360 from $250 after CEO Elon Musk suggested taking the company private. The stock closed yesterday up 11%, or $37.58, to $379.57.  Going private "feels like the right thing to do," Houchois tells investors in a research note.  "Distraction or not, the move feels right even if Musk is downplaying how supportive public markets have been," the analyst adds.  However, with Tesla unable to take on more debt, he wonders who may fund the potential deal and end up as a new large shareholder. Houchois raised his estimates to reflect a "better outlook" post Tesla's Q2 results. His discounted cash flow fair value points to $300 per share and his new $360 price target "bridges the gap" to the $420 potential going private bid. The analyst keeps a Hold rating on Tesla.

ii.   "MW UPDATE: JP Morgan raises Tesla price target but stays underweight in case shares trade on fundamentals again," *MarketWatch*, August 8, 2018, 7:58 p.m. - JP Morgan analysts raised their stock price target for Tesla Inc. (TSLA) to $308 from $195 on Wednesday, a day after Chief Executive Elon Musk said he is thinking of taking the company private, but said they are sticking with an underweight rating, "on chance the shares could again trade on fundamentals."  "As surprising to us as these developments are, and as lacking as the statements are in any details regarding who is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously," analyst Ryan Brinkman wrote in a note. Musk said he had already secured the funding for a deal, without offering any further detail. Banks and private-equity firms were surprised at that news and questioned how it could be done, given the company is cash flow negative, is loss making and saddled with about $10 billion of debt.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

"We continue to believe Tesla's valuation based on fundamentals alone (i.e., a 50/50 blend of discounted cash flow and 2020-based multiples analysis - itself consisting of a blend of P/E, EV/EBITDA, and Price-to-Sales) is worth no more than $195 (our previous price target)," said Brinkman. "But introducing a new 50% weighting of $420 suggests a large upward revision to our price target is warranted, and we newly value Tesla at $308 per share (i.e., 50/50 blend of $195 and $420)." Tesla shares were down 1% in premarket trade, but have gained 22% in 2018, while the S&P 500 has gained 7%.

(v) Beginning with a *New York Times* article at 10:24 a.m. on August 8, 2018, news articles reported that the SEC was probing Tesla over the Musk tweets, which along with reports of skepticism of the deal, caused the stock price to decline:

   i. "Did Elon Musk Violate Securities Laws With Tweet About Taking Tesla Private?," *NYTimes.com Feed*, August 8, 2018, 10:24 a.m. - Elon Musk had better be right.

   Mr. Musk's audacious offer Tuesday to take private Tesla, the innovative auto company he founded and leads as chairman and chief executive, will surely go down as one of the most unorthodox takeover bids ever. …

   But it was Mr. Musk's "funding secured" statement on Twitter that may put the iconoclastic founder most at risk. He provided no details about how much funding had been secured, from whom or under what conditions. His email to employees did not mention anything about the funding.

   "That's a clear factual statement," said John C. Coffee Jr., a professor at Columbia Law School who specializes in corporate law and securities fraud. "If it's not fully secure, that's potentially a very material misrepresentation,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

and a very straightforward violation of Rule 10b-5 of the securities law" in short, securities fraud.

It is illegal for a director or officer of a public company "to knowingly or recklessly make material misstatements about that company," said John Coates, a professor at Harvard Law School who teaches mergers and acquisitions. Mr. Musk's "tweets seem cryptic at best, and it is hard to see how he has complied with his duty to not be misleadingly incomplete."

A Tesla spokeswoman declined to comment.

The Securities and Exchange Commission contacted Tesla on Wednesday to inquire about the accuracy of Mr. Musk's tweets and why the announcement was not made in a regulatory filing, according to a person briefed on the inquiry, who was not authorized to speak publicly on behalf of the S.E.C. Such questions typically precede the launch of any formal investigation.

ii.   "SEC questions Tesla over Elon Musk's tweets to take the company private; Regulators said to be inquiring whether CEO's claim was factual," *MarketWatch*, August 8, 2018, 1:32 p.m. - Securities regulators have inquired with Tesla Inc. about Chief Executive Elon Musk's surprise announcement that he may take the company private and whether his claim was factual, people familiar with the matter said.

The Securities and Exchange Commission has asked whether Musk's unusual announcement on Tuesday was factual, the people said. The regulator also asked Tesla [] about why the disclosure was made on Twitter rather than in a regulatory filing, and whether the company believes the announcement complies with investor-protection rules, the people said. …

The SEC's inquiries, which originated from its San Francisco office, suggest Tesla could come under an enforcement investigation if regulators develop

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

evidence that Musk's statement was misleading or false. It wasn't immediately clear on Wednesday whether the regulator had opened a formal enforcement investigation based on the answers it received from the company. An SEC spokesman declined to comment.

    iii.  "Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla," *Investor's Business Daily*, August 9, 2018 - Tesla stock rallied on CEO Elon Musk saying he wants to take the company private. … But shares fell 2.4% on Wednesday to 370.34, amid reports that the SEC is probing Tesla over Musk's tweets…

    iv.  "US stocks end near flat; Tesla retreats," *Agence France Presse*, August 8, 2018, 4:22 p.m. - One day after Chief Executive Elon Musk stirred investors with a surprise proposal to take Tesla Motors private, shares of the electric automaker fell 2.4 percent as some analysts expressed skepticism.

    v.  "SEC Looks Into Musk's Taking-Tesla-private Tweets: WSJ – MarketWatch," *Dow Jones Institutional News*, August 8, 2018, 4:06 p.m. - Tesla shares rallied 11% on Tuesday, but lost 2.4% Wednesday as Wall Street faulted the plan for being lean on funding details.

(w) In addition to the Jefferies and JP Morgan analyst reports, Bernstein stated: We see upside risk in the near term to perhaps $400, but downside risk to $340 (yesterday's low price) or below if no firmer details emerge, as investors would likely increasingly debate Musk's credibility and over-focus on the shares' price and volatility. (Bernstein, *Tesla: Going private? Who knows... does Elon?*, August 8, 2018).

(x) Evercore commented that: What happened? The above are two of a series of tweets by Tesla CEO Elon Musk yesterday, where the company announced that it is considering going private.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Could this happen? It is important to note that, as of today, no details have been provided with regards to what "Funding secured" means, who is providing that funding and what any potential funding structure might look like. Our view is that "Funding secured" should be interpreted as a strong verbal commitment, with funds available and parties willing to execute quickly.

Stock Implications The majority of the move towards $420 is now done, with the share price sitting within 11%. As a result, unless there is evidence to suggest that the funding is not secured and a transaction cannot be completed, we believe there is little to be done with the stock at these levels. More broadly, if Tesla has attracted a strategic investor who is willing to not only help take the company private but also to provide material funding going forward, it should enable the company to execute and move faster as it seeks to complete its mission to move the world to a solar electric future. Evercore ISI, *A Private Life is a Happy Life*, August 8, 2018, 4:26 a.m. (source of timestamp: Capital IQ).

(y) Tesla's common stock price declined 2.43%, from a close of $379.57 per share on August 7, 2018 to a close of $370.34 per share on August 8, 2018 on volume of 24.6 million shares, which was 3.0 times the average volume during the 120 trading days prior to the start of the Class Period.

(z) On Thursday, August 9, 2018, Tesla's share price opened at $365.55, a 1.3% decline from the prior day close of $370.34, and further declined to close at $352.45 on reports that the SEC probe was intensifying and doubt the deal could be done. News articles reported, for example:

     i. "Tesla Shares Sink as Pressure Mounts on Musk to Show the Money," *Bloomberg News*, August 9, 2018, 11:40 a.m. - Doubts about Elon Musk's ability to take Tesla Inc. private mounted across Wall Street on Thursday,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

driving the stock down as much as 4 percent in what's shaping up to be the worst rout in a month.

The stock slipped to $356.66 in late morning trading, well below the $420 at which Musk said shareholders would be bought out. It's now dropped on back-to-back days after having jumped 11 percent on Tuesday, when Musk vowed that he had "funding secured" for a spectacular $82 billion deal.

Since that initial tweet, though, he has offered no evidence to back up the statement. Nor has anyone stepped forward publicly -- or privately – to say they're behind the plan. People with or close to 15 financial institutions and technology firms who spoke on the condition of anonymity said they weren't aware of financing having been locked in before Musk's tweet.

"I don't really understand the idea of what was suggested in the potential for them to go private," Dick Weil, CEO of Janus Henderson Group, said in an interview with Bloomberg Television. "That's obviously an incredibly large valuation to somehow take into the private market."

All of which could be problematic as the Securities and Exchange Commission starts investigating the matter. Regulators have asked the company if what Musk tweeted was factual and why such a disclosure was made via social media rather than in a filing, according to the Wall Street Journal, citing unidentified people familiar with the matter. Judith Burns, an SEC spokeswoman, declined to comment. Tesla also declined to comment.

ii. "Tesla Erases Gain Since Musk Tweeted He May Take Co. Private," *Bloomberg First Word*, August 9, 2018, 12:49 p.m. - Tesla shares drop as much as 4.6% to $353.33 as of 12:31 p.m. in New York, as skepticism mounts that Elon Musk has the ability to take the co. private.  Stock traded at ~$356.64 before Musk tweeted on Aug. 7…

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii.  "SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)," *Business Insider*, August 9, 2018, 2:42 p.m. - The Securities and Exchange Commission is "intensifying" its inquiry into Tesla, Bloomberg reports.

The agency on Wednesday asked Tesla about whether one of CEO Elon Musk's tweets regarding the possibility of taking the company private was truthful, *The Wall Street Journal* reported, citing people familiar with the matter.

According to the Journal, the SEC is also looking into why Musk's first statement about the potential of taking Tesla private was made on Twitter instead of in a regulatory filing. The agency also asked the company whether it believes Musk's tweet follows SEC rules about protecting investors, The Journal reported.

Bloomberg reports that the agency was gathering information about statements Tesla has made regarding sales and manufacturing targets before its most recent inquiry.

An inquiry from the SEC does not necessarily mean an investigation will follow.

The SEC and Tesla declined Business Insider's requests for comment.

iv.  "Tesla Will Still Need to Access Capital Markets, Moody's Says," Bloomberg First Word, August 9, 2018, 3:06 p.m. - Tesla will need to access the capital markets in order to fund its operating requirements and repay the maturing convertible debt obligations, Moody's Investors Service said in a statement.

v.  CEO's note to employees that he is considering taking Tesla private is credit negative, but does not affect the ratings at this time, the agency said.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

vi.   Moody's expect the company's cash generation will improve during the second half of 2018 and over the coming year as its Model 3 production improves.

vii.   "Tesla tumbles as US stocks end mostly lower," *Agence France Presse*, August 9, 2018, 4:22 p.m. - Tesla shares tumbled Thursday following a report the company faces intensifying scrutiny from securities regulators as US stocks finished a quiet session mostly lower.

(aa)   Tesla's common stock price declined 4.83%, from a close of $370.34 per share on August 8, 2018 to a close of $352.45 per share on August 9, 2018 on volume of 17.2 million shares, which was 2.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(bb)   On Friday, August 10, 2018, Tesla's share price opened at $354.00, a 0.4% increase from the prior day close of $352.45, and further increased slightly to close at $355.49 likely on reports that the Tesla board would meet with advisers next week on the go private deal.  News articles reported that Tesla's board of directors plans to meet with advisers next week, for example:

i.   "Tesla Board To Ramp Up Going-private Talks: Report – MarketWatch," *Dow Jones Institutional News*, August 9, 2018, 5:18 p.m. - The Tesla Inc. (TSLA) board of directors plans to meet with advisers next week to make formal the process of exploring Chief Executive Elon Musk's proposal to take the company private, according to a CNBC report that cited people familiar with the matter. The board is likely to ask Musk to recuse himself, and the board told him that he'd need his own set of advisers, the report said.

ii.   "Bloomberg: Tesla seeking 'wide' investor pool for go-private plan," *Bloomberg News*, August 10, 2018, 3:05 p.m. - Tesla (NASDAQ: TSLA) is trimming some gains on a report that the automaker is seeking a "wide"

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

investor pool in its go-private plan.  That's in an apparent move to avoid concentrating ownership of the stock, Bloomberg notes.  It's also raising chatter among investors questioning just how "secured" the funding is that CEO Elon Musk was tweeting about.  Shares are back to flat after rising as much as 2.1% to $360 today.

    iii.   "Exclusive: Tesla's board seeking more information on Musk's financing plan – sources," *Reuters News*, August 9, 2018, 8:26 p.m. - Tesla Inc's <TSLA.O> board has not yet received a detailed financing plan from CEO Elon Musk, and is seeking more information about how he will take the U.S. electric car maker private in a proposed deal worth $72 billion, people familiar with the matter said on Thursday.

While Tesla's board has held multiple discussions about Musk's proposal, which first became public on Tuesday, it has not yet received specific information on who will provide the funding, one of the sources said.

(cc)    Tesla's common stock price increased 0.86%, from a close of $352.45 per share on August 9, 2018 to a close of $355.49 per share on August 10, 2018 on volume of 11.6 million shares, which was 1.4 times the average volume during the 120 trading days prior to the start of the Class Period.

(dd)    On Monday, August 13, 2018, Tesla's share price opened at $361.13 a 1.6% increase from the prior day close of $355.49.  Thereafter, the stock price declined during the day to close at $356.41 on news that said shares shot up more than 3% on Musk's blog post (before the markets opened) explaining his August 7th tweet, but then turned down as investors parsed the statement and that investors now know that his "funding secured" tweet last week was premature at best.  News articles reported, for example:

    i.   "Two lawsuits accuse Elon Musk of false statements to boost Tesla share price," *CNN Wire*, August 11, 2018, 5:59 p.m. - Two new lawsuits accuse

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Tesla and its CEO Elon Musk of violating federal securities law by allegedly making false statements to boost the company's stock price.

The complaints, filed in federal court in San Francisco this week, claim Musk sought to mislead investors when he said on Twitter that he had secured the funding to take Tesla private. …

Both lawsuits accused Musk or Tesla of harming short sellers with false information.

ii. "Report: Saudi Arabia is looking to invest big in Tesla as the company teases going private," *Business Insider*, August 12, 2018, 8:45 p.m. - While Tesla CEO Elon Musk teased last week about taking the company private, several suitors may have already been courting the electric car giant months ago.

Saudi Arabia's Public Investment Fund, the country's sovereign wealth fund, is in talks with Tesla about becoming a significant investor as part of the move towards privatization, sources with knowledge of the fund's plans told Bloomberg Sunday.

The Saudi investment fund approached Musk months ago to discuss acquiring a minority stake but was turned down as the company did not plan on issuing new shares at the time, a source close to the discussions told Bloomberg. In turn, the fund bought nearly $2 billion worth of Tesla shares on the market with the help of an investment bank, building up a stake just short of 5% in the company.

The fund has not yet made any concrete plans with Tesla on increasing its stake, sources told Bloomberg, but talks are ongoing, and continued investment in the company is seen as a strategic step toward diversifying the Saudi economy away from oil.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii. "Tesla surges after Elon Musk offers details about his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:09 a.m. - Shares of Tesla surged as much as 3% in early-trading Monday, before paring their gains, after CEO Elon Musk published an update on his plans to take the company private at $420 a share.

Despite tweeting on Tuesday that funding had been secured, Musk's newest blog post appears to contradict that claim.

iv. "Elon Musk reveals what he meant by his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:45 a.m. - In his statement on Monday, Musk said that following his August 7 tweet, he has been in communication with the managing director of the Saudi fund.

"He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements," Musk said.

v. "Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars," *Dow Jones Institutional News*, August 13, 2018, 1:13 p.m. - Saudi Arabia's desire to take a big stake in Tesla Inc. reflects its ambitious plan to build a base in the kingdom for electric-car production and diversify away from oil.

Its sovereign-wealth fund is considering raising its nearly 5% holding in Tesla, people familiar with the matter said. Discussions among Saudi officials about increasing the Public Investment Fund's stake accelerated after Tesla Chief Executive Elon Musk last week proposed to take the car company private in a tweet, the people said.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

vi.  "MW UPDATE: Wall Street has spoken: Tesla funding is not 'secured'," *MarketWatch*, August 13, 2018, 3:39 p.m. - All of Wall Street, and MarketWatch along with it, wanted to know more about Elon Musk's claims last week that he had the funding to take Tesla Inc. private.

After Musk explained himself Monday morning, investors now know that his "funding secured" tweet last week was premature at best. They showed that they were not buying his explanation by not buying Tesla (TSLA) stock at going rates well lower than the $420 level Musk quoted in that now-infamous tweet.

In a blog post early Monday, Musk responded to the doubts that have arisen since he created havoc among investors last Tuesday with the tweet that he was considering taking Tesla private at $420 a share. …

Taken together, Musk's definition of "funding secured" appears to be, to assess it charitably, a stretch. And it certainly does not live up to what was required after his original tweet.

vii.  "MW UPDATE: Tesla shares swing higher amid confusion about Musk's going-private plan," *MarketWatch*, August 13, 2018, 5:03 p.m. - Tesla Inc. shares wavered between gains and losses Monday as the boost from Chief Executive Elon Musk's blog post detailing his proposal to take the Silicon Valley car maker private faded.

Tesla (TSLA) shares shot up more than 3% in pre-market trading as Musk's blog post on the company's website went up, but then turned down more than 1% in midday trade as investors parsed the statement. They ended the session 0.3% higher at $356.41.

(ee)    An article in *The New York Times* on August 13, 2018 stated that, according to sources the Musk Tweets had not been cleared with the Tesla board and that some members of the board were blindsided by the tweet:

An abrupt tweet last week by Elon Musk about the prospect of taking Tesla private was dashed off with little forethought, and had not been cleared ahead of time with the company's board, two people familiar with the chain of events said Monday….

But three people familiar with the workings of the Saudi fund cast doubt on his account. They said the fund had taken none of the steps that such an ambitious transaction would entail, like preparing a term sheet or hiring a financial adviser to work on the deal....

A person with direct knowledge of the Tesla board's thinking said some members of the board had been totally blindsided by Mr. Musk's decision to air his plan on Twitter....

("Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," NYTimes.com Feed, August 13, 2018, 10:05 a.m.).

(ff) Analyst commentary on August 13, 2018 included CFRA stating the going private deal could be more likely than previously thought and Morningstar, which was also positive on the likelihood of the deal happening:

i.    (CFRA, *CFRA REITERATES HOLD OPINION ON SHARES OF TESLA, INC.*, August 13, 2018, 11:36 a.m. (source of timestamp: Capital IQ) - We think Elon Musk's blog post likely reduces legal risk fallout for TSLA and helps clarify the potential going private situation, even if a transaction is ultimately not consummated. In the post, Mr. Musk explains how the Saudi Arabia Public Investment Fund had repeatedly expressed interest in taking Tesla private, something the fund could likely afford, leading Musk to believe that funding for a transaction was "secured". The blog also explains how the deal could be more likely than we previously thought, as it would ideally be

structured to be less leveraged via greater than expected use of equity versus debt. We would prefer this given TSLA's already plentiful cash needs.

    ii.   Morningstar, *Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain*, August 13, 2018, 4:50 p.m. (source of timestamp: Capital IQ) - Tesla CEO Elon Musk issued a blog post Aug. 13 that states he is still gauging shareholder interest in Tesla going private at $420 a share, but our impression of his words is that he thinks it can happen, and we agree. Tesla's board still must receive a formal proposal and then will have to evaluate it, so we think a deal will not happen this week but will eventually be announced. Musk also said the Saudi Arabian sovereign wealth fund has taken almost a 5% stake in Tesla, and he met with it recently about going private. All shareholders would have the choice of having their stock bought out at $420 a share or remaining invested in a private Tesla. We speculate that retail investors may have their equity moved to a publicly traded special-purpose vehicle while accredited investors would only be able to buy or sell shares every six months.

(gg)    Tesla's common stock price increased 0.86%, from a close of $355.49 per share on August 10, 2018 to a close of $356.41 per share on August 13, 2018 on volume of 10.5 million shares, which was 1.3 times the average volume during the 120 trading days prior to the start of the Class Period.

(hh)    On Tuesday, August 14, 2018, Tesla's share price opened at $358.45 a 0.6% increase from the prior day close of $356.41. Thereafter, the stock price declined to close at $347.64 on reports questioning the accuracy of Musk's latest tweets on hiring advisers Goldman Sachs and Silver Lake.

    i.   "Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction," *GlobeNewswire*, August 14, 2018, 8:30 a.m. - Tesla, Inc. (the "Company") announced today that its Board of Directors has

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

formed a special committee comprised of three independent directors to act on behalf of the Company in connection with Elon Musk's previously announced consideration of a transaction to take the Company private (the "Going Private Transaction"). The special committee has not yet received a formal proposal from Mr. Musk regarding any Going Private Transaction nor has it reached any conclusion as to the advisability or feasibility of such a transaction.

(ii) Analysts commented on Musk's blog post on August 13 including Barclays stating that the go-private deal was still in its early stages and J.P. Morgan questioning whether the deal was ever near the finish line and not sure what to believe:

    i.  Barclays, *Time for even 'Blue Pillers' to Cash Out?*, August 14, 2018, 12:15 a.m. (source of time stamp: Capital IQ) - Tesla's blog post on Monday 8/13/18 makes it clearer buyout is still in early stages, and board has much work to do; ... Yesterday Elon Musk's blog post made it clear - as we suspected last week - that any go-private transaction still had numerous hurdles in front of it. …

        And on Monday 13 August 2018, an updated blog post on the Tesla site from Mr. Musk made it clear that the funding was in its very early stages.

    ii.  J.P.Morgan, U.S. Autos, Auto Parts, Tires, & Auto Auction, Presentation for 2018 "Summer Lunch Series," August 14, 2018, p. 28 at JPMS_00002961 - We significantly raised our price target based upon assertions of fact from Tesla CEO Elon Musk that "funding is secured" …

        We raised our price target from $195 to $308, but are ready to again value the firm on fundamentals alone should a deal not be cobbled together.

        Already, it seems, such a deal is in trouble and may never have been anywhere near the finish line in the first place:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Monday, August 13 morning blog post to us seems a walk-back aimed more at providing legal cover for Mr. Musk than at providing additional details to the financial community;

Monday, August 13 afternoon report by NYTimes says Musk 4/20 tweet took Board by surprise;

Monday, August 13 evening tweet by Elon Musk says excited to work with Silver Lake and Goldman Sachs as financial advisors on proposal to take Tesla private.

WE [ARE] NOT SURE WHAT TO BELIEVE!

(jj) Tesla's common stock price declined 2.46%, from a close of $356.41 per share on August 13, 2018 to a close of $347.64 per share on August 14, 2018 on volume of 7.0 million shares, which was 0.8 times the average volume during the 120 trading days prior to the start of the Class Period.

(kk)    On Wednesday, August 15, 2018, Tesla's share price opened at $341.91 a 1.6% decrease from the prior day close of $347.64.  Thereafter, the stock price declined further to close at $338.69 on reports that the SEC had issued a subpoena to Tesla and news that the SEC probe was now a formal investigation regarding the Musk tweets. News articles reported for example:

   i.  "SEC Is Said to Send Subpoenas to Tesla on Privatization: Fox," *Bloomberg First Word*, August 15, 2018, 10:50 a.m. - The SEC sent subpoenas to Tesla on privatization plans and Musk's statements involving funding, Fox's Charles Gasparino tweeted citing sources.

   Subpoenas signal investigation has reached the 'formal' stages, tweet said. Tesla extends losses, falls to session low, down as much as 4.5%.

   ii.  "Tesla and Elon Musk under fire as SEC issues subpoenas," *The Telegraph Online*, August 15, 2018, 1:03 p.m. - US authorities have intensified an

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

investigation into Tesla's privatisation plan by issuing formal summons to the electric car manufacturer's chief executive Elon Musk. …The SEC investigation into the company stepped up a gear on Wednesday when the SEC issued a formal subpoena to Tesla officials and Mr Musk, the company's billionaire founder, according to Fox News. …

Tesla's share price dropped 3.9pc following the reports of the subpoenas, which are likely to complicate any discussions about taking the group private.

iii.  "Musk Seen Facing National Security Review in a Tesla-Saudi Deal," *Bloomberg News*, August 15, 2018, 12:48 p.m. - Elon Musk will likely need clearance from U.S. national security officials for any proposal to take Tesla Inc. private with financing from Saudi Arabia, just as the Trump administration steps up scrutiny of foreign investment in American technology.

The deal, if it becomes reality, would be among the first to be reviewed by U.S. officials since President Donald Trump signed legislation this week that expands the government's authority to investigate and potentially block foreign takeovers of domestic companies.

iv.  "Tesla shares fall on reports of SEC subpoena," *Agence France Presse*, August 15, 2018, 5:33 p.m. - Shares of Tesla fell Wednesday following reports US securities regulators have subpoenaed the electric car maker's Chief Executive Elon Musk over his statements about taking the company private.

Shares finished down 2.6 percent at $338.69 after news of the formal demand for information was published by Fox Business and The New York Times. Shares fell as much as 4.5 percent earlier in the session.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The development suggests the oversight by the US Securities and Exchange Commission -- which was characterized in previous news articles as an inquiry -- has "advanced to a more formal, serious stage," said The Times, which cited a person familiar with the matter.

A subpoena "typically requires the approval of top SEC officials," the newspaper added.

A Wall Street Journal story published after the stock market closed said the subpoena sought information from each of Tesla's directors.

A Tesla spokesperson declined comment.

(ll) Tesla's common stock price decreased 2.57%, from a close of $347.64 per share on August 14, 2018 to a close of $338.69 per share on August 15, 2018 on volume of 9.1 million shares, which was 1.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(mm)   On Thursday, August 16, 2018, Tesla's share price opened at $339.91 a 0.4% increase from the prior day close of $338.69.  Thereafter, the stock price declined during the day to close at $335.45 on mixed news and analyst commentary on Tesla's Model 3 production forecast and base Model 3 future profitability. News articles reported for example:

    i.   "Tesla's Odds of Going Private Less Than 50%, Bernstein Says," *Bloomberg First Word*, August 16, 2018, 7:11 a.m. - Tesla's odds of a successful take-private transaction are less than 50%, Bernstein analyst Toni Sacconaghi writes in a note raising the automaker's PT to $325 from $265.

See Tesla as a challenging company to value given lack of cash flow, high capital intensity and explosive growth

Sees a valuation range of $300 to $400 and current share prices imply margins and market share in 2050 that are higher than Mercedes and BMW

Believe questions around a take-private transaction and the clarity of Model 3 quality and profitability will likely be answered over the next few quarters

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1

Maintain market-perform

2

(nn)   Tesla's common stock price decreased 0.96%, from a close of $338.69 per share on

3

August 15, 2018 to a close of $335.45 per share on August 16, 2018 on volume of 6.1 million

4

shares, which was 0.7 times the average volume during the 120 trading days prior to the start

of the Class Period.

5

6

(oo)   On Friday, August 17, 2018, Tesla's share price opened at $323.50 a 3.6% decrease from

7

the prior day close of $335.45, and continued to decline to close at $305.50 on reports of an

8

Elon Musk interview by *The New York Times* that linked the Musk Tweets to concerns about

Musk's ability to lead the company.  Further, in addition to reporting on Musk's health issues,

9

*The New York Times* article (the "*NYT* Article" or "*NYT* Interview") also "noted that the

10

funding for the proposed going private transaction 'was far from secure' and the Public

11

Investment Fund 'had not committed to provide any cash'" and "that no one had seen or

12

reviewed Musk's August 7, 2018 tweet before he posted it indicating that no going private

transaction was imminent."

13

14

(pp)   The news articles starting late at night on August 16, 2018 begin with the Musk interview

by *The New York Times* (published in print on August 17, 2018):

15

16

Elon Musk was at home in Los Angeles, struggling to maintain his composure. "This

past year has been the most difficult and painful year of my career," he said. "It was

17

excruciating."

18

19

The year has only gotten more intense for Mr. Musk, the chairman and chief executive

of the electric-car maker Tesla, since he abruptly declared on Twitter last week that he

20

hoped to convert the publicly traded company into a private one. The episode kicked off

21

a furor in the markets and within Tesla itself, and he acknowledged on Thursday that he

22

was fraying.

23

(qq)   In an hourlong interview with The New York Times, he choked up multiple times, noting

24

that he nearly missed his brother's wedding this summer and spent his birthday holed up in

25

Tesla's offices as the company raced to meet elusive production targets on a crucial new

model.

26

27

28

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Asked if the exhaustion was taking a toll on his physical health, Mr. Musk answered: "It's not been great, actually. I've had friends come by who are really concerned."

…

For two decades, Mr. Musk has been one of Silicon Valley's most brash and ambitious entrepreneurs, helping to found several influential technology companies. He has often carried himself with bravado, dismissing critics and relishing the spotlight that has come with his success and fortune. But in the interview, he demonstrated an extraordinary level of self-reflection and vulnerability, acknowledging that his myriad executive responsibilities are taking a steep personal toll.

(rr) In the interview, Mr. Musk provided a detailed timeline of the events leading up to the Twitter postings on Aug. 7 in which he said he was considering taking the company private at $420 a share. He asserted that he had "funding secured" for such a deal a transaction likely to be worth well over $10 billion.

That morning, Mr. Musk woke up at home with his girlfriend, the musician known as Grimes, and had an early workout. Then he got in a Tesla Model S and drove himself to the airport. En route, Mr. Musk typed his fateful message.

…

Mr. Musk has said he was referring to a potential investment by Saudi Arabia's government investment fund. Mr. Musk had extensive talks with representatives of the $250 billion fund about possibly financing a transaction to take Tesla private -- maybe even in a manner that would have resulted in the Saudis' owning most of the company. One of those sessions took place on July 31 at the Tesla factory in the Bay Area, according to a person familiar with the meeting. But the Saudi fund had not committed to provide any cash, two people briefed on the discussions said.

(ss) News media commented:

  i. "Tesla's stock falls sharply after Elon Musk's tearful interview," *CNN Wire*, August 17, 2018, 11:51 a.m. - Tesla's stock tumbled after CEO Elon Musk said he's working himself to the bone and relies on Ambien to sleep.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

In a[] tearful interview with The New York Times, Musk said this has been "the most difficult and painful year" of his career. He said he works 120 hours some weeks and has trouble sleeping. Musk is also CEO of SpaceX and The Boring Company.

Investors weren't sympathetic.

The stock fell 8% on Friday, and it's down more than 20% since the day Musk tweeted he had secured funding for a private takeover of Tesla.

Musk hasn't exactly given investors confidence that he's on the ball.

He admitted in the Times interview that he hadn't cleared his tweet with anyone at Tesla before firing it off midday August 7. He also said that the price he chose " $420 a share" was somewhat arbitrary. He wanted it to be a 20% premium, which would have been around $419. So he tweeted $420 because it was "better karma."

ii. "Tesla stock sinks after Musk gives tearful NYT interview," *Reuters News*, August 17, 2018, 4:00 p.m. - Tesla Inc's shares slumped 9 percent on Friday after Chief Executive Officer Elon Musk told the New York Times he was under major emotional stress and was preparing for "extreme torture" from short sellers.

Tesla stock was on track for its biggest daily slump in two years as Wall Street questioned Musk's ability to lead the electric car maker. Investors also were worried about reports that regulators were pressuring Tesla's directors for details about how much information he shared with them.

iii. "As Musk admits to job stress, Tesla's board may have to act," *Associated Press Newswires*, August 17, 2018, 6:08 p.m. - Elon Musk's erratic behavior was front and center again this week as the CEO of Tesla conceded that he's overwhelmed by job stress, pushing his electric car company's stock down and bringing pressure on its board to take action.

Musk's revelation, in a Thursday interview with The New York Times, came as government regulators are reportedly investigating whether his recent out-of-the-blue tweet about taking Tesla private violated disclosure requirements.

Now, experts say Tesla has reached an intersection where the board must decide the direction of its leadership. Among their suggestions: Remove Musk as CEO, permanently or via a temporary leave of absence, or appoint a No. 2 executive who could act as a steadying hand.

(tt) J.P. Morgan stated that subsequent events led the analyst to believe that funding was not secured for going private:

We are reverting to valuing Tesla shares on the basis of fundamentals alone, which entails a $113 reduction in our price target back to the $195 level where it stood prior to our August 8 note in which we newly weighted 50% in our valuation analysis a go-private scenario for which funding was at that time said to have been secured to take the company private at $420 per share …In reference to statements on Twitter on August 7 by Tesla CEO Elon Musk that "funding has been secured", we wrote in our August 8 note, "As surprising to us as these developments are, and as lacking as the statements are in any details regarding whom is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." We also stated, "Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through."

Our interpretation of subsequent events leads us to believe that funding was not secured for a going private transaction, nor was there any formal proposal.  On August 13, Mr. Musk posted a statement to Tesla's website in which he explained that the comment relative to funding being secured was based upon a July 31 meeting with the Saudi Arabian sovereign wealth fund in which its representative expressed support for funding a transaction to go private. However, it was also stated, "Following the August 7th announcement, I have continued to communicate with the Managing Director of the

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1    Saudi fund. He has expressed support for proceeding subject to financial and other due

2    diligence and their internal review process for obtaining approvals. He has also asked for

3    additional details on how the company would be taken private, including any required

4    percentages and any regulatory requirements." We had imagined following the surprise

5    August 7 announcement that another party (e.g., the Saudi fund) had already firmly

6    decided (including having completed any internal review process) to fund a going private

7    transaction. The revelation the Saudi fund is subsequently asking Tesla for details of how

8    the company would be taken private suggests to us that any deal is potentially far from

9    even being formally proposed, which is different from our understanding on August 8

10   which was based on Mr. Musk's statement on Twitter that, "Only reason why this is not

11   certain is that it's contingent on a shareholder vote". (J.P. Morgan, *Reverting to Valuing*

12   *TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured;*

13   *PT Back to $195*, August 20, 2018, 6:15 a.m.).

(uu)   In an email dated August 17, 2018 at 8:59 a.m., the J.P. Morgan analyst, Ryan Brinkman,

wrote "I'm thinking on Monday to perhaps remove the 50% "go private" weighting, taking

price target back down to $195. Obviously a tough call."  Source: JPMS_00004543 (Exhibit

21 to Deposition of Ryan Brinkman, May 4, 2021).    Mr. Brinkman  also stated "I think I

was the first analyst to come out and say -- or one of the first, that these Tweets weren't true

and essentially it would be tantamount to say the CEO had lied or mislead investors which

is, you know, something that's impolitic and I think I handled it in the best way possible."

Brinkman Dep. 100:9 - 100:18.

(vv)   Mr. Brinkman also testified, when asked about the *NYT* Article, "I don't know if this is

for sure the one, but it might have been the article where there was reference to board of

directors not having known about the go-private Tweet, which certainly would have been

impactful for my research and understanding of the situation."  Brinkman Dep. 93:7-93:13.

(ww)   Mr. Brinkman stated that the Board's failure to review Musk's tweets before publication

was important because "…CEOs just don't come out with announcements that the company

is being taken private or acquired by another company or even acquiring another company

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

without the board of directors being at least aware. So it -- it very much undermined the veracity of the August 7 Tweets." Brinkman Dep. 95:15 - 96:23.

(xx)  Tesla's common stock price decreased 8.93%, from a close of $335.45 per share on August 16, 2018 to a close of $305.50 per share on August 17, 2018 on volume of 19.0 million shares, which was 2.3 times the average volume during the 120 trading days prior to the start of the Class Period.

Plaintiff further refers to the expert report dated September 22, 2020 of Dr. Michael Hartzmark submitted in support of Plaintiff's motion for class certification and the deposition of Dr. Hartzmark taken on November 19, 2020.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 6:**

If YOU contend any member of the CLASS who purchased or otherwise acquired a TESLA SECURITY during the CLASS PERIOD suffered DAMAGES caused by a CHALLENGED STATEMENT or CHALLENGED OMISSION, IDENTIFY why YOU make that contention, including IDENTIFYING all facts supporting that contention.

**RESPONSE NO. 6:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," "Challenged Statement," and "Challenged Omission." Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Plaintiff further objects to this Interrogatory as improperly and prematurely requesting information that will be subject of expert opinion and an expert report. Plaintiff will provide additional

information responsive to this Interrogatory in an expert report served in accordance with the schedule in this proceeding.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 caused members of the Class to suffer damages as a result of their investment in Tesla's securities. Damages resulted from artificial inflation introduced and then maintained in the price for Tesla securities by the statements identified in response to Interrogatory No. 1. The artificial inflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information. Members of the class suffered harm when they purchased Tesla securities at an inflated price and then (1) held their Tesla securities to the end of the Class Period, (2) sold their Tesla securities at a lower price reflecting reduced inflation; or (3) used the Tesla stock purchased at an artificially inflated price to close an existing short position.

The statements identified in response to Interrogatory No. 1 also artificially reduced the price of certain Tesla securities and members of the Class suffered harm when they sold those securities at artificially deflated prices. The artificial deflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information.

Members of the class also suffered losses when the price of their Tesla securities declined as a

result of reputational harm, loss of management credibility, and an increase in regulatory and legal risk caused by the false and misleading statements identified in response to Interrogatory No. 1.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 were material:

(a) Jeffrey Spurling, an analyst at Citadel, emailed Martin Viecha on August 7, 2018 for confirmation as to whether Musk's tweets were "a twitter joke, or a real disclosure of Elon Musk's intention to take Tesla private at $420 per share." Viecha responded that Musk's tweets were "[n]ot a joke" and that they were "serious tweet[s]"; (TSLA_LITTLETON_00004099 at 2; *see also* Martin Viecha Tr. at 116:17-117:2).

(b) Eric Hogner, an analyst at Lansdowne Partners, emailed Viecha on August 7, 2018 to "confirm that these tweets are real." Viecha confirmed in response that "Yes, these Tweets are official." (TESLA_LITTLETON_00004110; *see also* Martin Viecha Tr. at 120:14-120:25);

(c) Itay Michaeli, an analyst at Citi Research, emailed Viecha on August 7, 2018 to inquire whether there was "an actual transaction on the table (with secured financing)" or if going private was "more of a strategic announcement . . . ." Viecha responded that "the very first Tweet mentioned a firm offer." (TESLA_LITTLETON_00004154; *see also* Martin Viecha Tr. at 129:8-129:18);

(d) Nii Owuraka Koney, a Managing Director at Jennison Associates, emailed Viecha on August 7, 2018 requesting a telephone call to discuss the "funding" for the transaction. Viecha responded that "[t]he very first tweet simply mentioned 'Funding secured' which means that this is a firm offer" and that "the offer is as firm as it gets." (JENN0000074; *see also* Martin Viecha Tr. at 137:13-138:21) Mr. Koney also testified on July 14, 2021 that his "view all along" was that the "offer at $420" was a "real offer." (Nii Owuraka Koney Tr. at 116:8-116:15);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(e) Bradley Erickson, an analyst at KeyBanc Capital Markets, emailed Viecha on August 7, 2018 asking for him to "clarify" whether "funding is secured." Viecha responded by confirming that "the first Tweet clearly stated that 'financing is secured.' Yes, there is a firm offer." (TESLA_LITTLETON_00004010; *see also* Martin Viecha Tr. at 154:13-155:11);

(f) Toni Sacconaghi, an analyst at AllianceBernstein, emailed Viecha on August 7, 2018 for "questions/clarification on today's news and blog post." Viecha stated in response that "apart from what has been tweeted and what was written in a blog post, we can't add anything else. I only wanted to stress that Elon's first tweet, which mentioned 'financing secured' is correct" and that "financing is secured regardless of other assumptions." (TESLA_LITTLETON_00004253 at 1-2; *see also* Martin Viecha Tr. at 156:21-158:15);

(g) On August 7, 2017, Deepak Ahuja informed Elon Musk and Todd Maron that they were "getting a lot of enquiries from investors, SEC and the media to better understand the comment 'funding secured.'" (TESLA_LITTLETON_00019605);

(h) As of 11:05 am of August 7, 2018, all major media had contacted Dave Arnold, Tesla's Sr. Director of Global Communications, with inquiries about Elon's taking Tesla private tweet, including Thomson Reuters, NBC Universal, Fox Business Network, Associated Press, Forbes, CBS, Washington Street Journal, Bloomberg, Financial Times, Los Angeles Times, CNN Money, USA Today, The Daily Telegraph (England), The Buffalo News, San Francisco Chronicle, The Street, BuzzFeed News, The Hill, Silicon Valley Business Journal, Bay Area News Group, Recode (Vox), The Verge, and Jalopnik. (TESLA_LITTLETON_00013639);

(i) Dave Arnold testified on September 30, 2021 that Tesla Communications team was "getting flooded with inquiries" and that he "did not really see a scenario in which we, Tesla the company, could not just not say anything." (Dave Arnold Tr. at 75:24-76:2);

(j) On August 7, 2018, after Tesla published Elon email to Tesla employees explaining his reasoning behind the tweets, Dave Arnold informed Deepak Ahuja and Todd Maron that

following Tesla blog post, media reported that Elon's consideration about taking Tesla private was "shocking investors and analysts." (TESLA_LITTLETON_00012975);

(k) David Arnold, Tesla's Global Communications Director, testified on September 30, 2021 that Elon Musk's and Tesla's statements after the initial tweet on August 7, 2018 provided "additional information on top of the initial tweet [Musk] sent." (David Arnold Tr. at 69:3-69:8);

(l) From an opening price of $343.84 per share, Tesla's stock rose to an intraday high of $387.46 per share and closed at $379.57 per share. Over 30 million shares traded on August 7, 2018, which is more than twice Tesla's daily average volume;

(m) On August 8, 2018, a Nasdaq representative emailed Deepak Ahuja and Martin Viecha informing them that "[f]ollowing [Elon's taking Tesla private] news, … [y]esterday, TSLA closed up 11% to 379.57 on volume of 30.8 million shares. Yesterday's trading range was $339.15-387.46." (TESLA_LITTLETON_00004671).

(n) The Musk communications on August 7, 2018 caused an immediate price reaction in Tesla's stock, with Tesla's stock price increasing to $365.03 per share (just prior to 12:49 p.m.) from $356.85 per share (just prior to 12:48 p.m.) on volume of over 800,000 shares in this first minute of trading after the Musk Tweets.  Tesla's stock continued to be heavily traded on August 7, with volume of over 10 million shares until a trading halt at 2:08 p.m., ("Tesla Inc. (TSLA) Halted due to pending news," *Dow Jones Institutional News*, August 7, 2018, 2:08 p.m.), when the price was $367.25.

(o) Tesla stock resumed trading at approximately 3:45 p.m., ("Tesla Inc. (TSLA) Resumed Trading," *Dow Jones Institutional News*, August 7, 2018, 3:45 p.m.), quickly increasing to over $386 per share before closing at $379.57 per share with additional volume of over 6 million shares.

(p) During and after market trading hours on August 7, 2018, news articles reported that the Musk Tweets caused an increase in Tesla's share price on August 7, 2018, for example:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

i. "Tesla Jumps After Musk Tweets He Could Take Co. Private at $420," *Bloomberg News*, August 7, 2018, 1:00 p.m. - "Am considering taking Tesla private at $420. Funding secured," Tesla CEO Elon Musk says in tweet.  Tesla climbs to session high, up 8.2%, on Musk's tweet."

ii. "Tesla's Musk Tweets He's 'Considering' Taking Company Private – MarketWatch," *Dow Jones Institutional News*, August 7, 2018, 1:07 p.m. - Tesla Inc. (TSLA) jumped as much as 8% midday Tuesday after Chief Executive Elon Musk tweeted he was "considering" taking the Silicon Valley car maker private at $420 a share. "Funding secured," the tweet continued, garnering calls to "dewit" and love yous from Musk supporters on Twitter. The price would represent a 16% upside from Tuesday's prices.

iii. "Tesla shares jump on Musk tweet on taking company private," *Agence France Presse*, August 7, 2018, 1:09 p.m. - Tesla shares jumped after midday on Tuesday following a tweet by Chief Executive Elon Musk that he was considering taking the electric automaker private.  Shares were up 5.9 percent to $361.87 around 1700 GMT after spiking to $371.15 shortly after Musk's tweet.

iv. "Afternoon of Terror for Tesla Shorts Fomented by Musk's Tweet," *Bloomberg News*, August 7, 2018, 1:54 p.m. - What's in a tweet? About $500 million of potential losses to short sellers, when it comes to Tesla's Chief Executive Officer Elon Musk.  A tweet that he's considering taking the company private "at $420" sent an already elevated stock higher. From around $355 it jumped above $371 just after the post, before the gains were pared.

v. "MW UPDATE: Stocks close higher as earnings news trumps trade-war fear; Tesla soars 11% on Musk's going-private tweet," *MarketWatch*, August 7,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

2018, 4:39 p.m. - The Nasdaq rose for a sixth day in a row, its longest winning streak since March, led by Tesla Inc., which spiked following a tweet from Chief Executive Elon Musk that he was considering a move to take the company private, which was followed by confirmation from the company.

vi. "Crazy Ride for Tesla Watchers as Musk Tweets: TOPLive Takeaways," *Bloomberg First Word*, August 7, 2018, 4:25 p.m. - Key takeaways from the TOPLive blog on Tesla Inc. after CEO Elon Musk tweeted he's considering taking the automaker private.

Elon Musk tweeted that he wants to take Tesla private at $420 a share and said he had "funding secured."

Shares initially rose as much as 8% until trading was halted for an hour and a half.

Musk in a series of tweets said he doesn't have a controlling vote and wouldn't expect any shareholder to have one if the company goes private. He said people could still invest in Tesla once it's private.

Musk later put out a letter that, in essence, said that the company would be better off focusing on its goals without the scrutiny of investors and the "attacks" from short sellers.

Still, Musk said, a final decision hasn't been made.

Investors and analysts, even Musk himself, all seemed a little uncertain whether this will happen. The same with the market: Tesla shares closed up 11% to $379.57. That was a great run, but still about $40 shy of what Musk would want to offer shareholders to get a deal done. Shares were coming down by about $5 in after-market trades.

vii. "Elon Musk tweets a lot. This time was different," *CNN Wire*, August 7, 2018, 6:09 p.m. - Going private, Musk said, would end "negative propaganda from

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

shorts," referring to his hated short-sellers.  Around 3:30 ET, Tesla released a statement via its blog, titled "Taking Tesla Private."  It contained a letter from Musk sent to Tesla employees. … Musk then tweeted the blog post with his own commentary.  "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote," he said.

viii. "Is Tesla going private? Elon Musk claims 'investor support is confirmed' after tweeting plans to privatize at $420 per share, in shock announcement that HALTED the stock for almost two hours," *Mail Online*, August 7, 2018 6:41 p.m. - Shares of Tesla were halted in afternoon trading on Tuesday after CEO Elon Musk tweeted that he's considering taking the electric car company private at $420 a share - a significant jump from the stock's current price of roughly $379.

Musk said the take-private transaction has received investor support and now rests on a shareholder vote in order for it to become official.

(q) Analysts also commented on the Musk Tweets, for example:

i. Canaccord Genuity, *Shares up 6% on tweet from CEO*, August 7, 2018, 1:52 p.m. (source of timestamp: Capital IQ) - Shares up 6% on tweet from CEO Tesla's Chairman and CEO, Elon Musk, tweeted that he is "considering taking Tesla private at $420," and that he has "Funding secured."

This tweet epitomizes the reason we have a HOLD rating on Tesla shares and not a Buy. If true, and his account was not hacked, this reinforces the rationale behind our market neutral stance.

As the company matures or on pullbacks we would look to become more constructive but remain on sidelines at current levels.

ii. Morningstar, *Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price*, August 7, 2018, 3:06 p.m.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(source of timestamp: Capital IQ) - Tesla CEO Elon Musk tweeted around midday on Aug. 7 the following: "Am considering taking Tesla private at $420. Funding Secured." A buyout price of $420 per share would be for about $71.6 billion based on the July 27 outstanding share count of 170.6 million in the latest 10-Q filing, though it's unclear if Musk's roughly 22% ownership stake would be part of the deal or just converted into equity of a new private company. If a deal is announced and we think its execution is more likely than not, we will raise our fair value estimate to the deal price, but for now we are leaving our fair value estimate of $179 in place.

We find it odd that Musk would disclose that he is considering doing a deal and specifying a price rather than not saying anything until Tesla actually announces it is going private. It is possible that he wants to hurt short sellers of Tesla now. He has been very vocal against them recently, including posting a satire video on Twitter on Aug. 5. We think it is also possible that he wants to get a price higher than $420, else we would expect him to simply announce he is considering going private with funding secured and leave the $420 number out of the tweet. We speculate that the funding comes mostly from tech investors, such as possibly SoftBank or Tencent (the latter bought 5% of Tesla in 2017), sovereign wealth funds, and wealthy Silicon Valley investors.

iii. Barclays, *Musing about going private is the latest strange twist*, August 7, 2018, 4:57 p.m. (source of timestamp: Capital IQ) - This is out there even for Tesla

Elon's tweet and blog post around going private at $420/share was certainly a disruptor this afternoon. What was looking to us to be a quiet afternoon digesting the earnings results of auto rental companies was disrupted by Elon Musk's tweet …

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

We're not clear where the funding would come from – would have to be largely equity

Buyout would require ~$70bn - ~$60bn for equity and ~$10bn to take out debt. With 145mn shares (including shares for comp, but subtracting Musk's 34mn shares), a buyout at $420/share would require $60bn to take out all public shareholders. Even with the Saudi fund taking a 3-5% stake (see "Tesla shares move higher on Saudi Arabia fund stake" FT, Aug 7, 2018), that leaves a large funding gap.

And credit markets may not be that receptive. The Tesla unsecured bonds trade at a yield of ~6.7% -- so even if say $40bn could be financed in the high yield market (never mind old fashioned things like interest coverage ratios), the annual interest bill would consume $2.7bn in cash. …

And not clear how public shareholders stay in a private company. Musk promised that existing shareholders "can stay investors in a private Tesla" – but we're not clear how that would work under current registration rules/caps on non-accredited and total investors (the JOBS act requirement) – although Musk hinted at a special purpose vehicle structure that might be able to avoid the caps.

iv. RBC Capital Markets, *On Tesla $420*, August 7, 2018, 8:53 p.m. (source of timestamp: Capital IQ - Earlier today, CEO Elon Musk started tweeting about "considering taking Tesla private at $420/share. Funding secured." This was later followed up with a letter to employees detailing the rationale. The structure would apparently be to create a special purpose fund enabling current shareholders to remain shareholders or cash out at $420. This would be subject to a shareholder vote. …

Success of consummation contingent on who goes along for the ride. The ability to convince shareholders to stay involved is likely critical to the success of Tesla going private which would be the biggest buyout in history (over $70bn). Musk owns ~20% of the shares, so all else equal, they may need to get committed financing for the remaining ~80% (~$57bn). Given Tesla's financials, we don't believe lenders would sign up to support the deal. …

And there are some chunky page 1 holders that collectively make up ~30% of the shares. However, some of those holders may not be able to hold Tesla (or as much as they currently hold) should Tesla go private. A preliminary review of some of the big mutual fund holders indicates holding limits on illiquid securities. At the very least it could cause broader portfolio reviews. That's not to say that a private Tesla can't find its way into other funds at those holders.

Elon's tone and messaging regarding a potential transaction lead us to believe that there could be significant outside funding lined up. Learning who this is will be important (and relevant for shareholders deciding whether they should stay involved should the deal consummate). We note an unconfirmed FT article from today indicates that Saudi Arabia's sovereign fund took a 3-5% stake on the public markets, it was also noted they approached Tesla about new shares. In our view, sovereign funds (broadly), cash rich tech companies, Chinese sources and large VCs could all be potential candidates to provide funding.

v.   UBS Securities, *A Disruptive Approach to Disclosing Material Info*, August 7, 2018, 10:28 p.m. (source of timestamp: Capital IQ) - Earlier today, CEO Musk tweeted that he is "considering" taking TSLA private at $420/share and

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

noted funding was secured. Following his tweet, an email sent to employees was shared publicly outlining the motivation including noting that volatile stock prices are distracting to TSLA employees.

Disclosure method in question Typically, a company would disclose this kind of news via a detailed press release while the market is closed or halt their stock in advance of the announcement. Disclosing news of this nature via twitter is unprecedented and, according to a former SEC chairman, may constitute fraud if Tesla does not already have the financing lined up. The deal would likely require participation from numerous banks and institutional investors, and we think it likely that news of the deal would have leaked had Tesla already held discussions to secure funding.

Post announcement, shares closed at ~$380, with the take-out price implying ~10.7% upside from here. In past deals that terminated adversely, ~70% trade down over 10% with 1/3rd trading down more than 30%.

vi. "Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update," *Dow Jones Institutional News*, August 7, 2018, 4:51 p.m. - Even if no deal for Tesla materializes, the stock bounce following Mr. Musk's tweet could help the company preserve needed cash. Tesla has more than $1.1 billion in convertible bonds that will come due over the next seven months absent a sustained rise in its share price.

That starts with $230 million of convertible bonds set to mature in November if its stock doesn't reach a conversion price of $560.64, followed by $920 million that mature in March, if shares remain below the trigger price of $359.87.

The March notes would be convertible into Tesla stock instead of redeemable for cash -- a scarce resource for the company.

(r) News articles also reported on the chance that Defendant Musk would be successful taking Tesla private.  For example:

    i.  "Musk Makes Startling Proposal to Take Tesla Private," *The Deal* August 7, 2018 - According to Gene Munster of Loup Ventures, Musk has a one-in-three shot of taking Tesla private, given the 16% premium he would pay to shareholders. … "Fundamentally, Tesla is not a good LBO candidate given it's not profitable, not cashflow heavy, and has high R&D and capex. However, the structure of the pending deal is unknown and may not take the form of an LBO."

    ii.  "MUSK HAS '1 IN 3 CHANCE' OF TAKING TESLA PRIVATE: GENE MUNSTER," *Bloomberg First Word*, August 7, 2018, 1:42 p.m.

(s) On August 7, 2018, Tesla's common stock price increased 6.37%, from $356.85 per share at 12:47 p.m. (just prior to the Musk Tweets) to a close of $379.57 per share on August 7, 2018 on volume of over 18 million shares, which even though it is less time than in a full trading day, was over two times the average daily volume of 8,293,907 shares during the 120 trading days prior to the start of the Class Period.

(t) On Wednesday, August 8, 2018, Tesla's share price opened at $369.09, a 2.8% decline from the prior day close of $379.57, but then quickly increased to $382.64 at approximately 10:10 a.m. before declining following news reports that the SEC was probing Tesla over Musk's tweets.

(u) Before the market opened on August 8, 2018, news articles reported that both Jefferies and JP Morgan analysts had raised their target prices on Tesla stock following the Musk Tweets, for example:

    i.  "07:59 EDT Tesla going private 'feels like the right thing to do,' says...," *Theflyonthewall.com*, August 8, 2018 - Tesla going private 'feels like the right thing to do,' says Jefferies.  Jefferies analyst Philippe Houchois raised his

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

price target for Tesla to $360 from $250 after CEO Elon Musk suggested taking the company private. The stock closed yesterday up 11%, or $37.58, to $379.57.  Going private "feels like the right thing to do," Houchois tells investors in a research note.  "Distraction or not, the move feels right even if Musk is downplaying how supportive public markets have been," the analyst adds.  However, with Tesla unable to take on more debt, he wonders who may fund the potential deal and end up as a new large shareholder. Houchois raised his estimates to reflect a "better outlook" post Tesla's Q2 results. His discounted cash flow fair value points to $300 per share and his new $360 price target "bridges the gap" to the $420 potential going private bid. The analyst keeps a Hold rating on Tesla.

ii.   "MW UPDATE: JP Morgan raises Tesla price target but stays underweight in case shares trade on fundamentals again," *MarketWatch*, August 8, 2018, 7:58 p.m. - JP Morgan analysts raised their stock price target for Tesla Inc. (TSLA) to $308 from $195 on Wednesday, a day after Chief Executive Elon Musk said he is thinking of taking the company private, but said they are sticking with an underweight rating, "on chance the shares could again trade on fundamentals."  "As surprising to us as these developments are, and as lacking as the statements are in any details regarding who is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously," analyst Ryan Brinkman wrote in a note. Musk said he had already secured the funding for a deal, without offering any further detail. Banks and private-equity firms were surprised at that news and questioned how it could be done, given the company is cash flow negative, is loss making and saddled with about $10 billion of debt.

"We continue to believe Tesla's valuation based on fundamentals alone (i.e., a 50/50 blend of discounted cash flow and 2020-based multiples analysis - itself consisting of a blend of P/E, EV/EBITDA, and Price-to-Sales) is worth no more than $195 (our previous price target)," said Brinkman.   "But introducing a new 50% weighting of $420 suggests a large upward revision to our price target is warranted, and we newly value Tesla at $308 per share (i.e., 50/50 blend of $195 and $420)." Tesla shares were down 1% in premarket trade, but have gained 22% in 2018, while the S&P 500 has gained 7%.

(v) Beginning with a *New York Times* article at 10:24 a.m. on August 8, 2018, news articles reported that the SEC was probing Tesla over the Musk tweets, which along with reports of skepticism of the deal, caused the stock price to decline:

    i. "Did Elon Musk Violate Securities Laws With Tweet About Taking Tesla Private?," *NYTimes.com Feed*, August 8, 2018, 10:24 a.m. - Elon Musk had better be right.

Mr. Musk's audacious offer Tuesday to take private Tesla, the innovative auto company he founded and leads as chairman and chief executive, will surely go down as one of the most unorthodox takeover bids ever. …

But it was Mr. Musk's "funding secured" statement on Twitter that may put the iconoclastic founder most at risk. He provided no details about how much funding had been secured, from whom or under what conditions. His email to employees did not mention anything about the funding.

"That's a clear factual statement," said John C. Coffee Jr., a professor at Columbia Law School who specializes in corporate law and securities fraud. "If it's not fully secure, that's potentially a very material misrepresentation,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

and a very straightforward violation of Rule 10b-5 of the securities law" in short, securities fraud.

It is illegal for a director or officer of a public company "to knowingly or recklessly make material misstatements about that company," said John Coates, a professor at Harvard Law School who teaches mergers and acquisitions. Mr. Musk's "tweets seem cryptic at best, and it is hard to see how he has complied with his duty to not be misleadingly incomplete."

A Tesla spokeswoman declined to comment.

The Securities and Exchange Commission contacted Tesla on Wednesday to inquire about the accuracy of Mr. Musk's tweets and why the announcement was not made in a regulatory filing, according to a person briefed on the inquiry, who was not authorized to speak publicly on behalf of the S.E.C. Such questions typically precede the launch of any formal investigation.

ii.    "SEC questions Tesla over Elon Musk's tweets to take the company private; Regulators said to be inquiring whether CEO's claim was factual," *MarketWatch*, August 8, 2018, 1:32 p.m. - Securities regulators have inquired with Tesla Inc. about Chief Executive Elon Musk's surprise announcement that he may take the company private and whether his claim was factual, people familiar with the matter said.

The Securities and Exchange Commission has asked whether Musk's unusual announcement on Tuesday was factual, the people said. The regulator also asked Tesla [] about why the disclosure was made on Twitter rather than in a regulatory filing, and whether the company believes the announcement complies with investor-protection rules, the people said. …

The SEC's inquiries, which originated from its San Francisco office, suggest Tesla could come under an enforcement investigation if regulators develop

evidence that Musk's statement was misleading or false. It wasn't immediately clear on Wednesday whether the regulator had opened a formal enforcement investigation based on the answers it received from the company. An SEC spokesman declined to comment.

iii. "Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla," *Investor's Business Daily*, August 9, 2018 - Tesla stock rallied on CEO Elon Musk saying he wants to take the company private. … But shares fell 2.4% on Wednesday to 370.34, amid reports that the SEC is probing Tesla over Musk's tweets…

iv. "US stocks end near flat; Tesla retreats," *Agence France Presse*, August 8, 2018, 4:22 p.m. - One day after Chief Executive Elon Musk stirred investors with a surprise proposal to take Tesla Motors private, shares of the electric automaker fell 2.4 percent as some analysts expressed skepticism.

v. "SEC Looks Into Musk's Taking-Tesla-private Tweets: WSJ – MarketWatch," *Dow Jones Institutional News*, August 8, 2018, 4:06 p.m. - Tesla shares rallied 11% on Tuesday, but lost 2.4% Wednesday as Wall Street faulted the plan for being lean on funding details.

(w) In addition to the Jefferies and JP Morgan analyst reports, Bernstein stated: We see upside risk in the near term to perhaps $400, but downside risk to $340 (yesterday's low price) or below if no firmer details emerge, as investors would likely increasingly debate Musk's credibility and over-focus on the shares' price and volatility. (Bernstein, *Tesla: Going private? Who knows... does Elon?*, August 8, 2018).

(x) Evercore commented that: What happened? The above are two of a series of tweets by Tesla CEO Elon Musk yesterday, where the company announced that it is considering going private.

Could this happen? It is important to note that, as of today, no details have been provided with regards to what "Funding secured" means, who is providing that funding and what any potential funding structure might look like. Our view is that "Funding secured" should be interpreted as a strong verbal commitment, with funds available and parties willing to execute quickly.

Stock Implications The majority of the move towards $420 is now done, with the share price sitting within 11%. As a result, unless there is evidence to suggest that the funding is not secured and a transaction cannot be completed, we believe there is little to be done with the stock at these levels. More broadly, if Tesla has attracted a strategic investor who is willing to not only help take the company private but also to provide material funding going forward, it should enable the company to execute and move faster as it seeks to complete its mission to move the world to a solar electric future. Evercore ISI, *A Private Life is a Happy Life*, August 8, 2018, 4:26 a.m. (source of timestamp: Capital IQ).

(y) Tesla's common stock price declined 2.43%, from a close of $379.57 per share on August 7, 2018 to a close of $370.34 per share on August 8, 2018 on volume of 24.6 million shares, which was 3.0 times the average volume during the 120 trading days prior to the start of the Class Period.

(z) On Thursday, August 9, 2018, Tesla's share price opened at $365.55, a 1.3% decline from the prior day close of $370.34, and further declined to close at $352.45 on reports that the SEC probe was intensifying and doubt the deal could be done. News articles reported, for example:

      i. "Tesla Shares Sink as Pressure Mounts on Musk to Show the Money," *Bloomberg News*, August 9, 2018, 11:40 a.m. - Doubts about Elon Musk's ability to take Tesla Inc. private mounted across Wall Street on Thursday,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

driving the stock down as much as 4 percent in what's shaping up to be the worst rout in a month.

The stock slipped to $356.66 in late morning trading, well below the $420 at which Musk said shareholders would be bought out. It's now dropped on back-to-back days after having jumped 11 percent on Tuesday, when Musk vowed that he had "funding secured" for a spectacular $82 billion deal.

Since that initial tweet, though, he has offered no evidence to back up the statement. Nor has anyone stepped forward publicly -- or privately – to say they're behind the plan. People with or close to 15 financial institutions and technology firms who spoke on the condition of anonymity said they weren't aware of financing having been locked in before Musk's tweet.

"I don't really understand the idea of what was suggested in the potential for them to go private," Dick Weil, CEO of Janus Henderson Group, said in an interview with Bloomberg Television. "That's obviously an incredibly large valuation to somehow take into the private market."

All of which could be problematic as the Securities and Exchange Commission starts investigating the matter. Regulators have asked the company if what Musk tweeted was factual and why such a disclosure was made via social media rather than in a filing, according to the Wall Street Journal, citing unidentified people familiar with the matter. Judith Burns, an SEC spokeswoman, declined to comment. Tesla also declined to comment.

ii. "Tesla Erases Gain Since Musk Tweeted He May Take Co. Private," *Bloomberg First Word*, August 9, 2018, 12:49 p.m. - Tesla shares drop as much as 4.6% to $353.33 as of 12:31 p.m. in New York, as skepticism mounts that Elon Musk has the ability to take the co. private.  Stock traded at ~$356.64 before Musk tweeted on Aug. 7…

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii. "SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)," *Business Insider*, August 9, 2018, 2:42 p.m. - The Securities and Exchange Commission is "intensifying" its inquiry into Tesla, Bloomberg reports.

The agency on Wednesday asked Tesla about whether one of CEO Elon Musk's tweets regarding the possibility of taking the company private was truthful, *The Wall Street Journal* reported, citing people familiar with the matter.

According to the Journal, the SEC is also looking into why Musk's first statement about the potential of taking Tesla private was made on Twitter instead of in a regulatory filing. The agency also asked the company whether it believes Musk's tweet follows SEC rules about protecting investors, The Journal reported.

Bloomberg reports that the agency was gathering information about statements Tesla has made regarding sales and manufacturing targets before its most recent inquiry.

An inquiry from the SEC does not necessarily mean an investigation will follow.

The SEC and Tesla declined Business Insider's requests for comment.

iv. "Tesla Will Still Need to Access Capital Markets, Moody's Says," Bloomberg First Word, August 9, 2018, 3:06 p.m. - Tesla will need to access the capital markets in order to fund its operating requirements and repay the maturing convertible debt obligations, Moody's Investors Service said in a statement.

v. CEO's note to employees that he is considering taking Tesla private is credit negative, but does not affect the ratings at this time, the agency said.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

vi.   Moody's expect the company's cash generation will improve during the second half of 2018 and over the coming year as its Model 3 production improves.

vii.   "Tesla tumbles as US stocks end mostly lower," *Agence France Presse*, August 9, 2018, 4:22 p.m. - Tesla shares tumbled Thursday following a report the company faces intensifying scrutiny from securities regulators as US stocks finished a quiet session mostly lower.

(aa)   Tesla's common stock price declined 4.83%, from a close of $370.34 per share on August 8, 2018 to a close of $352.45 per share on August 9, 2018 on volume of 17.2 million shares, which was 2.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(bb)   On Friday, August 10, 2018, Tesla's share price opened at $354.00, a 0.4% increase from the prior day close of $352.45, and further increased slightly to close at $355.49 likely on reports that the Tesla board would meet with advisers next week on the go private deal.  News articles reported that Tesla's board of directors plans to meet with advisers next week, for example:

i.   "Tesla Board To Ramp Up Going-private Talks: Report – MarketWatch," *Dow Jones Institutional News*, August 9, 2018, 5:18 p.m. - The Tesla Inc. (TSLA) board of directors plans to meet with advisers next week to make formal the process of exploring Chief Executive Elon Musk's proposal to take the company private, according to a CNBC report that cited people familiar with the matter. The board is likely to ask Musk to recuse himself, and the board told him that he'd need his own set of advisers, the report said.

ii.   "Bloomberg: Tesla seeking 'wide' investor pool for go-private plan," *Bloomberg News*, August 10, 2018, 3:05 p.m. - Tesla (NASDAQ: TSLA) is trimming some gains on a report that the automaker is seeking a "wide"

investor pool in its go-private plan.  That's in an apparent move to avoid concentrating ownership of the stock, Bloomberg notes.  It's also raising chatter among investors questioning just how "secured" the funding is that CEO Elon Musk was tweeting about.  Shares are back to flat after rising as much as 2.1% to $360 today.

iii.   "Exclusive: Tesla's board seeking more information on Musk's financing plan – sources," *Reuters News*, August 9, 2018, 8:26 p.m. - Tesla Inc's <TSLA.O> board has not yet received a detailed financing plan from CEO Elon Musk, and is seeking more information about how he will take the U.S. electric car maker private in a proposed deal worth $72 billion, people familiar with the matter said on Thursday.

While Tesla's board has held multiple discussions about Musk's proposal, which first became public on Tuesday, it has not yet received specific information on who will provide the funding, one of the sources said.

(cc)    Tesla's common stock price increased 0.86%, from a close of $352.45 per share on August 9, 2018 to a close of $355.49 per share on August 10, 2018 on volume of 11.6 million shares, which was 1.4 times the average volume during the 120 trading days prior to the start of the Class Period.

(dd)    On Monday, August 13, 2018, Tesla's share price opened at $361.13 a 1.6% increase from the prior day close of $355.49.  Thereafter, the stock price declined during the day to close at $356.41 on news that said shares shot up more than 3% on Musk's blog post (before the markets opened) explaining his August 7th tweet, but then turned down as investors parsed the statement and that investors now know that his "funding secured" tweet last week was premature at best.  News articles reported, for example:

i.    "Two lawsuits accuse Elon Musk of false statements to boost Tesla share price," *CNN Wire*, August 11, 2018, 5:59 p.m. - Two new lawsuits accuse

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Tesla and its CEO Elon Musk of violating federal securities law by allegedly making false statements to boost the company's stock price.

The complaints, filed in federal court in San Francisco this week, claim Musk sought to mislead investors when he said on Twitter that he had secured the funding to take Tesla private. …

Both lawsuits accused Musk or Tesla of harming short sellers with false information.

ii. "Report: Saudi Arabia is looking to invest big in Tesla as the company teases going private," *Business Insider*, August 12, 2018, 8:45 p.m. - While Tesla CEO Elon Musk teased last week about taking the company private, several suitors may have already been courting the electric car giant months ago.

Saudi Arabia's Public Investment Fund, the country's sovereign wealth fund, is in talks with Tesla about becoming a significant investor as part of the move towards privatization, sources with knowledge of the fund's plans told Bloomberg Sunday.

The Saudi investment fund approached Musk months ago to discuss acquiring a minority stake but was turned down as the company did not plan on issuing new shares at the time, a source close to the discussions told Bloomberg. In turn, the fund bought nearly $2 billion worth of Tesla shares on the market with the help of an investment bank, building up a stake just short of 5% in the company.

The fund has not yet made any concrete plans with Tesla on increasing its stake, sources told Bloomberg, but talks are ongoing, and continued investment in the company is seen as a strategic step toward diversifying the Saudi economy away from oil.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii. "Tesla surges after Elon Musk offers details about his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:09 a.m. - Shares of Tesla surged as much as 3% in early-trading Monday, before paring their gains, after CEO Elon Musk published an update on his plans to take the company private at $420 a share.

Despite tweeting on Tuesday that funding had been secured, Musk's newest blog post appears to contradict that claim.

iv. "Elon Musk reveals what he meant by his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:45 a.m. - In his statement on Monday, Musk said that following his August 7 tweet, he has been in communication with the managing director of the Saudi fund.

"He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements," Musk said.

v. "Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars," *Dow Jones Institutional News*, August 13, 2018, 1:13 p.m. - Saudi Arabia's desire to take a big stake in Tesla Inc. reflects its ambitious plan to build a base in the kingdom for electric-car production and diversify away from oil.

Its sovereign-wealth fund is considering raising its nearly 5% holding in Tesla, people familiar with the matter said. Discussions among Saudi officials about increasing the Public Investment Fund's stake accelerated after Tesla Chief Executive Elon Musk last week proposed to take the car company private in a tweet, the people said.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

vi. "MW UPDATE: Wall Street has spoken: Tesla funding is not 'secured'," *MarketWatch*, August 13, 2018, 3:39 p.m. - All of Wall Street, and MarketWatch along with it, wanted to know more about Elon Musk's claims last week that he had the funding to take Tesla Inc. private.

After Musk explained himself Monday morning, investors now know that his "funding secured" tweet last week was premature at best. They showed that they were not buying his explanation by not buying Tesla (TSLA) stock at going rates well lower than the $420 level Musk quoted in that now-infamous tweet.

In a blog post early Monday, Musk responded to the doubts that have arisen since he created havoc among investors last Tuesday with the tweet that he was considering taking Tesla private at $420 a share. …

Taken together, Musk's definition of "funding secured" appears to be, to assess it charitably, a stretch. And it certainly does not live up to what was required after his original tweet.

vii. "MW UPDATE: Tesla shares swing higher amid confusion about Musk's going-private plan," *MarketWatch*, August 13, 2018, 5:03 p.m. - Tesla Inc. shares wavered between gains and losses Monday as the boost from Chief Executive Elon Musk's blog post detailing his proposal to take the Silicon Valley car maker private faded.

Tesla (TSLA) shares shot up more than 3% in pre-market trading as Musk's blog post on the company's website went up, but then turned down more than 1% in midday trade as investors parsed the statement. They ended the session 0.3% higher at $356.41.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(ee)   An article in *The New York Times* on August 13, 2018 stated that, according to sources the Musk Tweets had not been cleared with the Tesla board and that some members of the board were blindsided by the tweet:

> An abrupt tweet last week by Elon Musk about the prospect of taking Tesla private was dashed off with little forethought, and had not been cleared ahead of time with the company's board, two people familiar with the chain of events said Monday….
>
> But three people familiar with the workings of the Saudi fund cast doubt on his account. They said the fund had taken none of the steps that such an ambitious transaction would entail, like preparing a term sheet or hiring a financial adviser to work on the deal....
>
> A person with direct knowledge of the Tesla board's thinking said some members of the board had been totally blindsided by Mr. Musk's decision to air his plan on Twitter....
>
> ("Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," NYTimes.com Feed, August 13, 2018, 10:05 a.m.).

(ff) Analyst commentary on August 13, 2018 included CFRA stating the going private deal could be more likely than previously thought and Morningstar, which was also positive on the likelihood of the deal happening:

> i.   (CFRA, *CFRA REITERATES HOLD OPINION ON SHARES OF TESLA, INC.*, August 13, 2018, 11:36 a.m. (source of timestamp: Capital IQ) - We think Elon Musk's blog post likely reduces legal risk fallout for TSLA and helps clarify the potential going private situation, even if a transaction is ultimately not consummated. In the post, Mr. Musk explains how the Saudi Arabia Public Investment Fund had repeatedly expressed interest in taking Tesla private, something the fund could likely afford, leading Musk to believe that funding for a transaction was "secured". The blog also explains how the deal could be more likely than we previously thought, as it would ideally be

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

structured to be less leveraged via greater than expected use of equity versus debt. We would prefer this given TSLA's already plentiful cash needs.

    ii.   Morningstar, *Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain*, August 13, 2018, 4:50 p.m. (source of timestamp: Capital IQ) - Tesla CEO Elon Musk issued a blog post Aug. 13 that states he is still gauging shareholder interest in Tesla going private at $420 a share, but our impression of his words is that he thinks it can happen, and we agree. Tesla's board still must receive a formal proposal and then will have to evaluate it, so we think a deal will not happen this week but will eventually be announced. Musk also said the Saudi Arabian sovereign wealth fund has taken almost a 5% stake in Tesla, and he met with it recently about going private. All shareholders would have the choice of having their stock bought out at $420 a share or remaining invested in a private Tesla. We speculate that retail investors may have their equity moved to a publicly traded special-purpose vehicle while accredited investors would only be able to buy or sell shares every six months.

(gg)    Tesla's common stock price increased 0.86%, from a close of $355.49 per share on August 10, 2018 to a close of $356.41 per share on August 13, 2018 on volume of 10.5 million shares, which was 1.3 times the average volume during the 120 trading days prior to the start of the Class Period.

(hh)    On Tuesday, August 14, 2018, Tesla's share price opened at $358.45 a 0.6% increase from the prior day close of $356.41.  Thereafter, the stock price declined to close at $347.64 on reports questioning the accuracy of Musk's latest tweets on hiring advisers Goldman Sachs and Silver Lake.

    i.   "Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction," *GlobeNewswire*, August 14, 2018, 8:30 a.m. - Tesla, Inc. (the "Company") announced today that its Board of Directors has

formed a special committee comprised of three independent directors to act on behalf of the Company in connection with Elon Musk's previously announced consideration of a transaction to take the Company private (the "Going Private Transaction"). The special committee has not yet received a formal proposal from Mr. Musk regarding any Going Private Transaction nor has it reached any conclusion as to the advisability or feasibility of such a transaction.

(ii) Analysts commented on Musk's blog post on August 13 including Barclays stating that the go-private deal was still in its early stages and J.P. Morgan questioning whether the deal was ever near the finish line and not sure what to believe:

i. Barclays, *Time for even 'Blue Pillers' to Cash Out?*, August 14, 2018, 12:15 a.m. (source of time stamp: Capital IQ) - Tesla's blog post on Monday 8/13/18 makes it clearer buyout is still in early stages, and board has much work to do; ... Yesterday Elon Musk's blog post made it clear - as we suspected last week - that any go-private transaction still had numerous hurdles in front of it. ...

And on Monday 13 August 2018, an updated blog post on the Tesla site from Mr. Musk made it clear that the funding was in its very early stages.

ii. J.P.Morgan, U.S. Autos, Auto Parts, Tires, & Auto Auction, Presentation for 2018 "Summer Lunch Series," August 14, 2018, p. 28 at JPMS_00002961 - We significantly raised our price target based upon assertions of fact from Tesla CEO Elon Musk that "funding is secured" ...

We raised our price target from $195 to $308, but are ready to again value the firm on fundamentals alone should a deal not be cobbled together.

Already, it seems, such a deal is in trouble and may never have been anywhere near the finish line in the first place:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Monday, August 13 morning blog post to us seems a walk-back aimed more at providing legal cover for Mr. Musk than at providing additional details to the financial community;

Monday, August 13 afternoon report by NYTimes says Musk 4/20 tweet took Board by surprise;

Monday, August 13 evening tweet by Elon Musk says excited to work with Silver Lake and Goldman Sachs as financial advisors on proposal to take Tesla private.

WE [ARE] NOT SURE WHAT TO BELIEVE!

(jj) Tesla's common stock price declined 2.46%, from a close of $356.41 per share on August 13, 2018 to a close of $347.64 per share on August 14, 2018 on volume of 7.0 million shares, which was 0.8 times the average volume during the 120 trading days prior to the start of the Class Period.

(kk)    On Wednesday, August 15, 2018, Tesla's share price opened at $341.91 a 1.6% decrease from the prior day close of $347.64.  Thereafter, the stock price declined further to close at $338.69 on reports that the SEC had issued a subpoena to Tesla and news that the SEC probe was now a formal investigation regarding the Musk tweets. News articles reported for example:

    i.   "SEC Is Said to Send Subpoenas to Tesla on Privatization: Fox," *Bloomberg First Word*, August 15, 2018, 10:50 a.m. - The SEC sent subpoenas to Tesla on privatization plans and Musk's statements involving funding, Fox's Charles Gasparino tweeted citing sources.

         Subpoenas signal investigation has reached the 'formal' stages, tweet said. Tesla extends losses, falls to session low, down as much as 4.5%.

    ii.  "Tesla and Elon Musk under fire as SEC issues subpoenas," *The Telegraph Online*, August 15, 2018, 1:03 p.m. - US authorities have intensified an

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

investigation into Tesla's privatisation plan by issuing formal summons to the electric car manufacturer's chief executive Elon Musk. …The SEC investigation into the company stepped up a gear on Wednesday when the SEC issued a formal subpoena to Tesla officials and Mr Musk, the company's billionaire founder, according to Fox News. …

Tesla's share price dropped 3.9pc following the reports of the subpoenas, which are likely to complicate any discussions about taking the group private.

iii.  "Musk Seen Facing National Security Review in a Tesla-Saudi Deal," *Bloomberg News*, August 15, 2018, 12:48 p.m. - Elon Musk will likely need clearance from U.S. national security officials for any proposal to take Tesla Inc. private with financing from Saudi Arabia, just as the Trump administration steps up scrutiny of foreign investment in American technology.

The deal, if it becomes reality, would be among the first to be reviewed by U.S. officials since President Donald Trump signed legislation this week that expands the government's authority to investigate and potentially block foreign takeovers of domestic companies.

iv.  "Tesla shares fall on reports of SEC subpoena," *Agence France Presse*, August 15, 2018, 5:33 p.m. - Shares of Tesla fell Wednesday following reports US securities regulators have subpoenaed the electric car maker's Chief Executive Elon Musk over his statements about taking the company private.

Shares finished down 2.6 percent at $338.69 after news of the formal demand for information was published by Fox Business and The New York Times. Shares fell as much as 4.5 percent earlier in the session.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The development suggests the oversight by the US Securities and Exchange Commission -- which was characterized in previous news articles as an inquiry -- has "advanced to a more formal, serious stage," said The Times, which cited a person familiar with the matter.

A subpoena "typically requires the approval of top SEC officials," the newspaper added.

A Wall Street Journal story published after the stock market closed said the subpoena sought information from each of Tesla's directors.

A Tesla spokesperson declined comment.

(ll) Tesla's common stock price decreased 2.57%, from a close of $347.64 per share on August 14, 2018 to a close of $338.69 per share on August 15, 2018 on volume of 9.1 million shares, which was 1.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(mm)  On Thursday, August 16, 2018, Tesla's share price opened at $339.91 a 0.4% increase from the prior day close of $338.69.  Thereafter, the stock price declined during the day to close at $335.45 on mixed news and analyst commentary on Tesla's Model 3 production forecast and base Model 3 future profitability. News articles reported for example:

> i.  "Tesla's Odds of Going Private Less Than 50%, Bernstein Says," *Bloomberg First Word*, August 16, 2018, 7:11 a.m. - Tesla's odds of a successful take-private transaction are less than 50%, Bernstein analyst Toni Sacconaghi writes in a note raising the automaker's PT to $325 from $265.
>
> See Tesla as a challenging company to value given lack of cash flow, high capital intensity and explosive growth
>
> Sees a valuation range of $300 to $400 and current share prices imply margins and market share in 2050 that are higher than Mercedes and BMW
>
> Believe questions around a take-private transaction and the clarity of Model 3 quality and profitability will likely be answered over the next few quarters

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Maintain market-perform

(nn)   Tesla's common stock price decreased 0.96%, from a close of $338.69 per share on August 15, 2018 to a close of $335.45 per share on August 16, 2018 on volume of 6.1 million shares, which was 0.7 times the average volume during the 120 trading days prior to the start of the Class Period.

(oo)   On Friday, August 17, 2018, Tesla's share price opened at $323.50 a 3.6% decrease from the prior day close of $335.45, and continued to decline to close at $305.50 on reports of an Elon Musk interview by *The New York Times* that linked the Musk Tweets to concerns about Musk's ability to lead the company.  Further, in addition to reporting on Musk's health issues, *The New York Times* article (the "*NYT* Article" or "*NYT* Interview") also "noted that the funding for the proposed going private transaction 'was far from secure' and the Public Investment Fund 'had not committed to provide any cash'" and "that no one had seen or reviewed Musk's August 7, 2018 tweet before he posted it indicating that no going private transaction was imminent."

(pp)   The news articles starting late at night on August 16, 2018 begin with the Musk interview by *The New York Times* (published in print on August 17, 2018):

Elon Musk was at home in Los Angeles, struggling to maintain his composure. "This past year has been the most difficult and painful year of my career," he said. "It was excruciating."

The year has only gotten more intense for Mr. Musk, the chairman and chief executive of the electric-car maker Tesla, since he abruptly declared on Twitter last week that he hoped to convert the publicly traded company into a private one. The episode kicked off a furor in the markets and within Tesla itself, and he acknowledged on Thursday that he was fraying.

(qq)   In an hourlong interview with The New York Times, he choked up multiple times, noting that he nearly missed his brother's wedding this summer and spent his birthday holed up in Tesla's offices as the company raced to meet elusive production targets on a crucial new model.

Asked if the exhaustion was taking a toll on his physical health, Mr. Musk answered: "It's not been great, actually. I've had friends come by who are really concerned."

…

For two decades, Mr. Musk has been one of Silicon Valley's most brash and ambitious entrepreneurs, helping to found several influential technology companies. He has often carried himself with bravado, dismissing critics and relishing the spotlight that has come with his success and fortune. But in the interview, he demonstrated an extraordinary level of self-reflection and vulnerability, acknowledging that his myriad executive responsibilities are taking a steep personal toll.

(rr) In the interview, Mr. Musk provided a detailed timeline of the events leading up to the Twitter postings on Aug. 7 in which he said he was considering taking the company private at $420 a share. He asserted that he had "funding secured" for such a deal a transaction likely to be worth well over $10 billion.

That morning, Mr. Musk woke up at home with his girlfriend, the musician known as Grimes, and had an early workout. Then he got in a Tesla Model S and drove himself to the airport. En route, Mr. Musk typed his fateful message.

…

Mr. Musk has said he was referring to a potential investment by Saudi Arabia's government investment fund. Mr. Musk had extensive talks with representatives of the $250 billion fund about possibly financing a transaction to take Tesla private -- maybe even in a manner that would have resulted in the Saudis' owning most of the company. One of those sessions took place on July 31 at the Tesla factory in the Bay Area, according to a person familiar with the meeting. But the Saudi fund had not committed to provide any cash, two people briefed on the discussions said.

(ss) News media commented:

   i. "Tesla's stock falls sharply after Elon Musk's tearful interview," *CNN Wire*, August 17, 2018, 11:51 a.m. - Tesla's stock tumbled after CEO Elon Musk said he's working himself to the bone and relies on Ambien to sleep.

In a[] tearful interview with The New York Times, Musk said this has been "the most difficult and painful year" of his career. He said he works 120 hours some weeks and has trouble sleeping. Musk is also CEO of SpaceX and The Boring Company.

Investors weren't sympathetic.

The stock fell 8% on Friday, and it's down more than 20% since the day Musk tweeted he had secured funding for a private takeover of Tesla.

Musk hasn't exactly given investors confidence that he's on the ball.

He admitted in the Times interview that he hadn't cleared his tweet with anyone at Tesla before firing it off midday August 7.  He also said that the price he chose " $420 a share" was somewhat arbitrary. He wanted it to be a 20% premium, which would have been around $419. So he tweeted $420 because it was "better karma."

ii. "Tesla stock sinks after Musk gives tearful NYT interview," *Reuters News*, August 17, 2018, 4:00 p.m. - Tesla Inc's shares slumped 9 percent on Friday after Chief Executive Officer Elon Musk told the New York Times he was under major emotional stress and was preparing for "extreme torture" from short sellers.

Tesla stock was on track for its biggest daily slump in two years as Wall Street questioned Musk's ability to lead the electric car maker. Investors also were worried about reports that regulators were pressuring Tesla's directors for details about how much information he shared with them.

iii. "As Musk admits to job stress, Tesla's board may have to act," *Associated Press Newswires*, August 17, 2018, 6:08 p.m. - Elon Musk's erratic behavior was front and center again this week as the CEO of Tesla conceded that he's overwhelmed by job stress, pushing his electric car company's stock down and bringing pressure on its board to take action.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Musk's revelation, in a Thursday interview with The New York Times, came as government regulators are reportedly investigating whether his recent out-of-the-blue tweet about taking Tesla private violated disclosure requirements.

Now, experts say Tesla has reached an intersection where the board must decide the direction of its leadership. Among their suggestions: Remove Musk as CEO, permanently or via a temporary leave of absence, or appoint a No. 2 executive who could act as a steadying hand.

(tt) J.P. Morgan stated that subsequent events led the analyst to believe that funding was not secured for going private:

We are reverting to valuing Tesla shares on the basis of fundamentals alone, which entails a $113 reduction in our price target back to the $195 level where it stood prior to our August 8 note in which we newly weighted 50% in our valuation analysis a go-private scenario for which funding was at that time said to have been secured to take the company private at $420 per share …In reference to statements on Twitter on August 7 by Tesla CEO Elon Musk that "funding has been secured", we wrote in our August 8 note, "As surprising to us as these developments are, and as lacking as the statements are in any details regarding whom is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." We also stated, "Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through."

Our interpretation of subsequent events leads us to believe that funding was not secured for a going private transaction, nor was there any formal proposal.  On August 13, Mr. Musk posted a statement to Tesla's website in which he explained that the comment relative to funding being secured was based upon a July 31 meeting with the Saudi Arabian sovereign wealth fund in which its representative expressed support for funding a transaction to go private. However, it was also stated, "Following the August 7th announcement, I have continued to communicate with the Managing Director of the

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements." We had imagined following the surprise August 7 announcement that another party (e.g., the Saudi fund) had already firmly decided (including having completed any internal review process) to fund a going private transaction. The revelation the Saudi fund is subsequently asking Tesla for details of how the company would be taken private suggests to us that any deal is potentially far from even being formally proposed, which is different from our understanding on August 8 which was based on Mr. Musk's statement on Twitter that, "Only reason why this is not certain is that it's contingent on a shareholder vote". (J.P. Morgan, *Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195*, August 20, 2018, 6:15 a.m.).

(uu)  In an email dated August 17, 2018 at 8:59 a.m., the J.P. Morgan analyst, Ryan Brinkman, wrote "I'm thinking on Monday to perhaps remove the 50% "go private" weighting, taking price target back down to $195. Obviously a tough call."  Source: JPMS_00004543 (Exhibit 21 to Deposition of Ryan Brinkman, May 4, 2021).    Mr. Brinkman  also stated "I think I was the first analyst to come out and say -- or one of the first, that these Tweets weren't true and essentially it would be tantamount to say the CEO had lied or mislead investors which is, you know, something that's impolitic and I think I handled it in the best way possible." Brinkman Dep. 100:9 - 100:18.

(vv)  Mr. Brinkman also testified, when asked about the *NYT* Article, "I don't know if this is for sure the one, but it might have been the article where there was reference to board of directors not having known about the go-private Tweet, which certainly would have been impactful for my research and understanding of the situation."  Brinkman Dep. 93:7-93:13.

(ww)  Mr. Brinkman stated that the Board's failure to review Musk's tweets before publication was important because "…CEOs just don't come out with announcements that the company is being taken private or acquired by another company or even acquiring another company

without the board of directors being at least aware. So it -- it very much undermined the veracity of the August 7 Tweets." Brinkman Dep. 95:15 - 96:23.

(xx)    Tesla's common stock price decreased 8.93%, from a close of $335.45 per share on August 16, 2018 to a close of $305.50 per share on August 17, 2018 on volume of 19.0 million shares, which was 2.3 times the average volume during the 120 trading days prior to the start of the Class Period.

Plaintiff further refers to the expert report dated September 22, 2020 of Dr. Michael Hartzmark submitted in support of Plaintiff's motion for class certification and the deposition of Dr. Hartzmark taken on November 19, 2020.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1  **INTERROGATORY NO. 7:**

2    **IDENTIFY all facts YOU reviewed or considered in connection with each of YOUR**

3  **purchases, acquisitions, sales, or dispositions of TESLA SECURITIES during the CLASS**

4  **PERIOD.**

5  **RESPONSE NO. 7:**

6    Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as

7  though set forth fully herein, including in particular the Objections to the terms "Identify," "You," and

8  "Your." Plaintiff objects further to this Interrogatory to the extent it requires the production of

9  information that has already been provided in discovery and, as a result, is duplicative and unduly

10  burdensome.

11    Subject to and without waiver of the foregoing objections, Plaintiff reviewed or considered the

12  following materials in connection with his transactions in Tesla securities during the Class Period:

13    (a) Plaintiff relied on both the then-current market prices of Tesla's common stock and the

14        option series on Tesla common stock that he was considering to and ultimately did

15        transact.

16    (b) During August 2018, Plaintiff monitored financial market information primarily through

17        Bloomberg.com. He also subscribed to the online editions of the Financial Times and the

18        Wall Street Journal. Due to Elon Musk's frequent use of his Twitter account to announce

19        news about Tesla, Plaintiff also had a Twitter account and followed Elon Musk's account.

20    (c) On August 7, 2018, Plaintiff saw Elon Musk's Tweet indicating that he was considering

21        taking Tesla private at $420 per share and that he had funding secured. Upon reading that

22        Tweet, he believed that Elon Musk was committed to taking Tesla private. The market

23        price for Tesla common stock immediately increased significantly in price. He quickly

24        realized that this Tweet would have a massive and detrimental effect on his portfolio even

25        though it had resulted in an increase in Tesla's stock price. His put options, which were

26        mostly priced below the $420 proposed transaction price, would soon become worthless.

27

28
                                                                        158                            Case 3:18-cv-04865-EMC

In addition, his call options, which were priced near or above $420, would also decline in price as Elon Musk's proposal effectively put a cap on Tesla's future stock price below their strike prices.

(d) After confirming with his broker, Robert Morse at Lightspeed Financial Services Group LLC, that his understanding of the effect of Elon Musk's Tweet on my Tesla portfolio was correct, Plaintiff immediately tried to start reducing his exposure. He began selling his put options before they became completely worthless and also selling certain of his call options whose price was also dropping quickly. He also began opening positions designed to profit when Elon Musk took Tesla private at around $420 per share. This ultimately resulted in a Tesla portfolio consisting of a small position in Tesla common stock, and positions in put and call options ranging in strike price from $250 to $600.

(e) Following the New York Times article published on August 17, 2018, it became clear that Elon Musk did not have funding secured to take Tesla private and that he did not have investor support for the transaction as he had said. This revelation further harmed Plaintiff's Tesla positions that he had built from August 7, 2018 to August 16, 2018 and he had to liquidate that position at a further loss.

(f) After August 17, 2018, Plaintiff continued trading in Tesla securities but only maintained a small position. After he saw the video of Elon Musk supposedly smoking marijuana while recording a podcast, Plaintiff decided to eliminate even that small position. Accordingly, by September 12, 2018, Plaintiff had closed his entire position in Tesla securities.

(g) Communications with Robert Morse at Lightspeed Financial Services Group LLC concerning Plaintiff's brokerage account and transactions in Tesla's securities, which have been provided previously in discovery as follows:

LITTLETON_00004669;

LITTLETON_00004671;

LITTLETON_00004574;

LITTLETON_00004577;

LITTLETON_00004582;

LITTLETON_00004584;

LITTLETON_00004592;

LITTLETON_00004605;

LITTLETON_00004612;

LITTLETON_00004614;

LITTLETON_00004622;

LITTLETON_00005208;

LITTLETON_00004625;

LITTLETON_00004626;

LITTLETON_00004627;

LITTLETON_00004634;

LITTLETON_00004641;

LITTLETON_00004650;

LITTLETON_00004651;

LITTLETON_00004655;

LITTLETON_00004660;

LITTLETON_00004663;

LITTLETON_00005077;

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

LITTLETON_00005080;

LITTLETON_00005083;

LITTLETON_00005085;

LITTLETON_00005087;

LITTLETON_00005089;

LITTLETON_00005093;

LITTLETON_00005094;

LITTLETON_00005095; and

LITTLETON_00005096.

(h) News and/or analyst notes regarding Tesla, including but not limited to: Alfred Lee's article titled "What Tesla Shareholders Could Learn from SpaceX," dated August 8, 2018; Fred Lambert's article titled "Tesla clarifies federal tax credit phase-out situation, $7,500 by end of the year, completely gone by end of next year," dated August 10, 2018; and Goldman Sachs' announcement that it was removing its rating and price target for Tesla dated August 15, 2018.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 8:**

For each and every CHALLENGED STATEMENT and CHALLENGED OMISSION, IDENTIFY all facts supporting YOUR contention that the DEFENDANT(S) acted with scienter.

**RESPONSE NO. 8:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," and "Challenged Omission." Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Subject to and without waiver of the foregoing objections, the statements made by Elon Musk and Tesla on August 7, 2018 as set forth in Plaintiff's Response to Interrogatory No. 1 were false and misleading statements made knowingly or with deliberate recklessness because, *inter alia*:

(a) Complete funding for going-private transaction involving Tesla had not been

unconditionally secured. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) Musk had not discussed the potential price of $420 with the Saudi Arabia Public Investment Fund or any other potential investor;

(c) Musk had not discussed the overall amount of funding required for any going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(e) Musk intended to limit the involvement of the Saudi Arabia Public Investment Fund to 20% or less of any Private Tesla and never intended to rely on the Public Investment Fund to fund the entire going-private transaction;

(f) Musk had not discussed interest in participating in the transaction with any potential investors apart from the Saudi Arabia Public Investment Fund;

(g) Musk had not had any further substantive conversations with the Saudi Arabia Public Investment Fund since his meeting on July 31, 2018;

(h) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(i) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(j) Musk had not contacted existing Tesla shareholders to assess their interest in participating in the transaction;

(k) Musk had not confirmed the support of any investor for a transaction that would take Tesla private at $420 per share;

(l) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(m) Musk had not formally retained any legal or financial advisors to assist with the transaction;

(n) Musk had not determined whether retail investors would be able to remain shareholders but had been advised that it would be unlikely and "unprecedented";

(o) Musk had not determined whether there were restrictions on investment in private companies by Tesla's institutional investors that would prohibit their involvement in a private Tesla;

(p) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(q) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

The AUGUST 13 BLOG POST left investors with a misleading impression of the nature and status of Musk's proposal to take Tesla private at $420 per share as well as misrepresented the status of Musk and Tesla's discussions with the Saudi Arabia Public Investment Fund and other existing or potential investors. Following the AUGUST 13 BLOG POST investors were still unaware that:

(a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured from the Saudi Arabia Public Investment Fund or from any other

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

funding source. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting or thereafter. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) In discussions with representatives with the Saudi Arabia Public Investment Fund after August 7, 2018, Musk had attempted to exclude the Public Investment Fund from participating in any going-private transaction;

(c) Musk still did not know the overall level of funding required for any going-private transaction and had not discussed the overall amount of funding required for any going-private transaction involving Tesla with any potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the any potential investor;

(e) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(f) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(g) Responses to Musk's August 7, 2018 communications about a potential going private transaction at $420 per share from existing Tesla investors had been mixed with large investors telling Musk and/or Tesla that they could not or would not participate in or support such a transaction;

(h) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(i) Musk had not determined whether retail investors would be able to remain shareholders;

(j) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(k) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

Subject to further review and analysis of discovery, these contentions are based on the following facts which Plaintiff discovered during the course of discovery. This is a non-exclusive list of the facts and/or documents that may be introduced in evidence at trial:

(a) Elon Musk and Tesla were experienced and sophisticated participants in corporate transactions having conducted numerous offerings of debt and equity as a public company as well as making acquisitions, including the acquisition of SolarCity, another public company;

(b) On or around November 5, 2013, Tesla stated in a current report on Form 8-K that investors should "follow Elon Musk's and Tesla's Twitter accounts" for additional information concerning the company. (Robyn Denholm Tr. at 37:15-37:22)

(c) On August 7, 2018, in response to an inquiry from a Reuters reporter about Elon tweets, Dave Arnold, Tesla's Sr. Director of Global Communications, replied—on background only—that no 8K was needed and that Tesla had previously made an SEC disclosure about disseminating information to shareholders via social media including Elon Musk's and Tesla's Twitter accounts. (TESLA_LITTLETON_00014393)

(d) Dave Arnold further testified on September 30, 2021 that he was aware that Elon Musk's Twitter account was recognized as a channel of corporate communication by Tesla. (Dave Arnold Tr. at 32:17-32:20)

(e) Denholm testified further that Tesla's Audit Committee "periodically talked about the

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

use of Twitter [] as a disclosure vehicle" and that when Elon was "tweeting as the CEO of Tesla [] there [was] a [] general disclosure requirement to ensure that material nonpublic information [was] not disclosed without a review process has gone through." (Robyn Denholm Tr. at 17:3-17:8; 28:22-29:6) According to Denholm, "the use of [Elon] Twitter account as a means of disclosing information" about the company dated back to a Form 8-K of 2013, when Tesla "incorporated [Elon Twitter account] as one of the disclosure areas in terms of what the investors and the population should look at in terms of disclosures that the company might make." (Robyn Denholm Tr. at 17:13-17:19) Denholm's testimony shows that Tesla's Audit Committee as part of Tesla Board had an oversight role vis-à-vis material information disseminated by Elon through his Twitter account.

(f)  Martin Viecha testified on August 23, 2021 that negative media coverage relating to Elon Musk's tweets could negatively impact demand for Tesla's products. (Martin Viecha Tr. at 218:2-218:22; *see also* TESLA_LITTLETON_00019023-24) Mr. Viecha testified further that the tweets also negatively impacted Musk's credibility, according to investors. (Martin Viecha Tr. at 197:19-198:9, 223:3-223:10; *see also* TESLA_LITTLETON_00012777 at 4; TESLA_LITTLETON_00019026)

(g)  Martin Viecha testified on August 23, 2021 that following Musk's tweets concerning the "cave diver in Thailand" in July 2018, investors became "upset" and "unhappy with the way that [had] been handled." Viecha thought it was "very likely" that Musk was advised to "modify his tweeting behavior" in response to these tweets. (Martin Viecha Tr. at 35:22-36:11; *see also* TESLA_LITTLETON_00019247)

(h)  David Arnold testified on September 30, 2021 that at least some of Musk's tweets were not positive for Tesla. (David Arnold Tr. at 35:17-35:23) Arnold testified further that he "heard" that Musk was asked to "take a break from Twitter" in July 2018. (David Arnold Tr. at 34:16-34:20)

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(i) Sam Teller testified on August 11, 2021 that Elon Musk would have "saved . . . a bunch of time and energy and would have been better for public perception" if he had not engaged in tweeting about "the rescue efforts in Thailand." (Sam Teller Tr. at 45:8-45:23) Teller further testified that he suggested Musk take "a break from Twitter" after conferring with Deepak Ahuja, Sarah O'Brien, Antonio Gracias, and several Tesla employees. (Sam Teller Tr. at 57:23-58:14; *see also* MUSK_001706);

(j) Deepak Ahuja testified on August 5, 2021 that he had a "vague recollection of potentially some conversations of some of the board members with Elon" about Musk "tak[ing] a break from Twitter in July 2018." (Deepak Ahuja Tr. at 26:10-27:3);

(k) Martin Viecha testified on August 23, 2021 that there is a requirement against disclosing material information while the market is open. (Martin Viecha Tr. at 64:3-64:18);

(l) Robyn Denholm testified on October 5, 2021 that "trading hours" are "not the right time to be publishing anything material," including in particular Musk's August 7, 2018 tweets. (Robyn Denholm Tr. at 79:9-79:13);

(m) On May 4, 2018, Musk tweeted "oh and uh short burn of the century comin soon. Flamethrowers should arrive just in time." Musk added, "Looks like sooner than expected. The sheer magnitude of short carnage will be unreal. If you're short, I suggest, tiptoeing quietly to the exit . . . .";

(n) On May 7, 2018, Musk bought approximately $9.85 million worth of Tesla shares in the pre-market to generate a rise in Tesla's stock price and, in turn, force a substantial amount of covering of short positions.

(o) On June 12, 2018, Musk bought approximately $24.9 million worth of Tesla stock to maintain Tesla's stock price against negative announcements concerning cuts to Tesla's workforce.

(p) On June 17, 2018, Musk tweeted that "[the shorts] have about three weeks before their

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

short position explodes."

(q) On July 5, 2018, Musk released a series of tweets attacking *Reuters* and *Business Insider* for being "relentlessly negative about Tesla," publishing "bogus" articles, and "serving as an insider trading source for one of Tesla's biggest short-sellers"

(r) On July 24, 2018, Musk contacted Lawrence Fossi's employer in an attempt to prevent Mr. Fossi from writing any further articles that were adverse to or critical of Tesla;

(s) On July 30, 2018, a WSJ reporter emailed Musk informing him that the WSJ was "doing a story about your use of Twitter and how you have taken aim with your tweets at short sellers in Tesla shares." Among other questions, the WSJ reporter asked Musk: "Do you think it is wise to go head to head with short sellers?" (TESLA_LITTLETON_00019689);

(t) Martin Viecha testified on August 23, 2021 that "highly negative piece[s] in the mainstream press" were discussed frequently internally at Tesla, that the "short interest" was an "ongoing theme" at Tesla, and that he and his colleagues perceived short sellers as having a "significant incentive to cause harm [to Tesla] to make money on a short-term gain." (Martin Viecha Tr. at 71:21-74:6)

(u) The meeting minutes from the July 31, 2018 meeting indicate that: Yasir Al-Rumayyan on behalf of the Public Investment Fund told Musk that he "would like to listen more about [Musk's] plan to take [Tesla] private," "listen to [Elon's] plan and . . . the financial calculations to take it private in the next week," and he would call Musk "if [he] did not receive anything." (SEC-EPROD-000009477 at 2);

(v) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of July 31, 2018 that institutional shareholders had restrictions against owning shares in private companies. (Elon Musk SEC Tr. at 126:1-126:24);

(w) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that there was no discussion of transaction structure, investment dollar amounts,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

acquisition premium, regulatory requirements, level of control, or the board approval process during the July 31, 2018 meeting with the Public Investment Fund, except to the extent that Musk said he wanted to retain Tesla's current shareholder base. (Elon Musk SEC Tr. at 121:4-122:23, 127:3-128:3, 128:20-129:17, 134:22-135:8, 136:9-136:22, 160:17-160:19) The meeting ended with Musk agreeing to provide these and other terms for the transaction. (Elon Musk SEC Tr. at 149:21-149:25, 155:20-156:6);

(x) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not contact anyone at the Saudi Arabia Public Investment Fund to determine whether it was still interested in the going private transaction after Tesla's stock price increased 15% on August 2, 2018. (Elon Musk SEC Tr. at 178:16-179:25);

(y) Egon Durban testified on September 7, 2021 that the per share purchase price or overall funding for the going private transaction was never finalized. (Egon Durban Tr. at 156:4-156:16; *see also* TESLA_LITTLETON_00006169 at 58);

(z) Deepak Ahuja, Tesla's former Chief Financial Officer, testified on August 5, 2021 that Elon Musk did not discuss substantive terms or a "specific funding amount" during the meeting on July 31, 2018, but instead agreed to "continue the conversation" and discuss "the structure and what's required" to take Tesla private. (Deepak Ahuja Tr. at 81:19-82:5, 84:2-84:6, 97:15-98:1, 100:22-101:7, 102:14-102:16) Ahuja testified further that he was "not aware" of "any financial calculations that were shared with [the Public Investment Fund]" after the meeting and was also never asked to provide any calculations to the Public Investment Fund. (Deepak Ahuja Tr. at 82:12-83:15);

(aa) Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per share price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-

135:19);

(bb)     Sam Teller testified on August 11, 2021 that there was no discussion of "an exact dollar amount" or a specific transaction structure during the July 31, 2018 meeting with the Public Investment Fund. (Sam Teller Tr. at 164:17-166:2) Teller also testified that he was unaware of whether any research had been done to determine whether existing investors could remain investors in Tesla if it were private. (Sam Teller Tr. at 166:3-166:8);

(cc)     Robyn Denholm testified on October 5, 2021 regarding Musk's account of the July 31 meeting with the Saudi Arabia Public Investment Fund, that there was a question "around our existing shareholders because [] the board wasn't sure about the quantum of money would be required to take [] the company private. So the question was: How do we know [] whether [our shareholders] would be in favor of this type of transaction or not." (Robyn Denholm Tr. at 59:12-59:19);

(dd)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he believed only 20% to 25% of Tesla's existing shareholders would not want to own shares in Tesla if it were a private company. (Elon Musk SEC Tr. at 120:3-120:17)

(ee)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not want the Saudi Arabia Public Investment Fund to be too large of a shareholder and that he wanted the Public Investment Fund to own "something on the order of 15 percent, maybe up to 20 percent." (Elon Musk SEC Tr. at 170:6-170:11; *see also id.* at 207:3-207:15. 261:1-261:5)

(ff) Musk further testified that he would "ensure that any single foreign entity did not come close to the CFIUS limits, meaning that [the Public Investment Fund] would not be in a control or de fact control position." (Elon Musk SEC Tr. at 210:10-210:16);

(gg)     In the August 13 Blog Post, Musk stated: "I would like for Tesla to continue to have a broad investor base." "My best estimate right now is that approximately two-thirds

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

of shares owned by all current investors would roll over into a private Tesla";

(hh)      Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Elon "noted his desire for current shareholders [] to remain shareholders in [Tesla] after any proposed privatization … and stated that it was not his intention to provide shareholder control in a private [Tesla] to any single entity, but rather to have ownership of [Tesla] be dispersed over a broad base of shareholders, including many of [Tesla]'s current shareholders." (TESLA_LITTLETON_00012812 at 2);

(ii) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that his process for deriving the $420 per share offer price consisted of adding 20% to Tesla's closing stock price of $348 on August 2, 2018 and then adding $1 to coincide with the "420" symbol for marijuana. (Elon Musk SEC Tr. at 192:10-193:11, 194:11-194:21);

(jj) On August 2, 2018, Musk identified the "constant defamatory attacks by the short-selling community" as one of the main drivers behind his attempt to take Tesla private when communicating his offer to Tesla's board. (TESLA_LITTLETON_00000078);

(kk)      Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Musk's "basis for his price of $420 per share" was to provide an approximate 20% premium over the current price of the stock, which had just undergone a recent run up after [Tesla's] Q2 earnings call." (TESLA_LITTLETON_00012812 at 2);

(ll) Robyn Denholm testified that during the Board meeting on August 2, 2018, Ahuja explained to the Board that Elon based the $420 share price on "a 20 percent premium" over "the last published price the day before." (Denholm Tr. at 50:21-51:9)

(mm)      Meeting minutes from the Board of Directors' Special Meeting on August 2, 2018 state that Musk "believed Tencent and other large Tesla shareholders" would support the going private transaction, but "had not yet spoken with them." (TESLA_LITTLETON_00012790 at 1-2);

(nn)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that on August 3, 2018 he was told by Tesla's Board of Directors that it would be "really difficult for small investors" to remain shareholders in the company after it was taken private. (Elon Musk SEC Tr. at 208:13-208:25);

(oo)     James Murdoch, a Tesla Board Director, testified on August 17, 2021 that, as of the August 3, 2018 board meeting there was no written commitment from the PIF to provide any level of financing. (James Murdoch Tr. at 91:2, 9 -15);

(pp)     Deepak Ahuja testified on August 5, 2021 that, as of the adjournment of the August 3, 2018 board meeting, Elon Musk was still in the process of identifying his legal and financial advisors. (Deepak Ahuja Tr. at 153:2-5);

(qq)     Martin Viecha wrote in an email to Deepak Ahuja, dated August 5, 2018, that institutional shareholders are subject to "[i]nternal mechanisms" that would force them to reduce their positions in Tesla if it were to "become too large of a weight within a portfolio." (TESLA_LITTLETON_00004239);

(rr) Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that an agreement to fund the going private transaction at a deal price of $420 per share did not exist when tweeting "funding secured" on August 7, 2018. (Elon Musk SEC Tr. at 231:22-232:10);

(ss)Martin Viecha and Deepak Ahuja had not yet provided Musk with Tesla's capitalization table showing its largest institutional and retail shareholders as of August 7, 2018, according to Viecha's email to Ahuja dated August 7, 2018. (TESLA_LITTLETON_00004131);

(tt) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not retain any advisors to assist him with the going private transaction at any point between his meeting with the Public Investment Fund on July 31, 2018 and his tweets on August 7, 2018. (Elon Musk SEC Tr. at 165:1-165:5);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(uu)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018, indicate that, as of August 3, 2018, Musk had not yet retained legal counsel or a financial advisor to assist with the going private transaction. (TESLA_LITTLETON_00012812 at 2);

(vv)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that a "detailed proposal regarding a going private transaction had not yet been made and that one would be needed in order for the Board to properly analyze and evaluate it." (TESLA_LITTLETON_00012812 at 3);

(ww)    Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of August 7, 2018 that the process for putting together a formal proposal for the going private transaction would be complex and not a "trivial exercise." (Elon Musk SEC Tr. at 257:16-257:21);

(xx)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that as of August 7, 2018 his overarching level of certainty about whether or not a going private transaction would ultimately be consummated was "roughly 50 percent" or "maybe a little higher than 50 percent." (Elon Musk SEC Tr. at 257:16-258:5);

(yy)     Egon Durban testified on September 27, 2021 that as of August 7, 2018 there was nothing in terms of a formal proposal to be voted on by shareholders. (Egon Durban Tr. at 45:7-45:9) He testified further that as of August 10, 2018, Musk had not yet submitted a formal proposal to Tesla's board. (Egon Durban Tr. at 55:22-56:6, 57:9-57:20; *see also* SL_3P00000001 at 29) Additionally, as of August 14, 2018, Durban and Musk had not yet determined funding sources for the going private transaction or the structure of the transaction. (Egon Durban Tr. at 106:18-106:20; *see also* SL_3P00000261);

(zz)     Deepak Ahuja testified on August 5, 2021 that he was not aware of a proposal from Musk to take Tesla private that was capable of being voted on by shareholders as of August 7, 2018. (Deepak Ahuja Tr. at 194:14-194:17);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(aaa)    Ira Ehrenpreis, a Tesla Board Director, testified on August 25, 2021 that, as of August 7, 2018 there had not yet been a formal proposal made and there were a number of steps that would need to unfold.  He further testified that, as of August 18, 2018 a formal go private transaction bid had not been submitted to the board, nor was there ever one submitted. (Ira Ehrenpreis Tr. at 87:15-24, 140:4-19)

(bbb)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not do anything prior to August 7, 2018 to assess whether institutional investors, including T. Rowe Price, Fidelity, Baillie Gifford, or Capital Group, would support a going private transaction. (Elon Musk SEC Tr. at 217:16-218:6, 218:22-219:2);

(ccc)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that no one at Tesla reviewed his August 7, 2018 tweets before sending them. (Elon Musk SEC Tr. at 221:9-222:11);

(ddd)    On August 7, 2018, at approximately 8:16 a.m. PT, the *Financial Times* asked Tesla for a comment on their report that the Public Investment Fund had built "a 3-5% stake in Tesla after buying shares on the open market." Dave Arnold notified Elon Musk of the story and indicated that Tesla was planning to "decline comment." Musk approved the plan by responding "Ok."

(eee)    On August 7, 2018, at approximately 9:17 a.m. PT, the *Financial Times* published its report. At 9:48 p.m. PT, Musk tweeted "Am considering taking Tesla private at $420. Funding secured." This prompted a sharp 5% rise in Tesla's stock price, ensuring that short sellers would be forced to cover positions given the overall increase in price from the opening of the market that morning.

(fff)    Egon Durban testified on September 7, 2021 that announcements of going private transactions are typically announced after a definitive agreement has been signed. (Egon Durban Tr. at 56:20-56:23; *see also* SL_3P00000001 at 29) Durban further testified that he had "never worked on a public-to-private process where the CEO announced

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

everything" prior to retaining Silver Lake Partners as its advisor. (Egon Durban Tr. at 84:3-84:10);

(ggg)     Deepak Ahuja testified on August 5, 2021 that he had not seen Musk's tweets on August 7, 2018 before they were published. (Deepak Ahuja Tr. at 169:18-170:11);

(hhh)     Martin Viecha testified on August 23, 2021 that he did not have "any responsibility for reviewing" Musk's tweets before they were posted on Twitter and had never done so in the past. (Martin Viecha Tr. at 35:7-35:17) Viecha testified further that there was "no official policy" requiring review of Musk's tweets prior to publishing them before August 2018. (Martin Viecha Tr. at 23:21-24:5);

(iii) David Arnold testified on September 30, 2021 that he "[v]ery rarely" reviewed Musk's tweets before they were posted on Twitter. (David Arnold Tr. at 34:1-34:9)

(jjj) Robyn Denholm testified on October 5, 2021 that she did not recall Musk discussing making the tweet with anyone prior to publishing it. (Robyn Denholm Tr. at 76:6-76:9);

(kkk)     On August 7, 2018, Musk tweeted that Tesla "[will] be way smoother & less disruptive as a private company. Ends negative propaganda from shorts" if it became a private company;

(lll) On August 7, 2018, Sam Teller texted it was "satisfying to obliterate" the shorts. (SEC-EPROD-000017148) Teller testified on August 11, 2021 that he also sent a "cartoon with someone on fire" representing the "shorts." (Sam Teller Tr. at 205:24-206:11);

(mmm)     Nii Owuraka Koney testified on July 14, 2021 that he regarded Elon Musk's "funding secured" tweet as an "epic f u to the shorts." (Nii Owuraka Koney Tr. at 48:16-48:24; *see also* JENN0000037) Mr. Koney testified further that Musk was historically "not happy about people who short – or investors who short the stock." (Nii Owuraka Koney Tr. at 52:12-53:17);

(nnn)     Joseph Fath testified on July 12, 2021 that Musk executed a "short squeeze" with his tweets on August 7, 2018, writing in an email that "The Tesla shorts go up and close

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

with napalm yesterday." (Joseph Fath Tr. at 43:1-44:18; *see also* TRP_001087);

(ooo)    The email purportedly from Elon Musk published by Tesla on August 7, 2018 titled "Taking Tesla Private" was initially suggested to Mr. Musk by Deepak Ahuja and was drafted by Tesla employees Mr. Ahuja, Sarah O'Brien, and Todd Maron. (Deepak Ahuja Tr. at 177:18-187:7; *see also* TESLA_AHUJA0000448; TESLA_LITTLETON_00000320);

(ppp)    On August 7, 2018, Musk wrote in his email to Tesla's employees that Tesla was "the most shorted stock in the history of the stock market" and stated that "being public means there are large numbers of people who have incentive to attack the company";

(qqq)    Joseph Fath testified on July 12, 2021 that certain of T. Rowe Price's funds would be unable to hold shares in Tesla if it were private due to "mandates on their accounts that do not allow privates" or, alternatively, fewer shares due to "illiquidity" concerns. (Joseph Fath Tr. at 48:13-49:7, 54:9-54:13; *see also* TRP_000012, TRP_000013, TRP_000016, TRP_000017);

(rrr)    Nii Owuraka Koney testified on July 14, 2021 that Jennison Associates had restrictions against holding private companies and, therefore, would not be able to remain a shareholder in a private Tesla. (Nii Owuraka Koney Tr. at 113:13-114:5);

(sss)    Martin Viecha testified on August 23, 2021 that, as of August 7, 2018 he understood that the "majority" of Tesla's institutional shareholders "do not have a mandate to own private companies." (Martin Viecha Tr. at 149:25-150:20; *see also* TESLA_LITTLETON_00004008);

(ttt)    Matt Fassnacht on behalf of HHR Asset Management LLC emailed Aaron Chew on August 7, 2018 advising that he would "not support a buyout" because he was not permitted to "own private entities." (TESLA_LITTLETON_00004015);

(uuu)    Joseph Fath testified on July 12, 2021 that Musk had not spoken with T. Rowe Price about the going private transaction prior to Musk's tweets on August 7, 2018.

(Joseph Fath Tr. at 45:13-45:22, 49:14-50:16) The first contact he received about the going private transaction was on August 9, 2018, when Sam Teller asked for his availability to speak with Musk. (Joseph Fath Tr. at 86:5-86:19; *see also* TRP_002031);

(vvv)     Sonu Kalra at Fidelity did not speak with Musk about the going private transaction until after Musk tweeted about it on August 7, 2018. (SEC-EPROD-000000425);

(www)     Nii Owuraka Koney testified on July 14, 2021 that he had not had any conversations with Elon Musk prior to August 7, 2018 about the go-private transaction. (Nii Owuraka Koney Tr. at 162:7-162:16)

(xxx)     Deepak Ahuja testified on August 5, 2021 that he did not believe Musk spoke to any shareholders to assess their interest in a private Tesla prior to Musk's tweets on August 7, 2018. (Deepak Ahuja Tr. at 172:8-173:1) Ahuja testified further that he did not provide Musk with a list of Tesla's top shareholders until after August 7, 2018. (Deepak Ahuja Tr. at 224:10-224:19);

(yyy)     Martin Viecha testified on August 23, 2021 that there had been "no discussions with shareholders about the going-private transaction" prior to August 7, 2018. (Martin Viecha Tr. at 159:6-161:17; *see also* TESLA_LITTLETON_00004253);

(zzz)     Robyn Denholm testified on October 5, 2021 that she did not believe that Elon had any conversations with shareholders prior to the tweet going out. (Robyn Denholm Tr. at 69:21-69:23)

(aaaa)    On August 8, 2018, Elon Musk's personal public relations consultant informed him that a NYT reporter had contacted her seeking to talk to Elon off the record and noting that "he ha[d] talked to 'all' the large investors and none of them ha[d] been approached." (TESLA_LITTLETON_00019654);

(bbbb)    Ryan Brinkman testified on May 4, 2021 that he understood "funding secured" to mean that "funding is secured . . . [t]hat the funding has been lined up" and "not in

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

question." (Ryan Brinkman Tr. at 64:6-64:12);

(cccc)    Ryan Brinkman testified on May 4, 2021further that "funding secured" meant that "there has been a Wall Street bank or more likely consortium of banks that have lined up or committed to lining up this financing or . . . it was already there because it was such a deep pocketed acquirer" and that "[e]ither a commitment to funding or that it was already there . . . ." (Ryan Brinkman Tr. at 64:13-64:23, 65:6-65:12);

(dddd)    Brinkman wrote on behalf of J.P. Morgan in his analyst report dated August 8, 2018 that, "Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." (JPMS_00000047 at 1);

(eeee)    Nii Owuraka Koney testified on July 14, 2021 that he interpreted Elon Musk's "funding secured" tweet to mean that Mr. Musk had secured either a "verbal commitment" or "an offer letter of some sort" to fund the go-private transaction. (Nii Owuraka Koney Tr. at 21:20-22:6, 44:7-45:13, 56:1-56:13, 57:14-57:21; *see also* JENN0000048) Additionally, Koney testified that this necessarily included a total purchase price or amount of financing that had been agreed to by the source of funding. (Nii Owuraka Koney Tr. at 79:24-80:17);

(ffff)    Nii Owuraka Koney testified on July 14, 2021that he believed funding was in fact secured based on subsequent communications with Martin Viecha. (Nii Owuraka Koney Tr. at 71:8-72:24; *see also* JENN0000090);

(gggg)    Joseph Fath testified on July 12, 2021 that he interpreted "funding secured" to mean, "[j]ust as it states," that Musk "had secured sources or financial sources to fund a go-private transaction." (Joseph Fath Tr. at 28:18-28:23);

(hhhh)    Joseph Fath testified on July 12, 2021 that "secured," as used in the context of Musk's tweet, meant that funding was "locked and loaded and no question at all a hundred percent that you have funding ready to go and you're prepared to move forward with this transaction." (Joseph Fath Tr. at 28:24-29:5);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(iiii)     Joseph Fath testified on July 12, 2021 that there was "nothing left for interpretation" because Musk's tweet "talk[ed] about the company being taken private, has a specific dollar amount, along with the verbiage funding secured" and that it was "pretty black-and-white." (Joseph Fath Tr. at 32:22-33:8);

(jjjj)     Joseph Fath testified on July 12, 2021 that Musk's subsequent tweets, including in particular that "investor support is confirmed," in his opinion "reinforced the funding secured" tweet. (Joseph Fath Tr. at 45:23-46:8);

(kkkk)    Egon Durban testified on September 7, 2021 that he had previously used the word "secured" when discussing capital commitments and funding when it was "[c]ontractual" and there was a binding commitment pertaining to the capital. (Egon Durban Tr. at 42:12-43:2).

(llll)     On August 8, 2018, Musk acknowledged to another Tesla employee that I "[h]ave to be very careful what I say. Shorts want me dead *real* bad. They are losing their minds." (TESLA_LITTLETON_00019654);

(mmmm)   On August 10, 2018, Musk mocked short sellers by tweeting that "Short shorts [were] coming soon to Tesla merch[andise]."

(nnnn)    Yasir Al-Rumayyan text messaged Musk on August 10, 2018 stating that the Public Investment Fund "remains interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction," which demonstrates the absence of any agreement to finance a go-private transaction. (TESLA_LITTLETON_00006164-65; *see also* SEC-EPROD-000015424 at 9)

(oooo)    Pursuant to the Mutual Non-Disclosure Agreement between the Public Investment Fund and Tesla, which was signed by Elon Musk, any go-private transaction as of August 10, 2018 was only a "Potential Project" being explored by PIF and Musk.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(TESLA_LITTLETON_00005310 at 1)

(pppp)    Sam Teller testified on August 11, 2021 that Yasir Al-Rumayyan told Musk during their call on August 10, 2018 that the transaction was still pending approval from others within the Public Investment Fund and that additional work was necessary. (Sam Teller Tr. at 242:24-244:12). On August 12, 2018, two days later, Musk told Yasir Al-Rumayyan that he was excluding them from participation in any going private transaction, texting "we cannot work together." "Sorry" and "It's over." (TESLA_LITTLETON_00000320 at 11);

(qqqq)    Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per shar price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(rrrr)    In an email dated August 11, 2018, Elon Musk acknowledged that he should probably tweet less and agreed to the statement that Twitter was hurting his reputation. (TESLA_LITTLETON_00019664);

(ssss)    On August 15, 2018, Martin Viecha forwarded to Deepak Ahuja and Todd Maron an email from Janus Henderson Investors, an institutional investor, providing feedback. Viecha noted that this email "encapsulates what most investors I speak to feel." In this email, the institutional investor said "The fact that Elon has been using Twitter really undermines credibility—to put it bluntly his tweets have been nothing short of disastrous over the last few months and I don't think it is unreasonable to say that they are at risk of becoming a significant liability to the Tesla brand/story." (TESLA_LITTLETON_00019026);

(tttt)    Nii Owuraka Koney testified on July 14, 2021 that the August 13, 2018 blog post

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

"did not make [him] think it was less likely funding was available" after he read it. (Nii Owuraka Koney Tr. at 159:15-159:22);

(uuuu)   Egon Durban of Silver Lake Partners received "talking points" from Steven Rosenblum on August 16, 2018 concerning conversations with Tesla's investors about the going private transaction. (SEC-EPROD-000009934 at 2);

(vvvv)   On August 19, 2018, Martin Viecha informed Deepak Ahuja and Todd Maron that he had met in the past few days with Fidelity, TRowe, Jennison, Capital World, Capital International, PrimeCap, Baron Capital, UBS O'Connor, and others. The feedback from investors regarding privatization was that they "can't hold private entit[ies]." Viecha further informed that "quite a few mid-sized investors shared their frustration that they don't have a mandate to hold a stake in a private company." Ahuja forwarded the investors' feedback to Elon Musk. (TESLA_LITTLETON_00019023);

(wwww)   On August 20, 2018, Musk's advisors submitted a Power Point presentation to the Tesla Board's Special Committee setting forth Musk's going private transaction objectives and process outline. The "Next Steps" slide, among others, listed "Reach out to Potential Investors" and "Confirm Investor interest." According to this document, as of August 20, 2018, "[Elon Musk was still] evaluating various transaction structures [to] [c]onfirm investor financing that has a broad cap table." (TESLA_LITTLETON_00019960 at 3, 6);

(xxxx)   On August 23, 2018, Musk's advisors made a presentation regarding the potential going-private transaction to the Tesla Board. The price for the transaction was still undetermined. (TESLA_LITTLETON_00006626).

In response to this Interrogatory, Plaintiff further refers to the documents contained in Exhibit A, hereto.

**INTERROGATORY NO. 9:**

IDENTIFY each and every motive YOU contend DEFENDANT MUSK had to make the CHALLENGED STATEMENTS and CHALLENGED OMISSIONS, IDENTIFY why YOU make that contention, including IDENTIFYING all facts supporting that contention.

**RESPONSE NO. 9:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," and "Challenged Omission." Plaintiff further objects to this Interrogatory on the basis that the phrase "each and every motive YOU contend DEFENDANT MUSK had to make …" is vague and ambiguous. Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Subject to and without waiver of the foregoing objections, Plaintiff contends that Elon Musk

was considering taking Tesla private and initially proposed a price of $420 per share and, therefore, had an incentive to control the price of Tesla stock to facilitate any potential transaction. Plaintiff further contends that Elon Musk had engaged in a longstanding campaign to financially harm market participants with investments adverse to Tesla, *e.g.*, investors holding short positions, and disclosing a potential going-private transaction at a price above the current market price would likely further this campaign by sharply increasing Tesla' share price. Plaintiff further contends that the statements made by Elon Musk and Tesla on August 7, 2018 as set forth in Plaintiff's Response to Interrogatory No. 1 were false and misleading statements made knowingly or with deliberate recklessness because, *inter alia*:

> (a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting. Musk had not materially discussed funding a going-private transaction with any other source of funding;

> (b) Musk had not discussed the potential price of $420 with the Saudi Arabia Public Investment Fund or any other potential investor;

> (c) Musk had not discussed the overall amount of funding required for any going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

> (d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(e) Musk intended to limit the involvement of the Saudi Arabia Public Investment Fund to 20% or less of any Private Tesla and never intended to rely on the Public Investment Fund to fund the entire going-private transaction;

(f) Musk had not discussed interest in participating in the transaction with any potential investors apart from the Saudi Arabia Public Investment Fund;

(g) Musk had not had any further substantive conversations with the Saudi Arabia Public Investment Fund since his meeting on July 31, 2018;

(h) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(i) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(j) Musk had not contacted existing Tesla shareholders to assess their interest in participating in the transaction;

(k) Musk had not confirmed the support of any investor for a transaction that would take Tesla private at $420 per share;

(l) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(m) Musk had not formally retained any legal or financial advisors to assist with the transaction;

(n) Musk had not determined whether retail investors would be able to remain shareholders but had been advised that it would be unlikely and "unprecedented";

(o) Musk had not determined whether there were restrictions on investment in private companies by Tesla's institutional investors that would prohibit their involvement in a private Tesla;

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(p) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(q) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

The AUGUST 13 BLOG POST left investors with a misleading impression of the nature and status of Musk's proposal to take Tesla private at $420 per share as well as misrepresented the status of Musk and Tesla's discussions with the Saudi Arabia Public Investment Fund and other existing or potential investors. Following the AUGUST 13 BLOG POST investors were still unaware that:

(a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured from the Saudi Arabia Public Investment Fund or from any other funding source. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting or thereafter. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) In discussions with representatives with the Saudi Arabia Public Investment Fund after August 7, 2018, Musk had attempted to exclude the Public Investment Fund from participating in any going-private transaction;

(c) Musk still did not know the overall level of funding required for any going-private transaction and had not discussed the overall amount of funding required for any going-private transaction involving Tesla with any potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the any potential investor;

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(e) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(f) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(g) Responses to Musk's August 7, 2018 communications about a potential going private transaction at $420 per share from existing Tesla investors had been mixed with large investors telling Musk and/or Tesla that they could not or would not participate in or support such a transaction;

(h) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(i) Musk had not determined whether retail investors would be able to remain shareholders;

(j) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(k) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

Subject to further review and analysis of discovery, these contentions are based on the following facts which Plaintiff discovered during the course of discovery. This is a non-exclusive list of the facts and/or documents that may be introduced in evidence at trial:

(a) Elon Musk and Tesla were experienced and sophisticated participants in corporate transactions having conducted numerous offerings of debt and equity as a public company as well as making acquisitions, including the acquisition of SolarCity, another public company;

(b) On or around November 5, 2013, Tesla stated in a current report on Form 8-K that investors should "follow Elon Musk's and Tesla's Twitter accounts" for additional

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

information concerning the company. (Robyn Denholm Tr. at 37:15-37:22)

(c) On August 7, 2018, in response to an inquiry from a Reuters reporter about Elon tweets, Dave Arnold, Tesla's Sr. Director of Global Communications, replied—on background only—that no 8K was needed and that Tesla had previously made an SEC disclosure about disseminating information to shareholders via social media including Elon Musk's and Tesla's Twitter accounts. (TESLA_LITTLETON_00014393)

(d)  Dave Arnold further testified on September 30, 2021 that he was aware that Elon Musk's Twitter account was recognized as a channel of corporate communication by Tesla. (Dave Arnold Tr. at 32:17-32:20)

(e) Denholm testified further that Tesla's Audit Committee "periodically talked about the use of Twitter [] as a disclosure vehicle" and that when Elon was "tweeting as the CEO of Tesla [] there [was] a [] general disclosure requirement to ensure that material nonpublic information [was] not disclosed without a review process has gone through." (Robyn Denholm Tr. at 17:3-17:8; 28:22-29:6) According to Denholm, "the use of [Elon] Twitter account as a means of disclosing information" about the company dated back to a Form 8-K of 2013, when Tesla "incorporated [Elon Twitter account] as one of the disclosure areas in terms of what the investors and the population should look at in terms of disclosures that the company might make." (Robyn Denholm Tr. at 17:13-17:19) Denholm's testimony shows that Tesla's Audit Committee as part of Tesla Board had an oversight role vis-à-vis material information disseminated by Elon through his Twitter account.

(f) Martin Viecha testified on August 23, 2021 that negative media coverage relating to Elon Musk's tweets could negatively impact demand for Tesla's products. (Martin Viecha Tr. at 218:2-218:22; *see also* TESLA_LITTLETON_00019023-24) Mr. Viecha testified further that the tweets also negatively impacted Musk's credibility, according to investors. (Martin Viecha Tr. at 197:19-198:9, 223:3-223:10; *see also*

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

TESLA_LITTLETON_00012777 at 4; TESLA_LITTLETON_00019026)

(g) Martin Viecha testified on August 23, 2021 that following Musk's tweets concerning the "cave diver in Thailand" in July 2018, investors became "upset" and "unhappy with the way that [had] been handled." Viecha thought it was "very likely" that Musk was advised to "modify his tweeting behavior" in response to these tweets. (Martin Viecha Tr. at 35:22-36:11; *see also* TESLA_LITTLETON_00019247)

(h) David Arnold testified on September 30, 2021 that at least some of Musk's tweets were not positive for Tesla. (David Arnold Tr. at 35:17-35:23) Arnold testified further that he "heard" that Musk was asked to "take a break from Twitter" in July 2018. (David Arnold Tr. at 34:16-34:20)

(i) Sam Teller testified on August 11, 2021 that Elon Musk would have "saved . . . a bunch of time and energy and would have been better for public perception" if he had not engaged in tweeting about "the rescue efforts in Thailand." (Sam Teller Tr. at 45:8-45:23) Teller further testified that he suggested Musk take "a break from Twitter" after conferring with Deepak Ahuja, Sarah O'Brien, Antonio Gracias, and several Tesla employees. (Sam Teller Tr. at 57:23-58:14; *see also* MUSK_001706);

(j) Deepak Ahuja testified on August 5, 2021 that he had a "vague recollection of potentially some conversations of some of the board members with Elon" about Musk "tak[ing] a break from Twitter in July 2018." (Deepak Ahuja Tr. at 26:10-27:3);

(k) Martin Viecha testified on August 23, 2021 that there is a requirement against disclosing material information while the market is open. (Martin Viecha Tr. at 64:3-64:18);

(l) Robyn Denholm testified on October 5, 2021 that "trading hours" are "not the right time to be publishing anything material," including in particular Musk's August 7, 2018 tweets. (Robyn Denholm Tr. at 79:9-79:13);

(m) On May 4, 2018, Musk tweeted "oh and uh short burn of the century comin soon.

Flamethrowers should arrive just in time." Musk added, "Looks like sooner than expected. The sheer magnitude of short carnage will be unreal. If you're short, I suggest, tiptoeing quietly to the exit . . . .";

(n) On May 7, 2018, Musk bought approximately $9.85 million worth of Tesla shares in the pre-market to generate a rise in Tesla's stock price and, in turn, force a substantial amount of covering of short positions.

(o) On June 12, 2018, Musk bought approximately $24.9 million worth of Tesla stock to maintain Tesla's stock price against negative announcements concerning cuts to Tesla's workforce.

(p) On June 17, 2018, Musk tweeted that "[the shorts] have about three weeks before their short position explodes."

(q) On July 5, 2018, Musk released a series of tweets attacking *Reuters* and *Business Insider* for being "relentlessly negative about Tesla," publishing "bogus" articles, and "serving as an insider trading source for one of Tesla's biggest short-sellers"

(r) On July 24, 2018, Musk contacted Lawrence Fossi's employer in an attempt to prevent Mr. Fossi from writing any further articles that were adverse to or critical of Tesla;

(s) On July 30, 2018, a WSJ reporter emailed Musk informing him that the WSJ was "doing a story about your use of Twitter and how you have taken aim with your tweets at short sellers in Tesla shares." Among other questions, the WSJ reporter asked Musk: "Do you think it is wise to go head to head with short sellers?" (TESLA_LITTLETON_00019689);

(t) Martin Viecha testified on August 23, 2021 that "highly negative piece[s] in the mainstream press" were discussed frequently internally at Tesla, that the "short interest" was an "ongoing theme" at Tesla, and that he and his colleagues perceived short sellers as having a "significant incentive to cause harm [to Tesla] to make money on a short-term gain." (Martin Viecha Tr. at 71:21-74:6)

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(u) The meeting minutes from the July 31, 2018 meeting indicate that: Yasir Al-Rumayyan on behalf of the Public Investment Fund told Musk that he "would like to listen more about [Musk's] plan to take [Tesla] private," "listen to [Elon's] plan and . . . the financial calculations to take it private in the next week," and he would call Musk "if [he] did not receive anything." (SEC-EPROD-000009477 at 2);

(v) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of July 31, 2018 that institutional shareholders had restrictions against owning shares in private companies. (Elon Musk SEC Tr. at 126:1-126:24);

(w) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that there was no discussion of transaction structure, investment dollar amounts, acquisition premium, regulatory requirements, level of control, or the board approval process during the July 31, 2018 meeting with the Public Investment Fund, except to the extent that Musk said he wanted to retain Tesla's current shareholder base. (Elon Musk SEC Tr. at 121:4-122:23, 127:3-128:3, 128:20-129:17, 134:22-135:8, 136:9-136:22, 160:17-160:19) The meeting ended with Musk agreeing to provide these and other terms for the transaction. (Elon Musk SEC Tr. at 149:21-149:25, 155:20-156:6);

(x) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not contact anyone at the Saudi Arabia Public Investment Fund to determine whether it was still interested in the going private transaction after Tesla's stock price increased 15% on August 2, 2018. (Elon Musk SEC Tr. at 178:16-179:25);

(y) Egon Durban testified on September 7, 2021 that the per share purchase price or overall funding for the going private transaction was never finalized. (Egon Durban Tr. at 156:4-156:16; *see also* TESLA_LITTLETON_00006169 at 58);

(z) Deepak Ahuja, Tesla's former Chief Financial Officer, testified on August 5, 2021 that Elon Musk did not discuss substantive terms or a "specific funding amount" during the meeting on July 31, 2018, but instead agreed to "continue the conversation" and discuss

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

"the structure and what's required" to take Tesla private. (Deepak Ahuja Tr. at 81:19-82:5, 84:2-84:6, 97:15-98:1, 100:22-101:7, 102:14-102:16) Ahuja testified further that he was "not aware" of "any financial calculations that were shared with [the Public Investment Fund]" after the meeting and was also never asked to provide any calculations to the Public Investment Fund. (Deepak Ahuja Tr. at 82:12-83:15);

(aa)    Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per share price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(bb)    Sam Teller testified on August 11, 2021 that there was no discussion of "an exact dollar amount" or a specific transaction structure during the July 31, 2018 meeting with the Public Investment Fund. (Sam Teller Tr. at 164:17-166:2) Teller also testified that he was unaware of whether any research had been done to determine whether existing investors could remain investors in Tesla if it were private. (Sam Teller Tr. at 166:3-166:8);

(cc)    Robyn Denholm testified on October 5, 2021 regarding Musk's account of the July 31 meeting with the Saudi Arabia Public Investment Fund, that there was a question "around our existing shareholders because [] the board wasn't sure about the quantum of money would be required to take [] the company private. So the question was: How do we know [] whether [our shareholders] would be in favor of this type of transaction or not." (Robyn Denholm Tr. at 59:12-59:19);

(dd)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he believed only 20% to 25% of Tesla's existing shareholders would not want to own shares in Tesla if it were a private company. (Elon Musk SEC Tr. at 120:3-120:17)

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(ee)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not want the Saudi Arabia Public Investment Fund to be too large of a shareholder and that he wanted the Public Investment Fund to own "something on the order of 15 percent, maybe up to 20 percent." (Elon Musk SEC Tr. at 170:6-170:11; *see also id.* at 207:3-207:15. 261:1-261:5)

(ff) Musk further testified that he would "ensure that any single foreign entity did not come close to the CFIUS limits, meaning that [the Public Investment Fund] would not be in a control or de fact control position." (Elon Musk SEC Tr. at 210:10-210:16);

(gg)     In the August 13 Blog Post, Musk stated: "I would like for Tesla to continue to have a broad investor base." "My best estimate right now is that approximately two-thirds of shares owned by all current investors would roll over into a private Tesla";

(hh)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Elon "noted his desire for current shareholders [] to remain shareholders in [Tesla] after any proposed privatization … and stated that it was not his intention to provide shareholder control in a private [Tesla] to any single entity, but rather to have ownership of [Tesla] be dispersed over a broad base of shareholders, including many of [Tesla]'s current shareholders." (TESLA_LITTLETON_00012812 at 2);

(ii) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that his process for deriving the $420 per share offer price consisted of adding 20% to Tesla's closing stock price of $348 on August 2, 2018 and then adding $1 to coincide with the "420" symbol for marijuana. (Elon Musk SEC Tr. at 192:10-193:11, 194:11-194:21);

(jj) On August 2, 2018, Musk identified the "constant defamatory attacks by the short-selling community" as one of the main drivers behind his attempt to take Tesla private when communicating his offer to Tesla's board. (TESLA_LITTLETON_00000078);

(kk)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

state that Musk's "basis for his price of $420 per share" was to provide an approximate 20% premium over the current price of the stock, which had just undergone a recent run up after [Tesla's] Q2 earnings call." (TESLA_LITTLETON_00012812 at 2);

(ll)  Robyn Denholm testified that during the Board meeting on August 2, 2018, Ahuja explained to the Board that Elon based the $420 share price on "a 20 percent premium" over "the last published price the day before." (Denholm Tr. at 50:21-51:9)

(mm)  Meeting minutes from the Board of Directors' Special Meeting on August 2, 2018 state that Musk "believed Tencent and other large Tesla shareholders" would support the going private transaction, but "had not yet spoken with them." (TESLA_LITTLETON_00012790 at 1-2);

(nn)  Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that on August 3, 2018 he was told by Tesla's Board of Directors that it would be "really difficult for small investors" to remain shareholders in the company after it was taken private. (Elon Musk SEC Tr. at 208:13-208:25);

(oo)  James Murdoch, a Tesla Board Director, testified on August 17, 2021 that, as of the August 3, 2018 board meeting there was no written commitment from the PIF to provide any level of financing. (James Murdoch Tr. at 91:2, 9 -15);

(pp)  Deepak Ahuja testified on August 5, 2021 that, as of the adjournment of the August 3, 2018 board meeting, Elon Musk was still in the process of identifying his legal and financial advisors. (Deepak Ahuja Tr. at 153:2-5);

(qq)  Martin Viecha wrote in an email to Deepak Ahuja, dated August 5, 2018, that institutional shareholders are subject to "[i]nternal mechanisms" that would force them to reduce their positions in Tesla if it were to "become too large of a weight within a portfolio." (TESLA_LITTLETON_00004239);

(rr)  Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that an agreement to fund the going private transaction at a deal price of $420 per share

did not exist when tweeting "funding secured" on August 7, 2018. (Elon Musk SEC Tr. at 231:22-232:10);

(ss) Martin Viecha and Deepak Ahuja had not yet provided Musk with Tesla's capitalization table showing its largest institutional and retail shareholders as of August 7, 2018, according to Viecha's email to Ahuja dated August 7, 2018. (TESLA_LITTLETON_00004131);

(tt) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not retain any advisors to assist him with the going private transaction at any point between his meeting with the Public Investment Fund on July 31, 2018 and his tweets on August 7, 2018. (Elon Musk SEC Tr. at 165:1-165:5);

(uu) Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018, indicate that, as of August 3, 2018, Musk had not yet retained legal counsel or a financial advisor to assist with the going private transaction. (TESLA_LITTLETON_00012812 at 2);

(vv) Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that a "detailed proposal regarding a going private transaction had not yet been made and that one would be needed in order for the Board to properly analyze and evaluate it." (TESLA_LITTLETON_00012812 at 3);

(ww) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of August 7, 2018 that the process for putting together a formal proposal for the going private transaction would be complex and not a "trivial exercise." (Elon Musk SEC Tr. at 257:16-257:21);

(xx) Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that as of August 7, 2018 his overarching level of certainty about whether or not a going private transaction would ultimately be consummated was "roughly 50 percent" or "maybe a little higher than 50 percent." (Elon Musk SEC Tr. at 257:16-258:5);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(yy)      Egon Durban testified on September 27, 2021 that as of August 7, 2018 there was nothing in terms of a formal proposal to be voted on by shareholders. (Egon Durban Tr. at 45:7-45:9) He testified further that as of August 10, 2018, Musk had not yet submitted a formal proposal to Tesla's board. (Egon Durban Tr. at 55:22-56:6, 57:9-57:20; *see also* SL_3P00000001 at 29) Additionally, as of August 14, 2018, Durban and Musk had not yet determined funding sources for the going private transaction or the structure of the transaction. (Egon Durban Tr. at 106:18-106:20; *see also* SL_3P00000261);

(zz)      Deepak Ahuja testified on August 5, 2021 that he was not aware of a proposal from Musk to take Tesla private that was capable of being voted on by shareholders as of August 7, 2018. (Deepak Ahuja Tr. at 194:14-194:17);

(aaa)     Ira Ehrenpreis, a Tesla Board Director, testified on August 25, 2021 that, as of August 7, 2018 there had not yet been a formal proposal made and there were a number of steps that would need to unfold.  He further testified that, as of August 18, 2018 a formal go private transaction bid had not been submitted to the board, nor was there ever one submitted. (Ira Ehrenpreis Tr. at 87:15-24, 140:4-19)

(bbb)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not do anything prior to August 7, 2018 to assess whether institutional investors, including T. Rowe Price, Fidelity, Baillie Gifford, or Capital Group, would support a going private transaction. (Elon Musk SEC Tr. at 217:16-218:6, 218:22-219:2);

(ccc)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that no one at Tesla reviewed his August 7, 2018 tweets before sending them. (Elon Musk SEC Tr. at 221:9-222:11);

(ddd)     On August 7, 2018, at approximately 8:16 a.m. PT, the *Financial Times* asked Tesla for a comment on their report that the Public Investment Fund had built "a 3-5% stake in Tesla after buying shares on the open market." Dave Arnold notified Elon Musk of the story and indicated that Tesla was planning to "decline comment." Musk approved

the plan by responding "Ok."

(eee)     On August 7, 2018, at approximately 9:17 a.m. PT, the *Financial Times* published its report. At 9:48 p.m. PT, Musk tweeted "Am considering taking Tesla private at $420. Funding secured." This prompted a sharp 5% rise in Tesla's stock price, ensuring that short sellers would be forced to cover positions given the overall increase in price from the opening of the market that morning.

(fff)     Egon Durban testified on September 7, 2021 that announcements of going private transactions are typically announced after a definitive agreement has been signed. (Egon Durban Tr. at 56:20-56:23; *see also* SL_3P00000001 at 29) Durban further testified that he had "never worked on a public-to-private process where the CEO announced everything" prior to retaining Silver Lake Partners as its advisor. (Egon Durban Tr. at 84:3-84:10);

(ggg)     Deepak Ahuja testified on August 5, 2021 that he had not seen Musk's tweets on August 7, 2018 before they were published. (Deepak Ahuja Tr. at 169:18-170:11);

(hhh)     Martin Viecha testified on August 23, 2021 that he did not have "any responsibility for reviewing" Musk's tweets before they were posted on Twitter and had never done so in the past. (Martin Viecha Tr. at 35:7-35:17) Viecha testified further that there was "no official policy" requiring review of Musk's tweets prior to publishing them before August 2018. (Martin Viecha Tr. at 23:21-24:5);

(iii) David Arnold testified on September 30, 2021 that he "[v]ery rarely" reviewed Musk's tweets before they were posted on Twitter. (David Arnold Tr. at 34:1-34:9)

(jjj) Robyn Denholm testified on October 5, 2021 that she did not recall Musk discussing making the tweet with anyone prior to publishing it. (Robyn Denholm Tr. at 76:6-76:9);

(kkk)     On August 7, 2018, Musk tweeted that Tesla "[will] be way smoother & less disruptive as a private company. Ends negative propaganda from shorts" if it became a private company;

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(lll) On August 7, 2018, Sam Teller texted it was "satisfying to obliterate" the shorts. (SEC-EPROD-000017148) Teller testified on August 11, 2021 that he also sent a "cartoon with someone on fire" representing the "shorts." (Sam Teller Tr. at 205:24-206:11);

(mmm)   Nii Owuraka Koney testified on July 14, 2021 that he regarded Elon Musk's "funding secured" tweet as an "epic f u to the shorts." (Nii Owuraka Koney Tr. at 48:16-48:24; *see also* JENN0000037) Mr. Koney testified further that Musk was historically "not happy about people who short – or investors who short the stock." (Nii Owuraka Koney Tr. at 52:12-53:17);

(nnn)   Joseph Fath testified on July 12, 2021 that Musk executed a "short squeeze" with his tweets on August 7, 2018, writing in an email that "The Tesla shorts go up and close with napalm yesterday." (Joseph Fath Tr. at 43:1-44:18; *see also* TRP_001087);

(ooo)   The email purportedly from Elon Musk published by Tesla on August 7, 2018 titled "Taking Tesla Private" was initially suggested to Mr. Musk by Deepak Ahuja and was drafted by Tesla employees Mr. Ahuja, Sarah O'Brien, and Todd Maron. (Deepak Ahuja Tr. at 177:18-187:7; *see also* TESLA_AHUJA0000448; TESLA_LITTLETON_00000320);

(ppp)   On August 7, 2018, Musk wrote in his email to Tesla's employees that Tesla was "the most shorted stock in the history of the stock market" and stated that "being public means there are large numbers of people who have incentive to attack the company";

(qqq)   Joseph Fath testified on July 12, 2021 that certain of T. Rowe Price's funds would be unable to hold shares in Tesla if it were private due to "mandates on their accounts that do not allow privates" or, alternatively, fewer shares due to "illiquidity" concerns. (Joseph Fath Tr. at 48:13-49:7, 54:9-54:13; *see also* TRP_000012, TRP_000013, TRP_000016, TRP_000017);

(rrr)   Nii Owuraka Koney testified on July 14, 2021 that Jennison Associates had restrictions against holding private companies and, therefore, would not be able to remain

a shareholder in a private Tesla. (Nii Owuraka Koney Tr. at 113:13-114:5);

(sss)     Martin Viecha testified on August 23, 2021 that, as of August 7, 2018 he understood that the "majority" of Tesla's institutional shareholders "do not have a mandate to own private companies." (Martin Viecha Tr. at 149:25-150:20; *see also* TESLA_LITTLETON_00004008);

(ttt) Matt Fassnacht on behalf of HHR Asset Management LLC emailed Aaron Chew on August 7, 2018 advising that he would "not support a buyout" because he was not permitted to "own private entities." (TESLA_LITTLETON_00004015);

(uuu)     Joseph Fath testified on July 12, 2021 that Musk had not spoken with T. Rowe Price about the going private transaction prior to Musk's tweets on August 7, 2018. (Joseph Fath Tr. at 45:13-45:22, 49:14-50:16) The first contact he received about the going private transaction was on August 9, 2018, when Sam Teller asked for his availability to speak with Musk. (Joseph Fath Tr. at 86:5-86:19; *see also* TRP_002031);

(vvv)     Sonu Kalra at Fidelity did not speak with Musk about the going private transaction until after Musk tweeted about it on August 7, 2018. (SEC-EPROD-000000425);

(www)     Nii Owuraka Koney testified on July 14, 2021 that he had not had any conversations with Elon Musk prior to August 7, 2018 about the go-private transaction. (Nii Owuraka Koney Tr. at 162:7-162:16)

(xxx)     Deepak Ahuja testified on August 5, 2021 that he did not believe Musk spoke to any shareholders to assess their interest in a private Tesla prior to Musk's tweets on August 7, 2018. (Deepak Ahuja Tr. at 172:8-173:1) Ahuja testified further that he did not provide Musk with a list of Tesla's top shareholders until after August 7, 2018. (Deepak Ahuja Tr. at 224:10-224:19);

(yyy)     Martin Viecha testified on August 23, 2021 that there had been "no discussions with shareholders about the going-private transaction" prior to August 7, 2018. (Martin

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Viecha Tr. at 159:6-161:17; *see also* TESLA_LITTLETON_00004253);

(zzz)   Robyn Denholm testified on October 5, 2021 that she did not believe that Elon had any conversations with shareholders prior to the tweet going out. (Robyn Denholm Tr. at 69:21-69:23)

(aaaa)   On August 8, 2018, Elon Musk's personal public relations consultant informed him that a NYT reporter had contacted her seeking to talk to Elon off the record and noting that "he ha[d] talked to 'all' the large investors and none of them ha[d] been approached." (TESLA_LITTLETON_00019654);

(bbbb)   Ryan Brinkman testified on May 4, 2021 that he understood "funding secured" to mean that "funding is secured . . . [t]hat the funding has been lined up" and "not in question." (Ryan Brinkman Tr. at 64:6-64:12);

(cccc)   Ryan Brinkman testified on May 4, 2021further that "funding secured" meant that "there has been a Wall Street bank or more likely consortium of banks that have lined up or committed to lining up this financing or . . . it was already there because it was such a deep pocketed acquirer" and that "[e]ither a commitment to funding or that it was already there . . . ." (Ryan Brinkman Tr. at 64:13-64:23, 65:6-65:12);

(dddd)   Brinkman wrote on behalf of J.P. Morgan in his analyst report dated August 8, 2018 that, "Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." (JPMS_00000047 at 1);

(eeee)   Nii Owuraka Koney testified on July 14, 2021 that he interpreted Elon Musk's "funding secured" tweet to mean that Mr. Musk had secured either a "verbal commitment" or "an offer letter of some sort" to fund the go-private transaction. (Nii Owuraka Koney Tr. at 21:20-22:6, 44:7-45:13, 56:1-56:13, 57:14-57:21; *see also* JENN0000048) Additionally, Koney testified that this necessarily included a total purchase price or amount of financing that had been agreed to by the source of funding. (Nii Owuraka Koney Tr. at 79:24-80:17);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(ffff)     Nii Owuraka Koney testified on July 14, 2021 that he believed funding was in fact secured based on subsequent communications with Martin Viecha. (Nii Owuraka Koney Tr. at 71:8-72:24; *see also* JENN0000090);

(gggg)     Joseph Fath testified on July 12, 2021 that he interpreted "funding secured" to mean, "[j]ust as it states," that Musk "had secured sources or financial sources to fund a go-private transaction." (Joseph Fath Tr. at 28:18-28:23);

(hhhh)     Joseph Fath testified on July 12, 2021 that "secured," as used in the context of Musk's tweet, meant that funding was "locked and loaded and no question at all a hundred percent that you have funding ready to go and you're prepared to move forward with this transaction." (Joseph Fath Tr. at 28:24-29:5);

(iiii)     Joseph Fath testified on July 12, 2021 that there was "nothing left for interpretation" because Musk's tweet "talk[ed] about the company being taken private, has a specific dollar amount, along with the verbiage funding secured" and that it was "pretty black-and-white." (Joseph Fath Tr. at 32:22-33:8);

(jjjj)     Joseph Fath testified on July 12, 2021 that Musk's subsequent tweets, including in particular that "investor support is confirmed," in his opinion "reinforced the funding secured" tweet. (Joseph Fath Tr. at 45:23-46:8);

(kkkk)     Egon Durban testified on September 7, 2021 that he had previously used the word "secured" when discussing capital commitments and funding when it was "[c]ontractual" and there was a binding commitment pertaining to the capital. (Egon Durban Tr. at 42:12-43:2).

(llll)     On August 8, 2018, Musk acknowledged to another Tesla employee that I "[h]ave to be very careful what I say. Shorts want me dead *real* bad. They are losing their minds." (TESLA_LITTLETON_00019654);

(mmmm)  On August 10, 2018, Musk mocked short sellers by tweeting that "Short shorts [were] coming soon to Tesla merch[andise]."

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(nnnn)    Yasir Al-Rumayyan text messaged Musk on August 10, 2018 stating that the Public Investment Fund "remains interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction," which demonstrates the absence of any agreement to finance a go-private transaction. (TESLA_LITTLETON_00006164-65; *see also* SEC-EPROD-000015424 at 9)

(oooo)    Pursuant to the Mutual Non-Disclosure Agreement between the Public Investment Fund and Tesla, which was signed by Elon Musk, any go-private transaction as of August 10, 2018 was only a "Potential Project" being explored by PIF and Musk. (TESLA_LITTLETON_00005310 at 1)

(pppp)    Sam Teller testified on August 11, 2021 that Yasir Al-Rumayyan told Musk during their call on August 10, 2018 that the transaction was still pending approval from others within the Public Investment Fund and that additional work was necessary. (Sam Teller Tr. at 242:24-244:12). On August 12, 2018, two days later, Musk told Yasir Al-Rumayyan that he was excluding them from participation in any going private transaction, texting "we cannot work together." "Sorry" and "It's over." (TESLA_LITTLETON_00000320 at 11);

(qqqq)    Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per shar price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(rrrr)    In an email dated August 11, 2018, Elon Musk acknowledged that he should probably tweet less and agreed to the statement that Twitter was hurting his reputation.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1   (TESLA_LITTLETON_00019664);

2   (ssss)   On August 15, 2018, Martin Viecha forwarded to Deepak Ahuja and Todd Maron

3   an email from Janus Henderson Investors, an institutional investor, providing feedback.

4   Viecha noted that this email "encapsulates what most investors I speak to feel." In this

5   email, the institutional investor said "The fact that Elon has been using Twitter really

6   undermines credibility—to put it bluntly his tweets have been nothing short of disastrous

7   over the last few months and I don't think it is unreasonable to say that they are at risk

8   of   becoming   a   significant   liability   to   the   Tesla   brand/story."

9   (TESLA_LITTLETON_00019026);

10   (tttt)   Nii Owuraka Koney testified on July 14, 2021 that the August 13, 2018 blog post

11   "did not make [him] think it was less likely funding was available" after he read it. (Nii

12   Owuraka Koney Tr. at 159:15-159:22);

13   (uuuu)   Egon Durban of Silver Lake Partners received "talking points" from Steven

14   Rosenblum on August 16, 2018 concerning conversations with Tesla's investors about

15   the going private transaction. (SEC-EPROD-000009934 at 2);

16   (vvvv)   On August 19, 2018, Martin Viecha informed Deepak Ahuja and Todd Maron

17   that he had met in the past few days with Fidelity, TRowe, Jennison, Capital World,

18   Capital International, PrimeCap, Baron Capital, UBS O'Connor, and others. The

19   feedback from investors regarding privatization was that they "can't hold private

20   entit[ies]." Viecha further informed that "quite a few mid-sized investors shared their

21   frustration that they don't have a mandate to hold a stake in a private company." Ahuja

22   forwarded the investors' feedback to Elon Musk. (TESLA_LITTLETON_00019023);

23   (wwww)   On August 20, 2018, Musk's advisors submitted a Power Point presentation to

24   the Tesla Board's Special Committee setting forth Musk's going private transaction

25   objectives and process outline. The "Next Steps" slide, among others, listed "Reach out

26   to Potential Investors" and "Confirm Investor interest." According to this document, as

27

28

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

of August 20, 2018, "[Elon Musk was still] evaluating various transaction structures [to] [c]onfirm investor financing that has a broad cap table." (TESLA_LITTLETON_00019960 at 3, 6);

(xxxx)    On August 23, 2018, Musk's advisors made a presentation regarding the potential going-private transaction to the Tesla Board. The price for the transaction was still undetermined. (TESLA_LITTLETON_00006626).

In response to this Interrogatory, Plaintiff further refers to the documents contained in Exhibit A, hereto.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 10:**

IDENTIFY each and every way YOU contend DEFENDANT MUSK benefited (e.g., monetary profit) from making CHALLENGED STATEMENTS and CHALLENGED OMISSIONS, including IDENTIFYING why YOU make that contention and IDENTIFYING all facts supporting that contention.

**RESPONSE NO. 10:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," "Challenged Statement," and "Challenged Omission." Plaintiff further objects to this Interrogatory on the basis that the phrase "each and every way YOU contend DEFENDANT MUSK benefited (e.g., monetary profit) from …" is vague and ambiguous.  Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing, including the deposition of Elon Musk. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Subject to and without waiver of the foregoing objections, Plaintiff contends that Elon Musk was considering taking Tesla private and initially proposed a price of $420 per share and, therefore, had an incentive to control the price of Tesla stock to facilitate any potential transaction. Plaintiff further contends that Elon Musk had engaged in a longstanding campaign to financially harm market participants with investments adverse to Tesla, *e.g.*, investors holding short positions, and disclosing a potential going-private transaction at a price above the current market price would likely further this campaign by sharply increasing Tesla' share price.  Plaintiff further contends that the statements made by Elon Musk and Tesla on August 7, 2018 as set forth in Plaintiff's Response to Interrogatory No. 1

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

were false and misleading statements made knowingly or with deliberate recklessness because, *inter alia*:

(a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) Musk had not discussed the potential price of $420 with the Saudi Arabia Public Investment Fund or any other potential investor;

(c) Musk had not discussed the overall amount of funding required for any going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(e) Musk intended to limit the involvement of the Saudi Arabia Public Investment Fund to 20% or less of any Private Tesla and never intended to rely on the Public Investment Fund to fund the entire going-private transaction;

(f) Musk had not discussed interest in participating in the transaction with any potential investors apart from the Saudi Arabia Public Investment Fund;

(g) Musk had not had any further substantive conversations with the Saudi Arabia Public Investment Fund since his meeting on July 31, 2018;

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(h)   Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(i)   The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(j)   Musk had not contacted existing Tesla shareholders to assess their interest in participating in the transaction;

(k)   Musk had not confirmed the support of any investor for a transaction that would take Tesla private at $420 per share;

(l)   There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(m) Musk had not formally retained any legal or financial advisors to assist with the transaction;

(n)   Musk had not determined whether retail investors would be able to remain shareholders but had been advised that it would be unlikely and "unprecedented";

(o)   Musk had not determined whether there were restrictions on investment in private companies by Tesla's institutional investors that would prohibit their involvement in a private Tesla;

(p)   Musk had not determined what regulatory approvals would be necessary for the transaction; and

(q)   Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

The AUGUST 13 BLOG POST left investors with a misleading impression of the nature and status of Musk's proposal to take Tesla private at $420 per share as well as misrepresented the status of Musk and Tesla's discussions with the Saudi Arabia Public Investment Fund and other existing or

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

potential investors. Following the AUGUST 13 BLOG POST investors were still unaware that:

(a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured from the Saudi Arabia Public Investment Fund or from any other funding source. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting or thereafter. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) In discussions with representatives with the Saudi Arabia Public Investment Fund after August 7, 2018, Musk had attempted to exclude the Public Investment Fund from participating in any going-private transaction;

(c) Musk still did not know the overall level of funding required for any going-private transaction and had not discussed the overall amount of funding required for any going-private transaction involving Tesla with any potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the any potential investor;

(e) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(f) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(g) Responses to Musk's August 7, 2018 communications about a potential going private

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

transaction at $420 per share from existing Tesla investors had been mixed with large investors telling Musk and/or Tesla that they could not or would not participate in or support such a transaction;

(h) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(i) Musk had not determined whether retail investors would be able to remain shareholders;

(j) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(k) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

Subject to further review and analysis of discovery, these contentions are based on the following facts which Plaintiff discovered during the course of discovery. This is a non-exclusive list of the facts and/or documents that may be introduced in evidence at trial:

(a) Elon Musk and Tesla were experienced and sophisticated participants in corporate transactions having conducted numerous offerings of debt and equity as a public company as well as making acquisitions, including the acquisition of SolarCity, another public company;

(b) On or around November 5, 2013, Tesla stated in a current report on Form 8-K that investors should "follow Elon Musk's and Tesla's Twitter accounts" for additional information concerning the company. (Robyn Denholm Tr. at 37:15-37:22)

(c) On August 7, 2018, in response to an inquiry from a Reuters reporter about Elon tweets, Dave Arnold, Tesla's Sr. Director of Global Communications, replied—on background only—that no 8K was needed and that Tesla had previously made an SEC disclosure about disseminating information to shareholders via social media including Elon Musk's and Tesla's Twitter accounts. (TESLA_LITTLETON_00014393)

(d) Dave Arnold further testified on September 30, 2021 that he was aware that Elon

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Musk's Twitter account was recognized as a channel of corporate communication by Tesla. (Dave Arnold Tr. at 32:17-32:20)

(e) Denholm testified further that Tesla's Audit Committee "periodically talked about the use of Twitter [] as a disclosure vehicle" and that when Elon was "tweeting as the CEO of Tesla [] there [was] a [] general disclosure requirement to ensure that material nonpublic information [was] not disclosed without a review process has gone through." (Robyn Denholm Tr. at 17:3-17:8; 28:22-29:6) According to Denholm, "the use of [Elon] Twitter account as a means of disclosing information" about the company dated back to a Form 8-K of 2013, when Tesla "incorporated [Elon Twitter account] as one of the disclosure areas in terms of what the investors and the population should look at in terms of disclosures that the company might make." (Robyn Denholm Tr. at 17:13-17:19) Denholm's testimony shows that Tesla's Audit Committee as part of Tesla Board had an oversight role vis-à-vis material information disseminated by Elon through his Twitter account.

(f) Martin Viecha testified on August 23, 2021 that negative media coverage relating to Elon Musk's tweets could negatively impact demand for Tesla's products. (Martin Viecha Tr. at 218:2-218:22; *see also* TESLA_LITTLETON_00019023-24) Mr. Viecha testified further that the tweets also negatively impacted Musk's credibility, according to investors. (Martin Viecha Tr. at 197:19-198:9, 223:3-223:10; *see also* TESLA_LITTLETON_00012777 at 4; TESLA_LITTLETON_00019026)

(g) Martin Viecha testified on August 23, 2021 that following Musk's tweets concerning the "cave diver in Thailand" in July 2018, investors became "upset" and "unhappy with the way that [had] been handled." Viecha thought it was "very likely" that Musk was advised to "modify his tweeting behavior" in response to these tweets. (Martin Viecha Tr. at 35:22-36:11; *see also* TESLA_LITTLETON_00019247)

(h) David Arnold testified on September 30, 2021 that at least some of Musk's tweets were

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

not positive for Tesla. (David Arnold Tr. at 35:17-35:23) Arnold testified further that he "heard" that Musk was asked to "take a break from Twitter" in July 2018. (David Arnold Tr. at 34:16-34:20)

(i) Sam Teller testified on August 11, 2021 that Elon Musk would have "saved . . . a bunch of time and energy and would have been better for public perception" if he had not engaged in tweeting about "the rescue efforts in Thailand." (Sam Teller Tr. at 45:8-45:23) Teller further testified that he suggested Musk take "a break from Twitter" after conferring with Deepak Ahuja, Sarah O'Brien, Antonio Gracias, and several Tesla employees. (Sam Teller Tr. at 57:23-58:14; *see also* MUSK_001706);

(j) Deepak Ahuja testified on August 5, 2021 that he had a "vague recollection of potentially some conversations of some of the board members with Elon" about Musk "tak[ing] a break from Twitter in July 2018." (Deepak Ahuja Tr. at 26:10-27:3);

(k) Martin Viecha testified on August 23, 2021 that there is a requirement against disclosing material information while the market is open. (Martin Viecha Tr. at 64:3-64:18);

(l) Robyn Denholm testified on October 5, 2021 that "trading hours" are "not the right time to be publishing anything material," including in particular Musk's August 7, 2018 tweets. (Robyn Denholm Tr. at 79:9-79:13);

(m) On May 4, 2018, Musk tweeted "oh and uh short burn of the century comin soon. Flamethrowers should arrive just in time." Musk added, "Looks like sooner than expected. The sheer magnitude of short carnage will be unreal. If you're short, I suggest, tiptoeing quietly to the exit . . . .";

(n) On May 7, 2018, Musk bought approximately $9.85 million worth of Tesla shares in the pre-market to generate a rise in Tesla's stock price and, in turn, force a substantial amount of covering of short positions.

(o) On June 12, 2018, Musk bought approximately $24.9 million worth of Tesla stock to

maintain Tesla's stock price against negative announcements concerning cuts to Tesla's workforce.

(p) On June 17, 2018, Musk tweeted that "[the shorts] have about three weeks before their short position explodes."

(q) On July 5, 2018, Musk released a series of tweets attacking *Reuters* and *Business Insider* for being "relentlessly negative about Tesla," publishing "bogus" articles, and "serving as an insider trading source for one of Tesla's biggest short-sellers"

(r) On July 24, 2018, Musk contacted Lawrence Fossi's employer in an attempt to prevent Mr. Fossi from writing any further articles that were adverse to or critical of Tesla;

(s) On July 30, 2018, a WSJ reporter emailed Musk informing him that the WSJ was "doing a story about your use of Twitter and how you have taken aim with your tweets at short sellers in Tesla shares." Among other questions, the WSJ reporter asked Musk: "Do you think it is wise to go head to head with short sellers?" (TESLA_LITTLETON_00019689);

(t) Martin Viecha testified on August 23, 2021 that "highly negative piece[s] in the mainstream press" were discussed frequently internally at Tesla, that the "short interest" was an "ongoing theme" at Tesla, and that he and his colleagues perceived short sellers as having a "significant incentive to cause harm [to Tesla] to make money on a short-term gain." (Martin Viecha Tr. at 71:21-74:6)

(u) The meeting minutes from the July 31, 2018 meeting indicate that: Yasir Al-Rumayyan on behalf of the Public Investment Fund told Musk that he "would like to listen more about [Musk's] plan to take [Tesla] private," "listen to [Elon's] plan and . . . the financial calculations to take it private in the next week," and he would call Musk "if [he] did not receive anything." (SEC-EPROD-000009477 at 2);

(v) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of July 31, 2018 that institutional shareholders had restrictions

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

against owning shares in private companies. (Elon Musk SEC Tr. at 126:1-126:24);

(w) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that there was no discussion of transaction structure, investment dollar amounts, acquisition premium, regulatory requirements, level of control, or the board approval process during the July 31, 2018 meeting with the Public Investment Fund, except to the extent that Musk said he wanted to retain Tesla's current shareholder base. (Elon Musk SEC Tr. at 121:4-122:23, 127:3-128:3, 128:20-129:17, 134:22-135:8, 136:9-136:22, 160:17-160:19) The meeting ended with Musk agreeing to provide these and other terms for the transaction. (Elon Musk SEC Tr. at 149:21-149:25, 155:20-156:6);

(x) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not contact anyone at the Saudi Arabia Public Investment Fund to determine whether it was still interested in the going private transaction after Tesla's stock price increased 15% on August 2, 2018. (Elon Musk SEC Tr. at 178:16-179:25);

(y) Egon Durban testified on September 7, 2021 that the per share purchase price or overall funding for the going private transaction was never finalized. (Egon Durban Tr. at 156:4-156:16; *see also* TESLA_LITTLETON_00006169 at 58);

(z) Deepak Ahuja, Tesla's former Chief Financial Officer, testified on August 5, 2021 that Elon Musk did not discuss substantive terms or a "specific funding amount" during the meeting on July 31, 2018, but instead agreed to "continue the conversation" and discuss "the structure and what's required" to take Tesla private. (Deepak Ahuja Tr. at 81:19-82:5, 84:2-84:6, 97:15-98:1, 100:22-101:7, 102:14-102:16) Ahuja testified further that he was "not aware" of "any financial calculations that were shared with [the Public Investment Fund]" after the meeting and was also never asked to provide any calculations to the Public Investment Fund. (Deepak Ahuja Tr. at 82:12-83:15);

(aa) Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per share price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(bb)     Sam Teller testified on August 11, 2021 that there was no discussion of "an exact dollar amount" or a specific transaction structure during the July 31, 2018 meeting with the Public Investment Fund. (Sam Teller Tr. at 164:17-166:2) Teller also testified that he was unaware of whether any research had been done to determine whether existing investors could remain investors in Tesla if it were private. (Sam Teller Tr. at 166:3-166:8);

(cc)     Robyn Denholm testified on October 5, 2021 regarding Musk's account of the July 31 meeting with the Saudi Arabia Public Investment Fund, that there was a question "around our existing shareholders because [] the board wasn't sure about the quantum of money would be required to take [] the company private. So the question was: How do we know [] whether [our shareholders] would be in favor of this type of transaction or not." (Robyn Denholm Tr. at 59:12-59:19);

(dd)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he believed only 20% to 25% of Tesla's existing shareholders would not want to own shares in Tesla if it were a private company. (Elon Musk SEC Tr. at 120:3-120:17)

(ee)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not want the Saudi Arabia Public Investment Fund to be too large of a shareholder and that he wanted the Public Investment Fund to own "something on the order of 15 percent, maybe up to 20 percent." (Elon Musk SEC Tr. at 170:6-170:11; *see also id.* at 207:3-207:15. 261:1-261:5)

(ff) Musk further testified that he would "ensure that any single foreign entity did not come close to the CFIUS limits, meaning that [the Public Investment Fund] would not be in a

control or de fact control position." (Elon Musk SEC Tr. at 210:10-210:16);

(gg)     In the August 13 Blog Post, Musk stated: "I would like for Tesla to continue to have a broad investor base." "My best estimate right now is that approximately two-thirds of shares owned by all current investors would roll over into a private Tesla";

(hh)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Elon "noted his desire for current shareholders [] to remain shareholders in [Tesla] after any proposed privatization … and stated that it was not his intention to provide shareholder control in a private [Tesla] to any single entity, but rather to have ownership of [Tesla] be dispersed over a broad base of shareholders, including many of [Tesla]'s current shareholders." (TESLA_LITTLETON_00012812 at 2);

(ii) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that his process for deriving the $420 per share offer price consisted of adding 20% to Tesla's closing stock price of $348 on August 2, 2018 and then adding $1 to coincide with the "420" symbol for marijuana. (Elon Musk SEC Tr. at 192:10-193:11, 194:11-194:21);

(jj) On August 2, 2018, Musk identified the "constant defamatory attacks by the short-selling community" as one of the main drivers behind his attempt to take Tesla private when communicating his offer to Tesla's board. (TESLA_LITTLETON_00000078);

(kk)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Musk's "basis for his price of $420 per share" was to provide an approximate 20% premium over the current price of the stock, which had just undergone a recent run up after [Tesla's] Q2 earnings call." (TESLA_LITTLETON_00012812 at 2);

(ll) Robyn Denholm testified that during the Board meeting on August 2, 2018, Ahuja explained to the Board that Elon based the $420 share price on "a 20 percent premium" over "the last published price the day before." (Denholm Tr. at 50:21-51:9)

(mm)     Meeting minutes from the Board of Directors' Special Meeting on August 2, 2018

state that Musk "believed Tencent and other large Tesla shareholders" would support the going private transaction, but "had not yet spoken with them." (TESLA_LITTLETON_00012790 at 1-2);

(nn)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that on August 3, 2018 he was told by Tesla's Board of Directors that it would be "really difficult for small investors" to remain shareholders in the company after it was taken private. (Elon Musk SEC Tr. at 208:13-208:25);

(oo)     James Murdoch, a Tesla Board Director, testified on August 17, 2021 that, as of the August 3, 2018 board meeting there was no written commitment from the PIF to provide any level of financing. (James Murdoch Tr. at 91:2, 9 -15);

(pp)     Deepak Ahuja testified on August 5, 2021 that, as of the adjournment of the August 3, 2018 board meeting, Elon Musk was still in the process of identifying his legal and financial advisors. (Deepak Ahuja Tr. at 153:2-5);

(qq)     Martin Viecha wrote in an email to Deepak Ahuja, dated August 5, 2018, that institutional shareholders are subject to "[i]nternal mechanisms" that would force them to reduce their positions in Tesla if it were to "become too large of a weight within a portfolio." (TESLA_LITTLETON_00004239);

(rr) Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that an agreement to fund the going private transaction at a deal price of $420 per share did not exist when tweeting "funding secured" on August 7, 2018. (Elon Musk SEC Tr. at 231:22-232:10);

(ss) Martin Viecha and Deepak Ahuja had not yet provided Musk with Tesla's capitalization table showing its largest institutional and retail shareholders as of August 7, 2018, according to Viecha's email to Ahuja dated August 7, 2018. (TESLA_LITTLETON_00004131);

(tt) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

2018 that he did not retain any advisors to assist him with the going private transaction at any point between his meeting with the Public Investment Fund on July 31, 2018 and his tweets on August 7, 2018. (Elon Musk SEC Tr. at 165:1-165:5);

(uu)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018, indicate that, as of August 3, 2018, Musk had not yet retained legal counsel or a financial advisor to assist with the going private transaction. (TESLA_LITTLETON_00012812 at 2);

(vv)     Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that a "detailed proposal regarding a going private transaction had not yet been made and that one would be needed in order for the Board to properly analyze and evaluate it." (TESLA_LITTLETON_00012812 at 3);

(ww)     Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of August 7, 2018 that the process for putting together a formal proposal for the going private transaction would be complex and not a "trivial exercise." (Elon Musk SEC Tr. at 257:16-257:21);

(xx)     Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that as of August 7, 2018 his overarching level of certainty about whether or not a going private transaction would ultimately be consummated was "roughly 50 percent" or "maybe a little higher than 50 percent." (Elon Musk SEC Tr. at 257:16-258:5);

(yy)     Egon Durban testified on September 27, 2021 that as of August 7, 2018 there was nothing in terms of a formal proposal to be voted on by shareholders. (Egon Durban Tr. at 45:7-45:9) He testified further that as of August 10, 2018, Musk had not yet submitted a formal proposal to Tesla's board. (Egon Durban Tr. at 55:22-56:6, 57:9-57:20; *see also* SL_3P00000001 at 29) Additionally, as of August 14, 2018, Durban and Musk had not yet determined funding sources for the going private transaction or the structure of the transaction. (Egon Durban Tr. at 106:18-106:20; *see also* SL_3P00000261);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(zz)     Deepak Ahuja testified on August 5, 2021 that he was not aware of a proposal from Musk to take Tesla private that was capable of being voted on by shareholders as of August 7, 2018. (Deepak Ahuja Tr. at 194:14-194:17);

(aaa)    Ira Ehrenpreis, a Tesla Board Director, testified on August 25, 2021 that, as of August 7, 2018 there had not yet been a formal proposal made and there were a number of steps that would need to unfold.  He further testified that, as of August 18, 2018 a formal go private transaction bid had not been submitted to the board, nor was there ever one submitted. (Ira Ehrenpreis Tr. at 87:15-24, 140:4-19)

(bbb)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not do anything prior to August 7, 2018 to assess whether institutional investors, including T. Rowe Price, Fidelity, Baillie Gifford, or Capital Group, would support a going private transaction. (Elon Musk SEC Tr. at 217:16-218:6, 218:22-219:2);

(ccc)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that no one at Tesla reviewed his August 7, 2018 tweets before sending them. (Elon Musk SEC Tr. at 221:9-222:11);

(ddd)    On August 7, 2018, at approximately 8:16 a.m. PT, the *Financial Times* asked Tesla for a comment on their report that the Public Investment Fund had built "a 3-5% stake in Tesla after buying shares on the open market." Dave Arnold notified Elon Musk of the story and indicated that Tesla was planning to "decline comment." Musk approved the plan by responding "Ok."

(eee)    On August 7, 2018, at approximately 9:17 a.m. PT, the *Financial Times* published its report. At 9:48 p.m. PT, Musk tweeted "Am considering taking Tesla private at $420. Funding secured." This prompted a sharp 5% rise in Tesla's stock price, ensuring that short sellers would be forced to cover positions given the overall increase in price from the opening of the market that morning.

(fff)    Egon Durban testified on September 7, 2021 that announcements of going private

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

transactions are typically announced after a definitive agreement has been signed. (Egon Durban Tr. at 56:20-56:23; *see also* SL_3P00000001 at 29) Durban further testified that he had "never worked on a public-to-private process where the CEO announced everything" prior to retaining Silver Lake Partners as its advisor. (Egon Durban Tr. at 84:3-84:10);

(ggg)    Deepak Ahuja testified on August 5, 2021 that he had not seen Musk's tweets on August 7, 2018 before they were published. (Deepak Ahuja Tr. at 169:18-170:11);

(hhh)    Martin Viecha testified on August 23, 2021 that he did not have "any responsibility for reviewing" Musk's tweets before they were posted on Twitter and had never done so in the past. (Martin Viecha Tr. at 35:7-35:17) Viecha testified further that there was "no official policy" requiring review of Musk's tweets prior to publishing them before August 2018. (Martin Viecha Tr. at 23:21-24:5);

(iii)David Arnold testified on September 30, 2021 that he "[v]ery rarely" reviewed Musk's tweets before they were posted on Twitter. (David Arnold Tr. at 34:1-34:9)

(jjj)Robyn Denholm testified on October 5, 2021 that she did not recall Musk discussing making the tweet with anyone prior to publishing it. (Robyn Denholm Tr. at 76:6-76:9);

(kkk)    On August 7, 2018, Musk tweeted that Tesla "[will] be way smoother & less disruptive as a private company. Ends negative propaganda from shorts" if it became a private company;

(lll)On August 7, 2018, Sam Teller texted it was "satisfying to obliterate" the shorts. (SEC-EPROD-000017148) Teller testified on August 11, 2021 that he also sent a "cartoon with someone on fire" representing the "shorts." (Sam Teller Tr. at 205:24-206:11);

(mmm)    Nii Owuraka Koney testified on July 14, 2021 that he regarded Elon Musk's "funding secured" tweet as an "epic f u to the shorts." (Nii Owuraka Koney Tr. at 48:16-48:24; *see also* JENN0000037) Mr. Koney testified further that Musk was historically "not happy about people who short – or investors who short the stock." (Nii Owuraka

Koney Tr. at 52:12-53:17);

(nnn)     Joseph Fath testified on July 12, 2021 that Musk executed a "short squeeze" with his tweets on August 7, 2018, writing in an email that "The Tesla shorts go up and close with napalm yesterday." (Joseph Fath Tr. at 43:1-44:18; *see also* TRP_001087);

(ooo)     The email purportedly from Elon Musk published by Tesla on August 7, 2018 titled "Taking Tesla Private" was initially suggested to Mr. Musk by Deepak Ahuja and was drafted by Tesla employees Mr. Ahuja, Sarah O'Brien, and Todd Maron. (Deepak Ahuja    Tr.    at    177:18-187:7;    *see    also*    TESLA_AHUJA0000448; TESLA_LITTLETON_00000320);

(ppp)     On August 7, 2018, Musk wrote in his email to Tesla's employees that Tesla was "the most shorted stock in the history of the stock market" and stated that "being public means there are large numbers of people who have incentive to attack the company";

(qqq)     Joseph Fath testified on July 12, 2021 that certain of T. Rowe Price's funds would be unable to hold shares in Tesla if it were private due to "mandates on their accounts that do not allow privates" or, alternatively, fewer shares due to "illiquidity" concerns. (Joseph Fath Tr. at 48:13-49:7, 54:9-54:13; *see also* TRP_000012, TRP_000013, TRP_000016, TRP_000017);

(rrr)     Nii Owuraka Koney testified on July 14, 2021 that Jennison Associates had restrictions against holding private companies and, therefore, would not be able to remain a shareholder in a private Tesla. (Nii Owuraka Koney Tr. at 113:13-114:5);

(sss)     Martin Viecha testified on August 23, 2021 that, as of August 7, 2018 he understood that the "majority" of Tesla's institutional shareholders "do not have a mandate to own private companies." (Martin Viecha Tr. at 149:25-150:20; *see also* TESLA_LITTLETON_00004008);

(ttt)Matt Fassnacht on behalf of HHR Asset Management LLC emailed Aaron Chew on August 7, 2018 advising that he would "not support a buyout" because he was not

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

permitted to "own private entities." (TESLA_LITTLETON_00004015);

(uuu)     Joseph Fath testified on July 12, 2021 that Musk had not spoken with T. Rowe Price about the going private transaction prior to Musk's tweets on August 7, 2018. (Joseph Fath Tr. at 45:13-45:22, 49:14-50:16) The first contact he received about the going private transaction was on August 9, 2018, when Sam Teller asked for his availability to speak with Musk. (Joseph Fath Tr. at 86:5-86:19; *see also* TRP_002031);

(vvv)     Sonu Kalra at Fidelity did not speak with Musk about the going private transaction until after Musk tweeted about it on August 7, 2018. (SEC-EPROD-000000425);

(www)     Nii Owuraka Koney testified on July 14, 2021 that he had not had any conversations with Elon Musk prior to August 7, 2018 about the go-private transaction. (Nii Owuraka Koney Tr. at 162:7-162:16)

(xxx)     Deepak Ahuja testified on August 5, 2021 that he did not believe Musk spoke to any shareholders to assess their interest in a private Tesla prior to Musk's tweets on August 7, 2018. (Deepak Ahuja Tr. at 172:8-173:1) Ahuja testified further that he did not provide Musk with a list of Tesla's top shareholders until after August 7, 2018. (Deepak Ahuja Tr. at 224:10-224:19);

(yyy)     Martin Viecha testified on August 23, 2021 that there had been "no discussions with shareholders about the going-private transaction" prior to August 7, 2018. (Martin Viecha Tr. at 159:6-161:17; *see also* TESLA_LITTLETON_00004253);

(zzz)     Robyn Denholm testified on October 5, 2021 that she did not believe that Elon had any conversations with shareholders prior to the tweet going out. (Robyn Denholm Tr. at 69:21-69:23)

(aaaa)     On August 8, 2018, Elon Musk's personal public relations consultant informed him that a NYT reporter had contacted her seeking to talk to Elon off the record and noting that "he ha[d] talked to 'all' the large investors and none of them ha[d] been

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

approached." (TESLA_LITTLETON_00019654);

(bbbb)    Ryan Brinkman testified on May 4, 2021 that he understood "funding secured" to mean that "funding is secured . . . [t]hat the funding has been lined up" and "not in question." (Ryan Brinkman Tr. at 64:6-64:12);

(cccc)    Ryan Brinkman testified on May 4, 2021further that "funding secured" meant that "there has been a Wall Street bank or more likely consortium of banks that have lined up or committed to lining up this financing or . . . it was already there because it was such a deep pocketed acquirer" and that "[e]ither a commitment to funding or that it was already there . . . ." (Ryan Brinkman Tr. at 64:13-64:23, 65:6-65:12);

(dddd)    Brinkman wrote on behalf of J.P. Morgan in his analyst report dated August 8, 2018 that, "Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." (JPMS_00000047 at 1);

(eeee)    Nii Owuraka Koney testified on July 14, 2021 that he interpreted Elon Musk's "funding secured" tweet to mean that Mr. Musk had secured either a "verbal commitment" or "an offer letter of some sort" to fund the go-private transaction. (Nii Owuraka Koney Tr. at 21:20-22:6, 44:7-45:13, 56:1-56:13, 57:14-57:21; *see also* JENN0000048) Additionally, Koney testified that this necessarily included a total purchase price or amount of financing that had been agreed to by the source of funding. (Nii Owuraka Koney Tr. at 79:24-80:17);

(ffff)    Nii Owuraka Koney testified on July 14, 2021that he believed funding was in fact secured based on subsequent communications with Martin Viecha. (Nii Owuraka Koney Tr. at 71:8-72:24; *see also* JENN0000090);

(gggg)    Joseph Fath testified on July 12, 2021 that he interpreted "funding secured" to mean, "[j]ust as it states," that Musk "had secured sources or financial sources to fund a go-private transaction." (Joseph Fath Tr. at 28:18-28:23);

(hhhh)    Joseph Fath testified on July 12, 2021 that "secured," as used in the context of

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Musk's tweet, meant that funding was "locked and loaded and no question at all a hundred percent that you have funding ready to go and you're prepared to move forward with this transaction." (Joseph Fath Tr. at 28:24-29:5);

(iiii)    Joseph Fath testified on July 12, 2021 that there was "nothing left for interpretation" because Musk's tweet "talk[ed] about the company being taken private, has a specific dollar amount, along with the verbiage funding secured" and that it was "pretty black-and-white." (Joseph Fath Tr. at 32:22-33:8);

(jjjj)    Joseph Fath testified on July 12, 2021 that Musk's subsequent tweets, including in particular that "investor support is confirmed," in his opinion "reinforced the funding secured" tweet. (Joseph Fath Tr. at 45:23-46:8);

(kkkk)    Egon Durban testified on September 7, 2021 that he had previously used the word "secured" when discussing capital commitments and funding when it was "[c]ontractual" and there was a binding commitment pertaining to the capital. (Egon Durban Tr. at 42:12-43:2).

(llll)    On August 8, 2018, Musk acknowledged to another Tesla employee that I "[h]ave to be very careful what I say. Shorts want me dead *real* bad. They are losing their minds." (TESLA_LITTLETON_00019654);

(mmmm)    On August 10, 2018, Musk mocked short sellers by tweeting that "Short shorts [were] coming soon to Tesla merch[andise]."

(nnnn)    Yasir Al-Rumayyan text messaged Musk on August 10, 2018 stating that the Public Investment Fund "remains interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction," which demonstrates the absence of any agreement to finance a go-private transaction. (TESLA_LITTLETON_00006164-65; *see also* SEC-EPROD-000015424 at 9)

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(oooo)     Pursuant to the Mutual Non-Disclosure Agreement between the Public Investment Fund and Tesla, which was signed by Elon Musk, any go-private transaction as of August 10, 2018 was only a "Potential Project" being explored by PIF and Musk. (TESLA_LITTLETON_00005310 at 1)

(pppp)     Sam Teller testified on August 11, 2021 that Yasir Al-Rumayyan told Musk during their call on August 10, 2018 that the transaction was still pending approval from others within the Public Investment Fund and that additional work was necessary. (Sam Teller Tr. at 242:24-244:12). On August 12, 2018, two days later, Musk told Yasir Al-Rumayyan that he was excluding them from participation in any going private transaction, texting "we cannot work together." "Sorry" and "It's over." (TESLA_LITTLETON_00000320 at 11);

(qqqq)     Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per shar price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(rrrr)     In an email dated August 11, 2018, Elon Musk acknowledged that he should probably tweet less and agreed to the statement that Twitter was hurting his reputation. (TESLA_LITTLETON_00019664);

(ssss)     On August 15, 2018, Martin Viecha forwarded to Deepak Ahuja and Todd Maron an email from Janus Henderson Investors, an institutional investor, providing feedback. Viecha noted that this email "encapsulates what most investors I speak to feel." In this email, the institutional investor said "The fact that Elon has been using Twitter really undermines credibility—to put it bluntly his tweets have been nothing short of disastrous over the last few months and I don't think it is unreasonable to say that they are at risk

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

of becoming a significant liability to the Tesla brand/story." (TESLA_LITTLETON_00019026);

(tttt)    Nii Owuraka Koney testified on July 14, 2021 that the August 13, 2018 blog post "did not make [him] think it was less likely funding was available" after he read it. (Nii Owuraka Koney Tr. at 159:15-159:22);

(uuuu)    Egon Durban of Silver Lake Partners received "talking points" from Steven Rosenblum on August 16, 2018 concerning conversations with Tesla's investors about the going private transaction. (SEC-EPROD-000009934 at 2);

(vvvv)    On August 19, 2018, Martin Viecha informed Deepak Ahuja and Todd Maron that he had met in the past few days with Fidelity, TRowe, Jennison, Capital World, Capital International, PrimeCap, Baron Capital, UBS O'Connor, and others. The feedback from investors regarding privatization was that they "can't hold private entit[ies]." Viecha further informed that "quite a few mid-sized investors shared their frustration that they don't have a mandate to hold a stake in a private company." Ahuja forwarded the investors' feedback to Elon Musk. (TESLA_LITTLETON_00019023);

(wwww)    On August 20, 2018, Musk's advisors submitted a Power Point presentation to the Tesla Board's Special Committee setting forth Musk's going private transaction objectives and process outline. The "Next Steps" slide, among others, listed "Reach out to Potential Investors" and "Confirm Investor interest." According to this document, as of August 20, 2018, "[Elon Musk was still] evaluating various transaction structures [to] [c]onfirm investor financing that has a broad cap table." (TESLA_LITTLETON_00019960 at 3, 6);

(xxxx)    On August 23, 2018, Musk's advisors made a presentation regarding the potential going-private transaction to the Tesla Board. The price for the transaction was still undetermined. (TESLA_LITTLETON_00006626).

In response to this Interrogatory, Plaintiff further refers to the documents contained in Exhibit

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1  A, hereto.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 11:**

**IDENTIFY all PERSONS with whom YOU COMMUNICATED CONCERNING a potential lawsuit against DEFENDANTS at any time, including any and all current or former TESLA employees, any and all attorneys and/or law firms, and any and all PERSONS who referred YOU to an attorney and/or law firm.**

**RESPONSE NO. 11:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the term "Identify." Plaintiff objects further to this Interrogatory to the extent it requires the production of information that has already been provided in discovery and, as a result, is duplicative and unduly burdensome.

Subject to and without waiver of the foregoing objections, Plaintiff responds to this Interrogatory by identifying the following persons and/or entities:

(a)  Robert Morse, c/o Lightspeed Financial Services Group LLC, 20 Headquarters Plaza, North Tower 7th Floor, Morristown, New Jersey 07960, (646) 393-4806;

(b)  Kayla Gluck, c/o Tesla Inc., 6801 Washington Ave. S. #110, Eden Prairie, Minnesota 55439, (952) 944-1373;

(c)  Austin Barkley, c/o Tesla Inc., 6801 Washington Ave. S. #110, Eden Prairie, Minnesota 55439, (952) 944-1373;

(d)  Stephen Bahr, c/o Polsinelli PC, 900 W. 48th Place, Suite 900, Kansas City, Missouri 64112, (816) 218-1283;

(e)  Joseph Klein, c/o The Klein Law Firm, Empire State Building, 350 Fifth Avenue, 59th Floor, New York, New York 10118, (212) 616-4899;

(f)  Mary Steeb, c/o Levi & Korsinsky, LLP, 55 Broadway, 10th Floor, New York, New York 10006, (212) 363-7500;

(g)  Christopher Grap, c/o Levi & Korsinsky, LLP, 55 Broadway, 10th Floor, New York, New York 10006, (212) 363-7500; and

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(h)     Levi & Korsinsky, LLP, 55 Broadway, 10th Floor, New York, New York 10006, (212) 363-7500.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 12:**

IDENTIFY all facts supporting YOUR contention that the losses suffered by members of the CLASS were caused by DEFENDANTS' allegedly fraudulent conduct during the CLASS PERIOD. If YOUR response to this Interrogatory differs in any way based on the type of TESLA SECURITY (e.g., note, stock, bond, debenture, transferable share, evidence of indebtedness), explain why.

**RESPONSE NO. 12:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," "Challenged Statement," and "Challenged Omission." Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Plaintiff further objects to this Interrogatory as improperly and prematurely requesting information that will be subject of expert opinion and an expert report. Plaintiff will provide additional information responsive to this Interrogatory in an expert report served in accordance with the schedule in this proceeding.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 caused members of the Class to suffer damages as a result of their investment in Tesla's securities. Damages resulted from artificial inflation introduced and then maintained in the price for Tesla securities by the statements identified in response to Interrogatory No. 1. The artificial inflation was reduced during the

Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information. Members of the class suffered harm when they purchased Tesla securities at an inflated price and then (1) held their Tesla securities to the end of the Class Period, (2) sold their Tesla securities at a lower price reflecting reduced inflation; or (3) used the Tesla stock purchased at an artificially inflated price to close an existing short position.

The statements identified in response to Interrogatory No. 1 also artificially reduced the price of certain Tesla securities and members of the Class suffered harm when they sold those securities at artificially deflated prices. The artificial deflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information.

Members of the class also suffered losses when the price of their Tesla securities declined as a result of reputational harm, loss of management credibility, and an increase in regulatory and legal risk caused by the false and misleading statements identified in response to Interrogatory No. 1.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 were material:

(a) Jeffrey Spurling, an analyst at Citadel, emailed Martin Viecha on August 7, 2018 for confirmation as to whether Musk's tweets were "a twitter joke, or a real disclosure of

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Elon Musk's intention to take Tesla private at $420 per share." Viecha responded that Musk's tweets were "[n]ot a joke" and that they were "serious tweet[s]"; (TSLA_LITTLETON_00004099 at 2; *see also* Martin Viecha Tr. at 116:17-117:2).

(b) Eric Hogner, an analyst at Lansdowne Partners, emailed Viecha on August 7, 2018 to "confirm that these tweets are real." Viecha confirmed in response that "Yes, these Tweets are official." (TESLA_LITTLETON_00004110; *see also* Martin Viecha Tr. at 120:14-120:25);

(c) Itay Michaeli, an analyst at Citi Research, emailed Viecha on August 7, 2018 to inquire whether there was "an actual transaction on the table (with secured financing)" or if going private was "more of a strategic announcement . . . ." Viecha responded that "the very first Tweet mentioned a firm offer." (TESLA_LITTLETON_00004154; *see also* Martin Viecha Tr. at 129:8-129:18);

(d) Nii Owuraka Koney, a Managing Director at Jennison Associates, emailed Viecha on August 7, 2018 requesting a telephone call to discuss the "funding" for the transaction. Viecha responded that "[t]he very first tweet simply mentioned 'Funding secured' which means that this is a firm offer" and that "the offer is as firm as it gets." (JENN0000074; *see also* Martin Viecha Tr. at 137:13-138:21) Mr. Koney also testified on July 14, 2021 that his "view all along" was that the "offer at $420" was a "real offer." (Nii Owuraka Koney Tr. at 116:8-116:15);

(e) Bradley Erickson, an analyst at KeyBanc Capital Markets, emailed Viecha on August 7, 2018 asking for him to "clarify" whether "funding is secured." Viecha responded by confirming that "the first Tweet clearly stated that 'financing is secured.' Yes, there is a firm offer." (TESLA_LITTLETON_00004010; *see also* Martin Viecha Tr. at 154:13-155:11);

(f) Toni Sacconaghi, an analyst at AllianceBernstein, emailed Viecha on August 7, 2018 for "questions/clarification on today's news and blog post." Viecha stated in response that

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

"apart from what has been tweeted and what was written in a blog post, we can't add anything else. I only wanted to stress that Elon's first tweet, which mentioned 'financing secured' is correct" and that "financing is secured regardless of other assumptions." (TESLA_LITTLETON_00004253 at 1-2; *see also* Martin Viecha Tr. at 156:21-158:15);

(g) On August 7, 2017, Deepak Ahuja informed Elon Musk and Todd Maron that they were "getting a lot of enquiries from investors, SEC and the media to better understand the comment 'funding secured.'" (TESLA_LITTLETON_00019605);

(h) As of 11:05 am of August 7, 2018, all major media had contacted Dave Arnold, Tesla's Sr. Director of Global Communications, with inquiries about Elon's taking Tesla private tweet, including Thomson Reuters, NBC Universal, Fox Business Network, Associated Press, Forbes, CBS, Washington Street Journal, Bloomberg, Financial Times, Los Angeles Times, CNN Money, USA Today, The Daily Telegraph (England), The Buffalo News, San Francisco Chronicle, The Street, BuzzFeed News, The Hill, Silicon Valley Business Journal, Bay Area News Group, Recode (Vox), The Verge, and Jalopnik. (TESLA_LITTLETON_00013639);

(i) Dave Arnold testified on September 30, 2021 that Tesla Communications team was "getting flooded with inquiries" and that he "did not really see a scenario in which we, Tesla the company, could not just not say anything." (Dave Arnold Tr. at 75:24-76:2);

(j) On August 7, 2018, after Tesla published Elon email to Tesla employees explaining his reasoning behind the tweets, Dave Arnold informed Deepak Ahuja and Todd Maron that following Tesla blog post, media reported that Elon's consideration about taking Tesla private was "shocking investors and analysts." (TESLA_LITTLETON_00012975);

(k) David Arnold, Tesla's Global Communications Director, testified on September 30, 2021 that Elon Musk's and Tesla's statements after the initial tweet on August 7, 2018 provided "additional information on top of the initial tweet [Musk] sent." (David Arnold Tr. at 69:3-69:8);

(l)   From an opening price of $343.84 per share, Tesla's stock rose to an intraday high of $387.46 per share and closed at $379.57 per share. Over 30 million shares traded on August 7, 2018, which is more than twice Tesla's daily average volume;

(m) On August 8, 2018, a Nasdaq representative emailed Deepak Ahuja and Martin Viecha informing them that "[f]ollowing [Elon's taking Tesla private] news, … [y]esterday, TSLA closed up 11% to 379.57 on volume of 30.8 million shares. Yesterday's trading range was $339.15-387.46." (TESLA_LITTLETON_00004671).

(n)   The Musk communications on August 7, 2018 caused an immediate price reaction in Tesla's stock, with Tesla's stock price increasing to $365.03 per share (just prior to 12:49 p.m.) from $356.85 per share (just prior to 12:48 p.m.) on volume of over 800,000 shares in this first minute of trading after the Musk Tweets.  Tesla's stock continued to be heavily traded on August 7, with volume of over 10 million shares until a trading halt at 2:08 p.m., ("Tesla Inc. (TSLA) Halted due to pending news," *Dow Jones Institutional News*, August 7, 2018, 2:08 p.m.), when the price was $367.25.

(o)   Tesla stock resumed trading at approximately 3:45 p.m., ("Tesla Inc. (TSLA) Resumed Trading," *Dow Jones Institutional News*, August 7, 2018, 3:45 p.m.), quickly increasing to over $386 per share before closing at $379.57 per share with additional volume of over 6 million shares.

(p)   During and after market trading hours on August 7, 2018, news articles reported that the Musk Tweets caused an increase in Tesla's share price on August 7, 2018, for example:

   i.   "Tesla Jumps After Musk Tweets He Could Take Co. Private at $420," *Bloomberg News*, August 7, 2018, 1:00 p.m. - "Am considering taking Tesla private at $420. Funding secured," Tesla CEO Elon Musk says in tweet.  Tesla climbs to session high, up 8.2%, on Musk's tweet."

   ii.   "Tesla's Musk Tweets He's 'Considering' Taking Company Private – MarketWatch," *Dow Jones Institutional News*, August 7, 2018, 1:07 p.m. -

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Tesla Inc. (TSLA) jumped as much as 8% midday Tuesday after Chief Executive Elon Musk tweeted he was "considering" taking the Silicon Valley car maker private at $420 a share. "Funding secured," the tweet continued, garnering calls to "dewit" and love yous from Musk supporters on Twitter. The price would represent a 16% upside from Tuesday's prices.

iii.   "Tesla shares jump on Musk tweet on taking company private," *Agence France Presse*, August 7, 2018, 1:09 p.m. - Tesla shares jumped after midday on Tuesday following a tweet by Chief Executive Elon Musk that he was considering taking the electric automaker private.  Shares were up 5.9 percent to $361.87 around 1700 GMT after spiking to $371.15 shortly after Musk's tweet.

iv.   "Afternoon of Terror for Tesla Shorts Fomented by Musk's Tweet," *Bloomberg News*, August 7, 2018, 1:54 p.m. - What's in a tweet? About $500 million of potential losses to short sellers, when it comes to Tesla's Chief Executive Officer Elon Musk.  A tweet that he's considering taking the company private "at $420" sent an already elevated stock higher. From around $355 it jumped above $371 just after the post, before the gains were pared.

v.   "MW UPDATE: Stocks close higher as earnings news trumps trade-war fear; Tesla soars 11% on Musk's going-private tweet," *MarketWatch*, August 7, 2018, 4:39 p.m. - The Nasdaq rose for a sixth day in a row, its longest winning streak since March, led by Tesla Inc., which spiked following a tweet from Chief Executive Elon Musk that he was considering a move to take the company private, which was followed by confirmation from the company.

vi.   "Crazy Ride for Tesla Watchers as Musk Tweets: TOPLive Takeaways," *Bloomberg First Word*, August 7, 2018, 4:25 p.m. - Key takeaways from the

TOPLive blog on Tesla Inc. after CEO Elon Musk tweeted he's considering taking the automaker private.

Elon Musk tweeted that he wants to take Tesla private at $420 a share and said he had "funding secured."

Shares initially rose as much as 8% until trading was halted for an hour and a half.

Musk in a series of tweets said he doesn't have a controlling vote and wouldn't expect any shareholder to have one if the company goes private. He said people could still invest in Tesla once it's private.

Musk later put out a letter that, in essence, said that the company would be better off focusing on its goals without the scrutiny of investors and the "attacks" from short sellers.

Still, Musk said, a final decision hasn't been made.

Investors and analysts, even Musk himself, all seemed a little uncertain whether this will happen. The same with the market: Tesla shares closed up 11% to $379.57. That was a great run, but still about $40 shy of what Musk would want to offer shareholders to get a deal done. Shares were coming down by about $5 in after-market trades.

vii.  "Elon Musk tweets a lot. This time was different," *CNN Wire*, August 7, 2018, 6:09 p.m. - Going private, Musk said, would end "negative propaganda from shorts," referring to his hated short-sellers.  Around 3:30 ET, Tesla released a statement via its blog, titled "Taking Tesla Private."  It contained a letter from Musk sent to Tesla employees. … Musk then tweeted the blog post with his own commentary.  "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote," he said.

viii.   "Is Tesla going private? Elon Musk claims 'investor support is confirmed' after tweeting plans to privatize at $420 per share, in shock announcement that HALTED the stock for almost two hours," *Mail Online*, August 7, 2018 6:41 p.m. - Shares of Tesla were halted in afternoon trading on Tuesday after CEO Elon Musk tweeted that he's considering taking the electric car company private at $420 a share - a significant jump from the stock's current price of roughly $379.

Musk said the take-private transaction has received investor support and now rests on a shareholder vote in order for it to become official.

(q) Analysts also commented on the Musk Tweets, for example:

i.   Canaccord Genuity, *Shares up 6% on tweet from CEO*, August 7, 2018, 1:52 p.m. (source of timestamp: Capital IQ) - Shares up 6% on tweet from CEO Tesla's Chairman and CEO, Elon Musk, tweeted that he is "considering taking Tesla private at $420," and that he has "Funding secured."

This tweet epitomizes the reason we have a HOLD rating on Tesla shares and not a Buy. If true, and his account was not hacked, this reinforces the rationale behind our market neutral stance.

As the company matures or on pullbacks we would look to become more constructive but remain on sidelines at current levels.

ii.   Morningstar, *Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price*, August 7, 2018, 3:06 p.m. (source of timestamp: Capital IQ) - Tesla CEO Elon Musk tweeted around midday on Aug. 7 the following: "Am considering taking Tesla private at $420. Funding Secured." A buyout price of $420 per share would be for about $71.6 billion based on the July 27 outstanding share count of 170.6 million in the latest 10-Q filing, though it's unclear if Musk's roughly 22% ownership

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

stake would be part of the deal or just converted into equity of a new private company. If a deal is announced and we think its execution is more likely than not, we will raise our fair value estimate to the deal price, but for now we are leaving our fair value estimate of $179 in place.

We find it odd that Musk would disclose that he is considering doing a deal and specifying a price rather than not saying anything until Tesla actually announces it is going private. It is possible that he wants to hurt short sellers of Tesla now. He has been very vocal against them recently, including posting a satire video on Twitter on Aug. 5. We think it is also possible that he wants to get a price higher than $420, else we would expect him to simply announce he is considering going private with funding secured and leave the $420 number out of the tweet. We speculate that the funding comes mostly from tech investors, such as possibly SoftBank or Tencent (the latter bought 5% of Tesla in 2017), sovereign wealth funds, and wealthy Silicon Valley investors.

iii. Barclays, *Musing about going private is the latest strange twist*, August 7, 2018, 4:57 p.m. (source of timestamp: Capital IQ) - This is out there even for Tesla

Elon's tweet and blog post around going private at $420/share was certainly a disruptor this afternoon. What was looking to us to be a quiet afternoon digesting the earnings results of auto rental companies was disrupted by Elon Musk's tweet …

We're not clear where the funding would come from – would have to be largely equity

Buyout would require ~$70bn - ~$60bn for equity and ~$10bn to take out debt. With 145mn shares (including shares for comp, but subtracting Musk's 34mn shares), a buyout at $420/share would require $60bn to take out all

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

public shareholders. Even with the Saudi fund taking a 3-5% stake (see "Tesla shares move higher on Saudi Arabia fund stake" FT, Aug 7, 2018), that leaves a large funding gap.

And credit markets may not be that receptive. The Tesla unsecured bonds trade at a yield of ~6.7% -- so even if say $40bn could be financed in the high yield market (never mind old fashioned things like interest coverage ratios), the annual interest bill would consume $2.7bn in cash. …

And not clear how public shareholders stay in a private company. Musk promised that existing shareholders "can stay investors in a private Tesla" – but we're not clear how that would work under current registration rules/caps on non-accredited and total investors (the JOBS act requirement) – although Musk hinted at a special purpose vehicle structure that might be able to avoid the caps.

iv. RBC Capital Markets, *On Tesla $420*, August 7, 2018, 8:53 p.m. (source of timestamp: Capital IQ - Earlier today, CEO Elon Musk started tweeting about "considering taking Tesla private at $420/share. Funding secured." This was later followed up with a letter to employees detailing the rationale. The structure would apparently be to create a special purpose fund enabling current shareholders to remain shareholders or cash out at $420. This would be subject to a shareholder vote. …

Success of consummation contingent on who goes along for the ride. The ability to convince shareholders to stay involved is likely critical to the success of Tesla going private which would be the biggest buyout in history (over $70bn). Musk owns ~20% of the shares, so all else equal, they may need to get committed financing for the remaining ~80% (~$57bn). Given

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Tesla's financials, we don't believe lenders would sign up to support the deal.

…

And there are some chunky page 1 holders that collectively make up ~30% of the shares. However, some of those holders may not be able to hold Tesla (or as much as they currently hold) should Tesla go private. A preliminary review of some of the big mutual fund holders indicates holding limits on illiquid securities. At the very least it could cause broader portfolio reviews. That's not to say that a private Tesla can't find its way into other funds at those holders.

Elon's tone and messaging regarding a potential transaction lead us to believe that there could be significant outside funding lined up. Learning who this is will be important (and relevant for shareholders deciding whether they should stay involved should the deal consummate). We note an unconfirmed FT article from today indicates that Saudi Arabia's sovereign fund took a 3-5% stake on the public markets, it was also noted they approached Tesla about new shares. In our view, sovereign funds (broadly), cash rich tech companies, Chinese sources and large VCs could all be potential candidates to provide funding.

v.   UBS Securities, *A Disruptive Approach to Disclosing Material Info*, August 7, 2018, 10:28 p.m. (source of timestamp: Capital IQ) - Earlier today, CEO Musk tweeted that he is "considering" taking TSLA private at $420/share and noted funding was secured. Following his tweet, an email sent to employees was shared publicly outlining the motivation including noting that volatile stock prices are distracting to TSLA employees.

Disclosure method in question Typically, a company would disclose this kind of news via a detailed press release while the market is closed or halt their

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

stock in advance of the announcement. Disclosing news of this nature via twitter is unprecedented and, according to a former SEC chairman, may constitute fraud if Tesla does not already have the financing lined up. The deal would likely require participation from numerous banks and institutional investors, and we think it likely that news of the deal would have leaked had Tesla already held discussions to secure funding.

Post announcement, shares closed at ~$380, with the take-out price implying ~10.7% upside from here. In past deals that terminated adversely, ~70% trade down over 10% with 1/3rd trading down more than 30%.

vi. "Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update," *Dow Jones Institutional News*, August 7, 2018, 4:51 p.m. - Even if no deal for Tesla materializes, the stock bounce following Mr. Musk's tweet could help the company preserve needed cash. Tesla has more than $1.1 billion in convertible bonds that will come due over the next seven months absent a sustained rise in its share price.

That starts with $230 million of convertible bonds set to mature in November if its stock doesn't reach a conversion price of $560.64, followed by $920 million that mature in March, if shares remain below the trigger price of $359.87.

The March notes would be convertible into Tesla stock instead of redeemable for cash -- a scarce resource for the company.

(r) News articles also reported on the chance that Defendant Musk would be successful taking Tesla private. For example:

i. "Musk Makes Startling Proposal to Take Tesla Private," *The Deal* August 7, 2018 - According to Gene Munster of Loup Ventures, Musk has a one-in-three shot of taking Tesla private, given the 16% premium he would pay to

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

shareholders. … "Fundamentally, Tesla is not a good LBO candidate given it's not profitable, not cashflow heavy, and has high R&D and capex. However, the structure of the pending deal is unknown and may not take the form of an LBO."

ii.  "MUSK HAS '1 IN 3 CHANCE' OF TAKING TESLA PRIVATE: GENE MUNSTER," *Bloomberg First Word*, August 7, 2018, 1:42 p.m.

(s) On August 7, 2018, Tesla's common stock price increased 6.37%, from $356.85 per share at 12:47 p.m. (just prior to the Musk Tweets) to a close of $379.57 per share on August 7, 2018 on volume of over 18 million shares, which even though it is less time than in a full trading day, was over two times the average daily volume of 8,293,907 shares during the 120 trading days prior to the start of the Class Period.

(t) On Wednesday, August 8, 2018, Tesla's share price opened at $369.09, a 2.8% decline from the prior day close of $379.57, but then quickly increased to $382.64 at approximately 10:10 a.m. before declining following news reports that the SEC was probing Tesla over Musk's tweets.

(u) Before the market opened on August 8, 2018, news articles reported that both Jefferies and JP Morgan analysts had raised their target prices on Tesla stock following the Musk Tweets, for example:

i.  "07:59 EDT Tesla going private 'feels like the right thing to do,' says...," *Theflyonthewall.com*, August 8, 2018 - Tesla going private 'feels like the right thing to do,' says Jefferies.  Jefferies analyst Philippe Houchois raised his price target for Tesla to $360 from $250 after CEO Elon Musk suggested taking the company private. The stock closed yesterday up 11%, or $37.58, to $379.57.  Going private "feels like the right thing to do," Houchois tells investors in a research note.  "Distraction or not, the move feels right even if Musk is downplaying how supportive public markets have been," the analyst

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

adds. However, with Tesla unable to take on more debt, he wonders who may fund the potential deal and end up as a new large shareholder. Houchois raised his estimates to reflect a "better outlook" post Tesla's Q2 results. His discounted cash flow fair value points to $300 per share and his new $360 price target "bridges the gap" to the $420 potential going private bid. The analyst keeps a Hold rating on Tesla.

ii.   "MW UPDATE: JP Morgan raises Tesla price target but stays underweight in case shares trade on fundamentals again," *MarketWatch*, August 8, 2018, 7:58 p.m. - JP Morgan analysts raised their stock price target for Tesla Inc. (TSLA) to $308 from $195 on Wednesday, a day after Chief Executive Elon Musk said he is thinking of taking the company private, but said they are sticking with an underweight rating, "on chance the shares could again trade on fundamentals." "As surprising to us as these developments are, and as lacking as the statements are in any details regarding who is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously," analyst Ryan Brinkman wrote in a note. Musk said he had already secured the funding for a deal, without offering any further detail. Banks and private-equity firms were surprised at that news and questioned how it could be done, given the company is cash flow negative, is loss making and saddled with about $10 billion of debt.

"We continue to believe Tesla's valuation based on fundamentals alone (i.e., a 50/50 blend of discounted cash flow and 2020-based multiples analysis - itself consisting of a blend of P/E, EV/EBITDA, and Price-to-Sales) is worth no more than $195 (our previous price target)," said Brinkman. "But introducing a new 50% weighting of $420 suggests a large upward revision

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

to our price target is warranted, and we newly value Tesla at $308 per share (i.e., 50/50 blend of $195 and $420)." Tesla shares were down 1% in premarket trade, but have gained 22% in 2018, while the S&P 500 has gained 7%.

(v) Beginning with a *New York Times* article at 10:24 a.m. on August 8, 2018, news articles reported that the SEC was probing Tesla over the Musk tweets, which along with reports of skepticism of the deal, caused the stock price to decline:

    i. "Did Elon Musk Violate Securities Laws With Tweet About Taking Tesla Private?," *NYTimes.com Feed*, August 8, 2018, 10:24 a.m. - Elon Musk had better be right.

Mr. Musk's audacious offer Tuesday to take private Tesla, the innovative auto company he founded and leads as chairman and chief executive, will surely go down as one of the most unorthodox takeover bids ever. …

But it was Mr. Musk's "funding secured" statement on Twitter that may put the iconoclastic founder most at risk. He provided no details about how much funding had been secured, from whom or under what conditions. His email to employees did not mention anything about the funding.

"That's a clear factual statement," said John C. Coffee Jr., a professor at Columbia Law School who specializes in corporate law and securities fraud. "If it's not fully secure, that's potentially a very material misrepresentation, and a very straightforward violation of Rule 10b-5 of the securities law" in short, securities fraud.

It is illegal for a director or officer of a public company "to knowingly or recklessly make material misstatements about that company," said John Coates, a professor at Harvard Law School who teaches mergers and

acquisitions. Mr. Musk's "tweets seem cryptic at best, and it is hard to see how he has complied with his duty to not be misleadingly incomplete."

A Tesla spokeswoman declined to comment.

The Securities and Exchange Commission contacted Tesla on Wednesday to inquire about the accuracy of Mr. Musk's tweets and why the announcement was not made in a regulatory filing, according to a person briefed on the inquiry, who was not authorized to speak publicly on behalf of the S.E.C. Such questions typically precede the launch of any formal investigation.

ii.   "SEC questions Tesla over Elon Musk's tweets to take the company private; Regulators said to be inquiring whether CEO's claim was factual," *MarketWatch*, August 8, 2018, 1:32 p.m. - Securities regulators have inquired with Tesla Inc. about Chief Executive Elon Musk's surprise announcement that he may take the company private and whether his claim was factual, people familiar with the matter said.

The Securities and Exchange Commission has asked whether Musk's unusual announcement on Tuesday was factual, the people said. The regulator also asked Tesla [] about why the disclosure was made on Twitter rather than in a regulatory filing, and whether the company believes the announcement complies with investor-protection rules, the people said. …

The SEC's inquiries, which originated from its San Francisco office, suggest Tesla could come under an enforcement investigation if regulators develop evidence that Musk's statement was misleading or false. It wasn't immediately clear on Wednesday whether the regulator had opened a formal enforcement investigation based on the answers it received from the company. An SEC spokesman declined to comment.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii. "Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla," *Investor's Business Daily*, August 9, 2018 - Tesla stock rallied on CEO Elon Musk saying he wants to take the company private. … But shares fell 2.4% on Wednesday to 370.34, amid reports that the SEC is probing Tesla over Musk's tweets…

iv. "US stocks end near flat; Tesla retreats," *Agence France Presse*, August 8, 2018, 4:22 p.m. - One day after Chief Executive Elon Musk stirred investors with a surprise proposal to take Tesla Motors private, shares of the electric automaker fell 2.4 percent as some analysts expressed skepticism.

v. "SEC Looks Into Musk's Taking-Tesla-private Tweets: WSJ – MarketWatch," *Dow Jones Institutional News*, August 8, 2018, 4:06 p.m. - Tesla shares rallied 11% on Tuesday, but lost 2.4% Wednesday as Wall Street faulted the plan for being lean on funding details.

(w) In addition to the Jefferies and JP Morgan analyst reports, Bernstein stated: We see upside risk in the near term to perhaps $400, but downside risk to $340 (yesterday's low price) or below if no firmer details emerge, as investors would likely increasingly debate Musk's credibility and over-focus on the shares' price and volatility. (Bernstein, *Tesla: Going private? Who knows... does Elon?*, August 8, 2018).

(x) Evercore commented that: What happened? The above are two of a series of tweets by Tesla CEO Elon Musk yesterday, where the company announced that it is considering going private.

Could this happen? It is important to note that, as of today, no details have been provided with regards to what "Funding secured" means, who is providing that funding and what any potential funding structure might look like. Our view is that "Funding secured" should be interpreted as a strong verbal commitment, with funds available and parties willing to execute quickly.

Stock Implications The majority of the move towards $420 is now done, with the share price sitting within 11%. As a result, unless there is evidence to suggest that the funding is not secured and a transaction cannot be completed, we believe there is little to be done with the stock at these levels. More broadly, if Tesla has attracted a strategic investor who is willing to not only help take the company private but also to provide material funding going forward, it should enable the company to execute and move faster as it seeks to complete its mission to move the world to a solar electric future. Evercore ISI, *A Private Life is a Happy Life*, August 8, 2018, 4:26 a.m. (source of timestamp: Capital IQ).

(y) Tesla's common stock price declined 2.43%, from a close of $379.57 per share on August 7, 2018 to a close of $370.34 per share on August 8, 2018 on volume of 24.6 million shares, which was 3.0 times the average volume during the 120 trading days prior to the start of the Class Period.

(z) On Thursday, August 9, 2018, Tesla's share price opened at $365.55, a 1.3% decline from the prior day close of $370.34, and further declined to close at $352.45 on reports that the SEC probe was intensifying and doubt the deal could be done. News articles reported, for example:

i. "Tesla Shares Sink as Pressure Mounts on Musk to Show the Money," *Bloomberg News*, August 9, 2018, 11:40 a.m. - Doubts about Elon Musk's ability to take Tesla Inc. private mounted across Wall Street on Thursday, driving the stock down as much as 4 percent in what's shaping up to be the worst rout in a month.

The stock slipped to $356.66 in late morning trading, well below the $420 at which Musk said shareholders would be bought out. It's now dropped on back-to-back days after having jumped 11 percent on Tuesday, when Musk vowed that he had "funding secured" for a spectacular $82 billion deal.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Since that initial tweet, though, he has offered no evidence to back up the statement. Nor has anyone stepped forward publicly -- or privately – to say they're behind the plan. People with or close to 15 financial institutions and technology firms who spoke on the condition of anonymity said they weren't aware of financing having been locked in before Musk's tweet.

"I don't really understand the idea of what was suggested in the potential for them to go private," Dick Weil, CEO of Janus Henderson Group, said in an interview with Bloomberg Television. "That's obviously an incredibly large valuation to somehow take into the private market."

All of which could be problematic as the Securities and Exchange Commission starts investigating the matter. Regulators have asked the company if what Musk tweeted was factual and why such a disclosure was made via social media rather than in a filing, according to the Wall Street Journal, citing unidentified people familiar with the matter. Judith Burns, an SEC spokeswoman, declined to comment. Tesla also declined to comment.

ii. "Tesla Erases Gain Since Musk Tweeted He May Take Co. Private," *Bloomberg First Word*, August 9, 2018, 12:49 p.m. - Tesla shares drop as much as 4.6% to $353.33 as of 12:31 p.m. in New York, as skepticism mounts that Elon Musk has the ability to take the co. private.   Stock traded at ~$356.64 before Musk tweeted on Aug. 7…

iii. "SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)," *Business Insider*, August 9, 2018, 2:42 p.m. - The Securities and Exchange Commission is "intensifying" its inquiry into Tesla, Bloomberg reports.

The agency on Wednesday asked Tesla about whether one of CEO Elon Musk's tweets regarding the possibility of taking the company private was

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

truthful, *The Wall Street Journal* reported, citing people familiar with the matter.

According to the Journal, the SEC is also looking into why Musk's first statement about the potential of taking Tesla private was made on Twitter instead of in a regulatory filing. The agency also asked the company whether it believes Musk's tweet follows SEC rules about protecting investors, The Journal reported.

Bloomberg reports that the agency was gathering information about statements Tesla has made regarding sales and manufacturing targets before its most recent inquiry.

An inquiry from the SEC does not necessarily mean an investigation will follow.

The SEC and Tesla declined Business Insider's requests for comment.

 iv. "Tesla Will Still Need to Access Capital Markets, Moody's Says," Bloomberg First Word, August 9, 2018, 3:06 p.m. - Tesla will need to access the capital markets in order to fund its operating requirements and repay the maturing convertible debt obligations, Moody's Investors Service said in a statement.

 v. CEO's note to employees that he is considering taking Tesla private is credit negative, but does not affect the ratings at this time, the agency said.

 vi. Moody's expect the company's cash generation will improve during the second half of 2018 and over the coming year as its Model 3 production improves.

 vii. "Tesla tumbles as US stocks end mostly lower," *Agence France Presse*, August 9, 2018, 4:22 p.m. - Tesla shares tumbled Thursday following a report

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

the company faces intensifying scrutiny from securities regulators as US stocks finished a quiet session mostly lower.

(aa)    Tesla's common stock price declined 4.83%, from a close of $370.34 per share on August 8, 2018 to a close of $352.45 per share on August 9, 2018 on volume of 17.2 million shares, which was 2.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(bb)    On Friday, August 10, 2018, Tesla's share price opened at $354.00, a 0.4% increase from the prior day close of $352.45, and further increased slightly to close at $355.49 likely on reports that the Tesla board would meet with advisers next week on the go private deal.  News articles reported that Tesla's board of directors plans to meet with advisers next week, for example:

   i.   "Tesla Board To Ramp Up Going-private Talks: Report – MarketWatch," *Dow Jones Institutional News*, August 9, 2018, 5:18 p.m. - The Tesla Inc. (TSLA) board of directors plans to meet with advisers next week to make formal the process of exploring Chief Executive Elon Musk's proposal to take the company private, according to a CNBC report that cited people familiar with the matter. The board is likely to ask Musk to recuse himself, and the board told him that he'd need his own set of advisers, the report said.

   ii.  "Bloomberg: Tesla seeking 'wide' investor pool for go-private plan," *Bloomberg News*, August 10, 2018, 3:05 p.m. - Tesla (NASDAQ: TSLA) is trimming some gains on a report that the automaker is seeking a "wide" investor pool in its go-private plan.  That's in an apparent move to avoid concentrating ownership of the stock, Bloomberg notes.  It's also raising chatter among investors questioning just how "secured" the funding is that CEO Elon Musk was tweeting about.  Shares are back to flat after rising as much as 2.1% to $360 today.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii.  "Exclusive: Tesla's board seeking more information on Musk's financing plan – sources," *Reuters News*, August 9, 2018, 8:26 p.m. - Tesla Inc's <TSLA.O> board has not received a detailed financing plan from CEO Elon Musk, and is seeking more information about how he will take the U.S. electric car maker private in a proposed deal worth $72 billion, people familiar with the matter said on Thursday.

While Tesla's board has held multiple discussions about Musk's proposal, which first became public on Tuesday, it has not yet received specific information on who will provide the funding, one of the sources said.

(cc)     Tesla's common stock price increased 0.86%, from a close of $352.45 per share on August 9, 2018 to a close of $355.49 per share on August 10, 2018 on volume of 11.6 million shares, which was 1.4 times the average volume during the 120 trading days prior to the start of the Class Period.

(dd)     On Monday, August 13, 2018, Tesla's share price opened at $361.13 a 1.6% increase from the prior day close of $355.49.  Thereafter, the stock price declined during the day to close at $356.41 on news that said shares shot up more than 3% on Musk's blog post (before the markets opened) explaining his August 7th tweet, but then turned down as investors parsed the statement and that investors now know that his "funding secured" tweet last week was premature at best.  News articles reported, for example:

i.   "Two lawsuits accuse Elon Musk of false statements to boost Tesla share price," *CNN Wire*, August 11, 2018, 5:59 p.m. - Two new lawsuits accuse Tesla and its CEO Elon Musk of violating federal securities law by allegedly making false statements to boost the company's stock price.

The complaints, filed in federal court in San Francisco this week, claim Musk sought to mislead investors when he said on Twitter that he had secured the funding to take Tesla private. …

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Both lawsuits accused Musk or Tesla of harming short sellers with false information.

ii. "Report: Saudi Arabia is looking to invest big in Tesla as the company teases going private," *Business Insider*, August 12, 2018, 8:45 p.m. - While Tesla CEO Elon Musk teased last week about taking the company private, several suitors may have already been courting the electric car giant months ago.

Saudi Arabia's Public Investment Fund, the country's sovereign wealth fund, is in talks with Tesla about becoming a significant investor as part of the move towards privatization, sources with knowledge of the fund's plans told Bloomberg Sunday.

The Saudi investment fund approached Musk months ago to discuss acquiring a minority stake but was turned down as the company did not plan on issuing new shares at the time, a source close to the discussions told Bloomberg. In turn, the fund bought nearly $2 billion worth of Tesla shares on the market with the help of an investment bank, building up a stake just short of 5% in the company.

The fund has not yet made any concrete plans with Tesla on increasing its stake, sources told Bloomberg, but talks are ongoing, and continued investment in the company is seen as a strategic step toward diversifying the Saudi economy away from oil.

iii. "Tesla surges after Elon Musk offers details about his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:09 a.m. - Shares of Tesla surged as much as 3% in early-trading Monday, before paring their gains, after CEO Elon Musk published an update on his plans to take the company private at $420 a share.

Despite tweeting on Tuesday that funding had been secured, Musk's newest blog post appears to contradict that claim.

iv. "Elon Musk reveals what he meant by his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:45 a.m. - In his statement on Monday, Musk said that following his August 7 tweet, he has been in communication with the managing director of the Saudi fund.

"He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements," Musk said.

v. "Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars," *Dow Jones Institutional News*, August 13, 2018, 1:13 p.m. - Saudi Arabia's desire to take a big stake in Tesla Inc. reflects its ambitious plan to build a base in the kingdom for electric-car production and diversify away from oil.

Its sovereign-wealth fund is considering raising its nearly 5% holding in Tesla, people familiar with the matter said. Discussions among Saudi officials about increasing the Public Investment Fund's stake accelerated after Tesla Chief Executive Elon Musk last week proposed to take the car company private in a tweet, the people said.

vi. "MW UPDATE: Wall Street has spoken: Tesla funding is not 'secured'," *MarketWatch*, August 13, 2018, 3:39 p.m. - All of Wall Street, and MarketWatch along with it, wanted to know more about Elon Musk's claims last week that he had the funding to take Tesla Inc. private.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

After Musk explained himself Monday morning, investors now know that his "funding secured" tweet last week was premature at best. They showed that they were not buying his explanation by not buying Tesla (TSLA) stock at going rates well lower than the $420 level Musk quoted in that now-infamous tweet.

In a blog post early Monday, Musk responded to the doubts that have arisen since he created havoc among investors last Tuesday with the tweet that he was considering taking Tesla private at $420 a share. …

Taken together, Musk's definition of "funding secured" appears to be, to assess it charitably, a stretch. And it certainly does not live up to what was required after his original tweet.

vii. "MW UPDATE: Tesla shares swing higher amid confusion about Musk's going-private plan," *MarketWatch*, August 13, 2018, 5:03 p.m. - Tesla Inc. shares wavered between gains and losses Monday as the boost from Chief Executive Elon Musk's blog post detailing his proposal to take the Silicon Valley car maker private faded.

Tesla (TSLA) shares shot up more than 3% in pre-market trading as Musk's blog post on the company's website went up, but then turned down more than 1% in midday trade as investors parsed the statement. They ended the session 0.3% higher at $356.41.

(ee)    An article in *The New York Times* on August 13, 2018 stated that, according to sources the Musk Tweets had not been cleared with the Tesla board and that some members of the board were blindsided by the tweet:

An abrupt tweet last week by Elon Musk about the prospect of taking Tesla private was dashed off with little forethought, and had not been cleared ahead of time with the company's board, two people familiar with the chain of events said Monday….

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

But three people familiar with the workings of the Saudi fund cast doubt on his account. They said the fund had taken none of the steps that such an ambitious transaction would entail, like preparing a term sheet or hiring a financial adviser to work on the deal....

A person with direct knowledge of the Tesla board's thinking said some members of the board had been totally blindsided by Mr. Musk's decision to air his plan on Twitter.... ("Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," NYTimes.com Feed, August 13, 2018, 10:05 a.m.).

(ff) Analyst commentary on August 13, 2018 included CFRA stating the going private deal could be more likely than previously thought and Morningstar, which was also positive on the likelihood of the deal happening:

i. (CFRA, *CFRA REITERATES HOLD OPINION ON SHARES OF TESLA, INC.*, August 13, 2018, 11:36 a.m. (source of timestamp: Capital IQ) - We think Elon Musk's blog post likely reduces legal risk fallout for TSLA and helps clarify the potential going private situation, even if a transaction is ultimately not consummated. In the post, Mr. Musk explains how the Saudi Arabia Public Investment Fund had repeatedly expressed interest in taking Tesla private, something the fund could likely afford, leading Musk to believe that funding for a transaction was "secured". The blog also explains how the deal could be more likely than we previously thought, as it would ideally be structured to be less leveraged via greater than expected use of equity versus debt. We would prefer this given TSLA's already plentiful cash needs.

ii. Morningstar, *Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain*, August 13, 2018, 4:50 p.m. (source of timestamp: Capital IQ) - Tesla CEO Elon Musk issued a blog post Aug. 13 that states he is still gauging shareholder interest in Tesla going private at $420 a share, but our impression of his words is that he thinks it can happen, and we agree. Tesla's board still

must receive a formal proposal and then will have to evaluate it, so we think a deal will not happen this week but will eventually be announced. Musk also said the Saudi Arabian sovereign wealth fund has taken almost a 5% stake in Tesla, and he met with it recently about going private. All shareholders would have the choice of having their stock bought out at $420 a share or remaining invested in a private Tesla. We speculate that retail investors may have their equity moved to a publicly traded special-purpose vehicle while accredited investors would only be able to buy or sell shares every six months.

(gg)     Tesla's common stock price increased 0.86%, from a close of $355.49 per share on August 10, 2018 to a close of $356.41 per share on August 13, 2018 on volume of 10.5 million shares, which was 1.3 times the average volume during the 120 trading days prior to the start of the Class Period.

(hh)     On Tuesday, August 14, 2018, Tesla's share price opened at $358.45 a 0.6% increase from the prior day close of $356.41.  Thereafter, the stock price declined to close at $347.64 on reports questioning the accuracy of Musk's latest tweets on hiring advisers Goldman Sachs and Silver Lake.

i.     "Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction," *GlobeNewswire*, August 14, 2018, 8:30 a.m. - Tesla, Inc. (the "Company") announced today that its Board of Directors has formed a special committee comprised of three independent directors to act on behalf of the Company in connection with Elon Musk's previously announced consideration of a transaction to take the Company private (the "Going Private Transaction"). The special committee has not yet received a formal proposal from Mr. Musk regarding any Going Private Transaction nor has it reached any conclusion as to the advisability or feasibility of such a transaction.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(ii) Analysts commented on Musk's blog post on August 13 including Barclays stating that the go-private deal was still in its early stages and J.P. Morgan questioning whether the deal was ever near the finish line and not sure what to believe:

    i. Barclays, *Time for even 'Blue Pillers' to Cash Out?*, August 14, 2018, 12:15 a.m. (source of time stamp: Capital IQ) - Tesla's blog post on Monday 8/13/18 makes it clearer buyout is still in early stages, and board has much work to do; ... Yesterday Elon Musk's blog post made it clear - as we suspected last week - that any go-private transaction still had numerous hurdles in front of it. …

    And on Monday 13 August 2018, an updated blog post on the Tesla site from Mr. Musk made it clear that the funding was in its very early stages.

    ii. J.P.Morgan, U.S. Autos, Auto Parts, Tires, & Auto Auction, Presentation for 2018 "Summer Lunch Series," August 14, 2018, p. 28 at JPMS_00002961 - We significantly raised our price target based upon assertions of fact from Tesla CEO Elon Musk that "funding is secured" …

    We raised our price target from $195 to $308, but are ready to again value the firm on fundamentals alone should a deal not be cobbled together.

    Already, it seems, such a deal is in trouble and may never have been anywhere near the finish line in the first place:

    Monday, August 13 morning blog post to us seems a walk-back aimed more at providing legal cover for Mr. Musk than at providing additional details to the financial community;

    Monday, August 13 afternoon report by NYTimes says Musk 4/20 tweet took Board by surprise;

Monday, August 13 evening tweet by Elon Musk says excited to work with Silver Lake and Goldman Sachs as financial advisors on proposal to take Tesla private.

WE [ARE] NOT SURE WHAT TO BELIEVE!

(jj) Tesla's common stock price declined 2.46%, from a close of $356.41 per share on August 13, 2018 to a close of $347.64 per share on August 14, 2018 on volume of 7.0 million shares, which was 0.8 times the average volume during the 120 trading days prior to the start of the Class Period.

(kk)    On Wednesday, August 15, 2018, Tesla's share price opened at $341.91 a 1.6% decrease from the prior day close of $347.64.  Thereafter, the stock price declined further to close at $338.69 on reports that the SEC had issued a subpoena to Tesla and news that the SEC probe was now a formal investigation regarding the Musk tweets. News articles reported for example:

i.   "SEC Is Said to Send Subpoenas to Tesla on Privatization: Fox," *Bloomberg First Word*, August 15, 2018, 10:50 a.m. - The SEC sent subpoenas to Tesla on privatization plans and Musk's statements involving funding, Fox's Charles Gasparino tweeted citing sources.

Subpoenas signal investigation has reached the 'formal' stages, tweet said. Tesla extends losses, falls to session low, down as much as 4.5%.

ii.  "Tesla and Elon Musk under fire as SEC issues subpoenas," *The Telegraph Online*, August 15, 2018, 1:03 p.m. - US authorities have intensified an investigation into Tesla's privatisation plan by issuing formal summons to the electric car manufacturer's chief executive Elon Musk. …The SEC investigation into the company stepped up a gear on Wednesday when the SEC issued a formal subpoena to Tesla officials and Mr Musk, the company's billionaire founder, according to Fox News. …

Tesla's share price dropped 3.9pc following the reports of the subpoenas, which are likely to complicate any discussions about taking the group private.

iii. "Musk Seen Facing National Security Review in a Tesla-Saudi Deal," *Bloomberg News*, August 15, 2018, 12:48 p.m. - Elon Musk will likely need clearance from U.S. national security officials for any proposal to take Tesla Inc. private with financing from Saudi Arabia, just as the Trump administration steps up scrutiny of foreign investment in American technology.

The deal, if it becomes reality, would be among the first to be reviewed by U.S. officials since President Donald Trump signed legislation this week that expands the government's authority to investigate and potentially block foreign takeovers of domestic companies.

iv. "Tesla shares fall on reports of SEC subpoena," *Agence France Presse*, August 15, 2018, 5:33 p.m. - Shares of Tesla fell Wednesday following reports US securities regulators have subpoenaed the electric car maker's Chief Executive Elon Musk over his statements about taking the company private.

Shares finished down 2.6 percent at $338.69 after news of the formal demand for information was published by Fox Business and The New York Times. Shares fell as much as 4.5 percent earlier in the session.

The development suggests the oversight by the US Securities and Exchange Commission -- which was characterized in previous news articles as an inquiry -- has "advanced to a more formal, serious stage," said The Times, which cited a person familiar with the matter.

A subpoena "typically requires the approval of top SEC officials," the newspaper added.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

A Wall Street Journal story published after the stock market closed said the subpoena sought information from each of Tesla's directors.

A Tesla spokesperson declined comment.

(ll) Tesla's common stock price decreased 2.57%, from a close of $347.64 per share on August 14, 2018 to a close of $338.69 per share on August 15, 2018 on volume of 9.1 million shares, which was 1.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(mm)     On Thursday, August 16, 2018, Tesla's share price opened at $339.91 a 0.4% increase from the prior day close of $338.69.  Thereafter, the stock price declined during the day to close at $335.45 on mixed news and analyst commentary on Tesla's Model 3 production forecast and base Model 3 future profitability. News articles reported for example:

   i.   "Tesla's Odds of Going Private Less Than 50%, Bernstein Says," *Bloomberg First Word*, August 16, 2018, 7:11 a.m. - Tesla's odds of a successful take-private transaction are less than 50%, Bernstein analyst Toni Sacconaghi writes in a note raising the automaker's PT to $325 from $265.

   See Tesla as a challenging company to value given lack of cash flow, high capital intensity and explosive growth

   Sees a valuation range of $300 to $400 and current share prices imply margins and market share in 2050 that are higher than Mercedes and BMW

   Believe questions around a take-private transaction and the clarity of Model 3 quality and profitability will likely be answered over the next few quarters

   Maintain market-perform

(nn)     Tesla's common stock price decreased 0.96%, from a close of $338.69 per share on August 15, 2018 to a close of $335.45 per share on August 16, 2018 on volume of 6.1 million shares, which was 0.7 times the average volume during the 120 trading days prior to the start of the Class Period.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(oo)     On Friday, August 17, 2018, Tesla's share price opened at $323.50 a 3.6% decrease from the prior day close of $335.45, and continued to decline to close at $305.50 on reports of an Elon Musk interview by *The New York Times* that linked the Musk Tweets to concerns about Musk's ability to lead the company.  Further, in addition to reporting on Musk's health issues, *The New York Times* article (the "*NYT* Article" or "*NYT* Interview") also "noted that the funding for the proposed going private transaction 'was far from secure' and the Public Investment Fund 'had not committed to provide any cash'" and "that no one had seen or reviewed Musk's August 7, 2018 tweet before he posted it indicating that no going private transaction was imminent."

(pp)     The news articles starting late at night on August 16, 2018 begin with the Musk interview by *The New York Times* (published in print on August 17, 2018):

Elon Musk was at home in Los Angeles, struggling to maintain his composure. "This past year has been the most difficult and painful year of my career," he said. "It was excruciating."

The year has only gotten more intense for Mr. Musk, the chairman and chief executive of the electric-car maker Tesla, since he abruptly declared on Twitter last week that he hoped to convert the publicly traded company into a private one. The episode kicked off a furor in the markets and within Tesla itself, and he acknowledged on Thursday that he was fraying.

(qq)     In an hourlong interview with The New York Times, he choked up multiple times, noting that he nearly missed his brother's wedding this summer and spent his birthday holed up in Tesla's offices as the company raced to meet elusive production targets on a crucial new model.

Asked if the exhaustion was taking a toll on his physical health, Mr. Musk answered: "It's not been great, actually. I've had friends come by who are really concerned."

…

For two decades, Mr. Musk has been one of Silicon Valley's most brash and ambitious entrepreneurs, helping to found several influential technology companies. He has often

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

carried himself with bravado, dismissing critics and relishing the spotlight that has come with his success and fortune. But in the interview, he demonstrated an extraordinary level of self-reflection and vulnerability, acknowledging that his myriad executive responsibilities are taking a steep personal toll.

(rr) In the interview, Mr. Musk provided a detailed timeline of the events leading up to the Twitter postings on Aug. 7 in which he said he was considering taking the company private at $420 a share. He asserted that he had "funding secured" for such a deal a transaction likely to be worth well over $10 billion.

That morning, Mr. Musk woke up at home with his girlfriend, the musician known as Grimes, and had an early workout. Then he got in a Tesla Model S and drove himself to the airport. En route, Mr. Musk typed his fateful message.

…

Mr. Musk has said he was referring to a potential investment by Saudi Arabia's government investment fund. Mr. Musk had extensive talks with representatives of the $250 billion fund about possibly financing a transaction to take Tesla private -- maybe even in a manner that would have resulted in the Saudis' owning most of the company. One of those sessions took place on July 31 at the Tesla factory in the Bay Area, according to a person familiar with the meeting. But the Saudi fund had not committed to provide any cash, two people briefed on the discussions said.

(ss) News media commented:

    i.  "Tesla's stock falls sharply after Elon Musk's tearful interview," *CNN Wire*, August 17, 2018, 11:51 a.m. - Tesla's stock tumbled after CEO Elon Musk said he's working himself to the bone and relies on Ambien to sleep.

In a[] tearful interview with The New York Times, Musk said this has been "the most difficult and painful year" of his career. He said he works 120 hours some weeks and has trouble sleeping. Musk is also CEO of SpaceX and The Boring Company.

Investors weren't sympathetic.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The stock fell 8% on Friday, and it's down more than 20% since the day Musk tweeted he had secured funding for a private takeover of Tesla.

Musk hasn't exactly given investors confidence that he's on the ball.

He admitted in the Times interview that he hadn't cleared his tweet with anyone at Tesla before firing it off midday August 7.  He also said that the price he chose " $420 a share" was somewhat arbitrary. He wanted it to be a 20% premium, which would have been around $419. So he tweeted $420 because it was "better karma."

ii.  "Tesla stock sinks after Musk gives tearful NYT interview," *Reuters News*, August 17, 2018, 4:00 p.m. - Tesla Inc's shares slumped 9 percent on Friday after Chief Executive Officer Elon Musk told the New York Times he was under major emotional stress and was preparing for "extreme torture" from short sellers.

Tesla stock was on track for its biggest daily slump in two years as Wall Street questioned Musk's ability to lead the electric car maker. Investors also were worried about reports that regulators were pressuring Tesla's directors for details about how much information he shared with them.

iii.  "As Musk admits to job stress, Tesla's board may have to act," *Associated Press Newswires*, August 17, 2018, 6:08 p.m. - Elon Musk's erratic behavior was front and center again this week as the CEO of Tesla conceded that he's overwhelmed by job stress, pushing his electric car company's stock down and bringing pressure on its board to take action.

Musk's revelation, in a Thursday interview with The New York Times, came as government regulators are reportedly investigating whether his recent out-of-the-blue tweet about taking Tesla private violated disclosure requirements.

Now, experts say Tesla has reached an intersection where the board must decide the direction of its leadership. Among their suggestions: Remove

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Musk as CEO, permanently or via a temporary leave of absence, or appoint a No. 2 executive who could act as a steadying hand.

(tt) J.P. Morgan stated that subsequent events led the analyst to believe that funding was not secured for going private:

We are reverting to valuing Tesla shares on the basis of fundamentals alone, which entails a $113 reduction in our price target back to the $195 level where it stood prior to our August 8 note in which we newly weighted 50% in our valuation analysis a go-private scenario for which funding was at that time said to have been secured to take the company private at $420 per share …In reference to statements on Twitter on August 7 by Tesla CEO Elon Musk that "funding has been secured", we wrote in our August 8 note, "As surprising to us as these developments are, and as lacking as the statements are in any details regarding whom is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." We also stated, "Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through."

Our interpretation of subsequent events leads us to believe that funding was not secured for a going private transaction, nor was there any formal proposal.  On August 13, Mr. Musk posted a statement to Tesla's website in which he explained that the comment relative to funding being secured was based upon a July 31 meeting with the Saudi Arabian sovereign wealth fund in which its representative expressed support for funding a transaction to go private. However, it was also stated, "Following the August 7th announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements." We had imagined following the surprise August 7 announcement that another party (e.g., the Saudi fund) had already firmly

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

decided (including having completed any internal review process) to fund a going private transaction. The revelation the Saudi fund is subsequently asking Tesla for details of how the company would be taken private suggests to us that any deal is potentially far from even being formally proposed, which is different from our understanding on August 8 which was based on Mr. Musk's statement on Twitter that, "Only reason why this is not certain is that it's contingent on a shareholder vote". (J.P. Morgan, *Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195*, August 20, 2018, 6:15 a.m.).

(uu)    In an email dated August 17, 2018 at 8:59 a.m., the J.P. Morgan analyst, Ryan Brinkman, wrote "I'm thinking on Monday to perhaps remove the 50% "go private" weighting, taking price target back down to $195. Obviously a tough call."  Source: JPMS_00004543 (Exhibit 21 to Deposition of Ryan Brinkman, May 4, 2021).    Mr. Brinkman  also stated "I think I was the first analyst to come out and say -- or one of the first, that these Tweets weren't true and essentially it would be tantamount to say the CEO had lied or mislead investors which is, you know, something that's impolitic and I think I handled it in the best way possible." Brinkman Dep. 100:9 - 100:18.

(vv)    Mr. Brinkman also testified, when asked about the *NYT* Article, "I don't know if this is for sure the one, but it might have been the article where there was reference to board of directors not having known about the go-private Tweet, which certainly would have been impactful for my research and understanding of the situation."  Brinkman Dep. 93:7-93:13.

(ww)    Mr. Brinkman stated that the Board's failure to review Musk's tweets before publication was important because "…CEOs just don't come out with announcements that the company is being taken private or acquired by another company or even acquiring another company without the board of directors being at least aware. So it -- it very much undermined the veracity of the August 7 Tweets."  Brinkman Dep. 95:15 - 96:23.

(xx)    Tesla's common stock price decreased 8.93%, from a close of $335.45 per share on August 16, 2018 to a close of $305.50 per share on August 17, 2018 on volume of

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

19.0 million shares, which was 2.3 times the average volume during the 120 trading days prior to the start of the Class Period.

Plaintiff further refers to the expert report dated September 22, 2020 of Dr. Michael Hartzmark submitted in support of Plaintiff's motion for class certification and the deposition of Dr. Hartzmark taken on November 19, 2020.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 13:**

IDENTIFY each and every alleged corrective disclosure during the CLASS PERIOD that YOU contend removed artificial inflation from TESLA's stock price caused by a CHALLENGED STATEMENT or CHALLENGED OMISSION, and IDENTIFY why YOU make that contention and all facts supporting that contention.

**RESPONSE NO. 13:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify" and "You." Plaintiff objects further to this Interrogatory to the extent it is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff objects further on these grounds in light of the technical and complex information sought by this Interrogatory and the fact that expert discovery will be ongoing through January 6, 2022. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," "Challenged Statement," and "Challenged Omission." Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Plaintiff further objects to this Interrogatory as improperly and prematurely requesting information that will be subject of expert opinion and an expert report. Plaintiff will provide additional information responsive to this Interrogatory in an expert report served in accordance with the schedule in this proceeding.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 caused members of the Class to suffer damages as a result of their investment in Tesla's securities. Damages resulted from artificial inflation introduced and then maintained in the price for Tesla securities by the statements identified in response to Interrogatory No. 1. The artificial inflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information. Members of the class suffered harm when they purchased Tesla securities at an inflated price and then (1) held their Tesla securities to the end of the Class Period, (2) sold their Tesla securities at a lower price reflecting reduced inflation; or (3) used the Tesla stock purchased at an artificially inflated price to close an existing short position.

The statements identified in response to Interrogatory No. 1 also artificially reduced the price of certain Tesla securities and members of the Class suffered harm when they sold those securities at

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

artificially deflated prices. The artificial deflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information.

Members of the class also suffered losses when the price of their Tesla securities declined as a result of reputational harm, loss of management credibility, and an increase in regulatory and legal risk caused by the false and misleading statements identified in response to Interrogatory No. 1.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 were material:

(a) Jeffrey Spurling, an analyst at Citadel, emailed Martin Viecha on August 7, 2018 for confirmation as to whether Musk's tweets were "a twitter joke, or a real disclosure of Elon Musk's intention to take Tesla private at $420 per share." Viecha responded that Musk's tweets were "[n]ot a joke" and that they were "serious tweet[s]"; (TSLA_LITTLETON_00004099 at 2; *see also* Martin Viecha Tr. at 116:17-117:2).

(b) Eric Hogner, an analyst at Lansdowne Partners, emailed Viecha on August 7, 2018 to "confirm that these tweets are real." Viecha confirmed in response that "Yes, these Tweets are official." (TESLA_LITTLETON_00004110; *see also* Martin Viecha Tr. at 120:14-120:25);

(c) Itay Michaeli, an analyst at Citi Research, emailed Viecha on August 7, 2018 to inquire whether there was "an actual transaction on the table (with secured financing)" or if going private was "more of a strategic announcement . . . ." Viecha responded that "the very first Tweet mentioned a firm offer." (TESLA_LITTLETON_00004154; *see also* Martin

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Viecha Tr. at 129:8-129:18);

(d) Nii Owuraka Koney, a Managing Director at Jennison Associates, emailed Viecha on August 7, 2018 requesting a telephone call to discuss the "funding" for the transaction. Viecha responded that "[t]he very first tweet simply mentioned 'Funding secured' which means that this is a firm offer" and that "the offer is as firm as it gets." (JENN0000074; *see also* Martin Viecha Tr. at 137:13-138:21) Mr. Koney also testified on July 14, 2021 that his "view all along" was that the "offer at $420" was a "real offer." (Nii Owuraka Koney Tr. at 116:8-116:15);

(e) Bradley Erickson, an analyst at KeyBanc Capital Markets, emailed Viecha on August 7, 2018 asking for him to "clarify" whether "funding is secured." Viecha responded by confirming that "the first Tweet clearly stated that 'financing is secured.' Yes, there is a firm offer." (TESLA_LITTLETON_00004010; *see also* Martin Viecha Tr. at 154:13-155:11);

(f) Toni Sacconaghi, an analyst at AllianceBernstein, emailed Viecha on August 7, 2018 for "questions/clarification on today's news and blog post." Viecha stated in response that "apart from what has been tweeted and what was written in a blog post, we can't add anything else. I only wanted to stress that Elon's first tweet, which mentioned 'financing secured' is correct" and that "financing is secured regardless of other assumptions." (TESLA_LITTLETON_00004253 at 1-2; *see also* Martin Viecha Tr. at 156:21-158:15);

(g) On August 7, 2017, Deepak Ahuja informed Elon Musk and Todd Maron that they were "getting a lot of enquiries from investors, SEC and the media to better understand the comment 'funding secured.'" (TESLA_LITTLETON_00019605);

(h) As of 11:05 am of August 7, 2018, all major media had contacted Dave Arnold, Tesla's Sr. Director of Global Communications, with inquiries about Elon's taking Tesla private tweet, including Thomson Reuters, NBC Universal, Fox Business Network, Associated Press, Forbes, CBS, Washington Street Journal, Bloomberg, Financial Times, Los

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Angeles Times, CNN Money, USA Today, The Daily Telegraph (England), The Buffalo News, San Francisco Chronicle, The Street, BuzzFeed News, The Hill, Silicon Valley Business Journal, Bay Area News Group, Recode (Vox), The Verge, and Jalopnik. (TESLA_LITTLETON_00013639);

(i)   Dave Arnold testified on September 30, 2021 that Tesla Communications team was "getting flooded with inquiries" and that he "did not really see a scenario in which we, Tesla the company, could not just not say anything." (Dave Arnold Tr. at 75:24-76:2);

(j)   On August 7, 2018, after Tesla published Elon email to Tesla employees explaining his reasoning behind the tweets, Dave Arnold informed Deepak Ahuja and Todd Maron that following Tesla blog post, media reported that Elon's consideration about taking Tesla private was "shocking investors and analysts." (TESLA_LITTLETON_00012975);

(k)   David Arnold, Tesla's Global Communications Director, testified on September 30, 2021 that Elon Musk's and Tesla's statements after the initial tweet on August 7, 2018 provided "additional information on top of the initial tweet [Musk] sent." (David Arnold Tr. at 69:3-69:8);

(l)   From an opening price of $343.84 per share, Tesla's stock rose to an intraday high of $387.46 per share and closed at $379.57 per share. Over 30 million shares traded on August 7, 2018, which is more than twice Tesla's daily average volume;

(m)  On August 8, 2018, a Nasdaq representative emailed Deepak Ahuja and Martin Viecha informing them that "[f]ollowing [Elon's taking Tesla private] news, … [y]esterday, TSLA closed up 11% to 379.57 on volume of 30.8 million shares. Yesterday's trading range was $339.15-387.46." (TESLA_LITTLETON_00004671).

(n)   The Musk communications on August 7, 2018 caused an immediate price reaction in Tesla's stock, with Tesla's stock price increasing to $365.03 per share (just prior to 12:49 p.m.) from $356.85 per share (just prior to 12:48 p.m.) on volume of over 800,000 shares in this first minute of trading after the Musk Tweets.  Tesla's stock continued to be

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

heavily traded on August 7, with volume of over 10 million shares until a trading halt at 2:08 p.m., ("Tesla Inc. (TSLA) Halted due to pending news," *Dow Jones Institutional News*, August 7, 2018, 2:08 p.m.), when the price was $367.25.

(o) Tesla stock resumed trading at approximately 3:45 p.m., ("Tesla Inc. (TSLA) Resumed Trading," *Dow Jones Institutional News*, August 7, 2018, 3:45 p.m.), quickly increasing to over $386 per share before closing at $379.57 per share with additional volume of over 6 million shares.

(p) During and after market trading hours on August 7, 2018, news articles reported that the Musk Tweets caused an increase in Tesla's share price on August 7, 2018, for example:

   i. "Tesla Jumps After Musk Tweets He Could Take Co. Private at $420," *Bloomberg News*, August 7, 2018, 1:00 p.m. - "Am considering taking Tesla private at $420. Funding secured," Tesla CEO Elon Musk says in tweet.  Tesla climbs to session high, up 8.2%, on Musk's tweet."

   ii. "Tesla's Musk Tweets He's 'Considering' Taking Company Private – MarketWatch," *Dow Jones Institutional News*, August 7, 2018, 1:07 p.m. - Tesla Inc. (TSLA) jumped as much as 8% midday Tuesday after Chief Executive Elon Musk tweeted he was "considering" taking the Silicon Valley car maker private at $420 a share. "Funding secured," the tweet continued, garnering calls to "dewit" and love yous from Musk supporters on Twitter. The price would represent a 16% upside from Tuesday's prices.

   iii. "Tesla shares jump on Musk tweet on taking company private," *Agence France Presse*, August 7, 2018, 1:09 p.m. - Tesla shares jumped after midday on Tuesday following a tweet by Chief Executive Elon Musk that he was considering taking the electric automaker private.  Shares were up 5.9 percent to $361.87 around 1700 GMT after spiking to $371.15 shortly after Musk's tweet.

   iv. "Afternoon of Terror for Tesla Shorts Fomented by Musk's Tweet," *Bloomberg*

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

*News*, August 7, 2018, 1:54 p.m. - What's in a tweet? About $500 million of potential losses to short sellers, when it comes to Tesla's Chief Executive Officer Elon Musk.  A tweet that he's considering taking the company private "at $420" sent an already elevated stock higher. From around $355 it jumped above $371 just after the post, before the gains were pared.

    v.  "MW UPDATE: Stocks close higher as earnings news trumps trade-war fear; Tesla soars 11% on Musk's going-private tweet," *MarketWatch*, August 7, 2018, 4:39 p.m. - The Nasdaq rose for a sixth day in a row, its longest winning streak since March, led by Tesla Inc., which spiked following a tweet from Chief Executive Elon Musk that he was considering a move to take the company private, which was followed by confirmation from the company.

    vi.  "Crazy Ride for Tesla Watchers as Musk Tweets: TOPLive Takeaways," *Bloomberg First Word*, August 7, 2018, 4:25 p.m. - Key takeaways from the TOPLive blog on Tesla Inc. after CEO Elon Musk tweeted he's considering taking the automaker private.

Elon Musk tweeted that he wants to take Tesla private at $420 a share and said he had "funding secured."

Shares initially rose as much as 8% until trading was halted for an hour and a half. Musk in a series of tweets said he doesn't have a controlling vote and wouldn't expect any shareholder to have one if the company goes private. He said people could still invest in Tesla once it's private.

Musk later put out a letter that, in essence, said that the company would be better off focusing on its goals without the scrutiny of investors and the "attacks" from short sellers.

Still, Musk said, a final decision hasn't been made.

Investors and analysts, even Musk himself, all seemed a little uncertain whether

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

this will happen. The same with the market: Tesla shares closed up 11% to $379.57. That was a great run, but still about $40 shy of what Musk would want to offer shareholders to get a deal done. Shares were coming down by about $5 in after-market trades.

vii.   "Elon Musk tweets a lot. This time was different," *CNN Wire*, August 7, 2018, 6:09 p.m. - Going private, Musk said, would end "negative propaganda from shorts," referring to his hated short-sellers.  Around 3:30 ET, Tesla released a statement via its blog, titled "Taking Tesla Private."  It contained a letter from Musk sent to Tesla employees. … Musk then tweeted the blog post with his own commentary.  "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote," he said.

viii.   "Is Tesla going private? Elon Musk claims 'investor support is confirmed' after tweeting plans to privatize at $420 per share, in shock announcement that HALTED the stock for almost two hours," *Mail Online*, August 7, 2018 6:41 p.m. - Shares of Tesla were halted in afternoon trading on Tuesday after CEO Elon Musk tweeted that he's considering taking the electric car company private at $420 a share - a significant jump from the stock's current price of roughly $379. Musk said the take-private transaction has received investor support and now rests on a shareholder vote in order for it to become official.

(q) Analysts also commented on the Musk Tweets, for example:

i.   Canaccord Genuity, *Shares up 6% on tweet from CEO*, August 7, 2018, 1:52 p.m. (source of timestamp: Capital IQ) - Shares up 6% on tweet from CEO Tesla's Chairman and CEO, Elon Musk, tweeted that he is "considering taking Tesla private at $420," and that he has "Funding secured."

This tweet epitomizes the reason we have a HOLD rating on Tesla shares and not a Buy. If true, and his account was not hacked, this reinforces the rationale behind our market neutral stance.

As the company matures or on pullbacks we would look to become more constructive but remain on sidelines at current levels.

ii. Morningstar, *Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price*, August 7, 2018, 3:06 p.m. (source of timestamp: Capital IQ) - Tesla CEO Elon Musk tweeted around midday on Aug. 7 the following: "Am considering taking Tesla private at $420. Funding Secured." A buyout price of $420 per share would be for about $71.6 billion based on the July 27 outstanding share count of 170.6 million in the latest 10-Q filing, though it's unclear if Musk's roughly 22% ownership stake would be part of the deal or just converted into equity of a new private company. If a deal is announced and we think its execution is more likely than not, we will raise our fair value estimate to the deal price, but for now we are leaving our fair value estimate of $179 in place.

We find it odd that Musk would disclose that he is considering doing a deal and specifying a price rather than not saying anything until Tesla actually announces it is going private. It is possible that he wants to hurt short sellers of Tesla now. He has been very vocal against them recently, including posting a satire video on Twitter on Aug. 5. We think it is also possible that he wants to get a price higher than $420, else we would expect him to simply announce he is considering going private with funding secured and leave the $420 number out of the tweet. We speculate that the funding comes mostly from tech investors, such as possibly SoftBank or Tencent (the latter bought 5% of Tesla in 2017), sovereign wealth funds, and wealthy Silicon Valley investors.

iii.  Barclays, *Musing about going private is the latest strange twist*, August 7, 2018, 4:57 p.m. (source of timestamp: Capital IQ) - This is out there even for Tesla

Elon's tweet and blog post around going private at $420/share was certainly a disruptor this afternoon. What was looking to us to be a quiet afternoon digesting the earnings results of auto rental companies was disrupted by Elon Musk's tweet …

We're not clear where the funding would come from – would have to be largely equity

Buyout would require ~$70bn - ~$60bn for equity and ~$10bn to take out debt. With 145mn shares (including shares for comp, but subtracting Musk's 34mn shares), a buyout at $420/share would require $60bn to take out all public shareholders. Even with the Saudi fund taking a 3-5% stake (see "Tesla shares move higher on Saudi Arabia fund stake" FT, Aug 7, 2018), that leaves a large funding gap.

And credit markets may not be that receptive. The Tesla unsecured bonds trade at a yield of ~6.7% -- so even if say $40bn could be financed in the high yield market (never mind old fashioned things like interest coverage ratios), the annual interest bill would consume $2.7bn in cash. …

And not clear how public shareholders stay in a private company. Musk promised that existing shareholders "can stay investors in a private Tesla" – but we're not clear how that would work under current registration rules/caps on non-accredited and total investors (the JOBS act requirement) – although Musk hinted at a special purpose vehicle structure that might be able to avoid the caps.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iv.   RBC Capital Markets, *On Tesla $420*, August 7, 2018, 8:53 p.m. (source of timestamp: Capital IQ - Earlier today, CEO Elon Musk started tweeting about "considering taking Tesla private at $420/share. Funding secured." This was later followed up with a letter to employees detailing the rationale. The structure would apparently be to create a special purpose fund enabling current shareholders to remain shareholders or cash out at $420. This would be subject to a shareholder vote. …

Success of consummation contingent on who goes along for the ride. The ability to convince shareholders to stay involved is likely critical to the success of Tesla going private which would be the biggest buyout in history (over $70bn). Musk owns ~20% of the shares, so all else equal, they may need to get committed financing for the remaining ~80% (~$57bn). Given Tesla's financials, we don't believe lenders would sign up to support the deal. …

And there are some chunky page 1 holders that collectively make up ~30% of the shares. However, some of those holders may not be able to hold Tesla (or as much as they currently hold) should Tesla go private. A preliminary review of some of the big mutual fund holders indicates holding limits on illiquid securities. At the very least it could cause broader portfolio reviews. That's not to say that a private Tesla can't find its way into other funds at those holders.

Elon's tone and messaging regarding a potential transaction lead us to believe that there could be significant outside funding lined up. Learning who this is will be important (and relevant for shareholders deciding whether they should stay involved should the deal consummate). We note an unconfirmed FT article from today indicates that Saudi Arabia's sovereign fund took a 3-5%

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

stake on the public markets, it was also noted they approached Tesla about new shares. In our view, sovereign funds (broadly), cash rich tech companies, Chinese sources and large VCs could all be potential candidates to provide funding.

v. UBS Securities, *A Disruptive Approach to Disclosing Material Info*, August 7, 2018, 10:28 p.m. (source of timestamp: Capital IQ) - Earlier today, CEO Musk tweeted that he is "considering" taking TSLA private at $420/share and noted funding was secured. Following his tweet, an email sent to employees was shared publicly outlining the motivation including noting that volatile stock prices are distracting to TSLA employees.

Disclosure method in question Typically, a company would disclose this kind of news via a detailed press release while the market is closed or halt their stock in advance of the announcement. Disclosing news of this nature via twitter is unprecedented and, according to a former SEC chairman, may constitute fraud if Tesla does not already have the financing lined up. The deal would likely require participation from numerous banks and institutional investors, and we think it likely that news of the deal would have leaked had Tesla already held discussions to secure funding.

Post announcement, shares closed at ~$380, with the take-out price implying ~10.7% upside from here. In past deals that terminated adversely, ~70% trade down over 10% with 1/3rd trading down more than 30%.

vi. "Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update," *Dow Jones Institutional News*, August 7, 2018, 4:51 p.m. - Even if no deal for Tesla materializes, the stock bounce following Mr. Musk's tweet could help the company preserve needed cash. Tesla has more than $1.1

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

billion in convertible bonds that will come due over the next seven months absent a sustained rise in its share price.

That starts with $230 million of convertible bonds set to mature in November if its stock doesn't reach a conversion price of $560.64, followed by $920 million that mature in March, if shares remain below the trigger price of $359.87.

The March notes would be convertible into Tesla stock instead of redeemable for cash -- a scarce resource for the company.

(r) News articles also reported on the chance that Defendant Musk would be successful taking Tesla private. For example:

i. "Musk Makes Startling Proposal to Take Tesla Private," *The Deal* August 7, 2018 - According to Gene Munster of Loup Ventures, Musk has a one-in-three shot of taking Tesla private, given the 16% premium he would pay to shareholders. … "Fundamentally, Tesla is not a good LBO candidate given it's not profitable, not cashflow heavy, and has high R&D and capex. However, the structure of the pending deal is unknown and may not take the form of an LBO."

ii. "MUSK HAS '1 IN 3 CHANCE' OF TAKING TESLA PRIVATE: GENE MUNSTER," *Bloomberg First Word*, August 7, 2018, 1:42 p.m.

(s) On August 7, 2018, Tesla's common stock price increased 6.37%, from $356.85 per share at 12:47 p.m. (just prior to the Musk Tweets) to a close of $379.57 per share on August 7, 2018 on volume of over 18 million shares, which even though it is less time than in a full trading day, was over two times the average daily volume of 8,293,907 shares during the 120 trading days prior to the start of the Class Period.

(t) On Wednesday, August 8, 2018, Tesla's share price opened at $369.09, a 2.8% decline from the prior day close of $379.57, but then quickly increased to $382.64 at

approximately 10:10 a.m. before declining following news reports that the SEC was probing Tesla over Musk's tweets.

(u) Before the market opened on August 8, 2018, news articles reported that both Jefferies and JP Morgan analysts had raised their target prices on Tesla stock following the Musk Tweets, for example:

    i. "07:59 EDT Tesla going private 'feels like the right thing to do,' says...," *Theflyonthewall.com*, August 8, 2018 - Tesla going private 'feels like the right thing to do,' says Jefferies.  Jefferies analyst Philippe Houchois raised his price target for Tesla to $360 from $250 after CEO Elon Musk suggested taking the company private. The stock closed yesterday up 11%, or $37.58, to $379.57. Going private "feels like the right thing to do," Houchois tells investors in a research note.  "Distraction or not, the move feels right even if Musk is downplaying how supportive public markets have been," the analyst adds. However, with Tesla unable to take on more debt, he wonders who may fund the potential deal and end up as a new large shareholder. Houchois raised his estimates to reflect a "better outlook" post Tesla's Q2 results. His discounted cash flow fair value points to $300 per share and his new $360 price target "bridges the gap" to the $420 potential going private bid. The analyst keeps a Hold rating on Tesla.

    ii. "MW UPDATE: JP Morgan raises Tesla price target but stays underweight in case shares trade on fundamentals again," *MarketWatch*, August 8, 2018, 7:58 p.m. - JP Morgan analysts raised their stock price target for Tesla Inc. (TSLA) to $308 from $195 on Wednesday, a day after Chief Executive Elon Musk said he is thinking of taking the company private, but said they are sticking with an underweight rating, "on chance the shares could again trade on fundamentals." "As surprising to us as these developments are, and as lacking as the statements

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

are in any details regarding who is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously," analyst Ryan Brinkman wrote in a note. Musk said he had already secured the funding for a deal, without offering any further detail. Banks and private-equity firms were surprised at that news and questioned how it could be done, given the company is cash flow negative, is loss making and saddled with about $10 billion of debt.

"We continue to believe Tesla's valuation based on fundamentals alone (i.e., a 50/50 blend of discounted cash flow and 2020-based multiples analysis - itself consisting of a blend of P/E, EV/EBITDA, and Price-to-Sales) is worth no more than $195 (our previous price target)," said Brinkman.  "But introducing a new 50% weighting of $420 suggests a large upward revision to our price target is warranted, and we newly value Tesla at $308 per share (i.e., 50/50 blend of $195 and $420)." Tesla shares were down 1% in premarket trade, but have gained 22% in 2018, while the S&P 500 has gained 7%.

(v) Beginning with a *New York Times* article at 10:24 a.m. on August 8, 2018, news articles reported that the SEC was probing Tesla over the Musk tweets, which along with reports of skepticism of the deal, caused the stock price to decline:

   i. "Did Elon Musk Violate Securities Laws With Tweet About Taking Tesla Private?," *NYTimes.com Feed*, August 8, 2018, 10:24 a.m. - Elon Musk had better be right.

   Mr. Musk's audacious offer Tuesday to take private Tesla, the innovative auto company he founded and leads as chairman and chief executive, will surely go down as one of the most unorthodox takeover bids ever. …

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

But it was Mr. Musk's "funding secured" statement on Twitter that may put the iconoclastic founder most at risk. He provided no details about how much funding had been secured, from whom or under what conditions. His email to employees did not mention anything about the funding.

"That's a clear factual statement," said John C. Coffee Jr., a professor at Columbia Law School who specializes in corporate law and securities fraud. "If it's not fully secure, that's potentially a very material misrepresentation, and a very straightforward violation of Rule 10b-5 of the securities law" in short, securities fraud.

It is illegal for a director or officer of a public company "to knowingly or recklessly make material misstatements about that company," said John Coates, a professor at Harvard Law School who teaches mergers and acquisitions. Mr. Musk's "tweets seem cryptic at best, and it is hard to see how he has complied with his duty to not be misleadingly incomplete."

A Tesla spokeswoman declined to comment.

The Securities and Exchange Commission contacted Tesla on Wednesday to inquire about the accuracy of Mr. Musk's tweets and why the announcement was not made in a regulatory filing, according to a person briefed on the inquiry, who was not authorized to speak publicly on behalf of the S.E.C. Such questions typically precede the launch of any formal investigation.

ii.   "SEC questions Tesla over Elon Musk's tweets to take the company private; Regulators said to be inquiring whether CEO's claim was factual," *MarketWatch*, August 8, 2018, 1:32 p.m. - Securities regulators have inquired with Tesla Inc. about Chief Executive Elon Musk's surprise announcement that he may take the company private and whether his claim was factual, people familiar with the matter said.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The Securities and Exchange Commission has asked whether Musk's unusual announcement on Tuesday was factual, the people said. The regulator also asked Tesla [] about why the disclosure was made on Twitter rather than in a regulatory filing, and whether the company believes the announcement complies with investor-protection rules, the people said. …

The SEC's inquiries, which originated from its San Francisco office, suggest Tesla could come under an enforcement investigation if regulators develop evidence that Musk's statement was misleading or false. It wasn't immediately clear on Wednesday whether the regulator had opened a formal enforcement investigation based on the answers it received from the company. An SEC spokesman declined to comment.

iii.  "Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla," *Investor's Business Daily*, August 9, 2018 - Tesla stock rallied on CEO Elon Musk saying he wants to take the company private. … But shares fell 2.4% on Wednesday to 370.34, amid reports that the SEC is probing Tesla over Musk's tweets…

iv.  "US stocks end near flat; Tesla retreats," *Agence France Presse*, August 8, 2018, 4:22 p.m. - One day after Chief Executive Elon Musk stirred investors with a surprise proposal to take Tesla Motors private, shares of the electric automaker fell 2.4 percent as some analysts expressed skepticism.

v.  "SEC Looks Into Musk's Taking-Tesla-private Tweets: WSJ – MarketWatch," *Dow Jones Institutional News*, August 8, 2018, 4:06 p.m. - Tesla shares rallied 11% on Tuesday, but lost 2.4% Wednesday as Wall Street faulted the plan for being lean on funding details.

(w) In addition to the Jefferies and JP Morgan analyst reports, Bernstein stated: We see upside risk in the near term to perhaps $400, but downside risk to $340 (yesterday's low

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

price) or below if no firmer details emerge, as investors would likely increasingly debate Musk's credibility and over-focus on the shares' price and volatility. (Bernstein, *Tesla: Going private? Who knows... does Elon?*, August 8, 2018).

(x) Evercore commented that: What happened? The above are two of a series of tweets by Tesla CEO Elon Musk yesterday, where the company announced that it is considering going private.

Could this happen? It is important to note that, as of today, no details have been provided with regards to what "Funding secured" means, who is providing that funding and what any potential funding structure might look like. Our view is that "Funding secured" should be interpreted as a strong verbal commitment, with funds available and parties willing to execute quickly.

Stock Implications The majority of the move towards $420 is now done, with the share price sitting within 11%. As a result, unless there is evidence to suggest that the funding is not secured and a transaction cannot be completed, we believe there is little to be done with the stock at these levels. More broadly, if Tesla has attracted a strategic investor who is willing to not only help take the company private but also to provide material funding going forward, it should enable the company to execute and move faster as it seeks to complete its mission to move the world to a solar electric future. Evercore ISI, *A Private Life is a Happy Life*, August 8, 2018, 4:26 a.m. (source of timestamp: Capital IQ).

(y) Tesla's common stock price declined 2.43%, from a close of $379.57 per share on August 7, 2018 to a close of $370.34 per share on August 8, 2018 on volume of 24.6 million shares, which was 3.0 times the average volume during the 120 trading days prior to the start of the Class Period.

(z) On Thursday, August 9, 2018, Tesla's share price opened at $365.55, a 1.3% decline from the prior day close of $370.34, and further declined to close at $352.45 on reports

that the SEC probe was intensifying and doubt the deal could be done. News articles reported, for example:

    i.  "Tesla Shares Sink as Pressure Mounts on Musk to Show the Money," *Bloomberg News*, August 9, 2018, 11:40 a.m. - Doubts about Elon Musk's ability to take Tesla Inc. private mounted across Wall Street on Thursday, driving the stock down as much as 4 percent in what's shaping up to be the worst rout in a month.

The stock slipped to $356.66 in late morning trading, well below the $420 at which Musk said shareholders would be bought out. It's now dropped on back-to-back days after having jumped 11 percent on Tuesday, when Musk vowed that he had "funding secured" for a spectacular $82 billion deal.

Since that initial tweet, though, he has offered no evidence to back up the statement. Nor has anyone stepped forward publicly -- or privately – to say they're behind the plan. People with or close to 15 financial institutions and technology firms who spoke on the condition of anonymity said they weren't aware of financing having been locked in before Musk's tweet.

"I don't really understand the idea of what was suggested in the potential for them to go private," Dick Weil, CEO of Janus Henderson Group, said in an interview with Bloomberg Television. "That's obviously an incredibly large valuation to somehow take into the private market."

All of which could be problematic as the Securities and Exchange Commission starts investigating the matter. Regulators have asked the company if what Musk tweeted was factual and why such a disclosure was made via social media rather than in a filing, according to the Wall Street Journal, citing unidentified people familiar with the matter. Judith Burns, an SEC spokeswoman, declined to comment. Tesla also declined to comment.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

ii. "Tesla Erases Gain Since Musk Tweeted He May Take Co. Private," *Bloomberg First Word*, August 9, 2018, 12:49 p.m. - Tesla shares drop as much as 4.6% to $353.33 as of 12:31 p.m. in New York, as skepticism mounts that Elon Musk has the ability to take the co. private.  Stock traded at ~$356.64 before Musk tweeted on Aug. 7…

iii. "SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)," *Business Insider*, August 9, 2018, 2:42 p.m. - The Securities and Exchange Commission is "intensifying" its inquiry into Tesla, Bloomberg reports.

The agency on Wednesday asked Tesla about whether one of CEO Elon Musk's tweets regarding the possibility of taking the company private was truthful, *The Wall Street Journal* reported, citing people familiar with the matter.

According to the Journal, the SEC is also looking into why Musk's first statement about the potential of taking Tesla private was made on Twitter instead of in a regulatory filing. The agency also asked the company whether it believes Musk's tweet follows SEC rules about protecting investors, The Journal reported.

Bloomberg reports that the agency was gathering information about statements Tesla has made regarding sales and manufacturing targets before its most recent inquiry.

An inquiry from the SEC does not necessarily mean an investigation will follow.

The SEC and Tesla declined Business Insider's requests for comment.

iv. "Tesla Will Still Need to Access Capital Markets, Moody's Says," Bloomberg First Word, August 9, 2018, 3:06 p.m. - Tesla will need to access

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

the capital markets in order to fund its operating requirements and repay the maturing convertible debt obligations, Moody's Investors Service said in a statement.

    v. CEO's note to employees that he is considering taking Tesla private is credit negative, but does not affect the ratings at this time, the agency said.

    vi. Moody's expect the company's cash generation will improve during the second half of 2018 and over the coming year as its Model 3 production improves.

    vii. "Tesla tumbles as US stocks end mostly lower," *Agence France Presse*, August 9, 2018, 4:22 p.m. - Tesla shares tumbled Thursday following a report the company faces intensifying scrutiny from securities regulators as US stocks finished a quiet session mostly lower.

(aa) Tesla's common stock price declined 4.83%, from a close of $370.34 per share on August 8, 2018 to a close of $352.45 per share on August 9, 2018 on volume of 17.2 million shares, which was 2.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(bb) On Friday, August 10, 2018, Tesla's share price opened at $354.00, a 0.4% increase from the prior day close of $352.45, and further increased slightly to close at $355.49 likely on reports that the Tesla board would meet with advisers next week on the go private deal.  News articles reported that Tesla's board of directors plans to meet with advisers next week, for example:

    i. "Tesla Board To Ramp Up Going-private Talks: Report – MarketWatch," *Dow Jones Institutional News*, August 9, 2018, 5:18 p.m. - The Tesla Inc. (TSLA) board of directors plans to meet with advisers next week to make formal the process of exploring Chief Executive Elon Musk's proposal to take the company private, according to a CNBC report that cited people familiar

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

with the matter. The board is likely to ask Musk to recuse himself, and the board told him that he'd need his own set of advisers, the report said.

ii. "Bloomberg: Tesla seeking 'wide' investor pool for go-private plan," *Bloomberg News*, August 10, 2018, 3:05 p.m. - Tesla (NASDAQ: TSLA) is trimming some gains on a report that the automaker is seeking a "wide" investor pool in its go-private plan. That's in an apparent move to avoid concentrating ownership of the stock, Bloomberg notes. It's also raising chatter among investors questioning just how "secured" the funding is that CEO Elon Musk was tweeting about. Shares are back to flat after rising as much as 2.1% to $360 today.

iii. "Exclusive: Tesla's board seeking more information on Musk's financing plan – sources," *Reuters News*, August 9, 2018, 8:26 p.m. - Tesla Inc's <TSLA.O> board has not yet received a detailed financing plan from CEO Elon Musk, and is seeking more information about how he will take the U.S. electric car maker private in a proposed deal worth $72 billion, people familiar with the matter said on Thursday.

While Tesla's board has held multiple discussions about Musk's proposal, which first became public on Tuesday, it has not yet received specific information on who will provide the funding, one of the sources said.

(cc) Tesla's common stock price increased 0.86%, from a close of $352.45 per share on August 9, 2018 to a close of $355.49 per share on August 10, 2018 on volume of 11.6 million shares, which was 1.4 times the average volume during the 120 trading days prior to the start of the Class Period.

(dd) On Monday, August 13, 2018, Tesla's share price opened at $361.13 a 1.6% increase from the prior day close of $355.49. Thereafter, the stock price declined during the day to close at $356.41 on news that said shares shot up more than 3% on Musk's

blog post (before the markets opened) explaining his August 7th tweet, but then turned down as investors parsed the statement and that investors now know that his "funding secured" tweet last week was premature at best.  News articles reported, for example:

    i.  "Two lawsuits accuse Elon Musk of false statements to boost Tesla share price," *CNN Wire*, August 11, 2018, 5:59 p.m. - Two new lawsuits accuse Tesla and its CEO Elon Musk of violating federal securities law by allegedly making false statements to boost the company's stock price.

       The complaints, filed in federal court in San Francisco this week, claim Musk sought to mislead investors when he said on Twitter that he had secured the funding to take Tesla private. …

       Both lawsuits accused Musk or Tesla of harming short sellers with false information.

    ii.  "Report: Saudi Arabia is looking to invest big in Tesla as the company teases going private," *Business Insider*, August 12, 2018, 8:45 p.m. - While Tesla CEO Elon Musk teased last week about taking the company private, several suitors may have already been courting the electric car giant months ago.

       Saudi Arabia's Public Investment Fund, the country's sovereign wealth fund, is in talks with Tesla about becoming a significant investor as part of the move towards privatization, sources with knowledge of the fund's plans told Bloomberg Sunday.

       The Saudi investment fund approached Musk months ago to discuss acquiring a minority stake but was turned down as the company did not plan on issuing new shares at the time, a source close to the discussions told Bloomberg. In turn, the fund bought nearly $2 billion worth of Tesla shares on the market with the help of an investment bank, building up a stake just short of 5% in the company.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The fund has not yet made any concrete plans with Tesla on increasing its stake, sources told Bloomberg, but talks are ongoing, and continued investment in the company is seen as a strategic step toward diversifying the Saudi economy away from oil.

iii.  "Tesla surges after Elon Musk offers details about his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:09 a.m. - Shares of Tesla surged as much as 3% in early-trading Monday, before paring their gains, after CEO Elon Musk published an update on his plans to take the company private at $420 a share.

Despite tweeting on Tuesday that funding had been secured, Musk's newest blog post appears to contradict that claim.

iv.  "Elon Musk reveals what he meant by his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:45 a.m. - In his statement on Monday, Musk said that following his August 7 tweet, he has been in communication with the managing director of the Saudi fund.

"He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements," Musk said.

v.  "Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars," *Dow Jones Institutional News*, August 13, 2018, 1:13 p.m. - Saudi Arabia's desire to take a big stake in Tesla Inc. reflects its ambitious plan to build a base in the kingdom for electric-car production and diversify away from oil.

Case 3:18-cv-04865-EMC

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Its sovereign-wealth fund is considering raising its nearly 5% holding in Tesla, people familiar with the matter said. Discussions among Saudi officials about increasing the Public Investment Fund's stake accelerated after Tesla Chief Executive Elon Musk last week proposed to take the car company private in a tweet, the people said.

vi. "MW UPDATE: Wall Street has spoken: Tesla funding is not 'secured,'" *MarketWatch*, August 13, 2018, 3:39 p.m. - All of Wall Street, and MarketWatch along with it, wanted to know more about Elon Musk's claims last week that he had the funding to take Tesla Inc. private.

After Musk explained himself Monday morning, investors now know that his "funding secured" tweet last week was premature at best. They showed that they were not buying his explanation by not buying Tesla (TSLA) stock at going rates well lower than the $420 level Musk quoted in that now-infamous tweet.

In a blog post early Monday, Musk responded to the doubts that have arisen since he created havoc among investors last Tuesday with the tweet that he was considering taking Tesla private at $420 a share. …

Taken together, Musk's definition of "funding secured" appears to be, to assess it charitably, a stretch. And it certainly does not live up to what was required after his original tweet.

vii. "MW UPDATE: Tesla shares swing higher amid confusion about Musk's going-private plan," *MarketWatch*, August 13, 2018, 5:03 p.m. - Tesla Inc. shares wavered between gains and losses Monday as the boost from Chief Executive Elon Musk's blog post detailing his proposal to take the Silicon Valley car maker private faded.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Tesla (TSLA) shares shot up more than 3% in pre-market trading as Musk's blog post on the company's website went up, but then turned down more than 1% in midday trade as investors parsed the statement. They ended the session 0.3% higher at $356.41.

(ee)     An article in *The New York Times* on August 13, 2018 stated that, according to sources the Musk Tweets had not been cleared with the Tesla board and that some members of the board were blindsided by the tweet:

An abrupt tweet last week by Elon Musk about the prospect of taking Tesla private was dashed off with little forethought, and had not been cleared ahead of time with the company's board, two people familiar with the chain of events said Monday….

But three people familiar with the workings of the Saudi fund cast doubt on his account. They said the fund had taken none of the steps that such an ambitious transaction would entail, like preparing a term sheet or hiring a financial adviser to work on the deal....

A person with direct knowledge of the Tesla board's thinking said some members of the board had been totally blindsided by Mr. Musk's decision to air his plan on Twitter.... ("Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," NYTimes.com Feed, August 13, 2018, 10:05 a.m.).

(ff) Analyst commentary on August 13, 2018 included CFRA stating the going private deal could be more likely than previously thought and Morningstar, which was also positive on the likelihood of the deal happening:

i.   (CFRA, *CFRA REITERATES HOLD OPINION ON SHARES OF TESLA, INC.*, August 13, 2018, 11:36 a.m. (source of timestamp: Capital IQ) - We think Elon Musk's blog post likely reduces legal risk fallout for TSLA and helps clarify the potential going private situation, even if a transaction is ultimately not consummated. In the post, Mr. Musk explains how the Saudi Arabia Public Investment Fund had repeatedly expressed interest in taking Tesla private,

291                                      Case 3:18-cv-04865-EMC

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

something the fund could likely afford, leading Musk to believe that funding for a transaction was "secured". The blog also explains how the deal could be more likely than we previously thought, as it would ideally be structured to be less leveraged via greater than expected use of equity versus debt. We would prefer this given TSLA's already plentiful cash needs.

ii.   Morningstar, *Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain*, August 13, 2018, 4:50 p.m. (source of timestamp: Capital IQ) - Tesla CEO Elon Musk issued a blog post Aug. 13 that states he is still gauging shareholder interest in Tesla going private at $420 a share, but our impression of his words is that he thinks it can happen, and we agree. Tesla's board still must receive a formal proposal and then will have to evaluate it, so we think a deal will not happen this week but will eventually be announced. Musk also said the Saudi Arabian sovereign wealth fund has taken almost a 5% stake in Tesla, and he met with it recently about going private. All shareholders would have the choice of having their stock bought out at $420 a share or remaining invested in a private Tesla. We speculate that retail investors may have their equity moved to a publicly traded special-purpose vehicle while accredited investors would only be able to buy or sell shares every six months.

(gg)   Tesla's common stock price increased 0.86%, from a close of $355.49 per share on August 10, 2018 to a close of $356.41 per share on August 13, 2018 on volume of 10.5 million shares, which was 1.3 times the average volume during the 120 trading days prior to the start of the Class Period.

(hh)   On Tuesday, August 14, 2018, Tesla's share price opened at $358.45 a 0.6% increase from the prior day close of $356.41. Thereafter, the stock price declined to close at $347.64 on reports questioning the accuracy of Musk's latest tweets on hiring advisers Goldman Sachs and Silver Lake.

i.  "Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction," *GlobeNewswire*, August 14, 2018, 8:30 a.m. - Tesla, Inc. (the "Company") announced today that its Board of Directors has formed a special committee comprised of three independent directors to act on behalf of the Company in connection with Elon Musk's previously announced consideration of a transaction to take the Company private (the "Going Private Transaction"). The special committee has not yet received a formal proposal from Mr. Musk regarding any Going Private Transaction nor has it reached any conclusion as to the advisability or feasibility of such a transaction.

(ii) Analysts commented on Musk's blog post on August 13 including Barclays stating that the go-private deal was still in its early stages and J.P. Morgan questioning whether the deal was ever near the finish line and not sure what to believe:

i.  Barclays, *Time for even 'Blue Pillers' to Cash Out?*, August 14, 2018, 12:15 a.m. (source of time stamp: Capital IQ) - Tesla's blog post on Monday 8/13/18 makes it clearer buyout is still in early stages, and board has much work to do; ... Yesterday Elon Musk's blog post made it clear - as we suspected last week - that any go-private transaction still had numerous hurdles in front of it. ...

And on Monday 13 August 2018, an updated blog post on the Tesla site from Mr. Musk made it clear that the funding was in its very early stages.

ii. J.P.Morgan, U.S. Autos, Auto Parts, Tires, & Auto Auction, Presentation for 2018 "Summer Lunch Series," August 14, 2018, p. 28 at JPMS_00002961 - We significantly raised our price target based upon assertions of fact from Tesla CEO Elon Musk that "funding is secured" ...

We raised our price target from $195 to $308, but are ready to again value the firm on fundamentals alone should a deal not be cobbled together.

Already, it seems, such a deal is in trouble and may never have been anywhere near the finish line in the first place;

Monday, August 13 morning blog post to us seems a walk-back aimed more at providing legal cover for Mr. Musk than at providing additional details to the financial community;

Monday, August 13 afternoon report by NYTimes says Musk 4/20 tweet took Board by surprise;

Monday, August 13 evening tweet by Elon Musk says excited to work with Silver Lake and Goldman Sachs as financial advisors on proposal to take Tesla private.

WE [ARE] NOT SURE WHAT TO BELIEVE!

(jj) Tesla's common stock price declined 2.46%, from a close of $356.41 per share on August 13, 2018 to a close of $347.64 per share on August 14, 2018 on volume of 7.0 million shares, which was 0.8 times the average volume during the 120 trading days prior to the start of the Class Period.

(kk)    On Wednesday, August 15, 2018, Tesla's share price opened at $341.91 a 1.6% decrease from the prior day close of $347.64.  Thereafter, the stock price declined further to close at $338.69 on reports that the SEC had issued a subpoena to Tesla and news that the SEC probe was now a formal investigation regarding the Musk tweets. News articles reported for example:

i.   "SEC Is Said to Send Subpoenas to Tesla on Privatization: Fox," *Bloomberg First Word*, August 15, 2018, 10:50 a.m. - The SEC sent subpoenas to Tesla on privatization plans and Musk's statements involving funding, Fox's Charles Gasparino tweeted citing sources.

Subpoenas signal investigation has reached the 'formal' stages, tweet said. Tesla extends losses, falls to session low, down as much as 4.5%.

ii. "Tesla and Elon Musk under fire as SEC issues subpoenas," *The Telegraph Online*, August 15, 2018, 1:03 p.m. - US authorities have intensified an investigation into Tesla's privatisation plan by issuing formal summons to the electric car manufacturer's chief executive Elon Musk. …The SEC investigation into the company stepped up a gear on Wednesday when the SEC issued a formal subpoena to Tesla officials and Mr Musk, the company's billionaire founder, according to Fox News. …

Tesla's share price dropped 3.9pc following the reports of the subpoenas, which are likely to complicate any discussions about taking the group private.

iii. "Musk Seen Facing National Security Review in a Tesla-Saudi Deal," *Bloomberg News*, August 15, 2018, 12:48 p.m. - Elon Musk will likely need clearance from U.S. national security officials for any proposal to take Tesla Inc. private with financing from Saudi Arabia, just as the Trump administration steps up scrutiny of foreign investment in American technology.

The deal, if it becomes reality, would be among the first to be reviewed by U.S. officials since President Donald Trump signed legislation this week that expands the government's authority to investigate and potentially block foreign takeovers of domestic companies.

iv. "Tesla shares fall on reports of SEC subpoena," *Agence France Presse*, August 15, 2018, 5:33 p.m. - Shares of Tesla fell Wednesday following reports US securities regulators have subpoenaed the electric car maker's Chief Executive Elon Musk over his statements about taking the company private.

Shares finished down 2.6 percent at $338.69 after news of the formal demand for information was published by Fox Business and The New York Times. Shares fell as much as 4.5 percent earlier in the session.

The development suggests the oversight by the US Securities and Exchange Commission -- which was characterized in previous news articles as an inquiry -- has "advanced to a more formal, serious stage," said The Times, which cited a person familiar with the matter.

A subpoena "typically requires the approval of top SEC officials," the newspaper added.

A Wall Street Journal story published after the stock market closed said the subpoena sought information from each of Tesla's directors.

A Tesla spokesperson declined comment.

(ll) Tesla's common stock price decreased 2.57%, from a close of $347.64 per share on August 14, 2018 to a close of $338.69 per share on August 15, 2018 on volume of 9.1 million shares, which was 1.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(mm)    On Thursday, August 16, 2018, Tesla's share price opened at $339.91 a 0.4% increase from the prior day close of $338.69.  Thereafter, the stock price declined during the day to close at $335.45 on mixed news and analyst commentary on Tesla's Model 3 production forecast and base Model 3 future profitability. News articles reported for example:

i.   "Tesla's Odds of Going Private Less Than 50%, Bernstein Says," *Bloomberg First Word*, August 16, 2018, 7:11 a.m. - Tesla's odds of a successful take-private transaction are less than 50%, Bernstein analyst Toni Sacconaghi writes in a note raising the automaker's PT to $325 from $265.

See Tesla as a challenging company to value given lack of cash flow, high capital intensity and explosive growth

Sees a valuation range of $300 to $400 and current share prices imply margins and market share in 2050 that are higher than Mercedes and BMW

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Believe questions around a take-private transaction and the clarity of Model 3 quality and profitability will likely be answered over the next few quarters

Maintain market-perform

(nn)     Tesla's common stock price decreased 0.96%, from a close of $338.69 per share on August 15, 2018 to a close of $335.45 per share on August 16, 2018 on volume of 6.1 million shares, which was 0.7 times the average volume during the 120 trading days prior to the start of the Class Period.

(oo)     On Friday, August 17, 2018, Tesla's share price opened at $323.50 a 3.6% decrease from the prior day close of $335.45, and continued to decline to close at $305.50 on reports of an Elon Musk interview by *The New York Times* that linked the Musk Tweets to concerns about Musk's ability to lead the company.  Further, in addition to reporting on Musk's health issues, *The New York Times* article (the "*NYT* Article" or "*NYT* Interview") also "noted that the funding for the proposed going private transaction 'was far from secure' and the Public Investment Fund 'had not committed to provide any cash'" and "that no one had seen or reviewed Musk's August 7, 2018 tweet before he posted it indicating that no going private transaction was imminent."

(pp)     The news articles starting late at night on August 16, 2018 begin with the Musk interview by *The New York Times* (published in print on August 17, 2018):

Elon Musk was at home in Los Angeles, struggling to maintain his composure. "This past year has been the most difficult and painful year of my career," he said. "It was excruciating."

The year has only gotten more intense for Mr. Musk, the chairman and chief executive of the electric-car maker Tesla, since he abruptly declared on Twitter last week that he hoped to convert the publicly traded company into a private one. The episode kicked off a furor in the markets and within Tesla itself, and he acknowledged on Thursday that he was fraying.

(qq)     In an hourlong interview with The New York Times, he choked up multiple times, noting that he nearly missed his brother's wedding this summer and spent his birthday

holed up in Tesla's offices as the company raced to meet elusive production targets on a crucial new model.

Asked if the exhaustion was taking a toll on his physical health, Mr. Musk answered: "It's not been great, actually. I've had friends come by who are really concerned."

…

For two decades, Mr. Musk has been one of Silicon Valley's most brash and ambitious entrepreneurs, helping to found several influential technology companies. He has often carried himself with bravado, dismissing critics and relishing the spotlight that has come with his success and fortune. But in the interview, he demonstrated an extraordinary level of self-reflection and vulnerability, acknowledging that his myriad executive responsibilities are taking a steep personal toll.

(rr) In the interview, Mr. Musk provided a detailed timeline of the events leading up to the Twitter postings on Aug. 7 in which he said he was considering taking the company private at $420 a share. He asserted that he had "funding secured" for such a deal a transaction likely to be worth well over $10 billion.

That morning, Mr. Musk woke up at home with his girlfriend, the musician known as Grimes, and had an early workout. Then he got in a Tesla Model S and drove himself to the airport. En route, Mr. Musk typed his fateful message.

…

Mr. Musk has said he was referring to a potential investment by Saudi Arabia's government investment fund. Mr. Musk had extensive talks with representatives of the $250 billion fund about possibly financing a transaction to take Tesla private -- maybe even in a manner that would have resulted in the Saudis' owning most of the company. One of those sessions took place on July 31 at the Tesla factory in the Bay Area, according to a person familiar with the meeting. But the Saudi fund had not committed to provide any cash, two people briefed on the discussions said.

(ss) News media commented:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

i. "Tesla's stock falls sharply after Elon Musk's tearful interview," *CNN Wire*, August 17, 2018, 11:51 a.m. - Tesla's stock tumbled after CEO Elon Musk said he's working himself to the bone and relies on Ambien to sleep.

In a[] tearful interview with The New York Times, Musk said this has been "the most difficult and painful year" of his career. He said he works 120 hours some weeks and has trouble sleeping. Musk is also CEO of SpaceX and The Boring Company.

Investors weren't sympathetic.

The stock fell 8% on Friday, and it's down more than 20% since the day Musk tweeted he had secured funding for a private takeover of Tesla.

Musk hasn't exactly given investors confidence that he's on the ball.

He admitted in the Times interview that he hadn't cleared his tweet with anyone at Tesla before firing it off midday August 7.  He also said that the price he chose " $420 a share" was somewhat arbitrary. He wanted it to be a 20% premium, which would have been around $419. So he tweeted $420 because it was "better karma."

ii. "Tesla stock sinks after Musk gives tearful NYT interview," *Reuters News*, August 17, 2018, 4:00 p.m. - Tesla Inc's shares slumped 9 percent on Friday after Chief Executive Officer Elon Musk told the New York Times he was under major emotional stress and was preparing for "extreme torture" from short sellers.

Tesla stock was on track for its biggest daily slump in two years as Wall Street questioned Musk's ability to lead the electric car maker. Investors also were worried about reports that regulators were pressuring Tesla's directors for details about how much information he shared with them.

iii. "As Musk admits to job stress, Tesla's board may have to act," *Associated Press Newswires*, August 17, 2018, 6:08 p.m. - Elon Musk's erratic behavior was front and center again this week as the CEO of Tesla conceded that he's overwhelmed

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

by job stress, pushing his electric car company's stock down and bringing pressure on its board to take action.

> Musk's revelation, in a Thursday interview with The New York Times, came as government regulators are reportedly investigating whether his recent out-of-the-blue tweet about taking Tesla private violated disclosure requirements.

> Now, experts say Tesla has reached an intersection where the board must decide the direction of its leadership. Among their suggestions: Remove Musk as CEO, permanently or via a temporary leave of absence, or appoint a No. 2 executive who could act as a steadying hand.

(tt) J.P. Morgan stated that subsequent events led the analyst to believe that funding was not secured for going private:

We are reverting to valuing Tesla shares on the basis of fundamentals alone, which entails a $113 reduction in our price target back to the $195 level where it stood prior to our August 8 note in which we newly weighted 50% in our valuation analysis a go-private scenario for which funding was at that time said to have been secured to take the company private at $420 per share …In reference to statements on Twitter on August 7 by Tesla CEO Elon Musk that "funding has been secured", we wrote in our August 8 note, "As surprising to us as these developments are, and as lacking as the statements are in any details regarding whom is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." We also stated, "Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through."

Our interpretation of subsequent events leads us to believe that funding was not secured for a going private transaction, nor was there any formal proposal. On August 13, Mr. Musk posted a statement to Tesla's website in which he explained that the comment relative to funding being secured was based upon a July 31 meeting with the Saudi Arabian sovereign wealth fund in which its representative expressed support for funding

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

a transaction to go private. However, it was also stated, "Following the August 7th announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements." We had imagined following the surprise August 7 announcement that another party (e.g., the Saudi fund) had already firmly decided (including having completed any internal review process) to fund a going private transaction. The revelation the Saudi fund is subsequently asking Tesla for details of how the company would be taken private suggests to us that any deal is potentially far from even being formally proposed, which is different from our understanding on August 8 which was based on Mr. Musk's statement on Twitter that, "Only reason why this is not certain is that it's contingent on a shareholder vote". (J.P. Morgan, *Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195*, August 20, 2018, 6:15 a.m.).

(uu)     In an email dated August 17, 2018 at 8:59 a.m., the J.P. Morgan analyst, Ryan Brinkman, wrote "I'm thinking on Monday to perhaps remove the 50% "go private" weighting, taking price target back down to $195. Obviously a tough call."  Source: JPMS_00004543 (Exhibit 21 to Deposition of Ryan Brinkman, May 4, 2021).    Mr. Brinkman  also stated "I think I was the first analyst to come out and say -- or one of the first, that these Tweets weren't true and essentially it would be tantamount to say the CEO had lied or mislead investors which is, you know, something that's impolitic and I think I handled it in the best way possible." Brinkman Dep. 100:9 - 100:18.

(vv)     Mr. Brinkman also testified, when asked about the *NYT* Article, "I don't know if this is for sure the one, but it might have been the article where there was reference to board of directors not having known about the go-private Tweet, which certainly would have been impactful for my research and understanding of the situation."  Brinkman Dep. 93:7-93:13.

(ww)     Mr. Brinkman stated that the Board's failure to review Musk's tweets before publication was important because "…CEOs just don't come out with announcements that the company is being taken private or acquired by another company or even acquiring another company without the board of directors being at least aware. So it -- it very much undermined the veracity of the August 7 Tweets."  Brinkman Dep. 95:15 - 96:23.

(xx)     Tesla's common stock price decreased 8.93%, from a close of $335.45 per share on August 16, 2018 to a close of $305.50 per share on August 17, 2018 on volume of 19.0 million shares, which was 2.3 times the average volume during the 120 trading days prior to the start of the Class Period.

Plaintiff further refers to the expert report dated September 22, 2020 of Dr. Michael Hartzmark submitted in support of Plaintiff's motion for class certification and the deposition of Dr. Hartzmark taken on November 19, 2020.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1

**INTERROGATORY NO. 14:**

2

    For each and every alleged corrective disclosure that YOU identified in response to

3

Interrogatory No. 13, IDENTIFY the extent to which YOU contend it removed artificial inflation

4

from TESLA's stock price, including IDENTIFYING why YOU make that contention and

5

IDENTIFYING all facts supporting that contention.

6

**RESPONSE NO. 14:**

7

    Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as

8

though set forth fully herein, including in particular the Objections to the terms "Identify," and "You."

9

Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by

10

Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the

11

proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil

12

Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the

13

production of information that is already provided in the Complaint and, as a result, is duplicative and

14

unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests

15

that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the

16

extent that his answer will help clarify what the issues in the case are, improve the focus of discovery,

17

and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves

18

the right to use any document or other information obtained in discovery at trial, in accordance with

19

the Federal Rules of Evidence.

20

    To the extent this Interrogatory requests that Plaintiff specify material facts proving his

21

allegations, this Interrogatory is premature and presumptively improper because this action is still in

22

active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves

23

the right to supplement, amend, or modify the responses below, at any time, in light of additional facts

24

revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

25

    Plaintiff further objects to this Interrogatory as improperly and prematurely requesting

26

information that will be subject of expert opinion and an expert report. Plaintiff will provide additional

27

28

information responsive to this Interrogatory in an expert report served in accordance with the schedule in this proceeding.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 caused members of the Class to suffer damages as a result of their investment in Tesla's securities. Damages resulted from artificial inflation introduced and then maintained in the price for Tesla securities by the statements identified in response to Interrogatory No. 1. The artificial inflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information. Members of the class suffered harm when they purchased Tesla securities at an inflated price and then (1) held their Tesla securities to the end of the Class Period, (2) sold their Tesla securities at a lower price reflecting reduced inflation; or (3) used the Tesla stock purchased at an artificially inflated price to close an existing short position.

The statements identified in response to Interrogatory No. 1 also artificially reduced the price of certain Tesla securities and members of the Class suffered harm when they sold those securities at artificially deflated prices. The artificial deflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information.

Members of the class also suffered losses when the price of their Tesla securities declined as a

result of reputational harm, loss of management credibility, and an increase in regulatory and legal risk caused by the false and misleading statements identified in response to Interrogatory No. 1.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 were material:

(a) Jeffrey Spurling, an analyst at Citadel, emailed Martin Viecha on August 7, 2018 for confirmation as to whether Musk's tweets were "a twitter joke, or a real disclosure of Elon Musk's intention to take Tesla private at $420 per share." Viecha responded that Musk's tweets were "[n]ot a joke" and that they were "serious tweet[s]"; (TSLA_LITTLETON_00004099 at 2; *see also* Martin Viecha Tr. at 116:17-117:2).

(b) Eric Hogner, an analyst at Lansdowne Partners, emailed Viecha on August 7, 2018 to "confirm that these tweets are real." Viecha confirmed in response that "Yes, these Tweets are official." (TESLA_LITTLETON_00004110; *see also* Martin Viecha Tr. at 120:14-120:25);

(c) Itay Michaeli, an analyst at Citi Research, emailed Viecha on August 7, 2018 to inquire whether there was "an actual transaction on the table (with secured financing)" or if going private was "more of a strategic announcement . . . ." Viecha responded that "the very first Tweet mentioned a firm offer." (TESLA_LITTLETON_00004154; *see also* Martin Viecha Tr. at 129:8-129:18);

(d) Nii Owuraka Koney, a Managing Director at Jennison Associates, emailed Viecha on August 7, 2018 requesting a telephone call to discuss the "funding" for the transaction. Viecha responded that "[t]he very first tweet simply mentioned 'Funding secured' which means that this is a firm offer" and that "the offer is as firm as it gets." (JENN0000074; *see also* Martin Viecha Tr. at 137:13-138:21) Mr. Koney also testified on July 14, 2021 that his "view all along" was that the "offer at $420" was a "real offer." (Nii Owuraka Koney Tr. at 116:8-116:15);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(e) Bradley Erickson, an analyst at KeyBanc Capital Markets, emailed Viecha on August 7, 2018 asking for him to "clarify" whether "funding is secured." Viecha responded by confirming that "the first Tweet clearly stated that 'financing is secured.' Yes, there is a firm offer." (TESLA_LITTLETON_00004010; *see also* Martin Viecha Tr. at 154:13-155:11);

(f) Toni Sacconaghi, an analyst at AllianceBernstein, emailed Viecha on August 7, 2018 for "questions/clarification on today's news and blog post." Viecha stated in response that "apart from what has been tweeted and what was written in a blog post, we can't add anything else. I only wanted to stress that Elon's first tweet, which mentioned 'financing secured' is correct" and that "financing is secured regardless of other assumptions." (TESLA_LITTLETON_00004253 at 1-2; *see also* Martin Viecha Tr. at 156:21-158:15);

(g) On August 7, 2017, Deepak Ahuja informed Elon Musk and Todd Maron that they were "getting a lot of enquiries from investors, SEC and the media to better understand the comment 'funding secured.'" (TESLA_LITTLETON_00019605);

(h) As of 11:05 am of August 7, 2018, all major media had contacted Dave Arnold, Tesla's Sr. Director of Global Communications, with inquiries about Elon's taking Tesla private tweet, including Thomson Reuters, NBC Universal, Fox Business Network, Associated Press, Forbes, CBS, Washington Street Journal, Bloomberg, Financial Times, Los Angeles Times, CNN Money, USA Today, The Daily Telegraph (England), The Buffalo News, San Francisco Chronicle, The Street, BuzzFeed News, The Hill, Silicon Valley Business Journal, Bay Area News Group, Recode (Vox), The Verge, and Jalopnik. (TESLA_LITTLETON_00013639);

(i) Dave Arnold testified on September 30, 2021 that Tesla Communications team was "getting flooded with inquiries" and that he "did not really see a scenario in which we, Tesla the company, could not just not say anything." (Dave Arnold Tr. at 75:24-76:2);

(j) On August 7, 2018, after Tesla published Elon email to Tesla employees explaining his reasoning behind the tweets, Dave Arnold informed Deepak Ahuja and Todd Maron that

following Tesla blog post, media reported that Elon's consideration about taking Tesla private was "shocking investors and analysts." (TESLA_LITTLETON_00012975);

(k) David Arnold, Tesla's Global Communications Director, testified on September 30, 2021 that Elon Musk's and Tesla's statements after the initial tweet on August 7, 2018 provided "additional information on top of the initial tweet [Musk] sent." (David Arnold Tr. at 69:3-69:8);

(l) From an opening price of $343.84 per share, Tesla's stock rose to an intraday high of $387.46 per share and closed at $379.57 per share. Over 30 million shares traded on August 7, 2018, which is more than twice Tesla's daily average volume;

(m) On August 8, 2018, a Nasdaq representative emailed Deepak Ahuja and Martin Viecha informing them that "[f]ollowing [Elon's taking Tesla private] news, … [y]esterday, TSLA closed up 11% to 379.57 on volume of 30.8 million shares. Yesterday's trading range was $339.15-387.46." (TESLA_LITTLETON_00004671).

(n) The Musk communications on August 7, 2018 caused an immediate price reaction in Tesla's stock, with Tesla's stock price increasing to $365.03 per share (just prior to 12:49 p.m.) from $356.85 per share (just prior to 12:48 p.m.) on volume of over 800,000 shares in this first minute of trading after the Musk Tweets.  Tesla's stock continued to be heavily traded on August 7, with volume of over 10 million shares until a trading halt at 2:08 p.m., ("Tesla Inc. (TSLA) Halted due to pending news," *Dow Jones Institutional News*, August 7, 2018, 2:08 p.m.), when the price was $367.25.

(o) Tesla stock resumed trading at approximately 3:45 p.m., ("Tesla Inc. (TSLA) Resumed Trading," *Dow Jones Institutional News*, August 7, 2018, 3:45 p.m.), quickly increasing to over $386 per share before closing at $379.57 per share with additional volume of over 6 million shares.

(p) During and after market trading hours on August 7, 2018, news articles reported that the Musk Tweets caused an increase in Tesla's share price on August 7, 2018, for example:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

i.   "Tesla Jumps After Musk Tweets He Could Take Co. Private at $420," *Bloomberg News*, August 7, 2018, 1:00 p.m. - "Am considering taking Tesla private at $420. Funding secured," Tesla CEO Elon Musk says in tweet.  Tesla climbs to session high, up 8.2%, on Musk's tweet."

ii.  "Tesla's Musk Tweets He's 'Considering' Taking Company Private – MarketWatch," *Dow Jones Institutional News*, August 7, 2018, 1:07 p.m. - Tesla Inc. (TSLA) jumped as much as 8% midday Tuesday after Chief Executive Elon Musk tweeted he was "considering" taking the Silicon Valley car maker private at $420 a share. "Funding secured," the tweet continued, garnering calls to "dewit" and love yous from Musk supporters on Twitter. The price would represent a 16% upside from Tuesday's prices.

iii. "Tesla shares jump on Musk tweet on taking company private," *Agence France Presse*, August 7, 2018, 1:09 p.m. - Tesla shares jumped after midday on Tuesday following a tweet by Chief Executive Elon Musk that he was considering taking the electric automaker private.  Shares were up 5.9 percent to $361.87 around 1700 GMT after spiking to $371.15 shortly after Musk's tweet.

iv.  "Afternoon of Terror for Tesla Shorts Fomented by Musk's Tweet," *Bloomberg News*, August 7, 2018, 1:54 p.m. - What's in a tweet? About $500 million of potential losses to short sellers, when it comes to Tesla's Chief Executive Officer Elon Musk.  A tweet that he's considering taking the company private "at $420" sent an already elevated stock higher. From around $355 it jumped above $371 just after the post, before the gains were pared.

v.   "MW UPDATE: Stocks close higher as earnings news trumps trade-war fear; Tesla soars 11% on Musk's going-private tweet," *MarketWatch*, August 7,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

2018, 4:39 p.m. - The Nasdaq rose for a sixth day in a row, its longest winning streak since March, led by Tesla Inc., which spiked following a tweet from Chief Executive Elon Musk that he was considering a move to take the company private, which was followed by confirmation from the company.

vi. "Crazy Ride for Tesla Watchers as Musk Tweets: TOPLive Takeaways," *Bloomberg First Word*, August 7, 2018, 4:25 p.m. - Key takeaways from the TOPLive blog on Tesla Inc. after CEO Elon Musk tweeted he's considering taking the automaker private.

Elon Musk tweeted that he wants to take Tesla private at $420 a share and said he had "funding secured."

Shares initially rose as much as 8% until trading was halted for an hour and a half.

Musk in a series of tweets said he doesn't have a controlling vote and wouldn't expect any shareholder to have one if the company goes private. He said people could still invest in Tesla once it's private.

Musk later put out a letter that, in essence, said that the company would be better off focusing on its goals without the scrutiny of investors and the "attacks" from short sellers.

Still, Musk said, a final decision hasn't been made.

Investors and analysts, even Musk himself, all seemed a little uncertain whether this will happen. The same with the market: Tesla shares closed up 11% to $379.57. That was a great run, but still about $40 shy of what Musk would want to offer shareholders to get a deal done. Shares were coming down by about $5 in after-market trades.

vii. "Elon Musk tweets a lot. This time was different," *CNN Wire*, August 7, 2018, 6:09 p.m. - Going private, Musk said, would end "negative propaganda from

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

shorts," referring to his hated short-sellers.  Around 3:30 ET, Tesla released a statement via its blog, titled "Taking Tesla Private."  It contained a letter from Musk sent to Tesla employees. … Musk then tweeted the blog post with his own commentary.  "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote," he said.

viii.  "Is Tesla going private? Elon Musk claims 'investor support is confirmed' after tweeting plans to privatize at $420 per share, in shock announcement that HALTED the stock for almost two hours," *Mail Online*, August 7, 2018 6:41 p.m. - Shares of Tesla were halted in afternoon trading on Tuesday after CEO Elon Musk tweeted that he's considering taking the electric car company private at $420 a share - a significant jump from the stock's current price of roughly $379.

Musk said the take-private transaction has received investor support and now rests on a shareholder vote in order for it to become official.

(q) Analysts also commented on the Musk Tweets, for example:

i.  Canaccord Genuity, *Shares up 6% on tweet from CEO*, August 7, 2018, 1:52 p.m. (source of timestamp: Capital IQ) - Shares up 6% on tweet from CEO Tesla's Chairman and CEO, Elon Musk, tweeted that he is "considering taking Tesla private at $420," and that he has "Funding secured."

This tweet epitomizes the reason we have a HOLD rating on Tesla shares and not a Buy. If true, and his account was not hacked, this reinforces the rationale behind our market neutral stance.

As the company matures or on pullbacks we would look to become more constructive but remain on sidelines at current levels.

ii.  Morningstar, *Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price*, August 7, 2018, 3:06 p.m.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(source of timestamp: Capital IQ) - Tesla CEO Elon Musk tweeted around midday on Aug. 7 the following: "Am considering taking Tesla private at $420. Funding Secured." A buyout price of $420 per share would be for about $71.6 billion based on the July 27 outstanding share count of 170.6 million in the latest 10-Q filing, though it's unclear if Musk's roughly 22% ownership stake would be part of the deal or just converted into equity of a new private company. If a deal is announced and we think its execution is more likely than not, we will raise our fair value estimate to the deal price, but for now we are leaving our fair value estimate of $179 in place.

We find it odd that Musk would disclose that he is considering doing a deal and specifying a price rather than not saying anything until Tesla actually announces it is going private. It is possible that he wants to hurt short sellers of Tesla now. He has been very vocal against them recently, including posting a satire video on Twitter on Aug. 5. We think it is also possible that he wants to get a price higher than $420, else we would expect him to simply announce he is considering going private with funding secured and leave the $420 number out of the tweet. We speculate that the funding comes mostly from tech investors, such as possibly SoftBank or Tencent (the latter bought 5% of Tesla in 2017), sovereign wealth funds, and wealthy Silicon Valley investors.

iii. Barclays, *Musing about going private is the latest strange twist*, August 7, 2018, 4:57 p.m. (source of timestamp: Capital IQ) - This is out there even for Tesla

Elon's tweet and blog post around going private at $420/share was certainly a disruptor this afternoon. What was looking to us to be a quiet afternoon digesting the earnings results of auto rental companies was disrupted by Elon Musk's tweet …

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

We're not clear where the funding would come from – would have to be largely equity

Buyout would require ~$70bn - ~$60bn for equity and ~$10bn to take out debt. With 145mn shares (including shares for comp, but subtracting Musk's 34mn shares), a buyout at $420/share would require $60bn to take out all public shareholders. Even with the Saudi fund taking a 3-5% stake (see "Tesla shares move higher on Saudi Arabia fund stake" FT, Aug 7, 2018), that leaves a large funding gap.

And credit markets may not be that receptive. The Tesla unsecured bonds trade at a yield of ~6.7% -- so even if say $40bn could be financed in the high yield market (never mind old fashioned things like interest coverage ratios), the annual interest bill would consume $2.7bn in cash. …

And not clear how public shareholders stay in a private company. Musk promised that existing shareholders "can stay investors in a private Tesla" – but we're not clear how that would work under current registration rules/caps on non-accredited and total investors (the JOBS act requirement) – although Musk hinted at a special purpose vehicle structure that might be able to avoid the caps.

iv.  RBC Capital Markets, *On Tesla $420*, August 7, 2018, 8:53 p.m. (source of timestamp: Capital IQ - Earlier today, CEO Elon Musk started tweeting about "considering taking Tesla private at $420/share. Funding secured." This was later followed up with a letter to employees detailing the rationale. The structure would apparently be to create a special purpose fund enabling current shareholders to remain shareholders or cash out at $420. This would be subject to a shareholder vote. …

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Success of consummation contingent on who goes along for the ride. The ability to convince shareholders to stay involved is likely critical to the success of Tesla going private which would be the biggest buyout in history (over $70bn). Musk owns ~20% of the shares, so all else equal, they may need to get committed financing for the remaining ~80% (~$57bn). Given Tesla's financials, we don't believe lenders would sign up to support the deal. …

And there are some chunky page 1 holders that collectively make up ~30% of the shares. However, some of those holders may not be able to hold Tesla (or as much as they currently hold) should Tesla go private. A preliminary review of some of the big mutual fund holders indicates holding limits on illiquid securities. At the very least it could cause broader portfolio reviews. That's not to say that a private Tesla can't find its way into other funds at those holders.

Elon's tone and messaging regarding a potential transaction lead us to believe that there could be significant outside funding lined up. Learning who this is will be important (and relevant for shareholders deciding whether they should stay involved should the deal consummate). We note an unconfirmed FT article from today indicates that Saudi Arabia's sovereign fund took a 3-5% stake on the public markets, it was also noted they approached Tesla about new shares. In our view, sovereign funds (broadly), cash rich tech companies, Chinese sources and large VCs could all be potential candidates to provide funding.

v. UBS Securities, *A Disruptive Approach to Disclosing Material Info*, August 7, 2018, 10:28 p.m. (source of timestamp: Capital IQ) - Earlier today, CEO Musk tweeted that he is "considering" taking TSLA private at $420/share and

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

noted funding was secured. Following his tweet, an email sent to employees was shared publicly outlining the motivation including noting that volatile stock prices are distracting to TSLA employees.

Disclosure method in question Typically, a company would disclose this kind of news via a detailed press release while the market is closed or halt their stock in advance of the announcement. Disclosing news of this nature via twitter is unprecedented and, according to a former SEC chairman, may constitute fraud if Tesla does not already have the financing lined up. The deal would likely require participation from numerous banks and institutional investors, and we think it likely that news of the deal would have leaked had Tesla already held discussions to secure funding.

Post announcement, shares closed at ~$380, with the take-out price implying ~10.7% upside from here. In past deals that terminated adversely, ~70% trade down over 10% with 1/3rd trading down more than 30%.

vi. "Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update," *Dow Jones Institutional News*, August 7, 2018, 4:51 p.m. - Even if no deal for Tesla materializes, the stock bounce following Mr. Musk's tweet could help the company preserve needed cash. Tesla has more than $1.1 billion in convertible bonds that will come due over the next seven months absent a sustained rise in its share price.

That starts with $230 million of convertible bonds set to mature in November if its stock doesn't reach a conversion price of $560.64, followed by $920 million that mature in March, if shares remain below the trigger price of $359.87.

The March notes would be convertible into Tesla stock instead of redeemable for cash -- a scarce resource for the company.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(r) News articles also reported on the chance that Defendant Musk would be successful taking Tesla private. For example:

  i. "Musk Makes Startling Proposal to Take Tesla Private," *The Deal* August 7, 2018 - According to Gene Munster of Loup Ventures, Musk has a one-in-three shot of taking Tesla private, given the 16% premium he would pay to shareholders. … "Fundamentally, Tesla is not a good LBO candidate given it's not profitable, not cashflow heavy, and has high R&D and capex. However, the structure of the pending deal is unknown and may not take the form of an LBO."

  ii. "MUSK HAS '1 IN 3 CHANCE' OF TAKING TESLA PRIVATE: GENE MUNSTER," *Bloomberg First Word*, August 7, 2018, 1:42 p.m.

(s) On August 7, 2018, Tesla's common stock price increased 6.37%, from $356.85 per share at 12:47 p.m. (just prior to the Musk Tweets) to a close of $379.57 per share on August 7, 2018 on volume of over 18 million shares, which even though it is less time than in a full trading day, was over two times the average daily volume of 8,293,907 shares during the 120 trading days prior to the start of the Class Period.

(t) On Wednesday, August 8, 2018, Tesla's share price opened at $369.09, a 2.8% decline from the prior day close of $379.57, but then quickly increased to $382.64 at approximately 10:10 a.m. before declining following news reports that the SEC was probing Tesla over Musk's tweets.

(u) Before the market opened on August 8, 2018, news articles reported that both Jefferies and JP Morgan analysts had raised their target prices on Tesla stock following the Musk Tweets, for example:

  i. "07:59 EDT Tesla going private 'feels like the right thing to do,' says...," *Theflyonthewall.com*, August 8, 2018 - Tesla going private 'feels like the right thing to do,' says Jefferies. Jefferies analyst Philippe Houchois raised his

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

price target for Tesla to $360 from $250 after CEO Elon Musk suggested taking the company private. The stock closed yesterday up 11%, or $37.58, to $379.57.  Going private "feels like the right thing to do," Houchois tells investors in a research note.  "Distraction or not, the move feels right even if Musk is downplaying how supportive public markets have been," the analyst adds.  However, with Tesla unable to take on more debt, he wonders who may fund the potential deal and end up as a new large shareholder. Houchois raised his estimates to reflect a "better outlook" post Tesla's Q2 results. His discounted cash flow fair value points to $300 per share and his new $360 price target "bridges the gap" to the $420 potential going private bid. The analyst keeps a Hold rating on Tesla.

ii.   "MW UPDATE: JP Morgan raises Tesla price target but stays underweight in case shares trade on fundamentals again," *MarketWatch*, August 8, 2018, 7:58 p.m. - JP Morgan analysts raised their stock price target for Tesla Inc. (TSLA) to $308 from $195 on Wednesday, a day after Chief Executive Elon Musk said he is thinking of taking the company private, but said they are sticking with an underweight rating, "on chance the shares could again trade on fundamentals."  "As surprising to us as these developments are, and as lacking as the statements are in any details regarding who is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously," analyst Ryan Brinkman wrote in a note. Musk said he had already secured the funding for a deal, without offering any further detail. Banks and private-equity firms were surprised at that news and questioned how it could be done, given the company is cash flow negative, is loss making and saddled with about $10 billion of debt.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

"We continue to believe Tesla's valuation based on fundamentals alone (i.e., a 50/50 blend of discounted cash flow and 2020-based multiples analysis - itself consisting of a blend of P/E, EV/EBITDA, and Price-to-Sales) is worth no more than $195 (our previous price target)," said Brinkman.   "But introducing a new 50% weighting of $420 suggests a large upward revision to our price target is warranted, and we newly value Tesla at $308 per share (i.e., 50/50 blend of $195 and $420)." Tesla shares were down 1% in premarket trade, but have gained 22% in 2018, while the S&P 500 has gained 7%.

(v) Beginning with a *New York Times* article at 10:24 a.m. on August 8, 2018, news articles reported that the SEC was probing Tesla over the Musk tweets, which along with reports of skepticism of the deal, caused the stock price to decline:

        i.  "Did Elon Musk Violate Securities Laws With Tweet About Taking Tesla Private?," *NYTimes.com Feed*, August 8, 2018, 10:24 a.m. - Elon Musk had better be right.

Mr. Musk's audacious offer Tuesday to take private Tesla, the innovative auto company he founded and leads as chairman and chief executive, will surely go down as one of the most unorthodox takeover bids ever. …

But it was Mr. Musk's "funding secured" statement on Twitter that may put the iconoclastic founder most at risk. He provided no details about how much funding had been secured, from whom or under what conditions. His email to employees did not mention anything about the funding.

"That's a clear factual statement," said John C. Coffee Jr., a professor at Columbia Law School who specializes in corporate law and securities fraud. "If it's not fully secure, that's potentially a very material misrepresentation,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

and a very straightforward violation of Rule 10b-5 of the securities law" in short, securities fraud.

It is illegal for a director or officer of a public company "to knowingly or recklessly make material misstatements about that company," said John Coates, a professor at Harvard Law School who teaches mergers and acquisitions. Mr. Musk's "tweets seem cryptic at best, and it is hard to see how he has complied with his duty to not be misleadingly incomplete."

A Tesla spokeswoman declined to comment.

The Securities and Exchange Commission contacted Tesla on Wednesday to inquire about the accuracy of Mr. Musk's tweets and why the announcement was not made in a regulatory filing, according to a person briefed on the inquiry, who was not authorized to speak publicly on behalf of the S.E.C. Such questions typically precede the launch of any formal investigation.

ii.   "SEC questions Tesla over Elon Musk's tweets to take the company private; Regulators said to be inquiring whether CEO's claim was factual," *MarketWatch*, August 8, 2018, 1:32 p.m. - Securities regulators have inquired with Tesla Inc. about Chief Executive Elon Musk's surprise announcement that he may take the company private and whether his claim was factual, people familiar with the matter said.

The Securities and Exchange Commission has asked whether Musk's unusual announcement on Tuesday was factual, the people said. The regulator also asked Tesla [] about why the disclosure was made on Twitter rather than in a regulatory filing, and whether the company believes the announcement complies with investor-protection rules, the people said. …

The SEC's inquiries, which originated from its San Francisco office, suggest Tesla could come under an enforcement investigation if regulators develop

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

evidence that Musk's statement was misleading or false. It wasn't immediately clear on Wednesday whether the regulator had opened a formal enforcement investigation based on the answers it received from the company. An SEC spokesman declined to comment.

iii. "Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla," *Investor's Business Daily*, August 9, 2018 - Tesla stock rallied on CEO Elon Musk saying he wants to take the company private. … But shares fell 2.4% on Wednesday to 370.34, amid reports that the SEC is probing Tesla over Musk's tweets…

iv. "US stocks end near flat; Tesla retreats," *Agence France Presse*, August 8, 2018, 4:22 p.m. - One day after Chief Executive Elon Musk stirred investors with a surprise proposal to take Tesla Motors private, shares of the electric automaker fell 2.4 percent as some analysts expressed skepticism.

v. "SEC Looks Into Musk's Taking-Tesla-private Tweets: WSJ – MarketWatch," *Dow Jones Institutional News*, August 8, 2018, 4:06 p.m. - Tesla shares rallied 11% on Tuesday, but lost 2.4% Wednesday as Wall Street faulted the plan for being lean on funding details.

(w) In addition to the Jefferies and JP Morgan analyst reports, Bernstein stated: We see upside risk in the near term to perhaps $400, but downside risk to $340 (yesterday's low price) or below if no firmer details emerge, as investors would likely increasingly debate Musk's credibility and over-focus on the shares' price and volatility. (Bernstein, *Tesla: Going private? Who knows... does Elon?*, August 8, 2018).

(x) Evercore commented that: What happened? The above are two of a series of tweets by Tesla CEO Elon Musk yesterday, where the company announced that it is considering going private.

Could this happen? It is important to note that, as of today, no details have been provided with regards to what "Funding secured" means, who is providing that funding and what any potential funding structure might look like. Our view is that "Funding secured" should be interpreted as a strong verbal commitment, with funds available and parties willing to execute quickly.

Stock Implications The majority of the move towards $420 is now done, with the share price sitting within 11%. As a result, unless there is evidence to suggest that the funding is not secured and a transaction cannot be completed, we believe there is little to be done with the stock at these levels. More broadly, if Tesla has attracted a strategic investor who is willing to not only help take the company private but also to provide material funding going forward, it should enable the company to execute and move faster as it seeks to complete its mission to move the world to a solar electric future. Evercore ISI, *A Private Life is a Happy Life*, August 8, 2018, 4:26 a.m. (source of timestamp: Capital IQ).

(y) Tesla's common stock price declined 2.43%, from a close of $379.57 per share on August 7, 2018 to a close of $370.34 per share on August 8, 2018 on volume of 24.6 million shares, which was 3.0 times the average volume during the 120 trading days prior to the start of the Class Period.

(z) On Thursday, August 9, 2018, Tesla's share price opened at $365.55, a 1.3% decline from the prior day close of $370.34, and further declined to close at $352.45 on reports that the SEC probe was intensifying and doubt the deal could be done. News articles reported, for example:

      i. "Tesla Shares Sink as Pressure Mounts on Musk to Show the Money," *Bloomberg News*, August 9, 2018, 11:40 a.m. - Doubts about Elon Musk's ability to take Tesla Inc. private mounted across Wall Street on Thursday,

driving the stock down as much as 4 percent in what's shaping up to be the worst rout in a month.

The stock slipped to $356.66 in late morning trading, well below the $420 at which Musk said shareholders would be bought out. It's now dropped on back-to-back days after having jumped 11 percent on Tuesday, when Musk vowed that he had "funding secured" for a spectacular $82 billion deal.

Since that initial tweet, though, he has offered no evidence to back up the statement. Nor has anyone stepped forward publicly -- or privately – to say they're behind the plan. People with or close to 15 financial institutions and technology firms who spoke on the condition of anonymity said they weren't aware of financing having been locked in before Musk's tweet.

"I don't really understand the idea of what was suggested in the potential for them to go private," Dick Weil, CEO of Janus Henderson Group, said in an interview with Bloomberg Television. "That's obviously an incredibly large valuation to somehow take into the private market."

All of which could be problematic as the Securities and Exchange Commission starts investigating the matter. Regulators have asked the company if what Musk tweeted was factual and why such a disclosure was made via social media rather than in a filing, according to the Wall Street Journal, citing unidentified people familiar with the matter. Judith Burns, an SEC spokeswoman, declined to comment. Tesla also declined to comment.

ii.  "Tesla Erases Gain Since Musk Tweeted He May Take Co. Private," *Bloomberg First Word*, August 9, 2018, 12:49 p.m. - Tesla shares drop as much as 4.6% to $353.33 as of 12:31 p.m. in New York, as skepticism mounts that Elon Musk has the ability to take the co. private.  Stock traded at ~$356.64 before Musk tweeted on Aug. 7…

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii. "SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)," *Business Insider*, August 9, 2018, 2:42 p.m. - The Securities and Exchange Commission is "intensifying" its inquiry into Tesla, Bloomberg reports.

The agency on Wednesday asked Tesla about whether one of CEO Elon Musk's tweets regarding the possibility of taking the company private was truthful, *The Wall Street Journal* reported, citing people familiar with the matter.

According to the Journal, the SEC is also looking into why Musk's first statement about the potential of taking Tesla private was made on Twitter instead of in a regulatory filing. The agency also asked the company whether it believes Musk's tweet follows SEC rules about protecting investors, The Journal reported.

Bloomberg reports that the agency was gathering information about statements Tesla has made regarding sales and manufacturing targets before its most recent inquiry.

An inquiry from the SEC does not necessarily mean an investigation will follow.

The SEC and Tesla declined Business Insider's requests for comment.

iv. "Tesla Will Still Need to Access Capital Markets, Moody's Says," Bloomberg First Word, August 9, 2018, 3:06 p.m. - Tesla will need to access the capital markets in order to fund its operating requirements and repay the maturing convertible debt obligations, Moody's Investors Service said in a statement.

v. CEO's note to employees that he is considering taking Tesla private is credit negative, but does not affect the ratings at this time, the agency said.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

vi. Moody's expect the company's cash generation will improve during the second half of 2018 and over the coming year as its Model 3 production improves.

vii. "Tesla tumbles as US stocks end mostly lower," *Agence France Presse*, August 9, 2018, 4:22 p.m. - Tesla shares tumbled Thursday following a report the company faces intensifying scrutiny from securities regulators as US stocks finished a quiet session mostly lower.

(aa) Tesla's common stock price declined 4.83%, from a close of $370.34 per share on August 8, 2018 to a close of $352.45 per share on August 9, 2018 on volume of 17.2 million shares, which was 2.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(bb) On Friday, August 10, 2018, Tesla's share price opened at $354.00, a 0.4% increase from the prior day close of $352.45, and further increased slightly to close at $355.49 likely on reports that the Tesla board would meet with advisers next week on the go private deal.  News articles reported that Tesla's board of directors plans to meet with advisers next week, for example:

i. "Tesla Board To Ramp Up Going-private Talks: Report – MarketWatch," *Dow Jones Institutional News*, August 9, 2018, 5:18 p.m. - The Tesla Inc. (TSLA) board of directors plans to meet with advisers next week to make formal the process of exploring Chief Executive Elon Musk's proposal to take the company private, according to a CNBC report that cited people familiar with the matter. The board is likely to ask Musk to recuse himself, and the board told him that he'd need his own set of advisers, the report said.

ii. "Bloomberg: Tesla seeking 'wide' investor pool for go-private plan," *Bloomberg News*, August 10, 2018, 3:05 p.m. - Tesla (NASDAQ: TSLA) is trimming some gains on a report that the automaker is seeking a "wide"

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

investor pool in its go-private plan.  That's in an apparent move to avoid concentrating ownership of the stock, Bloomberg notes.  It's also raising chatter among investors questioning just how "secured" the funding is that CEO Elon Musk was tweeting about.  Shares are back to flat after rising as much as 2.1% to $360 today.

  iii. "Exclusive: Tesla's board seeking more information on Musk's financing plan – sources," *Reuters News*, August 9, 2018, 8:26 p.m. - Tesla Inc's <TSLA.O> board has not yet received a detailed financing plan from CEO Elon Musk, and is seeking more information about how he will take the U.S. electric car maker private in a proposed deal worth $72 billion, people familiar with the matter said on Thursday.

   While Tesla's board has held multiple discussions about Musk's proposal, which first became public on Tuesday, it has not yet received specific information on who will provide the funding, one of the sources said.

(cc) Tesla's common stock price increased 0.86%, from a close of $352.45 per share on August 9, 2018 to a close of $355.49 per share on August 10, 2018 on volume of 11.6 million shares, which was 1.4 times the average volume during the 120 trading days prior to the start of the Class Period.

(dd) On Monday, August 13, 2018, Tesla's share price opened at $361.13 a 1.6% increase from the prior day close of $355.49.  Thereafter, the stock price declined during the day to close at $356.41 on news that said shares shot up more than 3% on Musk's blog post (before the markets opened) explaining his August 7th tweet, but then turned down as investors parsed the statement and that investors now know that his "funding secured" tweet last week was premature at best.  News articles reported, for example:

  i. "Two lawsuits accuse Elon Musk of false statements to boost Tesla share price," *CNN Wire*, August 11, 2018, 5:59 p.m. - Two new lawsuits accuse

Tesla and its CEO Elon Musk of violating federal securities law by allegedly making false statements to boost the company's stock price.

The complaints, filed in federal court in San Francisco this week, claim Musk sought to mislead investors when he said on Twitter that he had secured the funding to take Tesla private. …

Both lawsuits accused Musk or Tesla of harming short sellers with false information.

ii. "Report: Saudi Arabia is looking to invest big in Tesla as the company teases going private," *Business Insider*, August 12, 2018, 8:45 p.m. - While Tesla CEO Elon Musk teased last week about taking the company private, several suitors may have already been courting the electric car giant months ago.

Saudi Arabia's Public Investment Fund, the country's sovereign wealth fund, is in talks with Tesla about becoming a significant investor as part of the move towards privatization, sources with knowledge of the fund's plans told Bloomberg Sunday.

The Saudi investment fund approached Musk months ago to discuss acquiring a minority stake but was turned down as the company did not plan on issuing new shares at the time, a source close to the discussions told Bloomberg. In turn, the fund bought nearly $2 billion worth of Tesla shares on the market with the help of an investment bank, building up a stake just short of 5% in the company.

The fund has not yet made any concrete plans with Tesla on increasing its stake, sources told Bloomberg, but talks are ongoing, and continued investment in the company is seen as a strategic step toward diversifying the Saudi economy away from oil.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii.   "Tesla surges after Elon Musk offers details about his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:09 a.m. - Shares of Tesla surged as much as 3% in early-trading Monday, before paring their gains, after CEO Elon Musk published an update on his plans to take the company private at $420 a share.

Despite tweeting on Tuesday that funding had been secured, Musk's newest blog post appears to contradict that claim.

iv.   "Elon Musk reveals what he meant by his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:45 a.m. - In his statement on Monday, Musk said that following his August 7 tweet, he has been in communication with the managing director of the Saudi fund.

"He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements," Musk said.

v.   "Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars," *Dow Jones Institutional News*, August 13, 2018, 1:13 p.m. - Saudi Arabia's desire to take a big stake in Tesla Inc. reflects its ambitious plan to build a base in the kingdom for electric-car production and diversify away from oil.

Its sovereign-wealth fund is considering raising its nearly 5% holding in Tesla, people familiar with the matter said. Discussions among Saudi officials about increasing the Public Investment Fund's stake accelerated after Tesla Chief Executive Elon Musk last week proposed to take the car company private in a tweet, the people said.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

vi. "MW UPDATE: Wall Street has spoken: Tesla funding is not 'secured'," *MarketWatch*, August 13, 2018, 3:39 p.m. - All of Wall Street, and MarketWatch along with it, wanted to know more about Elon Musk's claims last week that he had the funding to take Tesla Inc. private.

After Musk explained himself Monday morning, investors now know that his "funding secured" tweet last week was premature at best. They showed that they were not buying his explanation by not buying Tesla (TSLA) stock at going rates well lower than the $420 level Musk quoted in that now-infamous tweet.

In a blog post early Monday, Musk responded to the doubts that have arisen since he created havoc among investors last Tuesday with the tweet that he was considering taking Tesla private at $420 a share. …

Taken together, Musk's definition of "funding secured" appears to be, to assess it charitably, a stretch. And it certainly does not live up to what was required after his original tweet.

vii. "MW UPDATE: Tesla shares swing higher amid confusion about Musk's going-private plan," *MarketWatch*, August 13, 2018, 5:03 p.m. - Tesla Inc. shares wavered between gains and losses Monday as the boost from Chief Executive Elon Musk's blog post detailing his proposal to take the Silicon Valley car maker private faded.

Tesla (TSLA) shares shot up more than 3% in pre-market trading as Musk's blog post on the company's website went up, but then turned down more than 1% in midday trade as investors parsed the statement. They ended the session 0.3% higher at $356.41.

(ee)     An article in *The New York Times* on August 13, 2018 stated that, according to sources the Musk Tweets had not been cleared with the Tesla board and that some members of the board were blindsided by the tweet:

> An abrupt tweet last week by Elon Musk about the prospect of taking Tesla private was dashed off with little forethought, and had not been cleared ahead of time with the company's board, two people familiar with the chain of events said Monday….
>
> But three people familiar with the workings of the Saudi fund cast doubt on his account. They said the fund had taken none of the steps that such an ambitious transaction would entail, like preparing a term sheet or hiring a financial adviser to work on the deal....
>
> A person with direct knowledge of the Tesla board's thinking said some members of the board had been totally blindsided by Mr. Musk's decision to air his plan on Twitter....
>
> ("Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," NYTimes.com Feed, August 13, 2018, 10:05 a.m.).

(ff) Analyst commentary on August 13, 2018 included CFRA stating the going private deal could be more likely than previously thought and Morningstar, which was also positive on the likelihood of the deal happening:

> i.     (CFRA, *CFRA REITERATES HOLD OPINION ON SHARES OF TESLA, INC.*, August 13, 2018, 11:36 a.m. (source of timestamp: Capital IQ) - We think Elon Musk's blog post likely reduces legal risk fallout for TSLA and helps clarify the potential going private situation, even if a transaction is ultimately not consummated. In the post, Mr. Musk explains how the Saudi Arabia Public Investment Fund had repeatedly expressed interest in taking Tesla private, something the fund could likely afford, leading Musk to believe that funding for a transaction was "secured". The blog also explains how the deal could be more likely than we previously thought, as it would ideally be structured to be less leveraged via greater than expected use of

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

equity versus debt. We would prefer this given TSLA's already plentiful cash needs.

    ii.    Morningstar, *Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain*, August 13, 2018, 4:50 p.m. (source of timestamp: Capital IQ) - Tesla CEO Elon Musk issued a blog post Aug. 13 that states he is still gauging shareholder interest in Tesla going private at $420 a share, but our impression of his words is that he thinks it can happen, and we agree. Tesla's board still must receive a formal proposal and then will have to evaluate it, so we think a deal will not happen this week but will eventually be announced. Musk also said the Saudi Arabian sovereign wealth fund has taken almost a 5% stake in Tesla, and he met with it recently about going private. All shareholders would have the choice of having their stock bought out at $420 a share or remaining invested in a private Tesla. We speculate that retail investors may have their equity moved to a publicly traded special-purpose vehicle while accredited investors would only be able to buy or sell shares every six months.

(gg)    Tesla's common stock price increased 0.86%, from a close of $355.49 per share on August 10, 2018 to a close of $356.41 per share on August 13, 2018 on volume of 10.5 million shares, which was 1.3 times the average volume during the 120 trading days prior to the start of the Class Period.

(hh)    On Tuesday, August 14, 2018, Tesla's share price opened at $358.45 a 0.6% increase from the prior day close of $356.41.  Thereafter, the stock price declined to close at $347.64 on reports questioning the accuracy of Musk's latest tweets on hiring advisers Goldman Sachs and Silver Lake.

    i.    "Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction," *GlobeNewswire*, August 14, 2018, 8:30 a.m. -

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Tesla, Inc. (the "Company") announced today that its Board of Directors has formed a special committee comprised of three independent directors to act on behalf of the Company in connection with Elon Musk's previously announced consideration of a transaction to take the Company private (the "Going Private Transaction"). The special committee has not yet received a formal proposal from Mr. Musk regarding any Going Private Transaction nor has it reached any conclusion as to the advisability or feasibility of such a transaction.

(ii) Analysts commented on Musk's blog post on August 13 including Barclays stating that the go-private deal was still in its early stages and J.P. Morgan questioning whether the deal was ever near the finish line and not sure what to believe:

    i. Barclays, *Time for even 'Blue Pillers' to Cash Out?*, August 14, 2018, 12:15 a.m. (source of time stamp: Capital IQ) - Tesla's blog post on Monday 8/13/18 makes it clearer buyout is still in early stages, and board has much work to do; ... Yesterday Elon Musk's blog post made it clear - as we suspected last week - that any go-private transaction still had numerous hurdles in front of it. ...

    And on Monday 13 August 2018, an updated blog post on the Tesla site from Mr. Musk made it clear that the funding was in its very early stages.

    ii. J.P.Morgan, U.S. Autos, Auto Parts, Tires, & Auto Auction, Presentation for 2018 "Summer Lunch Series," August 14, 2018, p. 28 at JPMS_00002961 - We significantly raised our price target based upon assertions of fact from Tesla CEO Elon Musk that "funding is secured" ... We raised our price target from $195 to $308, but are ready to again value the firm on fundamentals alone should a deal not be cobbled together.

    Already, it seems, such a deal is in trouble and may never have been anywhere near the finish line in the first place:

Monday, August 13 morning blog post to us seems a walk-back aimed more at providing legal cover for Mr. Musk than at providing additional details to the financial community;

Monday, August 13 afternoon report by NYTimes says Musk 4/20 tweet took Board by surprise;

Monday, August 13 evening tweet by Elon Musk says excited to work with Silver Lake and Goldman Sachs as financial advisors on proposal to take Tesla private.

WE [ARE] NOT SURE WHAT TO BELIEVE!

(jj) Tesla's common stock price declined 2.46%, from a close of $356.41 per share on August 13, 2018 to a close of $347.64 per share on August 14, 2018 on volume of 7.0 million shares, which was 0.8 times the average volume during the 120 trading days prior to the start of the Class Period.

(kk)    On Wednesday, August 15, 2018, Tesla's share price opened at $341.91 a 1.6% decrease from the prior day close of $347.64.  Thereafter, the stock price declined further to close at $338.69 on reports that the SEC had issued a subpoena to Tesla and news that the SEC probe was now a formal investigation regarding the Musk tweets. News articles reported for example:

i.   "SEC Is Said to Send Subpoenas to Tesla on Privatization: Fox," *Bloomberg First Word*, August 15, 2018, 10:50 a.m. - The SEC sent subpoenas to Tesla on privatization plans and Musk's statements involving funding, Fox's Charles Gasparino tweeted citing sources.

Subpoenas signal investigation has reached the 'formal' stages, tweet said. Tesla extends losses, falls to session low, down as much as 4.5%.

ii.  "Tesla and Elon Musk under fire as SEC issues subpoenas," *The Telegraph Online*, August 15, 2018, 1:03 p.m. - US authorities have intensified an

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

investigation into Tesla's privatisation plan by issuing formal summons to the electric car manufacturer's chief executive Elon Musk. …The SEC investigation into the company stepped up a gear on Wednesday when the SEC issued a formal subpoena to Tesla officials and Mr Musk, the company's billionaire founder, according to Fox News. …

Tesla's share price dropped 3.9pc following the reports of the subpoenas, which are likely to complicate any discussions about taking the group private.

iii.  "Musk Seen Facing National Security Review in a Tesla-Saudi Deal," *Bloomberg News*, August 15, 2018, 12:48 p.m. - Elon Musk will likely need clearance from U.S. national security officials for any proposal to take Tesla Inc. private with financing from Saudi Arabia, just as the Trump administration steps up scrutiny of foreign investment in American technology.

The deal, if it becomes reality, would be among the first to be reviewed by U.S. officials since President Donald Trump signed legislation this week that expands the government's authority to investigate and potentially block foreign takeovers of domestic companies.

iv.  "Tesla shares fall on reports of SEC subpoena," *Agence France Presse*, August 15, 2018, 5:33 p.m. - Shares of Tesla fell Wednesday following reports US securities regulators have subpoenaed the electric car maker's Chief Executive Elon Musk over his statements about taking the company private.

Shares finished down 2.6 percent at $338.69 after news of the formal demand for information was published by Fox Business and The New York Times. Shares fell as much as 4.5 percent earlier in the session.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The development suggests the oversight by the US Securities and Exchange Commission -- which was characterized in previous news articles as an inquiry -- has "advanced to a more formal, serious stage," said The Times, which cited a person familiar with the matter.

A subpoena "typically requires the approval of top SEC officials," the newspaper added.

A Wall Street Journal story published after the stock market closed said the subpoena sought information from each of Tesla's directors.

A Tesla spokesperson declined comment.

(ll) Tesla's common stock price decreased 2.57%, from a close of $347.64 per share on August 14, 2018 to a close of $338.69 per share on August 15, 2018 on volume of 9.1 million shares, which was 1.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(mm) On Thursday, August 16, 2018, Tesla's share price opened at $339.91 a 0.4% increase from the prior day close of $338.69.  Thereafter, the stock price declined during the day to close at $335.45 on mixed news and analyst commentary on Tesla's Model 3 production forecast and base Model 3 future profitability. News articles reported for example:

    i. "Tesla's Odds of Going Private Less Than 50%, Bernstein Says," *Bloomberg First Word*, August 16, 2018, 7:11 a.m. - Tesla's odds of a successful take-private transaction are less than 50%, Bernstein analyst Toni Sacconaghi writes in a note raising the automaker's PT to $325 from $265.

See Tesla as a challenging company to value given lack of cash flow, high capital intensity and explosive growth

Sees a valuation range of $300 to $400 and current share prices imply margins and market share in 2050 that are higher than Mercedes and BMW

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Believe questions around a take-private transaction and the clarity of Model 3 quality and profitability will likely be answered over the next few quarters

Maintain market-perform

(nn)   Tesla's common stock price decreased 0.96%, from a close of $338.69 per share on August 15, 2018 to a close of $335.45 per share on August 16, 2018 on volume of 6.1 million shares, which was 0.7 times the average volume during the 120 trading days prior to the start of the Class Period.

(oo)   On Friday, August 17, 2018, Tesla's share price opened at $323.50 a 3.6% decrease from the prior day close of $335.45, and continued to decline to close at $305.50 on reports of an Elon Musk interview by *The New York Times* that linked the Musk Tweets to concerns about Musk's ability to lead the company.  Further, in addition to reporting on Musk's health issues, *The New York Times* article (the "*NYT* Article" or "*NYT* Interview") also "noted that the funding for the proposed going private transaction 'was far from secure' and the Public Investment Fund 'had not committed to provide any cash'" and "that no one had seen or reviewed Musk's August 7, 2018 tweet before he posted it indicating that no going private transaction was imminent."

(pp)   The news articles starting late at night on August 16, 2018 begin with the Musk interview by *The New York Times* (published in print on August 17, 2018):

Elon Musk was at home in Los Angeles, struggling to maintain his composure. "This past year has been the most difficult and painful year of my career," he said. "It was excruciating."

The year has only gotten more intense for Mr. Musk, the chairman and chief executive of the electric-car maker Tesla, since he abruptly declared on Twitter last week that he hoped to convert the publicly traded company into a private one. The episode kicked off a furor in the markets and within Tesla itself, and he acknowledged on Thursday that he was fraying.

(qq)   In an hourlong interview with The New York Times, he choked up multiple times, noting that he nearly missed his brother's wedding this summer and spent his birthday holed up in

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Tesla's offices as the company raced to meet elusive production targets on a crucial new model.

Asked if the exhaustion was taking a toll on his physical health, Mr. Musk answered: "It's not been great, actually. I've had friends come by who are really concerned."

…

For two decades, Mr. Musk has been one of Silicon Valley's most brash and ambitious entrepreneurs, helping to found several influential technology companies. He has often carried himself with bravado, dismissing critics and relishing the spotlight that has come with his success and fortune. But in the interview, he demonstrated an extraordinary level of self-reflection and vulnerability, acknowledging that his myriad executive responsibilities are taking a steep personal toll.

(rr) In the interview, Mr. Musk provided a detailed timeline of the events leading up to the Twitter postings on Aug. 7 in which he said he was considering taking the company private at $420 a share. He asserted that he had "funding secured" for such a deal a transaction likely to be worth well over $10 billion.

That morning, Mr. Musk woke up at home with his girlfriend, the musician known as Grimes, and had an early workout. Then he got in a Tesla Model S and drove himself to the airport. En route, Mr. Musk typed his fateful message.

…

Mr. Musk has said he was referring to a potential investment by Saudi Arabia's government investment fund. Mr. Musk had extensive talks with representatives of the $250 billion fund about possibly financing a transaction to take Tesla private -- maybe even in a manner that would have resulted in the Saudis' owning most of the company. One of those sessions took place on July 31 at the Tesla factory in the Bay Area, according to a person familiar with the meeting. But the Saudi fund had not committed to provide any cash, two people briefed on the discussions said.

(ss) News media commented:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

i.  "Tesla's stock falls sharply after Elon Musk's tearful interview," *CNN Wire*, August 17, 2018, 11:51 a.m. - Tesla's stock tumbled after CEO Elon Musk said he's working himself to the bone and relies on Ambien to sleep.

In a[] tearful interview with The New York Times, Musk said this has been "the most difficult and painful year" of his career. He said he works 120 hours some weeks and has trouble sleeping. Musk is also CEO of SpaceX and The Boring Company.

Investors weren't sympathetic.

The stock fell 8% on Friday, and it's down more than 20% since the day Musk tweeted he had secured funding for a private takeover of Tesla.

Musk hasn't exactly given investors confidence that he's on the ball.

He admitted in the Times interview that he hadn't cleared his tweet with anyone at Tesla before firing it off midday August 7.  He also said that the price he chose " $420 a share" was somewhat arbitrary. He wanted it to be a 20% premium, which would have been around $419. So he tweeted $420 because it was "better karma."

ii.  "Tesla stock sinks after Musk gives tearful NYT interview," *Reuters News*, August 17, 2018, 4:00 p.m. - Tesla Inc's shares slumped 9 percent on Friday after Chief Executive Officer Elon Musk told the New York Times he was under major emotional stress and was preparing for "extreme torture" from short sellers.

Tesla stock was on track for its biggest daily slump in two years as Wall Street questioned Musk's ability to lead the electric car maker. Investors also were worried about reports that regulators were pressuring Tesla's directors for details about how much information he shared with them.

iii.  "As Musk admits to job stress, Tesla's board may have to act," *Associated Press Newswires*, August 17, 2018, 6:08 p.m. - Elon Musk's erratic behavior was front and center again this week as the CEO of Tesla conceded

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

that he's overwhelmed by job stress, pushing his electric car company's stock down and bringing pressure on its board to take action.

Musk's revelation, in a Thursday interview with The New York Times, came as government regulators are reportedly investigating whether his recent out-of-the-blue tweet about taking Tesla private violated disclosure requirements.

Now, experts say Tesla has reached an intersection where the board must decide the direction of its leadership. Among their suggestions: Remove Musk as CEO, permanently or via a temporary leave of absence, or appoint a No. 2 executive who could act as a steadying hand.

(tt) J.P. Morgan stated that subsequent events led the analyst to believe that funding was not secured for going private:

We are reverting to valuing Tesla shares on the basis of fundamentals alone, which entails a $113 reduction in our price target back to the $195 level where it stood prior to our August 8 note in which we newly weighted 50% in our valuation analysis a go-private scenario for which funding was at that time said to have been secured to take the company private at $420 per share …In reference to statements on Twitter on August 7 by Tesla CEO Elon Musk that "funding has been secured", we wrote in our August 8 note, "As surprising to us as these developments are, and as lacking as the statements are in any details regarding whom is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." We also stated, "Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through."

Our interpretation of subsequent events leads us to believe that funding was not secured for a going private transaction, nor was there any formal proposal. On August 13, Mr. Musk posted a statement to Tesla's website in which he explained that the comment relative to funding being secured was based upon a July 31 meeting with the Saudi Arabian sovereign wealth fund in which its representative expressed support for funding

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

a transaction to go private. However, it was also stated, "Following the August 7th announcement, I have continued to communicate with the Managing Director of the Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements." We had imagined following the surprise August 7 announcement that another party (e.g., the Saudi fund) had already firmly decided (including having completed any internal review process) to fund a going private transaction. The revelation the Saudi fund is subsequently asking Tesla for details of how the company would be taken private suggests to us that any deal is potentially far from even being formally proposed, which is different from our understanding on August 8 which was based on Mr. Musk's statement on Twitter that, "Only reason why this is not certain is that it's contingent on a shareholder vote". (J.P. Morgan, *Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195*, August 20, 2018, 6:15 a.m.).

(uu)   In an email dated August 17, 2018 at 8:59 a.m., the J.P. Morgan analyst, Ryan Brinkman, wrote "I'm thinking on Monday to perhaps remove the 50% "go private" weighting, taking price target back down to $195. Obviously a tough call." Source: JPMS_00004543 (Exhibit 21 to Deposition of Ryan Brinkman, May 4, 2021).   Mr. Brinkman  also stated "I think I was the first analyst to come out and say -- or one of the first, that these Tweets weren't true and essentially it would be tantamount to say the CEO had lied or mislead investors which is, you know, something that's impolitic and I think I handled it in the best way possible." Brinkman Dep. 100:9 - 100:18.

(vv)   Mr. Brinkman also testified, when asked about the *NYT* Article, "I don't know if this is for sure the one, but it might have been the article where there was reference to board of directors not having known about the go-private Tweet, which certainly would have been impactful for my research and understanding of the situation."  Brinkman Dep. 93:7-93:13.

(ww)   Mr. Brinkman stated that the Board's failure to review Musk's tweets before publication was important because "…CEOs just don't come out with announcements that the company

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

is being taken private or acquired by another company or even acquiring another company without the board of directors being at least aware. So it -- it very much undermined the veracity of the August 7 Tweets." Brinkman Dep. 95:15 - 96:23.

(xx)    Tesla's common stock price decreased 8.93%, from a close of $335.45 per share on August 16, 2018 to a close of $305.50 per share on August 17, 2018 on volume of 19.0 million shares, which was 2.3 times the average volume during the 120 trading days prior to the start of the Class Period.

Plaintiff further refers to the expert report dated September 22, 2020 of Dr. Michael Hartzmark submitted in support of Plaintiff's motion for class certification and the deposition of Dr. Hartzmark taken on November 19, 2020.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1

**INTERROGATORY NO. 15:**

2

　　　For each and every new fact disclosed in the **NYT ARTICLE** other than the alleged

3

corrective disclosures **YOU** identified in response to Interrogatory No. 14, **IDENTIFY** whether

4

and to what extent **YOU** contend it caused **TESLA's** stock price to drop, including

5

**IDENTIFYING** why you make that contention and **IDENTIFYING** all facts supporting that

6

contention.

7

**RESPONSE NO. 15:**

8

　　　Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as

9

though set forth fully herein, including in particular the Objections to the terms "Identify" and "You."

10

Plaintiff further objects to this Interrogatory on the grounds that it is vague and ambiguous and Plaintiff

11

is unable to discern what "each and every new fact disclosed in the NYT ARTICLE other than the

12

alleged corrective disclosures YOU identified in response to Interrogatory No. 14" means. Plaintiff

13

objects further to this Interrogatory to the extent it is premature and presumptively improper because

14

this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff

15

objects further on these grounds in light of the technical and complex information sought by this

16

Interrogatory and the fact that expert discovery will be ongoing through January 6, 2022. Plaintiff

17

therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light

18

of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

19

　　　Due to the nature of the Interrogatory, Plaintiff is unable to respond but to the extend that

20

Defendants request information regarding the impact of the NYT ARTICLE on Tesla's stock price

21

and damages for the Class, Plaintiff refers Defendants to his responses to Interrogatory No. 5.

22

23

24

25

26

27

28

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 16:**

**IDENTIFY each and every CHALLENGED STATEMENT and CHALLENGED OMISSION that YOU contend remained uncorrected after the AUGUST 13 BLOG POST was made, including IDENTIFYING why YOU make that contention and IDENTIFYING all facts supporting that contention.**

**RESPONSE NO. 16:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," "Challenged Statement," and "Challenged Omission." Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Plaintiff further objects to this Interrogatory as improperly and prematurely requesting information that will be subject of expert opinion and an expert report. Plaintiff will provide additional

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

information responsive to this Interrogatory in an expert report served in accordance with the schedule in this proceeding.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 caused members of the Class to suffer damages as a result of their investment in Tesla's securities. Damages resulted from artificial inflation introduced and then maintained in the price for Tesla securities by the statements identified in response to Interrogatory No. 1. The artificial inflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information. Members of the class suffered harm when they purchased Tesla securities at an inflated price and then (1) held their Tesla securities to the end of the Class Period, (2) sold their Tesla securities at a lower price reflecting reduced inflation; or (3) used the Tesla stock purchased at an artificially inflated price to close an existing short position.

The statements identified in response to Interrogatory No. 1 also artificially reduced the price of certain Tesla securities and members of the Class suffered harm when they sold those securities at artificially deflated prices. The artificial deflation was reduced during the Class Period as a result of questions publicly raised about the potential going-private investigation by financial analysts and journalists, disclosure in the media regarding the circumstances of the August 7, 2018 statements, disclosure of regulatory investigations, and the persistent failure by Elon Musk, Tesla, or the other Defendants to provide additional information regarding the potential going-private transaction except for the statements identified in response to Interrogatory No. 1 despite widespread and public requests for additional information.

Members of the class also suffered losses when the price of their Tesla securities declined as a

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

result of reputational harm, loss of management credibility, and an increase in regulatory and legal risk caused by the false and misleading statements identified in response to Interrogatory No. 1.

Subject to and without waiver of the foregoing objections, Plaintiff contends the following facts support the contention that the statements identified in response to Interrogatory No. 1 were material:

(a) Jeffrey Spurling, an analyst at Citadel, emailed Martin Viecha on August 7, 2018 for confirmation as to whether Musk's tweets were "a twitter joke, or a real disclosure of Elon Musk's intention to take Tesla private at $420 per share." Viecha responded that Musk's tweets were "[n]ot a joke" and that they were "serious tweet[s]"; (TSLA_LITTLETON_00004099 at 2; *see also* Martin Viecha Tr. at 116:17-117:2).

(b) Eric Hogner, an analyst at Lansdowne Partners, emailed Viecha on August 7, 2018 to "confirm that these tweets are real." Viecha confirmed in response that "Yes, these Tweets are official." (TESLA_LITTLETON_00004110; *see also* Martin Viecha Tr. at 120:14-120:25);

(c) Itay Michaeli, an analyst at Citi Research, emailed Viecha on August 7, 2018 to inquire whether there was "an actual transaction on the table (with secured financing)" or if going private was "more of a strategic announcement . . . ." Viecha responded that "the very first Tweet mentioned a firm offer." (TESLA_LITTLETON_00004154; *see also* Martin Viecha Tr. at 129:8-129:18);

(d) Nii Owuraka Koney, a Managing Director at Jennison Associates, emailed Viecha on August 7, 2018 requesting a telephone call to discuss the "funding" for the transaction. Viecha responded that "[t]he very first tweet simply mentioned 'Funding secured' which means that this is a firm offer" and that "the offer is as firm as it gets." (JENN0000074; *see also* Martin Viecha Tr. at 137:13-138:21) Mr. Koney also testified on July 14, 2021 that his "view all along" was that the "offer at $420" was a "real offer." (Nii Owuraka Koney Tr. at 116:8-116:15);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(e) Bradley Erickson, an analyst at KeyBanc Capital Markets, emailed Viecha on August 7, 2018 asking for him to "clarify" whether "funding is secured." Viecha responded by confirming that "the first Tweet clearly stated that 'financing is secured.' Yes, there is a firm offer." (TESLA_LITTLETON_00004010; *see also* Martin Viecha Tr. at 154:13-155:11);

(f) Toni Sacconaghi, an analyst at AllianceBernstein, emailed Viecha on August 7, 2018 for "questions/clarification on today's news and blog post." Viecha stated in response that "apart from what has been tweeted and what was written in a blog post, we can't add anything else. I only wanted to stress that Elon's first tweet, which mentioned 'financing secured' is correct" and that "financing is secured regardless of other assumptions." (TESLA_LITTLETON_00004253 at 1-2; *see also* Martin Viecha Tr. at 156:21-158:15);

(g) On August 7, 2017, Deepak Ahuja informed Elon Musk and Todd Maron that they were "getting a lot of enquiries from investors, SEC and the media to better understand the comment 'funding secured.'" (TESLA_LITTLETON_00019605);

(h) As of 11:05 am of August 7, 2018, all major media had contacted Dave Arnold, Tesla's Sr. Director of Global Communications, with inquiries about Elon's taking Tesla private tweet, including Thomson Reuters, NBC Universal, Fox Business Network, Associated Press, Forbes, CBS, Washington Street Journal, Bloomberg, Financial Times, Los Angeles Times, CNN Money, USA Today, The Daily Telegraph (England), The Buffalo News, San Francisco Chronicle, The Street, BuzzFeed News, The Hill, Silicon Valley Business Journal, Bay Area News Group, Recode (Vox), The Verge, and Jalopnik. (TESLA_LITTLETON_00013639);

(i) Dave Arnold testified on September 30, 2021 that Tesla Communications team was "getting flooded with inquiries" and that he "did not really see a scenario in which we, Tesla the company, could not just not say anything." (Dave Arnold Tr. at 75:24-76:2);

(j) On August 7, 2018, after Tesla published Elon email to Tesla employees explaining his reasoning behind the tweets, Dave Arnold informed Deepak Ahuja and Todd Maron that

following Tesla blog post, media reported that Elon's consideration about taking Tesla private was "shocking investors and analysts." (TESLA_LITTLETON_00012975);

(k) David Arnold, Tesla's Global Communications Director, testified on September 30, 2021 that Elon Musk's and Tesla's statements after the initial tweet on August 7, 2018 provided "additional information on top of the initial tweet [Musk] sent." (David Arnold Tr. at 69:3-69:8);

(l) From an opening price of $343.84 per share, Tesla's stock rose to an intraday high of $387.46 per share and closed at $379.57 per share. Over 30 million shares traded on August 7, 2018, which is more than twice Tesla's daily average volume;

(m) On August 8, 2018, a Nasdaq representative emailed Deepak Ahuja and Martin Viecha informing them that "[f]ollowing [Elon's taking Tesla private] news, … [y]esterday, TSLA closed up 11% to 379.57 on volume of 30.8 million shares. Yesterday's trading range was $339.15-387.46." (TESLA_LITTLETON_00004671).

(n) The Musk communications on August 7, 2018 caused an immediate price reaction in Tesla's stock, with Tesla's stock price increasing to $365.03 per share (just prior to 12:49 p.m.) from $356.85 per share (just prior to 12:48 p.m.) on volume of over 800,000 shares in this first minute of trading after the Musk Tweets.  Tesla's stock continued to be heavily traded on August 7, with volume of over 10 million shares until a trading halt at 2:08 p.m., ("Tesla Inc. (TSLA) Halted due to pending news," *Dow Jones Institutional News*, August 7, 2018, 2:08 p.m.), when the price was $367.25.

(o) Tesla stock resumed trading at approximately 3:45 p.m., ("Tesla Inc. (TSLA) Resumed Trading," *Dow Jones Institutional News*, August 7, 2018, 3:45 p.m.), quickly increasing to over $386 per share before closing at $379.57 per share with additional volume of over 6 million shares.

(p) During and after market trading hours on August 7, 2018, news articles reported that the Musk Tweets caused an increase in Tesla's share price on August 7, 2018, for example:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

i. "Tesla Jumps After Musk Tweets He Could Take Co. Private at $420," *Bloomberg News*, August 7, 2018, 1:00 p.m. - "Am considering taking Tesla private at $420. Funding secured," Tesla CEO Elon Musk says in tweet. Tesla climbs to session high, up 8.2%, on Musk's tweet."

ii. "Tesla's Musk Tweets He's 'Considering' Taking Company Private – MarketWatch," *Dow Jones Institutional News*, August 7, 2018, 1:07 p.m. - Tesla Inc. (TSLA) jumped as much as 8% midday Tuesday after Chief Executive Elon Musk tweeted he was "considering" taking the Silicon Valley car maker private at $420 a share. "Funding secured," the tweet continued, garnering calls to "dewit" and love yous from Musk supporters on Twitter. The price would represent a 16% upside from Tuesday's prices.

iii. "Tesla shares jump on Musk tweet on taking company private," *Agence France Presse*, August 7, 2018, 1:09 p.m. - Tesla shares jumped after midday on Tuesday following a tweet by Chief Executive Elon Musk that he was considering taking the electric automaker private. Shares were up 5.9 percent to $361.87 around 1700 GMT after spiking to $371.15 shortly after Musk's tweet.

iv. "Afternoon of Terror for Tesla Shorts Fomented by Musk's Tweet," *Bloomberg News*, August 7, 2018, 1:54 p.m. - What's in a tweet? About $500 million of potential losses to short sellers, when it comes to Tesla's Chief Executive Officer Elon Musk. A tweet that he's considering taking the company private "at $420" sent an already elevated stock higher. From around $355 it jumped above $371 just after the post, before the gains were pared.

v. "MW UPDATE: Stocks close higher as earnings news trumps trade-war fear; Tesla soars 11% on Musk's going-private tweet," *MarketWatch*, August 7,

2018, 4:39 p.m. - The Nasdaq rose for a sixth day in a row, its longest winning streak since March, led by Tesla Inc., which spiked following a tweet from Chief Executive Elon Musk that he was considering a move to take the company private, which was followed by confirmation from the company.

vi. "Crazy Ride for Tesla Watchers as Musk Tweets: TOPLive Takeaways," *Bloomberg First Word*, August 7, 2018, 4:25 p.m. - Key takeaways from the TOPLive blog on Tesla Inc. after CEO Elon Musk tweeted he's considering taking the automaker private.

Elon Musk tweeted that he wants to take Tesla private at $420 a share and said he had "funding secured."

Shares initially rose as much as 8% until trading was halted for an hour and a half.

Musk in a series of tweets said he doesn't have a controlling vote and wouldn't expect any shareholder to have one if the company goes private. He said people could still invest in Tesla once it's private.

Musk later put out a letter that, in essence, said that the company would be better off focusing on its goals without the scrutiny of investors and the "attacks" from short sellers.

Still, Musk said, a final decision hasn't been made.

Investors and analysts, even Musk himself, all seemed a little uncertain whether this will happen. The same with the market: Tesla shares closed up 11% to $379.57. That was a great run, but still about $40 shy of what Musk would want to offer shareholders to get a deal done. Shares were coming down by about $5 in after-market trades.

vii. "Elon Musk tweets a lot. This time was different," *CNN Wire*, August 7, 2018, 6:09 p.m. - Going private, Musk said, would end "negative propaganda from

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

shorts," referring to his hated short-sellers.  Around 3:30 ET, Tesla released a statement via its blog, titled "Taking Tesla Private."  It contained a letter from Musk sent to Tesla employees. … Musk then tweeted the blog post with his own commentary.  "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote," he said.

viii. "Is Tesla going private? Elon Musk claims 'investor support is confirmed' after tweeting plans to privatize at $420 per share, in shock announcement that HALTED the stock for almost two hours," *Mail Online*, August 7, 2018 6:41 p.m. - Shares of Tesla were halted in afternoon trading on Tuesday after CEO Elon Musk tweeted that he's considering taking the electric car company private at $420 a share - a significant jump from the stock's current price of roughly $379.

Musk said the take-private transaction has received investor support and now rests on a shareholder vote in order for it to become official.

(q) Analysts also commented on the Musk Tweets, for example:

i. Canaccord Genuity, *Shares up 6% on tweet from CEO*, August 7, 2018, 1:52 p.m. (source of timestamp: Capital IQ) - Shares up 6% on tweet from CEO Tesla's Chairman and CEO, Elon Musk, tweeted that he is "considering taking Tesla private at $420," and that he has "Funding secured."

This tweet epitomizes the reason we have a HOLD rating on Tesla shares and not a Buy. If true, and his account was not hacked, this reinforces the rationale behind our market neutral stance.

As the company matures or on pullbacks we would look to become more constructive but remain on sidelines at current levels.

ii. Morningstar, *Musk Tweets Tesla May Go Private at $420 a Share but Stockholders May Not Have to Sell at That Price*, August 7, 2018, 3:06 p.m.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(source of timestamp: Capital IQ) - Tesla CEO Elon Musk tweeted around midday on Aug. 7 the following: "Am considering taking Tesla private at $420. Funding Secured." A buyout price of $420 per share would be for about $71.6 billion based on the July 27 outstanding share count of 170.6 million in the latest 10-Q filing, though it's unclear if Musk's roughly 22% ownership stake would be part of the deal or just converted into equity of a new private company. If a deal is announced and we think its execution is more likely than not, we will raise our fair value estimate to the deal price, but for now we are leaving our fair value estimate of $179 in place.

We find it odd that Musk would disclose that he is considering doing a deal and specifying a price rather than not saying anything until Tesla actually announces it is going private. It is possible that he wants to hurt short sellers of Tesla now. He has been very vocal against them recently, including posting a satire video on Twitter on Aug. 5. We think it is also possible that he wants to get a price higher than $420, else we would expect him to simply announce he is considering going private with funding secured and leave the $420 number out of the tweet. We speculate that the funding comes mostly from tech investors, such as possibly SoftBank or Tencent (the latter bought 5% of Tesla in 2017), sovereign wealth funds, and wealthy Silicon Valley investors.

iii. Barclays, *Musing about going private is the latest strange twist*, August 7, 2018, 4:57 p.m. (source of timestamp: Capital IQ) - This is out there even for Tesla

Elon's tweet and blog post around going private at $420/share was certainly a disruptor this afternoon. What was looking to us to be a quiet afternoon digesting the earnings results of auto rental companies was disrupted by Elon Musk's tweet …

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

We're not clear where the funding would come from – would have to be largely equity

Buyout would require ~$70bn - ~$60bn for equity and ~$10bn to take out debt. With 145mn shares (including shares for comp, but subtracting Musk's 34mn shares), a buyout at $420/share would require $60bn to take out all public shareholders. Even with the Saudi fund taking a 3-5% stake (see "Tesla shares move higher on Saudi Arabia fund stake" FT, Aug 7, 2018), that leaves a large funding gap.

And credit markets may not be that receptive. The Tesla unsecured bonds trade at a yield of ~6.7% -- so even if say $40bn could be financed in the high yield market (never mind old fashioned things like interest coverage ratios), the annual interest bill would consume $2.7bn in cash. …

And not clear how public shareholders stay in a private company. Musk promised that existing shareholders "can stay investors in a private Tesla" – but we're not clear how that would work under current registration rules/caps on non-accredited and total investors (the JOBS act requirement) – although Musk hinted at a special purpose vehicle structure that might be able to avoid the caps.

iv.   RBC Capital Markets, *On Tesla $420*, August 7, 2018, 8:53 p.m. (source of timestamp: Capital IQ - Earlier today, CEO Elon Musk started tweeting about "considering taking Tesla private at $420/share. Funding secured." This was later followed up with a letter to employees detailing the rationale. The structure would apparently be to create a special purpose fund enabling current shareholders to remain shareholders or cash out at $420. This would be subject to a shareholder vote. …

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Success of consummation contingent on who goes along for the ride. The ability to convince shareholders to stay involved is likely critical to the success of Tesla going private which would be the biggest buyout in history (over $70bn). Musk owns ~20% of the shares, so all else equal, they may need to get committed financing for the remaining ~80% (~$57bn). Given Tesla's financials, we don't believe lenders would sign up to support the deal.

…

And there are some chunky page 1 holders that collectively make up ~30% of the shares. However, some of those holders may not be able to hold Tesla (or as much as they currently hold) should Tesla go private. A preliminary review of some of the big mutual fund holders indicates holding limits on illiquid securities. At the very least it could cause broader portfolio reviews. That's not to say that a private Tesla can't find its way into other funds at those holders.

Elon's tone and messaging regarding a potential transaction lead us to believe that there could be significant outside funding lined up. Learning who this is will be important (and relevant for shareholders deciding whether they should stay involved should the deal consummate). We note an unconfirmed FT article from today indicates that Saudi Arabia's sovereign fund took a 3-5% stake on the public markets, it was also noted they approached Tesla about new shares. In our view, sovereign funds (broadly), cash rich tech companies, Chinese sources and large VCs could all be potential candidates to provide funding.

v.   UBS Securities, *A Disruptive Approach to Disclosing Material Info*, August 7, 2018, 10:28 p.m. (source of timestamp: Capital IQ) - Earlier today, CEO Musk tweeted that he is "considering" taking TSLA private at $420/share and

noted funding was secured. Following his tweet, an email sent to employees was shared publicly outlining the motivation including noting that volatile stock prices are distracting to TSLA employees.

Disclosure method in question Typically, a company would disclose this kind of news via a detailed press release while the market is closed or halt their stock in advance of the announcement. Disclosing news of this nature via twitter is unprecedented and, according to a former SEC chairman, may constitute fraud if Tesla does not already have the financing lined up. The deal would likely require participation from numerous banks and institutional investors, and we think it likely that news of the deal would have leaked had Tesla already held discussions to secure funding.

Post announcement, shares closed at ~$380, with the take-out price implying ~10.7% upside from here. In past deals that terminated adversely, ~70% trade down over 10% with 1/3rd trading down more than 30%.

vi.   "Elon Musk Says in Tweet He Is Considering Taking Tesla Private -- 3rd Update," *Dow Jones Institutional News*, August 7, 2018, 4:51 p.m. - Even if no deal for Tesla materializes, the stock bounce following Mr. Musk's tweet could help the company preserve needed cash. Tesla has more than $1.1 billion in convertible bonds that will come due over the next seven months absent a sustained rise in its share price.

That starts with $230 million of convertible bonds set to mature in November if its stock doesn't reach a conversion price of $560.64, followed by $920 million that mature in March, if shares remain below the trigger price of $359.87.

The March notes would be convertible into Tesla stock instead of redeemable for cash -- a scarce resource for the company.

(r) News articles also reported on the chance that Defendant Musk would be successful taking Tesla private. For example:

      i. "Musk Makes Startling Proposal to Take Tesla Private," *The Deal* August 7, 2018 - According to Gene Munster of Loup Ventures, Musk has a one-in-three shot of taking Tesla private, given the 16% premium he would pay to shareholders. … "Fundamentally, Tesla is not a good LBO candidate given it's not profitable, not cashflow heavy, and has high R&D and capex. However, the structure of the pending deal is unknown and may not take the form of an LBO."

      ii. "MUSK HAS '1 IN 3 CHANCE' OF TAKING TESLA PRIVATE: GENE MUNSTER," *Bloomberg First Word*, August 7, 2018, 1:42 p.m.

(s) On August 7, 2018, Tesla's common stock price increased 6.37%, from $356.85 per share at 12:47 p.m. (just prior to the Musk Tweets) to a close of $379.57 per share on August 7, 2018 on volume of over 18 million shares, which even though it is less time than in a full trading day, was over two times the average daily volume of 8,293,907 shares during the 120 trading days prior to the start of the Class Period.

(t) On Wednesday, August 8, 2018, Tesla's share price opened at $369.09, a 2.8% decline from the prior day close of $379.57, but then quickly increased to $382.64 at approximately 10:10 a.m. before declining following news reports that the SEC was probing Tesla over Musk's tweets.

(u) Before the market opened on August 8, 2018, news articles reported that both Jefferies and JP Morgan analysts had raised their target prices on Tesla stock following the Musk Tweets, for example:

      i. "07:59 EDT Tesla going private 'feels like the right thing to do,' says...," *Theflyonthewall.com*, August 8, 2018 - Tesla going private 'feels like the right thing to do,' says Jefferies.  Jefferies analyst Philippe Houchois raised his

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

price target for Tesla to $360 from $250 after CEO Elon Musk suggested taking the company private. The stock closed yesterday up 11%, or $37.58, to $379.57.  Going private "feels like the right thing to do," Houchois tells investors in a research note.  "Distraction or not, the move feels right even if Musk is downplaying how supportive public markets have been," the analyst adds.  However, with Tesla unable to take on more debt, he wonders who may fund the potential deal and end up as a new large shareholder. Houchois raised his estimates to reflect a "better outlook" post Tesla's Q2 results. His discounted cash flow fair value points to $300 per share and his new $360 price target "bridges the gap" to the $420 potential going private bid. The analyst keeps a Hold rating on Tesla.

ii.  "MW UPDATE: JP Morgan raises Tesla price target but stays underweight in case shares trade on fundamentals again," *MarketWatch*, August 8, 2018, 7:58 p.m. - JP Morgan analysts raised their stock price target for Tesla Inc. (TSLA) to $308 from $195 on Wednesday, a day after Chief Executive Elon Musk said he is thinking of taking the company private, but said they are sticking with an underweight rating, "on chance the shares could again trade on fundamentals."  "As surprising to us as these developments are, and as lacking as the statements are in any details regarding who is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously," analyst Ryan Brinkman wrote in a note. Musk said he had already secured the funding for a deal, without offering any further detail. Banks and private-equity firms were surprised at that news and questioned how it could be done, given the company is cash flow negative, is loss making and saddled with about $10 billion of debt.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

"We continue to believe Tesla's valuation based on fundamentals alone (i.e., a 50/50 blend of discounted cash flow and 2020-based multiples analysis - itself consisting of a blend of P/E, EV/EBITDA, and Price-to-Sales) is worth no more than $195 (our previous price target)," said Brinkman.   "But introducing a new 50% weighting of $420 suggests a large upward revision to our price target is warranted, and we newly value Tesla at $308 per share (i.e., 50/50 blend of $195 and $420)." Tesla shares were down 1% in premarket trade, but have gained 22% in 2018, while the S&P 500 has gained 7%.

(v) Beginning with a *New York Times* article at 10:24 a.m. on August 8, 2018, news articles reported that the SEC was probing Tesla over the Musk tweets, which along with reports of skepticism of the deal, caused the stock price to decline:

> i. "Did Elon Musk Violate Securities Laws With Tweet About Taking Tesla Private?," *NYTimes.com Feed*, August 8, 2018, 10:24 a.m. - Elon Musk had better be right.
>
> Mr. Musk's audacious offer Tuesday to take private Tesla, the innovative auto company he founded and leads as chairman and chief executive, will surely go down as one of the most unorthodox takeover bids ever. …
>
> But it was Mr. Musk's "funding secured" statement on Twitter that may put the iconoclastic founder most at risk. He provided no details about how much funding had been secured, from whom or under what conditions. His email to employees did not mention anything about the funding.
>
> "That's a clear factual statement," said John C. Coffee Jr., a professor at Columbia Law School who specializes in corporate law and securities fraud. "If it's not fully secure, that's potentially a very material misrepresentation,

and a very straightforward violation of Rule 10b-5 of the securities law" in short, securities fraud.

It is illegal for a director or officer of a public company "to knowingly or recklessly make material misstatements about that company," said John Coates, a professor at Harvard Law School who teaches mergers and acquisitions. Mr. Musk's "tweets seem cryptic at best, and it is hard to see how he has complied with his duty to not be misleadingly incomplete."

A Tesla spokeswoman declined to comment.

The Securities and Exchange Commission contacted Tesla on Wednesday to inquire about the accuracy of Mr. Musk's tweets and why the announcement was not made in a regulatory filing, according to a person briefed on the inquiry, who was not authorized to speak publicly on behalf of the S.E.C. Such questions typically precede the launch of any formal investigation.

ii.  "SEC questions Tesla over Elon Musk's tweets to take the company private; Regulators said to be inquiring whether CEO's claim was factual," *MarketWatch*, August 8, 2018, 1:32 p.m. - Securities regulators have inquired with Tesla Inc. about Chief Executive Elon Musk's surprise announcement that he may take the company private and whether his claim was factual, people familiar with the matter said.

The Securities and Exchange Commission has asked whether Musk's unusual announcement on Tuesday was factual, the people said. The regulator also asked Tesla [] about why the disclosure was made on Twitter rather than in a regulatory filing, and whether the company believes the announcement complies with investor-protection rules, the people said. …

The SEC's inquiries, which originated from its San Francisco office, suggest Tesla could come under an enforcement investigation if regulators develop

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

evidence that Musk's statement was misleading or false. It wasn't immediately clear on Wednesday whether the regulator had opened a formal enforcement investigation based on the answers it received from the company. An SEC spokesman declined to comment.

 iii. "Dow Futures: Roku Soars Near Buy Point; This Breakout Stands Out Vs. Apple, Alphabet, Tesla," *Investor's Business Daily*, August 9, 2018 - Tesla stock rallied on CEO Elon Musk saying he wants to take the company private. … But shares fell 2.4% on Wednesday to 370.34, amid reports that the SEC is probing Tesla over Musk's tweets…

 iv. "US stocks end near flat; Tesla retreats," *Agence France Presse*, August 8, 2018, 4:22 p.m. - One day after Chief Executive Elon Musk stirred investors with a surprise proposal to take Tesla Motors private, shares of the electric automaker fell 2.4 percent as some analysts expressed skepticism.

 v. "SEC Looks Into Musk's Taking-Tesla-private Tweets: WSJ – MarketWatch," *Dow Jones Institutional News*, August 8, 2018, 4:06 p.m. - Tesla shares rallied 11% on Tuesday, but lost 2.4% Wednesday as Wall Street faulted the plan for being lean on funding details.

(w) In addition to the Jefferies and JP Morgan analyst reports, Bernstein stated: We see upside risk in the near term to perhaps $400, but downside risk to $340 (yesterday's low price) or below if no firmer details emerge, as investors would likely increasingly debate Musk's credibility and over-focus on the shares' price and volatility. (Bernstein, *Tesla: Going private? Who knows... does Elon?*, August 8, 2018).

(x) Evercore commented that: What happened? The above are two of a series of tweets by Tesla CEO Elon Musk yesterday, where the company announced that it is considering going private.

Could this happen? It is important to note that, as of today, no details have been provided with regards to what "Funding secured" means, who is providing that funding and what any potential funding structure might look like. Our view is that "Funding secured" should be interpreted as a strong verbal commitment, with funds available and parties willing to execute quickly.

Stock Implications The majority of the move towards $420 is now done, with the share price sitting within 11%. As a result, unless there is evidence to suggest that the funding is not secured and a transaction cannot be completed, we believe there is little to be done with the stock at these levels. More broadly, if Tesla has attracted a strategic investor who is willing to not only help take the company private but also to provide material funding going forward, it should enable the company to execute and move faster as it seeks to complete its mission to move the world to a solar electric future. Evercore ISI, *A Private Life is a Happy Life*, August 8, 2018, 4:26 a.m. (source of timestamp: Capital IQ).

(y) Tesla's common stock price declined 2.43%, from a close of $379.57 per share on August 7, 2018 to a close of $370.34 per share on August 8, 2018 on volume of 24.6 million shares, which was 3.0 times the average volume during the 120 trading days prior to the start of the Class Period.

(z) On Thursday, August 9, 2018, Tesla's share price opened at $365.55, a 1.3% decline from the prior day close of $370.34, and further declined to close at $352.45 on reports that the SEC probe was intensifying and doubt the deal could be done. News articles reported, for example:

       i.  "Tesla Shares Sink as Pressure Mounts on Musk to Show the Money," *Bloomberg News*, August 9, 2018, 11:40 a.m. - Doubts about Elon Musk's ability to take Tesla Inc. private mounted across Wall Street on Thursday,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

driving the stock down as much as 4 percent in what's shaping up to be the worst rout in a month.

The stock slipped to $356.66 in late morning trading, well below the $420 at which Musk said shareholders would be bought out. It's now dropped on back-to-back days after having jumped 11 percent on Tuesday, when Musk vowed that he had "funding secured" for a spectacular $82 billion deal.

Since that initial tweet, though, he has offered no evidence to back up the statement. Nor has anyone stepped forward publicly -- or privately – to say they're behind the plan. People with or close to 15 financial institutions and technology firms who spoke on the condition of anonymity said they weren't aware of financing having been locked in before Musk's tweet.

"I don't really understand the idea of what was suggested in the potential for them to go private," Dick Weil, CEO of Janus Henderson Group, said in an interview with Bloomberg Television. "That's obviously an incredibly large valuation to somehow take into the private market."

All of which could be problematic as the Securities and Exchange Commission starts investigating the matter. Regulators have asked the company if what Musk tweeted was factual and why such a disclosure was made via social media rather than in a filing, according to the Wall Street Journal, citing unidentified people familiar with the matter. Judith Burns, an SEC spokeswoman, declined to comment. Tesla also declined to comment.

ii. "Tesla Erases Gain Since Musk Tweeted He May Take Co. Private," *Bloomberg First Word*, August 9, 2018, 12:49 p.m. - Tesla shares drop as much as 4.6% to $353.33 as of 12:31 p.m. in New York, as skepticism mounts that Elon Musk has the ability to take the co. private.  Stock traded at ~$356.64 before Musk tweeted on Aug. 7…

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii. "SEC reportedly 'intensifying' examination of Tesla after Elon Musk tweets about taking the company private (TSLA)," *Business Insider*, August 9, 2018, 2:42 p.m. - The Securities and Exchange Commission is "intensifying" its inquiry into Tesla, Bloomberg reports.

The agency on Wednesday asked Tesla about whether one of CEO Elon Musk's tweets regarding the possibility of taking the company private was truthful, *The Wall Street Journal* reported, citing people familiar with the matter.

According to the Journal, the SEC is also looking into why Musk's first statement about the potential of taking Tesla private was made on Twitter instead of in a regulatory filing. The agency also asked the company whether it believes Musk's tweet follows SEC rules about protecting investors, The Journal reported.

Bloomberg reports that the agency was gathering information about statements Tesla has made regarding sales and manufacturing targets before its most recent inquiry.

An inquiry from the SEC does not necessarily mean an investigation will follow.

The SEC and Tesla declined Business Insider's requests for comment.

iv. "Tesla Will Still Need to Access Capital Markets, Moody's Says," Bloomberg First Word, August 9, 2018, 3:06 p.m. - Tesla will need to access the capital markets in order to fund its operating requirements and repay the maturing convertible debt obligations, Moody's Investors Service said in a statement.

v. CEO's note to employees that he is considering taking Tesla private is credit negative, but does not affect the ratings at this time, the agency said.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

vi.   Moody's expect the company's cash generation will improve during the second half of 2018 and over the coming year as its Model 3 production improves.

vii.   "Tesla tumbles as US stocks end mostly lower," *Agence France Presse*, August 9, 2018, 4:22 p.m. - Tesla shares tumbled Thursday following a report the company faces intensifying scrutiny from securities regulators as US stocks finished a quiet session mostly lower.

(aa)   Tesla's common stock price declined 4.83%, from a close of $370.34 per share on August 8, 2018 to a close of $352.45 per share on August 9, 2018 on volume of 17.2 million shares, which was 2.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(bb)   On Friday, August 10, 2018, Tesla's share price opened at $354.00, a 0.4% increase from the prior day close of $352.45, and further increased slightly to close at $355.49 likely on reports that the Tesla board would meet with advisers next week on the go private deal.  News articles reported that Tesla's board of directors plans to meet with advisers next week, for example:

i.   "Tesla Board To Ramp Up Going-private Talks: Report – MarketWatch," *Dow Jones Institutional News*, August 9, 2018, 5:18 p.m. - The Tesla Inc. (TSLA) board of directors plans to meet with advisers next week to make formal the process of exploring Chief Executive Elon Musk's proposal to take the company private, according to a CNBC report that cited people familiar with the matter. The board is likely to ask Musk to recuse himself, and the board told him that he'd need his own set of advisers, the report said.

ii.   "Bloomberg: Tesla seeking 'wide' investor pool for go-private plan," *Bloomberg News*, August 10, 2018, 3:05 p.m. - Tesla (NASDAQ: TSLA) is trimming some gains on a report that the automaker is seeking a "wide"

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

investor pool in its go-private plan.  That's in an apparent move to avoid concentrating ownership of the stock, Bloomberg notes.  It's also raising chatter among investors questioning just how "secured" the funding is that CEO Elon Musk was tweeting about.  Shares are back to flat after rising as much as 2.1% to $360 today.

    iii.   "Exclusive: Tesla's board seeking more information on Musk's financing plan – sources," *Reuters News*, August 9, 2018, 8:26 p.m. - Tesla Inc's <TSLA.O> board has not yet received a detailed financing plan from CEO Elon Musk, and is seeking more information about how he will take the U.S. electric car maker private in a proposed deal worth $72 billion, people familiar with the matter said on Thursday.

While Tesla's board has held multiple discussions about Musk's proposal, which first became public on Tuesday, it has not yet received specific information on who will provide the funding, one of the sources said.

(cc)    Tesla's common stock price increased 0.86%, from a close of $352.45 per share on August 9, 2018 to a close of $355.49 per share on August 10, 2018 on volume of 11.6 million shares, which was 1.4 times the average volume during the 120 trading days prior to the start of the Class Period.

(dd)    On Monday, August 13, 2018, Tesla's share price opened at $361.13 a 1.6% increase from the prior day close of $355.49.  Thereafter, the stock price declined during the day to close at $356.41 on news that said shares shot up more than 3% on Musk's blog post (before the markets opened) explaining his August 7th tweet, but then turned down as investors parsed the statement and that investors now know that his "funding secured" tweet last week was premature at best.  News articles reported, for example:

    i.   "Two lawsuits accuse Elon Musk of false statements to boost Tesla share price," *CNN Wire*, August 11, 2018, 5:59 p.m. - Two new lawsuits accuse

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Tesla and its CEO Elon Musk of violating federal securities law by allegedly making false statements to boost the company's stock price.

The complaints, filed in federal court in San Francisco this week, claim Musk sought to mislead investors when he said on Twitter that he had secured the funding to take Tesla private. …

Both lawsuits accused Musk or Tesla of harming short sellers with false information.

ii.   "Report: Saudi Arabia is looking to invest big in Tesla as the company teases going private," *Business Insider*, August 12, 2018, 8:45 p.m. - While Tesla CEO Elon Musk teased last week about taking the company private, several suitors may have already been courting the electric car giant months ago.

Saudi Arabia's Public Investment Fund, the country's sovereign wealth fund, is in talks with Tesla about becoming a significant investor as part of the move towards privatization, sources with knowledge of the fund's plans told Bloomberg Sunday.

The Saudi investment fund approached Musk months ago to discuss acquiring a minority stake but was turned down as the company did not plan on issuing new shares at the time, a source close to the discussions told Bloomberg. In turn, the fund bought nearly $2 billion worth of Tesla shares on the market with the help of an investment bank, building up a stake just short of 5% in the company.

The fund has not yet made any concrete plans with Tesla on increasing its stake, sources told Bloomberg, but talks are ongoing, and continued investment in the company is seen as a strategic step toward diversifying the Saudi economy away from oil.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

iii. "Tesla surges after Elon Musk offers details about his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:09 a.m. - Shares of Tesla surged as much as 3% in early-trading Monday, before paring their gains, after CEO Elon Musk published an update on his plans to take the company private at $420 a share.

Despite tweeting on Tuesday that funding had been secured, Musk's newest blog post appears to contradict that claim.

iv. "Elon Musk reveals what he meant by his 'funding secured' tweet (TSLA)," Business Insider, August 13, 2018, 10:45 a.m. - In his statement on Monday, Musk said that following his August 7 tweet, he has been in communication with the managing director of the Saudi fund.

"He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements," Musk said.

v. "Saudi Arabia Weighs Larger Tesla Stake as Part of Plan to Make Electric Cars," *Dow Jones Institutional News*, August 13, 2018, 1:13 p.m. - Saudi Arabia's desire to take a big stake in Tesla Inc. reflects its ambitious plan to build a base in the kingdom for electric-car production and diversify away from oil.

Its sovereign-wealth fund is considering raising its nearly 5% holding in Tesla, people familiar with the matter said. Discussions among Saudi officials about increasing the Public Investment Fund's stake accelerated after Tesla Chief Executive Elon Musk last week proposed to take the car company private in a tweet, the people said.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

vi.  "MW UPDATE: Wall Street has spoken: Tesla funding is not 'secured'," *MarketWatch*, August 13, 2018, 3:39 p.m. - All of Wall Street, and MarketWatch along with it, wanted to know more about Elon Musk's claims last week that he had the funding to take Tesla Inc. private.

After Musk explained himself Monday morning, investors now know that his "funding secured" tweet last week was premature at best. They showed that they were not buying his explanation by not buying Tesla (TSLA) stock at going rates well lower than the $420 level Musk quoted in that now-infamous tweet.

In a blog post early Monday, Musk responded to the doubts that have arisen since he created havoc among investors last Tuesday with the tweet that he was considering taking Tesla private at $420 a share. …

Taken together, Musk's definition of "funding secured" appears to be, to assess it charitably, a stretch. And it certainly does not live up to what was required after his original tweet.

vii.  "MW UPDATE: Tesla shares swing higher amid confusion about Musk's going-private plan," *MarketWatch*, August 13, 2018, 5:03 p.m. - Tesla Inc. shares wavered between gains and losses Monday as the boost from Chief Executive Elon Musk's blog post detailing his proposal to take the Silicon Valley car maker private faded.

Tesla (TSLA) shares shot up more than 3% in pre-market trading as Musk's blog post on the company's website went up, but then turned down more than 1% in midday trade as investors parsed the statement. They ended the session 0.3% higher at $356.41.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(ee)     An article in *The New York Times* on August 13, 2018 stated that, according to sources the Musk Tweets had not been cleared with the Tesla board and that some members of the board were blindsided by the tweet:

> An abrupt tweet last week by Elon Musk about the prospect of taking Tesla private was dashed off with little forethought, and had not been cleared ahead of time with the company's board, two people familiar with the chain of events said Monday....
>
> But three people familiar with the workings of the Saudi fund cast doubt on his account. They said the fund had taken none of the steps that such an ambitious transaction would entail, like preparing a term sheet or hiring a financial adviser to work on the deal....
>
> A person with direct knowledge of the Tesla board's thinking said some members of the board had been totally blindsided by Mr. Musk's decision to air his plan on Twitter....
>
> ("Tesla Board Surprised by Elon Musk's Tweet on Taking Carmaker Private," NYTimes.com Feed, August 13, 2018, 10:05 a.m.).

(ff) Analyst commentary on August 13, 2018 included CFRA stating the going private deal could be more likely than previously thought and Morningstar, which was also positive on the likelihood of the deal happening:

> i.   (CFRA, *CFRA REITERATES HOLD OPINION ON SHARES OF TESLA, INC.*, August 13, 2018, 11:36 a.m. (source of timestamp: Capital IQ) - We think Elon Musk's blog post likely reduces legal risk fallout for TSLA and helps clarify the potential going private situation, even if a transaction is ultimately not consummated. In the post, Mr. Musk explains how the Saudi Arabia Public Investment Fund had repeatedly expressed interest in taking Tesla private, something the fund could likely afford, leading Musk to believe that funding for a transaction was "secured". The blog also explains how the deal could be more likely than we previously thought, as it would ideally be

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

structured to be less leveraged via greater than expected use of equity versus debt. We would prefer this given TSLA's already plentiful cash needs.

    ii.   Morningstar, *Tesla Buyout Looks Likely to Us, but Timing and Structure Uncertain*, August 13, 2018, 4:50 p.m. (source of timestamp: Capital IQ) - Tesla CEO Elon Musk issued a blog post Aug. 13 that states he is still gauging shareholder interest in Tesla going private at $420 a share, but our impression of his words is that he thinks it can happen, and we agree. Tesla's board still must receive a formal proposal and then will have to evaluate it, so we think a deal will not happen this week but will eventually be announced. Musk also said the Saudi Arabian sovereign wealth fund has taken almost a 5% stake in Tesla, and he met with it recently about going private. All shareholders would have the choice of having their stock bought out at $420 a share or remaining invested in a private Tesla. We speculate that retail investors may have their equity moved to a publicly traded special-purpose vehicle while accredited investors would only be able to buy or sell shares every six months.

(gg)    Tesla's common stock price increased 0.86%, from a close of $355.49 per share on August 10, 2018 to a close of $356.41 per share on August 13, 2018 on volume of 10.5 million shares, which was 1.3 times the average volume during the 120 trading days prior to the start of the Class Period.

(hh)    On Tuesday, August 14, 2018, Tesla's share price opened at $358.45 a 0.6% increase from the prior day close of $356.41.  Thereafter, the stock price declined to close at $347.64 on reports questioning the accuracy of Musk's latest tweets on hiring advisers Goldman Sachs and Silver Lake.

    i.   "Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction," *GlobeNewswire*, August 14, 2018, 8:30 a.m. - Tesla, Inc. (the "Company") announced today that its Board of Directors has

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

formed a special committee comprised of three independent directors to act on behalf of the Company in connection with Elon Musk's previously announced consideration of a transaction to take the Company private (the "Going Private Transaction"). The special committee has not yet received a formal proposal from Mr. Musk regarding any Going Private Transaction nor has it reached any conclusion as to the advisability or feasibility of such a transaction.

(ii) Analysts commented on Musk's blog post on August 13 including Barclays stating that the go-private deal was still in its early stages and J.P. Morgan questioning whether the deal was ever near the finish line and not sure what to believe:

    i. Barclays, *Time for even 'Blue Pillers' to Cash Out?*, August 14, 2018, 12:15 a.m. (source of time stamp: Capital IQ) - Tesla's blog post on Monday 8/13/18 makes it clearer buyout is still in early stages, and board has much work to do; ... Yesterday Elon Musk's blog post made it clear - as we suspected last week - that any go-private transaction still had numerous hurdles in front of it. …

    And on Monday 13 August 2018, an updated blog post on the Tesla site from Mr. Musk made it clear that the funding was in its very early stages.

    ii. J.P.Morgan, U.S. Autos, Auto Parts, Tires, & Auto Auction, Presentation for 2018 "Summer Lunch Series," August 14, 2018, p. 28 at JPMS_00002961 - We significantly raised our price target based upon assertions of fact from Tesla CEO Elon Musk that "funding is secured" …

    We raised our price target from $195 to $308, but are ready to again value the firm on fundamentals alone should a deal not be cobbled together.

    Already, it seems, such a deal is in trouble and may never have been anywhere near the finish line in the first place:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Monday, August 13 morning blog post to us seems a walk-back aimed more at providing legal cover for Mr. Musk than at providing additional details to the financial community;

Monday, August 13 afternoon report by NYTimes says Musk 4/20 tweet took Board by surprise;

Monday, August 13 evening tweet by Elon Musk says excited to work with Silver Lake and Goldman Sachs as financial advisors on proposal to take Tesla private.

WE [ARE] NOT SURE WHAT TO BELIEVE!

(jj) Tesla's common stock price declined 2.46%, from a close of $356.41 per share on August 13, 2018 to a close of $347.64 per share on August 14, 2018 on volume of 7.0 million shares, which was 0.8 times the average volume during the 120 trading days prior to the start of the Class Period.

(kk)    On Wednesday, August 15, 2018, Tesla's share price opened at $341.91 a 1.6% decrease from the prior day close of $347.64.  Thereafter, the stock price declined further to close at $338.69 on reports that the SEC had issued a subpoena to Tesla and news that the SEC probe was now a formal investigation regarding the Musk tweets. News articles reported for example:

    i.   "SEC Is Said to Send Subpoenas to Tesla on Privatization: Fox," *Bloomberg First Word*, August 15, 2018, 10:50 a.m. - The SEC sent subpoenas to Tesla on privatization plans and Musk's statements involving funding, Fox's Charles Gasparino tweeted citing sources.

Subpoenas signal investigation has reached the 'formal' stages, tweet said. Tesla extends losses, falls to session low, down as much as 4.5%.

    ii.  "Tesla and Elon Musk under fire as SEC issues subpoenas," *The Telegraph Online*, August 15, 2018, 1:03 p.m. - US authorities have intensified an

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

investigation into Tesla's privatisation plan by issuing formal summons to the electric car manufacturer's chief executive Elon Musk. …The SEC investigation into the company stepped up a gear on Wednesday when the SEC issued a formal subpoena to Tesla officials and Mr Musk, the company's billionaire founder, according to Fox News. …

Tesla's share price dropped 3.9pc following the reports of the subpoenas, which are likely to complicate any discussions about taking the group private.

iii.    "Musk Seen Facing National Security Review in a Tesla-Saudi Deal," *Bloomberg News*, August 15, 2018, 12:48 p.m. - Elon Musk will likely need clearance from U.S. national security officials for any proposal to take Tesla Inc. private with financing from Saudi Arabia, just as the Trump administration steps up scrutiny of foreign investment in American technology.

The deal, if it becomes reality, would be among the first to be reviewed by U.S. officials since President Donald Trump signed legislation this week that expands the government's authority to investigate and potentially block foreign takeovers of domestic companies.

iv.    "Tesla shares fall on reports of SEC subpoena," *Agence France Presse*, August 15, 2018, 5:33 p.m. - Shares of Tesla fell Wednesday following reports US securities regulators have subpoenaed the electric car maker's Chief Executive Elon Musk over his statements about taking the company private.

Shares finished down 2.6 percent at $338.69 after news of the formal demand for information was published by Fox Business and The New York Times. Shares fell as much as 4.5 percent earlier in the session.

The development suggests the oversight by the US Securities and Exchange Commission -- which was characterized in previous news articles as an inquiry -- has "advanced to a more formal, serious stage," said The Times, which cited a person familiar with the matter.

A subpoena "typically requires the approval of top SEC officials," the newspaper added.

A Wall Street Journal story published after the stock market closed said the subpoena sought information from each of Tesla's directors.

A Tesla spokesperson declined comment.

(ll) Tesla's common stock price decreased 2.57%, from a close of $347.64 per share on August 14, 2018 to a close of $338.69 per share on August 15, 2018 on volume of 9.1 million shares, which was 1.1 times the average volume during the 120 trading days prior to the start of the Class Period.

(mm) On Thursday, August 16, 2018, Tesla's share price opened at $339.91 a 0.4% increase from the prior day close of $338.69.  Thereafter, the stock price declined during the day to close at $335.45 on mixed news and analyst commentary on Tesla's Model 3 production forecast and base Model 3 future profitability. News articles reported for example:

    i.  "Tesla's Odds of Going Private Less Than 50%, Bernstein Says," *Bloomberg First Word*, August 16, 2018, 7:11 a.m. - Tesla's odds of a successful take-private transaction are less than 50%, Bernstein analyst Toni Sacconaghi writes in a note raising the automaker's PT to $325 from $265.

    See Tesla as a challenging company to value given lack of cash flow, high capital intensity and explosive growth

    Sees a valuation range of $300 to $400 and current share prices imply margins and market share in 2050 that are higher than Mercedes and BMW

    Believe questions around a take-private transaction and the clarity of Model 3 quality and profitability will likely be answered over the next few quarters

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Maintain market-perform

(nn)    Tesla's common stock price decreased 0.96%, from a close of $338.69 per share on August 15, 2018 to a close of $335.45 per share on August 16, 2018 on volume of 6.1 million shares, which was 0.7 times the average volume during the 120 trading days prior to the start of the Class Period.

(oo)    On Friday, August 17, 2018, Tesla's share price opened at $323.50 a 3.6% decrease from the prior day close of $335.45, and continued to decline to close at $305.50 on reports of an Elon Musk interview by *The New York Times* that linked the Musk Tweets to concerns about Musk's ability to lead the company.  Further, in addition to reporting on Musk's health issues, *The New York Times* article (the "*NYT* Article" or "*NYT* Interview") also "noted that the funding for the proposed going private transaction 'was far from secure' and the Public Investment Fund 'had not committed to provide any cash'" and "that no one had seen or reviewed Musk's August 7, 2018 tweet before he posted it indicating that no going private transaction was imminent."

(pp)    The news articles starting late at night on August 16, 2018 begin with the Musk interview by *The New York Times* (published in print on August 17, 2018):

Elon Musk was at home in Los Angeles, struggling to maintain his composure. "This past year has been the most difficult and painful year of my career," he said. "It was excruciating."

The year has only gotten more intense for Mr. Musk, the chairman and chief executive of the electric-car maker Tesla, since he abruptly declared on Twitter last week that he hoped to convert the publicly traded company into a private one. The episode kicked off a furor in the markets and within Tesla itself, and he acknowledged on Thursday that he was fraying.

(qq)    In an hourlong interview with The New York Times, he choked up multiple times, noting that he nearly missed his brother's wedding this summer and spent his birthday holed up in Tesla's offices as the company raced to meet elusive production targets on a crucial new model.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Asked if the exhaustion was taking a toll on his physical health, Mr. Musk answered: "It's not been great, actually. I've had friends come by who are really concerned."

…

For two decades, Mr. Musk has been one of Silicon Valley's most brash and ambitious entrepreneurs, helping to found several influential technology companies. He has often carried himself with bravado, dismissing critics and relishing the spotlight that has come with his success and fortune. But in the interview, he demonstrated an extraordinary level of self-reflection and vulnerability, acknowledging that his myriad executive responsibilities are taking a steep personal toll.

(rr) In the interview, Mr. Musk provided a detailed timeline of the events leading up to the Twitter postings on Aug. 7 in which he said he was considering taking the company private at $420 a share. He asserted that he had "funding secured" for such a deal a transaction likely to be worth well over $10 billion.

That morning, Mr. Musk woke up at home with his girlfriend, the musician known as Grimes, and had an early workout. Then he got in a Tesla Model S and drove himself to the airport. En route, Mr. Musk typed his fateful message.

…

Mr. Musk has said he was referring to a potential investment by Saudi Arabia's government investment fund. Mr. Musk had extensive talks with representatives of the $250 billion fund about possibly financing a transaction to take Tesla private -- maybe even in a manner that would have resulted in the Saudis' owning most of the company. One of those sessions took place on July 31 at the Tesla factory in the Bay Area, according to a person familiar with the meeting. But the Saudi fund had not committed to provide any cash, two people briefed on the discussions said.

(ss) News media commented:

    i.  "Tesla's stock falls sharply after Elon Musk's tearful interview," *CNN Wire*, August 17, 2018, 11:51 a.m. - Tesla's stock tumbled after CEO Elon Musk said he's working himself to the bone and relies on Ambien to sleep.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

In a[] tearful interview with The New York Times, Musk said this has been "the most difficult and painful year" of his career. He said he works 120 hours some weeks and has trouble sleeping. Musk is also CEO of SpaceX and The Boring Company.

Investors weren't sympathetic.

The stock fell 8% on Friday, and it's down more than 20% since the day Musk tweeted he had secured funding for a private takeover of Tesla.

Musk hasn't exactly given investors confidence that he's on the ball.

He admitted in the Times interview that he hadn't cleared his tweet with anyone at Tesla before firing it off midday August 7.  He also said that the price he chose " $420 a share" was somewhat arbitrary. He wanted it to be a 20% premium, which would have been around $419. So he tweeted $420 because it was "better karma."

ii.  "Tesla stock sinks after Musk gives tearful NYT interview," *Reuters News*, August 17, 2018, 4:00 p.m. - Tesla Inc's shares slumped 9 percent on Friday after Chief Executive Officer Elon Musk told the New York Times he was under major emotional stress and was preparing for "extreme torture" from short sellers.

Tesla stock was on track for its biggest daily slump in two years as Wall Street questioned Musk's ability to lead the electric car maker. Investors also were worried about reports that regulators were pressuring Tesla's directors for details about how much information he shared with them.

iii.  "As Musk admits to job stress, Tesla's board may have to act," *Associated Press Newswires*, August 17, 2018, 6:08 p.m. - Elon Musk's erratic behavior was front and center again this week as the CEO of Tesla conceded that he's overwhelmed by job stress, pushing his electric car company's stock down and bringing pressure on its board to take action.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Musk's revelation, in a Thursday interview with The New York Times, came as government regulators are reportedly investigating whether his recent out-of-the-blue tweet about taking Tesla private violated disclosure requirements.

Now, experts say Tesla has reached an intersection where the board must decide the direction of its leadership. Among their suggestions: Remove Musk as CEO, permanently or via a temporary leave of absence, or appoint a No. 2 executive who could act as a steadying hand.

(tt) J.P. Morgan stated that subsequent events led the analyst to believe that funding was not secured for going private:

We are reverting to valuing Tesla shares on the basis of fundamentals alone, which entails a $113 reduction in our price target back to the $195 level where it stood prior to our August 8 note in which we newly weighted 50% in our valuation analysis a go-private scenario for which funding was at that time said to have been secured to take the company private at $420 per share …In reference to statements on Twitter on August 7 by Tesla CEO Elon Musk that "funding has been secured", we wrote in our August 8 note, "As surprising to us as these developments are, and as lacking as the statements are in any details regarding whom is expected to provide the required amount of financing and on what terms, they are nevertheless declarative statements from the CEO of a public company which we feel should be considered seriously. Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." We also stated, "Our price target could move up or down based upon further developments affecting the likelihood the transaction will or will not go through."

Our interpretation of subsequent events leads us to believe that funding was not secured for a going private transaction, nor was there any formal proposal.  On August 13, Mr. Musk posted a statement to Tesla's website in which he explained that the comment relative to funding being secured was based upon a July 31 meeting with the Saudi Arabian sovereign wealth fund in which its representative expressed support for funding a transaction to go private. However, it was also stated, "Following the August 7th announcement, I have continued to communicate with the Managing Director of the

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Saudi fund. He has expressed support for proceeding subject to financial and other due diligence and their internal review process for obtaining approvals. He has also asked for additional details on how the company would be taken private, including any required percentages and any regulatory requirements." We had imagined following the surprise August 7 announcement that another party (e.g., the Saudi fund) had already firmly decided (including having completed any internal review process) to fund a going private transaction. The revelation the Saudi fund is subsequently asking Tesla for details of how the company would be taken private suggests to us that any deal is potentially far from even being formally proposed, which is different from our understanding on August 8 which was based on Mr. Musk's statement on Twitter that, "Only reason why this is not certain is that it's contingent on a shareholder vote". (J.P. Morgan, *Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195*, August 20, 2018, 6:15 a.m.).

(uu)   In an email dated August 17, 2018 at 8:59 a.m., the J.P. Morgan analyst, Ryan Brinkman, wrote "I'm thinking on Monday to perhaps remove the 50% "go private" weighting, taking price target back down to $195. Obviously a tough call."  Source: JPMS_00004543 (Exhibit 21 to Deposition of Ryan Brinkman, May 4, 2021).   Mr. Brinkman  also stated "I think I was the first analyst to come out and say -- or one of the first, that these Tweets weren't true and essentially it would be tantamount to say the CEO had lied or mislead investors which is, you know, something that's impolitic and I think I handled it in the best way possible." Brinkman Dep. 100:9 - 100:18.

(vv)   Mr. Brinkman also testified, when asked about the *NYT* Article, "I don't know if this is for sure the one, but it might have been the article where there was reference to board of directors not having known about the go-private Tweet, which certainly would have been impactful for my research and understanding of the situation."  Brinkman Dep. 93:7-93:13.

(ww)  Mr. Brinkman stated that the Board's failure to review Musk's tweets before publication was important because "…CEOs just don't come out with announcements that the company is being taken private or acquired by another company or even acquiring another company

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

without the board of directors being at least aware. So it -- it very much undermined the veracity of the August 7 Tweets." Brinkman Dep. 95:15 - 96:23.

(xx)     Tesla's common stock price decreased 8.93%, from a close of $335.45 per share on August 16, 2018 to a close of $305.50 per share on August 17, 2018 on volume of 19.0 million shares, which was 2.3 times the average volume during the 120 trading days prior to the start of the Class Period.

Plaintiff further refers to the expert report dated September 22, 2020 of Dr. Michael Hartzmark submitted in support of Plaintiff's motion for class certification and the deposition of Dr. Hartzmark taken on November 19, 2020.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 17:**

IDENTIFY each and every one of YOUR transactions in TESLA SECURITIES during the CLASS PERIOD.

**RESPONSE NO. 17:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the term "Identify." Plaintiff objects further to this Interrogatory to the extent it requires the production of information that has already been provided in discovery and, as a result, is duplicative and unduly burdensome. Subject to and without waiver of the foregoing objections, Plaintiff responds to this Interrogatory by referring Defendants to the following documents pursuant to Federal Rule of Civil Procedure 33(d):

LITTLETON_00006964;

LITTLETON_00006969;

LITTLETON_00006982;

LITTLETON_00006987;

LITTLETON_00006994;

LITTLETON_00006997;

LITTLETON_00007000;

LITTLETON_00007007; and

LITTLETON_00007010.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 18:**

For each and every transaction that YOU identified in response to Interrogatory No. 18, IDENTIFY the DAMAGES that YOU contend YOU suffered as a result of each CHALLENGED STATEMENT and CHALLENGED OMISSION, including IDENTIFYING all facts supporting that contention.

**RESPONSE NO. 18:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," "Challenged Statement," and "Challenged Omission." Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff objects further on these grounds in light of the technical and complex information sought by this Interrogatory and the fact that expert discovery will be ongoing through January 6, 2022. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention. ADD OBJECTIONS FROM RESPONSE NO. 5 AND REFERENCES TO EXPERT REPORTS OF HARTZMARK.

Subject to and without waiver of the foregoing objections, Plaintiff states that his out-of-pocket losses suffered on purchases or sales of Tesla securities during the Class period are set forth in Exhibit B to the Declaration of Adam McCall, Dkt. No. 42.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 19:**

If YOU contend that the DIRECTOR DEFENDANTS are liable, in whole or in part, as control persons under the FEDERAL SECURITIES LAWS for the CHALLENGED STATEMENTS or CHALLENGED OMISSIONS, IDENTIFY why YOU make that contention, including IDENTIFYING all facts supporting, and YOUR legal authority for, that contention.

**RESPONSE NO. 19:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," "You," and "Challenged Omission." Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Subject to and without waiver of the foregoing objections, the statements identified in Plaintiff's Response to Interrogatory No. 1 were false and misleading statements made knowingly or

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

with deliberate recklessness and the Director Defendants are liable pursuant to Section 20(a) of the Securities Exchange Act of 1934 because, *inter alia*:

Subject to and without waiver of the foregoing objections, the statements made by Elon Musk and Tesla on August 7, 2018 as set forth in Plaintiff's Response to Interrogatory No. 1 were false and misleading statements made knowingly or with deliberate recklessness because, *inter alia*:

(a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) Musk had not discussed the potential price of $420 with the Saudi Arabia Public Investment Fund or any other potential investor;

(c) Musk had not discussed the overall amount of funding required for any going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(e) Musk intended to limit the involvement of the Saudi Arabia Public Investment Fund to 20% or less of any Private Tesla and never intended to rely on the Public Investment Fund to fund the entire going-private transaction;

(f) Musk had not discussed interest in participating in the transaction with any potential

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

investors apart from the Saudi Arabia Public Investment Fund;

(g) Musk had not had any further substantive conversations with the Saudi Arabia Public Investment Fund since his meeting on July 31, 2018;

(h) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(i) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(j) Musk had not contacted existing Tesla shareholders to assess their interest in participating in the transaction;

(k) Musk had not confirmed the support of any investor for a transaction that would take Tesla private at $420 per share;

(l) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(m) Musk had not formally retained any legal or financial advisors to assist with the transaction;

(n) Musk had not determined whether retail investors would be able to remain shareholders but had been advised that it would be unlikely and "unprecedented";

(o) Musk had not determined whether there were restrictions on investment in private companies by Tesla's institutional investors that would prohibit their involvement in a private Tesla;

(p) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(q) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The AUGUST 13 BLOG POST left investors with a misleading impression of the nature and status of Musk's proposal to take Tesla private at $420 per share as well as misrepresented the status of Musk and Tesla's discussions with the Saudi Arabia Public Investment Fund and other existing or potential investors. Following the AUGUST 13 BLOG POST investors were still unaware that:

(a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured from the Saudi Arabia Public Investment Fund or from any other funding source. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting or thereafter. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) In discussions with representatives with the Saudi Arabia Public Investment Fund after August 7, 2018, Musk had attempted to exclude the Public Investment Fund from participating in any going-private transaction;

(c) Musk still did not know the overall level of funding required for any going-private transaction and had not discussed the overall amount of funding required for any going-private transaction involving Tesla with any potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the any potential investor;

(e) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(f) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(g) Responses to Musk's August 7, 2018 communications about a potential going private transaction at $420 per share from existing Tesla investors had been mixed with large investors telling Musk and/or Tesla that they could not or would not participate in or support such a transaction;

(h) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(i) Musk had not determined whether retail investors would be able to remain shareholders;

(j) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(k) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

Subject to further review and analysis of discovery, these contentions are based on the following facts which Plaintiff discovered during the course of discovery. This is a non-exclusive list of the facts and/or documents that may be introduced in evidence at trial:

(a) Elon Musk and Tesla were experienced and sophisticated participants in corporate transactions having conducted numerous offerings of debt and equity as a public company as well as making acquisitions, including the acquisition of SolarCity, another public company;

(b) On or around November 5, 2013, Tesla stated in a current report on Form 8-K that investors should "follow Elon Musk's and Tesla's Twitter accounts" for additional information concerning the company. (Robyn Denholm Tr. at 37:15-37:22)

(c) On August 7, 2018, in response to an inquiry from a Reuters reporter about Elon tweets, Dave Arnold, Tesla's Sr. Director of Global Communications, replied—on background only—that no 8K was needed and that Tesla had previously made an SEC disclosure about

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

disseminating information to shareholders via social media including Elon Musk's and Tesla's Twitter accounts. (TESLA_LITTLETON_00014393)

(d)  Dave Arnold further testified on September 30, 2021 that he was aware that Elon Musk's Twitter account was recognized as a channel of corporate communication by Tesla. (Dave Arnold Tr. at 32:17-32:20)

(e)  Denholm testified further that Tesla's Audit Committee "periodically talked about the use of Twitter [] as a disclosure vehicle" and that when Elon was "tweeting as the CEO of Tesla [] there [was] a [] general disclosure requirement to ensure that material nonpublic information [was] not disclosed without a review process has gone through." (Robyn Denholm Tr. at 17:3-17:8; 28:22-29:6) According to Denholm, "the use of [Elon] Twitter account as a means of disclosing information" about the company dated back to a Form 8-K of 2013, when Tesla "incorporated [Elon Twitter account] as one of the disclosure areas in terms of what the investors and the population should look at in terms of disclosures that the company might make." (Robyn Denholm Tr. at 17:13-17:19) Denholm's testimony shows that Tesla's Audit Committee as part of Tesla Board had an oversight role vis-à-vis material information disseminated by Elon through his Twitter account.

(f)  Martin Viecha testified on August 23, 2021 that negative media coverage relating to Elon Musk's tweets could negatively impact demand for Tesla's products. (Martin Viecha Tr. at 218:2-218:22; *see also* TESLA_LITTLETON_00019023-24) Mr. Viecha testified further that the tweets also negatively impacted Musk's credibility, according to investors. (Martin Viecha Tr. at 197:19-198:9, 223:3-223:10; *see also* TESLA_LITTLETON_00012777 at 4; TESLA_LITTLETON_00019026)

(g)  Martin Viecha testified on August 23, 2021 that following Musk's tweets concerning the "cave diver in Thailand" in July 2018, investors became "upset" and "unhappy with the way that [had] been handled." Viecha thought it was "very likely" that Musk was advised to "modify his tweeting behavior" in response to these tweets. (Martin Viecha Tr. at 35:22-

36:11; *see also* TESLA_LITTLETON_00019247)

(h) David Arnold testified on September 30, 2021 that at least some of Musk's tweets were not positive for Tesla. (David Arnold Tr. at 35:17-35:23) Arnold testified further that he "heard" that Musk was asked to "take a break from Twitter" in July 2018. (David Arnold Tr. at 34:16-34:20)

(i) Sam Teller testified on August 11, 2021 that Elon Musk would have "saved . . . a bunch of time and energy and would have been better for public perception" if he had not engaged in tweeting about "the rescue efforts in Thailand." (Sam Teller Tr. at 45:8-45:23) Teller further testified that he suggested Musk take "a break from Twitter" after conferring with Deepak Ahuja, Sarah O'Brien, Antonio Gracias, and several Tesla employees. (Sam Teller Tr. at 57:23-58:14; *see also* MUSK_001706);

(j) Deepak Ahuja testified on August 5, 2021 that he had a "vague recollection of potentially some conversations of some of the board members with Elon" about Musk "tak[ing] a break from Twitter in July 2018." (Deepak Ahuja Tr. at 26:10-27:3);

(k) Martin Viecha testified on August 23, 2021 that there is a requirement against disclosing material information while the market is open. (Martin Viecha Tr. at 64:3-64:18);

(l) Robyn Denholm testified on October 5, 2021 that "trading hours" are "not the right time to be publishing anything material," including in particular Musk's August 7, 2018 tweets. (Robyn Denholm Tr. at 79:9-79:13);

(m) On May 4, 2018, Musk tweeted "oh and uh short burn of the century comin soon. Flamethrowers should arrive just in time." Musk added, "Looks like sooner than expected. The sheer magnitude of short carnage will be unreal. If you're short, I suggest, tiptoeing quietly to the exit . . . .";

(n) On May 7, 2018, Musk bought approximately $9.85 million worth of Tesla shares in the pre-market to generate a rise in Tesla's stock price and, in turn, force a substantial amount of covering of short positions.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(o) On June 12, 2018, Musk bought approximately $24.9 million worth of Tesla stock to maintain Tesla's stock price against negative announcements concerning cuts to Tesla's workforce.

(p) On June 17, 2018, Musk tweeted that "[the shorts] have about three weeks before their short position explodes."

(q) On July 5, 2018, Musk released a series of tweets attacking *Reuters* and *Business Insider* for being "relentlessly negative about Tesla," publishing "bogus" articles, and "serving as an insider trading source for one of Tesla's biggest short-sellers"

(r) On July 24, 2018, Musk contacted Lawrence Fossi's employer in an attempt to prevent Mr. Fossi from writing any further articles that were adverse to or critical of Tesla;

(s) On July 30, 2018, a WSJ reporter emailed Musk informing him that the WSJ was "doing a story about your use of Twitter and how you have taken aim with your tweets at short sellers in Tesla shares." Among other questions, the WSJ reporter asked Musk: "Do you think it is wise to go head to head with short sellers?" (TESLA_LITTLETON_00019689);

(t) Martin Viecha testified on August 23, 2021 that "highly negative piece[s] in the mainstream press" were discussed frequently internally at Tesla, that the "short interest" was an "ongoing theme" at Tesla, and that he and his colleagues perceived short sellers as having a "significant incentive to cause harm [to Tesla] to make money on a short-term gain." (Martin Viecha Tr. at 71:21-74:6)

(u) The meeting minutes from the July 31, 2018 meeting indicate that: Yasir Al-Rumayyan on behalf of the Public Investment Fund told Musk that he "would like to listen more about [Musk's] plan to take [Tesla] private," "listen to [Elon's] plan and . . . the financial calculations to take it private in the next week," and he would call Musk "if [he] did not receive anything." (SEC-EPROD-000009477 at 2);

(v) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware of as of July 31, 2018 that institutional shareholders had restrictions against

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

owning shares in private companies. (Elon Musk SEC Tr. at 126:1-126:24);

(w) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that there was no discussion of transaction structure, investment dollar amounts, acquisition premium, regulatory requirements, level of control, or the board approval process during the July 31, 2018 meeting with the Public Investment Fund, except to the extent that Musk said he wanted to retain Tesla's current shareholder base. (Elon Musk SEC Tr. at 121:4-122:23, 127:3-128:3, 128:20-129:17, 134:22-135:8, 136:9-136:22, 160:17-160:19) The meeting ended with Musk agreeing to provide these and other terms for the transaction. (Elon Musk SEC Tr. at 149:21-149:25, 155:20-156:6);

(x) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not contact anyone at the Saudi Arabia Public Investment Fund to determine whether it was still interested in the going private transaction after Tesla's stock price increased 15% on August 2, 2018. (Elon Musk SEC Tr. at 178:16-179:25);

(y) Egon Durban testified on September 7, 2021 that the per share purchase price or overall funding for the going private transaction was never finalized. (Egon Durban Tr. at 156:4-156:16; *see also* TESLA_LITTLETON_00006169 at 58);

(z) Deepak Ahuja, Tesla's former Chief Financial Officer, testified on August 5, 2021 that Elon Musk did not discuss substantive terms or a "specific funding amount" during the meeting on July 31, 2018, but instead agreed to "continue the conversation" and discuss "the structure and what's required" to take Tesla private. (Deepak Ahuja Tr. at 81:19-82:5, 84:2-84:6, 97:15-98:1, 100:22-101:7, 102:14-102:16) Ahuja testified further that he was "not aware" of "any financial calculations that were shared with [the Public Investment Fund]" after the meeting and was also never asked to provide any calculations to the Public Investment Fund. (Deepak Ahuja Tr. at 82:12-83:15);

(aa) Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per share price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(bb)    Sam Teller testified on August 11, 2021 that there was no discussion of "an exact dollar amount" or a specific transaction structure during the July 31, 2018 meeting with the Public Investment Fund. (Sam Teller Tr. at 164:17-166:2) Teller also testified that he was unaware of whether any research had been done to determine whether existing investors could remain investors in Tesla if it were private. (Sam Teller Tr. at 166:3-166:8);

(cc)    Robyn Denholm testified on October 5, 2021 regarding Musk's account of the July 31 meeting with the Saudi Arabia Public Investment Fund, that there was a question "around our existing shareholders because [] the board wasn't sure about the quantum of money would be required to take [] the company private. So the question was: How do we know [] whether [our shareholders] would be in favor of this type of transaction or not." (Robyn Denholm Tr. at 59:12-59:19);

(dd)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he believed only 20% to 25% of Tesla's existing shareholders would not want to own shares in Tesla if it were a private company. (Elon Musk SEC Tr. at 120:3-120:17)

(ee)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not want the Saudi Arabia Public Investment Fund to be too large of a shareholder and that he wanted the Public Investment Fund to own "something on the order of 15 percent, maybe up to 20 percent." (Elon Musk SEC Tr. at 170:6-170:11; *see also id.* at 207:3-207:15. 261:1-261:5)

(ff) Musk further testified that he would "ensure that any single foreign entity did not come close to the CFIUS limits, meaning that [the Public Investment Fund] would not be in a control or de fact control position." (Elon Musk SEC Tr. at 210:10-210:16);

(gg)    In the August 13 Blog Post, Musk stated: "I would like for Tesla to continue to have a

389                           Case 3:18-cv-04865-EMC

broad investor base." "My best estimate right now is that approximately two-thirds of shares owned by all current investors would roll over into a private Tesla";

(hh)    Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Elon "noted his desire for current shareholders [] to remain shareholders in [Tesla] after any proposed privatization … and stated that it was not his intention to provide shareholder control in a private [Tesla] to any single entity, but rather to have ownership of [Tesla] be dispersed over a broad base of shareholders, including many of [Tesla]'s current shareholders." (TESLA_LITTLETON_00012812 at 2);

(ii) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that his process for deriving the $420 per share offer price consisted of adding 20% to Tesla's closing stock price of $348 on August 2, 2018 and then adding $1 to coincide with the "420" symbol for marijuana. (Elon Musk SEC Tr. at 192:10-193:11, 194:11-194:21);

(jj) On August 2, 2018, Musk identified the "constant defamatory attacks by the short-selling community" as one of the main drivers behind his attempt to take Tesla private when communicating his offer to Tesla's board. (TESLA_LITTLETON_00000078);

(kk)    Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Musk's "basis for his price of $420 per share" was to provide an approximate 20% premium over the current price of the stock, which had just undergone a recent run up after [Tesla's] Q2 earnings call." (TESLA_LITTLETON_00012812 at 2);

(ll) Robyn Denholm testified that during the Board meeting on August 2, 2018, Ahuja explained to the Board that Elon based the $420 share price on "a 20 percent premium" over "the last published price the day before." (Denholm Tr. at 50:21-51:9)

(mm)   Meeting minutes from the Board of Directors' Special Meeting on August 2, 2018 state that Musk "believed Tencent and other large Tesla shareholders" would support the going private transaction, but "had not yet spoken with them." (TESLA_LITTLETON_00012790 at 1-2);

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(nn)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that on August 3, 2018 he was told by Tesla's Board of Directors that it would be "really difficult for small investors" to remain shareholders in the company after it was taken private. (Elon Musk SEC Tr. at 208:13-208:25);

(oo)    James Murdoch, a Tesla Board Director, testified on August 17, 2021 that, as of the August 3, 2018 board meeting there was no written commitment from the PIF to provide any level of financing. (James Murdoch Tr. at 91:2, 9 -15);

(pp)    Deepak Ahuja testified on August 5, 2021 that, as of the adjournment of the August 3, 2018 board meeting, Elon Musk was still in the process of identifying his legal and financial advisors. (Deepak Ahuja Tr. at 153:2-5);

(qq)    Martin Viecha wrote in an email to Deepak Ahuja, dated August 5, 2018, that institutional shareholders are subject to "[i]nternal mechanisms" that would force them to reduce their positions in Tesla if it were to "become too large of a weight within a portfolio." (TESLA_LITTLETON_00004239);

(rr)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that an agreement to fund the going private transaction at a deal price of $420 per share did not exist when tweeting "funding secured" on August 7, 2018. (Elon Musk SEC Tr. at 231:22-232:10);

(ss)    Martin Viecha and Deepak Ahuja had not yet provided Musk with Tesla's capitalization table showing its largest institutional and retail shareholders as of August 7, 2018, according to Viecha's email to Ahuja dated August 7, 2018. (TESLA_LITTLETON_00004131);

(tt)    Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not retain any advisors to assist him with the going private transaction at any point between his meeting with the Public Investment Fund on July 31, 2018 and his tweets on August 7, 2018. (Elon Musk SEC Tr. at 165:1-165:5);

(uu)    Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

indicate that, as of August 3, 2018, Musk had not yet retained legal counsel or a financial advisor to assist with the going private transaction. (TESLA_LITTLETON_00012812 at 2);

(vv)   Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that a "detailed proposal regarding a going private transaction had not yet been made and that one would be needed in order for the Board to properly analyze and evaluate it." (TESLA_LITTLETON_00012812 at 3);

(ww)   Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of August 7, 2018 that the process for putting together a formal proposal for the going private transaction would be complex and not a "trivial exercise." (Elon Musk SEC Tr. at 257:16-257:21);

(xx)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that as of August 7, 2018 his overarching level of certainty about whether or not a going private transaction would ultimately be consummated was "roughly 50 percent" or "maybe a little higher than 50 percent." (Elon Musk SEC Tr. at 257:16-258:5);

(yy)   Egon Durban testified on September 27, 2021 that as of August 7, 2018 there was nothing in terms of a formal proposal to be voted on by shareholders. (Egon Durban Tr. at 45:7-45:9) He testified further that as of August 10, 2018, Musk had not yet submitted a formal proposal to Tesla's board. (Egon Durban Tr. at 55:22-56:6, 57:9-57:20; *see also* SL_3P00000001 at 29) Additionally, as of August 14, 2018, Durban and Musk had not yet determined funding sources for the going private transaction or the structure of the transaction. (Egon Durban Tr. at 106:18-106:20; *see also* SL_3P00000261);

(zz)   Deepak Ahuja testified on August 5, 2021 that he was not aware of a proposal from Musk to take Tesla private that was capable of being voted on by shareholders as of August 7, 2018. (Deepak Ahuja Tr. at 194:14-194:17);

(aaa)   Ira Ehrenpreis, a Tesla Board Director, testified on August 25, 2021 that, as of August 7, 2018 there had not yet been a formal proposal made and there were a number of steps that

1   would need to unfold.  He further testified that, as of August 18, 2018 a formal go private

2   transaction bid had not been submitted to the board, nor was there ever one submitted. (Ira

3   Ehrenpreis Tr. at 87:15-24, 140:4-19)

4   (bbb)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018

5   that he did not do anything prior to August 7, 2018 to assess whether institutional investors,

6   including T. Rowe Price, Fidelity, Baillie Gifford, or Capital Group, would support a going

7   private transaction. (Elon Musk SEC Tr. at 217:16-218:6, 218:22-219:2);

8   (ccc)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018

9   that no one at Tesla reviewed his August 7, 2018 tweets before sending them. (Elon Musk

10   SEC Tr. at 221:9-222:11);

11   (ddd)   On August 7, 2018, at approximately 8:16 a.m. PT, the *Financial Times* asked Tesla for

12   a comment on their report that the Public Investment Fund had built "a 3-5% stake in Tesla

13   after buying shares on the open market." Dave Arnold notified Elon Musk of the story and

14   indicated that Tesla was planning to "decline comment." Musk approved the plan by

15   responding "Ok."

16   (eee)   On August 7, 2018, at approximately 9:17 a.m. PT, the *Financial Times* published its

17   report. At 9:48 p.m. PT, Musk tweeted "Am considering taking Tesla private at $420.

18   Funding secured." This prompted a sharp 5% rise in Tesla's stock price, ensuring that short

19   sellers would be forced to cover positions given the overall increase in price from the opening

20   of the market that morning.

21   (fff)   Egon Durban testified on September 7, 2021 that announcements of going private

22   transactions are typically announced after a definitive agreement has been signed. (Egon

23   Durban Tr. at 56:20-56:23; *see also* SL_3P00000001 at 29) Durban further testified that he

24   had "never worked on a public-to-private process where the CEO announced everything"

25   prior to retaining Silver Lake Partners as its advisor. (Egon Durban Tr. at 84:3-84:10);

26   (ggg)   Deepak Ahuja testified on August 5, 2021 that he had not seen Musk's tweets on August

27

28

7, 2018 before they were published. (Deepak Ahuja Tr. at 169:18-170:11);

(hhh)   Martin Viecha testified on August 23, 2021 that he did not have "any responsibility for reviewing" Musk's tweets before they were posted on Twitter and had never done so in the past. (Martin Viecha Tr. at 35:7-35:17) Viecha testified further that there was "no official policy" requiring review of Musk's tweets prior to publishing them before August 2018. (Martin Viecha Tr. at 23:21-24:5);

(iii)David Arnold testified on September 30, 2021 that he "[v]ery rarely" reviewed Musk's tweets before they were posted on Twitter. (David Arnold Tr. at 34:1-34:9)

(jjj)Robyn Denholm testified on October 5, 2021 that she did not recall Musk discussing making the tweet with anyone prior to publishing it. (Robyn Denholm Tr. at 76:6-76:9);

(kkk)   On August 7, 2018, Musk tweeted that Tesla "[will] be way smoother & less disruptive as a private company. Ends negative propaganda from shorts" if it became a private company;

(lll)On August 7, 2018, Sam Teller texted it was "satisfying to obliterate" the shorts. (SEC-EPROD-000017148) Teller testified on August 11, 2021 that he also sent a "cartoon with someone on fire" representing the "shorts." (Sam Teller Tr. at 205:24-206:11);

(mmm)Nii Owuraka Koney testified on July 14, 2021 that he regarded Elon Musk's "funding secured" tweet as an "epic f u to the shorts." (Nii Owuraka Koney Tr. at 48:16-48:24; *see also* JENN0000037) Mr. Koney testified further that Musk was historically "not happy about people who short – or investors who short the stock." (Nii Owuraka Koney Tr. at 52:12-53:17);

(nnn)   Joseph Fath testified on July 12, 2021 that Musk executed a "short squeeze" with his tweets on August 7, 2018, writing in an email that "The Tesla shorts go up and close with napalm yesterday." (Joseph Fath Tr. at 43:1-44:18; *see also* TRP_001087);

(ooo)   The email purportedly from Elon Musk published by Tesla on August 7, 2018 titled "Taking Tesla Private" was initially suggested to Mr. Musk by Deepak Ahuja and was

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

drafted by Tesla employees Mr. Ahuja, Sarah O'Brien, and Todd Maron. (Deepak Ahuja Tr. at 177:18-187:7; *see also* TESLA_AHUJA0000448; TESLA_LITTLETON_00000320);

(ppp)   On August 7, 2018, Musk wrote in his email to Tesla's employees that Tesla was "the most shorted stock in the history of the stock market" and stated that "being public means there are large numbers of people who have incentive to attack the company";

(qqq)   Joseph Fath testified on July 12, 2021 that certain of T. Rowe Price's funds would be unable to hold shares in Tesla if it were private due to "mandates on their accounts that do not allow privates" or, alternatively, fewer shares due to "illiquidity" concerns. (Joseph Fath Tr. at 48:13-49:7, 54:9-54:13; *see also* TRP_000012, TRP_000013, TRP_000016, TRP_000017);

(rrr)   Nii Owuraka Koney testified on July 14, 2021 that Jennison Associates had restrictions against holding private companies and, therefore, would not be able to remain a shareholder in a private Tesla. (Nii Owuraka Koney Tr. at 113:13-114:5);

(sss)   Martin Viecha testified on August 23, 2021 that, as of August 7, 2018 he understood that the "majority" of Tesla's institutional shareholders "do not have a mandate to own private companies." (Martin Viecha Tr. at 149:25-150:20; *see also* TESLA_LITTLETON_00004008);

(ttt)Matt Fassnacht on behalf of HHR Asset Management LLC emailed Aaron Chew on August 7, 2018 advising that he would "not support a buyout" because he was not permitted to "own private entities." (TESLA_LITTLETON_00004015);

(uuu)   Joseph Fath testified on July 12, 2021 that Musk had not spoken with T. Rowe Price about the going private transaction prior to Musk's tweets on August 7, 2018. (Joseph Fath Tr. at 45:13-45:22, 49:14-50:16) The first contact he received about the going private transaction was on August 9, 2018, when Sam Teller asked for his availability to speak with Musk. (Joseph Fath Tr. at 86:5-86:19; *see also* TRP_002031);

(vvv)   Sonu Kalra at Fidelity did not speak with Musk about the going private transaction until

after Musk tweeted about it on August 7, 2018. (SEC-EPROD-000000425);

(www) Nii Owuraka Koney testified on July 14, 2021 that he had not had any conversations with Elon Musk prior to August 7, 2018 about the go-private transaction. (Nii Owuraka Koney Tr. at 162:7-162:16)

(xxx)   Deepak Ahuja testified on August 5, 2021 that he did not believe Musk spoke to any shareholders to assess their interest in a private Tesla prior to Musk's tweets on August 7, 2018. (Deepak Ahuja Tr. at 172:8-173:1) Ahuja testified further that he did not provide Musk with a list of Tesla's top shareholders until after August 7, 2018. (Deepak Ahuja Tr. at 224:10-224:19);

(yyy)   Martin Viecha testified on August 23, 2021 that there had been "no discussions with shareholders about the going-private transaction" prior to August 7, 2018. (Martin Viecha Tr. at 159:6-161:17; *see also* TESLA_LITTLETON_00004253);

(zzz)   Robyn Denholm testified on October 5, 2021 that she did not believe that Elon had any conversations with shareholders prior to the tweet going out. (Robyn Denholm Tr. at 69:21-69:23)

(aaaa)  On August 8, 2018, Elon Musk's personal public relations consultant informed him that a NYT reporter had contacted her seeking to talk to Elon off the record and noting that "he ha[d] talked to 'all' the large investors and none of them ha[d] been approached." (TESLA_LITTLETON_00019654);

(bbbb) Ryan Brinkman testified on May 4, 2021 that he understood "funding secured" to mean that "funding is secured . . . [t]hat the funding has been lined up" and "not in question." (Ryan Brinkman Tr. at 64:6-64:12);

(cccc)  Ryan Brinkman testified on May 4, 2021further that "funding secured" meant that "there has been a Wall Street bank or more likely consortium of banks that have lined up or committed to lining up this financing or . . . it was already there because it was such a deep pocketed acquirer" and that "[e]ither a commitment to funding or that it was already there .

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1    . . ." (Ryan Brinkman Tr. at 64:13-64:23, 65:6-65:12);

2    (dddd) Brinkman wrote on behalf of J.P. Morgan in his analyst report dated August 8, 2018 that,

3    "Either funding is secured or it is not secured, and Tesla's CEO says funding is secured."

4    (JPMS_00000047 at 1);

5    (eeee) Nii Owuraka Koney testified on July 14, 2021 that he interpreted Elon Musk's "funding

6    secured" tweet to mean that Mr. Musk had secured either a "verbal commitment" or "an offer

7    letter of some sort" to fund the go-private transaction. (Nii Owuraka Koney Tr. at 21:20-

8    22:6, 44:7-45:13, 56:1-56:13, 57:14-57:21; *see also* JENN0000048) Additionally, Koney

9    testified that this necessarily included a total purchase price or amount of financing that had

10   been agreed to by the source of funding. (Nii Owuraka Koney Tr. at 79:24-80:17);

11   (ffff)   Nii Owuraka Koney testified on July 14, 2021that he believed funding was in fact secured

12   based on subsequent communications with Martin Viecha. (Nii Owuraka Koney Tr. at 71:8-

13   72:24; *see also* JENN0000090);

14   (gggg) Joseph Fath testified on July 12, 2021 that he interpreted "funding secured" to mean,

15   "[j]ust as it states," that Musk "had secured sources or financial sources to fund a go-private

16   transaction." (Joseph Fath Tr. at 28:18-28:23);

17   (hhhh) Joseph Fath testified on July 12, 2021 that "secured," as used in the context of Musk's

18   tweet, meant that funding was "locked and loaded and no question at all a hundred percent

19   that you have funding ready to go and you're prepared to move forward with this

20   transaction." (Joseph Fath Tr. at 28:24-29:5);

21   (iiii)   Joseph Fath testified on July 12, 2021 that there was "nothing left for interpretation"

22   because Musk's tweet "talk[ed] about the company being taken private, has a specific dollar

23   amount, along with the verbiage funding secured" and that it was "pretty black-and-white."

24   (Joseph Fath Tr. at 32:22-33:8);

25   (jjjj)   Joseph Fath testified on July 12, 2021 that Musk's subsequent tweets, including in

26   particular that "investor support is confirmed," in his opinion "reinforced the funding

27

28

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

secured" tweet. (Joseph Fath Tr. at 45:23-46:8);

(kkkk) Egon Durban testified on September 7, 2021 that he had previously used the word "secured" when discussing capital commitments and funding when it was "[c]ontractual" and there was a binding commitment pertaining to the capital. (Egon Durban Tr. at 42:12-43:2).

(llll)    On August 8, 2018, Musk acknowledged to another Tesla employee that I "[h]ave to be very careful what I say. Shorts want me dead *real* bad. They are losing their minds." (TESLA_LITTLETON_00019654);

(mmmm)     On August 10, 2018, Musk mocked short sellers by tweeting that "Short shorts [were] coming soon to Tesla merch[andise]."

(nnnn) Yasir Al-Rumayyan text messaged Musk on August 10, 2018 stating that the Public Investment Fund "remains interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction," which demonstrates the absence of any agreement to finance a go-private transaction. (TESLA_LITTLETON_00006164-65; *see also* SEC-EPROD-000015424 at 9)

(oooo) Pursuant to the Mutual Non-Disclosure Agreement between the Public Investment Fund and Tesla, which was signed by Elon Musk, any go-private transaction as of August 10, 2018 was only a "Potential Project" being explored by PIF and Musk. (TESLA_LITTLETON_00005310 at 1)

(pppp) Sam Teller testified on August 11, 2021 that Yasir Al-Rumayyan told Musk during their call on August 10, 2018 that the transaction was still pending approval from others within the Public Investment Fund and that additional work was necessary. (Sam Teller Tr. at 242:24-244:12). On August 12, 2018, two days later, Musk told Yasir Al-Rumayyan that he was excluding them from participation in any going private transaction, texting "we cannot

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

work together." "Sorry" and "It's over." (TESLA_LITTLETON_00000320 at 11);

(qqqq) Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per shar price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(rrrr)   In an email dated August 11, 2018, Elon Musk acknowledged that he should probably tweet less and agreed to the statement that Twitter was hurting his reputation. (TESLA_LITTLETON_00019664);

(ssss)  On August 15, 2018, Martin Viecha forwarded to Deepak Ahuja and Todd Maron an email from Janus Henderson Investors, an institutional investor, providing feedback. Viecha noted that this email "encapsulates what most investors I speak to feel." In this email, the institutional investor said "The fact that Elon has been using Twitter really undermines credibility—to put it bluntly his tweets have been nothing short of disastrous over the last few months and I don't think it is unreasonable to say that they are at risk of becoming a significant liability to the Tesla brand/story." (TESLA_LITTLETON_00019026);

(tttt)   Nii Owuraka Koney testified on July 14, 2021 that the August 13, 2018 blog post "did not make [him] think it was less likely funding was available" after he read it. (Nii Owuraka Koney Tr. at 159:15-159:22);

(uuuu) Egon Durban of Silver Lake Partners received "talking points" from Steven Rosenblum on August 16, 2018 concerning conversations with Tesla's investors about the going private transaction. (SEC-EPROD-000009934 at 2);

(vvvv) On August 19, 2018, Martin Viecha informed Deepak Ahuja and Todd Maron that he had met in the past few days with Fidelity, TRowe, Jennison, Capital World, Capital International, PrimeCap, Baron Capital, UBS O'Connor, and others. The feedback from investors regarding privatization was that they "can't hold private entit[ies]." Viecha further

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

informed that "quite a few mid-sized investors shared their frustration that they don't have a mandate to hold a stake in a private company." Ahuja forwarded the investors' feedback to Elon Musk. (TESLA_LITTLETON_00019023);

(wwww)    On August 20, 2018, Musk's advisors submitted a Power Point presentation to the Tesla Board's Special Committee setting forth Musk's going private transaction objectives and process outline. The "Next Steps" slide, among others, listed "Reach out to Potential Investors" and "Confirm Investor interest." According to this document, as of August 20, 2018, "[Elon Musk was still] evaluating various transaction structures [to] [c]onfirm investor financing that has a broad cap table." (TESLA_LITTLETON_00019960 at 3, 6);

(xxxx) On August 23, 2018, Musk's advisors made a presentation regarding the potential going-private transaction to the Tesla Board. The price for the transaction was still undetermined. (TESLA_LITTLETON_00006626).

In response to this Interrogatory, Plaintiff further refers to the documents contained in Exhibit A, hereto.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1

**INTERROGATORY NO. 20:**

2

   **If YOU contend that it was infeasible for the Saudi Arabia Public Investment Fund to**

3

**provide sufficient funding to take TESLA private at $420 per share in or around August 2018,**

4

**IDENTIFY why YOU make that contention, including IDENTIFYING all facts supporting that**

5

**contention.**

6

**RESPONSE NO. 20:**

7

   Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as

8

though set forth fully herein, including in particular the Objections to the terms "Identify" and "You."

9

Plaintiff further objects to this Interrogatory on the grounds that the phrase "infeasible for the Saudi

10

Arabia Public Investment Fund to provide sufficient funding to take TESLA private at $420 per share

11

in or around August 2018" is so vague and ambiguous that the interrogatory is incomprehensible.

12

Further, as the amount of funding that was necessary to take Tesla private at $420 per share was never

13

determined by Defendants, this interrogatory is impossible to answer. Plaintiff objects further to this

14

Interrogatory to the extent it requires the production of information that is outside the scope of

15

discovery as limited by the allegations in the Complaint or, alternatively, unable to be obtained due to

16

the fact that the Saudi Arabia Public Investment Fund has not provided information in response to the

17

Letters Rogatory dated January 29, 2021. Plaintiff further objects to this Interrogatory as requesting

18

Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is

19

unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set

20

forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to

21

the extent it requires the production of information that is already provided in the Complaint and, as a

22

result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent

23

it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to

24

this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve

25

the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this

26

Interrogatory, Plaintiff reserves the right to use any document or other information obtained in

27

28

discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Subject to and without waiver of the foregoing objections,, Plaintiff states that he has no knowledge of the financial capability of the Saudi Arabia Public Investment Fund beyond what is public and equally available to Defendants. Plaintiff further notes that Elon Musk expressly discounted relying on the Saudi Arabia Public Investment Fund to provide all the funding for a potential going-private transaction in his communications with the Tesla Board of Directors on August 3, 2018.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1

**INTERROGATORY NO. 21:**

2

      **If YOU contend that it was infeasible for DEFENDANTS to raise sufficient funding to**

3

**take TESLA private at $420 per share in or around August 2018—including from sources other**

4

**than the Saudi Arabia Public Investment Fund—IDENTIFY why YOU make that contention,**

5

**including IDENTIFYING all facts supporting that contention.**

6

**RESPONSE NO. 21:**

7

      Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as

8

though set forth fully herein, including in particular the Objections to the terms "Identify" and "You."

9

Plaintiff further objects to this Interrogatory on the basis that the phrase "it was infeasible for

10

DEFENDANTS to raise sufficient funding to take TESLA private at $420 per share in or around

11

August 2018—including from sources other than the Saudi Arabia Public Investment Fund" is vague,

12

ambiguous, and lacking any defined meaning. Further, as the amount of funding that was necessary to

13

take Tesla private at $420 per share was never determined by Defendants, this interrogatory is

14

impossible to answer. Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify"

15

(as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome

16

and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules

17

of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the

18

production of information that is already provided in the Complaint and, as a result, is duplicative and

19

unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests

20

that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the

21

extent that his answer will help clarify what the issues in the case are, improve the focus of discovery,

22

and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves

23

the right to use any document or other information obtained in discovery at trial, in accordance with

24

the Federal Rules of Evidence.

25

      To the extent this Interrogatory requests that Plaintiff specify material facts proving his

26

allegations, this Interrogatory is premature and presumptively improper because this action is still in

27

28

active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Subject to and without waiver of the foregoing objections, and for the reasons stated therein, Plaintiff is unable to respond to this Interrogatory.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 22:**

　　If YOU contend that no investor holding SHORT POSITIONS in TESLA ultimately profited from DEFENDANTS' conduct YOU allege in the COMPLAINT, IDENTIFY why YOU make that contention, including IDENTIFYING all facts supporting that contention.

**RESPONSE NO. 22:**

　　Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify" and "You." Plaintiff further objects to this Interrogatory on the basis that the phrase "no investor holding SHORT POSITIONS in TESLA ultimately profited from DEFENDANTS' conduct" is vague, ambiguous, and lacking defined meaning. Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

　　To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

　　Subject to and without waiver of the foregoing objections, Plaintiff contends that Elon Musk's

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

and Tesla's statements on August 7 and 13, 2018 caused damages to the Class for the reasons stated above in response to Interrogatory Nos. 5, 6, and 12 and that some short investors were harmed during the Class Period.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 23:**

      **IDENTIFY each and every reason YOU contend caused TESLA not to be taken private in or around August 2018, including IDENTIFYING why YOU make that contention and IDENTIFYING all facts supporting that contention**

**RESPONSE NO. 23:**

      Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," and "You". Plaintiff further objects to this Interrogatory on the basis that the phrase "each and every reason YOU contend caused TESLA not to be taken private in or around August 2018," is vague and ambiguous. Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

      To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

      Subject to and without waiver of the foregoing objections, Plaintiff contends that Tesla did not

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

go private in August 2018 because funding for the transaction was not secured, investor support was not confirmed, and there was no proposal ready to be presented for a shareholder vote. In further response to this Interrogatory, Plaintiff states: the statements made by Elon Musk and Tesla on August 7, 2018 as set forth in Plaintiff's Response to Interrogatory No. 1 were false and misleading statements made knowingly or with deliberate recklessness because, *inter alia*:

    (a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting. Musk had not materially discussed funding a going-private transaction with any other source of funding;

    (b) Musk had not discussed the potential price of $420 with the Saudi Arabia Public Investment Fund or any other potential investor;

    (c) Musk had not discussed the overall amount of funding required for any going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

    (d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

    (e) Musk intended to limit the involvement of the Saudi Arabia Public Investment Fund to 20% or less of any Private Tesla and never intended to rely on the Public Investment Fund to fund the entire going-private transaction;

    (f) Musk had not discussed interest in participating in the transaction with any potential

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

investors apart from the Saudi Arabia Public Investment Fund;

(g) Musk had not had any further substantive conversations with the Saudi Arabia Public Investment Fund since his meeting on July 31, 2018;

(h) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(i) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(j) Musk had not contacted existing Tesla shareholders to assess their interest in participating in the transaction;

(k) Musk had not confirmed the support of any investor for a transaction that would take Tesla private at $420 per share;

(l) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(m) Musk had not formally retained any legal or financial advisors to assist with the transaction;

(n) Musk had not determined whether retail investors would be able to remain shareholders but had been advised that it would be unlikely and "unprecedented";

(o) Musk had not determined whether there were restrictions on investment in private companies by Tesla's institutional investors that would prohibit their involvement in a private Tesla;

(p) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(q) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The AUGUST 13 BLOG POST left investors with a misleading impression of the nature and status of Musk's proposal to take Tesla private at $420 per share as well as misrepresented the status of Musk and Tesla's discussions with the Saudi Arabia Public Investment Fund and other existing or potential investors. Following the AUGUST 13 BLOG POST investors were still unaware that:

(a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured from the Saudi Arabia Public Investment Fund or from any other funding source. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting or thereafter. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) In discussions with representatives with the Saudi Arabia Public Investment Fund after August 7, 2018, Musk had attempted to exclude the Public Investment Fund from participating in any going-private transaction;

(c) Musk still did not know the overall level of funding required for any going-private transaction and had not discussed the overall amount of funding required for any going-private transaction involving Tesla with any potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the any potential investor;

(e) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(f) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(g) Responses to Musk's August 7, 2018 communications about a potential going private transaction at $420 per share from existing Tesla investors had been mixed with large investors telling Musk and/or Tesla that they could not or would not participate in or support such a transaction;

(h) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(i) Musk had not determined whether retail investors would be able to remain shareholders;

(j) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(k) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

Subject to further review and analysis of discovery, these contentions are based on the following facts which Plaintiff discovered during the course of discovery. This is a non-exclusive list of the facts and/or documents that may be introduced in evidence at trial:

(a) Elon Musk and Tesla were experienced and sophisticated participants in corporate transactions having conducted numerous offerings of debt and equity as a public company as well as making acquisitions, including the acquisition of SolarCity, another public company;

(b) On or around November 5, 2013, Tesla stated in a current report on Form 8-K that investors should "follow Elon Musk's and Tesla's Twitter accounts" for additional information concerning the company. (Robyn Denholm Tr. at 37:15-37:22)

(c) On August 7, 2018, in response to an inquiry from a Reuters reporter about Elon tweets, Dave Arnold, Tesla's Sr. Director of Global Communications, replied—on background only—that no 8K was needed and that Tesla had previously made an SEC disclosure about

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

disseminating information to shareholders via social media including Elon Musk's and Tesla's Twitter accounts. (TESLA_LITTLETON_00014393)

(d) Dave Arnold further testified on September 30, 2021 that he was aware that Elon Musk's Twitter account was recognized as a channel of corporate communication by Tesla. (Dave Arnold Tr. at 32:17-32:20)

(e) Denholm testified further that Tesla's Audit Committee "periodically talked about the use of Twitter [] as a disclosure vehicle" and that when Elon was "tweeting as the CEO of Tesla [] there [was] a [] general disclosure requirement to ensure that material nonpublic information [was] not disclosed without a review process has gone through." (Robyn Denholm Tr. at 17:3-17:8; 28:22-29:6) According to Denholm, "the use of [Elon] Twitter account as a means of disclosing information" about the company dated back to a Form 8-K of 2013, when Tesla "incorporated [Elon Twitter account] as one of the disclosure areas in terms of what the investors and the population should look at in terms of disclosures that the company might make." (Robyn Denholm Tr. at 17:13-17:19) Denholm's testimony shows that Tesla's Audit Committee as part of Tesla Board had an oversight role vis-à-vis material information disseminated by Elon through his Twitter account.

(f) Martin Viecha testified on August 23, 2021 that negative media coverage relating to Elon Musk's tweets could negatively impact demand for Tesla's products. (Martin Viecha Tr. at 218:2-218:22; *see also* TESLA_LITTLETON_00019023-24) Mr. Viecha testified further that the tweets also negatively impacted Musk's credibility, according to investors. (Martin Viecha Tr. at 197:19-198:9, 223:3-223:10; *see also* TESLA_LITTLETON_00012777 at 4; TESLA_LITTLETON_00019026)

(g) Martin Viecha testified on August 23, 2021 that following Musk's tweets concerning the "cave diver in Thailand" in July 2018, investors became "upset" and "unhappy with the way that [had] been handled." Viecha thought it was "very likely" that Musk was advised to "modify his tweeting behavior" in response to these tweets. (Martin Viecha Tr. at 35:22-

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

36:11; *see also* TESLA_LITTLETON_00019247)

(h) David Arnold testified on September 30, 2021 that at least some of Musk's tweets were not positive for Tesla. (David Arnold Tr. at 35:17-35:23) Arnold testified further that he "heard" that Musk was asked to "take a break from Twitter" in July 2018. (David Arnold Tr. at 34:16-34:20)

(i) Sam Teller testified on August 11, 2021 that Elon Musk would have "saved . . . a bunch of time and energy and would have been better for public perception" if he had not engaged in tweeting about "the rescue efforts in Thailand." (Sam Teller Tr. at 45:8-45:23) Teller further testified that he suggested Musk take "a break from Twitter" after conferring with Deepak Ahuja, Sarah O'Brien, Antonio Gracias, and several Tesla employees. (Sam Teller Tr. at 57:23-58:14; *see also* MUSK_001706);

(j) Deepak Ahuja testified on August 5, 2021 that he had a "vague recollection of potentially some conversations of some of the board members with Elon" about Musk "tak[ing] a break from Twitter in July 2018." (Deepak Ahuja Tr. at 26:10-27:3);

(k) Martin Viecha testified on August 23, 2021 that there is a requirement against disclosing material information while the market is open. (Martin Viecha Tr. at 64:3-64:18);

(l) Robyn Denholm testified on October 5, 2021 that "trading hours" are "not the right time to be publishing anything material," including in particular Musk's August 7, 2018 tweets. (Robyn Denholm Tr. at 79:9-79:13);

(m) On May 4, 2018, Musk tweeted "oh and uh short burn of the century comin soon. Flamethrowers should arrive just in time." Musk added, "Looks like sooner than expected. The sheer magnitude of short carnage will be unreal. If you're short, I suggest, tiptoeing quietly to the exit . . . .";

(n) On May 7, 2018, Musk bought approximately $9.85 million worth of Tesla shares in the pre-market to generate a rise in Tesla's stock price and, in turn, force a substantial amount of covering of short positions.

(o) On June 12, 2018, Musk bought approximately $24.9 million worth of Tesla stock to maintain Tesla's stock price against negative announcements concerning cuts to Tesla's workforce.

(p) On June 17, 2018, Musk tweeted that "[the shorts] have about three weeks before their short position explodes."

(q) On July 5, 2018, Musk released a series of tweets attacking *Reuters* and *Business Insider* for being "relentlessly negative about Tesla," publishing "bogus" articles, and "serving as an insider trading source for one of Tesla's biggest short-sellers"

(r) On July 24, 2018, Musk contacted Lawrence Fossi's employer in an attempt to prevent Mr. Fossi from writing any further articles that were adverse to or critical of Tesla;

(s) On July 30, 2018, a WSJ reporter emailed Musk informing him that the WSJ was "doing a story about your use of Twitter and how you have taken aim with your tweets at short sellers in Tesla shares." Among other questions, the WSJ reporter asked Musk: "Do you think it is wise to go head to head with short sellers?" (TESLA_LITTLETON_00019689);

(t) Martin Viecha testified on August 23, 2021 that "highly negative piece[s] in the mainstream press" were discussed frequently internally at Tesla, that the "short interest" was an "ongoing theme" at Tesla, and that he and his colleagues perceived short sellers as having a "significant incentive to cause harm [to Tesla] to make money on a short-term gain." (Martin Viecha Tr. at 71:21-74:6)

(u) The meeting minutes from the July 31, 2018 meeting indicate that: Yasir Al-Rumayyan on behalf of the Public Investment Fund told Musk that he "would like to listen more about [Musk's] plan to take [Tesla] private," "listen to [Elon's] plan and . . . the financial calculations to take it private in the next week," and he would call Musk "if [he] did not receive anything." (SEC-EPROD-000009477 at 2);

(v) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of July 31, 2018 that institutional shareholders had restrictions against

owning shares in private companies. (Elon Musk SEC Tr. at 126:1-126:24);

(w) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that there was no discussion of transaction structure, investment dollar amounts, acquisition premium, regulatory requirements, level of control, or the board approval process during the July 31, 2018 meeting with the Public Investment Fund, except to the extent that Musk said he wanted to retain Tesla's current shareholder base. (Elon Musk SEC Tr. at 121:4-122:23, 127:3-128:3, 128:20-129:17, 134:22-135:8, 136:9-136:22, 160:17-160:19) The meeting ended with Musk agreeing to provide these and other terms for the transaction. (Elon Musk SEC Tr. at 149:21-149:25, 155:20-156:6);

(x) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not contact anyone at the Saudi Arabia Public Investment Fund to determine whether it was still interested in the going private transaction after Tesla's stock price increased 15% on August 2, 2018. (Elon Musk SEC Tr. at 178:16-179:25);

(y) Egon Durban testified on September 7, 2021 that the per share purchase price or overall funding for the going private transaction was never finalized. (Egon Durban Tr. at 156:4-156:16; *see also* TESLA_LITTLETON_00006169 at 58);

(z) Deepak Ahuja, Tesla's former Chief Financial Officer, testified on August 5, 2021 that Elon Musk did not discuss substantive terms or a "specific funding amount" during the meeting on July 31, 2018, but instead agreed to "continue the conversation" and discuss "the structure and what's required" to take Tesla private. (Deepak Ahuja Tr. at 81:19-82:5, 84:2-84:6, 97:15-98:1, 100:22-101:7, 102:14-102:16) Ahuja testified further that he was "not aware" of "any financial calculations that were shared with [the Public Investment Fund]" after the meeting and was also never asked to provide any calculations to the Public Investment Fund. (Deepak Ahuja Tr. at 82:12-83:15);

(aa) Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per share price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(bb)    Sam Teller testified on August 11, 2021 that there was no discussion of "an exact dollar amount" or a specific transaction structure during the July 31, 2018 meeting with the Public Investment Fund. (Sam Teller Tr. at 164:17-166:2) Teller also testified that he was unaware of whether any research had been done to determine whether existing investors could remain investors in Tesla if it were private. (Sam Teller Tr. at 166:3-166:8);

(cc)    Robyn Denholm testified on October 5, 2021 regarding Musk's account of the July 31 meeting with the Saudi Arabia Public Investment Fund, that there was a question "around our existing shareholders because [] the board wasn't sure about the quantum of money would be required to take [] the company private. So the question was: How do we know [] whether [our shareholders] would be in favor of this type of transaction or not." (Robyn Denholm Tr. at 59:12-59:19);

(dd)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he believed only 20% to 25% of Tesla's existing shareholders would not want to own shares in Tesla if it were a private company. (Elon Musk SEC Tr. at 120:3-120:17)

(ee)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not want the Saudi Arabia Public Investment Fund to be too large of a shareholder and that he wanted the Public Investment Fund to own "something on the order of 15 percent, maybe up to 20 percent." (Elon Musk SEC Tr. at 170:6-170:11; *see also id.* at 207:3-207:15. 261:1-261:5)

(ff) Musk further testified that he would "ensure that any single foreign entity did not come close to the CFIUS limits, meaning that [the Public Investment Fund] would not be in a control or de fact control position." (Elon Musk SEC Tr. at 210:10-210:16);

(gg)    In the August 13 Blog Post, Musk stated: "I would like for Tesla to continue to have a

broad investor base." "My best estimate right now is that approximately two-thirds of shares owned by all current investors would roll over into a private Tesla";

(hh)    Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Elon "noted his desire for current shareholders [] to remain shareholders in [Tesla] after any proposed privatization … and stated that it was not his intention to provide shareholder control in a private [Tesla] to any single entity, but rather to have ownership of [Tesla] be dispersed over a broad base of shareholders, including many of [Tesla]'s current shareholders." (TESLA_LITTLETON_00012812 at 2);

(ii) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that his process for deriving the $420 per share offer price consisted of adding 20% to Tesla's closing stock price of $348 on August 2, 2018 and then adding $1 to coincide with the "420" symbol for marijuana. (Elon Musk SEC Tr. at 192:10-193:11, 194:11-194:21);

(jj) On August 2, 2018, Musk identified the "constant defamatory attacks by the short-selling community" as one of the main drivers behind his attempt to take Tesla private when communicating his offer to Tesla's board. (TESLA_LITTLETON_00000078);

(kk)    Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Musk's "basis for his price of $420 per share" was to provide an approximate 20% premium over the current price of the stock, which had just undergone a recent run up after [Tesla's] Q2 earnings call." (TESLA_LITTLETON_00012812 at 2);

(ll) Robyn Denholm testified that during the Board meeting on August 2, 2018, Ahuja explained to the Board that Elon based the $420 share price on "a 20 percent premium" over "the last published price the day before." (Denholm Tr. at 50:21-51:9)

(mm)    Meeting minutes from the Board of Directors' Special Meeting on August 2, 2018 state that Musk "believed Tencent and other large Tesla shareholders" would support the going private transaction, but "had not yet spoken with them." (TESLA_LITTLETON_00012790 at 1-2);

(nn)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that on August 3, 2018 he was told by Tesla's Board of Directors that it would be "really difficult for small investors" to remain shareholders in the company after it was taken private. (Elon Musk SEC Tr. at 208:13-208:25);

(oo)    James Murdoch, a Tesla Board Director, testified on August 17, 2021 that, as of the August 3, 2018 board meeting there was no written commitment from the PIF to provide any level of financing. (James Murdoch Tr. at 91:2, 9 -15);

(pp)    Deepak Ahuja testified on August 5, 2021 that, as of the adjournment of the August 3, 2018 board meeting, Elon Musk was still in the process of identifying his legal and financial advisors. (Deepak Ahuja Tr. at 153:2-5);

(qq)    Martin Viecha wrote in an email to Deepak Ahuja, dated August 5, 2018, that institutional shareholders are subject to "[i]nternal mechanisms" that would force them to reduce their positions in Tesla if it were to "become too large of a weight within a portfolio." (TESLA_LITTLETON_00004239);

(rr) Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that an agreement to fund the going private transaction at a deal price of $420 per share did not exist when tweeting "funding secured" on August 7, 2018. (Elon Musk SEC Tr. at 231:22-232:10);

(ss)Martin Viecha and Deepak Ahuja had not yet provided Musk with Tesla's capitalization table showing its largest institutional and retail shareholders as of August 7, 2018, according to Viecha's email to Ahuja dated August 7, 2018. (TESLA_LITTLETON_00004131);

(tt) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not retain any advisors to assist him with the going private transaction at any point between his meeting with the Public Investment Fund on July 31, 2018 and his tweets on August 7, 2018. (Elon Musk SEC Tr. at 165:1-165:5);

(uu)    Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

indicate that, as of August 3, 2018, Musk had not yet retained legal counsel or a financial advisor to assist with the going private transaction. (TESLA_LITTLETON_00012812 at 2);

(vv)   Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that a "detailed proposal regarding a going private transaction had not yet been made and that one would be needed in order for the Board to properly analyze and evaluate it." (TESLA_LITTLETON_00012812 at 3);

(ww)   Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of August 7, 2018 that the process for putting together a formal proposal for the going private transaction would be complex and not a "trivial exercise." (Elon Musk SEC Tr. at 257:16-257:21);

(xx)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that as of August 7, 2018 his overarching level of certainty about whether or not a going private transaction would ultimately be consummated was "roughly 50 percent" or "maybe a little higher than 50 percent." (Elon Musk SEC Tr. at 257:16-258:5);

(yy)   Egon Durban testified on September 27, 2021 that as of August 7, 2018 there was nothing in terms of a formal proposal to be voted on by shareholders. (Egon Durban Tr. at 45:7-45:9) He testified further that as of August 10, 2018, Musk had not yet submitted a formal proposal to Tesla's board. (Egon Durban Tr. at 55:22-56:6, 57:9-57:20; *see also* SL_3P00000001 at 29) Additionally, as of August 14, 2018, Durban and Musk had not yet determined funding sources for the going private transaction or the structure of the transaction. (Egon Durban Tr. at 106:18-106:20; *see also* SL_3P00000261);

(zz)   Deepak Ahuja testified on August 5, 2021 that he was not aware of a proposal from Musk to take Tesla private that was capable of being voted on by shareholders as of August 7, 2018. (Deepak Ahuja Tr. at 194:14-194:17);

(aaa)   Ira Ehrenpreis, a Tesla Board Director, testified on August 25, 2021 that, as of August 7, 2018 there had not yet been a formal proposal made and there were a number of steps that

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

would need to unfold.  He further testified that, as of August 18, 2018 a formal go private transaction bid had not been submitted to the board, nor was there ever one submitted. (Ira Ehrenpreis Tr. at 87:15-24, 140:4-19)

(bbb)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not do anything prior to August 7, 2018 to assess whether institutional investors, including T. Rowe Price, Fidelity, Baillie Gifford, or Capital Group, would support a going private transaction. (Elon Musk SEC Tr. at 217:16-218:6, 218:22-219:2);

(ccc)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that no one at Tesla reviewed his August 7, 2018 tweets before sending them. (Elon Musk SEC Tr. at 221:9-222:11);

(ddd)   On August 7, 2018, at approximately 8:16 a.m. PT, the *Financial Times* asked Tesla for a comment on their report that the Public Investment Fund had built "a 3-5% stake in Tesla after buying shares on the open market." Dave Arnold notified Elon Musk of the story and indicated that Tesla was planning to "decline comment." Musk approved the plan by responding "Ok."

(eee)   On August 7, 2018, at approximately 9:17 a.m. PT, the *Financial Times* published its report. At 9:48 p.m. PT, Musk tweeted "Am considering taking Tesla private at $420. Funding secured." This prompted a sharp 5% rise in Tesla's stock price, ensuring that short sellers would be forced to cover positions given the overall increase in price from the opening of the market that morning.

(fff)   Egon Durban testified on September 7, 2021 that announcements of going private transactions are typically announced after a definitive agreement has been signed. (Egon Durban Tr. at 56:20-56:23; *see also* SL_3P00000001 at 29) Durban further testified that he had "never worked on a public-to-private process where the CEO announced everything" prior to retaining Silver Lake Partners as its advisor. (Egon Durban Tr. at 84:3-84:10);

(ggg)   Deepak Ahuja testified on August 5, 2021 that he had not seen Musk's tweets on August

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

7, 2018 before they were published. (Deepak Ahuja Tr. at 169:18-170:11);

(hhh)   Martin Viecha testified on August 23, 2021 that he did not have "any responsibility for reviewing" Musk's tweets before they were posted on Twitter and had never done so in the past. (Martin Viecha Tr. at 35:7-35:17) Viecha testified further that there was "no official policy" requiring review of Musk's tweets prior to publishing them before August 2018. (Martin Viecha Tr. at 23:21-24:5);

(iii) David Arnold testified on September 30, 2021 that he "[v]ery rarely" reviewed Musk's tweets before they were posted on Twitter. (David Arnold Tr. at 34:1-34:9)

(jjj) Robyn Denholm testified on October 5, 2021 that she did not recall Musk discussing making the tweet with anyone prior to publishing it. (Robyn Denholm Tr. at 76:6-76:9);

(kkk)   On August 7, 2018, Musk tweeted that Tesla "[will] be way smoother & less disruptive as a private company. Ends negative propaganda from shorts" if it became a private company;

(lll) On August 7, 2018, Sam Teller texted it was "satisfying to obliterate" the shorts. (SEC-EPROD-000017148) Teller testified on August 11, 2021 that he also sent a "cartoon with someone on fire" representing the "shorts." (Sam Teller Tr. at 205:24-206:11);

(mmm) Nii Owuraka Koney testified on July 14, 2021 that he regarded Elon Musk's "funding secured" tweet as an "epic f u to the shorts." (Nii Owuraka Koney Tr. at 48:16-48:24; *see also* JENN0000037) Mr. Koney testified further that Musk was historically "not happy about people who short – or investors who short the stock." (Nii Owuraka Koney Tr. at 52:12-53:17);

(nnn)   Joseph Fath testified on July 12, 2021 that Musk executed a "short squeeze" with his tweets on August 7, 2018, writing in an email that "The Tesla shorts go up and close with napalm yesterday." (Joseph Fath Tr. at 43:1-44:18; *see also* TRP_001087);

(ooo)   The email purportedly from Elon Musk published by Tesla on August 7, 2018 titled "Taking Tesla Private" was initially suggested to Mr. Musk by Deepak Ahuja and was

drafted by Tesla employees Mr. Ahuja, Sarah O'Brien, and Todd Maron. (Deepak Ahuja Tr. at 177:18-187:7; *see also* TESLA_AHUJA0000448; TESLA_LITTLETON_00000320);

(ppp)   On August 7, 2018, Musk wrote in his email to Tesla's employees that Tesla was "the most shorted stock in the history of the stock market" and stated that "being public means there are large numbers of people who have incentive to attack the company";

(qqq)   Joseph Fath testified on July 12, 2021 that certain of T. Rowe Price's funds would be unable to hold shares in Tesla if it were private due to "mandates on their accounts that do not allow privates" or, alternatively, fewer shares due to "illiquidity" concerns. (Joseph Fath Tr. at 48:13-49:7, 54:9-54:13; *see also* TRP_000012, TRP_000013, TRP_000016, TRP_000017);

(rrr)   Nii Owuraka Koney testified on July 14, 2021 that Jennison Associates had restrictions against holding private companies and, therefore, would not be able to remain a shareholder in a private Tesla. (Nii Owuraka Koney Tr. at 113:13-114:5);

(sss)   Martin Viecha testified on August 23, 2021 that, as of August 7, 2018 he understood that the "majority" of Tesla's institutional shareholders "do not have a mandate to own private companies." (Martin Viecha Tr. at 149:25-150:20; *see also* TESLA_LITTLETON_00004008);

(ttt)Matt Fassnacht on behalf of HHR Asset Management LLC emailed Aaron Chew on August 7, 2018 advising that he would "not support a buyout" because he was not permitted to "own private entities." (TESLA_LITTLETON_00004015);

(uuu)   Joseph Fath testified on July 12, 2021 that Musk had not spoken with T. Rowe Price about the going private transaction prior to Musk's tweets on August 7, 2018. (Joseph Fath Tr. at 45:13-45:22, 49:14-50:16) The first contact he received about the going private transaction was on August 9, 2018, when Sam Teller asked for his availability to speak with Musk. (Joseph Fath Tr. at 86:5-86:19; *see also* TRP_002031);

(vvv)   Sonu Kalra at Fidelity did not speak with Musk about the going private transaction until

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

after Musk tweeted about it on August 7, 2018. (SEC-EPROD-000000425);

(www) Nii Owuraka Koney testified on July 14, 2021 that he had not had any conversations with Elon Musk prior to August 7, 2018 about the go-private transaction. (Nii Owuraka Koney Tr. at 162:7-162:16)

(xxx)   Deepak Ahuja testified on August 5, 2021 that he did not believe Musk spoke to any shareholders to assess their interest in a private Tesla prior to Musk's tweets on August 7, 2018. (Deepak Ahuja Tr. at 172:8-173:1) Ahuja testified further that he did not provide Musk with a list of Tesla's top shareholders until after August 7, 2018. (Deepak Ahuja Tr. at 224:10-224:19);

(yyy)   Martin Viecha testified on August 23, 2021 that there had been "no discussions with shareholders about the going-private transaction" prior to August 7, 2018. (Martin Viecha Tr. at 159:6-161:17; *see also* TESLA_LITTLETON_00004253);

(zzz)   Robyn Denholm testified on October 5, 2021 that she did not believe that Elon had any conversations with shareholders prior to the tweet going out. (Robyn Denholm Tr. at 69:21-69:23)

(aaaa)  On August 8, 2018, Elon Musk's personal public relations consultant informed him that a NYT reporter had contacted her seeking to talk to Elon off the record and noting that "he ha[d] talked to 'all' the large investors and none of them ha[d] been approached." (TESLA_LITTLETON_00019654);

(bbbb) Ryan Brinkman testified on May 4, 2021 that he understood "funding secured" to mean that "funding is secured . . . [t]hat the funding has been lined up" and "not in question." (Ryan Brinkman Tr. at 64:6-64:12);

(cccc)  Ryan Brinkman testified on May 4, 2021further that "funding secured" meant that "there has been a Wall Street bank or more likely consortium of banks that have lined up or committed to lining up this financing or . . . it was already there because it was such a deep pocketed acquirer" and that "[e]ither a commitment to funding or that it was already there .

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

. . ." (Ryan Brinkman Tr. at 64:13-64:23, 65:6-65:12);

(dddd) Brinkman wrote on behalf of J.P. Morgan in his analyst report dated August 8, 2018 that, "Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." (JPMS_00000047 at 1);

(eeee) Nii Owuraka Koney testified on July 14, 2021 that he interpreted Elon Musk's "funding secured" tweet to mean that Mr. Musk had secured either a "verbal commitment" or "an offer letter of some sort" to fund the go-private transaction. (Nii Owuraka Koney Tr. at 21:20-22:6, 44:7-45:13, 56:1-56:13, 57:14-57:21; *see also* JENN0000048) Additionally, Koney testified that this necessarily included a total purchase price or amount of financing that had been agreed to by the source of funding. (Nii Owuraka Koney Tr. at 79:24-80:17);

(ffff)   Nii Owuraka Koney testified on July 14, 2021that he believed funding was in fact secured based on subsequent communications with Martin Viecha. (Nii Owuraka Koney Tr. at 71:8-72:24; *see also* JENN0000090);

(gggg) Joseph Fath testified on July 12, 2021 that he interpreted "funding secured" to mean, "[j]ust as it states," that Musk "had secured sources or financial sources to fund a go-private transaction." (Joseph Fath Tr. at 28:18-28:23);

(hhhh) Joseph Fath testified on July 12, 2021 that "secured," as used in the context of Musk's tweet, meant that funding was "locked and loaded and no question at all a hundred percent that you have funding ready to go and you're prepared to move forward with this transaction." (Joseph Fath Tr. at 28:24-29:5);

(iiii)   Joseph Fath testified on July 12, 2021 that there was "nothing left for interpretation" because Musk's tweet "talk[ed] about the company being taken private, has a specific dollar amount, along with the verbiage funding secured" and that it was "pretty black-and-white." (Joseph Fath Tr. at 32:22-33:8);

(jjjj)   Joseph Fath testified on July 12, 2021 that Musk's subsequent tweets, including in particular that "investor support is confirmed," in his opinion "reinforced the funding

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

secured" tweet. (Joseph Fath Tr. at 45:23-46:8);

(kkkk) Egon Durban testified on September 7, 2021 that he had previously used the word "secured" when discussing capital commitments and funding when it was "[c]ontractual" and there was a binding commitment pertaining to the capital. (Egon Durban Tr. at 42:12-43:2).

(llll)    On August 8, 2018, Musk acknowledged to another Tesla employee that I "[h]ave to be very careful what I say. Shorts want me dead *real* bad. They are losing their minds." (TESLA_LITTLETON_00019654);

(mmmm)    On August 10, 2018, Musk mocked short sellers by tweeting that "Short shorts [were] coming soon to Tesla merch[andise]."

(nnnn) Yasir Al-Rumayyan text messaged Musk on August 10, 2018 stating that the Public Investment Fund "remains interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction," which demonstrates the absence of any agreement to finance a go-private transaction. (TESLA_LITTLETON_00006164-65; *see also* SEC-EPROD-000015424 at 9)

(oooo) Pursuant to the Mutual Non-Disclosure Agreement between the Public Investment Fund and Tesla, which was signed by Elon Musk, any go-private transaction as of August 10, 2018 was only a "Potential Project" being explored by PIF and Musk. (TESLA_LITTLETON_00005310 at 1)

(pppp) Sam Teller testified on August 11, 2021 that Yasir Al-Rumayyan told Musk during their call on August 10, 2018 that the transaction was still pending approval from others within the Public Investment Fund and that additional work was necessary. (Sam Teller Tr. at 242:24-244:12). On August 12, 2018, two days later, Musk told Yasir Al-Rumayyan that he was excluding them from participation in any going private transaction, texting "we cannot

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

work together." "Sorry" and "It's over." (TESLA_LITTLETON_00000320 at 11);

(qqqq) Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per shar price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(rrrr)   In an email dated August 11, 2018, Elon Musk acknowledged that he should probably tweet less and agreed to the statement that Twitter was hurting his reputation. (TESLA_LITTLETON_00019664);

(ssss)  On August 15, 2018, Martin Viecha forwarded to Deepak Ahuja and Todd Maron an email from Janus Henderson Investors, an institutional investor, providing feedback. Viecha noted that this email "encapsulates what most investors I speak to feel." In this email, the institutional investor said "The fact that Elon has been using Twitter really undermines credibility—to put it bluntly his tweets have been nothing short of disastrous over the last few months and I don't think it is unreasonable to say that they are at risk of becoming a significant liability to the Tesla brand/story." (TESLA_LITTLETON_00019026);

(tttt)   Nii Owuraka Koney testified on July 14, 2021 that the August 13, 2018 blog post "did not make [him] think it was less likely funding was available" after he read it. (Nii Owuraka Koney Tr. at 159:15-159:22);

(uuuu) Egon Durban of Silver Lake Partners received "talking points" from Steven Rosenblum on August 16, 2018 concerning conversations with Tesla's investors about the going private transaction. (SEC-EPROD-000009934 at 2);

(vvvv) On August 19, 2018, Martin Viecha informed Deepak Ahuja and Todd Maron that he had met in the past few days with Fidelity, TRowe, Jennison, Capital World, Capital International, PrimeCap, Baron Capital, UBS O'Connor, and others. The feedback from investors regarding privatization was that they "can't hold private entit[ies]." Viecha further

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

informed that "quite a few mid-sized investors shared their frustration that they don't have a mandate to hold a stake in a private company." Ahuja forwarded the investors' feedback to Elon Musk. (TESLA_LITTLETON_00019023);

(wwww)     On August 20, 2018, Musk's advisors submitted a Power Point presentation to the Tesla Board's Special Committee setting forth Musk's going private transaction objectives and process outline. The "Next Steps" slide, among others, listed "Reach out to Potential Investors" and "Confirm Investor interest." According to this document, as of August 20, 2018, "[Elon Musk was still] evaluating various transaction structures [to] [c]onfirm investor financing that has a broad cap table." (TESLA_LITTLETON_00019960 at 3, 6);

(xxxx) On August 23, 2018, Musk's advisors made a presentation regarding the potential going-private transaction to the Tesla Board. The price for the transaction was still undetermined. (TESLA_LITTLETON_00006626).

In response to this Interrogatory, Plaintiff further refers to the documents contained in Exhibit A, hereto.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 24:**

If YOU contend that a lack of funding or investor support prevented TESLA's contemplated take-private transaction to proceed, IDENTIFY why YOU make that contention, including IDENTIFYING all facts supporting that contention.

**RESPONSE NO. 24:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify," and "You". Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Subject to and without waiver of the foregoing objections, the statements made by Elon Musk and Tesla on August 7, 2018 as set forth in Plaintiff's Response to Interrogatory No. 1 were false and misleading statements made knowingly or with deliberate recklessness because, *inter alia*:

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(a) Complete funding for going-private transaction involving Tesla had not been unconditionally secured. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) Musk had not discussed the potential price of $420 with the Saudi Arabia Public Investment Fund or any other potential investor;

(c) Musk had not discussed the overall amount of funding required for any going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the Saudi Arabia Public Investment Fund or any other potential investor;

(e) Musk intended to limit the involvement of the Saudi Arabia Public Investment Fund to 20% or less of any Private Tesla and never intended to rely on the Public Investment Fund to fund the entire going-private transaction;

(f) Musk had not discussed interest in participating in the transaction with any potential investors apart from the Saudi Arabia Public Investment Fund;

(g) Musk had not had any further substantive conversations with the Saudi Arabia Public Investment Fund since his meeting on July 31, 2018;

(h) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(i) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(j) Musk had not contacted existing Tesla shareholders to assess their interest in participating in the transaction;

(k) Musk had not confirmed the support of any investor for a transaction that would take Tesla private at $420 per share;

(l) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(m) Musk had not formally retained any legal or financial advisors to assist with the transaction;

(n) Musk had not determined whether retail investors would be able to remain shareholders but had been advised that it would be unlikely and "unprecedented";

(o) Musk had not determined whether there were restrictions on investment in private companies by Tesla's institutional investors that would prohibit their involvement in a private Tesla;

(p) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(q) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

The AUGUST 13 BLOG POST left investors with a misleading impression of the nature and status of Musk's proposal to take Tesla private at $420 per share as well as misrepresented the status of Musk and Tesla's discussions with the Saudi Arabia Public Investment Fund and other existing or potential investors. Following the AUGUST 13 BLOG POST investors were still unaware that:

(a) Complete funding for going-private transaction involving Tesla had not been

unconditionally secured from the Saudi Arabia Public Investment Fund or from any other funding source. At their meeting with Musk held on July 31, 2018, representatives of the Saudi Arabia Public Investment Fund had only communicated that it was "interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction". No commitment to any level of funding was made at the July 31, 2018 meeting or thereafter. Musk had not materially discussed funding a going-private transaction with any other source of funding;

(b) In discussions with representatives with the Saudi Arabia Public Investment Fund after August 7, 2018, Musk had attempted to exclude the Public Investment Fund from participating in any going-private transaction;

(c) Musk still did not know the overall level of funding required for any going-private transaction and had not discussed the overall amount of funding required for any going-private transaction involving Tesla with any potential investor;

(d) Musk had not discussed the legal structure of the proposed going-private transaction involving Tesla with the any potential investor;

(e) Musk had not provided Tesla's Board with a proposal to take Tesla private that was capable of being evaluated, only a tentative offer that was missing many critical terms, had "a lot of uncertainty" that Musk believed only had a 50% likelihood of success;

(f) The Tesla Board of Directors had not taken any steps to consider any proposal by Musk to take Tesla private at $420 per share; no special committee had been formed and no legal or financial advisors had been appointed;

(g) Responses to Musk's August 7, 2018 communications about a potential going private transaction at $420 per share from existing Tesla investors had been mixed with large investors telling Musk and/or Tesla that they could not or would not participate in or

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

support such a transaction;

(h) There was no proposal or agreement to take Tesla private at $420 per share or any other price that could be presented to Tesla's shareholders for approval;

(i) Musk had not determined whether retail investors would be able to remain shareholders;

(j) Musk had not determined what regulatory approvals would be necessary for the transaction; and

(k) Musk had no formal agreement, commitment, or plan for Tesla to go private at $420 per share or at any other price.

Subject to further review and analysis of discovery, these contentions are based on the following facts which Plaintiff discovered during the course of discovery. This is a non-exclusive list of the facts and/or documents that may be introduced in evidence at trial:

(a) Elon Musk and Tesla were experienced and sophisticated participants in corporate transactions having conducted numerous offerings of debt and equity as a public company as well as making acquisitions, including the acquisition of SolarCity, another public company;

(b) On or around November 5, 2013, Tesla stated in a current report on Form 8-K that investors should "follow Elon Musk's and Tesla's Twitter accounts" for additional information concerning the company. (Robyn Denholm Tr. at 37:15-37:22)

(c) On August 7, 2018, in response to an inquiry from a Reuters reporter about Elon tweets, Dave Arnold, Tesla's Sr. Director of Global Communications, replied—on background only—that no 8K was needed and that Tesla had previously made an SEC disclosure about disseminating information to shareholders via social media including Elon Musk's and Tesla's Twitter accounts. (TESLA_LITTLETON_00014393)

(d) Dave Arnold further testified on September 30, 2021 that he was aware that Elon Musk's Twitter account was recognized as a channel of corporate communication by Tesla. (Dave Arnold Tr. at 32:17-32:20)

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(e) Denholm testified further that Tesla's Audit Committee "periodically talked about the use of Twitter [] as a disclosure vehicle" and that when Elon was "tweeting as the CEO of Tesla [] there [was] a [] general disclosure requirement to ensure that material nonpublic information [was] not disclosed without a review process has gone through." (Robyn Denholm Tr. at 17:3-17:8; 28:22-29:6) According to Denholm, "the use of [Elon] Twitter account as a means of disclosing information" about the company dated back to a Form 8-K of 2013, when Tesla "incorporated [Elon Twitter account] as one of the disclosure areas in terms of what the investors and the population should look at in terms of disclosures that the company might make." (Robyn Denholm Tr. at 17:13-17:19) Denholm's testimony shows that Tesla's Audit Committee as part of Tesla Board had an oversight role vis-à-vis material information disseminated by Elon through his Twitter account.

(f) Martin Viecha testified on August 23, 2021 that negative media coverage relating to Elon Musk's tweets could negatively impact demand for Tesla's products. (Martin Viecha Tr. at 218:2-218:22; *see also* TESLA_LITTLETON_00019023-24) Mr. Viecha testified further that the tweets also negatively impacted Musk's credibility, according to investors. (Martin Viecha Tr. at 197:19-198:9, 223:3-223:10; *see also* TESLA_LITTLETON_00012777 at 4; TESLA_LITTLETON_00019026)

(g) Martin Viecha testified on August 23, 2021 that following Musk's tweets concerning the "cave diver in Thailand" in July 2018, investors became "upset" and "unhappy with the way that [had] been handled." Viecha thought it was "very likely" that Musk was advised to "modify his tweeting behavior" in response to these tweets. (Martin Viecha Tr. at 35:22-36:11; *see also* TESLA_LITTLETON_00019247)

(h) David Arnold testified on September 30, 2021 that at least some of Musk's tweets were not positive for Tesla. (David Arnold Tr. at 35:17-35:23) Arnold testified further that he "heard" that Musk was asked to "take a break from Twitter" in July 2018. (David Arnold Tr. at 34:16-34:20)

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(i) Sam Teller testified on August 11, 2021 that Elon Musk would have "saved . . . a bunch of time and energy and would have been better for public perception" if he had not engaged in tweeting about "the rescue efforts in Thailand." (Sam Teller Tr. at 45:8-45:23) Teller further testified that he suggested Musk take "a break from Twitter" after conferring with Deepak Ahuja, Sarah O'Brien, Antonio Gracias, and several Tesla employees. (Sam Teller Tr. at 57:23-58:14; *see also* MUSK_001706);

(j) Deepak Ahuja testified on August 5, 2021 that he had a "vague recollection of potentially some conversations of some of the board members with Elon" about Musk "tak[ing] a break from Twitter in July 2018." (Deepak Ahuja Tr. at 26:10-27:3);

(k) Martin Viecha testified on August 23, 2021 that there is a requirement against disclosing material information while the market is open. (Martin Viecha Tr. at 64:3-64:18);

(l) Robyn Denholm testified on October 5, 2021 that "trading hours" are "not the right time to be publishing anything material," including in particular Musk's August 7, 2018 tweets. (Robyn Denholm Tr. at 79:9-79:13);

(m) On May 4, 2018, Musk tweeted "oh and uh short burn of the century comin soon. Flamethrowers should arrive just in time." Musk added, "Looks like sooner than expected. The sheer magnitude of short carnage will be unreal. If you're short, I suggest, tiptoeing quietly to the exit . . . .";

(n) On May 7, 2018, Musk bought approximately $9.85 million worth of Tesla shares in the pre-market to generate a rise in Tesla's stock price and, in turn, force a substantial amount of covering of short positions.

(o) On June 12, 2018, Musk bought approximately $24.9 million worth of Tesla stock to maintain Tesla's stock price against negative announcements concerning cuts to Tesla's workforce.

(p) On June 17, 2018, Musk tweeted that "[the shorts] have about three weeks before their short position explodes."

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(q) On July 5, 2018, Musk released a series of tweets attacking *Reuters* and *Business Insider* for being "relentlessly negative about Tesla," publishing "bogus" articles, and "serving as an insider trading source for one of Tesla's biggest short-sellers"

(r) On July 24, 2018, Musk contacted Lawrence Fossi's employer in an attempt to prevent Mr. Fossi from writing any further articles that were adverse to or critical of Tesla;

(s) On July 30, 2018, a WSJ reporter emailed Musk informing him that the WSJ was "doing a story about your use of Twitter and how you have taken aim with your tweets at short sellers in Tesla shares." Among other questions, the WSJ reporter asked Musk: "Do you think it is wise to go head to head with short sellers?" (TESLA_LITTLETON_00019689);

(t) Martin Viecha testified on August 23, 2021 that "highly negative piece[s] in the mainstream press" were discussed frequently internally at Tesla, that the "short interest" was an "ongoing theme" at Tesla, and that he and his colleagues perceived short sellers as having a "significant incentive to cause harm [to Tesla] to make money on a short-term gain." (Martin Viecha Tr. at 71:21-74:6)

(u) The meeting minutes from the July 31, 2018 meeting indicate that: Yasir Al-Rumayyan on behalf of the Public Investment Fund told Musk that he "would like to listen more about [Musk's] plan to take [Tesla] private," "listen to [Elon's] plan and . . . the financial calculations to take it private in the next week," and he would call Musk "if [he] did not receive anything." (SEC-EPROD-000009477 at 2);

(v) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of July 31, 2018 that institutional shareholders had restrictions against owning shares in private companies. (Elon Musk SEC Tr. at 126:1-126:24);

(w) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that there was no discussion of transaction structure, investment dollar amounts, acquisition premium, regulatory requirements, level of control, or the board approval process during the July 31, 2018 meeting with the Public Investment Fund, except to the extent that Musk said

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

he wanted to retain Tesla's current shareholder base. (Elon Musk SEC Tr. at 121:4-122:23, 127:3-128:3, 128:20-129:17, 134:22-135:8, 136:9-136:22, 160:17-160:19)  The meeting ended with Musk agreeing to provide these and other terms for the transaction. (Elon Musk SEC Tr. at 149:21-149:25, 155:20-156:6);

(x) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not contact anyone at the Saudi Arabia Public Investment Fund to determine whether it was still interested in the going private transaction after Tesla's stock price increased 15% on August 2, 2018. (Elon Musk SEC Tr. at 178:16-179:25);

(y) Egon Durban testified on September 7, 2021 that the per share purchase price or overall funding for the going private transaction was never finalized. (Egon Durban Tr. at 156:4-156:16; *see also* TESLA_LITTLETON_00006169 at 58);

(z) Deepak Ahuja, Tesla's former Chief Financial Officer, testified on August 5, 2021 that Elon Musk did not discuss substantive terms or a "specific funding amount" during the meeting on July 31, 2018, but instead agreed to "continue the conversation" and discuss "the structure and what's required" to take Tesla private. (Deepak Ahuja Tr. at 81:19-82:5, 84:2-84:6, 97:15-98:1, 100:22-101:7, 102:14-102:16) Ahuja testified further that he was "not aware" of "any financial calculations that were shared with [the Public Investment Fund]" after the meeting and was also never asked to provide any calculations to the Public Investment Fund. (Deepak Ahuja Tr. at 82:12-83:15);

(aa)    Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per share price" with the Public Investment Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(bb)    Sam Teller testified on August 11, 2021 that there was no discussion of "an exact dollar amount" or a specific transaction structure during the July 31, 2018 meeting with the Public

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Investment Fund. (Sam Teller Tr. at 164:17-166:2) Teller also testified that he was unaware of whether any research had been done to determine whether existing investors could remain investors in Tesla if it were private. (Sam Teller Tr. at 166:3-166:8);

(cc)   Robyn Denholm testified on October 5, 2021 regarding Musk's account of the July 31 meeting with the Saudi Arabia Public Investment Fund, that there was a question "around our existing shareholders because [] the board wasn't sure about the quantum of money would be required to take [] the company private. So the question was: How do we know [] whether [our shareholders] would be in favor of this type of transaction or not." (Robyn Denholm Tr. at 59:12-59:19);

(dd)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he believed only 20% to 25% of Tesla's existing shareholders would not want to own shares in Tesla if it were a private company. (Elon Musk SEC Tr. at 120:3-120:17)

(ee)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not want the Saudi Arabia Public Investment Fund to be too large of a shareholder and that he wanted the Public Investment Fund to own "something on the order of 15 percent, maybe up to 20 percent." (Elon Musk SEC Tr. at 170:6-170:11; *see also id.* at 207:3-207:15. 261:1-261:5)

(ff) Musk further testified that he would "ensure that any single foreign entity did not come close to the CFIUS limits, meaning that [the Public Investment Fund] would not be in a control or de fact control position." (Elon Musk SEC Tr. at 210:10-210:16);

(gg)   In the August 13 Blog Post, Musk stated: "I would like for Tesla to continue to have a broad investor base." "My best estimate right now is that approximately two-thirds of shares owned by all current investors would roll over into a private Tesla";

(hh)   Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Elon "noted his desire for current shareholders [] to remain shareholders in [Tesla] after any proposed privatization … and stated that it was not his intention to provide shareholder

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

control in a private [Tesla] to any single entity, but rather to have ownership of [Tesla] be dispersed over a broad base of shareholders, including many of [Tesla]'s current shareholders." (TESLA_LITTLETON_00012812 at 2);

(ii) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that his process for deriving the $420 per share offer price consisted of adding 20% to Tesla's closing stock price of $348 on August 2, 2018 and then adding $1 to coincide with the "420" symbol for marijuana. (Elon Musk SEC Tr. at 192:10-193:11, 194:11-194:21);

(jj) On August 2, 2018, Musk identified the "constant defamatory attacks by the short-selling community" as one of the main drivers behind his attempt to take Tesla private when communicating his offer to Tesla's board. (TESLA_LITTLETON_00000078);

(kk)    Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that Musk's "basis for his price of $420 per share" was to provide an approximate 20% premium over the current price of the stock, which had just undergone a recent run up after [Tesla's] Q2 earnings call." (TESLA_LITTLETON_00012812 at 2);

(ll) Robyn Denholm testified that during the Board meeting on August 2, 2018, Ahuja explained to the Board that Elon based the $420 share price on "a 20 percent premium" over "the last published price the day before." (Denholm Tr. at 50:21-51:9)

(mm)   Meeting minutes from the Board of Directors' Special Meeting on August 2, 2018 state that Musk "believed Tencent and other large Tesla shareholders" would support the going private transaction, but "had not yet spoken with them." (TESLA_LITTLETON_00012790 at 1-2);

(nn)    Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that on August 3, 2018 he was told by Tesla's Board of Directors that it would be "really difficult for small investors" to remain shareholders in the company after it was taken private. (Elon Musk SEC Tr. at 208:13-208:25);

(oo)    James Murdoch, a Tesla Board Director, testified on August 17, 2021 that, as of the

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

August 3, 2018 board meeting there was no written commitment from the PIF to provide any level of financing. (James Murdoch Tr. at 91:2, 9 -15);

(pp)   Deepak Ahuja testified on August 5, 2021 that, as of the adjournment of the August 3, 2018 board meeting, Elon Musk was still in the process of identifying his legal and financial advisors. (Deepak Ahuja Tr. at 153:2-5);

(qq)   Martin Viecha wrote in an email to Deepak Ahuja, dated August 5, 2018, that institutional shareholders are subject to "[i]nternal mechanisms" that would force them to reduce their positions in Tesla if it were to "become too large of a weight within a portfolio." (TESLA_LITTLETON_00004239);

(rr) Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that an agreement to fund the going private transaction at a deal price of $420 per share did not exist when tweeting "funding secured" on August 7, 2018. (Elon Musk SEC Tr. at 231:22-232:10);

(ss)Martin Viecha and Deepak Ahuja had not yet provided Musk with Tesla's capitalization table showing its largest institutional and retail shareholders as of August 7, 2018, according to Viecha's email to Ahuja dated August 7, 2018. (TESLA_LITTLETON_00004131);

(tt) Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not retain any advisors to assist him with the going private transaction at any point between his meeting with the Public Investment Fund on July 31, 2018 and his tweets on August 7, 2018. (Elon Musk SEC Tr. at 165:1-165:5);

(uu)   Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018, indicate that, as of August 3, 2018, Musk had not yet retained legal counsel or a financial advisor to assist with the going private transaction. (TESLA_LITTLETON_00012812 at 2);

(vv)   Meeting minutes from the Board of Directors' Special Meeting on August 3, 2018 state that a "detailed proposal regarding a going private transaction had not yet been made and that one would be needed in order for the Board to properly analyze and evaluate it."

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(TESLA_LITTLETON_00012812 at 3);

(ww)   Elon Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he was aware as of August 7, 2018 that the process for putting together a formal proposal for the going private transaction would be complex and not a "trivial exercise." (Elon Musk SEC Tr. at 257:16-257:21);

(xx)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that as of August 7, 2018 his overarching level of certainty about whether or not a going private transaction would ultimately be consummated was "roughly 50 percent" or "maybe a little higher than 50 percent." (Elon Musk SEC Tr. at 257:16-258:5);

(yy)   Egon Durban testified on September 27, 2021 that as of August 7, 2018 there was nothing in terms of a formal proposal to be voted on by shareholders. (Egon Durban Tr. at 45:7-45:9) He testified further that as of August 10, 2018, Musk had not yet submitted a formal proposal to Tesla's board. (Egon Durban Tr. at 55:22-56:6, 57:9-57:20; *see also* SL_3P00000001 at 29) Additionally, as of August 14, 2018, Durban and Musk had not yet determined funding sources for the going private transaction or the structure of the transaction. (Egon Durban Tr. at 106:18-106:20; *see also* SL_3P00000261);

(zz)   Deepak Ahuja testified on August 5, 2021 that he was not aware of a proposal from Musk to take Tesla private that was capable of being voted on by shareholders as of August 7, 2018. (Deepak Ahuja Tr. at 194:14-194:17);

(aaa)   Ira Ehrenpreis, a Tesla Board Director, testified on August 25, 2021 that, as of August 7, 2018 there had not yet been a formal proposal made and there were a number of steps that would need to unfold.  He further testified that, as of August 18, 2018 a formal go private transaction bid had not been submitted to the board, nor was there ever one submitted. (Ira Ehrenpreis Tr. at 87:15-24, 140:4-19)

(bbb)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that he did not do anything prior to August 7, 2018 to assess whether institutional investors,

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

including T. Rowe Price, Fidelity, Baillie Gifford, or Capital Group, would support a going private transaction. (Elon Musk SEC Tr. at 217:16-218:6, 218:22-219:2);

(ccc)   Musk testified before the U.S. Securities & Exchange Commission on August 29, 2018 that no one at Tesla reviewed his August 7, 2018 tweets before sending them. (Elon Musk SEC Tr. at 221:9-222:11);

(ddd)   On August 7, 2018, at approximately 8:16 a.m. PT, the *Financial Times* asked Tesla for a comment on their report that the Public Investment Fund had built "a 3-5% stake in Tesla after buying shares on the open market." Dave Arnold notified Elon Musk of the story and indicated that Tesla was planning to "decline comment." Musk approved the plan by responding "Ok."

(eee)   On August 7, 2018, at approximately 9:17 a.m. PT, the *Financial Times* published its report. At 9:48 p.m. PT, Musk tweeted "Am considering taking Tesla private at $420. Funding secured." This prompted a sharp 5% rise in Tesla's stock price, ensuring that short sellers would be forced to cover positions given the overall increase in price from the opening of the market that morning.

(fff)   Egon Durban testified on September 7, 2021 that announcements of going private transactions are typically announced after a definitive agreement has been signed. (Egon Durban Tr. at 56:20-56:23; *see also* SL_3P00000001 at 29) Durban further testified that he had "never worked on a public-to-private process where the CEO announced everything" prior to retaining Silver Lake Partners as its advisor. (Egon Durban Tr. at 84:3-84:10);

(ggg)   Deepak Ahuja testified on August 5, 2021 that he had not seen Musk's tweets on August 7, 2018 before they were published. (Deepak Ahuja Tr. at 169:18-170:11);

(hhh)   Martin Viecha testified on August 23, 2021 that he did not have "any responsibility for reviewing" Musk's tweets before they were posted on Twitter and had never done so in the past. (Martin Viecha Tr. at 35:7-35:17) Viecha testified further that there was "no official policy" requiring review of Musk's tweets prior to publishing them before August 2018.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(Martin Viecha Tr. at 23:21-24:5);

(iii) David Arnold testified on September 30, 2021 that he "[v]ery rarely" reviewed Musk's tweets before they were posted on Twitter. (David Arnold Tr. at 34:1-34:9)

(jjj) Robyn Denholm testified on October 5, 2021 that she did not recall Musk discussing making the tweet with anyone prior to publishing it. (Robyn Denholm Tr. at 76:6-76:9);

(kkk) On August 7, 2018, Musk tweeted that Tesla "[will] be way smoother & less disruptive as a private company. Ends negative propaganda from shorts" if it became a private company;

(lll) On August 7, 2018, Sam Teller texted it was "satisfying to obliterate" the shorts. (SEC-EPROD-000017148) Teller testified on August 11, 2021 that he also sent a "cartoon with someone on fire" representing the "shorts." (Sam Teller Tr. at 205:24-206:11);

(mmm) Nii Owuraka Koney testified on July 14, 2021 that he regarded Elon Musk's "funding secured" tweet as an "epic f u to the shorts." (Nii Owuraka Koney Tr. at 48:16-48:24; *see also* JENN0000037) Mr. Koney testified further that Musk was historically "not happy about people who short – or investors who short the stock." (Nii Owuraka Koney Tr. at 52:12-53:17);

(nnn) Joseph Fath testified on July 12, 2021 that Musk executed a "short squeeze" with his tweets on August 7, 2018, writing in an email that "The Tesla shorts go up and close with napalm yesterday." (Joseph Fath Tr. at 43:1-44:18; *see also* TRP_001087);

(ooo) The email purportedly from Elon Musk published by Tesla on August 7, 2018 titled "Taking Tesla Private" was initially suggested to Mr. Musk by Deepak Ahuja and was drafted by Tesla employees Mr. Ahuja, Sarah O'Brien, and Todd Maron. (Deepak Ahuja Tr. at 177:18-187:7; *see also* TESLA_AHUJA0000448; TESLA_LITTLETON_00000320);

(ppp) On August 7, 2018, Musk wrote in his email to Tesla's employees that Tesla was "the most shorted stock in the history of the stock market" and stated that "being public means there are large numbers of people who have incentive to attack the company";

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(qqq)   Joseph Fath testified on July 12, 2021 that certain of T. Rowe Price's funds would be unable to hold shares in Tesla if it were private due to "mandates on their accounts that do not allow privates" or, alternatively, fewer shares due to "illiquidity" concerns. (Joseph Fath Tr. at 48:13-49:7, 54:9-54:13; *see also* TRP_000012, TRP_000013, TRP_000016, TRP_000017);

(rrr)   Nii Owuraka Koney testified on July 14, 2021 that Jennison Associates had restrictions against holding private companies and, therefore, would not be able to remain a shareholder in a private Tesla. (Nii Owuraka Koney Tr. at 113:13-114:5);

(sss)   Martin Viecha testified on August 23, 2021 that, as of August 7, 2018 he understood that the "majority" of Tesla's institutional shareholders "do not have a mandate to own private companies." (Martin Viecha Tr. at 149:25-150:20; *see also* TESLA_LITTLETON_00004008);

(ttt)Matt Fassnacht on behalf of HHR Asset Management LLC emailed Aaron Chew on August 7, 2018 advising that he would "not support a buyout" because he was not permitted to "own private entities." (TESLA_LITTLETON_00004015);

(uuu)   Joseph Fath testified on July 12, 2021 that Musk had not spoken with T. Rowe Price about the going private transaction prior to Musk's tweets on August 7, 2018. (Joseph Fath Tr. at 45:13-45:22, 49:14-50:16) The first contact he received about the going private transaction was on August 9, 2018, when Sam Teller asked for his availability to speak with Musk. (Joseph Fath Tr. at 86:5-86:19; *see also* TRP_002031);

(vvv)   Sonu Kalra at Fidelity did not speak with Musk about the going private transaction until after Musk tweeted about it on August 7, 2018. (SEC-EPROD-000000425);

(www) Nii Owuraka Koney testified on July 14, 2021 that he had not had any conversations with Elon Musk prior to August 7, 2018 about the go-private transaction. (Nii Owuraka Koney Tr. at 162:7-162:16)

(xxx)   Deepak Ahuja testified on August 5, 2021 that he did not believe Musk spoke to any

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

shareholders to assess their interest in a private Tesla prior to Musk's tweets on August 7, 2018. (Deepak Ahuja Tr. at 172:8-173:1) Ahuja testified further that he did not provide Musk with a list of Tesla's top shareholders until after August 7, 2018. (Deepak Ahuja Tr. at 224:10-224:19);

(yyy)   Martin Viecha testified on August 23, 2021 that there had been "no discussions with shareholders about the going-private transaction" prior to August 7, 2018. (Martin Viecha Tr. at 159:6-161:17; *see also* TESLA_LITTLETON_00004253);

(zzz)   Robyn Denholm testified on October 5, 2021 that she did not believe that Elon had any conversations with shareholders prior to the tweet going out. (Robyn Denholm Tr. at 69:21-69:23)

(aaaa)  On August 8, 2018, Elon Musk's personal public relations consultant informed him that a NYT reporter had contacted her seeking to talk to Elon off the record and noting that "he ha[d] talked to 'all' the large investors and none of them ha[d] been approached." (TESLA_LITTLETON_00019654);

(bbbb) Ryan Brinkman testified on May 4, 2021 that he understood "funding secured" to mean that "funding is secured . . . [t]hat the funding has been lined up" and "not in question." (Ryan Brinkman Tr. at 64:6-64:12);

(cccc)  Ryan Brinkman testified on May 4, 2021further that "funding secured" meant that "there has been a Wall Street bank or more likely consortium of banks that have lined up or committed to lining up this financing or . . . it was already there because it was such a deep pocketed acquirer" and that "[e]ither a commitment to funding or that it was already there . . . ." (Ryan Brinkman Tr. at 64:13-64:23, 65:6-65:12);

(dddd) Brinkman wrote on behalf of J.P. Morgan in his analyst report dated August 8, 2018 that, "Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." (JPMS_00000047 at 1);

(eeee)  Nii Owuraka Koney testified on July 14, 2021 that he interpreted Elon Musk's "funding

secured" tweet to mean that Mr. Musk had secured either a "verbal commitment" or "an offer letter of some sort" to fund the go-private transaction. (Nii Owuraka Koney Tr. at 21:20-22:6, 44:7-45:13, 56:1-56:13, 57:14-57:21; *see also* JENN0000048) Additionally, Koney testified that this necessarily included a total purchase price or amount of financing that had been agreed to by the source of funding. (Nii Owuraka Koney Tr. at 79:24-80:17);

(ffff)   Nii Owuraka Koney testified on July 14, 2021that he believed funding was in fact secured based on subsequent communications with Martin Viecha. (Nii Owuraka Koney Tr. at 71:8-72:24; *see also* JENN0000090);

(gggg) Joseph Fath testified on July 12, 2021 that he interpreted "funding secured" to mean, "[j]ust as it states," that Musk "had secured sources or financial sources to fund a go-private transaction." (Joseph Fath Tr. at 28:18-28:23);

(hhhh) Joseph Fath testified on July 12, 2021 that "secured," as used in the context of Musk's tweet, meant that funding was "locked and loaded and no question at all a hundred percent that you have funding ready to go and you're prepared to move forward with this transaction." (Joseph Fath Tr. at 28:24-29:5);

(iiii)   Joseph Fath testified on July 12, 2021 that there was "nothing left for interpretation" because Musk's tweet "talk[ed] about the company being taken private, has a specific dollar amount, along with the verbiage funding secured" and that it was "pretty black-and-white." (Joseph Fath Tr. at 32:22-33:8);

(jjjj)   Joseph Fath testified on July 12, 2021 that Musk's subsequent tweets, including in particular that "investor support is confirmed," in his opinion "reinforced the funding secured" tweet. (Joseph Fath Tr. at 45:23-46:8);

(kkkk) Egon Durban testified on September 7, 2021 that he had previously used the word "secured" when discussing capital commitments and funding when it was "[c]ontractual" and there was a binding commitment pertaining to the capital. (Egon Durban Tr. at 42:12-43:2).

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

(llll)   On August 8, 2018, Musk acknowledged to another Tesla employee that I "[h]ave to be very careful what I say. Shorts want me dead *real* bad. They are losing their minds." (TESLA_LITTLETON_00019654);

(mmmm)   On August 10, 2018, Musk mocked short sellers by tweeting that "Short shorts [were] coming soon to Tesla merch[andise]."

(nnnn) Yasir Al-Rumayyan text messaged Musk on August 10, 2018 stating that the Public Investment Fund "remains interested in potential investment opportunities," "would like to explore investing in Tesla subject to being able to create a Tesla production hub in the Kingdom of Saudi Arabia," and "would like . . . to start working together . . . to explore a potential transaction," which demonstrates the absence of any agreement to finance a go-private transaction. (TESLA_LITTLETON_00006164-65; *see also* SEC-EPROD-000015424 at 9)

(oooo) Pursuant to the Mutual Non-Disclosure Agreement between the Public Investment Fund and Tesla, which was signed by Elon Musk, any go-private transaction as of August 10, 2018 was only a "Potential Project" being explored by PIF and Musk. (TESLA_LITTLETON_00005310 at 1)

(pppp) Sam Teller testified on August 11, 2021 that Yasir Al-Rumayyan told Musk during their call on August 10, 2018 that the transaction was still pending approval from others within the Public Investment Fund and that additional work was necessary. (Sam Teller Tr. at 242:24-244:12). On August 12, 2018, two days later, Musk told Yasir Al-Rumayyan that he was excluding them from participation in any going private transaction, texting "we cannot work together." "Sorry" and "It's over." (TESLA_LITTLETON_00000320 at 11);

(qqqq) Martin Viecha, Tesla's Head of Investor Relations, testified on August 23, 2021 that he never saw anything "in writing" from the Public Investment Fund, was unaware of any agreement on the "$420 per share price" with the Public Investment Fund, and did not know "whether anyone had even discussed the $420 per shar price" with the Public Investment

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Fund prior to Musk's tweets on August 7, 2018. (Martin Viecha Tr. at 135:10-135:19);

(rrrr)   In an email dated August 11, 2018, Elon Musk acknowledged that he should probably tweet less and agreed to the statement that Twitter was hurting his reputation. (TESLA_LITTLETON_00019664);

(ssss)   On August 15, 2018, Martin Viecha forwarded to Deepak Ahuja and Todd Maron an email from Janus Henderson Investors, an institutional investor, providing feedback. Viecha noted that this email "encapsulates what most investors I speak to feel." In this email, the institutional investor said "The fact that Elon has been using Twitter really undermines credibility—to put it bluntly his tweets have been nothing short of disastrous over the last few months and I don't think it is unreasonable to say that they are at risk of becoming a significant liability to the Tesla brand/story." (TESLA_LITTLETON_00019026);

(tttt)   Nii Owuraka Koney testified on July 14, 2021 that the August 13, 2018 blog post "did not make [him] think it was less likely funding was available" after he read it. (Nii Owuraka Koney Tr. at 159:15-159:22);

(uuuu) Egon Durban of Silver Lake Partners received "talking points" from Steven Rosenblum on August 16, 2018 concerning conversations with Tesla's investors about the going private transaction. (SEC-EPROD-000009934 at 2);

(vvvv) On August 19, 2018, Martin Viecha informed Deepak Ahuja and Todd Maron that he had met in the past few days with Fidelity, TRowe, Jennison, Capital World, Capital International, PrimeCap, Baron Capital, UBS O'Connor, and others. The feedback from investors regarding privatization was that they "can't hold private entit[ies]." Viecha further informed that "quite a few mid-sized investors shared their frustration that they don't have a mandate to hold a stake in a private company." Ahuja forwarded the investors' feedback to Elon Musk. (TESLA_LITTLETON_00019023);

(wwww)      On August 20, 2018, Musk's advisors submitted a Power Point presentation to the Tesla Board's Special Committee setting forth Musk's going private transaction

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

objectives and process outline. The "Next Steps" slide, among others, listed "Reach out to Potential Investors" and "Confirm Investor interest." According to this document, as of August 20, 2018, "[Elon Musk was still] evaluating various transaction structures [to] [c]onfirm investor financing that has a broad cap table." (TESLA_LITTLETON_00019960 at 3, 6);

(xxxx) On August 23, 2018, Musk's advisors made a presentation regarding the potential going-private transaction to the Tesla Board. The price for the transaction was still undetermined. (TESLA_LITTLETON_00006626).

In response to this Interrogatory, Plaintiff further refers to the documents contained in Exhibit A, hereto.

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 25:**

If YOU contend that TESLA shareholders uniformly interpreted the FUNDING SECURED TWEET in the same way, or contend that the phrase "funding secured" as used in the FUNDING SECURED TWEET was susceptible to only one interpretation, IDENTIFY why YOU make that contention, including IDENTIFYING all facts supporting that contention.

**RESPONSE NO. 25:**

Plaintiff incorporates the General Objections and Objections to Definitions and Instructions as though set forth fully herein, including in particular the Objections to the terms "Identify" and "You". Plaintiff further objects to this Interrogatory on the basis that the phrase "TESLA shareholders uniformly interpreted the FUNDING SECURED TWEET in the same way, or contend that the phrase "funding secured" as used in the FUNDING SECURED TWEET was susceptible to only one interpretation" is vague and ambiguous. Plaintiff further objects to this Interrogatory as requesting Plaintiff "Identify" (as defined by Defendants) "all facts supporting the contention". This request is unduly burdensome and beyond the proper scope of discovery and contention interrogatories as set forth in Federal Rules of Civil Procedure 26 and 33. Plaintiff objects further to this Interrogatory to the extent it requires the production of information that is already provided in the Complaint and, as a result, is duplicative and unduly burdensome. Plaintiff also objects to this Interrogatory to the extent it prematurely requests that Plaintiff provide a list of exhibits for use at trial. Plaintiff will respond to this interrogatory to the extent that his answer will help clarify what the issues in the case are, improve the focus of discovery, and prevent discovery excesses. Notwithstanding its response to this Interrogatory, Plaintiff reserves the right to use any document or other information obtained in discovery at trial, in accordance with the Federal Rules of Evidence.

To the extent this Interrogatory requests that Plaintiff specify material facts proving his allegations, this Interrogatory is premature and presumptively improper because this action is still in active discovery with document productions and/or depositions ongoing. Plaintiff therefore reserves the right to supplement, amend, or modify the responses below, at any time, in light of additional facts

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

revealed through subsequent inquiry or otherwise brought to Plaintiff's attention.

Subject to and without waiver of the foregoing objections, Plaintiff contends that reasonable investors would interpret the phrase "funding secured" as used in the Funding Secured Tweet as meaning that funding for the going private transaction has been unconditionally secured. Subject to further review and analysis of discovery, this contention is based on the plain meaning of the words used as well as the following facts which Plaintiff discovered during the course of discovery:

(a)  Ryan Brinkman testified on May 4, 2021 that he understood "funding secured" to mean that "funding is secured . . . [t]hat the funding has been lined up" and "not in question." (Ryan Brinkman Tr. at 64:6-64:12);

(b)  Ryan Brinkman testified on May 4, 2021 further that "funding secured" meant that "there has been a Wall Street bank or more likely consortium of banks that have lined up or committed to lining up this financing or . . . it was already there because it was such a deep pocketed acquirer" and that "[e]ither a commitment to funding or that it was already there . . . ." (Ryan Brinkman Tr. at 64:13-64:23, 65:6-65:12);

(c)  Brinkman wrote on behalf of J.P. Morgan in his analyst report dated August 8, 2018 that, "Either funding is secured or it is not secured, and Tesla's CEO says funding is secured." (JPMS_00000047 at 1);

(d)  Nii Owuraka Koney testified on July 14, 2021 that he interpreted Elon Musk's "funding secured" tweet to mean that Mr. Musk had secured either a "verbal commitment" or "an offer letter of some sort" to fund the go-private transaction. (Nii Owuraka Koney Tr. at 21:20-22:6, 44:7-45:13, 56:1-56:13, 57:14-57:21; *see also* JENN0000048). Additionally, Koney testified that this necessarily included a total purchase price or amount of financing that had been agreed to by the source of funding. (Nii Owuraka Koney Tr. at 79:24-80:17);

(e)  Nii Owuraka Koney testified on July 14, 2021 that he believed funding was in fact secured based on subsequent communications with Martin Viecha. (Nii Owuraka

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Koney Tr. at 71:8-72:24; *see also* JENN0000090);

(f)   Joseph Fath testified on July 12, 2021 that he interpreted "funding secured" to mean, "[j]ust as it states," that Musk "had secured sources or financial sources to fund a go-private transaction." (Joseph Fath Tr. at 28:18-28:23);

(g)   Joseph Fath testified on July 12, 2021 that "secured," as used in the context of Musk's tweet, meant that funding was "locked and loaded and no question at all a hundred percent that you have funding ready to go and you're prepared to move forward with this transaction." (Joseph Fath Tr. at 28:24-29:5);

(h)   Joseph Fath testified on July 12, 2021 that there was "nothing left for interpretation" because Musk's tweet "talk[ed] about the company being taken private, has a specific dollar amount, along with the verbiage funding secured" and that it was "pretty black-and-white." (Joseph Fath Tr. at 32:22-33:8);

(i)   Joseph Fath testified on July 12, 2021 that Musk's subsequent tweets, including in particular that "investor support is confirmed," in his opinion "reinforced the funding secured" tweet. (Joseph Fath Tr. at 45:23-46:8);

(j)   Egon Durban testified on September 7, 2021 that he had previously used the word "secured" when discussing capital commitments and funding when it was "[c]ontractual" and there was a binding commitment pertaining to the capital. (Egon Durban Tr. at 42:12-43:2).

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1

Dated:    November 4, 2021                    As to objections,

2

**LEVI & KORSINSKY, LLP**

3

*/s/ Adam M. Apton*

4

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)

5

75 Broadway, Suite 202
San Francisco, CA 94111

6

Telephone: (415) 373-1671

7

Email: aapton@zlk.com
Email: amccall@zlk.com

8

9

Nicholas I. Porritt
**LEVI & KORSINSKY, LLP**

10

1101 30th Street N.W., Suite 115
Washington, D.C. 20007

11

Tel:     (202) 524-4290
Email: nporritt@zlk.com

12

(*admitted pro hac vice*)

13

*Lead Counsel for Plaintiff and the Class*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2021 copies of the foregoing Plaintiff's Response to Defendants' First of Interrogatories to Lead Plaintiff were served by electronic mail upon counsel as follows:

COOLEY LLP
Bingxin Wu
bwu@cooley.com

Patrick Edward Gibbs
pgibbs@cooley.com

Sarah Malke Lightdale
slightdale@cooley.com

s/ Adam M. Apton
Adam M. Apton

PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

EXHIBIT "A"

| Exhibit # | Document Date | Exhibit Description | Bates Range | Deponent |
|---|---|---|---|---|
| 1 | 9/22/2020 | Expert Report of Michael L. Hartzmark | | Hartzmark |
| 2 | 1/16/2019 | Plaintiff's Glen Littleton's Consolidated Complaint for Violations of the Federal Securities Laws | | Hartzmark |
| 3 | 11/11/2019 | Notice of Lodging of Addendum To the Consolidated Class Action Complaint | | Hartzmark |
| 4 | 9/22/2020 | Exhibit B, attached to Plaintiff Glen Littleton's Declaration, representing his transactions in Tesla securities during the period August 7th to August 17th of 2018. | | Hartzmark |
| 5 | 7/9/2018 | Email from Ryan Brinkman to Aayush Gupta and Auto Guys, Re: Tesla's Musk Said to Visit China for Event With Government | JPMS_00013270-JPMS_00013271 | Brinkman |
| 6 | 7/20/2018 | JP Morgan (Ryan Brinkman) Presention "Auto Under 40" Chase Auto Event in New York | JPMS_00010270-JPMS_00010326 | Brinkman |
| 7 | 8/1/2018 | Email from Ryan Brinkman to Ryan Brinkman, Re: TSLA [earnings] call questions (backup) | JPMS_00004716 | Brinkman |
| 8 | 8/7/2018 | Elon Musk tweet at 9:48 am, "Am considering taking Tesla private at $420. Funding secured." | | Brinkman |
| 9 | 8/7/2018 | Elon Musk tweet at 10:40 am, "I don't have a controlling vote now & wouldn't expect any shareholder to…" | | Brinkman |
| 10 | 8/7/2018 | Elon Musk tweet at 11:00 am, " My hope is *all* current investors remain with Tesla even if we're private..." | | Brinkman |
| 11 | 8/7/2018 | Elon Musk tweet at 11:13 am," Shareholders could either to sell at 420 or hold shares & go private." | | Brinkman |
| 12 | 8/7/2018 | Tesla Blog Post: Elon Musk email to Tesla employees "Taking Tesla Private" August 7, 2018 | | Brinkman |
| 13 | 8/7/2018 | Only reason why this is not certain is that it's contingent on a shareholder vote." | | Brinkman |
| 14 | 8/8/2018 | Email from Ryan Brinkman to EQR - Aprroval Request, Re: Request approval to raise Tesla (TSLA) price target by +58% | JPMS_000016045-JPMS_00016047 | Brinkman |

| | | | | |
|---|---|---|---|---|
| 15 | 8/8/2018 | J.P. Morgan/Ryan Brinkman Analist Report: "Tesla Inc: Raise PT to Reflect Possible Go-Private Offer, But Remain Underweight on Chance Shares Could Again Trade on Fundamentals". | JPMS_00000047-JPMS_00000061 | Brinkman |
| 16 | 8/13/2018 | Tesla Blog Post: "Update on Taking Tesla Private" by Elon Musk, dated August 13, 2018 | | Brinkman |
| 17 | 8/14/2018 | J.P. Morgan Presentation by Ryan Brinkman: "US Autos, Auto Parts, Tires, & Auto Auction".  Updated Thoughts on Tesla: Is Funding Secured or Not Secured? Pages 27-28 | JPMS_00002934-JPMS_00002971 | Brinkman |
| 18 | 8/17/2018 | Email from J.P Morgan Market Intelligence to Ryan Brinkman, Re: J.P. Morgan Early Look at the Market - Fri. 8.17.18" | JPMS_00021193-JPMS_00021203 | Brinkman |
| 19 | 8/16/2018 | New York Times article: "Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil" | SEC-EPROD-000015778-SEC-EPROD-000015784 | Brinkman |
| 20 | 8/17/2018 | Email from George Noble (Noble Cap) to Ryan Brinkman, Re: Tearful Musk Tells NYT Nobody Reviewed Tesla Funding Tweet | JPMS_00023587 | Brinkman |
| 21 | 8/17/2018 | Email from Ryan Brinkman (JPM) to David Kelley (JPM) cc: Auto Guys, Re: Please set up a Tesla note. | JPMS_00004543 | Brinkman |
| 22 | 8/20/2018 | Email from Ryan Brinkman to EQR-Approval Request cc: EQR-Brinkman, Re: Request to reduce Tesla (TSLA) price target by more than -20% (i.e., by -37%) | JPMS_00004047-JPMS_00004048 | Brinkman |
| 23 | 8/20/2018 | J.P. Morgan/Ryan Brinkam analyst report: "Tesla Inc, Reverting to Valuing TSLA Shares on Fundamentals Alone Given Funding Appears to Not Have Been Secured; PT Back to $195" | JPMS_00000001-JPMS_00000015 | Brinkman |
| 24 | 8/20/2018 | Email from Aayush Gupta (JPMorgan) to Auto Guys, Re: Telsa Keeps Sliding as JPMorgan Sees No Secured Funding for Deal | JPMS_00008604 | Brinkman |
| 25 | 8/23/2018 | J.P. Morgan Presentation by Ryan Brinkman: "State of the Auto Industry" incl. Updated Thoughts on Tesla Go-Private Efforts | JPMS_00003012-JPMS_00003093 | Brinkman |
| 26 | 8/8/2018 | Tesla's Board of Directors: Brad Buss, Robyn Denholm, Ira Ehrenpreis, Antonio Gracias, Linda Johnson Rice, and James Murdoch" | | Brinkman |
| 27 | 8/13/2018 | New York Times article: "Tesla Board Surprised by Elon Musk's Tweet on Carmaker Private" | | Brinkman |

| 28 | 8/7/2018 | Email from Chris McNally (Evercore) to Arndt Ellinghorst (Evercore), Re: SA: TSLA ("Am considering taking Tesla private at $420. Funding secured." -Tweet by @elonmusk) | Tesla Sec. Litig -000279-Tesla Sec. Litig -000280 | McNally |
| 29 | 8/7/2018 | (Evercore), cc: George Galliers (Evercore), Re: SA: TSLA ("Am considering taking Tesla private at $420. Funding secured." -Tweet by @elonmusk) | Tesla Sec. Litig -000284-Tesla Sec. Litig -000285 | McNally |
| 30 | 8/7/2018 | Email from George Galliers (Evercore) to EVRISI_Autos, EVRISI_Sales, EVRISI_Trading. Re: Musk Tweets he is considering taking Tesla private at $420 - Our Thoughts. | Tesla Sec. Litig.-000289-Tesla Sec. Litig. -000290 | McNally |
| 31 | 8/7/2018 | Email from Chris McNally (Evercore) to Arndt Ellinghorst (Evercore) cc: George Galliers (Evercore), Re: SA: ("Am considering taking Tesla private…") | Tesla Sec. Litig.-000332-Tesla Sec. Litig. -000335 | McNally |
| 32 | 8/8/2018 | Email from George Galliers (Evercore) to Chris McNally (Evercore) and Arndt Ellinghorst (Evercore) forwarding Evercore Analyst Report: A Private Life is a Happy Life | Tesla SEC. Litig -000477 | McNally |
| 33 | 8/8/2018 | Evercore ISI Flash Note on Tesla Motors, Inc. "A Private Life is a Happy Life." | Tesla SEC. Litig -000484-Tesla SEC. Litig -000489 | McNally |
| 34 | 8/15/2018 | (DSAM Partners) cc: George Galliers (Evercore) and Chris McNally (Evercore), Re: Tesla | Tesla SEC. Litig -006619 | McNally |
| 35 | 8/16/2018 | Arndt Ellinghorst (Evercore), George Galliers (Evercore) and others at Evercore, Re: Musk's take private proposal nightmare for advisors. | Tesla SEC. Litig -006809-Tesla SEC. Litig -006811 | McNally |
| 36 | 8/20/2018 | (Evercore) and George Galliers (Evercore), Re: for mm - u guys ok with this? | Tesla SEC. Litig -007088 | McNally |
| 37 | 8/21/2018 | Email from Chris McNally (Evercore) to Arndt Ellinghorst (Evercore) and George Galliers (Evercore), Re: SA: TSLA (Tesla's problems fuel concerns among suppliers -WSJ) | Tesla SEC. Litig -007243-Tesla SEC. Litig -007245 | McNally |
| 38 | 7/3/2018 | Email from Joseph Fath (TRowe) to Aaron Chew, Re: Quality | TRP_000057 | Fath |
| 39 | 7/19/2018 | [with Elon] | TRP_000192 | Fath |
| 40 | 7/19/2018 | the call. | TRP_000194 | Fath |
| 41 | 8/7/2018 | Email from Joseph Fath (TRowe) to Robert Marcotte and others at TRowe, Re: TSLA (Tesla) Updates. | TRP_000002 | Fath |

| | | | | |
|---|---|---|---|---|
| **42** | 8/7/2018 | Update | TRP_000006 | Fath |
| **43** | 8/8/2018 | Email from Joseph Fath (TRowe) to Rouven Wool-Lewis (TRowe), Re: WCG Order | TRP_001087-TRP_001088 | Fath |
| **44** | 8/8/2018 | Email from Joseph Fath (TRowe) to Taymour Tamaddon and others at TRowe, Re: Tesla go private | TRP_000012 | Fath |
| **45** | 8/8/2018 | Email from Josh Spencer (TRowe) to Joseph Fath (TRowe), Re: Tesla go private | TRP_000013 | Fath |
| **46** | 8/8/2018 | Email from Scott Berg (TRowe) to Josh Spencer (TRowe) and Joseph Fath (TRowe), Re: Tesla go private | TRP_000016 | Fath |
| **47** | 8/8/2018 | Email from Don Peters (TRowe) to Joseph Fath (TRowe) and Josh Spencer (TRowe), Re: Tesla go private | TRP_000017 | Fath |
| **48** | 8/8/2018 | Email from Joseph Fath (TRowe) to David Eiswert (TRowe), Re: Tesla go private | TRP_000028-TRP_000030 | Fath |
| **49** | 8/8/2018 | Email from Joseph Fath (TRowe) to Marc Nickley (Deustsche Bank), Re: DB TSLA STOCK LOAN ALERT | TRP_001103-TRP_001105 | Fath |
| **50** | 8/8/2018 | Email from Joseph Fath (TRowe) to Bill Weeks (TRowe), Re: FYI, Tesla Inquiries today | TRP_001609-TRP_001611 | Fath |
| **51** | 8/8/2018 | Email from Joseph Fath (TRowe) to Taymour Tamaddon (TRowe), Re: (no subject) | TRP_002004-TRP_002007 | Fath |
| **52** | 8/9/2018 | Email from Sam Teller to Joseph Fath (TRowe) cc: others at TRowe, Re: Call w/Elon | TRP_002031-TRP_002032 | Fath |
| **53** | 8/13/2018 | Tesla Blog Post: "Update on Taking Tesla Private" by Elon Musk, dated August 13, 2018 | | Fath |
| **54** | 8/7/2018 | Email from Owuraka Koney (Jennison) to Martin Viecha, Re: that elon tweet... | JENN0000031 | Koney |
| **55** | 8/7/2018 | Email from Owuraka Koney (Jennison) to Michael Wilburn (Jennison) and !Equities, Re: TSLA CEO Musk tweets: Considering taking Tesla private at $420/shr, funding secured- | JENN0000025 | Koney |
| **56** | 8/7/2018 | TSLA (Telsa releases blog post on potential going private transaction) | JENN0000048 | Koney |

| 57 | 8/7/2018 | TSLA (Tesla releases blog post on potential going private transaction) | JENN0000037-JENN0000038 | Koney |
|---|---|---|---|---|
| 58 | 8/7/2018 | Email from Owuraka Koney (Jennison) to Martin Viecha, Re: call me back | JENN0000074-JENN0000075 | Koney |
| 59 | 8/7/2018 | Email from Owuraka Koney (Jennison) to Mark Baribeau, Re: TSLA (Tesla releases blog post on potential going private transaction) | JENN0000061-JENN0000062 | Koney |
| 60 | 8/7/2018 | !Equities, Re: TSLA ("Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote." -Tweet by @elonmusk | JENN0000066-JENN0000067 | Koney |
| 61 | 8/9/2018 | TSLA | JENN0000090 | Koney |
| 62 | 8/9/2018 | Email from Owuraka Koney (Jennison) to LCG_PMs, Mark Baribeau, and Thomas Davis | JENN0000098 | Koney |
| 63 | 8/10/2018 | Email from Owuraka Koney (Jennison) to Sam Teller cc: Elissa Butterfield, Re: Call with Elon Musk | JENN0000111 | Koney |
| 64 | 8/10/2018 | Email from Michael DelBalso (Jennison) to Spiros Segales cc: Owuraka Koney (Jennison), Re: Call with Elon at 11am | JENN0000109 | Koney |
| 65 | 8/10/2018 | Email from Blair Boyer (Jennison) to Owuraka Koney (Jennison), Re: TSLA (Certain Tesla board members issues statement) | JENN0000013 | Koney |
| 66 | undated | Owuraka Koney (Jennison)'s notes from conference call with Elon Musk held on 8/10/2018. | JENN 000001 | Koney |
| 67 | 9/11/2018 | SEC interview with Owuraka Koney | SEC-EPROD-00016988-SEC-EPROD-00017003 | Koney |
| 68 | 8/13/2018 | Baribeau, Thomas Davis, Re: FW: TSLA [Tesla CEO Elon Musk provides additional background on going private discussions; notes to Saudi SWF had expressed repeated interest in taking | JENN0000147-JENN0000150 | Koney |

| 69 | 8/14/2018 | !Equities, Re: TSLA [Goldman Sachs said to have no mandate when Tesla's Elon Musk tweeted about Goldman and Silver Lake acting as advisors on plans to take company private -- | JENN0000173-JENN0000174 | Koney |
| 70 | 8/17/2018 | Email from Owuraka Koney (Jennison) to Martin Viecha, Re: Call with Antonio | JENN0000197-JENN0000198 | Koney |
| 71 | 8/21/2018 | Email from Owuraka Koney (Jennison) to Thomas Davis, Re: call w/ Tesla board | JENN0000219 | Koney |
| 72 | 8/23/2018 | Email from Owuraka Koney (Jennison) to Owuraka Koney, Re: tsla call notes [Koney notes from call with Antonio Gracias] | JENN0000231 | Koney |
| 73 | 8/13/2018 | Baribeau, Thomas Davis, Re: TSLA [Tesla CEO Elon Musk provides additional background on going private discussions; notes to Saudi SWF had expressed repeated interest in taking company private] | JENN 0000152-JENN 0000156 | Koney |
| 74 | 8/3/2018 | Tesla 10-Q, Exhibit 31.2. Quaterly Sox Certification, signed by Deepak Ahuja, dated August 3, 2018 | | Ahuja |
| 75 | 4/14/2017 | Email from Deepak Ahuja to Diarmuid O'Connell (Tesla), Cc.: Radford Small (Solar City) Re: Saudi | TESLA_LITTLETON_00005316 | Ahuja |
| 76 | 4/15/2017 | Email exchanges between Tesla (Sam Teller, Todd Maron, Deepak Ahuja) and PIF (Saad Aljarboa, Turqi Alnowaiser) in April 2017 | TESLA_LITTLETON_00005317-TESLA_LITTLETON_00005322 | Ahuja |
| 77 | 4/2/2018 | Email from Todd Maron to Deepak Ahuja, Re: Evercore | TESLA_LITTLETON_00006162 | Ahuja |
| 78 | 7/15/2018 | Email from Ron Baron (Baron Funds) to Elon Musk, Re: Jackie Robinson, Mandela, MLK, Ghandi, Reed Hastings. | BARON_00000055-BARON_00000056 | Ahuja |
| 79 | | Deepak Ahuja Text Messages | TSLA_AHUJA0000447 | Ahuja |
| 80 | 7/31/2018 | Minutes of meeting between PIF and Elon Musk | SEC-EPROD-000009477 | Ahuja |
| 81 | 8/2/2018 | Email from Elon Musk to the Board; Todd Maron; Deepak Ahuja, Re: Offer to Take Tesla Private at $420 | TESLA_LITTLETON_00000078 | Ahuja |

| 82 | 8/2/2018 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., August 2, 2018 | TESLA_LITTLETON_00012790-TESLA_LITTLETON_00012791 | Ahuja |
|---|---|---|---|---|
| 83 | 8/3/2018 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., August 3, 2018 | TESLA_LITTLETON_00012812-TESLA_LITTLETON_00012814 | Ahuja |
| 84 | 8/4/2018 8/5/2018 | Emails between Deepak Ahuja and Martin Viecha, Re: Share ownership. ATTACHMENT TESLA_LITTLETON_00004268 | TESLA_LITTLETON_00004261-TESLA_LITTLETON_00004267 | Ahuja |
| 85 | 8/5/2018 | Email from Martin Viecha to Deepak Ahuja, Re: Share ownership | TESLA_LITTLETON_00004198-TESLA_LITTLETON_00004205 | Ahuja |
| 86 | 8/6/2018 | Email from Martin Viecha to Deepak Ahuja, Re: Share ownership | TESLA_LITTLETON_00012953-TESLA_LITTLETON_00012960 | Ahuja |
| 87 | 8/7/2018 | Email from Dave Arnold to Elon Musk, Re: FT article re: Saudi Investment in Tesla | TESLA_LITTLETON_00005353 | Ahuja |
| 88 | 8/7/2018 | Email from Deepak Ahuja to Tesla Board, 8/7/2018 at 12:32 pm | TESLA_LITTLETON_00013235 | Ahuja |
| 89 | 8/7/2018 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., August 7, 2018 | TESLA_LITTLETON_00012792 | Ahuja |
| 90 | 8/7/2018 | Email from Elon Musk to Matt Fassnacht, Re: Why? | TESLA_LITTLETON_00006289-TESLA_LITTLETON_00006290 | Ahuja |
| 91 | 8/7/2018 | Email from Martin Viecha to Deepak Ahuja, Re: sanity check | TESLA_LITTLETON_00004131-TESLA_LITTLETON_00004135 | Ahuja |
| 92 | 8/10/2018 | Email from Elon Musk to Todd Maron; Deepak Ahuja; Sarah O'Brien; Cc: EMDesk, Re: From Yasir if Arabia. ATTACHMENT: TESLA-LITTLETON_00006165, Forward of Text Message from Yasir 8/10/2018. | TESLA_LITTLETON_00006164-TESLA_LITTLETON_00006165 | Ahuja |
| 93 | 8/10/2018 | O'Brien; Cc: EMDesk, Re: Yasir from Arabia 8/10/18 AT 4:25PM. | TESLA_LITTLETON_00006167 | Ahuja |
| 94 | 8/11/2018 | Email from Elon Musk to Tesla Board; Cc: Todd Maron; Deepak Ahuja, Re: Egon Durban of Silver Lake 8/11/18 at 9:27 PM PST | TESLA_LITTLETON_00000106 | Ahuja |

| 95 | 8/13/2018 | Email from Dave Arnold to Elon Musk; Cc: Deepak Ahuja; Sam Teller; Sarah O'Brien, Re: Media Coverage: Taking Tesla Private, 8/13/18 at 2:04pm | TESLA_LITTLETON_00005739-TESLA_LITTLETON_00005740 | Ahuja |
|---|---|---|---|---|
| 96 | 8/13/2018 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., August 13, 2018 | TESLA_LITTLETON_00012806-TESLA_LITTLETON_00012811 | Ahuja |
| 97 | 8/13/2018 | Email from Sarah O'Brien to Todd Maron; Cc: Dave Arnold, Phillip Rothenberg, Martin Viecha, Deepak Ahuja, Sam Teller, Re: FYI - NYT on Going Private Blog | TESLA_LITTLETON_00015675-TESLA_LITTLETON_00015676 | Ahuja |
| 98 | 8/15/2018 | Heads up: Reuters article on board's special committee 8/15/18 at 1:08pm | TESLA_LITTLETON_00002398 | Ahuja |
| 99 | 8/17/2018 | Email from Elon Musk to Tesla Board; Cc: Deepak Ahuja; Todd Maron; Sarah O'Brien, Re: WSJ, 8/17/18 at 12:43pm | TESLA_LITTLETON_00002321 | Ahuja |
| 100 | 8/19/2018 | Email from Deepak Ahuja to Todd Maron, Re: Feedback from investors, 8/19/18 at 10:26pm | TESLA_LITTLETON_00009580-TESLA_LITTLETON_00009581 | Ahuja |
| 101 | 8/23/2018 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., August 23, 2018 | TESLA_LITTLETON_00012794-TESLA_LITTLETON_00012798 | Ahuja |
| 102 | 8/22/2018 | Social Media Policy of Tesla dated 8/22/2018 | TESLA_LITTLETON_00006168 | Teller |
| 103 | 11/5/2013 | Form 8-K of Tesla Motors, Inc., dated November 5, 2013 re Elon's Twitter account | | Teller |
| 104 | 7/17/2018 | Vernon Unsworth v. Elon Musk. Exhibit 16, p. 436-437. Email from [Elon Musk] to Sam Teller, Re: Draft outline - UPDATED | | Teller |
| 105 | 11/10/2016 | Email from Sam Teller to Emma Gallagher, Re: NEXT WEEK - FW: Request to Meet with H.E. Yasir Al | TESLA_LITTLETON_00006239 | Teller |
| 106 | 1/31/2017 | Email from Emma Gallagher to Elon Musk; Cc: Sam Teller, Re: Yasir wants to meet in SF, 1/31/2017 at 4:47pm UTC | TESLA_LITTLETON_00004579 | Teller |
| 107 | 2/22/2017 | Email from Yasir AlRumayyan (PIF) to Elon Musk, Re: OpenAI Funding | TESLA_LITTLETON_00003900-TESLA_LITTLETON_00003901 | Teller |
| 108 | 3/7/2017 | Email from Sam Teller to Deepak Ahuja, Re: "Yasir bin Othman Al-Rumayyan: Executive Profile & Biography - Bloomberg | TESLA_LITTLETON_00003893 | Teller |

| 109 | 7/29/2018 | Email from Sam Teller to Saad Aljarboa, Re: Yasir Meeting with Elon, 7/29/2018 at 3:48amUTC | TESLA_LITTLETON_00003927 | Teller |
|---|---|---|---|---|
| 110 | 7/31/2018 | Sam Teller text messages | TESLA_LITTLETON_00006319 | Teller |
| 111 | 8/7/2018 | Email from Antonio Gracias to Sam Teller; Cc: Todd Maron; Reyna Ortiz re Board feedback | TESLA_LITTLETON_00001066-TESLA_LITTLETON_00001067 | Teller |
| 112 | 8/8/2018 | Email from Sam Teller to Saad Aljarboa; Cc: Noha Zagzoug; Reyna Ortiz, Re: Yasir Meeting with Elon | TESLA_LITTLETON_00005090 | Teller |
| 113 | 8/9/2018 | Teller email reaching out to investor re going private - Tencent | TESLA_LITTLETON_00014812 | Teller |
| 114 | 8/9/2018 | Teller email reaching out to investor re going private - Primecap | TESLA_LITTLETON_00014813 | Teller |
| 115 | 8/9/2018 | Teller email reaching out to investor re going private - Jennison | TESLA_LITTLETON_00014814 | Teller |
| 116 | 8/9/2018 | World | TESLA_LITTLETON_00014815 | Teller |
| 117 | 8/9/2018 | Teller email reaching out to investor re going private - AllianzGI | TESLA_LITTLETON_00014816 | Teller |
| 118 | 8/9/2018 | Teller email reaching out to investor re going private - Fidelity | TESLA_LITTLETON_00015990 | Teller |
| 119 | 8/9/2018 | Gifford | TESLA_LITTLETON_00016050 | Teller |
| 120 | 8/9/2018 | Teller email reaching out to investor re going private - T. Rowe | TESLA_LITTLETON_00016051 | Teller |
| 121 | 8/1/2018 8/15/2018 | Elon Musk Text messages - Spreadsheet | TESLA_LITTLETON_00000320 | Teller |
| 122 | 8/10/2018 | Email from Sam Teller to Dave Arnold, Re: comment please on story we publishing on Saudi fund, 8/10/18 at 2:51pm | TESLA_LITTLETON_00015997-TESLA_LITTLETON_00015998 | Teller |
| 123 | 8/12/2018 | Email from Elon Musk to Sam Teller re ok for counsel, 8/12/18 at 6:14amUTC | TESLA_LITTLETON_00005738 | Teller |
| 124 | 8/11/2018 | Ahuja, Re: Egon Durban of Silver Lake, 8/11/2018 at 9:27 PM PST | TESLA_LITTLETON_00000106 | Teller |
| 125 | 8/10/2018 | Email from Sam Teller to Shihana (PIF) re Elon's signed NDA at 11:18am PST | TESLA_LITTLETON_00005205 | Teller |
| 126 | 7/13/2017 | Murdoch-Tesla Indemnification Agreement, dated July 13, 2017 | TESLA_LITTLETON_00006539-TESLA_LITTLETON_00006547 | Murdoch |
| 127 | 5/4/2018 | Sarah O'Brien email to ExecStaff about media coverage of Elon tweets | TESLA_LITTLETON_00015902-TESLA_LITTLETON_00015904 | Murdoch |
| 128 | 8/2/2018 | Maron forwarding Elon's email to individual board members, 8.3.18 at 2:33am UTC – 8.2.18 at 7:33pm PST | TESLA_LITTLETON_00000375 | Murdoch |

| 129 | 8/7/2018 | Email from Antonio Gracias to Tesla Board, Deepak Ahuja, Todd Maron re next steps, 8.7.18 at 2:51 CDT | TESLA_LITTLETON_00003232 | Murdoch |
|---|---|---|---|---|
| 130 | 8/8/2018 | Tesla Board Statement, August 8, 2018 | TESLA_LITTLETON_00009360 | Murdoch |
| 131 | 8/8/2018 | Murdoch email re WSJ inquiry, 8.9.18 at 12:01am UTC- 8.8.18 at 5:01pm PST | TESLA_LITTLETON_00002709 | Murdoch |
| 132 | 8/10/2018 | Email from Jonathan Chang (Tesla) to James Murdoch and Brad Buss re Special Committee interviews, 8.10.18 at 7:12pm UTC – 8.10.18 at 12:12pm PST | TESLA_LITTLETON_00001587 | Murdoch |
| 133 | 8/13/2018 | Tesla, 8:33pm | TESLA_LITTLETON_00009378 | Murdoch |
| 134 | 8/16/2018 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., August 16, 2018 | TESLA_LITTLETON_00012799-TESLA_LITTLETON_00012800 | Murdoch |
| 135 | 8/17/2018 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., August 17, 2018 | TESLA_LITTLETON_00012804-TESLA_LITTLETON_00012805 | Murdoch |
| 136 | 8/17/2018 | Murdoch Signal Message to Sarah O'Brien, 8.17.18 | SEC-EPROD-000015851 | Murdoch |
| 137 | 8/18/2018 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., August 18, 2018 | TESLA_LITTLETON_00012801-TESLA_LITTLETON_00012803 | Murdoch |
| 138 | 8/23/2018 | Email from James Murdoch to Antonio Gracias re WSJ inquiry on Elon leave of absence, 8.23.18 at 12:17am | TESLA_LITTLETON_00009370 | Murdoch |
| 139 | 8/24/2018 | Tesla Board Statement, August 24, 2018 | TESLA_LITTLETON_00009341 | Murdoch |
| 140 | 8/30/2018 | Email from Martin Viecha to Elon Musk re Allianz feedback and cave diver | TESLA-LITTLETON_00019247-TESLA-LITTLETON_ 00019248 | Viecha |
| 141 | 3/30/2018 | Email from Martin Viecha to Sam Teller re Saudi's Public Investment Fund | TESLA-LITTLETON_00004684-TESLA-LITTLETON_00004685 | Viecha |
| 142 | 8/23/2018 | Viecha email re Wall Street feedback, 8.23.2018 | TESLA_LITTLETON_00012564-TESLA_LITTLETON_00012566 | Viecha |
| 143 | 8/6/2018 | Email exchange between Martin Viecha and Deepak Ahuja, Re: Share ownership | TESLA_LITTLETON_00018466-TESLA_LITTLETON_00018476 | Viecha |

| 144 | 8/7/2018 | Email from Jeffrey Sperling to Martin Viecha , Re: Elon Musk's Tweet | TESLA_LITTLETON_00004099-TESLA_LITTLETON_00004101 | Viecha |
| 145 | 8/7/2018 | Email from Martin Viecha to Eirik Hogner (Lansdowne Partners), Re: Takeout | TESLA_LITTLETON_00004110-TESLA_LITTLETON_00004111 | Viecha |
| 146 | 8/7/2018 | Elon tweet | TESLA_LITTLETON_00004154 | Viecha |
| 147 | 8/7/2018 | Viecha Ahuja emails re Ron Baron | TESLA_LITTLETON_00004008-TESLA_LITTLETON_00004009 | Viecha |
| 148 | 8/7/2018 | Email from Aaron Chew to Martin Viecha, Re: Lets hold off on any comment til after the close... | TESLA_LITTLETON_00004179 | Viecha |
| 149 | 8/7/2018 | resuming | TESLA_LITTLETON_00006610 | Viecha |
| 150 | 8/7/2018 | Email from Martin Viecha to Bradley Erickson (KeyBanc) re Elon Tweet | TESLA_LITTLETON_00004010-TESLA_LITTLETON_00004011 | Viecha |
| 151 | 8/7/2018 | Email from Martin Viecha to Toni Sacconaghi (Bernstein Research) re Elon tweet | TESLA_LITTLETON_00004253-TESLA_LITTLETON_00004255 | Viecha |
| 152 | 8/7/2018 | Email from Martin Viecha to Patrick Foley (Innisfreema), Re: sanity check | TESLA_LITTLETON_00003983-TESLA_LITTLETON_00003989 | Viecha |
| 153 | 8/7/2018 | news | TESLA_LITTLETON_00004114 | Viecha |
| 154 | 8/7/2018 | Email from Elon Musk to Tesla Board and ExecStaff re support from Fidelity and T. Rowe | TESLA_LITTLETON_00006271-TESLA_LITTLETON_00006275 | Viecha |
| 155 | 8/8/2018 | Email from Aaron Chew to Martin Viecha and Deepak Ahuja, Re: Investor Feedback | TESLA_LITTLETON_00004625-TESLA_LITTLETON_00004626 | Viecha |
| 156 | 8/10/2018 | Email from James Anderson (Baillie Gifford) to Martin Viecha, Re: LTSE | SEC-EPROD-000000024-SEC-EPROD-000000025 | Viecha |
| 157 | 8/13/2018 | Email from Martin Viecha to Elon Musk, Todd Maron, Deepak Ahuja, Re T Rowe Price | TESLA_LITTLETON_00018643-TESLA_LITTLETON_00018644 | Viecha |
| 158 | 8/15/2018 | FW: Investor Feedback. Todd Maron forwarded an FYI to Elon Musk. | TESLA_LITTLETON_00019026-TESLA_LITTLETON_00019027 | Viecha |

| 159 | 8/17/2018 | Email from Martin Viecha to Dave Arnold, Re: NYT interview | TESLA_LITTLETON_00010832-TESLA_LITTLETON_00010833 | Viecha |
|---|---|---|---|---|
| 160 | 8/17/2018 | Emails from James Sperling (UBS) to Martin Viecha re Elon's interview with NYT | TESLA_LITTLETON_00012567-TESLA_LITTLETON_00012569 | Viecha |
| 161 | 8/19/2018 | Email from Martin Viecha to Deepak Ahuja and Todd Maron, Re: Feedback from Investors. Deepak Ahuja forwarded an FYI to Elon Musk. | TESLA_LITTLETON_00019023-TESLA_LITTLETON_00019024 | Viecha |
| 162 | 9/18/2018 | Email from James Sperling (UBS) to Martin Viecha, Re: Tesla's official statement in Electrek article | TESLA_LITTLETON_00012777-TESLA_LITTLETON_00012784 | Viecha |
| 163 | 9/18/2018 | Electrek article: Tesla (TSLA) now reportedly under a criminal probe over Elon Musk's take-private comments. | | Viecha |
| 164 | 6/21/2016 | Tesla Blog Post: Tesla Makes Offer to Acquire Solar City | | Ehrenpreis |
| 165 | | Elon Musk Call Log | TESLA_LITTLETON_00000315 | Ehrenpreis |
| 166 | 8/7/2018 | Email from Sarah O'Brien to Ira Ehrenpreis, Re: CNBC inquiry - Tesla privatization? | TESLA_LITTLETON_00014352-TESLA_LITTLETON_00014353 | Ehrenpreis |
| 167 | 8/7/2018 | Email from Elon Musk to Tesla Board and ExecStaff re support from Fidelity and T. Rowe | TESLA_LITTLETON_00000247-TESLA_LITTLETON_00000250 | Ehrenpreis |
| 168 | 8/9/2018 | Email from Ira Ehrenpreis to Sarah O'Brien, Dave Arnold, and Todd Maron forwarding Bloomberg inquiry re tesla go private | TESLA_LITTLETON_00014589 | Ehrenpreis |
| 169 | 8/9/2018 | Email Ira Ehrenpreis to Sarh O'Brien, Dave Arnold, Todd Maron re broader discussion | TESLA_LITTLETON_00018253-TESLA_LITTLETON_00018254 | Ehrenpreis |
| 170 | 8/14/2018 | Email from Elon Musk to Tesla Board; Cc: EMDesk re Morgan Stanley support | TESLA_LITTLETON_00000275 | Ehrenpreis |
| 171 | 8/16/2018 | New York Times article: "Elon Musk Details 'Excruciating' Personal Toll of Tesla Turmoil." | | Ehrenpreis |
| 172 | 8/20/2018 | Email from Erica Chen (Tesla) to Dave Arnold re Associated Press article on Tesla Board independence | TESLA_LITTLETON_00010621-TESLA_LITTLETON_00010622 | Ehrenpreis |
| 173 | 8/21/2018 | team | TESLA_LITTLETON_00019954 | Ehrenpreis |
| 174 | | Egon Durban Text Messages (Part 1) | SEC-EPROD-000014917 | Durban |
| 175 | 8/6/2018 | Elon Musk | SL_3P00001712 | Durban |

| 176 | 9/12/2018 | SEC Deposition Transcript of Egon Durban | SEC-EPROD-000016522-SEC-EPROD-000016693 | Durban |
|---|---|---|---|---|
| 177 | 8/7/2018 | Email from Kyle Paster (Silver Lake) to Egon Durban (Silver Lake), Re: FW: Elon Musk [going private] Tweet | SL_3P00000036 | Durban |
| 178 | 4/18/2017 | Fundraise | | Durban |
| 179 | 8/10/2018 | Project Turbo Discussion Materials, August 10, 2018 by Silver Lake Partners | SL_3P00000001-SL_3P00000035 | Durban |
| 180 | 8/10/2018 | Elon Musk | SL_3P00001713 | Durban |
| 181 | 8/12/2018 | Email from Egon Durban to Elon Musk and Todd Maron sending Dell privatization documents. ATTACHMENT SL_3P00000052-SL_3P00000137 | SL_3P00000049, SL_3P00000050 | Durban |
| 182 | | Egon Durban Text Messages (Part 2) | SEC-EPROD-000011315 | Durban |
| 183 | 8/13/2018 | New York Times article: "Elon Musk's Tweets on Tesla Started a Tizzy. Someone Should Hit the Brakes" | | Durban |
| 184 | 8/14/2018 | (Silver Lake), Brian Dong (Goldman Sachs); Cc: Steven Rosenblum (WLRK) and other WLRK and MTO attorneys, Re: Follow up on our discussions | SL_3P00000247-SL_3P00000248 | Durban |
| 185 | 8/14/2018 | Sam Teller; Kyle Paster (Silver Lake); Elon Musk; Dan Dees (Goldman Sachs); Mark Kim (MTO; David Karp (Goldman Sachs); Gregg Lemkau (Goldman Sachs) | SL_3P00000261-SL_3P00000262 | Durban |
| 186 | 8/14/2018 | Teller; Mark Kim (MTO); Steven Rosenblum (WLRK); David Karp (WLRK); Richard Capelouto (STBLaw); Re: Titanium Workplan/Project Titanium Discussion Materials by Goldman Sachs | SL_3P00000175-SL_3P00000186 | Durban |
| 187 | 8/14/2018 | Email from Egon Durban to Elon Musk, Re: FW: NYT story | SL_3P00000263-SL_3P00000265 | Durban |
| 188 | 8/14/2018 | Email from Kyle Paster (Silver Lake) to Dan Dees (Goldman Sachs) and other GS people; Cc: Egon Durban (Silver Lake) and other SL people, Re: Turbo. ATTACHMENT: Turbo Workplan | SL_3P00000266-SL_3P00000268 | Durban |
| 189 | 8/15/2018 | Email from Egon Durban to Elon Musk re joint statement clarifying roles | SL_3P00000221-SL_3P00000224 | Durban |

| 190 | 8/15/2018 | Egon Durban's hand written notes dated August 15, 2018 | SL_3P00001714 | Durban |
|---|---|---|---|---|
| 191 | | Egon Durban's hand written notes, Undated | SL_3P00001715 | Durban |
| 192 | 8/15/2018 | Email from John Suo (Silver Lake) to Kyle Paster (Silver Lake); Michael Cohn (Goldman Sachs). ATTACHMENTS: 2018.08.15 Project Turbo Debt Roll Analysis; Turbo Debt | SL_3P00001301-SL_3P00001308 | Durban |
| 193 | 8/16/2018 | Re: Privileged: [Silver Lake-Goldman Sachs] Draft Joint Statement | SL_3P00000936-SL_3P00000937 | Durban |
| 194 | 8/16/2018 | Email from Egon Durban to Steve Rosenblum (WLRK) and Mark Kim (MTO); Cc: Elon Musk; Sam Teller; Dan Dees and other GS people re investor outreach list | SL_3P00000306 | Durban |
| 195 | | | | Durban |
| 196 | 8/16/2018 | (Goldman Sachs); Egon Durban (Silver Lake); Cc: Dan Dees (Goldman Sachs); Mark Kim (MTO), Re: Talking points [Script for talking to investors] | SL_3P00000320-SL_3P00000322 | Durban |
| 197 | 8/17/2018 | Email from Egon Durban to Sam Teller; Cc: Dan Dees; Sam Britton (GS) re waiting on update | SL_3P00000326-SL_3P00000327 | Durban |
| 198 | 8/17/2018 | NYTimes article: Elon Musk Confronts a Fateful Tweet and an 'Excruciating' Year | SL_3P00000945 | Durban |
| 199 | 8/17/2018 | Email from Mark Kim (MTO) to Steven Rosenblum (WLRK); Sam Britton (GS); Egon Durban (SL); Cc: Dan Dees (GS); David Karp (WLRK); Jennifer Broder (MTO) re Special Committee markup on investor talking points | SEC-EPROD-000009934-SEC-EPROD-000009937 | Durban |
| 200 | 8/22/2018 | Email from Egon Durban to Rick Polhemus; Sam Teller; Cc: Dan Dees; Mark Kim; Steve Rosenblum; Elon Musk, Re: Connecting everyone [welcome] | MS_TESLA0000344 | Durban |
| 201 | 8/23/2018 | Silver Lake's Project Titanium Discussion Materials, August 23, 2018 presentation | TESLA_LITTLETON_00006169-TESLA_LITTLETON_00006238 | Durban |
| 202 | 7/24/2018 | Email from Aaron Chew to Joseph Fath (TRowe) re Vertical Group | SEC-EPROD-000011643-SEC-EPROD-000011644 | Chew |

| 203 | 8/7/2018 | Email from Aaron Chew to John Murphy (BAML) | TESLA-LITTLETON_00003978-TESLA-LITTLETON_00003979 | Chew |
|-----|----------|---------------------------------------------|----------------------------------------------------|------|
| 204 | 8/7/2018 | Email from Ilene Taylor (Nasdaq) to Aaron Chew re Elon tweets / trading halt | TESLA_LITTLETON_00006615-TESLA_LITTLETON_00006616 | Chew |
| 205 | 8/7/2018 | Email from Aaron Chew to Martin Viecha, Re: Lets hold off on any comment til after the close... | TESLA_LITTLETON_00004179 | Chew |
| 206 | 8/7/2018 | Email from Aaron Chew to Martin Viecha, Re: Lets hold off on any comment til after the close... | TESLA_LITTLETON_00004177-TESLA_LITTLETON_00004178 | Chew |
| 207 | 8/7/2018 | Email from Aaron Chew to Dave Arnold; Minji Go (Tesla); Cc: Philip Rothenberg, Re: blog - starting an email thread | TESLA_LITTLETON_00018998 | Chew |
| 208 | 8/7/2018 | Email from Aaron Chew to Sonu Kalra (FMR/Fidelity), Re: blog | TESLA_LITTLETON_00014931-TESLA_LITTLETON_00014932 | Chew |
| 209 | 8/7/2018 | Email from Aaron Chew to Essen Ali (FMR/Fidelity); Martin Viecha; Elliot Mattingly (FMR/Fidelity) re Elon's twitter account | SEC-EPROD-000000422-SEC-EPROD-000000424 | Chew |
| 210 | 8/7/2018 | Email from Aaron Chew to Martin Viecha; Dave Arnold; Deepak Ahuja, Re: Major investor inquiries on "investor support" | TESLA_LITTLETON_00018259-TESLA_LITTLETON_00018260 | Chew |
| 211 | 8/7/2018 | Email from Aaron Chew to Elliot Mattingly (FMR/Fidelity) re Tomorrow conference | SEC-EPROD-000000437 | Chew |
| 212 | 8/8/2018 | Email from Martin Viecha to Deepak Ahuja; Todd Maron; Sarah O'Brien; Dave Arnold; Aaron Chew, Re: Notice | TESLA_LITTLETON_00018453 | Chew |
| 213 | 8/7/2018 | Email from Aaron Chew to Martin Viecha, Re: I dont want to talk to Bernstein without you | TESLA_LITTLETON_00004161 | Chew |
| 214 | 8/8/2018 | Email from Aaron Chew to George Galliers (Evercore ISI), Re: Timings | TESLA_LITTLETON_00014962-TESLA_LITTLETON_00014963 | Chew |
| 215 | 8/8/2018 | Email from Aaron Chew to Martin Viecha and Deepak Ahuja, Re: Investor Feedback | TESLA_LITTLETON_00004621-TESLA_LITTLETON_00004623 | Chew |
| 216 | 8/8/2018 | Todd Maron; Philip Rothenberg; Dave Arnold, Re: Investor Feedback on Next Steps. 8.8.2018 at 7:22 pm/ 8.9.2019 at 2:22 am UTC | TESLA_LITTLETON_00018378 | Chew |

| 217 | 8/9/2018 | Email from Aaron Chew to Benjamin Wanger (Verition Fund), Re: Solar City creditor question | TESLA_LITTLETON_00004606-TESLA_LITTLETON_00004609 | Chew |
|---|---|---|---|---|
| 218 | 8/15/2018 | Letter from Nasdaq to Aaron Chew | TESLA_LITTLETON_00006594-TESLA_LITTLETON_00006595 | Chew |
| 219 | 8/17/2018 | Letter from Nasdaq to Aaron Chew | TESLA_LITTLETON_00006579-TESLA_LITTLETON_00006580 | Chew |
| 220 | 8/17/2018 | Email from Aaron Chew to Dave Arnold; Martin Viecha; Deepak Ahuja; Cc: Todd Maron; Sarah O'Brien, Re: NYT interview | TESLA_LITTLETON_00009503-TESLA_LITTLETON_00009505 | Chew |
| 221 | 8/22/2018 | Dear Elon: An Open Letter Against Taking Tesla Private. Aaron Chew forwarded it to EMDesk; Cc: Deepak Ahuja; Todd Maron; Martin Viecha | TESLA_LITTLETON_00019450-TESLA_LITTLETON_00019454 | Chew |
| 222 | 8/27/2018 | Email from Aaron Chew to Antonio Gracias' Martin Viecha, Re: TRowe call | TESLA_LITTLETON_00018029-TESLA_LITTLETON_00018030 | Chew |
| 223 | 9/28/2018 | Email from Aaron Chew to Martin Viecha, Re: Notes from Barclays Conf Call | TESLA_LITTLETON_00011855-TESLA_LITTLETON_00011856 | Chew |
| 224 | 8/2/2018 | Kimbal Musk's Text Message | TESLA_LITTLETON_00000293 | Kimbal |
| 225 | 8/7/2018 | Financial Times article: "Saudi Arabia's Sovereign Fund Builds $2bn Tesla Stake" | | Kimbal |
| 226 | 8/20/2018 | Dave Arnold; Alan Fleischmann (Laurel Strategies), Re: Media Update: Aug 20 | TESLA_LITTLETON_00019135-TESLA_LITTLETON_00019138 | Kimbal |
| 227 | 8/22/2018 | Dave Arnold; Juleanna Walsh (Ridgely Walsh), Re: Possible WSJ story | TESLA_LITTLETON_00010409-TESLA_LITTLETON_00010411 | Kimbal |
| 228 | 8/24/2018 | Email from Kimbal Musk to Elon Musk; Cc: Sam Teller; Dave Arnold, Re: Elon - NYT update | TESLA_LITTLETON_00019116-TESLA_LITTLETON_00019117 | Kimbal |
| 229 | 8/24/2018 | Tesla Blog Post: "Staying Public" | TESLA_LITTLETON_00007163-TESLA_LITTLETON_00007164 | Kimbal |

| 230 | 8/25/2018 | Email from Kimbal Musk to Antonio Gracias; Cc: Elon Musk; Sam Teller, Re: Elon - NYT update | TESLA_LITTLETON_00019296-TESLA_LITTLETON_00019304 | Kimbal |
|---|---|---|---|---|
| 231 | 8/14/2018 | Email from Brian Dong (Goldman Sachs) to Dan Dees re GS led financings for Tesla | SEC-EPROD-000009127 | Dees |
| 232 | 8/13/2015 | Tesla Press Release: "Tesla Announces $500 Million Common Stock Offering" | | Dees |
| 233 | 3/15/2017 | Tesla Press Release: "Tesla Announces Offerings of Common Stock and Convertible Senior Notes" | | Dees |
| 234 | 8/7/2018 | Email from Dan Dees (GS) to Pete Lyon (GS), Re: FT article: Saudi Arabia's sovereign wealth fund builds $2bn Tesla stake | SEC-EPROD-000005553 | Dees |
| 235 | 8/7/2018 | Email from Stuart Wrigley (GS) to Dan Dees (GS), Re: i see the news on the tape about tesla and the saudi investment | SEC-EPROD-000006065 | Dees |
| 236 | 8/7/2018 | Email from Dan Dees (Goldman Sachs) to Elon Musk, Re: Saudi investment | SEC-EPROD-000005855 | Dees |
| 237 | 8/7/2018 | Email from Michael Cohn (Goldman Sachs) to Dan Dees (Goldman Sachs) re where GS could play a role | SEC-EPROD-000005437 | Dees |
| 238 | 8/7/2018 | tweets | SEC-EPROD-000005436 | Dees |
| 239 | 8/7/2018 | Email from Kurt Tenenbaum to Dan Dees (GS) and othe GS people; Re: TSLA [feedback from Shane] | SEC-EPROD-000005670-SEC-EPROD-000005671 | Dees |
| 240 | 8/7/2018 | Email from Dan Dees (GS) to other GS people re past dialogue | SEC-EPROD-000006075 | Dees |
| 241 | 8/8/2018 | Summary Materials. ATTACHMENT: 2018-08-07 Internal Tesla Materials by GS | SEC-EPROD-000005679-SEC-EPROD-000005685 | Dees |
| 242 | 8/8/2018 | Email from Dan Dees to Pawan Tewari (GS), Re: are u still close with robyn denholm? | SEC-EPROD-000005724 | Dees |
| 243 | 8/8/2018 | Email from Dan Dees to Elon Musk, Re: really exciting day for tesla! | SEC-EPROD-000006039-SEC-EPROD-000006040 | Dees |

| 244 | 8/8/2018 | Email from Dan Dees to Kurt Tenenbaum (GS) re Kurt's call with Shane | SEC-EPROD-000005533 | Dees |
|---|---|---|---|---|
| 245 | 8/8/2018 | Email from Dan Dees to Dan Dees, Re: To Do list | SEC-EPROD-000008373 | Dees |
| 246 | 8/8/2018 | Email from Brian Dong (GS) to Dan Dees, Re: Tesla - topics for Dees phone call with Elon Musk | SEC-EPROD-000005419 | Dees |
| 247 | 8/8/2018 | Email from Dan Dees to Gregg Lemkau (GS) and other GS people re where was the funding coming from | SEC-EPROD-000005493 | Dees |
| 248 | 8/9/2018 | Email from Dan Dees to Sam Britton (GS) and other GS people re missed call from Elon Musk | SEC-EPROD-000005418 | Dees |
| 249 | 8/9/2018 | discussion | SEC-EPROD-000005417 | Dees |
| 250 | 8/9/2018 | Email from Dan Dees to Sam Britton (GS) and other GS people re Larry Ellison as potential buyer | SEC-EPROD-000005414 | Dees |
| 251 | 8/9/2018 | Email from Dan Dees to Sam Britton (GS) and other GS people re Dell transaction | SEC-EPROD-000005506-SEC-EPROD-000005507 | Dees |
| 252 | 8/9/2018 | Email from Dan Dees to Brian Dong (GS) and other GS people re debrief and followup | SEC-EPROD-000005402-SEC-EPROD-000005403 | Dees |
| 253 | 8/10/2018 | Email from Dan Dees to Brian Dong (GS) requesting call recap | SEC-EPROD-000005396 | Dees |
| 254 | 8/10/2018 | people, Re: Titanium Take Private Discussion Materials. ATTACHMENT: Take Private Discussion Materials (10-Aug-2018) | SEC-EPROD-000006255-SEC-EPROD-000006265 | Dees |
| 255 | 8/10/2018 | Email from Brian Dong to Deepak Ahuja nad Todd Maron; Cc: Dan Dees and other GS people, Re: Project | SEC-EPROD-000006103 | Dees |
| 256 | 8/11/2018 | Email from Dan Dees to Sam Britton (GS) and other GS people forwarding Elon Musk email after yesterday's meeting with him | SEC-EPROD-000005388-SEC-EPROD-000005389 | Dees |

| 257 | 8/13/2018 | Email from Gregg Lemkau (GS) to John Waldron (GS); Dan Dees (GS) re time pressure to announce GS role | SEC-EPROD-000005802 | Dees |
|---|---|---|---|---|
| 258 | 8/14/2018 | Email from Elon Musk to Dan Dees forwarding email re Morgan Stanley | SEC-EPROD-000006005-SEC-EPROD-000006006 | Dees |
| 259 | 8/14/2018 | Email from Dan Dees to Michael Cohn (GS); Brian Dong (GS), Re: turbo | SEC-EPROD-000005327-SEC-EPROD-000005330 | Dees |
| 260 | 8/14/2018 | Email from Dan Dees to Sam Britton (GS) and other GS folks re mandate and to-do list | SEC-EPROD-000005356-SEC-EPROD-000005357 | Dees |
| 261 | 8/14/2018 | Email from Dan Dees to Elon Musk re mandate | SEC-EPROD-000005351 | Dees |
| 262 | 8/14/2018 | Email from Michael Cohn (GS) to Brian Dong (GS); Dan Dees (GS) and other GS folks re Silver Lake and SPV issue | SEC-EPROD-000008145-SEC-EPROD-000008151 | Dees |
| 263 | 8/14/2018 | Email from Gregg Lemkau (GS) to Sam Britton (GS); Dan Dees; Cc: other GS folks re sources of capital and dinner | SEC-EPROD-000005349 | Dees |
| 264 | 8/15/2018 | Email from Dan Dees tp Michael Cohn (GS) and other GS folks re Egon agenda | SEC-EPROD-000007681 | Dees |
| 265 | 8/15/2018 | ATTACHMENT: 2018-08-15 Projec Titanium Discussion Material by GS | SEC-EPROD-000005826-SEC-EPROD-000005837 | Dees |
| 266 | 8/17/2018 | Email from Kurt Tenenbaum (GS) to Dan Dees and other GS folks, Re: Titanium - SLP Post | SEC-EPROD-000009448 | Dees |
| 267 | 8/7/2018 | Email from Rick Polhemus (Morgan Stanley) to Jon Neuhaus (Morgan Stanley), Re: Wonder if/next steps | MS_TESLA0001065-MS_TESLA0001066 | Polhemus |
| 268 | 8/7/2018 | Email from Rick Polhemus (MS) to William Dotson (MS) Re: rundown of today's conversations | MS_TESLA0001359 | Polhemus |
| 269 | 8/8/2018 | Rick Polhemus and other MS folks re Saudi investment and Elon tweet | MS_TESLA0000724-MS_TESLA0000725 | Polhemus |
| 270 | 8/8/2018 | Email from Rick Polhemus (MS) to Daniel Ewell (MS), Re: Tesla | MS_TESLA0001132 | Polhemus |
| 271 | 8/8/2018 | Email from Rick Polhemus (MS) to Jon Neuhaus (MS) re discussions with Jared. | MS_TESLA0001351-MS_TESLA0001353 | Polhemus |
| 272 | 8/8/2018 | Email from Rick Polhemus (MS) to Thomas Miles (MS) re "whole thing is in its infancy" | MS_TESLA0000902-MS_TESLA0000903 | Polhemus |

| 273 | 8/8/2018 | Email from Rick Polhemus (MS) to Robert Lariviere (MS) and other MS folks re quick update on Tesla | MS_TESLA0000954 | Polhemus |
|---|---|---|---|---|
| 274 | 8/10/2018 | Email from Rick Polhemus (MS) to William Dotson (MS) re emails with Jared | MS_TESLA0000732-MS_TESLA0000733 | Polhemus |
| 275 | 8/10/2018 | Email from Rick Polhemus (MS) to Leslie Bazos (MS), Re: Draft Email from James Gorman to Elon Musk | MS_TESLA0000489-MS_TESLA0000490 | Polhemus |
| 276 | 8/13/2018 | Email from James Gorman (Morgan Stanley) to Elon Musk | MS_TESLA0000116 | Polhemus |
| 277 | 8/10/2018 | Email from Rick Polhemus (MS) to Franck Petitgas (MS) re Tesla update | MS_TESLA0000800-MS_TESLA0000802 | Polhemus |
| 278 | 8/12/2018 | Email from Rick Polhemus (MS) to Brian Healy (MS) re how MS can be helpful | MS_TESLA0000593-MS_TESLA0000596 | Polhemus |
| 279 | 8/13/2018 | Email from Rick Polhemus (MS) to Regina Savage (MS) re blog post | MS_TESLA0000966-MS_TESLA0000967 | Polhemus |
| 280 | 8/13/2018 | Email reply from Regina Savage (MS) to Rick Polhemus (MS) re blog post | MS_TESLA0001271-MS_TESLA0001273 | Polhemus |
| 281 | 8/15/2018 | Email from Rick Polhemus to Mike Wyatt (MS) and other MS folks re Gorman call with email | MS_TESLA0000619 | Polhemus |
| 282 | 8/15/2018 | Briefing Memo: Tesla/Elon Musk prepared by Morgan Stanley | MS_TESLA0001330 | Polhemus |
| 283 | 8/16/2018 | Wyatt (MS); WIllian Dotson (MS), Re: Tesla - update call with Sam | MS_TESLA0000477-MS_TESLA0000478 | Polhemus |
| 284 | 8/20/2018 | formal approval | MS_TESLA0000681 | Polhemus |
| 285 | 8/20/2018 | Bloomberg article: "Tesla Whipsaws Investors on Doubts Musk Has Funds to Go Private" | | Polhemus |
| 286 | 8/23/2018 | (MS); Dotson William (MS), Re: Titanium Update [going to go pencils down] | MS_TESLA0000963 | Polhemus |

| 287 | 8/26/2018 | Email from Rick Polhemus to MS team re pencils go down. | MS_TESLA0000445-MS_TESLA0000446 | Polhemus |
|---|---|---|---|---|
| 288 | 8/13/2018 | Email from Brad Buss to Frank Quattrone (Qatalyst) and other Qatalyst people, Re: Tesla | TESLA_LITTLETON_00001333-TESLA_LITTLETON_00001335 | Buss |
| 289 | 8/14/2018 | Tesla Press Release: "Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction" | | Buss |
| 290 | 8/14/2018 | Email from Deepak Ahuja to Brad Buss, Re: Advisors | TESLA_LITTLETON_00001648-TESLA_LITTLETON_00001649 | Buss |
| 291 | 8/17/2018 | Email from Brad Buss to Madhukar Namburi (JPMorgan), Re: Tesla | TESLA_LITTLETON_00017306-TESLA_LITTLETON_00017308 | Buss |
| 292 | 8/19/2018 | Email from Kara Sperry (Joele Frank) to Robyn Denholm; Brad Buss; Linda Johnson Rice; Tesla Special Committee, Re: TSLA: Reuters article on PIF and Lucid | TESLA_LITTLETON_00017077-TESLA_LITTLETON_00017084 | Buss |
| 293 | 8/20/2018 | Denholm; Brad Buss [Special Committee], Re: FW: Structure outline | TESLA_LITTLETON_00019958-TESLA_LITTLETON_00019959 | Buss |
| 294 | 8/20/2018 | Project Titanium, August 20, 2018. ATTACHMENT to Exhibit 293 | TESLA_LITTLETON_00019960-TESLA_LITTLETON_00019965 | Buss |
| 295 | 8/3/2018 | Brad Buss's Notes re August 3, 2018 meeting with Elon Musk | BOARD-BWB_0000001 - SEC-EPROD-000014721 | Buss |
| 296 | 5/3/2018 | Email from Dave Arnold to Evelyn Tay (Tesla) re analysts feeling disrespectful | TESLA_LITTLETON_00014243-TESLA_LITTLETON_00014260 | Arnold |
| 297 | 6/12/2018 | Maron; Philip Rothenberg; Martin Viecha; Aaron Chew; Sam Teller re short sellers | SPACEX_LITTLETON_00000133 | Arnold |
| 298 | 8/7/2018 | Email from Dave Arnold to Deepak Ahuja; Cc: Martin Viecha; Todd Maron; Philip Rothenberg; Sam Teller re share price in response to FT article re: Saudi Investment in Tesla | TESLA_LITTLETON_00018287-TESLA_LITTLETON_00018289 | Arnold |
| 299 | 8/7/2018 | Email from Dave Arnold to Melissa Rocha (Tesla), Re: Media who have contacted me thus far | TESLA_LITTLETON_00013639 | Arnold |
| 300 | 8/7/2018 | Email from Dave Arnold to Erica Chen (Tesla), Re: Coverage on Elon's tweet | TESLA_LITTLETON_00013628-TESLA_LITTLETON_00013631 | Arnold |

| 301 | 8/7/2018 | Email from Dave Arnold to Aaron Chew; Minji (Kimberly) Go (Tesla); Cc: Philip Rothenberg, Re: blog post [includes Draft Email from Elon Musk to Tesla employees] | TESLA_LITTLETON_00018995-TESLA_LITTLETON_00018997 | Arnold |
|---|---|---|---|---|
| 302 | 8/7/2018 | Email from Dave Arnold to Deepak Ahuja; Martin Viecha; Aaron Chew; Todd Maron, Re: Major investor inquiries | TESLA_LITTLETON_00018261-TESLA_LITTLETON_00018262 | Arnold |
| 303 | 8/7/2018 | Email from Dave Arnold to ExecStaff, Re: Media Coverage: Taking Tesla Private tweets | TESLA_LITTLETON_00005303-TESLA_LITTLETON_00005307 | Arnold |
| 304 | 8/8/2018 | Email from Erica Chen to Kamran Mumtaz, Re: Current draft blog post [of Statement from Tesla's Board of Directors] | TESLA_LITTLETON_00014429-TESLA_LITTLETON_00014430 | Arnold |
| 305 | 8/8/2018 | Bloomberg article re Tesla talks with Softbank [Masayoshi Son] in April 2017 | TESLA_LITTLETON_00018913-TESLA_LITTLETON_00018915 | Arnold |
| 306 | 8/9/2018 | Email from Dave Arnold to Elon Musk, Re: Heads up: Bloomberg article on SEC inquiry | TESLA_LITTLETON_00018851 | Arnold |
| 307 | 8/9/2018 | Is there anything else we need or are missing to be able to manage this news cycle | TESLA_LITTLETON_00018875 | Arnold |
| 308 | 8/10/2018 | Email from Todd Maron to Philip Rothenberg, Re: Bloomberg story on wide pool of investors | TESLA_LITTLETON_00015641-TESLA_LITTLETON_00015642 | Arnold |
| 309 | 8/10/2018 | Email from Sam Teller to Shihana Alazzaz (PIF), Re: Fwd: comment please on Reuters story we publishing on Saudi fund... | TESLA_LITTLETON_00015996 | Arnold |
| 310 | 8/10/2018 | Email from Sam Teller to Dave Arnold; Cc: Todd Maron; Deepak Ahuja, Re: Yasir | TESLA_LITTLETON_00015997-TESLA_LITTLETON_00015998 | Arnold |
| 311 | 8/11/2018 | Email from Kamran Mumtaz (Tesla) to Deepak Ahuja; Todd Maron; Cc: Dave Arnold, Re: Reuters: Saudi Arabia's massive investment fund said to be uninterested in funding Tesla's idea to go private | TESLA_LITTLETON_00004866 | Arnold |
| 312 | 8/14/2018 | Tesla Press Release: "Tesla Announces Formation of Special Committee to Evaluate Potential Going Private Transaction" | | Denholm |
| 313 | | | | Denholm |

| 314 | 8/16/2018 | Minutes of Special Committee of the Board of Directors of Tesla, Inc., August 16, 2018 | TESLA_LITTLETON_00020147-TESLA_LITTLETON_00020149 | Denholm |
| 315 | 8/17/2018 | Minutes of Special Committee of the Board of Directors of Tesla, Inc., August 17, 2018 | TESLA_LITTLETON_00020150 | Denholm |
| 316 | 8/18/2018 | Minutes of Special Committee of the Board of Directors of Tesla, Inc., August 18, 2018 | TESLA_LITTLETON_00020151-TESLA_LITTLETON_00020173 | Denholm |
| 317 | 8/21/2018 | Minutes of Special Committee of the Board of Directors of Tesla, Inc., August 21, 2018 | TESLA_LITTLETON_00020181 | Denholm |

EXCERPTS FROM THE DEPOSITION
OF RYAN BRINKMAN
TAKEN MAY 4, 2021

1

2                UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                  SAN FRANCISCO DIVISION

5     ------------------------X

6   IN RE TESLA, INC.

7   SECURITIES LITIGATION        Civil Action No.

8                               3:18-cv-04865-EMC

9     ------------------------X

10

11

12          REMOTE DEPOSITION OF RYAN BRINKMAN

13                   May 4, 2021

14

15

16   Reported by:

17   MARY F. BOWMAN, RPR, CRR

18   JOB NO. 193519

19

20

21

22

23

24

25

1

2

3

4

5                    May 4, 2021

6                    12:30 p.m. EST

7

8

9        Remote deposition of RYAN

10   BRINKMAN, held before Mary F. Bowman, a

11   Registered Professional Reporter, Certified

12   Realtime Reporter, and Notary Public of the

13   State of New Jersey.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2          APPEARANCES: (BY VIDEOCONFERENCE)

 3

 4  LEVI & KORSINSKY

 5  Attorneys for Plaintiffs

 6       1101 30th Street, N.W.

 7       Washington, D.C.  20007

 8  BY:  NICHOLAS PORRITT, ESQ.

 9       ELIZABETH TRIPODI, ESQ.

10

11

12  COOLEY

13  Attorneys for Tesla

14       3175 Hanover Street

15       Palo Alto, California 94304

16  BY:  PATRICK GIBBS, ESQ.

17       BINGXIN WU, ESQ.

18

19

20  Also Present:

21       Joshua Glick, Esq. JP Morgan

22       Candace Jackman, Esq., Tesla

23       Gabe Seymour, Videographer

24       KATHY AMES

25
```

1

2          THE VIDEOGRAPHER:  This is the

3    start of media number 1 of the

4    video-recorded deposition of Ryan

5    Brinkman in the matter In re: Tesla

6    Inc. Securities Litigation in the U.S.

7    District Court, Northern District of

8    California, San Francisco division,

9    number 3:18-CV-04865-EMC.

10         This deposition is being held by

11   remote video conference on May 4, 2021

12   at 11:33 a.m. central time.

13         My name is Gabe Seymour.  I am

14   legal video specialist from TSG

15   Reporting, headquartered in New York,

16   New York.  The court reporter is Mary

17   Bowman in association with TSG

18   Reporting.

19         Counsel, please introduce

20   yourselves.

21         (Whereupon, counsel placed their

22   appearances on the audio record.)

23                   - - - -

24

25

1

2  RYAN BRINKMAN,

3        called as a witness by the parties,

4        having been duly sworn, testified as

5        follows:

6  EXAMINATION BY

7  MR. PORRITT:

8        Q.    Good afternoon, Mr. Brinkman.

9              As I just stated, my name is

10  Nicholas Porritt, I'm with the firm of Levi

11  & Korsinsky.  I'll be taking your

12  deposition here today.

13             First of all, could you state

14  your full name for the record.

15        A.    Ryan Joseph Brinkman.

16        Q.    What's your residential address?

17        A.    85 Tuckahoe Avenue in

18  Eastchester, New York, 10709.

19        Q.    Where are you sitting today for

20  today's deposition?

21        A.    Yes, I am in my house, that

22  residence, as opposed to my office.

23        Q.    Have you ever been deposed

24  before?

25        A.    No.

1

2        as of this date.)

3        A.    Yes, this is the one I recall

4    reading.

5        Q.    OK, that was going to be my next

6    question.  Bear with me I have got some

7    lawyer stuff first.

8              I placed before the witness a

9    document marked as Exhibit 19.  It is a

10   printout of a New York Times article.  And

11   this is the New York Times article you were

12   referring to earlier?

13       A.    Yes.

14       Q.    That you recall reading on a

15   Sunday evening?

16       A.    I don't remember when.  I

17   remember reading it in detail.

18       Q.    Do you recall reading it soon

19   after it was published?

20       A.    Yes, I believe so.  Right, I

21   think so, um-hm.

22       Q.    And can you recall what your

23   reaction was to this story in printed out

24   here in Exhibit 19?

25       A.    Yeah, there was a lot of just

1

2   personal intrigue and having been kind of

3   involved in this story and see it explored

4   in such an in-depth way with a human

5   element to it, it was captivating to me, I

6   remember at the time, and I was referring

7   to it earlier.  I don't know if this is for

8   sure the one, but it might have been the

9   article where there was reference to board

10  of directors not having known about the

11  go-private Tweet, which certainly would

12  have been impactful for my research and

13  understanding of the situation.

14      Q.    If you can turn --

15      A.    Maybe there were a couple of New

16  York Times articles and I'm conflating

17  them, but this one I remember for sure.

18      Q.    If we can refer to page the third

19  page of the exhibit.  This is a carry-over.

20      A.    "Unusual time to release major

21  news"?

22      Q.    Correct, yes.

23            Do you see it says there, the

24  next paragraph, "It seemed like better

25  karma at 420 than at 419"?  Do you see

1

2    that?

3        A.    Yes.

4        Q.    Did that change your views at all

5    about how the proposed price of 420 dollars

6    had been chosen by Mr. Musk?

7        A.    I think this was the first time

8    that he sort of acquiesced that there was

9    some sort of -- again, it's an allusion to

10   the marijuana reference.

11       Q.    Do you recall the circumstances

12   of Mr. Musk -- sorry, strike all that.

13              If you go down further down the

14   page, immediately below the big Tesla

15   symbol, the article states, "What Mr. Musk

16   meant by 'funding secured' has become an

17   important question.  These two words helped

18   propel Tesla's shares higher.  That

19   funding, it turned out, is far from

20   secure."

21              Do you see that?

22       A.    Yes.

23       Q.    Do you recall what your reaction

24   was to reading those words in this New York

25   Times article?

1

2      A.     I think I was already coming to

3   the conclusion that it was not secure.

4   So...

5         Q.     Sorry, bear with me just a

6   second.

7               If you turn to the next page,

8   the first paragraph, in that -- on that

9   page, do you see it says, starts, "The next

10  day..."

11              Do you see that?

12      A.     Yes, yes.

13      Q.     Still Exhibit 19.

14              Halfway into that paragraph, it

15  says, "Board members blind-sided by the

16  chief executive's market-moving statement

17  were angry they had not been briefed, two

18  people familiar with the matter said."

19              Do you see that there?

20      A.     Yes.

21      Q.     OK.  Does that refresh your

22  recollection that this was the article that

23  prompted you to believe that the Tweet was

24  not authorized by the board?

25      A.     Yes.

```
 1

 2              MR. GIBBS:  Objection to form.

 3       It's leading.

 4       Q.    Let me rephrase then.

 5             You saw that sentence there in

 6   the New York Times article.  Do you recall

 7   reading that sentence?

 8       A.    Yes, it was important for me.

 9       Q.    OK, why was it important to you?

10       A.    Because it, you know, completely

11   contradicted the earlier Tweets, including

12   that the only reason this isn't happening

13   now is because it is subject to a

14   shareholder vote.

15             The board of directors would also

16   need to approve of it, and furthermore,

17   CEOs just don't come out with announcements

18   that the company is being taken private or

19   acquired by another company or even

20   acquiring another company without the board

21   of directors being at least aware.

22             So it -- it very much undermined

23   the veracity of the August 7 Tweets.

24       Q.    OK.  If we can go to the next

25   exhibit, the 23587 document.
```

```
 1
 2        A.     For a note of this type, yeah,
 3   for me.
 4        Q.     You see there in the second
 5   sentence there, you say, "Obviously a tough
 6   call."
 7               Do you see that?
 8        A.     Yes.
 9        Q.     What made this reduction and
10   price target a tough call?
11        A.     As mentioned, I think I was the
12   first analyst to come out and say -- or one
13   of the first, that these Tweets weren't
14   true and essentially it would be tantamount
15   to say the CEO had lied or mislead
16   investors which is, you know, something
17   that's impolitic and I think I handled it
18   in the best way possible.
19               I never used incendiary language.
20   My notes are very restrained in how I come
21   across and I took that balanced approach in
22   increase in the price target, and to come
23   out and remove the 420, 50 percent
24   weighting would be to say, I don't think
25   this is, you know -- really have any chance
```

1

2    of happening.  I don't think that this

3    is -- I don't think funding was secured.  I

4    don't think that, you know -- it is sort of

5    an acknowledgment of -- it would be

6    putting -- it would be picked up by all the

7    media, JP Morgan says that, you know, that

8    contradicts Elon's statements, calls him

9    out.

10             I tried to maintain good

11   relationships with all the companies that I

12   cover.  I wanted to do this in the best and

13   most responsible and even-handed way.  It

14   was going to be -- it's very difficult do

15   that though.  It's very difficult to come

16   out and contradict those earlier statements

17   in a fair and balanced way.

18             And you see the note that I'm

19   sure we are going to discuss next, that is

20   the outcome of my best effort there.

21             But I was also, as mentioned, the

22   first analyst, kind of sticking my neck

23   out, and yeah, it was a tough and

24   awkward -- the whole situation was

25   difficult to know how to respond to and I

1

2    feel I did my best.

3        Q.    Do you recall -- in this week

4    leading up to this New York Times article,

5    August 16 or August 17, you revising the

6    note to be published on August 20, do you

7    recall any discussions within JP Morgan

8    regarding the situation at Tesla?

9        A.    No.  The only discussions would

10   have been between myself and my team, I

11   believe.

12       Q.    Do you recall what their views

13   were?

14       A.    Well, at that point in time, I

15   just had -- I typically have two U.S.-based

16   analysts and one in India.  At that point

17   in time, I just had one in India and one in

18   U.S. who was sort of transitioning on to

19   the team.

20            So I was kind of without a great

21   sounding board that I typically have.  And

22   so I don't think that there was a lot of

23   communication within the team.  I was kind

24   of making these calls.

25            MR. PORRITT:  Why don't we go to

1

2          the next exhibit, Elizabeth, which will

3          be the 4047.

4                    (Exhibit 22, document Bates

5          stamped JPMS40437 marked for

6          identification, as of this date.)

7     Q.     I placed before the witness a

8   document marked as Exhibit 22.  It's an

9   e-mail Bates stamped JPMS40437.

10               Do you see that, Mr. Brinkman?

11     A.     Yes.

12     Q.     Do you recognize this document?

13     A.     Yes.

14     Q.     What is it?

15     A.     This is similar to the earlier

16   e-mail we looked at which is me e-mailing

17   research management at JP Morgan the EQR

18   approval request e-mail group that the

19   supervisory analysts are cc'd on requesting

20   this time not to raise the price target by

21   more than 50 percent, but to lower the

22   price target -- I am sorry, not to raise

23   the price target --

24               (Reporter clarification)

25     A.     OK, this is similar to the other

1

2   e-mail, but instead of requesting that I

3   raise the price target by more than 20

4   percent, I need to request permission to

5   lower the price target by more than 20

6   percent.  I provide my rationale there and

7   then paste it in the text of the note as

8   well.

9        Q.    And this is sent in looking at --

10   sent August 20, 2018, 6:03 a.m. suggests

11   that it is 2:03 a.m. on Monday morning.  I

12   don't know exactly -- do you recall sending

13   this e-mail early in the morning on that

14   Monday?

15        A.    I think I do, yeah.

16              It was a momentous time for me.

17        Q.    Do you recall discussing this

18   e-mail and this note with anyone before

19   sending this e-mail?

20        A.    No, I believe I authored this

21   note by myself in isolation.

22        Q.    And this e-mail reflects your

23   thinking at the time regarding Tesla as of

24   August 20, 2018?

25        A.    Yes.

1

2       Q.    Why don't we mark the next

3  exhibit, Exhibit 23, which will be the

4  August 20 report.

5            (Exhibit 23, document Bates

6       stamped JPMS000001 marked for

7       identification, as of this date.)

8       Q.    I'll place before the witness a

9  document marked Exhibit 23.  And it is a

10  note research note dated 20 August 2018

11  Bates stamped JPMS000001.

12            Is that document in front of you?

13       A.    Yes.

14       Q.    Do you recognize this document?

15       A.    Yes.

16       Q.    What this document?

17       A.    This is the second note that I

18  published on the topic of Tesla potentially

19  going private and it is essentially undoing

20  the first note.

21            The first note was to increase

22  the price target from 195 dollars to 308

23  dollars by equal-weighting my 195 price

24  target 50 percent and the go-private offer

25  of 420 dollars at 50 percent.

Page 106

1

2          This note removes the 420

3    dollars, and therefore, the 420 dollar 50

4    percent weighting and, therefore, lowers

5    the price target back down to 195 dollars

6    given -- the title of the note is reverting

7    to valuing TSLA shares on fundamentals

8    alone, given funding appears to not have

9    been secured.  Price target back to 195

10   dollars.

11       Q.    Once again, this note reflects

12   your views on the -- on Tesla and the

13   going-private transaction at the time it

14   was published in August 20, 2018?

15       A.    Yes.

16          MR. PORRITT:  If -- we have been

17       over -- Ms. Bowman, how long have we

18       been going or the videographer can tell

19       us.

20          Are you all right, Mr. Brinkman,

21       do you want to keep going, or take a

22       five-minute, ten-minute break.

23          THE WITNESS:  Why don't we take

24       one of those 120-second breaks.  I'll

25       be right back.

1

2                      CERTIFICATE

3  STATE OF NEW JERSEY )
                        )ss:
4  COUNTY OF UNION      )

5         I, MARY F. BOWMAN, a Registered

6  Professional Reporter, Certified

7  Realtime Reporter, and Notary Public

8  within and for the State of New Jersey,

9  do hereby certify:

10         That RYAN BRINKMAN, the witness

11  whose deposition is hereinbefore set

12  forth, was duly sworn by me and that

13  such deposition is a true record of the

14  testimony given by such witness.

15         I further certify that I am not

16  related to any of the parties to this

17  action by blood or marriage and that I

18  am in no way interested in the outcome

19  of this matter.

20         In witness whereof, I have

21  hereunto set my hand this 14th day of

22  May, 2021.

23
                    _Mary F. Bown_
24        _____
                    MARY F. BOWMAN, RPR, CRR
25

EXCERPTS FROM THE DEPOSITION OF
ELON MUSK
TAKEN NOVEMBER 5, 2021

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4   IN RE TESLA, INC. SECURITIES) Case No.
    LITIGATION                   ) 3:18-cv-04865-EMC
5                                )
                                 )
6                                )
                                 )
7                                )
                                 )
8   _____)

9       _____

10                 CONFIDENTIAL

11      ORAL AND VIDEOTAPED DEPOSITION OF

12                  ELON MUSK

13             NOVEMBER 5, 2021
        _____

14

15      ORAL AND VIDEOTAPED DEPOSITION OF ELON MUSK,

16   produced as a witness at the instance of the Plaintiff,

17   and duly sworn, was taken in the above-styled and

18   numbered cause on November 5, 2021, from 10:32 a.m. to

19   8:04 p.m., before Candice Andino, Certified Shorthand

20   Reporter in and for the State of Texas, reported by

21   machine shorthand, at Armbrust & Brown, PLLC, 100

22   Congress Avenue, Suite 1300, Austin, Texas, pursuant to

23   Notice and in accordance with the Federal Rules of Civil

24   Procedure.

25   JOB NO. 202221

Confidential

 1               A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:

 3        LEVI & KORSINSKY
          BY:  MR. NICHOLAS PORRITT
 4             MS. ELIZABETH TRIPODI
               MS. KATHY AMES VALDIVIESO
 5        1101 30th Street N.W.
          Washington, DC 20007
 6

 7

 8
     FOR THE DEFENDANTS:
 9
          COOLEY
10        BY:  MR. STEPHEN NEAL
          3175 Hanover Street
11        Palo Alto, California 94304

12

13   ALSO PRESENT:

14        CASEY MUMMERT, Videographer

15        CANDACE JACKMAN, Tesla in-house counsel

16        JOSHUA WALDEN (appearing telephonically)

17

18

19

20

21

22

23

24

25

Confidential

1          FRIDAY, NOVEMBER 5, 2021, 10:32 A.M.

2                    AUSTIN, TEXAS

3          THE VIDEOGRAPHER:  Good morning.  This is

4   the start of media labeled Number 1 of the video

5   recorded deposition of Mr. Elon Musk, in the matter in

6   re Tesla, Inc. Securities Litigation, in the US District

7   Court Northern District of California, San Francisco

8   Division, No. 3:18-cv-04865-EMC.

9          This deposition is being held at the law

10  offices of Armbrust & Brown on November 5th, 2021, at

11  approximately 10:32 a.m.

12          My name is Casey Mummert.  I'm the legal

13  video specialist from TSG Reporting, Inc. headquartered

14  in 228 East 45th Street, Suite 810, New York, New York

15  10017.

16          The court reporter is Candice Andino in

17  association with TSG Reporting.

18          Counsel, please introduce yourselves.

19          MR. PORRITT:  Excuse me.  Nicholas Porritt

20  of the firm of Levi & Korsinsky on behalf of the

21  Plaintiff and the Class.

22          MS. AMES VALDIVIESO:  Kathy Ames on behalf

23  of Plaintiff.

24          MS. TRIPODI:  And Elizabeth Tripodi with

25  Levi & Korsinsky on behalf of Plaintiff.

Confidential

```
 1                    MR. NEAL:  And I'm Stephen Neal of Cooley

 2   representing Mr. Musk and the other defendants in this

 3   case.

 4                    MS. JACKMAN:  Candace Jackman, in-house

 5   counsel with Tesla.

 6                    (Witness sworn.)

 7                    THE WITNESS:  I do.

 8                         ELON MUSK,

 9   having been first duly sworn, was examined and testified

10   as follows:

11                         EXAMINATION

12   BY MR. PORRITT:

13       Q.  Good morning, Mr. Musk.

14       A.  Good morning.

15       Q.  As you just heard, my name is Nicholas Porritt.

16   I'm one of the counsel for the plaintiffs in this

17   matter.

18       A.  Okay.

19       Q.  I'll be taking your deposition today.  I know

20   you've been deposed before, but I'll just quickly go

21   over a couple of ground rules just to -- just to make

22   sure we're all on the same page.  Excuse me.

23                    One is we are creating a written record.

24   You can see Candice here is writing down what I say and

25   will write down what you say.  So, with that in mind,
```

1    including price.

2                    So how does that work if -- therefore,

3    there couldn't be a limit, could there?

4         A.  Well, the funding would be secured provided

5    there was a reasonable premium to the take-private, but

6    not if the stock went to some exorbitant number.  The

7    reason I included the number of 420 -- $420 per share

8    was to make it clear that the funding was secured at

9    that level, but not at some much higher level.

10                   That is why I specifically mentioned a

11   20 percent premium over the stock price.  Funding was

12   secured at that level, a reasonable premium, to the

13   take-private, but not at some much higher premium.

14                   And, if I wanted to really burn the shorts,

15   if that -- if that was my goal, I would not have put a

16   price number in there.  I would have left the price

17   open-ended.  That would have been the way to actually

18   burn the shorts.  That would have been the way to cause

19   them the most amount of harm would be to leave that

20   number open-ended.  By putting a number in there that

21   was a 20 percent premium over the short -- over the --

22   the stock price actually reduced the harm to the shorts.

23        Q.  And it also had the effect of potentially

24   reducing what you might pay for a going-private

25   transaction; correct?

Confidential

1     A.  Yeah.  I mean, I thought the -- it would make

2   sense to elaborate on and have a broader communication.

3     Q.  Okay.  Why didn't you have this communication

4   in mind before you sent your tweet contained in

5   Exhibit 8?

6     A.  Well, like I said, I thought the -- there was

7   potential for a leak of the -- the going-private

8   situation.  And so the -- it was important, therefore,

9   to communicate what I thought were the three most

10   salient points, the three most important points that I

11   was thinking about Tesla -- taking Tesla private, that

12   the price would be $420, and that I felt confident that

13   funding was secured at that price.

14     Q.  But then why was a broader -- I mean, I'm

15   sorry.  We seem to be going around in circles.

16                 Then why did you agree that a broader

17   communication was needed, then, if all the relevant

18   information was contained in the tweet in Exhibit 8?

19     A.  I didn't say "all the relevant information."  I

20   said I thought the most important points were that I was

21   considering taking Tesla private.  Not that I would take

22   Tesla private, but that I was considering it, that the

23   price that I was considering doing so at was $420, and

24   that I felt confident funding was secured, obviously, at

25   that price point.

1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3                       SAN FRANCISCO DIVISION

4  IN RE TESLA, INC. SECURITIES) Case No.
   LITIGATION                   ) 3:18-cv-04865-EMC
5                               )
                                )
6                               )
                                )
7                               )
                                )
8  _____)

9                     REPORTER'S CERTIFICATION

10             ORAL AND VIDEOTAPED DEPOSITION OF

11                          ELON MUSK

12                     NOVEMBER 5, 2021

13

14       I, CANDICE ANDINO, Certified Shorthand Reporter in

15  and for the State of Texas, hereby certify to the

16  following:

17       That the witness, ELON MUSK, was duly sworn by the

18  officer and that the transcript of the oral deposition

19  is a true record of the testimony given by the witness;

20       I further certify that pursuant to FRCP Rule

21  30(f)(1) that the signature of the deponent:

22       _____ was requested by the deponent or a party

23  before the completion of the deposition and returned

24  within 30 days from date of receipt of the transcript.

25  If returned, the attached Changes and Signature Page

Confidential

Page 300

1    contains changes and the reasons therefor;

2         __X__ was not requested by the deponent or a party

3    before the completion of the deposition.

4         I further certify that I am neither attorney nor

5    counsel for, related to, nor employed by any of the

6    parties to the action in which this testimony was taken.

7         Further, I am not a relative or employee of any

8    attorney of record in this cause, nor do I have a

9    financial interest in the action.

10        Subscribed and sworn to on this 10th day of

11   November, 2021.

12

13        _____

14        CANDICE ANDINO, Texas CSR No. 9332, RMR
          Expiration Date:  8/31/23
15        TSG Reporting, Inc.
          Firm Registration No. 615
16        747 Third Avenue, 10th Floor
          New York, New York 10017
17        (877) 702-9580

18

19

20

21

22

23

24

25

EXCERPTS FROM THE SEC TESTIMONY OF
ELON MUSK
TAKEN AND RECORDED AUGUST 29, 2018

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:         )   File No. SF-04082-A
                          )   AMENDED 9-5-2018
                          )            9-10-2018
TESLA MOTORS, INC.        )   CONFIDENTIAL

WITNESS:  Elon Musk
PAGES:    1 through 283
PLACE:    44 Montgomery Street
          Suite 2800
          San Francisco, California
DATE:     Wednesday, August 29, 2018

     The above-entitled matter came on for hearing,
pursuant to notice, at 9:17 a.m.

Diversified Reporting Services, Inc.
        (202) 467-9200



EXHIBIT 330
Elon Musk
11/5/2021
Reported by: Candice Andino
TX CSR No. 9332, RMR

CONFIDENTIAL

Page 2

```
 1    APPEARANCES:

 2

 3

 4    On behalf of the Securities and Exchange Commission:

 5         WALKER NEWELL, ESQ.

 6         STEVEN D. BUCHHOLZ, ESQ.

 7         E. BARRETT ATWOOD, ESQ.

 8         BRENT SMYTH, ESQ.

 9         44 Montgomery Street, 28th Floor

10         San Francisco, California 94104

11         (415) 705-2325

12         newellw@sec.gov

13         buchholzs@sec.gov

14

15

16         CHERYL L. CRUMPTON, ESQ.

17         TED YU, ESQ.

18         100 F Street, N.E.

19         Washington, D.C. 20549

20         (202) 551-5000

21         crumptonc@sec.gov

22

23

24

25
```

SEC-EPROD-000016110

Page 3

```
 1    APPEARANCES(CONT.):

 2

 3    On behalf of the Witness:

 4

 5        STEVEN FARINA, ESQ.

 6        DANE BUTSWINKAS, ESQ.

 7        Williams & Connolly

 8        725 Twelfth Street, N.W.

 9        Washington, D.C. 2005

10        (202) 434-5000

11        sfarina@wc.com

12

13

14

15        TERENCE M. HEALY, ESQ.

16        ROEL C. CAMPOS, ESQ.

17        Hughes Hubbard &  Reed

18        1775 I Street, N.W. Suite 600

19        Washington, D.C 20006

20        (202) 721-4600

21        terence.healy@hugheshubbard.com

22

23

24

25
```

CONFIDENTIAL

Page 4

```
 1   APPEARANCES(CONT):

 2

 3   On behalf of the Witness(cont.):

 4        BRADLEY J. BONDI, ESQ.

 5        Cahill Gordon & Reindel, LLP

 6        1990 K Street, N.W. Suite 950

 7        Washington, D.C. 20006

 8        (202) 862-8900

 9        bbondi@cahill.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL

SEC-EPROD-000016112

```
 1   APPEARANCES(CONT.):

 2

 3   Also Present:

 4        Lucien Newell, Video Operator

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL

SEC-EPROD-000016113

Page 9

1                   P R O C E E D I N G S

2                   (SEC Exhibit No. 1 was marked

3                      for identification.)

4           VIDEO OPERATOR:  Here begins DVD No. 1 in the

5    testimony of Elon Musk in the investigation by the U.S.

6    Securities and Exchange Commission in the Matter of:

7    Tesla Motors, Inc., File SF-04082-A

8           Today's date is August 29th, 2018.  The time on the

9    video monitor is 9:17.  The video operator today is Lucien

10   Newell, employed by Behmke Reporting and Video Services, Inc.,

11   subcontracted by Diversified Reporting Services, Inc.

12          This video investigation is taking place at 44

13   Montgomery Street, Suite 2800, San Francisco.  The court

14   reporter today is Mary Bardellini, Certified Shorthand

15   Reporter, contracted by Behmke Reporting and Video

16   Services, Inc., and subcontracted by Diversified Reporting

17   Services.

18          Counsel, please voice identify yourselves for the

19   record.

20          MR. FARINA:  Steve Farina, Williams and Connolly,

21   on behalf of the witness.

22          MR. HEALY:  Terence Healy, Hughes Hubbard & Reed,

23   LLP, on behalf of the witness.

24          MR. CAMPOS:  Roel Campos, Hughes Hubbard & Reed,

25   on behalf of the witness.

SEC-EPROD-000016117

Page 10

1              MR. BONDI:  Brad Bondi, Cahill, Gordon &
2     Reindel on behalf of the witness and the company.
3              MR. BUTSWINKAS:  Dane Butswinkas, Williams and
4     Connolly, on behalf of Mr. Musk.
5              MR. NEWELL:  I'm Walker Newell, Securities and
6     Exchange Commission.  With me are Steven Buchholz, Cheryl
7     Crumpton, Barrett Atwood and Brent Smyth, and with us via
8     the video is Ted Yu.
9              Mr. Musk, please raise your right hand.
10    Whereupon,
11                        ELON MUSK
12    was called as a witness and, having been first
13    duly sworn, was examined and testified as follows:
14                        EXAMINATION
15         BY MR. NEWELL:
16         Q    Please state your full name and spell it for the
17    record.
18         A    Elon Reeve Musk, E-L-O-N, R-E-E-V-E, M-U-S-K.
19         Q    We're going to do a little redux of what we just
20    did for the record again.  So, apologies for the
21    redundancy.
22              Again, my name is Walker Newell.  With me are
23    Steven Buchholz, Cheryl Crumpton, Barrett Atwood, Brent
24    Smyth and Ted Yu on video from Washington, D.C.  We're
25    officers of the Commission for purposes of this

CONFIDENTIAL

1    Same question here.  What was your level of certainty that
2    the transaction would be consummated at the time that you
3    wrote this tweet?
4        A    I mean, probably roughly 50 percent.  Maybe a
5    little -- maybe a little higher than 50 percent, but
6    something close to that.  At the time I would have
7    probably said more likely than not but, you know.  Like I
8    wasn't sure if I would even want to finalize a proposal to
9    the board.  That's why I said considering.  If I said I'm
10   going to put -- I didn't say I was going to give some like
11   final proposals to the board, I was considering it, it's a
12   lot to consider.  Especially the opinions of long-time
13   shareholders.
14           So that's really, that's it.  It was really --
15   it's pretty straightforward.
16           It was like, I wonder what people think
17   about going private?  And, like I said, with the benefit of
18   hindsight of course -- if I had a hindsight machine that
19   would be really great.  That would be like --
20           MR. HEALY:  Your next project?
21           THE WITNESS:  Yes, a hindsight machine
22   would be really helpful.  But --
23   but with the benefit of hindsight, I was wrong about the
24   desire of -- or the interest in the existing shareholders
25   to go private.  That was incorrect.  They were about --

CONFIDENTIAL

SEC-EPROD-000016366

```
 1              PROOFREADER'S CERTIFICATE
 2
 3   In the Matter of:   TESLA MOTORS, INC.
 4   Witness:            Elon Musk
 5   File Number:        SF-04082-A
 6   Date:               Wednesday, August 29, 2018
 7   Location:           San Francisco, California
 8
 9        This is to certify that I, Christine Boyce,
10   (the undersigned) do hereby swear and affirm that the
11   attached proceedings before the U.S. Securities and
12   Exchange Commission were held according to the record,
13   and that this is the original, complete, true and
14   accurate transcript, which has been compared with the
15   reporting or recording accomplished at the hearing.
16
17
18   ___Chr E.Boyce___          ___8-30-18___
19    (Proofreader's Name)          (Date)
20
21
22
23
24
25
```

CONFIDENTIAL

SEC-EPROD-000016390

```
 1   STATE OF CALIFORNIA      )

 2                            )   ss

 3   COUNTY OF SAN FRANCISCO )

 4        I hereby certify that the investigative hearing

 5   was reported by me in the within-entitled cause; that said

 6   hearing was taken at the time and place herein named; that

 7   the hearing is a true record of the witness' testimony as

 8   reported by me, a duly certified shorthand reporter and a

 9   disinterested person, and was thereafter transcribed into

10   typewriting by computer.

11        I further certify that I am not interested in the

12   outcome of the said action, nor connected with, nor

13   related to any of the parties in said action, nor to their

14   respective counsel.

15        IN WITNESS WHEREOF, I have hereunto set my hand

16   this 30th day of August, 2018.

17

18

19                  Mary Bardellini, CSR 2976

20            MARY BARDELLINI, CSR No. 2976

21               STATE OF CALIFORNIA

22

23

24

25
```

CONFIDENTIAL

EXCERPTS FROM THE DEPOSITION
OF JOSEPH FATH
TAKEN JULY 12, 2021

1    UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4    ------------------------------)

5    IN RE TESLA, INC.

6    SECURITIES LITIGATION        Civil Action No.

7                                 3:18:cv-04865-EMC

8    ------------------------------)

9

10

11

12          REMOTE DEPOSITION OF JOSEPH FATH

13               New York, New York

14                July 12, 2021

15

16

17

18

19

20

21

22

23

24    Reported by:
      Linda Salzman
25    JOB NO. 196636

1              July 12, 2021

2              12:15 p.m.

3

4       Remote deposition of JOSEPH

5    FATH, the witness herein, held

6    remotely before Linda Salzman, a

7    Notary Public of the State of New

8    York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   A P P E A R A N C E S:

 2

 3       LEVI & KORSINSKY

 4       Attorneys for Plaintiffs

 5            1101 30th Street, Northwest

 6            Washington, D.C.  20007

 7       BY:   NICHOLAS PORRITT, ESQ.

 8            KATHY AMES VALDIVIESO, ESQ.

 9

10       COOLEY

11       Attorneys for Tesla

12            3175 Hanover Street

13            Palo Alto, California 94304

14       BY:   PATRICK GIBBS, ESQ.

15            BINGXIN WU, ESQ.

16

17       T. ROW PRICE

18       Attorneys for the Witness

19            100 East Pratt Street

20            Baltimore, Maryland 21202

21       BY:   CHRIS SHAHEEN, ESQ.

22

23

24   Also Present:

25   LEM LATTIMER, Videographer
```

```
 1              THE VIDEOGRAPHER:  Thank you.
 2      This is the start of media labeled No.
 3      1 of the video-recorded deposition of
 4      Joseph Fath in the matter of In re:
 5      Tesla, Inc. Securities Litigation on
 6      July 12, 2021, at approximately 12:16
 7      p.m.
 8              All appearances are noted on the
 9      record.  Will the court reporter
10      please swear in the witness.
11 J O S E P H   F A T H,
12      called as a witness, having been duly
13      sworn by a Notary Public, was examined
14      and testified as follows:
15 EXAMINATION BY
16 MR. PORRITT:
17      Q.    Good afternoon, Mr. Fath.  My
18 name is Nicholas Porritt.  I'm with the
19 law firm of Levi & Korsinsky representing
20 the plaintiff Glen Littleton and the class
21 in this action.
22              Could you start off by just
23 stating your full name and position at T.
24 Rowe Price?
25      A.    Joseph Fath, F-A-T-H.  I run the
```

Page 48

```
 1    have an interest to do that if that came
 2    to bear.
 3        Q.    And is that something you had
 4    considered before?
 5        A.    Yes.  We've been private
 6    investors in our public mutual funds for
 7    many years.  I believe beginning back in
 8    2007, we started private investing, as
 9    well as public investing.
10        Q.    Is that something you considered
11    before with regard to Tesla?
12        A.    No, it was not.
13        Q.    Looking at -- back to Exhibit 44
14    the second sentence, you write, "I know
15    some separate accounts would be disallowed
16    given charter and I have Bonnie working up
17    those numbers now."
18            Do you see that?
19        A.    I do.
20        Q.    What do you mean when you say,
21    "would be disallowed given charter"?
22        A.    Some separate accounts have
23    mandates on their accounts that do not
24    allow privates, and so those accounts
25    aren't able to participate in a private
```

Page 49

1    transaction.

2            So if we own Tesla in their

3    accounts publicly, we would have to

4    dispose of those shares upon a takeout

5    because those accounts would not be able

6    to go along privately if the company was

7    to go private.

8        Q.    You next write, "Company is

9    reaching out to the large holders now.

10   Good chance I get a call from Elon

11   directly later in the week."

12            Do you see that?

13       A.    I do.

14       Q.    As of this time August 18, 2018,

15   11:11 a.m., had you spoken to Elon Musk

16   about this potential transaction?

17       A.    I had not.

18       Q.    Do you know if anyone from T.

19   Rowe Price had spoken to Elon Musk

20   directly about this transaction?

21       A.    I know they did not.  There's

22   emails that you have in your other

23   documentation.

24            His chief of staff, his name was

25   Sam -- I can't recall his last name --

```
 1              So he was willing -- if it were

 2   to go private, he would be willing to take

 3   exposure to only 50 basis points.  Given

 4   we all factor in illiquid securities and

 5   how much exposure we have there, illiquid

 6   securities clearly have more risk than

 7   liquid securities, given our inability to

 8   sell.

 9      Q.     So would Mr. Spencer's fund

10   maintain its position in Tesla as a

11   private company?

12      A.     It would, but a smaller position

13   than he had as a public company.

14      Q.     So he would reduce his holding?

15      A.     Correct.

16          MR. PORRITT:  Kathy, would you

17   bring over 16, Bates-stamp 16.

18          MS. VALDIVIESO:  Yes, Nick.  16

19   is uploaded.  It's there.

20          (Fath Exhibit 46, Email, Bates

21   No. TRP_000016, marked for

22   identification, as of this date.)

23          MR. PORRITT:  So I've placed

24   before the witness a document marked

25   as Exhibit 46.
```

1              C E R T I F I C A T E

2    STATE OF NEW YORK      )

3                           : ss

4    COUNTY OF NEW YORK     )

5

6              I, Linda Salzman, a Notary

7         Public within and for the State of

8         New York, do hereby certify:

9              That JOSEPH FATH, the witness

10        whose deposition is hereinbefore set

11        forth, was duly sworn by me and that

12        such deposition is a true record of

13        the testimony given by the witness.

14             I further certify that I am not

15        related to any of the parties to

16        this action by blood or marriage,

17        and that I am in no way interested

18        in the outcome of this matter.

19             IN WITNESS WHEREOF, I have

20        hereunto set my hand this 18th day

21        of July, 2021.

_Linda Salzman_

22        _____

23                   Linda Salzman

24

25

EXCERPTS FROM THE DEPOSITION
OF DANIEL FISCHEL
TAKEN MARCH 28, 2022

Confidential

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4
   _____)
5                                  )
   IN RE TESLA, INC.,              )
6                                  )
   SECURITIES LITIGATION           )Civil Action No.
7                                  )3:18-cv-04865-EMC
                                   )
8  _____)

9

10

11

12          * C O N F I D E N T I A L *

13

14

15    REMOTE VIDEOTAPED DEPOSITION OF DANIEL FISCHEL

16               Monday, March 28, 2022

17                 Chicago, Illinois

18

19

20

21

22

23  Reported By: TRICIA J. LATHOURIS, CSR, RPR

24  JOB NO. 208865

25

Confidential

1

2

3

4          Monday, March 28, 2022

5          10:05 AM

6

7

8          VIDEOTAPED DEPOSITION OF DANIEL FISCHEL,

9  held remotely via Zoom videoconference before Tricia

10 J. Lathouris, CSR, RPR.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1  A P P E A R A N C E S:

 2  (All counsel appearing remotely.)

 3

 4         Levi & Korsinsky, LLP

 5         BY:   NICHOLAS PORRITT, ESQ

 6               ALEXANDER KROT, ESQ.

 7               PAMELA HUNTER, ESQ.

 8               1101 30th Street NW

 9               Washington, DC 20007

10         APPEARED ON BEHALF OF THE PLAINTIFFS;

11

12

13

14         Quinn Emanuel Urquhart & Sullivan, LLP

15         BY:   JESSE BERNSTEIN, ESQ.

16               ANDREW ROSSMAN, ESQ.

17               51 Madison Avenue

18               New York, New York 10010

19         APPEARED ON BEHALF OF THE DEFENDANTS.

20

21

22

23

24  Also Present:   Phil Rizzuti, Videographer

25
```

1       THE VIDEOGRAPHER:   Good morning, Counsel.   My

2   name is Phil Rizzuti.   I am a legal videographer in

3   association with TSG Reporting, Inc.

4           Due to the severity of the COVID-19 and

5   following the practice of social distancing, I will

6   not be in the same room with the witness.   Instead,

7   I will record this videotaped deposition remotely.

8   The reporter, Tricia Lathouris, also will not be in

9   the same room and will swear the witness remotely.

10          Do all parties stipulate to the validity of

11  this video recording and remote swearing, and that

12  it will be admissible in the courtroom as if it had

13  been taken following Rule 30 of the Federal Rules of

14  Civil Procedure and the State's rules where this

15  case is pending?

16      MR. PORRITT:   Yes.

17      MR. BERNSTEIN:   Yes, on behalf of defendants.

18      THE VIDEOGRAPHER:   Thank you.

19      This is the start of media labeled Number One

20  of the video recorded deposition of Mr. Daniel

21  Fischel in the matter of In Re:   Tesla, Inc.

22  Securities Litigation, in The United States District

23  Court for the Northern District of California, San

24  Francisco Division, Civil Action No. 3:18-CV-04865.

25          This deposition is being held on March 28,

Confidential

1   2022 at approximately 10:05 AM.  My name is Phil

2   Rizzuti.  I am the legal video specialist from TSG

3   Reporting, Inc.  The court reporter is Tricia

4   Lathouris in association with TSG Reporting.

5           Counsels' appearances have already been

6   noted on the record by the court reporter.

7           Will the court reporter please swear in the

8   witness.

9                   D A N I E L   F I S C H E L,

10  called as a witness, having been first duly sworn by

11  a Notary Public, was examined and testified as

12  follows:

13                  EXAMINATION

14  BY MR. PORRITT:

15    Q   Good morning, Mr. Fischel.  As you may have

16  heard --

17    A   Good morning.

18    Q   -- my name is Nick Porritt.  I'm one of the

19  attorneys representing the plaintiff and the class

20  in this matter.  Just some quick housekeeping before

21  we start.

22          So is it correct that you've been retained

23  as an expert by defendants in this case?

24    A   Yes.

25    Q   And you have been asked and have submitted

1  going-private transactions, the use and misuse of

2  event studies, how to analyze inflation in

3  securities fraud cases based on economic evidence.

4  Those are the things that come to mind.

5    Q   Did you, yourself, conduct any event

6  studies in this case?

7    A   I think, if I remember correctly, we

8  originally looked at an event study that we did in

9  another matter involving Tesla.  And then after

10  that, we looked at Dr. Hartzmark's event study.  And

11  there really wasn't a dispute on the pure statistics

12  as opposed to the interpretation of them, so -- I

13  guess it's -- it's fair to say, looked at both.  And

14  for purposes of this case and Dr. Mark --

15  Dr. Hartzmark is an expert in the case, happy to

16  base opinions on the -- the event study that he did

17  because there wasn't any meaningful difference

18  between the event study that he did and the results

19  that we got ourselves and the event study that we

20  did in connection with another matter.

21    Q   Okay.  What's the other matter you're

22  referring to?

23    A   The Tesla/SolarCity matter.

24    Q   So in connection with the Tesla/SolarCity

25  matter, you did an event study of the market for

1    think it's $23.27, but the correct amount is in

2    Dr. Hartzmark's report.

3              And you don't dispute that's a

4    statistically significant increase in Tesla's stock

5    price?

6         A    No, I don't.

7         Q    And do you dispute that the prices of Tesla

8    stock options were also affected materially

9    immediately following the statements at 12:48 PM on

10   August 7th, 2018?

11        MR. BERNSTEIN:  Objection to form.

12        A    I -- I don't dispute it.  But one of the

13   odd things about Dr. Hartzmark's analysis, I guess,

14   the definition of the class is, you have both call

15   options and put options as part of the class.  And

16   that's a little bit odd in my opinion.

17   BY MR. PORRITT:

18        Q    You understand that defendants stipulated

19   to that class?

20        MR. BERNSTEIN:  Objection to form.

21        A    You know, I -- I don't know one way or the

22   other, so -- I don't understand it, but I don't

23   dispute your -- the premise of your question.

24   BY MR. PORRITT:

25        Q    Have you reviewed the reports submitted by

1 assumed that that structure was feasible?

2      MR. BERNSTEIN:  Objection to form.

3      A   I didn't make any assumption about that one

4 way or the other.

5 BY MR. PORRITT:

6      Q   And to be clear, you've not -- you haven't

7 seen any documents in this case providing more

8 details regarding the structure suggested by

9 Mr. Musk, correct?

10      MR. BERNSTEIN:  Objection to form.

11      A   Well, I haven't looked for any, so I don't

12 recall whether I've seen any or reviewed any.  But

13 as I said, my focus has been on the public

14 statements by Mr. Musk, the board and various

15 different categories of market participants,

16 analysts and the press.

17 BY MR. PORRITT:

18      Q   Now, regarding the public statements of

19 Mr. Musk during the class period, are you offering

20 any opinion regarding the materiality of any of

21 those statements?

22      MR. BERNSTEIN:  Objection to form.

23      A   Well, I think I've already said that the --

24 the August 7th and the other disclosures on August

25 7th, following the tweet but during trading hours,

Confidential

1    those statements collectively were clearly material

2    in terms of the price increase that resulted.

3         I believe, if I remember correctly, that

4    Dr. Hartzmark found that the New York Times story on

5    August 17th also had a statistically significant

6    reaction, and I believe that's correct.  And if I

7    remember correctly, in Dr. Hartzmark's event study,

8    he didn't find any other day to be statistically

9    significant, I -- if I -- recollection that he had

10   some intra-day results that -- where he might have

11   found statistic -- statistical significance.

12        But as I said, for my purposes, I don't --

13   I don't really have any dispute with Dr. Hartzmark's

14   statistical findings as opposed to the

15   interpretation of those findings.

16   BY MR. PORRITT:

17       Q   Is a statistically significant price

18   reaction necessary before any statement or piece of

19   information can be considered material?

20       MR. BERNSTEIN:  Objection to form.

21       A   I -- I think that really depends on the

22   relevant facts and circumstances.

23   BY MR. PORRITT:

24       Q   Well, if it depends on the relevant facts

25   and circumstances, that suggests the statistical

1   occurred in the real world.  And, again, my focus is

2   on Dr. Hartzmark provides no basis for concluding

3   that a different -- that that disclosure, as opposed

4   to a different disclosure, would have had any

5   different effect on Tesla's stock price in terms of

6   its increase on August 7th.  And that being one of

7   the basic flaws in his conclusion.

8          But, again, speaking hypothetically, in

9   light of all the speculation in the analyst reports

10  about what exactly Mr. Musk was referring to when he

11  said funding secured in a transaction that he was

12  considering, if all the information that eventually

13  came out about what he was considering when he made

14  that statement, if that was in the August 7th

15  disclosure, there's no basis.  And certainly,

16  Mr. Hart -- Dr. Hartzmark presents no basis for

17  showing that that alternative hypothetical

18  disclosure would have had any different effect.  Or

19  for that matter, wouldn't have had a more positive

20  effect than the actual disclosure, which occurred on

21  August 7th.

22      Q   You don't think that the mark -- the

23  analyst discussing all funding secured evidences its

24  materiality and impact on stock price?

25      MR. BERNSTEIN:  Objection to form.

Confidential

1      A    I think the entire statement certainly was

2   material in the way that many truthful statements

3   about possible corporate control transactions are

4   typically material.  I believe that.  And I'm not

5   sure if that's responsive to your question.

6   BY MR. PORRITT:

7      Q    Well, have you reviewed the media reaction

8   to the tweets on August 7th?

9      A    Yes, in detail, I have.

10     Q    Okay.  And reviewed the analyst reports

11  that were published on August 7th and August 8th

12  immediately following the tweets?

13     A    Yes.  And I discuss a lot of them in my

14  report.

15     Q    Is it fair to say that some of those

16  analysts placed reliance on the statement "funding

17  secured"?

18     MR. BERNSTEIN:  Objection to form.

19     A    You know, again, I -- it's -- I think you

20  have to be a little bit more specific.  You know, I

21  think the reality is -- and I discuss this in my

22  reports -- the price reaction to the announcement;

23  price rose from approximately $356 to $379 in

24  response to a transaction that Mr. Musk was

25  considering at $420.  So there was a lot of

Confidential

1   Professor Hartzmark's deposition, to the parts of

2   the August 7th disclosure other than the statement

3   about funding, that every -- everything else,

4   according to him, was known beforehand.  I think

5   that's all false, as well.  But --

6   BY MR. PORRITT:

7       Q   Well, one second.  You said in your report

8   that the market knew that Elon Musk wanted to -- was

9   -- wanted to take Tesla private, correct?

10      MR. BERNSTEIN:  Objection to form.

11      A   That's a mischaracterization of what I said

12  in my report and a mischaracterization of why market

13  prices of Tesla increased on August 7th.

14  BY MR. PORRITT:

15      Q   Why did Tesla market prices increase on

16  August 7th?

17      A   Because of the tweet and related

18  disclosures on August 7th about the proposed

19  going-private transaction that Mr. Musk was

20  considering, as he stated.

21      Q   That -- including the disclosure that

22  funding was secured?

23      MR. BERNSTEIN:  Objection to form.

24      A   Including, but not limited to.

25  BY MR. PORRITT:

1    Q   Well, you said that the reasons market

2 participants reacted to the New York Times article

3 was irrelevant for purposes of your analysis, when

4 we were talking about analyst changing their price

5 targets based on the deal.

6    MR. BERNSTEIN:  Objection to form.

7 Mischaracterizes prior testimony.

8    A   Yeah.  That -- that's really a

9 mischaracterization, because I said I have other

10 things to say about the August 17th disclosure.

11        But what I said was, even if I assume that

12 what you're saying is correct, which, as I said, I

13 don't believe it is a fair characterization of the

14 evidence, but even if I assume it, it wouldn't

15 establish that any earlier disclosure was false or

16 the price path that would have occurred if -- as

17 I've said numerous times, if Mr. Musk had said, I'm

18 considering a going-private transaction at a price

19 of $420 where public investors would be allowed to

20 and encouraged to continue, and here's all the

21 information that I'm aware of about why I believe

22 funding is likely to be available or is going to be

23 available for that part of the transaction that has

24 to cover shareholders who want to cash out, what's

25 the evidence that Dr. Hartzmark presents that would

1  be any different -- that the stock path in response

2  to that disclosure would be any different from the

3  stock -- from the price path in response to the

4  actual disclosures?

5          And because there is none, and

6  Dr. Hartzmark presents none, as I've said numerous

7  times, his entire analysis is just a big assumption.

8  There is no analysis.

9      Q   Well, you're discounting 90 pages of

10  analysis in this report, plus detailed appendices --

11      A   No, no, no.  Respectfully --

12     MR. BERNSTEIN:  Objection.  Objection to form.

13      A   Yeah.  I'm not discounting it.  I'm

14  describing that it doesn't establish anything.  It

15  doesn't show that the price path in the real world

16  would have been any different from the price path in

17  some assumed world with only truthful disclosures

18  such as, for example, that Mr. Musk is considering a

19  going-private transaction at $420 a share where

20  public investors would be encouraged to remain in

21  the private entity.

22  BY MR. PORRITT:

23      Q   You don't think --

24      A   Excuse me.  With full disclosure of

25  everything that he knew about funding sources.  The

1  job of an economic expert, if you want to discuss,

2  as you asked me before, what an economic expert

3  typically does is come up with a true value line to

4  distinguish the effect of truthful disclosure from

5  the effect of disclosure that would have occurred in

6  a world in which -- truthful disclosure from the

7  actual world from what, in fact, occurred.  And that

8  difference is inflation, which requires a

9  demonstration of establishing that there's a

10  difference in prices from what would have occurred

11  from what actually occurred.

12          And that's, again, what's just completely

13  lacking in the 90 pages and all the appendices.

14  Again, that's a criticism that I repeat repeatedly

15  in my report.  I also cite Footnote 9 repeatedly in

16  my report, just to say that -- as I say in my report

17  that all of Dr. Hartzmark's analysis is really -- it

18  just boils down to the assumption that's in the

19  second sentence of Footnote 9.  Everything else is

20  just an attempt to make it look like there's a

21  relevant analysis.  But in reality, there is none.

22     Q   You don't think the inclusion of the words

23  "funding secured" effected the market's reaction to

24  Elon Musk's tweet at 12:48 on August 7th, 2018?

25     MR. BERNSTEIN:  Objection to form.  Asked and

Confidential

1    answered.

2        A    The question is whether that disclosure

3    produced a different price path than an alternative

4    truthful disclosure, assuming for the moment that

5    the actual disclosure was false, or at least it's

6    alleged to be false.   In order to say that it

7    affected the price path, you have to say that the

8    actual price path was different from what it would

9    have been had there been accurate disclosure.   And

10   I'm assuming for the moment that the actual

11   disclosure was not accurate, or at least alleged not

12   to be accurate.

13            And so as I've said earlier, if instead of

14   the words used, Mr. Musk had disclosed all the bases

15   for his opinion, that he would be able to secure

16   funding and he believed funding would exist in the

17   August 7th tweet, what's the evidence that the price

18   path would be different?   And for that matter,

19   what's the evidence that the price path -- that the

20   price wouldn't have risen even more if he had

21   provided all of that detail?

22            There is none, and Dr. Hartzmark provides

23   none.   And that's why, as I've said numerous times,

24   his whole damage analysis, what he calls a damage

25   analysis, is just one big assumption with no

1  analysis that's provided that supports the

2  proposition -- his proposition.

3  BY MR. PORRITT:

4      Q    So what would -- how would you go about an

5  -- assessing the potential price path from an

6  alternative truthful disclosure?  Which obviously

7  does not exist, so it's a hypothetical situation.

8      MR. BERNSTEIN:  Objection to form.

9      A    In my opinion, for the reasons that I

10  stated in my original report and my criticisms of

11  Dr. Hartzmark, in light of the economics of the

12  particular transaction where the funding required

13  would be a function of the number of shareholders

14  who did not want to continue, which was not

15  Mr. Musk's expectation, it's not clear to me that

16  there's any, you know, clear way to investigate the

17  issue of whether the price path would be different

18  because there's no reason to believe it would be

19  different.

20  BY MR. PORRITT:

21      Q    Well -- so don't you look at a price

22  reaction when information correctingly disclosure or

23  contradicting the initial disclosures --

24      A    Well, it -- it -- if you could isolate --

25      MR. BERNSTEIN:  Sorry.  Object -- objection to

Confidential

```
 1  form.

 2      A   If you could isolate it here -- you know,

 3  there is something of an experiment of that because

 4  there is the August 13th disclosure where the

 5  discussion that Mr. Musk provides of why he said

 6  funding secured was made, and there's no price

 7  decline.  If anything, there's a non-statistically

 8  significant price increase.

 9          You know, that in itself, while not a clear

10  test itself because it's itself a compound

11  disclosure and there's other disclosures about the

12  -- about funding prior to August 13th.  But at a

13  minimum, it doesn't -- doesn't provide any support

14  for the claim that the entire price decline is

15  attributable to a disclosure when it's actually

16  disclosed for the first time by Mr. Musk, results in

17  a price increase.

18  BY MR. PORRITT:

19      Q   Well, it's also disclosure --

20      A   Let me -- let me just -- let me just finish

21  my answer.

22          As a first approximation, that's

23  inconsistent with the claim that a -- what

24  Dr. Hartzmark claims is a 60-dollar price decline

25  being attributable to an alleged false disclosure
```

```
 1       I apologize for that.  Straightforward -- just

 2  flat out mistaken.

 3  BY MR. PORRITT:

 4      Q    So I placed before the witness a document

 5  marked as 426.  It's an article dated 15 August 2018

 6  from New York Times titled, "A Question For Tesla's

 7  Board:  What Was Elon Musk's Mental State?"

 8           Just take a chance to review this article.

 9  This one is shorter, you'll be pleased to hear.

10      A    Okay.  Okay.  You can scroll down.

11      Q    Is that far enough?

12      A    Well, you can keep scrolling down because

13  I'm up to that point.

14           Okay.  Stop.  Let me just read it -- finish

15  it.

16      Q    Yes, please.

17      A    Can you just go back to the top?

18      Q    Sure.

19      A    Okay.  I've reviewed it.

20      Q    Okay.  Now, obviously, the title of this

21  article directly addresses Elon Musk's state of mind

22  or mental health as of August 15th, 2018, correct?

23      A    That's right.

24      Q    Okay.  Now, following the publication of

25  this article, was there any stock -- statistically
```

1  significant stock price reaction, to your knowledge?

2      A   Not to the best of my knowledge.

3      Q   Okay.  So this is in the same media source,

4  the New York Times, as the August 16th -- August

5  17th article, yet it did not trigger a -- the same

6  market price reaction, correct?

7      A   That's right.  At least, that's -- my

8  recollection is that Dr. Hartzmark did not find any

9  statistically significant reactions until August

10 17th.

11     Q   Okay.  But this does not contain discussion

12 of the absence of funding or the circumstances of

13 the August 7th tweet, correct?

14     A   No, it doesn't.

15     MR. BERNSTEIN:  Objection to form.

16     THE REPORTER:  I'm sorry.  I didn't hear the

17 answer.

18     A   It doesn't appear to.

19 BY MR. PORRITT:

20     Q   Okay.

21     A   I mean, it does talk about -- in the

22 opinion of the writer, that it stated was impulsive

23 -- or some of the people quoted in the article that

24 his statement was impulsive.

25     Q   Doesn't that suggest to you that it was the

1   information about the circumstances of the tweet and

2   the going-private transaction published just over a

3   day later by the New York Times that drove the stock

4   price reaction as discussed by Ryan Brinkman, the

5   JPMorgan analyst?

6       MR. BERNSTEIN:   Objection to form.

7   Mischaracterizes Mr. Brinkman's testimony and his

8   report to the extent you're referring to his report.

9       A   You know, my analysis wasn't about August

10  17th.  It was informed by what market analysts

11  themselves said in their opinion was the cause of

12  the price decline on August 17th.  So it's not just

13  a matter of my interpretation reading the articles

14  as opposed to looking at the articles which discuss

15  the causes of the price decline in ways that I

16  discuss in my rebuttal report.

17  BY MR. PORRITT:

18      Q   And you choose certain analysts and don't

19  discuss other analysts; isn't that correct?

20      MR. BERNSTEIN:  Objection.  Form.

21      A   I -- I think by definition, that's true.

22  You can't -- there's so many analysts, there's such

23  voluminous commentary about this potential

24  transaction on every day, it's necessary to be, you

25  know, somewhat selective in which analysts are

1      A    I don't believe he stated that he made a

2  misrepresentation, in the article or anywhere else.

3  BY MR. PORRITT:

4      Q    So we've been talking about the August 7th

5  tweets and talking primarily about the first tweet,

6  the 12:48 PM tweet; isn't that correct?

7      A    I think various questions and answers have

8  dealt with other things that came out on August 7th,

9  so I wouldn't -- I wouldn't agree that that was the

10  only thing we were talking about.

11      Q    Towards the end of the day, at 3:36 PM,

12  Musk sends another tweet forwarding an email he had

13  sent to Tesla employees called "Taking Tesla

14  Private."  And then the tweet commented, "Investor

15  support is confirmed.  Only reason why this is not

16  certain is that it's contingent on the shareholder

17  vote."

18          Do you recall that tweet?

19      A    I do.

20      Q    Okay.  Was that new information for the

21  market?

22      MR. BERNSTEIN:  Objection to form.

23      A    Yes.  I -- I think everything about the

24  proposed transaction that he was considering was new

25  information in the sense that it resulted in a huge

Confidential

1  price increase, a statistically significant price

2  increase, on that day.

3  BY MR. PORRITT:

4      Q   If I can refer you back to your rebuttal

5  report, Exhibit 423.

6      A   Okay.

7      Q   Paragraph 7; do you see that?

8      A   Yes, I see that.

9      Q   All right.  This -- you write,

10 "Dr. Hartzmark opines that had the alleged fraud not

11 occurred, Tesla's stock price would have traded on

12 every day during the class period at his adjusted

13 price of $312.90."

14         Do you see that?

15     A   I do.

16     Q   And you cite to Hartzmark report, Paragraph

17 174?

18     A   Correct.

19     Q   Okay.  Can you turn to Paragraph 174 of the

20 Hartzmark report, Exhibit 375?

21     A   Hold on.  What paragraph did you say?  I'm

22 sorry.

23     Q   It's 174.

24     A   Hold on.

25         Okay.  I've got it.

Confidential

1      A    I have it in front of me.

2      Q    And you once again characterize

3  Dr. Hartzmark as opining "that had there been no

4  alleged misrepresentations and/or omissions, the

5  price of Tesla's stock would have immediately

6  reflected all of the negative consequences that

7  supposedly were priced in during the remainder of

8  the class period."

9          Do you see that?

10     A    I do.

11     Q    Okay.   As we looked at in Dr. Hartzmark's

12 Paragraph 174 we were just reading, that's not

13 correct, is it?

14     MR. BERNSTEIN:   Objection to form.

15 Argumentative.

16     A    I think what we just looked at, in my

17 opinion, what I said in my rebuttal report is

18 clearly supported by the citation that I gave to

19 what Dr. -- Dr. Hartzmark claimed in his report.

20 BY MR. PORRITT:

21     Q    And if you go to the next paragraph,

22 Paragraph 13, you write in the last sentence of that

23 paragraph, "However, had Mr. Musk tweeted that he

24 was considering taking Tesla private at 420 per

25 share without making any alleged misrepresentations

 1  or omissions, it is reasonable to believe that

 2  Dr. Hartzmark's criteria would have behaved

 3  similarly."

 4          Do you see that?

 5      A   I do.

 6      Q   And what are the criteria you're referring

 7  to?

 8      A   The price increase and subsequent decrease,

 9  the level of volume, the scrutiny of regulators, the

10  focus of Tesla's board, substantial news and analyst

11  coverage.  Exactly what I say in my report.

12      Q   Okay.  This is just a straight assumption

13  on your part, correct?

14      MR. BERNSTEIN:  Objection to form.

15      A   No.  It's -- it's highlighting what I

16  discussed numerous times, that Dr. Hartzmark makes

17  this assumption that because of an allegedly false

18  disclosure, which he focuses on funding, there was a

19  $66 decline in Tesla's stock price resulting from

20  the elimination of artificial inflation, which would

21  have been the price adjusted for market and industry

22  factors, to use his term, throughout the class

23  period.

24  BY MR. Porritt:

25      Q   What is --

```
 1      A    Excuse me.  Let me just -- let me just
 2  finish.
 3           And what he doesn't demonstrate or attempt
 4  to demonstrate and what this sentence suggests is,
 5  how is that different -- what does he show that's
 6  different from what would have occurred had the
 7  tweet just said that Mr. Musk is considering a
 8  transaction to take Tesla private at $420, without
 9  making any misrepresentations or omissions?  And
10  there's no demonstration that there would be any
11  difference.
12           And, you know, if anything, I talked about
13  what happened on August 13th where there's -- where
14  there's a slight price increase where he elaborates
15  on what he meant on -- in the tweets on August 7th.
16  I mean, I don't want to keep repeating myself, but
17  that's the fundamental flaw as he, himself, reveals
18  in the second sentence of Footnote 9.
19           It's just a giant assumption that there's
20  this price path resulting from allegedly false
21  information that he nowhere demonstrates, that that
22  price path is any different from what would have
23  occurred without the information that he alleges
24  would have been -- was false, if there had been a
25  correct disclosure instead.
```

Confidential

1      Q    Where do you demonstrate that the price

2  path would have been the same if Mr. Musk had

3  tweeted just the words that you contain here in your

4  Paragraph 13?

5      A    Well, I -- I think a fair interpretation of

6  my report focuses, first of all, on Dr. Hartzmark's

7  damages analysis.  But looking at all the evidence,

8  in light of the background and expertise that I have

9  about going-private transactions, as well as the

10  unique nature of this particular proposed going --

11  going-private transactions, I'm not aware of any

12  evidence to suggest that the price path would have

13  been any different.

14          There's no demonstration by Dr. Hartzmark

15  that the price path would have been any different.

16  There's no economic evidence that I'm aware of,

17  whether or not it was relied upon by Dr. Hartzmark,

18  that the price path would have been any different.

19  You know, obviously there's no way to say with a

20  hundred percent certainty, because all we know is

21  what happened in the real world.  We don't know what

22  could have happened in some alternative world.

23          But we can look at various market tests

24  that exist and what the economic evidence shows.

25  And particularly in this particular case, what

1    evidence Dr. Hartzmark used to establish that there

2    would be a difference of $66 on every day throughout

3    the class period had there been, in his opinion,

4    accurate disclosure.

5              And, as I said, there's no evidence that

6    I'm aware of to support that.  There's no evidence

7    that he even advances to support that other than the

8    just general assumption that he makes in the second

9    sentence of Footnote 9.

10   BY MR. PORRITT:

11       Q   So you have not done an event study

12   considering the impact of the statement "considering

13   taking Tesla private at 420 per share" in isolation

14   on Tesla stock price?

15       MR. BERNSTEIN:  Objection to form.

16       A   Well, if I understand the question

17   correctly, you can't do an event study to a

18   disclosure which is different from whatever occurred

19   in the real world precisely because you can't

20   measure something which never occurred.

21              You can look at economic evidence and

22   various types of economic evidence to draw

23   inferences and analyze whether certain claims are

24   supported by economic evidence or not supported by

25   economic evidence.  And that's basically what I did.

1 tweets?

2    MR. BERNSTEIN:  Objection to form.  Vague and

3 ambiguous.

4    A   I'm not -- I'm not sure what you mean what

5 would I say?  I would say they were made and the

6 stock price reacted the way it did.

7 BY MR. PORRITT:

8    Q   Well, I said -- I asked you -- you said

9 that -- I asked you whether August 17th stock price

10 reaction had no connection with the August 7th

11 tweets and you said, no, I would not say that.

12    MR. BERNSTEIN:  Objection.  Objection to form.

13 Mischaracterizes the question and the answer.

14 BY MR. PORRITT:

15    Q   So that was one of my questions follow-up,

16 but -- so I'll ask the first question again.

17       Do you believe there's any connection

18 between the stock price reaction seen on August 17th

19 and the Elon Musk tweets made on August 7th, 2018,

20 the issue in this lawsuit?

21    A   I mean, when -- when you say any

22 connection, yes, I think there's a connection

23 because the August 17th interview that Mr. Musk gave

24 comes into context of the events that were occurring

25 at the time, which include the August 7th tweet --

Confidential

1  or tweets.  So, yes, I think there's that

2  connection.

3          I -- I don't think you can assume that

4  there's no context that's relevant in connection

5  with the October 17th story and the interview that

6  Mr. Musk gave that produced a story.

7  BY MR. PORRITT:

8      Q   If I can refer you to Paragraph 15 on Page

9  9 of your rebuttal report, Exhibit 423.

10     THE REPORTER:  I'm sorry.  Which exhibit?

11     MR. PORRITT:  423.

12     A   Is that the rebuttal report?

13  BY MR. PORRITT:

14     Q   That is the rebuttal report, yes.

15     A   Okay.  I got it.

16     Q   Again, the last sentence -- I'm always

17  picking on the last sentence of your paragraphs, I

18  think it's just coincidence, but anyway --

19          You write, "He" -- referring to

20  Dr. Hartzmark -- "ignores the fact that market

21  participants understood from the beginning that

22  Mr. Musk's proposal lacked details and quickly

23  understood that it was uncertain."

24          Do you see that?

25     A   I do.

1      MR. BERNSTEIN:  Object to form.

2      A    The closing price on August 9th was lower

3  than the unaffected price on August 7th.  That's

4  what I've said.

5  BY MR. PORRITT:

6      Q    Okay.  Isn't it true that that price on

7  August 9th, 2018 reflects, under Dr. Hartzmark's

8  analysis, some of the consequential harm resulting

9  from Elon Musk's alleged misrepresentations?

10      MR. BERNSTEIN:  Objection to form.

11      A    I understand that Dr. Hartzmark used that

12  terminology, which, again, is -- is new to me in --

13  in my experience.  I understand that he's trying to

14  distinguish between the price increase and something

15  else, so you have to -- he can speak for himself.

16          I mean, my only point is that the price

17  increase resulting from the tweet, the magnitude of

18  that price increase was dissipated by the conclusion

19  of August 9th.

20  BY MR. PORRITT:

21      Q    Would you agree that revelation of

22  misrepresentations, especially intentional

23  misrepresentations, leads to reputational harm for

24  an issuer?

25      MR. BERNSTEIN:  Objection to form.

1       A    I mean, obviously that's possible.  If, you

2    know, there's -- there's some finding that an issuer

3    or a board of an issuer defrauded investors, yes,

4    that -- that could lead to reputational harm.

5    BY MR. PORRITT:

6       Q    Could it also lead to an increased

7    litigation risk for the company?

8       MR. BERNSTEIN:  Objection to form.

9       A    I mean, you want me to assume that there is

10   a revelation of an intentional fraud?

11   BY MR. PORRITT:

12      Q    Correct.

13      A    And if I make that assumption, yes, that

14   could lead to an increase in litigation risk.

15      Q    Okay.  Would it lead to an increase in

16   regulatory risk?

17      MR. BERNSTEIN:  Objection to form.

18      A    Really the same answer.  If I assume a

19   revelation of an intentional fraud, that could lead

20   to and potentially could -- would lead, depending on

21   the circumstances, to an increase in regulatory

22   risk.

23   BY MR. PORRITT:

24      Q    And would those increase in litigation and

25   regulatory risk be reflected in that company's stock

1  price?

2       MR. BERNSTEIN:  Objection to form.

3       A   If it's a publicly-traded company and there

4  was a revelation of an intentional fraud and the

5  consequentials followed as you described, yes, that

6  could -- that would be reflected in the company's

7  stock price.

8  BY MR. PORRITT:

9       Q   Okay.  And you would expect it to lead to a

10  decline in the company's stock price, correct?

11       MR. BERNSTEIN:  Objection to form.

12       A   All else equal, yes, I would.

13  BY MR. PORRITT:

14       Q   At the time, by August 9th, had it been

15  disclosed that the SEC was investigating Elon Musk's

16  August 7th tweets?

17       A   I think, if I remember correctly, there was

18  some disclosure of an SEC investigation on August

19  8th.  I'm not a hundred percent sure of that, I'm

20  just saying that from memory.

21       Q   In your analysis, did you consider whether

22  that announcement explained some or all of the

23  decline in price from August 8th to August 9th

24  leading to the closing price below 356.85 on August

25  9th?

Confidential

Page 198

1  discussed, that's part of the total mix of

2  information that was available to market

3  participants that's reflected in stock prices.

4  BY MR. PORRITT:

5      Q   I think I may have said April, when, in

6  fact, I meant August, but I think you -- I think you

7  interpreted my question correctly.

8          And at what point do you say that the

9  probability of the deal going forward in some form

10  was reduced to zero?

11     A   Well, again, the only thing that I would

12  base my opinion on is what was said publicly, which

13  is -- which occurred on August 24th.

14     Q   And as we saw before the break, that

15  resulted in a statistically insignificant decline in

16  Tesla stock price, correct?

17     A   That's correct.

18     Q   Does that cause you to re-evaluate your

19  conclusion that that was when the probability of the

20  deal went down to zero?

21     MR. BERNSTEIN:  Objection to form.

22     A   No.  Based on the reasons that I gave for

23  the opinion that I expressed about August 24th.

24  BY MR. PORRITT:

25     Q   Is it your opinion that the August 13th,

Confidential

1  2018 blog post was a complete corrective disclosure

2  of any misrepresentation that may have been made on

3  August 7th, 2018?

4       MR. BERNSTEIN:   Sorry.   Can I have that read

5  back?

6            (Record read as requested.)

7       MR. BERNSTEIN:   Objection to form.

8       A    You know, I covered this many times.   I --

9  I don't believe there's any economic evidence to

10 suggest that it's a corrected disclosure because I

11 don't believe Dr. Hartzmark presents any economic

12 evidence that there's any artificial inflation

13 resulting from the August 6th disclosure that needed

14 to be corrected.

15            Beyond that, I think the August 13th

16 disclosure was part of the total mix of

17 publicly-available information that I analyzed.

18 And, as I described, the fact that Tesla stock price

19 did not decline, but increased, the first time when

20 Mr. Musk, himself, explained what he meant by

21 funding secured is fundamentally inconsistent with

22 Dr. Hartzmark's claim that an alleged disclosure

23 defect about funding was responsible for an over $60

24 market adjusted decline in Tesla's stock price.

25            In my opinion, that's an important piece of

Confidential

1  economic evidence that -- among other pieces of

2  economic evidence that I describe in my report --

3  some of which you've asked me about; some of which

4  you haven't -- just further demonstrate that

5  Dr. Hart -- Hartzmark's claimed damage analysis is

6  just a giant assumption as stated in the second

7  sentence of Footnote 9.  And nothing more than that.

8          And it's not just an assumption, it's an

9  assumption that's inconsist -- not just not

10  supported by economic evidence, but contradicted by

11  it.

12  BY MR. PORRITT:

13      Q   Sorry.  Are you finished?

14      A   Yes, I am.

15      Q   I'll put this another way.  Was the -- were

16  the tweets, I understand you say you have to look at

17  them collectively, so this question I'll treat them

18  collectively.

19          Did the -- were the treats issued by Elon

20  Musk on April (sic) 7th, 2018 starting at 12:48 PM

21  and continuing -- I think the last one is at 3:36

22  PM, were those tweets still material to Tesla's

23  stock price and the price of other securities on

24  August 13th, 2018?

25      MR. BERNSTEIN:  Objection to form.

```
1        I also think you said April 7th, again, but --

2        MR. PORRITT:  Oh, I'm sorry.  August 7th.  I

3   apologize.

4     A    It must be getting late in the day because

5   I didn't pick that up.  But I understood what you

6   meant.

7        MR. BERNSTEIN:  Or I'm hearing things, which is

8   always possible.

9   BY MR. PORRITT:

10    Q    So -- so let me redo the question or do you

11  have an answer framed?

12    A    I -- well, my answer is, I don't understand

13  the question because current stock prices reflect

14  past stock prices.  You know, so other than that, I

15  don't understand the question.

16    Q    Well, is -- is your response, then, that

17  the August 7th, 2018 tweets by Elon Musk were still

18  material to the Tesla stock price and the price of

19  other securities as of August 13th, 2018?

20    A    You know, again, I'm not sure what you mean

21  by "still material."  You can judge the price

22  reaction on August 7th to analyze whether the price

23  reaction is statistically significant.

24        With respect to the price reactions on

25  future days, those days are in the context of what's
```

1   occurred before and expectations that have resulted

2   from information that -- that -- that has occurred

3   prior to the date in question.  So to the extent

4   that the disclosure on August 13th was affected by

5   all the information about the proposed transaction

6   that Mr. Musk was considering starting from August

7   7th, I think the information, as well as the price

8   reactions on August 7th, were still part of the

9   total mix of information that was present on August

10  13th.

11          If that's what you mean by material, I

12  would say they're material.  If -- if you mean

13  something different, then I'm not sure what you

14  mean.

15      MR. PORRITT:  If you could -- Pamela, if you

16  could bring over Tab 40 and put it up on there,

17  which is the Morningstar report?

18      THE REPORTER:  Is this 429?

19      MR. PORRITT:  This will be 429, yes.

20      THE REPORTER:  Thank you.

21          (Exhibit 429 marked for identification.)

22      MR. PORRITT:  I'll stop sharing this.

23  BY MR. PORRITT:

24      Q   So I've placed before the witness a

25  document marked as Exhibit 429.  It is a Morningstar

Confidential

1  STATE OF ILLINOIS)

2  COUNTY OF C O O K)

3

4          I, TRICIA J. LATHOURIS, Certified

5  Shorthand Reporter No. 084-004472 in and for the

6  State of Illinois, do hereby certify that previous

7  to the commencement of the examination, said witness

8  was duly sworn by me to testify the truth; that the

9  said deposition was taken at the time and place

10  aforesaid; that the testimony given by said witness

11  was reduced to writing by means of shorthand and

12  thereafter transcribed into typewritten form; and

13  that the foregoing is a true, correct and complete

14  transcript of my shorthand notes so taken as

15  aforesaid.

16          I further certify that there were present

17  at the taking of the said deposition the persons and

18  parties as indicated on the appearance page made a

19  part of this deposition.

20          I further certify that I am not counsel

21  for nor in anyway related to any of the parties to

22  this action, nor am I in anyway interested in the

23  outcome thereof.

24

25

Confidential

1            I further certify that this certificate

2  applies to the original signed IN BLUE and certified

3  transcripts only.  I assume no responsibility for

4  the accuracy of any reproduced copies not made under

5  my control or direction.

6  Dated: March 30,2022

7            _____

8            TRICIA J. LATHOURIS, CSR, RPR

9

10  My Commission Expires:

11  March 8, 2023

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXCERPTS FROM THE DEPOSITION OF
MICHAEL HARTZMARK
TAKEN MARCH 18, 2022

1          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
2

3   IN RE:                           )
                                     )Case No.
4   TESLA, INC., SECURITIES          )18-cv-04865-EMC
    LITIGATION                       )
5

6

7

8        *********************************
         REMOTE VIDEOTAPED DEPOSITION OF
9                MICHAEL HARTZMARK
                 March 18, 2022
10       *********************************

11

12

13        MICHAEL HARTZMARK, produced as a witness at

14    the instance of the Plaintiffs, was duly sworn and

15    deposed in the above-styled and numbered cause on

16    March 18, 2022, from 8:39 a.m. to 6:28 p.m. CST,

17    stenographically reported, pursuant to the Federal

18    Rules of Civil Procedure and the provisions stated

19    on the record.

20

21

22

    Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
23                  Texas CSR 9306
                    California CSR 14407
24                  Illinois CSR 084.004659

25

```
 1                A P P E A R A N C E S

 2      (all attendees appearing via remote videoconference)

 3

 4       REPRESENTING THE PLAINTIFFS:

 5        Mr. Nicholas I. Porritt
         Mr. Alexander Krot, III
 6       LEVI & KORSINSKY, LLP
         1101 30th Street N.W., Suite 115
 7       Washington, DC  20007
         (202) 524-4290
 8       nporritt@zlk.com
         akrot@zlk.com
 9

10       REPRESENTING THE DEFENDANTS:

11        Mr. Andrew J. Rossman
         Mr. Jesse Bernstein
12       QUINN EMANUEL URQUHART & SULLIVAN, LLP
         51 Madison Avenue, 22nd Floor
13       New York City, New York  10010
         (212) 849-7000
14       andrewrossman@quinnemanuel.com
         jessebernstein@quinnemanuel.com
15

16       ALSO PRESENT:

17        Mr. Michael A. Keable, Executive Vice President,
         Compass Lexecon
18

19       THE VIDEOGRAPHER:

20        Mr. Paul D'Ambra

21

22

23

24

25
```

```
 1                    PROCEEDINGS
 2            (On the record at 8:39 a.m. CST)
 3               THE VIDEOGRAPHER:  We are now on
 4        the record.  Today's date is March 18th,
 5        2022.  The time is 9:39 a.m. Eastern.
 6               This is the recorded video
 7        deposition of Michael Hartzmark in the
 8        matter of in re Tesla, Incorporated,
 9        securities litigation in the United States
10        District Court, Northern District of
11        California, Case Number 18-cv-04865-EMC.
12               My name is Paul D'Ambra from
13        Everest Court Reporting.  I'm the video
14        specialist.  Our court reporter today is
15        Becky Graziano, also with Everest.  All
16        counsel appearing today will be noted on
17        the stenographic record.
18               Will the court reporter please
19        swear in the witness.
20                  (Witness duly sworn.)
21                  MICHAEL HARTZMARK,
22     being first duly sworn, testified as follows:
23                    EXAMINATION
24   BY MR. ROSSMAN:
25     Q     Very good.  Good morning again,
```

```
 1    BY MR. ROSSMAN:

 2     Q      The summary indicates:  "Musk tweets:  'Am

 3    considering taking Tesla private at $420.  Funding

 4    secured.'"

 5             Okay.  Your analysis assumes that that

 6    is a false statement?

 7     A      Yes, that there's falsity -- my analysis

 8    assumes that it will be proven that this, as a

 9    part of all of the statements, are found to be

10    false.

11     Q      Okay.  And I want to focus your attention

12    on the phrase "funding secured."

13             Does your analysis depend on any

14    particular meaning of that phrase?

15     A      My analysis is -- assumes that "funding

16    secured," as -- as will be determined by the

17    Court, whether it be a commitment, locked and

18    loaded, letter agreement.  Whatever that is, the

19    Court will find that that is misleading -- that

20    "funding secured" as part of this group of

21    misstatements are found to be false and

22    misleading.

23     Q      So what does "funding secured" mean, for

24    purposes of your opinions in this case?

25     A      It's not up to me to define how the Court
```

1    is going to determine "funding secured."  I looked

2    at "funding secured," "am considering taking Tesla

3    private at 420," from an empirical view, from a

4    qualitative view, in terms of what the analysts

5    were looking at.  Indeed, there's one analyst that

6    says either funding is secured or funding is not

7    secured.

8            As I said, it would -- the Court's

9    going to determine whether it meets the criteria

10   of commitment, agreement, letter.  It's going to

11   be found to be false.

12    Q     Well, which one is it?  Is funding

13   commitment -- is "funding secured" a commitment,

14   locked and loaded, a letter agreement, or

15   something else?

16    A     That's a factual dispute, I believe,

17   between plaintiffs and defendants, as I understand

18   it.  I'm assuming that funding secured at $420, or

19   $70 billion based on the size of Tesla at the

20   time, is such that it communicates what the Court

21   will be -- what the Court considers to be

22   misleading information, and that that misleading

23   information changes the mix of information that

24   investors are concerned about, and based on that

25   misleading information, which had a material

1    impact from an economic perspective and from a

2    statistical perspective, that it damaged

3    shareholders.

4        Q       Okay.   What does "funding secured" mean to

5    you?

6        A       I've answered that.   It means there's --

7    there's some type of -- of commitment, letter

8    agreement, a process has been begun.   Some real

9    reason why a public company would make this

10   disclosure to the investors.

11       Q       Now, do you -- is your -- are your

12   opinions in this case premised on the assumption

13   that "funding secured" has a single meaning in the

14   marketplace?

15       A       I think part of the issue with respect to

16   "funding secured" in the marketplace is that I --

17   and I'm not -- haven't been asked to provide an

18   expert opinion as to the processes for a

19   going-private transaction, but that there are,

20   sort of, common or standard understanding as to

21   when a firm issues a release, "am considering

22   taking Tesla private at 420," funding is secured

23   at 420, I have $70 billion locked and loaded, that

24   that is -- comes out at a certain time and

25   communicates to the market important material

1    they all form an interwoven bundle of information

2    that was disclosed to the market prior to the

3    close of trading on 8/7.

4        Q      Well, I'm asking only about the 12:48 p.m.

5    tweet.  So stick with me on that for a moment.

6                   And focusing on the first sentence:

7    "Am considering taking Tesla private at $420."

8    Okay?  What's the subject of the sentence?

9        A       That Mr. Musk --

10       Q       Who is the subject of the sentence?

11       A       Mr. Musk, as the largest shareholder, part

12   of the board of directors, is tweeting that Tesla

13   is considering going private at $420.  I'm not

14   sure -- again, I am not the trier of fact.  You

15   know, to mince words, I'm assuming that that's

16   going to be found to be a false and misleading

17   statement along with the other information that is

18   disclosed, as well as is failed to disclose.

19                   But I am not here as a going-private

20   expert.  I am not here as a corporate governance

21   expert.  I am not here as a regulatory expert.

22   I'm here as an economist, and what I can tell you

23   is that upon the tweet, there was a substantial

24   change in the implied volatility in the options

25   markets where short- and long-term volatility

1    changed.  I can tell you there was substantial and

2    material, from a statistical standpoint, increase

3    in the price of Tesla.  What I can tell you was

4    that there was analyst reports one week after

5    earnings had been issued putting out new analyst

6    reports.  There were TV, press, and other media

7    covering this, and therefore, from an economic

8    perspective, it's material important information.

9             And to the extent that this, by

10   itself -- and, again, I'm not opining this by

11   itself -- is necessarily -- is misleading, but it

12   is part of an interwoven bundle.  And to the

13   extent the Court finds this by itself to be

14   misleading, you know, then, again, I've

15   demonstrated that there was harm to investors.

16   Q     Now, Dr. Hartzmark, what was the question

17   I asked you?

18   A     The question you've asked me, again, is to

19   somehow narrowly redefine the allegations --

20   Q     No, no.  What was the actual question I

21   asked you.  Do you know?

22   A     "Funding secured."

23   Q     I asked you -- actually, I was referring

24   to the first sentence of the tweet, "Am

25   considering taking Tesla private at $420."  And my

1   implied volatility; and that if you put that

2   package together that there was a period which I

3   call the "corrective interval" where the stock

4   price went to its new equilibrium, which was $305.

5   Q    Okay.  Now, do you identify in your

6   report, based on an economic analysis, which

7   statements are corrective of the 12:48 p.m. tweet?

8   A    Which statements are corrective of the

9   12 -- again, I went minute by minute, and I --

10  there are, as I said, 2,400 -- there are more --

11  there are 2,400 articles, news releases, analyst

12  reports.  I measured that.  It is -- I mean, you

13  can think of this as -- well, no.  I indicate in

14  this table certain -- certain disclosures that

15  would be corrective.

16            You know, for example -- for

17  example -- hold on.  I've got to get back to my

18  paper.

19            Although, you know, on -- for example,

20  on 8/13, Monday, August 13th, there is a blog that

21  has some corrective information along with --

22  partially corrective information along with some

23  misleading information, and I indicate that in

24  my -- in Appendix 3.

25  Q    Okay.  So if you take a look at your

```
 1          says "Am not considering taking Tesla
 2          private at 420.  Funding secured.  I
 3          tweeted this on a whim."  There is nothing
 4          of that nature out there.  No, there is no
 5          mirror image corrective -- full corrective
 6          disclosure.
 7     BY MR. ROSSMAN:
 8       Q      Would you agree with me, Professor, that
 9     if Mr. Musk simply tweeted, "Am considering taking
10     Tesla private at $420," full stop -- that was the
11     complete tweet -- would you agree with me that
12     that would have moved the market?
13       A      So what you're saying is you're -- you
14     want me to speculate onto something that didn't
15     happen and couldn't happen.  And what I will tell
16     you is that after reading Mr. Fischel's reports
17     where he argues and puts his reputation that going
18     private was already reflected in the market price,
19     that the price 420, which is according to his
20     opinion a very reasonable premium which would have
21     been reflected because people would have known it,
22     then based on that analysis of Mr. Fischel, then
23     that statement by itself would not have had
24     impact.
25       Q      I'm not asking you about Professor
```

```
1    Fischel's opinions.  I'm asking you about your

2    view.

3                Do you have a view on how the market

4    would have reacted if Mr. Musk had simply tweeted,

5    "Am considering taking Tesla private at $420"?

6    A       Well, I think by the nature of your

7    question, you're asking me to speculate.  You want

8    me -- you want to know my view.  You

9    specifically -- you didn't ask for my opinion.

10   You asked for my view --

11   Q       You're an experienced --

12   A       Because -- please let me answer -- please

13   let me answer.

14                Because you --

15   Q       By all means.

16   A       -- understand that that's a -- would be a

17   totally speculative -- it's a totally speculative

18   answer.  I've given you, based on your -- based on

19   Mr. Fischel's analysis, that -- that by itself,

20   okay, taking that out of this big bundle, this big

21   bundle of information -- taking that alone,

22   according to Mr. Fischel, would have no impact on

23   the market price.

24   Q       I'm asking you your opinion, not

25   Mr. Fischel's -- not Professor Fischel's.
```

1       A       My -- I was asked to give an opinion --
2    and I don't know how many more times you want me
3    to go through it.   But I was asked that the
4    plaintiff will prove that the defendants misled
5    the market when making certain misstatements,
6    plural -- I don't know how many times I've said
7    that -- regarding the potential to take Tesla
8    private.
9               This series of statements is an
10   interwoven bundle.   And to take this one sentence
11   out of it, to figure out -- there's a very
12   substantial difference between saying, "Funding is
13   secured at $420" or "We might have to raise as
14   much as, you know, 70 billion less, you know,
15   20 percent," assuming that Mr. Musk would remain
16   into the company, which he later, as part of this
17   bundle, says that he would do.
18              But I'm not going to answer a
19   speculative question like that.   I gave you an
20   answer based on information provided in
21   Mr. Fischel's expert report that there would be no
22   impact, according to his analysis.
23    Q       All right.   We may have a chance to look
24   at Dr. Fischel's report.
25              But you understand, as an experienced

```
 1      BY MR. ROSSMAN:
 2        Q      Okay.
 3        A      It's a third-party source.
 4        Q      Okay.  Are there any other -- you're
 5      pointing me to some particular things in
 6      Appendix 3.  Are there any other items that you
 7      allege were corrective information as to which you
 8      can point to statistically significant economic
 9      evidence?
10              MR. PORRITT:  Object to form; asked
11          and answered.
12              THE WITNESS:  I've answered that
13          question.
14      BY MR. ROSSMAN:
15        Q      So the -- you completed your answer to
16      that question?
17        A      Well, I mean, again, there's no mirror --
18      mirror evidence of the -- mirror, you know,
19      disclosure saying, "I am not considering" or "I
20      never considered," really, "because funding was
21      not secured."  There's no evidence, and that's why
22      I treat this -- this window, which does have a
23      statistically significant decline, as a window.
24      But even that is not necessarily -- necessary for
25      my -- for my analysis.
```

1              I mean, you know, you can look at --
2     at 8/13 -- on August 13th before the open, okay,
3     there was a blog post; right?   And in that blog
4     post, it was the case that, as I understand it,
5     Mr. Musk said that he was still talking with the
6     Saudis and that he had 66 percent positive, you
7     know, support.   And if you look at the open on
8     8/13, you see that the additional
9     misrepresentations lead to a stock going from 355
10    to -- I don't know what the cumulatives are, but
11    it stops being -- in the first five minutes, it
12    goes from 355 to 361.   Okay?   When that -- when
13    the information is finally incorporated into it,
14    commonly used analysis is, you know -- is not
15    necessarily minute by minute for something of this
16    nature.
17     Q      Okay.   So was the August 13th blog post,
18    in your view, corrective information, misleading
19    statements, or something else?
20     A      Both.
21              MR. PORRITT:   Object to form; asked
22         and answered.
23              THE WITNESS:   Both.
24    BY MR. ROSSMAN:
25     Q      Okay.   Now, if you look at your -- could

1    window period is August 7th through 17th, or did

2    you reach a professional conclusion about that

3    subject?

4     A      I don't -- I'm just -- the -- you know,

5    both.

6     Q      Well, if you'll help me understand what

7    you mean by that, "both."

8              Did you select the August 7th to 17th

9    window, or was it selected for you?

10     A      I assumed that the allegations in the

11    complaint would be -- would be found as the truth.

12    And then when I looked and did an economic

13    analysis, okay, an economic analysis -- did an

14    economic analysis that examined the statistical

15    significance of both the tweet as well as the

16    movements in -- during the corrective interval,

17    then looked at the high trading volume, then

18    looked at the high level of trading volume over

19    the -- well, the high trading volume of -- during

20    the Musk tweet and over the remainder of the

21    corrective interval, that it looked at the

22    scrutiny of the regulatory agents, that looked at

23    the focus of Tesla's board of directors and other

24    Tesla personnel on the Musk tweets, that looked at

25    the substantial analyst coverage related to the

1   Musk tweets over the class period, and looked at

2   the substantial news coverage related to the Musk

3   tweets over the class period, and which looked at

4   the relationship between the short-term and

5   long-term implied volatility, and which looked at

6   the implied volatility itself by itself for

7   long-term options, that all gave an indication

8   that the final corrective disclosure took place on

9   August 17th, which corresponds with the -- with

10  "The New York Times" article.

11          That also happens to be the date that

12  the complaint says is the end, but the statistical

13  significance is just one -- the statistical

14  significance of the movement on August 7th -- I'm

15  sorry -- on August 17th or even over the period

16  from the 7th to the 17th, the corrective interval,

17  is not -- not -- not a critical -- it's an

18  important element, but it's not a critical

19  element.

20      Q    Okay.  So you -- you were given the

21  complaint that alleged the class period between

22  August 7th through the 17th, and that's what you

23  mean when you say, at least in part, you were

24  asked to assume that period; right?

25      A    Correct.

1    Q      Okay.  And then you did an economic

2  analysis regarding what happened during that

3  period; right?

4    A      Correct.

5    Q      Okay.  Now, my question to you is:  Are

6  you opining in this case that "The New York Times"

7  article on August 17th was a final corrective

8  disclosure, or are you assuming that it was a

9  final corrective disclosure?

10    A      Well, I'm assuming it will be proven that

11  it is a final corrective disclosure that -- you

12  know, that it will be proven.  But I demonstrated

13  that the nature of the mix of information that was

14  disclosed in that article, and especially the new

15  information disclosed in that article, and

16  demonstrated by Mr. Brinkman's testimony and

17  his -- it would be prior to his testimony, his

18  analyst report of, you know, what is, what, the

19  largest bank in the country -- that it was the --

20  the corrective -- the final corrective disclosure.

21            But that's not by itself.  Again, what

22  did I find?  I found that the implied volatility

23  levels went back close to their equilibrium level.

24  I found discussion about the -- this particular

25  article within the news coverage and the analysts

1    and, again, the high level of trading volume.

2        Q       Okay.   Is there -- if the finder of fact

3    were to determine that "The New York Times"

4    article on August 17th, 2018, was not, in fact, a

5    final corrective disclosure, how would that impact

6    your analysis?

7        A       Well, to the extent that the finder of

8    fact -- and I don't know if -- I'm not a lawyer,

9    but let's assume for the moment that they

10   determine that the final corrective disclosure is

11   August 27th, which is the price impact date from

12   the day when Musk discloses that there's -- he is

13   not going private.  I would then extend the

14   period, but I'd have to then go back and look and

15   adjust for the various potential confounding

16   information, and I would adjust my but-for price

17   based on the confounding information in that

18   period, and do the analysis based on the

19   electronic spreadsheet that I've provided to the

20   Court.

21            To the extent that the Court

22   determined that August 17th, that somehow it --

23   that's not -- that the final -- that the event

24   window should end prior to that point, I would

25   adjust the but-for price and, again, do the

1   the "article also noted that the funding for the

2   proposed going-private transaction 'was far from

3   secured' and the Public Investment Fund 'had not

4   committed to provide any cash'" and "that no one

5   had seen or reviewed the -- Musk's August 7th,

6   2018, tweet before he posted it indicating that no

7   going-private transaction was imminent."

8           Now, the fact that this was Mr. Musk's

9   interview, and that this, you know, would hold

10  more sway than markets taking the absence of

11  information and, you know, trying to figure out

12  what it was that had been done, that is -- that is

13  confirmatory information as opposed to, you know,

14  the absence of that information.  And this comes

15  straight from Mr. Musk's interview.  That's very

16  different than someone else or even an analyst.

17  So this is very powerful evidence that there is

18  new information that's disclosed.

19    Q     Okay.  Go ahead.

20    A     Well, no.  I was -- you know -- you

21  know -- no.  That's -- you know, I'm just

22  reading...

23    Q     I just wanted to be able to follow what

24  you were saying.  What -- were you reading a

25  moment ago from excerpts of the "Times" article?

1    August 17th?

2     A       Have I done any analysis?

3     Q       Have you done any alternative calculations

4    or any alternative analyses using a different

5    event window?

6     A       As I said, all I have to do is change the

7    but-for price and it all flows through.  So the

8    answer is no.

9     Q       Okay.  Now, one of the things that you

10   told me is that you looked at the changes to

11   implied volatility?

12    A       Yes.

13    Q       Can you just tell me what significance you

14   drew from changes in the implied volatility as it

15   relates to the issue of what the appropriate event

16   window is?

17    A       Well, as is demonstrated in detail in

18   Professor Heston's report, the implied

19   volatility following the -- following the tweet,

20   the implied volatility of the short-term versus

21   the long-term options had a substantial anomalous

22   change consistent with a market -- a market

23   reflecting a going-private transaction.  The --

24   this was especially prominent in long-term implied

25   volatility, which would have the highest -- which

1    would be most sensitive to this expected change in

2    the price dispersion of the stock in the future.

3              What I found was that the dramatic

4    decline in implied volatility that was observed

5    right after the tweet -- say, by the close of

6    trade on August 7th -- returned to the level of

7    August 6th or to the pre-tweet as of the end of

8    trade on August 17th.

9    Q      Okay.  And did you rely on those changes

10   in implied volatility with respect to, you know,

11   what the appropriate window was?

12   A      As part of the economic analysis, yes.

13   Q      And if I understand what you're saying,

14   the implied volatility of the long-term options

15   dropped in response to the announcement of a

16   potential take-private transaction?

17   A      Yes.  The implied volatility is measured

18   by the ATM forward straddles fell from about 50 to

19   32, and then returned to about 49.

20   Q      Okay.  And what's the significance of it

21   returning to its prior level?

22   A      What's the significance?

23   Q      Yeah.

24   A      Going back to what was a stable implied

25   volatility prior and a stable implied volatility

1    after, that the market was no longer incorporating

2    into the pricing the going-private transaction.

3       Q       Okay.  We'll perhaps get a chance to do

4    that in a little more detail in a bit.

5                Now, you -- one of the things that you

6    analyzed -- and for your benefit, we can go to

7    Page 163 of your damages report in Paragraph 270.

8    One of the things that you analyzed was a 2025

9    note.

10      A       We're on Page 1- -- the results of the

11   event study for the notes?

12      Q       Yes.

13      A       Yes.

14      Q       And you say here -- so it's the bottom of

15   the Paragraph 270 -- "Although the cumulative

16   abnormal return for the 2025 note is negative

17   2.5 percent over the corrective interval, because

18   the 2025 note is not convertible and the

19   cumulative abnormal return was not statistically

20   significant at the 5 percent level, I do not

21   implement my damages analysis for the 2025 note."

22      A       Right.

23      Q       Am I right to understand that because you

24   concluded you could not find a statistically

25   significant abnormal return, that your threshold

1    Q       Okay.  So imagine, for example, okay, that

2    we were looking at August 7th through August 13th

3    as the event window, just to take one example.

4    A       Okay.

5    Q       So we've eliminated the 17th.

6            Can you tell me whether or not you can

7    find statistical significance on the back end if

8    you had an event window of August 7th through

9    13th?

10   A       It's irrelevant, because I measured the

11   inflation precisely based on the movement on 8/7

12   post-tweet.  And so --

13   Q       And that difference -- and when you say

14   you "measured the inflation," what's the

15   measurement that you're referring to?

16   A       23.27 is the abnormal return from the --

17   from the period -- from a -- I think it's the

18   minute prior to the tweet to the end of the day on

19   8/7.  It could be larger if you assume that there

20   was misinformation on 8/8 from the -- from the

21   blog.  It goes up to -- I think it goes as high as

22   382.  It also goes higher on 8/7.

23           But assuming that we use the closing

24   price, which, again, is an institutional feature,

25   the abnormal return is statistically significant,

1    and it's $23.23 is my recollection.  That's a

2    direct measure of the impact.  Okay?  And that's

3    just the statistics.  Again, the reason why I

4    conclude that it's material from an economic

5    perspective is based on the change in the

6    short-term and long-term volatilities, the change

7    in the overall implied volatilities, the analyst

8    reports that are issued off earnings dates, the

9    news media that takes place.

10              In fact, I was even watching, as part

11   of this, from CNBC.  No, I mean, they're -- you

12   know, during the -- during this period of -- when

13   there was a halt.  There was a halt of trading.

14   So NASDAQ considered it material.

15              Needless to say, the idea that there's

16   a material impact, a material inflation in the

17   stock of 23.27 that's directly related to the

18   tweet is -- I think is incontrovertible evidence.

19   As to what follows, the statistical significance

20   is irrelevant in the same way that in a common or

21   traditional 10(b) case, the statistical

22   significance on the front end is not -- is not

23   relevant if it's linked to the material impacts

24   associated with partial or full corrective

25   disclosures.

1    Q    Okay.  So what -- effectively what you're

2   assuming is the entirety in the Tesla-specific

3   change in the stock price from August 8th, okay,

4   through and including -- when you open on

5   August 8th through and including the close on

6   August 17th, that is not directly attributable to

7   artificial inflation is a consequence of the

8   tweets; right?  That's what 43.40 tells you?

9    A    Yeah.  It basically -- the way to look at

10   it is if all -- if the chronology -- you can think

11   of it as sort of a single date.  Okay?  If you go

12   to Appendix -- you don't have to go to

13   Appendix 14, but Appendix 14 is the Tesla news

14   chronology with daily statistics.  Okay?  And it

15   was also in my class cert report.

16           If all of that news was disclosed,

17   okay, you know, that there's a tweet -- there are

18   the Musk tweets, there's the fact that -- all of

19   the news up through "The New York Times" article,

20   it's my opinion the price would go to 312 -- I

21   think it's 312.90.

22    Q    Okay.  Now, if -- focusing on the 23.27

23   for a moment, okay, is there -- is there any

24   analysis that you do in your report that breaks

25   down that 23.27 based on any of the particular

1    statements that were made on August 7th?  Or is it

2    all just the entirety of what was said on

3    August 7th?

4      A       Well, I think -- I think we've gone

5    through this before when you were trying to get me

6    to become a linguistics expert.  There's an

7    interwoven bundle.  The Musk tweets -- and I

8    define them.  And unlike, I believe, the defense

9    experts, I don't redefine the allegations.

10               But my understanding of the

11   allegations is there's a series of tweets and that

12   there's an interwoven bundle there.  My

13   understanding as well is that according to

14   Mr. Fischel, the disclosure of going private and

15   the disclosure of an 18 or 20 percent premium

16   would have been incorporated in the price, and so

17   the 23.27 would be associated with all -- with

18   everything in that interwoven bundle.  You know,

19   and if Mr. Fischel is right, it would be

20   everything but going private and the 420.  But

21   it's the whole -- the whole bundle of what I

22   define -- and I think I read it -- in --

23      Q       Okay.

24      A       -- Footnote 8.

25      Q       So you can't disaggregate any of the

```
 1      statements made on August 7th, right, and

 2      attribute any particular damage to any particular

 3      statement?

 4                 MR. PORRITT:  Object to form.

 5                 THE WITNESS:   I -- I have a -- I'm

 6          not sure what -- what the benefit of that

 7          is, given the nature of the allegations.

 8          But if called to do that, I could

 9          disaggregate based on, you know, say

10          minute-by-minute analysis, you know, in my

11          Appendix 4 where I do minute by minute.

12          That would be one way to disaggregate.

13          I'm not sure that -- you know, that's not

14          consistent with what the plaintiffs have

15          alleged.  But to the extent that

16          the -- you know, that the Musk tweets were

17          to be separated, I would use minute by

18          minute.  I would take another -- you know,

19          I'd do that and adjust that.

20                 But, again, my understanding is

21          that the Musk tweets will be proven --

22          proven to be a -- fraudulent false

23          statements at trial, and 23.27 measures

24          the impact at the low end.

25
```

```
 1    BY MR. ROSSMAN:

 2     Q      Now, just taking the 12:48 tweet as an

 3    example, it's all one tweet at 12:48 p.m.:   "Am

 4    considering taking Tesla private at $420.  Funding

 5    secured."  If the finder of fact were to determine

 6    that the first statement was true and the second

 7    statement, "funding secured," was not, do you have

 8    any analysis in your report that breaks those two

 9    apart so we could determine what damages are

10    attributable to just the second part of the

11    statement being false but not the first?

12     A      I think you're slicing a log paper thin at

13    this point.  I -- my analysis assumes, as I stated

14    on Pages 19 through 23 very clearly, that it --

15    that I've examined the Musk tweets.  To the extent

16    that the finder of fact would determine that the

17    elephant in the room, the idea that funding was

18    secured for a $420 deal, and that -- again, that

19    all of the conversations there represented, say,

20    90 percent, and that for some reason Mr. Musk

21    shouldn't be found -- Mr. Musk and Tesla shouldn't

22    be found to have made a false statement related to

23    this one portion that had an impact on the price,

24    you could adjust that, you know, down by

25    10 percent.
```

1    January 2020 option; right?

2     A       I don't recall whether I did or not.  I

3    mean, like I say, it jumps up -- I had decided on

4    January 2020.  Whether my staff did others, I

5    don't recall.  But for all the reasons that I just

6    gave you, economists and statisticians thrive on

7    sensitivity and variation, and this, you know, was

8    variable.

9              The other issue is that although I

10   think all three of the -- you know, Dr. Seru's

11   alternatives and this one, which reinforced my

12   event window, all came back very close to their

13   equilibrium levels, their August 6th levels on

14   August 17th.

15    Q       Okay.  And by "equilibrium levels," you're

16   referring to the implied volatility levels of the

17   options prior to the 12:48 tweet?

18    A       Prior and afterwards.  According to

19   Professor Heston, they were quite stable both

20   before and after, and that's why -- part of the

21   reason why he considered it so substantial and

22   anomalous that you saw the types of changes that

23   you did.

24    Q       And so you consider, for example, with

25   respect to the January 2020 option, 48.65 was a

```
 1      BY MR. ROSSMAN:
 2        Q       Now, do you have an opinion about whether
 3      there would be consequences anyway -- in other
 4      words, do you have an opinion on whether there
 5      would be an impact on the stock anyway if the
 6      tweets were true but caused market disruption?
 7        A       I haven't considered that, and it sounds
 8      more like a legal question to me.  So, no, I
 9      haven't considered that.
10        Q       Okay.  And it -- certainly the finder of
11      fact could find that the tweets were true in part
12      and false in part.  There's nothing in your
13      analysis that allows us to sort out the impact
14      from those tweets that are true from those tweets,
15      you know, which, you know, could ultimately be
16      determined to be false?
17                MR. PORRITT:  Object to form; asked
18           and answered.
19                THE WITNESS:  I believe we spent
20           the whole morning talking about this, that
21           this was an interwoven bundle of
22           information.  And to the extent that the
23           finder of fact would determine that there
24           is some separation and that this isn't, I
25           guess, like a cauldron that has been
```

1    polluted by a drop -- or more than a

2    drop -- a cup of the water, I mean, again,

3    I am not a lawyer.  I can't tell you

4    whether having, you know, ten categories

5    and having five of them being false and

6    five of them being true means that a

7    statement is false or true.  It seems to

8    me it's like, you know, pissing in a pool.

9    You know, you can tell me that the pool --

10   once I put in a little bit, it's toxic

11   thereafter.  I'm not the lawyer here.

12        To the extent that the finder of

13   fact would say, "Oh, somehow I'm going to

14   say that part of the Musk tweets are true

15   and part of them are false, and I want to

16   somehow separate the bundle," that's up to

17   the finder of fact.  And to the extent

18   that the finder of fact gives me the role,

19   as the economist, to separate it, say,

20   90 percent false, 10 percent true, and

21   that that's what they believe is the case

22   so that the price impact that I observed

23   of 23.27 is $2.30 lower in terms of

24   inflation, I can make that adjustment.

25   But I have not looked at this in a way

1              other than, as we discussed all morning,

2              as an interwoven bundle.

3         BY MR. ROSSMAN:

4           Q       Right.   So all I'm asking you is if the

5         finder of fact determines that some tweets are

6         true and some tweets are false, you don't have a

7         means of identifying -- you don't have a means of

8         breaking down consequential damages based on each

9         particular statement; right?

10          A       Well, I could see the finder -- to -- in

11        your world where a portion is false and a portion

12        is true, I could see the finder of fact saying

13        that maybe they would break down direct, but

14        the -- all of the consequential damages would be

15        associated with it.   It would be the same

16        component.   You know, if they -- if the finder of

17        fact determined that some of the consequential

18        damages were not related to the false issues --

19        you know, it did not cause the SEC to come in, it

20        did not cause the market to lose credibility with

21        respect to Musk, it did not reveal internal

22        governances, weaknesses, that type of

23        thing -- again, I would go with the finder of

24        fact.

25                    I've got a precise measure of

1    inflation, a precise measure every day.  If the
2    finder of fact wants to weigh different components
3    of it, I can just -- just plug it in.  But I've
4    looked at this as an interwoven bundle, and I
5    have -- and the consequential damages could be in
6    the same way that the direct damages, they could
7    be allocated or weighed, and I would adjust my
8    damage calculations.
9       Q      You say that, Doctor, but you actually
10   can't.  If I say to you, for example, okay, let's
11   imagine that -- that the "funding secured" is
12   determined to be false, but the "Am considering
13   taking Tesla private at 420," you can't tell me
14   what portion of consequential damages flow from
15   the first statement versus the second statement?
16      A      I'm not making a legal decision.  The
17   Court would make that decision.
18      Q      But you can't use -- I'm saying take that
19   as a hypothetical.  Imagine -- I don't imagine
20   that.  I imagine the finder of fact is going to
21   determine they're all true.  But take it as a
22   hypothetical, that the finder of fact determines
23   that the second statement, "funding secured,"
24   okay, and only the second statement is false, but
25   the first is determined to be true.  I'm asking

1    you -- and you tell me if I'm wrong -- there's no

2    means in any of your analyses to allocate portions

3    of consequential damages to one versus the other?

4                MR. PORRITT:  Object to form.  It's

5           vague; compound; misleading; also asked

6           and answered.

7                THE WITNESS:  Yeah.  I -- again, my

8           assumption was it's an interwoven bundle.

9           That even if what you said is true, that

10          the finder of fact will find that the

11          falsity of a portion of the Musk tweets

12          makes the Musk tweets, as an interwoven

13          basket, a falsity and moved the market and

14          impacted the market because of false

15          information.

16               As to the consequential damages, to

17          the extent that the finder of fact picked

18          out certain components that were and were

19          not, I could either do another analysis

20          or, more likely, as I understand these

21          types of proceedings, would give me the

22          engagement, or someone else, to take my

23          formulas and make an adjustment to

24          consequential damages.  Again, 90 percent

25          consequential damages are -- are related

1    BY MR. ROSSMAN:

2     Q       I mean, it's there in your Chart 2 on

3    Page 59:  "10:24 a.m., SEC probing Tesla over the

4    Musk tweets."  "New York Times" is the cite.

5     A       Right.  That was it there, but -- but on

6    2:42 p.m., it said the SEC is intensifying its --

7    so, I mean, I can only go from what it says

8    during -- if you think "intensifying" is the same

9    as "probing," that's your opinion.

10    Q       Now, that article also said that the SEC

11    had been gathering statements that Tesla made

12    regarding sales of manufacturing targets before

13    its inquiry about Mr. Musk's tweets; right?

14    A       Right, before this period of time.  Yes.

15    Q       Okay.  So that additional information that

16    the SEC was gathering information about Tesla's

17    statements regarding sales and manufacturing

18    targets, that was first disclosed on the 9th;

19    right?

20               MR. PORRITT:  I'll object to form;

21          assumes facts not in evidence.

22               THE WITNESS:  Yeah, I can't -- I

23          can't say.  I don't know.  I guess I had

24          understood this to be something that had

25          been already disclosed.

1    A       Correct.

2    Q       Okay.  And if you look over -- the

3    15-minute interval shows a 4.17 percent abnormal

4    return.

5    A       Okay.  Yes.

6    Q       And you get a p-value of 0.00; right?

7    A       Correct.

8    Q       And does that tell you that you've got

9    statistically 100 percent confidence that the

10   price movement was attributable to that piece of

11   news?

12   A       Well, I only went to two decimal places.

13   It's close to -- I mean, it basically suggests

14   that it's highly, highly unlikely that there --

15   that you would have gotten this piece of news and,

16   within 15 minutes, gotten a 4.17 percent return --

17   Q       Okay.  Now --

18   A       -- if -- I'm sorry -- if it was random.

19   Q       Okay.  So you were -- for purposes of

20   determining whether information was confounding or

21   not, you used 1-minute and 15-minute intervals

22   such as with that FT article.  Why didn't you use

23   1-minute and 15-minute intervals to assess whether

24   alleged misstatements or alleged corrective

25   information impacted the stock price?

```
 1      A        Again, there were 2,400 different
 2   articles, many of them not even time stamped, and
 3   each of them having different pieces of
 4   information, different interpretations of
 5   information, a different period after information
 6   had been disclosed, so some of them was stale
 7   information.
 8            This was an objective way to look at
 9   this to at least take a first pass to get a sense
10   of whether there was confounding information.  And
11   there -- there is no framework that says that
12   information, especially this type of diverse
13   information, is impounded in the price within a
14   minute or within 15 minutes.  The fact was, given
15   that there are 2,400 different articles, I think
16   looking at this minute by minute is actually -- is
17   about as good as you could do.  Because you have
18   other articles coming out, and so we had to also
19   make sure that there was no other news that would
20   have -- would have come out.
21            So needless to say, for this
22   particular exercise, to examine whether there's
23   confounding information and therefore it
24   would -- you know, that would have caused there to
25   be a reduction for reasons other than -- for
```

1   reasons other than the issues that we had talked

2   about, 1 and 15 made sense.

3            I've given minute by minute.  If the

4   folks at Compass Lexecon want to go through all

5   2,400 and try that and come up with an objective

6   approach to interpret every -- all 2,400 and come

7   up with an objective reason why one would take

8   1 minute, another 2 minutes, another 5, and

9   another 30, you know, let them try.

10   Q     So my question to you is:  You used the

11   minute and 15-minute intervals to try to suss out

12   whether or not confounding information had an

13   impact.  You didn't do that to try to figure out

14   whether misleading statements or corrective

15   information had an impact on the stock price;

16   right?

17   A     Well, actually I looked at minute by

18   minute, interval by interval, but with 2,400

19   inputs and the continuous flow of information all

20   related and all linked with some, again, repeating

21   other information, it became, you know,

22   unmanageable.  And the fact is, it's as if there

23   is a press release on a given day.  It's so much

24   information on that day, and that's why you use

25   the day.  We had more information in these ten

```
1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
2

3    IN RE:                          )
                                     )Case No.
4    TESLA, INC., SECURITIES         )18-cv-04865-EMC
     LITIGATION                      )
5

6                    REPORTER'S CERTIFICATION
                 REMOTE VIDEOTAPED DEPOSITION OF
7                      MICHAEL HARTZMARK
                        March 18, 2022
8

9         I, Rebecca A. Graziano, Certified Shorthand

10   Reporter in and for the States of Texas,

11   California, and Illinois, hereby certify to the

12   following:

13        That the witness, MICHAEL HARTZMARK, was

14   duly sworn and that the transcript of the oral

15   deposition is a true record of the testimony given

16   by the witness;

17        I further certify that pursuant to FRCP Rule

18   30(f)(1) that the signature of the deponent:

19        _____ was requested by the deponent or a

20   party before the completion of the deposition and

21   returned within 30 days from date of receipt of

22   the transcript.  If returned, the attached Changes

23   and Signature Page contains any changes and the

24   reasons therefor.

25        _____ was not requested by the deponent or a
```

1     party before the completion of the deposition.

2         I further certify that I am neither attorney

3     nor counsel for, related to, nor employed by any

4     of the parties to the action in which this

5     testimony was taken.

6         Further, I am not a relative or employee of

7     any attorney of record in this cause, nor do I

8     have a financial interest in the action.

9

10                    Certified on March 20, 2022

11

12    

13    _____

14    Rebecca A. Graziano, CSR, RMR, CRR
      Texas CSR 9306
      Expiration:  07/31/22

15    California CSR 14407
      Expiration:  09/30/22

16    Illinois CSR 084.004659
      Expiration: 05/31/23

17

18

19

20

21

22

23

24

25

EXCERPTS FROM THE DEPOSITION
OF NII OWURAKA KONEY
TAKEN JULY 14, 2021

Confidential

1          UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4   IN RE TESLA, INC.,          Civil Acton No.

5   SECURITIES LITIGATION        3:18-cv-04865-EMC

6

7                CONFIDENTIAL

8

9      Virtual Videotape Zoom Deposition
              Of Nii Owuraka Koney
                 July 14, 2021
10              At 10:00 a.m.

11

12

13

14

15

16

17

18

19

20

21

22   Reported by LeShaunda Cass-Byrd, CSR, RPR

23   TSG Job No. 196498

24

25

Confidential

```
 1   APPEARANCES OF COUNSEL:

 2   On behalf of the Witness and Jennison Associates:

 3        JENNIFER DELGADO, Esq.
          Lowenstein Sandler
 4        1251 Avenue of the Americas
          New York, New York 10020
 5
     On behalf of Plaintiff:
 6
          NICHOLAS PORRITT, Esq.
 7        ELIZABETH TRIPODI, Esq.
          KATHY AMES, Esq.
 8        Levi & Korsinsky
          1101 30th Street NW
 9        Washington, DC 20007

10   On behalf of Tesla:

11        BINGXIN WU, Esq.
          PATRICK GIBBS, Esq.
12        Cooley
          3175 Hanover Street
13        Palo Alto, California 94304

14   Also Present:

15        Trisha Von Lanken, Videographer
          Ruth Zimmerman, Law Clerk
16

17

18

19

20

21

22

23

24

25
```

Confidential

1           Also with me is Ruth Zimmerman, a colleague

2           from Lowenstein.

3                           NII OWURAKA KONEY,

4      having been first duly sworn, was examined and

5      testified as follows:

6                           EXAMINATION

7      BY MR. PORRITT:

8           Q.     Good morning, Mr. Koney.

9                  As I just stated, my name is Nicholas

10     Porritt.  I'm a lawyer with the firm of Levi &

11     Korsinsky, and I represent the plaintiff in this

12     matter.

13                 Can you please just state your full name

14     for the record?

15          A.     Nii Owuraka Koney.

16          Q.     And what is your residential address?

17          A.     50 -- where I am now or my home address?

18     Sorry.

19          Q.     Your residential address, please.

20          A.     Okay.  50 Riverside Boulevard, New York,

21     New York.

22          Q.     And where are you located for today's

23     deposition?

24          A.     I am in Long Island.

25          Q.     Could you give the address, please?

1          Do you see that?

2     A.     Yes.

3     Q.     And that is consistent with your

4  recollection here today?

5     A.     Yes.  I will stipulate to whatever I said

6  in that interview.

7     Q.     In your call with Mr. Musk on August 10th,

8  2018, did you tell him your view on whether Tesla

9  should or should not go private at $420 per share?

10     A.     Yes.

11     Q.     And what did you tell him?

12     A.     We did not support him going private.

13     Q.     Did you also talk to Mr. Musk about the

14  ability of your funds to participate in a private

15  Tesla in the future?

16     A.     Yes, as you see on page 22.

17     Q.     What did you tell Mr. Musk?

18     A.     So based on these notes on the call, I told

19  him that more than 60 percent of current ownership

20  wouldn't be able to hold Tesla as a private entity.

21     Q.     Okay.  Why would that be?

22     A.     As Mr. Miller explained, we have

23  restrictions from our clients on the ability to own

24  private companies.

25     Q.     And did you later provide an updated figure

1    for your ability to participate in a private Tesla

2    to -- to Mr. Viecha?

3         A.      Yes.  Based on these notes, I have a

4    follow-up call with Martin Viecha explaining it would

5    be more like 80 to 90 percent.

6         Q.      Do you recall when that conversation with

7    Mr. Viecha took place?

8         A.      I do not, but it would have been obviously,

9    after the call with Elon.

10        Q.      All right.  Why don't we -- bring up 147.

11               (Plaintiff Exhibit 68 was marked for

12         identification.)

13               MS. TRIPODI:  It should be there.  I

14         have it up.

15   BY MR. PORRITT:

16        Q.      So the witness has before him a document

17   marked Exhibit 68, a document Bates stamped JENN

18   0000147 through 150.

19               Do you recognize this document, Mr. Koney?

20        A.      It looks like an e-mail that I sent to the

21   portfolio managers.

22        Q.      And your e-mail forwards a blog post by the

23   looks of it by Elon Musk on 2018; is that correct?

24        A.      Yes.

25        Q.      Do you recall reviewing this -- this blog

1          REPORTER'S CERTIFICATE

2          I, LESHAUNDA CASS-BYRD, CSR No. B-2291, RPR,

3   Registered Professional Reporter, certify that the

4   foregoing proceedings were taken before me at the time

5   and place therein set forth, at which time the witness

6   was put under oath by me;

7          That the testimony of the witness, the questions

8   propounded, and all objections and statements made at

9   the time of the examination were recorded

10  stenographically by me and were thereafter

11  transcribed;

12         That the foregoing is a true and correct

13  transcript of my shorthand notes to taken.

14  I further certify that I am not a relative or employee

15  of any attorney or the parties, nor financially

16  interested in the action.

17         I declare under penalty of perjury under the laws

18  of North Carolina that the foregoing is true and

19  correct.

20         Dated this July 27, 2021.

21              *Leshaunda Byrd*

22  _____

23         LESHAUNDA CASS-BYRD, CCR-B-2291, RPR

24

25

EXCERPTS FROM THE DEPOSITION
OF GLEN LITTLETON
TAKEN MARCH 31, 2022

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA


Case No. 18-cv-04856-EMC

             :
             :
             :
             :
             :
             :
IN RE:  TESLA, INC., SECURITIES  :
LITIGATION               :
             :
             :
             :
             :
             :

---------------------------------------
DEPOSITION UNDER ORAL EXAMINATION OF:
GLEN LITTLETON
March 31, 2022
-----------
REPORTED BY:  JENNIFER L. WIELAGE, CCR, RPR, CRR
-----------


JOB # 12108

1       TRANSCRIPT of the remote videotaped

2    deposition of the above-named witness, called for

3    Oral Examination in the above-entitled matter, said

4    deposition being taken pursuant to Federal Court

5    Rules, by and before JENNIFER L. WIELAGE, Certified

6    Shorthand Reporter and Notary Public of the State of

7    New Jersey, License No. XI01916, on Thursday,

8    March 31, 2022, commencing at 10:40 in the forenoon.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
       A P P E A R A N C E S:
 2

 3

 4     QUINN EMANUEL URQUHART & SULLIVAN, LLP
       555 Twin Dolphin Drive
       5th Floor
 5     Redwood Shores, California 94065
       (650) 801-5000
 6     BY:  WILLIAM PRICE, ESQ.
       williamprice@quinnemanuel.com
 7     BY:  JEANINE ZALDUENDO, ESQ.
       jeaninezalduendo@quinnemanuel.com
 8     Attorneys for Tesla

 9     LEVI & KORSINSKY, LLP
       55 Broadway 10th Floor
10     New York, New York 10006
       (212) 363-7500
11     BY:  NICHOLAS PORRITT, ESQ.
       BY:  MAX WEISS, ESQ.
12     BY:  KATHY AMES, ESQ.
       Attorneys for Plaintiff and Witness
13

14

15     ALSO PRESENT - DAVID AMBROGI, Videographer/Technician

16

17

18

19

20

21

22

23

24

25
```

1

2                         THE VIDEOGRAPHER:   We are now on the

3      record.   Today's date is March 31, 2022 and the time

4      is 10:40 a.m. Central time zone.   This is the

5      recorded video deposition of Glen Littleton in the

6      matter of In Re:   Tesla, Inc., Securities Litigation,

7      in the United States District Court, Northern

8      District of California, Case No. 18-CV-04865-EMC.

9                         My name is David Ambrogi from Everest

10     Court Reporting and I am the video specialist.   The

11     court reporter today is Jennifer Wielage, also from

12     Everest Court Reporting.

13                         All counsel appearing today will be

14     noted on the stenographic record.

15                         Will the court reporter please swear

16     in the witness.

17     GLEN LITTLETON,

18     12115 Southeast West Road, Edgerton, Missouri, having

19     been first duly sworn, according to law, testifies as

20     follows:

21     EXAMINATION BY MR. PRICE:

22          Q.        Thank you.  Good morning,

23     Mr. Littleton.  Can you hear me?

24          A.        Yes, I can.

25          Q.        Oh, great.  I represent Defendants

```
 1          Q.      Just read those next three
 2   paragraphs, from there until the end of the
 3   paragraph:  I left the July 31th meeting, maybe we
 4   can highlight that so we can see what we're focused
 5   on.
 6          A.      Okay.  I've read them.
 7          Q.      Well, you're -- just now you read
 8   them?
 9          A.      Hello?
10          Q.      Yeah.  You just read those just now?
11          A.      They've been up there for a while on
12   my screen, so I read them, yes.
13          Q.      Okay.  So this August 13th, some 11
14   days before Mr. Musk said he was not going to take
15   Tesla private.
16                  So was the information in those
17   paragraphs consistent with your understanding of what
18   "funding secured" meant when you read the August 7th
19   Tweets?
20          A.      It's consistent with my belief that
21   he had the capital coming from somewhere.  Since the
22   Saudis had bought 5% and that was out before this,
23   that made me think that they were a part of it in a
24   big way, but I didn't -- I made no assumptions about
25   who.
```

1    Q.      Given the definition that you had

2  about funding secured, given that definition, once

3  you read these paragraphs, did you still feel that

4  funding was secured for going private at 420 per

5  share?

6    A.      I believe they confirmed one version

7  of it, yes.

8    Q.      And when you say:  These paragraphs

9  confirm the one version of your belief that funding

10  was secured at 420, what do you mean by that?

11    A.      I mean, this was possible one way he

12  would get the capital.

13    Q.      Now, when you read this August 13th

14  Tweet about why Mr. Musk said funding was secured,

15  you notice that he doesn't say there was some written

16  signed agreement to fund Tesla going private at 420,

17  right; that's not in there?

18    A.      No, correct.

19    Q.      Despite that not being in here, you

20  thought that the facts that you read here, in the

21  Tweet, led you to believe that funding was secured

22  for going forward at 420?

23                MR. PORRITT:  Object to form.

24  BY MR. PRICE:

25    Q.      Is that correct?

Deposition of Glen Littleton                                    In Re Tesla, Inc. Securities Litigation

1      A.        You know, I was aware in a very big

2   way that there are laws limiting foreign investments

3   to some companies.   So I never thought that the

4   Saudis would be it, but I thought they'd play a large

5   role.   I never really spent a lot of time trying to

6   figure out who was putting up the money.   I just

7   based my actions on his Tweet saying:   Funding was

8   secured and I wasn't able to read his mind.   I just

9   had to take him at his word.

10      Q.        Well, because here on August 13th,

11   he's telling you why he said funding was secured,

12   what he meant by that, right?

13      A.        Again, I interpret this as one

14   version, one possible version.

15      Q.        And if you look at this, as you say,

16   one possible version of what he meant by funding is

17   secured, you know, you, given your experience with

18   Tesla and Mr. Musk, would conclude that this

19   supported a belief that funding was secure, right?

20      A.        It was a -- you know, it checked one

21   of the boxes, yes.

22      Q.        Did anything in this August 13 blog

23   post where Mr. Musk explained what he meant by

24   "funding secured," did anything lead you to believe

25   that funding, in fact, was not secured?

1          A.      No, no.

2          Q.      Did you believe that funding could be

3    secured without there being, you know, a written,

4    signed, sealed, you know, and delivered writing

5    saying that?

6                  MR. PORRITT:  Object to form; asked

7    and answered.

8          A.      You know, I'll be the first to admit,

9    I'm not a financial expert or wizard.  I didn't know

10   how it was going to be structured.  I just based my

11   actions and self-defense on 420 price, funding

12   secured, the statement, profound statement.

13   BY MR. PRICE:

14         Q.      If we look at the paragraph after

15   these three paragraphs, beginning with "following the

16   August 7th announcement," you see that Mr. Musk is

17   talking about having continued -- continued

18   communications with the managing director of the

19   Saudi fund.

20                 Do you see that?

21         A.      Yes, uh-huh, I do.

22         Q.      And it said that he's expressed

23   support proceeding subject to financial and other due

24   diligence and their internal review process for

25   obtaining approvals.  He's also asked for additional

1       UNITED STATES DISTRICT COURT

2     FOR THE NORTHERN DISTRICT OF CALIFORNIA

3       I, Jennifer L. Wielage, CCR No. 30X100191600,

4   Certified Court Reporter, certify:

5       That the foregoing proceedings were taken

6   before me at the time and place therein set forth, at

7   which time the witness was put under oath by me;

8       That the testimony of the witness, the

9   questions propounded, and all objections and

10  statements made at the time of the examination were

11  recorded stenographically by me and were thereafter

12  transcribed;

13      That a review of the transcript by the

14  deponent was requested;

15      That the foregoing is a true and correct

16  transcript of my shorthand notes so taken.

17      I further certify that I am not a relative or

18  employee of any attorney of the parties, nor

19  financially interested in the action.

20      I declare under penalty of perjury under the

21  laws of California that the foregoing is true and

22  correct.

23      Dated this 31st day of March 2021.

24  *Jennifer L. Wielage*

25  Jennifer L. Wielage, CCR, RPR, CRR

EXCERPTS FROM THE DEPOSITION OF
MARTIN VIECHA
TAKEN AUGUST 23, 2021

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1         UNITED STATES DISTRICT COURT

2     FOR THE NORTHERN DISTRICT OF CALIFORNIA

3         SAN FRANCISCO DIVISION

4

5                    )   Civil Action

6   IN RE TESLA, INC.        )   No. 3:18-cv

7   SECURITIES LITIGATION    )   -04865-EMC

8                   )   Page 1-234

9

10     THIS TRANSCRIPT IS DESIGNATED CONFIDENTIAL

11       PURSUANT TO THE PROTECTIVE ORDER

12

13

14   REMOTE VIDEOTAPED DEPOSITION OF MARTIN VIECHA

15             TAKEN ON

16        MONDAY, AUGUST 23, 2021

17

18

19

20

21

22   Reported by:

23   BRENDA R. COUNTZ, RPR-CRR

24   CSR NO. 12563

25   JOB NO. 198694

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10        Remote Videotaped deposition of MARTIN VIECHA

11   taken via Zoom or teleconference in Los Angeles,

12   California, on Monday, August 23, 2021, before

13   Brenda R. Countz, CSR No. 12563.

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1   APPEARANCES OF COUNSEL:

 2            (All counsel and participants present

 3             via Zoom and/or teleconference.)

 4

 5   FOR THE PLAINTIFFS:

 6            LEVI & KORSINSKY

 7            BY:  NICHOLAS PORRITT, ESQ.

 8                 ELIZABETH TRIPODI, ESQ.

 9                 KATHY AMES, ESQ.

10            1101 30th Street NW

11            Washington, D.C. 20007

12

13

14

15

16   FOR THE DEFENDANT TESLA AND THE DEPONENT:

17            COOLEY

18            BY:  PATRICK GIBBS, ESQ.

19                 BINGXIN WU, ESQ.

20            3175 Hanover Street

21            Palo Alto, California 94304

22

23

24

25
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 4

1    APPEARANCES (Continued)

2

3    ALSO PRESENT:

4            BRENT JORDAN, Videographer

5            CANDACE JACKMAN, Tesla In-house Counsel

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1                    MARTIN VIECHA,

2            having been first duly sworn, was

3            examined and testified as follows:

4

5                     EXAMINATION

6    BY MR. PORRITT:

7        Q.   Good morning, Mr. Viecha.  As I just

8    introduced myself, my name is Nicholas Porritt.

9    I'm with the lawfirm of Levy & Korsinsky, one of

10   the attorneys representing the Plaintiff, Glenn

11   Littleton and her class, in this action.

12           Could you state your full name for the

13   record?

14       A.   My full name is Martin Viecha.

15       Q.   And what's your residential address?

16       A.   My residential address is 327 Waverly

17   Street, Palo Alto, California.

18       Q.   And where are you located for today's

19   deposition?

20       A.   At my home address.

21       Q.   Is anyone else present there with you

22   today?

23       A.   No.

24       Q.   Have you been deposed before?

25       A.   Yes.

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1      Q.   You continue, "He definitely wants to

2  be part of this new structure."

3      A.   Um-hum.

4      Q.   What would that be based on if you

5  hadn't had a discussion with Mr. Baron?

6      A.   I think it would be based on some of

7  the tweets from Elon at the time.

8      Q.   What would that have to do with Ron

9  Baron?

10     A.   He's a shareholder.  He's a shareholder

11 at Tesla.

12     Q.   Sorry, go ahead.

13     A.   I think he was referring to ownership

14 of a private company.

15     Q.   Okay.  I'm just trying to figure out

16 what your basis was for telling Mr. Ahuja that

17 Ron Baron definitely wants to be part of this new

18 structure.

19     A.   I cannot recall that conversation but I

20 would assume that Ron somehow communicated --

21 Mr. Baron somehow communicated that he wants to

22 be a part of the structure.

23     Q.   Had you spoken to Ron Baron before?

24     A.   Yes.

25     Q.   You continue in this e-mail to Mr.

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1   Ahuja in Exhibit 147, "The majority of our

2   holders want to stay with us but many of them do

3   not have a mandate to own private companies."

4            Do you see that?

5       A.   Yes.

6       Q.   Do you know what your basis was for

7   that statement, particularly your statement that

8   many of them do not have a mandate to own private

9   companies?

10      A.   Yes.

11      Q.   What was your basis?

12      A.   The basis was communication with our

13  shareholder base through the history since I've

14  been working with this company and my

15  understanding that some of them can hold private

16  companies like SpaceX and some of them cannot own

17  private companies like SpaceX.

18           And it's one of those things that would

19  just come up in the regular conversations with

20  the investor community.

21      Q.   Do you know if this information was

22  communicated to Elon Musk?

23      A.   I can't recall.

24           MR. PORRITT:  Elizabeth, why don't you

25  bring over 4179.

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1    STATE OF CALIFORNIA          )   SS

2    COUNTY OF LOS ANGELES     )

3              I, BRENDA R. COUNTZ, Certified Shorthand

4    Reporter No. 12563 for the State of California,

5    do hereby certify:

6              That prior to being examined, the

7    witness named in the foregoing deposition was

8    duly sworn to testify the truth, the whole truth,

9    and nothing but the truth;

10             That said deposition was taken down by

11   me in shorthand at the time and place therein

12   named and thereafter transcribed and that the

13   same is a true, correct, and complete transcript

14   of said proceedings.

15             Before completion of the deposition,

16   review of the transcript [   ] was [   ] was not

17   requested.  If requested, any changes made by the

18   deponent during the period allowed are appended

19   hereto.

20             I further certify that I am not

21   interested in the outcome of the action.

22   Witness my hand this 2nd day of September, 2021.

23

24   _____

25             Brenda R. Countz, CSR No. 12563