QUINN EMANUEL URQUHART & SULLIVAN, LLP

Alex Spiro (*appearing pro hac vice*)
alexspiro@quinnemanuel.com
Andrew J. Rossman (*pro hac vice* forthcoming)
andrewrossman@quinnemanuel.com
Ellyde R. Thompson (*appearing pro hac vice*)
ellydethompson@quinnemanuel.com
Jesse Bernstein (*pro hac vice* forthcoming)
jessebernstein@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Kyle Batter (Bar No. 301803)
kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |

1   THE COURT, having considered the Administrative Motion to File Under Seal
2   Documents in Support of the Motions *In Limine* filed by Defendants Tesla, Inc., Elon Musk, Brad
3   W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and
4   Linda Johnson Rice (together, "Defendants"), and testimony used in support thereof, the
5   Declaration of Nathaniel Smith, and all other filings in this case, has found:
6       (1)  There exist compelling reasons to seal Exhibits 44-47 that overcome the right of public
7   access to the information they contain;
8       (2)  A substantial probability exists that the overriding interest will be prejudiced if
9   Exhibits 44-47 are not sealed;
10      (3)  The proposed sealing is narrowly tailored; and
11      (4)  No less restrictive means exist to achieve the overriding interest (CRC 2.550(d));
12  **HEREBY ORDERS THAT**:
13      Because Exhibits 44-47 contain material that is sealable pursuant to Northern District of
14  California Civil Local Rule 79-5, Defendants' Administrative Motion to Seal is hereby
15  **GRANTED**.
16  **IT IS SO ORDERED**.

DATED:                     , 2022

By _____
Honorable Edward M. Chen