**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
       amccall@zlk.com

*Attorneys for Plaintiff and
Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**JOINT STATUS REPORT REGARDING ADR** |

Pursuant to the Order re Revised Schedule for Pretrial Filings (ECF No. 427), Plaintiff Glen Littleton and Defendants Tesla, Inc., Elon R. Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice submit the following Joint Status Report.

Following the April 18, 2022 status conference, the parties met and conferred regarding ADR and subsequently filed on July 1, 2022 a Stipulation and Proposed Order Regarding Local Rule 7 Settlement Conference requesting that this matter be referred to a settlement conference to be conducted under ADR Local Rule 7 (ECF No. 447). The Court granted the Stipulation and Proposed Order on July 1, 2022 and this proceeding was referred on July 5, 2022 to Magistrate Judge Donna M. Ryu for Settlement Conference (ECF No. 449). The settlement conference has not yet been scheduled.

Respectfully submitted,

DATED: July 7, 2022            LEVI & KORSINSKY, LLP

                               By: */s/ Nicholas I. Porritt*
                                   Nicholas I. Porritt *(appearing pro hac vice)*
                                   *Attorneys for Plaintiff Glen Littleton and Counsel for the Class*

DATED: July 7, 2022            QUINN EMANUEL URQUHART & SULLIVAN, LLP

                               By: */s/ Alex Spiro*
                                   Alex Spiro *(appearing pro hac vice)*
                                   *Attorneys for Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

## **ATTESTATION**

I, Adam C. McCall, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(h)(3), I hereby attest that Alex Spiro and Nicholas Porritt have concurred in the filing of the above document.

                               */s/ Adam C. McCall*
                               Adam C. McCall