**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
       amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

[Additional Counsel on Signature Block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF No. 454)** |

    Defendants' Administrative Motion to File Under Seal (ECF No. 454) asks that they be allowed to file Exhibits 44, 45, 46, and 47 under seal. These exhibits contain email correspondence reflecting internal communications by/between third party shareholders. The sealing of these materials was already before the Court in connection with the summary judgment briefing filed earlier this year. *See* ECF No. 429 at 6-8. The Court granted Defendants' motion to seal at that time. *See* ECF No. 432.

    Notwithstanding the Court's prior order sealing, Plaintiff respectfully maintains that Exhibits 44 through 47 should not be sealed because *inter alia* it does not contain trade secrets or personal information, relates to a transaction dating back to 2018, and otherwise does not meet the requirements for sealing. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003).

| | |
|---|---|
| Dated: July 11, 2022 | Respectfully submitted, |
| | **LEVI & KORSINSKY, LLP** |
| | /s/ Adam M. Apton |
| | Adam M. Apton (SBN 316506) |
| | Adam C. McCall (SBN 302130) |
| | 75 Broadway, Suite 202 |
| | San Francisco, CA 94111 |
| | Tel.: (415) 373-1671 |
| | Email: aapton@zlk.com |
| | Email: amccall@zlk.com |
| | -and- |
| | Nicholas I. Porritt |
| | Elizabeth K. Tripodi |
| | Alexander A. Krot III |
| | LEVI & KORSINSKY, LLP |
| | 1101 30th Street N.W., Suite 115 |
| | Washington, D.C. 20007 |
| | Tel.: (202) 524-4290 |
| | Email: nporritt@zlk.com |
| | Email: akrot@zlk.com |
| | (*admitted pro hac vice*) |
| | -and- |
| | Joseph Levi |
| | Eduard Korsinsky |
| | LEVI & KORSINSKY, LLP |
| | 55 Broadway, 10th Floor |
| | New York, New York 10006 |
| | Tel.: (212) 363-7500 |
| | Fax: (212) 363-7171 |
| | Email: jlevi@zlk.com |
| | Email: ek@zlk.com |
| | (*admitted pro hac vice*) |
| | *Attorneys for Plaintiff and Counsel for the Class* |