# EXHIBIT D

**September 9, 2021**
**Deposition of Aaron Chew**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| 6:4-8 | None | None | None | |
| 6:19-21 | None | None | None | |
| 12:16-14:3 | I, R | None | 14:4-15:6 | R |
| 15:7-10 | R | None | None | |
| 16:7-17:18 | R | None | None | |
| 38:20 – 39:14 | R, P, H | 39:15-40:12 | 39:15-40:12 | R |
| 42:12-19 42:24–43:23 | R, H, K, 407 | 42:20-23 | None | Does not comply with FRE 106: R The primary purpose of FRE 106, commonly known as the rule of completeness, is to counter the misleading impression created by taking testimony out of context. It does not mean any sentence omitted from a segment of testimony must be included. Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. Defendants' proposed addition deals with a question posed to which the witness' response was to ask for a more specific question. No information is conveyed in the exchange. |
| 45:21-23 | R | None | 47:15-48:17 | R This is not a counter-designation. It does not respond to the designated testimony, bears no relation to the designated testimony and opens an entirely new area of examination. |
| 71:4-16 72:8-73:22 | R, K | 71:4-20 | None | R 71:17-20 are the 3 lines not included in Plaintiff's designation. They encompass 1 question and response dealing with the witness' lack of recollection re an exhibit. The testimony bears not at all on a fact of consequence and is not relevant. |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| 80:1–83:1 | R, P, H, K | None | None | |
| 83:10-84:12 | R, P, H | 84:13-17 | 84:13-86:7 | 84:18-86:7 is not a counter-designation. It does not respond to the designated testimony, bears no relation to the designated testimony and opens an entirely new area of examination |
| 86:11-88:8 | R | None | None | |
| 90:18 – 91:6 | R | 91:7-22 | 91:7-22 | R |
| 99:7-101:10 | R, H | None | None | |
| 105:15-108:4 | R, F, K | 108:5-7 | None | None |
| 126:1-6 126:12 – 18 126:22 -127:8 | R, F, K | 126:19-21 | 126:19-21 | Does not comply with FRE 106; R The primary purpose of FRE 106, commonly known as the rule of completeness, is to counter the misleading impression created by taking matters out of context. It does not mean any sentence omitted from a segment of testimony must be included. Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. Defendants' counter designation has absolutely no value in tending to show a fact of consequence is more or less probable, making it not relevant. |
| 127:19-23 128:4 – 12 128:17- 130:7 | R, H | 128:13-16 | None | None |
| 130:10-14 130:20 –133:1 | R, F, K, | None | None | |
| 138:14-139:21 | R, F, K, I | None | None | |
| 144:6-11 | | None | None | |
| 144:18 – 145:4 | R, F, K, H, P | None | None | |
| 159:2 – 161:9 | R, F, K, H, P | None | None | |

**September 17, 2021**
**Deposition of Daniel Dees**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| 6:1-5 | None | None | None | |
| 6:13-15 | None | None | None | |
| 7:21-8:2 | None | None | None | |
| 8:6-12 | None | None | None | |
| 8:19-10:13 | None | None | None | |
| 10:20-24 | None | None | None | |
| 12:4-10; | None | None | None | |
| 17:23-18:7 | I, R | 17:19-22 | 17:19-22 | |
| 19:20-20:21 | R | None | None | |
| 23:13-21 | I, R | 23:22-24:2 | 23:22-24:2 | |
| 24:7-10 | R | None | None | |
| 25:13-26:24 27:11-17 | I | 26:25-27:10 | 26:25-27:10 | |
| 29:21-30:14 | None | None | None | |
| 30:24-31:7 | I, F, R | 31:8-14 | 31:8-14 | |
| 31:22-25 | None | None | None | |
| 32:9-17 | R, H | None | None | |
| 32:22-33:14 | I, R, H, F | 33:15-17 | 33:15-17 | R; Calls for speculation |
| 34:2-16 | I | 33:18-34:1 | 33:18-34:1 | R |
| 38:16–39:5 | R | None | None | |
| 39:16-21 | I, R | 39:22-40:8 | 39:22-40:8 | |
| 40:5-41:14 | I | 42:14-43:6 | 42:14-43:6 | R, Non-Responsive @ 43:3-6 Plaintiff's designation is complete as to the subject matter of capital sources it addresses. Defendants' proposed additional testimony and counter-designation is unrelated and enters an entirely different subject matter arena re the definition of "funding secured."  As a result, Defendants' counter-designation is not relevant as the issue of 'funding secured" has been decided by the Court's SJ Order. Additionally, an objection of non responsive is lodged for 43:3-6.  Mr. Dees was asked what his |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | understanding is and he provided a response to a different question. |
| 112:13-117:20 | R, F, K, H | None | None | |
| 118:11-120:1 | I, R, F, K, H | 120:2-5 | 120:2-5 | Does not comply with FRE 106; R<br>The primary purpose of FRE 106, commonly known as the rule of completeness, is to counter the misleading impression created by taking matters out of context. It does not mean any sentence omitted from a segment of testimony must be included. Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. Defendants' proposed addition does not make the designation any clearer and its lack of relevance argues for its exclusion. |
| 120:6-15<br>120:25-121:18 | I, R, F, K, H | 120:16-23 | 120:16-23 | Does not comply with FRE 106; R<br>As noted above, FRE 106 is meant to ensure designations are a fair and non-misleading representation of the testimony. It does not mean any sentence omitted must be included.<br>Plaintiff's designation is complete as noted; there is nothing misleading or unfair about it.  In addition, the counter is irrelevant as there is absolutely no information conveyed; the witness states he "doesn't know" in response to both questions included in the counter. The lack of relevance of these 2 questions and responses along with their failure to provide any measure of 'missing' fairness or correct any misleading nature of the |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | designation argues for exclusion of the proposed counter designation. |
| 122:9-124:5 | F, K | None | None | |
| 127:5-127:25 | None | None | None | |
| 128:1-128:8 | R, F, K, H | None | None | |
| 128:9-129:14 | I, R, F, K, H | 129:15-18 | 129:15-18 | |
| 129:24-130:13 | I, R, F, K, H | 129:19-23 | 129:19-23 | |
| 134:14-135:11 | R, F, K, H | None | None | |
| 137:8-25 | R, H | None | None | |
| 139:18-141:10 | I, R, H | 141:11-22 | 141:11-22 | R<br>141:11-12 is the only omitted material between this and the next Plaintiff's designation. It is the 2 line, 10 word stricken start of a question.  It has absolutely no value in showing a fact of consequence is more or less probable. Further, FRE 106 has no applicability, as there is no incompleteness here. |
| 141:13-142:16 | @142:17, Form; after response<br><br>R, F, K | None | None | |
| 144:1-146:21 | @144:22, Form<br><br>R, F, K, H | None | None | |
| 148:7-149:6 | R, F, K, H | None | None | |
| 150:11-155:14 | R, F, K, H | None | None | |
| 157:9-158:10 | R, F, K, H | None | None | |
| 163:18-25 | None | None | None | |
| 164:10-165:16 | R, F, K, H | None | None | |
| 165:25-167:22 | R, K, F | None | None | |
| 169:5-172:16 | R, K, F, | None | None | |
| 172:21-174:14 | R, F, K | None | None | |

