EXHIBIT B

Verdict Form                02 CV 5893

FILED
MAY 0 7 2009
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 1** | | | |
| Household | Yes ___  No **X** | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___  Recklessly ___<br>Knowingly ___  Recklessly ___ |
| Gilmer | Yes ___  No **X** | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___  Recklessly ___<br>Knowingly ___  Recklessly ___ |
| Schoenholz | Yes ___  No **X** | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___  Recklessly ___<br>Knowingly ___  Recklessly ___ |
| Aldinger | Yes ___  No **X** | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___  Recklessly ___<br>Knowingly ___  Recklessly ___ |

1

| **Statement No. 2** | **Question No. 1**<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | **Question No. 2**<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | **Question No. 3**<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| Household | Yes___ No X | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No X | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No X | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No X | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |

2

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 3** | | | |
| Household | Yes ___ No _X_ | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |
| Gilmer | Yes ___ No _X_ | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |
| Schoenholz | Yes ___ No _X_ | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |
| Aldinger | Yes ___ No _X_ | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |

3

4

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |

**Statement No. 4**

| | Question No. 1 | Question No. 2 | Question No. 3 |
|---|---|---|---|
| Household | Yes___ No_X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No_X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No_X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No_X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |

**Statement No. 5**

| | **Question No. 1**<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | **Question No. 2**<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | **Question No. 3**<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| Household | Yes___ No **X** | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No **X** | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No **X** | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No **X** | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |

5

| | Question No. 1 | Question No. 2 | Question No. 3 |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). (more than one line can be checked): | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly (choose one) in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 6** | | | |
| Household | Yes ___ No **X** | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Gilmer | Yes ___ No **X** | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Schoenholz | Yes ___ No **X** | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Aldinger | Yes ___ No **X** | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |

6

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |

**Statement No. 7**

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| Household | Yes___  No _X_ | 2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Gilmer | Yes___  No _X_ | 2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___  No _X_ | 2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Aldinger | Yes___  No _X_ | 2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |

7

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 8** | | | |
| Household | Yes___ No X | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No X | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No X | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No X | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 9** | | | |
| Household | Yes___ No $\cancel{\phantom{X}}$ | 2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No $\cancel{\phantom{X}}$ | 2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No $\cancel{\phantom{X}}$ | 2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No $\cancel{\phantom{X}}$ | 2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |

**Statement No. 10**

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| Household | Yes ___ No _X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Gilmer | Yes ___ No _X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Schoenholz | Yes ___ No _X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Aldinger | Yes ___ No _X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 11** | | | |
| Household | Yes____ No_X_ | Predatory Lending ____ | Knowingly ____ Recklessly ____ |
| Gilmer | Yes____ No_X_ | Predatory Lending ____ | Knowingly ____ Recklessly ____ |
| Schoenholz | Yes____ No_X_ | Predatory Lending ____ | Knowingly ____ Recklessly ____ |
| Aldinger | Yes____ No_X_ | Predatory Lending ____ | Knowingly ____ Recklessly ____ |

11

**Statement No. 12**

| | Question No. 1<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | Question No. 2<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | Question No. 3<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| Household | Yes ___ No X | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |
| Gilmer | Yes ___ No X | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |
| Schoenholz | Yes ___ No X | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |
| Aldinger | Yes ___ No X | 2+ Delinquency/Re-Aging ___<br><br>Restatement ___ | Knowingly ___ Recklessly ___<br><br>Knowingly ___ Recklessly ___ |

12

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |

**Statement No. 13**

| | Question No. 1 | Question No. 2 | Question No. 3 |
|---|---|---|---|
| Household | Yes___ No _X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No _X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No _X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No _X_ | Predatory Lending ___<br>2+ Delinquency/Re-Aging ___<br>Restatement ___ | Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___<br>Knowingly ___ Recklessly ___ |

13

| | Question No. 1 | Question No. 2 | Question No. 3 |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 14** | | | |
| Household | Yes _X_ No ___ | Predatory Lending _X_ | Knowingly _X_ Recklessly ___ |
| Gilmer | Yes _X_ No ___ | Predatory Lending _X_ | Knowingly ___ Recklessly _X_ |
| Schoenholz | Yes ___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Aldinger | Yes _X_ No ___ | Predatory Lending _X_ | Knowingly _X_ Recklessly ___ |

14

**Statement No. 15**

| | Question No. 1<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | Question No. 2<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | Question No. 3<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| Household | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Gilmer | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Schoenholz | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Aldinger | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |

15

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). (**more than one line can be checked**): | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly (**choose one**) in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 16** | | | |
| Household | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Gilmer | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Schoenholz | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Aldinger | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |

16

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). (more than one line can be checked): | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly (choose one) in making the statement about the issue by placing an "X" on the appropriate line. |

**Statement No. 17**

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| Household | Yes **X** No ___ | 2+ Delinquency/Re-Aging **X** <br> Restatement **X** | Knowingly ___ Recklessly **X** <br> Knowingly ___ Recklessly **X** |
| Gilmer | Yes **X** No ___ | 2+ Delinquency/Re-Aging **X** <br> Restatement **X** | Knowingly ___ Recklessly **X** <br> Knowingly ___ Recklessly **X** |
| Schoenholz | Yes **X** No ___ | 2+ Delinquency/Re-Aging **X** <br> Restatement **X** | Knowingly ___ Recklessly **X** <br> Knowingly ___ Recklessly **X** |
| Aldinger | Yes **X** No ___ | 2+ Delinquency/Re-Aging **X** <br> Restatement **X** | Knowingly ___ Recklessly **X** <br> Knowingly ___ Recklessly **X** |

17

**Statement No. 18**

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Household** | Yes X  No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| **Gilmer** | Yes X  No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| **Schoenholz** | Yes X  No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| **Aldinger** | Yes X  No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |

18

| | **Question No. 1** Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | **Question No. 2** If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | **Question No. 3** For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| **Statement No. 19** | | | |
| Household | Yes___ No␡X␡ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No␡X␡ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No␡X␡ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No␡X␡ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |

19

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |

**Statement No. 20**

| | Question No. 1 | Question No. 2 | Question No. 3 |
|---|---|---|---|
| Household | Yes [X] No ___ | 2+ Delinquency/Re-Aging [X] <br> Restatement [X] | Knowingly ___ Recklessly [X] <br> Knowingly ___ Recklessly [X] |
| Gilmer | Yes [X] No ___ | 2+ Delinquency/Re-Aging [X] <br> Restatement [X] | Knowingly ___ Recklessly [X] <br> Knowingly ___ Recklessly [X] |
| Schoentholz | Yes [X] No ___ | 2+ Delinquency/Re-Aging [X] <br> Restatement [X] | Knowingly ___ Recklessly [X] <br> Knowingly ___ Recklessly [X] |
| Aldinger | Yes [X] No ___ | 2+ Delinquency/Re-Aging [X] <br> Restatement [X] | Knowingly ___ Recklessly [X] <br> Knowingly ___ Recklessly [X] |

20

**Statement No. 21**

| | **Question No. 1**<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | **Question No. 2**<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | **Question No. 3**<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| Household | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Gilmer | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Schoenholz | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Aldinger | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |

21

**Statement No. 22**

| | Question No. 1 | Question No. 2 | Question No. 3 |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| Household | Yes X No ___ | 2+ Delinquency/Re-Aging X  Restatement X | Knowingly ___ Recklessly X  Knowingly ___ Recklessly X |
| Gilmer | Yes X No ___ | 2+ Delinquency/Re-Aging X  Restatement X | Knowingly ___ Recklessly X  Knowingly ___ Recklessly X |
| Schoenholz | Yes X No ___ | 2+ Delinquency/Re-Aging X  Restatement X | Knowingly ___ Recklessly X  Knowingly ___ Recklessly X |
| Aldinger | Yes X No ___ | 2+ Delinquency/Re-Aging X  Restatement X | Knowingly ___ Recklessly X  Knowingly ___ Recklessly X |

**Statement No. 23**

| | Question No. 1 | Question No. 2 | Question No. 3 |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). (**more than one line can be checked**): | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly (**choose one**) in making the statement about the issue by placing an "X" on the appropriate line. |
| Household | Yes X No ___ | 2+ Delinquency/Re-Aging X | Knowingly ___ Recklessly X |
| Gilmer | Yes X No ___ | 2+ Delinquency/Re-Aging X | Knowingly ___ Recklessly X |
| Schoenholz | Yes X No ___ | 2+ Delinquency/Re-Aging X | Knowingly ___ Recklessly X |
| Aldinger | Yes X No ___ | 2+ Delinquency/Re-Aging X | Knowingly ___ Recklessly X |

23

| | **Question No. 1**<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | **Question No. 2**<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | **Question No. 3**<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| **Statement No. 24** | | | |
| Household | Yes ☒ No ___ | Predatory Lending ☒<br>2+ Delinquency/Re-Aging ☒<br>Restatement ☒ | Knowingly ___ Recklessly ☒<br>Knowingly ___ Recklessly ☒<br>Knowingly ___ Recklessly ☒ |
| Gilmer | Yes ☒ No ___ | Predatory Lending ☒<br>2+ Delinquency/Re-Aging ☒<br>Restatement ☒ | Knowingly ___ Recklessly ☒<br>Knowingly ___ Recklessly ☒<br>Knowingly ___ Recklessly ☒ |
| Schoenholz | Yes ☒ No ___ | Predatory Lending ☒<br>2+ Delinquency/Re-Aging ☒<br>Restatement ☒ | Knowingly ___ Recklessly ☒<br>Knowingly ___ Recklessly ☒<br>Knowingly ___ Recklessly ☒ |
| Aldinger | Yes ☒ No ___ | Predatory Lending ☒<br>2+ Delinquency/Re-Aging ☒<br>Restatement ☒ | Knowingly ___ Recklessly ☒<br>Knowingly ___ Recklessly ☒<br>Knowingly ___ Recklessly ☒ |

24

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 25** | | | |
| Household | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |

25

| | **Question No. 1** Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | **Question No. 2** If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | **Question No. 3** For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| **Statement No. 26** | | | |
| Household | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |

26

**Statement No. 27**

| | **Question No. 1**<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | **Question No. 2**<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | **Question No. 3**<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| Household | Yes X  No ___ | Predatory Lending X<br><br>2+ Delinquency/Re-Aging X<br><br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Gilmer | Yes X  No ___ | Predatory Lending X<br><br>2+ Delinquency/Re-Aging X<br><br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Schoenholz | Yes X  No ___ | Predatory Lending X<br><br>2+ Delinquency/Re-Aging X<br><br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Aldinger | Yes X  No ___ | Predatory Lending X<br><br>2+ Delinquency/Re-Aging X<br><br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |

**Statement No. 28**

| | Question No. 1<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | Question No. 2<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | Question No. 3<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| Household | Yes __X__ No ___ | 2+ Delinquency/Re-Aging __X__ | Knowingly ___ Recklessly __X__ |
| Gilmer | Yes __X__ No ___ | 2+ Delinquency/Re-Aging __X__ | Knowingly ___ Recklessly __X__ |
| Schoenholz | Yes __X__ No ___ | 2+ Delinquency/Re-Aging __X__ | Knowingly ___ Recklessly __X__ |
| Aldinger | Yes __X__ No ___ | 2+ Delinquency/Re-Aging __X__ | Knowingly ___ Recklessly __X__ |

28

**Question No. 1**

Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A?

**Question No. 2**

If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). (more than one line can be checked):

**Question No. 3**

For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly (choose one) in making the statement about the issue by placing an "X" on the appropriate line.

**Statement No. 29**

| | Question No. 1 | Question No. 2 | Question No. 3 |
|---|---|---|---|
| Household | Yes X  No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Gilmer | Yes X  No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Schoenholz | Yes X  No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Aldinger | Yes X  No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |

29

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 30** | | | |
| Household | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |

30

**Statement No. 31**

| | **Question No. 1**<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | **Question No. 2**<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | **Question No. 3**<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| Household | Yes ___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Gilmer | Yes ___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Schoenholz | Yes ___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Aldinger | Yes ___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |

31

**Statement No. 32**

| | **Question No. 1**<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | **Question No. 2**<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | **Question No. 3**<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| Household | Yes X  No ___ | 2+ Delinquency/Re-Aging X<br><br>Restatement X | Knowingly ___ Recklessly X<br><br>Knowingly ___ Recklessly X |
| Gilmer | Yes X  No ___ | 2+ Delinquency/Re-Aging X<br><br>Restatement X | Knowingly ___ Recklessly X<br><br>Knowingly ___ Recklessly X |
| Schoenholz | Yes X  No ___ | 2+ Delinquency/Re-Aging X<br><br>Restatement X | Knowingly ___ Recklessly X<br><br>Knowingly ___ Recklessly X |
| Aldinger | Yes X  No ___ | 2+ Delinquency/Re-Aging ___<br><br>Restatement X | Knowingly ___ Recklessly X<br><br>Knowingly ___ Recklessly X |

32

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |

**Statement No. 33**

| | | | |
|---|---|---|---|
| Household | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |

33

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 34** | | | |
| Household | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |

34

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 35** | | | |
| Household | Yes___ No_X__ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No_X__ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No_X__ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No_X__ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |

35

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |

**Statement No. 36**

| | Question No. 1 | Question No. 2 | Question No. 3 |
|---|---|---|---|
| Household | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Gilmer | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Schoenholz | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Aldinger | Yes X No ___ | Predatory Lending X<br>2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |

36

**Statement No. 37**

| | **Question No. 1**<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | **Question No. 2**<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | **Question No. 3**<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| Household | Yes X  No ___ | Predatory Lending X | Knowingly ___  Recklessly X |
| Gilmer | Yes X  No ___ | Predatory Lending X | Knowingly ___  Recklessly X |
| Schoenholz | Yes X  No ___ | Predatory Lending X | Knowingly ___  Recklessly X |
| Aldinger | Yes X  No ___ | Predatory Lending X | Knowingly ___  Recklessly X |

37

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 38** | | | |
| Household | Yes X  No ___ | 2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Gilmer | Yes X  No ___ | 2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Schoenholz | Yes X  No ___ | 2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |
| Aldinger | Yes X  No ___ | 2+ Delinquency/Re-Aging X<br>Restatement X | Knowingly ___ Recklessly X<br>Knowingly ___ Recklessly X |

38

| | **Question No. 1** | **Question No. 2** | **Question No. 3** |
|---|---|---|---|
| | Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked):** | For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
| **Statement No. 39** | | | |
| Household | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No _X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |

39

| | **Question No. 1**<br><br>Have Plaintiffs prevailed on their 10(b)/Rule 10b-5 claim with regard to any of the statements set forth in Table A? | **Question No. 2**<br><br>If you answered "yes" for any of the statements in Question No. 1, identify the issue or issues that the statement misrepresented by placing an "X" on the appropriate line(s). **(more than one line can be checked)**: | **Question No. 3**<br><br>For each issue identified in Question No. 2, indicate whether the defendant acted knowingly or recklessly **(choose one)** in making the statement about the issue by placing an "X" on the appropriate line. |
|---|---|---|---|
| **Statement No. 40** | | | |
| Household | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Gilmer | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Schoenholz | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |
| Aldinger | Yes___ No_X_ | Predatory Lending ___ | Knowingly ___ Recklessly ___ |

40

If you answered "no" for **all** of the statements in Question No. 1, you have finished with the Verdict Form. Please turn to the last page, sign and date the Verdict Form and inform the Court that you have finished.

