# EXHIBIT E

FILED
SEP 2 4 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL C. PATTISON,<br><br>　　Defendant.<br>_____ / | No. C-08-4238 EMC<br><br><br>**VERDICT** |

**Please provide a "yes" or "no" answer for <u>each</u> claim below.**

### CLAIM 1

Do you find, by the preponderance of the evidence, that Defendant violated Rule 10b-5 of the Exchange Act?

YES _____

NO ✓

### CLAIM 2

Do you find, by a preponderance of the evidence, that Defendant aided and abetted another person's violation of Rule 10b-5?

YES _____

NO ✓

## CLAIM 3

Do you find, by a preponderance of the evidence, that Defendant aided and abetted a violation of Section 13(a) of the Exchange Act by Embarcadero?

~~YES~~ ———— TP 9-24-2010

NO ✓

## CLAIM 4

Do you find, by a preponderance of the evidence, that Defendant violated Section 13(b)(5) of the Exchange Act?

YES ✓

NO ____

## CLAIM 5

Do you find, by a preponderance of the evidence, that Defendant violated Rule 13b2-1 of the Exchange Act?

YES ✓

NO ____

**Please sign and date below, and return this verdict to the Clerk.**

Dated: September 24, 2010

_____
Jury Foreperson