# EXHIBIT F

FILED
FEB 2 5 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br>vs.<br>RAN H. FURMAN,<br>　　　　　　　　Defendant. | CASE NO. 08cv1620-WQH-RBB<br><br>**VERDICT** |

**We, the jury in the above-entitled action, unanimously find as follows:**

*Answer Questions 1, 2 and 3, and then sign and date where indicated.*

**Rule 10b-5 Claim**

　　**Question 1:** Did Defendant Ran H. Furman violate Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder?

　　*Answer yes or no*

　　Answer:　　Yes __X__　　No ____

**Aiding and Abetting Claim**

　　**Question 2:** Did Defendant Ran H. Furman aid and abet one or more violations by Island Pacific of Section 13(a) of the Securities Exchange Act of 1934 and Rules 12b-20, 13a-1, and 13a-13 promulgated thereunder?

　　*Answer yes or no*

　　Answer:　　Yes __X__　　No ____

08cv1620-WQH-RBB

**Rule 13a-14 Claim**

**Question 3:** Did Defendant Ran H. Furman violate Rule 13a-14 promulgated under the Securities Exchange Act of 1934?

*Answer yes or no*

Answer: Yes _X_ No ___

Dated: FEB 25, 2011

_____
Foreperson of the jury