# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JON D. GRUBER, *individually and on behalf of all others similarly situated*,

    Plaintiff,

-v-

MICHAEL L. REGER,

    Defendant.

16-cv-9727 (JSR)

## VERDICT FORM

As to **Claim I**, securities fraud, we the Jury find the defendant, Michael Reger:

☒ Liable

☐ Not-Liable

*If, and only if, Michael Reger has been found liable on **Claim I**, answer the following:*

As to **Claim I**, we the Jury find the amount of inflation in Dakota Plains stock during the class period to have been:

    57 %

As to **Claim II**, control person liability for Dakota Plains' securities fraud, we the Jury find the defendant, Michael Reger:

☒ Liable

☐ Not-Liable

*If, and only if, Michael Reger has been found liable on **Claim II**, answer the following:*

As to **Claim II**, we the Jury find the amount of inflation in Dakota Plains stock during the class period to have been:

____57___ %

As to **Claim II**, we the Jury find that the company, Dakota Plains, acted:

Knowingly _____   Recklessly __X__
(choose one)

As to **Claim III**, insider trading, we the Jury find the defendant, Michael Reger:

☐ Liable

☒ Not-Liable

*If, and only if, Michael Reger has been found liable on **Claim III**, answer the following:*

As to **Claim III**, we the Jury find the amount of inflation in Dakota Plains stock during the class period to have been:

_____ %

As to **Claim III**, we the Jury find the total loss the defendant, Michael Reger, avoided was:

$ _____

Dated: June 14, 2022                               _____[signature]_____
                                                         Foreperson