**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
          amccall@zlk.com

*Attorneys for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SUBMISSION OF HARD COPIES OF TRIAL EXHIBITS TO CHAMBERS** |

1   IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto and
2   their undersigned counsel, and subject to this Court's approval that:
3   WHEREAS, the final pretrial conference for this action is scheduled for October 25, 2022;
4   WHEREAS, the trial is set to begin on January 17, 2023.
5   WHEREAS, the parties have submitted a joint exhibit list to the Court with their pretrial
6   materials;
7   WHEREAS, pursuant to Judge Chen's Civil Pretrial Instructions, the parties are required
8   to submit two sets of all exhibits at least twenty-one (21) days prior to the final pretrial conference.
9   The instructions further provide that "Exhibits must be premarked. In addition, one set of exhibits
10  must be tagged. Exhibits shall be three-hole punched and shall be submitted in binders;"
11  WHEREAS, the parties are continuing to meet and confer in an effort to eliminate
12  duplicates from the joint exhibit list, and potentially remove and/or add exhibits since trial does
13  not begin until January;
14  NOW, THEREFORE, having met and conferred, the parties have agreed to, and
15  respectively submit for approval by the Court that the parties respectfully request permission to
16  provide the hard copies of the exhibits from the final joint exhibit list to chambers as required by
17  the Judge's instructions no later than 35 days before trial commences
18  **IT IS SO STIPULATED**, through Counsel of Record

[Signatures on following page]

| | |
|---|---|
| Dated: September 30, 2022 | LEVI & KORSINSKY, LLP |
| | By: /s/ *Adam M. Apton* |
| | Adam M. Apton |
| | *Attorneys for Plaintiff and Counsel for the Class* |
| Dated: September 30, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: /s/ *Alex Spiro* |
| | Alex Spiro |
| | *Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice* |

### FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated: September 30, 2022          */s/ Adam M. Apton*
                                                         Adam M. Apton

**IT IS SO ORDERED.**

Dated: October 3, 2022

_____
Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE