UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>(CIVIL LOCAL RULE 11-3) |

I, <u>Jesse Bernstein</u>, an active member in good standing of the bar of <u>the State of New York</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>Defendants Tesla, Inc., Elon Musk, et al. (see below)</u> in the above-entitled action. My local co-counsel in this case is <u>Michael Lifrak</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>210846</u>.

| MY ADDRESS OF RECORD:<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>New York, NY 100100 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 849-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 443-3153 |
| MY EMAIL ADDRESS OF RECORD:<br>jessebernstein@quinnemanuel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>michaellifrak@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>5416797.</u>

I have been granted pro hac vice admission by the court <u>0</u> times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

5  DATED: October 20, 2022        QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP

8                                 By     Jesse Bernstein
                                  APPLICANT
9                                 Attorneys for Defendants TESLA, INC., ELON
                                  MUSK, BRAD W. BUSS, ROBYN DENHOLM,
10                                IRA EHRENPREIS, ANTONIO J. GRACIAS,
                                  JAMES MURDOCH, KIMBAL MUSK, and
11                                LINDA JOHNSON RICE

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of <u>Jesse Bernstein</u> is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance ***pro hac vice***.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: _____, 2022

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———

*I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Jesse Bernstein

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 16, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 20, 2022.*

*Maria T. Fasulo*

*Clerk of the Court*

CertID-00088421



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022