UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>(CIVIL LOCAL RULE 11-3) |

I, <u>Jesse Bernstein</u>, an active member in good standing of the bar of <u>the State of New York</u>, hereby respectfully apply for admission to practice ***pro hac vice***  in the Northern District of California representing: <u>Defendants Tesla, Inc., Elon Musk, et al. (see below)</u> in the above-entitled action. My local co-counsel in this case is <u>Michael Lifrak</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>210846</u>.

| MY ADDRESS OF RECORD:<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>New York, NY 100100 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 849-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 443-3153 |
| MY EMAIL ADDRESS OF RECORD:<br>jessebernstein@quinnemanuel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>michaellifrak@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>5416797.</u>

I have been granted pro hac vice admission by the court <u>0</u>    times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

DATED:  October 20, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____Jesse Bernstein_____
APPLICANT
Attorneys for Defendants TESLA, INC., ELON MUSK, BRAD W. BUSS, ROBYN DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, JAMES MURDOCH, KIMBAL MUSK, and LINDA JOHNSON RICE

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of <u>Jesse Bernstein</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED:  <u>October 21</u>, 2022

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE