# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** October 25, 2022     **Time:** 9:30-1:15     **Judge:** EDWARD M. CHEN
3 hours, 45 Minutes

**Case No.**: 18-cv-04865-EMC     **Case Name:** In re Tesla Inc. Securities Litigation

**Attorneys for Plaintiffs:** Nicholas Porritt, Adam Apton, Elizabeth Tripodi, Alexander Krot
**Attorneys for Defendants:** Michael Lifrak, Ellyde Thompson, Jesse Bernstein, Anthony Alden, Alex Spiro

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Debra Pas

### PROCEEDINGS

Pretrial Conference Motions in Limine [478] [479] [480] [481] [482] [483]. - held

### SUMMARY

Parties stated appearances.

The Court heard argument on the six pending motions in limine and the parties' bellwether objections.  *See* Docket Nos. 474-3; 478–483.  The Court took these matters under submission. The Court also heard argument regarding whether part of the August 13, 2018 blog post is misleading based on an omission theory of liability.  The Court **ORDERS** Mr. Littleton to submit by or before 5:00 p.m. on October 26, 2022 the highlighted interrogatory answers where this theory of liability was disclosed.

The Court explained that the ten allotted trial days will include jury selection, time examining witnesses (whether on direct or cross), and opening statements and closing arguments.  Each party will be given 18 hours to present their case.  In light of these time constraints, the Court advised the parties that they should revise their witness and exhibit lists.

The Court will hold a second pretrial conference by Zoom on **January 4, 2023, at 10:00 a.m.**