**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
         amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

[Additional Counsel on Signature Block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**PLAINTIFF'S SUPPLEMENTAL FINAL PRETRIAL CONFERENCE SUBMISSION [PER COURT ORDER]** |

During the final pretrial conference held on October 25, 2022, the Court heard argument on Plaintiff's omission theory of liability concerning Defendants' August 13, 2018 blog post. Plaintiff argued that he had previously disclosed his theory of liability to Defendants during discovery and pretrial proceedings and, in particular, within his responses to Defendants' contention interrogatories. The Court asked Plaintiff at that time to submit the relevant portions of his interrogatory responses evidencing the disclosure.

Attached hereto as Exhibit A is a true and correct copy of the relevant excerpts of Plaintiff's responses to Defendants' contention interrogatories. The highlighted portions identify the specific responses that conveyed Plaintiff's theory of omission regarding the August 13, 2018 blog post. On Page 6, in response to Interrogatory No. 1, Plaintiff identifies the August 13 blog post as a "challenged omission." On Pages 8-10, in response to Interrogatory No. 2, Plaintiff identifies why the "challenged omission" was false and/or materially misleading and then, on

Pages 10-26, identifies the facts supporting his contention (including Elon Musk's text messages with Yasir Al-Rumayyan of the Saudi PIF, as identified at Exhibit 121 in the table appended to Plaintiff's response). Plaintiff served his responses timely on November 4, 2021, per agreement with Defendants' prior counsel (Cooley LLP).

Dated: October 28, 2022   Respectfully submitted,

**LEVI & KORSINSKY, LLP**

 s/ Adam M. Apton
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

-and-

Nicholas I. Porritt
Elizabeth K. Tripodi
Alexander A. Krot III
LEVI & KORSINSKY, LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Tel.: (202) 524-4290
Email: nporritt@zlk.com
Email: akrot@zlk.com
(admitted pro hac vice)

-and-

Joseph Levi
Eduard Korsinsky
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Email: jlevi@zlk.com
Email: ek@zlk.com
(admitted pro hac vice)

*Attorneys for Plaintiff and Counsel for the Class*