UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 18-cv-04865-EMC<br><br>**ORDER RE BELLWETHER OBJECTIONS TO EXHIBITS** |

Pursuant to the Court's Civil Pretrial Instructions, the parties each submitted a list of 10–15 bellwether objections to the opposing party's proposed exhibits, set forth as part of the joint pretrial statement, Docket No. 474. *See* Docket No. 474-3 ("Bellwether Objections"). The Court's rulings follow.

**IT IS SO ORDERED**.

Dated: November 15, 2022

_____
EDWARD M. CHEN
United States District Judge