1  **LEVI & KORSINSKY, LLP**
   Adam M. Apton (SBN 316506)
2  Adam C. McCall (SBN 302130)
   75 Broadway, Suite 202
3  San Francisco, CA 94111
   Tel.: (415) 373-1671
4  Email: aapton@zlk.com
5          amccall@zlk.com

6  *Attorneys for Plaintiff and Counsel for the Class*

7  [Additional Counsel on Signature Block]

8

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10

11 | IN RE TESLA, INC. SECURITIES | Case No. 3:18-cv-04865-EMC |
   | LITIGATION | |
12 | | **NOTICE RE: REVISED** |
   | | **JOINT EXHIBIT LIST** |
13

14

15      On September 20, 2022, the parties filed their Joint Pretrial Conference Statement with

16 attached exhibit lists. ECF No. 474 & 474-2. The parties have since met-and-conferred and

17 eliminated a substantial number of exhibits from the exhibit lists. Attached hereto is the parties'

18 revised joint exhibit list. The attached exhibit list accurately reflects the hardcopies of the exhibits

19 lodged with the Court earlier today.

20

21 Dated: December 13, 2022              Respectfully submitted,

22
                                         **LEVI & KORSINSKY, LLP**
23
                                          s/ Adam M. Apton
24                                       Adam M. Apton (SBN 316506)
                                         Adam C. McCall (SBN 302130)
25                                       75 Broadway, Suite 202
                                         San Francisco, CA 94111
26                                       Tel.: (415) 373-1671
                                         Email: aapton@zlk.com
27                                       Email: amccall@zlk.com
28

|   |   |
|---|---|
| 1 | -and- |
| 2 | Nicholas I. Porritt |
| 3 | Elizabeth K. Tripodi<br>Alexander A. Krot III |

-and-

Nicholas I. Porritt
Elizabeth K. Tripodi
Alexander A. Krot III
LEVI & KORSINSKY, LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Tel.: (202) 524-4290
Email: nporritt@zlk.com
Email: etripodi@zlk.com
Email: akrot@zlk.com
(admitted *pro hac vice*)

-and-

Joseph Levi
Eduard Korsinsky
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Email: jlevi@zlk.com
Email: ek@zlk.com
(admitted *pro hac vice*)

*Attorneys for Plaintiff and Counsel for the Class*