QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*appearing pro hac vice*)
   alexspiro@quinnemanuel.com
   Andrew J. Rossman (*appearing pro hac vice*)
   andrewrossman@quinnemanuel.com
   Ellyde R. Thompson (*appearing pro hac vice*)
   ellydethompson@quinnemanuel.com
   Jesse Bernstein (*pro hac vice* forthcoming)
   jessebernstein@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

   Michael T. Lifrak (Bar No. 210846)
   michaellifrak@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk,
Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
Antonio J. Gracias, James Murdoch, Kimbal Musk,
and Linda Johnson Rice*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DEFENDANTS' AMENDED PROPOSED VERDICT FORM** |

**DEFENDANTS' AMENDED PROPOSED VERDICT FORM**

**A.      RULE 10B-5 CLAIM: LIABILITY**

**Tweet 1:  Am considering taking Tesla private at $420.  Funding secured.**

1. Did the Plaintiff prove that the statement "Funding secured" in the tweet "Am considering taking Tesla private at $420.  Funding secured" was materially false or materially misleading?

Yes: _____          No: _____

*If you answered yes, then answer question 2.  If you answered no, stop here and move on to Tweet 2 on the next page.*

2. Did the Plaintiff prove that the statement "Funding secured" was made by the Defendant(s)?

Elon Musk:                  Yes: _____          No: _____

Tesla:                          Yes: _____          No: _____

*If you answered yes as to one or both Defendants, answer question only 3 as to the same Defendant(s).  If you answered no to both Defendants, stop here and move on to Tweet 2 on the next page.*

3. Did the Plaintiff prove that the Defendant(s) made the statement "Funding secured" with actual knowledge or deliberate recklessness that the statement was materially false or materially misleading?

Elon Musk:                  Yes: _____          No: _____

Tesla:                          Yes: _____          No: _____

PLEASE PROCEED TO TWEET 2 ON THE NEXT PAGE

**Tweet 2:  "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote."**

    4. Did the Plaintiff prove that Tweet 2 was materially false or materially misleading?

       Yes: _____            No: _____

    *If you answered yes, then answer question 6.  If you answered no, stop here and move on to the instructions at the bottom of the page.*

    5. Did the Plaintiff prove that Tweet 2 was made by the Defendant(s)?

       Elon Musk:          Yes: _____       No: _____

       Tesla:             Yes: _____       No: _____

    *If you answered yes as to one or both Defendants, answer question only 6 as to the same Defendant(s).  If you answered no to both Defendants, stop here and move on to the instructions at the bottom of the page.*

    6. Did the Plaintiff prove that the Defendant(s) made Tweet 2 with actual knowledge or deliberate recklessness that the statement was materially false or materially misleading?

       Elon Musk:          Yes: _____       No: _____

       Tesla:             Yes: _____       No: _____

    If you answered yes to either Defendant in questions 3 or 6, move on to question 7 on the next page.  If you did not, you are finished with the Verdict Form.  Please turn to the last page, sign and date the Verdict Form and inform the Court you have finished.

7. Did the Plaintiff prove reliance?

     Yes: _____            No: _____

*If you answered yes, then answer questions 8 and 9.  If you answered no, you are finished with the Verdict Form.  Please turn to the last page, sign and date the Verdict Form and inform the Court you have finished.*

8. On what date did the market learn the truth about the information that was allegedly misstated in Tweet 1 and/or Tweet 2?

     Date: _____

9. Did the Plaintiff prove that the statement(s) referenced in Questions 1 and 4 caused the Plaintiff to suffer losses?

     Yes: _____            No: _____

*If you answered yes, please proceed to **Part B**, below. If you answered no, you are finished with the Verdict Form.  Please turn to the last page, sign and date the Verdict Form and inform the Court you have finished.*

**B.**     **RULE 10B-5 CLAIM: DAMAGES**

1.  Did Plaintiff prove the amounts of artificial inflation listed in the table below and that they were caused by material misstatements caused by Defendant(s)?

|            | 07-Aug  | 08-Aug  | 09-Aug  | 10-Aug  | 13-Aug  | 14-Aug  | 15-Aug  | 16-Aug  | 17-Aug |
|------------|---------|---------|---------|---------|---------|---------|---------|---------|--------|
| ($/share)  | $66.67  | $57.44  | $39.55  | $42.59  | $43.51  | $34.74  | $25.79  | $22.55  | $N/A   |

Yes: _____          No: _____

2.  On what date did the market price of Tesla stock return to the level it would have been trading at absent any material misstatements?

Date: _____

PLEASE PROCEED TO THE NEXT PAGE.

3.  Has Plaintiff proven that the implied volatilities for each Tesla stock option during each day of the Class Period, as reported by the CBOE, would have been the same but for Tweet 1 and/or Tweet 2?

Yes: _____          No: _____

4.  Has Plaintiff proven that the movements in prices of a January 2020 at-the-money-straddle during the Class Period can be reliably used to measure the changes in the direct effect of Tweet 1 and/or Tweet 2?

Yes: _____          No: _____

PLEASE PROCEED TO THE NEXT PAGE.

