# EXHIBIT "A"

IN RE TESLA INC. SECURITIES LITIGATION, Case No. 18-cv-04865 (EMC)
PLAINTIFF'S REVISED PROPOSED VERDICT FORM

# VERDICT FORM

**A.    RULE 10B-5 CLAIM: LIABILITY**

**Statement No. 1: "Am considering taking Tesla private at $420. Funding secured."**

1. Have Plaintiffs proved their Rule 10b-5 Claim against Elon Musk for Statement No. 1 identified above?

    Yes: _____        No: _____

2. Have Plaintiffs proved their Rule 10b-5 Claim against Tesla Inc. for Statement No. 1 identified above?

    Yes: _____        No: _____

PROCEED TO THE NEXT PAGE.

IN RE TESLA INC. SECURITIES LITIGATION, Case No. 18-cv-04865 (EMC)
PLAINTIFF'S REVISED PROPOSED VERDICT FORM

**Statement No. 2: "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote."**

3. Have Plaintiffs proved their Rule 10b-5 Claim against Elon Musk for Statement No. 2 identified above?

    Yes: _____          No: _____

4. Have Plaintiffs proved their Rule 10b-5 Claim against Tesla Inc. for Statement No. 2 identified above?

    Yes: _____          No: _____

---

IF YOU CHECKED "YES" FOR ONE OR MORE QUESTIONS IN
STATEMENT NOS. 1 OR 2, PROCEED TO THE NEXT PAGE.

IF YOU CHECKED "NO" FOR EVERY QUESTION IN
STATEMENT NOS. 1 AND 2, PROCEED TO SECTION E ON PAGE 8.

IN RE TESLA INC. SECURITIES LITIGATION, Case No. 18-cv-04865 (EMC)
PLAINTIFF'S REVISED PROPOSED VERDICT FORM

**B.**     **RULE 10B-5 CLAIM: DAMAGES**

1. Determine the amount of artificial inflation per share of Tesla stock proved by Plaintiffs on each date during the Class Period and write it in the table below.

|            | 07-Aug   | 08-Aug   | 09-Aug   | 10-Aug   | 13-Aug   | 14-Aug   | 15-Aug   | 16-Aug   | 17-Aug   |
|------------|----------|----------|----------|----------|----------|----------|----------|----------|----------|
| ($/share)  | $___.___ | $___.___ | $___.___ | $___.___ | $___.___ | $___.___ | $___.___ | $___.___ | $___.___ |

PROCEED TO THE NEXT PAGE.

IN RE TESLA INC. SECURITIES LITIGATION, Case No. 18-cv-04865 (EMC)
PLAINTIFF'S REVISED PROPOSED VERDICT FORM

2. Determine the amount of artificial inflation per Tesla corporate bond proved by Plaintiffs on each date during Class Period and write it in the table below

|  | 07-Aug | 08-Aug | 09-Aug | 10-Aug | 13-Aug | 14-Aug | 15-Aug | 16-Aug | 17-Aug |
|---|---|---|---|---|---|---|---|---|---|
| 2019 Note |  |  |  |  |  |  |  |  |  |
| 2021 Note |  |  |  |  |  |  |  |  |  |
| 2022 Note |  |  |  |  |  |  |  |  |  |

PROCEED TO THE NEXT PAGE.

IN RE TESLA INC. SECURITIES LITIGATION, Case No. 18-cv-04865 (EMC)
PLAINTIFF'S REVISED PROPOSED VERDICT FORM

C. **SECTION 20(A) CLAIM: LIABILITY**

*If you answered "Yes" to one or more of questions 2 or 4 in Section A, please answer the following question.*

1. Have Plaintiffs proved their Section 20(a) Claim against any of the Tesla directors (check all that apply)?

   | Director | | |
   |---|---|---|
   | Brad W. Buss: | Yes: _____ | No: _____ |
   | Robyn Denholm: | Yes: _____ | No: _____ |
   | Ira Ehrenpreis: | Yes: _____ | No: _____ |
   | Antonio Gracias: | Yes: _____ | No: _____ |
   | James Murdoch: | Yes: _____ | No: _____ |
   | Kimbal Musk: | Yes: _____ | No: _____ |
   | Linda Rice: | Yes: _____ | No: _____ |

PROCEED TO THE NEXT PAGE.

IN RE TESLA INC. SECURITIES LITIGATION, Case No. 18-cv-04865 (EMC)
PLAINTIFF'S REVISED PROPOSED VERDICT FORM

**D.   ALLOCATION OF RESPONSIBILITY**

1. For any Defendant whom you found liable in response to questions 1 through 4 in Section A or question 1 in Section C, did that Defendant commit a knowing violation of the federal securities laws? (Do not select "Yes" or "No" for any Defendant whom you did not find liable.)

   | Defendant | Yes | No |
   |---|---|---|
   | Elon Musk: | _____ | _____ |
   | Tesla, Inc.: | _____ | _____ |
   | Brad W. Buss: | _____ | _____ |
   | Robyn Denholm: | _____ | _____ |
   | Ira Ehrenpreis: | _____ | _____ |
   | Antonio Gracias: | _____ | _____ |
   | James Murdoch: | _____ | _____ |
   | Kimbal Musk: | _____ | _____ |
   | Linda Rice: | _____ | _____ |

PROCEED TO THE NEXT PAGE.

IN RE TESLA INC. SECURITIES LITIGATION, Case No. 18-cv-04865 (EMC)
PLAINTIFF'S REVISED PROPOSED VERDICT FORM

    2. Please decide each Defendant's share of responsibility for Plaintiffs' losses. (Only assign a percentage of responsibility to those Defendants whom you found liable. The total must add up to 100%.)

| Defendant | % |
|---|---|
| Elon Musk: | _____% |
| Tesla, Inc.: | _____% |
| Brad W. Buss: | _____% |
| Robyn Denholm: | _____% |
| Ira Ehrenpreis: | _____% |
| Antonio Gracias: | _____% |
| James Murdoch: | _____% |
| Kimbal Musk: | _____% |
| Linda Rice: | _____% |

PROCEED TO THE NEXT PAGE.

IN RE TESLA INC. SECURITIES LITIGATION, Case No. 18-cv-04865 (EMC)
PLAINTIFF'S REVISED PROPOSED VERDICT FORM

**E.     RETURN OF VERDICT**

SIGNED this ___ day of _____, 2023.

PRESIDING JUROR:     _____

_____

_____

_____

_____

_____

_____

_____