**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
       amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

[Additional Counsel on Signature Block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**PLAINTIFF'S RESPONSE TO ORDER RE: REVISED JOINT EXHIBIT LIST** |

The parties respectfully submit the attached revised joint exhibit list pursuant to the Court's Order dated December 20, 2022. ECF No. 514. Attached hereto as Exhibit A is the parties' revised joint exhibit list in numerical order (*i.e.*, Trial Exhibit 1, 2, 3, etc.). Attached hereto as Exhibit B is the same list but sorted into the three "categories" identified in the Court's Order (*i.e.*, (1) certainly to be sought to be admitted at trial; (2) likely to be sought to be admitted at trial; and (3) least likely to be sought to be admitted at trial). The first column titled "ranking" reflects the "category" of the exhibit. The exhibit list in Excel format is also being submitted to the Court via email to the Courtroom Deputy.

Dated: December 30, 2022                    Respectfully submitted,

                                            **LEVI & KORSINSKY, LLP**

                                             *s/ Adam M. Apton*
                                            Adam M. Apton (SBN 316506)
                                            Adam C. McCall (SBN 302130)
                                            75 Broadway, Suite 202
                                            San Francisco, CA 94111
                                            Tel.: (415) 373-1671
                                            Email: aapton@zlk.com
                                            Email: amccall@zlk.com

-and-

Nicholas I. Porritt
Elizabeth K. Tripodi
Alexander A. Krot III
LEVI & KORSINSKY, LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Tel.: (202) 524-4290
Email: nporritt@zlk.com
Email: etripodi@zlk.com
Email: akrot@zlk.com
(admitted *pro hac vice*)

-and-

Joseph Levi
Eduard Korsinsky
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Email: jlevi@zlk.com
Email: ek@zlk.com
(admitted *pro hac vice*)

*Attorneys for Plaintiff and Counsel for the Class*