QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearing *pro hac vice*)
  alexspiro@quinnemanuel.com
  Andrew J. Rossman (appearing *pro hac vice*)
  andrewrossman@quinnemanuel.com
  Ellyde R. Thompson (appearing *pro hac vice*)
  ellydethompson@quinnemanuel.com
  Jesse Bernstein (appearing *pro hac vice*)
  jessebernstein@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

  Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
  Anthony P. Alden (Bar No. 232220)
  anthonyalden@quinnemanuel.com
  Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk,*
*Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
*Antonio J. Gracias, James Murdoch, Kimbal Musk,*
*and Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |
|---|---|
| | **DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO COMPEL A LIMITED SUPPLEMENTAL DEPOSITION OF DR. MICHAEL L. HARTZMARK** |
| | Date: TBD |
| | Time: TBD |
| | Location: Courtroom 5, 17th Floor |
| | Judge: Hon. Edward Chen |

## DECLARATION OF ANTHONY P. ALDEN

I, Anthony P. Alden, declare as follows:

1.     I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants in this action.  I make this declaration in support of Defendants' Emergency Motion to Compel a Limited Supplemental Deposition of Dr. Michael L. Hartzmark.  I know the facts stated herein of my own personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.     Attached hereto as **Exhibit A** is a true and correct copy of a December 27, 2022 through January 2, 2023 email chain between Plaintiff's counsel and myself, on behalf of Defendants.

3.     Attached hereto as **Exhibit B** is a true and correct copy of the Second Supplemental Expert Report of Steven L. Heston, Ph.D., dated December 27, 2022.

4.     Attached hereto as **Exhibit C** is a true and correct copy of the Supplemental Expert Damages Report of Michael L. Hartzmark, Ph.D., dated December 31, 2022.

5.     Attached hereto as **Exhibit D** is a true and correct copy of the rough deposition transcript from the January 3, 2023 deposition of Professor Heston.

6.     Appendix 8 to the initial expert report of Dr. Michael Hartzmark, entitled "Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)," contained Dr. Hartzmark's prior calculations of options damages.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of January, 2023 in Los Angeles, California.

*/s/ Anthony Alden*
Anthony Alden

# Exhibit A

**Kyle Batter**

---

**From:** Nicholas I. Porritt <nporritt@zlk.com>
**Sent:** Monday, January 2, 2023 11:37 AM
**To:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Cc:** Alexander Krot <akrot@zlk.com>; Michael Lifrak <michaellifrak@quinnemanuel.com>; Adam M Apton
<aapton@zlk.com>; Elizabeth K Tripodi <etripodi@zlk.com>; Adam C McCall <amccall@zlk.com>; Maxwell Weiss
<mweiss@zlk.com>; Kathy Ames Valdivieso <kavaldivieso@zlk.com>; Kayla Fleming
<kaylafleming@quinnemanuel.com>; Andrew J. Rossman <andrewrossman@quinnemanuel.com>; Jesse Bernstein
<jessebernstein@quinnemanuel.com>
**Subject:** RE: [External]RE: [External]Re: [External]RE: [External]RE: [External]RE: [External]RE: [External]RE: In re Tesla,
Inc. Securities Litigation

[EXTERNAL EMAIL from nporritt@zlk.com]

---

Anthony:

Also in the interest of avoiding a dispute, we are willing to make Professor Heston available tomorrow at 3pm Eastern
time. I have managed to clear my conflict.

At this time, we are not agreeable to an additional video deposition by Dr. Hartzmark. We think that request was
covered by the Court's order dated December 22, 2022.

Sincerely,


Nicholas Porritt
Partner

LEVI&KORSINSKYLLP

55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
nporritt@zlk.com | www.zlk.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may
be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or
entity named above.  If you think that you have received this message in error, please e-mail the sender. If you are not the
intended recipient, any dissemination, distribution, or copying is strictly prohibited.

---

**From:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Sent:** Monday, January 2, 2023 1:14 PM
**To:** Nicholas I. Porritt <nporritt@zlk.com>
**Cc:** Alexander Krot <akrot@zlk.com>; Michael Lifrak <michaellifrak@quinnemanuel.com>; Adam M Apton
<aapton@zlk.com>; Elizabeth K Tripodi <etripodi@zlk.com>; Adam C McCall <amccall@zlk.com>; Maxwell Weiss
<mweiss@zlk.com>; Kathy Ames Valdivieso <kavaldivieso@zlk.com>; Kayla Fleming

<[kaylafleming@quinnemanuel.com](mailto:kaylafleming@quinnemanuel.com)>; Andrew J. Rossman <[andrewrossman@quinnemanuel.com](mailto:andrewrossman@quinnemanuel.com)>; Jesse Bernstein <[jessebernstein@quinnemanuel.com](mailto:jessebernstein@quinnemanuel.com)>
**Subject:** [External]RE: [External]Re: [External]RE: [External]RE: [External]RE: [External]RE: [External]RE: In re Tesla, Inc. Securities Litigation

Nick:  having consulted with our experts, and to avoid a dispute, we could be in a position to take Professor Heston's deposition tomorrow afternoon or Wednesday.  I assume this still doesn't work for your side, but please let me know by noon pacific.

Please also let us know if Plaintiff will agree to a one-hour video deposition of Dr. Hartzmark concerning his supplemental report served Saturday.

Thanks,

**Anthony P. Alden** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3159 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
[anthonyalden@quinnemanuel.com](mailto:anthonyalden@quinnemanuel.com)
[www.quinnemanuel.com](http://www.quinnemanuel.com)

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Anthony Alden
**Sent:** Saturday, December 31, 2022 4:34 PM
**To:** Nicholas I. Porritt <[nporritt@zlk.com](mailto:nporritt@zlk.com)>
**Cc:** Alexander Krot <[akrot@zlk.com](mailto:akrot@zlk.com)>; Michael Lifrak <[michaellifrak@quinnemanuel.com](mailto:michaellifrak@quinnemanuel.com)>; Adam M Apton <[aapton@zlk.com](mailto:aapton@zlk.com)>; Elizabeth K Tripodi <[etripodi@zlk.com](mailto:etripodi@zlk.com)>; Adam C McCall <[amccall@zlk.com](mailto:amccall@zlk.com)>; Maxwell Weiss <[mweiss@zlk.com](mailto:mweiss@zlk.com)>; Kathy Ames Valdivieso <[kavaldivieso@zlk.com](mailto:kavaldivieso@zlk.com)>; Kayla Fleming <[kaylafleming@quinnemanuel.com](mailto:kaylafleming@quinnemanuel.com)>; Andrew J. Rossman <[andrewrossman@quinnemanuel.com](mailto:andrewrossman@quinnemanuel.com)>; Jesse Bernstein <[jessebernstein@quinnemanuel.com](mailto:jessebernstein@quinnemanuel.com)>
**Subject:** Re: [External]Re: [External]RE: [External]RE: [External]RE: [External]RE: [External]RE: In re Tesla, Inc. Securities Litigation

You've made your position clear.  We disagree and will explain to the Court what we see as pretty obvious gamesmanship and an attempt to shield Professor Heston. I see no further point in litigating the issue by email.

On Dec 31, 2022, at 4:15 PM, Nicholas I. Porritt <[nporritt@zlk.com](mailto:nporritt@zlk.com)> wrote:

**[EXTERNAL EMAIL from [nporritt@zlk.com](mailto:nporritt@zlk.com)]**

---

We do not see any need for an extension or a motion. We regard this entire supplementary expert discovery as an unnecessary distraction less than 3 weeks before trial. The revisions to appendix 8 and the use of actual transacted prices to calculate damages (which, you should remember, was Defendants' proposal which we agreed to) are largely self-explanatory. We do not see why this process should be dragged out any longer.

---

**From:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Date:** Saturday, December 31, 2022 at 7:10 PM
**To:** Nicholas I. Porritt <nporritt@zlk.com>
**Cc:** Alexander Krot <akrot@zlk.com>, Michael Lifrak <michaellifrak@quinnemanuel.com>, Adam M Apton <aapton@zlk.com>, Elizabeth K Tripodi <etripodi@zlk.com>, Adam C McCall <amccall@zlk.com>, Maxwell Weiss <mweiss@zlk.com>, Kathy Ames Valdivieso <kavaldivieso@zlk.com>, Kayla Fleming <kaylafleming@quinnemanuel.com>, Andrew J. Rossman <andrewrossman@quinnemanuel.com>, Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Subject:** [External]Re: [External]RE: [External]RE: [External]RE: [External]RE: [External]RE: In re Tesla, Inc. Securities Litigation

Nick: if you are going to insist we file a motion over a two-day extension to the current deadline then that's what we'll do.

 Best,
Anthony


On Dec 31, 2022, at 4:01 PM, Nicholas I. Porritt <nporritt@zlk.com> wrote:


**[EXTERNAL EMAIL from nporritt@zlk.com]**

---

Anthony:

The supplemental report is less than two pages long and has not been prepared by Professor Heston. The appendix is substantially the same as the prior appendix 8 which was produced over a year ago and about which Dr. Hartzmark has been examined at length as well as Professor Heston even though he did not prepare the original Appendix 8 or this revised version. There is no reason to delay Professor Heston's deposition. He is available at 3pm Eastern on Monday January 2 as agreed and in accordance with the Court's order.

I hope you and your team have a good holiday.


Nicholas Porritt
Partner
LEVI&KORSINSKYLLP
55 Broadway, 10th Floor
New York, NY 10006
T. 212.363.7500
F. 212.363.7171

3

nporritt@zlk.com | www.zlk.com
--

**From:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Date:** Saturday, December 31, 2022 at 6:23 PM
**To:** Nicholas I. Porritt <nporritt@zlk.com>, Alexander Krot <akrot@zlk.com>,
Michael Lifrak <michaellifrak@quinnemanuel.com>
**Cc:** Adam M Apton <aapton@zlk.com>, Elizabeth K Tripodi <etripodi@zlk.com>,
Adam C McCall <amccall@zlk.com>, Maxwell Weiss <mweiss@zlk.com>, Kathy
Ames Valdivieso <kavaldivieso@zlk.com>, Kayla Fleming
<kaylafleming@quinnemanuel.com>, Andrew J. Rossman
<andrewrossman@quinnemanuel.com>, Jesse Bernstein
<jessebernstein@quinnemanuel.com>
**Subject:** [External]RE: [External]RE: [External]RE: [External]RE: [External]RE: In re
Tesla, Inc. Securities Litigation

Nick:  it is a holiday weekend and our experts are going to need some time to analyze
this.  Assuming the supporting data comes over today, please confirm that Professor
Heston is available to sit for his one-hour deposition on Friday, January 6, and that
plaintiff will stipulate to this short extension.

**Anthony P. Alden** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3159 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the
recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is
privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for
delivering it to the intended recipient, you are hereby notified that you have received this document in error and that
any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this
communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Nicholas I. Porritt <nporritt@zlk.com>
**Sent:** Saturday, December 31, 2022 3:01 PM
**To:** Anthony Alden <anthonyalden@quinnemanuel.com>; Alexander Krot
<akrot@zlk.com>; Michael Lifrak <michaellifrak@quinnemanuel.com>
**Cc:** Adam M Apton <aapton@zlk.com>; Elizabeth K Tripodi <etripodi@zlk.com>; Adam C
McCall <amccall@zlk.com>; Maxwell Weiss <mweiss@zlk.com>; Kathy Ames Valdivieso
<kavaldivieso@zlk.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>
**Subject:** Re: [External]RE: [External]RE: [External]RE: [External]RE: In re Tesla, Inc.
Securities Litigation

**[EXTERNAL EMAIL from nporritt@zlk.com]**

4

Anthony:

Please find attached a supplemental report from Dr. Hartzmark attaching a revised Appendix 8 from his report. We will send over the supporting data shortly (it requires someone with higher technological skills than me).


Nicholas Porritt
Partner
LEVI&KORSINSKYLLP
55 Broadway, 10th Floor
New York, NY 10006
T. 212.363.7500
F. 212.363.7171
nporritt@zlk.com | www.zlk.com
--


**From:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Date:** Friday, December 30, 2022 at 5:56 PM
**To:** Nicholas I. Porritt <nporritt@zlk.com>, Alexander Krot <akrot@zlk.com>, Michael Lifrak <michaellifrak@quinnemanuel.com>
**Cc:** Adam M Apton <aapton@zlk.com>, Elizabeth K Tripodi <etripodi@zlk.com>, Adam C McCall <amccall@zlk.com>, Maxwell Weiss <mweiss@zlk.com>, Kathy Ames Valdivieso <kavaldivieso@zlk.com>, Kayla Fleming <kaylafleming@quinnemanuel.com>
**Subject:** [External]RE: [External]RE: [External]RE: [External]RE: In re Tesla, Inc. Securities Litigation

Nick:  we are surprised to say the least that, despite plaintiff's explicit representations to the Court and the Court's prior orders, plaintiff is now taking the position that it does not intend to actually run and serve revised calculations.  We reserve all rights in this regard.  As for the immediate issue of Professor Heston's deposition, however, we are entitled to use revised Appendix 8 at his supplemental deposition, just as we did at his prior deposition.  While we do not know precisely what will be in revised Appendix 8, the original Appendix 8 purported to implement Professor Heston's original methodology.  Accordingly, we ask you again whether plaintiff will stipulate to the relief described in my email of this morning.  Assuming plaintiff serves revised Appendix 8 on Monday, and it comports with your description, we can probably be in a position to depose Professor Heston on Thursday or Friday of next week, and file any request for leave to file a Daubert within two business days thereafter.  Please let us know this afternoon or we will have no alternative but to seek emergency relief from the Court.

Thanks,
Anthony

**Anthony P. Alden** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St 10th Floor

Los Angeles, Ca 90017
213-443-3159 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Nicholas I. Porritt <nporritt@zlk.com>
**Sent:** Friday, December 30, 2022 12:08 PM
**To:** Anthony Alden <anthonyalden@quinnemanuel.com>; Alexander Krot <akrot@zlk.com>; Michael Lifrak <michaellifrak@quinnemanuel.com>
**Cc:** Adam M Apton <aapton@zlk.com>; Elizabeth K Tripodi <etripodi@zlk.com>; Adam C McCall <amccall@zlk.com>; Maxwell Weiss <mweiss@zlk.com>; Kathy Ames Valdivieso <kavaldivieso@zlk.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>
**Subject:** RE: [External]RE: [External]RE: [External]RE: In re Tesla, Inc. Securities Litigation

**[EXTERNAL EMAIL from nporritt@zlk.com]**

---

Anthony:

I assume this email relates to a revised Appendix 8 to Dr. Hartzmark's report. Just to be clear, Plaintiff is voluntarily providing you this information as it is plainly not required under the Court's December 22, 2022 order. Also, it has no impact on Professor Heston's deposition because, as Professor Heston made clear at his prior deposition, he is not responsible for Appendix 8.

Further, Defendants seem fundamentally confused about the impact of the Court's pretrial order on option damages. Under the Court's order, the but-for option prices (calculated using the but-for stock prices and but-for volatilities determined by the jury at trial) will be subtracted from the actual transacted prices (shown in public reported data already produced to Defendants) to generate an amount of inflation or deflation. This arithmetic exercise will be undertaken post-trial. There is already an example of this arithmetic contained in Professor Heston's supplemental report and revised Appendix 8 will contain additional examples but the exercise is mechanical and can easily be performed for all option series based on information already in Defendants' possession. We assumed you wanted the revised Appendix 8 "sponsored" (to use you words) by Dr. Hartzmark and that is what we are currently doing.

Sincerely,


Nicholas Porritt
Partner

# LEVI&KORSINSKYLLP

55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
nporritt@zlk.com | www.zlk.com

**CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above.  If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.**

---

**From:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Sent:** Friday, December 30, 2022 1:01 PM
**To:** Nicholas I. Porritt <nporritt@zlk.com>; Alexander Krot <akrot@zlk.com>; Michael Lifrak <michaellifrak@quinnemanuel.com>
**Cc:** Adam M Apton <aapton@zlk.com>; Elizabeth K Tripodi <etripodi@zlk.com>; Adam C McCall <amccall@zlk.com>; Maxwell Weiss <mweiss@zlk.com>; Kathy Ames Valdivieso <kavaldivieso@zlk.com>; Kayla Fleming <kaylafleming@quinnemanuel.com>
**Subject:** [External]RE: [External]RE: [External]RE: In re Tesla, Inc. Securities Litigation

Nick:  I am following up on my prior emails.  It is now over two months since plaintiff represented to the Court that he could run revised options damages calculations using actual transacted prices, almost a month since the Final Pretrial Order whereby the Court permitted plaintiff to do so, three days since the Court's deadline to serve the calculations, and the Friday before a holiday weekend and Professor Heston's scheduled deposition on Monday, and we still do not have the revised calculations or even a date certain by when they will be served.  We thus intend to file today an emergency motion with the Court ordering plaintiff to serve the revised calculations by Monday, January 2, that Professor Heston be made available for his one hour deposition on Monday, January 9, and that Defendants file any request for leave to serve a *Daubert* motion on Professor Heston's new methodology and the revised calculations by January 11.  Please advise by **noon PT today** whether plaintiff will stipulate to this relief or we will proceed to file our motion.

Thanks,
Anthony

**Anthony P. Alden** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3159 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Anthony Alden
**Sent:** Thursday, December 29, 2022 10:27 AM
**To:** Nicholas I. Porritt <nporritt@zlk.com>; Alexander Krot <akrot@zlk.com>; Michael Lifrak <michaellifrak@quinnemanuel.com>
**Cc:** Adam M Apton <aapton@zlk.com>; Elizabeth K Tripodi <etripodi@zlk.com>; Adam C McCall <amccall@zlk.com>; Maxwell Weiss <mweiss@zlk.com>; Kathy Ames Valdivieso <kavaldivieso@zlk.com>
**Subject:** RE: [External]RE: [External]RE: In re Tesla, Inc. Securities Litigation

Nick:  Regarding #2 below, please identify in Professor Heston's or Dr. Hartzmark's reports (a) the calculations upon which a graph showing "the transaction prices across strike prices for the same expiry to create a curve of actual transacted prices for Tesla options" would be based; and (b) the calculations of actual implied volatility for Tesla stock options "from [their] actual transacted price using the BSM model."

Regarding #3, we will have to disagree, but you still haven't answered my question:  when will we receive revised Appendix 8?

Best,

**Anthony P. Alden** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3159 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Nicholas I. Porritt <nporritt@zlk.com>
**Sent:** Thursday, December 29, 2022 10:16 AM
**To:** Anthony Alden <anthonyalden@quinnemanuel.com>; Alexander Krot <akrot@zlk.com>; Michael Lifrak <michaellifrak@quinnemanuel.com>
**Cc:** Adam M Apton <aapton@zlk.com>; Elizabeth K Tripodi <etripodi@zlk.com>; Adam C McCall <amccall@zlk.com>; Maxwell Weiss <mweiss@zlk.com>; Kathy Ames Valdivieso <kavaldivieso@zlk.com>
**Subject:** Re: [External]RE: [External]RE: In re Tesla, Inc. Securities Litigation

**[EXTERNAL EMAIL from nporritt@zlk.com]**

Anthony:

I think my responses were straightforward as well.

1. "Dr. Hartzmark's opinion regarding the calculation of the but-for option prices and the appropriate inputs of implied volatility and underlying Tesla stock price has not changed." I believe that is unambiguous.
2. Presenting previously disclosed data or calculations on a graph (assuming it is accurately presented) is entirely appropriate. CBOE data regarding Telsa stock options is (a) publicly available and (b) disclosed anyway over a year ago.
3. The Court's December 22, 2022 order was expressly limited to calculations performed by Professor Heston which was part of the relief sought in your overbroad motion for emergency discovery. We have complied with that order. Appendix 8 was not prepared by Professor Heston and, therefore, is not covered by the order. To the extent your motion sought a revised Appendix 8, that part of your motion was denied by the Court. Nevertheless, we are voluntarily offering to update it and provide you with a revised version.

Sincerely,

Nick


Nicholas Porritt
Partner
LEVI&KORSINSKY LLP
55 Broadway, 10th Floor
New York, NY 10006
T. 212.363.7500
F. 212.363.7171
nporritt@zlk.com | www.zlk.com
--

---

**From:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Date:** Wednesday, December 28, 2022 at 9:46 PM
**To:** Nicholas I. Porritt <nporritt@zlk.com>, Alexander Krot <akrot@zlk.com>, Michael Lifrak <michaellifrak@quinnemanuel.com>
**Cc:** Adam M Apton <aapton@zlk.com>, Elizabeth K Tripodi <etripodi@zlk.com>, Adam C McCall <amccall@zlk.com>, Maxwell Weiss <mweiss@zlk.com>, Kathy Ames Valdivieso <kavaldivieso@zlk.com>
**Subject:** [External]RE: [External]RE: In re Tesla, Inc. Securities Litigation

Nick:  please see my responses below.  My questions were straightforward.  If you cannot answer them in a straightforward manner via email, I suggest we get on the phone.  I am available tonight and after noon ET tomorrow.

1. I take it from your email that Dr. Hartzmark will present the same but-for implied volatilities to the jury as contained in Appendix 8 of his November 10, 2021 report.  If that is not the case, please let me know by tomorrow morning.

2. While plaintiff can reserve the right to present graphical representations, if they rely on work by an expert, they must be disclosed.  Despite footnote 102 in Professor Heston's Second Supplemental Report, I take it from your email that neither Professor Heston nor Dr. Hartzmark will be graphing "the transaction prices across strike prices for the same expiry to create a curve of actual transacted prices for Tesla options"  or calculating the "actual implied volatility for any stock option . . . from its actual transacted price using the BSM model."   This is because no such graph or calculations have been disclosed.  If that is not the case, please let me know by tomorrow morning.

3. The Order Granting In Part Defendants' Emergency Motion to Compel Supplemental Expert Reports and Depositions ordered plaintiff to serve updated calculations using actual transacted prices.  Plaintiff has still not done so.  When will plaintiff produce a revised Appendix 8?  We reserve the right to re-schedule Professor Heston's deposition and move for other appropriate relief given plaintiff's failure to abide by the Order.

Thanks,
Anthony

**Anthony P. Alden** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3159 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Nicholas I. Porritt <nporritt@zlk.com>
**Sent:** Wednesday, December 28, 2022 3:57 PM
**To:** Anthony Alden <anthonyalden@quinnemanuel.com>; Alexander Krot <akrot@zlk.com>; Michael Lifrak <michaellifrak@quinnemanuel.com>
**Cc:** Adam M Apton <aapton@zlk.com>; Elizabeth K Tripodi <etripodi@zlk.com>; Adam C McCall <amccall@zlk.com>; Maxwell Weiss <mweiss@zlk.com>; Kathy Ames Valdivieso <kavaldivieso@zlk.com>
**Subject:** Re: [External]RE: In re Tesla, Inc. Securities Litigation

**[EXTERNAL EMAIL from nporritt@zlk.com]**

Anthony:

1. We are unsure what you mean by Dr. Hartzmark's "use" of the same but-for implied volatilities. Dr. Hartzmark's opinion regarding the calculation of the but-for option prices and the appropriate inputs of implied volatility and underlying Tesla stock price has not changed. In calculating damages, the but-for stock price and implied volatilities as found by the jury will be used which may or may not correspond to the stock prices and implied volatilities proposed by Dr. Hartzmark.

2. The actual transaction prices for Tesla stock options and the implied volatilities derived from them are publicly available data that has previously been provided to Defendants with our experts' initial reports. For instance, the implied volatilities derived from the option quotes/prices are contained in the CBOE data previously produced to Defendants. We reserve the right to present graphical representations of publicly available data just as we reserve the right to present a graph, for instance, of Tesla's historical stock prices.

3. We do not see any reference to an updated Appendix 8 from Dr. Hartzmark's report in the Court's December 22, 2022 order. We previously offered to provide an updated version of Appendix 8 but that proposal was superseded by Defendants' much broader motion for emergency discovery and the Court's subsequent order. As an accommodation and to avoid further motion practice, we are prepared to prepare and produce a revised Appendix 8 using actual transacted prices rather than fitted actual prices. The but-for prices will remain the same as set forth in point 1 above. We will make the revised Appendix 8 available as soon as it is completed and reviewed.

Sincerely,

Nick

Nicholas Porritt
Partner
LEVI&KORSINSKY LLP
55 Broadway, 10th Floor
New York, NY 10006
T. 212.363.7500
F. 212.363.7171
nporritt@zlk.com | www.zlk.com
--

**From:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Date:** Wednesday, December 28, 2022 at 3:01 PM
**To:** Alexander Krot <akrot@zlk.com>, Michael Lifrak <michaellifrak@quinnemanuel.com>
**Cc:** Nicholas I. Porritt <nporritt@zlk.com>, Adam M Apton <aapton@zlk.com>, Elizabeth K Tripodi <etripodi@zlk.com>, Adam C McCall <amccall@zlk.com>,

Maxwell Weiss <mweiss@zlk.com>, Kathy Ames Valdivieso
<kavaldivieso@zlk.com>
**Subject:** [External]RE: In re Tesla, Inc. Securities Litigation

Counsel:  having reviewed Professor Heston's Second Supplemental Report, please:

1.  Confirm Professor Hartzmark intends to use the same but-for implied volatilities
    as reported in Appendix 8 of his November 10, 2021 report;

2.  Confirm neither Professor Heston nor Dr. Hartzmark will be graphing "the
    transaction prices across strike prices for the same expiry to create a curve of
    actual transacted prices for Tesla options"  or calculating the "actual implied
    volatility for any stock option . . . from its actual transacted price using the BSM
    model."  Heston Second Supplemental Report at 4, n. 102; and

3.  Provide an updated Appendix 8 to Dr. Hartzmark's report, as ordered by the
    Court and you have been promising for weeks.  With just over two weeks left to
    trial, it is unacceptable that plaintiff has still not disclosed revised options
    damages numbers.

Given that Professor Heston's deposition is in two business days, please provide the
requested confirmation and revised Appendix 8 today or we reserve the right to seek
expedited relief from the Court.

Thanks,
Anthony

**Anthony P. Alden** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3159 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Alexander Krot <akrot@zlk.com>
**Sent:** Tuesday, December 27, 2022 7:54 PM
**To:** Michael Lifrak <michaellifrak@quinnemanuel.com>; Anthony Alden
<anthonyalden@quinnemanuel.com>
**Cc:** Nicholas I. Porritt <nporritt@zlk.com>; Adam M Apton <aapton@zlk.com>; Elizabeth
K Tripodi <etripodi@zlk.com>; Adam C McCall <amccall@zlk.com>; Maxwell Weiss
<mweiss@zlk.com>; Kathy Ames Valdivieso <kavaldivieso@zlk.com>
**Subject:** In re Tesla, Inc. Securities Litigation

[EXTERNAL EMAIL from akrot@zlk.com]

Counsel:

Please find attached the Second Supplemental Expert Report of Steven L. Heston.

Thank you,

Alexander A. Krot III
LEVI&KORSINSKYLLP
1101 30th Street, NW
Suite 115
Washington, DC 20007
Tel.: (202) 524-4294
Fax: (212) 363-7171
akrot@zlk.com| www.zlk.com

Licensed to practice in DC and MD only. Not admitted in NY, CA, or CT.  This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.  This email is not intended to create an attorney-client relationship between you and Levi & Korsinsky, LLP.  In some jurisdictions this e-mail may be considered advertising.  Prior results do not guarantee similar outcomes.  The hiring of a lawyer is an important decision that should not be based solely upon written information about our qualifications and experience. Advertising disclaimers are required in several states when law firms or attorneys indicate practice limitations or areas of concentration.

# **Exhibit B**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE TESLA, INC. SECURITIES LITIGATION

Case No. 3:18-cv-04865-EMC

Hon. Edward M. Chen

**SECOND SUPPLEMENTAL EXPERT REPORT OF STEVEN L. HESTON, PH.D.**

**December 27, 2022**

**Table of Contents**

Introduction.................................................................................................................. 3

6. The BSM Model Can Calculate Counterfactual Option Prices ................................................. 3

    6.1      Measuring Implied Volatility Using ATM-forward Straddle Prices ............................. 5

## INTRODUCTION

1.    In this report, I have been asked by Court-appointed Class Counsel Levi & Korsinsky, LLP, to provide a supplemental report in accordance with the Court's December 22, 2022 order and the Final Pretrial Conference Order dated December 7, 2022. I have prepared this report to be viewed in conjunction with the Expert Report of Steven L. Heston, PH.D. dated November 8, 2021 ("Heston Report") and the Supplemental Expert Report of Steven L. Heston, PH.D. dated March 5, 2022, that I previously submitted in this action.

2.    I have relied on the materials listed in the Heston Report and referenced herein. The research and analysis upon which my opinions are based has been conducted by me with the support of Fideres Partners LLP whose staff has been working under my direction and supervision. My compensation does not depend in any way on my opinions or the outcome in this matter or any other. My conclusions are based on information available to me as of the date of this report. I may review, evaluate, and analyze relevant material that becomes available to me in the future. I reserve the right to amend, supplement, or otherwise modify my findings and conclusions as appropriate.

3.    In paragraph 163 of the Heston Report, I stated that one way "to calculate the impact on traded options . . . is to calculate a unique but-for price, and then compare that to the transacted price." My opinion is that this is an appropriate and reasonable method of calculating the impact on option prices. In accordance with this statement in the Heston Report and the Court's Final Pretrial Conference Order dated December 7, 2022 and December 22, 2022 order, I hereby supplement the Heston Report by replacing Section 6 of the Heston Report with Section 6 below.[1]

## 6. THE BSM MODEL CAN CALCULATE COUNTERFACTUAL OPTION PRICES

162. In this section, I present a reliable, reasonable, and robust methodology to calculate the impact on option prices given changes in underlying stock price and implied volatility.

163. One way to calculate the impact on traded options is to calculate a unique but-for price,

---

[1] For convenience and consistency with the Heston Report, the section is numbered Section 6 to mirror the numbering in the Heston Report.

and then compare that to the transacted price.

164. In this methodology, the impact on a traded option is calculated as the difference between the actual option transaction price and the calculated but-for value for an option using a counterfactual stock price and counterfactual implied volatility.

165. For each Tesla option traded, the impact on a transacted option can be calculated using the BSM model[101] as follows:

    a.  Compute a BSM value using a but-for Tesla stock price and but-for volatility ("But-For Option Value"); and

    b.  Subtract the But-For Option Value from the actual transacted price of that Tesla option.[102]

166. The BSM formulas for but-for call and put option values, respectively are:[103]

$$Call_{but-for} = S_{but-for}N(d_{1\,but-for}) - Ke^{-r(T-t)}N(d_{2\,but-for}),$$

$$Put_{but-for} = Ke^{-r(T-t)}N(-d_{2\,but-for}) - S_{but-for}N(-d_{1\,but-for})$$

where:

$$d_{1\,but-for} = \frac{ln\frac{S_{but-for}}{K} + \left(r + \frac{\sigma^2_{but-for}}{2}\right)(T-t)}{\sigma_{but-for}\sqrt{T-t}},$$

$$d_{2\,but-for} = d_{1\,but-for} - \sigma_{but-for}\sqrt{T-t}$$

T = option expiry,
$T - t$ = time to expiration measured in calendar days,

---

[101] Dumas, Fleming and Whaley (1998) have shown that the overparametrized Implied Binomial Tree approach predicts option price changes worse than Black-Scholes formula one week out of the data sample. They also show that Practitioner Black-Scholes model does not provide material improvement over the BSM model in calculating option prices. *See* Dumas, Bernard, Jeff Fleming, and Robert E. Whaley. "*Implied Volatility Functions: Empirical Tests.*" The Journal of Finance, vol. 53, no. 6, 1998, pp. 2059-2106.

[102] One can graph the transaction prices across strike prices for the same expiry to create a curve of actual transacted prices for Tesla options. The actual implied volatility for any stock option may be calculated from its actual transacted price using the BSM model.

[103] *See* Heston Report, ¶175.

$\sigma$ = implied volatility of the underlying,

and where N(.) represents the cumulative normal distribution function. The key variables in the equation above are: $S_{but-for}$ denoting the counterfactual stock price and $\sigma_{but-for}$, denoting the counterfactual implied volatility.

167. Table 5 below provides an example of how the impact on Tesla option prices is calculated for call and put options traded at 9:34 a.m. on August 8, 2018, with a January 17, 2020 expiry and $400 strike price. If we assume that the 50.52% BSM model implied volatility on August 7, 2018, at 12:47 p.m.[104] is the counterfactual implied volatility (the but-for implied volatility) and $305.50 is the counterfactual Tesla stock price (the but-for price of Tesla common stock), the calculation shows that the call option traded for $2.98 less than its but-for value and the put option traded for $56.39 less than its but-for value.

| Table 5: Illustrative Impact Example | | |
|---|---|---|
| Trade Date | Aug 8, 2018 09:34 | |
| Expiry Date | Jan 17, 2020 | |
| Days to Expiration | 527 | |
| Strike | $400 | |
| Assumed Interest Rate | 2.40% | |
| Actual Tesla Stock Price | $371.95 | |
| But-For Tesla Stock Price | | $305.50 |
| But-For Volatility | | 50.52% |

| | Actual Transacted Price | But-For Option Value | Impact |
|---|---|---|---|
| Call Option | $45.00 (at 9:33:39 a.m.) | $47.98 | -$2.98 |
| Put Option | $72.45 (at 9:33:48 a.m.) | $128.84 | -$56.39 |

## 6.1 Measuring Implied Volatility Using ATM-forward Straddle Prices

168. Based on the BSM model, I can precisely quantify the BSM implied volatility using the price of ATM-forward straddles across a range of option maturities using the formula[105]:

---

[104] As listed in Table 6.

[105] *See* Brenner, Menachem, and Marti G. Subrahmanyam. "*A Simple Formula to Compute the Implied Standard Deviation.*" Financial Analysts Journal, vol. 44, no. 5, 1988, pp. 80-83. *See also* Corrado, Charles J., and Thomas W. Miller Jr. "*A Note on a Simple, Accurate Formula to Compute Implied Standard Deviations.*" Journal of Banking & Finance, vol. 20, no. 3, 1996, pp. 595-603.

$$\sigma = \frac{2 * N^{-1}\left(\frac{Y}{4} + 0.5\right)}{\sqrt{\frac{T-t}{365}}},$$

where:

$Y$ = price of ATM-forward straddle, as a fraction of underlying price at time $t$,

T = option expiry,

$T - t$ = time to expiration measured in calendar days,

$N^{-1}(\cdot)$ = inverse function of cumulative normal distribution probability function,

$\sigma$ = implied volatility of the underlying.

169. To illustrate, the ATM-forward Jan 17, 2020 expiry Tesla straddle was worth 48.15% of the underlying stock price at the close of trading on August 6, 2018, which corresponds to an annualized BSM implied volatility of 50.91%. At close of trading of August 7, 2018, the same straddle was worth only 31.06% of the new stock price, which corresponds to a BSM volatility of 32.57%.

170. I apply this formula to the close of trading standardized ATM-forward straddle prices for each maturity traded during the Class Period shown in Table 8 in Appendix C. The result is shown in Table 6 below and repeated in Appendix C.[106]

| Maturity Date | BSM Implied Volatility | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | At Close 06-Aug | 12:47 07-Aug | At Close 07-Aug | At Close 08-Aug | At Close 09-Aug | At Close 10-Aug | At Close 13-Aug | At Close 14-Aug | At Close 15-Aug | At Close 16-Aug | At Close 17-Aug |
| Aug 10, 2018 | 43.19% | 53.65% | 66.99% | 61.90% | 70.04% | NA | NA | NA | NA | NA | NA |
| Aug 17, 2018 | 41.87% | 45.87% | 53.58% | 52.11% | 61.74% | 54.83% | 56.07% | 49.24% | 49.46% | 44.36% | NA |
| Aug 24, 2018 | 42.43% | 44.70% | 45.77% | 49.55% | 59.30% | 54.83% | 52.74% | 48.59% | 51.35% | 47.74% | 66.54% |
| Aug 31, 2018 | 42.91% | 44.06% | 45.58% | 47.81% | 56.97% | 54.06% | 51.79% | 49.77% | 51.77% | 49.45% | 64.71% |
| Sep 7, 2018 | 42.51% | 43.14% | 44.82% | 46.08% | 54.98% | 52.08% | 49.76% | 48.67% | 50.01% | 48.58% | 61.08% |
| Sep 14, 2018 | 43.03% | 43.39% | 41.50% | 45.39% | 53.88% | 51.55% | 49.63% | 48.96% | 50.09% | 49.24% | 59.88% |
| Sep 21, 2018 | 43.40% | 43.70% | 41.08% | 44.25% | 52.88% | 50.86% | 49.21% | 48.93% | 49.91% | 49.18% | 58.99% |
| Sep 28, 2018 | NA | NA | NA | NA | 52.11% | 50.29% | 48.55% | 48.60% | 49.70% | 49.33% | 58.46% |
| Oct 19, 2018 | 45.90% | 45.79% | 40.09% | 43.44% | 51.40% | 49.49% | 48.18% | 48.41% | 49.46% | 49.56% | 57.54% |
| Nov 16, 2018 | 49.45% | 49.22% | 41.33% | 44.12% | 51.55% | 50.29% | 49.14% | 49.51% | 50.06% | 50.28% | 59.05% |
| Dec 21, 2018 | 48.88% | 49.10% | 37.96% | 41.82% | 49.42% | 47.66% | 46.99% | 47.49% | 47.90% | 48.16% | 56.68% |
| Jan 18, 2019 | 48.82% | 48.97% | 36.75% | 40.92% | 48.36% | 46.69% | 45.94% | 46.41% | 46.85% | 47.00% | 55.39% |
| Feb 15, 2019 | 49.90% | 49.97% | 38.03% | 40.48% | 47.77% | 46.50% | 45.44% | 45.77% | 46.19% | 46.60% | 54.62% |
| Mar 15, 2019 | 50.16% | 50.14% | 36.80% | 39.96% | 47.17% | 45.65% | 44.99% | 45.17% | 45.50% | 45.94% | 53.92% |
| Jun 21, 2019 | 50.58% | 50.36% | 35.71% | 38.72% | 44.95% | 43.88% | 42.63% | 42.77% | 43.52% | 43.76% | 51.65% |
| Aug 16, 2019 | 50.96% | 50.63% | 34.78% | 38.46% | 44.73% | 43.04% | 41.65% | 41.90% | 42.74% | 42.95% | 50.88% |
| Jan 17, 2020 | 50.91% | 50.52% | 32.57% | 37.08% | 42.02% | 40.43% | 38.54% | 38.37% | 39.96% | 40.87% | 48.65% |

Table 6

---

[106] Minute-by-minute BSM implied volatility can be calculated based on the CBOE DataShop Data using the same formulas.

I declare under penalty of perjury that the foregoing is true and correct.

***RESPECTFULLY SUBMITTED THIS TWENTY-SEVENTH DAY OF DECEMBER 2022.***

_____

Steven L. Heston, Ph.D.

