QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearing *pro hac vice*)
  alexspiro@quinnemanuel.com
  Andrew J. Rossman (appearing *pro hac vice*)
  andrewrossman@quinnemanuel.com
  Ellyde R. Thompson (appearing *pro hac vice*)
  ellydethompson@quinnemanuel.com
  Jesse Bernstein (appearing *pro hac vice*)
  jessebernstein@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

  Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
  Anthony P. Alden (Bar No. 232220)
  anthonyalden@quinnemanuel.com
  Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO COMPEL A LIMITED SUPPLEMENTAL DEPOSITION OF DR. MICHAEL L. HARTZMARK** |

1  Defendants' Emergency Motion to Compel a Limited Supplemental Deposition of Dr. Michael
2  L. Hartzmark ("Motion") came on for hearing before the Court.  The parties were represented by their
3  respective counsel of record.  After considering the papers submitted by the parties and the argument
4  of counsel, it is HEREBY ORDERED that Defendants' Motion is **GRANTED**.  Plaintiff shall make
5  Dr. Michael L. Hartzmark available for a two-hour supplemental video deposition by no later than
6  _____.

**IT IS SO ORDERED.**

Dated: _____                   _____
                                          Honorable Edward M. Chen
                                          United States District Judge