1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2     Alex Spiro (appearing *pro hac vice*)
   alexspiro@quinnemanuel.com
3     Andrew J. Rossman (appearing *pro hac vice*)
   andrewrossman@quinnemanuel.com
4     Ellyde R. Thompson (appearing *pro hac vice*)
   ellydethompson@quinnemanuel.com
5  51 Madison Avenue, 22nd Floor
New York, New York 10010
6  Telephone: (212) 849-7000
7
8     Michael T. Lifrak (Bar No. 210846)
   michaellifrak@quinnemanuel.com
   Anthony P. Alden (Bar No. 232220)
9     anthonyalden@quinnemanuel.com
10  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
11  Telephone: (213) 443-3000
12  *Attorneys for Defendants Tesla, Inc., Elon Musk,*
*Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
13  *Antonio J. Gracias, James Murdoch, Kimbal Musk,*
*And Linda Johnson Rice*
14

15  UNITED STATES DISTRICT COURT

16  NORTHERN DISTRICT OF CALIFORNIA

17

18  IN RE TESLA, INC. SECURITIES
LITIGATION
19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |
| | **DECLARATION OF MICHAEL T. LIFRAK IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE** |
| | Date: February 16, 2023 |
| | Time: 1:30 PM |
| | Location: Courtroom 5, 17th Floor |
| | Judge: Hon. Edward Chen |
| | **REQUEST TO BE HEARD ON SHORTENED NOTICE ON JANUARY 13, 2023** |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE

## DECLARATION OF MICHAEL T. LIFRAK

I, Michael T. Lifrak, declare as follows:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants in this action.  I make this declaration in support of Defendants' Motion to Transfer Venue.  I know the facts stated herein of my own personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a *San Francisco Chronicle* article titled, "Tech layoffs: Track S.F. Bay Area job cuts across Meta, Twitter, Amazon and more" dated January 6, 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of a *San Francisco Chronicle* article titled, "Here's how many Twitter employees were laid off in S.F., San Jose and Santa Monica" dated November 8, 2022.

4. Attached hereto as **Exhibit C** is a true and correct copy of a *The New York Times* article titled, "Tesla Will Move Its Headquarters to Austin, Texas, in Blow to California" dated October 13, 2021.

5. Attached hereto as **Exhibit D** is a true and correct copy of search results on the *San Francisco Chronicle* website as of January 2023, using "Elon Musk" as the search term and sorting articles by date.  All results dated between January 1, 2022 and December 31, 2022 are displayed.

6. Attached hereto as **Exhibit E** is a true and correct copy of search results on the NBC Bay Area website as of January 2023, using "Elon Musk" as the search term and sorting articles by date.  The top page of results are displayed.

7.  Attached hereto as **Exhibit F** is a true and correct copy of search results on the KRON4 website as of January 2023, using "Elon Musk" as the search term and sorting articles by date.  The top page of results are displayed.

8.  Attached hereto as **Exhibit G** is a true and correct copy of a SFGATE article titled, "Elon Musk posts ridiculous tweet about his calves amid Twitter court hearing" dated July 19, 2022.

9.  Attached hereto as **Exhibit H** is a true and correct copy of a SFGATE article titled, "Elon Musk's Twitter is reportedly failing to pay some employees" dated November 28, 2022.

10.  Attached hereto as **Exhibit J** is a true and correct copy of a KRON4 .article titled, "San Francisco Mayor London Breed offers jobs to fired Twitter employees" dated November 4, 2022.

11.  Attached hereto as **Exhibit K** is a true and correct copy of a *San Francisco Chronicle* article titled, "Twitter layoffs: Elon Musk addresses loss of ad revenue, claims that 'nothing has worked'" dated November 4, 2022.

12.  Attached hereto as **Exhibit L** is a true and correct copy of a *San Francisco Chronicle* article titled, "Layoffs at Lyft, Stripe, Opendoor and Chime add to Bay Area tech woes" dated November 3, 2022.

13.  Attached hereto as **Exhibit M** is a true and correct copy of search results on the *San Francisco Chronicle* website as of January 2023, using "Jeff Bezos" as the search term and sorting articles by date.  All results dated between January 5, 2023 and October 1, 2022 are displayed.

14.  Attached hereto as **Exhibit N** is a true and correct copy of a *San Francisco Chronicle* article titled, "Will tech layoffs end the era of remote work? Here's what experts predict for 2023" dated December 25, 2022.

15. Attached hereto as **Exhibit O** is a true and correct copy of a *San Francisco Chronicle* article titled, "Class Action Lawsuit Filed By Twitter Employees Over Planned Mass Layoffs" dated November 4, 2022.

16. Attached hereto as **Exhibit P** is a true and correct copy of a KRON4 article titled, "'Flush Musk' protestors deliver toilet to Twitter HQ" dated November 4, 2022.

17. Attached hereto as **Exhibit Q** is a true and correct copy of a *San Francisco Chronicle* article titled, "S.F. Mayor Breed slams Elon Musk and calls out Marc Benioff" dated October 20, 2022.

18. Attached hereto as **Exhibit R** is a true and correct copy of a *SFist* article titled, "Twitter Layoffs Cut Across Many Divisions; Musk If Whining About Activists Whom He Blames for Advertiser Exodus" dated November 4, 2022.

19. Attached hereto as **Exhibit S** is a true and correct copy of search results on *The Texas Tribune* website as of January 2023, using "Elon Musk" as the search term and sorting articles by date.  The top page of results are displayed.

20. Attached hereto as **Exhibit T** is a true and correct copy of a *San Francisco Examiner* article titled, "'It's gonna get a lot worse': What Musk misinfo means for Twitter's future" dated November 3, 2022.

21. Attached hereto as **Exhibit U** is a true and correct copy of a *San Francisco Chronicle* article titled, "Sunday wasn't the first time Elon Musk spread misinformation on Twitter. But now he owns it" dated October 31, 2022.

22. Attached hereto as **Exhibit V** is a true and correct copy of search results on SFGATE as of January 2023, using "Elon Musk" as the search term.

DECLARATION OF MICHAEL T. LIFRAK IN SUPPORT OF  DEFENDANTS' MOTION TO TRANSFER VENUE

23. Attached hereto as **<u>Exhibit W</u>** is a true and correct copy of search results on the SFGATE website as of January 2023, using "Elon Musk" as the search term and sorting articles by date.  The top page of results are displayed.

24. Attached hereto as **<u>Exhibit X</u>** is a true and correct copy of search results on the NBC Bay Area website as of January 2023, using "Elon Musk" as the search term and sorting articles by date.  The top page of results are displayed.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of January, 2023 in Los Angeles, California.

By: */s/ Michael T. Lifrak*
Michael T Lifrak

DECLARATION OF MICHAEL T. LIFRAK IN SUPPORT OF  DEFENDANTS' MOTION TO TRANSFER VENUE

# EXHIBIT A

1/6/23, 11:32 AM

Case 3:18-cv-04865-EMC Document 537 Filed 01/06/23 Page 7 of 84
Tech layoffs: Track S.F. Bay Area job cuts across Meta, Twitter, Salesforce and more

San Francisco Chronicle    SPECIAL REPORT      

# Tech layoffs: Track S.F. Bay Area job cuts across Meta, Twitter, Amazon and more

By Sriharsha Devulapalli and Adriana Rezal | Nov. 18, 2022 | Updated: Jan. 6, 2023 10:23 AM

In the last few months, tens of thousands of tech workers have lost their jobs, following a slew of recent layoff announcements from Bay Area tech companies. Tech industry layoffs are being felt nationwide, and Bay Area-based tech companies have cut over 53,000 jobs since November 1, according to data compiled by layoff tracker Layoffs.FYI.

San Francisco's largest private employer, Salesforce, announced that it will lay off around 8,000 employees, 10% of its staff worldwide. Tech giant Meta downsized by 11,000 jobs, impacting at least 362 people in San Francisco and 2,202 workers in Silicon Valley. Staff reductions at Twitter — including layoffs and resignations — are snowballing, as total job cuts approach 66% of the company's workforce. Other companies, such as Cisco, Stripe, Lyft and OpenDoor, have all laid off over 500 employees in recent months.

The Bay Area's tech industry took a hit in the early days of the COVID-19 pandemic after years of steady growth, but was quick to recover. It soon became the area's strongest job sector — until last year, when the industry started to lose jobs. Tech job listings have also been on the decline for months.

## Bay Area tech companies with mass layoffs



**Twitter** 67% of all positions have been cut   **Doma** 40%   **Gem** 33%   **Kraken** 30%

**Veev** 30%   **Juul** 30%   **StitchFix** 20%   **Airtable** 20%



**Plaid**
20%

**Synthego**
20%

**Nuro**
20%

**Productboard**
20%

Companies that laid off more than 100 people are shown above.

## Most recent layoffs

Click **headers** to sort and **arrows** for details. **Scroll** in table to see more rows.



# EXHIBIT B

e-Edition

**Most Popular**

1. California storm: 'Widespread significant flooding' possible by

2. Recent rains have improved California's drought. Where do we

3. Photos and videos capture damage as massive swell batters Santa Cruz coast

4. Wal may thre

## BAY AREA

# Here's how many Twitter employees were laid off in S.F., San Jose and Santa Monica

 **Roland Li**

Updated: Nov. 8, 2022 3:48 p.m.





1/6/23, 2:21 PM
Twitter layoffs: Here's how many SF Bay Area employees were cut
Case 3:18-cv-04865-EMC   Document 537-1   Filed 01/06/23   Page 11 of 84



Twitter laid off 784 workers in San Francisco, 106 in San Jose and 93 in Santa Monica, according to state filings.

Lea Suzuki / The Chronicle

**UPDATE**: *Twitter fires even more sales staff as cuts approach 66%*.

Twitter laid off 784 workers in San Francisco, 106 employees in San Jose and 93 in Santa Monica, according to state filings on Friday.

---

**ADVERTISEMENT**
Article continues below this ad

---

The bulk of the San Francisco layoffs, 592 employees, were described as "professionals," followed by 147 mid-level managers, 25 administrative support workers, 11 sales workers, and nine executives and senior managers.

- **Read more:** Tech layoffs wallop H-1B visa holders.

The San Jose layoffs included 85 professionals, 18 mid-level managers, two support workers, and one executive or senior manager.

In Santa Monica, 66 professionals, 17 mid-level managers, six support workers and four sales workers were laid off.

The job cuts are some of the biggest in the Bay Area since the early stages of the pandemic in 2020.

Twitter was required to notify California officials about the layoffs as part of the federal Worker Adjustment and Retraining Notification Act. Laid-off workers sued Twitter on Thursday in federal court in San Francisco, alleging the company failed to give at least 60 days advance notice to government officials.

## More on Twitter Layoffs

**Twitter employees say goodbye after mass layoffs, as site's future comes into question**

Read Now

**How a massive Twitter layoff — and mandatory return to office — would impact S.F.**

Read Now

ADVERTISEMENT
Article continues below this ad

**Drought Map**

**Track water shortages and restrictions across Bay Area**

Updated to include drought zones while tracking water shortage status of your area, plus reservoir levels and a list of restrictions for the Bay Area's largest water districts.

Twitter said the terminations were effective Jan. 4, and workers would be paid all wages and benefits through that date. But many Twitter workers said on the social network that their access to work emails and others tools were abruptly cut off as early as Thursday night.

Around half of Twitter's roughly 7,500 workers were reportedly laid off on Friday, suggesting many workers being laid off are based outside of California. The company adopted a work-from-anywhere policy in the early part of the pandemic, though new owner Elon Musk is reportedly planning to end the policy and require workers to come back to the office.

*Roland Li is a San Francisco Chronicle staff writer. Email: roland.li@sfchronicle.com Twitter: @rolandlisf*

## Sign up for the Morning Fix newsletter

Top headlines from The Chronicle's newsroom

# EXHIBIT C

Case 3:18-cv-04865-EMC   Document 537-1   Filed 01/06/23   Page 15 of 84

**The New York Times** | https://www.nytimes.com/2021/10/07/business/tesla-texas-headquarters.html

# Tesla Will Move Its Headquarters to Austin, Texas, in Blow to California

Elon Musk announced the move at the company's annual shareholder meeting, hosted at a factory Tesla is building near Austin.

 **By Niraj Chokshi**

Published Oct. 7, 2021   Updated Oct. 13, 2021

Tesla will move its headquarters from California to Austin, Texas, where it is building a new factory, its chief executive, Elon Musk, said at the company's annual shareholder meeting on Thursday.

The move makes good on a threat that Mr. Musk issued more than a year ago when he was frustrated by local coronavirus lockdown orders that forced Tesla to pause production at its factory in Fremont, Calif. Mr. Musk on Thursday said the company would keep that factory and expand production there.

"There's a limit to how big you can scale in the Bay Area," he said, adding that high housing prices there translate to long commutes for some employees. The Texas factory, which is near Austin and will manufacture Tesla's Cybertruck, is minutes from downtown and from an airport, he said.

