QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearing *pro hac vice*)
   alexspiro@quinnemanuel.com
  Andrew J. Rossman (appearing *pro hac vice*)
   andrewrossman@quinnemanuel.com
  Ellyde R. Thompson (appearing *pro hac vice*)
   ellydethompson@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

  Michael T. Lifrak (Bar No. 210846)
   michaellifrak@quinnemanuel.com
  Anthony P. Alden (Bar No. 232220)
   anthonyalden@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME ON DEFENDANTS' MOTION TO TRANSFER VENUE **WITH MODIFICATIONS** |

THE COURT, having considered the Motion to Transfer Venue filed by Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (together, "Defendants"), the Declaration of Michael T. Lifrak and accompanying exhibits, and all other filings in this case, has found GOOD CAUSE to grant Defendants' Administrative Motion and

**HEREBY ORDERS THAT:**

Defendants' Motion to Transfer Venue shall be heard on January 13, 2023.

Plaintiff's Opposition shall be due on or before January 11, 2023. **Filed no later than 3:00 PM**

Defendants' Reply shall be due on or before January 12, 2023. **Filed no later than 3:00 PM**

**IT IS SO ORDERED.**

DATED: January 6, 2023

By _____
Honorable Edward M. Chen