1 **LEVI & KORSINSKY, LLP**
2 Adam M. Apton (SBN 316506)
  Adam C. McCall (SBN 302130)
3 75 Broadway, Suite 202
  San Francisco, CA 94111
4 Tel.: (415) 373-1671
  Email: aapton@zlk.com
5         amccall@zlk.com

6 *Attorneys for Plaintiff and Counsel for the Class*

7

8 UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA
9

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC <br><br> **DECLARATION OF ADAM C. MCCALL IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE** |
|---|---|

DECLARATION OF ADAM C. MCCALL                                  CASE NO. 3:18-CV-04865-EMC

I, Adam C. McCall, hereby declare as follows:

1. I am an associate at Levi & Korsinsky, LLP, attorneys for Plaintiff Glen Littleton in the above-captioned action. I make this declaration in support of Plaintiff's Response to Defendants' Motion to Transfer Venue. I am admitted to practice before this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Plaintiff's trial subpoenas served upon Defendants' counsel on July 26, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of the current report filed on Form 8-K by Tesla, Inc. dated December 1, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of the article entitled *Top Embarrassing Moments of Our Worst Residents*, THE AUSTIN CHRONICLE (Dec. 16, 2022).

3. Attached hereto as **Exhibit D** is a true and correct copy of the article entitled *Tesla Gigafactory to be Investigated for Labor Standards Violations*, THE AUSTIN CHRONICLE (Nov. 16, 2022).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2023.

                                    */s/ Adam C. McCall*
                                    Adam C. McCall