| | |
|---|---|
| 1 | Heather M. Burke (SBN 284100) |
| 2 | **WHITE & CASE**LLP<br>3000 El Camino Real |
| 3 | 2 Palo Alto Square, Suite 900<br>Palo Alto, CA  94306-2109 |
| 4 | Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158 |
| 5 | hburke@whitecase.com |
| 6 | *Attorney for Non-Party Officials of<br>the Public Investment Fund of* |
| 7 | *the Kingdom of Saudi Arabia*. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL HEATHER M. BURKE FOR NON-PARTY OFFICIALS OF THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA**<br><br>Judge:   Honorable Edward M. Chen |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD**:

The undersigned attorney, of White & Case LLP, hereby enters her appearance in the above-captioned case as counsel of record for Non-Party Officials of the Public Investment Fund of the Kingdom of Saudi Arabia. Attorney Heather M. Burke is a member of the State Bar of California and is admitted to practice in the Northern District of California.[1] Ms. Burke's address and telephone number are as provided in the captions above. Please serve said counsel with all pleadings and notices in this action.

Dated: January 12, 2023          By:  /s/ Heather M. Burke
                                      Heather M. Burke

                                      Heather M. Burke (SBN 284100)
                                      **WHITE & CASE** LLP
                                      3000 El Camino Real
                                      2 Palo Alto Square, Suite 900
                                      Palo Alto, CA  94306-2109
                                      Telephone: (650) 213-0300
                                      Facsimile: (650) 213-8158
                                      hburke@whitecase.com

                                      *Attorney for Non-Party Officials of*
                                      *the Public Investment Fund of*
                                      *the Kingdom of Saudi Arabia.*

---

[1] This appearance should not be construed as a waiver of any objection to personal jurisdiction or any other defenses.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

Executed:   January 12, 2023              /s/           *Heather M. Burke*
                                                         Heather M. Burke