UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Tesla Inc. Securities Litigation

Case No. 3:18-cv-04865-EMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nicolle Kownacki, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Non-Party Officials of the Public Investment Fund of the Kingdom of Saudi Arabia in the above-entitled action. My local co-counsel in this case is Heather M. Burke, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 284100.

701 Thirteenth Street N.W.
Washington, DC 20005
MY ADDRESS OF RECORD

3000 El Camino Real, 2 Palo Alto Square, Suite 900, Palo Alto, CA 94306
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 729-2448
MY TELEPHONE # OF RECORD

(650) 213-0300
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

nkownacki@whitecase.com
MY EMAIL ADDRESS OF RECORD

hburke@whitecase.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1005627.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/12/2023

Nicolle Kownacki
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nicolle Kownacki is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE