QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearing *pro hac vice*)
  alexspiro@quinnemanuel.com
  Andrew J. Rossman (appearing *pro hac vice*)
  andrewrossman@quinnemanuel.com
  Ellyde R. Thompson (appearing *pro hac vice*)
  ellydethompson@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

  Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
  Anthony P. Alden (Bar No. 232220)
  anthonyalden@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF MICHAEL T. LIFRAK IN SUPPORT OF DEFENDANTS' MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE** |

# DECLARATION OF MICHAEL T. LIFRAK

I, Michael T Lifrak, declare as follows:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants in this action. I make this declaration in support of Defendants' Memorandum In Support of Defendants' Motion to Transfer Venue. I know the facts stated herein of my own personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the potential juror questionnaires provided to the Parties on January 10, 2023, which has been lodged under seal pursuant to Defendants' accompanying administrative motion to seal.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of January, 2023 in Los Angeles, California.

By: */s/ Michael T. Lifrak*
    Michael T Lifrak

# EXHIBIT A

# TO BE FILED UNDER SEAL