UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Tesla Inc. Securities Litigation

Case No. 3:18-cv-04865-EMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Hansel Pham , an active member in good standing of the bar of District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Non-Party Officials of the Public Investment Fund of the Kingdom of Saudi Arabia in the above-entitled action. My local co-counsel in this case is Heather M. Burke , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 284100 .

701 Thirteenth Street N.W.
Washington, DC 20005
MY ADDRESS OF RECORD

3000 El Camino Real, 2 Palo Alto Square, Suite 900, Palo Alto, CA 94306
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 626-3611
MY TELEPHONE # OF RECORD

(650) 213-0300
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

hpham@whitecase.com
MY EMAIL ADDRESS OF RECORD

hburke@whitecase.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 489203 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: __01/12/2023_____                    Hansel Pham_____

5                                                                        APPLICANT

6  ═══════════════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Hansel Pham_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                                    _____

18                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California