QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*appearing pro hac vice*)
 alexspiro@quinnemanuel.com
 Andrew J. Rossman (*appearing pro hac vice*)
 andrewrossman@quinnemanuel.com
   Ellyde R. Thompson (*appearing pro hac vice*)
 ellydethompson@quinnemanuel.com
 Jesse Bernstein (*appearing pro hac vice*)
 jessebernstein@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

   Michael T. Lifrak (Bar No. 210846)
   michaellifrak@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

   Kyle Batter (Bar No. 301803)
   kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000

*Attorneys for Defendants Tesla, Inc., Elon Musk,
Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
Antonio J. Gracias, James Murdoch, Kimbal Musk,
And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |

1    THE COURT, having considered the Administrative Motion to File Under Seal
2 Documents in Support of the Reply Memorandum in Support of Defendants' Motion to Transfer
3 Venue filed by Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira
4 Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (together,
5 "Defendants"), the Declaration of Michael T. Lifrak and accompanying exhibits, and all other
6 filings in this case, has found:

7    (1)  There exist compelling reasons to seal the unredacted Memorandum and Exhibit A that
8 overcome the right of public access to the information they contain;

9    (2)  A substantial probability exists that the overriding interest will be prejudiced if the
10 unredacted Memorandum and Exhibit A are not sealed;

11    (3)  The proposed sealing is narrowly tailored; and

12    (4)  No less restrictive means exist to achieve the overriding interest (CRC 2.550(d));

13 **HEREBY ORDERS THAT**:

14    Because the unredacted Memorandum and Exhibit A contain material that is sealable
15 pursuant to Northern District of California Civil Local Rule 79-5, Defendants' Administrative
16 Motion to Seal is hereby **GRANTED**.

17 **IT IS SO ORDERED**.

18
DATED:                    , 2023
19

20

21                                                                    By _____
                                                                         Honorable Edward M. Chen
22