Carolyn Lamm (*pro hac vice pending*)
Hansel Pham (*pro hac vice pending*)
Nicolle Kownacki (*pro hac vice pending*)
**WHITE & CASE**LLP
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Heather M. Burke (SBN 284100)
**WHITE & CASE**LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

Kimberly A. Havlin (*pro hac vice pending*)
**WHITE & CASE**LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
kim.havlin@whitecase.com

*Attorneys for Non-Party Officials of
the Public Investment Fund of
the Kingdom of Saudi Arabia.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF KIMBERLY A. HAVLIN IN SUPPORT OF THE MOTION TO QUASH RULE 45 SUBPOENAS OF NON-PARTY OFFICIALS OF THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA**<br><br>Judge:   Honorable Edward M. Chen<br>Date Filed:   August 10, 2018<br>Trial Date:   January 17, 2023 |

I, Kimberly A. Havlin, hereby declare and state:

1. I am an attorney duly licensed to practice law in the state of New York and my *pro hac vice* motion is pending before this Court. I am a partner in the law firm of White & Case LLP, and am one of the attorneys representing non-party subpoena recipients His Excellency Yasir O. Al-Rumayyan, Mr. Turqi Al-Nowaiser, Mr. Saad Al Jarboa, and Mr. Naif Al Mogren (together, "Non-Parties").

2. Attached hereto as Exhibit 1 are true and correct copies of the Subpoenas purportedly served on Non-Parties to appear and testify at the trial scheduled in this Action, which were previously filed as ECF Nos. 522-525.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Kingdom of Saudi Arabia Public Investment Fund's website page titled "Who We Are," accessed on January 10, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Kingdom of Saudi Arabia's Public Investment Fund Law.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Kingdom of Saudi Arabia Public Investment Fund's website page titled "Our Leadership," accessed on January 10, 2023.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Entity Details for USSA International LLC, a subsidiary of the Public Investment Fund, as filed with the Delaware Division of Corporations Registry.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter dated January 6, 2023 sent by my partner, Carolyn B. Lamm, to Defendants' counsel, Christine M. Morgan, requesting that Defendants withdraw the deficient Subpoenas.

8. Attached hereto as Exhibit 7 is a true and correct copy of the January 9, 2023 e-mail sent by Defendants' counsel to Ms. Lamm.

9. Attached hereto as Exhibit 8 is a true and correct copy of the January 9, 2023 e-mail sent by Ms. Lamm requesting that Defendants formally withdraw the Subpoenas.

I declare under penalty of perjury under the laws of the State of California and the United

1  States of America that the foregoing is true and correct and that I executed this Declaration on

2  January 12, 2023, at New York, New York.

3

4  Dated:   January 12, 2023                    By:   */s/ Kimberly A. Havlin*
                                                      Kimberly A. Havlin (*pro hac vice pending*)
5                                                     **WHITE & CASE** LLP
                                                      1221 Avenue of the Americas
6                                                     New York, New York 10020
                                                      Telephone: (212) 819-8200
7                                                     Facsimile: (212) 354-8113
                                                      kim.havlin@whitecase.com

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Heather M. Burke, attest that concurrence in the filing of this document has been obtained.

Executed: January 12, 2023  /s/  *Heather M. Burke*
Heather M. Burke