# EXHIBIT 2

 About PIF    Investments    The Program    PIF Impact    News & Insights    Investors     Ar



Who We Are
Our History
Our Leadership
Governance & Investment Decisions
Annual Reports

Who we are

PIF is driving the growth of new sectors, companies and jobs, as a catalyst of Vision 2030

Who We Are  Our History  Our Leadership  Governance & Investment Decisions  Annual Reports  Dummy Link

As a global impactful investor, the Public Investment Fund (PIF) has a world-class investment portfolio with a focus on sustainable investments, both domestically and internationally.

## Achievements

**66**
PIF companies created

**13**
Strategic sectors

**500,000+**
Direct and indirect jobs created

**620** BN USD
AUM (as of end of Q1 2022)

 About PIF    Investments    The Program    PIF Impact    News & Insights    Investors     Ar

## Our objectives

- Who We Are
- Our History
- Our Leadership
- Governance & Investment Decisions
- Annual Reports



With a pivotal role in realizing Vision 2030, Saudi Arabia's economic transformation program, PIF's ambitious strategy is propelling the national economy with the impact felt well beyond Saudi borders.

PIF is the engine driving the transformation of Saudi Arabia's economy. Passionate about leading local economic development, localizing cutting-edge technology and knowledge, PIF is expanding its portfolio of international assets, investing in global sectors and markets by building strategic partnerships, and launching initiatives to contribute to the goals of Vision 2030.



Our Vision

To be a global investment powerhouse and the world's most impactful investor, enabling the creation of new sectors and opportunities that will shape the future global economy, while driving the economic transformation of Saudi Arabia.



About PIF     Investments     The Program     PIF Impact     News & Insights     Investors                    Ar

Who We Are

Our History

Our Leadership

Governance
& Investment Decisions

Annual Reports

Our Mission

To actively invest over the long term to maximize sustainable returns, be the investment partner of choice for global opportunities, and enable the economic development and diversification of the Saudi economy.

All rights reserved to Public Investment Fund © 2017 - 2023

