# **EXHIBIT 4**



About PIF     Investments     The Program     PIF Impact     News & Insights     Investors



Ar



our leadership

Bringing experience and expertise together to deliver major projects

Who We Are   Our History   Our Leadership   Governance & Investment Decisions   Annual Reports   Dummy Link

Who We Are

Our History

Our Leadership

Governance
& Investment Decisions

Annual Reports

## Board Members

Under the chairmanship and guidance of HRH Prince Mohammad bin Salman bin Abdulaziz Al Saud, the Board is responsible for overseeing PIF's long-term strategy, investment policy and performance.

## Members of the Board



**His Royal Highness**
**Mohammad bin Salman Al-Saud**

Crown Prince, Prime Minister
Chairman of the Council of Economic and Development Affairs
Chairman of the Public Investment Fund

---



**H.E. Dr. Ibrahim Abdulaziz Al-Assaf**

Minister of State and member of the Saudi Council of Ministers



**H.E. Dr. Majid Abdullah Al Qasabi**

Minister of Commerce



**H.E. Mohammad Abdul Malek Al Shaikh**

Minister of State and member of the Saudi Council of Ministers



**H.E. Mohammed Abdullah Al-Jadaan**

Minister of Finance



**H.E. Ahmed Aqeel Al-Khateeb**

Minister of Tourism



**H.E. Khalid Abdulaziz Al-Falih**

Minister of Investment



**H.E. Yasir Othman Al-Rumayyan**

Governor of the Public Investment Fund



**H.E. Mohamed Mazyed Altwaijri**

Advisor at the Royal Court

## The Executive Management

The governance model cascades from the Board of Directors to the Executive Management, which is responsible for reviewing strategic and operational activities and overseeing five committees. These committees evaluate investment and non-investment proposals before submitting them to the Board of Directors and its committees to make relevant decisions. However, some of these tasks are delegated to administrative committees.



**Turqi A. Al-Nowaiser**

Deputy Governor, and Head of International Investments Division



**Yazeed A. Al-Humied**

Deputy Governor, and Head of MENA Investments



**Aiman M. AlMudaifer**

Head of Local Real Estate Investments Division



**Yasir A. AlSalman**

Chief Financial Officer



**Bander A. Mogren**

Chief Operating Officer



**Fahad AlSaif**

Head of Global Capital Finance Division



Rania Nashar



Saad Alkroud



Kevin Foster

|  |  |  |
|---|---|---|
| Head of Compliance & Governance Divisions | Chief of Staff and Secretary General to the Board | Head of Corporate Affairs Division |

  

|  |  |  |
|---|---|---|
| Jerry Todd | Mike Cheng | Feta Zabeli |
| Head of National Development Division | Head of Internal Audit Division | Head of Risk Division |

All rights reserved to Public Investment Fund © 2017 - 2023

صندوق الاستثمارات العامة
Public Investment Fund