# EXHIBIT 8

| | |
|---|---|
| **From:** | Lamm, Carolyn |
| **Sent:** | Monday, January 9, 2023 1:59 PM |
| **To:** | Morgan, Christine |
| **Cc:** | Havlin, Kim; Pham, Hansel; Kownacki, Nicolle |
| **Subject:** | RE: In re Tesla Inc. Securities Litigation, No. 18-cv-04865-EMC (N.D. Cal.). |

Dear Chris:

It may or may not resolve the matter.  Given you have said the witnesses can choose to appear voluntarily or not, I understand you to be agreeing that the subpoenas are of no force and effect.  The subpoenas must be formally withdrawn, however, including because they have been filed on the court docket.  If defendants will not file a notice of withdrawal, please let me know immediately so we can proceed with motion practice to quash the subpoenas in a timely fashion.

Best, Carolyn


**Carolyn B. Lamm**  |  Partner
**T**  +1 202 626 3605     **M**  +1 202 570 8906     **E**  clamm@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW  |  Washington, DC 20005-3807

---

**From:** Morgan, Christine <CMorgan@ReedSmith.com>
**Sent:** Monday, January 9, 2023 12:14 PM
**To:** Lamm, Carolyn <clamm@whitecase.com>
**Cc:** Havlin, Kim <kim.havlin@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>
**Subject:** RE: In re Tesla Inc. Securities Litigation, No. 18-cv-04865-EMC (N.D. Cal.).

Dear Ms. Lamm:  There is no need to file a motion to quash because we will not be seeking to enforce the subpoenas.  The witnesses can choose to appear voluntarily, or can choose not to.  I trust this resolves the matter.  Best - Chris


**Christine M. Morgan**
cmorgan@reedsmith.com
+1 415-659-5970

Bio
LinkedIn Profile

Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
T:  +1 415 543 8700
F:  +1 415 391 8269
reedsmith.com

1

**From:** Lamm, Carolyn <clamm@whitecase.com>
**Sent:** Friday, January 6, 2023 10:00 AM
**To:** Morgan, Christine <CMorgan@ReedSmith.com>
**Cc:** Havlin, Kim <kim.havlin@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>
**Subject:** In re Tesla Inc. Securities Litigation, No. 18-cv-04865-EMC (N.D. Cal.).

EXTERNAL E-MAIL - From clamm@whitecase.com

Dear Counsel,

Please see the attached correspondence.

Best regards,
Carolyn

**Carolyn B. Lamm** | Partner
**T** 202 626 3605  **M** 202 570 8906   **E** clamm@whitecase.com
White & Case LLP  |  701 Thirteenth Street, NW  |  Washington, DC 20005-3807

**WHITE & CASE**

================================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01