Carolyn Lamm (*pro hac vice pending*)
Hansel Pham (*pro hac vice pending*)
Nicolle Kownacki (*pro hac vice pending*)
**WHITE & CASE**LLP
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone:  (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Kimberly A. Havlin (*pro hac vice pending*)
**WHITE & CASE**LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
kim.havlin@whitecase.com

Heather M. Burke (SBN 284100)
**WHITE & CASE**LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

*Attorneys for Non-Party Officials of
the Public Investment Fund of
the Kingdom of Saudi Arabia.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING THE NON-PARTY OFFICIALS OF THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA'S MOTION TO QUASH RULE 45 SUBPOENAS**<br><br>Judge:   Honorable Edward M. Chen |

|   |   |
|---|---|
| 1 | Having considered the Non-Party Officials of the Public Investment Fund of the Kingdom of Saudi Arabia's Motion to Quash Subpoenas and supporting documents thereto, being fully advised on the proceedings, and for good cause appearing, **IT IS HEREBY ORDERED** that the subpoenas ordering His Excellency Yasir O. Al-Rumayyan, Mr. Turqi Al-Nowaiser, Mr. Saad Al Jarboa, and Mr. Naif Al Mogren to appear and testify at the trial scheduled in this Action (see ECF Nos. 522-525) are **QUASHED**. |

**SO ORDERED.**

Dated: _____

_____
Honorable Edward M. Chen
United States District Judge