## CERTIFICATE

I, Silvio Facchin, a Certified Legal Video Specialist, do hereby certify that the video recording titled:

**was-elon-musks-tweet-market-manipulation-tesla-tsla-stock-elon-musk-private-capital-investors-sec.mp4 is** a true and accurate recording of the video found at the link:

https://www.cnbc.com/video/2018/08/07/was-elon-musks-tweet-market-manipulation-tesla-tsla-stock-elon-musk-private-capital-investors-sec.html

I further certify that I am not related to any of the parties of this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WEREOF, I have hereunto set my hand this March 24, 2022



_____

Silvio Facchin, CLVS

FAA Certified Remote Pilot

Director of Videography

TSG Reporting, Inc.

| UNITED STATES DISTRICT COURT |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |
| Case Number: 3:18-cv-04865-EMC |
| PLTF / DEFT Exhibit No. **521** |
| Date Admitted: |
| By: |
| Angella Meuleman, Deputy Clerk |

**TE 521-1**