**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
　　　amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

[Additional Counsel on Signature Block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**PLAINTIFF'S SUBMISSION REGARDING PROPOSED JURY INSTRUCTIONS ON CORPORATE ENTITIES** |

1   During the Court's hearing on January 13, 2023, the Court requested Plaintiff direct the
2   Court to portions of the Complaint and Interrogatory Responses that provide notice of facts
3   supporting corporate scienter apart from the imputation of scienter from Mr. Musk. For the
4   avoidance of ongoing dispute on this matter, Plaintiffs do not object to the language, "If you find
5   against Mr. Musk, but do not find that Mr. Musk was acting within the scope of authority as an
6   officer of Tesla, then you must find that Tesla is not liable." In the Court's proposed instruction
7   on Corporate Entities (ECF No. 535, at 34).

8   Dated: January 13, 2023                  Respectfully submitted,

                                              **LEVI & KORSINSKY, LLP**

                                              *s/ Adam M. Apton*
                                              Adam M. Apton (SBN 316506)
                                              Adam C. McCall (SBN 302130)
                                              75 Broadway, Suite 202
                                              San Francisco, CA 94111
                                              Tel.: (415) 373-1671
                                              Email: aapton@zlk.com
                                              Email: amccall@zlk.com

                                              -and-

                                              Nicholas I. Porritt
                                              Elizabeth K. Tripodi
                                              Alexander A. Krot III
                                              LEVI & KORSINSKY, LLP
                                              1101 30th Street N.W., Suite 115
                                              Washington, D.C. 20007
                                              Tel.: (202) 524-4290
                                              Email: nporritt@zlk.com
                                              Email: etripodi@zlk.com
                                              Email: akrot@zlk.com
                                              (admitted *pro hac vice*)

                                              -and-

                                              Joseph Levi
                                              Eduard Korsinsky
                                              LEVI & KORSINSKY, LLP
                                              55 Broadway, 10th Floor
                                              New York, New York 10006

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel.: (212) 363-7500
Email: jlevi@zlk.com
Email: ek@zlk.com
(admitted *pro hac vice*)

*Attorneys for Plaintiff and Counsel for the Class*