*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| Subramanian | 8 | No objection. | | |
| Subramanian | 9 | No objection. | | |
| Subramanian | 10 | No objection. | | |
| Subramanian | 11 | No objection. | | |
| Subramanian | 12 | No objection. | | |
| Subramanian | 13 | No objection. | | |
| Subramanian | 26 | No objection. | | |
| Subramanian | 33 | No objection. | | |
| Subramanian | 53 | No objection. | | |
| Subramanian | 81 | No objection. | | |
| Subramanian | 82 | No objection. | | |
| Subramanian | 83 | No objection. | | |
| Subramanian | 87 | No objection. | | |
| Subramanian | 94 | No objection. | | |
| Subramanian | 96 | No objection. | | |
| Subramanian | 101 | No objection. | | |
| Subramanian | 105 | Fed. R. Evid. 401, 402, 801.

Exhibit 105 is a hearsay email chain dated November 2016 from Saad Aljarboa, a representative of the PIF, attempting to schedule a meeting for the following week between Mr. Musk and H.E. Mr. Yasir Al-Rumayyan. Defendants will use this email for the truth of the matter asserted to show that H.E. Mr. Yasir Al-Rumayyan wanted to | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | meet with Mr. Musk going back to and in November 2016 and is therefore hearsay.<br><br>This email chain is also irrelevant to Professor Subramanian's testimony. The email provides no detail about the topic of any potential meeting and whether H.E. Mr. Yasir Al-Rumayyan wanted to meet with Mr. Musk in 2016 is not relevant to whether the proposed going private transaction deviated from ordinary practices in the industry, or that the proposal to take Tesla private was inter *alia illusory*. | | |
| Subramanian | 106 | Fed. R. Evid. 401, 402, 801.<br><br>Exhibit 106 is a hearsay email chain dated January 31, 2017 with the subject line "Yasir wants to meet in SF". Defendants will use this email for the truth of the matter asserted to show that H.E. Mr. Yasir Al-Rumayyan wanted to or did meet with Mr. Musk in early 2017, and is therefore hearsay.<br><br>This email chain is also irrelevant to Professor Subramanian's testimony. The email provides no detail about the topic of any meeting and whether H.E. Mr. Yasir Al-Rumayyan met with Mr. Musk in 2017 is not | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | relevant to whether the proposed going private transaction deviated from ordinary practices in the industry, or that the proposal to take Tesla private was inter *alia illusory*. | | |
| Subramanian | 107 | Fed. R. Evid. 401, 402, 801.<br><br>Exhibit 107 is a hearsay email chain in February and March 2017 with the subject line "OpenAI Funding". Defendants will use this email for the truth of the matter asserted to show that H.E. Mr. Yasir Al-Rumayyan wanted to or did meet in San Francisco in early 2017, that the PIF wanted to or did invest in OpenAI funding", that the PIF wanted to know how to proceed, and/or that Mr. Musk called H.E. Mr. Yasir Al-Rumayyan.<br><br>This email chain is also irrelevant to Professor Subramanian's testimony. Funding for OpenAI  and any meetings between H.E. Mr. Yasir Al-Rumayyan and Mr. Musk in 2017 is not relevant to whether the proposed going private transaction deviated from ordinary practices in the industry, or that the proposal to take Tesla private was inter *alia illusory*. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
|  |  | Nor has the email from H.E. Mr. Yasir Al-Rumayyan been properly authenticated. |  |  |
| Subramanian | 108 | Fed. R. Evid. 401, 402, 801.<br><br>Exhibit 108 is a hearsay email chain between Mr. Teller and Mr. Ahuja dated March 7, 2017 with the subject line "Yasir bin Othman Al-Rumayyan: Executive Profile & Biography - Bloomberg". Defendants will use this email for the truth of the matter asserted to show that Tesla representatives in fact did research or due diligence on H.E. Mr. Yasir Al-Rumayyan. However, nothing in the email shows that anyone actually clicked on the link or did any research or due diligence into H.E. Mr. Yasir Al-Rumayyan.<br><br>This email chain is also irrelevant to Professor Subramanian's testimony. Whether anyone at Tesla looked at the Bloomberg profile for H.E. Mr. Yasir Al-Rumayyan in early 2017 is not relevant to whether the proposed going private transaction deviated from ordinary practices in the industry, or that the proposal to take Tesla private was inter *alia illusory*. |  |  |
