| | |
|---|---|
| 1 | WARREN METLITZKY (CA Bar No. 220758) |
| | **CONRAD | METLITZKY | KANE LLP** |
| 2 | wmetlitzky@conmetkane.com |
| | Four Embarcadero Center, Suite 1400 |
| 3 | San Francisco, CA 94111 |
| | (415) 343-7100 |
| 4 | |
| 5 | JULIE M. RIEWE (CA Bar No. 207520) |
| | **DEBEVOISE & PLIMPTON LLP** |
| | jriewe@debevoise.com |
| 6 | 801 Pennsylvania Avenue N.W. |
| | Washington, D.C. 20004 |
| 7 | (202) 383-8070 |
| 8 | ELLIOT GREENFIELD (*pro hac vice*) |
| | **DEBEVOISE & PLIMPTON LLP** |
| 9 | egreenfield@debevoise.com |
| | 66 Hudson Boulevard |
| 10 | New York, NY 10001 |
| | (212) 909-6772 |
| 11 | |
| | Attorneys for Egon Pierre-Durban |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC-KAW<br><br>**NOTICE OF FIRM CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

>Debevoise & Plimpton LLP
>
>66 Hudson Boulevard
>
>New York, New York  10001
>
>(212) 909-6000

This change of firm address affects Elliot Greenfield, counsel for third-party Egon Pierre-Durban, admitted *pro hac vice*.  Please direct any hard copy service to Mr. Greenfield at his firm's new address.

DATED: January 17, 2023                Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

*/s/ Warren Metlitzky*
Warren Metlitzky