UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 18-cv-04865-EMC<br><br>**AMENDED ORDER REGARDING OBJECTIONS TO JANUARY 17 EVIDENCE**<br><br>Docket Nos. 570, 571 |

The Court's amended rulings on the parties' objections to the opening statements and amended list of exhibits slated for January 17, 2023, are attached. The Court uses the following notations: "O" means that the objection is overruled, "S" means that the objection is sustained, and "R" means that the Court is reserving ruling.

**IT IS SO ORDERED**.

Dated: January 19, 2023

_____
EDWARD M. CHEN
United States District Judge