**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
        amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR CAUTIONARY JURY INSTRUCTION** |

I, Adam C. McCall, hereby declare as follows:

1. I am an associate at Levi & Korsinsky, LLP, attorneys for Plaintiff Glen Littleton in the above-captioned action. I make this declaration in support of Plaintiff's Emergency Motion for Cautionary Jury Instruction. I am admitted to practice before this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and accurate copy of an excerpted transcript of Musk's interview with Chris Anderson on April 14, 2022. The transcript was prepared by Alexandria Brobst on April 15, 2022. Ms. Brobst's certification of the accuracy of the transcript is attached to the end of the transcript. The interview can be watched in full at the following link: https://www.youtube.com/watch?v=cdZZpaB2kDM (last accessed Jan. 19, 2023).

3. Attached hereto as Exhibit B is a true and accurate copy of an excerpt of Musk's oral and videotaped deposition held on November 5, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of January, 2023.

*/s/ Adam C. McCall*
Adam C. McCall