# EXHIBIT "A"

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4   IN RE TESLA, INC. SECURITIES) Case No.
     LITIGATION                  ) 3:18-cv-04865-EMC
 5                               )
                                 )
 6                               )
                                 )
 7                               )
                                 )
 8   _____)

 9         _____

10                       CONFIDENTIAL

11             ORAL AND VIDEOTAPED DEPOSITION OF

12                         ELON MUSK

13                     NOVEMBER 5, 2021
           _____
14

15      ORAL AND VIDEOTAPED DEPOSITION OF ELON MUSK,

16   produced as a witness at the instance of the Plaintiff,

17   and duly sworn, was taken in the above-styled and

18   numbered cause on November 5, 2021, from 10:32 a.m. to

19   8:04 p.m., before Candice Andino, Certified Shorthand

20   Reporter in and for the State of Texas, reported by

21   machine shorthand, at Armbrust & Brown, PLLC, 100

22   Congress Avenue, Suite 1300, Austin, Texas, pursuant to

23   Notice and in accordance with the Federal Rules of Civil

24   Procedure.

25   JOB NO. 202221
```

```
 1                A P P E A R A N C E S

 2    FOR THE PLAINTIFFS:

 3         LEVI & KORSINSKY
           BY:  MR. NICHOLAS PORRITT
 4              MS. ELIZABETH TRIPODI
                MS. KATHY AMES VALDIVIESO
 5         1101 30th Street N.W.
           Washington, DC 20007
 6


 7


 8
      FOR THE DEFENDANTS:
 9
           COOLEY
10         BY:  MR. STEPHEN NEAL
           3175 Hanover Street
11         Palo Alto, California 94304

