# EXHIBIT "B"

Page 1

```
 1
 2
 3
 4
 5
 6
 7   Transcription of YouTube Video:  Elon Musk talks
 8   Twitter, Tesla and the future — live at TED2022
 9
10                     Video Link:
11    https://www.youtube.com/watch?v=cdZZpaB2kDM
12
13                 Runtime:  54:45
14               Date:  April 14th, 2022
15
16          Transcription Begins:  27:00
17           Transcription Ends:  31:40
18
19
20
21
22
23
24
25
```

1    MR. MUSK:  So, I don't know.  I just
2 sort of like tweet out things that are
3 interesting, or funny, or you know.  And
4 then people seem to like it.
5    MR. ANDERSON:  So, if you are
6 unsuccessful, -- actually, let me -- before
7 I ask that, let me ask this.  In fact, I
8 don't -- so, how can I say, is funding
9 secured?
10    MR. MUSK:  I have sufficient assets to
11 complete the -- it's not a forward-looking
12 statement, blah, blah, blah.  I have suff--
13 I mean, I can do it if possible.
14    MR. ANDERSON:  Right.
15    MR. MUSK:  So, -- and I mean, I should
16 say actually, even in the -- or originally
17 the -- with Tesla back in the day, funding
18 was actually secured.  I want to be clear
19 about that.  In fact, this may be a good
20 opportunity to clarify that.  Funding was
21 indeed secured, and I should say, like, why
22 do I not have respect for the SEC in that
23 situation.  And I don't mean to blame
24 everyone at the SEC, but certainly the San
25 Francisco office.  It's because the SEC knew

Page 3

1  that the funding was secured, but they
2  pursued the -- an active public
3  investigation none the less.  At the time,
4  Tesla was in a precarious financial
5  situation, and I was told by the banks that
6  if I did not agree to settle with the SEC,
7  that they would -- the banks would cease
8  providing working capital and Tesla would go
9  bankrupt immediately.  So, that's like
10 having a gun to your child's head.  So, I
11 was forced to concede to the SEC,
12 unlawfully, those bastards.  And now, they -
13 - it makes it look like I lied, when I did
14 not in fact lie.  I was forced to admit that
15 I lied for -- to save Tesla's life and
16 that's the only reason.
17     MR. ANDERSON:  Given what's actually
18 happened -- given what's actually happened
19 to Tesla since then though, aren't you glad
20 that you didn't take it private?
21     MR. MUSK:  Yeah.  I mean, the -- it's
22 simple to put yourself in the position at
23 the time, Tesla was under the most
24 relentless short seller attack in the
25 history of the stock market.  There's

Page 4

1  something called a short and distort, where
2  the barrage of negativity that Tesla was
3  experiencing from short sellers on Wall
4  Street was beyond (inaudible) -- Tesla was
5  the most shorted stock in the history of the
6  stock market.
7       MR. ANDERSON:  Yeah.
8       MR. MUSK:  This is saying something.
9  So, you know, this was affecting our ability
10 to hire people, it was affecting our ability
11 to sell cars, it was -- there were -- yeah,
12 it was terrible.  The -- yeah, they wanted
13 Tesla to die so bad they could taste it.
14      MR. ANDERSON:  Well, most of them have
15 paid the price.
16      MR. MUSK:  Yes.  How they -- where are
17 they now?
18      MR. ANDERSON:  So, that was a very
19 strong statement.  I mean, obviously, a lot
20 of people who support you, I would have
21 thought would say, you have so much to offer
22 the world on the upside -- on the vision
23 side, don't waste your time getting
24 distracted by these battles that bring out
25 negativity and make people feel that you're

Page 5

1  being defensive or -- you know, people don't
2  like fights, especially with powerful
3  government authorities, they would rather --
4  they would rather buy into your -- to a
5  dream.  Do you -- do you -- like, aren't you
6  encouraged by people, just to edit that --
7  in that, you know, temptation out and go
8  with the bigger story?
9       MR. MUSK:  Well, I mean, I'm -- I would
10 say like, you know, I'm sort of a mixed bag,
11 you know?  I mean, what --
12      MR. ANDERSON:  Well, you're a fighter
13 and you don't -- you don't like to lose, and
14 you are determined that you don't,
15 basically.  I mean, you are --
16      MR. MUSK:  Sure, I don't like to lose.
17 I'm not sure many people do.  They -- but
18 the truth matters to me a lot.  Like really,
19 -- like I -- sort of pathologically, it
20 matters to me.
21      MR. ANDERSON:  Okay, so you don't like
22 to lose.  If in this case you are not
23 successful and, you know, the board does not
24 accept your offer, you have said you won't
25 go higher, is there a plan B?

Page 6

1     MR. MUSK:  There is.
2     MR. ANDERSON:  I think we -- I think we
3  would like to hear a little bit about plan
4  B.
5     MR. MUSK:  For a -- for another time, I
6  think.
7     MR. ANDERSON:  Another time?
8     MR. MUSK:  Yeah.
9           (End of recording.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1            CERTIFICATE

2

3              - - -

4

5       I, Alexandria Brobst, Transcriptionist,

6  do hereby certify that I was authorized to

7  and did listen to and transcribe the

8  foregoing recorded proceedings and that the

9  transcript is a true record to the best of

10 my professional ability.

11

12       Dated this 15th day of April, 2022.

13

14

15

16  *Alexandria Brobst*

17     Alexandria Brobst

18

19

20

21

22

23

24

25