**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
        amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR CAUTIONARY JURY INSTRUCTION** |

This matter comes before the Court on Plaintiff's Emergency Motion for a Cautionary Jury Instruction. The Court has considered the Motion, any supporting material and argument of counsel. After considering the papers submitted by the parties and the argument of counsel, it is **HEREBY ORDERED** that Plaintiff's motion is **GRANTED** and **ORDERS** as follows:

1. The jury will be instructed as follows prior to Elon Musk testifying at trial:

**JURY INSTRUCTION NO. \_\_\_\_**
**CAUTIONARY INSTRUCTIONS**

I previously instructed you to assume that the statements "Funding secured" and "Investor support is confirmed. Only reason why this is not certain is that it's contingent on a shareholder vote." were untrue. When I tell you to "assume" these statements were untrue, you must accept that for the purposes of this proceeding, the statements "Funding secured" and "Investor support is confirmed. Only reason

- 2 -

why this is not certain is that it's contingent on a shareholder vote." were untrue and you must disregard any fact, testimony, or argument that suggests that they were true. You must also accept that Mr. Musk acted at least with deliberate recklessness when he made those statements. You must also reject and disregard any fact, testimony, or argument that he acted innocently, in good faith, or anything less than recklessly.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                              Hon. Edward M. Chen
                                              United States District Judge