1  WARREN METLITZKY (CA Bar No. 220758)
   LIZ KIM (CA Bar No. 295277)
2  **CONRAD | METLITZKY | KANE LLP**
   Four Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Tel:    (415) 343-7100
4  Fax:    (415) 343-7101
   Email: wmetlitzky@conmetkane.com
5          lkim@conmetkane.com

6  JULIE M. RIEWE (CA Bar No. 207520)
   **DEBEVOISE & PLIMPTON LLP**
7  jriewe@debevoise.com
   801 Pennsylvania Avenue N.W.
8  Washington, D.C. 20004
   (202) 383-8070
9
   ELLIOT GREENFIELD (admitted *pro hac vice*)
10 **DEBEVOISE & PLIMPTON LLP**
   66 Hudson Boulevard
11 New York, NY 10001
   Tel:    (212) 909-6772
12 Fax:    (212) 521-7972
   Email: egreenfield@debevoise.com
13
14 Attorneys for EGON PIERRE-DURBAN

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | CASE NO. 3:18-CV-04865-EMC-KAW<br><br>**NOTICE OF APPEARANCE OF LIZ KIM ON BEHALF OF THIRD-PARTY EGON PIERRE-DURBAN** |

TO THE CLERK OF COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Liz Kim, of the law firm Conrad | Metlitzky | Kane LLP, hereby enters their appearance as counsel for third-party Egon Pierre-Durban, in the above-captioned action.

DATED: January 19, 2023                                    Respectfully submitted,

                                                                               CONRAD | METLITZKY | KANE LLP

                                                                               */s/ Liz Kim*
                                                                               LIZ KIM

                                                                               Attorneys for EGON PIERRE-DURBAN