Randall Scott Luskey (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street. 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

Richard C. Tarlowe (*pro hac vice* pending)
rtarlowe@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile:  (212) 492-0035

*Attorneys for Non-Party*
DANIEL DEES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865 (EMC) <br><br> **NON-PARTY DANIEL DEES' NOTICE OF APPEARANCE OF RANDALL SCOTT LUSKEY** <br><br> Sr. District Judge Edward M. Chen |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that RANDALL SCOTT LUSKEY of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters an appearance as counsel for Non-Party Daniel Dees, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

> Randall Scott Luskey (SBN: 240915)
> rluskey@paulweiss.com
> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
> 535 Mission Street. 24th Floor
> San Francisco, CA 94105
> Telephone: (628) 432-5100
> Facsimile: (628) 232-3101

Dated: January 20, 2023        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Randall Scott Luskey*
Randall Scott Luskey (SBN: 240915)

*Attorneys for Non-Party*
DANIEL DEES

- 2 -        NON-PARTY DANIEL DEES' NOTICE OF APPEARANCE OF RANDALL LUSKEY
CASE NO. 3:18-CV-04865 (EMC)