QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (*appearing pro hac vice*)
   alexspiro@quinnemanuel.com
   Andrew J. Rossman (*appearing pro hac vice*)
   andrewrossman@quinnemanuel.com
   Ellyde R. Thompson (*appearing pro hac vice*)
   ellydethompson@quinnemanuel.com
   Jesse Bernstein (*appearing pro hac vice*)
   jessebernstein@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

   Michael T. Lifrak (Bar No. 210846)
   michaellifrak@quinnemanuel.com
   Kyle Batter (Bar No. 301803)
   kylebatter@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE RE: REVISED JOINT EXHIBIT LIST** |
|---|---|

1  Pursuant to the court's request, attached hereto is the parties' revised joint exhibit list.

2

3  DATED: January 22, 2023             Respectfully submitted,

4                                      QUINN EMANUEL URQUHART & SULLIVAN, LLP

5

6                                      By: */s/ Alex Spiro*
                                       Alex Spiro *(appearing pro hac vice)*
7                                      *Attorneys for Tesla, Inc., Elon Musk, Brad W. Buss,*
                                       *Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias,*
8                                      *James Murdoch, Kimbal Musk, and Linda Johnson Rice*

9
                           **CERTIFICATE OF SERVICE**
10  I hereby certify that the foregoing document was served on all counsel of record

11 electronically or by another manner authorized under FED. R. CIV. P. 5(b) on this the 22nd day of

12 January 2023.

13

14                                     QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
15

16

17                                     By */s/ Kyle Batter*
                                       Kyle Batter
18

19                                     *Attorneys for Tesla, Inc., Elon Musk, Brad W.*
                                       *Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J.*
20                                     *Gracias, James Murdoch, Kimbal Musk, and*
                                       *Linda Johnson Rice*
21

22

23

24

25

26

27

28