UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 18-cv-04865-EMC <br><br> **ORDER REGARDING OBJECTIONS TO JANUARY 18 EVIDENCE** <br><br> Docket Nos. 592, 596 |

The Court's rulings on the parties' objections to the list of exhibits slated for January 18, 2023, are attached. The Court uses the following notations: "O" means that the objection is overruled, "S" means that the objection is sustained, "R" means that the Court is reserving ruling, and "W" means that the exhibit or the objection has been withdrawn.

**IT IS SO ORDERED**.

Dated: January 22, 2023

_____
EDWARD M. CHEN
United States District Judge