**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
          amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC <br><br> **DECLARATION OF ADAM C. MCCALL IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION *IN LIMINE* RE: OPTION DAMAGES** |
|---|---|

1      I, Adam C. McCall, hereby declare as follows:

2      1.    I am an associate at Levi & Korsinsky, LLP, attorneys for Plaintiff Glen Littleton in the above-captioned action. I make this declaration in support of Plaintiff's Emergency Motion *in Limine* Re: Option Damages. I am admitted to practice before this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of Professor Amit Seru's supplemental report dated January 12, 2023.

3.    Attached hereto as **Exhibit B** is a true and correct copy of Professor Amit Seru's rebuttal report dated December 8, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of January, 2023.

*/s/ Adam C. McCall*
Adam C. McCall