**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
      amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION *IN LIMINE* RE: OPTION DAMAGES** |

      This matter comes before the Court on Plaintiff's Emergency Motion *in Limine* Re: Option Damages. The Court has considered the Motion, any supporting material and argument of counsel. After considering the papers submitted by the parties and the argument of counsel, it is **HEREBY ORDERED** that Plaintiff's motion is **GRANTED** and **ORDERS** that Defendants are precluded from introducing at trial any argument, testimony, or evidence: (i) against Plaintiff's use of actual market prices to construct the "actual" curve for purposes of measuring option damages; (ii) concerning previous option damages methodologies which are no longer relevant in this action, such as the "impact quantum" model or the use of CBOE implied volatilities; and (iii) concerning the opinions expressed by Professor Seru in his supplemental report.

      **IT IS SO ORDERED.**

Dated: _____           _____
                                         Hon. Edward M. Chen
                                         United States District Judge