*In re Tesla, Inc. Securities Litigation*, Case No. 3:18-cv-04865-EMC (N.D. Cal.)
**Defendants' Disclosures for Trial Day 7, January 27, 2023**

| Witness | Ex. | Plaintiff's Objection | Defendants' Response | Ruling |
|---|---|---|---|---|
| Robyn Denholm | 8 | No objection. | N/A | |
| Robyn Denholm | 9 | No objection. | N/A | |
| Robyn Denholm | 10 | No objection. | N/A | |
| Robyn Denholm | 11 | No objection. | N/A | |
| Robyn Denholm | 12 | No objection. | N/A | |
| Robyn Denholm | 13 | No objection. | N/A | |
| Robyn Denholm | 53 | No objection. | N/A | |
| Robyn Denholm | 81 | No objection. | N/A | |
| Robyn Denholm | 82 | No objection. | N/A | |
| Robyn Denholm | 83 | No objection. | N/A | |
| Robyn Denholm | 89 | No objection. | N/A | |
| Robyn Denholm | 96 | No objection. | N/A | |
| Robyn Denholm | 101 | No objection. | N/A | |
| Robyn Denholm | 130 | No objection. | N/A | |
| Robyn Denholm | 134 | No objection. | N/A | |
| Robyn Denholm | 135 | No objection. | N/A | |
| Robyn Denholm | 137 | No objection. | N/A | |
| Robyn Denholm | 139 | No objection. | N/A | |
| Robyn Denholm | 173 | No objection. | N/A | |
| Robyn Denholm | 201 | No objection proved Plaintiff can use during cross-examination. | If Defendants choose to use Exhibit 201 with Ms. Denholm, then Defendants do not object to Plaintiff thereafter questioning Ms. Denholm about the exhibit. | |
| Robyn Denholm | 225 | No objection. | N/A | |
| Robyn Denholm | 229 | No objection. | N/A | |
| Robyn Denholm | 293 | No objection. | N/A | |
| Robyn Denholm | 294 | No objection. | N/A | |
| Robyn Denholm | 312 | No objection. | N/A | |

*In re Tesla, Inc. Securities Litigation*, **Case No. 3:18-cv-04865-EMC (N.D. Cal.)**
**Defendants' Disclosures for Trial Day 7, January 27, 2023**

| Witness | Ex. | Plaintiff's Objection | Defendants' Response | Ruling |
|---|---|---|---|---|
| Robyn Denholm | 313 | No objection. | N/A | |
| Robyn Denholm | 314 | No objection. | N/A | |
| Robyn Denholm | 315 | No objection. | N/A | |
| Robyn Denholm | 316 | No objection. | N/A | |
| Robyn Denholm | 317 | No objection. | N/A | |
| Robyn Denholm | 318 | No objection. | N/A | |
| Robyn Denholm | 786 | No objection. | N/A | |
| Brad Buss | 8 | No objection. | N/A | |
| Brad Buss | 9 | No objection. | N/A | |
| Brad Buss | 13 | No objection. | N/A | |
| Brad Buss | 53 | No objection. | N/A | |
| Brad Buss | 81 | No objection. | N/A | |
| Brad Buss | 82 | No objection. | N/A | |
| Brad Buss | 83 | No objection. | N/A | |
| Brad Buss | 96 | No objection. | N/A | |
| Brad Buss | 101 | No objection. | N/A | |
| Brad Buss | 130 | No objection. | N/A | |
| Brad Buss | 137 | No objection. | N/A | |
| Brad Buss | 171 | No objection. | N/A | |
| Brad Buss | 295 | No objection. | N/A | |