1 **LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
2 Adam C. McCall (SBN 302130)
3 75 Broadway, Suite 202
San Francisco, CA 94111
4 Tel.: (415) 373-1671
Email: aapton@zlk.com
5        amccall@zlk.com

6 *Attorneys for Plaintiff and Counsel for the Class*

7

8 UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS REGARDING THE TESTIMONY OF DAVE ARNOLD** |
|---|---|

1    I, Adam C. McCall, hereby declare as follows:

2    1.    I am an associate at Levi & Korsinsky, LLP, attorneys for Plaintiff Glen Littleton in the above-captioned action. I make this declaration in support of Plaintiff's Response to Defendants' Objections to Mr. Arnold. I am admitted to practice before this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

    2.    Attached hereto as Exhibit A is a true and accurate copy of the excerpted transcripts of Mr. Arnold's depositions help on September 30, 2021, and February 24, 2022.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 26th day of January, 2023.

>    */s/ Adam C. McCall*
>    Adam C. McCall