EXHIBIT "A"

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1          UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4   ------------------------------)
                                  )
5   IN RE TESLA, INC.             ) Civil Action No.
                                  ) 3:18-cv-04865-EMC
6   SECURITIES LITIGATION         )
                                  )
7   ------------------------------)

8

9

10

11

12      CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

13        VIDEOTAPED DEPOSITION OF DAVID ARNOLD

14                    VOLUME I

15         APPEARING VIA VIDEOCONFERENCE FROM

16            PALM SPRINGS, CALIFORNIA

17          THURSDAY, SEPTEMBER 30, 2021

18            9:01 A.M. - 2:17 P.M. PST

19

20

21

22

23  STENOGRAPHICALLY REPORTED BY:
    CHERYL ASADA
24  CA CSR NO. 13496
    WA CCR NO. 21000937
25  FILE NO. 200187

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1

2

3

4          September 30, 2021

5          9:01 a.m.

6

7

8          CONFIDENTIAL - SUBJECT TO PROTECTIVE

9    ORDER, VIDEOTAPED DEPOSITION OF DAVID ARNOLD,

10   appearing via videoconference from Palm

11   Springs, California, before Cheryl Asada,

12   California Certified Shorthand Reporter

13   No. 13496, Washington Certified Court Reporter

14   No. 21000937.

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 3

```
 1

 2   A P P E A R A N C E S:

 3

 4          LEVI & KORSINSKY

 5          Attorneys for Plaintiffs

 6              1101 30th Street NW

 7              Washington, DC  20007

 8       By: NICHOLAS PORRITT, Esq.

 9           ELIZABETH TRIPODI, Esq.

10           KATHY AMES-VALDIVIESO, Esq.

11

12

13

14

15

16          COOLEY

17          Attorneys for Defendants

18              3175 Hanover Street

19              Palo Alto, California 94304

20       By: PATRICK GIBBS, Esq.

21           JOSHUA WALDEN, Esq.

22

23

24

25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 4

 1

 2   A P P E A R A N C E S (continued):

 3

 4        ALSO PRESENT:

 5             JOEL CORIAT, Videographer

 6             (Appearing via videoconference)

 7             CANDACE JACKMAN, In-House Counsel from

 8             Tesla

 9             (Appearing via videoconference)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 5

```
 1                    I N D E X

 2

 3   W I T N E S S :

 4   DAVID ARNOLD                                   PAGE

 5          EXAMINATION BY MR. PORRITT             10

 6

 7   INFORMATION REQUESTED:

 8                      (NONE)

 9

10   QUESTIONS INSTRUCTED NOT TO ANSWER:

11                      (NONE)

12

13   PREVIOUSLY MARKED EXHIBITS:

14                 NUMBER           PAGE

15                 Exhibit 8        60
                   Exhibit 9        68
16                 Exhibit 10       69
                   Exhibit 11       71
17                 Exhibit 12       84
                   Exhibit 13       87
18                 Exhibit 87       47

19

20                 E X H I B I T S

21   NUMBER            DESCRIPTION            PAGE

22   Exhibit 296 5/3/2018 E-mail chain        38
                 (TESLA_LITTLETON_00014243 to
23               TESLA_LITTLETON_00014260) -
                 Confidential
24
     Exhibit 297 6/12/2018 E-mail             46
25               (SPACEX_LITTLETON_00000133) -
                 Confidential
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 6

 1                      E X H I B I T S
                         (CONTINUED)
 2

     NUMBER              DESCRIPTION                    PAGE
 3

     Exhibit 298 8/7/2018 E-mail chain           52
 4               (TESLA_LITTLETON_00018287) -
                 Confidential
 5

     Exhibit 299 8/17/2018 E-mail               76
 6               (TESLA_LITTLETON_00013639) -
                 Confidential
 7

     Exhibit 300 8/7/2018 E-mail chain          78
 8               (TESLA_LITTLETON_00013628 to
                 TESLA_LITTLETON_00013631) -
 9               Confidential

