*In re Tesla, Inc. Securities Litigation*, **Case No. 3:18-cv-04865-EMC (N.D. Cal.)**
**Plaintiff's Witness and Exhibit List for Day 7 - January 27, 2023**

| Witness | Ex. | Defendants' Objection | Plaintiff's Response | Ruling |
| --- | --- | --- | --- | --- |
| Robyn Denholm | 8 | Already admitted. | | |
| Robyn Denholm | 9 | Already admitted. | | |
| Robyn Denholm | 10 | Already admitted. | | |
| Robyn Denholm | 11 | Already admitted. | | |
| Robyn Denholm | 12 | Already admitted. | | |
| Robyn Denholm | 13 | Already admitted. | | |
| Robyn Denholm | 26 | No objection. | | |
| Robyn Denholm | 53 | Already admitted. | | |
| Robyn Denholm | 81 | Already admitted. | | |
| Robyn Denholm | 82 | No objection. | | |
| Robyn Denholm | 83 | Already admitted. | | |
| Robyn Denholm | 89 | No objection. | | |
| Robyn Denholm | 96 | No objection. | | |
| Robyn Denholm | 101 | Already admitted. | | |
| Robyn Denholm | 102 | No objection. | | |
| Robyn Denholm | 103 | Already admitted. | | |
| Robyn Denholm | 130 | No objection. | | |
| Robyn Denholm | 134 | No objection. | | |
| Robyn Denholm | 135 | No objection. | | |
| Robyn Denholm | 137 | No objection. | | |
| Robyn Denholm | 139 | No objection. | | |
| Robyn Denholm | 171 | Already admitted. | | |
| Robyn Denholm | 184 | No objection. | | |
| Robyn Denholm | 229 | Already admitted. | | |
| Robyn Denholm | 289 | No objection. | | |
| Robyn Denholm | 293 | No objection. | | |

*In re Tesla, Inc. Securities Litigation*, **Case No. 3:18-cv-04865-EMC (N.D. Cal.)**
**Plaintiff's Witness and Exhibit List for Day 7 - January 27, 2023**

| Witness | Ex. | Defendants' Objection | Plaintiff's Response | Ruling |
|---|---|---|---|---|
| Robyn Denholm | 294 | No objection. | | |
| Robyn Denholm | 312 | No objection. | | |
| Robyn Denholm | 313 | No objection. | | |
| Robyn Denholm | 314 | No objection. | | |
| Robyn Denholm | 315 | No objection. | | |
| Robyn Denholm | 316 | No objection. | | |
| Robyn Denholm | 317 | No objection. | | |
| Robyn Denholm | 321 | Fed. R. Evid. 401, 402, 403. The Court has already overruled Defendants' objections. No further Court action needed. | | |
| Robyn Denholm | 361 | Already admitted. | | |
| Robyn Denholm | 502 | No objection. | | |
| Robyn Denholm | 519 | No objection. | | |
| Robyn Denholm | 520 | No objection. | | |
| Robyn Denholm | 614 | Fed. R. Evid. 401, 402, 403, 602, 801 (as to second page speculation by anonymous Twitter user writing "funding unsecured." The second and third pages should be omitted from the exhibit for relevance, lack of knowledge, prejudice, and hearsay.) | Exhibit 614 is the twitter thread from August 24, 2018 when Tesla, not Mr. Musk, tweeted out that Tesla would be "Staying Public". The exhibit contains responses from the public concerning the staying public blog post. One response in particular reads, "Funding unsecured." Consequently, this exhibit shows how the public perceived the Company's disclosures about the transaction. Admission of this exhibit is supported by case law and this Court. *See Baker v. SeaWorld Ent., Inc.*, 423 F. Supp. 3d 878, 927 (S.D. Cal. 2019)(overruling hearsay objection to articles and analyst reports that were offered for the purpose of "demonstrat[ing] how the market understood | |

**In re Tesla, Inc. Securities Litigation, Case No. 3:18-cv-04865-EMC (N.D. Cal.)**
**Plaintiff's Witness and Exhibit List for Day 7 - January 27, 2023**

| Witness | Ex. | Defendants' Objection | Plaintiff's Response | Ruling |
|---|---|---|---|---|
| | | | and interpreted [defendant's] disclosure"); *see also United States v. Holmes*, No. 18-cr-00258-EJD-1, 2021 WL 2044470, at *26 (N.D. Cal. May 22, 2021) (using article "to show its effect on the reader constitutes a non-hearsay use"). <br><br>The responses to Tesla's tweet are clearly relevant to this case as it shows the market's perception to Defendants' final disclosure not to go forward with the go-private transaction. As Defendants argue that the truth was revealed on August 13, 2018, the responses here show that the market still viewed funding secured after August 13, 2018. Therefore, this is clearly relevant and as the Court has already noted, not hearsay.<br><br>Additionally, any prejudice to Defendants is slim. The Court has already found that funding was not secured in its Summary Judgment Order. Therefore, there is no risk that the jury would be confused or misled. Accordingly, the risk of prejudice to Defendants is slim. | |
| Robyn Denholm | 779 | No objection. | | |
| Robyn Denholm | 786 | No objection. | | |
| Brad Buss | 8 | Already admitted. | | |
| Brad Buss | 9 | Already admitted. | | |
| Brad Buss | 10 | Already admitted. | | |
| Brad Buss | 11 | Already admitted. | | |

