# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## TRIAL MINUTES

| **Date:** January 17, 2023 | **Time in Court:** 7 Hours, 40 minutes | **Judge:** EDWARD M. CHEN |
|---|---|---|
| **Case No.:** 18-cr-04865-EMC | **Case Name:** In re Tesla Securities Litigation | |

**Attorneys for Plaintiffs:** Nicholas Porritt, Elizabeth Tripodi, Adam Apton, Alexander Krot, Joseph Levi

**Attorneys for Defendant:** Alexander Spiro, Andrew Rossman, Phillip Jobe, Ellyde Thompson, Jesse Bernstein, Michael Lifrak, Anthony Alden, Matter Bergjans, William Price

**Deputy Clerks:** Vicky Ayala          **Court Reporters:** Belle Ball

## PROCEEDINGS

Jury Selection: HELD.

## SUMMARY

Prospective Jury Panel voir dired by Court and parties.  Jury Selected.  Both parties accepted the jury.  Jury sworn.

See attached trial log for further details.