UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

| Date: January 18, 2023 | Time in Court: 6 hours, 2 minutes | Judge: EDWARD M. CHEN |
|---|---|---|
| Case No.: 18-cv-04865-EMC | Case Name: In re Tesla Securities Litigation | |

**Attorneys for Plaintiffs:** Nicholas Porritt, Elizabeth Tripodi, Alexander Krot, Joseph Levi, Adam Apton

**Attorneys for Defendant:** Alexander Spiro, Andrew Rossman, Phillip Jobe, Ellyde Thompson, Jesse Bernstein, Michael Lifrak, Anthony Alden, Matthew Alexander Bergjans, William Price

**Deputy Clerks:** Vicky Ayala            **Court Reporters:** Belle Ball

### PROCEEDINGS

Jury Trial: HELD.

### SUMMARY

Witnesses: Glen Littleton

Admitted Exhibits:  8, 432, 13, 524, 430, 12, 53, 433 (pages 15-23), 229

See attached trial log for further details.