**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
         amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

[Additional Counsel on Signature Block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**PLAINTIFF'S EMERGENCY MOTION TO COMPEL DAVE ARNOLD TO APPEAR ON JANUARY 27, 2023** |

PLEASE TAKE NOTICE that as soon as this matter may be heard, in Courtroom 5 – 17th Floor of the United States Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable Edward M. Chen presiding, Plaintiff, through his counsel, will move, and hereby does move to compel the attendance of Mr. Dave Arnold on January 27, 2023. On January 18, 2023, Plaintiff disclosed David Arnold (and his exhibits). Defendants served counter-designations and objections. The Court issued rulings on these disclosures and objections on January 24, 2023. Having successfully worked through a backlog of witnesses due to extensive cross-examinations, Plaintiff intends to call Mr. Arnold tomorrow in light of the jury's availability and willingness to stay late. Despite this, Defendants have informed Plaintiff that they have unilaterally released Mr. Arnold from his subpoena and is no longer available to testify. Accordingly, Plaintiff's motion is dire.

This motion is based on the Memorandum of Points and Authorities below, and any other matters properly before this Court.

1   Pursuant to Paragraph 11 of the Court's Civil Standing Order, Plaintiff also submits a
2   proposed order.

### ISSUES TO BE DECIDED

3
4   1) Whether the Court should compel Mr. Dave Arnold's compliance with his subpoena
5   given the jury's willingness to stay late on January 27, 2023?

### MEMORANDUM OF POINTS AND AUTHORITIES

7   Plaintiff subpoenaed Mr. Dave Arnold on July 26, 2022. On January 18, 2023, Plaintiff
8   disclosed David Arnold (and his exhibits). Defendants served counter-designations and objections. The
9   Court issued rulings on these disclosures and objections on January 24, 2023. Having successfully
10  worked through a backlog of witnesses due to extensive cross-examinations, Plaintiff intends to call
11  Mr. Arnold tomorrow in light of the jury's availability and willingness to stay late.

12  Plaintiff's prior discussions regarding witnesses to be called tomorrow was before the Court
13  informed us that there would be additional court time due to the jury's willingness to stay late. With
14  the availability of additional time, it is obvious that additional witnesses will need to be called. Plaintiff
15  accordingly notified Defendants the morning of January 26, 2023 of their intention to call Dave Arnold
16  and Steven Heston.

17  Defendants notified Plaintiff, that because Plaintiff did not inform Defendants that Mr. Arnold
18  would be called on January 27, 2023, they have unilaterally released him, and he is no longer available
19  to testify. Accordingly, Court intervention is necessary to compel Mr. Arnold's appearance tomorrow,
20  January 27, 2023.

21  Dave Arnold has been notified as a potential witnesses for several days now and his exhibits
22  disclosed and objections lodged. Mr. Arnold is under subpoena and Defendants have no authority to
23  unilaterally release him. If time permits on January 27, 2023, Plaintiff will call Mr. Arnold. If Mr.
24  Arnold does not appear he will be in violation of his subpoena and a missing witness instruction should
25  be given against Defendants as a result of his absence.

| | | |
|---|---|---|
| 1 | Dated: January 26, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | **LEVI & KORSINSKY, LLP** |
| 4 | | |
| 5 | | *s/ Adam M. Apton* |
| | | Adam M. Apton (SBN 316506) |
| 6 | | Adam C. McCall (SBN 302130) |
| | | 75 Broadway, Suite 202 |
| 7 | | San Francisco, CA 94111 |
| | | Tel.: (415) 373-1671 |
| 8 | | Email: aapton@zlk.com |
| | | Email: amccall@zlk.com |
| 9 | | |
| 10 | | -and- |
| 11 | | Nicholas I. Porritt |
| | | Elizabeth K. Tripodi |
| 12 | | Alexander A. Krot III |
| | | LEVI & KORSINSKY, LLP |
| 13 | | 1101 30th Street N.W., Suite 115 |
| | | Washington, D.C. 20007 |
| 14 | | Tel.: (202) 524-4290 |
| 15 | | Email: nporritt@zlk.com |
| | | Email: etripodi@zlk.com |
| 16 | | Email: akrot@zlk.com |
| | | (admitted *pro hac vice*) |
| 17 | | |
| 18 | | -and- |
| 19 | | Joseph Levi |
| | | Eduard Korsinsky |
| 20 | | Max Weiss |
| | | LEVI & KORSINSKY, LLP |
| 21 | | 55 Broadway, 10th Floor |
| 22 | | New York, New York 10006 |
| | | Tel.: (212) 363-7500 |
| 23 | | Email: jlevi@zlk.com |
| | | Email: ek@zlk.com |
| 24 | | (admitted *pro hac vice*) |
| 25 | | *Attorneys for Plaintiff and Counsel for the Class* |
| 26 | | |
| 27 | | |
| 28 | | |