**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
          amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION TO COMPEL DAVE ARNOLD TO APPEAR ON JANUARY 27, 2023** |

This matter comes before the Court on Plaintiff's Emergency Motion to Compel Dave Arnold to Appear on January 27, 2023. The Court has considered the Motion, any supporting material and argument of counsel. After considering the papers submitted by the parties and the argument of counsel, it is **HEREBY ORDERED** that Plaintiff's motion is **GRANTED** and **ORDERS** as follows:

1. Mr. Dave Arnold is hereby ordered to appear to Courtroom 5 – 17th Floor of the United States Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, on January 27, 2023 in the above referenced matter.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Edward M. Chen
United States District Judge