UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

| **Date:** January 20, 2023 | **Time in Court:** 6 hours, 3 minutes | **Judge:** EDWARD M. CHEN |
|---|---|---|
| **Case No.:** 18-cv-04865-EMC | **Case Name:** In re Tesla Securities Litigation | |

**Attorneys for Plaintiffs:** Nicholas Porritt, Elizabeth Tripodi, Alexander Krot, Joseph Levi, Adam Apton

**Attorneys for Defendant:** Alexander Spiro, Andrew Rossman, Phillip Jobe, Ellyde Thompson, Jesse Bernstein, Michael Lifrak, Anthony Alden, Matthew Alexander Bergjans, William Price

**Deputy Clerks:** Vicky Ayala                    **Court Reporters:** Belle Ball /Debra Pas

### PROCEEDINGS

Jury Trial HELD.

### SUMMARY

Witnesses: Timothy Fries, Professor Guhan Subramarian, Elon Musk

Admitted Exhibits: 525, 360 (pages 48-54), 103, 81, 9, 10, 11, 1023, 83

See attached trial log for further details.