UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

| **Date:** January 23, 2023 | **Time in Court:** 5 hours, 50 minutes | **Judge:** EDWARD M. CHEN |
|---|---|---|
| **Case No.:** 18-cv-04865-EMC | **Case Name:** In re Tesla Securities Litigation | |

**Attorneys for Plaintiffs:** Nicholas Porritt, Elizabeth Tripodi, Alexander Krot, Joseph Levi, Adam Apton

**Attorneys for Defendant:** Alexander Spiro, Andrew Rossman, Phillip Jobe, Ellyde Thompson, Jesse Bernstein, Michael Lifrak, Anthony Alden, Matthew Alexander Bergjans, William Price

**Deputy Clerks:** Vicky Ayala        **Court Reporters:** Belle Ball

## PROCEEDINGS

Jury Trial: HELD.

## SUMMARY

Witnesses: Elon Musk

Admitted Exhibits: 87, 121, 337, 80, 333, 254, 101, 105, 106, 827

See attached trial log for further details.