UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

| Date: January 24, 2023 | Time in Court: 5 hours, 54 minutes | Judge: EDWARD M. CHEN |
|---|---|---|
| Case No.: 18-cv-04865-EMC | Case Name: In re Tesla Securities Litigation | |

**Attorneys for Plaintiffs:** Nicholas Porritt, Elizabeth Tripodi, Alexander Krot, Joseph Levi, Adam Apton
**Attorneys for Defendant:** Alexander Spiro, Andrew Rossman, Phillip Jobe, Ellyde Thompson, Jesse Bernstein, Michael Lifrak, Anthony Alden, Matthew Alexander Bergjans, William Price

**Deputy Clerks:** Vicky Ayala          **Court Reporters:** Belle Ball

## PROCEEDINGS

Jury Trial: HELD.

## SUMMARY

Witnesses: Elon Musk, Martin Viecha

Admitted Exhibits: 1001, 243, 256, 825, 332, 179, 361, 143, 146, 150, 58, 151, 147, 155, 161, 160, 145, 171 (Plaintiff moves to admit the following exhibits 8, 10, 11, 12, 13, 14, 15, 17, 18, 21, 22, 23, 24, 25, 27, 58, 171. Some may already be in evidence. No objections. Exhibits admitted.

See attached trial log for further details.