Pages 1 - 14

                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

       BEFORE THE HONORABLE EDWARD M. CHEN, JUDGE

IN RE TESLA, INC. SECURITIES      )
LITIGATION.                       ) No. 18-cv-04865-EMC
_____)
                                    San Francisco, California
                                    Friday, February 3, 2023

                    **MASTER TRIAL INDEX**

**APPEARANCES**:

For Movants:
                    LEVI & KORSINSKY, LLP
                    1101 30th Street NW
                    Suite 115
                    Washington, D.C.  20007
              **BY: NICHOLAS IAN PORRITT, ESQ.**
                   **ELIZABETH K. TRIPODI, ESQ.**
                   **ALEXANDER A. KROT, III, ESQ.**


                    LEVI & KORSINSKY LLP
                    75 Broadway
                    Suite 202
                    San Francisco, California  94111
              **BY: ADAM M. APTON, ESQ.**
                   **ADAM C. MCCALL, ESQ.**

                    LEVI & KORSINSKY LLP
                    55 Broadway
                    10th Floor
                    New York, New York  10016
              **BY: MAX EDWARD WEISS, ESQ.**
                   **KATHY AMES VALDIVIESO, ESQ.**


Reported By:  **BELLE BALL, CSR 8785, CRR, RDR**
              **DEBRA L. PAS, CSR 11916, CRR, RMR, RPR**
              Official Reporters, U.S. District Court


       (Appearances continued, next page)

**APPEARANCES, CONTINUED:**

For Defendants:
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    51 Madison Avenue
    22nd Floor
    New York, New York  10010
**BY: ALEXANDER B. SPIRO, ESQ.**
    **ANDREW JOHN ROSSMAN, ESQ.**
    **PHILLIP B. JOBE, ESQ**.
    **ELLYDE R. THOMPSON, ESQ**.
    **JESSE A. BERNSTEIN, ESQ.**

    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    865 South Figueroa Street
    10th Floor
    Los Angeles, California  90017
**BY: MICHAEL T. LIFRAK, ESQ.**
    **ANTHONY P. ALDEN, ESQ.**
    **MATTHEW ALEXANDER BERGJANS, ESQ.**
    **WILLIAM C. PRICE, ESQ.**

    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    555 Twin Dolphin Drive
    Fifth Floor
    Redwood Shores, California  94065
**BY: KYLE K. BATTER, ESQ.**


**MASTER TRIAL INDEX**

Tuesday, January 17, 2023 - Volume 1

Wednesday, January 18, 2023 - Volume 2

Friday, January 20, 2023 - Volume 3

Monday, January 23, 2023 - Volume 4

Tuesday, January 24, 2023 - Volume 5

Wednesday, January 25, 2023 - Volume 6

Friday, January 27, 2023 - Volume 7

Tuesday, January 31, 2023 - Volume 8

Wednesday, February 1, 2023 - Volume 9

Friday, February 3, 2023 - Volume 10

|  | **PAGE** | **VOL.** |
|---|---:|---:|
| Jury Instructions | 243 | 1 |
| Opening Statement by Mr. Porritt | 295 | 2 |
| Opening Statement by Mr. Spiro | 314 | 2 |
| Jury Instruction by The Court | 554 | 3 |
| Plaintiff rests | 1865 | 9 |
| Defense Rests | 1937 | 9 |
| Jury Instructions | 1944 | 9 |
| Closing Argument by Mr. Porritt | 1991 | 10 |
| Closing Argument by Mr. Spiro | 2031 | 10 |
| Rebuttal Argument by Mr. Porritt | 2107 | 10 |
| Jury Instructions | 2119 | 10 |

| **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
|---|---:|---:|
| **LITTLETON, GLEN** | | |
| (SWORN) | 346 | 2 |
| Direct Examination by Mr. Porritt | 346 | 2 |
| Cross-Examination by Mr. Price | 368 | 2 |
| Redirect Examination by Mr. Porritt | 453 | 2 |
| Recross-Examination by Mr. Price | 462 | 2 |

