# EXHIBIT A

## Plaintiffs' Daily Inflation for Vivendi Shares
### Per Share; 10/30/2000 - 8/14/2002

| Date | Ordinary Share | ADS |
|---|---|---|
| 10/30/2000 | € 0.30 | $0.26 |
| 10/31/2000 | € 0.30 | $0.26 |
| 11/1/2000 | € 0.30 | $0.26 |
| 11/2/2000 | € 0.30 | $0.26 |
| 11/3/2000 | € 0.30 | $0.26 |
| 11/6/2000 | € 0.30 | $0.26 |
| 11/7/2000 | € 0.30 | $0.26 |
| 11/8/2000 | € 0.30 | $0.26 |
| 11/9/2000 | € 0.30 | $0.26 |
| 11/10/2000 | € 0.30 | $0.26 |
| 11/13/2000 | € 0.30 | $0.26 |
| 11/14/2000 | € 0.30 | $0.26 |
| 11/15/2000 | € 0.30 | $0.26 |
| 11/16/2000 | € 0.30 | $0.26 |
| 11/17/2000 | € 0.30 | $0.26 |
| 11/20/2000 | € 0.30 | $0.26 |
| 11/21/2000 | € 0.30 | $0.26 |
| 11/22/2000 | € 0.30 | $0.26 |
| 11/23/2000 | € 0.30 | |
| 11/24/2000 | € 0.30 | $0.26 |
| 11/27/2000 | € 0.30 | $0.26 |
| 11/28/2000 | € 0.30 | $0.26 |
| 11/29/2000 | € 0.30 | $0.26 |
| 11/30/2000 | € 0.30 | $0.26 |
| 12/1/2000 | € 0.30 | $0.26 |
| 12/4/2000 | € 0.30 | $0.26 |
| 12/5/2000 | € 0.30 | $0.26 |
| 12/6/2000 | € 0.30 | $0.26 |
| 12/7/2000 | € 0.30 | $0.26 |
| 12/8/2000 | € 0.30 | $0.26 |
| 12/11/2000 | € 0.30 | $0.26 |
| 12/12/2000 | € 0.30 | $0.26 |
| 12/13/2000 | € 0.30 | $0.26 |
| 12/14/2000 | € 0.30 | $0.26 |
| 12/15/2000 | € 0.30 | $0.26 |
| 12/18/2000 | € 0.30 | $0.26 |
| 12/19/2000 | € 0.30 | $0.26 |
| 12/20/2000 | € 0.30 | $0.26 |
| 12/21/2000 | € 0.30 | $0.26 |
| 12/22/2000 | € 0.30 | $0.26 |
| 12/26/2000 | | $0.26 |
| 12/27/2000 | € 0.30 | $0.26 |
| 12/28/2000 | € 0.30 | $0.26 |
| 12/29/2000 | € 0.30 | $0.26 |
| 1/2/2001 | € 0.30 | $0.26 |
| 1/3/2001 | € 0.30 | $0.26 |
| 1/4/2001 | € 0.30 | $0.26 |
| 1/5/2001 | € 0.30 | $0.26 |
| 1/8/2001 | € 0.30 | $0.26 |
| 1/9/2001 | € 0.30 | $0.26 |
| 1/10/2001 | € 0.30 | $0.26 |

