UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 18-cv-04865-EMC <br><br> **ORDER REGARDING OBJECTIONS TO FEBRUARY 1 EVIDENCE** <br><br> Docket Nos. 648, 649 |

The Court's rulings on the parties' objections to the list of exhibits slated for February 1, 2023, are attached. The Court overrules all of Plaintiff's objections. *See* Docket No. 648. The Court uses the following notations for its rulings on Defendants' objections: "O" means that the objection is overruled, "S" means that the objection is sustained, "R" means that the Court is reserving ruling, and "W" means that the exhibit or the objection has been withdrawn.

**IT IS SO ORDERED**.

Dated: February 1, 2023

_____
EDWARD M. CHEN
United States District Judge