1  **LEVI & KORSINSKY, LLP**
   Adam M. Apton (SBN 316506)
2  Adam C. McCall (SBN 302130)
3  75 Broadway, Suite 202
   San Francisco, CA 94111
4  Tel.: (415) 373-1671
   Email: aapton@zlk.com
5          amccall@zlk.com

6  *Attorneys for Plaintiff and Counsel for the Class*

7

8                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | IN RE TESLA, INC. SECURITIES | Case No. 3:18-cv-04865-EMC |
   | LITIGATION | |
11 | | **[PROPOSED] ORDER GRANTING** |
   | | **PLAINTIFF'S MOTION FOR** |
12 | | **JUDGMENT AS MATTER OF LAW** |

13

14

15

16         This matter comes before the Court on Plaintiff's Motion for Judgment as Matter of Law.

17 The Court has considered the Motion, any supporting material and argument of counsel. After

18 considering the papers submitted by the parties and the argument of counsel, it is **HEREBY**

19 **ORDERED** that Plaintiff's motion is **GRANTED** and **ORDERS** that pursuant to Fed. R. Civ. P.

20 50(a), Defendants have "been fully heard on" the issues of materiality and reliance "and there is no

21 legally sufficient evidentiary basis for a reasonable jury to find for" Defendants on those issues.

22 FED. R. CIV. P. 50(a). Accordingly the issues of materiality and reliance are hereby entered as a

23 matter of law in favor of Plaintiff.

24         **IT IS SO ORDERED.**

25 Dated: _____              _____
                                              Hon. Edward M. Chen
26                                            United States District Judge

27

28