**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
　　　amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

[Additional Counsel on Signature Block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF LODGING OF CERTAIN DOCUMENTS AND MEDIA INTO EVIDENCE** |

TO: THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Glen Littleton hereby lodges the following documents and media, which satisfy all of the requirements set forth in the Federal Rule of Evidence for admissibility as well as Judge Chen's Guidelines for Trial in Civil Cases (Jury and Bench):

- The excerpted transcript of Ryan Brinkman's deposition held on May 4, 2021, pages 6, 13-16, 22-25, 41-96, 98, 100-102, 105-106, 116-118, and 122-132;

- The excerpted transcript of Joseph Fath's deposition held on July 12, 2021, pages 6-12, 17-23, 25-31, 35-42, 44-50, 54-59, 71, 75-78, 87-89, 91-95, 98-100, and 105-121;

- Deposition of Elon Musk: three (3) media clips of Elon Musk's deposition held on November 5, 2021 (page 183, line 15 – page 184, line 1; page 189, lines 5-7; and page 246, line 20 – page 247, line 4);
- Demonstratives of Professor Guhan Subramanian, slides 1-22;
- Demonstratives of Professor Steven L. Heston, slides 2-7 and 10;
- Demonstratives of Dr. Michael L. Hartzmark, slides 2, 4-7, 11-12, 16, 19, 22, 24, 26, 30, 32, 40, 42, 45-49, 51-52, 55, 59, 61-63, 65-66, 69, and 74.

Dated: February 2, 2023						Respectfully submitted,

**LEVI & KORSINSKY, LLP**

 *s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

-and-

Nicholas I. Porritt
Elizabeth K. Tripodi
Alexander A. Krot III
LEVI & KORSINSKY, LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Tel.: (202) 524-4290
Email: nporritt@zlk.com
Email: etripodi@zlk.com
Email: akrot@zlk.com
(admitted *pro hac vice*)

-and-

Joseph Levi

Eduard Korsinsky
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Email: jlevi@zlk.com
Email: ek@zlk.com
(admitted *pro hac vice*)

*Attorneys for Plaintiff and Counsel for the Class*

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

/s/ Adam M. Apton
Adam M. Apton