**July 12, 2021**
**Deposition of Joseph Fath**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| 6:11-14 | None | None | None | |
| 6:22-8:6 | R | None | None | |
| 9:18-24 | R | None | None | |
| 10:19-11:10 | I, R, K, F | 11:11-12:9 | 11:11-12:9 | R, K, F; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 12:10-13 | R, K, F | None | None | |
| 17:17-19; 17:23-21:25 | R, K, F, H, P | None | None | |
| 22:6-10; 22:14-23:18 | R, H, P | None | None | |
| 25:12-14; 25:18-30:22 | I, R, F, H, K, P, L | 28:17, 30:23-31:20 | 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20-121:14 | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 32:9-33:8 | R, K, F, H, P, L | None | 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20-121:14 | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 35:3-9 | R | None | None | |
| 36:23-37:12 | R, K, F, H | None | None | |
| 38:5-39:3 | I, R, K, F, H | 39:6-12 | 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20-121:14 | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 39:13-42:1 | R, K, F, H, P | None | None | |
| 42:9-42:11 42:21-23 | None | None | None | |
| 43:1-44:18 | R, K, F, H, P, L | None | 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20-121:14 | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair |

**July 12, 2021**
**Deposition of Joseph Fath**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | about the designation. |
| 44:25-46:8 | R, K, F, P, L | None | 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20-121:14 | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 46:18-47:3 | I, R, H | 47:18-48:9 | 47:18-48:9 | None |
| 48:13-50:16 | I, R, H, P | 47:18-48:9 | 47:18-48:9 | None |
| 54:23-56:15 | R, K, F, H, P | None | None | |
| 56:23-57:15 | R, H | 57:16-25 | 57:16-25 | R, K, H |
| 58:1-5 | I, R, K, F, H, P | 58:6-59:12 | 58:6-59:12 | K |
| 60:1-6 | I, R, F | None | None | |
| 62:8-63:15 | R, K, F, H, P | None | 112:10-115:23 | |
| 73:13-74:3 | R, K, F, H, P | None | 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20-121:14 | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 60:11-61:25 | R, K, F, H, P | None | 112:10-115:23 | R, K, H, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 62:8-63:6 | R, K, F, H, P | None | 112:10-115:23 | R, K, H, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 63:16-64:5 64:11-65:1 | R, K, F, H | None | 112:10-115:23 | R, K, H, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the |

**July 12, 2021**
**Deposition of Joseph Fath**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | designation. |
| 66:21-67:6 | R, K, F, H | None | None | |
| 67:12-71:18 | I, R, K, F, H, P, L | 71:19-73:7 | 71:19-73:7, 112:10-115:23 | R, F, K; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 73:13-74:3 | R, K, F, H | None | None | |
| 75:3-20 | R, H | None | None | |
| 76:11-78:15 | R, K, F, H, P, L | None | 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20-121:14 | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 78:23-79:9 | R, H | None | None | |
| 82:6-83:17 | I, R, K, F, H, P, L | 83:18-84:11 | 83:18-84:11, 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20-121:14 | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 91:8-92:5 | R, K, F, H, P | None | 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20-121:14 | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 92:23-93:10 | R, K, F, H, P | None | 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20-121:14 | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |
| 94:18-95:8 | R, K, F, P | None | None | |
| 98:9-99:3 | I, R, K, F, P | 102:19-104:21 | 102:19-104:21 | R, P |
| 99:9-100:19 | I, R, K, F, P | 102:19-104:21 | 102:19-104:21 | R, P |
| 101:22-102:18 | R, P | None | None | |
| 105:10-18 | I, R, K, F, P, L | 105:5-106:2 | 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20- | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or |