If you answered "yes" for **any** statement in Question No. 1, please proceed to Question No. 4.

## Question No. 4

Determine which, if any, of plaintiffs' proposed damages models reasonably estimates plaintiffs' damages (**choose only one option below**):

Neither of plaintiffs' proposed damages models reasonably estimates plaintiffs' damages  \_\_\_\_

Leakage Model (Plaintiffs' Ex. 1395) reasonably estimates plaintiffs' damages  **X**

Specific Disclosures Model (Plaintiffs' Ex. 1397) reasonably estimates plaintiffs' damages  \_\_\_\_

If you determine that neither of the proposed damages models reasonably estimates plaintiffs' damages, then you have finished with the Verdict Form. Please turn to the last page, sign and date the Verdict Form and inform the Court that you have finished.

Otherwise, write the amount of loss per share, if any, that, according to the model you have chosen, any defendant's conduct caused plaintiffs to suffer on each of the dates set forth in Table B.  (If no loss was caused on any date, write "none" or "0.")  **You may use only one model – the one you have chosen -- to fill out Table B.**

Then proceed to Question No. 5

41

## Question No. 5

If you checked "Knowingly" in Question No. 3 for all 40 alleged false or misleading statements, please proceed to Question No. 6.

If you checked "Recklessly" in Question No. 3 for any of the 40 alleged false or misleading statements, you must determine what percentage of responsibility, if any, for any loss plaintiffs suffered is due to the conduct of Defendants Household, William Aldinger, David Schoenholz, and Gary Gilmer. In making this determination, you should consider the nature of the conduct of each person found to have caused or contributed to plaintiffs' loss and the nature and extent of the causal relationship between each such person's conduct and plaintiffs' loss.

| | |
|---|---|
| Household | 55 % |
| William Aldinger | 20 % |
| David Schoenholz | 15 % |
| Gary Gilmer | 10 % |
| TOTAL | (This must equal 100%) |

Please proceed to Question No. 6.

42

**Question No. 6**

With respect to the Section 20(a) claim, have plaintiffs proved that Defendant William Aldinger is a controlling person as to:

Household:          Yes ✗          No ___

David Schoenholz:   Yes ✗          No ___

Gary Gilmer:        Yes ___        No ___

Please proceed to Question No. 7.

**Question No. 7**

With respect to the Section 20(a) claim, have plaintiffs proved that Defendant David Schoenholz is a controlling person as to:

Household:          Yes ✗          No ___

William Aldinger:   Yes ✗          No ___

Gary Gilmer:        Yes ✗          No ___

Please proceed to Question No. 8.

**Question No. 8**

With respect to the Section 20(a) claim, have plaintiffs proved that Defendant Gary Gilmer is a controlling person as to:

Household:          Yes ___        No ✗

William Aldinger:   Yes ___        No ✗

David Schoenholz:   Yes ___        No ✗



43

## TABLE A
## ALLEGED FALSE OR MISLEADING
## STATEMENTS

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 1. | 08/16/1999 | Household 10-Q<br><br>Defendants'<br>Exhibit 854 | Household 10-Q for quarter ending 6/30/99: Household reported net income of $326.9 million for the quarter ended June 30, 1999 and EPS of $0.67 [HHT 0015884]:<br><br>Delinquency<br>Two-Months-and-Over Contractual Managed Delinquency (as a percent of managed consumer receivables): |

<table>
<tr><th></th><th>6/30/99</th><th>3/31/99</th><th>12/31/98</th><th>9/30/98</th><th>6/30/98</th></tr>
<tr><td>First mortgage</td><td>12.72%</td><td>10.91%</td><td>14.90%</td><td>11.80%</td><td>11.07%</td></tr>
<tr><td>Home equity</td><td>3.29</td><td>3.54</td><td>3.67</td><td>3.73</td><td>3.55</td></tr>
<tr><td>Auto finance</td><td>1.87</td><td>1.74</td><td>2.29</td><td>2.05</td><td>1.67</td></tr>
<tr><td>MasterCard/Visa</td><td>3.11</td><td>3.61</td><td>3.75</td><td>3.73</td><td>3.30</td></tr>
<tr><td>Private label</td><td>6.62</td><td>6.37</td><td>6.20</td><td>6.55</td><td>6.10</td></tr>
<tr><td>Other unsecured</td><td>8.17</td><td>7.84</td><td>7.94</td><td>8.03</td><td>7.82</td></tr>
<tr><td>Total</td><td>4.72%</td><td>4.81%</td><td>4.90%</td><td>4.96%</td><td>4.65%</td></tr>
</table>

[HHT 0015902]

*     *     *

"Owned consumer two-months-and-over contractual delinquency as a percent of owned consumer receivables was 4.96 percent, compared with 5.04 percent at March 31, 1999 and 4.89 percent at June 30, 1998. The annualized total consumer owned chargeoff ratio in the second quarter of 1999 was 3.54 percent, compared with 3.92 percent in the prior quarter and 3.69 percent in the year-ago quarter. Managed consumer two-months-and-over contractual delinquency ("delinquency") as a percent of managed consumer receivables was 4.72 percent, compared with 4.81 percent at March 31, 1999 and 4.65 percent at June 30, 1998. The annualized total consumer managed chargeoff ratio in the second quarter of 1999 was 4.10 percent, compared with 4.37 percent in the prior quarter and 4.26 percent in the year-ago quarter." [HHT0015897]

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 2. | 10/19/1999 | Household Press Release<br><br>Plaintiffs' Exhibit 506 | October 19, 1999 Household Press Release entitled "Household International Reports Highest Quarterly Earnings in Company's History". Household "reported that third quarter net income rose 26 percent to a record $399.9 million, compared with $318.0 million a year ago. Earnings per share increased 32 percent to a record $.83, from $.63 a year ago." [HHS 02914429]<br><br>* * *<br><br>"Our quarter reflects excellent performance in all of our businesses, with the key drivers being accelerating internal receivable and revenue growth." [HHS 02914429]<br><br>* * *<br><br>"Credit Quality and Loss Reserves<br>Credit quality remained stable in the quarter and improved from a year ago.  The annualized managed net chargeoff ratio for the third quarter was 4.09 percent, compared with 4.10 percent in the second quarter and 4.33 percent in the year-ago quarter.  The managed delinquency ratio (60+ days) was 4.89 percent at September 30, compared with 4.72 percent at June 30 and 4.96 percent a year ago." [HHS 02914430] |
| 3. | 11/12/1999 | Household 10-Q<br><br>Plaintiffs' Exhibit 736 | Household 10-Q for quarter ending 9/30/99: Household reported net income of $399.9 million for the quarter ended September 30, 1999 and EPS of $0.84: [HHS 03138203]<br><br>"Owned consumer two-months-and-over contractual delinquency as a percent of owned consumer receivables was 5.24 percent at September 30, 1999, compared with 4.96 percent at June 30, 1999 and 5.23 percent at September 30, 1998.  The annualized total consumer owned chargeoff ratio was 3.63 percent in the third quarter of 1999, compared with 3.54 percent in the prior quarter and 3.79 percent in the year-ago quarter.<br><br>Managed consumer two-months-and-over contractual delinquency as a percent of managed consumer receivables was 4.89 percent at September 30, 1999, compared with 4.72 percent at June 30, 1999 and 4.96 percent at September 30, 1998.  The annualized total consumer managed chargeoff ratio was 4.09 percent in the third quarter of 1999, compared with 4.10 percent in the prior quarter and 4.33 percent in the year-ago quarter." [HHS 03138217] |

2

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| | | | Delinquency<br>Two-Months-and-Over Contractual Managed Delinquency (as a percent of managed consumer receivables):<br><br>                 9/30/99  6/30/99  3/31/99  12/31/98  9/30/98<br>First mortgage    12.56%  12.72%  10.91%  14.90%  11.80%<br>Home equity      3.46    3.29    3.54    3.67    3.73<br>Auto finance      2.26    1.87    1.74    2.29    2.05<br>MasterCard/Visa  3.10    3.11    3.61    3.75    3.73<br>Private label     6.66    6.62    6.37    6.20    6.55<br>Other unsecured  8.57    8.17    7.84    7.94    8.03<br>Total          4.89%  4.72%  4.81%  4.90%  4.96%<br>[HHS 03138224]<br><br>"Credit quality remained relatively stable in the quarter and improved from a year ago. The modest increase in managed delinquency as a percent of managed consumer receivables from the prior quarter was due to the seasoning of our Beneficial home equity and other unsecured products." [HHS 03138224] |
| 4. | 01/19/2000 | Household Press Release<br><br>Plaintiffs' Exhibit 746 | January 19, 2000 Household Press Release entitled "Household International Reports Best Quarter and Year in Its History". Household "reported that fourth quarter earnings per share increased 30 percent to a record $.92 from $.71 a year ago. Fourth quarter net income rose 25 percent to a record $438.8 million, compared with $349.9 million a year ago. For the full year, Household reported record earnings per share of $3.07, which was 33 percent over 1998 operating earnings per share. Net income totaled $1.5 billion, or 29 percent above the prior year's operating net income." [HHS 03148802]<br><br>"We are very pleased to report another record quarter, the culmination of an absolutely outstanding year for Household. Growth and profitability in the quarter were excellent and exceeded our expectations. Revenues were particularly strong. . . . Our record earnings reflect an outstanding year in our consumer finance business, a dramatic turnaround in our MasterCard/Visa business, and strong results in all of our other businesses. We are particularly pleased with excellent receivable |

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| | | | growth in 1999, particularly in our branches, while fully realizing all of the acquisition synergies of the Beneficial merger." [HHS 03148802]<br><br>* * * *<br><br>"Credit Quality and Loss Reserves<br>Credit quality improved from both the third quarter and a year ago. The annualized net chargeoff ratio for the fourth quarter fell 13 basis points to 3.96 percent, the lowest level since 1997. The chargeoff ratio was 4.09 percent in the third quarter and 4.39 percent in the year-ago quarter. The managed delinquency ratio (60+days) improved 23 basis points to 4.66 percent at December 31, compared with 4.89 percent at September 30 and 4.90 percent a year ago." [HHS 03148804 |
| 5. | 03/28/2000 | Household FY99 Report on Form 10-K<br><br>Plaintiffs' Exhibit 1462 | Household FY99 Report on Form 10-K filed with the SEC on March 28, 2000 Household reported net income of 1.486 billion and E.P.S. of $3.10 [p.127]:<br><br>* * * *<br><br>"Delinquency and Chargeoffs. Our delinquency and net chargeoff ratios reflect, among other factors, the quality of receivables, the average age of our loans, the success of our collection efforts and general economic conditions. . . .<br>We track delinquency and chargeoff levels on an owned and a managed basis. We apply the same credit and portfolio management procedures to both our owned and off-balance sheet portfolios. Our focus is to use risk-based pricing and effective collection efforts for each loan. We have a process which we believe gives us a reasonable basis for predicting the asset quality of new accounts. This process is based on our experience with numerous marketing, credit and risk management tests. We also believe that our frequent and early contact with delinquent customers is helpful in managing net credit losses." [p.98]<br><br>* * * *<br><br>Managed Two-Month-and-Over Contractual Delinquency Ratios |

| | 1999 | 1998 | [p.115]<br>1997 | 1996 | 1995 |
|---|---|---|---|---|---|
| Home equity | 3.27% | 3.67% | 3.69% | 3.04% | 2.76% |
| Auto finance/1/ | 2.43 | 2.29 | 2.09 | – | – |
| MasterCard/Visa | 2.78 | 3.75 | 3.10 | 2.73 | 2.19 |
| Private label | 5.97 | 6.20 | 5.81 | 4.60 | 3.93 |
| Other unsecured | 8.81 | 7.94 | 7.81 | 6.21 | 5.68 |
| Total consumer | 4.66% | 4.90% | 4.64% | 3.92% | 3.36% |