5. For each Note, did Plaintiff prove the amounts of artificial inflation listed in the table below and that they were caused by Defendant(s)?

|  | 07-Aug | 08-Aug | 09-Aug | 10-Aug | 13-Aug | 14-Aug | 15-Aug | 16-Aug | 17-Aug |
|---|---|---|---|---|---|---|---|---|---|
| 2019 Note | $4.49 | $3.23 | $1.85 | $2.30 | $2.83 | $2.87 | $2.43 | $2.17 | $0.00 |
| 2021 Note | $6.17 | $4.44 | $2.54 | $3.16 | $3.88 | $3.95 | $3.34 | $2.99 | $0.00 |
| 2022 Note | $6.26 | $4.50 | $2.58 | $3.20 | $3.94 | $4.00 | $3.38 | $3.03 | $0.00 |

Yes: _____          No: _____

PLEASE PROCEED TO THE NEXT PAGE

**C.      SECTION 20(A) CLAIM: LIABILITY**

**Question No. 1:**

Has Plaintiff proved the Section 20(a) Claim as to any of the Tesla Director Defendants (**check all that apply**):

| | | |
|---|---|---|
| Brad W. Buss: | Yes: _____ | No: _____ |
| Robyn Denholm: | Yes: _____ | No: _____ |
| Ira Ehrenpreis: | Yes: _____ | No: _____ |
| Antonio J. Gracias: | Yes: _____ | No: _____ |
| James Murdoch: | Yes: _____ | No: _____ |
| Kimbal Musk: | Yes: _____ | No: _____ |
| Linda Johnson Rice: | Yes: _____ | No: _____ |

**Question No. 2:**

If you answered "Yes" in response to Question No. 1 as to any Defendant, have Defendants proved a Good Faith Defense as to that Defendant (**check all that apply**):

| | | |
|---|---|---|
| Brad W. Buss: | Yes: _____ | No: _____ |
| Robyn Denholm: | Yes: _____ | No: _____ |
| Ira Ehrenpreis: | Yes: _____ | No: _____ |
| Antonio J. Gracias: | Yes: _____ | No: _____ |
| James Murdoch: | Yes: _____ | No: _____ |
| Kimbal Musk: | Yes: _____ | No: _____ |
| Linda Johnson Rice: | Yes: _____ | No: _____ |

PLEASE PROCEED TO SECTION D ON THE NEXT PAGE.

**D.**     <u>**ALLOCATION OF RESPONSIBILITY**</u>

**Question No. 1:**

      If Plaintiff proved a Rule 10b-5 Claim and/or Section 20(a) Claim against any Defendant, did that Defendant act with "actual knowledge" or "deliberate recklessness"?

      Only answer this question as to the Defendants against whom you found Plaintiff proved a claim.

      Answer the following question only as to the statements for which Plaintiff proved Rule 10(b)-5 liability.

**Statement 1: "Funding secured"**

Elon Musk:               Actual Knowledge: _____          Deliberate Recklessness: _____

Tesla:                   Actual Knowledge: _____          Deliberate Recklessness: _____

Brad W. Buss:            Actual Knowledge: _____          Deliberate Recklessness: _____

Robyn Denholm:           Actual Knowledge: _____          Deliberate Recklessness: _____

Ira Ehrenpreis:          Actual Knowledge: _____          Deliberate Recklessness: _____

Antonio J. Gracias:      Actual Knowledge: _____          Deliberate Recklessness: _____

James Murdoch:           Actual Knowledge: _____          Deliberate Recklessness: _____

Kimbal Musk:             Actual Knowledge: _____          Deliberate Recklessness: _____

Linda Johnson Rice:      Actual Knowledge: _____          Deliberate Recklessness: _____

**Statement 2: Tweet 2**

Elon Musk:               Actual Knowledge: _____          Deliberate Recklessness: _____

Tesla:                   Actual Knowledge: _____          Deliberate Recklessness: _____

Brad W. Buss:            Actual Knowledge: _____          Deliberate Recklessness: _____

Robyn Denholm:           Actual Knowledge: _____          Deliberate Recklessness: _____

Ira Ehrenpreis:          Actual Knowledge: _____          Deliberate Recklessness: _____

Antonio J. Gracias:      Actual Knowledge: _____          Deliberate Recklessness: _____

James Murdoch:           Actual Knowledge: _____          Deliberate Recklessness: _____

Kimbal Musk:             Actual Knowledge: _____           Deliberate Recklessness: _____

Linda Johnson Rice:      Actual Knowledge: _____           Deliberate Recklessness: _____

**Question No. 2:**

If you checked "Actual Knowledge" for ***all*** Defendant(s) and as to ***each misstatement*** for which Plaintiff proved a Rule 10b-5 Claim, please skip to the final page.

If you checked "Deliberate Recklessness" for ***any*** Defendant(s) and as to ***any*** misstatement, you must determine what percentage of responsibility, if any, for the Plaintiff's loss is due to each Defendant.

Only assign a percentage of responsibility to Defendants for whom found liable in Section A or Section C. The total must add up to 100%.

_____% Elon Musk

_____% Tesla

_____% Brad W. Buss

_____% Robyn Denholm

_____% Ira Ehrenpreis

_____% Antonio J. Gracias

_____% James Murdoch

_____% Kimbal Musk

_____% Linda Johnson Rice

**(Total must equal 100%)**

PROCEED TO SECTION F ON THE NEXT PAGE.

DEFENDANTS' AMENDED PROPOSED VERDICT FORM

**E.**     **<u>RETURN OF VERDICT</u>**

Once the form is completed, the foreperson for the jury must sign and date it below:

Dated: _____     Signed: _____

                                                                                    Jury Foreperson

DEFENDANTS' AMENDED PROPOSED VERDICT FORM

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 20th day of December 2022.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael T. Lifrak*
Michael T. Lifrak

*Attorneys for Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice*

Case No. 3:18-cv-04865-EMC
DEFENDANTS' AMENDED PROPOSED VERDICT FORM