# **Exhibit C**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE TESLA, INC. SECURITIES
LITIGATION

Case No. 18-cv-04865-EMC

Hon. Edward M. Chen

**Supplemental Expert Damages Report of Michael L. Hartzmark, Ph.D.**

**December 31, 2022**

1.     For this report, I have been asked by Court-appointed Class Counsel Levi & Korsinsky, LLP to provide a supplemental report to the Expert Damages Report of Michael L. Hartzmark dated November 10, 2021 ("Damages Report").   I have prepared this supplemental report to be viewed in conjunction with the Damages Report.

2.     In reaching the opinions in this report, I have relied upon the Second Supplemental Expert Report of Steven L. Heston, Ph.D. dated December 27, 2022 ("Heston Second Supplemental Report"), the Supplemental Expert Report of Steven L. Heston, Ph.D. dated March 5, 2022, the Expert Report of Steven L. Heston, Ph.D. dated November 8, 2021, the materials that are listed throughout the Damages Report, and the materials referenced herein.   The research and analysis upon which my opinions are based have been conducted by me with the assistance of personnel working under my direction and supervision.   I understand that I might be asked to review, evaluate and analyze relevant material that is produced, brought to my attention or otherwise becomes available to me.   I reserve the right to amend, supplement, or otherwise modify this report.

3.     Having reviewed the Heston Second Supplemental Report, the Final Pretrial Conference Order dated December 7, 2022, and the Court's December 22, 2022 order, I hereby supplement the Damages Report by submitting the attached Appendix 8(a).

4.     Appendix 8(a) provides artificial inflation and deflation in Tesla options on a daily basis for the same range of options in Appendix 8 to the Damages Report based on the methodology described in the Heston Second Supplemental Report.   In Appendix 8(a), I subtract the But-For Option Value[1] from the actual transacted price of that Tesla option to obtain the daily level of artificial inflation (a positive difference) or deflation (a negative difference) in each option.[2]   This methodology could be applied on any time interval such

---

[1]     In the Damages Report, I previously referred to this as the "But-for Fitted Option Value" in Appendix 8.   For the purposes of this report, I use the term the "But-for Option Value" for consistency with the Heston Second Supplemental Report (*see* Heston Second Supplemental Report, ¶165).

[2]     To calculate the daily level of inflation or deflation, I subtract the But-For Option Value from the last transacted option price each day (if a trade occurred) sourced from the 1-minute interval data obtained from the Cboe Exchange, Inc., Cboe DataShop.

as minute-by-minute by implementing the formulas in the Heston Second Supplemental Report.

5.    In my Damages Report, I stated that "the standard 'out-of-pocket' method of calculating damages per contract for each member of the Class under Section 10(b) involves a measure of the net minute-by-minute or daily inflation (or deflation) in the price of the option contract at the time of the purchase and at the time of the sale."[3]   In the Damages Report, I further stated that "[b]ased on a formulaic procedure that can accommodate any modification determined to be necessary by the finder of fact, I calculate the levels of artificial inflation (or deflation) in all of Tesla's securities that are related to Plaintiff's allegations for the close on each day of the Class Period[.]"[4]   Appendix 8(a) is consistent with these opinions.

I declare under penalty of perjury that the foregoing is true and correct.

**_RESPECTFULLY SUBMITTED THIS THIRTY-FIRST DAY OF DECEMBER 2022_**


_____
Michael L. Hartzmark, Ph.D.

---

[3] Damages Report, ¶228.

[4] _Id._ at ¶13.

**Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)**

| | | | | | | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2018-08-10 | $300.00 | 2018-08-07 | 1.95% | 0.0082 | 75.00 | 0.12 | 312.90 | 66.99% | 15.63 | 2.68 | 59.37 | (2.56) | 356.30 | 66.99% | 56.36 | 0.01 | 18.64 | 0.11 |
| TSLA | 2018-08-10 | $300.00 | 2018-08-08 | 1.92% | 0.0055 | 73.83 | 0.06 | 312.90 | 61.90% | 14.29 | 1.36 | 59.54 | (1.30) | 353.59 | 61.90% | 53.62 | 0.00 | 20.21 | 0.06 |
| TSLA | 2018-08-10 | $300.00 | 2018-08-09 | 1.90% | 0.0027 | 52.16 | 0.12 | 312.90 | 70.04% | 13.62 | 0.70 | 38.54 | (0.58) | 342.86 | 70.04% | 42.88 | 0.00 | 9.28 | 0.12 |
| TSLA | 2018-08-10 | $300.00 | 2018-08-10 | 1.91% | 0.0000 | 52.00 | 0.01 | 312.90 | n/a | 12.90 | 0.00 | 39.10 | 0.01 | 343.59 | n/a | 43.59 | 0.00 | 8.41 | 0.01 |
| TSLA | 2018-08-10 | $340.00 | 2018-08-07 | 1.95% | 0.0082 | 37.05 | 0.85 | 312.90 | 66.99% | 0.78 | 27.83 | 36.27 | (26.98) | 356.30 | 66.99% | 19.01 | 2.66 | 18.04 | (1.81) |
| TSLA | 2018-08-10 | $340.00 | 2018-08-08 | 1.92% | 0.0055 | 30.00 | 0.76 | 312.90 | 61.90% | 0.21 | 27.27 | 29.79 | (26.51) | 353.59 | 61.90% | 15.35 | 1.72 | 14.65 | (0.96) |
| TSLA | 2018-08-10 | $340.00 | 2018-08-09 | 1.90% | 0.0027 | 13.85 | 1.55 | 312.90 | 70.04% | 0.05 | 27.13 | 13.80 | (25.58) | 342.86 | 70.04% | 6.56 | 3.69 | 7.29 | (2.14) |
| TSLA | 2018-08-10 | $340.00 | 2018-08-10 | 1.91% | 0.0000 | 15.90 | 1.00 | 312.90 | n/a | 0.00 | 27.10 | 15.90 | (27.09) | 343.59 | n/a | 3.59 | 0.00 | 12.31 | 0.01 |
| TSLA | 2018-08-10 | $380.00 | 2018-08-07 | 1.95% | 0.0082 | 8.80 | 9.24 | 312.90 | 66.99% | 0.00 | 67.04 | 8.80 | (57.80) | 356.30 | 66.99% | 1.67 | 25.30 | 7.13 | (16.06) |
| TSLA | 2018-08-10 | $380.00 | 2018-08-08 | 1.92% | 0.0055 | 3.15 | 12.35 | 312.90 | 61.90% | 0.00 | 67.06 | 3.15 | (54.71) | 353.59 | 61.90% | 0.42 | 26.79 | 2.73 | (14.44) |
| TSLA | 2018-08-10 | $380.00 | 2018-08-09 | 1.90% | 0.0027 | 0.50 | 28.32 | 312.90 | 70.04% | 0.00 | 67.08 | 0.50 | (38.76) | 342.86 | 70.04% | 0.01 | 37.13 | 0.49 | (8.81) |
| TSLA | 2018-08-10 | $380.00 | 2018-08-10 | 1.91% | 0.0000 | 0.01 | 24.77 | 312.90 | n/a | 0.00 | 67.10 | 0.01 | (42.33) | 343.59 | n/a | 0.00 | 36.41 | 0.01 | (11.64) |
| TSLA | 2018-08-10 | $420.00 | 2018-08-07 | 1.95% | 0.0082 | 0.65 | 39.58 | 312.90 | 66.99% | 0.00 | 107.03 | 0.65 | (67.45) | 356.30 | 66.99% | 0.02 | 63.66 | 0.63 | (24.08) |
| TSLA | 2018-08-10 | $420.00 | 2018-08-08 | 1.92% | 0.0055 | 0.09 | 45.30 | 312.90 | 61.90% | 0.00 | 107.05 | 0.09 | (61.75) | 353.59 | 61.90% | 0.00 | 66.36 | 0.09 | (21.06) |
| TSLA | 2018-08-10 | $420.00 | 2018-08-09 | 1.90% | 0.0027 | 0.04 | --- | 312.90 | 70.04% | 0.00 | 107.07 | 0.04 | --- | 342.86 | 70.04% | 0.00 | 77.12 | 0.04 | --- |
| TSLA | 2018-08-10 | $420.00 | 2018-08-10 | 1.91% | 0.0000 | 0.01 | --- | 312.90 | n/a | 0.00 | 107.10 | 0.01 | --- | 343.59 | n/a | 0.00 | 76.41 | 0.01 | --- |
| TSLA | 2018-08-10 | $460.00 | 2018-08-07 | 1.95% | 0.0082 | 0.04 | --- | 312.90 | 66.99% | 0.00 | 147.02 | 0.04 | --- | 356.30 | 66.99% | 0.00 | 103.63 | 0.04 | --- |
| TSLA | 2018-08-10 | $460.00 | 2018-08-08 | 1.92% | 0.0055 | 0.02 | --- | 312.90 | 61.90% | 0.00 | 147.05 | 0.02 | --- | 353.59 | 61.90% | 0.00 | 106.36 | 0.02 | --- |
| TSLA | 2018-08-10 | $460.00 | 2018-08-09 | 1.90% | 0.0027 | 0.01 | --- | 312.90 | 70.04% | 0.00 | 147.07 | 0.01 | --- | 342.86 | 70.04% | 0.00 | 117.12 | 0.01 | --- |
| TSLA | 2018-08-10 | $460.00 | 2018-08-10 | 1.91% | 0.0000 | --- | --- | 312.90 | n/a | 0.00 | 147.10 | --- | --- | 343.59 | n/a | 0.00 | 116.41 | --- | --- |
| TSLA | 2018-08-10 | $500.00 | 2018-08-07 | 1.95% | 0.0082 | 0.06 | --- | 312.90 | 66.99% | 0.00 | 187.02 | 0.06 | --- | 356.30 | 66.99% | 0.00 | 143.62 | 0.06 | --- |
| TSLA | 2018-08-10 | $500.00 | 2018-08-08 | 1.92% | 0.0055 | 0.01 | --- | 312.90 | 61.90% | 0.00 | 187.04 | 0.01 | --- | 353.59 | 61.90% | 0.00 | 146.36 | 0.01 | --- |
| TSLA | 2018-08-10 | $500.00 | 2018-08-09 | 1.90% | 0.0027 | 0.02 | --- | 312.90 | 70.04% | 0.00 | 187.07 | 0.02 | --- | 342.86 | 70.04% | 0.00 | 157.11 | 0.02 | --- |
| TSLA | 2018-08-10 | $500.00 | 2018-08-10 | 1.91% | 0.0000 | --- | --- | 312.90 | n/a | 0.00 | 187.10 | --- | --- | 343.59 | n/a | 0.00 | 156.41 | --- | --- |
| TSLA | 2018-08-17 | $300.00 | 2018-08-07 | 1.95% | 0.0274 | 74.00 | 0.43 | 312.90 | 53.58% | 18.60 | 5.53 | 55.40 | (5.10) | 356.30 | 53.58% | 56.74 | 0.28 | 17.26 | 0.15 |
| TSLA | 2018-08-17 | $300.00 | 2018-08-08 | 1.92% | 0.0247 | 68.05 | 0.78 | 312.90 | 52.11% | 17.85 | 4.80 | 50.20 | (4.02) | 353.59 | 52.11% | 53.95 | 0.22 | 14.10 | 0.56 |
| TSLA | 2018-08-17 | $300.00 | 2018-08-09 | 1.90% | 0.0219 | 52.50 | 2.04 | 312.90 | 61.74% | 18.87 | 5.84 | 33.63 | (3.80) | 342.86 | 61.74% | 43.91 | 0.93 | 8.59 | 1.11 |
| TSLA | 2018-08-17 | $300.00 | 2018-08-10 | 1.91% | 0.0192 | 57.30 | 1.12 | 312.90 | 54.83% | 17.20 | 4.19 | 40.10 | (3.07) | 343.59 | 54.83% | 44.05 | 0.36 | 13.25 | 0.76 |
| TSLA | 2018-08-17 | $300.00 | 2018-08-13 | 1.92% | 0.0110 | 57.57 | 0.46 | 312.90 | 56.07% | 15.45 | 2.48 | 42.12 | (2.02) | 341.77 | 56.07% | 41.92 | 0.09 | 15.65 | 0.37 |
| TSLA | 2018-08-17 | $300.00 | 2018-08-14 | 1.95% | 0.0082 | 50.50 | 0.29 | 312.90 | 49.24% | 14.21 | 1.26 | 36.29 | (0.97) | 332.76 | 49.24% | 32.86 | 0.05 | 17.64 | 0.24 |
| TSLA | 2018-08-17 | $300.00 | 2018-08-15 | 1.95% | 0.0055 | 39.00 | 0.29 | 312.90 | 49.46% | 13.63 | 0.69 | 25.37 | (0.40) | 326.12 | 49.46% | 26.19 | 0.04 | 12.81 | 0.25 |
| TSLA | 2018-08-17 | $300.00 | 2018-08-16 | 1.95% | 0.0027 | 35.00 | 0.12 | 312.90 | 44.36% | 13.02 | 0.10 | 21.98 | 0.02 | 324.18 | 44.36% | 24.20 | 0.00 | 10.80 | 0.12 |
| TSLA | 2018-08-17 | $340.00 | 2018-08-07 | 1.95% | 0.0274 | 41.44 | 2.59 | 312.90 | 53.58% | 2.74 | 29.66 | 38.70 | (27.07) | 356.30 | 53.58% | 22.26 | 5.78 | 19.18 | (3.19) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-08 | 1.92% | 0.0247 | 33.00 | 3.40 | 312.90 | 52.11% | 2.18 | 29.12 | 30.82 | (25.72) | 353.59 | 52.11% | 19.49 | 5.74 | 13.51 | (2.34) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-09 | 1.90% | 0.0219 | 19.95 | 8.09 | 312.90 | 61.74% | 2.97 | 29.92 | 16.98 | (21.83) | 342.86 | 61.74% | 14.00 | 11.00 | 5.95 | (2.91) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-10 | 1.91% | 0.0192 | 20.85 | 5.30 | 312.90 | 54.83% | 1.74 | 28.71 | 19.11 | (23.41) | 343.59 | 54.83% | 12.31 | 8.60 | 8.54 | (3.30) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-13 | 1.92% | 0.0110 | 19.81 | 3.20 | 312.90 | 56.07% | 0.68 | 27.71 | 19.13 | (24.51) | 341.77 | 56.07% | 8.94 | 7.09 | 10.87 | (3.89) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-14 | 1.95% | 0.0082 | 11.00 | 3.21 | 312.90 | 49.24% | 0.18 | 27.22 | 10.82 | (24.01) | 332.76 | 49.24% | 3.07 | 10.26 | 7.93 | (7.05) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-15 | 1.95% | 0.0055 | 4.20 | 5.55 | 312.90 | 49.46% | 0.05 | 27.11 | 4.15 | (21.56) | 326.12 | 49.46% | 0.78 | 14.62 | 3.42 | (9.07) |
| TSLA | 2018-08-17 | $340.00 | 2018-08-16 | 1.95% | 0.0027 | 1.29 | 5.85 | 312.90 | 44.36% | 0.00 | 27.08 | 1.29 | (21.23) | 324.18 | 44.36% | 0.06 | 15.85 | 1.23 | (10.00) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-07 | 1.95% | 0.0274 | 12.50 | 14.00 | 312.90 | 53.58% | 0.16 | 67.05 | 12.34 | (53.05) | 356.30 | 53.58% | 4.50 | 28.00 | 8.00 | (14.00) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-08 | 1.92% | 0.0247 | 7.75 | 18.50 | 312.90 | 52.11% | 0.08 | 67.06 | 7.67 | (48.50) | 353.59 | 52.11% | 3.15 | 29.38 | 4.60 | (10.88) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-09 | 1.90% | 0.0219 | 4.00 | 32.05 | 312.90 | 61.74% | 0.19 | 67.13 | 3.81 | (35.08) | 342.86 | 61.74% | 2.17 | 39.15 | 1.83 | (7.10) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-10 | 1.91% | 0.0192 | 2.36 | 27.88 | 312.90 | 54.83% | 0.04 | 67.00 | 2.32 | (39.12) | 343.59 | 54.83% | 1.19 | 37.46 | 1.17 | (9.58) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-13 | 1.92% | 0.0110 | 1.38 | 25.02 | 312.90 | 56.07% | 0.00 | 67.02 | 1.38 | (42.00) | 341.77 | 56.07% | 0.30 | 38.45 | 1.08 | (13.43) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-14 | 1.95% | 0.0082 | 0.42 | 30.80 | 312.90 | 49.24% | 0.00 | 67.03 | 0.42 | (36.23) | 332.76 | 49.24% | 0.01 | 47.19 | 0.41 | (16.39) |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-15 | 1.95% | 0.0055 | 0.20 | 41.14 | 312.90 | 49.46% | 0.00 | 67.05 | 0.20 | (25.91) | 326.12 | 49.46% | 0.00 | 53.84 | 0.20 | (12.70) |
| TSLA | 2018-08-17 | $380.00 | 2018-08-16 | 1.95% | 0.0027 | 0.03 | 44.18 | 312.90 | 44.36% | 0.00 | 67.08 | 0.03 | (22.90) | 324.18 | 44.36% | 0.00 | 55.80 | 0.03 | (11.62) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-07 | 1.95% | 0.0274 | 1.35 | 41.25 | 312.90 | 53.58% | 0.00 | 106.88 | 1.35 | (65.63) | 356.30 | 53.58% | 0.43 | 63.91 | 0.92 | (22.66) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-08 | 1.92% | 0.0247 | 0.69 | 52.27 | 312.90 | 52.11% | 0.00 | 106.89 | 0.69 | (54.63) | 353.59 | 52.11% | 0.21 | 66.41 | 0.48 | (14.14) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-09 | 1.90% | 0.0219 | 0.56 | 60.00 | 312.90 | 61.74% | 0.01 | 106.93 | 0.55 | (46.93) | 342.86 | 61.74% | 0.16 | 77.13 | 0.40 | (17.13) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-10 | 1.91% | 0.0192 | 0.20 | --- | 312.90 | 54.83% | 0.00 | 106.94 | 0.20 | --- | 343.59 | 54.83% | 0.04 | 76.29 | 0.16 | --- |
| TSLA | 2018-08-17 | $420.00 | 2018-08-13 | 1.92% | 0.0110 | 0.14 | 62.75 | 312.90 | 56.07% | 0.00 | 107.01 | 0.14 | (44.26) | 341.77 | 56.07% | 0.00 | 78.14 | 0.14 | (15.39) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-14 | 1.95% | 0.0082 | 0.04 | 67.37 | 312.90 | 49.24% | 0.00 | 107.03 | 0.04 | (39.66) | 332.76 | 49.24% | 0.00 | 87.17 | 0.04 | (19.80) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-15 | 1.95% | 0.0055 | 0.02 | 81.00 | 312.90 | 49.46% | 0.00 | 107.05 | 0.02 | (26.05) | 326.12 | 49.46% | 0.00 | 93.84 | 0.02 | (12.84) |
| TSLA | 2018-08-17 | $420.00 | 2018-08-16 | 1.95% | 0.0027 | 0.01 | --- | 312.90 | 44.36% | 0.00 | 107.07 | 0.01 | --- | 324.18 | 44.36% | 0.00 | 95.79 | 0.01 | --- |
| TSLA | 2018-08-17 | $460.00 | 2018-08-07 | 1.95% | 0.0274 | 0.15 | --- | 312.90 | 53.58% | 0.00 | 146.85 | 0.15 | --- | 356.30 | 53.58% | 0.02 | 103.48 | 0.13 | --- |
| TSLA | 2018-08-17 | $460.00 | 2018-08-08 | 1.92% | 0.0247 | 0.05 | --- | 312.90 | 52.11% | 0.00 | 146.88 | 0.05 | --- | 353.59 | 52.11% | 0.01 | 106.20 | 0.04 | --- |
| TSLA | 2018-08-17 | $460.00 | 2018-08-09 | 1.90% | 0.0219 | 0.10 | --- | 312.90 | 61.74% | 0.00 | 146.90 | 0.10 | --- | 342.86 | 61.74% | 0.01 | 116.96 | 0.09 | --- |
| TSLA | 2018-08-17 | $460.00 | 2018-08-10 | 1.91% | 0.0192 | 0.05 | --- | 312.90 | 54.83% | 0.00 | 146.93 | 0.05 | --- | 343.59 | 54.83% | 0.00 | 116.24 | 0.05 | --- |
| TSLA | 2018-08-17 | $460.00 | 2018-08-13 | 1.92% | 0.0110 | 0.01 | --- | 312.90 | 56.07% | 0.00 | 147.00 | 0.01 | --- | 341.77 | 56.07% | 0.00 | 118.13 | 0.01 | --- |
| TSLA | 2018-08-17 | $460.00 | 2018-08-14 | 1.95% | 0.0082 | 0.01 | --- | 312.90 | 49.24% | 0.00 | 147.02 | 0.01 | --- | 332.76 | 49.24% | 0.00 | 127.17 | 0.01 | --- |
| TSLA | 2018-08-17 | $460.00 | 2018-08-15 | 1.95% | 0.0055 | 0.01 | --- | 312.90 | 49.46% | 0.00 | 147.05 | 0.01 | --- | 326.12 | 49.46% | 0.00 | 133.83 | 0.01 | --- |
| TSLA | 2018-08-17 | $460.00 | 2018-08-16 | 1.95% | 0.0027 | --- | --- | 312.90 | 44.36% | 0.00 | 147.07 | --- | --- | 324.18 | 44.36% | 0.00 | 135.79 | --- | --- |
| TSLA | 2018-08-17 | $500.00 | 2018-08-07 | 1.95% | 0.0274 | 0.14 | 136.70 | 312.90 | 53.58% | 0.00 | 186.83 | 0.14 | (50.13) | 356.30 | 53.58% | 0.00 | 143.43 | 0.14 | (6.73) |
| TSLA | 2018-08-17 | $500.00 | 2018-08-08 | 1.92% | 0.0247 | 0.03 | --- | 312.90 | 52.11% | 0.00 | 186.86 | 0.03 | --- | 353.59 | 52.11% | 0.00 | 146.17 | 0.03 | --- |
| TSLA | 2018-08-17 | $500.00 | 2018-08-09 | 1.90% | 0.0219 | 0.03 | --- | 312.90 | 61.74% | 0.00 | 186.89 | 0.03 | --- | 342.86 | 61.74% | 0.00 | 156.93 | 0.03 | --- |
| TSLA | 2018-08-17 | $500.00 | 2018-08-10 | 1.91% | 0.0192 | 0.03 | --- | 312.90 | 54.83% | 0.00 | 186.91 | 0.03 | --- | 343.59 | 54.83% | 0.00 | 156.23 | 0.03 | --- |
| TSLA | 2018-08-17 | $500.00 | 2018-08-13 | 1.92% | 0.0110 | 0.01 | --- | 312.90 | 56.07% | 0.00 | 186.99 | 0.01 | --- | 341.77 | 56.07% | 0.00 | 158.12 | 0.01 | --- |
| TSLA | 2018-08-17 | $500.00 | 2018-08-14 | 1.95% | 0.0082 | 0.02 | --- | 312.90 | 49.24% | 0.00 | 187.02 | 0.02 | --- | 332.76 | 49.24% | 0.00 | 167.16 | 0.02 | --- |
| TSLA | 2018-08-17 | $500.00 | 2018-08-15 | 1.95% | 0.0055 | --- | 165.00 | 312.90 | 49.46% | 0.00 | 187.04 | --- | (22.04) | 326.12 | 49.46% | 0.00 | 173.83 | --- | (8.83) |
| TSLA | 2018-08-17 | $500.00 | 2018-08-16 | 1.95% | 0.0027 | --- | --- | 312.90 | 44.36% | 0.00 | 187.07 | --- | --- | 324.18 | 44.36% | 0.00 | 175.79 | --- | --- |
| TSLA | 2018-08-24 | $300.00 | 2018-08-07 | 1.95% | 0.0466 | --- | 1.33 | 312.90 | 45.77% | 19.78 | 6.60 | --- | (5.27) | 356.30 | 45.77% | 57.09 | 0.52 | --- | 0.81 |
| TSLA | 2018-08-24 | $300.00 | 2018-08-08 | 1.92% | 0.0438 | 73.00 | 1.75 | 312.90 | 49.55% | 20.32 | 7.16 | 52.68 | (5.41) | 353.59 | 49.55% | 54.64 | 0.80 | 18.36 | 0.95 |
| TSLA | 2018-08-24 | $300.00 | 2018-08-09 | 1.90% | 0.0411 | --- | 4.45 | 312.90 | 59.30% | 22.18 | 9.04 | --- | (4.59) | 342.86 | 59.30% | 45.65 | 2.55 | --- | 1.90 |
| TSLA | 2018-08-24 | $300.00 | 2018-08-10 | 1.91% | 0.0384 | 58.00 | 3.10 | 312.90 | 54.83% | 20.71 | 7.59 | 37.29 | (4.49) | 343.59 | 54.83% | 45.48 | 1.67 | 12.52 | 1.43 |
| TSLA | 2018-08-24 | $300.00 | 2018-08-13 | 1.92% | 0.0301 | 59.03 | 2.00 | 312.90 | 52.74% | 18.92 | 5.84 | 40.11 | (3.84) | 341.77 | 52.74% | 42.95 | 1.00 | 16.08 | 1.00 |
| TSLA | 2018-08-24 | $300.00 | 2018-08-14 | 1.95% | 0.0274 | 52.69 | 1.64 | 312.90 | 48.59% | 17.71 | 4.64 | 34.98 | (3.00) | 332.76 | 48.59% | 34.09 | 1.17 | 18.60 | 0.47 |
| TSLA | 2018-08-24 | $300.00 | 2018-08-15 | 1.95% | 0.0247 | 40.95 | 2.40 | 312.90 | 51.35% | 17.72 | 4.67 | 23.23 | (2.27) | 326.12 | 51.35% | 28.20 | 1.94 | 12.75 | 0.46 |
| TSLA | 2018-08-24 | $300.00 | 2018-08-16 | 1.95% | 0.0219 | 37.70 | 2.00 | 312.90 | 47.74% | 16.67 | 3.64 | 21.03 | (1.64) | 324.18 | 47.74% | 25.82 | 1.50 | 11.88 | 0.50 |
| TSLA | 2018-08-24 | $340.00 | 2018-08-07 | 1.95% | 0.0466 | 37.31 | 4.05 | 312.90 | 45.77% | 3.66 | 30.44 | 33.65 | (26.39) | 356.30 | 45.77% | 23.58 | 6.97 | 13.73 | (2.92) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-08 | 1.92% | 0.0438 | 36.98 | 6.00 | 312.90 | 49.55% | 4.12 | 30.93 | 32.86 | (24.93) | 353.59 | 49.55% | 22.33 | 8.46 | 14.65 | (2.46) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-09 | 1.90% | 0.0411 | 24.40 | 11.85 | 312.90 | 59.30% | 5.74 | 32.57 | 18.66 | (20.72) | 342.86 | 59.30% | 17.97 | 14.84 | 6.43 | (2.99) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-10 | 1.91% | 0.0384 | 25.35 | 9.30 | 312.90 | 54.83% | 4.46 | 31.31 | 20.89 | (22.01) | 343.59 | 54.83% | 16.63 | 12.79 | 8.72 | (3.49) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-13 | 1.92% | 0.0301 | 24.05 | 7.10 | 312.90 | 52.74% | 2.99 | 29.89 | 21.06 | (22.79) | 341.77 | 52.74% | 13.45 | 11.48 | 10.60 | (4.38) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-14 | 1.95% | 0.0274 | 17.32 | 8.09 | 312.90 | 48.59% | 2.08 | 28.99 | 15.24 | (20.90) | 332.76 | 48.59% | 7.62 | 14.68 | 9.70 | (6.59) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-15 | 1.95% | 0.0247 | 10.15 | 11.63 | 312.90 | 51.35% | 2.09 | 29.02 | 8.06 | (17.39) | 326.12 | 51.35% | 5.22 | 18.93 | 4.93 | (7.30) |
| TSLA | 2018-08-24 | $340.00 | 2018-08-16 | 1.95% | 0.0219 | 7.05 | 12.17 | 312.90 | 47.74% | 1.38 | 28.33 | 5.67 | (16.16) | 324.18 | 47.74% | 3.54 | 19.21 | 3.51 | (7.04) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-07 | 1.95% | 0.0466 | 14.26 | 16.40 | 312.90 | 45.77% | 0.32 | 67.07 | 13.94 | (50.67) | 356.30 | 45.77% | 5.71 | 29.06 | 8.55 | (12.66) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-08 | 1.92% | 0.0438 | 10.70 | 22.00 | 312.90 | 49.55% | 0.43 | 67.21 | 10.27 | (45.21) | 353.59 | 49.55% | 5.55 | 31.64 | 5.15 | (9.64) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-09 | 1.90% | 0.0411 | 6.22 | 37.10 | 312.90 | 59.30% | 0.94 | 67.74 | 5.28 | (30.64) | 342.86 | 59.30% | 4.77 | 41.62 | 1.45 | (4.52) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-10 | 1.91% | 0.0384 | 5.30 | 31.75 | 312.90 | 54.83% | 0.52 | 67.34 | 4.78 | (35.59) | 343.59 | 54.83% | 3.68 | 39.81 | 1.62 | (8.06) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-13 | 1.92% | 0.0301 | 4.00 | 26.60 | 312.90 | 52.74% | 0.20 | 67.07 | 3.80 | (40.47) | 341.77 | 52.74% | 2.04 | 40.05 | 1.96 | (13.45) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-14 | 1.95% | 0.0274 | 1.92 | 31.00 | 312.90 | 48.59% | 0.07 | 66.97 | 1.85 | (35.97) | 332.76 | 48.59% | 0.60 | 47.64 | 1.32 | (16.64) |

**Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)**

| | | | | | | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-15 | 1.95% | 0.0247 | 1.26 | 46.00 | 312.90 | 51.35% | 0.07 | 66.99 | 1.19 | (20.99) | 326.12 | 51.35% | 0.32 | 54.02 | 0.94 | (8.02) |
| TSLA | 2018-08-24 | $380.00 | 2018-08-16 | 1.95% | 0.0219 | 0.79 | 41.00 | 312.90 | 47.74% | 0.02 | 66.96 | 0.77 | (25.96) | 324.18 | 47.74% | 0.11 | 55.76 | 0.68 | (14.76) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-07 | 1.95% | 0.0466 | 2.63 | --- | 312.90 | 45.77% | 0.02 | 106.73 | 2.61 | --- | 356.30 | 45.77% | 0.78 | 64.09 | 1.85 | --- |
| TSLA | 2018-08-24 | $420.00 | 2018-08-08 | 1.92% | 0.0438 | 1.55 | 45.80 | 312.90 | 49.55% | 0.03 | 106.77 | 1.52 | (60.97) | 353.59 | 49.55% | 0.82 | 66.88 | 0.73 | (21.08) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-09 | 1.90% | 0.0411 | 0.94 | --- | 312.90 | 59.30% | 0.10 | 106.87 | 0.84 | --- | 342.86 | 59.30% | 0.87 | 77.68 | 0.07 | --- |
| TSLA | 2018-08-24 | $420.00 | 2018-08-10 | 1.91% | 0.0384 | 0.63 | --- | 312.90 | 54.83% | 0.04 | 106.82 | 0.59 | --- | 343.59 | 54.83% | 0.50 | 76.60 | 0.13 | --- |
| TSLA | 2018-08-24 | $420.00 | 2018-08-13 | 1.92% | 0.0301 | 0.42 | --- | 312.90 | 52.74% | 0.01 | 106.86 | 0.41 | --- | 341.77 | 52.74% | 0.15 | 78.13 | 0.27 | --- |
| TSLA | 2018-08-24 | $420.00 | 2018-08-14 | 1.95% | 0.0274 | 0.26 | 63.90 | 312.90 | 48.59% | 0.00 | 106.87 | 0.26 | (42.97) | 332.76 | 48.59% | 0.02 | 87.03 | 0.24 | (23.13) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-15 | 1.95% | 0.0247 | 0.30 | 82.00 | 312.90 | 51.35% | 0.00 | 106.89 | 0.30 | (24.89) | 326.12 | 51.35% | 0.01 | 93.69 | 0.29 | (11.69) |
| TSLA | 2018-08-24 | $420.00 | 2018-08-16 | 1.95% | 0.0219 | 0.16 | 84.77 | 312.90 | 47.74% | 0.00 | 106.92 | 0.16 | (22.15) | 324.18 | 47.74% | 0.00 | 95.64 | 0.16 | (10.87) |
| TSLA | 2018-08-24 | $460.00 | 2018-08-07 | 1.95% | 0.0466 | 0.73 | --- | 312.90 | 45.77% | 0.00 | 146.68 | 0.73 | --- | 356.30 | 45.77% | 0.06 | 103.35 | 0.67 | --- |
| TSLA | 2018-08-24 | $460.00 | 2018-08-08 | 1.92% | 0.0438 | 0.20 | --- | 312.90 | 49.55% | 0.00 | 146.71 | 0.20 | --- | 353.59 | 49.55% | 0.08 | 106.10 | 0.12 | --- |
| TSLA | 2018-08-24 | $460.00 | 2018-08-09 | 1.90% | 0.0411 | 0.14 | --- | 312.90 | 59.30% | 0.01 | 146.74 | 0.13 | --- | 342.86 | 59.30% | 0.12 | 116.90 | 0.02 | --- |
| TSLA | 2018-08-24 | $460.00 | 2018-08-10 | 1.91% | 0.0384 | 0.11 | --- | 312.90 | 54.83% | 0.00 | 146.76 | 0.11 | --- | 343.59 | 54.83% | 0.04 | 116.12 | 0.07 | --- |
| TSLA | 2018-08-24 | $460.00 | 2018-08-13 | 1.92% | 0.0301 | 0.10 | --- | 312.90 | 52.74% | 0.00 | 146.83 | 0.10 | --- | 341.77 | 52.74% | 0.01 | 117.97 | 0.09 | --- |
| TSLA | 2018-08-24 | $460.00 | 2018-08-14 | 1.95% | 0.0274 | --- | --- | 312.90 | 48.59% | 0.00 | 146.85 | --- | --- | 332.76 | 48.59% | 0.00 | 126.99 | --- | --- |
| TSLA | 2018-08-24 | $460.00 | 2018-08-15 | 1.95% | 0.0247 | 0.10 | --- | 312.90 | 51.35% | 0.00 | 146.87 | 0.10 | --- | 326.12 | 51.35% | 0.00 | 133.66 | 0.10 | --- |
| TSLA | 2018-08-24 | $460.00 | 2018-08-16 | 1.95% | 0.0219 | 0.05 | --- | 312.90 | 47.74% | 0.00 | 146.90 | 0.05 | --- | 324.18 | 47.74% | 0.00 | 135.62 | 0.05 | --- |
| TSLA | 2018-08-24 | $500.00 | 2018-08-07 | 1.95% | 0.0466 | 0.56 | --- | 312.90 | 45.77% | 0.00 | 186.64 | 0.56 | --- | 356.30 | 45.77% | 0.00 | 143.25 | 0.56 | --- |
| TSLA | 2018-08-24 | $500.00 | 2018-08-08 | 1.92% | 0.0438 | 0.14 | --- | 312.90 | 49.55% | 0.00 | 186.67 | 0.14 | --- | 353.59 | 49.55% | 0.00 | 145.99 | 0.14 | --- |
| TSLA | 2018-08-24 | $500.00 | 2018-08-09 | 1.90% | 0.0411 | 0.06 | --- | 312.90 | 59.30% | 0.00 | 186.71 | 0.06 | --- | 342.86 | 59.30% | 0.01 | 156.76 | 0.05 | --- |
| TSLA | 2018-08-24 | $500.00 | 2018-08-10 | 1.91% | 0.0384 | 0.05 | --- | 312.90 | 54.83% | 0.00 | 186.73 | 0.05 | --- | 343.59 | 54.83% | 0.00 | 156.05 | 0.05 | --- |
| TSLA | 2018-08-24 | $500.00 | 2018-08-13 | 1.92% | 0.0301 | 0.04 | --- | 312.90 | 52.74% | 0.00 | 186.81 | 0.04 | --- | 341.77 | 52.74% | 0.00 | 157.94 | 0.04 | --- |
| TSLA | 2018-08-24 | $500.00 | 2018-08-14 | 1.95% | 0.0274 | 0.03 | --- | 312.90 | 48.59% | 0.00 | 186.83 | 0.03 | --- | 332.76 | 48.59% | 0.00 | 166.97 | 0.03 | --- |
| TSLA | 2018-08-24 | $500.00 | 2018-08-15 | 1.95% | 0.0247 | 0.03 | --- | 312.90 | 51.35% | 0.00 | 186.86 | 0.03 | --- | 326.12 | 51.35% | 0.00 | 173.64 | 0.03 | --- |
| TSLA | 2018-08-24 | $500.00 | 2018-08-16 | 1.95% | 0.0219 | --- | --- | 312.90 | 47.74% | 0.00 | 186.88 | --- | --- | 324.18 | 47.74% | 0.00 | 175.60 | --- | --- |
| TSLA | 2018-08-31 | $300.00 | 2018-08-07 | 1.95% | 0.0658 | 75.00 | 1.50 | 312.90 | 45.58% | 21.89 | 8.60 | 53.11 | (7.10) | 356.30 | 45.58% | 57.85 | 1.16 | 17.15 | 0.34 |
| TSLA | 2018-08-31 | $300.00 | 2018-08-08 | 1.92% | 0.0630 | 76.05 | 2.75 | 312.90 | 47.81% | 22.23 | 8.96 | 53.82 | (6.21) | 353.59 | 47.81% | 55.45 | 1.50 | 20.60 | 1.25 |
| TSLA | 2018-08-31 | $300.00 | 2018-08-09 | 1.90% | 0.0603 | 57.13 | 5.84 | 312.90 | 56.97% | 24.51 | 11.26 | 32.62 | (5.42) | 342.86 | 56.97% | 47.20 | 4.00 | 9.93 | 1.84 |
| TSLA | 2018-08-31 | $300.00 | 2018-08-10 | 1.91% | 0.0575 | 58.67 | 4.75 | 312.90 | 54.06% | 23.32 | 10.09 | 35.35 | (5.34) | 343.59 | 54.06% | 47.04 | 3.12 | 11.63 | 1.63 |
| TSLA | 2018-08-31 | $300.00 | 2018-08-13 | 1.92% | 0.0493 | 60.00 | 3.70 | 312.90 | 51.79% | 21.61 | 8.42 | 38.39 | (4.72) | 341.77 | 51.79% | 44.38 | 2.32 | 15.62 | 1.38 |
| TSLA | 2018-08-31 | $300.00 | 2018-08-14 | 1.95% | 0.0466 | 51.58 | 3.33 | 312.90 | 49.77% | 20.75 | 7.57 | 30.83 | (4.24) | 332.76 | 49.77% | 36.00 | 2.97 | 15.58 | 0.36 |
| TSLA | 2018-08-31 | $300.00 | 2018-08-15 | 1.95% | 0.0438 | 42.00 | 4.50 | 312.90 | 51.77% | 20.85 | 7.69 | 21.15 | (3.19) | 326.12 | 51.77% | 30.61 | 4.23 | 11.39 | 0.27 |
| TSLA | 2018-08-31 | $300.00 | 2018-08-16 | 1.95% | 0.0411 | 40.50 | 4.10 | 312.90 | 49.45% | 19.92 | 6.78 | 20.58 | (2.68) | 324.18 | 49.45% | 28.30 | 3.88 | 12.20 | 0.22 |
| TSLA | 2018-08-31 | $340.00 | 2018-08-07 | 1.95% | 0.0658 | 40.00 | 8.30 | 312.90 | 45.58% | 5.44 | 32.10 | 34.56 | (23.80) | 356.30 | 45.58% | 25.93 | 9.20 | 14.07 | (0.90) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-08 | 1.92% | 0.0630 | 40.18 | 8.00 | 312.90 | 47.81% | 5.76 | 32.44 | 34.42 | (24.44) | 353.59 | 47.81% | 24.51 | 10.51 | 15.67 | (2.51) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-09 | 1.90% | 0.0603 | 25.75 | 14.74 | 312.90 | 56.97% | 7.86 | 34.57 | 17.89 | (19.83) | 342.86 | 56.97% | 20.69 | 17.44 | 5.06 | (2.70) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-10 | 1.91% | 0.0575 | 28.32 | 12.34 | 312.90 | 54.06% | 6.76 | 33.48 | 21.56 | (21.14) | 343.59 | 54.06% | 19.71 | 15.75 | 8.61 | (3.41) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-13 | 1.92% | 0.0493 | 27.52 | 10.51 | 312.90 | 51.79% | 5.23 | 32.00 | 22.29 | (21.49) | 341.77 | 51.79% | 16.69 | 14.60 | 10.83 | (4.09) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-14 | 1.95% | 0.0466 | 20.71 | 10.45 | 312.90 | 49.77% | 4.47 | 31.26 | 16.24 | (20.81) | 332.76 | 49.77% | 11.20 | 18.13 | 9.51 | (7.68) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-15 | 1.95% | 0.0438 | 13.61 | 16.23 | 312.90 | 51.77% | 4.57 | 31.37 | 9.04 | (15.14) | 326.12 | 51.77% | 8.60 | 22.19 | 5.01 | (5.96) |
| TSLA | 2018-08-31 | $340.00 | 2018-08-16 | 1.95% | 0.0411 | 11.50 | 15.72 | 312.90 | 49.45% | 3.79 | 30.61 | 7.71 | (14.89) | 324.18 | 49.45% | 6.92 | 22.46 | 4.58 | (6.74) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-07 | 1.95% | 0.0658 | 17.75 | 18.21 | 312.90 | 45.58% | 0.83 | 67.44 | 16.92 | (49.23) | 356.30 | 45.58% | 7.97 | 31.19 | 9.78 | (12.98) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-08 | 1.92% | 0.0630 | 11.80 | 23.07 | 312.90 | 47.81% | 0.94 | 67.58 | 10.86 | (44.51) | 353.59 | 47.81% | 7.53 | 33.48 | 4.27 | (10.41) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-09 | 1.90% | 0.0603 | 7.78 | 37.00 | 312.90 | 56.97% | 1.84 | 68.50 | 5.94 | (31.50) | 342.86 | 56.97% | 6.87 | 43.58 | 0.91 | (6.58) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-10 | 1.91% | 0.0575 | 7.80 | 31.65 | 312.90 | 54.06% | 1.34 | 68.02 | 6.46 | (36.37) | 343.59 | 54.06% | 5.94 | 41.94 | 1.86 | (10.29) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-13 | 1.92% | 0.0493 | 6.37 | 30.60 | 312.90 | 51.79% | 0.76 | 67.49 | 5.61 | (36.89) | 341.77 | 51.79% | 4.05 | 41.92 | 2.32 | (11.32) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-14 | 1.95% | 0.0466 | 3.60 | 33.95 | 312.90 | 49.77% | 0.53 | 67.28 | 3.07 | (33.33) | 332.76 | 49.77% | 2.02 | 48.92 | 1.58 | (14.97) |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2018-08-31 | $380.00 | 2018-08-15 | 1.95% | 0.0438 | 2.40 | --- | 312.90 | 51.77% | 0.55 | 67.32 | 1.85 | --- | 326.12 | 51.77% | 1.39 | 54.95 | 1.01 | --- |
| TSLA | 2018-08-31 | $380.00 | 2018-08-16 | 1.95% | 0.0411 | 1.58 | --- | 312.90 | 49.45% | 0.35 | 67.14 | 1.23 | --- | 324.18 | 49.45% | 0.86 | 56.37 | 0.72 | --- |
| TSLA | 2018-08-31 | $420.00 | 2018-08-07 | 1.95% | 0.0658 | 3.00 | 48.05 | 312.90 | 45.58% | 0.08 | 106.64 | 2.92 | (58.59) | 356.30 | 45.58% | 1.67 | 64.83 | 1.33 | (16.78) |
| TSLA | 2018-08-31 | $420.00 | 2018-08-08 | 1.92% | 0.0630 | 2.24 | 46.95 | 312.90 | 47.81% | 0.10 | 106.69 | 2.14 | (59.74) | 353.59 | 47.81% | 1.60 | 67.51 | 0.64 | (20.56) |
| TSLA | 2018-08-31 | $420.00 | 2018-08-09 | 1.90% | 0.0603 | 1.35 | 61.73 | 312.90 | 56.97% | 0.33 | 106.95 | 1.02 | (45.22) | 342.86 | 56.97% | 1.77 | 78.43 | (0.42) | (16.70) |
| TSLA | 2018-08-31 | $420.00 | 2018-08-10 | 1.91% | 0.0575 | 1.10 | --- | 312.90 | 54.06% | 0.19 | 106.83 | 0.91 | --- | 343.59 | 54.06% | 1.31 | 77.26 | (0.21) | --- |
| TSLA | 2018-08-31 | $420.00 | 2018-08-13 | 1.92% | 0.0493 | 1.11 | --- | 312.90 | 51.79% | 0.07 | 106.77 | 1.04 | --- | 341.77 | 51.79% | 0.65 | 78.48 | 0.46 | --- |
| TSLA | 2018-08-31 | $420.00 | 2018-08-14 | 1.95% | 0.0466 | 0.55 | --- | 312.90 | 49.77% | 0.04 | 106.75 | 0.51 | --- | 332.76 | 49.77% | 0.22 | 87.08 | 0.33 | --- |
| TSLA | 2018-08-31 | $420.00 | 2018-08-15 | 1.95% | 0.0438 | 0.50 | --- | 312.90 | 51.77% | 0.04 | 106.78 | 0.46 | --- | 326.12 | 51.77% | 0.14 | 93.66 | 0.36 | --- |
| TSLA | 2018-08-31 | $420.00 | 2018-08-16 | 1.95% | 0.0411 | 0.34 | --- | 312.90 | 49.45% | 0.02 | 106.78 | 0.32 | --- | 324.18 | 49.45% | 0.06 | 95.54 | 0.28 | --- |
| TSLA | 2018-08-31 | $460.00 | 2018-08-07 | 1.95% | 0.0658 | 0.90 | --- | 312.90 | 45.58% | 0.01 | 146.51 | 0.89 | --- | 356.30 | 45.58% | 0.25 | 103.36 | 0.65 | --- |
| TSLA | 2018-08-31 | $460.00 | 2018-08-08 | 1.92% | 0.0630 | 0.38 | --- | 312.90 | 47.81% | 0.01 | 146.55 | 0.37 | --- | 353.59 | 47.81% | 0.25 | 106.10 | 0.13 | --- |
| TSLA | 2018-08-31 | $460.00 | 2018-08-09 | 1.90% | 0.0603 | 0.21 | --- | 312.90 | 56.97% | 0.05 | 146.62 | 0.16 | --- | 342.86 | 56.97% | 0.37 | 116.98 | (0.16) | --- |
| TSLA | 2018-08-31 | $460.00 | 2018-08-10 | 1.91% | 0.0575 | 0.13 | --- | 312.90 | 54.06% | 0.02 | 146.61 | 0.11 | --- | 343.59 | 54.06% | 0.22 | 116.13 | (0.09) | --- |
| TSLA | 2018-08-31 | $460.00 | 2018-08-13 | 1.92% | 0.0493 | --- | --- | 312.90 | 51.79% | 0.00 | 146.66 | --- | --- | 341.77 | 51.79% | 0.07 | 117.86 | --- | --- |
| TSLA | 2018-08-31 | $460.00 | 2018-08-14 | 1.95% | 0.0466 | 0.11 | --- | 312.90 | 49.77% | 0.00 | 146.68 | 0.11 | --- | 332.76 | 49.77% | 0.02 | 126.84 | 0.09 | --- |
| TSLA | 2018-08-31 | $460.00 | 2018-08-15 | 1.95% | 0.0438 | --- | --- | 312.90 | 51.77% | 0.00 | 146.70 | --- | --- | 326.12 | 51.77% | 0.01 | 133.50 | --- | --- |
| TSLA | 2018-08-31 | $460.00 | 2018-08-16 | 1.95% | 0.0411 | --- | --- | 312.90 | 49.45% | 0.00 | 146.73 | --- | --- | 324.18 | 49.45% | 0.00 | 135.45 | --- | --- |
| TSLA | 2018-08-31 | $500.00 | 2018-08-07 | 1.95% | 0.0658 | --- | --- | 312.90 | 45.58% | 0.00 | 186.46 | --- | --- | 356.30 | 45.58% | 0.03 | 143.09 | --- | --- |
| TSLA | 2018-08-31 | $500.00 | 2018-08-08 | 1.92% | 0.0630 | --- | --- | 312.90 | 47.81% | 0.00 | 186.49 | --- | --- | 353.59 | 47.81% | 0.03 | 145.83 | --- | --- |
| TSLA | 2018-08-31 | $500.00 | 2018-08-09 | 1.90% | 0.0603 | --- | --- | 312.90 | 56.97% | 0.01 | 186.53 | --- | --- | 342.86 | 56.97% | 0.06 | 156.63 | --- | --- |
| TSLA | 2018-08-31 | $500.00 | 2018-08-10 | 1.91% | 0.0575 | --- | --- | 312.90 | 54.06% | 0.00 | 186.55 | --- | --- | 343.59 | 54.06% | 0.03 | 155.89 | --- | --- |
| TSLA | 2018-08-31 | $500.00 | 2018-08-13 | 1.92% | 0.0493 | --- | --- | 312.90 | 51.79% | 0.00 | 186.62 | --- | --- | 341.77 | 51.79% | 0.01 | 157.76 | --- | --- |
| TSLA | 2018-08-31 | $500.00 | 2018-08-14 | 1.95% | 0.0466 | --- | --- | 312.90 | 49.77% | 0.00 | 186.64 | --- | --- | 332.76 | 49.77% | 0.00 | 166.79 | --- | --- |
| TSLA | 2018-08-31 | $500.00 | 2018-08-15 | 1.95% | 0.0438 | --- | --- | 312.90 | 51.77% | 0.00 | 186.67 | --- | --- | 326.12 | 51.77% | 0.00 | 173.45 | --- | --- |
| TSLA | 2018-08-31 | $500.00 | 2018-08-16 | 1.95% | 0.0411 | --- | --- | 312.90 | 49.45% | 0.00 | 186.69 | --- | --- | 324.18 | 49.45% | 0.00 | 175.42 | --- | --- |
| TSLA | 2018-09-07 | $300.00 | 2018-08-07 | 1.95% | 0.0849 | 63.50 | 3.15 | 312.90 | 44.82% | 23.53 | 10.13 | 39.97 | (6.98) | 356.30 | 44.82% | 58.62 | 1.82 | 4.88 | 1.33 |
| TSLA | 2018-09-07 | $300.00 | 2018-08-08 | 1.92% | 0.0822 | 80.00 | 4.00 | 312.90 | 46.08% | 23.69 | 10.31 | 56.31 | (6.31) | 353.59 | 46.08% | 56.21 | 2.14 | 23.79 | 1.86 |
| TSLA | 2018-09-07 | $300.00 | 2018-08-09 | 1.90% | 0.0795 | 57.00 | 7.47 | 312.90 | 54.98% | 26.34 | 12.98 | 30.66 | (5.51) | 342.86 | 54.98% | 48.56 | 5.25 | 8.44 | 2.22 |
| TSLA | 2018-09-07 | $300.00 | 2018-08-10 | 1.91% | 0.0767 | 60.60 | 6.60 | 312.90 | 52.08% | 25.07 | 11.73 | 35.53 | (5.13) | 343.59 | 52.08% | 48.25 | 4.22 | 12.35 | 2.38 |
| TSLA | 2018-09-07 | $300.00 | 2018-08-13 | 1.92% | 0.0685 | --- | 5.20 | 312.90 | 49.76% | 23.42 | 10.12 | --- | (4.92) | 341.77 | 49.76% | 45.56 | 3.39 | --- | 1.81 |
| TSLA | 2018-09-07 | $300.00 | 2018-08-14 | 1.95% | 0.0658 | 55.00 | 5.00 | 312.90 | 48.67% | 22.79 | 9.50 | 32.21 | (4.50) | 332.76 | 48.67% | 37.55 | 4.40 | 17.45 | 0.60 |
| TSLA | 2018-09-07 | $300.00 | 2018-08-15 | 1.95% | 0.0630 | 44.20 | 6.73 | 312.90 | 50.01% | 22.87 | 9.60 | 21.33 | (2.87) | 326.12 | 50.01% | 32.33 | 5.85 | 11.87 | 0.88 |
| TSLA | 2018-09-07 | $300.00 | 2018-08-16 | 1.95% | 0.0603 | --- | 6.10 | 312.90 | 48.58% | 22.14 | 8.88 | --- | (2.78) | 324.18 | 48.58% | 30.21 | 5.68 | --- | 0.42 |
| TSLA | 2018-09-07 | $340.00 | 2018-08-07 | 1.95% | 0.0849 | 35.85 | 6.60 | 312.90 | 44.82% | 6.91 | 33.44 | 28.94 | (26.84) | 356.30 | 44.82% | 27.78 | 10.91 | 8.07 | (4.31) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-08 | 1.92% | 0.0822 | 40.58 | 9.83 | 312.90 | 46.08% | 7.06 | 33.62 | 33.52 | (23.79) | 353.59 | 46.08% | 26.18 | 12.05 | 14.40 | (2.22) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-09 | 1.90% | 0.0795 | 28.90 | 17.85 | 312.90 | 54.98% | 9.57 | 36.16 | 19.33 | (18.31) | 342.86 | 54.98% | 22.80 | 19.43 | 6.10 | (1.58) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-10 | 1.91% | 0.0767 | 30.50 | 15.26 | 312.90 | 52.08% | 8.37 | 34.97 | 22.13 | (19.71) | 343.59 | 52.08% | 21.75 | 17.66 | 8.75 | (2.40) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-13 | 1.92% | 0.0685 | 30.70 | 12.59 | 312.90 | 49.76% | 6.84 | 33.48 | 23.86 | (20.89) | 341.77 | 49.76% | 18.82 | 16.60 | 11.88 | (4.01) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-14 | 1.95% | 0.0658 | 23.72 | 13.24 | 312.90 | 48.67% | 6.26 | 32.92 | 17.46 | (19.68) | 332.76 | 48.67% | 13.54 | 20.35 | 10.18 | (7.11) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-15 | 1.95% | 0.0630 | 16.34 | 17.46 | 312.90 | 50.01% | 6.33 | 33.01 | 10.01 | (15.55) | 326.12 | 50.01% | 10.78 | 24.25 | 5.56 | (6.79) |
| TSLA | 2018-09-07 | $340.00 | 2018-08-16 | 1.95% | 0.0603 | 13.72 | 18.09 | 312.90 | 48.58% | 5.68 | 32.37 | 8.04 | (14.28) | 324.18 | 48.58% | 9.26 | 24.67 | 4.46 | (6.58) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-07 | 1.95% | 0.0849 | 17.94 | 23.05 | 312.90 | 44.82% | 1.39 | 67.86 | 16.55 | (44.81) | 356.30 | 44.82% | 9.78 | 32.85 | 8.16 | (9.80) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-08 | 1.92% | 0.0822 | 14.30 | 22.50 | 312.90 | 46.08% | 1.46 | 67.96 | 12.84 | (45.46) | 353.59 | 46.08% | 9.07 | 34.88 | 5.23 | (12.38) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-09 | 1.90% | 0.0795 | 9.20 | 35.38 | 312.90 | 54.98% | 2.73 | 69.25 | 6.47 | (33.87) | 342.86 | 54.98% | 8.61 | 45.18 | 0.59 | (9.80) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-10 | 1.91% | 0.0767 | 9.50 | --- | 312.90 | 52.08% | 2.09 | 68.63 | 7.41 | --- | 343.59 | 52.08% | 7.58 | 43.43 | 1.92 | --- |
| TSLA | 2018-09-07 | $380.00 | 2018-08-13 | 1.92% | 0.0685 | 9.26 | 31.95 | 312.90 | 49.76% | 1.37 | 67.96 | 7.89 | (36.01) | 341.77 | 49.76% | 5.59 | 43.32 | 3.67 | (11.37) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-14 | 1.95% | 0.0658 | 5.15 | 33.60 | 312.90 | 48.67% | 1.13 | 67.74 | 4.02 | (34.14) | 332.76 | 48.67% | 3.33 | 50.08 | 1.82 | (16.48) |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-15 | 1.95% | 0.0630 | 3.23 | 48.43 | 312.90 | 50.01% | 1.16 | 67.79 | 2.07 | (19.36) | 326.12 | 50.01% | 2.43 | 55.85 | 0.80 | (7.42) |
| TSLA | 2018-09-07 | $380.00 | 2018-08-16 | 1.95% | 0.0603 | 2.55 | --- | 312.90 | 48.58% | 0.91 | 67.56 | 1.64 | --- | 324.18 | 48.58% | 1.81 | 57.18 | 0.74 | --- |
| | | | | | | | | | | | | | | | | | | | |
| TSLA | 2018-09-07 | $420.00 | 2018-08-07 | 1.95% | 0.0849 | 4.45 | 58.48 | 312.90 | 44.82% | 0.21 | 106.61 | 4.24 | (48.13) | 356.30 | 44.82% | 2.57 | 65.57 | 1.88 | (7.09) |
| TSLA | 2018-09-07 | $420.00 | 2018-08-08 | 1.92% | 0.0822 | 3.04 | 48.00 | 312.90 | 46.08% | 0.22 | 106.66 | 2.82 | (58.66) | 353.59 | 46.08% | 2.36 | 68.10 | 0.68 | (20.10) |
| TSLA | 2018-09-07 | $420.00 | 2018-08-09 | 1.90% | 0.0795 | 1.65 | --- | 312.90 | 54.98% | 0.64 | 107.10 | 1.01 | --- | 342.86 | 54.98% | 2.67 | 79.18 | (1.02) | --- |
| TSLA | 2018-09-07 | $420.00 | 2018-08-10 | 1.91% | 0.0767 | 1.47 | --- | 312.90 | 52.08% | 0.41 | 106.89 | 1.06 | --- | 343.59 | 52.08% | 2.08 | 77.88 | (0.61) | --- |
| TSLA | 2018-09-07 | $420.00 | 2018-08-13 | 1.92% | 0.0685 | 1.50 | --- | 312.90 | 49.76% | 0.20 | 106.74 | 1.30 | --- | 341.77 | 49.76% | 1.22 | 78.90 | 0.28 | --- |
| TSLA | 2018-09-07 | $420.00 | 2018-08-14 | 1.95% | 0.0658 | 1.00 | --- | 312.90 | 48.67% | 0.14 | 106.70 | 0.86 | --- | 332.76 | 48.67% | 0.58 | 87.28 | 0.42 | --- |
| TSLA | 2018-09-07 | $420.00 | 2018-08-15 | 1.95% | 0.0630 | 0.74 | --- | 312.90 | 50.01% | 0.15 | 106.73 | 0.59 | --- | 326.12 | 50.01% | 0.39 | 93.75 | 0.35 | --- |
| TSLA | 2018-09-07 | $420.00 | 2018-08-16 | 1.95% | 0.0603 | 0.61 | --- | 312.90 | 48.58% | 0.10 | 106.70 | 0.51 | --- | 324.18 | 48.58% | 0.24 | 95.56 | 0.37 | --- |
| | | | | | | | | | | | | | | | | | | | |
| TSLA | 2018-09-07 | $460.00 | 2018-08-07 | 1.95% | 0.0849 | --- | --- | 312.90 | 44.82% | 0.02 | 146.36 | --- | --- | 356.30 | 44.82% | 0.52 | 103.46 | --- | --- |
| TSLA | 2018-09-07 | $460.00 | 2018-08-08 | 1.92% | 0.0822 | 0.50 | --- | 312.90 | 46.08% | 0.03 | 146.40 | 0.47 | --- | 353.59 | 46.08% | 0.48 | 106.16 | 0.02 | --- |
| TSLA | 2018-09-07 | $460.00 | 2018-08-09 | 1.90% | 0.0795 | 0.37 | --- | 312.90 | 54.98% | 0.13 | 146.53 | 0.24 | --- | 342.86 | 54.98% | 0.70 | 117.15 | (0.33) | --- |
| TSLA | 2018-09-07 | $460.00 | 2018-08-10 | 1.91% | 0.0767 | 0.17 | --- | 312.90 | 52.08% | 0.07 | 146.49 | 0.10 | --- | 343.59 | 52.08% | 0.47 | 116.21 | (0.30) | --- |
| TSLA | 2018-09-07 | $460.00 | 2018-08-13 | 1.92% | 0.0685 | --- | --- | 312.90 | 49.76% | 0.02 | 146.51 | --- | --- | 341.77 | 49.76% | 0.21 | 117.83 | --- | --- |
| TSLA | 2018-09-07 | $460.00 | 2018-08-14 | 1.95% | 0.0658 | --- | --- | 312.90 | 48.67% | 0.01 | 146.52 | --- | --- | 332.76 | 48.67% | 0.07 | 126.73 | --- | --- |
| TSLA | 2018-09-07 | $460.00 | 2018-08-15 | 1.95% | 0.0630 | 0.20 | --- | 312.90 | 50.01% | 0.01 | 146.55 | 0.19 | --- | 326.12 | 50.01% | 0.05 | 133.36 | 0.15 | --- |
| TSLA | 2018-09-07 | $460.00 | 2018-08-16 | 1.95% | 0.0603 | 0.19 | --- | 312.90 | 48.58% | 0.01 | 146.56 | 0.18 | --- | 324.18 | 48.58% | 0.02 | 135.30 | 0.17 | --- |
| | | | | | | | | | | | | | | | | | | | |
| TSLA | 2018-09-07 | $500.00 | 2018-08-07 | 1.95% | 0.0849 | 0.59 | --- | 312.90 | 44.82% | 0.00 | 186.27 | 0.59 | --- | 356.30 | 44.82% | 0.09 | 142.96 | 0.50 | --- |
| TSLA | 2018-09-07 | $500.00 | 2018-08-08 | 1.92% | 0.0822 | 0.17 | --- | 312.90 | 46.08% | 0.00 | 186.31 | 0.17 | --- | 353.59 | 46.08% | 0.08 | 145.70 | 0.09 | --- |
| TSLA | 2018-09-07 | $500.00 | 2018-08-09 | 1.90% | 0.0795 | 0.15 | --- | 312.90 | 54.98% | 0.02 | 186.36 | 0.13 | --- | 342.86 | 54.98% | 0.16 | 156.55 | (0.01) | --- |
| TSLA | 2018-09-07 | $500.00 | 2018-08-10 | 1.91% | 0.0767 | --- | --- | 312.90 | 52.08% | 0.01 | 186.37 | --- | --- | 343.59 | 52.08% | 0.09 | 155.77 | --- | --- |
| TSLA | 2018-09-07 | $500.00 | 2018-08-13 | 1.92% | 0.0685 | --- | --- | 312.90 | 49.76% | 0.00 | 186.44 | --- | --- | 341.77 | 49.76% | 0.03 | 157.60 | --- | --- |
| TSLA | 2018-09-07 | $500.00 | 2018-08-14 | 1.95% | 0.0658 | --- | --- | 312.90 | 48.67% | 0.00 | 186.46 | --- | --- | 332.76 | 48.67% | 0.01 | 166.61 | --- | --- |
| TSLA | 2018-09-07 | $500.00 | 2018-08-15 | 1.95% | 0.0630 | 0.14 | --- | 312.90 | 50.01% | 0.00 | 186.48 | 0.14 | --- | 326.12 | 50.01% | 0.00 | 173.27 | 0.14 | --- |
| TSLA | 2018-09-07 | $500.00 | 2018-08-16 | 1.95% | 0.0603 | 0.16 | --- | 312.90 | 48.58% | 0.00 | 186.51 | 0.16 | --- | 324.18 | 48.58% | 0.00 | 175.23 | 0.16 | --- |
| | | | | | | | | | | | | | | | | | | | |
| TSLA | 2018-09-14 | $300.00 | 2018-08-07 | 1.95% | 0.1041 | 73.75 | 3.25 | 312.90 | 41.50% | 23.98 | 10.46 | 49.77 | (7.21) | 356.30 | 41.50% | 58.90 | 1.99 | 14.85 | 1.26 |
| TSLA | 2018-09-14 | $300.00 | 2018-08-08 | 1.92% | 0.1014 | 79.60 | 4.80 | 312.90 | 45.39% | 25.19 | 11.70 | 54.41 | (6.90) | 353.59 | 45.39% | 57.09 | 2.91 | 22.51 | 1.89 |
| TSLA | 2018-09-14 | $300.00 | 2018-08-09 | 1.90% | 0.0986 | --- | 9.04 | 312.90 | 53.88% | 28.07 | 14.60 | --- | (5.56) | 342.86 | 53.88% | 49.92 | 6.50 | --- | 2.54 |
| TSLA | 2018-09-14 | $300.00 | 2018-08-10 | 1.91% | 0.0959 | 58.25 | 7.98 | 312.90 | 51.55% | 26.94 | 13.48 | 31.31 | (5.50) | 343.59 | 51.55% | 49.65 | 5.51 | 8.60 | 2.47 |
| TSLA | 2018-09-14 | $300.00 | 2018-08-13 | 1.92% | 0.0877 | --- | 7.25 | 312.90 | 49.63% | 25.43 | 12.02 | --- | (4.77) | 341.77 | 49.63% | 47.00 | 4.73 | --- | 2.52 |
| TSLA | 2018-09-14 | $300.00 | 2018-08-14 | 1.95% | 0.0849 | 56.25 | 6.50 | 312.90 | 48.96% | 24.93 | 11.52 | 31.32 | (5.02) | 332.76 | 48.96% | 39.28 | 6.02 | 16.97 | 0.48 |
| TSLA | 2018-09-14 | $300.00 | 2018-08-15 | 1.95% | 0.0822 | 46.60 | 8.25 | 312.90 | 50.09% | 25.03 | 11.64 | 21.57 | (3.39) | 326.12 | 50.09% | 34.25 | 7.65 | 12.35 | 0.60 |
| TSLA | 2018-09-14 | $300.00 | 2018-08-16 | 1.95% | 0.0795 | 43.50 | 8.15 | 312.90 | 49.24% | 24.46 | 11.09 | 19.04 | (2.94) | 324.18 | 49.24% | 32.30 | 7.65 | 11.20 | 0.50 |
| | | | | | | | | | | | | | | | | | | | |
| TSLA | 2018-09-14 | $340.00 | 2018-08-07 | 1.95% | 0.1041 | --- | 9.75 | 312.90 | 41.50% | 7.29 | 33.70 | --- | (23.95) | 356.30 | 41.50% | 28.28 | 11.29 | --- | (1.54) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-08 | 1.92% | 0.1014 | 43.80 | 10.05 | 312.90 | 45.39% | 8.45 | 34.88 | 35.35 | (24.83) | 353.59 | 45.39% | 27.89 | 13.63 | 15.91 | (3.58) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-09 | 1.90% | 0.0986 | 29.89 | 19.42 | 312.90 | 53.88% | 11.24 | 37.69 | 18.65 | (18.27) | 342.86 | 53.88% | 24.79 | 21.29 | 5.10 | (1.87) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-10 | 1.91% | 0.0959 | 28.50 | 16.75 | 312.90 | 51.55% | 10.13 | 36.61 | 18.37 | (19.86) | 343.59 | 51.55% | 23.90 | 19.68 | 4.60 | (2.93) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-13 | 1.92% | 0.0877 | 31.15 | 14.60 | 312.90 | 49.63% | 8.69 | 35.22 | 22.46 | (20.62) | 341.77 | 49.63% | 21.14 | 18.80 | 10.01 | (4.20) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-14 | 1.95% | 0.0849 | 25.78 | 15.57 | 312.90 | 48.96% | 8.21 | 34.75 | 17.57 | (19.18) | 332.76 | 48.96% | 15.96 | 22.64 | 9.82 | (7.07) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-15 | 1.95% | 0.0822 | 18.50 | 20.77 | 312.90 | 50.09% | 8.31 | 34.86 | 10.19 | (14.09) | 326.12 | 50.09% | 13.12 | 26.45 | 5.38 | (5.68) |
| TSLA | 2018-09-14 | $340.00 | 2018-08-16 | 1.95% | 0.0795 | 16.00 | 20.75 | 312.90 | 49.24% | 7.78 | 34.35 | 8.22 | (13.60) | 324.18 | 49.24% | 11.71 | 27.00 | 4.29 | (6.25) |
| | | | | | | | | | | | | | | | | | | | |
| TSLA | 2018-09-14 | $380.00 | 2018-08-07 | 1.95% | 0.1041 | 20.06 | 20.75 | 312.90 | 41.50% | 1.56 | 67.89 | 18.50 | (47.14) | 356.30 | 41.50% | 10.25 | 33.18 | 9.81 | (12.43) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-08 | 1.92% | 0.1014 | 16.95 | 26.41 | 312.90 | 45.39% | 2.12 | 68.48 | 14.83 | (42.07) | 353.59 | 45.39% | 10.70 | 36.37 | 6.25 | (9.96) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-09 | 1.90% | 0.0986 | 10.40 | 40.84 | 312.90 | 53.88% | 3.71 | 70.09 | 6.69 | (29.25) | 342.86 | 53.88% | 10.33 | 46.76 | 0.07 | (5.92) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-10 | 1.91% | 0.0959 | 10.52 | 34.52 | 312.90 | 51.55% | 3.04 | 69.44 | 7.48 | (34.92) | 343.59 | 51.55% | 9.40 | 45.12 | 1.12 | (10.60) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-13 | 1.92% | 0.0877 | 11.35 | --- | 312.90 | 49.63% | 2.25 | 68.71 | 9.10 | --- | 341.77 | 49.63% | 7.42 | 45.01 | 3.93 | --- |
| TSLA | 2018-09-14 | $380.00 | 2018-08-14 | 1.95% | 0.0849 | 6.23 | 32.45 | 312.90 | 48.96% | 2.01 | 68.47 | 4.22 | (36.02) | 332.76 | 48.96% | 4.91 | 51.52 | 1.32 | (19.07) |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|------|-----------|--------|------|---------------|-----------------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2018-09-14 | $380.00 | 2018-08-15 | 1.95% | 0.0822 | 4.08 | --- | 312.90 | 50.09% | 2.06 | 68.54 | 2.02 | --- | 326.12 | 50.09% | 3.79 | 57.06 | 0.29 | --- |
| TSLA | 2018-09-14 | $380.00 | 2018-08-16 | 1.95% | 0.0795 | 3.39 | --- | 312.90 | 49.24% | 1.79 | 68.30 | 1.60 | --- | 324.18 | 49.24% | 3.12 | 58.35 | 0.27 | --- |
| TSLA | 2018-09-14 | $420.00 | 2018-08-07 | 1.95% | 0.1041 | 4.48 | --- | 312.90 | 41.50% | 0.25 | 106.49 | 4.23 | --- | 356.30 | 41.50% | 2.82 | 65.67 | 1.66 | --- |
| TSLA | 2018-09-14 | $420.00 | 2018-08-08 | 1.92% | 0.1014 | 3.89 | --- | 312.90 | 45.39% | 0.42 | 106.70 | 3.47 | --- | 353.59 | 45.39% | 3.26 | 68.86 | 0.63 | --- |
| TSLA | 2018-09-14 | $420.00 | 2018-08-09 | 1.90% | 0.0986 | 2.16 | --- | 312.90 | 53.88% | 1.04 | 107.35 | 1.12 | --- | 342.86 | 53.88% | 3.68 | 80.03 | (1.52) | --- |
| TSLA | 2018-09-14 | $420.00 | 2018-08-10 | 1.91% | 0.0959 | 2.25 | --- | 312.90 | 51.55% | 0.76 | 107.09 | 1.49 | --- | 343.59 | 51.55% | 3.08 | 78.72 | (0.83) | --- |
| TSLA | 2018-09-14 | $420.00 | 2018-08-13 | 1.92% | 0.0877 | 1.75 | --- | 312.90 | 49.63% | 0.46 | 106.85 | 1.29 | --- | 341.77 | 49.63% | 2.08 | 79.60 | (0.33) | --- |
| TSLA | 2018-09-14 | $420.00 | 2018-08-14 | 1.95% | 0.0849 | 1.23 | --- | 312.90 | 48.96% | 0.38 | 106.78 | 0.85 | --- | 332.76 | 48.96% | 1.18 | 87.72 | 0.05 | --- |
| TSLA | 2018-09-14 | $420.00 | 2018-08-15 | 1.95% | 0.0822 | 0.87 | --- | 312.90 | 50.09% | 0.40 | 106.82 | 0.47 | --- | 326.12 | 50.09% | 0.86 | 94.06 | 0.01 | --- |
| TSLA | 2018-09-14 | $420.00 | 2018-08-16 | 1.95% | 0.0795 | 0.70 | --- | 312.90 | 49.24% | 0.32 | 106.76 | 0.38 | --- | 324.18 | 49.24% | 0.63 | 95.80 | 0.07 | --- |
| TSLA | 2018-09-14 | $460.00 | 2018-08-07 | 1.95% | 0.1041 | 1.39 | --- | 312.90 | 41.50% | 0.03 | 146.19 | 1.36 | --- | 356.30 | 41.50% | 0.61 | 103.38 | 0.78 | --- |
| TSLA | 2018-09-14 | $460.00 | 2018-08-08 | 1.92% | 0.1014 | 0.47 | --- | 312.90 | 45.39% | 0.07 | 146.27 | 0.40 | --- | 353.59 | 45.39% | 0.82 | 106.33 | (0.35) | --- |
| TSLA | 2018-09-14 | $460.00 | 2018-08-09 | 1.90% | 0.0986 | 0.59 | --- | 312.90 | 53.88% | 0.26 | 146.49 | 0.33 | --- | 342.86 | 53.88% | 1.15 | 117.43 | (0.56) | --- |
| TSLA | 2018-09-14 | $460.00 | 2018-08-10 | 1.91% | 0.0959 | 0.34 | --- | 312.90 | 51.55% | 0.16 | 146.42 | 0.18 | --- | 343.59 | 51.55% | 0.87 | 116.44 | (0.53) | --- |
| TSLA | 2018-09-14 | $460.00 | 2018-08-13 | 1.92% | 0.0877 | --- | --- | 312.90 | 49.63% | 0.08 | 146.40 | --- | --- | 341.77 | 49.63% | 0.48 | 117.93 | --- | --- |
| TSLA | 2018-09-14 | $460.00 | 2018-08-14 | 1.95% | 0.0849 | --- | --- | 312.90 | 48.96% | 0.06 | 146.39 | --- | --- | 332.76 | 48.96% | 0.23 | 126.71 | --- | --- |
| TSLA | 2018-09-14 | $460.00 | 2018-08-15 | 1.95% | 0.0822 | 0.15 | --- | 312.90 | 50.09% | 0.06 | 146.42 | 0.09 | --- | 326.12 | 50.09% | 0.16 | 133.30 | (0.01) | --- |
| TSLA | 2018-09-14 | $460.00 | 2018-08-16 | 1.95% | 0.0795 | --- | --- | 312.90 | 49.24% | 0.04 | 146.43 | --- | --- | 324.18 | 49.24% | 0.10 | 135.21 | --- | --- |
| TSLA | 2018-09-14 | $500.00 | 2018-08-07 | 1.95% | 0.1041 | --- | --- | 312.90 | 41.50% | 0.00 | 186.08 | --- | --- | 356.30 | 41.50% | 0.11 | 142.79 | --- | --- |
| TSLA | 2018-09-14 | $500.00 | 2018-08-08 | 1.92% | 0.1014 | 0.21 | --- | 312.90 | 45.39% | 0.01 | 186.13 | 0.20 | --- | 353.59 | 45.39% | 0.17 | 145.61 | 0.04 | --- |
| TSLA | 2018-09-14 | $500.00 | 2018-08-09 | 1.90% | 0.0986 | 0.10 | 139.89 | 312.90 | 53.88% | 0.06 | 186.22 | 0.04 | (46.33) | 342.86 | 53.88% | 0.32 | 156.53 | (0.22) | (16.64) |
| TSLA | 2018-09-14 | $500.00 | 2018-08-10 | 1.91% | 0.0959 | 0.14 | --- | 312.90 | 51.55% | 0.03 | 186.21 | 0.11 | --- | 343.59 | 51.55% | 0.22 | 155.71 | (0.08) | --- |
| TSLA | 2018-09-14 | $500.00 | 2018-08-13 | 1.92% | 0.0877 | --- | --- | 312.90 | 49.63% | 0.01 | 186.27 | --- | --- | 341.77 | 49.63% | 0.10 | 157.48 | --- | --- |
| TSLA | 2018-09-14 | $500.00 | 2018-08-14 | 1.95% | 0.0849 | --- | --- | 312.90 | 48.96% | 0.01 | 186.27 | --- | --- | 332.76 | 48.96% | 0.04 | 166.45 | --- | --- |
| TSLA | 2018-09-14 | $500.00 | 2018-08-15 | 1.95% | 0.0822 | --- | --- | 312.90 | 50.09% | 0.01 | 186.30 | --- | --- | 326.12 | 50.09% | 0.03 | 173.11 | --- | --- |
| TSLA | 2018-09-14 | $500.00 | 2018-08-16 | 1.95% | 0.0795 | --- | --- | 312.90 | 49.24% | 0.01 | 186.33 | --- | --- | 324.18 | 49.24% | 0.01 | 175.06 | --- | --- |
| TSLA | 2018-09-21 | $300.00 | 2018-08-07 | 1.95% | 0.1233 | 82.00 | 3.90 | 312.90 | 41.08% | 25.24 | 11.62 | 56.76 | (7.72) | 356.30 | 41.08% | 59.61 | 2.59 | 22.39 | 1.31 |
| TSLA | 2018-09-21 | $300.00 | 2018-08-08 | 1.92% | 0.1205 | 73.65 | 5.60 | 312.90 | 44.25% | 26.32 | 12.72 | 47.33 | (7.12) | 353.59 | 44.25% | 57.81 | 3.53 | 15.84 | 2.07 |
| TSLA | 2018-09-21 | $300.00 | 2018-08-09 | 1.90% | 0.1178 | 60.50 | 10.35 | 312.90 | 52.88% | 29.58 | 16.00 | 30.92 | (5.65) | 342.86 | 52.88% | 51.17 | 7.63 | 9.33 | 2.72 |
| TSLA | 2018-09-21 | $300.00 | 2018-08-10 | 1.91% | 0.1151 | 64.60 | 9.17 | 312.90 | 50.86% | 28.51 | 14.95 | 36.09 | (5.78) | 343.59 | 50.86% | 50.90 | 6.65 | 13.70 | 2.52 |
| TSLA | 2018-09-21 | $300.00 | 2018-08-13 | 1.92% | 0.1068 | 66.90 | 7.95 | 312.90 | 49.21% | 27.12 | 13.60 | 39.78 | (5.65) | 341.77 | 49.21% | 48.31 | 5.92 | 18.59 | 2.03 |
| TSLA | 2018-09-21 | $300.00 | 2018-08-14 | 1.95% | 0.1041 | 57.00 | 8.50 | 312.90 | 48.93% | 26.76 | 13.25 | 30.24 | (4.75) | 332.76 | 48.93% | 40.85 | 7.48 | 16.15 | 1.02 |
| TSLA | 2018-09-21 | $300.00 | 2018-08-15 | 1.95% | 0.1014 | 47.25 | 10.01 | 312.90 | 49.91% | 26.88 | 13.38 | 20.37 | (3.37) | 326.12 | 49.91% | 35.95 | 9.24 | 11.30 | 0.77 |