Mr. Musk was an outspoken early critic of pandemic restrictions, calling them "fascist" and predicting in March 2020 that there would be almost no new cases of virus infections by the end of April. In December, he said he had moved himself to Texas to be near the new factory. His other company, SpaceX, launches rockets from the state.

The company is on track to sell about a million cars this year and is planning a major expansion. In addition to the Austin factory, Tesla is building one near Berlin. Its headquarters have been in Palo Alto for more than a decade. The city, home of Stanford University, is across the bay from Fremont.

> **Daily business updates** The latest coverage of business, markets and the economy, sent by email each weekday. Get it sent to your inbox.

Tesla is one of several California companies to say they were moving to Texas in recent months. Hewlett Packard Enterprise said in December that it was moving to the Houston area, and Charles Schwab has moved to a suburb of Dallas and Fort Worth.

Mr. Musk's decision will surely add fuel to a ceaseless debate between officials and executives in Texas and California about which state is a better place to do business. Gov. Greg Abbott of Texas, and his predecessors, have courted California companies to move to the state, arguing that it has lower taxes and lower housing and other costs. California has long played up the technological prowess of Silicon Valley and its universities as the reason many entrepreneurs start and build their companies there, a list that includes Tesla, Facebook, Google and Apple.

Texas has become more attractive to workers in recent years, too, with a generally lower cost of living. Austin, a thriving liberal city that is home to the University of Texas, in particular has boomed. Many technology companies, some based in California, have built huge campuses there. As a result, though, housing costs and traffic have increased significantly, leaving the city with the kinds of problems local governments in California have been dealing with for years.

Mr. Musk's announcement is likely to take on political overtones, too.

Last month, Mr. Abbott invoked Mr. Musk in explaining why a new Texas law that greatly restricts abortion would not hurt the state economically. "Elon consistently tells me that he likes the social policies in the state of Texas," the governor told CNBC.

When asked for a response, Mr. Musk did not confirm or deny what Mr. Abbott said. "In general, I believe government should rarely impose its will upon the people, and, when doing so, should aspire to maximize their cumulative happiness," he said on Twitter. "That said, I would prefer to stay out of politics."

On Thursday evening, a Twitter post by Governor Abbott welcomed the news, saying "the Lone Star State is the land of opportunity and innovation."

A spokeswoman for Gov. Gavin Newsom of California, Erin Mellon, did not directly comment on Tesla's move but said in a statement that the state was "home to the biggest ideas and companies on the planet" and that California would "stand up for workers, public health and a woman's right to choose."

Mr. Musk revealed the company's move after shareholders voted on a series of proposals aimed at improving Tesla's corporate governance. According to preliminary results, investors sided with Tesla on all but two measures that it opposed: one that would force its board members to run for re-election annually, down from every three years, and another that would require the company to publish more detail about efforts to diversify its work force.

In a report last year, Tesla revealed that its U.S. leadership was 59 percent white and 83 percent male. The company's overall U.S. work force is 79 percent male and 34 percent white.

The vote comes days after a federal jury ordered Tesla to pay $137 million to Owen Diaz, a former contractor who said he faced repeated racist harassment while working at the Fremont factory, in 2015 and 2016. Tesla faces similar accusations from dozens of others in a class-action lawsuit.

The diversity report proposal, from Calvert Research and Management, a firm that focuses on responsible investment and is owned by Morgan Stanley, requires Tesla to publish annual reports about its diversity and inclusion efforts, something many other large companies already do.

Investors also re-elected to the board Kimbal Musk, Mr. Musk's brother, and James Murdoch, the former 21st Century Fox executive, despite a recommendation to vote against them by ISS, a firm that advises investors on shareholder votes and corporate governance.

Proposals calling for additional reporting both on Tesla's practice of using mandatory arbitration to resolve employee disputes and on the human rights impact of how it sources materials failed, according to early results. A final tally will be announced in the coming days, the company said.

Ivan Penn contributed reporting.

Niraj Chokshi covers the business of transportation, with a focus on autonomous vehicles, airlines and logistics.  @nirajc

A version of this article appears in print on , Section B, Page 1 of the New York edition with the headline: Tesla to Shift Headquarters From California to Texas

# EXHIBIT D

January 3, 2023  |  **Chronicle Readers**

Gregory Smith, Union City Support journalism In Gil Duran's recent piece "I just got myself banned from **Elon Musk's** Twitter. Here's why you should, too" (Open Forum, SFChronicle.com, Dec. 29), he warns ...



## Letters: Why support for Ukraine is essential to stopping nuclear proliferation

January 2, 2023  |  **Chronicle Readers**

Lawrence Jensen, Oakland Twitter alternatives In response to "I just got myself banned from **Elon Musk's** Twitter. ... **Elon Musk** has too much power.



## From S.F.'s opioid scourge to Elon Musk's Twitter takeover, here are the top news stories of 2022

December 30, 2022  |  **Carolyn Said**

**Musk** buying Twitter raises questions about its future The saga of **Elon Musk's** purchase of social media platform Twitter and its ensuing descent into disarray started in January when **Musk** went on a shopping ...



## I just got myself banned from Elon Musk's Twitter.

December 29, 2022  |  **Gil Duran**

I'm one of the journalists now banned from Twitter for allegedly violating new rules imposed by CEO **Elon Musk**. ... The specifics of my ban get a little convoluted, but stay with me: Mastodon got suspended ...



## Billions of people still lack high-speed internet. This S.F. company is building satellites to change that

December 26, 2022  |  **Chase DiFeliciantonio**

**Elon Musk's** Starlink, with its constellation of satellites, currently offers access to its network for $110 per month, plus a one-time hardware fee of about $600.



## Will tech layoffs end the era of remote work? Here's what experts predict for

**2023**

December 25, 2022  |  **Chase DiFeliciantonio**



Bloom pointed out that **Elon Musk's** takeover of Twitter coincided not only with a layoff of around half of the company, but his directive that the company's work-from-anywhere-forever policy was over for ...

## New California law effectively bans Tesla from advertising its cars as Full Self-Driving

December 22, 2022  |  **Ricardo Cano**



Tesla, owned by **Elon Musk**, lobbied against the bill, arguing that it already makes Tesla buyers aware of the Full Self-Driving software's limitations.

## Layoffs keep coming with Tesla reportedly cutting jobs next quarter

December 21, 2022  |  **Chase DiFeliciantonio**



Tesla's stock has trended down recently, dipping since CEO **Elon Musk** took over the social media site Twitter earlier this year. ... Tesla investors have taken to Twitter in recent days to criticize the company ...

## Here's what to make of Elon Musk's plan to resign, eventually, as Twitter's CEO

December 20, 2022  |  **Kate Galbraith**



What **Musk's** vow to resign means By Kate Galbraith and Jordan Parker **Elon Musk**, the controversial new owner and chief executive of San Francisco's Twitter, said in a tweet Tuesday that he would resign as CEO ...

## Twitter has become an anti-LGBTQ cesspool. Here's why queer folks like me are sticking around

December 20, 2022  |  **Nuala Bishari**



Nuala Bishari **Elon Musk** has taken Twitter users on a turbulent ride since he bought the social media company in October. ... Headlines are now hinting that **Musk** might hire a new CEO after users voted that he ...

## Letters: The media is turning Elon Musk into the next Trump.

December 20, 2022  |  **Chronicle Readers**

Media is turning **Musk** into the next Trump By Chronicle readers Just as we begin to hope that Donald Trump may actually stop being an invasive and pervasive presence in our lives, the media appears poised to ...



## Twitter users polled by Elon Musk say he should step down as CEO

December 19, 2022  |  **Jessica Flores**

By Jessica Flores Twitter users have spoken, with a majority indicating in a weekend poll that **Elon Musk** should step down from the helm of the social media company. ... In response, **Musk** tweeted:"Good point. ...



## Letters: Firing janitors, enabling hate speech. Why it's time to boycott Twitter

December 19, 2022  |  **San Francisco Chronicle Readers**

San Francisco Chronicle readers Regarding "S.F. officials join rally for fired Twitter janitors" (San Francisco, SFChronicle.com, Dec. 15): San Francisco's embarrassing wealth disparities were on full ...



## Elon Musk asks Twitter users whether he should step down, hours after big policy announcement

December 18, 2022  |  **J.D. Morris**

In the latest controversy at Twitter since it was taken over by tech mogul **Elon Musk**, the social media site announced Sunday that it would no longer allow accounts to link to several competitors. ... **Musk** has ...



## Chron Quiz: Why will Dodgers fans hate new Giants shortstop Carlos Correa?

December 18, 2022  |  **Chronicle Opinion Staff**

A: London Breed B: Willie Brown C: **Elon Musk** 3 Why do merchants in S.F.'s Tenderloin area want their city taxes refunded?



## Elon Musk reinstates suspended journalist accounts after polling Twitter

|  **Jordan Parker**

December 16, 2022

By Jordan Parker After abruptly suspending the Twitter accounts of several journalists who cover the social media platform, **Elon Musk** reversed the decision a day later. ... "The suspension of Drew Harwell's ...



## Bay Area software company sues Twitter for breach of contract

December 16, 2022  |  **Jordan Parker**

The lawsuit by Imply Data Inc. is the latest problem for Twitter, after a spate of mass layoffs and controversies that erupted when CEO **Elon Musk** bought the company for $44 billion in October. ... The company ...



## Twitter suspends accounts of several journalists who have reported on Elon Musk

December 15, 2022  |  **Jordan Parker**

"I report on Twitter, **Elon Musk** and his companies. ... The verified account of Mike Solana, a vice president at Founders Fund, the venture capital firm co-founded by Peter Thiel, who co-founded PayPal with ...



## S.F. officials join rally for fired Twitter janitors

December 15, 2022  |  **Annie Vainshtein**

All of the speakers — including several recently fired janitors — took to the podium to call on **Elon Musk** to reinstate their jobs. ... A janitor was also reportedly told by a member of **Musk's** team that the ...



## Letters: How the Livermore Lab's nuclear fusion breakthrough is the greatest scientific achievement

December 15, 2022  |  **San Francisco Chronicle Readers**

Ed Kahl, Woodside Get off Twitter Regarding "**Elon Musk** is leaning into transphobia" (Politics, SFChronicle.com, Dec. 13): I read Joe Garofoli's excellent piece on **Elon Musk's** transphobia and its potential effect on society.



## Twitter reportedly stopped paying office rent, including at San Francisco headquarters

December 13, 2022   |   **Roland Li**

The nonpayment is one of the efforts by owner **Elon Musk** to cut more costs, which have included laying off cafeteria workers and, according to the Times, potentially not paying severance to former employees, ...



## COVID in California: Infections among U.S. veterans have doubled in 1 month

December 13, 2022   |   **Aidin Vaziri**

Fewer than 4 in 10 V.A. patients have received new booster Aidin Vaziri and Rita Beamish UPDATE: Here are the latest updates on COVID in the Bay Area and California. COVID-19 infections among American children ...



## Elon Musk is leaning into transphobia

December 13, 2022   |   **Joe Garofoli**

**Musk** lining up with right wing on transphobia By Joe Garofoli **Elon Musk** is leaning into the right-wing's fixation on and vilification of the trans community — and some are concerned that his latest blasts ...



## We asked ChatGPT's AI to write a San Francisco news story. Here's what it did

December 12, 2022   |   **Rachel Swan**

Staff at OpenAI, which was co-founded by **Elon Musk** in 2015, say their mission is to hone artificial intelligence to benefit "all of humanity" and have naturalistic interactions with humans.



## Is tech still helping society or just enabling its absurdities?

December 12, 2022   |   **Howard V. Hendrix**

The world's richest man, **Elon Musk**, is versed in crypto, effective altruism and longtermism. This becomes a problem in the case of **Musk's** StarLink satellite internet system, potentially capable of ...



## COVID in California: New weekly infections among kids are up nearly 50%

December 12, 2022   |   **Aidin Vaziri**

Majority of kids still not vaccinated as cases rise Aidin Vaziri, Rita Beamish UPDATE: Here are the latest



updates on COVID in the Bay Area and California. The latest emerging subvariants of the coronavirus are …

## Letters: Instead of complaining, Elon Musk could use his money to help solve homelessness

December 12, 2022 | **San Francisco Chronicle Readers**

San Francisco Chronicle readers Regarding "S.F. officials find at least two bedrooms at Twitter HQ as investigation continues" (Tech, SFChronicle.com, Dec. 8): Elon Musk takes offense at San Francisco Mayor …



## Elon Musk gets booed onstage as Dave Chappelle surprises S.F. crowd

December 12, 2022 | **Mariecar Mendoza**

Photo: Netflix Dave Chappelle's show at San Francisco's Chase Center on Sunday, Dec. 11, ended with a surprise that sparked boos from the crowd as the controversial comedian pulled one last stunt: Inviting …



## Want to own a piece of Twitter? The starting bids are $25, says online auction firm

December 11, 2022 | **John King**

Twitter is now owned by Elon Musk, who in October acquired the once publicly traded firm. … The auction, however, was not announced by Musk, who has not otherwise appeared averse to publicity, even making a …



## Music legend Elton John announces Twitter exit as hate speech rises on social media platform

December 9, 2022 | **Jordan Parker**

Read more: Elon Musk is leaning into transphobia. … John becomes one of many who have left Twitter since billionaire Elon Musk acquired the company in late October. … On Monday, Santa Clara County District …



## S.F. officials find at least two bedrooms at Twitter HQ as investigation continues

| **Roland Li**

December 8, 2022

Owner **Elon Musk** lashed out against Mayor London Breed on Tuesday, despite no evidence that the mayor was involved in the building inspection. ... **Musk** posted on Twitter, linking linked to a Chronicle story on a ...