| Subramanian | 109 | No objection. |  |  |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|-------------------|-----------|----------|--------|
| Subramanian | 123 | No objection. | | |
| Subramanian | 124 | No objection. | | |
| Subramanian | 135 | No objection. | | |
| Subramanian | 137 | No objection. | | |
| Subramanian | 139 | No objection. | | |
| Subramanian | 174 | No objection. | | |
| Subramanian | 175 | No objection. | | |
| Subramanian | 179 | No objection. | | |
| Subramanian | 181 | No objection. | | |
| Subramanian | 182 | No objection. | | |
| Subramanian | 186 | No objection. | | |
| Subramanian | 190 | No objection. | | |
| Subramanian | 191 | No objection. | | |
| Subramanian | 192 | No objection. | | |
| Subramanian | 194 | No objection. | | |
| Subramanian | 199 | No objection. | | |
| Subramanian | 225 | No objection. | | |
| Subramanian | 229 | No objection. | | |
| Subramanian | 241 | No objection. | | |
| Subramanian | 254 | No objection. | | |
| Subramanian | 265 | No objection. | | |
| Subramanian | 289 | No objection. | | |
| Subramanian | 362 | No objection. | | |
| Subramanian | 364 | Fed. R. Evid. 801.<br><br>Exhibit 364 is a copy of a December 14, 2017 Westlaw decision in *Dell, Inc. v.* | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | *Magnetar Global Event Driven Master Fund Ltd*, 177 A.3d 1 (2017). Defendants intend to use the decision for the truth of the matter asserted. | | |
| Subramanian | 365 | No objection. | | |
| Subramanian | 631 | No objection. | | |
| Subramanian | 634 | No objection. | | |
| Subramanian | 641 | No objection. | | |
| Subramanian | 661 | No objection. | | |
| Subramanian | 731 | No objection. | | |
| Subramanian | 734 | No objection. | | |
| Elon Musk | 8 | No objection. | | |
| Elon Musk | 9 | No objection. | | |
| Elon Musk | 10 | No objection. | | |
| Elon Musk | 11 | No objection. | | |
| Elon Musk | 12 | No objection. | | |
| Elon Musk | 13 | No objection. | | |
| Elon Musk | 53 | No objection. | | |
| Elon Musk | 75 | Fed. R. Evid. 401, 402, 602, 801, 805. Exhibit 75 is a hearsay email from April 14, 2017 to Mr. O'Connell summarizing a meeting with H.E. Mr. Yasir Al-Rumayyan. Defendants seek to use this email for the truth of the matter asserted to show that Mr. Musk met with the PIF in April of 2017, and that the PIF was "keen to invest large $s in | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | Tesla." The email itself is hearsay, as well as the summary of the meeting. It is improper hearsay and hearsay within hearsay under 801 and 805.<br><br>Additionally, as this email is from a meeting that took place in April 2017, does not relate to the 2018 going private transaction, and is therefore too far removed to make a fact more or less probable under 401.<br><br>Mr. Musk is not a party to the email and therefore lacks the requisite knowledge under 602. | | |
| Elon Musk | 76 | Fed. R. Evid. 401, 402, 602, 801, 805.<br><br>Exhibit 76 is a hearsay email chain between February 12-April 15, 2017 with Mr. Teller, Mr. Ahuja, and representatives from the PIF titled "Re: Tesla Discussion". The email chain contains a number of improper hearsay conversations including, requesting a call to follow up about what Mr. Musk and H.E. Mr. Yasir Al-Rumayyan spoke about in San Francisco (TE76-4), scheduling for the call (TE76-2-4), following up after the February call in April 2017 about "conversation that | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | we had earlier", and looping in Deepak. Defendants will use this chain for the truth of the matter asserted to show that meetings and conversations did occur in early 2017, and to show that the PIF was interested in meeting and speaking with Mr. Musk. The email itself is hearsay, as well as the contents of the emails about "conversations we had earlier". It is improper hearsay and hearsay within hearsay under 801 and 805. Additionally, as this email is from a call that took place in February 2017, it is too far removed to make a fact at consequence more or less probable. Mr. Musk is not a party to the email and therefore lacks the requisite knowledge under 602. | | |