12


13    ALSO PRESENT:

14         CASEY MUMMERT, Videographer

15         CANDACE JACKMAN, Tesla in-house counsel

16         JOSHUA WALDEN (appearing telephonically)

17

18

19

20

21

22

23

24

25
```

1                        I N D E X

2                                                          PAGE

3    Appearances..........................................2

4    WITNESS:   ELON MUSK

5    Examination by:

6        MR. PORRITT.....................................8

7    Reporter's Certificate............................299

8

9                         EXHIBITS

10   NO.                  DESCRIPTION                    PAGE

11   Exhibit 324   Tweet dated May 4, 2018                42

12   Exhibit 325   Tweets dated June 17, 2018             52

13   Exhibit 326   Tweets dated July 5, 2018              56

14   Exhibit 327   Article entitled "For Tesla's Elon     59
                   Musk, Twitter Is Sword Against
15                 Short Sellers"

16   Exhibit 328   Email dated August 1, 2018             66
                   (BARON_00000053)
17
     Exhibit 329   Email dated August 1, 2018             68
18                 (BARON_00000029)

19   Exhibit 330   Elon Musk SEC Transcript              104
                   (SEC-EPROD-000016109 -
20                 SEC-EPROD-000016391)

21   Exhibit 331   Text Messages                         197
                   (TESLA_LITTLETON_00020197)
22
     Exhibit 332   Article entitled "Saudi Fund in       236
23                 Talks to Invest in Tesla Buyout
                   Deal"
24

25

Page 4

EXHIBITS (Continued)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 333 | Mutual Non-Disclosure Agreement (TESLA_LITTLETON_00005310 - TESLA_LITTLETON_00005313) | 263 |
| Exhibit 334 | Email dated August 8, 2018 (TESLA_LITTLETON_00005551) | 266 |
| Exhibit 335 | Email Chain (TESLA_LITTLETON_00018851) | 272 |
| Exhibit 336 | Email Chain (SEC-EPROD-000005623) | 282 |
| Exhibit 337 | Email Chain (TESLA_LITTLETON_00019605) | 295 |

PREVIOUSLY MARKED EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 8 | Tweet dated August 7, 2018 | 181 |
| Exhibit 9 | Tweet dated August 7, 2018 | 198 |
| Exhibit 10 | Tweet dated August 7, 2018 | 200 |
| Exhibit 11 | Tweets dated August 5, 2018 | 203 |
| Exhibit 12 | Blog post entitled "Taking Tesla Private" | 207 |
| Exhibit 13 | Tweet dated August 7, 2018 | 211 |
| Exhibit 16 | Blog post entitled "Update on Taking Tesla Private" | 255 |
| Exhibit 77 | Email Chain (TESLA_LITTLETON_00006162) | 85 |

Page 5

| | PREVIOUSLY MARKED EXHIBITS (Continued) | |
|---|---|---|
| NO. | DESCRIPTION | PAGE |
| Exhibit 78 | Email dated August 1, 2018 (BARON_00000055 - BARON_00000056) | 39 |
| Exhibit 81 | Email dated August 2, 2018 (TESLA_LITTLETON_00000078) | 129 |
| Exhibit 83 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc. Dated August 3, 2018 (TESLA_LITTLETON_00012812 - TESLA_LITTLETON_00012814) | 149 |
| Exhibit 87 | Email dated August 7, 2018 (TESLA_LITTLETON_00005353) | 171 |
| Exhibit 94 | Email dated August 11, 2018 (TESLA_LITTLETON_00000106) | 274 |
| Exhibit 101 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., dated August 23, 2018 (TESLA_LITTLETON_00012794 - TESLA_LITTLETON_00012798) | 291 |
| Exhibit 102 | Social Meda Policy (TESLA_LITTLETON_00006168) | 69 |
| Exhibit 104 | Email Chain (MUSK_001706 - MUSK_001707) | 34 |
| Exhibit 105 | Email Chain (TESLA_LITTLETON_00006239 - TESLA_LITTLETON_00006240) | 72 |
| Exhibit 106 | Email dated January 31, 2017 (TESLA_LITTLETON_00004579) | 73 |
| Exhibit 107 | Email Chain (TESLA_LITTLETON_00003900) | 80 |
| Exhibit 121 | Text Messages (TESLA_LITTLETON_00000320) | 146 |

PREVIOUSLY MARKED EXHIBITS (Continued)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 127 | Email dated May 4, 2018 | 64 |
| Exhibit 134 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc., dated August 16, 2018 (TESLA_LITTLETON_00012799 - TESLA_LITTLETON_00012800) | 285 |
| Exhibit 137 | Minutes of a Special Meeting of the Board of Directors of Tesla, Inc. dated August 18, 2018 (TESLA_LITTLETON_00012801 - TESLA_LITTLETON_00012803) | 288 |
| Exhibit 207 | Email Chain (TESLA_LITTLETON_00018998) | 206 |
| Exhibit 229 | Blog post entitled "Staying Public" (TESLA_LITTLETON_00007163) | 214 |
| Exhibit 256 | Email Chain (SEC-EPROD-000005388 - SEC-EPROD-000005389) | 273 |
| Exhibit 271 | Email Chain (MS_TESLA0001351 - MS_TESLA0001353) | 264 |
| Exhibit 298 | Email Chain (TESLA_LITTLETON_00018287- TESLA_LITTLETON_00018289) | 178 |
| Exhibit 320 | Tweet dated June 6, 2017 | 29 |
| Exhibit 321 | Tweet dated July 15, 2018 | 32 |
| Exhibit 322 | Article entitled "Saudi Arabia's sovereign fund builds $2bn Tesla stake" | 177 |

1       FRIDAY, NOVEMBER 5, 2021, 10:32 A.M.

2              AUSTIN, TEXAS

3              THE VIDEOGRAPHER: Good morning. This is

4   the start of media labeled Number 1 of the video

5   recorded deposition of Mr. Elon Musk, in the matter in

6   re Tesla, Inc. Securities Litigation, in the US District

7   Court Northern District of California, San Francisco

8   Division, No. 3:18-cv-04865-EMC.

9              This deposition is being held at the law

10  offices of Armbrust & Brown on November 5th, 2021, at

11  approximately 10:32 a.m.

12             My name is Casey Mummert. I'm the legal

13  video specialist from TSG Reporting, Inc. headquartered

14  in 228 East 45th Street, Suite 810, New York, New York

15  10017.

16             The court reporter is Candice Andino in

17  association with TSG Reporting.

18             Counsel, please introduce yourselves.

19             MR. PORRITT: Excuse me. Nicholas Porritt

20  of the firm of Levi & Korsinsky on behalf of the

21  Plaintiff and the Class.

22             MS. AMES VALDIVIESO: Kathy Ames on behalf

23  of Plaintiff.

24             MS. TRIPODI: And Elizabeth Tripodi with

25  Levi & Korsinsky on behalf of Plaintiff.

Page 8

1               MR. NEAL:  And I'm Stephen Neal of Cooley
2    representing Mr. Musk and the other defendants in this
3    case.
4               MS. JACKMAN:  Candace Jackman, in-house
5    counsel with Tesla.
6                    (Witness sworn.)
7               THE WITNESS:  I do.
8                         ELON MUSK,
9    having been first duly sworn, was examined and testified
10   as follows:
11                        EXAMINATION
12   BY MR. PORRITT:
13       Q.   Good morning, Mr. Musk.
14       A.   Good morning.
15       Q.   As you just heard, my name is Nicholas Porritt.
16   I'm one of the counsel for the plaintiffs in this
17   matter.
18       A.   Okay.
19       Q.   I'll be taking your deposition today.  I know
20   you've been deposed before, but I'll just quickly go
21   over a couple of ground rules just to -- just to make
22   sure we're all on the same page.  Excuse me.
23               One is we are creating a written record.
24   You can see Candice here is writing down what I say and
25   will write down what you say.  So, with that in mind,

1  we'll request that you don't talk over one another just
2  to make Candice's life a little bit easier.  So, if
3  you'd please wait for me to finish my question before
4  answering, I'll try and wait and -- I'll let you finish
5  your answer before answering [sic] my next question, and
6  we'll go forward that way.
7           Is that okay?
8       A.  Yes.
9       Q.  And I'm sure we'll break that rule -- I'm sure
10 I will break that rule going forward, but we'll just do
11 our best.
12          If there's anything about a question that
13 you don't understand, please don't hesitate to point
14 that out to me, and I'll do my best to ask a better
15 question.
16          The other point is, we'll be taking breaks
17 kind of every hour or so, typically.  But, if at any
18 time otherwise you feel the need to take a break, please
19 just raise that with me, and we'll try and take a break.
20 The only proviso is that you should answer any pending
21 question before we take a break.
22          Understood?
23      A.  Yes.

[REDACTED lines 1–16]