10   Exhibit 301 8/7/2018 E-mail chain          84
                 (TESLA_LITTLETON_00018995 to
11               TESLA_LITTLETON_00018997) -
                 Confidential
12
     Exhibit 302 8/17/2018 E-mail chain         90
13               (TESLA_LITTLETON_00018261) -
                 Confidential
14
     Exhibit 303 8/7/2018 E-mail chain          93
15               (TESLA_LITTLETON_00005303) - FOIA
                 Confidential Treatment Requested
16               by Tesla Not Subject to Disclosure
                 Pursuant to  5 U.S.C. 552 (b)
17               Confidential

18   Exhibit 304 8/7/2018 E-mail chain          98
                 (TESLA_LITTLETON_00014429 to
19               TESLA_LITTLETON_00014430)

20   Exhibit 305 8/8/2018 E-mail chain          100
                 (TESLA_LITTLETON_00018913) -
21               Confidential

22   Exhibit 306 8/9/2018 E-mail chain          103
                 (TESLA_LITTLETON_00018851) -
23               Confidential

24   Exhibit 307 8/9/2018 E-mail               105
                 (TESLA_LITTLETON_00018875) -
25               Confidential

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 7

```
 1              E X H I B I T S
                 (CONTINUED)
 2

    NUMBER              DESCRIPTION              PAGE
 3

    Exhibit 308 3/10/2018 E-mail chain           114
 4              (TESLA_LITTLETON_00015641 to
                TESLA_LITTLETON_00015642) -
 5              Confidential

 6  Exhibit 309 8/10/2018 E-mail chain           115
                (TESLA_LITTLETON_00015996) -
 7              Confidential

 8  Exhibit 310 8/10/2018 E-mail chain           119
                (TESLA_LITTLETON_00015997 to
 9              TESLA_LITTLETON_00015998) -
                Confidential
10
    Exhibit 311 8/11/2018 E-mail                 121
11              (TESLA_LITTLETON_00004866) -
                Confidential
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 94

1          Mr. Porritt, I'm sorry.  I couldn't

2  understand what you were just saying, please.

3          MR. PORRITT:  Oh, I apologize.

4  BY MR. PORRITT:

5     Q    I only really have questions about the first

6  page of Exhibit 303, but please review what you need

7  of the exhibit.  Meanwhile, I'll introduce it into the

8  record.

9          MR. PORRITT:  Exhibit 303 is a document

10  Bates-stamped TESLA_LITTLETON_00005303 to 5307.

11          THE WITNESS:  Yes, I've scanned this.  I

12  have not read the full text of The Wall Street

13  Journal and New York Times article below that, but

14  it's not relevant to the question.

15  BY MR. PORRITT:

16     Q    So this is an e-mail that you sent on

17  August 7th, 2018?

18     A    Yes.

19     Q    Okay.  And just to be clear, I think the

20  timestamps may be off by -- they may be in the

21  afternoon of August 7th, 2018, based on the timestamp.

22          It's to a distribution list ExecStaff.  Do

23  you see that?

24     A    Yes, I see that.

25     Q    Do you know who was on that distribution

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 95

1   list?

2        A    I don't know exactly who was on that, but it

3   was our executive team, as I recall.

4        Q    Okay.  Was Elon Musk on that distribution

5   list?

6        A    I believe so.

7        Q    You'll see here in Exhibit 303 -- well, first

8   of all, this paragraph is saying -- you know, you

9   start off "FYI," and then you say, "following up blog

10  post."  And then there's a remaining paragraph.

11            Are those -- is that something that you

12  wrote?

13       A    Most likely, that is something -- as we saw

14  in some previous e-mails, there's an employee named

15  Erica Chen who, one of her responsibilities was to,

16  sort of, collate coverage.  I suspect that she -- she

17  drafted this.

18       Q    Okay.  But you would have read it before

19  putting it into this e-mail around to the ExecStaff?

20       A    I would have likely scanned it.  Probably

21  unlikely that I read the whole thing word-for-word.

22       Q    You'll see here in that first paragraph, it's

23  written:

24                 "The predominant theme throughout

25                 coverage is that the e-mail 'did not make

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1              any mention of financing reference in

2              Musk's original tweet' and 'gave no gave

3              further details on how he would fund a

4              deal or when he hoped to make the buyout

5              offer,'"

6         Do you see that?

7     A    I do.

8     Q    At this time, do you recall having any

9    question in your mind about how you should address

10   media inquiries regarding the source of financing for