3

*In re Tesla, Inc. Securities Litigation*, **Case No. 3:18-cv-04865-EMC (N.D. Cal.)**
**Plaintiff's Witness and Exhibit List for Day 7 - January 27, 2023**

| Witness | Ex. | Defendants' Objection | Plaintiff's Response | Ruling |
|---|---|---|---|---|
| Brad Buss | 12 | Already admitted. | | |
| Brad Buss | 13 | Already admitted. | | |
| Brad Buss | 26 | No objection. | | |
| Brad Buss | 53 | Already admitted. | | |
| Brad Buss | 81 | Already admitted. | | |
| Brad Buss | 82 | No objection. | | |
| Brad Buss | 83 | Already admitted. | | |
| Brad Buss | 89 | No objection. | | |
| Brad Buss | 96 | No objection. | | |
| Brad Buss | 101 | Already admitted. | | |
| Brad Buss | 102 | No objection. | | |
| Brad Buss | 103 | Already admitted. | | |
| Brad Buss | 129 | No objection. | | |
| Brad Buss | 130 | No objection. | | |
| Brad Buss | 134 | No objection. | | |
| Brad Buss | 135 | No objection. | | |
| Brad Buss | 137 | No objection. | | |
| Brad Buss | 139 | No objection. | | |
| Brad Buss | 171 | Already admitted. | | |
| Brad Buss | 184 | No objection. | | |
| Brad Buss | 229 | Already admitted. | | |
| Brad Buss | 289 | No objection. | | |
| Brad Buss | 293 | No objection. | | |
| Brad Buss | 294 | No objection. | | |
| Brad Buss | 312 | No objection. | | |
| Brad Buss | 313 | No objection. | | |
| Brad Buss | 314 | No objection. | | |

*In re Tesla, Inc. Securities Litigation*, **Case No. 3:18-cv-04865-EMC (N.D. Cal.)**
**Plaintiff's Witness and Exhibit List for Day 7 - January 27, 2023**

| Witness | Ex. | Defendants' Objection | Plaintiff's Response | Ruling |
|---|---|---|---|---|
| Brad Buss | 315 | No objection. | | |
| Brad Buss | 316 | No objection. | | |
| Brad Buss | 317 | No objection. | | |
| Brad Buss | 321 | Fed. R. Evid. 401, 402, 403. The Court has already overruled Defendants' objections. No further Court action needed. | | |
| Brad Buss | 361 | Already admitted. | | |
| Brad Buss | 502 | No objection. | | |
| Brad Buss | 519 | No objection. | | |
| Brad Buss | 520 | No objection. | | |
| Brad Buss | 614 | Fed. R. Evid. 401, 402, 403, 602, 801 (as to second page speculation by anonymous Twitter user writing "funding unsecured." The second and third pages should be omitted from the exhibit for relevance, lack of knowledge, prejudice, and hearsay.) | Exhibit 614 is the twitter thread from August 24, 2018 when Tesla, not Mr. Musk, tweeted out that Tesla would be "Staying Public". The exhibit contains responses from the public concerning the staying public blog post. One response in particular reads, "Funding unsecured." Consequently, this exhibit shows how the public perceived the Company's disclosures about the transaction. Admission of this exhibit is supported by case law and this Court. *See Baker v. SeaWorld Ent., Inc.*, 423 F. Supp. 3d 878, 927 (S.D. Cal. 2019)(overruling hearsay objection to articles and analyst reports that were offered for the purpose of "demonstrat[ing] how the market understood and interpreted [defendant's] disclosure"); *see also United States v. Holmes*, No. 18-cr-00258-EJD-1, 2021 WL 2044470, at *26 (N.D. Cal. May 22, 2021) (using article "to show its effect on the reader constitutes a non-hearsay use"). | |

*In re Tesla, Inc. Securities Litigation*, **Case No. 3:18-cv-04865-EMC (N.D. Cal.)**
**Plaintiff's Witness and Exhibit List for Day 7 - January 27, 2023**

| Witness | Ex. | Defendants' Objection | Plaintiff's Response | Ruling |
|---|---|---|---|---|
| | | | The responses to Tesla's tweet are clearly relevant to this case as it shows the market's perception to Defendants' final disclosure not to go forward with the go-private transaction. As Defendants argue that the truth was revealed on August 13, 2018, the responses here show that the market still viewed funding secured after August 13, 2018. Therefore, this is clearly relevant and as the Court has already noted, not hearsay.<br><br>Additionally, any prejudice to Defendants is slim. The Court has already found that funding was not secured in its Summary Judgment Order. Therefore, there is no risk that the jury would be confused or misled. Accordingly, the risk of prejudice to Defendants is slim. | |
| Brad Buss | 702 | No objection. | | |
| Brad Buss | 786 | No objection. | | |