# I N D E X

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **FRIES, TIMOTHY** | | |
| (SWORN) | 501 | 3 |
| Direct Examination by Ms. Tripodi | 502 | 3 |
| Cross-Examination by Mr. Spiro | 511 | 3 |
| Redirect Examination by Ms. Tripoldi | 538 | 3 |
| | | |
| **SUBRAMANIAN, GUHAN** | | |
| (SWORN) | 554 | 3 |
| Direct Examination by Mr. Apton | 555 | 3 |
| Cross-Examination by Mr. Price | 592 | 3 |
| Redirect Examination by Mr. Apton | 672 | 3 |
| | | |
| **MUSK, ELON** | | |
| (SWORN) | 680 | 3 |
| Direct Examination by Mr. Porritt | 680 | 3 |
| | | |
| **MUSK, ELON (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 735 | 4 |
| Direct Examination Resumed by Mr. Porritt | 735 | 4 |
| Cross-Examination by Mr. Spiro | 867 | 4 |
| | | |
| **MUSK, ELON** | | |
| (RECALLED) | 920 | 5 |
| Cross-Examination Resumed by Mr. Spiro | 920 | 5 |
| Redirect Examination by Mr. Porritt | 977 | 5 |
| Recross-Examination by Mr. Spiro | 1028 | 5 |
| Further Redirect Examination by Mr. Porritt | 1040 | 5 |
| | | |
| **VIECHA, MARTIN** | | |
| (SWORN) | 1042 | 5 |
| Direct Examination by Ms. Tripodi | 1043 | 5 |
| Cross-Examination by Mr. Lifrak | 1084 | 5 |
| Redirect Examination by Ms. Tripodi | 1109 | 5 |
| | | |
| **AHUJA, DEEPAK** | | |
| (SWORN) | 1131 | 6 |
| Direct Examination by Mr. Apton | 1132 | 6 |
| Cross-Examination by Mr. Rossman | 1169 | 6 |
| Redirect Examination by Mr. Apton | 1213 | 6 |
| | | |
| **FATH, JOSEPH** | | |
| By Videotape Deposition (not reported) | 1220 | 6 |

**I N D E X**

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **GRACIAS, ANTHONY JOSE** | | |
| (SWORN) | 1222 | 6 |
| Direct Examination by Ms. Tripodi | 1223 | 6 |
| Cross-Examination by Mr. Spiro | 1246 | 6 |
| Redirect Examination by Ms. Tripodi | 1283 | 6 |
| | | |
| **DURBAN, EGON** | | |
| (SWORN) | 1326 | 7 |
| Direct Examination by Mr. Porritt | 1326 | 7 |
| Cross-Examination by Mr. Price | 1374 | 7 |
| Redirect Examination by Mr. Porritt | 1391 | 7 |
| Recross-Examination by Mr. Price | 1395 | 7 |
| | | |
| **DEES, DAN** | | |
| (SWORN) | 1398 | 7 |
| Direct Examination by Mr. Porritt | 1398 | 7 |
| Cross-Examination by Mr. Spiro | 1430 | 7 |
| Redirect Examination by Mr. Porritt | 1461 | 7 |
| | | |
| **BRINKMAN, RYAN JOSEPH** | | |
| By Videotape Deposition (not reported) | 1468 | 7 |
| | | |
| **DENHOLM, ROBYN** | | |
| (SWORN) | 1469 | 7 |
| Direct Examination by Ms. Tripodi | 1469 | 7 |
| Cross-Examination by Ms. Thompson | 1487 | 7 |
| Redirect Examination by Ms. Tripodi | 1494 | 7 |
| | | |
| **BUSS, BRADLEY** | | |
| (SWORN) | 1497 | 7 |
| Direct Examination by Mr. Apton | 1497 | 7 |
| Cross-Examination by Mr. Lifrak | 1508 | 7 |
| Redirect Examination by Mr. Apton | 1517 | 7 |
| | | |
| **ARNOLD, DAVID** | | |
| (SWORN) | 1566 | 8 |
| Direct Examination by Mr. Apton | 1567 | 8 |
| Cross-Examination by Ms. Thompson | 1577 | 8 |
| Redirect Examination by Mr. Apton | 1583 | 8 |