1

Plaintiffs' Exhibit 1486

## Plaintiffs' Daily Inflation for Vivendi Shares
### Per Share; 10/30/2000 - 8/14/2002

| Date | Ordinary Share | ADS |
|---|---|---|
| 1/11/2001 | € 0.30 | $0.26 |
| 1/12/2001 | € 0.30 | $0.26 |
| 1/15/2001 | € 0.30 | |
| 1/16/2001 | € 0.30 | $0.26 |
| 1/17/2001 | € 0.30 | $0.26 |
| 1/18/2001 | € 0.30 | $0.26 |
| 1/19/2001 | € 0.30 | $0.26 |
| 1/22/2001 | € 0.30 | $0.26 |
| 1/23/2001 | € 0.30 | $0.26 |
| 1/24/2001 | € 0.30 | $0.26 |
| 1/25/2001 | € 0.30 | $0.26 |
| 1/26/2001 | € 0.30 | $0.26 |
| 1/29/2001 | € 0.30 | $0.26 |
| 1/30/2001 | € 0.30 | $0.26 |
| 1/31/2001 | € 0.30 | $0.26 |
| 2/1/2001 | € 0.30 | $0.26 |
| 2/2/2001 | € 0.30 | $0.26 |
| 2/5/2001 | € 0.30 | $0.26 |
| 2/6/2001 | € 0.30 | $0.26 |
| 2/7/2001 | € 0.30 | $0.26 |
| 2/8/2001 | € 0.30 | $0.26 |
| 2/9/2001 | € 0.30 | $0.26 |
| 2/12/2001 | € 0.30 | $0.26 |
| 2/13/2001 | € 0.30 | $0.26 |
| 2/14/2001 | € 0.30 | $0.26 |
| 2/15/2001 | € 0.30 | $0.26 |
| 2/16/2001 | € 0.30 | $0.26 |
| 2/19/2001 | € 0.30 | |
| 2/20/2001 | € 0.30 | $0.26 |
| 2/21/2001 | € 0.30 | $0.26 |
| 2/22/2001 | € 0.30 | $0.26 |
| 2/23/2001 | € 0.30 | $0.26 |
| 2/26/2001 | € 0.30 | $0.26 |
| 2/27/2001 | € 0.30 | $0.26 |
| 2/28/2001 | € 0.30 | $0.26 |
| 3/1/2001 | € 0.30 | $0.26 |
| 3/2/2001 | € 0.30 | $0.26 |
| 3/5/2001 | € 0.30 | $0.26 |
| 3/6/2001 | € 0.30 | $0.26 |
| 3/7/2001 | € 0.30 | $0.26 |
| 3/8/2001 | € 0.30 | $0.26 |
| 3/9/2001 | € 0.30 | $0.26 |
| 3/12/2001 | € 0.30 | $0.26 |
| 3/13/2001 | € 0.30 | $0.26 |
| 3/14/2001 | € 0.30 | $0.26 |
| 3/15/2001 | € 0.30 | $0.26 |
| 3/16/2001 | € 0.30 | $0.26 |
| 3/19/2001 | € 0.30 | $0.26 |
| 3/20/2001 | € 0.30 | $0.26 |
| 3/21/2001 | € 0.30 | $0.26 |
| 3/22/2001 | € 0.30 | $0.26 |

**Plaintiffs' Daily Inflation for Vivendi Shares**
Per Share; 10/30/2000 - 8/14/2002

| Date | Ordinary Share | ADS |
|---|---|---|
| 3/23/2001 | € 0.30 | $0.26 |
| 3/26/2001 | € 0.30 | $0.26 |
| 3/27/2001 | € 0.30 | $0.26 |
| 3/28/2001 | € 0.30 | $0.26 |
| 3/29/2001 | € 0.30 | $0.26 |
| 3/30/2001 | € 0.30 | $0.26 |
| 4/2/2001 | € 0.30 | $0.26 |
| 4/3/2001 | € 0.30 | $0.26 |
| 4/4/2001 | € 0.30 | $0.26 |
| 4/5/2001 | € 0.30 | $0.26 |
| 4/6/2001 | € 0.30 | $0.26 |
| 4/9/2001 | € 0.30 | $0.26 |
| 4/10/2001 | € 0.30 | $0.26 |
| 4/11/2001 | € 0.30 | $0.26 |
| 4/12/2001 | € 0.30 | $0.26 |
| 4/16/2001 |  | $0.26 |
| 4/17/2001 | € 0.30 | $0.26 |
| 4/18/2001 | € 0.30 | $0.26 |
| 4/19/2001 | € 0.30 | $0.26 |
| 4/20/2001 | € 0.30 | $0.26 |
| 4/23/2001 | € 0.30 | $0.26 |
| 4/24/2001 | € 2.41 | $2.07 |
| 4/25/2001 | € 2.41 | $2.07 |
| 4/26/2001 | € 2.41 | $2.07 |
| 4/27/2001 | € 2.41 | $2.07 |
| 4/30/2001 | € 2.41 | $2.07 |
| 5/1/2001 |  | $2.07 |
| 5/2/2001 | € 2.41 | $2.07 |
| 5/3/2001 | € 2.41 | $2.07 |
| 5/4/2001 | € 2.41 | $2.07 |
| 5/7/2001 | € 2.41 | $2.07 |
| 5/8/2001 | € 2.41 | $2.07 |
| 5/9/2001 | € 2.41 | $2.07 |
| 5/10/2001 | € 2.41 | $2.07 |
| 5/11/2001 | € 2.41 | $2.07 |
| 5/14/2001 | € 2.41 | $2.07 |
| 5/15/2001 | € 2.41 | $2.07 |
| 5/16/2001 | € 2.41 | $2.07 |
| 5/17/2001 | € 2.41 | $2.07 |
| 5/18/2001 | € 2.41 | $2.07 |
| 5/21/2001 | € 2.41 | $2.07 |
| 5/22/2001 | € 2.41 | $2.07 |
| 5/23/2001 | € 2.41 | $2.07 |
| 5/24/2001 | € 2.41 | $2.07 |
| 5/25/2001 | € 2.41 | $2.07 |
| 5/28/2001 | € 2.41 |  |
| 5/29/2001 | € 2.41 | $2.07 |
| 5/30/2001 | € 2.41 | $2.07 |
| 5/31/2001 | € 2.41 | $2.07 |
| 6/1/2001 | € 2.41 | $2.07 |
| 6/4/2001 |  | $2.07 |