**July 12, 2021**
**Deposition of Joseph Fath**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | 121:14 | unfair about the designation. |
| 109:20-110:9 | I, R, K, F, P | 110:10-14 | 87:3-6, 88:16-89:18, 93:13-94:17, 105:2-110:14, 111:6-112:9, 116:15-117:24, 119:20-121:14 | R, K, F, P; Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| 8:3-5 | None | None | None | |
| 8:13-15 | None | None | None | |
| 11:10-13:8; | R | None | None | |
| 13:12-15:5 | R | None | None | |
| 16:13-18 | I, R | 16:19-21 | 134:15-138:8, 142:1-143:7 | R. Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation.  Mr. Koney was asked if he followed Tesla and if Jennison Associates invested in Tesla. Defendants' counter does not make the designation any clearer and its lack of relevance—Jennison's post class period positions in Tesla and the effect of reports of the PIF's investment in Tesla—argues for exclusion |
| 17:17-18:4 | R, F, K | None | None | |
| 18:22-19:8 | R | None | None | |
| 19:11-16 | R | None | None | |
| 20:11-21:10 | I, R, F, K | 21:11-15 | 21:11-15 | R,  Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. Mr. Koney is testifying about his experience covering Tesla. Defendants' counter |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | designations do not make the designation any clearer and their lack of relevance argues for its exclusion. |
| 21:16-19 | R, P | None | None | |
| 26:16-27:7 | R, H | None | None | |
| 28:18-29:23 | @ 29:15, Form I, R, H, P | 27:22-28:10, 30:12-31:1 | 27:22-28:10, 30:12-31:1 | R. Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. 27:22-28:10 offers unnecessary background on the exhibit, which is not required clarify the testimony. 30:12-31:1 is unrelated and enters an entirely different subject matter arena regarding demand for Tesla's Model 3 and is not relevant to either his response to Musk's tweet or push back from Tesla's investor relations. Defendants' counter designations do not make the designation any clearer and their lack of relevance argues for its exclusion. |
| 32:12-21 | I, R, F, K, H, P | 33:4-16 | 33:4-16 | |
| 37:23-38:4 | I, R, K | 38:5-8 | 38:5-8 | |
| 43:1-3; 43:9-11; 43:19-44:19 | R, F, K, H, P | None | 21:20-22:6, 56:15-57:1, 62:6-22 | R. Defendants' counters are unrelated |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | and enter an entirely different subject matter arena, whether funding secured was a verbal commitment or an offer letter. They are not relevant to Mr. Koney's email, which is a contemporaneous reaction to Mr. Musk's tweets/blog post. Defendants' counter designations do not make the designation any clearer and their lack of relevance argues for its exclusion. |
| 45:1-17 | R, F, K, H, P | None | 21:20-22:6, 56:15-57:1, 62:6-22 | R, Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | With respect to relevancy, as noted above, testimony regarding whether funding secured was a verbal commitment or an offer letter is not relevant to Mr. Koney's contemporaneous reaction to Mr. Musk's tweets/blog post. Defendants' counter designations do not make the designation any clearer and their lack of relevance argues for its exclusion. |
| 46:20-47:6 48:16-49:15 | R, F, K, H, P | None | None | |
| 53:18-22 | R | None | None | |
| 54:7-9; 54:24-56:13 | @ 56:5-6, Form I, R, F, K, H, P | 54:10-23, 56:15-57:13 | 54:10-23, 56:15-57:13 | R. Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. As noted above, 54:10-23 is irrelevant background information on the referenced exhibit. Defendants' counter designation 56:15-57:13 is testimony regarding whether funding secured was a verbal commitment or an offer letter and whether there was funding to take Tesla private, which are not relevant to Mr. Koney's email with Tesla's investor relations regarding |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | Mr. Musk's blog post. Defendants' counter designations do not make the designation any clearer and their lack of relevance argues for its exclusion. |
| 57:14-59:25 | @ 59:15-16, Form @ 59:23, Form R, F, K, H, P | None | None | |
| 60:4-21 | R, F, K, H, P | None | None | |
| 61:9-22 | R, P | None | None | |
| 61:9-62:12 | I, R, H | 21:20-22:6, 56:15-57:1, 62:6-22 | 21:20-22:6, 56:15-57:1, 62:6-22 | R. Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. Again, Defendants have counter designated irrelevant testimony regarding the difference between a verbal commitment or an offer letter, which has no relevance to Mr. Koney's email with Tesla's investor relations requesting additional information about Musk's tweets. Defendants' counter designations do not make the designation any clearer and their lack of relevance argues for its exclusion. |
| 63:16-64:9 | I, R, F, K, H, P | 64:10-21 | 64:10-21 | R. Plaintiff's designation is complete as to Mr. Koney's respond to |

July 14, 2021
Deposition of Nii Owuraka Koney

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | Mr. Musk's tweets. Defendants' counter-designation is unrelated to Mr. Koney's statement in an email-- "Elon Musk will not risk going to jail over this" -- and enters an entirely different subject matter arena re: the timing of the PIF news. Defendants' counter designation does not make the designation any clearer and its lack of relevance argues for its exclusion. |
| 65:6-22 | R, H | None | None | |
| 66:2-16 | @ 66:17, Form I, R, F, K, H, P | 67:3-9 | 34:17-38:8, 41:24-42:19 | R. Plaintiff's designation is complete as to Mr. Koney's contemporaneous email response to Mr. Musk's tweets that "[Mr. Musk] wouldn't risk being hauled off to jail..." and Mr. Musk and Tesla's investor relations being to source of his understanding of the funding required to take Tesla private. Defendants' counter designations regarding when Mr. Koney first read the tweets and blog posts are irrelevant this testimony references. Defendants' counter designations do not make the designation any clearer and their |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | lack of relevance argues for its exclusion. |
| 67:10-14 67:18-68:11 | R, F, K, H, P | None | None | |
| 70:10-23; 70:25-71:11 | @ 70:19, Form I, R, F, K, H | 71:12-18 | 71:12-18, 21:20-22:6, 56:15-57:1, 62:6-22 | R. Plaintiff's designation is complete as to Mr. Koney's testimony about his communications with a colleague about Elon Musk's statement; there is nothing misleading or unfair about the designation. Defendants' counter designations do not respond to the designated testimony, bear no relation to the designated testimony and open entirely new areas of examination re: Musk's credibility (71:12-18) and a verbal offer versus a written commitment (21:20-22:6, 56:15-57:1, 62:6-22). Defendants' counter designations do not make the designation any clearer and their lack of relevance argues for its exclusion. |
| 71:20-72:9 | I, R, H | 72:10-24 | 72:10-24, 21:20-22:6, 56:15-57:1, 62:6-22 | R. Plaintiff's designation is complete as to Mr. Koney's testimony: it was important to him that the CEO of Tesla said that funding was secured publicly; and |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | Tesla's investor relations told him that "the offer was as firm as it gets." There is nothing misleading or unfair about the designation. This is not a counter-designation. It does not respond to the designated testimony, bears no relation to the designated testimony and opens an entirely new area of examination (72:10-24 speculation about "funding secured"; 21:20-22:6, 56:15-57:1, 62:6-22: the difference between whether funding secured was a verbal commitment or an offer letter). Defendants' counter designations do not make the designation any clearer and their lack of relevance argues for its exclusion. |
| 74:16-76:5 | I, R, F, K, H | 76:9-77:14 | 76:9-77:14, 146:11-25, 147:24-148:14, 161:25-165:2, 21:20-22:6, 56:15-57:1, 62:6-22 | R. Form @ 148:5, 151:5, 11; 164:10, 25. Plaintiff's designation is complete as to Mr. Koney's testimony that at the time he wrote his colleagues that he did not believe Musk was lying about funding being secured but that discussions on going private were in an early stage; there is nothing |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | misleading or unfair about the designation. 76:9-77:14 does not address the designation but provides unrelated testimony about Musk's lack of financial focus and whether there was verbal agreement. The latter is of no probative value as it was addressed by the summary judgment motion and Mr. Koney testifies: "it's an assumption on an assumption..." 21:20-22:6, 56:15-57:1, and 62:6-22 do not address the designated testimony about the stage of the transaction. 46:11-25, 147:24-148:14, and 161:25-165:2 generally address the subject exhibit and to the extent that they bear any relationship to the designated testimony, they have absolutely no value in tending to show a fact of consequence is more or less probable, making them irrelevant. |
| 78:5-79:6 | R, F, K, H | None | 146:11-25, 147:24-148:14, 161:25-165:2 | R. Form @ 148:5, 151:5, 11; 164:10, 25. This is not a counter designation. 46:11-25, 147:24-148:14, and 161:25-165:2 generally address the subject exhibit and do not respond to the |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | designated testimony about the lack of formal offer. Defendants' counter designations do not make the designation any clearer and their lack of relevance argues for its exclusion. |
| 79:24-81:22 | @ 81:11, Form R, F, K, H, P | None | 146:11-25, 147:24-148:14, 161:25-165:2, 21:20-22:6, 56:15-57:1, 62:6-22 | R. Form @ 148:5, 151:5, 11; 164:10, 25. This is not a counter designation. 21:20-22:6, 56:15-57:1, and 62:6-22 concern differences between a verbal and written commitment for funding and do not respond to the designated testimony. 146:11-25, 147:24-148:14, and 161:25-165:2 generally address the subject exhibit and do not respond to the designated testimony about the lack of documentation and information about the source of funding and why that was important. Defendants' counter designations do not make the designation any clearer and their lack of relevance argues for its exclusion. |
| 82:20-83:10 | I, R, F, K, H, P | 82:7-19, 83:11-84:3 | 82:7-19, 83:11-84:3, 146:11-25, 147:24-148:14, 150:21-152:12, 161:25-165:2 | R. Form @ 148:5, 151:5, 11; 164:10, 25. Plaintiff's designation was complete as to Mr. Koney's |