4

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| | | | **Ratio of Net Chargeoffs to Average Managed Receivables for the Year** |
| | | | |  | 1999 | 1998 | 1997 | 1996 | 1995 |
| | | | Home equity — 0.58% / 0.63% / 0.64% / 0.60% / 0.64% |
| | | | Auto finance /1/ — 4.96 / 5.39 / 4.60 / — / — |
| | | | MasterCard/Visa — 6.66 / 5.95 / 5.55 / 4.54 / 4.12 |
| | | | Private label — 5.65 / 5.65 / 4.62 / 3.42 / 3.75 |
| | | | Other unsecured — 6.52 / 6.97 / 5.48 / 4.29 / 3.60 |
| | | | Total Consumer loan products — 4.13 / 4.29 / 3.84 / 2.96 / 2.51 |
| | | | Commercial — 0.93 / 0.52 / 1.66 / 0.92 / 2.10 |
| | | | Total — 4.09% / 4.24% / 3.80% / 2.92% / 2.49% |
| | | | [p.115] |
| 6. | 04/19/2000 | Household Press Release<br><br>Plaintiffs' Exhibit 453 | April 19, 2000 Household Press Release entitled "Household International Reports Record First Quarter Results". Household "reported that earnings per share rose 20 percent to a first quarter record of $.78, from $.65 a year ago. Net income increased to $372.9 million, up 16 percent from $320.8 million in the first quarter of 1999." [HHS 02902345]<br><br>\* \* \*<br><br>"This was the strongest first quarter in our company's history, with all of our businesses performing well. Revenue and receivable growth were strong, and credit quality continued to improve." [HHS 02902345]<br><br>\* \* \*<br><br>"Credit Quality and Loss Reserves<br>At March 31, the managed delinquency ratio (60+days) declined to 4.43 percent, from 4.66 percent at December 31 and 4.81 percent a year ago. Dollars of delinquency were flat with year-end 1999. The annualized managed net chargeoff ratio for the first quarter was 4.00 percent compared to 3.96 percent in the prior quarter and improved 37 basis points from the year-ago quarter." [HHS 02902346] |

5

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 7. | 05/10/2000 | Household 10-Q<br><br>Plaintiffs' Exhibit 735 | Household 10-Q for 3/31/00 quarter ending: Household reported net income of $372.9 million for the quarter ended March 30, 2000 and EPS of $0.79 per share [HHS 03138125]:<br><br>CREDIT QUALITY<br>We track delinquency and chargeoff levels on a managed basis and we apply the same credit and portfolio management procedures as on our owned portfolio. [HHS 03138142]<br>Delinquency<br>Two-Months-and-Over Contractual Managed Delinquency (as a percent of managed consumer receivables): |

| | 3/31/00 | 12/31/99 | 9/30/99 | 6/30/99 | 3/31/99 |
|---|---|---|---|---|---|
| Managed: | | | | | |
| Real estate secured | 2.99% | 3.27% | 3.46% | 3.29% | 3.54% |
| Auto finance | 1.52 | 2.43 | 2.26 | 1.87 | 1.74 |
| MasterCard/Visa | 3.06 | 2.78 | 3.10 | 3.11 | 3.61 |
| Private label | 5.94 | 5.97 | 6.66 | 6.62 | 6.37 |
| Other unsecured | 8.56 | 8.81 | 8.57 | 8.17 | 7.84 |
| Total | 4.43% | 4.66% | 4.89% | 4.72% | 4.81% |
| Owned | 4.58% | 4.81% | 5.24% | 4.96% | 5.04% |

[HHS 03138142]

* * * * *

"Owned consumer two-months-and-over contractual delinquency as a percent of owned consumer receivables was 4.58 percent at March 31, 2000, compared with 4.81 percent at December 31, 1999 and 5.04 percent at March 31, 1999. The annualized consumer owned chargeoff ratio was 3.53 percent in the first quarter of 2000, compared with 3.62 percent in the prior quarter and 3.92 percent in the year-ago quarter. [HHS 03138137]

Managed consumer two-months-and-over contractual delinquency as a percent of managed consumer receivables was 4.43 percent at March 31, 2000, compared with 4.66 percent at December 31, 1999 and 4.81 percent at March 31, 1999. The annualized total consumer managed chargeoff ratio was 4.00 percent in the first quarter of 2000, compared with 3.96 percent in the prior quarter and 4.37 percent in the year-ago quarter." [HHS 03138137]

6

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 8. | 07/19/2000 | Household Press Release<br><br>Plaintiffs' Exhibit 884 | July 19, 2000 Household Press Release entitled "Household International Reports Record Strongest Second Quarter in Its History". Household "reported that earnings per share rose to a second quarter record $.80, up 19 percent from $.67 a year ago. Net income increased 17 percent to $383.9 million, from $326.9 million in the second quarter of 1999.... The company's managed receivables portfolio grew 22 percent from a year ago, reaching almost $80 billion. The company added $4.5 billion of receivables in the quarter, an increase of 6 percent. Revenues rose 20 percent compared to the year-ago quarter." [HHS 03407363]<br><br>* * *<br><br>"Credit Quality and Loss Reserves<br>Credit quality improved dramatically during the quarter, as dollars of chargeoff and delinquency declined from first quarter levels. At June 30, the managed delinquency ratio (60+days) improved for the third consecutive quarter, to 4.16 percent. This represented a 27 basis-point improvement from the first quarter and a 56 basis-point improvement from a year ago. The annualized managed net chargeoff ratio for the second quarter feel 26 basis points sequentially, to 3.74 percent. The chargeoff ratio was 4.10 percent a year ago." [HHS 03407364] |

7

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 9. | 08/11/2000 | Household 10-Q<br><br>Plaintiffs' Exhibit 404 | Household 10-Q for 6/30/00 quarter ending: Household reported net income of $383.9 million for the quarter ended June 30, 2000 and EPS of $0.80: |

CREDIT QUALITY
We track delinquency and chargeoff levels on a managed basis and we apply the same credit and portfolio management procedures as on our owned portfolio. [HHS 02879712]

Delinquency

Two-Months-and-Over Contractual Managed Delinquency (as a percent of managed consumer receivables) [HHS 02879713]:

| | 6/30/00 | 3/31/00 | 12/31/99 | 9/30/99 | 6/30/99 |
|---|---|---|---|---|---|
| Managed: | | | | | |
| Real estate secured | 2.72% | 2.99% | 3.27% | 3.46% | 3.29% |
| Auto finance | 1.99 | 1.52 | 2.43 | 2.26 | 1.87 |
| MasterCard/Visa | 3.14 | 3.06 | 2.78 | 3.10 | 3.11 |
| Private label | 5.77 | 5.94 | 5.97 | 6.66 | 6.62 |
| Other unsecured | 7.92 | 8.56 | 8.81 | 8.57 | 8.17 |
| Total | 4.16% | 4.43% | 4.66% | 4.89% | 4.72% |
| Owned | 4.25% | 4.58% | 4.81% | 5.24% | 4.96% |

[HHS 02879693]

"Owned consumer two-months-and-over contractual delinquency as a percent of owned consumer receivables was 4.25 percent, compared with 4.58 percent at March 31, 2000 and 4.96 percent at June 30, 1999. The annualized total consumer owned chargeoff ratio in the second quarter of 2000 was 3.27 percent, compared with 3.53 percent in the prior quarter and 3.54 percent in the year-ago quarter. [HHS 02879706]

Managed consumer two-months-and-over contractual delinquency as a percent of managed consumer receivables was 4.16 percent, compared with 4.43 percent at March 31, 2000 and 4.72 percent at June 30, 1999. The annualized total consumer managed chargeoff ratio in the second quarter of 2000 was 3.74 percent, compared with 4.00 percent in the prior quarter and 4.10 percent in the year-ago quarter." [HHS 02879706]

8

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 10. | 10/18/2000 | Household Press Release<br><br>Plaintiffs' Exhibit 505 | October 18, 2000 Household Press Release entitled "Household International Reports Highest Quarterly EPS in Its History; Ninth Consecutive Record Quarter": Household reported that "third quarter earnings per share rose 13 percent to \$.94, compared to \$.83 a year ago. Net income also rose to a third quarter record of \$451.2 million, a 13 percent increase from \$399.9 million a year ago." [HHS 02914234]<br><br>\* \* \*<br><br>"Our strong third quarter results reflect a continuation of outstanding receivables and revenue growth. At the same time, we achieved year-over-year improvements in credit quality." [HHS 02914234]<br><br>\* \* \*<br><br>"Credit Quality and Loss Reserves<br>The annualized managed net chargeoff ratio for the third quarter improved for a second consecutive quarter, to 3.47 percent from 3.74 percent in the second quarter. Dollars of net chargeoff also fell for the second consecutive quarter. The third quarter chargeoff ratio dropped 62 basis points from the level of a year ago, with improvement across all products. At September 30, the managed delinquency ratio (60+days) was 4.21 percent, compared with 4.16 percent in the second quarter and significantly below the year-ago level of 4.89 percent." [HHS 02914235] |
| 11. | 11/01/2000 | *St. Louis Dispatch* article<br><br>Plaintiffs' Exhibit 824 | "Streem says HFC never pressures people to buy credit life insurance." [HHS 03238043] |

9

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 12. | 11/14/2000 | Household 10-Q<br><br>Defendants' Exhibit 858 | Household 10-Q for quarter ending 9/30/2000: "Household reported net income of $451.2 million for the quarter ended September 30, 2000 and EPS of $0.95 [HHT 0015984]:<br><br>**CREDIT QUALITY**<br>We track delinquency and chargeoff levels on a managed basis and we apply the same credit and portfolio management procedures as on our owned portfolio.<br><br>**Delinquency**<br>Two-Months-and-Over Contractual Managed Delinquency (as a percent of managed consumer receivables):<br><br>(table below)<br><br>"Owned consumer two-months-and-over contractual delinquency as a percent of owned consumer receivables was 4.29 percent, compared with 4.25 percent at June 30, 2000 and 5.24 percent at September 30, 1999. The annualized consumer owned chargeoff ratio in the third quarter of 2000 was 3.01 percent, compared with 3.27 percent in the prior quarter and 3.63 percent in the year-ago quarter.<br><br>Managed consumer two-months-and-over contractual delinquency as a percent of managed consumer receivables was 4.21 percent at September 30, 2000, compared with 4.16 percent at June 30, 2000 and 4.89 percent at September 30, 1999. The annualized total consumer managed chargeoff ratio in the third quarter of 2000 was 3.47 percent, compared with 3.74 percent in the prior quarter and 4.09 percent in the year-ago quarter." [HHT 0015994] |

| | September 30, 2000 | June 30, 2000 | March 31, 2000 | December 31, 1999 | September 30, 1999 |
|---|---|---|---|---|---|
| Managed: | | | | | |
| Real estate secured | 2.77% | 2.72% | 2.99% | 3.27% | 3.46% |
| Auto finance | 2.19 | 1.99 | 1.52 | 2.43 | 2.26 |
| MasterCard/Visa | 3.48 | 3.14 | 3.06 | 2.78 | 3.10 |
| Private label | 5.67 | 5.77 | 5.94 | 5.97 | 6.66 |
| Other unsecured | 7.72 | 7.92 | 8.56 | 8.81 | 8.57 |
| Total Managed | 4.21% | 4.16% | 4.43% | 4.66% | 4.89% |
| Owned | 4.29% | 4.25% | 4.58% | 4.81% | 5.24% |

[HHT 0015998]

*     *     *

10

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 13. | 01/17/2001 | Household Press Release<br><br>Plaintiffs' Exhibit 491 | January 17, 2001 Household Press Release entitled "Household International Reports Highest Full Year and Quarterly EPS in Its History; Tenth Consecutive Record Quarter". Household reported full year earnings per share of $3.55, a 16 percent increase over $3.07 a year ago and the highest earnings per share in the company's 122-year history. Net income totaled $1.7 billion, or 14 percent above the prior year. Net managed revenues for the full year increased 18 percent to $8.9 billion, compared to $7.5 billion in 1999. Household's fourth quarter earnings per share rose 12 percent to a record $1.03, from $.92 a year ago. Fourth quarter net income rose 12 percent to an all-time high of $492.7 million, compared with $438.8 million a year ago."<br><br>"These strong fourth quarter results cap off a terrific year in which we delivered on all or our earnings and growth goals.... Growth and profitability in the quarter were excellent, while credit quality and our balance sheet remained strong.... Our record earnings per share reflect strong top-line growth and improved credit quality." [HHS 02912516]<br><br>       *     *     *<br><br>"Credit Quality and Loss Reserves<br>The fourth quarter annualized managed net chargeoff ratio improved for the third consecutive quarter to 3.41 percent from 3.47 percent in the third quarter. The fourth quarter chargeoff ratio was 55 basis points lower than a year ago and reached its lowest level since the fourth quarter of 1996. The managed delinquency ratio (60+days) at December 31, 2000 was 4.20 percent, stable with 4.21 percent in the third quarter and 46 basis points better than a year ago." [HHS 02912517] |
| 14. | 03/23/2001 | *Origination News* article<br><br>Plaintiffs' Exhibit 1307 | *Origination News* – March 23, 2001: "Gary Gilmer, president and chief executive of Household's subsidiaries HFC and Beneficial said the company's 'position on predatory lending is perfectly clear. Unethical lending practices of any type are abhorrent to our company, our employees and most importantly our customers.'" [TEL 002334] |

11

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 15. | 03/28/2001 | Household FY00 Report on Form 10-K<br><br>Defendants' Exhibit 851 | Household FY00 Report on Form 10-K filed with the SEC on March 28, 2001 Household reported net income of 1.7 billion and E.P.S. of $3.55 [HHT 0015623]:<br><br>         *       *       *<br><br>"Our focus is to use risk-based pricing and effective collection efforts for each loan. We have a process which we believe gives us a reasonable basis for predicting the credit quality of new accounts. This process is based on our experience with numerous marketing, credit and risk management tests. We also believe that our frequent and early contact with delinquent customers is helpful in managing net credit losses." [HHT 0015608]<br><br>         *       *       *<br><br>"Delinquency and Chargeoffs: Our delinquency and net chargeoff ratios reflect, among other factors, changes in the mix of loans in our portfolio, the quality of our receivables, the average age of our loans, the success of our collection efforts and general economic conditions." . . .<br><br>We track delinquency and chargeoff levels on both an owned and a managed basis. We apply the same credit and portfolio management procedures to both our owned and off-balance sheet portfolios. Our focus is to use risk-based pricing and effective collection efforts for each loan. We have a process which we believe gives us a reasonable basis for predicting the credit quality of new accounts. This process is based on our experience with numerous marketing, credit and risk management tests. We also believe that our frequent and early contact with delinquent customers is helpful in managing net credit losses." [HHT 0015608]<br><br>         *       *       *<br><br>CONSUMER TWO-MONTH-AND-OVER CONTRACTUAL DELINQUENCY RATIOS |