| TSLA | 2018-09-21 | $300.00 | 2018-08-16 | 1.95% | 0.0986 | 44.75 | 10.10 | 312.90 | 49.18% | 26.34 | 12.86 | 18.41 | (2.76) | 324.18 | 49.18% | 34.05 | 9.29 | 10.70 | 0.81 |
| TSLA | 2018-09-21 | $340.00 | 2018-08-07 | 1.95% | 0.1233 | 48.00 | 9.42 | 312.90 | 41.08% | 8.45 | 34.73 | 39.55 | (25.31) | 356.30 | 41.08% | 29.70 | 12.59 | 18.30 | (3.17) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-08 | 1.92% | 0.1205 | 42.00 | 12.62 | 312.90 | 44.25% | 9.50 | 35.81 | 32.50 | (23.19) | 353.59 | 44.25% | 29.17 | 14.79 | 12.83 | (2.17) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-09 | 1.90% | 0.1178 | 32.55 | 20.80 | 312.90 | 52.88% | 12.70 | 39.04 | 19.85 | (18.24) | 342.86 | 52.88% | 26.51 | 22.89 | 6.04 | (2.09) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-10 | 1.91% | 0.1151 | 32.50 | 18.45 | 312.90 | 50.86% | 11.65 | 38.00 | 20.85 | (19.55) | 343.59 | 50.86% | 25.70 | 21.37 | 6.80 | (2.92) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-13 | 1.92% | 0.1068 | 32.80 | 17.25 | 312.90 | 49.21% | 10.29 | 36.69 | 22.51 | (19.44) | 341.77 | 49.21% | 23.09 | 20.62 | 9.71 | (3.37) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-14 | 1.95% | 0.1041 | 26.65 | 19.13 | 312.90 | 48.93% | 9.95 | 36.36 | 16.70 | (17.23) | 332.76 | 48.93% | 18.03 | 24.58 | 8.62 | (5.45) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-15 | 1.95% | 0.1014 | 20.32 | 22.27 | 312.90 | 49.91% | 10.06 | 36.49 | 10.26 | (14.22) | 326.12 | 49.91% | 15.12 | 28.33 | 5.20 | (6.06) |
| TSLA | 2018-09-21 | $340.00 | 2018-08-16 | 1.95% | 0.0986 | 17.96 | 23.07 | 312.90 | 49.18% | 9.55 | 35.99 | 8.41 | (12.92) | 324.18 | 49.18% | 13.73 | 28.89 | 4.23 | (5.82) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-07 | 1.95% | 0.1233 | 21.71 | 23.00 | 312.90 | 41.08% | 2.12 | 68.30 | 19.59 | (45.30) | 356.30 | 41.08% | 11.67 | 34.45 | 10.04 | (11.45) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-08 | 1.92% | 0.1205 | 17.27 | 28.00 | 312.90 | 44.25% | 2.68 | 68.89 | 14.59 | (40.89) | 353.59 | 44.25% | 11.93 | 37.46 | 5.34 | (9.46) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-09 | 1.90% | 0.1178 | 12.25 | 41.55 | 312.90 | 52.88% | 4.65 | 70.89 | 7.60 | (29.34) | 342.86 | 52.88% | 11.86 | 48.15 | 0.39 | (6.60) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-10 | 1.91% | 0.1151 | 11.95 | 39.17 | 312.90 | 50.86% | 3.96 | 70.22 | 7.99 | (31.05) | 343.59 | 50.86% | 10.99 | 46.56 | 0.96 | (7.39) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-13 | 1.92% | 0.1068 | 11.20 | 34.74 | 312.90 | 49.21% | 3.13 | 69.45 | 8.07 | (34.71) | 341.77 | 49.21% | 9.04 | 46.48 | 2.16 | (11.74) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-14 | 1.95% | 0.1041 | 7.79 | 38.52 | 312.90 | 48.93% | 2.94 | 69.26 | 4.85 | (30.74) | 332.76 | 48.93% | 6.40 | 52.87 | 1.39 | (14.35) |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-15 | 1.95% | 0.1014 | 5.30 | 47.23 | 312.90 | 49.91% | 3.00 | 69.35 | 2.30 | (22.12) | 326.12 | 49.91% | 5.11 | 58.24 | 0.19 | (11.01) |
| TSLA | 2018-09-21 | $380.00 | 2018-08-16 | 1.95% | 0.0986 | 4.25 | 48.33 | 312.90 | 49.18% | 2.71 | 69.08 | 1.54 | (20.75) | 324.18 | 49.18% | 4.37 | 59.45 | (0.12) | (11.12) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-07 | 1.95% | 0.1233 | 5.00 | 56.00 | 312.90 | 41.08% | 0.41 | 106.50 | 4.59 | (50.50) | 356.30 | 41.08% | 3.64 | 66.33 | 1.36 | (10.33) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-08 | 1.92% | 0.1205 | 4.30 | 50.90 | 312.90 | 44.25% | 0.61 | 106.74 | 3.69 | (55.84) | 353.59 | 44.25% | 4.01 | 69.45 | 0.29 | (18.55) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-09 | 1.90% | 0.1178 | 2.75 | --- | 312.90 | 52.88% | 1.49 | 107.65 | 1.26 | --- | 342.86 | 52.88% | 4.66 | 80.86 | (1.91) | --- |
| TSLA | 2018-09-21 | $420.00 | 2018-08-10 | 1.91% | 0.1151 | 2.80 | --- | 312.90 | 50.86% | 1.16 | 107.33 | 1.64 | --- | 343.59 | 50.86% | 4.05 | 79.53 | (1.25) | --- |
| TSLA | 2018-09-21 | $420.00 | 2018-08-13 | 1.92% | 0.1068 | 2.25 | 63.45 | 312.90 | 49.21% | 0.79 | 107.03 | 1.46 | (43.58) | 341.77 | 49.21% | 2.96 | 80.32 | (0.71) | (16.87) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-14 | 1.95% | 0.1041 | 1.57 | 68.90 | 312.90 | 48.93% | 0.71 | 106.96 | 0.86 | (38.06) | 332.76 | 48.93% | 1.88 | 88.27 | (0.31) | (19.37) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-15 | 1.95% | 0.1014 | 1.09 | 89.83 | 312.90 | 49.91% | 0.74 | 107.01 | 0.35 | (17.18) | 326.12 | 49.91% | 1.43 | 94.48 | (0.34) | (4.65) |
| TSLA | 2018-09-21 | $420.00 | 2018-08-16 | 1.95% | 0.0986 | 0.85 | --- | 312.90 | 49.18% | 0.63 | 106.92 | 0.22 | --- | 324.18 | 49.18% | 1.13 | 96.14 | (0.28) | --- |
| TSLA | 2018-09-21 | $460.00 | 2018-08-07 | 1.95% | 0.1233 | 0.30 | --- | 312.90 | 41.08% | 0.07 | 146.06 | 0.22 | --- | 356.30 | 41.08% | 0.93 | 103.53 | (0.63) | --- |
| TSLA | 2018-09-21 | $460.00 | 2018-08-08 | 1.92% | 0.1205 | 0.81 | --- | 312.90 | 44.25% | 0.12 | 146.15 | 0.69 | --- | 353.59 | 44.25% | 1.14 | 106.48 | (0.33) | --- |
| TSLA | 2018-09-21 | $460.00 | 2018-08-09 | 1.90% | 0.1178 | 0.62 | --- | 312.90 | 52.88% | 0.43 | 146.50 | 0.19 | --- | 342.86 | 52.88% | 1.64 | 117.75 | (1.02) | --- |
| TSLA | 2018-09-21 | $460.00 | 2018-08-10 | 1.91% | 0.1151 | 0.49 | --- | 312.90 | 50.86% | 0.30 | 146.39 | 0.19 | --- | 343.59 | 50.86% | 1.32 | 116.72 | (0.83) | --- |
| TSLA | 2018-09-21 | $460.00 | 2018-08-13 | 1.92% | 0.1068 | 0.46 | --- | 312.90 | 49.21% | 0.17 | 146.33 | 0.29 | --- | 341.77 | 49.21% | 0.83 | 118.12 | (0.37) | --- |
| TSLA | 2018-09-21 | $460.00 | 2018-08-14 | 1.95% | 0.1041 | 0.37 | --- | 312.90 | 48.93% | 0.15 | 146.31 | 0.22 | --- | 332.76 | 48.93% | 0.47 | 126.78 | (0.10) | --- |
| TSLA | 2018-09-21 | $460.00 | 2018-08-15 | 1.95% | 0.1014 | 0.26 | --- | 312.90 | 49.91% | 0.16 | 146.34 | 0.10 | --- | 326.12 | 49.91% | 0.34 | 133.32 | (0.08) | --- |
| TSLA | 2018-09-21 | $460.00 | 2018-08-16 | 1.95% | 0.0986 | --- | --- | 312.90 | 49.18% | 0.12 | 146.34 | --- | --- | 324.18 | 49.18% | 0.25 | 135.18 | --- | --- |
| TSLA | 2018-09-21 | $500.00 | 2018-08-07 | 1.95% | 0.1233 | 0.47 | --- | 312.90 | 41.08% | 0.01 | 185.90 | 0.46 | --- | 356.30 | 41.08% | 0.20 | 142.70 | 0.27 | --- |
| TSLA | 2018-09-21 | $500.00 | 2018-08-08 | 1.92% | 0.1205 | 0.29 | 123.52 | 312.90 | 44.25% | 0.02 | 185.96 | 0.27 | (62.44) | 353.59 | 44.25% | 0.28 | 145.53 | 0.01 | (22.01) |
| TSLA | 2018-09-21 | $500.00 | 2018-08-09 | 1.90% | 0.1178 | 0.17 | --- | 312.90 | 52.88% | 0.12 | 186.09 | 0.05 | --- | 342.86 | 52.88% | 0.53 | 156.55 | (0.36) | --- |
| TSLA | 2018-09-21 | $500.00 | 2018-08-10 | 1.91% | 0.1151 | 0.21 | --- | 312.90 | 50.86% | 0.07 | 186.07 | 0.14 | --- | 343.59 | 50.86% | 0.39 | 155.70 | (0.18) | --- |
| TSLA | 2018-09-21 | $500.00 | 2018-08-13 | 1.92% | 0.1068 | 0.15 | --- | 312.90 | 49.21% | 0.03 | 186.10 | 0.12 | --- | 341.77 | 49.21% | 0.21 | 157.41 | (0.06) | --- |
| TSLA | 2018-09-21 | $500.00 | 2018-08-14 | 1.95% | 0.1041 | 0.13 | --- | 312.90 | 48.93% | 0.03 | 186.11 | 0.10 | --- | 332.76 | 48.93% | 0.10 | 166.33 | 0.03 | --- |
| TSLA | 2018-09-21 | $500.00 | 2018-08-15 | 1.95% | 0.1014 | 0.13 | --- | 312.90 | 49.91% | 0.03 | 186.14 | 0.10 | --- | 326.12 | 49.91% | 0.07 | 172.97 | 0.06 | --- |
| TSLA | 2018-09-21 | $500.00 | 2018-08-16 | 1.95% | 0.0986 | 0.12 | --- | 312.90 | 49.18% | 0.02 | 186.16 | 0.10 | --- | 324.18 | 49.18% | 0.05 | 174.90 | 0.07 | --- |
| TSLA | 2018-09-28 | $300.00 | 2018-08-09 | 1.90% | 0.1370 | --- | 8.75 | 312.90 | 52.11% | 30.98 | 17.30 | --- | (8.55) | 342.86 | 52.11% | 52.36 | 8.72 | --- | 0.03 |
| TSLA | 2018-09-28 | $300.00 | 2018-08-10 | 1.91% | 0.1342 | 68.11 | 10.45 | 312.90 | 50.29% | 29.96 | 16.28 | 38.15 | (5.83) | 343.59 | 50.29% | 52.08 | 7.73 | 16.03 | 2.72 |
| TSLA | 2018-09-28 | $300.00 | 2018-08-13 | 1.92% | 0.1260 | 66.85 | 9.48 | 312.90 | 48.55% | 28.53 | 14.90 | 38.32 | (5.42) | 341.77 | 48.55% | 49.46 | 6.96 | 17.39 | 2.52 |
| TSLA | 2018-09-28 | $300.00 | 2018-08-14 | 1.95% | 0.1233 | --- | 9.95 | 312.90 | 48.60% | 28.33 | 14.70 | --- | (4.75) | 332.76 | 48.60% | 42.23 | 8.75 | --- | 1.20 |
| TSLA | 2018-09-28 | $300.00 | 2018-08-15 | 1.95% | 0.1205 | --- | 11.90 | 312.90 | 49.70% | 28.54 | 14.94 | --- | (3.04) | 326.12 | 49.70% | 37.51 | 10.69 | --- | 1.21 |
| TSLA | 2018-09-28 | $300.00 | 2018-08-16 | 1.95% | 0.1178 | --- | 11.88 | 312.90 | 49.33% | 28.15 | 14.56 | --- | (2.68) | 324.18 | 49.33% | 35.76 | 10.88 | --- | 1.00 |
| TSLA | 2018-09-28 | $340.00 | 2018-08-09 | 1.90% | 0.1370 | --- | --- | 312.90 | 52.11% | 14.08 | 40.29 | --- | --- | 342.86 | 52.11% | 28.11 | 24.37 | --- | (2.39) |
| TSLA | 2018-09-28 | $340.00 | 2018-08-10 | 1.91% | 0.1342 | 31.98 | 20.50 | 312.90 | 50.29% | 13.06 | 39.28 | 18.92 | (18.78) | 343.59 | 50.29% | 27.35 | 22.89 | 4.63 | (2.39) |
| TSLA | 2018-09-28 | $340.00 | 2018-08-13 | 1.92% | 0.1260 | 35.65 | 19.65 | 312.90 | 48.55% | 11.65 | 37.93 | 24.00 | (18.28) | 341.77 | 48.55% | 24.70 | 22.11 | 10.95 | (2.46) |
| TSLA | 2018-09-28 | $340.00 | 2018-08-14 | 1.95% | 0.1233 | 30.65 | 21.80 | 312.90 | 48.60% | 11.45 | 37.73 | 19.20 | (15.93) | 332.76 | 48.60% | 19.77 | 26.20 | 10.88 | (4.40) |
| TSLA | 2018-09-28 | $340.00 | 2018-08-15 | 1.95% | 0.1205 | 22.54 | 24.00 | 312.90 | 49.70% | 11.67 | 37.97 | 10.87 | (13.97) | 326.12 | 49.70% | 16.92 | 30.01 | 5.62 | (6.01) |
| TSLA | 2018-09-28 | $340.00 | 2018-08-16 | 1.95% | 0.1178 | 20.50 | 25.05 | 312.90 | 49.33% | 11.29 | 37.60 | 9.21 | (12.55) | 324.18 | 49.33% | 15.65 | 30.69 | 4.85 | (5.64) |
| TSLA | 2018-09-28 | $380.00 | 2018-08-09 | 1.90% | 0.1370 | 12.69 | --- | 312.90 | 52.11% | 5.58 | 71.69 | 7.11 | --- | 342.86 | 52.11% | 13.30 | 49.45 | (0.61) | --- |
| TSLA | 2018-09-28 | $380.00 | 2018-08-10 | 1.91% | 0.1342 | 12.10 | --- | 312.90 | 50.29% | 4.88 | 71.00 | 7.22 | --- | 343.59 | 50.29% | 12.46 | 47.90 | (0.36) | --- |
| TSLA | 2018-09-28 | $380.00 | 2018-08-13 | 1.92% | 0.1260 | 12.90 | --- | 312.90 | 48.55% | 3.96 | 70.14 | 8.94 | --- | 341.77 | 48.55% | 10.42 | 47.73 | 2.48 | --- |
| TSLA | 2018-09-28 | $380.00 | 2018-08-14 | 1.95% | 0.1233 | 9.59 | --- | 312.90 | 48.60% | 3.83 | 70.02 | 5.76 | --- | 332.76 | 48.60% | 7.74 | 54.07 | 1.85 | --- |
| TSLA | 2018-09-28 | $380.00 | 2018-08-15 | 1.95% | 0.1205 | 5.80 | --- | 312.90 | 49.70% | 3.97 | 70.18 | 1.83 | --- | 326.12 | 49.70% | 6.39 | 59.38 | (0.59) | --- |
| TSLA | 2018-09-28 | $380.00 | 2018-08-16 | 1.95% | 0.1178 | 5.10 | --- | 312.90 | 49.33% | 3.73 | 69.95 | 1.37 | --- | 324.18 | 49.33% | 5.68 | 60.63 | (0.58) | --- |
| TSLA | 2018-09-28 | $420.00 | 2018-08-09 | 1.90% | 0.1370 | 3.13 | --- | 312.90 | 52.11% | 1.98 | 107.99 | 1.15 | --- | 342.86 | 52.11% | 5.64 | 81.69 | (2.51) | --- |
| TSLA | 2018-09-28 | $420.00 | 2018-08-10 | 1.91% | 0.1342 | 3.44 | --- | 312.90 | 50.29% | 1.61 | 107.63 | 1.83 | --- | 343.59 | 50.29% | 5.01 | 80.35 | (1.57) | --- |
| TSLA | 2018-09-28 | $420.00 | 2018-08-13 | 1.92% | 0.1260 | 3.15 | --- | 312.90 | 48.55% | 1.16 | 107.24 | 1.99 | --- | 341.77 | 48.55% | 3.79 | 81.00 | (0.64) | --- |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2018-09-28 | $420.00 | 2018-08-14 | 1.95% | 0.1233 | 1.83 | --- | 312.90 | 48.60% | 1.10 | 107.18 | 0.73 | --- | 332.76 | 48.60% | 2.60 | 88.83 | (0.77) | --- |
| TSLA | 2018-09-28 | $420.00 | 2018-08-15 | 1.95% | 0.1205 | 1.25 | --- | 312.90 | 49.70% | 1.16 | 107.27 | 0.09 | --- | 326.12 | 49.70% | 2.08 | 94.97 | (0.83) | --- |
| TSLA | 2018-09-28 | $420.00 | 2018-08-16 | 1.95% | 0.1178 | 1.00 | --- | 312.90 | 49.33% | 1.05 | 107.18 | (0.05) | --- | 324.18 | 49.33% | 1.76 | 96.61 | (0.76) | --- |
| TSLA | 2018-09-28 | $460.00 | 2018-08-09 | 1.90% | 0.1370 | --- | --- | 312.90 | 52.11% | 0.64 | 146.54 | --- | --- | 342.86 | 52.11% | 2.18 | 118.13 | --- | --- |
| TSLA | 2018-09-28 | $460.00 | 2018-08-10 | 1.91% | 0.1342 | --- | --- | 312.90 | 50.29% | 0.48 | 146.40 | --- | --- | 343.59 | 50.29% | 1.82 | 117.05 | --- | --- |
| TSLA | 2018-09-28 | $460.00 | 2018-08-13 | 1.92% | 0.1260 | --- | --- | 312.90 | 48.55% | 0.30 | 146.28 | --- | --- | 341.77 | 48.55% | 1.22 | 118.33 | --- | --- |
| TSLA | 2018-09-28 | $460.00 | 2018-08-14 | 1.95% | 0.1233 | --- | --- | 312.90 | 48.60% | 0.28 | 146.27 | --- | --- | 332.76 | 48.60% | 0.77 | 126.90 | --- | --- |
| TSLA | 2018-09-28 | $460.00 | 2018-08-15 | 1.95% | 0.1205 | --- | --- | 312.90 | 49.70% | 0.30 | 146.32 | --- | --- | 326.12 | 49.70% | 0.60 | 133.40 | --- | --- |
| TSLA | 2018-09-28 | $460.00 | 2018-08-16 | 1.95% | 0.1178 | --- | --- | 312.90 | 49.33% | 0.26 | 146.30 | --- | --- | 324.18 | 49.33% | 0.48 | 135.24 | --- | --- |
| TSLA | 2018-09-28 | $500.00 | 2018-08-09 | 1.90% | 0.1370 | --- | --- | 312.90 | 52.11% | 0.20 | 185.99 | --- | --- | 342.86 | 52.11% | 0.79 | 156.63 | --- | --- |
| TSLA | 2018-09-28 | $500.00 | 2018-08-10 | 1.91% | 0.1342 | --- | --- | 312.90 | 50.29% | 0.13 | 185.95 | --- | --- | 343.59 | 50.29% | 0.61 | 155.74 | --- | --- |
| TSLA | 2018-09-28 | $500.00 | 2018-08-13 | 1.92% | 0.1260 | --- | --- | 312.90 | 48.55% | 0.07 | 185.96 | --- | --- | 341.77 | 48.55% | 0.35 | 157.37 | --- | --- |
| TSLA | 2018-09-28 | $500.00 | 2018-08-14 | 1.95% | 0.1233 | --- | --- | 312.90 | 48.60% | 0.06 | 185.96 | --- | --- | 332.76 | 48.60% | 0.20 | 166.24 | --- | --- |
| TSLA | 2018-09-28 | $500.00 | 2018-08-15 | 1.95% | 0.1205 | --- | --- | 312.90 | 49.70% | 0.07 | 185.99 | --- | --- | 326.12 | 49.70% | 0.16 | 172.86 | --- | --- |
| TSLA | 2018-09-28 | $500.00 | 2018-08-16 | 1.95% | 0.1178 | --- | --- | 312.90 | 49.33% | 0.06 | 186.01 | --- | --- | 324.18 | 49.33% | 0.12 | 174.79 | --- | --- |
| TSLA | 2018-10-19 | $300.00 | 2018-08-07 | 2.05% | 0.2000 | 85.00 | 7.00 | 312.90 | 57.54% | 38.88 | 24.74 | 46.12 | (17.74) | 356.30 | 45.79% | 64.72 | 7.20 | 20.28 | (0.20) |
| TSLA | 2018-10-19 | $300.00 | 2018-08-08 | 2.05% | 0.1973 | 78.26 | 9.70 | 312.90 | 57.54% | 38.66 | 24.54 | 39.60 | (14.84) | 353.59 | 45.79% | 62.34 | 7.54 | 15.92 | 2.16 |
| TSLA | 2018-10-19 | $300.00 | 2018-08-09 | 2.05% | 0.1945 | 67.10 | 15.70 | 312.90 | 57.54% | 38.44 | 24.34 | 28.66 | (8.64) | 342.86 | 45.79% | 53.56 | 9.51 | 13.54 | 6.19 |
| TSLA | 2018-10-19 | $300.00 | 2018-08-10 | 2.04% | 0.1918 | 69.00 | 14.57 | 312.90 | 57.54% | 38.21 | 24.13 | 30.79 | (9.56) | 343.59 | 45.79% | 53.98 | 9.22 | 15.02 | 5.35 |
| TSLA | 2018-10-19 | $300.00 | 2018-08-13 | 2.05% | 0.1836 | 71.20 | 13.00 | 312.90 | 57.54% | 37.54 | 23.51 | 33.66 | (10.51) | 341.77 | 45.79% | 52.08 | 9.19 | 19.12 | 3.81 |
| TSLA | 2018-10-19 | $300.00 | 2018-08-14 | 2.07% | 0.1808 | 64.60 | 13.87 | 312.90 | 57.54% | 37.31 | 23.29 | 27.29 | (9.42) | 332.76 | 45.79% | 45.05 | 11.17 | 19.55 | 2.70 |
| TSLA | 2018-10-19 | $300.00 | 2018-08-15 | 2.06% | 0.1781 | 50.32 | 16.10 | 312.90 | 57.54% | 37.08 | 23.08 | 13.24 | (6.98) | 326.12 | 45.79% | 40.06 | 12.84 | 10.26 | 3.26 |
| TSLA | 2018-10-19 | $300.00 | 2018-08-16 | 2.06% | 0.1753 | 51.50 | 16.65 | 312.90 | 57.54% | 36.85 | 22.86 | 14.65 | (6.21) | 324.18 | 45.79% | 38.52 | 13.25 | 12.98 | 3.40 |
| TSLA | 2018-10-19 | $340.00 | 2018-08-07 | 2.05% | 0.2000 | 48.80 | 13.63 | 312.90 | 57.54% | 22.04 | 47.75 | 26.76 | (34.12) | 356.30 | 45.79% | 38.05 | 20.36 | 10.75 | (6.73) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-08 | 2.05% | 0.1973 | 46.75 | 18.51 | 312.90 | 57.54% | 21.82 | 47.54 | 24.93 | (29.03) | 353.59 | 45.79% | 36.14 | 21.18 | 10.61 | (2.67) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-09 | 2.05% | 0.1945 | 37.23 | 28.37 | 312.90 | 57.54% | 21.59 | 47.34 | 15.64 | (18.97) | 342.86 | 45.79% | 29.57 | 25.35 | 7.66 | 3.02 |
| TSLA | 2018-10-19 | $340.00 | 2018-08-10 | 2.04% | 0.1918 | 38.10 | 24.40 | 312.90 | 57.54% | 21.37 | 47.13 | 16.73 | (22.73) | 343.59 | 45.79% | 29.77 | 24.86 | 8.33 | (0.46) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-13 | 2.05% | 0.1836 | 39.00 | 23.48 | 312.90 | 57.54% | 20.68 | 46.50 | 18.32 | (23.02) | 341.77 | 45.79% | 28.14 | 25.09 | 10.86 | (1.61) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-14 | 2.07% | 0.1808 | 32.90 | 25.43 | 312.90 | 57.54% | 20.45 | 46.28 | 12.45 | (20.85) | 332.76 | 45.79% | 23.16 | 29.13 | 9.74 | (3.70) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-15 | 2.06% | 0.1781 | 27.50 | 29.72 | 312.90 | 57.54% | 20.22 | 46.07 | 7.28 | (16.35) | 326.12 | 45.79% | 19.76 | 32.40 | 7.74 | (2.68) |
| TSLA | 2018-10-19 | $340.00 | 2018-08-16 | 2.06% | 0.1753 | 24.71 | 30.45 | 312.90 | 57.54% | 19.98 | 45.85 | 4.73 | (15.40) | 324.18 | 45.79% | 18.69 | 33.28 | 6.02 | (2.83) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-07 | 2.05% | 0.2000 | 22.00 | 27.58 | 312.90 | 57.54% | 11.78 | 77.32 | 10.22 | (49.74) | 356.30 | 45.79% | 20.17 | 42.32 | 1.83 | (14.74) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-08 | 2.05% | 0.1973 | 22.90 | 34.10 | 312.90 | 57.54% | 11.59 | 77.15 | 11.31 | (43.05) | 353.59 | 45.79% | 18.84 | 43.72 | 4.06 | (9.62) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-09 | 2.05% | 0.1945 | 18.15 | 46.75 | 312.90 | 57.54% | 11.40 | 76.99 | 6.75 | (30.24) | 342.86 | 45.79% | 14.59 | 50.22 | 3.56 | (3.47) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-10 | 2.04% | 0.1918 | 16.86 | 43.86 | 312.90 | 57.54% | 11.21 | 76.83 | 5.65 | (32.97) | 343.59 | 45.79% | 14.66 | 49.58 | 2.20 | (5.72) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-13 | 2.05% | 0.1836 | 17.50 | 41.30 | 312.90 | 57.54% | 10.65 | 76.32 | 6.85 | (35.02) | 341.77 | 45.79% | 13.47 | 50.27 | 4.03 | (8.97) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-14 | 2.07% | 0.1808 | 13.00 | 43.20 | 312.90 | 57.54% | 10.46 | 76.14 | 2.54 | (32.94) | 332.76 | 45.79% | 10.49 | 56.31 | 2.51 | (13.11) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-15 | 2.06% | 0.1781 | 9.61 | 55.20 | 312.90 | 57.54% | 10.27 | 75.97 | (0.66) | (20.77) | 326.12 | 45.79% | 8.55 | 61.04 | 1.06 | (5.84) |
| TSLA | 2018-10-19 | $380.00 | 2018-08-16 | 2.06% | 0.1753 | 8.40 | --- | 312.90 | 57.54% | 10.08 | 75.80 | (1.68) | --- | 324.18 | 45.79% | 7.92 | 62.36 | 0.48 | --- |
| TSLA | 2018-10-19 | $420.00 | 2018-08-07 | 2.05% | 0.2000 | 8.50 | 62.50 | 312.90 | 57.54% | 6.01 | 111.39 | 2.49 | (48.89) | 356.30 | 45.79% | 9.76 | 71.74 | (1.26) | (9.24) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-08 | 2.05% | 0.1973 | 8.00 | 55.77 | 312.90 | 57.54% | 5.87 | 111.27 | 2.13 | (55.50) | 353.59 | 45.79% | 8.95 | 73.66 | (0.95) | (17.89) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-09 | 2.05% | 0.1945 | 6.05 | 77.45 | 312.90 | 57.54% | 5.74 | 111.16 | 0.31 | (33.71) | 342.86 | 45.79% | 6.54 | 82.00 | (0.49) | (4.55) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-10 | 2.04% | 0.1918 | 5.85 | 70.50 | 312.90 | 57.54% | 5.60 | 111.06 | 0.25 | (40.56) | 343.59 | 45.79% | 6.54 | 81.31 | (0.69) | (10.81) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-13 | 2.05% | 0.1836 | 5.30 | 75.35 | 312.90 | 57.54% | 5.20 | 110.72 | 0.10 | (35.37) | 341.77 | 45.79% | 5.80 | 82.45 | (0.50) | (7.10) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-14 | 2.07% | 0.1808 | 3.77 | 72.80 | 312.90 | 57.54% | 5.07 | 110.59 | (1.30) | (37.79) | 332.76 | 45.79% | 4.26 | 89.93 | (0.49) | (17.13) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-15 | 2.06% | 0.1781 | 2.24 | 84.16 | 312.90 | 57.54% | 4.93 | 110.49 | (2.69) | (26.33) | 326.12 | 45.79% | 3.31 | 95.65 | (1.07) | (11.49) |
| TSLA | 2018-10-19 | $420.00 | 2018-08-16 | 2.06% | 0.1753 | 1.90 | --- | 312.90 | 57.54% | 4.80 | 110.38 | (2.90) | --- | 324.18 | 45.79% | 3.00 | 97.30 | (1.10) | --- |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2018-10-19 | $460.00 | 2018-08-07 | 2.05% | 0.2000 | 2.10 | --- | 312.90 | 57.54% | 2.96 | 148.17 | (0.86) | --- | 356.30 | 45.79% | 4.37 | 106.19 | (2.27) | --- |
| TSLA | 2018-10-19 | $460.00 | 2018-08-08 | 2.05% | 0.1973 | 1.97 | --- | 312.90 | 57.54% | 2.87 | 148.11 | (0.90) | --- | 353.59 | 45.79% | 3.93 | 108.48 | (1.96) | --- |
| TSLA | 2018-10-19 | $460.00 | 2018-08-09 | 2.05% | 0.1945 | 1.35 | --- | 312.90 | 57.54% | 2.78 | 148.05 | (1.43) | --- | 342.86 | 45.79% | 2.70 | 118.01 | (1.35) | --- |
| TSLA | 2018-10-19 | $460.00 | 2018-08-10 | 2.04% | 0.1918 | 1.35 | --- | 312.90 | 57.54% | 2.69 | 147.99 | (1.34) | --- | 343.59 | 45.79% | 2.69 | 117.30 | (1.34) | --- |
| TSLA | 2018-10-19 | $460.00 | 2018-08-13 | 2.05% | 0.1836 | 0.94 | --- | 312.90 | 57.54% | 2.44 | 147.80 | (1.50) | --- | 341.77 | 45.79% | 2.29 | 118.79 | (1.35) | --- |
| TSLA | 2018-10-19 | $460.00 | 2018-08-14 | 2.07% | 0.1808 | 0.88 | --- | 312.90 | 57.54% | 2.35 | 147.73 | (1.47) | --- | 332.76 | 45.79% | 1.59 | 127.11 | (0.71) | --- |
| TSLA | 2018-10-19 | $460.00 | 2018-08-15 | 2.06% | 0.1781 | 0.62 | --- | 312.90 | 57.54% | 2.27 | 147.68 | (1.65) | --- | 326.12 | 45.79% | 1.17 | 133.37 | (0.55) | --- |
| TSLA | 2018-10-19 | $460.00 | 2018-08-16 | 2.06% | 0.1753 | 0.45 | --- | 312.90 | 57.54% | 2.19 | 147.63 | (1.74) | --- | 324.18 | 45.79% | 1.04 | 135.19 | (0.59) | --- |
| TSLA | 2018-10-19 | $500.00 | 2018-08-07 | 2.05% | 0.2000 | 0.45 | --- | 312.90 | 57.54% | 1.42 | 186.47 | (0.97) | --- | 356.30 | 45.79% | 1.84 | 143.49 | (1.39) | --- |
| TSLA | 2018-10-19 | $500.00 | 2018-08-08 | 2.05% | 0.1973 | 0.40 | --- | 312.90 | 57.54% | 1.37 | 186.44 | (0.97) | --- | 353.59 | 45.79% | 1.62 | 146.01 | (1.22) | --- |
| TSLA | 2018-10-19 | $500.00 | 2018-08-09 | 2.05% | 0.1945 | 0.40 | --- | 312.90 | 57.54% | 1.31 | 186.42 | (0.91) | --- | 342.86 | 45.79% | 1.05 | 156.20 | (0.65) | --- |
| TSLA | 2018-10-19 | $500.00 | 2018-08-10 | 2.04% | 0.1918 | 0.40 | --- | 312.90 | 57.54% | 1.26 | 186.40 | (0.86) | --- | 343.59 | 45.79% | 1.04 | 155.49 | (0.64) | --- |
| TSLA | 2018-10-19 | $500.00 | 2018-08-13 | 2.05% | 0.1836 | 0.31 | --- | 312.90 | 57.54% | 1.11 | 186.33 | (0.80) | --- | 341.77 | 45.79% | 0.85 | 157.20 | (0.54) | --- |
| TSLA | 2018-10-19 | $500.00 | 2018-08-14 | 2.07% | 0.1808 | 0.22 | --- | 312.90 | 57.54% | 1.06 | 186.29 | (0.84) | --- | 332.76 | 45.79% | 0.55 | 165.92 | (0.33) | --- |
| TSLA | 2018-10-19 | $500.00 | 2018-08-15 | 2.06% | 0.1781 | --- | --- | 312.90 | 57.54% | 1.01 | 186.28 | --- | --- | 326.12 | 45.79% | 0.39 | 172.44 | --- | --- |
| TSLA | 2018-10-19 | $500.00 | 2018-08-16 | 2.06% | 0.1753 | 0.25 | --- | 312.90 | 57.54% | 0.97 | 186.26 | (0.72) | --- | 324.18 | 45.79% | 0.33 | 174.35 | (0.08) | --- |
| TSLA | 2018-11-16 | $300.00 | 2018-08-07 | 2.05% | 0.2767 | 89.00 | 11.07 | 312.90 | 59.05% | 45.46 | 30.86 | 43.54 | (19.79) | 356.30 | 49.22% | 70.28 | 12.29 | 18.72 | (1.22) |
| TSLA | 2018-11-16 | $300.00 | 2018-08-08 | 2.05% | 0.2740 | 82.40 | 14.00 | 312.90 | 59.05% | 45.27 | 30.69 | 37.13 | (16.69) | 353.59 | 49.22% | 68.00 | 12.73 | 14.40 | 1.27 |
| TSLA | 2018-11-16 | $300.00 | 2018-08-09 | 2.05% | 0.2712 | 71.50 | 21.65 | 312.90 | 59.05% | 45.08 | 30.51 | 26.42 | (8.86) | 342.86 | 49.22% | 59.62 | 15.10 | 11.88 | 6.55 |
| TSLA | 2018-11-16 | $300.00 | 2018-08-10 | 2.04% | 0.2685 | 71.00 | 20.53 | 312.90 | 59.05% | 44.88 | 30.34 | 26.12 | (9.81) | 343.59 | 49.22% | 60.01 | 14.78 | 10.99 | 5.75 |
| TSLA | 2018-11-16 | $300.00 | 2018-08-13 | 2.05% | 0.2603 | 76.00 | 18.70 | 312.90 | 59.05% | 44.30 | 29.80 | 31.70 | (11.10) | 341.77 | 49.22% | 58.19 | 14.82 | 17.81 | 3.88 |
| TSLA | 2018-11-16 | $300.00 | 2018-08-14 | 2.07% | 0.2575 | --- | 19.68 | 312.90 | 59.05% | 44.11 | 29.61 | --- | (9.93) | 332.76 | 49.22% | 51.46 | 17.11 | --- | 2.57 |
| TSLA | 2018-11-16 | $300.00 | 2018-08-15 | 2.06% | 0.2548 | --- | 22.72 | 312.90 | 59.05% | 43.91 | 29.43 | --- | (6.71) | 326.12 | 49.22% | 46.65 | 18.96 | --- | 3.76 |
| TSLA | 2018-11-16 | $300.00 | 2018-08-16 | 2.06% | 0.2521 | 56.00 | 22.30 | 312.90 | 59.05% | 43.71 | 29.25 | 12.29 | (6.95) | 324.18 | 49.22% | 45.17 | 19.43 | 10.83 | 2.87 |
| TSLA | 2018-11-16 | $340.00 | 2018-08-07 | 2.05% | 0.2767 | 51.00 | 24.00 | 312.90 | 59.05% | 28.82 | 53.99 | 22.18 | (29.99) | 356.30 | 49.22% | 45.60 | 27.38 | 5.40 | (3.38) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-08 | 2.05% | 0.2740 | 52.50 | 24.00 | 312.90 | 59.05% | 28.62 | 53.81 | 23.88 | (29.81) | 353.59 | 49.22% | 43.73 | 28.23 | 8.77 | (4.23) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-09 | 2.05% | 0.2712 | 42.71 | 33.63 | 312.90 | 59.05% | 28.42 | 53.63 | 14.29 | (20.00) | 342.86 | 49.22% | 37.15 | 32.40 | 5.56 | 1.23 |
| TSLA | 2018-11-16 | $340.00 | 2018-08-10 | 2.04% | 0.2685 | --- | 32.70 | 312.90 | 59.05% | 28.22 | 53.46 | --- | (20.76) | 343.59 | 49.22% | 37.38 | 31.93 | --- | 0.77 |
| TSLA | 2018-11-16 | $340.00 | 2018-08-13 | 2.05% | 0.2603 | 46.15 | 29.50 | 312.90 | 59.05% | 27.62 | 52.90 | 18.53 | (23.40) | 341.77 | 49.22% | 35.79 | 32.21 | 10.36 | (2.71) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-14 | 2.07% | 0.2575 | 43.50 | 29.40 | 312.90 | 59.05% | 27.42 | 52.71 | 16.08 | (23.31) | 332.76 | 49.22% | 30.69 | 36.13 | 12.81 | (6.73) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-15 | 2.06% | 0.2548 | 31.90 | 36.83 | 312.90 | 59.05% | 27.21 | 52.53 | 4.69 | (15.70) | 326.12 | 49.22% | 27.14 | 39.24 | 4.76 | (2.41) |
| TSLA | 2018-11-16 | $340.00 | 2018-08-16 | 2.06% | 0.2521 | 30.70 | 36.50 | 312.90 | 59.05% | 27.00 | 52.34 | 3.70 | (15.84) | 324.18 | 49.22% | 26.02 | 40.07 | 4.68 | (3.57) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-07 | 2.05% | 0.2767 | 30.00 | 33.96 | 312.90 | 59.05% | 17.69 | 82.64 | 12.31 | (48.68) | 356.30 | 49.22% | 28.00 | 49.55 | 2.00 | (15.59) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-08 | 2.05% | 0.2740 | 29.50 | 39.73 | 312.90 | 59.05% | 17.51 | 82.48 | 11.99 | (42.75) | 353.59 | 49.22% | 26.58 | 50.86 | 2.92 | (11.13) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-09 | 2.05% | 0.2712 | 22.44 | 53.68 | 312.90 | 59.05% | 17.34 | 82.32 | 5.10 | (28.64) | 342.86 | 49.22% | 21.83 | 56.87 | 0.61 | (3.19) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-10 | 2.04% | 0.2685 | 24.31 | --- | 312.90 | 59.05% | 17.15 | 82.17 | 7.16 | --- | 343.59 | 49.22% | 21.94 | 56.28 | 2.37 | --- |
| TSLA | 2018-11-16 | $380.00 | 2018-08-13 | 2.05% | 0.2603 | 23.30 | 47.30 | 312.90 | 59.05% | 16.61 | 81.69 | 6.69 | (34.39) | 341.77 | 49.22% | 20.69 | 56.89 | 2.61 | (9.59) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-14 | 2.07% | 0.2575 | 19.20 | 47.60 | 312.90 | 59.05% | 16.44 | 81.51 | 2.76 | (33.91) | 332.76 | 49.22% | 17.18 | 62.40 | 2.02 | (14.80) |
| TSLA | 2018-11-16 | $380.00 | 2018-08-15 | 2.06% | 0.2548 | 14.06 | --- | 312.90 | 59.05% | 16.25 | 81.36 | (2.19) | --- | 326.12 | 49.22% | 14.79 | 66.68 | (0.73) | --- |
| TSLA | 2018-11-16 | $380.00 | 2018-08-16 | 2.06% | 0.2521 | 12.79 | --- | 312.90 | 59.05% | 16.07 | 81.20 | (3.28) | --- | 324.18 | 49.22% | 14.02 | 67.87 | (1.23) | --- |
| TSLA | 2018-11-16 | $420.00 | 2018-08-07 | 2.05% | 0.2767 | 14.50 | --- | 312.90 | 59.05% | 10.60 | 115.32 | 3.90 | --- | 356.30 | 49.22% | 16.41 | 77.73 | (1.91) | --- |
| TSLA | 2018-11-16 | $420.00 | 2018-08-08 | 2.05% | 0.2740 | 12.24 | 59.88 | 312.90 | 59.05% | 10.46 | 115.20 | 1.78 | (55.32) | 353.59 | 49.22% | 15.41 | 79.46 | (3.17) | (19.58) |
| TSLA | 2018-11-16 | $420.00 | 2018-08-09 | 2.05% | 0.2712 | 9.25 | 79.53 | 312.90 | 59.05% | 10.31 | 115.08 | (1.06) | (35.55) | 342.86 | 49.22% | 12.23 | 87.04 | (2.98) | (7.51) |
| TSLA | 2018-11-16 | $420.00 | 2018-08-10 | 2.04% | 0.2685 | 8.90 | --- | 312.90 | 59.05% | 10.17 | 114.97 | (1.27) | --- | 343.59 | 49.22% | 12.27 | 86.39 | (3.37) | --- |
| TSLA | 2018-11-16 | $420.00 | 2018-08-13 | 2.05% | 0.2603 | 9.20 | --- | 312.90 | 59.05% | 9.73 | 114.59 | (0.53) | --- | 341.77 | 49.22% | 11.36 | 87.35 | (2.16) | --- |
| TSLA | 2018-11-16 | $420.00 | 2018-08-14 | 2.07% | 0.2575 | 6.65 | --- | 312.90 | 59.05% | 9.59 | 114.45 | (2.94) | --- | 332.76 | 49.22% | 9.12 | 94.13 | (2.47) | --- |
| TSLA | 2018-11-16 | $420.00 | 2018-08-15 | 2.06% | 0.2548 | 4.33 | --- | 312.90 | 59.05% | 9.44 | 114.34 | (5.11) | --- | 326.12 | 49.22% | 7.64 | 99.33 | (3.31) | --- |
| TSLA | 2018-11-16 | $420.00 | 2018-08-16 | 2.06% | 0.2521 | 3.80 | --- | 312.90 | 59.05% | 9.29 | 114.21 | (5.49) | --- | 324.18 | 49.22% | 7.16 | 100.80 | (3.36) | --- |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TSLA | 2018-11-16 | $460.00 | 2018-08-07 | 2.05% | 0.2767 | --- | 94.55 | 312.90 | 59.05% | 6.25 | 150.74 | --- | (56.19) | 356.30 | 49.22% | 9.26 | 110.36 | --- | (15.81) |
| TSLA | 2018-11-16 | $460.00 | 2018-08-08 | 2.05% | 0.2740 | 3.60 | --- | 312.90 | 59.05% | 6.14 | 150.66 | (2.54) | --- | 353.59 | 49.22% | 8.60 | 112.43 | (5.00) | --- |
| TSLA | 2018-11-16 | $460.00 | 2018-08-09 | 2.05% | 0.2712 | --- | --- | 312.90 | 59.05% | 6.03 | 150.57 | --- | --- | 342.86 | 49.22% | 6.59 | 121.18 | --- | --- |
| TSLA | 2018-11-16 | $460.00 | 2018-08-10 | 2.04% | 0.2685 | --- | --- | 312.90 | 59.05% | 5.92 | 150.50 | --- | --- | 343.59 | 49.22% | 6.60 | 120.50 | --- | --- |
| TSLA | 2018-11-16 | $460.00 | 2018-08-13 | 2.05% | 0.2603 | --- | 102.50 | 312.90 | 59.05% | 5.59 | 150.24 | --- | (47.74) | 341.77 | 49.22% | 5.99 | 121.77 | --- | (19.27) |
| TSLA | 2018-11-16 | $460.00 | 2018-08-14 | 2.07% | 0.2575 | 2.20 | --- | 312.90 | 59.05% | 5.48 | 150.13 | (3.28) | --- | 332.76 | 49.22% | 4.65 | 129.45 | (2.45) | --- |
| TSLA | 2018-11-16 | $460.00 | 2018-08-15 | 2.06% | 0.2548 | --- | --- | 312.90 | 59.05% | 5.37 | 150.06 | --- | --- | 326.12 | 49.22% | 3.79 | 135.27 | --- | --- |
| TSLA | 2018-11-16 | $460.00 | 2018-08-16 | 2.06% | 0.2521 | 1.07 | --- | 312.90 | 59.05% | 5.26 | 149.98 | (4.19) | --- | 324.18 | 49.22% | 3.51 | 136.94 | (2.44) | --- |
| TSLA | 2018-11-16 | $500.00 | 2018-08-07 | 2.05% | 0.2767 | 1.76 | --- | 312.90 | 59.05% | 3.64 | 187.90 | (1.88) | --- | 356.30 | 49.22% | 5.07 | 145.94 | (3.31) | --- |
| TSLA | 2018-11-16 | $500.00 | 2018-08-08 | 2.05% | 0.2740 | 0.83 | --- | 312.90 | 59.05% | 3.56 | 187.85 | (2.73) | --- | 353.59 | 49.22% | 4.65 | 148.26 | (3.82) | --- |
| TSLA | 2018-11-16 | $500.00 | 2018-08-09 | 2.05% | 0.2712 | 1.08 | --- | 312.90 | 59.05% | 3.48 | 187.80 | (2.40) | --- | 342.86 | 49.22% | 3.45 | 157.82 | (2.37) | --- |
| TSLA | 2018-11-16 | $500.00 | 2018-08-10 | 2.04% | 0.2685 | 1.00 | --- | 312.90 | 59.05% | 3.40 | 187.76 | (2.40) | --- | 343.59 | 49.22% | 3.44 | 157.12 | (2.44) | --- |
| TSLA | 2018-11-16 | $500.00 | 2018-08-13 | 2.05% | 0.2603 | 0.95 | --- | 312.90 | 59.05% | 3.17 | 187.60 | (2.22) | --- | 341.77 | 49.22% | 3.06 | 158.63 | (2.11) | --- |
| TSLA | 2018-11-16 | $500.00 | 2018-08-14 | 2.07% | 0.2575 | 0.65 | --- | 312.90 | 59.05% | 3.09 | 187.53 | (2.44) | --- | 332.76 | 49.22% | 2.30 | 166.88 | (1.65) | --- |
| TSLA | 2018-11-16 | $500.00 | 2018-08-15 | 2.06% | 0.2548 | 0.45 | --- | 312.90 | 59.05% | 3.01 | 187.49 | (2.56) | --- | 326.12 | 49.22% | 1.82 | 173.09 | (1.37) | --- |
| TSLA | 2018-11-16 | $500.00 | 2018-08-16 | 2.06% | 0.2521 | --- | --- | 312.90 | 59.05% | 2.94 | 187.44 | --- | --- | 324.18 | 49.22% | 1.67 | 174.89 | --- | --- |
| TSLA | 2018-12-21 | $300.00 | 2018-08-07 | 2.05% | 0.3726 | 91.00 | 13.75 | 312.90 | 56.68% | 49.95 | 34.76 | 41.05 | (21.01) | 356.30 | 49.10% | 74.97 | 16.39 | 16.03 | (2.64) |
| TSLA | 2018-12-21 | $300.00 | 2018-08-08 | 2.05% | 0.3699 | 83.43 | 16.93 | 312.90 | 56.68% | 49.79 | 34.62 | 33.64 | (17.69) | 353.59 | 49.10% | 72.75 | 16.90 | 10.68 | 0.03 |
| TSLA | 2018-12-21 | $300.00 | 2018-08-09 | 2.05% | 0.3671 | 73.35 | 24.50 | 312.90 | 56.68% | 49.63 | 34.48 | 23.72 | (9.98) | 342.86 | 49.10% | 64.57 | 19.47 | 8.78 | 5.03 |