## Twitter hit with another suit from laid-off workers, but case could have key weakness

December 8, 2022  |  **Chase DiFeliciantonio**

Laid-off workers say Twitter targeted women By Chase DiFeliciantonio If **Elon Musk** was hoping for a slew of lawsuits from former employees in the wake of his decision to lay off half the company's staff last ...



## S.F. officials investigating allegedly illegal bedrooms at Twitter HQ, as **Elon Musk** criticizes Mayor Breed

December 6, 2022  |  **Roland Li**

Twitter owner **Elon Musk** appeared to confirm that the company had installed beds and criticized Mayor London Breed for scrutinizing the company rather than focusing on the city's drug crisis. ... **Musk** posted on ...



## **Elon Musk's** libertarian 'information flow' ideology is going to drown us all

December 6, 2022  |  **Morgan N. Weiland**

Weiland **Elon Musk** has long called himself a "free speech absolutist." ... Read more: **Elon Musk** is leaning into transphobia. ... US **Elon Musk** Twitter Since **Elon Musk's** takeover of Twitter, hate speech on ...



## Laid-off Twitter employees announce legal action against **Musk**

December 5, 2022  |  **Chase DiFeliciantonio**

Standing with her hand on a just-unboxed kitchen sink in an echo of **Elon Musk's** now-infamous entrance as Twitter's new owner, attorney Lisa Bloom said Monday she was taking legal action against the world's ...



## Santa Clara D.A. says he's leaving Twitter over rise of hate speech

|  **Sam Whiting**

December 5, 2022

By Sam Whiting Santa Clara County District Attorney
Jeff Rosen announced Monday that he is joining the
great migration off Twitter, due to the rise in incendiary
messaging on the social media platform since its …



## Letters: Fentanyl danger is another reason why S.F. is not a place to raise kids

December 5, 2022  |  **San Francisco Chronicle Readers**

Marc Sapir, Berkeley **Musk** running in 2024? Regarding
"Twitter not policing COVID lies; health experts
worried" (Bay Area & Business, Nov 30.): Why would
**Elon Musk** be so heedless and cruel to reopen Twitter …



## Only Elon Musk can heal the hellhole of hate he's created on Twitter

December 4, 2022  |  **Joe Garofoli**

Suspending the account of the former Kanye West —
which Twitter CEO **Elon Musk** did Thursday for violating
the social media platform's prohibition against inciting
violence — won't end it. … **Musk** says …



## Rep. Ro Khanna pushed back on Twitter suppression of Hunter Biden laptop story

December 3, 2022  |  **Mallory Moench**

Khanna's email surfaced as part of a release of internal
company documents published on Twitter by journalist
Matt Taibbi and authorized by Twitter's new owner and
CEO, **Elon Musk,** The new CEO characterizes …



## Salesforce co-CEO Bret Taylor steps down after only one year in the role

November 30, 2022  |  **Roland Li**

Taylor was also the chairman of Twitter, leading the
company's board as it responded to **Elon Musk's** $44
billion bid for the company, which was completed last
month.



## Elon Musk's brain implant startup Neuralink aiming for human trials next year

|  **Chase DiFeliciantonio**

November 30, 2022

By Chase DiFeliciantonio Neuralink, **Elon Musk's** brain-implant startup that is working on technology aimed at decoding brain signals and using them to control devices, shared further progress Wednesday with its ...



## Top S.F. official flees Twitter after account is hacked

November 30, 2022  |  **Jessica Flores**

the post reads, referring to the recent takeover of Twitter by **Elon Musk**, said Walton. ... The hack comes amid a rising tide of concern over the authenticity of Twitter accounts following **Musk's** acquisition of ...



## Twitter mass resignation included over 200 S.F. employees

November 29, 2022  |  **Roland Li**

By Roland Li Twitter's mass resignation on Nov. 17 included 204 San Francisco employees departing after new owner **Elon Musk** issued a deadline to commit to his "hardcore" vision for the company or leave, ...



## UCSF's Wachter and other Bay Area health experts vow to stay on Twitter despite policy change

November 29, 2022  |  **Aidin Vaziri**

The latest change under **Elon Musk's** chaotic reign over the social media giant was made last week but noticed only by eagle-eyed users on Monday, buried in a one-sentence update to Twitter's online rules: ...



## Letters: Native American tribes aren't social clubs. Respect them

November 29, 2022  |  **Chronicle Readers**

How can **Elon Musk** be so reckless that he decided to reinstate Greene on Twitter, considering how much she indulges in conspiracy theories and hate speech?



## Tech layoffs wallop H-1B visa holders: 'It's not just dollars and a job. It's our entire life'

 |  **Carolyn Said**

November 29, 2022

By Carolyn Said UPDATE: Laid-off Twitter employees announce legal action against **Musk**. ... Some advocates are calling on the Biden administration to extend the 60-day period, but the White House has not ...



## COVID in California: Virus patients in Bay Area hospitals top 600, 1st time in months

November 29, 2022  |  **Aidin Vaziri**

Twitter will no longer enforce COVID misinformation policy In the latest change under **Elon Musk's** ownership, Twitter will no longer enforce a longstanding policy to curb the spread of falsehoods about ...



## COVID in California: Infections in state jump more than 63% in 1 month

November 28, 2022  |  **Aidin Vaziri**

Aidin Vaziri and Rita Beamish UPDATE: Here are the latest updates on COVID in the Bay Area and California. California virus transmission levels continue climbing at a pace on par with what preceded previous ...



## Chron Quiz: What do we know about Oakland Mayor-elect Sheng Thao's path to office?

November 27, 2022  |  **Chronicle Opinion Staff**

Barbara Lee C: Living for a time in her car with her son 2 What informed **Elon Musk's** decision to reinstate Donald Trump to Twitter?



## Why Bay Area residents are so ready to kiss 2022 goodbye

November 26, 2022  |  **Carl Nolte**

And then **Elon Musk** bought Twitter, walked into the Market Street headquarters just the other day and fired almost everybody. ... All of those illusions — **Elon Musk** at Twitter, Elizabeth Holmes sentenced to ...



## Elon Musk says Twitter will start reinstating banned accounts next week

|  **Megan Cassidy**

November 24, 2022

By Megan Cassidy **Elon Musk** plans to begin reinstating suspended accounts on Twitter this week. ... Several advertisers have fled the platform after **Musk's** takeover. ... Email: megan.cassidy@sfchronicle.com ...



## Rep. Marjorie Taylor Greene calls Sen. Scott Wiener a 'communist groomer' after he tweets about hate speech

November 23, 2022  |  **Dustin Gardiner**

Twitter reinstated Greene's personal account on Tuesday, one of numerous controversial figures, including former President Donald Trump, who've had bans lifted since billionaire **Elon Musk** bought the company.



## Palo Alto's HP to lay off thousands through 2025

November 23, 2022  |  **Chase DiFeliciantonio**

New owner **Elon Musk** recently said cuts would stop, for now, at San Francisco's Twitter, the Verge reported, after he laid off more than half of the company's 7,500-strong workforce shortly after his takeover of the company.



## **Elon Musk's** handling of Twitter is nothing new for him or corporate America

November 23, 2022  |  **Lorena Gonzalez**

Lorena Gonzalez For the past few weeks, **Elon Musk's** Twitter takeover has dominated the news cycle. ... Twitter is undergoing a tumultuous reinvention under new owner **Elon Musk**. ELEX **MUSK Elon Musk** has fired ...



## With Netflix sequel to 'Knives Out,' Rian Johnson's talent comes into focus

November 23, 2022  |  **G. Allen Johnson**

Photo: John Wilson / Netflix Norton plays Miles Bron, an obnoxious, egotistical new-age billionaire (think **Elon Musk** or Sam Bankman-Fried) who invites his odd assortment of friends — played by Hahn, Janelle ...



## Four reasons why so many tech companies are doing mass layoffs

November 21, 2022  |  **Roland Li**



In the wake of **Elon Musk's** mass layoffs at Twitter this month, ex-CEO Jack Dorsey apologized for growing the company too fast. ... Email: roland.li@sfchronicle.com Twitter: @rolandlisf One of **Elon Musk's** ...

## Twitter fires even more sales staff as cuts approach 66%

November 21, 2022  |  **Roland Li**



By Roland Li Twitter owner **Elon Musk** fired even more sales staff on Sunday, cutting more jobs on top of a mass resignation last week that has left the company severely depleted, Bloomberg reported. ... The Verge ...

## Twitter is imploding. What if digital tools like maps and Google suffered a similar fate?

November 21, 2022  |  **Chase DiFeliciantonio**



Scores of journalists and other power users have begun to leave Twitter as **Elon Musk** seemingly changes the rules day to day, and amid the platform's ongoing blue-check-or-not verification issues. ... But ...

## Review: 'Glass Onion' and Daniel Craig set stage for 'Knives Out' mystery franchise

November 21, 2022  |  **Mick LaSalle**



Photo: John Wilson / Netflix Edward Norton plays billionaire Miles Bron, who seems to be a takeoff on **Elon Musk**, though Norton acts more like his usual self than **Musk**.

## Hold social media responsible for murder

November 20, 2022  |  **Edward Wasserman**



With tech billionaire **Elon Musk's** purchase of messaging behemoth Twitter, public disgust may well deepen. **Musk** has denounced "content moderation" — blocking problematic material — as an affront to free speech.

# Elon Musk reinstates Donald Trump's Twitter account nearly two years after it was 'permanently suspended'

November 19, 2022  |  **Dustin Gardiner**

**Elon Musk** announced his decision on the social media platform at about 5 p.m. ... After **Musk's** announcement Saturday, outgoing Rep. ... **Elon Musk** had asked Twitter users whether to lift the ban.



# If Twitter shuts down, these are some alternatives for live events and breaking news

November 18, 2022  |  **Roland Li**

By Roland Li The struggles of Twitter under new owner **Elon Musk** have prompted some users to seek alternatives and quit the social network. ... Email: roland.li@sfchronicle.com Twitter: @rolandlisf ...



# Twitter users are sending out 'last tweets' amid another worker exodus and fears the site could go dark

November 17, 2022  |  **Roland Li**

By Roland Li and Jordan Parker Turmoil at Twitter reached a new level on Thursday, as users witnessed in real time the mass resignation of staffers in the wake of **Elon Musk's** $44 billion takeover. ...



# Elon Musk backpedals on Twitter's remote work mandate as employee resignations continue

November 17, 2022  |  **Roland Li**

By Roland Li **Elon Musk** is allowing some Twitter employees to stay remote with manager approval, according to an email sent to staff Thursday reported by Bloomberg. **Musk** said employees "making an excellent ...



# Everything you need to know about Mastodon (This is definitely not about the bird app)

|  **Devorah Blachor**

November 16, 2022

Mastodon is the destination for many people fleeing Twitter since **Elon Musk** took over the social media company.



## Layoffs at Amazon, Asana hit the Bay Area

November 15, 2022 | **Chase DiFeliciantonio**

And San Francisco's Twitter continues to fire employees, after its new owner **Elon Musk** reportedly axed half the company earlier this month.



## 'Blood in the water': How Twitter went from OK to crisis

November 14, 2022 | **Fifth & Mission Podcast**

Fifth & Mission podcast: How **Elon Musk** Is "Destroying" Twitter's Value (click to listen) Q: Casey, since taking over Twitter, **Elon Musk** has made a lot of disruptive changes, to put it mildly. ... Now, **Elon Musk** ...



## Elon Musk may not be the owner Twitter needs, but he's the owner it deserves

November 13, 2022 | **Justin Phillips**

"But Twitter was a scary place even before **Elon**." ... Email: jphillips@sfchronicle.com Twitter: @JustMrPhillips Twitter CEO **Elon Musk** spent $44 billion to acquire the company in October. ... Twitter is ...



## Laid-off tech workers describe what it's like to hunt for a job now

November 12, 2022 | **Carolyn Said**

He was shocked that his position was eliminated in new owner **Elon Musk's** purge last week of half the staff, since Bhandare's work was integral to the company's business. ... Wren Turkal was laid off from ...