| Elon Musk | 81 | No objection. | | |
| Elon Musk | 83 | No objection. | | |
| Elon Musk | 87 | No objection. | | |
| Elon Musk | 92 | No objection. | | |
| Elon Musk | 93 | Fed. R. Evid. 801. Exhibit 93 is an August 10, 2018 follow-up email from Mr. Musk to Mr. Maron, Mr. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | Ahuja, and Mr. O'Brien stating to "let the media know that the [PIF] has given us permission to acknowledge that they are working on a deal with Tesla that includes support of the go private transaction." This email was sent directly after Mr. Musk emailed Mr. Maron, Mr. Ahuja, and Ms. O'Brien a screenshot of a text message from H.E. Mr. Yasir Al-Rumayyan to Mr. Musk on August 10. Defendants seek to rely on this email for the truth of the matter asserted that the PIF gave Tesla permission to acknowledge they were working on a deal with Tesla, and that the PIF supported the go private transaction. | | |
| Elon Musk | 101 | No objection. | | |
| Elon Musk | 105 | Fed. R. Evid. 401, 402, 801.  Exhibit 105 is a hearsay email chain dated November 2016 from Saad Aljarboa, a representative of the PIF, attempting to schedule a meeting for the following week between Mr. Musk and H.E. Mr. Yasir Al-Rumayyan. Defendants will use this email for the truth of the matter asserted to show that H.E. Mr. Yasir Al-Rumayyan wanted to meet with Mr. Musk, and Mr. Musk wanted | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|-------------------|-----------|----------|--------|
|  |  | to meet with H.E. Mr. Yasir Al-Rumayyan going back to and in November 2016, and is therefore hearsay.<br><br>This email chain is also irrelevant as it is almost two years prior to the tweets at issue in this case, and does not indicate that the topic of the meeting was taking Tesla private. Therefore, it does not have a tendency to make any fact more or less probable. |  |  |
| Elon Musk | 106 | Fed. R. Evid. 401, 402, 602, 801.<br><br>Exhibit 106 is a hearsay email chain between Ms. Gallagher and Mr. Musk dated January 31, 2017 with the subject line "Yasir wants to meet in SF". Defendants will use this email for the truth of the matter asserted to show that H.E. Mr. Yasir Al-Rumayyan wanted to or did meet with Mr. Musk in early 2017, and is therefore hearsay.<br><br>This email chain is also irrelevant as it is almost two years prior to the events at issue in this case and does not indicate that the topic of the meeting was taking Tesla private. Therefore, it does not have a |  |  |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | tendency to make any fact more or less probable.<br><br>Further, Mr. Musk does not have actual knowledge of the communications between Ms. Gallaher and H.E. Mr. Yasir Al-Rumayyan. | | |
| Elon Musk | 107 | Fed. R. Evid. 401, 402, 801, 805.<br><br>Exhibit 107 is a hearsay email chain in February and March 2017 between Mr. Musk and members of the PIF, including H.E. Mr. Yasir Al-Rumayyan with the subject line "OpenAI Funding". Defendants will use this email for the truth of the matter asserted to show that H.E. Mr. Yasir Al-Rumayyan wanted to or did meet in San Francisco in early 2017, that the PIF was interested in or did invest in OpenAI funding, that the PIF wanted to know how to proceed, and/or that Mr. Musk subsequently called H.E. Mr. Yasir Al-Rumayyan. The email itself is hearsay, as well as the contents of the emails. It is improper hearsay and hearsay within hearsay under 801 and 805.<br><br>This email chain is also irrelevant as it is almost two years prior to the events at issue | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | in this case and does not indicate that the topic of the meeting was taking Tesla private. The fact that the PIF may or may not have been interested in funding OpenAI does not have a tendency to make any fact more or less probable. | | |