```
17        A.   I should mention that I'm actually quite
18   excited about this case, because I've -- I'm extremely
19   unhappy about the SEC settlement, but I'm prohibited
20   from talking about it, but now I'm forced to talk about
21   it under penalty of perjury.  And so I can now clear the
22   record about that terrible SEC settlement where they
23   held a gun to Tesla's head, and it was Tesla would
24   either die or they would force me to lie.  And now I can
25   finally clear the record, and I'd like to thank you for
```

Page 121

```
1    that.
2        Q.  You're welcome.
3        A.  It's gonna to be great.
4        Q.  Okay.
5        A.  I can't wait.
```

[lines 6–16 redacted]

```
17       Q.  Okay.  All right.  So just confirming that
18   last -- that that last -- your last statement wasn't
19   saying anything about your testimony to the SEC.  That
20   was all.
21       A.  No.  It was saying that the SEC -- and this is
22   the reason why I lack respect for the SEC, is that they
23   knew they had no case.  They knew that they were
24   factually in the wrong, but they also knew that Tesla
25   would be under extreme pressure to settle the case, and
```

Page 122

```
 1   that -- and I declined to settle the case with the SEC.
 2   And then I was told by Deepak Ahuja that if we did not
 3   settle the SEC, that the banks would stop providing
 4   Tesla with working capital, and we would go bankrupt
 5   immediately.
 6              So I was faced with a terrible choice,
 7   publicly settle with the SEC -- and although the -- it
 8   says there is no admission or denial of guilt, if you
 9   pay a fine to the SEC, everyone thinks you're guilty.  I
10   knew this, and this has been used against me for a long
11   time.  And now I can finally clear the record.  And I'm
12   going to do it, and it's going to be great.
13   ████████████████████████████████████████████████████
     ████████████████████████████████████████████████
     ██████████████████████████████████████
     ████████████████████████████████████████████████████
     ███████████████████████████
     ████████████████████████████████████████████████████
     ████████████████████████████████████████████████████
     ████████████████████████████████████████████████████
     ██████████████████████████████████████████████
     ████████████████████████████████████████████
     ███████████
     ██████████████████████████████████████
     ███████████████████████
```