11   the go-private transaction?

12    A    Again, I don't recall exactly.  We were

13   still -- at this point, would've just been pointing to

14   the initial blog post that we published.  I -- I would

15   imagine that, you know, as we're seeing this theme

16   come through in media, we figured it was something

17   that, at some point, we should figure out how to

18   address.

19    Q    Okay.  Do you recall when you came up with a

20   message on the financing for the go-private

21   transaction?

22    A    I don't.

23    Q    Do you recall who was tasked with coming up

24   with a message to give to -- in response to media

25   inquiries regarding financing?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 126

1

2  STATE OF CALIFORNIA    )
                         )    ss.
3  COUNTY OF LOS ANGELES )

4

5      I, DAVID ARNOLD, do hereby certify under penalty

6  of perjury that I have read the foregoing transcript

7  of my deposition, taken on SEPTEMBER 30, 2021; that I

8  have made any corrections, additions, or deletions to

9  reflect my accurate testimony; that my transcript is a

10  true and accurate transcription of my testimony.

11

12      Signed at _____, _____.
                      (City)                  (State)
13

14      _____  _____
                DAVID ARNOLD                    (Date)
15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 127

1

2    STATE OF CALIFORNIA    )
                            )  ss.
3    COUNTY OF LOS ANGELES  )

4

5            I, CHERYL ASADA, CSR No. 13496, certify: That

6    the foregoing proceedings were taken via remote

7    videoconference at the time and place herein set

8    forth; at which time the witness was duly sworn; and

9    that the transcript is a true record of the testimony

10   so given.

11           The dismantling, unsealing, or unbinding

12   of the original transcript will render the

13   reporter's certificate null and void.

14           I further certify that I am not financially

15   interested in the action, and I am not related to any

16   of the parties in this case.

17           Witness review, correction, and signature was

18   ( ) By Code  (X) Requested  ( ) Not requested.

19

20

21           Dated this 12TH day of OCTOBER, 2021.

22

23                     _____

24                     CHERYL ASADA, CSR 13496

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 128

1                          ERRATA SHEET

2    Case Name:

3    Deposition Date:

4    Deponent:

5    Pg.   No.  Now Reads       Should Read    Reason

6    ____  ____ _____     _____    _____

7    ____  ____ _____     _____    _____

8    ____  ____ _____     _____    _____

9    ____  ____ _____     _____    _____

10   ____  ____ _____     _____    _____

11   ____  ____ _____     _____    _____

12   ____  ____ _____     _____    _____

13   ____  ____ _____     _____    _____

14   ____  ____ _____     _____    _____

15   ____  ____ _____     _____    _____

16   ____  ____ _____     _____    _____

17   ____  ____ _____     _____    _____

18   ____  ____ _____     _____    _____

19   ____  ____ _____     _____    _____

20

21                             _____

22                             Signature of Deponent

     SUBSCRIBED AND SWORN BEFORE ME
23   THIS _____ DAY OF _____, 2021.

24   _____

25   (Notary Public)   MY COMMISSION EXPIRES:_____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 129

1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4   ------------------------------)
                                  )
5   IN RE TESLA, INC.             ) Civil Action No.
                                  ) 3:18-cv-04865-EMC
6   SECURITIES LITIGATION         )
                                  )
7   _____)

8

9

10

11

12      CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

13         VIDEOTAPED DEPOSITION OF DAVID ARNOLD

14                    VOLUME II

15      APPEARING VIA VIDEOCONFERENCE FROM

16             PALM SPRINGS, CALIFORNIA

17          THURSDAY, FEBRUARY 24, 2022

18             8:04 A.M. - 11:11 A.M.

19

20

21

22

23   Stenographically Reported by:

24   Tami L. Le, CSR No. 8716, RPR

25   Job No. 207086

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 130

1

2

3

4          February 24, 2022

5          8:04 a.m.

6

7     ** CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER **

8

9          REMOTE VIDEOTAPED DEPOSITION OF DAVID

10    ARNOLD, appearing via Zoom videoconference

11    from Palm Springs, California, before Tami L.

12    Le, Registered Professional Reporter and

13    California Certified Shorthand Reporter

14    No. 8716 in the State of California.

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 131