# I N D E X

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **HESTON, STEVEN L.** | | |
| (SWORN) | 1585 | 8 |
| Direct Examination by Mr. Porritt | 1585 | 8 |
| Cross-Examination by Mr. Rossman | 1613 | 8 |
| Redirect Examination by Mr. Porritt | 1634 | 8 |
| Recross-Examination by Mr. Rossman | 1637 | 8 |
| | | |
| **HARTZMARK, MICHAEL** | | |
| (SWORN) | 1644 | 8 |
| Direct Examination by Mr. Porritt | 1644 | 8 |
| Cross-Examination by Mr. Rossman | 1716 | 8 |
| | | |
| **HARTZMARK, MICHAEL** | | |
| (RECALLED) | 1786 | 9 |
| Cross-Examination Resumed by Mr. Rossman | 1786 | 9 |
| Redirect Examination by Mr. Porritt | 1839 | 9 |
| Recross-Examination by Mr. Rossman | 1857 | 9 |

| DEFENDANTS' WITNESSES | PAGE | VOL. |
|---|---|---|
| **TELLER, SAM** | | |
| (SWORN) | 1874 | 9 |
| Direct Examination by Mr. Lifrak | 1874 | 9 |
| Cross-Examination by Mr. Apton | 1893 | 9 |
| | | |
| **KONEY, OWURAKA** | | |
| VIDEOTAPED TESTIMONY | 1897 | 9 |
| | | |
| **MURDOCH, JAMES** | | |
| (SWORN) | 1897 | 9 |
| Direct Examination by Mr. Lifrak | 1898 | 9 |
| Cross-Examination by Ms. Tripodi | 1907 | 9 |
| | | |
| **MUSK, KIMBAL** | | |
| (SWORN) | 1911 | 9 |
| Direct Examination by Mr. Price | 1911 | 9 |
| Cross-Examination by Ms. Tripodi | 1916 | 9 |
| | | |
| **EHRENPREIS, IRA** | | |
| (SWORN) | 1918 | 9 |
| Direct Examination by Ms. Thompson | 1918 | 9 |
| Cross-Examination by Mr. Apton | 1924 | 9 |
| | | |
| **JOHNSON RICE, LINDA** | | |
| (SWORN) via Zoom | 1933 | 9 |
| Direct Examination by Ms. Thompson | 1933 | 9 |

### **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| Unnumbered video excerpt (Mr. Littleton) | | 427 | 2 |
| 8 | | 354 | 2 |
| 8 | | 1042 | 5 |
| 9 | | 611 | 3 |
| 10 | | 614 | 3 |
| 10 | | 1042 | 5 |
| 11 | | 615 | 3 |
| 11 | | 1042 | 5 |
| 12 | | 390 | 2 |
| 12 | | 1042 | 5 |
| 13 | | 361 | 2 |
| 13 | | 1042 | 5 |
| 14 | | 1042 | 5 |
| 15 | | 1042 | 5 |
| 17 | | 1042 | 5 |
| 18 | | 1042 | 5 |
| 21 | | 1042 | 5 |
| 22 | | 1042 | 5 |
| 23 | | 1042 | 5 |
| 24 | | 1042 | 5 |
| 25 | | 1042 | 5 |
| 27 | | 1042 | 5 |

### **E X H I B I T S**

# **I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 33 | | 1844 | 9 |
| 39 | | 1127 | 6 |
| 40 | | 1127 | 6 |
| 41 | | 1127 | 6 |
| 42 | | 1127 | 6 |
| 44 | | 1127 | 6 |
| 46 | | 1127 | 6 |
| 47 | | 1127 | 6 |
| 53 | | 411 | 2 |
| 53 | | 1042 | 5 |
| 58 | | 1060 | 5 |
| 78 | | 1133 | 6 |
| 79 | | 1136 | 6 |
| 80 | | 824 | 4 |
| 81 | | 581 | 3 |
| 82 | | 1149 | 6 |
| 83 | | 644 | 3 |
| 84 | | 1153 | 6 |
| 86 | | 1154 | 6 |
| 87 | | 780 | 4 |
| 89 | | 1166 | 6 |