3

## Plaintiffs' Daily Inflation for Vivendi Shares
### Per Share; 10/30/2000 - 8/14/2002

| Date | Ordinary Share | ADS |
| --- | --- | --- |
| 6/5/2001 | € 2.41 | $2.07 |
| 6/6/2001 | € 2.41 | $2.07 |
| 6/7/2001 | € 2.41 | $2.07 |
| 6/8/2001 | € 2.41 | $2.07 |
| 6/11/2001 | € 2.41 | $2.07 |
| 6/12/2001 | € 2.41 | $2.07 |
| 6/13/2001 | € 2.41 | $2.07 |
| 6/14/2001 | € 2.41 | $2.07 |
| 6/15/2001 | € 2.41 | $2.07 |
| 6/18/2001 | € 2.41 | $2.07 |
| 6/19/2001 | € 2.41 | $2.07 |
| 6/20/2001 | € 2.41 | $2.07 |
| 6/21/2001 | € 2.41 | $2.07 |
| 6/22/2001 | € 2.41 | $2.07 |
| 6/25/2001 | € 2.41 | $2.07 |
| 6/26/2001 | € 2.41 | $2.07 |
| 6/27/2001 | € 2.41 | $2.07 |
| 6/28/2001 | € 2.41 | $2.07 |
| 6/29/2001 | € 2.41 | $2.07 |
| 7/2/2001 | € 2.41 | $2.07 |
| 7/3/2001 | € 2.41 | $2.07 |
| 7/4/2001 | € 2.41 | |
| 7/5/2001 | € 2.41 | $2.07 |
| 7/6/2001 | € 2.41 | $2.07 |
| 7/9/2001 | € 2.41 | $2.07 |
| 7/10/2001 | € 2.41 | $2.07 |
| 7/11/2001 | € 2.41 | $2.07 |
| 7/12/2001 | € 2.41 | $2.07 |
| 7/13/2001 | € 2.41 | $2.07 |
| 7/16/2001 | € 2.41 | $2.07 |
| 7/17/2001 | € 2.41 | $2.07 |
| 7/18/2001 | € 2.41 | $2.07 |
| 7/19/2001 | € 2.41 | $2.07 |
| 7/20/2001 | € 2.41 | $2.07 |
| 7/23/2001 | € 4.80 | $4.28 |
| 7/24/2001 | € 4.80 | $4.28 |
| 7/25/2001 | € 4.80 | $4.28 |
| 7/26/2001 | € 4.80 | $4.28 |
| 7/27/2001 | € 4.80 | $4.28 |
| 7/30/2001 | € 4.80 | $4.28 |
| 7/31/2001 | € 4.80 | $4.28 |
| 8/1/2001 | € 4.80 | $4.28 |
| 8/2/2001 | € 4.80 | $4.28 |
| 8/3/2001 | € 4.80 | $4.28 |
| 8/6/2001 | € 4.80 | $4.28 |
| 8/7/2001 | € 4.80 | $4.28 |
| 8/8/2001 | € 4.80 | $4.28 |
| 8/9/2001 | € 4.80 | $4.28 |
| 8/10/2001 | € 4.80 | $4.28 |
| 8/13/2001 | € 4.80 | $4.28 |
| 8/14/2001 | € 4.80 | $4.28 |