July 14, 2021
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | testimony, at the time he wrote to colleagues that "Elon likely jumped the gun" and explained that this meant Tesla was early in the process of going private; there is nothing misleading or unfair about the designation. This is not a counter-designation. It does not respond to the designated testimony, bears no relation to the designated testimony and opens an entirely new area of examination. |
| 84:15-85:17 | I, R, F, K, H | 84:5-14, 85:18-24 | 84:5-14, 85:18-24, 161:25-165:2 | R. Form @ 164:10, 25. Plaintiff's designation is complete as to Mr. Koney's testimony that at the time he wrote to colleagues that it was his opinion at the time that Tesla will have to disclose more information about the proposed transaction; there is nothing misleading or unfair about the designation. Defendants' counter designations do not make the designation any clearer and their lack of relevance to Mr. Koney's opinion about Tesla's need to disclose more information, argue for |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | their exclusion. |
| 88:1-8; 88:13-89:7 | I, R, F, K, H | 89:7-9 | 89:7-9 | R. I. Plaintiff's designation is complete as to Mr. Koney's testimony re: his emails with Mr. Teller and communications concerning Tesla going private; there is nothing misleading or unfair about the designation. Defendants' counter does not make the designation any clearer as it simply confirms that Musk is Tesla's CEO and 89:9 only contains a question without a response. |
| 95:2-10; 95:15-20 | R, H | None | None | |
| 98:4-99:9 | R, H | None | 152:14-154:7 | R. Defendants have not provided a counter-designation. This testimony does not respond to the designated testimony. |
| 99:17-20 | R, F, K | None | None | |
| 100:5-101:6 | I, R, H | 101:7-14 | 101:7-14, 152:14-154:7 | R. Plaintiff's designation is complete as to Mr. Koney's notes from his conversation with Mr. Musk; there is nothing misleading or unfair about the designation. Defendants have not provided a counter-designation. This testimony does not respond to the designated testimony. |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| 101:24-104:5 | I, R, H, P | 101:18-23, 104:6-18 | 101:18-23, 104:6-18, 145:9-146:2, 152:14-154:7 | R. Plaintiff's designation is complete as to Mr. Koney's recollection of his call with Mr. Musk; there is nothing misleading or unfair about the designation.  145:9-146:2 has no relation to Mr. Koney's call with Mr. Musk t. |
| 104:19-105:24 | R, H | None | 21:20-22:6, 56:15-57:1, 62:6-22 | R. This is not a counter-designation. It does not respond to the designated testimony and bears no relation to the designated testimony. |
| 107:18-108:24 | R, H | None | None | |
| 110:1-110:5 | R | None | None | |
| 112:2-114:9 | R, F, K, H | None | None | |
| 114:16-115:2 | I, R, F, K, H | 116:1-15 | 116:1-15, 154:13-158:6, 158:24-161:5 | R. Form @ 155:2, 157:1, and 159:4. Plaintiff's designation is complete as to Mr. Koney's testimony re: Ex. 68, an email he sent to Jennison portfolio managers shortly Mr. Musk's 8/13/18 blog post. There is nothing misleading or unfair about the designation.  Defendants' counter does not make the designation any clearer. It attempts to confuse earlier testimony regarding the plain language of Exhibit 68 and therefore argues for exclusion. |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| 117:7-16 | R, H | None | 154:13-158:6, 158:24-161:5 | R. I. Form @ 155:2, 157:1, and 159:4. Plaintiff's designation is complete as noted above and that the 8/13/18 blog post did not change his view on the "$420 offer." Defendants' counter does not make the designation any clearer. It attempts to confuse earlier testimony regarding the plain language of Exhibit 68 and therefore argues for exclusion. |
| 119:14-120:9 | R, F, K, H, P | None | None | |
| 127:1-24 | R, F, K, H, P | None | 145:9-146:2 | R. This is not a counter-designation. It does not respond to the designated testimony and bears little relation to the designated testimony. Defendants' counter—general testimony about short sellers and Tesla—does not make the designation about Jennison's reaction to the proposed private transaction and what Mr. Koney was prepared to tell a Tesla board member any clearer. |
| 155:22-156:18 | None | None | None | |
| 157:6-159:22 | I, R, K | 159:23-160:25 | 159:23-160:25 | R. Plaintiff's designation is complete as to Mr. Koney's contemporaneous email regarding his |