CONSUMER TWO-MONTH-AND-OVER CONTRACTUAL DELINQUENCY RATIOS

| | 2000 Quarter End | | | | 1999 Quarter End | | |
|---|---|---|---|---|---|---|---|
| | 4 | 3 | 2 | 1 | 2 | 1 | |
| **Managed:** | | | | | | | |
| Real estate secured | 2.63% | 2.77% | 2.72% | 2.99% | 3.27% | 3.46% | 3.29% | 3.54% |
| Auto finance | 2.55 | 2.19 | 1.99 | 1.52 | 2.43 | 2.26 | 1.87 | 1.74 |
| MasterCard/Visa | 3.49 | 3.48 | 3.14 | 3.06 | 2.78 | 3.10 | 3.11 | 3.61 |
| Private label | 5.48 | 5.67 | 5.77 | 5.94 | 5.97 | 6.66 | 6.62 | 6.37 |
| Other unsecured | 7.97 | 7.72 | 7.92 | 8.56 | 8.81 | 8.57 | 8.17 | 7.84 |
| Total Managed | 4.20% | 4.21% | 4.16% | 4.43% | 4.66% | 4.89% | 4.72% | 4.81% |
| Total Owned | 4.26% | 4.29% | 4.25% | 4.58% | 4.81% | 5.24% | 4.96% | 5.04% |

[HHT 0015609]

12

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 16. | 04/18/2001 | Household Press Release<br><br>Plaintiffs' Exhibit 504 | April 18, 2001 Household Press Release entitled "Household International Reports First Quarter Results; 11th Consecutive Record Quarter". Household "reported that earnings per share rose 17 percent to a first quarter record of $.91 from $.78 a year ago. Net income increased to $431.8 million, up 16 percent from $372.9 million in the first quarter of 2000. This quarter marked the 11th consecutive quarter of record results." [HHS 02914121]<br><br>\* \* \*<br><br>"Credit Quality and Loss Reserves<br><br>At March 31, the managed delinquency ratio (60+days) was 4.25 percent, compared to 4.43 percent a year ago and 4.20 percent at December 31, 2000. The annualized managed net chargeoff ratio for the first quarter was 3.56 percent, a 44 basis points improvement from the year-ago quarter and up modestly from 3.41 percent in the prior quarter." [HHS 02914123] |
| 17. | 05/09/2001 | Household 10-Q<br><br>Plaintiffs' Exhibit 733 | Household 10-Q for 3/31/01 quarter ended: Household reported net income of $431.8 million for the quarter ended March 31, 2001 and EPS of $0.92 [HHS 03137911]:<br><br>CREDIT QUALITY<br><br>We track delinquency and chargeoff levels on a managed basis and we apply the same credit and portfolio management procedures as on our owned portfolio.<br><br>Delinquency<br>Two-Months-and-Over Contractual Delinquency (as a percent of consumer receivables):<br><br>| | March 31, 2001 | December 31, 2000 | September 30, 2000 | June 30, 2000 | March 31, 2000 |<br>|---|---|---|---|---|---|<br>| Managed: | | | | | |<br>| Real estate secured | 2.61% | 2.63% | 2.77% | 2.72% | 2.99% |<br>| Auto finance | 1.79 | 2.55 | 2.19 | 1.99 | 1.52 |<br>| MasterCard/Visa | 3.68 | 3.49 | 3.48 | 3.14 | 3.06 |<br>| Private label | 5.50 | 5.48 | 5.67 | 5.77 | 5.94 |<br>| Other unsecured | 8.37 | 7.97 | 7.72 | 7.92 | 8.56 |<br>| Total managed | 4.25% | 4.20% | 4.21% | 4.16% | 4.43% |<br>| Owned | 4.36% | 4.26% | 4.29% | 4.25% | 4.58% |<br><br>[HHS 03137930] |

13

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| | | | "Owned consumer two-months-and-over contractual delinquency as a percent of owned consumer receivables was 4.36 percent at March 31, 2001, compared with 4.26 percent at December 31, 2000 and 4.58 percent at March 31, 2000. The annualized consumer owned chargeoff ratio in the first quarter of 2001 was 3.12 percent, compared with 2.98 percent in the prior quarter and 3.53 percent in the year-ago quarter. |
| | | | Managed consumer two-months-and-over contractual delinquency as a percent of managed consumer receivables was 4.25 percent at March 31, 2001, compared with 4.20 percent at December 31, 2000 and 4.43 percent at March 31, 2000. The annualized consumer managed chargeoff ratio in the first quarter of 2001 was 3.56 percent, compared with 3.41 percent in the prior quarter and 4.00 percent in the year-ago quarter." [HHS 03137924] |
| 18. | 07/18/2001 | Household Press Release<br><br>Plaintiffs' Exhibit 503 | July 18, 2001 Household Press Release entitled "Household International Reports Second Quarter Results; 12th Consecutive Record Quarter". Household "reported record earnings per share of $.93, up 16 percent from a year ago. Net income rose 14 percent, to $439.0 million, from $383.9 million for the second quarter of 2000." . . . .<br><br>"We had a terrific quarter – our 12th consecutive quarter of record results. Given the softening economic environment, I am particularly pleased with our ability to consistently deliver strong, quality earnings. Results for the quarter were excellent . . . . We enjoyed strong receivable and revenue growth compared to a year ago, with all of our businesses performing well. In addition, delinquency was stable in the quarter." [HHS 02914097]<br><br>"Credit Quality and Loss Reserves<br><br>At June 30th, the managed delinquency ratio (60+days) was 4.27 percent, stable with 4.25 percent in the first quarter. The managed delinquency ratio a year ago was 4.16 percent. The annualized managed net chargeoff ratio for the second quarter was 3.71 percent, essentially unchanged from the year-ago quarter and up modestly from 3.56 percent in the first quarter." [HHS 02914098] |

14

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 19. | 07/27/2001 | *Star Tribune* article<br><br>Plaintiffs' Exhibit 1451 | *Star Tribune* – July 27, 2001: "Megan Hayden, a Household spokeswoman, said that terms of loans are disclosed to all customers, as required by state and federal laws. 'Frankly, you don't stay in business in this industry by taking advantage of your customers,' she said. 'So I take exception to any characterization that we engaged in predatory lending practices.'" |
| 20. | 08/10/2001 | Household 10-Q<br><br>Plaintiffs' Exhibit 6 | Household 10-Q for 6/30/01 quarter ended: Household reported net income of $439 million for the quarter ended June 30, 2001 and EPS of $0.94 [AA 062721]:<br><br>CREDIT QUALITY<br>We track delinquency and chargeoff levels on a managed basis and we apply the same credit and portfolio management procedures as on our owned portfolio.<br>[AA 062738]<br>Delinquency<br>Two-Months-and-Over Contractual Delinquency (as a percent of consumer receivables):<br><br>|  | June 30, 2001 | March 31, 2001 | December 31, 2000 | September 30, 2000 | June 30, 2000 |<br>|---|---|---|---|---|---|<br>| Managed: |  |  |  |  |  |<br>| Real estate secured | 2.63% | 2.61% | 2.63% | 2.77% | 2.72% |<br>| Auto finance | 2.09 | 1.79 | 2.55 | 2.19 | 1.99 |<br>| MasterCard/Visa | 3.60 | 3.68 | 3.49 | 3.48 | 3.14 |<br>| Private label | 5.66 | 5.50 | 5.48 | 5.67 | 5.77 |<br>| Other unsecured | 8.43 | 8.37 | 7.97 | 7.72 | 7.92 |<br>| Total managed | 4.27% | 4.25% | 4.20% | 4.21% | 4.16% |<br>| Owned | 4.48% | 4.36% | 4.26% | 4.29% | 4.25% |<br><br>[AA 062739]<br><br>"Owned consumer two-months-and-over contractual delinquency as a percent of owned consumer receivables was 4.48 percent at June 30, 2001, compared with 4.36 percent at March 31, 2001 and 4.25 percent at June 30, 2000. The annualized consumer owned chargeoff ratio in the second quarter of 2001 was 3.26 percent, compared with 3.12 percent in the prior quarter and 3.27 percent in the year-ago quarter. |

15

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 21. | 10/17/2001 | Household Press Release<br><br>Plaintiffs' Exhibit 978 | Managed consumer two-months-and-over contractual delinquency as a percent of managed consumer receivables was 4.27 percent at June 30, 2001, compared with 4.25 percent at March 31, 2001 and 4.16 percent at June 30, 2000. The annualized consumer managed chargeoff ratio in the second quarter of 2001 was 3.71 percent, compared with 3.56 percent in the prior quarter and 3.74 percent in the year-ago quarter." [AA 062733]<br><br>October 17, 2001 Household Press Release entitled "Household Reports Highest Quarterly Net Income in Its 123-Year History". Household "reported earnings per share of $1.07 rose 14 percent from $.94 the prior year. Net income increased 12 percent, to $504 million, from $451 million in the third quarter of 2000." [HHS 03453676]<br><br>"Credit Quality and Loss Reserves<br>At September 30th, the managed delinquency ratio (60+ days) was 4.43 percent, compared to 4.27 percent in the second quarter and 4.21 percent a year ago. The sequential increase was across all products and was well within company expectations. The annualized managed net chargeoff ratio for the third quarter was 3.74 percent, up slightly from 3.71 percent in the second quarter. The managed net chargeoff ratio was 3.47 percent in the prior-year quarter." [HHS 03453677] |

16

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 22. | 11/14/2001 | Household 10-Q<br><br>Plaintiffs' Exhibit 707 | Household 10-Q for quarter ended 9/30/01: Household reported net income of $503.8 million for the quarter ended September 30, 2001 and EPS of $1.09 [HHS 03111409]:<br><br>**CREDIT QUALITY**<br>We track delinquency and chargeoff levels on a managed basis and we apply the same credit and portfolio management procedures as on our owned portfolio.<br>[HHS 03111425]<br><br>Delinquency<br>Two-Months-and-Over Contractual Delinquency (as a percent of consumer receivables):<br><br>(table below)<br><br>*   *   *<br><br>"Owned consumer two-months-and-over contractual delinquency as a percent of owned consumer receivables was 4.58 percent at September 30, 2001, compared with 4.48 percent at June 30, 2001 and 4.29 percent at September 30, 2000. The annualized total consumer owned chargeoff ratio in the third quarter of 2001 was 3.43 percent, compared with 3.26 percent in the prior quarter and 3.01 percent in the year-ago quarter.<br><br>Managed consumer two-months-and-over contractual delinquency as a percent of managed consumer receivables was 4.43 percent at September 30, 2001, compared with 4.27 percent at June 30, 2001 and 4.21 percent at September 31, 2000. The annualized total consumer managed chargeoff ratio in the third quarter of 2001 was 3.74 percent, compared with 3.71 percent in the prior quarter and 3.47 percent in the year-ago quarter." [HHS 03111420] |

Delinquency table:

|  | September 30, 2001 | June 30, 2001 | March 31, 2001 | December 30, 2000 | September 30, 2000 |
|---|---|---|---|---|---|
| **Managed:** | | | | | |
| Real estate secured | 2.74% | 2.63% | 2.61% | 2.63% | 2.77% |
| Auto finance | 2.54 | 2.09 | 1.79 | 2.55 | 2.19 |
| MasterCard/Visa | 3.91 | 3.60 | 3.68 | 3.49 | 3.48 |
| Private label | 5.88 | 5.66 | 5.50 | 5.48 | 5.67 |
| Other unsecured | 8.51 | 8.43 | 8.37 | 7.97 | 7.72 |
| Total managed | 4.43% | 4.27% | 4.25% | 4.20% | 4.21% |
| Owned | 4.58% | 4.48% | 4.36% | 4.26% | 4.29% |

[HHS 03111426]

17

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| | | | * * * |
| | | | "Managed delinquency as a percent of managed consumer receivables increased modestly over both the previous and prior-year quarters. Compared to the previous quarter, all products reported higher delinquencies principally as the result of a weakening economy." [HHS 03111426] |
| 23. | 12/04/2001 | Goldman Sachs Presentation<br><br>Plaintiffs' Exhibit 1248 | December 4, 2001 Goldman Sachs Presentation: defendants made false statements regarding Household's accounting practices, including reaging and restructuring.<br><br>* * *<br><br>"Charge off policies are appropriate for our target market and result in proper loss recognition" (PFG000158)<br><br>"All policies have been consistently applied and realistically report results" (PFG000158)<br><br>"Why are Household's Credit Losses Better" – better credit skills (PFG000152) |
| 24. | 01/16/2002 | Household Press Release<br><br>Plaintiffs' Exhibit 706 | January 16, 2002 Household Press Release entitled "Household Reports Record Quarterly and Full-Year Net Income": Household "reported fourth quarter earnings per share of $1.17, its fourteenth consecutive record quarter. Fourth quarter earnings per share rose 14 percent from $1.03 the prior year. Net income in the fourth quarter increased 11 percent, to an all-time quarterly record of $549 million. For the full year, Household reported earnings per share of $4.08, representing a 15 percent increase from $3.55 in 2000. Net income for 2001 totaled $1.9 billion, also an all-time high, 13 percent above $1.7 billion earned in 2000."<br><br>"Household's fourth quarter results were simply outstanding . . . demonstrating the tremendous strength and earnings power of the Household franchise. Receivable and revenue growth exceeded our expectations while credit indicators weakened only modestly in a tough economic environment. . . . In 2001, we demonstrated that our business model generates superior results in a weak economy as well as in the strong economic periods of previous years. Exceptional revenue growth of 18 percent more than offset the increases in credit losses during the year." [HHS 03110403 – HHS 03110404] |