| TSLA | 2018-12-21 | $300.00 | 2018-08-10 | 2.04% | 0.3644 | 73.47 | 23.75 | 312.90 | 56.68% | 49.47 | 34.34 | 24.00 | (10.59) | 343.59 | 49.10% | 64.97 | 19.16 | 8.50 | 4.59 |
| TSLA | 2018-12-21 | $300.00 | 2018-08-13 | 2.05% | 0.3562 | 78.00 | 22.59 | 312.90 | 56.68% | 48.99 | 33.90 | 29.01 | (11.31) | 341.77 | 49.10% | 63.23 | 19.28 | 14.77 | 3.31 |
| TSLA | 2018-12-21 | $300.00 | 2018-08-14 | 2.07% | 0.3534 | 76.86 | 23.04 | 312.90 | 56.68% | 48.83 | 33.74 | 28.03 | (10.70) | 332.76 | 49.10% | 56.65 | 21.71 | 20.21 | 1.33 |
| TSLA | 2018-12-21 | $300.00 | 2018-08-15 | 2.06% | 0.3507 | 58.90 | 26.24 | 312.90 | 56.68% | 48.66 | 33.60 | 10.24 | (7.36) | 326.12 | 49.10% | 51.93 | 23.65 | 6.97 | 2.59 |
| TSLA | 2018-12-21 | $300.00 | 2018-08-16 | 2.06% | 0.3479 | --- | 25.70 | 312.90 | 56.68% | 48.50 | 33.45 | --- | (7.75) | 324.18 | 49.10% | 50.49 | 24.16 | --- | 1.54 |
| TSLA | 2018-12-21 | $340.00 | 2018-08-07 | 2.05% | 0.3726 | 60.00 | 26.05 | 312.90 | 56.68% | 33.45 | 57.95 | 26.55 | (31.90) | 356.30 | 49.10% | 51.44 | 32.55 | 8.56 | (6.50) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-08 | 2.05% | 0.3699 | 56.15 | 28.45 | 312.90 | 56.68% | 33.28 | 57.81 | 22.87 | (29.36) | 353.59 | 49.10% | 49.59 | 33.43 | 6.56 | (4.98) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-09 | 2.05% | 0.3671 | 48.20 | 39.15 | 312.90 | 56.68% | 33.11 | 57.66 | 15.09 | (18.51) | 342.86 | 49.10% | 42.99 | 37.58 | 5.21 | 1.57 |
| TSLA | 2018-12-21 | $340.00 | 2018-08-10 | 2.04% | 0.3644 | 49.50 | 35.45 | 312.90 | 56.68% | 32.94 | 57.52 | 16.56 | (22.07) | 343.59 | 49.10% | 43.25 | 37.14 | 6.25 | (1.69) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-13 | 2.05% | 0.3562 | 49.65 | 34.30 | 312.90 | 56.68% | 32.44 | 57.07 | 17.21 | (22.77) | 341.77 | 49.10% | 41.73 | 37.48 | 7.92 | (3.18) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-14 | 2.07% | 0.3534 | 47.70 | 35.10 | 312.90 | 56.68% | 32.28 | 56.90 | 15.42 | (21.80) | 332.76 | 49.10% | 36.56 | 41.32 | 11.14 | (6.22) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-15 | 2.06% | 0.3507 | 33.75 | 39.95 | 312.90 | 56.68% | 32.11 | 56.76 | 1.64 | (16.81) | 326.12 | 49.10% | 32.91 | 44.34 | 0.84 | (4.39) |
| TSLA | 2018-12-21 | $340.00 | 2018-08-16 | 2.06% | 0.3479 | 34.73 | 41.03 | 312.90 | 56.68% | 31.94 | 56.61 | 2.79 | (15.58) | 324.18 | 49.10% | 31.78 | 45.16 | 2.95 | (4.13) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-07 | 2.05% | 0.3726 | 28.85 | 39.00 | 312.90 | 56.68% | 21.92 | 86.12 | 6.93 | (47.12) | 356.30 | 49.10% | 34.06 | 54.87 | (5.21) | (15.87) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-08 | 2.05% | 0.3699 | 31.20 | 43.51 | 312.90 | 56.68% | 21.77 | 85.99 | 9.43 | (42.48) | 353.59 | 49.10% | 32.60 | 56.13 | (1.40) | (12.62) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-09 | 2.05% | 0.3671 | 26.08 | 58.12 | 312.90 | 56.68% | 21.61 | 85.86 | 4.47 | (27.74) | 342.86 | 49.10% | 27.58 | 61.87 | (1.50) | (3.75) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-10 | 2.04% | 0.3644 | 27.91 | 55.25 | 312.90 | 56.68% | 21.45 | 85.74 | 6.46 | (30.49) | 343.59 | 49.10% | 27.73 | 61.33 | 0.18 | (6.08) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-13 | 2.05% | 0.3562 | 28.00 | 51.80 | 312.90 | 56.68% | 20.99 | 85.32 | 7.01 | (33.52) | 341.77 | 49.10% | 26.48 | 61.95 | 1.52 | (10.15) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-14 | 2.07% | 0.3534 | 22.00 | --- | 312.90 | 56.68% | 20.84 | 85.17 | 1.16 | --- | 332.76 | 49.10% | 22.67 | 67.15 | (0.67) | --- |
| TSLA | 2018-12-21 | $380.00 | 2018-08-15 | 2.06% | 0.3507 | 17.25 | 59.16 | 312.90 | 56.68% | 20.68 | 85.04 | (3.43) | (25.88) | 326.12 | 49.10% | 20.04 | 71.18 | (2.79) | (12.02) |
| TSLA | 2018-12-21 | $380.00 | 2018-08-16 | 2.06% | 0.3479 | 16.35 | --- | 312.90 | 56.68% | 20.53 | 84.91 | (4.18) | --- | 324.18 | 49.10% | 19.20 | 72.30 | (2.85) | --- |
| TSLA | 2018-12-21 | $420.00 | 2018-08-07 | 2.05% | 0.3726 | 15.49 | --- | 312.90 | 56.68% | 14.15 | 118.05 | 1.34 | --- | 356.30 | 49.10% | 21.90 | 82.41 | (6.41) | --- |
| TSLA | 2018-12-21 | $420.00 | 2018-08-08 | 2.05% | 0.3699 | 14.00 | 65.98 | 312.90 | 56.68% | 14.01 | 117.94 | (0.01) | (51.96) | 353.59 | 49.10% | 20.81 | 84.04 | (6.81) | (18.06) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-09 | 2.05% | 0.3671 | 12.12 | 80.10 | 312.90 | 56.68% | 13.88 | 117.83 | (1.76) | (37.73) | 342.86 | 49.10% | 17.18 | 91.17 | (5.06) | (11.07) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-10 | 2.05% | 0.3644 | 11.90 | 74.75 | 312.90 | 56.68% | 13.75 | 117.73 | (1.85) | (42.98) | 343.59 | 49.10% | 17.26 | 90.56 | (5.36) | (15.81) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-13 | 2.05% | 0.3562 | 11.80 | 72.90 | 312.90 | 56.68% | 13.35 | 117.39 | (1.55) | (44.49) | 341.77 | 49.10% | 16.29 | 91.47 | (4.49) | (18.57) |
| TSLA | 2018-12-21 | $420.00 | 2018-08-14 | 2.07% | 0.3534 | 9.00 | --- | 312.90 | 56.68% | 13.22 | 117.26 | (4.22) | --- | 332.76 | 49.10% | 13.63 | 97.81 | (4.63) | --- |
| TSLA | 2018-12-21 | $420.00 | 2018-08-15 | 2.06% | 0.3507 | 6.40 | --- | 312.90 | 56.68% | 13.09 | 117.16 | (6.69) | --- | 326.12 | 49.10% | 11.82 | 102.68 | (5.42) | --- |
| TSLA | 2018-12-21 | $420.00 | 2018-08-16 | 2.06% | 0.3479 | 5.50 | --- | 312.90 | 56.68% | 12.96 | 117.05 | (7.46) | --- | 324.18 | 49.10% | 11.24 | 104.06 | (5.74) | --- |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2018-12-21 | $460.00 | 2018-08-07 | 2.05% | 0.3726 | 5.30 | 87.10 | 312.90 | 56.68% | 9.03 | 152.63 | (3.73) | (65.53) | 356.30 | 49.10% | 13.77 | 113.97 | (8.47) | (26.87) |
| TSLA | 2018-12-21 | $460.00 | 2018-08-08 | 2.05% | 0.3699 | 5.35 | 92.00 | 312.90 | 56.68% | 8.92 | 152.55 | (3.57) | (60.55) | 353.59 | 49.10% | 12.98 | 115.91 | (7.63) | (23.91) |
| TSLA | 2018-12-21 | $460.00 | 2018-08-09 | 2.05% | 0.3671 | 4.90 | --- | 312.90 | 56.68% | 8.82 | 152.46 | (3.92) | --- | 342.86 | 49.10% | 10.45 | 124.15 | (5.55) | --- |
| TSLA | 2018-12-21 | $460.00 | 2018-08-10 | 2.04% | 0.3644 | 4.80 | --- | 312.90 | 56.68% | 8.71 | 152.40 | (3.91) | --- | 343.59 | 49.10% | 10.49 | 123.50 | (5.69) | --- |
| TSLA | 2018-12-21 | $460.00 | 2018-08-13 | 2.05% | 0.3562 | 3.55 | --- | 312.90 | 56.68% | 8.39 | 152.14 | (4.84) | --- | 341.77 | 49.10% | 9.79 | 124.67 | (6.24) | --- |
| TSLA | 2018-12-21 | $460.00 | 2018-08-14 | 2.07% | 0.3534 | 3.05 | --- | 312.90 | 56.68% | 8.29 | 152.03 | (5.24) | --- | 332.76 | 49.10% | 8.00 | 131.89 | (4.95) | --- |
| TSLA | 2018-12-21 | $460.00 | 2018-08-15 | 2.06% | 0.3507 | 1.72 | --- | 312.90 | 56.68% | 8.18 | 151.97 | (6.46) | --- | 326.12 | 49.10% | 6.81 | 137.38 | (5.09) | --- |
| TSLA | 2018-12-21 | $460.00 | 2018-08-16 | 2.06% | 0.3479 | 1.70 | --- | 312.90 | 56.68% | 8.08 | 151.89 | (6.38) | --- | 324.18 | 49.10% | 6.42 | 138.95 | (4.72) | --- |
| TSLA | 2018-12-21 | $500.00 | 2018-08-07 | 2.05% | 0.3726 | 2.36 | --- | 312.90 | 56.68% | 5.73 | 189.02 | (3.37) | --- | 356.30 | 49.10% | 8.50 | 148.40 | (6.14) | --- |
| TSLA | 2018-12-21 | $500.00 | 2018-08-08 | 2.05% | 0.3699 | 2.00 | --- | 312.90 | 56.68% | 5.64 | 188.96 | (3.64) | --- | 353.59 | 49.10% | 7.95 | 150.58 | (5.95) | --- |
| TSLA | 2018-12-21 | $500.00 | 2018-08-09 | 2.05% | 0.3671 | 1.62 | --- | 312.90 | 56.68% | 5.56 | 188.91 | (3.94) | --- | 342.86 | 49.10% | 6.26 | 159.65 | (4.64) | --- |
| TSLA | 2018-12-21 | $500.00 | 2018-08-10 | 2.04% | 0.3644 | 1.39 | --- | 312.90 | 56.68% | 5.48 | 188.87 | (4.09) | --- | 343.59 | 49.10% | 6.27 | 158.98 | (4.88) | --- |
| TSLA | 2018-12-21 | $500.00 | 2018-08-13 | 2.05% | 0.3562 | 1.43 | --- | 312.90 | 56.68% | 5.23 | 188.69 | (3.80) | --- | 341.77 | 49.10% | 5.77 | 160.36 | (4.34) | --- |
| TSLA | 2018-12-21 | $500.00 | 2018-08-14 | 2.07% | 0.3534 | 1.10 | --- | 312.90 | 56.68% | 5.16 | 188.61 | (4.06) | --- | 332.76 | 49.10% | 4.61 | 168.21 | (3.51) | --- |
| TSLA | 2018-12-21 | $500.00 | 2018-08-15 | 2.06% | 0.3507 | 0.80 | --- | 312.90 | 56.68% | 5.07 | 188.57 | (4.27) | --- | 326.12 | 49.10% | 3.86 | 174.14 | (3.06) | --- |
| TSLA | 2018-12-21 | $500.00 | 2018-08-16 | 2.06% | 0.3479 | 0.56 | --- | 312.90 | 56.68% | 4.99 | 188.52 | (4.43) | --- | 324.18 | 49.10% | 3.61 | 175.85 | (3.05) | --- |
| TSLA | 2019-01-18 | $300.00 | 2018-08-07 | 2.22% | 0.4493 | 91.35 | 15.25 | 312.90 | 55.39% | 53.29 | 37.41 | 38.06 | (22.16) | 356.30 | 48.97% | 78.53 | 19.25 | 12.82 | (4.00) |
| TSLA | 2019-01-18 | $300.00 | 2018-08-08 | 2.23% | 0.4466 | 87.00 | 19.50 | 312.90 | 55.39% | 53.15 | 37.27 | 33.85 | (17.77) | 353.59 | 48.97% | 76.35 | 19.79 | 10.65 | (0.29) |
| TSLA | 2019-01-18 | $300.00 | 2018-08-09 | 2.24% | 0.4438 | 78.00 | 27.55 | 312.90 | 55.39% | 53.01 | 37.14 | 24.99 | (9.59) | 342.86 | 48.97% | 68.27 | 22.45 | 9.73 | 5.10 |
| TSLA | 2019-01-18 | $300.00 | 2018-08-10 | 2.22% | 0.4411 | 79.60 | 26.21 | 312.90 | 55.39% | 52.86 | 37.03 | 26.74 | (10.82) | 343.59 | 48.97% | 68.66 | 22.15 | 10.94 | 4.06 |
| TSLA | 2019-01-18 | $300.00 | 2018-08-13 | 2.21% | 0.4329 | 79.50 | 25.58 | 312.90 | 55.39% | 52.42 | 36.66 | 27.08 | (11.08) | 341.77 | 48.97% | 66.95 | 22.33 | 12.55 | 3.25 |
| TSLA | 2019-01-18 | $300.00 | 2018-08-14 | 2.24% | 0.4301 | 72.90 | 26.98 | 312.90 | 55.39% | 52.29 | 36.51 | 20.61 | (9.53) | 332.76 | 48.97% | 60.45 | 24.81 | 12.45 | 2.17 |
| TSLA | 2019-01-18 | $300.00 | 2018-08-15 | 2.22% | 0.4274 | 63.20 | 28.90 | 312.90 | 55.39% | 52.13 | 36.40 | 11.07 | (7.50) | 326.12 | 48.97% | 55.75 | 26.80 | 7.45 | 2.10 |
| TSLA | 2019-01-18 | $300.00 | 2018-08-16 | 2.23% | 0.4247 | 62.90 | 29.70 | 312.90 | 55.39% | 51.99 | 36.26 | 10.91 | (6.56) | 324.18 | 48.97% | 54.33 | 27.32 | 8.57 | 2.38 |
| TSLA | 2019-01-18 | $340.00 | 2018-08-07 | 2.22% | 0.4493 | 61.65 | 25.22 | 312.90 | 55.39% | 36.88 | 60.60 | 24.77 | (35.38) | 356.30 | 48.97% | 55.67 | 36.00 | 5.98 | (10.78) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-08 | 2.23% | 0.4466 | 57.30 | 29.90 | 312.90 | 55.39% | 36.74 | 60.46 | 20.56 | (30.56) | 353.59 | 48.97% | 53.84 | 36.87 | 3.46 | (6.97) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-09 | 2.24% | 0.4438 | 50.30 | 41.55 | 312.90 | 55.39% | 36.59 | 60.32 | 13.71 | (18.77) | 342.86 | 48.97% | 47.20 | 40.98 | 3.10 | 0.57 |
| TSLA | 2019-01-18 | $340.00 | 2018-08-10 | 2.22% | 0.4411 | 51.38 | 38.04 | 312.90 | 55.39% | 36.43 | 60.21 | 14.95 | (22.17) | 343.59 | 48.97% | 47.47 | 40.57 | 3.91 | (2.53) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-13 | 2.21% | 0.4329 | 51.90 | 37.31 | 312.90 | 55.39% | 35.98 | 59.83 | 15.92 | (22.52) | 341.77 | 48.97% | 45.97 | 40.96 | 5.93 | (3.65) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-14 | 2.24% | 0.4301 | 46.80 | 39.00 | 312.90 | 55.39% | 35.84 | 59.67 | 10.96 | (20.67) | 332.76 | 48.97% | 40.75 | 44.73 | 6.05 | (5.73) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-15 | 2.22% | 0.4274 | 39.60 | 43.00 | 312.90 | 55.39% | 35.68 | 59.56 | 3.92 | (16.56) | 326.12 | 48.97% | 37.03 | 47.70 | 2.57 | (4.70) |
| TSLA | 2019-01-18 | $340.00 | 2018-08-16 | 2.23% | 0.4247 | 37.65 | 44.09 | 312.90 | 55.39% | 35.53 | 59.42 | 2.12 | (15.33) | 324.18 | 48.97% | 35.89 | 48.50 | 1.76 | (4.41) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-07 | 2.22% | 0.4493 | 37.30 | 40.00 | 312.90 | 55.39% | 25.12 | 88.44 | 12.18 | (48.44) | 356.30 | 48.97% | 38.43 | 58.36 | (1.13) | (18.36) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-08 | 2.23% | 0.4466 | 34.59 | 45.69 | 312.90 | 55.39% | 24.98 | 88.31 | 9.61 | (42.62) | 353.59 | 48.97% | 36.95 | 59.59 | (2.36) | (13.90) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-09 | 2.24% | 0.4438 | 30.19 | 60.00 | 312.90 | 55.39% | 24.84 | 88.18 | 5.35 | (28.18) | 342.86 | 48.97% | 31.76 | 65.14 | (1.57) | (5.14) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-10 | 2.22% | 0.4411 | 29.41 | 56.50 | 312.90 | 55.39% | 24.69 | 88.09 | 4.72 | (31.59) | 343.59 | 48.97% | 31.93 | 64.64 | (2.52) | (8.14) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-13 | 2.21% | 0.4329 | 30.54 | 55.80 | 312.90 | 55.39% | 24.27 | 87.74 | 6.27 | (31.94) | 341.77 | 48.97% | 30.67 | 65.28 | (0.13) | (9.48) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-14 | 2.24% | 0.4301 | 25.55 | 53.85 | 312.90 | 55.39% | 24.13 | 87.59 | 1.42 | (33.74) | 332.76 | 48.97% | 26.69 | 70.28 | (1.14) | (16.43) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-15 | 2.22% | 0.4274 | 19.85 | 66.25 | 312.90 | 55.39% | 23.98 | 87.49 | (4.13) | (21.24) | 326.12 | 48.97% | 23.89 | 74.18 | (4.04) | (7.93) |
| TSLA | 2019-01-18 | $380.00 | 2018-08-16 | 2.23% | 0.4247 | 18.50 | --- | 312.90 | 55.39% | 23.85 | 87.36 | (5.35) | --- | 324.18 | 48.97% | 23.02 | 75.25 | (4.52) | --- |
| TSLA | 2019-01-18 | $420.00 | 2018-08-07 | 2.22% | 0.4493 | 17.00 | 60.00 | 312.90 | 55.39% | 16.92 | 117.84 | 0.08 | (59.84) | 356.30 | 48.97% | 25.98 | 85.51 | (8.98) | (25.51) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-08 | 2.23% | 0.4466 | 16.60 | 66.90 | 312.90 | 55.39% | 16.80 | 119.73 | (0.20) | (52.83) | 353.59 | 48.97% | 24.82 | 87.07 | (8.22) | (20.17) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-09 | 2.24% | 0.4438 | 15.32 | 84.20 | 312.90 | 55.39% | 16.67 | 119.61 | (1.35) | (35.41) | 342.86 | 48.97% | 20.91 | 93.90 | (5.59) | (9.70) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-10 | 2.22% | 0.4411 | 14.61 | 81.55 | 312.90 | 55.39% | 16.54 | 119.55 | (1.93) | (38.00) | 343.59 | 48.97% | 21.02 | 93.34 | (6.41) | (11.79) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-13 | 2.21% | 0.4329 | 14.30 | --- | 312.90 | 55.39% | 16.17 | 119.26 | (1.87) | --- | 341.77 | 48.97% | 20.02 | 94.25 | (5.72) | --- |
| TSLA | 2019-01-18 | $420.00 | 2018-08-14 | 2.24% | 0.4301 | 11.14 | 83.55 | 312.90 | 55.39% | 16.05 | 119.12 | (4.91) | (35.57) | 332.76 | 48.97% | 17.09 | 100.31 | (5.95) | (16.76) |
| TSLA | 2019-01-18 | $420.00 | 2018-08-15 | 2.22% | 0.4274 | 7.90 | --- | 312.90 | 55.39% | 15.92 | 119.05 | (8.02) | --- | 326.12 | 48.97% | 15.07 | 104.99 | (7.17) | --- |
| TSLA | 2019-01-18 | $420.00 | 2018-08-16 | 2.23% | 0.4247 | 6.96 | 92.90 | 312.90 | 55.39% | 15.80 | 118.94 | (8.84) | (26.04) | 324.18 | 48.97% | 14.44 | 106.29 | (7.48) | (13.39) |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-07 | 2.22% | 0.4493 | 7.00 | --- | 312.90 | 55.39% | 11.31 | 153.84 | (4.31) | --- | 356.30 | 48.97% | 17.27 | 116.41 | (10.27) | --- |
| TSLA | 2019-01-18 | $460.00 | 2018-08-08 | 2.23% | 0.4466 | 7.11 | 99.11 | 312.90 | 55.39% | 11.21 | 153.75 | (4.10) | (54.64) | 353.59 | 48.97% | 16.41 | 118.26 | (9.30) | (19.15) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-09 | 2.24% | 0.4438 | 6.55 | 111.28 | 312.90 | 55.39% | 11.11 | 153.65 | (4.56) | (42.37) | 342.86 | 48.97% | 13.55 | 126.14 | (7.00) | (14.86) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-10 | 2.22% | 0.4411 | 6.07 | --- | 312.90 | 55.39% | 11.00 | 153.61 | (4.93) | --- | 343.59 | 48.97% | 13.61 | 125.54 | (7.54) | --- |
| TSLA | 2019-01-18 | $460.00 | 2018-08-13 | 2.21% | 0.4329 | 5.66 | 110.28 | 312.90 | 55.39% | 10.69 | 153.40 | (5.03) | (43.12) | 341.77 | 48.97% | 12.85 | 126.69 | (7.19) | (16.41) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-14 | 2.24% | 0.4301 | 4.35 | 111.78 | 312.90 | 55.39% | 10.59 | 153.27 | (6.24) | (41.49) | 332.76 | 48.97% | 10.77 | 133.60 | (6.42) | (21.82) |
| TSLA | 2019-01-18 | $460.00 | 2018-08-15 | 2.22% | 0.4274 | 2.52 | --- | 312.90 | 55.39% | 10.48 | 153.23 | (7.96) | --- | 326.12 | 48.97% | 9.36 | 138.89 | (6.84) | --- |
| TSLA | 2019-01-18 | $460.00 | 2018-08-16 | 2.23% | 0.4247 | 2.30 | --- | 312.90 | 55.39% | 10.38 | 153.14 | (8.08) | --- | 324.18 | 48.97% | 8.91 | 140.39 | (6.61) | --- |
| TSLA | 2019-01-18 | $500.00 | 2018-08-07 | 2.22% | 0.4493 | 3.20 | 129.09 | 312.90 | 55.39% | 7.53 | 189.66 | (4.33) | (60.57) | 356.30 | 48.97% | 11.35 | 150.08 | (8.15) | (20.99) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-08 | 2.23% | 0.4466 | 2.75 | 135.00 | 312.90 | 55.39% | 7.45 | 189.59 | (4.70) | (54.59) | 353.59 | 48.97% | 10.71 | 152.17 | (7.96) | (17.17) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-09 | 2.24% | 0.4438 | 2.75 | 149.90 | 312.90 | 55.39% | 7.36 | 189.51 | (4.61) | (39.61) | 342.86 | 48.97% | 8.68 | 160.88 | (5.93) | (10.98) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-10 | 2.22% | 0.4411 | 2.65 | --- | 312.90 | 55.39% | 7.28 | 189.50 | (4.63) | --- | 343.59 | 48.97% | 8.71 | 160.25 | (6.06) | --- |
| TSLA | 2019-01-18 | $500.00 | 2018-08-13 | 2.21% | 0.4329 | 2.45 | --- | 312.90 | 55.39% | 7.03 | 189.36 | (4.58) | --- | 341.77 | 48.97% | 8.14 | 161.61 | (5.69) | --- |
| TSLA | 2019-01-18 | $500.00 | 2018-08-14 | 2.24% | 0.4301 | 1.60 | --- | 312.90 | 55.39% | 6.95 | 189.25 | (5.35) | --- | 332.76 | 48.97% | 6.71 | 169.15 | (5.11) | --- |
| TSLA | 2019-01-18 | $500.00 | 2018-08-15 | 2.22% | 0.4274 | 1.00 | 163.30 | 312.90 | 55.39% | 6.86 | 189.24 | (5.86) | (25.94) | 326.12 | 48.97% | 5.74 | 174.90 | (4.74) | (11.60) |
| TSLA | 2019-01-18 | $500.00 | 2018-08-16 | 2.23% | 0.4247 | 1.00 | --- | 312.90 | 55.39% | 6.78 | 189.17 | (5.78) | --- | 324.18 | 48.97% | 5.43 | 176.54 | (4.43) | --- |
| TSLA | 2019-02-15 | $300.00 | 2018-08-07 | 2.22% | 0.5260 | 91.00 | 18.00 | 312.90 | 54.62% | 56.47 | 40.09 | 34.53 | (22.09) | 356.30 | 49.97% | 82.65 | 22.87 | 8.35 | (4.87) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-08 | 2.23% | 0.5233 | 91.31 | 20.20 | 312.90 | 54.62% | 56.35 | 39.96 | 34.96 | (19.76) | 353.59 | 49.97% | 80.51 | 23.44 | 10.80 | (3.24) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-09 | 2.24% | 0.5205 | 88.00 | 30.00 | 312.90 | 54.62% | 56.23 | 39.84 | 31.77 | (9.84) | 342.86 | 49.97% | 72.52 | 26.18 | 15.48 | 3.82 |
| TSLA | 2019-02-15 | $300.00 | 2018-08-10 | 2.22% | 0.5178 | 79.00 | --- | 312.90 | 54.62% | 56.08 | 39.75 | 22.92 | --- | 343.59 | 49.97% | 72.91 | 25.89 | 6.09 | --- |
| TSLA | 2019-02-15 | $300.00 | 2018-08-13 | 2.21% | 0.5096 | --- | 28.35 | 312.90 | 54.62% | 55.68 | 39.41 | --- | (11.06) | 341.77 | 49.97% | 71.23 | 26.10 | --- | 2.25 |
| TSLA | 2019-02-15 | $300.00 | 2018-08-14 | 2.24% | 0.5068 | 82.00 | 28.07 | 312.90 | 54.62% | 55.57 | 39.27 | 26.43 | (11.20) | 332.76 | 49.97% | 64.78 | 28.63 | 17.22 | (0.56) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-15 | 2.22% | 0.5041 | 64.00 | 30.34 | 312.90 | 54.62% | 55.42 | 39.18 | 8.58 | (8.84) | 326.12 | 49.97% | 60.11 | 30.65 | 3.89 | (0.31) |
| TSLA | 2019-02-15 | $300.00 | 2018-08-16 | 2.23% | 0.5014 | --- | 32.50 | 312.90 | 54.62% | 55.29 | 39.05 | --- | (6.55) | 324.18 | 49.97% | 58.70 | 31.18 | --- | 1.32 |
| TSLA | 2019-02-15 | $340.00 | 2018-08-07 | 2.22% | 0.5260 | 61.50 | --- | 312.90 | 54.62% | 40.19 | 63.34 | 21.31 | --- | 356.30 | 49.97% | 60.55 | 40.30 | 0.95 | --- |
| TSLA | 2019-02-15 | $340.00 | 2018-08-08 | 2.23% | 0.5233 | 62.75 | --- | 312.90 | 54.62% | 40.06 | 63.21 | 22.69 | --- | 353.59 | 49.97% | 58.71 | 41.18 | 4.04 | --- |
| TSLA | 2019-02-15 | $340.00 | 2018-08-09 | 2.24% | 0.5205 | --- | 43.00 | 312.90 | 54.62% | 39.93 | 63.08 | --- | (20.08) | 342.86 | 49.97% | 52.04 | 45.24 | --- | (2.24) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-10 | 2.22% | 0.5178 | --- | --- | 312.90 | 54.62% | 39.78 | 62.99 | --- | --- | 343.59 | 49.97% | 52.32 | 44.85 | --- | --- |
| TSLA | 2019-02-15 | $340.00 | 2018-08-13 | 2.21% | 0.5096 | --- | 41.64 | 312.90 | 54.62% | 39.36 | 62.65 | --- | (21.01) | 341.77 | 49.97% | 50.83 | 45.25 | --- | (3.61) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-14 | 2.24% | 0.5068 | 53.95 | 41.30 | 312.90 | 54.62% | 39.24 | 62.50 | 14.71 | (21.20) | 332.76 | 49.97% | 45.54 | 48.94 | 8.41 | (7.64) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-15 | 2.22% | 0.5041 | 41.74 | 47.25 | 312.90 | 54.62% | 39.09 | 62.40 | 2.65 | (15.15) | 326.12 | 49.97% | 41.76 | 51.85 | (0.02) | (4.60) |
| TSLA | 2019-02-15 | $340.00 | 2018-08-16 | 2.23% | 0.5014 | 41.70 | 45.24 | 312.90 | 54.62% | 38.96 | 62.27 | 2.74 | (17.03) | 324.18 | 49.97% | 40.60 | 52.63 | 1.10 | (7.39) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-07 | 2.22% | 0.5260 | 43.05 | 47.95 | 312.90 | 54.62% | 28.26 | 90.94 | 14.79 | (42.99) | 356.30 | 49.97% | 43.53 | 62.82 | (0.48) | (14.87) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-08 | 2.23% | 0.5233 | 37.50 | 46.80 | 312.90 | 54.62% | 28.13 | 90.82 | 9.37 | (44.02) | 353.59 | 49.97% | 42.02 | 64.02 | (4.52) | (17.22) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-09 | 2.24% | 0.5205 | --- | 64.05 | 312.90 | 54.62% | 28.01 | 90.70 | --- | (26.65) | 342.86 | 49.97% | 36.64 | 69.38 | --- | (5.33) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-10 | 2.22% | 0.5178 | 34.50 | --- | 312.90 | 54.62% | 27.87 | 90.62 | 6.63 | --- | 343.59 | 49.97% | 36.84 | 68.90 | (2.34) | --- |
| TSLA | 2019-02-15 | $380.00 | 2018-08-13 | 2.21% | 0.5096 | 34.19 | --- | 312.90 | 54.62% | 27.47 | 90.31 | 6.72 | --- | 341.77 | 49.97% | 35.56 | 69.54 | (1.37) | --- |
| TSLA | 2019-02-15 | $380.00 | 2018-08-14 | 2.24% | 0.5068 | 29.35 | --- | 312.90 | 54.62% | 27.35 | 90.16 | 2.00 | --- | 332.76 | 49.97% | 31.39 | 74.34 | (2.04) | --- |
| TSLA | 2019-02-15 | $380.00 | 2018-08-15 | 2.22% | 0.5041 | --- | 66.35 | 312.90 | 54.62% | 27.21 | 90.08 | --- | (23.73) | 326.12 | 49.97% | 28.43 | 78.09 | --- | (11.74) |
| TSLA | 2019-02-15 | $380.00 | 2018-08-16 | 2.23% | 0.5014 | 21.60 | --- | 312.90 | 54.62% | 27.08 | 89.95 | (5.48) | --- | 324.18 | 49.97% | 27.52 | 79.11 | (5.92) | --- |
| TSLA | 2019-02-15 | $420.00 | 2018-08-07 | 2.22% | 0.5260 | 21.00 | 84.12 | 312.90 | 54.62% | 19.71 | 121.93 | 1.29 | (37.81) | 356.30 | 49.97% | 30.85 | 89.67 | (9.85) | (5.55) |
| TSLA | 2019-02-15 | $420.00 | 2018-08-08 | 2.23% | 0.5233 | 20.00 | 63.00 | 312.90 | 54.62% | 19.60 | 121.82 | 0.40 | (58.82) | 353.59 | 49.97% | 29.64 | 91.17 | (9.64) | (28.17) |
| TSLA | 2019-02-15 | $420.00 | 2018-08-09 | 2.24% | 0.5205 | 17.57 | --- | 312.90 | 54.62% | 19.49 | 121.71 | (1.92) | --- | 342.86 | 49.97% | 25.43 | 97.71 | (7.86) | --- |
| TSLA | 2019-02-15 | $420.00 | 2018-08-10 | 2.22% | 0.5178 | 17.72 | --- | 312.90 | 54.62% | 19.36 | 121.66 | (1.64) | --- | 343.59 | 49.97% | 25.56 | 97.17 | (7.84) | --- |
| TSLA | 2019-02-15 | $420.00 | 2018-08-13 | 2.21% | 0.5096 | --- | --- | 312.90 | 54.62% | 19.00 | 121.40 | --- | --- | 341.77 | 49.97% | 24.51 | 98.04 | --- | --- |
| TSLA | 2019-02-15 | $420.00 | 2018-08-14 | 2.24% | 0.5068 | 15.22 | --- | 312.90 | 54.62% | 18.90 | 121.25 | (3.68) | --- | 332.76 | 49.97% | 21.32 | 103.82 | (6.10) | --- |
| TSLA | 2019-02-15 | $420.00 | 2018-08-15 | 2.22% | 0.5041 | 10.65 | --- | 312.90 | 54.62% | 18.77 | 121.19 | (8.12) | --- | 326.12 | 49.97% | 19.08 | 108.29 | (8.43) | --- |
| TSLA | 2019-02-15 | $420.00 | 2018-08-16 | 2.23% | 0.5014 | 9.80 | --- | 312.90 | 54.62% | 18.66 | 121.08 | (8.86) | --- | 324.18 | 49.97% | 18.38 | 109.53 | (8.58) | --- |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| TSLA | 2019-02-15 | $460.00 | 2018-08-07 | 2.22% | 0.5260 | --- | --- | 312.90 | 54.62% | 13.69 | 155.44 | --- | --- | 356.30 | 49.97% | 21.63 | 119.99 | --- | --- |
| TSLA | 2019-02-15 | $460.00 | 2018-08-08 | 2.23% | 0.5233 | --- | --- | 312.90 | 54.62% | 13.59 | 155.35 | --- | --- | 353.59 | 49.97% | 20.68 | 121.75 | --- | --- |
| TSLA | 2019-02-15 | $460.00 | 2018-08-09 | 2.24% | 0.5205 | --- | --- | 312.90 | 54.62% | 13.49 | 155.25 | --- | --- | 342.86 | 49.97% | 17.47 | 129.28 | --- | --- |
| TSLA | 2019-02-15 | $460.00 | 2018-08-10 | 2.22% | 0.5178 | 7.75 | --- | 312.90 | 54.62% | 13.38 | 155.22 | (5.63) | --- | 343.59 | 49.97% | 17.55 | 128.70 | (9.80) | --- |
| TSLA | 2019-02-15 | $460.00 | 2018-08-13 | 2.21% | 0.5096 | --- | --- | 312.90 | 54.62% | 13.08 | 155.02 | --- | --- | 341.77 | 49.97% | 16.72 | 129.79 | --- | --- |
| TSLA | 2019-02-15 | $460.00 | 2018-08-14 | 2.24% | 0.5068 | 7.25 | --- | 312.90 | 54.62% | 12.99 | 154.89 | (5.74) | --- | 332.76 | 49.97% | 14.33 | 136.37 | (7.08) | --- |
| TSLA | 2019-02-15 | $460.00 | 2018-08-15 | 2.22% | 0.5041 | --- | --- | 312.90 | 54.62% | 12.88 | 154.85 | --- | --- | 326.12 | 49.97% | 12.67 | 141.44 | --- | --- |
| TSLA | 2019-02-15 | $460.00 | 2018-08-16 | 2.23% | 0.5014 | 3.60 | --- | 312.90 | 54.62% | 12.78 | 154.76 | (9.18) | --- | 324.18 | 49.97% | 12.15 | 142.86 | (8.55) | --- |
| TSLA | 2019-02-15 | $500.00 | 2018-08-07 | 2.22% | 0.5260 | 8.65 | 124.40 | 312.90 | 54.62% | 9.48 | 190.77 | (0.83) | (66.37) | 356.30 | 49.97% | 15.05 | 152.94 | (6.40) | (28.54) |
| TSLA | 2019-02-15 | $500.00 | 2018-08-08 | 2.23% | 0.5233 | 4.81 | --- | 312.90 | 54.62% | 9.40 | 190.69 | (4.59) | --- | 353.59 | 49.97% | 14.32 | 154.93 | (9.51) | --- |
| TSLA | 2019-02-15 | $500.00 | 2018-08-09 | 2.24% | 0.5205 | 4.22 | --- | 312.90 | 54.62% | 9.32 | 190.61 | (5.10) | --- | 342.86 | 49.97% | 11.91 | 163.26 | (7.69) | --- |
| TSLA | 2019-02-15 | $500.00 | 2018-08-10 | 2.22% | 0.5178 | 3.50 | --- | 312.90 | 54.62% | 9.23 | 190.61 | (5.73) | --- | 343.59 | 49.97% | 11.96 | 162.66 | (8.46) | --- |
| TSLA | 2019-02-15 | $500.00 | 2018-08-13 | 2.21% | 0.5096 | --- | --- | 312.90 | 54.62% | 8.97 | 190.47 | --- | --- | 341.77 | 49.97% | 11.31 | 163.94 | --- | --- |
| TSLA | 2019-02-15 | $500.00 | 2018-08-14 | 2.24% | 0.5068 | --- | --- | 312.90 | 54.62% | 8.90 | 190.35 | --- | --- | 332.76 | 49.97% | 9.56 | 171.15 | --- | --- |
| TSLA | 2019-02-15 | $500.00 | 2018-08-15 | 2.22% | 0.5041 | 1.65 | --- | 312.90 | 54.62% | 8.81 | 190.34 | (7.16) | --- | 326.12 | 49.97% | 8.36 | 176.68 | (6.71) | --- |
| TSLA | 2019-02-15 | $500.00 | 2018-08-16 | 2.23% | 0.5014 | 1.20 | --- | 312.90 | 54.62% | 8.73 | 190.26 | (7.53) | --- | 324.18 | 49.97% | 7.98 | 178.24 | (6.78) | --- |
| TSLA | 2019-03-15 | $300.00 | 2018-08-07 | 2.22% | 0.6027 | 95.50 | 19.00 | 312.90 | 53.92% | 59.36 | 42.47 | 36.14 | (23.47) | 356.30 | 50.14% | 85.98 | 25.70 | 9.52 | (6.70) |
| TSLA | 2019-03-15 | $300.00 | 2018-08-08 | 2.23% | 0.6000 | 94.50 | 25.00 | 312.90 | 53.92% | 59.25 | 42.35 | 35.25 | (17.35) | 353.59 | 50.14% | 83.86 | 26.28 | 10.64 | (1.28) |
| TSLA | 2019-03-15 | $300.00 | 2018-08-09 | 2.24% | 0.5973 | 79.00 | 33.49 | 312.90 | 53.92% | 59.13 | 42.24 | 19.87 | (8.75) | 342.86 | 50.14% | 75.93 | 29.08 | 3.07 | 4.41 |
| TSLA | 2019-03-15 | $300.00 | 2018-08-10 | 2.22% | 0.5945 | --- | 32.65 | 312.90 | 53.92% | 59.00 | 42.16 | --- | (9.51) | 343.59 | 50.14% | 76.32 | 28.79 | --- | 3.86 |
| TSLA | 2019-03-15 | $300.00 | 2018-08-13 | 2.21% | 0.5863 | 85.00 | 30.68 | 312.90 | 53.92% | 58.62 | 41.86 | 26.38 | (11.18) | 341.77 | 50.14% | 74.66 | 29.03 | 10.34 | 1.65 |
| TSLA | 2019-03-15 | $300.00 | 2018-08-14 | 2.24% | 0.5836 | 80.95 | 30.75 | 312.90 | 53.92% | 58.52 | 41.72 | 22.43 | (10.97) | 332.76 | 50.14% | 68.25 | 31.59 | 12.70 | (0.84) |
| TSLA | 2019-03-15 | $300.00 | 2018-08-15 | 2.22% | 0.5808 | 71.71 | 34.00 | 312.90 | 53.92% | 58.39 | 41.64 | 13.32 | (7.64) | 326.12 | 50.14% | 63.59 | 33.63 | 8.12 | 0.37 |
| TSLA | 2019-03-15 | $300.00 | 2018-08-16 | 2.23% | 0.5781 | 67.50 | 33.12 | 312.90 | 53.92% | 58.27 | 41.52 | 9.23 | (8.40) | 324.18 | 50.14% | 62.19 | 34.17 | 5.31 | (1.05) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-07 | 2.22% | 0.6027 | 63.65 | 36.20 | 312.90 | 53.92% | 43.19 | 65.77 | 20.46 | (29.57) | 356.30 | 50.14% | 64.41 | 43.59 | (0.76) | (7.39) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-08 | 2.23% | 0.6000 | 64.40 | 29.00 | 312.90 | 53.92% | 43.07 | 65.65 | 21.33 | (36.65) | 353.59 | 50.14% | 62.58 | 44.47 | 1.82 | (15.47) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-09 | 2.24% | 0.5973 | 57.40 | --- | 312.90 | 53.92% | 42.95 | 65.53 | 14.45 | --- | 342.86 | 50.14% | 55.87 | 48.49 | 1.53 | --- |
| TSLA | 2019-03-15 | $340.00 | 2018-08-10 | 2.22% | 0.5945 | 55.67 | --- | 312.90 | 53.92% | 42.81 | 65.45 | 12.86 | --- | 343.59 | 50.14% | 56.16 | 48.12 | (0.49) | --- |
| TSLA | 2019-03-15 | $340.00 | 2018-08-13 | 2.21% | 0.5863 | 63.55 | --- | 312.90 | 53.92% | 42.42 | 65.14 | 21.13 | --- | 341.77 | 50.14% | 54.69 | 48.54 | 8.86 | --- |
| TSLA | 2019-03-15 | $340.00 | 2018-08-14 | 2.24% | 0.5836 | --- | --- | 312.90 | 53.92% | 42.32 | 65.00 | --- | --- | 332.76 | 50.14% | 49.35 | 52.17 | --- | --- |
| TSLA | 2019-03-15 | $340.00 | 2018-08-15 | 2.22% | 0.5808 | 43.40 | 50.35 | 312.90 | 53.92% | 42.17 | 64.91 | 1.23 | (14.56) | 326.12 | 50.14% | 45.51 | 55.03 | (2.11) | (4.68) |
| TSLA | 2019-03-15 | $340.00 | 2018-08-16 | 2.23% | 0.5781 | 43.50 | 50.35 | 312.90 | 53.92% | 42.05 | 64.79 | 1.45 | (14.44) | 324.18 | 50.14% | 44.34 | 55.80 | (0.84) | (5.45) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-07 | 2.22% | 0.6027 | 41.56 | 48.90 | 312.90 | 53.92% | 31.15 | 93.19 | 10.41 | (44.29) | 356.30 | 50.14% | 47.57 | 66.22 | (6.01) | (17.32) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-08 | 2.23% | 0.6000 | 41.98 | 47.16 | 312.90 | 53.92% | 31.03 | 93.07 | 10.95 | (45.91) | 353.59 | 50.14% | 46.03 | 67.39 | (4.05) | (20.23) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-09 | 2.24% | 0.5973 | 35.00 | 62.00 | 312.90 | 53.92% | 30.91 | 92.96 | 4.09 | (30.96) | 342.86 | 50.14% | 40.53 | 72.62 | (5.53) | (10.62) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-10 | 2.22% | 0.5945 | 36.45 | 66.82 | 312.90 | 53.92% | 30.78 | 92.89 | 5.67 | (26.07) | 343.59 | 50.14% | 40.74 | 72.17 | (4.29) | (5.35) |
| TSLA | 2019-03-15 | $380.00 | 2018-08-13 | 2.21% | 0.5863 | 34.00 | --- | 312.90 | 53.92% | 30.40 | 92.61 | 3.60 | --- | 341.77 | 50.14% | 39.47 | 72.80 | (5.47) | --- |
| TSLA | 2019-03-15 | $380.00 | 2018-08-14 | 2.24% | 0.5836 | 32.07 | --- | 312.90 | 53.92% | 30.30 | 92.46 | 1.77 | --- | 332.76 | 50.14% | 35.16 | 77.47 | (3.09) | --- |
| TSLA | 2019-03-15 | $380.00 | 2018-08-15 | 2.22% | 0.5808 | --- | --- | 312.90 | 53.92% | 30.16 | 92.39 | --- | --- | 326.12 | 50.14% | 32.09 | 81.11 | --- | --- |
| TSLA | 2019-03-15 | $380.00 | 2018-08-16 | 2.23% | 0.5781 | --- | 70.35 | 312.90 | 53.92% | 30.05 | 92.27 | --- | (21.92) | 324.18 | 50.14% | 31.15 | 82.10 | --- | (11.75) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-07 | 2.22% | 0.6027 | 21.50 | 64.65 | 312.90 | 53.92% | 22.33 | 123.85 | (0.83) | (59.20) | 356.30 | 50.14% | 34.76 | 92.88 | (13.26) | (28.23) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-08 | 2.23% | 0.6000 | 22.43 | 72.50 | 312.90 | 53.92% | 22.23 | 123.74 | 0.20 | (51.24) | 353.59 | 50.14% | 33.51 | 94.33 | (11.08) | (21.83) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-09 | 2.24% | 0.5973 | 19.05 | 82.50 | 312.90 | 53.92% | 22.12 | 123.63 | (3.07) | (41.13) | 342.86 | 50.14% | 29.10 | 100.66 | (10.05) | (18.16) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-10 | 2.22% | 0.5945 | 19.30 | 87.54 | 312.90 | 53.92% | 22.00 | 123.59 | (2.70) | (36.05) | 343.59 | 50.14% | 29.24 | 100.15 | (9.94) | (12.61) |
| TSLA | 2019-03-15 | $420.00 | 2018-08-13 | 2.21% | 0.5863 | 20.22 | --- | 312.90 | 53.92% | 21.66 | 123.35 | (1.44) | --- | 341.77 | 50.14% | 28.18 | 101.00 | (7.96) | --- |
| TSLA | 2019-03-15 | $420.00 | 2018-08-14 | 2.24% | 0.5836 | 16.00 | --- | 312.90 | 53.92% | 21.56 | 123.20 | (5.56) | --- | 332.76 | 50.14% | 24.79 | 106.57 | (8.79) | --- |
| TSLA | 2019-03-15 | $420.00 | 2018-08-15 | 2.22% | 0.5808 | 12.00 | --- | 312.90 | 53.92% | 21.44 | 123.15 | (9.44) | --- | 326.12 | 50.14% | 22.40 | 110.90 | (10.40) | --- |
| TSLA | 2019-03-15 | $420.00 | 2018-08-16 | 2.23% | 0.5781 | 11.00 | 96.12 | 312.90 | 53.92% | 21.33 | 123.04 | (10.33) | (26.92) | 324.18 | 50.14% | 21.66 | 112.10 | (10.66) | (15.98) |

**Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)**

| | | | | | | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
| | | | | | | | | | | | | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) | | | | | Call Inflation/ (Deflation) | Put Inflation/ (Deflation) |
| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Call | Put | Stock Price | Implied Volatility | Call | Put | | | Stock Price | Implied Volatility | Call | Put | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TSLA | 2019-03-15 | $460.00 | 2018-08-07 | 2.22% | 0.6027 | 13.40 | --- | 312.90 | 53.92% | 15.96 | 156.95 | (2.56) | --- | 356.30 | 50.14% | 25.21 | 122.80 | (11.81) | --- |
| TSLA | 2019-03-15 | $460.00 | 2018-08-08 | 2.23% | 0.6000 | 10.17 | --- | 312.90 | 53.92% | 15.87 | 156.85 | (5.70) | --- | 353.59 | 50.14% | 24.20 | 124.50 | (14.03) | --- |
| TSLA | 2019-03-15 | $460.00 | 2018-08-09 | 2.24% | 0.5973 | 10.25 | --- | 312.90 | 53.92% | 15.78 | 156.76 | (5.53) | --- | 342.86 | 50.14% | 20.74 | 131.77 | (10.49) | --- |
| TSLA | 2019-03-15 | $460.00 | 2018-08-10 | 2.22% | 0.5945 | 9.95 | 117.73 | 312.90 | 53.92% | 15.67 | 156.73 | (5.72) | (39.00) | 343.59 | 50.14% | 20.84 | 131.22 | (10.89) | (13.49) |
| TSLA | 2019-03-15 | $460.00 | 2018-08-13 | 2.21% | 0.5863 | 10.00 | --- | 312.90 | 53.92% | 15.37 | 156.55 | (5.37) | --- | 341.77 | 50.14% | 19.96 | 132.27 | (9.96) | --- |
| TSLA | 2019-03-15 | $460.00 | 2018-08-14 | 2.24% | 0.5836 | 7.30 | --- | 312.90 | 53.92% | 15.28 | 156.41 | (7.98) | --- | 332.76 | 50.14% | 17.35 | 138.62 | (10.05) | --- |
| TSLA | 2019-03-15 | $460.00 | 2018-08-15 | 2.22% | 0.5808 | 5.60 | 127.60 | 312.90 | 53.92% | 15.18 | 156.38 | (9.58) | (28.78) | 326.12 | 50.14% | 15.52 | 143.51 | (9.92) | (15.91) |
| TSLA | 2019-03-15 | $460.00 | 2018-08-16 | 2.23% | 0.5781 | --- | --- | 312.90 | 53.92% | 15.08 | 156.29 | --- | --- | 324.18 | 50.14% | 14.95 | 144.88 | --- | --- |
| TSLA | 2019-03-15 | $500.00 | 2018-08-07 | 2.22% | 0.6027 | 8.50 | --- | 312.90 | 53.92% | 11.40 | 191.85 | (2.90) | --- | 356.30 | 50.14% | 18.19 | 155.24 | (9.69) | --- |
| TSLA | 2019-03-15 | $500.00 | 2018-08-08 | 2.23% | 0.6000 | 5.05 | --- | 312.90 | 53.92% | 11.32 | 191.77 | (6.27) | --- | 353.59 | 50.14% | 17.39 | 157.16 | (12.34) | --- |
| TSLA | 2019-03-15 | $500.00 | 2018-08-09 | 2.24% | 0.5973 | 5.00 | --- | 312.90 | 53.92% | 11.24 | 191.69 | (6.24) | --- | 342.86 | 50.14% | 14.71 | 165.21 | (9.71) | --- |
| TSLA | 2019-03-15 | $500.00 | 2018-08-10 | 2.22% | 0.5945 | 5.00 | --- | 312.90 | 53.92% | 11.15 | 191.69 | (6.15) | --- | 343.59 | 50.14% | 14.78 | 164.63 | (9.78) | --- |
| TSLA | 2019-03-15 | $500.00 | 2018-08-13 | 2.21% | 0.5863 | 3.90 | --- | 312.90 | 53.92% | 10.89 | 191.55 | (6.99) | --- | 341.77 | 50.14% | 14.08 | 165.87 | (10.18) | --- |
| TSLA | 2019-03-15 | $500.00 | 2018-08-14 | 2.24% | 0.5836 | --- | --- | 312.90 | 53.92% | 10.82 | 191.42 | --- | --- | 332.76 | 50.14% | 12.09 | 172.84 | --- | --- |
| TSLA | 2019-03-15 | $500.00 | 2018-08-15 | 2.22% | 0.5808 | 2.20 | --- | 312.90 | 53.92% | 10.73 | 191.42 | (8.53) | --- | 326.12 | 50.14% | 10.71 | 178.19 | (8.51) | --- |
| TSLA | 2019-03-15 | $500.00 | 2018-08-16 | 2.23% | 0.5781 | 1.85 | --- | 312.90 | 53.92% | 10.65 | 191.34 | (8.80) | --- | 324.18 | 50.14% | 10.28 | 179.69 | (8.43) | --- |
| TSLA | 2019-06-21 | $300.00 | 2018-08-07 | 2.44% | 0.8712 | 94.35 | 28.10 | 312.90 | 51.65% | 67.87 | 48.66 | 26.48 | (20.56) | 356.30 | 50.36% | 96.62 | 34.01 | (2.27) | (5.91) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-08 | 2.43% | 0.8685 | 98.00 | 30.00 | 312.90 | 51.65% | 67.76 | 48.59 | 30.24 | (18.59) | 353.59 | 50.36% | 94.51 | 34.65 | 3.49 | (4.65) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-09 | 2.43% | 0.8658 | 89.50 | 41.00 | 312.90 | 51.65% | 67.66 | 48.51 | 21.84 | (7.51) | 342.86 | 50.36% | 86.63 | 37.53 | 2.87 | 3.47 |
| TSLA | 2019-06-21 | $300.00 | 2018-08-10 | 2.41% | 0.8630 | 88.96 | 38.84 | 312.90 | 51.65% | 67.54 | 48.46 | 21.42 | (9.62) | 343.59 | 50.36% | 87.03 | 37.27 | 1.93 | 1.57 |
| TSLA | 2019-06-21 | $300.00 | 2018-08-13 | 2.41% | 0.8548 | 91.00 | 34.70 | 312.90 | 51.65% | 67.25 | 48.23 | 23.75 | (13.53) | 341.77 | 50.36% | 85.44 | 37.55 | 5.56 | (2.85) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-14 | 2.43% | 0.8521 | 89.00 | 37.80 | 312.90 | 51.65% | 67.17 | 48.12 | 21.83 | (10.32) | 332.76 | 50.36% | 79.05 | 40.14 | 9.95 | (2.34) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-15 | 2.44% | 0.8493 | 73.00 | 41.00 | 312.90 | 51.65% | 67.09 | 48.03 | 5.91 | (7.03) | 326.12 | 50.36% | 74.42 | 42.15 | (1.42) | (1.15) |
| TSLA | 2019-06-21 | $300.00 | 2018-08-16 | 2.44% | 0.8466 | 75.50 | 41.49 | 312.90 | 51.65% | 66.99 | 47.95 | 8.51 | (6.46) | 324.18 | 50.36% | 73.02 | 42.71 | 2.48 | (1.22) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-07 | 2.44% | 0.8712 | --- | 48.00 | 312.90 | 51.65% | 52.03 | 71.97 | --- | (23.97) | 356.30 | 50.36% | 76.42 | 52.96 | --- | (4.96) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-08 | 2.43% | 0.8685 | 70.48 | 40.65 | 312.90 | 51.65% | 51.91 | 71.91 | 18.57 | (31.26) | 353.59 | 50.36% | 74.55 | 53.86 | (4.07) | (13.21) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-09 | 2.43% | 0.8658 | --- | 50.63 | 312.90 | 51.65% | 51.81 | 71.83 | --- | (21.20) | 342.86 | 50.36% | 67.69 | 57.75 | --- | (7.12) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-10 | 2.41% | 0.8630 | 64.05 | 53.11 | 312.90 | 51.65% | 51.69 | 71.79 | 12.36 | (18.68) | 343.59 | 50.36% | 68.00 | 57.42 | (3.95) | (4.31) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-13 | 2.41% | 0.8548 | 65.00 | --- | 312.90 | 51.65% | 51.38 | 71.54 | 13.62 | --- | 341.77 | 50.36% | 66.56 | 57.86 | (1.56) | --- |
| TSLA | 2019-06-21 | $340.00 | 2018-08-14 | 2.43% | 0.8521 | --- | --- | 312.90 | 51.65% | 51.30 | 71.43 | --- | --- | 332.76 | 50.36% | 61.05 | 61.33 | --- | --- |
| TSLA | 2019-06-21 | $340.00 | 2018-08-15 | 2.44% | 0.8493 | 51.00 | 55.00 | 312.90 | 51.65% | 51.21 | 71.33 | (0.21) | (16.33) | 326.12 | 50.36% | 57.09 | 64.00 | (6.09) | (9.00) |
| TSLA | 2019-06-21 | $340.00 | 2018-08-16 | 2.44% | 0.8466 | --- | --- | 312.90 | 51.65% | 51.10 | 71.25 | --- | --- | 324.18 | 50.36% | 55.88 | 64.74 | --- | --- |
| TSLA | 2019-06-21 | $380.00 | 2018-08-07 | 2.44% | 0.8712 | 57.75 | 73.86 | 312.90 | 51.65% | 39.75 | 98.85 | 18.00 | (24.99) | 356.30 | 50.36% | 60.10 | 75.80 | (2.35) | (1.94) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-08 | 2.43% | 0.8685 | 46.75 | 57.17 | 312.90 | 51.65% | 39.64 | 98.80 | 7.11 | (41.63) | 353.59 | 50.36% | 58.47 | 76.94 | (11.72) | (19.77) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-09 | 2.43% | 0.8658 | 42.10 | 73.85 | 312.90 | 51.65% | 39.53 | 98.72 | 2.57 | (24.87) | 342.86 | 50.36% | 52.60 | 81.83 | (10.50) | (7.98) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-10 | 2.41% | 0.8630 | 43.60 | --- | 312.90 | 51.65% | 39.42 | 98.69 | 4.18 | --- | 343.59 | 50.36% | 52.85 | 81.44 | (9.25) | --- |
| TSLA | 2019-06-21 | $380.00 | 2018-08-13 | 2.41% | 0.8548 | 43.85 | 70.00 | 312.90 | 51.65% | 39.11 | 98.46 | 4.74 | (28.46) | 341.77 | 50.36% | 51.57 | 82.05 | (7.72) | (12.05) |
| TSLA | 2019-06-21 | $380.00 | 2018-08-14 | 2.43% | 0.8521 | --- | --- | 312.90 | 51.65% | 39.03 | 98.34 | --- | --- | 332.76 | 50.36% | 46.90 | 86.35 | --- | --- |
| TSLA | 2019-06-21 | $380.00 | 2018-08-15 | 2.44% | 0.8493 | 33.20 | --- | 312.90 | 51.65% | 38.93 | 98.24 | (5.73) | --- | 326.12 | 50.36% | 43.56 | 89.65 | (10.36) | --- |
| TSLA | 2019-06-21 | $380.00 | 2018-08-16 | 2.44% | 0.8466 | 31.05 | --- | 312.90 | 51.65% | 38.83 | 98.16 | (7.78) | --- | 324.18 | 50.36% | 42.54 | 90.59 | (11.49) | --- |
| TSLA | 2019-06-21 | $420.00 | 2018-08-07 | 2.44% | 0.8712 | 27.25 | 72.40 | 312.90 | 51.65% | 30.32 | 128.58 | (3.07) | (56.18) | 356.30 | 50.36% | 47.09 | 101.96 | (19.84) | (29.56) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-08 | 2.43% | 0.8685 | 29.51 | 75.00 | 312.90 | 51.65% | 30.22 | 128.54 | (0.71) | (53.54) | 353.59 | 50.36% | 45.70 | 103.34 | (16.19) | (28.34) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-09 | 2.43% | 0.8658 | 28.73 | 97.70 | 312.90 | 51.65% | 30.12 | 128.47 | (1.39) | (30.77) | 342.86 | 50.36% | 40.74 | 109.13 | (12.01) | (11.43) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-10 | 2.41% | 0.8630 | 26.83 | 93.16 | 312.90 | 51.65% | 30.01 | 128.46 | (3.18) | (35.30) | 343.59 | 50.36% | 40.93 | 108.70 | (14.10) | (15.54) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-13 | 2.41% | 0.8548 | 24.40 | 91.00 | 312.90 | 51.65% | 29.72 | 128.26 | (5.32) | (37.26) | 341.77 | 50.36% | 39.81 | 109.48 | (15.41) | (18.48) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-14 | 2.43% | 0.8521 | 23.09 | 93.00 | 312.90 | 51.65% | 29.64 | 128.13 | (6.55) | (35.13) | 332.76 | 50.36% | 35.92 | 114.55 | (12.83) | (21.55) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-15 | 2.44% | 0.8493 | 18.72 | 102.80 | 312.90 | 51.65% | 29.55 | 128.04 | (10.83) | (25.24) | 326.12 | 50.36% | 33.15 | 118.41 | (14.43) | (15.61) |
| TSLA | 2019-06-21 | $420.00 | 2018-08-16 | 2.44% | 0.8466 | 17.35 | 104.44 | 312.90 | 51.65% | 29.46 | 127.97 | (12.11) | (23.53) | 324.18 | 50.36% | 32.29 | 119.52 | (14.94) | (15.08) |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-07 | 2.44% | 0.8712 | --- | --- | 312.90 | 51.65% | 23.13 | 160.55 | --- | --- | 356.30 | 50.36% | 36.83 | 130.85 | --- | --- |
| TSLA | 2019-06-21 | $460.00 | 2018-08-08 | 2.43% | 0.8685 | 15.60 | 104.45 | 312.90 | 51.65% | 23.04 | 160.53 | (7.44) | (56.08) | 353.59 | 50.36% | 35.65 | 132.45 | (20.05) | (28.00) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-09 | 2.43% | 0.8658 | 16.45 | --- | 312.90 | 51.65% | 22.95 | 160.47 | (6.50) | --- | 342.86 | 50.36% | 31.50 | 139.07 | (15.05) | --- |
| TSLA | 2019-06-21 | $460.00 | 2018-08-10 | 2.41% | 0.8630 | --- | 121.55 | 312.90 | 51.65% | 22.85 | 160.48 | --- | (38.93) | 343.59 | 50.36% | 31.65 | 138.59 | --- | (17.04) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-13 | 2.41% | 0.8548 | --- | --- | 312.90 | 51.65% | 22.59 | 160.31 | --- | --- | 341.77 | 50.36% | 30.69 | 139.54 | --- | --- |
| TSLA | 2019-06-21 | $460.00 | 2018-08-14 | 2.43% | 0.8521 | --- | --- | 312.90 | 51.65% | 22.51 | 160.18 | --- | --- | 332.76 | 50.36% | 27.46 | 145.28 | --- | --- |
| TSLA | 2019-06-21 | $460.00 | 2018-08-15 | 2.44% | 0.8493 | 9.60 | 133.77 | 312.90 | 51.65% | 22.43 | 160.09 | (12.83) | (26.32) | 326.12 | 50.36% | 25.19 | 149.64 | (15.59) | (15.87) |
| TSLA | 2019-06-21 | $460.00 | 2018-08-16 | 2.44% | 0.8466 | 9.80 | --- | 312.90 | 51.65% | 22.34 | 160.03 | (12.54) | --- | 324.18 | 50.36% | 24.48 | 150.89 | (14.68) | --- |
| TSLA | 2019-06-21 | $500.00 | 2018-08-07 | 2.44% | 0.8712 | 9.00 | --- | 312.90 | 51.65% | 17.67 | 194.25 | (8.67) | --- | 356.30 | 50.36% | 28.78 | 161.97 | (19.78) | --- |
| TSLA | 2019-06-21 | $500.00 | 2018-08-08 | 2.43% | 0.8685 | 9.15 | 132.00 | 312.90 | 51.65% | 17.59 | 194.24 | (8.44) | (62.24) | 353.59 | 50.36% | 27.79 | 163.76 | (18.64) | (31.76) |
| TSLA | 2019-06-21 | $500.00 | 2018-08-09 | 2.43% | 0.8658 | 9.35 | 151.00 | 312.90 | 51.65% | 17.51 | 194.20 | (8.16) | (43.20) | 342.86 | 50.36% | 24.35 | 171.08 | (15.00) | (20.08) |
| TSLA | 2019-06-21 | $500.00 | 2018-08-10 | 2.41% | 0.8630 | 9.01 | --- | 312.90 | 51.65% | 17.42 | 194.22 | (8.41) | --- | 343.59 | 50.36% | 24.46 | 170.58 | (15.45) | --- |
| TSLA | 2019-06-21 | $500.00 | 2018-08-13 | 2.41% | 0.8548 | 7.50 | --- | 312.90 | 51.65% | 17.18 | 194.09 | (9.68) | --- | 341.77 | 50.36% | 23.64 | 171.67 | (16.14) | --- |
| TSLA | 2019-06-21 | $500.00 | 2018-08-14 | 2.43% | 0.8521 | --- | --- | 312.90 | 51.65% | 17.12 | 193.97 | --- | --- | 332.76 | 50.36% | 21.00 | 177.99 | --- | --- |
| TSLA | 2019-06-21 | $500.00 | 2018-08-15 | 2.44% | 0.8493 | 4.80 | --- | 312.90 | 51.65% | 17.04 | 193.88 | (12.24) | --- | 326.12 | 50.36% | 19.14 | 182.77 | (14.34) | --- |
| TSLA | 2019-06-21 | $500.00 | 2018-08-16 | 2.44% | 0.8466 | 4.60 | --- | 312.90 | 51.65% | 16.96 | 193.84 | (12.36) | --- | 324.18 | 50.36% | 18.56 | 184.16 | (13.96) | --- |
| TSLA | 2019-08-16 | $300.00 | 2018-08-07 | 2.44% | 1.0247 | 96.00 | 30.00 | 312.90 | 50.88% | 72.20 | 51.88 | 23.80 | (21.88) | 356.30 | 50.63% | 102.14 | 38.43 | (6.14) | (8.43) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-08 | 2.43% | 1.0219 | --- | 32.80 | 312.90 | 50.88% | 72.09 | 51.83 | --- | (19.03) | 353.59 | 50.63% | 100.04 | 39.09 | --- | (6.29) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-09 | 2.43% | 1.0192 | 90.00 | 42.17 | 312.90 | 50.88% | 72.00 | 51.76 | 18.00 | (9.59) | 342.86 | 50.63% | 92.18 | 41.98 | (2.18) | 0.19 |
| TSLA | 2019-08-16 | $300.00 | 2018-08-10 | 2.41% | 1.0164 | --- | --- | 312.90 | 50.88% | 71.89 | 51.73 | --- | --- | 343.59 | 50.63% | 92.58 | 41.73 | --- | --- |
| TSLA | 2019-08-16 | $300.00 | 2018-08-13 | 2.41% | 1.0082 | 89.36 | --- | 312.90 | 50.88% | 71.62 | 51.52 | 17.74 | --- | 341.77 | 50.63% | 91.01 | 42.03 | (1.65) | --- |
| TSLA | 2019-08-16 | $300.00 | 2018-08-14 | 2.43% | 1.0055 | 89.83 | 41.04 | 312.90 | 50.88% | 71.56 | 51.41 | 18.27 | (10.37) | 332.76 | 50.63% | 84.61 | 44.61 | 5.22 | (3.57) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-15 | 2.44% | 1.0027 | 77.45 | 43.74 | 312.90 | 50.88% | 71.48 | 51.33 | 5.97 | (7.59) | 326.12 | 50.63% | 79.98 | 46.61 | (2.53) | (2.87) |
| TSLA | 2019-08-16 | $300.00 | 2018-08-16 | 2.44% | 1.0000 | 79.00 | --- | 312.90 | 50.88% | 71.39 | 51.26 | 7.61 | --- | 324.18 | 50.63% | 78.58 | 47.16 | 0.42 | --- |
| TSLA | 2019-08-16 | $340.00 | 2018-08-07 | 2.44% | 1.0247 | --- | 53.50 | 312.90 | 50.88% | 56.55 | 75.25 | --- | (21.75) | 356.30 | 50.63% | 82.58 | 57.89 | --- | (4.39) |
| TSLA | 2019-08-16 | $340.00 | 2018-08-08 | 2.43% | 1.0219 | --- | 41.00 | 312.90 | 50.88% | 56.44 | 75.20 | --- | (34.20) | 353.59 | 50.63% | 80.70 | 58.77 | --- | (17.77) |
| TSLA | 2019-08-16 | $340.00 | 2018-08-09 | 2.43% | 1.0192 | --- | --- | 312.90 | 50.88% | 56.35 | 75.13 | --- | --- | 342.86 | 50.63% | 73.76 | 62.59 | --- | --- |
| TSLA | 2019-08-16 | $340.00 | 2018-08-10 | 2.41% | 1.0164 | --- | --- | 312.90 | 50.88% | 56.23 | 75.10 | --- | --- | 343.59 | 50.63% | 74.09 | 62.28 | --- | --- |
| TSLA | 2019-08-16 | $340.00 | 2018-08-13 | 2.41% | 1.0082 | 67.70 | --- | 312.90 | 50.88% | 55.95 | 74.89 | 11.75 | --- | 341.77 | 50.63% | 72.66 | 62.73 | (4.96) | --- |
| TSLA | 2019-08-16 | $340.00 | 2018-08-14 | 2.43% | 1.0055 | --- | --- | 312.90 | 50.88% | 55.88 | 74.77 | --- | --- | 332.76 | 50.63% | 67.07 | 66.10 | --- | --- |
| TSLA | 2019-08-16 | $340.00 | 2018-08-15 | 2.44% | 1.0027 | 54.80 | 58.35 | 312.90 | 50.88% | 55.80 | 74.68 | (1.00) | (16.33) | 326.12 | 50.63% | 63.04 | 68.70 | (8.24) | (10.35) |
| TSLA | 2019-08-16 | $340.00 | 2018-08-16 | 2.44% | 1.0000 | --- | 61.95 | 312.90 | 50.88% | 55.71 | 74.61 | --- | (12.66) | 324.18 | 50.63% | 61.81 | 69.43 | --- | (7.48) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-07 | 2.44% | 1.0247 | --- | 55.00 | 312.90 | 50.88% | 44.23 | 101.94 | --- | (46.94) | 356.30 | 50.63% | 66.57 | 80.88 | --- | (25.88) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-08 | 2.43% | 1.0219 | 52.54 | 57.50 | 312.90 | 50.88% | 44.12 | 101.90 | 8.42 | (44.40) | 353.59 | 50.63% | 64.91 | 82.00 | (12.37) | (24.50) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-09 | 2.43% | 1.0192 | 46.00 | --- | 312.90 | 50.88% | 44.03 | 101.83 | 1.97 | --- | 342.86 | 50.63% | 58.87 | 86.71 | (12.87) | --- |
| TSLA | 2019-08-16 | $380.00 | 2018-08-10 | 2.41% | 1.0164 | 45.80 | 76.25 | 312.90 | 50.88% | 43.92 | 101.82 | 1.88 | (25.57) | 343.59 | 50.63% | 59.14 | 86.35 | (13.34) | (10.10) |
| TSLA | 2019-08-16 | $380.00 | 2018-08-13 | 2.41% | 1.0082 | 44.65 | --- | 312.90 | 50.88% | 43.64 | 101.61 | 1.01 | --- | 341.77 | 50.63% | 57.85 | 86.96 | (13.20) | --- |
| TSLA | 2019-08-16 | $380.00 | 2018-08-14 | 2.43% | 1.0055 | 40.85 | --- | 312.90 | 50.88% | 43.57 | 101.49 | (2.72) | --- | 332.76 | 50.63% | 53.03 | 91.09 | (12.18) | --- |
| TSLA | 2019-08-16 | $380.00 | 2018-08-15 | 2.44% | 1.0027 | 35.34 | --- | 312.90 | 50.88% | 43.48 | 101.39 | (8.14) | --- | 326.12 | 50.63% | 49.56 | 94.26 | (14.22) | --- |
| TSLA | 2019-08-16 | $380.00 | 2018-08-16 | 2.44% | 1.0000 | --- | 82.46 | 312.90 | 50.88% | 43.39 | 101.32 | --- | (18.86) | 324.18 | 50.63% | 48.50 | 95.16 | --- | (12.70) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-07 | 2.44% | 1.0247 | 29.00 | --- | 312.90 | 50.88% | 34.59 | 131.31 | (5.59) | --- | 356.30 | 50.63% | 53.58 | 106.90 | (24.58) | --- |
| TSLA | 2019-08-16 | $420.00 | 2018-08-08 | 2.43% | 1.0219 | 33.52 | --- | 312.90 | 50.88% | 34.49 | 131.29 | (0.97) | --- | 353.59 | 50.63% | 52.13 | 108.24 | (18.61) | --- |
| TSLA | 2019-08-16 | $420.00 | 2018-08-09 | 2.43% | 1.0192 | 31.58 | 99.87 | 312.90 | 50.88% | 34.40 | 131.22 | (2.82) | (31.35) | 342.86 | 50.63% | 46.93 | 113.79 | (15.35) | (13.92) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-10 | 2.41% | 1.0164 | 30.01 | 97.50 | 312.90 | 50.88% | 34.30 | 131.23 | (4.29) | (33.73) | 343.59 | 50.63% | 47.14 | 113.39 | (17.13) | (15.89) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-13 | 2.41% | 1.0082 | 30.12 | 93.50 | 312.90 | 50.88% | 34.03 | 131.04 | (3.91) | (37.54) | 341.77 | 50.63% | 46.00 | 114.14 | (15.88) | (20.64) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-14 | 2.43% | 1.0055 | 25.15 | --- | 312.90 | 50.88% | 33.96 | 130.91 | (8.81) | --- | 332.76 | 50.63% | 41.88 | 118.98 | (16.73) | --- |
| TSLA | 2019-08-16 | $420.00 | 2018-08-15 | 2.44% | 1.0027 | 21.10 | 106.05 | 312.90 | 50.88% | 33.88 | 130.82 | (12.78) | (24.77) | 326.12 | 50.63% | 38.94 | 122.67 | (17.84) | (16.62) |
| TSLA | 2019-08-16 | $420.00 | 2018-08-16 | 2.44% | 1.0000 | 20.20 | 107.68 | 312.90 | 50.88% | 33.79 | 130.76 | (13.59) | (23.08) | 324.18 | 50.63% | 38.03 | 123.73 | (17.83) | (16.05) |

Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)

| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2019-08-16 | $460.00 | 2018-08-07 | 2.44% | 1.0247 | --- | --- | 312.90 | 50.88% | 27.08 | 162.82 | --- | --- | 356.30 | 50.63% | 43.10 | 135.45 | --- | --- |
| TSLA | 2019-08-16 | $460.00 | 2018-08-08 | 2.43% | 1.0219 | --- | --- | 312.90 | 50.88% | 26.99 | 162.81 | --- | --- | 353.59 | 50.63% | 41.85 | 136.98 | --- | --- |
| TSLA | 2019-08-16 | $460.00 | 2018-08-09 | 2.43% | 1.0192 | 21.00 | --- | 312.90 | 50.88% | 26.91 | 162.75 | (5.91) | --- | 342.86 | 50.63% | 37.41 | 143.29 | (16.41) | --- |
| TSLA | 2019-08-16 | $460.00 | 2018-08-10 | 2.41% | 1.0164 | 20.00 | --- | 312.90 | 50.88% | 26.81 | 162.77 | (6.81) | --- | 343.59 | 50.63% | 37.58 | 142.86 | (17.58) | --- |
| TSLA | 2019-08-16 | $460.00 | 2018-08-13 | 2.41% | 1.0082 | 17.80 | --- | 312.90 | 50.88% | 26.56 | 162.61 | (8.76) | --- | 341.77 | 50.63% | 36.57 | 143.76 | (18.77) | --- |
| TSLA | 2019-08-16 | $460.00 | 2018-08-14 | 2.43% | 1.0055 | 15.50 | --- | 312.90 | 50.88% | 26.49 | 162.49 | (10.99) | --- | 332.76 | 50.63% | 33.08 | 149.22 | (17.58) | --- |
| TSLA | 2019-08-16 | $460.00 | 2018-08-15 | 2.44% | 1.0027 | --- | --- | 312.90 | 50.88% | 26.42 | 162.39 | --- | --- | 326.12 | 50.63% | 30.61 | 153.37 | --- | --- |
| TSLA | 2019-08-16 | $460.00 | 2018-08-16 | 2.44% | 1.0000 | --- | --- | 312.90 | 50.88% | 26.33 | 162.34 | --- | --- | 324.18 | 50.63% | 29.84 | 154.56 | --- | --- |
| TSLA | 2019-08-16 | $500.00 | 2018-08-07 | 2.44% | 1.0247 | 24.06 | --- | 312.90 | 50.88% | 21.25 | 196.00 | 2.81 | --- | 356.30 | 50.63% | 34.70 | 166.05 | (10.64) | --- |
| TSLA | 2019-08-16 | $500.00 | 2018-08-08 | 2.43% | 1.0219 | 14.00 | --- | 312.90 | 50.88% | 21.16 | 196.00 | (7.16) | --- | 353.59 | 50.63% | 33.62 | 167.77 | (19.62) | --- |
| TSLA | 2019-08-16 | $500.00 | 2018-08-09 | 2.43% | 1.0192 | 13.00 | 153.33 | 312.90 | 50.88% | 21.09 | 195.95 | (8.09) | (42.62) | 342.86 | 50.63% | 29.84 | 174.75 | (16.84) | (21.42) |
| TSLA | 2019-08-16 | $500.00 | 2018-08-10 | 2.41% | 1.0164 | 12.00 | --- | 312.90 | 50.88% | 21.00 | 195.99 | (9.00) | --- | 343.59 | 50.63% | 29.98 | 174.29 | (17.98) | --- |
| TSLA | 2019-08-16 | $500.00 | 2018-08-13 | 2.41% | 1.0082 | 10.50 | 155.00 | 312.90 | 50.88% | 20.77 | 195.95 | (10.27) | (40.86) | 341.77 | 50.63% | 29.10 | 175.33 | (18.60) | (20.33) |
| TSLA | 2019-08-16 | $500.00 | 2018-08-14 | 2.43% | 1.0055 | 9.30 | 158.65 | 312.90 | 50.88% | 20.71 | 195.73 | (11.41) | (37.08) | 332.76 | 50.63% | 26.16 | 181.34 | (16.86) | (22.69) |
| TSLA | 2019-08-16 | $500.00 | 2018-08-15 | 2.44% | 1.0027 | 6.90 | --- | 312.90 | 50.88% | 20.64 | 195.65 | (13.74) | --- | 326.12 | 50.63% | 24.09 | 185.88 | (17.19) | --- |
| TSLA | 2019-08-16 | $500.00 | 2018-08-16 | 2.44% | 1.0000 | 7.10 | --- | 312.90 | 50.88% | 20.56 | 195.60 | (13.46) | --- | 324.18 | 50.63% | 23.44 | 187.20 | (16.34) | --- |
| TSLA | 2020-01-17 | $300.00 | 2018-08-07 | 2.44% | 1.4466 | 108.00 | 34.00 | 312.90 | 48.65% | 81.57 | 58.26 | 26.43 | (24.26) | 356.30 | 50.52% | 114.74 | 48.04 | (6.74) | (14.04) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-08 | 2.43% | 1.4438 | 108.00 | 40.20 | 312.90 | 48.65% | 81.48 | 58.24 | 26.52 | (18.04) | 353.59 | 50.52% | 112.64 | 48.71 | (4.64) | (8.51) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-09 | 2.43% | 1.4411 | 96.00 | 50.05 | 312.90 | 48.65% | 81.41 | 58.18 | 14.59 | (8.13) | 342.86 | 50.52% | 104.75 | 51.57 | (8.75) | (1.52) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-10 | 2.41% | 1.4384 | 95.28 | 48.42 | 312.90 | 48.65% | 81.30 | 58.18 | 13.98 | (9.76) | 343.59 | 50.52% | 105.16 | 51.35 | (9.88) | (2.93) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-13 | 2.41% | 1.4301 | 98.00 | 46.10 | 312.90 | 48.65% | 81.09 | 58.02 | 16.91 | (11.92) | 341.77 | 50.52% | 103.63 | 51.69 | (5.63) | (5.59) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-14 | 2.43% | 1.4274 | 90.00 | 47.40 | 312.90 | 48.65% | 81.05 | 57.92 | 8.95 | (10.52) | 332.76 | 50.52% | 97.19 | 54.21 | (7.19) | (6.81) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-15 | 2.44% | 1.4247 | 84.00 | 50.64 | 312.90 | 48.65% | 81.00 | 57.84 | 3.00 | (7.20) | 326.12 | 50.52% | 92.51 | 56.14 | (8.51) | (5.50) |
| TSLA | 2020-01-17 | $300.00 | 2018-08-16 | 2.44% | 1.4219 | 83.00 | 52.10 | 312.90 | 48.65% | 80.93 | 57.79 | 2.07 | (5.69) | 324.18 | 50.52% | 91.10 | 56.69 | (8.10) | (4.59) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-07 | 2.44% | 1.4466 | 78.55 | 50.35 | 312.90 | 48.65% | 66.36 | 81.66 | 12.19 | (31.31) | 356.30 | 50.52% | 96.48 | 68.39 | (17.93) | (18.04) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-08 | 2.43% | 1.4438 | 84.15 | 52.85 | 312.90 | 48.65% | 66.27 | 81.64 | 17.88 | (28.79) | 353.59 | 50.52% | 94.57 | 69.25 | (10.42) | (16.40) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-09 | 2.43% | 1.4411 | 75.00 | 67.99 | 312.90 | 48.65% | 66.19 | 81.59 | 8.81 | (13.60) | 342.86 | 50.52% | 87.45 | 72.89 | (12.45) | (4.90) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-10 | 2.41% | 1.4384 | 72.00 | 64.00 | 312.90 | 48.65% | 66.08 | 81.60 | 5.92 | (17.60) | 343.59 | 50.52% | 87.80 | 72.62 | (15.80) | (8.62) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-13 | 2.41% | 1.4301 | --- | 58.65 | 312.90 | 48.65% | 65.86 | 81.43 | --- | (22.78) | 341.77 | 50.52% | 86.38 | 73.09 | --- | (14.44) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-14 | 2.43% | 1.4274 | 69.50 | 61.70 | 312.90 | 48.65% | 65.81 | 81.32 | 3.69 | (19.62) | 332.76 | 50.52% | 80.61 | 76.26 | (11.11) | (14.56) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-15 | 2.44% | 1.4247 | 60.00 | 67.50 | 312.90 | 48.65% | 65.75 | 81.23 | (5.75) | (13.73) | 326.12 | 50.52% | 76.42 | 78.69 | (16.42) | (11.19) |
| TSLA | 2020-01-17 | $340.00 | 2018-08-16 | 2.44% | 1.4219 | 58.10 | 70.00 | 312.90 | 48.65% | 65.68 | 81.18 | (7.58) | (11.18) | 324.18 | 50.52% | 75.16 | 79.38 | (17.06) | (9.38) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-07 | 2.44% | 1.4466 | 61.70 | 61.00 | 312.90 | 48.65% | 54.04 | 107.96 | 7.66 | (46.96) | 356.30 | 50.52% | 81.15 | 91.67 | (19.45) | (30.67) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-08 | 2.43% | 1.4438 | 59.00 | 69.10 | 312.90 | 48.65% | 53.95 | 107.94 | 5.05 | (38.84) | 353.59 | 50.52% | 79.43 | 92.73 | (20.43) | (23.63) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-09 | 2.43% | 1.4411 | 53.94 | 87.35 | 312.90 | 48.65% | 53.87 | 107.89 | 0.07 | (20.54) | 342.86 | 50.52% | 73.05 | 97.11 | (19.11) | (9.76) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-10 | 2.41% | 1.4384 | 53.75 | 83.00 | 312.90 | 48.65% | 53.77 | 107.91 | (0.02) | (24.91) | 343.59 | 50.52% | 73.35 | 96.81 | (19.60) | (13.81) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-13 | 2.41% | 1.4301 | 52.00 | 79.30 | 312.90 | 48.65% | 53.54 | 107.76 | (1.54) | (28.46) | 341.77 | 50.52% | 72.05 | 97.40 | (20.05) | (18.10) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-14 | 2.43% | 1.4274 | 48.32 | 81.00 | 312.90 | 48.65% | 53.49 | 107.63 | (5.17) | (26.63) | 332.76 | 50.52% | 66.91 | 101.20 | (18.59) | (20.20) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-15 | 2.44% | 1.4247 | 41.50 | 82.50 | 312.90 | 48.65% | 53.43 | 107.54 | (11.93) | (25.04) | 326.12 | 50.52% | 63.20 | 104.10 | (21.70) | (21.60) |
| TSLA | 2020-01-17 | $380.00 | 2018-08-16 | 2.44% | 1.4219 | 42.10 | 88.70 | 312.90 | 48.65% | 53.35 | 107.49 | (11.25) | (18.79) | 324.18 | 50.52% | 62.07 | 104.93 | (19.97) | (16.23) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-07 | 2.44% | 1.4466 | 37.00 | 85.30 | 312.90 | 48.65% | 44.09 | 136.62 | (7.09) | (51.32) | 356.30 | 50.52% | 68.34 | 117.48 | (31.34) | (32.18) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-08 | 2.43% | 1.4438 | 38.50 | 88.50 | 312.90 | 48.65% | 44.00 | 136.62 | (5.50) | (48.12) | 353.59 | 50.52% | 66.79 | 118.72 | (28.29) | (30.22) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-09 | 2.43% | 1.4411 | 39.22 | 110.20 | 312.90 | 48.65% | 43.93 | 136.57 | (4.71) | (26.37) | 342.86 | 50.52% | 61.11 | 123.80 | (21.89) | (13.60) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-10 | 2.41% | 1.4384 | 34.28 | 105.02 | 312.90 | 48.65% | 43.82 | 136.61 | (9.54) | (31.59) | 343.59 | 50.52% | 61.37 | 123.47 | (27.09) | (18.45) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-13 | 2.41% | 1.4301 | 34.13 | 100.00 | 312.90 | 48.65% | 43.60 | 136.47 | (9.47) | (36.47) | 341.77 | 50.52% | 60.18 | 124.18 | (26.05) | (24.18) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-14 | 2.43% | 1.4274 | 31.39 | 100.00 | 312.90 | 48.65% | 43.55 | 136.33 | (12.16) | (36.33) | 332.76 | 50.52% | 55.64 | 128.56 | (24.25) | (28.56) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-15 | 2.44% | 1.4247 | 27.25 | 113.30 | 312.90 | 48.65% | 43.49 | 136.24 | (16.24) | (22.94) | 326.12 | 50.52% | 52.36 | 131.89 | (25.11) | (18.59) |
| TSLA | 2020-01-17 | $420.00 | 2018-08-16 | 2.44% | 1.4219 | 28.20 | 114.10 | 312.90 | 48.65% | 43.41 | 136.19 | (15.21) | (22.09) | 324.18 | 50.52% | 51.36 | 132.86 | (23.16) | (18.76) |

**Appendix 8(a): Calculation of End-of-Day Artificial Inflation (Deflation) in Tesla Options (Strike prices of $300, $340, $380, $420, $460, and $500)**

| | | | | | | Last Traded Price | | But-For Option Value Based on Direct & Consequential Effects | | | | | | But-For Option Value Based on Direct Effects | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Root | Expiration | Strike | Date | Interest Rate | Time to Maturity | Call | Put | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) | Stock Price | Implied Volatility | Call | Put | Call Inflation/(Deflation) | Put Inflation/(Deflation) |
| TSLA | 2020-01-17 | $460.00 | 2018-08-07 | 2.44% | 1.4466 | 24.00 | 125.00 | 312.90 | 48.65% | 36.06 | 167.20 | (12.06) | (42.20) | 356.30 | 50.52% | 57.65 | 145.39 | (33.65) | (20.39) |
| TSLA | 2020-01-17 | $460.00 | 2018-08-08 | 2.43% | 1.4438 | 28.00 | 115.05 | 312.90 | 48.65% | 35.97 | 167.21 | (7.97) | (52.16) | 353.59 | 50.52% | 56.26 | 146.81 | (28.26) | (31.76) |
| TSLA | 2020-01-17 | $460.00 | 2018-08-09 | 2.43% | 1.4411 | 27.90 | --- | 312.90 | 48.65% | 35.90 | 167.17 | (8.00) | --- | 342.86 | 50.52% | 51.22 | 152.53 | (23.32) | --- |
| TSLA | 2020-01-17 | $460.00 | 2018-08-10 | 2.41% | 1.4384 | 26.18 | --- | 312.90 | 48.65% | 35.81 | 167.23 | (9.63) | --- | 343.59 | 50.52% | 51.44 | 152.18 | (25.26) | --- |
| TSLA | 2020-01-17 | $460.00 | 2018-08-13 | 2.41% | 1.4301 | --- | --- | 312.90 | 48.65% | 35.59 | 167.10 | --- | --- | 341.77 | 50.52% | 50.37 | 153.01 | --- | --- |
| TSLA | 2020-01-17 | $460.00 | 2018-08-14 | 2.43% | 1.4274 | 18.60 | --- | 312.90 | 48.65% | 35.54 | 166.96 | (16.94) | --- | 332.76 | 50.52% | 46.36 | 157.92 | (27.76) | --- |
| TSLA | 2020-01-17 | $460.00 | 2018-08-15 | 2.44% | 1.4247 | 18.50 | --- | 312.90 | 48.65% | 35.48 | 166.86 | (16.98) | --- | 326.12 | 50.52% | 43.48 | 161.65 | (24.98) | --- |
| TSLA | 2020-01-17 | $460.00 | 2018-08-16 | 2.44% | 1.4219 | 18.80 | --- | 312.90 | 48.65% | 35.41 | 166.82 | (16.61) | --- | 324.18 | 50.52% | 42.60 | 162.73 | (23.80) | --- |
| TSLA | 2020-01-17 | $500.00 | 2018-08-07 | 2.44% | 1.4466 | 19.00 | 145.00 | 312.90 | 48.65% | 29.57 | 199.33 | (10.57) | (54.33) | 356.30 | 50.52% | 48.72 | 175.08 | (29.72) | (30.08) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-08 | 2.43% | 1.4438 | 20.20 | 146.50 | 312.90 | 48.65% | 29.49 | 199.35 | (9.29) | (52.85) | 353.59 | 50.52% | 47.48 | 176.65 | (27.28) | (30.15) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-09 | 2.43% | 1.4411 | 19.15 | 167.00 | 312.90 | 48.65% | 29.43 | 199.32 | (10.28) | (32.32) | 342.86 | 50.52% | 43.03 | 182.97 | (23.88) | (15.97) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-10 | 2.41% | 1.4384 | 16.50 | 164.00 | 312.90 | 48.65% | 29.34 | 199.40 | (12.84) | (35.40) | 343.59 | 50.52% | 43.21 | 182.59 | (26.71) | (18.59) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-13 | 2.41% | 1.4301 | 15.70 | 159.00 | 312.90 | 48.65% | 29.14 | 199.29 | (13.44) | (40.29) | 341.77 | 50.52% | 42.25 | 183.53 | (26.55) | (24.53) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-14 | 2.43% | 1.4274 | 12.75 | 159.00 | 312.90 | 48.65% | 29.09 | 199.14 | (16.34) | (40.14) | 332.76 | 50.52% | 38.72 | 188.92 | (25.97) | (29.92) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-15 | 2.44% | 1.4247 | 11.80 | 173.95 | 312.90 | 48.65% | 29.03 | 199.04 | (17.23) | (25.09) | 326.12 | 50.52% | 36.20 | 193.00 | (24.40) | (19.05) |
| TSLA | 2020-01-17 | $500.00 | 2018-08-16 | 2.44% | 1.4219 | 12.25 | 178.00 | 312.90 | 48.65% | 28.96 | 199.01 | (16.71) | (21.01) | 324.18 | 50.52% | 35.43 | 194.19 | (23.18) | (16.19) |

# **Exhibit D**

Page 1

(THE FOLLOWING IS A ROUGH DRAFT ONLY AND NOT A FINAL TRANSCRIPT.)

THE TECHNICIAN:  We are now on the record.  Today's date is January 3rd, 2023, and the time is 2:59 p.m. Eastern.

This is the recorded video deposition of Steven Heston, Volume II, In The Matter Of In Re:  Tesla, Inc. Securities Litigation, taken in the United States District Court for the Northern District of California, Case No. 18-cv-04865-EMC.

My name is James Jarmon from Everest Court Reporting, and I am the video specialist.

The court reporter today is Allison Hall, also from Everest Court Reporting.

All counsel appearing today will be noted on the stenographic record.

Will the court reporter please swear in the witness?

STEVEN HESTON,

having first been duly sworn, testified as follows:

EXAMINATION

Page 2

BY MR. ALDEN:

Q.   Professor Heston, good afternoon. My name is Anthony Alden.  I am with the firm Quinn Emanuel and we represent the Defendants in this case.

Is there any reason why you can't give truthful testimony today?

A.   I'm sorry.  I'm adjusting my sound here.  Is there any reason why it might be untruthful?  Is that the question.

Q.   Why you can't give truthful testimony today?

A.   No, I -- there's no reason why I can't be truthful.

Q.   Okay.  And there are two attorneys sitting in the room with you; is that correct?

A.   I can't see them both, but, yes, there are two here.

Q.   Okay.  And can we agree that while you're giving testimony, you won't communicate with those attorneys?

A.   Yes, we can agree on that.

Q.   Okay.  Now, you would agree with me that the prices for exchange traded stock options change throughout the day?

Page 3

A.   That they change through the day? Sometimes, they do.

Q.   Yeah.  That's quite often the case?

A.   Yes.

Q.   They can change as quickly as by the minute?

A.   Yes, they can.

Q.   And they can change for all kinds of reasons, right, such as changes in market liquidity, macroeconomic events, industry news coming out.

Would you agree with that?

A.   I don't have an expert opinion on why they change generally or in specific cases, but, yes, prices changing often in conjunction with many events.

Q.   Now, you recall that this case is about -- or at least in part about a tweet that Elon Musk issued at 12:48 p.m. Eastern on August 7 of 2018?

A.   Yes, I'm aware of this.

Q.   And if I refer to that as Mr. Musk's 2023, you'll know what I'm talking about?

A.   Yes.

Q.   Okay.  Now, if Mr. Musk hadn't

Page 4

Tweeted, you wouldn't expect all trades in a given Tesla option to happen at exactly the same price throughout the day, right?

A.   Let me understand that, especially because my volume was low.  If he had not traded, I would not expect --

Q.   If Mr. Musk has never issued his tweet on August 7th, and options just kept trading, you wouldn't have expected those options to the same option of a given maturity to trade at the same price throughout a given day.

A.   That's right.  On other days when he did not tweet, the option prices changed, so if he had not tweeted on that day, they still probably would have changed.

Q.   And when you expect -- after Mr. Musk tweeted, would you expect that tweet to have impacted prices for the same option differently throughout a given day?

A.   I have no particular expert opinion on why and when any particular information affected prices.

Q.   Okay.  Now, you, in your November 8, 2021 report, you proposed what you considered

Page 5

1 to be a reliable, reasonable and robust method
2 for calculating damages to option holders in
3 this case.
4     Is that fair to say?
5     A.   Let me take a look at the report
6 and.
7     MR. PORRITT:  If you want to look at
8 the report, then ask to look at the report.
9     THE WITNESS:  All right.  May I look
10 at the report?
11     Q.   (By Mr. Alden)  Sure.  I believe
12 it's already been marked at your last
13 deposition as exhibit 368.  If you want to look
14 at page 61, paragraph 6 point -- subheading
15 6.3.
16     A.   Page 61.
17     Q.   Let me -- let me ask you this while
18 you're looking.  You're not able to say,
19 without looking at your report, whether the
20 moth dolling proposed there for calculating
21 options damages was reliable, reasonable, and
22 robust?
23     A.   Well, you mentioned a report with a
24 particular date and I want to make sure I
25 understand which report you're referring to

Page 6

1 since I submitted a supplementary report.  So
2 this is my original one from November 8th.
3 Yes, I submitted this report with the opinion
4 that I have a reasonable and reliable
5 methodology.
6     Q.   And you call that methodology an --
7 or you characterized it as an impact quantum
8 methodology, correct?
9     A.   I think I called it quantum impact
10 or this impact quantum.  Yes, that's right.
11     Q.   Okay.  And are you aware that the
12 Court rejected part of your methodology?
13     MR. PORRITT:  Object to form.  That
14 totally misstates what the Court did.
15     You can answer the question.
16     THE WITNESS:  I can answer?  Well,
17 I'm not aware that they objected.  I -- I
18 do believe that counsel on both sides
19 agreed to use a different or modified
20 version of the Black-Scholes formula and
21 that the judge ordered a report so that I
22 submitted a second supplementary report.
23     I'm not aware -- I don't know the
24 legal characterization and don't recall it
25 as an objection.

Page 7

1     Q.   (By Mr. Alden)  Okay.  Well, I'll
2 represent to you that certainly defendants
3 never agreed to the use of any other data.  But
4 be that as it may, are you aware that the Court
5 said, and I quote, there are substantial
6 questions regarding Professor Heston's use of
7 adjusted crisis rather than the actual observed
8 trading data for each individual stock option,
9 end quote?
10     Are you aware of that?
11     MR. PORRITT:  I'm going to object to
12 form.  What are you reading from?
13     THE WITNESS:  The judge's order.
14     MR. PORRITT:  My question is for
15 him.
16     THE WITNESS:  Sorry.
17     Q.   (By Mr. Alden)  You can answer the
18 question.
19     A.   All right.  Do you want to answer
20 Nick's question or...
21     MR. ALDEN:  No, I don't have much
22 time, so I want to keep going.
23     Are you aware that that's what the
24 Court said.
25     THE WITNESS:  Yes, I do recall

Page 8

1 reading that.
2     Q.   (By Mr. Alden)  Okay.  You're aware
3 that the Coulter said, and they I quote,
4 Professor Heston's decision to use theoretical
5 prices derived from straddles rather than the
6 actually market price for each sanctuary city
7 la stock option appears to be unprecedented and
8 poses serious doubt of issues, end quote.  Are
9 you aware that the court said that?
10     MR. PORRITT:  I'm going is to reject
11 to the form.  I'd like you to refer the
12 witness to the actual order instead of
13 cherry-picking.  It would be helpful.
14     THE WITNESS:  It would help because
15 I'm not sure of the exact wording and so
16 I -- I can't exactly agree to your entire
17 either defeat or paraphrase.
18     Q.   Have you --
19     A.   I do recall the Court discussing
20 issues and if you give me time to look at
21 the --
22     Q.   You reviewed the Court's order
23 though, correct?
24     A.   Excuse me?
25     Q.   You previously said that you had

Page 9

1 reviewed the order that I was reading from,
2 correct?
3      A.   I -- I reviewed them, I did not
4 memorize them.
5      Q.   Okay.
6           MR. ALDEN:  Now, I'd like to mark as
7 consistently 442 what I labeled as proposed
8 form.
9           MR. PORRITT:  So, Anthony, we're
10 having difficulty hearing you.  It's a bit
11 muffled.  I don't know if that's garbled on
12 your end.
13          MR. ALDEN:  Do you want to go off
14 the record for a minute and test it?
15          MR. PORRITT:  No, it's better with
16 your head up.  I think when you're head is
17 down a little bit, it's just a little -- a
18 few words get lost.  That's all.
19          (THEREUPON, Exhibit 442 was marked
20 for identification.)
21      Q.   (By Mr. Alden)  What is marked as
22 Exhibit 442 is Plaintiff's submission of
23 revised proposed verdict form.
24          And have you ever reviewed this
25 document, Professor Heston?

Page 10

1      A.   Let me see.  I believe so.
2      Q.   Okay.
3      A.   Oh, I can scroll through it?  All
4 right.  Let me --
5      Q.   And if you -- if you go to page --
6 what's numbered at the bottom as page 3, line
7 7.
8      A.   So where do I find page 3, line 7?
9      Q.   And you see the passage that begins
10 "consistent with this ruling"?
11          And I'll just read it.  "Plaintiff
12 proposes that damages for investors in Tesla
13 stock options be calculated using the
14 out-of-pocket methodology using the
15 Black-Scholes-Merton model to calculate the
16 but-for price for Tesla stock options and this
17 but-for price should be calculated using the
18 but-for price of Tesla stock as determined by
19 the jury at trial and the actual observed
20 implied volatility as reported by the CBOE
21 Exchange on the date the option was transacted
22 during the class period."
23          Do you see that?
24      A.   Yes, I see that.
25      Q.   Is that a methodology you proposed?

Page 11

1      A.   Yes.
2      Q.   And do you consider that methodology
3 to be a reasonable, reliable, and robust method
4 of calculating options damages in this case?
5      A.   Yes, I do.
6      Q.   Did you do anything or do you
7 know -- did either -- I'll strike that.
8           Do you know whether anyone --
9      A.   Do I know what, please?
10      Q.   I'll -- I'll start again.
11          Did you do any comparison of the
12 damages numbers generated under your original
13 methodology with those numbers generated under
14 the second methodology?
15          MR. PORRITT:  Object to form.
16          I mean, I don't know what first,
17 second, third, fourth, fifth, and sixth
18 methodologies you are referring to.
19          MR. ALDEN:  Don't --
20          MR. PORRITT:  There are different
21 methodologies --
22          MR. ALDEN:  Don't -- don't take up
23 my time, please --
24          (Undiscernible Cross-talk.)
25          MR. PORRITT:  -- in this deposition.

Page 12

1          MR. ALDEN:  -- or I'll have to move
2 to compel additional time if you're going
3 to make speaking objections.
4          MR. PORRITT:  All right.
5          THE WITNESS:  So when you say first
6 methodology, I think you're referring to
7 what we have called the quantum impact or
8 impact quantum methodology in my recent
9 report, I mentioned -- let me see.  Let me
10 look at my report.
11          On page 55, paragraph 163 of the
12 report you referred to, November 8th, I
13 said in general there are two ways to
14 calculate the impact.  One possibility is
15 to calculate a unique but-for price and
16 compare that to the transacted price.
17          That appears to correspond to the
18 paragraph you just read.
19          The -- the report goes on to
20 describe this impact quantum methodology
21 which is somewhat longer.  But, yes, I have
22 proposed both of these methodologies.  I
23 consider them both reasonable, given that I
24 think it was an emergency order or
25 certainly a request with a tight deadline.

Page 13

1    I didn't have time to do a
2    comprehensive comparison.  Certainly not
3    under identical assumptions.  So I don't
4    think I've done what you would call a -- a
5    comparison of these methods.
6    Q.    (By Mr. Alden)  Okay.  Do you have
7    any data or documents that reflect your
8    comparison, however cursory it may have been?
9    A.    No, I don't have documents,
10   except -- may I -- may I introduce my most
11   recent report, the three-page report?
12   Q.    Sure.
13         MR. ALDEN:  Why don't we mark that
14   as Exhibit 443.  That's -- I had marked it
15   as TSLA second supplemental report of
16   Steven Heston.
17         (THEREUPON, Exhibit 443 was marked
18   for identification.)
19         THE WITNESS:  Yes.  So in this
20   report, I wanted to illustrate the
21   implementation of this methodology.  It's
22   slightly confusing because in my November
23   8th report I said there are two ways and I
24   first described a method but -- but I gave
25   you're calling it the second method.

Page 14

1    In any case, in this report, I have
2    table 5, on page 5, an illustrative impact
3    example.  Yes.  So on table 5, I perform an
4    example which uses the same option, the
5    same strike price and expiration, and I
6    compute the -- the price impact under
7    certain but-for assumptions for a call
8    option and a put option.
9    Now, the -- timing of the inputs
10   and the values of the inputs are different
11   from an illustration in my previous report.
12   So it's not really a direct comparison or,
13   if you will, a comparable comparison.
14   But your question was do I have any
15   documents to do a comparison.  This is as
16   close as I have of documents that perform a
17   comparison.
18   Q.    (By Mr. Alden)  Now, I'm going to
19   refer to the methodology that you proposed in
20   your November 2021 report as the first
21   methodology.
22   The methodology proposed in
23   Plaintiff's submission of revised proposed
24   verdict form is the second methodology.
25   And the methodology you propose in

Page 15

1    your supplemental report as the third
2    methodology.
3    Now --
4    A.    Wait, I'm confused about these
5    different methodologies because I -- I'm only
6    aware of two of them.
7    As I said in my report on paragraph
8    163, in general, there are two ways to
9    calculate the impact and I've located two
10   illustrations.
11   Q.    Well, there's a difference between
12   the methodology proposed in the Plaintiff's
13   submission of revised verdict form and in your
14   supplemental report in the sense that in the
15   proposed verdict form, what you propose to do
16   was -- was to calculate but-for prices using
17   actually -- actual reported implied
18   volatilities, whereas in your supplemental
19   report you propose but-for prices would be
20   calculated using the implied volatility you
21   calculate via straddles.
22   Is that correct?
23   A.    I don't want to parse words too
24   carefully but I want to competently answer your
25   question.

Page 16

1          MR. PORRITT:  And to be clear, the
2    second proposed methodology in the verdict
3    form has since been withdrawn and is no
4    longer being proposed by Plaintiff and is
5    not addressed by you in the report.  And
6    the third proposed verdict form has, of
7    course, been submitted, as counsel is
8    aware.
9          MR. ALDEN:  Again, I'll -- if you
10   keep taking up my time, I'll have to
11   force -- ask to have Professor Heston
12   brought back again.
13   Q.    (By Mr. Alden)  You can answer,
14   Professor Heston.  The question was
15   straightforward.
16   A.    All right.  When you talk about a
17   methodology, a methodology would be a formula
18   with certain inputs that produces certain
19   outputs.  I'm not providing the inputs to the
20   formula.  The important inputs are our but-for
21   stock price and a but-for volatility.
22   Now, the -- the choice of this
23   but-for input is up to the Court and it could
24   be -- it could use quotes, it could use actual
25   transactions and those transactions could be at

Page 17

the end of the day or during the day.