## Day after Elon Musk eliminated remote work, Twitter employees were nowhere to be found

| **Danielle Echeverria**

November 11, 2022

By Danielle Echeverria and Chase DiFeliciantonio The scene at Twitter headquarters in San Francisco the day after new owner **Elon Musk** ordered employees to show up full-time was a muted one. ... **Musk** himself ...



## 'I'm fed up': Bay Area Tesla owners respond to **Elon Musk's** Twitter takeover

November 11, 2022  |  **Julie Johnson**

"Don't not get a Tesla because **Elon Musk** is an asshole," Geller said. ... Like many Californians, he has a complex view of **Elon Musk**, the head of Tesla and now Twitter. ... Huntley admires **Elon Musk** as ...



## **Elon Musk** orders Twitter employees back to office full time

November 10, 2022  |  **Roland Li**

By Roland Li **Elon Musk** ordered Twitter employees back to the office for 40 hours a week effective Thursday, a sharp reversal for a company that was one of the first to embrace fully remote work after the onset ...



## This Bay Area mayor canceled a Tesla factory tour, citing **Elon Musk's** Twitter takeover

November 10, 2022  |  **Annie Vainshtein**

**Elon Musk**, and his recent takeover of Twitter. ... 'I'm fed up': Bay Area Tesla owners respond to **Elon Musk's** Twitter takeover. ... Bauters said he pulled out of a planned tour of the Tesla factory in ...



## In the wake of the 2022 midterm elections, what's next for **Elon Musk's** Twitter?

November 10, 2022  |  **Vanessa Hua**

In addition to the typical disruptions to our sleep, and rainy weather, the transition converged with two possibly paradigm-shifting changes: the midterm elections and the acquisition of Twitter, the social ...



## Why Meta is laying off 11,000 workers, and what it means for S.F.

|  **Roland Li**

November 9, 2022

Other than the size of the layoffs, there was a notable difference between how Zuckerberg handled the cuts and how Twitter's new owner, **Elon Musk**, informed employees of cuts to 50% of that company's ...



## Salesforce lays off hundreds of salespeople as downsizing hits big tech

November 8, 2022  |  **Roland Li**

This year has seen the biggest wave of layoffs hit the tech industry since the early part of the pandemic, with Twitter cutting around half its 7,500-person staff last week after **Elon Musk's** $44 billion takeover.



## California Election: Where results stand for state propositions and S.F. races

November 8, 2022  |  **Aidin Vaziri**

Aidin Vaziri, Jessica Flores, Chronicle Staff UPDATE: Follow our live coverage on S.F. and Oakland election results After a long night, some election results are clear, while others have yet to be called. We ...



## San Francisco is no longer a real place. It has descended into fan fiction

November 8, 2022  |  **Soleil Ho**

And it will surely only get worse on **Elon Musk's** Twitter, which the billionaire promises will be a mostly unmoderated "free speech" zone.



## Will **Elon Musk** paywall the entire Twitter site?

November 7, 2022  |  **Sabrina Pascua**

By Sabrina Pascua After a tumultuous week of mass firings at Twitter following **Elon Musk's** takeover of the social media company, **Musk** has been discussing using a paywall on the entire site as his signature ...



## Nancy Pelosi says attack on her husband may affect her decision to stay in leadership role

|  **Rachel Swan**

November 7, 2022

When asked about conspiracy theories about the attack spread by former President Donald Trump and **Elon Musk**, Pelosi said, "it's really sad for the country that people (who) have that high visibility would ...



## Remote work or not? How 4 Bay Area companies are tackling the post-pandemic workplace

November 7, 2022  |  **Carolyn Said**

At Twitter, new owner **Elon Musk** reportedly may require all remaining employees to return to the office, altering the company's remote work policy. When he enacted a similar mandate at Tesla, **Musk** told workers ...



## First Twitter, now Meta? More layoffs could be coming as slowdown roils tech sector

November 6, 2022  |  **Nora Mishanec**

News of the large-scale Meta layoffs came just days after Twitter shed half its staff in the wake of **Elon Musk's** $44 billion dollar takeover of the social media service and amid fears that a tech slowdown ...



## Here's how many Twitter employees were laid off in S.F., San Jose and Santa Monica

November 4, 2022  |  **Roland Li**

The company adopted a work-from-anywhere policy in the early part of the pandemic, though new owner **Elon Musk** is reportedly planning to end the policy and require workers to come back to the office.



## Twitter employees say goodbye after mass layoffs, as site's future comes into question

November 4, 2022  |  **Chase DiFeliciantonio**

Twitter, normally the web's window on the world, turned inward on Friday, as now former employees took to the site to announce they were among the thousands of employees reportedly laid off, one week after ...



## Twitter layoffs: Elon Musk addresses loss of ad revenue, claims that 'nothing has worked'

November 4, 2022 | **Danielle Echeverria**



Elon Musk has said on Twitter that employees were offered three months' severance pay as the company loses what he said was $4 million daily. ... Cost of blue check verification discounted to $7.99 Among the ...

## How a massive Twitter layoff — and mandatory return to office — would impact S.F.

November 4, 2022 | **Chase DiFeliciantonio**



As Elon Musk strode into Twitter's headquarters last week, cementing his $44 billion takeover of the company, there was one clear beneficiary amid the uncertainty. ... This video grab taken from a recent video ...

## Listen: What Elon Musk's Twitter takeover means for you

November 4, 2022 | **Fifth & Mission Podcast**



Live Updates: Elon Musk begins massive Twitter layoffs On this episode of the Fifth & Mission podcast, Emily Dreyfuss, the co-author of "Meme Wars: The Untold Story of the Online Battles Upending Democracy in ...

## On eve of mass layoffs, Twitter employees say goodbye after being abruptly cut off from work emails, Slack

November 3, 2022 | **Jordan Parker**



By Jordan Parker Twitter employees took to the social media site Thursday night to say they'd unexpectedly lost access to their work email and internal work communications accounts on the eve of massive ...

## Layoffs at Lyft, Stripe, Opendoor and Chime add to Bay Area tech woes

November 3, 2022 | **Roland Li**



Live Updates: Elon Musk begins massive Twitter layoffs Earlier this week, digital bank Chime said it was laying off 12% of workers, or around 160 people. ... One of the biggest rounds of job cuts in years could ...

## Twitter is a cesspool. The public doesn't get enough blame for it

November 3, 2022 | **Justin Ray**



Ever since America's least favorite billionaire, **Elon Musk**, finally acquired Twitter, the platform's users have been fearing changes to come. … For many Twitter users, the beginning of **Musk's** tenure is …

## **Elon Musk** plans to fire half of Twitter's workers Friday, report says

November 2, 2022 | **Jordan Parker**



By Jordan Parker Twitter CEO **Elon Musk** is expected to lay off half of the social media giant's staff, eliminating around 3,700 jobs, in an effort to reduce costs after acquiring the company last week for $44 …

## What the NBA should do about Kyrie Irving spreading hate

November 2, 2022 | **Scott Ostler**



When informed that **Elon Musk's** takeover of Twitter sparked a drastic spike in use of the N-word on social media, James tweeted Saturday, "I don't know **Elon Musk** … but I will say that if this is true, I …

## Listen: Taylor Swift and Rihanna make long-awaited returns

November 2, 2022 | **Adrian Spinelli**



Then on "**Elon**," the Cookies CEO suggests that **Elon Musk** should grow weed in space, when he spits, "I smoke weed in mushroom bars, I'm tryna send seeds up to Mars. Someone call **Elon**."

## Should Gavin Newsom run for president? New movie star Jerry Brown talks politics

November 2, 2022 | **G. Allen Johnson**



Now, of course, you have **Elon Musk** and Starlink over California, over Ukraine.

## Would you pay $8 a month to be a verified Twitter user? Here's what people

said

November 2, 2022 | Jordan Parker

Twitter users — verified and unverified — have a lot to say about Twitter CEO **Elon Musk's** idea to charge $8 a month for a coveted blue verification check next to their names. ... A Twitter user with the ...



## Not sticking to sports, Jemele Hill discusses race, Trump and America in 'Uphill'

November 1, 2022 | Ann Killion

Like many, she isn't sure what she will do now that **Elon Musk** has taken over Twitter.



## Paul Pelosi attack: Suspect David DePape pleads not guilty, says he was on a 'suicide mission'

November 1, 2022 | Megan Cassidy

Fueled in large part by the far-right fringes of social media, the case over the last few days took another dark turn as bizarre, largely anti-LGBTQ conspiracy theories about the attack were amplified by some of ...



## **Elon Musk** proposes subscription model for Twitter blue checks: Verification for $8

November 1, 2022 | Aidin Vaziri

The day after announcing he will serve as chief executive of Twitter, the social media company he bought last week for $44 billion, **Elon Musk** formally introduced the idea of charging verified Twitter users a ...



## Donald Trump shares unfounded conspiracy theory about Paul Pelosi attack

November 1, 2022 | Shira Stein

**Elon Musk** also shared a conspiracy theory about the attack on Twitter Sunday morning, which was later deleted.



## COVID in California: Orange County declares health emergency due to viruses

November 1, 2022  |  **Aidin Vaziri**

Bob Wachter are grappling with the question of whether to stay on Twitter after **Elon Musk's** takeover.



## Sunday wasn't the first time Elon Musk spread misinformation on Twitter.

October 31, 2022  |  **Roland Li**

**Musk** posts problematic tweet days after takeover By Roland Li **Elon Musk's** now deleted tweet on Sunday linking to a baseless news article on the attack on Paul Pelosi wasn't the first time the billionaire has …



## COVID in California: Another variant to watch? BA.5.2.6 arrives in the U.S.

October 31, 2022  |  **Aidin Vaziri**

Bob Wachter are grappling with the question of whether to stay on Twitter after **Elon Musk's** takeover. … Bob Wachter, a prominent voice on Twitter for his COVID expertise, tweeted on Saturday that he is …



## Will COVID experts stay on Twitter after Elon Musk takeover?

October 30, 2022  |  **Kellie Hwang**

Bob Wachter, a prominent voice on Twitter for his COVID expertise, tweeted on Saturday that he is "staying put for now" on the platform despite concerns in the wake of **Elon Musk's** $44 billion purchase. …



## Attack on Nancy Pelosi's husband shows violent escalation of rhetoric painting her as enemy No. 1

October 30, 2022  |  **Shira Stein**

In a brief news conference at Ocean Beach, Jenkins dismissed conspiracy theories that have circulated about the attack on Paul Pelosi, which include one promoted in a tweet Sunday by new Twitter owner **Elon Musk** …



## Suspect in Paul Pelosi attack was looking for wife Nancy in S.F. home, D.A.

## Jenkins confirms

October 30, 2022  |  **Nora Mishanec**

In a brief news conference at Ocean Beach, Jenkins dismissed conspiracy theories that have circulated in the days after Friday's violent attack on Paul Pelosi, which include one promoted in a tweet Sunday by ...



## **Elon Musk** tweet promotes baseless anti-LGBTQ conspiracy theory about Paul Pelosi attack

October 30, 2022  |  **Demian Bulwa**

**Musk** tweet promotes baseless theory about attack By Demian Bulwa UPDATE: Bay Area Tesla owners respond to **Elon Musk's** Twitter takeover. Three days after completing a $44 billion deal to buy Twitter, **Elon Musk** ...



## Chron Quiz: What is new British Prime Minister Rishi Sunak's tie to the Bay Area?

October 30, 2022  |  **Chronicle Opinion Staff**

A: **Elon Musk** B: Google C: Mark Cuban — Harry Mok; hmok@sfchronicle.com     APTOPIX Britain Politics Rishi Sunak leaves his campaign office in London last Sunday.



## What do job cuts at Twitter mean for the rest of the tech industry?

October 30, 2022  |  **Chase DiFeliciantonio**

By Chase DiFeliciantonio News of executive firings and emerging reports of plans for rank-and-file layoffs at Twitter in the wake of billionaire **Elon Musk's** takeover have splashed across headlines this past ...



## Wiener blames right wing for Pelosi attack, says Twitter may become 'cesspool of threats'

October 29, 2022  |  **Danielle Echeverria**

He added that while he sees Twitter now as one of the more proactive platforms in removing violent language and hate speech, he's worried that with **Elon Musk** in charge it will become an "absolute cesspool of threats and intimidation."



## Elon Musk just took over Twitter and fired top executives.

October 27, 2022  |  Roland Li



By Roland Li UPDATE: **Elon Musk** proposes subscription model for Twitter blue checks. **Elon Musk's** $44 billion purchase of Twitter reportedly closed in dramatic fashion late Thursday: In his first action after ...