| Elon Musk | 109 | Fed. R. Evid. 602, 801.<br><br>Exhibit 109 is a hearsay email chain between Mr. Teller and members of the PIF. Defendants seek to introduce this email for the truth of the matter asserted, including that H.E. Mr. Yasir Al-Rumayyan wanted to meet with Mr. Musk in July 2018, that a meeting was scheduled for July 31, 2018, and that meeting took place on July 31, 2018. The email itself is hearsay, as well as the contents of the emails. It is improper hearsay and hearsay within hearsay under 801 and 805.<br><br>Mr. Musk is not on the email chain and therefore lacks personal knowledge of the contents of this Exhibit. | | |
| Elon Musk | 121 | No objection. | | |
| Elon Musk | 141 | Fed. R. Evid. 401, 402, 403, 601, 801. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | Exhibit 141 is a hearsay email chain dated March 30, 2018 between Mr. Teller and representatives of the PIF, attempting to schedule a meeting between Mr. Musk and H.E. Mr. Yasir Al-Rumayyan. Mr. Teller then forwards the meeting to Mr. Viecha indicating that "Yasir and Elon have met a couple of times" and the PIF is "gigantic". This description is prejudicial under 403 and given the time, its probative value does not outweigh the prejudice. Defendants will use this email for the truth of the matter asserted to show that H.E. Mr. Yasir Al-Rumayyan wanted to meet with Mr. Musk, and Mr. Musk wanted to meet with H.E. Mr. Yasir Al-Rumayyan going back to and in March 2018. They will also use it to show that "Elon and Yasir" had met and that the fund was "gigantic". The email is hearsay and the contents of the email are hearsay within hearsay.

Mr. Musk is not a party to this email chain and therefore does not have personal knowledge of its contents under 602. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | This email chain is also irrelevant as it is well before the tweets at issue in this case, and does not indicate that the topic of the meeting was taking Tesla private. Therefore, it does not have a tendency to make any fact more or less probable. | | |
| Elon Musk | 165 | Fed. R. Evid. 602<br><br>Exhibit 165 are Mr. Ahuja's call logs which Mr. Musk does not have personal knowledge over. | | |
| Elon Musk | 171 | No objection. | | |
| Elon Musk | 179 | No objection. | | |
| Elon Musk | 229 | No objection. | | |
| Elon Musk | 236 | No objection. | | |
| Elon Musk | 243 | No objection. | | |
| Elon Musk | 254 | No objection. | | |
| Elon Musk | 322 | No objection. | | |
| Elon Musk | 361 | No objection. | | |
| Elon Musk | 789 | Fed. R. Evid. 401, 402.<br><br>Exhibit 789 is an email from Mr. Teller to Mr. Musk on April 26, 2017 forwarding an email from representatives of the PIF requesting a meeting with Mr. Musk in April/May 2017. Mr. Teller tells Mr. Musk | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | "Regardless of Tesla's financing plans it might be useful to get his financial support for OpenAI". This email is irrelevant as it dated early 2017, and as Mr. Teller indicates, any meeting would relate to "financial support for OpenAI" and does not relate to any of the events in this case. Therefore, it does not have the tendency to make a fact more or less probable under 401 and is inadmissible under 402. | | |
| Elon Musk | 818 | No objection. | | |
| Elon Musk | 825 | Fed. R. Evid. 106, 403, 801, 805.<br><br>Exhibit 825 is a hearsay email dated August 12, 2018 from Mr. Musk to Mr. Maron and Mr. Teller with the subject "Privileged" that attaches a number of text messages between Mr. Musk and H.E. Mr. Yasir Al-Rumayyan. Defendants omit from the exhibit the attached text messages. In the email Mr. Musk indicates that "Yasir has tried to call me several times today", that Mr. Musk would not take the call unless "he takes action to correct the public record", and summarizes Mr. Musk's version of events from the July 31, 2018 meeting between Mr. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|-------------------|-----------|----------|--------|
| | | Musk and the PIF. Defendants will seek to introduce this email for the truth of the matter asserted that H.E. Mr. Yasir Al-Rumayyan tried calling Mr. Musk and that Mr. Musk's versions of events actually occurred at the meeting. The email is hearsay and Mr. Musk's summary of the meeting that took place almost 2 weeks before is hearsay within hearsay and is too far removed to fall under 803(1) or 803(3).