```
 1   A P P E A R A N C E S:

 2

 3

 4              LEVI & KORSINSKY

 5              Attorneys for Plaintiffs

 6                  1101 30th Street NW

 7                  Washington, District of Columbia 20007

 8          BY:   NICHOLAS PORRITT, ESQ.

 9                KATHY VALDIVIESO, ESQ.

10                KATHY VALDIVIESO, ESQ.

11

12              QUINN EMANUEL URQUHART & SULLIVAN

13              Attorneys for Defendants

14                  51 Madison Avenue

15                  New York, New York 10010

16          BY:   ALEX SPIRO, ESQ.

17

18

19              ALSO PRESENT:

20                  STEPHAN ANDREYCHUK, Videographer

21                  (Appearing via videoconference)

22

23

24

25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 132

```
1                    I N D E X

2    WITNESS:  DAVID ARNOLD

3    EXAMINATION                              PAGE

4      BY MR. PORRITT                         138

5

6

7                  E X H I B I T S

8    NUMBER            DESCRIPTION           MARKED

9    Exhibit 338 - August 11, 2018 Reuters     151
                   article, "Saudi Arabia's PIF
10                  has shown no interest in
                   bankrolling Tesla's buyout -
11                  sources"

12   Exhibit 339 - Email string, top email dated  153
                   8/13/2018 from Erica Chen to
13                  Dave Arnold, Bates-stamped
                   TESLA_LITTLETON_00013913
14                  through
                   TESLA_LITTLETON_00013915
15
     Exhibit 340 - Email dated 8/13/2018 from    166
16                  Dave Arnold to Elon Musk,
                   Bates-stamped
17                  TESLA_LITTLETON_00005739

18   Exhibit 341 - Email string, top email dated  173
                   August 13, 2018 from Mitchell
19                  Schwenz to Dave Arnold and
                   Sarah O'Brien, Bates-stamped
20                  TESLA_LITTLETON_00004744
                   through
21                  TESLA_LITTLETON_00004749

22   Exhibit 342 - Email string, top email dated  178
                   August 13, 2018 from Dave
23                  Arnold to Todd Maron and Sarah
                   O'Brien, Bates-stamped
24                  TESLA_LITTLETON_00019019 and
                   TESLA_LITTLETON_00019020
25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 133

```
 1              I N D E X  (Continued)

 2              EXHIBITS (Continued)

 3

 4   NUMBER              DESCRIPTION              MARKED

 5   Exhibit 343 - August 13, 2018 The New York    192
                    Times article, "Tesla Board
 6                  Surprised by Elon Musk's Tweet
                    on Taking Carmaker Private"
 7
     Exhibit 344 - August 14, 2018 The New York    194
 8                  Times article, "Elon Musk's
                    Effort to Take Tesla Private
 9                  to Get Board Oversight"

10   Exhibit 345 - Email string, top email dated   196
                    August 14, 2018 from Todd
11                  Maron to Dave Arnold, Sam
                    Teller and Kamran Mumtaz,
12                  Bates-stamped
                    TESLA_LITTLETON_00018695
13                  through
                    TESLA_LITTLETON_00018698
14
     Exhibit 346 - Email string, top email dated   208
15                  8/15/2018 from Kamran Mumtaz
                    to Dave Arnold, Bates-stamped
16                  TESLA_LITTLETON_00010932

17   Exhibit 347 - Email string, top email dated   210
                    8/15/2018 from Dave Arnold to
18                  Alexandria Sage, Bates-stamped
                    TESLA_LITTLETON_00011210 and
19                  TESLA_LITTLETON_00011211

20   Exhibit 348 - CNet article, "Elon Musk's      217
                    strange, strange Ambien tweet"
21
     Exhibit 349 - Email dated 8/16/2018 from      220
22                  Dave Arnold to Dave Arnold,
                    Bates-stamped
23                  TESLA_LITTLETON_00010920