**<u>I N D E X</u>**

**<u>E X H I B I T S</u>**

| **<u>TRIAL EXHIBITS</u>** | **<u>IDEN</u>** | **<u>EVID</u>** | **<u>VOL.</u>** |
|---|---|---|---|
| 89 | | 1237 | 6 |
| 92 | | 1208 | 6 |
| 96 | | 1487 | 7 |
| 101 | | 862 | 4 |
| 102 | | 1483 | 7 |
| 103 | | 576 | 3 |
| 105 | | 881 | 4 |
| 106 | | 882 | 4 |
| 109 | | 1874 | 9 |
| 110-A | | 1874 | 9 |
| 121, Conditionally | | 796 | 4 |
| 130 | | 1239 | 6 |
| 134 | | 1487 | 7 |
| 135 | | 1487 | 7 |
| 137 | | 1487 | 7 |
| 139 | | 1487 | 7 |
| 143 | | 1047 | 5 |
| 145 | | 1094 | 5 |
| 146 | | 1053 | 5 |
| 147 | | 1068 | 5 |
| 150 | | 1058 | 5 |

# **I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 151 | | 1064 | 5 |
| 155 | | 1073 | 5 |
| 160 | | 1082 | 5 |
| 161 | | 1078 | 5 |
| 171 | | 974 | 5 |
| 171 | | 1042 | 5 |
| 174 | | 1337 | 7 |
| 175 | | 1330 | 7 |
| 177 | | 1341 | 7 |
| 179 | | 958 | 5 |
| 181 | | 1353 | 7 |
| 182 | | 1367 | 7 |
| 185 | | 1356 | 7 |
| 186 | | 1421 | 7 |
| 190 | | 1358 | 7 |
| 191 | | 1359 | 7 |
| 194 | | 1362 | 7 |
| 196 | | 1365 | 7 |
| 201 | | 1371 | 7 |
| 229 | | 449 | 2 |
| 229 | | 866 | 4 |

### I N D E X

### E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 234 | | 1431 | 7 |
| 235 | | 1431 | 7 |
| 243 | | 942 | 5 |
| 244 | | 1431 | 7 |
| 250 | | 1431 | 7 |
| 251 | | 1431 | 7 |
| 252 | | 1403 | 7 |
| 253 | | 1408 | 7 |
| 254 | | 829 | 4 |
| 256 | | 948 | 5 |
| 257 | | 1418 | 7 |
| 261 | | 1419 | 7 |
| 263 | | 1426 | 7 |
| 265 | | 1423 | 7 |
| 265 | | 1431 | 7 |
| 289 | | 1507 | 7 |
| 298 | | 1580 | 8 |
| 312 | | 1487 | 7 |
| 313 | | 1487 | 7 |
| 314 | | 1487 | 7 |
| 315 | | 1487 | 7 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 316 | | 1487 | 7 |
| 317 | | 1487 | 7 |
| 318 | | 1487 | 7 |
| 321 | | 1135 | 6 |
| 322 | | 1937 | 9 |
| 332 | | 951 | 5 |
| 333 | | 826 | 4 |
| 337 | | 811 | 4 |
| 337 | | 1165 | 6 |
| 338 | | 1758 | 8 |
| 338 | | 1783 | 9 |
| Exhibit 360, Pages 48 to 54 | | 559 | 3 |
| 361 | | 966 | 5 |
| 368, Pages 64 through 67 | | 1587 | 8 |
| 426 | | 1840 | 9 |
| 429 | | 1758 | 8 |
| 429 | | 1783 | 9 |
| 430 | | 382 | 2 |
| 432 | | 358 | 2 |
| 433, Pages 433-15 to 433-23 | | 430 | 2 |
| 503 | | 1162 | 6 |

## **I N D E X**

### **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 504 | | 1571 | 8 |
| 505 | | 1572 | 8 |
| 511 | | 1575 | 8 |
| 524 | | 364 | 2 |
| 525 | | 505 | 3 |
| 565 | | 1758 | 8 |
| 565 | | 1783 | 9 |
| 570 | | 1758 | 8 |
| 570, subject to redaction | | 1783 | 9 |
| 572 | | 1758 | 8 |
| 572 | | 1783 | 9 |
| 594 | | 1758 | 8 |
| 594 | | 1783 | 9 |
| 721 | | 1758 | 8 |
| 721 | | 1783 | 9 |
| 763 | | 1758 | 8 |
| 763 | | 1783 | 9 |
| 798 | | 1281 | 6 |
| 802 | | 1256 | 6 |
| 817 | | 1431 | 7 |
| 818 | | 1431 | 7 |

# **I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 825 | | 950 | 5 |
| 827 | | 883 | 4 |
| 1001 | | 935 | 5 |
| 1008 | | 1859 | 9 |
| 1023-43 | | 653 | 3 |