## Plaintiffs' Daily Inflation for Vivendi Shares
### Per Share; 10/30/2000 - 8/14/2002

| Date | Ordinary Share | ADS |
|---|---|---|
| 8/15/2001 | € 4.80 | $4.28 |
| 8/16/2001 | € 4.80 | $4.28 |
| 8/17/2001 | € 4.80 | $4.28 |
| 8/20/2001 | € 4.80 | $4.28 |
| 8/21/2001 | € 4.80 | $4.28 |
| 8/22/2001 | € 4.80 | $4.28 |
| 8/23/2001 | € 4.80 | $4.28 |
| 8/24/2001 | € 4.80 | $4.28 |
| 8/27/2001 | € 4.80 | $4.28 |
| 8/28/2001 | € 4.80 | $4.28 |
| 8/29/2001 | € 4.80 | $4.28 |
| 8/30/2001 | € 4.80 | $4.28 |
| 8/31/2001 | € 4.80 | $4.28 |
| 9/3/2001 | € 4.80 | |
| 9/4/2001 | € 4.80 | $4.28 |
| 9/5/2001 | € 4.80 | $4.28 |
| 9/6/2001 | € 4.80 | $4.28 |
| 9/7/2001 | € 4.80 | $4.28 |
| 9/10/2001 | € 4.80 | $4.28 |
| 9/11/2001 | € 4.80 | |
| 9/12/2001 | € 4.80 | |
| 9/13/2001 | € 4.80 | |
| 9/14/2001 | € 4.80 | |
| 9/17/2001 | € 4.80 | $4.28 |
| 9/18/2001 | € 4.80 | $4.28 |
| 9/19/2001 | € 4.80 | $4.28 |
| 9/20/2001 | € 4.80 | $4.28 |
| 9/21/2001 | € 4.80 | $4.28 |
| 9/24/2001 | € 4.80 | $4.28 |
| 9/25/2001 | € 4.80 | $4.28 |
| 9/26/2001 | € 4.80 | $4.28 |
| 9/27/2001 | € 4.80 | $4.28 |
| 9/28/2001 | € 4.80 | $4.28 |
| 10/1/2001 | € 4.80 | $4.28 |
| 10/2/2001 | € 4.80 | $4.28 |
| 10/3/2001 | € 4.80 | $4.28 |
| 10/4/2001 | € 4.80 | $4.28 |
| 10/5/2001 | € 4.80 | $4.28 |
| 10/8/2001 | € 4.80 | $4.28 |
| 10/9/2001 | € 4.80 | $4.28 |
| 10/10/2001 | € 4.80 | $4.28 |
| 10/11/2001 | € 4.80 | $4.28 |
| 10/12/2001 | € 4.80 | $4.28 |
| 10/15/2001 | € 4.80 | $4.28 |
| 10/16/2001 | € 4.80 | $4.28 |
| 10/17/2001 | € 4.80 | $4.28 |
| 10/18/2001 | € 4.80 | $4.28 |
| 10/19/2001 | € 4.80 | $4.28 |
| 10/22/2001 | € 4.80 | $4.28 |
| 10/23/2001 | € 4.80 | $4.28 |
| 10/24/2001 | € 4.80 | $4.28 |