**July 14, 2021**
**Deposition of Nii Owuraka Koney**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | views on Tesla being able to go private after Musk's 8/13/18 blog post; there is nothing misleading or unfair about the designation. Defendants' counter —additional testimony regarding the blog post and additional steps needed to take Tesla private— does not make the designation any clearer and its lack of relevance to Mr. Koney's testimony about the ability for Tesla to go private argue for exclusion. |

**May 4, 2021**
**Deposition of Ryan Brinkman**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| 6:1-5 | None | None | None | |
| 6:13-15 | None | None | None | |
| 13:7-16:6; | 13:7-16:6; | R | None | |
| 22:2-25:4 | 22:2-25:4 | R | None | |
| 41:21-45:21 | R, K, F, P, L | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>These are not counter-designations. They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 47:8-9 47:15-49:3 | R, K, F, P, L | 49:6-23 | 49:6-23, 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>116:2-118:8 & 125:10-132:16 are not counter-designations. They do not respond to the designated testimony, bear no |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | relation to the designated testimony and open an entirely new areas of examination. In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402. This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 50:3-4; 50:9-52:6 | R, K, F, P, L | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation  These are not counter-designations.  They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.  In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation |
| 53:6- 57:23 | R, K, F, P, L | 58:22-60:16 | 58:22-60:16, 116:2-118:8, 125:10-132:16 | R; Does not comply with FRE 106; Facts not in evidence; Calls for speculation<br><br>The primary purpose of FRE 106, commonly known as the rule of completeness, is to counter the misleading impression created by taking testimony out of context. Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. The proposed addition of 58:22-60:16 does not make the designation any clearer or more 'complete.'<br><br>116:2-118:8, 125:10-132:16 are not counter-designations. They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 61:2-63:11 | R, K, F, P, L | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>These are not counter-designations. They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 63:13-64:2 | R, K, F, P, L | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | These are not counter-designations. They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation |
| 64:6-66:15 | R, K, F, P, L | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>These are not counter-designations. They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation |
| 69:12-71:13 | R, H | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation These are not counter-designations.  They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation |
| 72:18-19<br>72:24-75:24 | R, K, F, P, L | 75:25-76:11 | 75:25-76:11, 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>116:2-118:8 & 125:10- |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | 132:16 are not counter-designations. They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation |
| 77:19-78:8 | R, K, F, P, L | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>These are not counter-designations. They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 78:19- 84:2 | R, K, F, P, L | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>These are not counter-designations.  They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 85:6-85:14 | R, K, F, H | 85:15-86:8 | None | Does not comply with |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| 86:9-11 86:19-88:5 | | | | FRE 106; R

The primary purpose of FRE 106, commonly known as the rule of completeness, is to counter the misleading impression created by taking testimony out of context. Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. Defendants' proposed addition does nothing to make Plaintiff's designation more 'complete.'

In addition, the proposed addition provides no information whatsoever that tends to make a fact of consequence more or less probable.  As such, the proposed addition is not relevant under FRE 401 and is inadmissible per FRE 402. |
| 88:10-88:17 90:6-92:4 | R, K, F | 88:18-89:8 | 89:19-90:5 | |
| 92:8-94:10 | R, K, F, H, P | None | None | |
| 94:13-95:3 | R, K, F, H, P, L | 95:4 | 116:2-118:8, 125:10-132:16 | Does not comply with FRE 106; R; Facts not in evidence; Calls for speculation

Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. Defendants' proposed addition of **a single word** @ 95:4 does nothing to make Plaintiff's designation more 'complete' or less 'misleading.' |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | 116:2-118:8 & 125:10-132:16 are not counter-designations. They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 95:13-95:20 | R, K, F, H, P | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>These are not counter-designations. They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 96:5-96:23 | @96:2-3-Form; R, K, F, H, P | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>These are not counter-designations.  They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 98:7-10<br>98:14-25 | R, H | None | None | |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| 100:4-102:2 | R, K, F, H, P, L | 102:3-24 | 102:3-24, 116:2-118:8, 125:10-132:16 | Does not comply with FRE 106; R; Facts not in evidence; Calls for speculation<br><br>Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation. Defendants' proposed addition 102:3-24 does nothing to make Plaintiff's designation more 'complete' or less 'misleading.'  In addition, the proposed 102:3-24 provides no testimony tending to make a consequential fact in the case more or less probable.  Thus, this segment is not relevant under FRE 401 and inadmissible per FRE 402.<br><br>116:2-118:8 & 125:10-132:16  are not counter-designations.  They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402. |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 105:8-106:15 | 105:8-106:15 | R, H, P | None | |
| 108:2-109:8 | R, K, F, H, P, L | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>These are not counter-designations.  They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 110:14-17 110:22-112:7 | R, K, F, H | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>These are not counter-designations.  They do not respond to the designated testimony, bear no relation to the designated testimony |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |
| 112:22-114:6 | R, K, F, H, P, L | None | 116:2-118:8, 125:10-132:16 | R; Facts not in evidence; Calls for speculation<br><br>These are not counter-designations.  They do not respond to the designated testimony, bear no relation to the designated testimony and open an entirely new areas of examination.<br><br>In addition, 125:10-132:16 particularly delves into questions concerning the lawsuit allegations and testimony re elements already decided by the Court's SJ Order. The testimony does not tend to make a fact of consequence more or less probable, so is not relevant under FRE 401 and is inadmissible |