18

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| | | | * * * |
| | | | "Credit Quality and Loss Reserves<br><br>At December 31st, the managed delinquency ratio (60+days) was 4.46 percent, up 3 basis points from 4.43 percent in the third quarter. The managed delinquency ratio was 4.20 percent a year ago. The annualized managed net chargeoff ratio for the fourth quarter was 3.90 percent, up 16 basis points from 3.74 percent in the third quarter. The managed net chargeoff ratio in the year-ago quarter was 3.41 percent." [HHS 03110405] |
| 25. | 02/06/2002 | *Copley News Services* article<br><br>Plaintiffs' Exhibit 1442 | *Copley News Services* – February 6, 2002: "You simply cannot stay in business for 125 years by misleading your borrowers . . . . We do the right thing for our borrowers. We make good loans that not only are legal loans, but are beneficial for our customers." [p.1] |
| 26. | 02/18/2002 | *National Mortgage News* article<br><br>Plaintiffs' Exhibit 1291 | *National Mortgage News* – February 18, 2002:<br><br>"Our first take on [the allegations of predatory lending raised in the ACORN action] is that it is not a significant issue, not indicative of any widespread problem and certainly not a concern that it will spread elsewhere." [TEL 002227] |
| 27. | 03/13/2002 | Household FY01 Report on Form 10-K<br><br>Defendants' Exhibit 852 | Household FY01 Report on Form 10-K filed with the SEC on March 13, 2002 Household reported Net Income of $1.923 billion in 2001, and E.P.S. of $4.13 [HHT 0015815 – HHT 0015816]: |

Household International, Inc. and Subsidiaries
CREDIT QUALITY STATISTICS – OWNED BASIS
All dollar amounts are stated in millions.
At December 31, unless otherwise indicated.
Owned Two-Month-and-Over Contractual Delinquency Ratios

| | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|
| Real estate secured | 2.63% | 2.58% | 3.10% | 3.95% | 3.66% |
| Auto finance | 2.92 | 2.46 | 2.02 | 2.90 | 1.48 |
| MasterCard/Visa | 5.67 | 4.90 | 3.59 | 5.09 | 3.55 |
| Private label | 5.99 | 5.60 | 6.09 | 6.03 | 5.60 |
| Personal non-credit card | 9.04 | 7.99 | 9.06 | 8.24 | 7.55 |
| Total consumer | 4.53% | 4.26% | 4.82% | 5.31% | 4.87% |

[HHT 0015809]

19

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|

Statement:

Household International, Inc. and Subsidiaries
CREDIT QUALITY STATISTICS – MANAGED BASIS
All dollar amounts are stated in millions.
At December 31, unless otherwise indicated.
Managed Two-Month-and-Over Contractual Delinquency Ratios

| | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|
| | * | * | * | * | * |
| Real estate secured | 2.68% | 2.63% | 3.27% | 3.67% | 3.69% |
| Auto finance | 3.16 | 2.55 | 2.43 | 2.29 | 2.09 |
| MasterCard/Visa | 4.10 | 3.49 | 2.78 | 3.75 | 3.10 |
| Private label | 5.48 | 5.48 | 5.97 | 6.20 | 5.81 |
| Personal non-credit card | 8.87 | 7.97 | 8.81 | 7.94 | 7.81 |
| Total consumer | 4.46% | 4.20% | 4.66% | 4.90% | 4.64% |

[HHT 0015810]

* * * * *

"Management has long recognized its responsibility for conducting the company's affairs in a manner which is responsive to the interest of employees, shareholders, investors and society in general. This responsibility is included in the statement of policy on ethical standards which provides that the company will fully comply with laws, rules and regulations of every community in which it operates and adhere to the highest ethical standards. Officers, employees and agents of the company are expected and directed to manage the business of the company with complete honesty, candor and integrity." [HHT 0015848]

* * *

"Our credit and portfolio management procedures focus on risk-based pricing and effective collection efforts for each loan. We have a process which we believe gives us a reasonable basis for predicting the credit quality of new accounts. This process is based on our experience with numerous marketing, credit and risk management tests. We also believe that our frequent and early contact with delinquent customers, as well as policies designed to manage customer relationships, such as reaging delinquent accounts to current in specific situations, are helpful in maximizing customer collections. . . . As a result, charge-off and delinquency performance has been well within our expectations." [HHT 0015797]

20

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| | | | "We believe our policies are responsive to the specific needs of the customer segment we serve. . . . *Our policies have been consistently applied and there have been no significant changes to any of our policies during any of the periods reported.* Our loss reserve estimates consider our charge-off policies to ensure appropriate reserves exist for products with longer charge-off lives. We believe our charge-off policies are appropriate and result in proper loss recognition." [HHT 0015798] |
| | | | * * * |
| | | | "Our policies for consumer receivables permit reset of the contractual delinquency status of an account to current, subject to certain limits, if a predetermined number of consecutive payments has been received and there is evidence that the reason for the delinquency has been cured. Such reaging policies vary by product and are designed to manage customer relationship and maximize collections." [HHT 0015798] |
| 28. | 04/09/2002 | Household Financial Relations Conference  Plaintiffs' Exhibit 135 | April 9, 2002 Financial Relations Conference: <br>• Credit Quality Trend – Manageable, Modest Increases [chart on HHS 01883530] <br>• Credit Policies – Overview – In some cases charge-off policy is longer than bank policy to optimize customer management. [HHS 01883554] <br>• Reage Policies – Overview – <br>    • Reage policies are an inherent part of value proposition for our customers for which they pay above bank prices <br>    • Not intended to defer credit loss recognition or to overstate net income <br>    • Policies have been consistently applied and are appropriate for each product [HHS 01883557] <br>• Credit Policies – Personal Non-Credit Card <br>    • Restructures <br>        • If an account is ever 90+, lifetime limit of 4 restructures allowed [HHS 01883579] <br>Defendants included information regarding Household's reage portfolio in a number of charts included in Plaintiffs' Exhibit 135 – the charts are located at HHS01883560, HHS01883561, HHS01883562, HHS01883564, HHS01883565, HHS01883566, and HHS01883567. |

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 29. | 04/17/2002 | Household Press Release<br><br>Plaintiffs' Exhibit 635 | April 17, 2002 Household Press Release entitled "Household Reports Record First Quarter Net Income". Household "reported first quarter earnings per share of $1.09, its fifteenth consecutive record quarter. First quarter earnings per share rose 20 percent from $.91 the prior year. Net income in the first quarter increased 18 percent, to a record $511 million."<br><br>"Household turned in a very strong first quarter. . . . In addition to delivering record results this quarter, we strongly added to our capital and reserve levels and further enhanced liquidity. We remain committed to maintaining a strong balance sheet and maximum financial flexibility."<br><br>"Our credit quality performance was well within our expectations in light of the continued weakness in the economy. . . . We anticipate a very manageable credit environment for the remainder of the year." [HHS 02980361]<br><br>        *      *      *<br><br>"Credit Quality and Loss Reserves<br>At March 31st, the *managed basis* delinquency ratio (60+days) was 4.63 percent; up 17 basis points from 4.46 percent at year-end 2001 and up 38 basis points from 4.25 percent a year ago. The annualized *managed basis* net charge-off ratio for the first quarter of 4.09 percent increased 19 basis points from 3.90 percent in the fourth quarter of 2001. . . ."<br><br>"The *owned basis* delinquency ratio at March 31st was 4.77 percent, compared to 4.53 percent at December 31st and 4.36 percent a year ago. The annualized *owned basis* charge-off ratio for the first quarter was 3.61 percent compared to 3.43 percent in the previous quarter and 3.12 percent a year ago." [HHS 02980363] |
| 30. | 04/21/2002 | *Bellingham Herald* article<br><br>Plaintiffs' Exhibit 1445 | *Bellingham Herald* – April 21, 2002: "It is absolutely against our policy to in any way quote a rate that is different than what the true rate is . . . . I can't underscore that enough" [p.1] |

22

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 31. | 05/03/2002 | Chicago Tribune article<br><br>Plaintiffs' Exhibit 1440 | *Chicago Tribune* – May 3, 2002: "Household denied that it misleads customers. 'Acorn continues to launch baseless accusations and lawsuits rather than work to enact real solutions to help eliminate predatory lending from the marketplace,' the lender's statement said." [p.1] |
| 32. | 05/10/2002 | Household 10-Q<br><br>Plaintiffs' Exhibit 232 | Household 10-Q for quarter ended 3/31/2002. Household reported net income of $511 million, and E.P.S of $1.09 [HHS 02135167]<br><br>CREDIT QUALITY<br><br>Delinquency – Owned Basis<br>Two-Months-and-Over Contractual Delinquency (as a percent of consumer receivables):<br><br>

| | March 31, 2002 | December 31, 2001 | March, 31 2001 |
|---|---|---|---|
| Real estate secured | 2.88% | 2.63% | 2.55% |
| Auto finance | 2.04 | 2.92 | 1.74 |
| MasterCard/Visa | 6.54 | 5.67 | 5.02 |
| Private label | 6.33 | 5.99 | 5.62 |
| Personal non-credit card | 9.60 | 9.04 | 8.79 |
| Total Owned | 4.77% | 4.53% | 4.36% |

[HHS 02135187] |

23

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 33. | 05/10/2002 | *The Record* article<br><br>Plaintiffs' Exhibit 1443 | *The Record* – May 10, 2002: "Our position is that the accusations [regarding predatory lending] are baseless. . . . The loans are legal, they are compliant with state and federal laws and our own policies, and in each instance they have benefits for each customer. . . . Hayden says the loan[s] conform[] to the company's 'tangible benefits test'" |
| 34. | 05/31/2002 | *American Banker* article<br><br>Plaintiffs' Exhibit 1446 | *American Banker* – May 31, 2002: "It is our regulators' and the attorney general's job to investigate any complaints brought forth by consumers in their state, and we don't find anything unique or surprising that they are doing their job. . . . [W]e take proper steps to work with the department to uncover the facts and if necessary formulate an appropriate resolution for the borrower." . . . "some customers in Bellingham may have indeed been justified in their confusion about the rate of their loans" and claimed Household "took full and prompt responsibility" and is "satisfied that this situation was localized to the Bellingham branch." |
| 35. | 07/02/2002 | *The Oregonian*<br><br>Plaintiffs' Exhibit 1447 | *The Oregonian* – July 2, 2002: "'We've made mistakes,' said Megan Hayden, spokeswoman for the Prospect Heights, Ill., company. 'Is there a companywide pattern of abuse? Absolutely not.'" |
| 36. | 07/17/2002 | Household Press Release<br><br>Plaintiffs' Exhibit 788 | July 17, 2002 Household Press Release entitled "Household Reports Record Second Quarter Results on Strong Receivables Growth". Household "reported second quarter earnings per share increased 16 percent to $1.08, from $.93 the prior year. These results mark Household's sixteenth consecutive record quarter. Second quarter net income increased 17 percent, to a record $514 million."<br><br>* * *<br><br>"Our results this quarter were fueled by ongoing strong demand for our loan products. . . . Growth this quarter was strong, while we have maintained our conservative underwriting criteria. . . ." [HHS 03195884] |

24

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| | | | "Credit Quality and Loss Reserves<br>At June 30th, the *managed basis* delinquency ratio (60+days) was 4.53 percent, down 10 basis points from 4.63 percent at the end of March, led by improvement in the MasterCard/Visa portfolio. The managed basis delinquency ratio was 4.27 percent a year ago. The annualized *managed basis* netcharge-off ratio for the second quarter of 4.26 percent was 17 basis points higher than the first quarter and 55 basis points higher than a year ago."<br><br>\*      \*      \*<br><br>"The *owned basis* delinquency ratio at June 30th was 4.61 percent, compared to 4.77 percent at March 31st and 4.48 percent a year ago. The annualized *owned basis* net charge-off ratio for the second quarter was 3.76 percent compared to 3.61 percent in the previous quarter and 3.26 a year ago." [HHS 03195886] |
| 37. | 08/14/2002 | Household Press Release<br><br>Plaintiffs' Exhibit 227 | August 14, 2002 Household Press Release entitled "Household International Certifies Accuracy of SEC filings in 2002": "Household's results for the year-to-date have been fueled by strong demand for our loan products throughout our businesses. Our loan underwriting approach continues to be conservative in these times of economic uncertainty, and we remain committed to strong reserve and capital levels." [HHS 02133695] |

25

| Stmt No. | Date | Document Title | Statement |
|---|---|---|---|
| 38. | 08/14/2002 | Household 10-Q<br><br>Defendants' Exhibit 874 | Household 10-Q for quarter-ended 6/30/2002 issued on 8/14/2002: Household reported net income of $507 million and E.P.S. of $1.08 [HHT 0017112]<br><br>CREDIT QUALITY<br>Delinquency – Owned Basis<br>Two-Months-and-Over Contractual Delinquency (as a percent of consumer receivables):<br><br>Real estate secured — June 30, 2002: 2.78%, March 31, 2002: 2.88%, June 30, 2001: 2.59%<br>Auto finance — 2.99, 2.04, 2.35<br>MasterCard/Visa — 6.13, 6.54, 4.80<br>Private label — 6.19, 6.33, 6.54<br>Personal non-credit card — 9.12, 9.60, 8.79<br>Total Owned — 4.61%, 4.77%, 4.48%<br>[HHT 0017131]<br><br>* * *<br><br>"Our credit policies for consumer loans permit the reset of the contractual delinquency status of an account to current, subject to certain limits, if a predetermined number of consecutive payments has been received and there is evidence that the reason for the delinquency has been cured. Such reaging<br><br>* * *<br><br>policies vary by product and are designed to manage customer relationship and ensure maximum collections." [HHT 0017132]<br><br>Household reiterated this disclosure in its Form 10-K/A for fiscal year 2001, filed with the SBC on August 27, 2002. |
| 39. | 08/23/2002 | *Origination News* article<br><br>Plaintiffs' Exhibit 1439 | *Origination News* – August 23, 2002: "'We clearly follow all state and federal laws and regulations,' Household spokeswoman Megan Hayden said." |