So what you're talking about, I believe in your distinction, is whether I calculate a volatility from certain data -- an implied volatility from certain data or whether the CBOE calculates it from certain data but that's a matter of getting the data and determining the inside put.  And I don't determine what those inputs are, I just say that this is the methodology that can take those inputs based on the Court's decision of what to use and then produce an impact based on that.

Q.   (By Mr. Alden)  But certainly you would agree with me that in the proposed verdict form, you propose that the input for calculating but-for option prices was CBOE reported -- was CBOE reported implied volatility whereas in your supplemental report you are proposing that it would be the implied volatility -- an implied volatility you calculate, correct?

MR. PORRITT:  I'm going to object to form.  That was the second proposal was not Professor Heston's proposal.

Page 18

THE WITNESS:  Yeah.  I would like to see the documents to reference, please, to understand.  Because --

Q.   (By Mr. Alden)  Well, if we go back to Exhibit 4 42, which is the proposed verdict form?

A.   Hold on, Exhibit 4 --

MR. PORRITT:  We don't have a copy of that with us, so you're going to have to pull it up on the screen.

Q.   (By Mr. Alden)  And you go back to page 3 where we were looking at before, you see that it says this but-for price should be calculated using the but-for price of Tesla stock as determined bit jury at trial and the actual observed implied volatility as reported by the CBOE exchange on the date the option was transacted during the class period.

Do you see that?

A.   Let -- let me be careful.  I want to read this.  All right.  So, yes, this is not part of my expert report, so I'm not aware that I proposed it.  If I read these words here, it says that plaintiff proposes that the damages be calculated using a but-for price based on

Page 19

the but-for price Tesla stock as determined by the jury at trial and the implied volatility reported by the CBOE.  So this is a plaintiff proposal, not specifically part of my expert opinion.

Q.   Okay.  Now, are you aware that Dr. Hartzmark has submitted -- recently submitted a supplemental expert damages report?

A.   I -- I think I was told that he submitted a revised report.

MR. ALDEN:  So why don't we mark as Exhibit 444 what I have called Hartzmark Tesla sup report.

(THEREUPON, Exhibit #444 was marked for identification.)

Q.   (By Mr. Alden)  And Professor Heston, have you reviewed this document before?

A.   Was there a question there?

Q.   Yes.  Have you reviewed Exhibit 444 --

A.   No, I have not.

Q.   -- before.

Thus I take it you had no role in preparing this document, including the appendix?

Page 20

A.   That's right.

MR. ALDEN:  Now, if we can mark as Exhibit 445 what I called Heston deposition Littleton examples.

(THEREUPON, Exhibit 445 was marked for identification.)

Q.   (By Mr. Alden)  Professor Heston, I'll represent to you that what we've done in this Exhibit 445 is analyzed the named Plaintiff, Mr. Littleton's options trades and --

A.   Analyzed what, please?

Q.   Mr. Littleton's option trades --

A.   Yes.

Q.   -- and derived estimated damages using your proposals and Dr. Hartzmark's implementations under each of the variations -- the different methodologies that we've just discussed.

So the column entitled original methodology is a calculation of damages for Mr. Littleton's option trades under the methodology you propose in your November 8th, 2021 report.

The column second methodology refers to the methodology that Plaintiff proposed in

Page 21

1  Exhibit 442, the verdict form proposed
2  submission -- Plaintiff's submission of revised
3  proposed verdict form.
4       And the third methodology refers to
5  the methodology you have proposed in your
6  second supplemental report.
7       And what we're looking at -- and,
8  you know, if you want to quibble with the way
9  that we've characterized the different
10 approaches, that's fine.
11      But what we've attempted to do here
12 is to show that under each methodology or each
13 approach, in fact, Mr. Littleton has different
14 options which are damaged, and so -- for which
15 they show damages.
16      And so, for example, on this first
17 page, these are trades for which -- that Mr.
18 Littleton engaged in that, in fact, showed
19 damages under your original methodology but do
20 not show any damages under the second and third
21 methodologies.
22      Do you have any reason to disagree
23 with this analysis?
24      A.   Do I have reasons to disagree?  Is
25 that the question?

Page 22

1       Q.   Yes.
2       A.   Yes, I have a few.
3            I think you said that the third
4  methodology is the one I proposed in my
5  supplemental report, but I believe you're using
6  the -- the Plaintiff's proposal as we earlier
7  discussed.
8            But the point is you have three
9  columns which you call damages.  And I don't
10 have an expert opinion on -- on legal damages.
11 I have an expert opinion on how to calculate
12 the impact of information on -- or of but-for
13 assumptions about the stock pricing volatility
14 on options.  So I presume that what you call
15 damages refers to this price impact.
16           And you have three columns which
17 you've labeled different types of
18 methodologies.  And I want to emphasize the
19 distinction between a methodology or a formula,
20 a procedure, and inputs.
21           So in order to come out with an
22 apples to apples comparison, you have to use
23 comparable inputs to the -- to different
24 methodologies.
25           And I am concerned that, one, I

Page 23

1  don't see all the inputs, but, two, I know that
2  in the illustrations, for reasons I can
3  address, the inputs were not comparable.  So if
4  you use different inputs, you get different
5  outputs.  And you should get different outputs
6  even with an assumed methodology.
7            And, finally, you said something
8  produces damages.  I see positives and
9  negatives, although some of them are small, so
10 depending on whether somebody was a buyer of an
11 option or a seller of an option, one might or
12 might not interpret these as damages.
13      Q.   Well, would you -- would you expect
14 that damages under your original methodology or
15 methodology you proposed in your report would
16 be the same or similar as damages one would get
17 from implementing the methodology proposed in
18 your second supplemental report?
19      A.   I would say that the two
20 methodologies I proposed are both reasonable,
21 and given comparable inputs, would produce
22 reasonably similar numbers.  And I would have
23 to explain what reasonable means.
24      Q.   What do you think reasonable means?
25      A.   I think reasonableness has to be

Page 24

1  judged within the problem of determining the
2  impact on prices across a wide range of
3  options, in this case, and in terms of the
4  magnitudes, compared to the magnitudes of
5  movements, for example, in the stock.
6            And I'm going to refer back to my
7  short report of December 27th which uses a
8  stock price of on August 8th at 9:34, the
9  actual Tesla stock price of 372.95 and
10 considers a but-for stock price of $305.50,
11 which I believe is within the range of
12 previously-traded Tesla stock.
13           So the stock had a swing on the
14 order of 60 or $70.  An option represents a
15 lever debt on the stock so you put very little
16 money down on an option to have a large risk or
17 hedge a large risk.
18           But the amount of movement we're
19 talking about here is on the order of 60 or $70
20 and the stock price is 3 or $400.  So if we
21 look at the discrepancies in your calculations,
22 we want to compare those discrepancies to the
23 magnitudes of 60 or $70 changes in a 3 or $400
24 stock price.
25      Q.   Well, looking at the spreadsheet

Deposition of Steven Heston, Vol. II - Rough Draft     In Re Tesla, Inc. Securities Litigation

Page 25

here, we see that under the original methodology, Mr. Littleton had approximately $2500 in damages under the second supplemental reports methodology, he now has no damages to this particular -- this first particular option trade.

   A.  I'm -- I'm sorry.  Are awe certificating this or is this from Hartzmark report -- report?  What is the source of these calculations?

   Q.  These calculations are based on implementing Professor Hartzmark's reports?

     MR. PORRITT:  So the Defendants calculations just to be clear.

     THE WITNESS:  Yeah.  Okay.  May I see the -- the inputs to those calculations in order to opine on why they are different or how much they are different?

   Q.  (By Mr. Alden)  Well, what about this, if we provide you with the inputs, will you tell us before trial if you believe we've implemented them incorrectly?

   A.  Well, I can try and replicate these calculations but in order to answer your question about why these numbers are different

Page 26

or how much they are different, I would need to see the inputs to the calculations and then I could try and explain how the inputs affected the outputs.  But I can't say that -- that if you put unknown inputs into two different formulas, that the difference is meaningful or interpretative for you.

   Q.  Well, let's -- I'm asking you to assume that we correctly applied your original methodology and the methodology that is then -- you then proposed in your second supplemental report.  Would you consider a change whereby Mr. Littleton was damaged by $2500 to no longer being damaged at all to be a reasonable difference?

   A.  Okay.  I think there were two questions there, so let me parse this.

     One is sort of assuming you did the -- did the correctly, would I consider it, and correct depends on the question you are asking and the inputs you used.  So you could push buttons on a calculator correctly but if you were using inputs that were not comparable, then the answers aren't going to be comparable. So I would need to see if the inputs you are

Page 27

using are appropriate in the two formas.  For example, if they are prices, are those prices taken at the same time of the day.  If you use a morning price and an afternoon price for two different formulas then the formas might be different because the inside puts are different.  That might be a correct answer to a different question.

     So that's the first question you asked.  And the second question is I believe could the damages switch from positive to negative with -- between two methods and the answer is, yes, if the damages are reasonably small, then reasonable differences and assumptions for methodology could change them enough to flip them across zero.

   Q.  Do you think a change from 2500 to -- positive 2500 to negative 465 is a small change?

     MR. PORRITT:  Object to form.

     THE WITNESS:  Well, let's -- okay. So is -- all right.  Going from two and a half thousands to negative 500.  So let me look here.  So the original methodology -- all right.  So we have either prices or

Page 28

fitted prices and we are subtracting off but-for prices.  And one case getting a positive and under your column third methodology -- columns second and third methodology getting a negative.  While this appears to be on 19 contracts, is that correct?

   Q.  Correct.

   A.  Okay.  So I'm going to divide it by 19.  So 2500 divided by 19 I'm going to conservatively call that 100 or 140 and is this per option or have you multiplied by 100 to get it per contract.

   Q.  I believe it is 19 by the contract -- by the price of 1290?

   A.  All right.  So -- so anyway, if you divide by 19, it's more like 140.  And $100 and change and you take that 465 divided by 19 and it's -- it's, I don't know what is it 30, $40? I -- my iPhone is turned off.  I don't think you want me to bring out a calculator here.  So I'm going to scale that to be per stock price. In the stock price itself fluctuated by 60 or $70 under my but-for assumptions I don't know how much it fluctuated under your but-for

Page 29

assumptions because you haven't shared them with me, but so that makes it difficult to address.

Q. Using the but-for stock price that Dr. Hartzmark used?

A. Oh, I don't know what but-for stock price Dr. Hartzmark used.

Q. Well, look, let's move on. It seems like you're unwilling to tell me that a swing from $2500 to negative 500 is significant so we'll just move on?

MR. PORRITT: Object to form. That's an unfair characterization. You presented him with data on an analysis that he didn't do and asked him to comment on it.

MR. ALDEN: I'm asking him to comment on the difference between two numbers in the context of the damages methodology he's proposed. And he can't tell me -- I mean, if he wants to tell me now, Professor, tell me. Do you think --

MR. PORRITT: He provided examples.

MR. ALDEN: Can I finish my question, please?

Page 30

Q. (By Mr. Alden) Professor, do you think the difference between $2,500 in damages and negative $500 in damages for trades in a particular option at a particular time by Mr. Littleton is a significant difference?

MR. PORRITT: I'm going to object to form. I don't think that's what it shows either.

THE WITNESS: Again, I will point out -- you said significant. I'm here to opine on what is reasonable, are they -- are things reasonably different or not.

But anyway, we're talking about 19 contracts here on a stock price I -- I really don't know what stock price you used, but say it's on the order of $400, so 19 times 400 is about 8,000.

So if we're talking about an $8,000 stock price with large fluctuations, options can be very sensitive. So I don't -- I don't view this as, without going into it, I don't automatically view that as unreasonable.

(Court reporter interruption for technical issue.)

Page 31

TECHNICIAN: Going back on the record at 3:41 p.m.

Q. (By Mr. Alden) Professor Heston, you agree that given option prices can change for all sorts of reasons, whether someone is awarded damages in this case and the amount shouldn't depend on the particular price within the bid-ask spread that they happen to trade at, right?

A. Your question is do I agree with something about damages based on the price they paid within the bid-ask spread.

First, that assumes that the price they paid was within the bid-ask spread or that there even was a bid-ask quotation, right, in the fast moving markets prices can appear outside the previous bid-ask spread when a quote isn't updated.

But I don't have an opinion on the legal definition of damages or the inputs. I -- I have an opinion about the impact of the stock pricing volatility on option values or option prices and if two people pay different prices when they should have paid a but-for price or if two people sold at different prices

Page 32

when they should have received a but-for price, then those two people would experience different impact in terms of the difference between what they paid and what they should have paid or what they received and what they should have received.

Q. How -- how did you --

A. So I don't think I agree.

Q. How does your third methodology -- second methodology account for the existence of a bid-ask spread?

A. My second methodology uses the transaction price which is the amount investor paid or received for an option and I believe -- I did this because I believe it was agreed to by counsel and requested by the judge.

And it uses the actual price paid by a customer or received by a customer. And it subtracts off a but-for price which is calculated using Black-Scholes model using two inputs. Those two inputs would be a but-for stock price and a but-for volatility.

In the -- the decision about the appropriate but-for stock price and but-for volatility which will be performed by the Court

Page 33

or by a jury, they might use an average of bid-ask quotes or some other number which they will decide and I will merely use those as inputs.

So I am not directly using bid-ask spreads or bid-ask quotes.

Q.   Okay.  But are you proposing any way for your -- in the implementation of your methodology are you proposing any way for the Court or the jury to account for the bid-ask spread?

MR. PORRITT:  Object to form.  Asked and answered.

THE WITNESS:  I don't think I'm proposing how the jury should determine the -- the appropriate but-for stock price or but-for volatility.  They might be informed by bid-ask quotes or they might be informed by actual transactions or an end-of-day settlement price.

I'm proposing methodology to use those numbers as inputs for the but-for calculation and I've described the methodology of using the transacted price which does not involve a bid-ask spread

Page 34

directly.

Q.   (By Mr. Alden)  Okay.  And but the estimates that would be derived from implementing your methodology will be impacted by the bid-ask spread applying to the transactions, correct?

MR. PORRITT:  Object to form.

What estimates are you referring to, Anthony?

MR. ALDEN:  That's one of the -- one of the -- well, let me start again.

Q.   (By Mr. Alden)  One of the reasons that you proposed your original methodology was spread, correct?

A.   There were multiple reasons.  And one of the reasons was that it -- if I wanted to have tables or estimates of option values at different times of the day, I would need some way of condensing that information.

The alternative, which I believe has been agreed to by counsel, was to actually dig up the transaction prices or have the impacted members of the class mail their brokerage statements showing the particular price which would be different for each customer on each

Page 35

transaction.

So when you ask whether my methodology is affected or uses the bid-ask spread for the actual price, it does not directly use the bid-ask spread.  It is the case that market quotations might affect the price customer pays or receives, so in that sense the bid-ask spread might affect where a customer trades.

But to my methodology will use the price customer paid or received which involves no calculation on my part and the but-for calculation, which I will perform, that uses an input to be determined by the Court of a but-for stock price and but-for volatility.

Q.   Now, in calculating but-for option prices, Dr. Hartzmark uses the implied volatility you calculated just before Mr. Musk's tweet at 12:48 p.m. Eastern on August 7th and the implied volatility you calculated for August 17, 2018, the end of the class period.

Do you recall that?

MR. PORRITT:  Object to form.

THE WITNESS:  I believe that

Page 36

Hartzmark did perform illustrations using these volatility calculations of the general sort you describe.

Q.   (By Mr. Alden)  Okay.  And the theory is that but for Mr. Musk's tweet, the implied volatilities for Tesla options would have been the same as they were just before the tweet or after the purportedly corrected information came out during the class period, right?

MR. PORRITT:  Object to form.

THE WITNESS:  That's not my opinion but, yes, Hartzmark, I believe, is expressing an opinion to the Court that a good benchmark for the but-for calculations would use the volatilities observed pretweet and -- and those volatility calculations would be an input to that, yes.

Q.   (By Mr. Alden)  And you would agree that a reasonable damages methodology then would assign no damages to trades occurring before the allegedly misleading tweet or for trades occurring after the end of the class period.

Page 37

1    Would you agree with that?
2        MR. PORRITT:  I'm going to object to
3    form.
4        THE WITNESS:  All right.  I'm not a
5    lawyer and I don't understand certification
6    of a class period.  My cursory
7    understanding is that the Court has
8    restricted damages to one's that were
9    experienced during the class period.
10       So whether or not someone was
11   damaged after the class period, I don't
12   think is under consideration by the Court.
13   But, again, I don't have an expert opinion
14   about legal details or confining damages to
15   any specific period.
16   Q.   (By Mr. Alden) Well, certainly, we
17   can agree that Mr. Musk's August 7th tweet
18   would not have caused damages before the tweet
19   was issued, correct?
20   A.   Well, all right, if an investor
21   bought and sold the stock -- both bought and
22   sold the stock before Elon Musk ever tweeted,
23   presumably the investor would not have been
24   hurt by that tweet.  I think I can agree with
25   that.

Page 38

1    Q.   And so would you consider it to be
2    strange if Dr. Hartzmark's implementation of
3    your methodology in fact showed damages arising
4    from Mr. Musk's tweet before he actually
5    tweeted?
6        MR. PORRITT:  I'm going to object to
7    form.
8        THE WITNESS:  I guess this is a
9    hypothetical and I haven't -- this is --
10   this is extremely hypothetical.  If someone
11   bought at a price before the tweet let's
12   say one year before the tweet presumably it
13   might -- it would have been very different
14   from stock prices just before the tweet and
15   the price could be very different.  It
16   would not be appropriate to apply the
17   methodology to prices that were affected by
18   many other factors and assume that they
19   were not affected by those factors.
20       So Tesla stock price was very
21   different a year before the tweet and I
22   don't think would be appropriate, even
23   though I don't have expert opinions about
24   which information goes into the stock price
25   or option prices, it would seem rather

Page 39

1    obvious that if we're not talking about
2    trades around this period, that it would be
3    inappropriate to apply my methodology using
4    those actual transaction prices.
5    Q.   (By Mr. Alden)  If two investors
6    bought options -- the same option at the same
7    time during the class period, one at the bid
8    and one at the ask, they would have different
9    damages under your latest methodology, correct?
10   A.   Yes, under the methodology in my
11   December 27th report, the impact is calculated
12   as the difference between the but-for price and
13   the transaction price to the customer.
14       Now, we have to be careful about
15   this at the same time without getting into --
16   into the physics of time.  It's rare that two
17   trades would have the same time stamp and even
18   if they do, it's possible that trades were made
19   at slightly different times and then reported a
20   few seconds later.
21       So I -- I think it's hard to -- for
22   me in this hypothetical to even be comfortable
23   with two customers trading at the same time,
24   especially in markets that move very quickly.
25       And the specific example I want to

Page 40

1    give you is sometimes an order gets split where
2    a customer might negotiate half of the order
3    trades at one price and half at another or a
4    customer might submit a large order that blows
5    through the limit book.  So there could be
6    preexisting limit orders to sell for $345 and
7    another batch at 346 and another batch at 347
8    and the large buy order would some get executed
9    at 345 limit, some at 346 and some at 347.
10   Those would all be reported at the same time,
11   but, of course, it's by the same customer and
12   it -- it -- in that case, we care about the
13   average price the customer paid.
14   Q.   (By Mr. Alden)  Given that option
15   prices change throughout the day each day of
16   the class period, do you think it's appropriate
17   to use the same but-for price -- apply the same
18   but-for price throughout the entire day?
19   A.   Yes, that's a reasonable thing to
20   do.
21   Q.   Why is that?
22   A.   Of course, I don't have an expert
23   opinion on the appropriate but-for inputs.  But
24   the appropriate but-for inputs will be decided
25   by a court, by a jury hopefully in 2023 with

Page 41

1 the advantage of hindsight.
2      The legal theory of damages is based
3 on information that affected the stock price
4 that was wrong or fraudulent or somehow had an
5 impact on the stock price.
6      And investors throughout the day
7 were processing this information potentially
8 erroneously believing the tweets and then
9 becoming more skeptical.  And the jury today
10 can see the actual stock price movement to the
11 end of the class period, they can see the --
12 any newspaper articles or subsequent tweets,
13 they can see the clarification by Tesla's
14 industrial relations department or lack of
15 clarification.  So in hindsight they have more
16 information about the but-for price which does
17 not change.
18      The jury isn't -- isn't changing the
19 but-for price intraday.  They -- they know what
20 happened by the end of the class period and
21 they have -- they can form an opinion or
22 utilize an expert opinion on the appropriate
23 but-for price that would have prevailed if all
24 that information had been appropriately
25 processed instead of the tweet.

Page 42

1    Q.   Well, as information comes out,
2 doesn't that affect option prices as the
3 information is released?
4    A.   Information primarily affects option
5 prices through the stock price and through the
6 implied volatility.  So to the extent that the
7 information affects those variables, it would
8 affect options and that is why my methodologies
9 have always required a finder of fact who is
10 not me to determine what those inputs are.
11    Q.   Right.  And that information would
12 have an effect on stock prices fairly soon
13 after the information came out, correct?
14    A.   That they would include how the
15 information came out?  I'm not sure what that
16 means, really.
17    Q.   Well, now, I want to ask you the
18 volatility of an option with a certain maturity
19 that was actually traded during the class
20 period will vary by strike price, correct?
21    A.   What will vary?
22    Q.   The -- the volatility.
23    A.   Are you talking about the implied
24 volatility from the Black-Scholes formula.
25    Q.   No, I'm talking about the observed

Page 43

1 volatility?
2    A.   The observed volatility?  Well, of
3 course, one doesn't really observe volatility.
4 One can see a fluctuation but in order to
5 estimate volatility, you would have to do a
6 statistical break down of multiple changes
7 because volatility is a measure of the size of
8 changes, the variability.
9      And so, no, you don't really see
10 volatility at a point in time, you see a bunch
11 of stock price movements and then you -- you
12 look at the average squared change, the
13 calculated variance or volatility over a period
14 of time, not at a specific time.
15    Q.   Why didn't you account for or allow
16 differences across strike prices when you
17 calculated implied volatilities that Dr.
18 Hartzmark plugs into a Black-Scholes model?
19      MR. PORRITT:  I'm going to object to
20 form.
21      THE WITNESS:  Well, why didn't I?
22 I -- I used the Black-Scholes formula which
23 has -- it has five inputs.  Two of those
24 inputs are contractual, namely, the
25 expiration and the strike price.  And one

Page 44

1 of the inputs is the interest rate, which
2 is not very controversial.  And the option
3 is not sensitive to the interest rate,
4 generally.
5      So the -- the remaining two inputs
6 are the stock price and the volatility.
7 And in the Black-Scholes model the stock
8 price and the volatility are the same for
9 all options of a given expiration.
10    Q.   But you could have calculated in a
11 different way such that implied volatility
12 would have changed with strike price, correct?
13    A.   You say I could have calculated?
14 I -- I'm capable of lots of calculations but
15 the Black-Scholes model -- the
16 Black-Scholes-Merton model does not really have
17 those calculations.
18      Now, your expert has done such
19 calculations and it is -- the Black-Scholes
20 model is so ubiquitous in the finance industry
21 that instead of quoting option prices it's
22 common to quote option values in terms of the
23 implied volatility that that is to invert the
24 formula and say what input gives you a desired
25 output.  So this is common quotation mechanism.

Page 45

But the Black-Scholes model uses a single volatility across strike prices.

Q.   Now, how does your latest methodology address biases in levels of the Black-Scholes model?

MR. PORRITT:  Object to form.  Again this is beyond the scope of the supplemental report, but you can...

THE WITNESS:  Yeah, so which biases are you -- I mean, there -- all models are idealizations or simplifications, so what specifically are you talking about?

Q.   (By Mr. Alden) Well, in your expert report you say that your quantum impact methodology allows me to difference out potential model fitting biases in the levels.

How did you do that in your latest methodology?

A.   All right.  This -- I think the judges what would call the out of pocket methodology.  This -- let's see.  How does addresses biases?  It would be better for me to rephrase that question and say how does this methodology contrast with the quantum impact methodology.

Page 46

Q.   Could you answer the question I asked, please?

MR. PORRITT:  If he can.

THE WITNESS:  Well, the question is going to be how does it address biases when address and bias are fairly broad terms.

Q.   (By Mr. Alden) I'm using the terms as you used them in your original report.

A.   It -- it does not difference but-for price across two different days, the but-for or fitted price.  So in that sense, it -- it uses two slightly different procedures because -- now, in the but-for world, we don't see an actual transaction.  That's why we call it but-for.  It's hypothetical or counterfactual.  It will be determined by a jury or a court.

So we -- it's not possible to use a but-for transaction because we don't observe such transactions.  Instead, it uses the transaction price which allows us to be more accurate in terms of timing and the specific market conditions prevailing when the option is traded.  So it makes a different decision as to the input which requires no calculation for me to -- and removes any discretion that I would

Page 47

have about which model to use or how to calibrate the model.

Q.   So did you do anything to address model fitting biases in your latest methodology?

MR. PORRITT:  Object to form.

THE WITNESS:  When using -- well, when using a transaction price, there is no model and there's no bias in terms of my ability to influence the calibration so I do nothing, not even a calculation.  I just take the -- the transaction price which presumably will come off of a brokerage statement or some sort of market report.

Q.   (By Mr. Alden)  What model is used to generate the but-for price isn't it?  That's what the Black-Scholes model is used to do?

A.   Yeah, so --

Q.   So when using the Black-Scholes model in that way, how do you address model fitting biases?

A.   I use the Black-Scholes model.  So and if the Black-Scholes model -- if you don't accept the Black-Scholes model, then -- well, then you don't accept it.

Page 48

Q.   But that model has biases, you agree?

A.   Well, as I said, all models have biases.  I think the quote I used in the last deposition was all models are wrong but some are useful.

MR. ALDEN:  If we could mark as Exhibit 446 Hartzmark inflation estimates.

(THEREUPON, Exhibit # was marked for identification.)

Q.   (By Mr. Alden)  Now, Professor Heston, what we've done here is graph Dr. Hartzmark's inflation estimates for August 8, 2008 for an option with the January 2020 expiry?

A.   Wait, you say you've done this.  I see the cover page.  I can try to -- I'm not -- I -- okay.  Okay.  Now, I see it.  I see a graph.

Q.   All right.  Now, would you characterize these lines -- these changes as monotonic or nonmonotonic?

A.   Well be I'm not sure what these issues nubs are.

Q.   These numbers are Dr. Heston's --

Page 49

Dr. Hartzmark's estimates of inflation and
deflation for August 8, 2016, for an option
with a January 2020 expiry graphed per strike
price?

A.   Well, I see two lines on there.  I
see an orange one which says call inflation and
a gray one which says put inflation.  And those
curves, you know, there's a -- no, they don't
look monotonic.

Q.   Okay.

A.   Okay.  I need to be careful and say
that monotonic as a function of your
independent axis, which I'm guessing is strike
price, they may or may not be monotonic in
other variables.

So I -- I'm not sure exactly what
this is or how it was calculated, but I see the
orange graph go down and curve back up on the
right and that doesn't look monotonic.

MR. ALDEN:  How long have we been
going for?

MR. PORRITT:  Court reporter or
videographer, what's the time on the
record?

TECHNICIAN:  Yes, give me one

Page 50

second.  Should we go off the record?

MR. ALDEN:  Sure.

MR. PORRITT:  Sure.

TECHNICIAN:  Going off the record at
4:07 p.m.

(THEREUPON, an off-the-record
discussion occurred.)

TECHNICIAN:  Going back on the
record at 4:08 p.m.

Q.   (By Mr. Alden) Professor Heston, if
a person believed that Mr. Musk was going to
take Tesla private at $420 per share, would it
make sense for them to buy a call option with a
strike price of $600 or more?

A.   You're asking me if someone believed
that Tesla would be taken private at 420 would
it make sense for them to buy a call option
with a strike of 600?

Well, I guess it -- first of all, it
depends on what else is in the portfolio.  For
example, they might be short one or more call
options for the strike price of 600 and this
might reduce the risk.

They might also expect that the
market has undervalued these options and,

Page 51

therefore, they -- they might want to buy them.
You can buy an overvalued security and sell it
when it's even more overvalued at a profit.

They might, for example, buy this
option and sell shares of stock which is known
as delta hedging.

This might be a bet on the compliant
volatility.  Or if I want to make it really
simple, they might believe that there's going
to be a takeover battle and that the initial
offer at 420 will be sweetened and go up to 520
and then 620.

So I can't really speak for all
investors and all motivations but I can concoct
a number of scenarios in which they might.

Q.   Have -- since your last deposition,
how much in total have you been compensated for
your work in this case?

A.   When was the last deposition,
please?

Q.   I believe it was in March.

A.   Last March?  So, mercifully, so my
work slowed down in March and I was able to --
to teach and -- and have a family life.  But it
would be on the order of 100 or so hours

Page 52

intermittently, since March.

Q.   Do you have a sense of how much in
total you've been paid to date?

A.   I have not calculated it, but it --
but it's -- but, anyway, since March, $700 per
hour times 100 hours would be 70,000.  If it's
200 hours, that would be 140,000.  And before
that, of course it was a multiple.

Q.   So fair to say -- I believe you last
testified it was about a quarter of a million
dollars.  Fair to say it's now at roughly 300
to $350,000?

A.   Yes, I haven't done a meticulous
counting or accumulation, but that's certainly
ballpark.

Q.   And why in terms of -- do you know
why it -- well, strike that.

As -- as between your original
methodology and your latest methodology, which
is more likely to produce accurate damages
numbers?

A.   Which is more likely to produce
accurate damages is going to depend on the
exact application.  And the accuracy of the
output depends on the accuracy of the input.

Page 53

1  So there are -- there are pros and
2  cons that they may have greater or lesser
3  accuracy for specific applications and they may
4  be easier or harder for a jury to use to
5  determine accurate inputs.
6     Q.   If one assumes that they are
7  being -- that your methodologies would be
8  implemented as Dr. Hartzmark proposes to
9  implement them, do you have an opinion as to
10 which is likely to generate more accurate
11 damages numbers?
12    A.   Let me -- I think they're both
13 reasonable.  I will contrast these two methods
14 for you.  The -- the first method I proposed,
15 the quantum impact or impact quantum method,
16 that requires sort of fitting on the trade date
17 and the termination of but-for values.
18    So that, in a certain sense,
19 requires a calculation for the first price as
20 well as a calculation for the but-for price.
21    There -- so there's a potential
22 disadvantage there that -- and let me see, the
23 second method of using the actual transaction
24 price doesn't require any calculation when you
25 use the actual price.

Page 54

1  So in a certain sense, the second
2  one is more transparent and requires less
3  calculation.  The second method also has the
4  advantage of easily pinpointing the time.
5     We don't have to use end of day or
6  hourly or even minute by minute.  We can use
7  the time -- the exact time of the transaction
8  because we, in fact, used the transaction.
9  Even if there's an error in the timestamp, we
10 have the actual price the customer paid.
11    To the extent that there's some
12 bid-ask bounce or movement, that is due to
13 liquidity error.  For example, a broker who
14 pays high commissions to a full service broker
15 might get better execution and get a slightly
16 favorable price.
17    So there is a little bit of
18 microstructure noise.  And the advantage of a
19 smooth fitting model is that it potentially
20 smooths things out if the customer got a
21 particularly bad price.
22    So there are trade-offs between any
23 tools or any models and these two methods have
24 their advantages and disadvantages.
25    Q.   But presumably, you thought your

Page 55

1  initial model is more reliable, given that
2  that's the one you proposed initially?
3     A.   When you say reliable, I'll talk
4  about what I mean.  That I wanted to give you
5  examples in the report to show how it would be
6  implemented, so I constructed tables of implied
7  volatilities using end-of-day data.
8     And if you wanted to implement it on
9  a daily basis, you could use, literally, those
10 tables if those are your but-for assumptions,
11 or I could perform analogous calculations
12 intraday if you wanted that.
13    I don't have an opinion about what
14 the appropriate but-for information should be,
15 whether it should be based on end of day or
16 intraday.  That seems like an easier one in
17 terms of informational requirements.
18    But if -- but I understand that --
19 that the Defendant's counsel, meaning you, had
20 concerns about that procedure and the judge
21 requested preparation of a report which used
22 the out-of-pocket methodology using the actual
23 transacted price.
24    I think that's very transparent for
25 a jury to say, look, we take the price somebody

Page 56

1  paid for an option and we, under our but-for
2  assumptions, the professor calculates -- or
3  someone appointed by the Court calculates
4  Black-Scholes value and if they bought at one
5  price when they should have bought at a
6  different price, we subtract the two to find
7  out the impact of our alternative but-for
8  assumptions.
9     So I think that that one is easier
10 for a jury to understand and if we're willing
11 to organize all the data on the actual
12 transacted prices, it's feasible so that that
13 has merits.
14    I like complicated, sophisticated
15 option models, so I have a mild preference for
16 the first method because I use a parallel
17 procedure on what we call the actual and the
18 fitted.  I do the same thing twice.  And all
19 we're changing are the -- the inputs as chosen
20 by the -- the Court.
21    But I don't have a strong preference
22 and I believe that my report pointed out that
23 Seru's report used the Black-Scholes formula in
24 a somewhat different implementation and
25 calibration.

Page 57

1    And I would have to introduce them
2  as exhibits, but if we look at the graph
3  damages in Seru's report and the graphs in
4  mine, the overall pattern in magnitudes very
5  are similar in strike price.
6    So I think that all these
7  methodologies are broadly similar, especially
8  for the heavily traded options near the money.
9  And I don't have a strong preference for
10 methodology.  What's important to me is that we
11 have a consistent method of implementing
12 financial engineering to give, you know, a
13 reasonable and coherent set of damages or
14 impacts for the Court.
15   Q.   Well, what kind of impact -- what
16 magnitude of impact do you think market noise
17 will have on damages estimates generated --
18   A.   Can you speak louder, please?
19   Q.   Yeah.
20   What impact will market noise have
21 on damages estimates derived using your latest
22 methodology?
23   A.   Well, when you say market noise,
24 that could be bad execution.  There might be a
25 quickly-moving market where someone gets a

Page 58

1  stale price.
2    So if -- so suppose somebody is lazy
3  and wants to save on commissions but gets a bad
4  execution price, well, some of the harm they've
5  suffered is due to their own negligence, their
6  own thrift, on the price they paid.
7    But that's of the -- that's of the
8  order of the bid-ask spread and the bid-ask
9  spread.  And it's not -- it doesn't affect all
10 the options.  A lot of customers might have
11 received very similar prices based at different
12 times.
13   I was also concerned about having to
14 do some fitting intraday which it appears we
15 don't need to do at all with the -- the actual
16 out-of-pocket transaction price.  So if I don't
17 have to fit every hour every minute, if we just
18 have to take the transaction price, that's not
19 a problem.
20   But the magnitude of the what I call
21 microstructure noise is on the order of half
22 the bid-ask spread, and it's not unreasonable
23 compared to the impact or price fluctuations
24 experienced by many options investors.
25   Q.   Certainly, you would agree that an

Page 59

1  option investor during the class period
2  shouldn't be compensated for that -- their own
3  negligence or that market noise, correct?
4    MR. PORRITT:  I'm going to object to
5    form.  And it's beyond the scope of his
6    second supplemental report and the scope of
7    this deposition as ordered by the Court.
8    THE WITNESS:  Yeah.
9    That's a rather general statement.
10 I would interpret that as saying that
11 it's -- it's not reasonable to compensate
12 them for things that are outside the model.
13 And I think my response is that just as all
14 models are imperfect, the inputs are
15 imperfect.  And we have to look at a
16 reasonable application.
17   So I -- in this case, I trust the
18 jury to use transaction prices as a
19 reasonable measure of what someone paid and
20 should have paid at the time.
21   They are using licensed professional
22 brokers to execute the trades, and while
23 there may be minimal differences in -- in
24 the competence or aggressiveness of a
25 broker, the prices paid largely reflect the

Page 60

1  prices that should have been paid at the
2  time.
3    And I think that that's a reasonable
4  implementation of the model to calculate
5  impact.
6    Q.   (By Mr. Alden)  Okay.  And it's your
7  understanding that the model will be
8  implemented using the actual transaction prices
9  paid by each individual class member for each
10 of their trades?
11   A.   I'm not sure I got the beginning.
12 You said is it my understanding...
13   Q.   Is that your latest methodology will
14 be inputted -- will be implemented by
15 plugging -- by using the actual transaction
16 prices paid by class members for their
17 individual transactions.
18   A.   Yes, that -- yes, they would use the
19 actual price the customer paid or received.
20   Q.   Since your last deposition, have you
21 been retained as an expert in any other cases?
22   A.   Since my last -- have I updated
23 what, please?
24   Q.   Since your last deposition, have you
25 been retained as an expert in any other cases?

Deposition of Steven Heston, Vol. II - Rough Draft                In Re Tesla, Inc. Securities Litigation

Page 61

A.   Yes, I have.  Since -- in March.
I -- I don't know if it was -- no, I continued
on another case, but I don't -- I have not been
retained on additional cases.

Q.   What other case is that that you
referred to?

A.   It -- it's a case involving futures.

Q.   Okay.  Is it a court case or an
arbitration?

A.   It has not gone to court.  And as
you know, I think it's difficult even for
attorneys to predict whether things will go to
court.  So it has not gone to court yet,
although it might.

Q.   You're -- you're consulting in that
case?

A.   I -- yes, I was retained to provide
an expert opinion and report on futures in that
case.

Q.   And are you at liberty to tell me
the substance of your opinion in that case?

MR. PORRITT:  Object to form.

THE WITNESS:  Am I -- it involves
just calculating the damages of trading
futures at one price or one quantity

Page 62

instead of another.

Q.   (By Mr. Alden)  And suffice it to
say you haven't -- your report in that case
hasn't been publicly disclosed and you haven't
offered testimony?

A.   It -- I -- I have been deposed.

Q.   You have been deposed in that case?

A.   Yes.

Q.   Okay.  And who are the parties to
that case?

A.   I would -- I would have to get back
to you for the exact spelling and...

Q.   Is that engagement reflected in your
expert report -- in the appendix to your expert
report?  Do you know?

A.   What about the appendix to my expert
report?

Q.   Is that engagement reflected in the
appendix to your expert report?

A.   I -- I don't know.  I would have to
look at it.

Q.   Okay.

MR. ALDEN:  I'd ask counsel to check
into that and provide us with the name of
the case.

Page 63

MR. PORRITT:  Yeah, we can provide
it.  We'll -- we'll look into it.  Sorry.
I don't have it.  I have his report but I
don't have the resume, so I apologize for
that.  Otherwise, we could clear it up now.
So, yeah, we'll look into it and we'll get
back to you.

MR. ALDEN:  Okay.  All right.  I am
conscious of the Court's order and so I'll
thank you for your time, Professor Heston.

THE WITNESS:  You're welcome.

TECHNICIAN:  We are now off the
record at 4:25 p.m.

(The deposition concluded at 4:25
p.m.)