## Report: Elon Musk might lay off 75% of Twitter staff after purchase.

October 20, 2022  |  Roland Li



By Roland Li **Elon Musk** reportedly plans to lay off nearly 75% of Twitter's 7,500 employees if he buys the company, the Washington Post reported, in what would be one of the biggest tech job cuts in years. The ...

## Mayor Breed slams Elon Musk and calls out Marc Benioff

October 18, 2022  |  Mallory Moench



Breed slams **Musk**, challenges Benioff By Mallory Moench Mayor London Breed slammed Tesla CEO **Elon Musk** for taking his Tesla headquarters to Texas in an interview published Monday as the billionaire is poised to ...

## Twitter seeks documents tied to federal investigation of Elon Musk's $44 billion takeover bid

October 13, 2022  |  Roland Li



By Roland Li UPDATE: **Elon Musk** might lay off 75% of Twitter staff after purchase. ... **Elon Musk** is under federal investigation related to his attempted purchase of Twitter, and the company wants documents tied ...

## COVID in California: More than 86% of U.S. children infected so far

October 5, 2022  |  Aidin Vaziri



**Elon Musk** canceled Twitter meeting over virus fears, report says **Elon Musk** canceled a Sept. 28 meeting to answer questions about his potential Twitter deal because of concerns one of the social media company's ...

# Sorry, Elon Musk.

October 5, 2022  |  Andy Kunz



Andy Kunz, Ezra Silk Last week at Tesla's AI Day 2022, CEO Elon Musk unveiled the company's new humanoid robot, dubbed Optimus with the goal of making "a useful humanoid robot as quickly as …

# Elon Musk revives $44 billion Twitter deal, sending stock soaring

October 4, 2022  |  Roland Li



Musk's Twitter deal on, stock soars By Roland Li UPDATE: Elon Musk might lay off 75% of Twitter staff after purchase. … Elon Musk has offered to buy Twitter again at $54.20 per share, a deal originally …

# Why these 7 Bay Area cities saw the most dramatic shift to remote work in California

October 3, 2022  |  Leila Darwiche



Tesla CEO Elon Musk demanded 40 hours of in-person work in June.

# Newsom says 'there is no Tesla without' California. Here's how much money it has received from the state

September 28, 2022  |  Dustin Gardiner



Newsom took his claim a step further last week at the Climate Week summit in New York City, when he said Tesla CEO Elon Musk was "inspired by the regulatory framework in California that created that …

# Tech workers flooded Hawaii in the pandemic. With remote work on the decline, what now?

September 22, 2022  |  Chase DiFeliciantonio



Earlier this year, Tesla CEO Elon Musk told workers to return to in-person work 40 hours a week or risk being fired.

## Lawsuit alleges Tesla misled customers about the quality of its driver-assist technology

September 14, 2022  |  **Chase DiFeliciantonio**

The suit claims that instead of producing an actual self-driving car, Tesla has sent out updates for its full self-driving mode to select customers, which CEO **Elon Musk** has touted on Twitter.



## Tesla says it doesn't have a race problem. Hundreds of complaints from workers say otherwise

August 28, 2022  |  **Ankita Mukhopadhyay**

The company's co-founder and CEO, **Elon Musk**, was no longer under fire for trying to restart plant operations during a countrywide shutdown, the government was a little more relaxed about letting workers return …



## 'A child-size Wild West': Remembering Frontier Village, San Jose's cowboy-themed amusement park

August 25, 2022  |  **Peter Hartlaub**

Years before **Elon Musk**, Marc Benioff or the Google founders were born, when we thought about San Jose, we thought about shootouts in front of an Old West general store.



## Letters: People's Park protests are a Jan. 6-like insurrection against UC Berkeley

August 10, 2022  |  **San Francisco Chronicle Readers**

My truth is, if Draymond Green, Bill Gates or **Elon Musk** provide a service to humanity that millions of us cannot, they should be compensated for it.



## Twitter cancels Oakland office and downsizes in S.F. as tech cutbacks continue

July 27, 2022  |  **Roland Li**

Twitter faces additional challenges, including an acquisition deal with Tesla and SpaceX CEO **Elon Musk** that imploded. Twitter and **Musk** are likely headed to



court in Delaware in October as the company seeks to force
him to complete it.

## COVID in California: Fauci says he plans to retire

July 18, 2022  |  **Aidin Vaziri**



Judge in **Musk** v. Twitter trial tests positive for COVID-19 The judge overseeing Twitter's trial against **Elon Musk** on Monday announced that she has tested positive for COVID-19.

## Chron Quiz: Is Baby Yoda a ripoff?

July 17, 2022  |  **Chronicle Opinion Staff**



Kennedy Drive car-free C: Recalling District Attorney Brooke Jenkins 5 Fans of this Netflix series can experience an immersive "Queen's Ball": A: "Bridgerton" B: "Downton Abbey" C: "Queen's …

## COVID in California: Invented 'Centaurus' nickname for new BA.2.75 subvariant catches on

July 13, 2022  |  **Aidin Vaziri**



By Aidin Vaziri and Anna Buchmann, Erin Allday UPDATE: Here are the latest updates on COVID in the Bay Area and California. Coronavirus hospitalizations in California and the Bay Area have reached their highest …

## The BA.5 variant doesn't care about your big back-to-office plan

July 12, 2022  |  **Gleb Tsipursky**



**Elon Musk** demanded that all Tesla staff come to the office full-time, resulting in Tesla workers getting recruited by other companies.

## COVID in California: White House urges renewed caution amid BA.5 surge

July 12, 2022  |  **Aidin Vaziri**



But while leaders from **Elon Musk** to London Breed are urging staff to return in person, they are failing to appreciate the threat posed by the new BA.5 subvariant of omicron, which the Biden administration …

## Twitter is in turmoil. Uber and Block are leaving. Here's how S.F.'s Mid-Market could bounce back

July 12, 2022  |  **Roland Li**



**Elon Musk's** termination last week of a $44 billion offer to buy Twitter is another dose of uncertainty with Mid-Market at another crossroads — the pandemic and a tech worker exodus created an economic crisis …

## Elon Musk backing out of Twitter deal could be 'disaster scenario' for the S.F. company

July 8, 2022  |  **Roland Li**



**Elon Musk** is seeking to terminate his $44 billion deal to buy Twitter, blaming the company for withholding information on its number of spam and fake accounts, according to a letter sent to Twitter on Friday …

## Bay Briefing: What to know about S.F.'s new D.A. Brooke Jenkins

July 8, 2022  |  **Gwendolyn Wu**



. • Tech talk: Twitter laid off employees Thursday, months into an ongoing hiring freeze and ongoing criticism from potential future owner **Elon Musk** about how the company handles and combats spam on the site. …

## Twitter lays off part of its talent acquisition team as Musk purchase looms

July 7, 2022  |  **Chase DiFeliciantonio**



Amid hiring freeze, Twitter lays off part of recruiting team By Chase DiFeliciantonio Twitter laid off a chunk of its talent acquisition team on Thursday, amid ongoing criticism from potential future owner **Elon** …

## Tesla hit with another lawsuit alleging racism and harassment at its Fremont plant

June 30, 2022  |  **Chase DiFeliciantonio**



Tesla, which is owned by **Elon Musk**, did not immediately respond to an emailed request for comment and has not for more than a year, amid reports

its public relations and press department was dismantled last year.

## Bay Area workers seek good pay and strong company culture

June 23, 2022  |  **Marcus Crowder**



Of course, there is resistance to some of these ideas (**Elon Musk** believes he knows better), but telling employees, "The beatings will continue until morale improves," as the saying goes, does not work the way it once might have.

## Jack Dorsey's Block, formerly Square, to leave former S.F. HQ in another blow to Mid-Market

June 15, 2022  |  **Roland Li**



After allowing all employees to stay remote forever, Twitter faces an uncertain future with **Elon Musk's** pending purchase.

## Bay Briefing: Why some people never test positive for COVID

June 13, 2022  |  **Gwendolyn Wu**



. • From Justin Phillips: **Elon Musk's** deal to buy Twitter might fall apart.

## Elon Musk's deal to buy Twitter might fall apart.

June 12, 2022  |  **Justin Phillips**



Here's hoping **Musk's** Twitter deal falls apart By Justin Phillips Update: **Elon Musk** seeks to terminate deal to buy Twitter Self-described "free speech absolutist" **Elon Musk** is waffling on his $44 billion ...

## Elon Musk's authoritarian delusions about office work are only going to hurt Tesla

|  **Gleb Tsipursky**

June 2, 2022

By Gleb Tsipursky **Elon Musk** recently demanded that all Tesla staff return to the office full-time or "pretend to work somewhere else." ... One of **Musk's** false assumptions is that employees "pretend" to ...



## Bay Briefing: Everything to know about the Warriors in the NBA Finals

June 2, 2022  |  **Gwendolyn Wu**

. • In-person work: Tesla and SpaceX employees are being told to work from the office full time or find a new job, according to two company memos sent this week by founder **Elon Musk**. • Listen: We asked you ...



## **Elon Musk** to Tesla, SpaceX employees: 40 hours in the office or find another job

June 1, 2022  |  **Ryan Kost**

**Musk** says Tesla workers must be in office full time By Ryan Kost **Elon Musk** expects Tesla employees to work from the office full time or find a new job, according to two company memos sent this week. ... **Musk** ...



## COVID in California: Pfizer submits vaccine application for children under 5 to FDA

June 1, 2022  |  **Rita Beamish**

**Elon Musk** tells Tesla employees remote work is no longer an option **Elon Musk** sent a memo to Tesla employees on Wednesday demanding that they return to the office or resign despite the current COVID-19 surge in ...



## Chron Quiz: How many times have the Warriors made the NBA Finals in the past eight years?

May 29, 2022  |  **Chronicle Opinion Staff**

A: Four B: Six C: Eight 2 Who filed a lawsuit this week against Tesla Motors CEO **Elon Musk**?



## Bay Briefing: An 'unprecedented' effort to court Asian voters

|  **Gwendolyn Wu**

Search Sn. Francisco Chronicle

May 27, 2022

. • 'Chaos tax': A Twitter shareholder is accusing **Elon Musk** of making false statements about the company to lower its stock price and the cost to acquire it.



## Twitter shareholder sues Elon Musk, says company is paying a 'chaos tax' since purchase announcement

May 26, 2022  |  **Bob Egelko**

**Musk** is sued for allegedly manipulating Twitter's stock By Bob Egelko As **Elon Musk** maneuvers back and forth on his proposed purchase of Twitter, a Twitter shareholder sued **Musk** on Thursday, accusing the ...



## Review: New Elon Musk documentary claims his self-driving Teslas just aren't safe

May 17, 2022  |  **Mick LaSalle**

Datebook | San Francisco Arts & Entertainment Guide Mick LaSalle **Elon Musk** in "The New York Times Presents: **Elon Musk's** Crash Course." ... Kim Paquette test-drives a self-driving Tesla in "**Elon Musk's** ...



## Which kind of 'agent of chaos' is Elon Musk?

May 17, 2022  |  **Jackie Mansky**

Is **Musk** a good 'agent of chaos'? ... In this chaotic period, figures like **Elon Musk**, who seemingly wield chaos like a lightning rod, have become lauded for their disruptive acts among a certain set. ... **Musk** ...



## Twitter, Meta and Uber slow hiring as tech stocks get pummeled

May 12, 2022  |  **Roland Li**

Agarwal's own future at the company is reportedly in doubt, with **Elon Musk** planning to serve as temporary CEO after his $44 billion deal for the company closes, according to Reuters. But **Musk** has his own ...



## If Dorsey wants to believe in Musk as the protector of free speech, he can.

 |  **Jason S. Sexton**

May 1, 2022

At least it is for Jack Dorsey, the billionaire co-founder and former CEO of the social media outlet Twitter, who last week extolled the virtues of the company's newest owner: **Elon Musk**. Dorsey believes that ...



## How **Elon Musk's** perverse sense of philanthropy explains his Twitter takeover

April 26, 2022  |  **Howard V. Hendrix**

**Musk** is always working to ensure that the future will be an age of abundance — for **Elon Musk**. ... Selfishness is still not a virtue, Ayn Rand and **Elon Musk** notwithstanding. ... **Elon Musk** has presented his ...



## Bay Briefing: The disastrous results of S.F.'s program to house homeless in hotels

April 26, 2022  |  **Gwendolyn Wu**

Around the Bay • $44 billion: That's what Tesla CEO **Elon Musk** spent to purchase Twitter, and it may have major ramifications for the firm's San Francisco headquarters. • Climate change: Remember the ...



---

**San Francisco Chronicle**  Sign In

Francisco

April 25, 2022  |  **Roland Li**

Twitter's fate in S.F. unclear under **Musk** By Roland Li **Elon Musk's** swift $44 billion deal to purchase Twitter could have major ramifications at its San Francisco headquarters, with the tech mogul previously ...