This email is incomplete under 106 as it does not include the attached images to the email which consists of Mr. Musk's text messages with H.E. Mr. Yasir Al-Rumayyan. To the extent that the Court allows this exhibit, Defendants should be required to produce it with all of its attachments. Additionally the prejudice of this email outweighs the benefits as it is after the start of the SEC investigation, was made 2 weeks after the initial meeting and is also therefore prejudicial under 403. *See* Attached Updated Exhibit 825. | | |
| Elon Musk | 827 | Fed. R. Evid. 401, 402, 801.

Exhibit 827 is a calendar invite for March 8, 2017 from "EMDesk" with the subject "7:30 | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | PM: Tour w/ Masa, Larry & Yasir" including a written itinerary for the day. Defendants will use this invite for the truth of the matter asserted that Mr. Musk met with Masa, Larry & Yasir on March 8, 2017 and that the events in the invite occurred. This is improper hearsay under 801.<br><br>Additionally, whether Mr. Musk gave a "Tour w/ Masa, Larry & Yasir" in early March 2017 is irrelevant to the take private transaction in August 2018. The invite does not indicate what the topic for discussion was or even that Mr. Musk actually met with them, just that they would be given a "Tour" and "Dinner". Therefore it is irrelevant under 401 and inadmissible under 402. | | |
| Elon Musk | 979 | Fed. R. Evid. 401, 402.<br><br>Exhibit 979 is a thread of August 8, 2018 Tweets from Musk at 6:12 p.m. The tweets in Exhibit 979 are related to "Tesla's deliveries & AP hardware", are questions about when consumers can expect updates and have nothing to do with the going private transaction. They are therefore, irrelevant and not admissible. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| Elon Musk | 980 | Fed. R. Evid. 106, 401, 402.<br><br>Exhibit 980 is a thread of August 8, 2018 Tweets from Musk at 6:09 p.m. The tweets in Exhibit 980 are related to whether "the in-car purchase self-driving will get the upgrade too?" and have nothing to do with the going private transaction or events alleged in this case. They are therefore, irrelevant and not admissible.<br><br>Finally, the tweet is incomplete as it is unclear what "@komocode" is responding to and the number of likes, quote tweets, and retweets has been excluded. | | |
| Elon Musk | 981 | Fed. R. Evid. 401, 402.<br><br>Exhibit 981 is a thread of August 10, 2018 Tweets from Musk at 1:02 a.m. The tweets in Exhibit 981 are in response to "SpaceXUpdates", solely relate to SpaceX and have nothing to do with the going private transaction or events in this case. They are therefore, irrelevant and not admissible. | | |
| Elon Musk | 982 | Fed. R. Evid. 401, 402, 403, 404, 801. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|-------------------|-----------|----------|--------|
| | | Exhibit 982 is a thread of August 10, 2018 Tweets from Musk at 2:08 a.m. The tweets in Exhibit 982 are related to Musk "literally saving" Johnna Crider's life by replying to one of her tweets. It also includes Musk response which talks about his "Nana" and to "Believe in good." This thread has nothing to do with the going private transaction or events at issue in this case and does not have the tendency to make a fact more or less probable. They are therefore, irrelevant and not admissible.<br><br>Defendants seek to introduce this exhibit for the truth of the matter asserted, that Mr. Musk did in fact save Ms. Crider's life.<br><br>This is improper character evidence and is highly prejudicial to Plaintiff and risks confusion to the jury. | | |
| Elon Musk | 983 | Fed. R. Evid. 106, 401, 402.<br><br>Exhibit 983 is a thread of August 1, 2018 – August 10, 2018 Tweets from Musk at 4:34 p.m. The tweets in Exhibit 983 are related to Chubbies (a clothing store) and producing | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|-------------------|-----------|----------|--------|