24

25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 134

1                    I N D E X  (Continued)

2                     EXHIBITS (Continued)

3

4    NUMBER                 DESCRIPTION              MARKED

5    Exhibit 350 - Email string, top email dated      221
                   8/17/2018 from Dave Arnold to
6                  Sarah O'Brien, Bates-stamped
                   TESLA_LITTLETON_00011183
7                  through
                   TESLA_LITTLETON_00011187
8
     Exhibit 351 - Email string, top email dated      226
9                  8/19/2018 from Dave Arnold to
                   Emily Stewart, Bates-stamped
10                 TESLA_LITTLETON_00011150
                   through
11                 TESLA_LITTLETON_00011154

12   Exhibit 352 - Vox post, "Elon Musk's plan to     231
                   own investors betting against
13                 Tesla is backfiring"

14   Exhibit 353 - Email dated 8/20/2018 from         232
                   Dave Arnold to Dave Arnold,
15                 Bates-stamped
                   TESLA_LITTLETON_00010663
16
     Exhibit 354 - Email string, top email dated      234
17                 8/21/2018 from Sam Teller to
                   Sarah O'Brien, Bates-stamped
18                 TESLA_LITTLETON_00010507 and
                   TESLA_LITTLETON_00010508
19
     Exhibit 355 - Email string, top email dated      235
20                 8/21/2018 from
                   steller@tesla.com to Sarah
21                 O'Brien and Dave Arnold,
                   Bates-stamped
22                 TESLA_LITTLETON_00012468

23

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 135

1                    I N D E X  (Continued)

2                     EXHIBITS (Continued)

3

4    NUMBER                  DESCRIPTION              MARKED

5    Exhibit 356 - Email dated 8/22/2018 from          238
                   Dave Arnold, Bates-stamped
6                  TESLA_LITTLETON_00010403 and
                   TESLA_LITTLETON_00010404
7
     Exhibit 357 - Email dated 8/24/2018 from          240
8                  Dave Arnold to Dave Arnold,
                   Bates-stamped
9                  TESLA_LITTLETON_00010223

10   Exhibit 358 - Email string, top email dated       252
                   8/26/2018 from Dave Arnold to
11                 Sarah O'Brien, Bates-stamped
                   TESLA_LITTLETON_00019182
12                 through
                   TESLA_LITTLETON_00019185
13
     Exhibit 359 - Email dated 8/24/2018 from          248
14                 steller@tesla.com to Sarah
                   O'Brien, Bates-stamped
15                 TESLA_LITTLETON_00019432

16

17   PREVIOUSLY MARKED EXHIBITS:                       PAGE

18   Exhibit  12 -                                      144

19   Exhibit  16 -                                      159

20   Exhibit  98 -                                      211

21   Exhibit 171 -                                      213

22   Exhibit 220 -                                      223

23   Exhibit 229 -                                      247

24   Exhibit 311 -                                      141

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 154

1      Q.    And I think -- I believe you testified

2   in your last deposition, but if you don't mind

3   reminding us, who is Erica Chen?

4      A.    She was a member of the communications

5   team.

6      Q.    And she would routinely prepare these

7   summaries; correct?

8      A.    Right, for -- you know, for news cycles

9   that were -- you know, for bigger news cycles or

10  news cycles where it would be something we'd

11  potentially want to share with others inside the

12  company, and she would compile these summaries so

13  you didn't have to, you know, read every article

14  word for word.  You could sort of get the gist of

15  it, so to speak, just by looking at this summary.

16     Q.    Okay.  And she would use her judgment as

17  to which articles she would, you know, contain

18  quotes from or summarize and some she would just

19  include a link to?

20     A.    Yes.

21     Q.    There's an email in the middle of -- the

22  second email on this chain -- on the first page of

23  Exhibit 339, there's an email from you saying:

24               "One of the themes we should

25               keep an eye out for is any

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1              reporting that Elon walked back

2              his," quote, "'funding secured,'"

3              close quote, "language from last

4              week."

5              Do you see that?

6        A.    I do.

7        Q.    Why were you -- why did you send that

8  message to Erica Chen?

9        A.    Well, I suspect I was, you know, looking

10  at this news coverage summary actually provided, and

11  there was some language in here -- for example, in

12  the third paragraph of her email where it says:

13              "Cowen analyst Jeffrey Osborne

14              told Bloomberg, 'Funding secured

15              certainly doesn't look secured in

16              my mind.'"