5

## Plaintiffs' Daily Inflation for Vivendi Shares
### Per Share; 10/30/2000 - 8/14/2002

| Date | Ordinary Share | ADS |
| --- | --- | --- |
| 10/25/2001 | € 4.80 | $4.28 |
| 10/26/2001 | € 4.80 | $4.28 |
| 10/29/2001 | € 4.80 | $4.28 |
| 10/30/2001 | € 9.35 | $8.34 |
| 10/31/2001 | € 9.77 | $8.72 |
| 11/1/2001 | € 10.18 | $9.10 |
| 11/2/2001 | € 10.59 | $9.48 |
| 11/5/2001 | € 11.00 | $9.86 |
| 11/6/2001 | € 11.41 | $10.24 |
| 11/7/2001 | € 11.82 | $10.62 |
| 11/8/2001 | € 12.23 | $11.00 |
| 11/9/2001 | € 12.65 | $11.38 |
| 11/12/2001 | € 13.06 | $11.75 |
| 11/13/2001 | € 13.47 | $12.13 |
| 11/14/2001 | € 13.88 | $12.51 |
| 11/15/2001 | € 14.29 | $12.89 |
| 11/16/2001 | € 14.70 | $13.27 |
| 11/19/2001 | € 15.11 | $13.65 |
| 11/20/2001 | € 15.53 | $14.03 |
| 11/21/2001 | € 15.94 | $14.41 |
| 11/22/2001 | € 16.35 | |
| 11/23/2001 | € 16.76 | $14.78 |
| 11/26/2001 | € 17.17 | $15.16 |
| 11/27/2001 | € 17.58 | $15.54 |
| 11/28/2001 | € 17.99 | $15.92 |
| 11/29/2001 | € 18.40 | $16.30 |
| 11/30/2001 | € 18.82 | $16.68 |
| 12/3/2001 | € 19.23 | $17.06 |
| 12/4/2001 | € 19.64 | $17.44 |
| 12/5/2001 | € 20.05 | $17.82 |
| 12/6/2001 | € 20.46 | $18.19 |
| 12/7/2001 | € 20.87 | $18.57 |
| 12/10/2001 | € 21.28 | $18.95 |
| 12/11/2001 | € 21.70 | $19.33 |
| 12/12/2001 | € 22.11 | $19.71 |
| 12/13/2001 | € 22.52 | $20.09 |
| 12/14/2001 | € 22.52 | $20.09 |
| 12/17/2001 | € 22.52 | $20.09 |
| 12/18/2001 | € 22.52 | $20.09 |
| 12/19/2001 | € 22.52 | $20.09 |
| 12/20/2001 | € 22.52 | $20.09 |
| 12/21/2001 | € 22.52 | $20.09 |
| 12/24/2001 | € 22.52 | $20.09 |
| 12/26/2001 | | $20.09 |
| 12/27/2001 | € 22.52 | $20.09 |
| 12/28/2001 | € 22.52 | $20.09 |
| 12/31/2001 | | $20.09 |
| 1/2/2002 | € 22.52 | $20.09 |
| 1/3/2002 | € 22.52 | $20.09 |
| 1/4/2002 | € 22.52 | $20.09 |
| 1/7/2002 | € 20.55 | $17.09 |