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | under FRE 402.<br><br>This segment is also objectionable as assuming facts not in evidence @ 128:21 and 129:15. It also calls for speculation. |

**September 27, 2021**
**Deposition of Rick Polhemus**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| 12:9-12 | None | None | None | |
| 12:25-14:25 | I, R, F, K | 15:12-20 | 15:12-20 | Does not comply with FRE 106; R Plaintiff's designation is complete as noted; it is not misleading or unfair in any respect, so not subject to FRE 106. Defendants' proposed additional material provides no information which makes Plaintiff's designation more 'complete.' In addition, the proposed counter is simply verbiage with no bearing on a consequential fact in the case, so is not relevant. |
| 40:1-16 | I, F, K | 37:20-39:6, 40:17-41:3, 48:13-22 | 37:20-39:6, 40:17-41:3, 48:13-22 | Does not comply with FRE 106 37:20-39:6 in no manner 'completes' Plaintiff's designation under FRE 106 as it deals with an entirely different exhibit and testimony. Further, it is not a counter designation as it does not respond to the designated testimony, bears no relation to the designated testimony and addresses an entirely different area of examination Likewise, 48:13-22 in no manner 'completes' Plaintiff's designation under FRE 106 as it deals with an entirely different exhibit and testimony. Further, it is not a counter designation as it does not respond to the designated testimony, bears no relation to the designated testimony and addresses an entirely different area of examination |

**September 27, 2021**
**Deposition of Rick Polhemus**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | |
| 43:4-46:18 | R, F, K | None | None | |
| 50:1-57:12 | I, R, F, K, H | None | None | |
| 58:16-18 59:9-20 59:24-61:8 | I, F, K, H | 59:21-23, 61:9-62:6 | 59:21-23, 61:9-62:6 | Does not comply with FRE 106 59:21-23 The primary purpose of FRE 106, commonly known as the rule of completeness, is to counter the misleading impression created by taking testimony out of context. It does not mean any sentence omitted from a segment of testimony must be included. Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation and no additional testimony is required. In addition, the counter is irrelevant as there is absolutely no information conveyed; the witness states he "does not recall" in response to the question posed. Failing to tend to make a fact of consequence more or less probable, the proposed counter is not relevant.<br><br>R - 61:9-62:6 |
| 67:18-71:21 | R, F, K, H | None | None | |
| 105:8-11 105:19-23 106:5-15 | I, R, F, K, H, P | 105:21-106:4, 106:16-109:22 | 105:21-106:4, 106:16-109:22 | R |
| 107:13-109:3 | I, R, F, K, H, P | 105:21-106:4, 106:16-109:22 | 105:21-106:4, 106:16-109:22 | Does not comply with FRE 106; R Plaintiff's designation is complete as noted; there is nothing misleading or unfair about the designation and no |

**September 27, 2021**
**Deposition of Rick Polhemus**

| Plaintiff's Designations | Defendants' Objection(s) | Testimony to include for completeness under FRE 106 | Defendants' Counter Designation(s) | Plaintiffs' Objections to Testimony Included for Completeness and Counter Designations |
|---|---|---|---|---|
| | | | | additional testimony is required. |
| 109:25-111:4 | I, R, F, K, H, P | 105:21-106:4, 106:16-109:22, 111:5-8 | 105:21-106:4, 106:16-109:22, 111:5-8 | Does not comply with FRE 106; R |
| 114:24-117:22 | R, F, K, H | None | None | |
| 117:23-118:16 | I, R, F, K, H | 118:17-121:4 | 118:17-121:4 | Does not comply with FRE 106; R |
| 121:5-122:25 | I, R, F, K, H | 118:17-121:4 | 118:17-121:4 | Does not comply with FRE 106; R |
| 123:19-125:6 | I, F, K, H | 125:7-20 | 125:7-20 | Does not comply with FRE 106; R |
| 125:21-126:21 | R, F, K, H, P | None | None | |

**Defendants' Deposition Designations**
**September 17, 2021 Deposition of Dan Dees**

| Deponent | Testimony | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendants' Objections to Counter-Designations |
|---|---|---|---|---|
| Dan Dees | 6:13-15 | | 6:1-5<br>6:13-15 | None |
| Dan Dees | 7:21-8:2 | | 7:21-8:2 | None |
| Dan Dees | 8:19-9:4 | | 8:6-12 | None |
| Dan Dees | 9:12-10:5 | | 8:19-10:13 | Relevance |
| Dan Dees | 10:9-24 | | 10:20-24 | Relevance |
| Dan Dees | 12:4-10 | | 12:4-10 | Relevance |
| | | | 17:23-18:7 | Relevance |
| | | | 19:20-20:21 | Relevance; 403 |
| | | | 23:13-21 | Relevance |
| | | | 24:7-10 | None |
| Dan Dees | 25:2-9 | | 25:13- 26:24 | None |
| Dan Dees | 25:13-27:17 | | 27:11-17 | Incomplete; include 26:25-27:10 |
| Dan Dees | 28:1-12 | | | |
| Dan Dees | 29:21-30:11 | | 29:21-30:14 | None |
| | | | 30:24-31:7 | Relevance; no foundation; no personal knowledge |
| Dan Dees | 31:22-25 | | 31:22-25 | None |
| Dan Dees | 33:18-34:16 | Calls for speculation @33:15 | 32:9-17 | Hearsay |
| | | | 32:22-33:14 | Hearsay |
| | | | 34:2 - 16 | Incomplete; hearsay |
| Dan Dees | 38:16-18 | | 38:16-39:5 | None |
| Dan Dees | 38:22-24 | | | |
| Dan Dees | 39:22-40:8 | Relevance @39:22-40:4 | 39:16-21 | None |
| Dan Dees | 41:6-12 | | 40:5-41:14 | None |
| | | | 41:19-22 | Incomplete; include 41:22-42:5; improper expert opinion |
| | | | 42:6-8 | Relevance; 403 |
| Dan Dees | 43:3-6 | | 42:14-43:6 | None |
| Dan Dees | 44:19-25 | | 44:14-45:11 | None |
| Dan Dees | 45:5-11 | | | |
| Dan Dees | 49:8-12 | | 49:8-12 | None |
| Dan Dees | 49:23-50:5 | | 49:23-50:23 | None |
| Dan Dees | 50:21-22 | | | |
| Dan Dees | 52:6-10 | | 51:6-52:10 | None |
| Dan Dees | 52:16-53:10 | | 52:16-54:25 | 54:8-25: no personal knowledge; speculation |
| Dan Dees | 55:3-19 | | 56:14-18 | Hearsay |
| Dan Dees | 69:5-71:3 | Relevance | 57:15-20 | Hearsay |
| Dan Dees | 71:10-18 | Relevance | 58:13-23 | None |
| Dan Dees | 90:3-16 | | 60:7-12 | Hearsay; relevance; 403; no personal knowledge |
| Dan Dees | 91:8-19 | | 61:9-14 | None |
| Dan Dees | 93:19-94:10 | | 61:16-63:2 | None |
| Dan Dees | 96:7-12 | | 63:5-19 | Relevance; hearsay |
| Dan Dees | 98:5-13 | Relevance; hearsay | 66:17-67:3 | Relevance; no personal knowledge |
| Dan Dees | 98:19-99:7 | | 90:3-16 | None |
| Dan Dees | 99:17-100:1 | | 93:19-94:10 | None |