**TABLE B**

| Date | Amount |
|------|--------|
| 07/30/99 | $___0___ per share |
| 08/02/99 | $___0___ per share |
| 08/03/99 | $___0___ per share |
| 08/04/99 | $___0___ per share |
| 08/05/99 | $___0___ per share |
| 08/06/99 | $___0___ per share |
| 08/09/99 | $___0___ per share |
| 08/10/99 | $___0___ per share |
| 08/11/99 | $___0___ per share |
| 08/12/99 | $___0___ per share |
| 08/13/99 | $___0___ per share |
| 08/16/99 | $___0___ per share |
| 08/17/99 | $___0___ per share |
| 08/18/99 | $___0___ per share |
| 08/19/99 | $___0___ per share |
| 08/20/99 | $___0___ per share |
| 08/23/99 | $___0___ per share |
| 08/24/99 | $___0___ per share |
| 08/25/99 | $___0___ per share |
| 08/26/99 | $___0___ per share |
| 08/27/99 | $___0___ per share |
| 08/30/99 | $___0___ per share |
| 08/31/99 | $___0___ per share |
| 09/01/99 | $___0___ per share |
| 09/02/99 | $___0___ per share |
| 09/03/99 | $___0___ per share |
| 09/07/99 | $___0___ per share |
| 09/08/99 | $___0___ per share |
| 09/09/99 | $___0___ per share |
| 09/10/99 | $___0___ per share |

| Date | Amount |
|------|--------|
| 09/13/99 | $_____ *0* per share |
| 09/14/99 | $_____ *0* per share |
| 09/15/99 | $_____ *0* per share |
| 09/16/99 | $_____ *0* per share |
| 09/17/99 | $_____ *0* per share |
| 09/20/99 | $_____ *0* per share |
| 09/21/99 | $_____ *0* per share |
| 09/22/99 | $_____ *0* per share |
| 09/23/99 | $_____ *0* per share |
| 09/24/99 | $_____ *0* per share |
| 09/27/99 | $_____ *0* per share |
| 09/28/99 | $_____ *0* per share |
| 09/29/99 | $_____ *0* per share |
| 09/30/99 | $_____ *0* per share |
| 10/01/99 | $_____ *0* per share |
| 10/04/99 | $_____ *0* per share |
| 10/05/99 | $_____ *0* per share |
| 10/06/99 | $_____ *0* per share |
| 10/07/99 | $_____ *0* per share |
| 10/08/99 | $_____ *0* per share |
| 10/11/99 | $_____ *0* per share |
| 10/12/99 | $_____ *0* per share |
| 10/13/99 | $_____ *0* per share |
| 10/14/99 | $_____ *0* per share |
| 10/15/99 | $_____ *0* per share |
| 10/18/99 | $_____ *0* per share |
| 10/19/99 | $_____ *0* per share |
| 10/20/99 | $_____ *0* per share |
| 10/21/99 | $_____ *0* per share |
| 10/22/99 | $_____ *0* per share |
| 10/25/99 | $_____ *0* per share |

| Date | Amount | |
|---|---|---|
| 10/26/99 | $_____ *0* | per share |
| 10/27/99 | $_____ *0* | per share |
| 10/28/99 | $_____ *0* | per share |
| 10/29/99 | $_____ *0* | per share |
| 11/01/99 | $_____ *0* | per share |
| 11/02/99 | $_____ *0* | per share |
| 11/03/99 | $_____ *0* | per share |
| 11/04/99 | $_____ *0* | per share |
| 11/05/99 | $_____ *0* | per share |
| 11/08/99 | $_____ *0* | per share |
| 11/09/99 | $_____ *0* | per share |
| 11/10/99 | $_____ *0* | per share |
| 11/11/99 | $_____ *0* | per share |
| 11/12/99 | $_____ *0* | per share |
| 11/15/99 | $_____ *0* | per share |
| 11/16/99 | $_____ *0* | per share |
| 11/17/99 | $_____ *0* | per share |
| 11/18/99 | $_____ *0* | per share |
| 11/19/99 | $_____ *0* | per share |
| 11/22/99 | $_____ *0* | per share |
| 11/23/99 | $_____ *0* | per share |
| 11/24/99 | $_____ *0* | per share |
| 11/26/99 | $_____ *0* | per share |
| 11/29/99 | $_____ *0* | per share |
| 11/30/99 | $_____ *0* | per share |
| 12/01/99 | $_____ *0* | per share |
| 12/02/99 | $_____ *0* | per share |
| 12/03/99 | $_____ *0* | per share |
| 12/06/99 | $_____ *0* | per share |
| 12/07/99 | $_____ *0* | per share |
| 12/08/99 | $_____ *0* | per share |

| **Date** | **Amount** |
|---|---|
| 12/09/99 | $_____ *0* per share |
| 12/10/99 | $_____ *0* per share |
| 12/13/99 | $_____ *0* per share |
| 12/14/99 | $_____ *0* per share |
| 12/15/99 | $_____ *0* per share |
| 12/16/99 | $_____ *0* per share |
| 12/17/99 | $_____ *0* per share |
| 12/20/99 | $_____ *0* per share |
| 12/21/99 | $_____ *0* per share |
| 12/22/99 | $_____ *0* per share |
| 12/23/99 | $_____ *0* per share |
| 12/27/99 | $_____ *0* per share |
| 12/28/99 | $_____ *0* per share |
| 12/29/99 | $_____ *0* per share |
| 12/30/99 | $_____ *0* per share |
| 12/31/99 | $_____ *0* per share |
| 01/03/00 | $_____ *0* per share |
| 01/04/00 | $_____ *0* per share |
| 01/05/00 | $_____ *0* per share |
| 01/06/00 | $_____ *0* per share |
| 01/07/00 | $_____ *0* per share |
| 01/10/00 | $_____ *0* per share |
| 01/11/00 | $_____ *0* per share |
| 01/12/00 | $_____ *0* per share |
| 01/13/00 | $_____ *0* per share |
| 01/14/00 | $_____ *0* per share |
| 01/18/00 | $_____ *0* per share |
| 01/19/00 | $_____ *0* per share |
| 01/20/00 | $_____ *0* per share |
| 01/21/00 | $_____ *0* per share |
| 01/24/00 | $_____ *0* per share |

| **Date** | **Amount** |
|----------|-----------|
| 01/25/00 | $_____0_____ per share |
| 01/26/00 | $_____0_____ per share |
| 01/27/00 | $_____0_____ per share |
| 01/28/00 | $_____0_____ per share |
| 01/31/00 | $_____0_____ per share |
| 02/01/00 | $_____0_____ per share |
| 02/02/00 | $_____0_____ per share |
| 02/03/00 | $_____0_____ per share |
| 02/04/00 | $_____0_____ per share |
| 02/07/00 | $_____0_____ per share |
| 02/08/00 | $_____0_____ per share |
| 02/09/00 | $_____0_____ per share |
| 02/10/00 | $_____0_____ per share |
| 02/11/00 | $_____0_____ per share |
| 02/14/00 | $_____0_____ per share |
| 02/15/00 | $_____0_____ per share |
| 02/16/00 | $_____0_____ per share |
| 02/17/00 | $_____0_____ per share |
| 02/18/00 | $_____0_____ per share |
| 02/22/00 | $_____0_____ per share |
| 02/23/00 | $_____0_____ per share |
| 02/24/00 | $_____0_____ per share |
| 02/25/00 | $_____0_____ per share |
| 02/28/00 | $_____0_____ per share |
| 02/29/00 | $_____0_____ per share |
| 03/01/00 | $_____0_____ per share |
| 03/02/00 | $_____0_____ per share |
| 03/03/00 | $_____0_____ per share |
| 03/06/00 | $_____0_____ per share |
| 03/07/00 | $_____0_____ per share |
| 03/08/00 | $_____0_____ per share |

| **Date** | **Amount** |
|----------|------------|
| 03/09/00 | $_____ 0 per share |
| 03/10/00 | $_____ 0 per share |
| 03/13/00 | $_____ 0 per share |
| 03/14/00 | $_____ 0 per share |
| 03/15/00 | $_____ 0 per share |
| 03/16/00 | $_____ 0 per share |
| 03/17/00 | $_____ 0 per share |
| 03/20/00 | $_____ 0 per share |
| 03/21/00 | $_____ 0 per share |
| 03/22/00 | $_____ 0 per share |
| 03/23/00 | $_____ 0 per share |
| 03/24/00 | $_____ 0 per share |
| 03/27/00 | $_____ 0 per share |
| 03/28/00 | $_____ 0 per share |
| 03/29/00 | $_____ 0 per share |
| 03/30/00 | $_____ 0 per share |
| 03/31/00 | $_____ 0 per share |
| 04/03/00 | $_____ 0 per share |
| 04/04/00 | $_____ 0 per share |
| 04/05/00 | $_____ 0 per share |
| 04/06/00 | $_____ 0 per share |
| 04/07/00 | $_____ 0 per share |
| 04/10/00 | $_____ 0 per share |
| 04/11/00 | $_____ 0 per share |
| 04/12/00 | $_____ 0 per share |
| 04/13/00 | $_____ 0 per share |
| 04/14/00 | $_____ 0 per share |
| 04/17/00 | $_____ 0 per share |
| 04/18/00 | $_____ 0 per share |
| 04/19/00 | $_____ 0 per share |
| 04/20/00 | $_____ 0 per share |

| **Date** | **Amount** |
|---|---|
| 04/24/00 | $_____ _0_ per share |
| 04/25/00 | $_____ _0_ per share |
| 04/26/00 | $_____ _0_ per share |
| 04/27/00 | $_____ _0_ per share |
| 04/28/00 | $_____ _0_ per share |
| 05/01/00 | $_____ _0_ per share |
| 05/02/00 | $_____ _0_ per share |
| 05/03/00 | $_____ _0_ per share |
| 05/04/00 | $_____ _0_ per share |
| 05/05/00 | $_____ _0_ per share |
| 05/08/00 | $_____ _0_ per share |
| 05/09/00 | $_____ _0_ per share |
| 05/10/00 | $_____ _0_ per share |
| 05/11/00 | $_____ _0_ per share |
| 05/12/00 | $_____ _0_ per share |
| 05/15/00 | $_____ _0_ per share |
| 05/16/00 | $_____ _0_ per share |
| 05/17/00 | $_____ _0_ per share |
| 05/18/00 | $_____ _0_ per share |
| 05/19/00 | $_____ _0_ per share |
| 05/22/00 | $_____ _0_ per share |
| 05/23/00 | $_____ _0_ per share |
| 05/24/00 | $_____ _0_ per share |
| 05/25/00 | $_____ _0_ per share |
| 05/26/00 | $_____ _0_ per share |
| 05/30/00 | $_____ _0_ per share |
| 05/31/00 | $_____ _0_ per share |
| 06/01/00 | $_____ _0_ per share |
| 06/02/00 | $_____ _0_ per share |
| 06/05/00 | $_____ _0_ per share |
| 06/06/00 | $_____ _0_ per share |

| **Date** | **Amount** |
|---|---|
| 06/07/00 | $_____ 0 __ per share |
| 06/08/00 | $_____ 0 __ per share |
| 06/09/00 | $_____ 0 __ per share |
| 06/12/00 | $_____ 0 __ per share |
| 06/13/00 | $_____ 0 __ per share |
| 06/14/00 | $_____ 0 __ per share |
| 06/15/00 | $_____ 0 __ per share |
| 06/16/00 | $_____ 0 __ per share |
| 06/19/00 | $_____ 0 __ per share |
| 06/20/00 | $_____ 0 __ per share |
| 06/21/00 | $_____ 0 __ per share |
| 06/22/00 | $_____ 0 __ per share |
| 06/23/00 | $_____ 0 __ per share |
| 06/26/00 | $_____ 0 __ per share |
| 06/27/00 | $_____ 0 __ per share |
| 06/28/00 | $_____ 0 __ per share |
| 06/29/00 | $_____ 0 __ per share |
| 06/30/00 | $_____ 0 __ per share |
| 07/03/00 | $_____ 0 __ per share |
| 07/05/00 | $_____ 0 __ per share |
| 07/06/00 | $_____ 0 __ per share |
| 07/07/00 | $_____ 0 __ per share |
| 07/10/00 | $_____ 0 __ per share |
| 07/11/00 | $_____ 0 __ per share |
| 07/12/00 | $_____ 0 __ per share |
| 07/13/00 | $_____ 0 __ per share |
| 07/14/00 | $_____ 0 __ per share |
| 07/17/00 | $_____ 0 __ per share |
| 07/18/00 | $_____ 0 __ per share |
| 07/19/00 | $_____ 0 __ per share |
| 07/20/00 | $_____ 0 __ per share |