## Bay Briefing: California road trips you should take this year

April 22, 2022  |  **Gwendolyn Wu**

. • Payment plan: Here's who would fund **Elon Musk's** Twitter takeover bid. • Stolen laptops: A former Stanford employee has been sentenced to nearly three years in prison in connection with a MacBook ...



## Here's who would fund **Elon Musk's** Twitter takeover bid

April 21, 2022 | **Roland Li**

**Musk** gives details on Twitter takeover bid By Roland Li **Elon Musk** has detailed the consortium of banks that would contribute part of $46.5 billion in financing for his bid for Twitter. ... Daniel Ives, an ...



## What does Substack's meteoric rise mean for the future of free speech?

April 21, 2022 | **Ryan Kost**

This month, when **Elon Musk** announced he was Twitter's largest shareholder, Lulu Cheng Meservey, Substack's vice president of communication, tweeted the following: "Substack is hiring! If you're a Twitter ...



## Bay Briefing: She was 14 — and San Francisco's youngest overdose victim last year

April 11, 2022 | **Gwendolyn Wu**

. • Reversing course: **Elon Musk**, head of Tesla and SpaceX, will not join the Twitter board after all, Twitter's CEO announced. • Pandemic casualty: Alioto's Restaurant, a staple of San Francisco's ...



## **Musk** isn't joining Twitter board after all

April 10, 2022 | **Rita Beamish**

By Rita Beamish **Elon Musk**, who bought a 9.2% stake in Twitter last month, will not be joining the company's board after all, Twitter CEO and board member Parag Agrawal announced Sunday evening. "**Elon Musk** ...



## Chron quiz: What income do you need to buy a home in the Bay Area?

April 10, 2022 | **Chronicle Opinion Staff**

A: Ban on Donald Trump's account repealed B: **Elon Musk** buys 9.2% stake in company C: TikTok makes offer to buy company 6 How many women accuse former Windsor Mayor Dominic Foppoli of sexual assault or misconduct?



## Twitter says it's testing edit button, as **Elon Musk** joins board

| **Aidin Vaziri**

April 5, 2022

**Elon Musk** is taking a 9.2% stake in Twitter. ... (AP Photo/Richard Drew, File) US **Elon Musk** Twitter FILE - Tesla CEO **Elon Musk** attends the opening of the Tesla factory Berlin Brandenburg in Gruenheide, Germany, ...



## Bay Briefing: Victims' families mourn after 'senseless' Sacramento mass shooting

April 5, 2022  |  **Gwendolyn Wu**

. • Big purchase: Tesla and SpaceX CEO **Elon Musk** has bought a 9.2% stake in Twitter, making him the largest shareholder in the San Francisco tech company. • Tip of the hat: A Mission Bay affordable housing ...



## Review: Netflix documentary 'Return to Space' invites us into **Elon Musk's** orbit

April 4, 2022  |  **Bob Strauss**

Datebook | San Francisco Arts & Entertainment Guide Bob Strauss Jim Bridenstine (left), **Elon Musk** and Michael S. ... "I, too, am bummed," **Elon Musk** said when bad weather forced the postponement of Cape ...



## **Elon Musk** purchases 9.2% stake in S.F.'s Twitter, a holding worth about $3 billion

April 4, 2022  |  **Chase DiFeliciantonio**

Twitter value spikes after **Musk** buys 9.2% stake By Chase DiFeliciantonio Twitter's stock value jumped Monday on the news that entrepreneur and sometimes world's wealthiest man **Elon Musk** had purchased a ...



## Apple pauses Russian product sales as tech industry responds to Ukraine invasion

March 1, 2022  |  **Roland Li**

Fedorov, an active Twitter user, has also tweeted requests to the CEOs of Google and its YouTube division to block Russia state media, while hailing bitcoin donations and thanking Tesla and SpaceX CEO **Elon Musk**...



## Fighting crime with social welfare hasn't failed in California. It's barely been tried

|  **Adam Johnson**

March 1, 2022

And the world's richest person, the ever-petulant Tesla CEO **Elon Musk**, famously moved the company's headquarters to Texas over complaints about California's burdensome tax and regulatory regime.



## Three new shows chart the spectacular rises, falls of tech startup 'kings and gods'

February 25, 2022  |  **Carla Meyer**

This issue is brought into sharper relief by Bezos and **Elon Musk** building rockets.



## Another lawsuit accuses Tesla of racial harassment and retaliation

February 22, 2022  |  **Bob Egelko**

He said the company, whose revenue reached $53.8 billion last year, clearly valued profits over safety: When he saw a welder at the Nevada plant fail to take routine precautions against a potential explosion and …



## Salesforce's Super Bowl ad making fun of Jeff Bezos, **Elon Musk** and other tech moguls is a bad look

February 11, 2022  |  **Lily Janiak**

It's way better to travel in a hot-air balloon — which McConaughey rides for much of the rest of the ad — than a rocket ship, unlike Benioff's space-obsessed peers, **Elon Musk** and Jeff Bezos.



## East Bay Assembly candidates' big statement: No corporate contributions accepted

January 23, 2022  |  **Joe Garofoli**

I do not see **Elon Musk** writing me a check."



## The face of organized labor in California just got a lot bolder (and more Twitter-savvy)

January 9, 2022  |  Joe Garofoli

What else would you expect from someone who dropped a Twitter f-bomb on billionaire Tesla founder **Elon Musk** when he threatened to move the company out of California? ... Gonzalez's response: "I am officially ...



## 'Y'all thirsty for riders': How Bay Area transit agencies are using viral tweets and memes in their fight for survival

December 22, 2021  |  **Ricardo Cano**

Caltrain involved itself in a back-and-forth between **Elon Musk** and Massachusetts Democratic Sen.



## Review: Leonardo DiCaprio and Jennifer Lawrence star in very funny, very depressing 'Don't Look Up'

December 7, 2021  |  **Mick LaSalle**

But McKay devises lots of turns and surprises and introduces various characters, such as an eccentric **Elon Musk**-like billionaire (Mark Rylance) with his own private-sector solution to the crisis.



## Why the rest of the U.S. is jealous of California

November 28, 2021  |  **Joe Mathews**

Texas is now home to 40 different In-N-Out Burger locations, **Elon Musk** and an electric grid even more decrepit than ours.



## Netflix's 'You' hits too close to home for Silicon Valley in latest season

November 5, 2021  |  **Carla Meyer**

Fleenor / Netflix Real-life Silicon Valley provides plenty of fodder for fun-making, like **Elon Musk's** dreams of space and Texas, or last year's ridiculously specific and comprehensive ad seeking a Menlo Park nanny.



## As S.F. lags, Las Vegas tourism roars back, with help from weed and the Raiders

|  **Roland Li**

November 1, 2021

There's another California import: **Elon Musk's** Boring Co. has drilled underground tunnels across 1.7 miles under the Convention Center with three stops, with transportation provided by **Musk's** other …



## Letters: Good riddance, Elon Musk, you won't be missed

October 11, 2021  |  **San Francisco Chronicle Readers**

Goodbye, **Elon Musk**, you won't be missed San Francisco Chronicle readers Regarding "**Musk** moving Tesla to Texas" (Front Page Oct. 8): I don't believe for a second that **Elon Musk** is moving Tesla's …



## Kim Kardashian West hosts 'Saturday Night Live' and is worshiped in return

October 10, 2021  |  **Mick LaSalle**

They could have written skits about something other than the host, just like they did when **Elon Musk** hosted in May.



## Bay Briefing: What to know about S.F.'s new indoor mask rules

October 8, 2021  |  **Gwendolyn Wu**

In a Thursday meeting, CEO **Elon Musk** told shareholders that while its major factory in Fremont will continue to expand, its Palo Alto headquarters will be headed south. **Musk** made a point to say, "This is not a …



## Elon Musk says Tesla will move headquarters from Palo Alto to Austin, Texas

October 7, 2021  |  **Roland Li**

MuskmovingTesla toTexas By Roland Li Tesla will move its headquarters from Palo Alto to Austin, Texas, CEO **Elon Musk** said at the company's annual shareholder meeting Thursday. … **Elon Musk** has said that …



## Jury awards $137 million to former Tesla employee who was racially harassed in Fremont by co-workers

 |  **Bob Egelko**

October 4, 2021

"They're putting **Elon Musk** on notice to clean up his factory," he said, referring to Tesla's billionaire CEO.



# **Elon Musk** and Grimes break up after three years together

September 24, 2021   |   **Aidin Vaziri**

Datebook | San Francisco Arts & Entertainment Guide Aidin Vaziri Grimes and **Elon Musk** attend "Heavenly Bodies: Fashion & the Catholic Imagination," the 2018 Costume Institute Benefit at Metropolitan Museum ...



# **Caldor Fire slows amid improving conditions, but risk remains**

September 2, 2021   |   **Sarah Ravani**

Bryan Brandenburg, 62, had been camping and staying in lodges in South Lake Tahoe, part of a wandering journey after selling his biomedical simulation company to **Elon Musk**.



# **Tim Tebow's next sports chapter sure to be a thrill**

August 17, 2021   |   **Scott Ostler**

Contact **Elon Musk** and Jeff Bezos, get a bidding war going.



# **Californians are fueling Austin's housing frenzy: 'We've never seen migration like this'**

June 28, 2021   |   **Roland Li**

Palantir co-founder Joe Lonsdale, podcast host Joe Rogan and Tesla CEO **Elon Musk** all made the California-to-Texas move during the pandemic.



# **Coronavirus: Timeline of the COVID-19 outbreak across the Bay Area, California, U.S.**

  |   **Chronicle Staff**

June 27, 2021

Newsom allows California churches to reopen at 25% capacity May 23-24: Republican groups sue California over mail-in ballots sent to registered voters May 21-22: Number of Bay Area ICU patients drops to early ...



## Bay Area investor bought a dog with his Dogecoin returns. He's a reminder that meme stocks aren't going away

June 24, 2021 | **Ryan Kost**

There was also lots of pop culture chatter about the coin, in particular from billionaire **Elon Musk**. ... Some had bet big on Dogecoin in the days leading up to **Musk's** appearance on "Saturday Night Live," ...



## No, they weren't flying saucers: Here's what caused 'lenticular clouds' in the Bay Area

May 25, 2021 | **Jessica Flores**

On Sunday, some Bay Area residents reported a mysterious row of bright lights gliding across the sky that turned out to be Starlink satellites from **Elon Musk's** SpaceX company.



## Review: Bay Area writers celebrate, and ponder, life in ever-changing San Francisco

May 24, 2021 | **Zack Ruskin**

Writing about San Francisco as a city built on impossible promises, he stresses that this sentiment has continued to serve as a lifeblood, time and time again, which in turn attracted the Beats, populated the ...



## No, those strange lights seen over Bay Area aren't UFOs. Here's what experts say is going on

May 23, 2021 | **Kellie Hwang**

Rather, it seems most likely they were a chain of Starlink satellites, part of a program being developed by **Elon Musk's** SpaceX company to provide high-speed internet access to people living in remote areas.



## Elon Musk isn't exactly terrible in his debut as a 'Saturday Night Live' host

May 9, 2021  |  **Mick LaSalle**



Datebook | San Francisco Arts & Entertainment Guide Mick LaSalle **Elon Musk** gives his monologue as "Saturday Night Live" host. ... Maye **Musk** joins son **Elon Musk** during his "Saturday Night Live" monologue. ...

## Texas' population grew more than twice as fast as California's. Experts still say there's no Golden State exodus

April 27, 2021  |  **Roland Li**



Apple and Tesla are each building $1 billion projects in Austin, and Tesla CEO **Elon Musk**, the world's richest man, is a new Texan.

## Chron quiz

April 11, 2021  |  **Spencer Whitney**



A: Cynthia Nagendra B: **Elon Musk** C: Shireen McSpadden — Spencer Whitney; swhitney@sfchronicle.com Golden State Warrior Stephen Curry scores past Cleveland Cavalier Jarrett Allen during a game at Chase Center in February.

## Half of Forbes' Top 10 billionaires have Bay Area ties — but two have left California

April 7, 2021  |  **Jessica Flores**



Jeff Bezos ($177 billion), founder of e-commerce giant Amazon, came in as No. 1, followed by **Elon Musk** ($151 billion), CEO of Tesla Motors in Palo Alto. ... Email: jessica.flores@sfchronicle.com Twitter: ...

## Bay Briefing: California downward case trend continues — will it last?

March 25, 2021  |  **Taylor Kate Brown**



. • **Elon Musk**, six California billionaires on list of top "Pandemic Profiteers." • FEMA will help pay for some COVID-19 funeral costs. • San Francisco opera singers needed to rehearse together safely ...