|  |  | "short shorts". Whether "Short shorts" were coming soon to Tesla merch is irrelevant to the going private transaction, and therefore inadmissible under 402.<br><br>Finally, the tweet is incomplete as it is unclear what "@Chubbies" is responding to and the number of likes, quote tweets, and retweets has been excluded. |  |  |
| Elon Musk | 984 | Fed. R. Evid. 106, 401, 402.<br><br>Exhibit 984 is a thread of August 11, 2018 Tweets from Musk. The tweets in Exhibit 984 are related to "short shorts". Whether "Short shorts" were coming soon to Tesla merch is irrelevant to the going private transaction, and therefore inadmissible under 402.<br><br>Finally, the tweets are incomplete as they do not include the time when the tweets were sent. |  |  |
| Elon Musk | 985 | Fed. R. Evid. 401, 402.<br><br>Exhibit 985 is a tweet from Elon Musk dated August 11, 2018. The tweet is related to Mr. Musk's plans to make Tesla's vehicle |  |  |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|-------------------|-----------|----------|--------|
|  |  | security software for free use by other car makers, and does not relate to the taking private transaction or events of this case. It is therefore irrelevant and not admissible. |  |  |
| Elon Musk | 986 | Fed. R. Evid. 401, 402.<br><br>Exhibit 986 is a thread of tweets by Mr. Musk dated August 10, 2018 to August 11, 2018 relating to "Short shorts coming soon to Tesla merch". Whether "Short shorts" were coming soon to Tesla merch is irrelevant to the going private transaction, and therefore inadmissible under 402. |  |  |
| Elon Musk | 987 | Fed. R. Evid. 401, 402.<br><br>Exhibit 986 is a thread of tweets by Mr. Musk dated August 10, 2018 to August 11, 2018 relating to "Short shorts coming soon to Tesla merch". Whether "Short shorts" were coming soon to Tesla merch is irrelevant to the going private transaction, and therefore inadmissible under 402. |  |  |
| Elon Musk | 988 | Fed. R. Evid. 401, 402. |  |  |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | Exhibit 986 is a thread of tweets by Mr. Musk dated August 10, 2018 to August 11, 2018 relating to "Short shorts coming soon to Tesla merch". Whether "Short shorts" were coming soon to Tesla merch is irrelevant to the going private transaction, and therefore inadmissible under 402. | | |
| Elon Musk | 989 | Fed. R. Evid. 401, 402.<br><br>Exhibit 986 is a thread of tweets by Mr. Musk dated August 10, 2018 to August 11, 2018 relating to "Short shorts coming soon to Tesla merch". Whether "Short shorts" were coming soon to Tesla merch is irrelevant to the going private transaction, and therefore inadmissible under 402. | | |
| Elon Musk | 990 | Fed. R. Evid. 106, 401, 402, 403, 404. .<br><br>In Exhibit 990, Mr. Musk responds to a tweet from Fred Lambert about the design of Tesla's cars. He tweets, "primary focus must remain on making affordable version of Model 3 & brining Y to market." This thread discussing Tesla's design and Mr. Musk's desire to make Tesla's cars affordable has nothing to do with the going | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | private transaction or events at issue in this case and does not have the tendency to make a fact more or less probable. It is therefore irrelevant and not admissible.<br><br>Furthermore, this is improper character evidence and is highly prejudicial to Plaintiff and risks confusion to the jury.<br><br>This exhibit is also incomplete as the first tweet does include the time. | | |
| Elon Musk | 991 | Fed. R. Evid. 106, 401, 402.<br><br>Exhibit 991 contains a series of tweets from Mr. Musk.  The exhibit notes that "The original tweets were deleted by author," so it is impossible to determine the subject that Mr. Musk is replying to. Mr. Musk's first tweet indicates that the subject is the design of Tesla's cars.  Whatever the subject might be, this thread has nothing to do with the going private transaction or events at issue in this case and does not have the tendency to make a fact more or less probable. It is therefore irrelevant and not admissible. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|------------------|-----------|----------|--------|