17              I think I probably read that and -- you

18  know, part of my job as communications person at

19  Tesla is to try and get a sense of where is the news

20  cycle going to go, what should -- what kind of, you

21  know, lines of inquiry should we expect next from

22  reporters.  And my sense was that that question was

23  being asked -- or that statement was being made, you

24  know, we might see more of that, and so I wanted to

25  just keep tabs on it.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1    Q.    Does this reflect the fact that "funding

2  secured" language had been subject to inquiries

3  before this date?

4    A.    You're saying is my sending of that

5  email also a reflection of the fact that we may have

6  gotten inquiries on that previously?

7    Q.    Yes.

8    A.    Yeah, I imagine that may have gone into

9  my calculations in terms of sending that email.

10   Q.    After this -- you know, after

11 August 13th, do you recall getting further inquiries

12 regarding the meaning of "funding secured"?

13   A.    Again, I don't recall the specific

14 timeline of when we got questions about what topic,

15 but I would imagine we did get questions on that

16 sort of throughout the process -- excuse me,

17 throughout the -- this whole period.

18   Q.    Do you recall having any discussions

19 with anyone else at Tesla regarding keeping an eye

20 out for any reporting that Elon walked back his

21 "funding secured" language?

22   A.    Not specifically.  I mean, it wouldn't

23 surprise me if I had said something similar to my

24 other colleagues as well.

25   Q.    Okay.  That might be Aaron Chew?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 162

1         A.    I -- I -- I don't recall specifically.

2    It -- it wouldn't surprise me if there was others,

3    but I -- I think it was primarily Todd.

4         Q.    Okay.  Now, this is -- this blog post is

5    written in the first person; correct?

6         A.    It is.

7         Q.    Okay.  And it's -- Elon Musk has the

8    byline, so to speak?

9         A.    Correct.

10        Q.    Do you know why Todd Maron and yourself

11   and Sarah O'Brien were drafting a document that was

12   being issued in the name of Elon Musk?

13        A.    I don't think -- in my experience,

14   anyway, speaking generally, I don't think that's

15   particularly unusual if, you know, an executive is

16   going to put out -- if you see a blog post or a

17   statement from an executive, you know, sometimes --

18   not always, but that's -- that's not infrequently

19   drafted with the assistance of, you know, members of

20   the communications team, legal, so on and so forth.

21   And so I sort of put this in that same category.

22        Q.    What do you mean by the "same category"?

23   As a statement by Tesla's CEO?

24        A.    Yeah, correct, a statement by Elon Musk

25   that, you know, he, as I recall, you know, would

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 258

1                    J U R A T

2

3    I,                , do hereby certify under

4    penalty of perjury that I have read the foregoing

5    transcript of my deposition taken on                ;

6    that I have made such corrections as appear noted

7    herein in ink, initialed by me; that my testimony as

8    contained herein, as corrected, is true and correct.

9

10   DATED this _____ day of _____, 20  ,

11   at _____,          .

12

13

14

15

16

17   _____

18           SIGNATURE OF WITNESS

19

20

21

22

23

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 259

1                C E R T I F I C A T E

2

3    STATE OF CALIFORNIA  )

4                         ) ss.:

5    COUNTY OF ORANGE     )

6

7            I, TAMI L. LE, Certified Shorthand

8        Reporter within and for the State of

9        California, do hereby certify:

10           That DAVID ARNOLD, the witness whose

11       deposition is hereinbefore set forth, was duly

12       sworn by me and that such deposition is a true

13       record of the testimony given by such witness.

14           I further certify that I am not related

15       to any of the parties to this action by blood

16       or marriage; and that I am in no way

17       interested in the outcome of this matter.

18           IN WITNESS WHEREOF, I have hereunto set

19       my hand this 8th day of March, 2022.

20       _____

21           TAMI L. LE, CSR NO. 8716, RPR

22

23

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 260

 1   NAME OF CASE:

 2   DATE OF DEPOSITION:

 3   NAME OF WITNESS:

 4   Reason Codes:

 5        1.  To clarify the record.

 6        2.  To conform to the facts.

 7        3.  To correct transcription errors.

 8   Page _____ Line _____ Reason _____

 9   From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                               _____