6

## Plaintiffs' Daily Inflation for Vivendi Shares
### Per Share; 10/30/2000 - 8/14/2002

| Date | Ordinary Share | ADS |
|---|---|---|
| 1/8/2002 | € 20.55 | $17.09 |
| 1/9/2002 | € 20.55 | $17.09 |
| 1/10/2002 | € 20.55 | $17.09 |
| 1/11/2002 | € 20.55 | $17.09 |
| 1/14/2002 | € 20.55 | $17.09 |
| 1/15/2002 | € 20.55 | $17.09 |
| 1/16/2002 | € 20.55 | $17.09 |
| 1/17/2002 | € 20.55 | $17.09 |
| 1/18/2002 | € 20.55 | $17.09 |
| 1/21/2002 | € 20.55 | |
| 1/22/2002 | € 20.55 | $17.09 |
| 1/23/2002 | € 20.55 | $17.09 |
| 1/24/2002 | € 20.55 | $17.09 |
| 1/25/2002 | € 20.55 | $17.09 |
| 1/28/2002 | € 20.55 | $17.09 |
| 1/29/2002 | € 20.55 | $17.09 |
| 1/30/2002 | € 20.55 | $17.09 |
| 1/31/2002 | € 20.55 | $17.09 |
| 2/1/2002 | € 20.55 | $17.09 |
| 2/4/2002 | € 20.55 | $17.09 |
| 2/5/2002 | € 20.55 | $17.09 |
| 2/6/2002 | € 20.55 | $17.09 |
| 2/7/2002 | € 20.55 | $17.09 |
| 2/8/2002 | € 20.55 | $17.09 |
| 2/11/2002 | € 20.55 | $17.09 |
| 2/12/2002 | € 20.55 | $17.09 |
| 2/13/2002 | € 20.55 | $17.09 |
| 2/14/2002 | € 20.55 | $17.09 |
| 2/15/2002 | € 20.55 | $17.09 |
| 2/18/2002 | € 20.55 | |
| 2/19/2002 | € 20.55 | $17.09 |
| 2/20/2002 | € 20.55 | $17.09 |
| 2/21/2002 | € 20.55 | $17.09 |
| 2/22/2002 | € 20.55 | $17.09 |
| 2/25/2002 | € 20.55 | $17.09 |
| 2/26/2002 | € 20.55 | $17.09 |
| 2/27/2002 | € 20.55 | $17.09 |
| 2/28/2002 | € 20.55 | $17.09 |
| 3/1/2002 | € 20.55 | $17.09 |
| 3/4/2002 | € 20.55 | $17.09 |
| 3/5/2002 | € 20.55 | $17.09 |
| 3/6/2002 | € 20.55 | $17.09 |
| 3/7/2002 | € 20.55 | $17.09 |
| 3/8/2002 | € 20.55 | $17.09 |
| 3/11/2002 | € 20.55 | $17.09 |
| 3/12/2002 | € 20.55 | $17.09 |
| 3/13/2002 | € 20.55 | $17.09 |
| 3/14/2002 | € 20.55 | $17.09 |
| 3/15/2002 | € 20.55 | $17.09 |
| 3/18/2002 | € 20.55 | $17.09 |
| 3/19/2002 | € 20.55 | $17.09 |

## Plaintiffs' Daily Inflation for Vivendi Shares
### Per Share; 10/30/2000 - 8/14/2002

| Date | Ordinary Share | ADS |
| --- | --- | --- |
| 3/20/2002 | €20.55 | $17.09 |
| 3/21/2002 | €20.55 | $17.09 |
| 3/22/2002 | €20.55 | $17.09 |
| 3/25/2002 | €20.55 | $17.09 |
| 3/26/2002 | €20.55 | $17.09 |
| 3/27/2002 | €20.55 | $17.09 |
| 3/28/2002 | €20.55 | $17.09 |
| 4/1/2002 |  | $17.09 |
| 4/2/2002 | €20.55 | $17.09 |
| 4/3/2002 | €20.55 | $17.09 |
| 4/4/2002 | €20.55 | $17.09 |
| 4/5/2002 | €20.55 | $17.09 |
| 4/8/2002 | €20.55 | $17.09 |
| 4/9/2002 | €20.55 | $17.09 |
| 4/10/2002 | €20.55 | $17.09 |
| 4/11/2002 | €20.55 | $17.09 |
| 4/12/2002 | €20.55 | $17.09 |
| 4/15/2002 | €20.55 | $17.09 |
| 4/16/2002 | €20.55 | $17.09 |
| 4/17/2002 | €20.55 | $17.09 |
| 4/18/2002 | €20.55 | $17.09 |
| 4/19/2002 | €20.55 | $17.09 |
| 4/22/2002 | €20.55 | $17.09 |
| 4/23/2002 | €20.55 | $17.09 |
| 4/24/2002 | €20.55 | $17.09 |
| 4/25/2002 | €20.55 | $17.09 |
| 4/26/2002 | €20.55 | $17.09 |
| 4/29/2002 | €20.55 | $17.09 |
| 4/30/2002 | €20.55 | $17.09 |
| 5/1/2002 |  | $17.09 |
| 5/2/2002 | €20.55 | $17.09 |
| 5/3/2002 | €19.05 | $15.69 |
| 5/6/2002 | €19.05 | $15.69 |
| 5/7/2002 | €19.05 | $15.69 |
| 5/8/2002 | €19.05 | $15.69 |
| 5/9/2002 | €19.05 | $15.69 |
| 5/10/2002 | €19.05 | $15.69 |
| 5/13/2002 | €19.05 | $15.69 |
| 5/14/2002 | €19.05 | $15.69 |
| 5/15/2002 | €19.05 | $15.69 |
| 5/16/2002 | €19.05 | $15.69 |
| 5/17/2002 | €19.05 | $15.69 |
| 5/20/2002 | €19.05 | $15.69 |
| 5/21/2002 | €19.05 | $15.69 |
| 5/22/2002 | €19.05 | $15.69 |
| 5/23/2002 | €19.05 | $15.69 |
| 5/24/2002 | €19.05 | $15.69 |
| 5/27/2002 | €19.05 |  |
| 5/28/2002 | €19.05 | $15.69 |
| 5/29/2002 | €19.05 | $15.69 |
| 5/30/2002 | €19.05 | $15.69 |