**Defendants' Deposition Designations**
**September 17, 2021 Deposition of Dan Dees**

| Deponent | Testimony | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendants' Objections to Counter-Designations |
|---|---|---|---|---|
| | | | 96:15-23 | None |
| Dan Dees | 100:9-17 | | 98:19-100:24 | None |
| Dan Dees | 104:6-13 | Unneeded given objection next | 102:2-103:7 | Hearsay; speculation |
| Dan Dees | 104:18-105:9 | Relevance; hearsay | | |
| Dan Dees | 106:15-22 | | 105:18-106:22 | None |
| Dan Dees | 107:1-108:2 | | 107:1-108:2 | None |
| Dan Dees | 108:9-22 | | 108:9-109:15 | Incomplete; include 109:16-25 |
| Dan Dees | 116:22-117:5 | Relevance | 112:13-117:20 | Hearsay |
| Dan Dees | 118:25-119:13 | | 118:11-120:1 | None |
| Dan Dees | 120:25-121:2 | | 120:6-15 | None |
| Dan Dees | 122:9-123:6 | | 120:25-121:18 | None |
| Dan Dees | 126:4-13 | Relevance; hearsay | 122:9-124:5 | 123:7-22: no personal knowledge |
| Dan Dees | 126:17-21 | Relevance | | |
| Dan Dees | 127:10-25 | | 127:5-127:25 | None |
| Dan Dees | 139:18-19 | | 128:1-129:14 | Calls for speculation; hearsay |
| Dan Dees | 139:24-140:1 | | 129:24-130:13 | Relevance |
| Dan Dees | 140:15-18 | | 134:14-135:11 | Relevance; herasay, calls for speculation |
| Dan Dees | 142:5-13 | | 137:8-25 | Relevance; hearsay |
| Dan Dees | 144:19-145:7 | | 139:18 -- 141:10 | None |
| Dan Dees | 169:9-170:6 | | 141:13-142:16 | Relevance; 403 |
| | | | 144:1 - 146:21 | No foundation; no personal knowledge; relevance |
| | | | 148:7-149:6 | No foundation; no personal knowledge; relevance |
| | | | 150:11-155:14 | Relevance; 403; hearsay |
| | | | 157:9-158:10 | Relevance; hearsay |
| | | | 163:18-25 | Relevance |
| | | | 164:10-165:16 | Relevance; hearsay |
| | | | 165:25-167:22 | None |
| | | | 169:5-172:16 | None |
| | | | 172:21-174:14 | Relevance |

**Defendants' Deposition Designations**
**August 11, 2021 Deposition of Sam Teller**

| Deponent | Testimony | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendants' Objections to Counter-Designations |
|---|---|---|---|---|
| Sam Teller | 6:6-9 | Relevance | 11:12-12:14 | Relevance |
| Sam Teller | 10:4-14 | Relevance | 13:3-10 | Relevance |
| Sam Teller | 13:18-16:4 | Relevance | 16:5-13 | Relevance |
| Sam Teller | 16:14-18:14 | Relevance | 32:6-33:9 | Relevance; 403 |
| Sam Teller | 20:18-21:18 | Relevance | 33:10-34:2 | Relevance; 403 |
| Sam Teller | 21:25-23:1 | Relevance | 37:7-38:2 | Relevance |
| Sam Teller | 23:19-25:9 | Relevance | 42:4-18 | FRE 403, FRE 408 |
| Sam Teller | 26:24-28:5 | Relevance | 45:8-23 | Relevance; 403 |
| Sam Teller | 29:11-23 | Relevance | 46:11-47:21 | Relevance; 403 |
| Sam Teller | 30:22-32:5 | Relevance | 52:20-53:3 | No foundation; no personal knowledge; speculation; form |
| Sam Teller | 35:2-36:23 | Relevance | 53:25-59:15 | Relevance; 403; hearsay |
| Sam Teller | 43:12-45:7 | Relevance | 61:2-61:21 | Relevance; 403; hearsay |
| Sam Teller | 62:7-66:3 | Relevance | 76:14-77:7 | None |
| Sam Teller | 66:17-67:21 | Relevance | 84:12-16 | None |
| Sam Teller | 68:22-71:9 | Relevance; 70:4-8: lack of foundation | 90:2-8 | None |
| Sam Teller | 71:15-73:1 | Relevance | 95:2-5 | None |
| Sam Teller | 73:16-76:7 | Relevance | 99:21-100:1 | None |
| Sam Teller | 77:8-20 | Relevance | 101:10-102:10 | Relevance; no personal knowledge; no foundation; speculation |
| Sam Teller | 80:8-82:13 | Relevance | 103:16-21 | None |
| | | | 110:25-111:6 | None |
| Sam Teller | 83:10-84:8 | Relevance | 115:13-15 | Relevance |
| Sam Teller | 84:17-86:11 | Relevance | 117:11-16 | None |
| Sam Teller | 86:24-87:22 | Relevance; 87:16-22: lack of foundation | 117:22-118:9 | None |
| Sam Teller | 88:9-22 | Relevance | 120:3-21 | None |
| Sam Teller | 89:18-20 | Relevance | 122:22-123:2 | Relevance; 403 |
| Sam Teller | 90:9-22 | Relevance | 125:10-126:2 | Relevance; 403 |
| Sam Teller | 91:20-23 | Relevance | 126:13-18 | Relevance; 403; Incomplete |
| Sam Teller | 92:9-95:1 | Relevance | 127:5-128:18 | None |
| Sam Teller | 95:6-97:15 | Relevance; 95:13-97:15-lack of foundation; relevance | 128:23-129:22 | None |
| Sam Teller | 99:4-9 | Relevance | 143:24-144:5 | 403, as purported notes are inadmissible (Ex. 80) |
| Sam Teller | 100:2-101:9 | Relevance | 147:22-25 | No foundation; no personal knowledge; authenticity; hearsay |
| Sam Teller | 102:11-103:15 | Relevance | 148:12-150:4 | No foundation; no personal knowledge; authenticity; hearsay; incomplete |
| Sam Teller | 104:8-106:1 | Relevance | 154:19-155:4 | No foundation; no personal knowledge; authenticity; hearsay; incomplete |
| Sam Teller | 107:15-110:15 | Relevance; 108:11-18- lack of foundation; 109:7-110:15- lack of foundation | 155:22-157:4 | No foundation; no personal knowledge; authenticity; hearsay; incomplete |