| Date | Amount |
|------|--------|
| 07/21/00 | $_____ _0_ per share |
| 07/24/00 | $_____ _0_ per share |
| 07/25/00 | $_____ _0_ per share |
| 07/26/00 | $_____ _0_ per share |
| 07/27/00 | $_____ _0_ per share |
| 07/28/00 | $_____ _0_ per share |
| 07/31/00 | $_____ _0_ per share |
| 08/01/00 | $_____ _0_ per share |
| 08/02/00 | $_____ _0_ per share |
| 08/03/00 | $_____ _0_ per share |
| 08/04/00 | $_____ _0_ per share |
| 08/07/00 | $_____ _0_ per share |
| 08/08/00 | $_____ _0_ per share |
| 08/09/00 | $_____ _0_ per share |
| 08/10/00 | $_____ _0_ per share |
| 08/11/00 | $_____ _0_ per share |
| 08/14/00 | $_____ _0_ per share |
| 08/15/00 | $_____ _0_ per share |
| 08/16/00 | $_____ _0_ per share |
| 08/17/00 | $_____ _0_ per share |
| 08/18/00 | $_____ _0_ per share |
| 08/21/00 | $_____ _0_ per share |
| 08/22/00 | $_____ _0_ per share |
| 08/23/00 | $_____ _0_ per share |
| 08/24/00 | $_____ _0_ per share |
| 08/25/00 | $_____ _0_ per share |
| 08/28/00 | $_____ _0_ per share |
| 08/29/00 | $_____ _0_ per share |
| 08/30/00 | $_____ _0_ per share |
| 08/31/00 | $_____ _0_ per share |
| 09/01/00 | $_____ _0_ per share |

| **Date** | **Amount** |
|----------|------------|
| 09/05/00 | $_____ O ___ per share |
| 09/06/00 | $_____ O ___ per share |
| 09/07/00 | $_____ O ___ per share |
| 09/08/00 | $_____ O ___ per share |
| 09/11/00 | $_____ O ___ per share |
| 09/12/00 | $_____ O ___ per share |
| 09/13/00 | $_____ O ___ per share |
| 09/14/00 | $_____ O ___ per share |
| 09/15/00 | $_____ O ___ per share |
| 09/18/00 | $_____ O ___ per share |
| 09/19/00 | $_____ O ___ per share |
| 09/20/00 | $_____ O ___ per share |
| 09/21/00 | $_____ O ___ per share |
| 09/22/00 | $_____ O ___ per share |
| 09/25/00 | $_____ O ___ per share |
| 09/26/00 | $_____ O ___ per share |
| 09/27/00 | $_____ O ___ per share |
| 09/28/00 | $_____ O ___ per share |
| 09/29/00 | $_____ O ___ per share |
| 10/02/00 | $_____ O ___ per share |
| 10/03/00 | $_____ O ___ per share |
| 10/04/00 | $_____ O ___ per share |
| 10/05/00 | $_____ O ___ per share |
| 10/06/00 | $_____ O ___ per share |
| 10/09/00 | $_____ O ___ per share |
| 10/10/00 | $_____ O ___ per share |
| 10/11/00 | $_____ O ___ per share |
| 10/12/00 | $_____ O ___ per share |
| 10/13/00 | $_____ O ___ per share |
| 10/16/00 | $_____ O ___ per share |
| 10/17/00 | $_____ O ___ per share |

| **Date** | **Amount** |
|----------|-----------|
| 10/18/00 | $_____0_____ per share |
| 10/19/00 | $_____0_____ per share |
| 10/20/00 | $_____0_____ per share |
| 10/23/00 | $_____0_____ per share |
| 10/24/00 | $_____0_____ per share |
| 10/25/00 | $_____0_____ per share |
| 10/26/00 | $_____0_____ per share |
| 10/27/00 | $_____0_____ per share |
| 10/30/00 | $_____0_____ per share |
| 10/31/00 | $_____0_____ per share |
| 11/01/00 | $_____0_____ per share |
| 11/02/00 | $_____0_____ per share |
| 11/03/00 | $_____0_____ per share |
| 11/06/00 | $_____0_____ per share |
| 11/07/00 | $_____0_____ per share |
| 11/08/00 | $_____0_____ per share |
| 11/09/00 | $_____0_____ per share |
| 11/10/00 | $_____0_____ per share |
| 11/13/00 | $_____0_____ per share |
| 11/14/00 | $_____0_____ per share |
| 11/15/00 | $_____0_____ per share |
| 11/16/00 | $_____0_____ per share |
| 11/17/00 | $_____0_____ per share |
| 11/20/00 | $_____0_____ per share |
| 11/21/00 | $_____0_____ per share |
| 11/22/00 | $_____0_____ per share |
| 11/24/00 | $_____0_____ per share |
| 11/27/00 | $_____0_____ per share |
| 11/28/00 | $_____0_____ per share |
| 11/29/00 | $_____0_____ per share |
| 11/30/00 | $_____0_____ per share |

| Date | Amount |
|------|--------|
| 12/01/00 | $____0____ per share |
| 12/04/00 | $____0____ per share |
| 12/05/00 | $____0____ per share |
| 12/06/00 | $____0____ per share |
| 12/07/00 | $____0____ per share |
| 12/08/00 | $____0____ per share |
| 12/11/00 | $____0____ per share |
| 12/12/00 | $____0____ per share |
| 12/13/00 | $____0____ per share |
| 12/14/00 | $____0____ per share |
| 12/15/00 | $____0____ per share |
| 12/18/00 | $____0____ per share |
| 12/19/00 | $____0____ per share |
| 12/20/00 | $____0____ per share |
| 12/21/00 | $____0____ per share |
| 12/22/00 | $____0____ per share |
| 12/26/00 | $____0____ per share |
| 12/27/00 | $____0____ per share |
| 12/28/00 | $____0____ per share |
| 12/29/00 | $____0____ per share |
| 01/02/01 | $____0____ per share |
| 01/03/01 | $____0____ per share |
| 01/04/01 | $____0____ per share |
| 01/05/01 | $____0____ per share |
| 01/08/01 | $____0____ per share |
| 01/09/01 | $____0____ per share |
| 01/10/01 | $____0____ per share |
| 01/11/01 | $____0____ per share |
| 01/12/01 | $____0____ per share |
| 01/16/01 | $____0____ per share |
| 01/17/01 | $____0____ per share |

| Date | Amount |
|------|--------|
| 01/18/01 | $_____ 0 per share |
| 01/19/01 | $_____ 0 per share |
| 01/22/01 | $_____ 0 per share |
| 01/23/01 | $_____ 0 per share |
| 01/24/01 | $_____ 0 per share |
| 01/25/01 | $_____ 0 per share |
| 01/26/01 | $_____ 0 per share |
| 01/29/01 | $_____ 0 per share |
| 01/30/01 | $_____ 0 per share |
| 01/31/01 | $_____ 0 per share |
| 02/01/01 | $_____ 0 per share |
| 02/02/01 | $_____ 0 per share |
| 02/05/01 | $_____ 0 per share |
| 02/06/01 | $_____ 0 per share |
| 02/07/01 | $_____ 0 per share |
| 02/08/01 | $_____ 0 per share |
| 02/09/01 | $_____ 0 per share |
| 02/12/01 | $_____ 0 per share |
| 02/13/01 | $_____ 0 per share |
| 02/14/01 | $_____ 0 per share |
| 02/15/01 | $_____ 0 per share |
| 02/16/01 | $_____ 0 per share |
| 02/20/01 | $_____ 0 per share |
| 02/21/01 | $_____ 0 per share |
| 02/22/01 | $_____ 0 per share |
| 02/23/01 | $_____ 0 per share |
| 02/26/01 | $_____ 0 per share |
| 02/27/01 | $_____ 0 per share |
| 02/28/01 | $_____ 0 per share |
| 03/01/01 | $_____ 0 per share |
| 03/02/01 | $_____ 0 per share |

| Date | Amount |
|------|--------|
| 03/05/01 | $ 0 per share |
| 03/06/01 | $ 0 per share |
| 03/07/01 | $ 0 per share |
| 03/08/01 | $ 0 per share |
| 03/09/01 | $ 0 per share |
| 03/12/01 | $ 0 per share |
| 03/13/01 | $ 0 per share |
| 03/14/01 | $ 0 per share |
| 03/15/01 | $ 0 per share |
| 03/16/01 | $ 0 per share |
| 03/19/01 | $ 0 per share |
| 03/20/01 | $ 0 per share |
| 03/21/01 | $ 0 per share |
| 03/22/01 | $ 0 per share |
| 03/23/01 | $ 23.94 per share |
| 03/26/01 | $ 23.94 per share |
| 03/27/01 | $ 23.94 per share |
| 03/28/01 | $ 23.94 per share |
| 03/29/01 | $ 23.94 per share |
| 03/30/01 | $ 23.94 per share |
| 04/02/01 | $ 23.94 per share |
| 04/03/01 | $ 23.94 per share |
| 04/04/01 | $ 23.94 per share |
| 04/05/01 | $ 23.94 per share |
| 04/06/01 | $ 23.94 per share |
| 04/09/01 | $ 23.94 per share |
| 04/10/01 | $ 23.94 per share |
| 04/11/01 | $ 23.94 per share |
| 04/12/01 | $ 23.94 per share |
| 04/16/01 | $ 23.94 per share |
| 04/17/01 | $ 23.94 per share |

| Date | Amount | |
|------|--------|---|
| 04/18/01 | $ 23.94 | per share |
| 04/19/01 | $ 23.94 | per share |
| 04/20/01 | $ 23.94 | per share |
| 04/23/01 | $ 23.94 | per share |
| 04/24/01 | $ 23.94 | per share |
| 04/25/01 | $ 23.94 | per share |
| 04/26/01 | $ 23.94 | per share |
| 04/27/01 | $ 23.94 | per share |
| 04/30/01 | $ 23.94 | per share |
| 05/01/01 | $ 23.94 | per share |
| 05/02/01 | $ 23.94 | per share |
| 05/03/01 | $ 23.94 | per share |
| 05/04/01 | $ 23.94 | per share |
| 05/07/01 | $ 23.94 | per share |
| 05/08/01 | $ 23.94 | per share |
| 05/09/01 | $ 23.94 | per share |
| 05/10/01 | $ 23.94 | per share |
| 05/11/01 | $ 23.94 | per share |
| 05/14/01 | $ 23.94 | per share |
| 05/15/01 | $ 23.94 | per share |
| 05/16/01 | $ 23.94 | per share |
| 05/17/01 | $ 23.94 | per share |
| 05/18/01 | $ 23.94 | per share |
| 05/21/01 | $ 23.94 | per share |
| 05/22/01 | $ 23.94 | per share |
| 05/23/01 | $ 23.94 | per share |
| 05/24/01 | $ 23.94 | per share |
| 05/25/01 | $ 23.94 | per share |
| 05/29/01 | $ 23.94 | per share |
| 05/30/01 | $ 23.94 | per share |
| 05/31/01 | $ 23.94 | per share |

| **Date** | **Amount** |
|----------|------------|
| 06/01/01 | $ _23.94_ per share |
| 06/04/01 | $ _23.94_ per share |
| 06/05/01 | $ _23.94_ per share |
| 06/06/01 | $ _23.94_ per share |
| 06/07/01 | $ _23.94_ per share |
| 06/08/01 | $ _23.94_ per share |
| 06/11/01 | $ _23.94_ per share |
| 06/12/01 | $ _23.94_ per share |
| 06/13/01 | $ _23.94_ per share |
| 06/14/01 | $ _23.94_ per share |
| 06/15/01 | $ _23.94_ per share |
| 06/18/01 | $ _23.94_ per share |
| 06/19/01 | $ _23.94_ per share |
| 06/20/01 | $ _23.94_ per share |
| 06/21/01 | $ _23.94_ per share |
| 06/22/01 | $ _23.94_ per share |
| 06/25/01 | $ _23.94_ per share |
| 06/26/01 | $ _23.94_ per share |
| 06/27/01 | $ _23.94_ per share |
| 06/28/01 | $ _23.94_ per share |
| 06/29/01 | $ _23.94_ per share |
| 07/02/01 | $ _23.94_ per share |
| 07/03/01 | $ _23.94_ per share |
| 07/05/01 | $ _23.94_ per share |
| 07/06/01 | $ _23.94_ per share |
| 07/09/01 | $ _23.94_ per share |
| 07/10/01 | $ _23.94_ per share |
| 07/11/01 | $ _23.94_ per share |
| 07/12/01 | $ _23.94_ per share |
| 07/13/01 | $ _23.94_ per share |
| 07/16/01 | $ _23.94_ per share |

| **Date** | **Amount** |
|----------|-----------|
| 07/17/01 | $ *23.94* per share |
| 07/18/01 | $ *23.94* per share |
| 07/19/01 | $ *23.94* per share |
| 07/20/01 | $ *23.94* per share |
| 07/23/01 | $ *23.94* per share |
| 07/24/01 | $ *23.94* per share |
| 07/25/01 | $ *23.94* per share |
| 07/26/01 | $ *23.94* per share |
| 07/27/01 | $ *23.94* per share |
| 07/30/01 | $ *23.94* per share |
| 07/31/01 | $ *23.94* per share |
| 08/01/01 | $ *23.94* per share |
| 08/02/01 | $ *23.94* per share |
| 08/03/01 | $ *23.94* per share |
| 08/06/01 | $ *23.94* per share |
| 08/07/01 | $ *23.94* per share |
| 08/08/01 | $ *23.94* per share |
| 08/09/01 | $ *23.94* per share |
| 08/10/01 | $ *23.94* per share |
| 08/13/01 | $ *23.94* per share |
| 08/14/01 | $ *23.94* per share |
| 08/15/01 | $ *23.94* per share |
| 08/16/01 | $ *23.94* per share |
| 08/17/01 | $ *23.94* per share |
| 08/20/01 | $ *23.94* per share |
| 08/21/01 | $ *23.94* per share |
| 08/22/01 | $ *23.94* per share |
| 08/23/01 | $ *23.94* per share |
| 08/24/01 | $ *23.94* per share |
| 08/27/01 | $ *23.94* per share |
| 08/28/01 | $ *23.94* per share |