## Elon Musk, six California billionaires on list of top 'Pandemic Profiteers'

March 24, 2021  |  Ryan Kost



Bom Kim, the founder of Coupang, which the report
describes as the "Amazon of South Korea" saw the
largest percentage increase in his wealth (670%), while
**Elon Musk** saw the greatest growth in "absolute …

## These ZIP codes saw a spike in residents from San Francisco during the pandemic

March 22, 2021  |  Susie Neilson



The findings add to a growing body of evidence
suggesting that the "CalExodus" — the narrative, driven
by wealthy tech executives like **Elon Musk**, that
Californians are fleeing the state during the pandemic …

## Tesla's Fremont factory reported hundreds of coronavirus cases after reopening in May, records show

March 14, 2021  |  Lauren Hernández



Hundreds of virus casesafter Tesla plant reopened By
Lauren Hernández Hundreds of coronavirus cases were
reported at Tesla's Fremont factory after CEO **Elon Musk**
reopened the plant in May, according to news …

## California wastes its extra solar, wind energy. Could hydrogen be the storage key?

February 19, 2021  |  Dustin Gardiner



Tesla CEO **Elon Musk** has called hydrogen fuel-cell cars
"staggeringly dumb" because they are less efficient than
battery cars.

## San Francisco's dream of the future is eternal — but it's time to move on

February 17, 2021  |  Owen Thomas



**Elon Musk** has always fascinated me.

## Invitation only app Clubhouse has tech titans talking

|  Barbara Ortutay And Michael Liedtke

February 15, 2021

Invitation-only app creates buzz By Barbara Ortutay and Michael Liedtke Clubhouse, an invitation-only audio chat app launched less than a year ago, has caught the attention of tech industry bigshots like Tesla …



# Coronavirus news from the Bay Area: Jan. 21-27, 2021

February 6, 2021  |  **Chronicle Staff**

Chronicle Staff The Chronicle began covering the coronavirus crisis before the first cases were reported in the Bay Area and a pandemic was declared in 2020. We reorganized the newsroom to dedicate nearly every …

# Silicon Valley's exodus: Stop blaming tech

February 6, 2021  |  **Sam Liccardo**

The response of one legislator to Tesla's objections over public health rules: "F— **Elon Musk**." **Musk's** reply: "Message received." … (FILES) In this file photo Tesla CEO **Elon Musk** gestures as he …



# Will new CEO Andy Jassy herald real change at Amazon?

February 3, 2021  |  **Owen Thomas**

— Tesla CEO **Elon Musk** grilling Robinhood CEO Vlad Tenev on Clubhouse about the online brokerage's trading halt in newly popular stocks Coming up My favorite earnings match-up, or mis-match-up: On Wednesday …



# Jeff Bezos to step down as CEO of Amazon, the company he founded nearly 30 years ago

February 2, 2021  |  **Roland Li**

Bezos' fortune is around $184 billion, making him the world's second-richest person behind **Elon Musk**, CEO of Tesla.



# Review: Are we living in a simulation? 'A Glitch in the Matrix' attempts to answer that question

|  **G. Allen Johnson**

February 2, 2021

Dick and entrepreneur **Elon Musk** have said yes, and many others say they believe this could be the case (the concept is called simulation theory), and it's worth diving into a mind-set that is becoming more and more prevalent.



## Robinhood's role in the GameStop saga is causing an uproar among its Silicon Valley peers

February 1, 2021  |  **Chase DiFeliciantonio**

Over the weekend, Tesla CEO **Elon Musk** questioned Tenev on the audio-chat app Clubhouse over the decision to block GameStop buys, according to a recording of the conversation posted online. ... **Musk** asked Tenev, ...



## Robinhood under fire after flip-flopping on GameStop shares: What role did tech play?

January 28, 2021  |  **Chase DiFeliciantonio**

A tweet from Tesla CEO **Elon Musk** helped the price surge more than $200 earlier this week.



## Here's a history lesson for all the people saying San Francisco is 'over'

January 27, 2021  |  **Peter Hartlaub**

Some high-profile **Elon Musk** types have taken to loudly announcing their leave, in some cases ignoring any role the Bay Area played in their success, while turning anti-San Francisco tantrums into a form of identity on the way out.



## Who will run Apple next?

January 27, 2021  |  **Owen Thomas**

In 2014, The Chronicle broke the news that Perica had met with Tesla's **Elon Musk**, at a time when rumors were swirling that Apple might buy the electric-car startup, which was considerably less expensive then.



## MicroClimates: Doing big business in California? Let's see those carbon emissions

January 27, 2021  |  **Taylor Kate Brown**

But **Elon Musk's** companies are trying to drill for natural gas… but also offer a prize for carbon capture technology.



## SFFilm Festival hires new program director and announces its return in April

January 19, 2021  |  **Sam Whiting**

Fairbanks does not yet have a place to live in the Bay Area with her husband and their two rescue dogs, Winona Ryder — named in honor of the 100 viewings— and Talulah Riley, named for the English actress who …



## Tech titans give S.F. the finger as they flee. But this billionaire is staying and working to make it better

January 16, 2021  |  **Heather Knight**

So you kind of want to hate him, but he seems far more aligned with the Marc Benioff-style thoughtful, generous billionaire than the off-putting **Elon Musk** type. **Musk** has said he has moved to Texas, likening …



## 5 more things you should know about Bret Taylor

December 23, 2020  |  **Owen Thomas**

.” — Tesla CEO **Elon Musk**, responding on Twitter to reports that Apple might develop an electric car Coming up The nerdy way to count down to Christmas is the NORAD Santa Tracker, which in recent years has been done with Google.



## Editorial: California's flatlining population totals show the state's ailing condition

December 21, 2020  |  **Chronicle Editorial Board**

Third on the list is **Elon Musk**, who is also taking off for Texas, though his Tesla assembly line remains in Fremont for now.



## Thank you, Texas, for taking Elon Musk

|  **Joe Mathews**

# EXHIBIT E



☰ NBC ⚫BAY AREA ☁ 58°

**TRENDING** | Break Between Storms ⛅ | Capitola Storm Damage 🌊 | Damar Hamlin 3 | Dr...

🔍 "elon musk"

Your search for ""elon musk"" returned 1,000 results.



**NEWS**

**Who Is Bernard Arnault? The New World's Richest Person Admires Buffett and Jobs While Running Louis Vuitton and Dior**

LVMH CEO Bernard Arnault passed Elon Musk to become the world's wealthiest person at the end of 2022. He used lessons from Warren Buffett and Steve Jobs to do it.



**NEWS**

**Elon Musk's Twitter Sued by Landlord Over Unpaid Rent at San Francisco Office**

Twitter owes $136,260 in overdue rent on its offices on the 30th floor of a building in downtown in San Francisco, according to a lawsuit filed by the building's landlord last week.

**NEWS**

**Elon Musk Tells Tesla Employees Don't Be 'Bothered by Stock Market Craziness'**

Tesla CEO Elon Musk sent a companywide email on Wednesday urging employees to stay focused and not to pay attention to the slumping stock price.



NEWS

**Tesla Made Headlines in 2022, But the Top-Performing Auto Stock Had Nothing to Do With EVs**

The year in automotive stocks wasn't just about Elon Musk and Tesla. There were losses across the board, but some didn't lose so much.



MONEY

**America's Richest Lost $660 Billion Collectively in 2022 — Elon Musk Lost the Most**

U.S. billionaires' net worth shrank the most compared to those in other countries, reports Forbes. Here's how much money the country's richest lost in 2022.



NEWS

**Tesla's Stock Is Headed for Its Worst Month, Quarter and Year on Record**

Tesla shares slid 11% on Tuesday with investors continuing to flee the electric vehicle maker and CEO Elon Musk.



NEWS

**Tesla Shares Slid Nearly 9% on Demand Concerns, Elon Musk's Twitter Distraction**

Tesla shares slid over 9.5% at session lows as investors digested expanded discount offerings and further distractions from CEO Elon Musk's Twitter acquisition.



**TWITTER**

### Journalists Say FBI Paid Twitter for Company's Cooperation

In what CEO Elon Musk calls "the Twitter files," journalists are citing internal emails indicating the social media company billed the FBI for cooperating with numerous inquiries. Scott McGrew reports.



**TWITTER**

### Elon Musk Announced Plan to Step Down as Twitter CEO

Elon Musk is setting social media on fire again by announcing he plans to step down as CEO of Twitter. As usual, this latest bombshell comes with caveats, interpretations and speculation. Terry McSweeney reports.



**TWITTER**

### Elon Musk Plans to Resign as CEO of Twitter

Elon Musk will step down as Twitter's chief executive after he finds someone "foolish" enough to replace him, he tweeted Tuesday following a poll that showed the majority of users want him out.

**SHOW MORE** ⌄



**NBC BAY AREA**

  

**SUBMIT TIPS FOR**

**INVESTIGATIONS**

KNTV Public Inspection File
KNTV Accessibility
KNTV Employment Information
Send Feedback
FCC Applications

**NEWSLETTERS**

**CONNECT WITH US**

Terms of Service

Privacy Policy

Do Not Sell My Personal Information

Advertise with us

CA Notice

Ad Choices

Copyright © 2023 NBCUniversal Media, LLC. All rights reserved

# EXHIBIT F



We'd like to send you notifications for the latest news and updates.

No Thanks      Allow

56°

**WEATHER ALE...** LIVE

Flood Watch: ...
East Bay Interi...

MORE ALERTS ˅
Seashore,

Flat Track Sliding Barn Door Hardware - Classic Face Mount 5'...

$562.40

Includes Hangers with Wheels Attached, Stops, Hanger Fasteners, Anti-Jump Mechanism, and Floor Guide Single Door System Track Mounting Hardware Kit: Track Screws,...

Shop now

Largest Se
Emtek
MyKnobs.com

## SEARCH KRON4

> "elon musk"     🔍

Showing 10 of 839 results for **""elon musk""**

Sorted by:   ◉ Most Recent    ○ Most Relevant



### Twitter leak exposes 235 million email addresses ...

Personal emails linked to 235 million Twitter accounts hacked some time ago have been exposed according to Israeli security researcher Alon Gal — making millions vulnerable to having their accounts compromised or identities exposed if they have used the site anonymously to criticize oppressive governments, for instance. Gal, who is the co-founder and chief technology [...]

AP Technology    34 mins ago



### Amazon, Salesforce jettison jobs in latest tech worker ...





We'd like to send you notifications for the latest news and updates.



# ...ric

...dwide electric
...ompete with
EV sales leader Tesla. The German luxury automaker said at the CES gadget
show in Las Vegas Thursday that it will start building the North American
network this year [...]

**AP Business**    23 hours ago



# SpaceX rocket launch kicks off ambitious 2023 in ...

On the heels of a record-breaking year, SpaceX kicked off the new year with its first rocket launch and landing of 2023. If Elon Musk has his way, this would be the first of nearly 100 launches for the rocket company this year, setting the pace for an ambitious year for private space companies.  A [...]

**Politics from The Hill**    2 days ago



# Twitter says it will relax ban on political advertising

Twitter says it will ease up on its 3-year-old ban on political advertising, the latest change by Elon Musk as he tries to pump up revenue after purchasing the social media platform last year. The company tweeted late Tuesday that "we're relaxing our ads policy for cause-based ads in the US." "We also plan to [...]

**AP Politics**    2 days ago



# Elon Musk cuts Twitter expenses by falling behind ...

SAN FRANCISCO (AP) — Elon Musk is trying to slash expenses at Twitter as close to zero as possible while his personal wealth shrinks — and this apparently has included falling behind on rent payments at the company's offices. Twitter owes $136,260 in overdue rent on its offices on the 30th floor of a building [...]

**AP Business**    3 days ago

# EXHIBIT G



**MOST POPULAR** —————————————————————————————

**1.** Stunning damage in Capitola as flooding sweeps tourist town

**2.** Please, God, let this be the end of Aaron Rodgers

**3.** Salesforce layoffs allegedly ravage another SF tech firm

**4.** Storm updates: Massive waves batter Santa Cruz's West Cliff Dr.

**5.** Dock to iconic NorCal 'cement ship' disappears amid massive storm

News

# Elon Musk posts ridiculous tweet about his calves amid Twitter court hearing

 **Joshua Bote, SFGATE**
July 19, 2022





CEO of Tesla Motors Elon Musk speaks at the Tesla Giga Texas manufacturing "Cyber Rodeo" grand opening party on April 7, 2022, in Austin, Texas.
SUZANNE CORDEIRO/AFP via Getty Images

Tesla CEO Elon Musk may have lost his bid to delay the court hearings scheduled against h
But you probably couldn't tell that Musk was keeping tabs on the most significant tech dra
tweets during the court hearing held in Delaware.

WI-FI GUARANTEED IN EVERY ROOM OF YOUR HOUSE?

1/6/23, 1:21 PM
Elon Musk tweets about calves during Twitter trial hearing
Case 3:18-cv-04865-EMC   Document 537-1   Filed 01/06/23   Page 71 of 84



Among his strange tweets Tuesday were a commemorative tweet about Tesla's Bay Area factory, stock market "greenwashing" and, perhaps, the weirdest of all: a tweet about the size of his calves.