| | | Furthermore, this exhibit is incomplete because of the deletion of the original tweets Mr. Musk is replying to and because the tweets do not include times. | | |
| Elon Musk | 992 | Fed. R. Evid. 106, 401, 402.<br><br>Exhibit 992 is an August 12, 2018 tweet from Mr. Musk, which includes a video of Tesla's performance testing in Alaska. This thread has nothing to do with the going private transaction or events at issue in this case and does not have the tendency to make a fact more or less probable. It is therefore irrelevant and not admissible.<br><br>This exhibit is also incomplete as it does include the time. | | |
| Elon Musk | 993 | Fed. R. Evid. 106, 401, 402.<br><br>Exhibit 993 is an August 13, 2018 twitter exchange between Mr. Musk and "@Josh1C." "@Josh1C" tweets at Mr. Musk with a suggestion for Tesla, to which Mr. Musk replied, "Good idea, we will add this feature!" This thread has nothing to do with the going private transaction or events at | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|-------------------|-----------|----------|--------|
| | | issue in this case and does not have the tendency to make a fact more or less probable. It is therefore irrelevant and not admissible.<br><br>Finally, the exhibit is incomplete as "@Josh1C"'s first tweet does not include the time. | | |
| Elon Musk | 994 | Fed. R. Evid. 106, 401, 402.<br><br>Exhibit 994 is an August 13, 2018 twitter exchange between Mr. Musk and Amit Katwala regarding his piece on Mr. Musk in Wired Magazine. This thread has nothing to do with the going private transaction or events at issue in this case and does not have the tendency to make a fact more or less probable. It is therefore irrelevant and not admissible.<br><br>Finally, the exhibit is incomplete, as several of the tweets do not include times. | | |
| Elon Musk | 995 | Fed. R. Evid. 106, 401, 402.<br><br>In Exhibit 995, Mr. Musk responds to an August 13, 2018 tweet from | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|-------------------|-----------|----------|--------|
| | | "@physong_com" that includes a link to its article "Breaking down the Wiedemann-Franz law." He replies, "ETH beam heh heh." This thread has nothing to do with the going private transaction or events at issue in this case and does not have the tendency to make a fact more or less probable. It is therefore irrelevant and not admissible.<br><br>Finally, the exhibit is incomplete as "@physong_com"'s initial tweet does not include a time. | | |
| Elon Musk | 996 | Fed. R. Evid. 106, 401, 402.<br><br>Exhibit 998 contains an August 10, 2018 twitter exchange between Mr. Musk and "@kevinmitnick." @kevinmitnick tweets at Mr. Musk about #DEFCON26, a reference to a hacking conference. Mr. Musk replied in code. This thread has nothing to do with the going private transaction or events at issue in this case and does not have the tendency to make a fact more or less probable. It is therefore irrelevant under 401 and not admissible under 402. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
| | | Finally, the exhibit is incomplete as "@kevinmitnick"'s initial tweet does not include a time. | | |
| Elon Musk | 997 | Fed. R. Evid. 106, 401, 402.<br><br>Exhibit 997 is a thread of tweets dated August 14, 2018.  On August 14, 2018, Mr. Musk tweeted "Hex nostalgia." @MacTechGenius replied, "My Favorite color is #0000FF ...what's yours?" To which, Mr. Musk replied, "Blue too." This thread has nothing to do with the going private transaction or events at issue in this case and does not have the tendency to make a fact more or less probable. It is therefore irrelevant under 401 and not admissible under 402.<br><br>Finally, the exhibit is incomplete as the tweet Mr. Musk is replying to, which included "@kaushal_k" and "@kevinmitnick" is not part of the exhibit.  The times of two of the tweets in the thread are also not included in the exhibit. | | |