**Plaintiffs' Daily Inflation for Vivendi Shares**
Per Share; 10/30/2000 - 8/14/2002

| Date | Ordinary Share | ADS |
|---|---|---|
| 5/31/2002 | €19.05 | $15.69 |
| 6/3/2002 | €19.05 | $15.69 |
| 6/4/2002 | €19.05 | $15.69 |
| 6/5/2002 | €19.05 | $15.69 |
| 6/6/2002 | €19.05 | $15.69 |
| 6/7/2002 | €19.05 | $15.69 |
| 6/10/2002 | €19.05 | $15.69 |
| 6/11/2002 | €19.05 | $15.69 |
| 6/12/2002 | €19.05 | $15.69 |
| 6/13/2002 | €19.05 | $15.69 |
| 6/14/2002 | €19.05 | $15.69 |
| 6/17/2002 | €19.05 | $15.69 |
| 6/18/2002 | €19.05 | $15.69 |
| 6/19/2002 | €19.05 | $15.69 |
| 6/20/2002 | €19.05 | $15.69 |
| 6/21/2002 | €17.04 | $13.93 |
| 6/24/2002 | €12.42 | $10.35 |
| 6/25/2002 | €12.42 | $10.35 |
| 6/26/2002 | €14.39 | $11.26 |
| 6/27/2002 | €14.39 | $11.26 |
| 6/28/2002 | €14.39 | $11.26 |
| 7/1/2002 | €14.39 | $11.26 |
| 7/2/2002 | €9.08 | $7.05 |
| 7/3/2002 | €5.83 | $4.97 |
| 7/4/2002 | €5.83 | |
| 7/5/2002 | €5.83 | $4.97 |
| 7/8/2002 | €5.83 | $4.97 |
| 7/9/2002 | €5.83 | $4.97 |
| 7/10/2002 | €4.93 | $4.14 |
| 7/11/2002 | €4.93 | $4.14 |
| 7/12/2002 | €4.93 | $4.14 |
| 7/15/2002 | €3.52 | $4.14 |
| 7/16/2002 | €3.52 | $4.14 |
| 7/17/2002 | €3.52 | $4.14 |
| 7/18/2002 | €3.52 | $4.14 |
| 7/19/2002 | €3.52 | $4.14 |
| 7/22/2002 | €3.52 | $4.14 |
| 7/23/2002 | €3.52 | $4.14 |
| 7/24/2002 | €3.52 | $4.14 |
| 7/25/2002 | €3.52 | $4.14 |
| 7/26/2002 | €3.52 | $4.14 |
| 7/29/2002 | €3.52 | $4.14 |
| 7/30/2002 | €3.52 | $4.14 |
| 7/31/2002 | €3.52 | $4.14 |
| 8/1/2002 | €3.52 | $4.14 |
| 8/2/2002 | €3.52 | $4.14 |
| 8/5/2002 | €3.52 | $4.14 |
| 8/6/2002 | €3.52 | $4.14 |
| 8/7/2002 | €3.52 | $4.14 |
| 8/8/2002 | €3.52 | $4.14 |
| 8/9/2002 | €3.52 | $4.14 |

9

## Plaintiffs' Daily Inflation for Vivendi Shares
### Per Share; 10/30/2000 - 8/14/2002

| Date | Ordinary Share | ADS |
|---|---:|---:|
| 8/12/2002 | € 3.52 | $4.14 |
| 8/13/2002 | € 3.52 | $4.14 |
| 8/14/2002 | € 0.00 | $0.00 |

Figures reflect rounding

10