**Defendants' Deposition Designations**
**August 11, 2021 Deposition of Sam Teller**

| Deponent | Testimony | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendants' Objections to Counter-Designations |
|---|---|---|---|---|
| Sam Teller | 111:23-112:22 | Relevance | 157:17-158:24 | No foundation; no personal knowledge; authenticity; hearsay; incomplete |
| Sam Teller | 114:22-115:12 | Relevance | 159:14-160:23 | No foundation; no personal knowledge; authenticity; hearsay; incomplete |
| Sam Teller | 115:16-116:4 | Relevance | 166:3-20 | No personal knowledge; speculation; relevance |
| Sam Teller | 116:16-18 | Relevance | 167:11-20 | Relevance; 403 |
| Sam Teller | 118:10-120:2 | Relevance | 169:13-171:7 | Relevance; 403 |
| Sam Teller | 121:7-122:21 | Relevance | 172:3-12 | Relevance; 403; incomplete |
| Sam Teller | 123:3-125:9 | Relevance | 173:22-174:4 | None |
| Sam Teller | 126:19-127:4 | Relevance | 175:18-22 | Relevance; 403; incomplete |
| Sam Teller | 128:19-22 | Relevance | 176:6-177:21 | Relevance; 403 |
| Sam Teller | 130:8-143:23 | Relevance | 185:10-15 | Relevance |
| Sam Teller | 144:6-145:21 | Relevance | 186:9-16 | Relevance |
| Sam Teller | 151:3-152:10 | Relevance | 190:10-20 | Relevance |
| Sam Teller | 161:7-166:2 | Relevance; 161:7-162:1- lack of foundation | 190:21-191:4 | None |
| Sam Teller | 167:21-168:6 | Relevance | 193:12-17 | None |
| Sam Teller | 172:22-23 | Relevance | 194:19-195:1 | Relevance; 403; no foundation; no personal knowledge; speculation |
| Sam Teller | 173:2-7 | Relevance | 195:2-5 | Relevance |
| Sam Teller | 174:17-175:17 | Relevance | 196:2-5 | Form; relevance; 403; speculation; no personal knowledge |
| Sam Teller | 180:4-21 | Relevance | | |
| | | | 202:13-22 | Relevance |
| Sam Teller | 181:5-20 | Relevance | 203:23-24 | Relevance |
| Sam Teller | 182:16-183:22 | Relevance Hearsay @ 183:5-10 Hearsay @ 183:20-22 | 204:19-205:18 | Relevance; hearsay; 403 |
| Sam Teller | 184:14-25 | Relevance | 211:3-211:22 | None |
| Sam Teller | 191:9-192:8 | Relevance 191:9-18- Unresponsive, volunteered | 239:22-241:9 | Relevance; 403 |
| Sam Teller | 193:5-11 | Relevance | 250:24-1 | Relevance; incomplete |
| Sam Teller | 193:20-194:18 | Relevance | 253:4-23 | None |
| Sam Teller | 196:14-21 | Relevance | 256:18-257:6 | Relevance; 403; no personal knowledge |
| Sam Teller | 198:23-200:15 | 199:17-200:8- Relevance | 258:10-21 | None |
| Sam Teller | 200:23-201:15 | Relevance | 260:16-20 | Relevance; no personal knowledge; 403 |
| Sam Teller | 206:16-208:6 | Relevance | 204:23 - 205:18 | Relevance; hearsay; 403 |
| Sam Teller | 210:1-211:2 | Relevance | | |
| Sam Teller | 213:7-216:14 | Relevance @ 215:12-216:14 | 262:15-263:1 | None |
| Sam Teller | 227:25-228:24 | Relevance | 262:15-263:1 | None |
| Sam Teller | 231:7-239:7 | Relevance | 263:16-265:6 | Relevance; 403; hearsay |

**Defendants' Deposition Designations August
11, 2021 Deposition of Sam Teller**

| Deponent | Testimony | Plaintiff's Objections | Plaintiff's Counter-Designations | Defendants' Objections to Counter-Designations |
|---|---|---|---|---|
| Sam Teller | 242:3-244:12 | Relevance; 242:24-244:12-Hearsay | | |
| Sam Teller | 244:19-248:4 | Relevance | 266:3-21 | Relevance |
| Sam Teller | 248:20-249:25 | Relevance; Hearsay @ 249:12-25 | | |
| Sam Teller | 250:5-10 | Relevance | | |
| Sam Teller | 251:2-252:25 | Relevance | | |
| Sam Teller | 259:2-4 | Relevance | | |
| Sam Teller | 260:3-15 | Relevance | 260:16-20 | Relevance; no personal knowledge; 403 |