| **Date** | **Amount** |
|----------|------------|
| 08/29/01 | $ _23.94_ per share |
| 08/30/01 | $ _23.94_ per share |
| 08/31/01 | $ _23.94_ per share |
| 09/04/01 | $ _23.94_ per share |
| 09/05/01 | $ _23.94_ per share |
| 09/06/01 | $ _23.94_ per share |
| 09/07/01 | $ _23.56_ per share |
| 09/10/01 | $ _23.94_ per share |
| 09/17/01 | $ _22.61_ per share |
| 09/18/01 | $ _22.53_ per share |
| 09/19/01 | $ _22.38_ per share |
| 09/20/01 | $ _22.02_ per share |
| 09/21/01 | $ _21.54_ per share |
| 09/24/01 | $ _22.62_ per share |
| 09/25/01 | $ _22.29_ per share |
| 09/26/01 | $ _23.03_ per share |
| 09/27/01 | $ _23.42_ per share |
| 09/28/01 | $ _23.94_ per share |
| 10/01/01 | $ _23.94_ per share |
| 10/02/01 | $ _23.94_ per share |
| 10/03/01 | $ _23.94_ per share |
| 10/04/01 | $ _23.94_ per share |
| 10/05/01 | $ _23.94_ per share |
| 10/08/01 | $ _23.94_ per share |
| 10/09/01 | $ _23.94_ per share |
| 10/10/01 | $ _23.94_ per share |
| 10/11/01 | $ _23.94_ per share |
| 10/12/01 | $ _23.59_ per share |
| 10/15/01 | $ _23.94_ per share |
| 10/16/01 | $ _23.94_ per share |
| 10/17/01 | $ _23.94_ per share |

| **Date** | **Amount** |
|----------|------------|
| 10/18/01 | $ 23.94 per share |
| 10/19/01 | $ 23.94 per share |
| 10/22/01 | $ 23.94 per share |
| 10/23/01 | $ 23.94 per share |
| 10/24/01 | $ 23.83 per share |
| 10/25/01 | $ 23.94 per share |
| 10/26/01 | $ 23.94 per share |
| 10/29/01 | $ 23.42 per share |
| 10/30/01 | $ 23.00 per share |
| 10/31/01 | $ 22.48 per share |
| 11/01/01 | $ 22.73 per share |
| 11/02/01 | $ 22.67 per share |
| 11/05/01 | $ 23.10 per share |
| 11/06/01 | $ 23.94 per share |
| 11/07/01 | $ 23.94 per share |
| 11/08/01 | $ 23.94 per share |
| 11/09/01 | $ 23.94 per share |
| 11/12/01 | $ 23.94 per share |
| 11/13/01 | $ 23.94 per share |
| 11/14/01 | $ 23.94 per share |
| 11/15/01 | $ 23.94 per share |
| 11/16/01 | $ 23.60 per share |
| 11/19/01 | $ 23.94 per share |
| 11/20/01 | $ 23.85 per share |
| 11/21/01 | $ 23.94 per share |
| 11/23/01 | $ 23.94 per share |
| 11/26/01 | $ 23.94 per share |
| 11/27/01 | $ 23.94 per share |
| 11/28/01 | $ 23.94 per share |
| 11/29/01 | $ 23.94 per share |
| 11/30/01 | $ 23.94 per share |

| Date | Amount |
|------|--------|
| 12/03/01 | $ 22.59 per share |
| 12/04/01 | $ 23.94 per share |
| 12/05/01 | $ 23.94 per share |
| 12/06/01 | $ 23.94 per share |
| 12/07/01 | $ 23.94 per share |
| 12/10/01 | $ 23.30 per share |
| 12/11/01 | $ 22.20 per share |
| 12/12/01 | $ 19.80 per share |
| 12/13/01 | $ 20.29 per share |
| 12/14/01 | $ 19.64 per share |
| 12/17/01 | $ 20.61 per share |
| 12/18/01 | $ 21.84 per share |
| 12/19/01 | $ 22.04 per share |
| 12/20/01 | $ 21.75 per share |
| 12/21/01 | $ 21.37 per share |
| 12/24/01 | $ 21.60 per share |
| 12/26/01 | $ 21.82 per share |
| 12/27/01 | $ 23.30 per share |
| 12/28/01 | $ 23.94 per share |
| 12/31/01 | $ 23.28 per share |
| 01/02/02 | $ 22.58 per share |
| 01/03/02 | $ 22.41 per share |
| 01/04/02 | $ 23.94 per share |
| 01/07/02 | $ 23.19 per share |
| 01/08/02 | $ 22.29 per share |
| 01/09/02 | $ 22.42 per share |
| 01/10/02 | $ 21.70 per share |
| 01/11/02 | $ 19.85 per share |
| 01/14/02 | $ 18.53 per share |
| 01/15/02 | $ 20.28 per share |
| 01/16/02 | $ 19.87 per share |

| Date | Amount | |
|------|--------|---|
| 01/17/02 | $ _18.90_ | per share |
| 01/18/02 | $ _20.03_ | per share |
| 01/22/02 | $ _19.24_ | per share |
| 01/23/02 | $ _18.59_ | per share |
| 01/24/02 | $ _18.86_ | per share |
| 01/25/02 | $ _19.70_ | per share |
| 01/28/02 | $ _18.10_ | per share |
| 01/29/02 | $ _16.58_ | per share |
| 01/30/02 | $ _15.76_ | per share |
| 01/31/02 | $ _17.12_ | per share |
| 02/01/02 | $ _17.34_ | per share |
| 02/04/02 | $ _16.06_ | per share |
| 02/05/02 | $ _14.99_ | per share |
| 02/06/02 | $ _12.47_ | per share |
| 02/07/02 | $ _15.56_ | per share |
| 02/08/02 | $ _18.71_ | per share |
| 02/11/02 | $ _17.94_ | per share |
| 02/12/02 | $ _17.49_ | per share |
| 02/13/02 | $ _18.36_ | per share |
| 02/14/02 | $ _18.04_ | per share |
| 02/15/02 | $ _18.00_ | per share |
| 02/19/02 | $ _17.84_ | per share |
| 02/20/02 | $ _17.72_ | per share |
| 02/21/02 | $ _16.00_ | per share |
| 02/22/02 | $ _16.24_ | per share |
| 02/25/02 | $ _16.45_ | per share |
| 02/26/02 | $ _16.72_ | per share |
| 02/27/02 | $ _18.55_ | per share |
| 02/28/02 | $ _17.81_ | per share |
| 03/01/02 | $ _19.02_ | per share |
| 03/04/02 | $ _22.21_ | per share |

| **Date** | **Amount** |
|----------|------------|
| 03/05/02 | $ 21.17 per share |
| 03/06/02 | $ 22.17 per share |
| 03/07/02 | $ 23.00 per share |
| 03/08/02 | $ 23.94 per share |
| 03/11/02 | $ 23.94 per share |
| 03/12/02 | $ 23.37 per share |
| 03/13/02 | $ 22.86 per share |
| 03/14/02 | $ 21.87 per share |
| 03/15/02 | $ 22.69 per share |
| 03/18/02 | $ 22.93 per share |
| 03/19/02 | $ 22.77 per share |
| 03/20/02 | $ 21.93 per share |
| 03/21/02 | $ 22.23 per share |
| 03/22/02 | $ 22.39 per share |
| 03/25/02 | $ 21.06 per share |
| 03/26/02 | $ 21.66 per share |
| 03/27/02 | $ 21.80 per share |
| 03/28/02 | $ 21.25 per share |
| 04/01/02 | $ 21.68 per share |
| 04/02/02 | $ 21.52 per share |
| 04/03/02 | $ 20.53 per share |
| 04/04/02 | $ 21.39 per share |
| 04/05/02 | $ 22.28 per share |
| 04/08/02 | $ 23.24 per share |
| 04/09/02 | $ 23.16 per share |
| 04/10/02 | $ 23.23 per share |
| 04/11/02 | $ 21.73 per share |
| 04/12/02 | $ 22.40 per share |
| 04/15/02 | $ 22.24 per share |
| 04/16/02 | $ 23.65 per share |
| 04/17/02 | $ 23.94 per share |

| Date | Amount |
|------|--------|
| 04/18/02 | $ 23.94 per share |
| 04/19/02 | $ 23.94 per share |
| 04/22/02 | $ 23.94 per share |
| 04/23/02 | $ 23.94 per share |
| 04/24/02 | $ 23.94 per share |
| 04/25/02 | $ 23.94 per share |
| 04/26/02 | $ 23.94 per share |
| 04/29/02 | $ 22.70 per share |
| 04/30/02 | $ 23.34 per share |
| 05/01/02 | $ 22.61 per share |
| 05/02/02 | $ 21.92 per share |
| 05/03/02 | $ 21.64 per share |
| 05/06/02 | $ 21.00 per share |
| 05/07/02 | $ 20.25 per share |
| 05/08/02 | $ 21.83 per share |
| 05/09/02 | $ 21.26 per share |
| 05/10/02 | $ 19.64 per share |
| 05/13/02 | $ 20.72 per share |
| 05/14/02 | $ 21.31 per share |
| 05/15/02 | $ 20.03 per share |
| 05/16/02 | $ 19.24 per share |
| 05/17/02 | $ 18.40 per share |
| 05/20/02 | $ 18.19 per share |
| 05/21/02 | $ 17.54 per share |
| 05/22/02 | $ 17.74 per share |
| 05/23/02 | $ 17.87 per share |
| 05/24/02 | $ 17.85 per share |
| 05/28/02 | $ 17.98 per share |
| 05/29/02 | $ 17.89 per share |
| 05/30/02 | $ 16.88 per share |
| 05/31/02 | $ 16.26 per share |

| Date | Amount |
|------|--------|
| 06/03/02 | $ *16.67* per share |
| 06/04/02 | $ *16.66* per share |
| 06/05/02 | $ *17.91* per share |
| 06/06/02 | $ *19.83* per share |
| 06/07/02 | $ *19.06* per share |
| 06/10/02 | $ *18.58* per share |
| 06/11/02 | $ *19.54* per share |
| 06/12/02 | $ *18.92* per share |
| 06/13/02 | $ *17.44* per share |
| 06/14/02 | $ *17.62* per share |
| 06/17/02 | $ *18.20* per share |
| 06/18/02 | $ *18.08* per share |
| 06/19/02 | $ *17.24* per share |
| 06/20/02 | $ *16.02* per share |
| 06/21/02 | $ *16.16* per share |
| 06/24/02 | $ *16.50* per share |
| 06/25/02 | $ *15.68* per share |
| 06/26/02 | $ *16.25* per share |
| 06/27/02 | $ *16.78* per share |
| 06/28/02 | $ *16.19* per share |
| 07/01/02 | $ *14.84* per share |
| 07/02/02 | $ *14.94* per share |
| 07/03/02 | $ *15.76* per share |
| 07/05/02 | $ *16.69* per share |
| 07/08/02 | $ *16.28* per share |
| 07/09/02 | $ *14.58* per share |
| 07/10/02 | $ *12.48* per share |
| 07/11/02 | $ *13.14* per share |
| 07/12/02 | $ *14.69* per share |
| 07/15/02 | $ *14.17* per share |
| 07/16/02 | $ *15.01* per share |

| Date | Amount |
|------|--------|
| 07/17/02 | $ 11.59 per share |
| 07/18/02 | $ 12.56 per share |
| 07/19/02 | $ 11.33 per share |
| 07/22/02 | $ 10.38 per share |
| 07/23/02 | $ 9.30 per share |
| 07/24/02 | $ 11.68 per share |
| 07/25/02 | $ 10.57 per share |
| 07/26/02 | $ 8.68 per share |
| 07/29/02 | $ 9.19 per share |
| 07/30/02 | $ 9.55 per share |
| 07/31/02 | $ 11.49 per share |
| 08/01/02 | $ 10.63 per share |
| 08/02/02 | $ 9.59 per share |
| 08/05/02 | $ 8.11 per share |
| 08/06/02 | $ 10.06 per share |
| 08/07/02 | $ 8.28 per share |
| 08/08/02 | $ 9.60 per share |
| 08/09/02 | $ 8.73 per share |
| 08/12/02 | $ 8.29 per share |
| 08/13/02 | $ 7.06 per share |
| 08/14/02 | $ 6.39 per share |
| 08/15/02 | $ 7.61 per share |
| 08/16/02 | $ 5.76 per share |
| 08/19/02 | $ 5.22 per share |
| 08/20/02 | $ 4.65 per share |
| 08/21/02 | $ 4.98 per share |
| 08/22/02 | $ 8.14 per share |
| 08/23/02 | $ 5.85 per share |
| 08/26/02 | $ 6.77 per share |
| 08/27/02 | $ 5.58 per share |
| 08/28/02 | $ 5.22 per share |

| Date | Amount |
|------|--------|
| 08/29/02 | $ *4.69* per share |
| 08/30/02 | $ *4.33* per share |
| 09/03/02 | $ *2.96* per share |
| 09/04/02 | $ *3.53* per share |
| 09/05/02 | $ *2.87* per share |
| 09/06/02 | $ *3.10* per share |
| 09/09/02 | $ *5.02* per share |
| 09/10/02 | $ *4.16* per share |
| 09/11/02 | $ *4.57* per share |
| 09/12/02 | $ *3.73* per share |
| 09/13/02 | $ *4.35* per share |
| 09/16/02 | $ *3.35* per share |
| 09/17/02 | $ *−0.17* per share |
| 09/18/02 | $ *0.41* per share |
| 09/19/02 | $ *0.73* per share |
| 09/20/02 | $ *0.64* per share |
| 09/23/02 | $ *−0.85* per share |
| 09/24/02 | $ *−0.35* per share |
| 09/25/02 | $ *−0.24* per share |
| 09/26/02 | $ *0.34* per share |
| 09/27/02 | $ *−0.56* per share |
| 09/30/02 | $ *−0.10* per share |
| 10/01/02 | $ *−1.12* per share |
| 10/02/02 | $ *−1.13* per share |
| 10/03/02 | $ *−0.66* per share |
| 10/04/02 | $ *−1.87* per share |
| 10/07/02 | $ *−2.45* per share |
| 10/08/02 | $ *−3.17* per share |
| 10/09/02 | $ *−4.66* per share |
| 10/10/02 | $ *−0.68* per share |
| 10/11/02 | $ *0.00* per share |