It was in a response to a meme about him, in which a shirtless photo of Musk on vacation in Mykonos is put side-by-side with a dog standing on its hind legs.

"My calves are bigger tho," Musk gamely responded to the meme's poster, an hour into the Adoring fans, seemingly hoping to catch their idol's attention, defended Musk, saying he is Muskular" puns.

1/6/23, 1:21 PM
Case 3:18-cv-04865-EMC   Document 537-1   Filed 01/06/23   Page 72 of 84
Elon Musk tweets about calves during Twitter fraud hearing



**Patel Meet** · Jul 19, 2022
@mn_google · **Follow**
Replying to @elonmusk

**Elon Musk** ✔
@elonmusk · **Follow**

My calves are bigger tho

9:00 AM · Jul 19, 2022                    ⓘ

❤ 7.6K      💬 Reply    ↑ Share

**Read 704 replies**

It's unclear whether Musk was in attendance during the hearing, which was virtual because Chancellor Kathaleen St. Jude McCormick, the head judge of Delaware's Court of Chancery, tested positive for COVID-19. But it's strange to post on a social media platform — about your gams, no less — while you're being sued by said platform.

---

**ADVERTISEMENT**
Article continues below this ad



*Next Up:* **Stunning damage in Capitola as flooding sweeps...**                    or $

express concerns about the number of fake accounts, or bots, on the platform — and alleg

failed to provide adequate information about the number of bots. Musk also alleged that the <u>company breached its contract by laying workers off</u>.

Meanwhile, Twitter has argued that it has provided multiple sets of data about its userbase to Musk's team — and that his gripes about bots are just him making cover for his buyer's remorse for making an offer well over its stock price. In the first six months of 2022, <u>Bloomberg reported</u>, Musk's net worth declined by nearly $62 billion.

**Top Picks In Shopping**

Shopping

**How to watch the Golden Globes live**

Shopping

**Why this wrinkle-resistant suit is my go-to for business...**

Shopping

**Is the Stanley Quencher tumbler worth its TikTok hype?**

"Having mounted a public spectacle to put Twitter in play, and having proposed and then signed a seller-friendly merger agreement, Musk apparently believes that he — unlike every other party subject to Delaware contract law — is free to change his mind, trash the company, disrupt its operations, destroy stockholder value, and walk away," the complaint filed last week reads.

<u>The trial is now scheduled for October</u>, a month after Twitter's requested date and four months before Musk's requested date, due to the "cloud of uncertainty" surrounding the suit and Musk reneging on the deal.

ADVERTISEMENT
Article continues below this ad



LEARN MORE ›

⑤ POWERED BY CONCERT

"Delay threatens irreparable harm," said McCormick. "The longer the delay, the greater the

*The Associated Press contributed to this report.*

# EXHIBIT H

**Culture** | This obscure Bay Area study shaped the ending of 'Star Wars'

**Travel** | This breakfast institution serves the best eggs Benedict in Tahoe

---

# Elon Musk's Twitter is reportedly failing to pay some employees

Nov. 28, 4 p.m.

---

ADVERTISEMENT
Article continues below this ad

 *Next Up:* Storm updates: Massive waves batter Santa Cruz's...

Some Twitter employees in the United Kingdom and Ireland are reportedly not getting paid as promised, according to a report by Ars Technica on Monday.

The tech news site, having spoken with four employees, alleges that the workers have yet to receive payments — resulting in overdrafts and pushed-back mortgage payments for some.

This reportedly also includes employees who were laid off shortly after Musk's takeover. One laid-off employee claims that they have yet to receive back pay for work they did before they were removed from the company, while another alleges that a payment was made — and then promptly reversed.

It's unclear why the payments have not gone through; some affected workers apparently got an email claiming that "receiving banks were undergoing anti-fraud checks," per Ars Technica.

 Written By
**Joshua Bote**

Reach Joshua on

Joshua Bote is the tech editor at SFGATE. He grew up in the Los Angeles area, went to UC Berkeley and has previously worked as a news reporter at USA Today and SFGATE and a music writer at NPR. **Email: joshua.bote@sfgate.com**

## Top Shopping Picks

Shopping

**What you should wear to Disneyland in January**



Shopping

**REI quietly knocked 40% off the price of a ton of bikes today**

Read More

# EXHIBIT I

**Most Popular**

1. California storm: 'Widespread significant flooding' possible by

2. Recent rains have improved California's drought. Where do we

3. Photos and videos capture damage as massive swell batters Santa Cruz coast

4. After bomb cyclone soaking, here's when the rain and wind will taper

5. Walgreens exec admits it may have overblown threat of retail theft

**TECH**

# Why Meta is laying off 11,000 workers, and what it means for S.F.

**Roland Li, Chase DiFeliciantonio**
Updated: Nov. 12, 2022 11:54 a.m.

Gift this article    ○ ○ ○ |



Meta CEO Mark Zuckerberg announced on Wednesday that the company is letting go of thousands of employees.
Drew Angerer, HODELETE60 / TNS

Meta's mass layoffs of 11,000 employees on Wednesday — or 13% of its workforce — the largest in company history, were the culmination of a financial roller-coaster ride during the pandemic.

After briefly dipping below $150 per share in March 2020, the Facebook parent company's stock soared for the next 18 months, with the company eclipsing a $1 trillion valuation in September 2021. Homebound users gravitated toward their phones and

computers, turning an expected downturn into a windfall for tech companies. That fueled massive job growth: Meta had over 87,000 employees as of September, about double its headcount compared with the start of the pandemic.

---

ADVERTISEMENT
Article continues below this ad



---

- **More Bay Area tech layoffs**: Palo Alto's HP to lay off thousands through 2025.

But since then, the company's value has crashed by nearly 75%, erasing almost $750 billion in value as the digital ad market has slowed. Its share price is back down to 2015 levels. Meta, which includes Facebook, Instagram and WhatsApp, is facing fierce competition for user attention from the wildly successful TikTok, and privacy changes at fellow tech giant Apple have reduced Meta's ability to serve targeted ads.

The company's costly $15 billion bet on the metaverse as the future of the internet has also seen major setbacks, with low user usage and public ridicule of the company's graphics. Meta's Reality Labs division, which focuses on the metaverse and virtual reality, lost $3.7 billion in the third quarter. The company reported a revenue decline for the second straight quarter, down 4% from the prior year to $27.7 billion.

## More for you

### Salesforce lays off hundreds of salespeople as downsizing hits big tech
Read Now



### Here's how many Twitter employees were laid off in S.F., San Jose and Santa Monica
Read Now



"Unfortunately, this did not play out the way I expected," Meta CEO Mark Zuckerberg said in a prepared statement. "Not only has online commerce returned to prior trends, but the macroeconomic downturn, increased competition, and ads signal loss have caused our revenue to be much lower than I'd expected. I got this wrong, and I take responsibility for that."

The cuts are among the largest in a wave of tech layoffs that have hit numerous Bay Area companies including Twitter, Salesforce, Lyft, Stripe and others, all in the past week.

ADVERTISEMENT
Article continues below this ad

The most pronounced effect of these layoffs for San Francisco could be felt in the real estate sector. Meta is also seeking to cut its real estate costs, and the company is expected to try to sublease its office space at the 181 Fremont St. tower in San Francisco's Transbay district, according to a real estate industry source tracking the company who wasn't authorized to speak publicly.

The space has yet to be officially listed, but would add to San Francisco's record-high office vacancy rate of over 25%.

"We're assessing our entire global real-estate footprint. The past few years have brought new possibilities around the role of the office, and we are prioritizing making focused, balanced investments to support our most strategic long-term priorities. Currently, we have not made any decisions on 181 Fremont," a Meta spokesperson said.

Meta also reportedly canceled a long-term lease through WeWork in Mountain View. The company also reportedly canceled plans to occupy a major office tower in Austin last week and terminated a lease in New York City last month.

Other than the size of the layoffs, there was a notable difference between how Zuckerberg handled the cuts and how Twitter's new owner, Elon Musk, informed employees of cuts to 50% of that company's workforce, at least in public.

Zuckerberg sent the signed statement to employees outlining a severance package, immigration support and health care, and then released it publicly.

By contrast, Twitter reportedly sent a company-wide email to employees on Thursday evening notifying them the layoffs would start the next day, with employees reporting on the site they began losing access to company systems Thursday night and into Friday.

**Air Quality Tracker**

*Next Up:* California storm: 'Widespread significant flooding'…



**Check levels down to the neighborhood**
Ratings for the Bay Area and California, updated every 10 minutes

Much of the drama continued to play out on Twitter on Friday, with employees posting that whole teams had been culled and Musk himself taking to tweeting out details as the day wore on, including claiming the company had been losing $4 million per day and that laid off employees were offered three months of severance.

The company also quickly found itself on the receiving end of a lawsuit for apparently failing to give workers the legally required notice ahead of a large layoff, before reversing course and saying employees would be paid into next year in compliance with the requirements.

However Meta had not filed any of the notices with the California Employment Development Department as of Wednesday morning, the department said in an email.

Going forward, Zuckerberg said the company will streamline its efforts on priority initiatives, including a continued focus on the metaverse.

"In this new environment, we need to become more capital efficient. We've shifted more of our resources onto a smaller number of high priority growth areas — like our AI discovery engine, our ads and business platforms, and our long-term vision for the metaverse," he said in the statement. "We've cut costs across our business, including scaling back budgets, reducing perks, and shrinking our real estate footprint. We're restructuring teams to increase our efficiency."

With the end of hypergrowth in the tech industry, the Bay Area's economy may be in for a grim winter.

# EXHIBIT J

**WEATHER ALERT** 〉

High Surf Advisory: Coastal North Bay including Point Reyes National Seashore, San Francisco County, San Francisco Peninsula Coast

2 MORE ALERTS





59°                                                                SIGN UP          LIVE



**BAY AREA**

## San Francisco Mayor London Breed offers jobs to fired Twitter employees

by: John Ferrannini
Posted: Nov 4, 2022 / 09:27 AM PDT
Updated: Nov 4, 2022 / 09:43 PM PDT

SHARE        ···

SAN FRANCISCO (KRON) – San Francisco Mayor London Breed wants to hire former Tweeps who were laid off today by new Twitter chief Elon Musk.

"With talk of layoffs right now, including at companies like Twitter, a reminder that the City and County of San Francisco is hiring," Breed stated on the platform run by Musk since last week. "With over 4,500 vacancies, we are ready to help sign people up."

Elon Musk Twitter layoffs condemned by SF politicians

Breed also included a link to get people started on a job application.

**Twitter employees take to platform to say goodbye  ›**

"We have a lot of talent in our community," Breed stated. "This city has good jobs that can transition easily from the private sector, such as analysts, IT, and engineering. But we also have vacancies in transit operations, public safety, healthcare, trades and more."

State Sen. Scott Wiener (D-San Francisco) also weighed in, saying that Musk's promised loosening of content moderation rules will lead to the platform becoming more "toxic."

"Combined with Musk's signals that he will allow toxic accounts back onto the platform — thus leading to targeting and incitement of violence against LGBTQ people, Jews, people or color, and others — I see trouble ahead for Twitter, its users, and our democracy," Wiener stated.

ADVERTISEMENT

## KRON ON is streaming live

Twitter's corporate headquarters is in Wiener's district, and he said he is concerned for constituents who may have been fired.

"Today's move by Elon Musk to mass-fire 50% of Twitter's employees, including many San Franciscans, is deeply concerning, particularly after Musk fired the executives responsible for enhancing user safety on the platform," Wiener stated. "While companies periodically engage in

layoffs to acknowledge economic realities, firing a full half of employees goes well beyond that."

California State Assemblymember Matt Haney took to Twitter to express his concerns following Musk's takeover of the platform and subsequent layoffs.

"Slashing jobs by the thousands without notice at Twitter, a hostile 'nightmare' work environment, creating instability on a site that people use to access critical information just days before an election–don't defend of justify it, it's wrong, mean & dangerous," he tweeted.

ADVERTISEMENT

"We don't live in a country or state where private companies do whatever they want at a whim," he added in a subsequent tweet. "Laws do apply within the workplace. Twitter employees, please reach out and let us know how we can support you."

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## AROUND THE WEB



**What a Walk-in Tub Should Cost if You're over 65**

The Senior Scoop



**California Will Cover Cost to Install Solar in These Zip Codes in January**

Finance Daily



**Americans Are Using This $49 Device to Heat Up Homes Almost for Free**

Smart Lifestyle Trends



**9 Years Ago They Were Called the World's Most Beautiful Twins - Now Look at Them**

HealthyGem



**2 Cards Charging 0% Interest Until 2024**

CompareCredit.com



**If You Have Any of These 20 Toys, Get Ready to Retire**

Money Pop



**Photos Show How Rough Life in Medieval Castles Was**

HealthyGem



**15 Worst Foods You Can Have for Breakfast**

Health Natural