| Elon Musk | 998 | Fed. R. Evid. 106, 401, 402. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---|---|---|---|---|
|  |  | Exhibit 998 is a thread of tweets dated August 15, 2018, and August 16, 2018 relating to "Defeating traffic" and video games in Tesla cars. The thread has nothing to do with the going private transaction or events at issue in this case and does not have the tendency to make a fact more or less probable. It is therefore irrelevant under 401 and not admissible under 402.<br><br>Finally, the exhibit is incomplete as it is unclear what @BSaiHemanth is responding to and the time of this tweet is not included in the exhibit. |  |  |
| Elon Musk | 999 | Fed. R. Evid. 401, 402.<br><br>Exhibit 999 is a tweet from Elon Musk dated August 16, 2018. The tweet is a link to a YouTube video revealing the Tesla Model 3. Tesla's products are irrelevant to the going private transaction and events of this case, and therefore inadmissible under 402. |  |  |
| Elon Musk | 1000 | Fed. R. Evid. 106, 401, 402.<br><br>Exhibit 1000 is an August 16, 2018 tweet from Mr. Musk. The tweet is omitting the |  |  |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|-------------------|-----------|----------|--------|
| | | original tweet and does not include the time it was posted. The tweet in Exhibit 1000 relates to Tesla's hardware and is not related to the taking private transaction. They are therefore, irrelevant and not admissible.<br><br>Finally, the exhibit is incomplete the time it was tweeted has been excluded. | | |
| Elon Musk | 1001 | Fed. R. Evid. 801.<br><br>Exhibit 1001 is an email from Ron Baron to Elon Musk on August 7, 2018 indicating that if Tesla goes private, Ron Baron would like to "continue to be an investor". Defendants use this email for the truth of the matter asserted to show that Mr. Baron in fact wanted to be an investor and is therefore improper hearsay under 801. | | |
| Brinkman | 10 | No objection. | | |
| Brinkman | 18 | No objection. | | |
| Brinkman | 22 | No objection. | | |
| Brinkman | Defendants' Counter Designations | No objections. | | |
| Viecha | 8 | No objection. | | |
| Viecha | 12 | No objection. | | |
| Viecha | 13 | No objection. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|-------------------|-----------|----------|--------|
| Viecha | 145 | Fed. R. Evid. 801.<br><br>Exhibit 145 is an email chain between Mr. Viecha and Mr. Hogner regarding whether the "tweets are real". Defendants use this email to show the truth of the matter asserted, that Mr. Hogner wanted to know whether the tweets were real, to show that the "Tweets are official", and/or that Mr. Hogner was "Congratulat[ing]" Tesla for going private. It is therefore hearsay under 801. | | |
| Viecha | 161 | No objection. | | |
| Viecha | 171 | No objection. | | |
| Viecha | 336 | Fed. R. Evid. 801, 805.<br><br>Exhibit 336 is an August 14, 2018 email from Mr. Viecha to Mr. Musk regarding "UBS wealth management['s]" ability to invest in a private Tesla and noting "they would like to start a dialogue." Defendants use this email for the truth of the matter asserted that UBS was able and wanted to invest billions in a private Tesla. The email to Mr. Musk is hearsay and the summary of the conversation with UBS is hearsay within hearsay. | | |

*In re Tesla, Inc. Securities Litigation*
Case No. 3:18-cv-04865-EMC (N.D. Cal.)

Plaintiff's Objections to Defendants' Witness and Exhibit List for Day 2 - January 18, 2023

| Witness | Trial Exhibit No. | Objection | Response | Ruling |
|---------|-------------------|-----------|----------|--------|
| Viecha | 975 | No objection. | | |