1

2              UNITED STATES DISTRICT COURT

3        FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                SAN FRANCISCO DIVISION

5    -------------------------X

6    IN RE TESLA, INC.

7    SECURITIES LITIGATION        Civil Action No.

8                                 3:18-cv-04865-EMC

9    -------------------------X

10

11

12        REMOTE DEPOSITION OF RYAN BRINKMAN

13                 May 4, 2021

14

15

16   Reported by:

17   MARY F. BOWMAN, RPR, CRR

18   JOB NO. 193519

19

20

21

22

23

24

25



```
 1
 2  RYAN BRINKMAN,
 3       called as a witness by the parties,
 4       having been duly sworn, testified as
 5       follows:
```

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

```
13            First of all, could you state
14    your full name for the record.
15       A.   Ryan Joseph Brinkman.
```

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

```
7      Q.    And that brings us neatly to the
8    next question which is can you briefly
9    outline your employment here?  What have
10   you done since you moved to New York?
11     A.    Right.  I started in New York
12   working for Bear Stearns as an associate or
13   junior analyst on that company's U.S. autos
14   and transportation equipment team, and I
15   did that from April of 2007 until the
16   merger with JP Morgan in June of 2009.
17            And then I was the junior on U.S.
18   autos and auto parts team from June of 2009
19   until May of 2011.  And then -- I am sorry,
20   June of '08, it would have been until May
21   of 2010.
22            And then from May of 2010 until
23   May of 2012, I was vice president on the
24   hard lines retail equity research team at
25   Goldman Sachs focusing in particular on the
```

1

2    automotive after market.

3            And then in May of 2012, I

4    resigned from Goldman Sachs to return to JP

5    Morgan.  There was a 60- or 90-day garden

6    leave when I was in between the two

7    companies.

8            And then beginning around I think

9    June or July of 2010, July of 2012, I

10   initiated on -- I became the senior U.S.

11   autos analyst at JP Morgan covering U.S.

12   autos and auto parts and I've been doing

13   that job ever since.

14      Q.    So you are still the senior U.S.

15   auto analyst at JP Morgan?

16      A.    Yes.

17      Q.    Do you report to anyone at JP

18   Morgan?

19      A.    Yes, I report to the director of

20   equity research at JP Morgan -- of Americas

21   equity research.

22      Q.    Could you briefly describe what

23   your job as senior U.S. auto analyst at JP

24   Morgan entails?

25      A.    Sure.  The primary day-to-day job

1

2    is I rate about 35 autos-related stocks

3    overweight, neutral or underweight,

4    providing these recommendations to

5    institutional investors, mutual funds,

6    hedge funds, insurance companies, et

7    cetera, and recommend whether they should

8    have more than a benchmark weighting or --

9    overweight position in a certain stock, an

10   equal weight or a neutral, or an

11   underweight position, which suggests that

12   they should have less than is included in

13   their benchmark in their portfolio.

14           I also develop price targets to

15   try to suggest where the stocks could or

16   should go and I formulate earnings

17   estimates, I try to guess how much, you

18   know, revenue, earnings, cash flow, all of

19   the lines of the income statement, balance

20   sheet and cash flow statement that these

21   companies will generate for the next couple

22   to several years typically.

23           And I author notes that describe

24   the company's earnings, my outlook, not

25   just the company, but the auto industry

1

2    generally, that's one part of what I do.

3              Another part of what I do is to

4    be a consultant to economists at JP Morgan,

5    Chase Auto Finance, different aspects of

6    the bank.

2        Q.    Now, specifically in connection

3    with Tesla, which is the one of the

4    companies you followed, what information

5    sources were you looking at as part of your

6    following of Tesla?

7        A.    In general or during the time

8    period in question?

9        Q.    Let's talk about 2018.  Let's

10   start in like July 2018.  What news sources

11   were available to you then and that you

12   were reading?

13       A.    Sure.  So the company would

14   release quarterly deliveries numbers that

15   would come out in the first part of July.

16   That's a note that we would publish on.

17   Any other releases, earnings that would

18   come up from the company itself, certainly

19   we would publish on.

20            Then I mentioned a Bloomberg

21   being the primary news source and Bloomberg

22   pulls in news articles from all sorts of

23   different publications, New York Times,

24   whatever, and so that's kind of my news

25   aggregator typically, but as mentioned

1

2   also, AutoNews.com, WardsAuto.com, those

3   are some of my go-to resources for news

4   that's happening on the industry and they

5   oftentimes write on Tesla as well.

6        Q.    So if in the morning, you saw

7   there was a headline in connection with

8   Tesla, is that something you would read

9   straight away, save it for a few days?  How

10  up to date do you keep in connection with

11  Tesla at this time?

12       A.    I mean, I typically, when I would

13  sit at my desk and the office would have

14  kind of two screens and one would just be a

15  rolling news flow.  I don't always catch

16  everything, and I'm in meetings and stuff,

17  and that's why the important news flow, we

18  try to e-mail around within the team.

19            But generally speaking, I am

20  watching or trying to watch headlines

21  throughout the day as they develop.

22       Q.    Did you follow Elon Musk on

23  Twitter?

24       A.    He was the first person I

25  followed on Twitter, I believe, yeah, I

1

2    felt like I needed to as part of my job.

3        Q.    Why did you feel you needed to as

4    part of your job?

5        A.    Because it was a commonly -- to

6    comment upon occurrence back in the earlier

7    time period when they were a public company

8    that oftentimes breaking or important news

9    would be communicated via Twitter and there

10   was a lot of discussion about that and in

11   the financial media.

12            Twitter and all social media

13   sites like Facebook, et cetera, are

14   typically blocked on corporate internets,

15   at least on Wall Street.  And so the

16   analysts didn't necessarily have access to

17   that and I think it was in response to

18   Elon's Twitter practices that Bloomberg

19   actually incorporated Twitter into their

20   feed.

21            So I could see the Twitter, the

22   Tweets from Tesla, Elon, via Bloomberg.

23   But also, you know, whenever I would be out

24   and about on my phone, et cetera, I would

25   just like to get alert when he would tweet

1

2    something so I know I'm up to speed in case

3    a client would call and ask about it, et

4    cetera.

21          Q.    So I'm placing before the witness

22    a document marked as Exhibit 8, a Tweet

23    from Elon Musk dated August 7, 2018.

24               I'll ask the witness if he

25    recognizes this document?

1

2       A.    Yes, I do.

3       Q.    Do you recall when you first saw

4   this document?

5       A.    Yes.  It was toward the end of

6   the trading day on the date in question.

7   It was the day before my annual automotive

8   conference.  I remember it well.

9       Q.    So you did not see this when it

10  was -- I'll represent to you this was

11  issued at 9:48 a.m. Pacific, so 12:48 p.m.

12  Eastern time.

13          And you did not see this

14  before -- you did not see this at the time

15  it was issued?

16      A.    So the first thing I noted was

17  that these headlines were crossing on

18  Bloomberg about an Elon Musk tweet and the

19  share price was reacting, and it's then

20  that I picked up my phone and opened my

21  Twitter to see if it was real, and saw that

22  Elon, or at least Elon's account, had

23  posted that, um-hum.  So first I saw the

24  headlines and then the tweet.

25      Q.    Are you aware that trading in

1

2    Tesla stock was halted during the course of

3    the afternoon of August 7?

4         A.    Yes.

5         Q.    Did you learn that in real time

6    or was that as part of what you were

7    responded to these headlines?

8         A.    I was glued to my Bloomberg

9    screen watching every development as it

10   transpired.

11        Q.    Do you recall when in the day you

12   started sort of closely following Tesla on

13   that day?

14        A.    Immediately, within minutes of

15   when the stock moved.

16        Q.    OK, so after the -- within

17   minutes of the "funding secured" Tweet,

18   Exhibit 8 that we have put in front of you?

19        A.    Yes.

20        Q.    Do you recall if you received any

21   questions or queries regarding what was

22   going on with the Tesla stock during that

23   afternoon?

24        A.    I don't recall any specific

25   inquiries, but I'm sure there were many.

1

2      Q.    And at least within JP Morgan?

3      A.    Probably my sales trader who

4  trades stock for clients.  Perhaps

5  salespeople.  Perhaps clients.  Most likely

6  clients and, you know, team members.  There

7  was a lot of interest.

8      Q.    Why don't -- do you recall your

9  first reaction when reading this tweet,

10  Exhibit 8?

11     A.    I was shocked.

12     Q.    OK, why were you shocked?

13     A.    Well, I wasn't expecting the

14  company, A, to be taken private and for the

15  shares to gap up.  I had an underweight

16  rating on the stock and thought that it was

17  overvalued and wouldn't have imagined that

18  somebody would come in with a seemingly

19  cash offer like that.

20          And then B, I was also surprised

21  by the manner in which the announcement was

22  taking place, that it was taking place

23  during the market, before the stock was

24  halted, and on Twitter, and not -- it was a

25  statement from the CEO as opposed to some

1

2   sort of press release by the company.  Or

3   an 8-K SEC filing.

4       Q.    Do you recall that Tesla

5   previously announced major corporate

6   transactions via a more regular press

7   release or -- rather than via Twitter?

8       A.    Nothing on the order of this

9   magnitude.  I think there were

10  announcements that were made that were

11  notable that they were taking place on

12  Twitter instead of press releases, and we

13  discussed that earlier, that Bloomberg

14  started incorporating Twitter into the news

15  feed as a result of that.

16          But nothing like this.  No.

17      Q.    Did you continue to monitor

18  statements by Mr. Musk regarding this

19  potential going private transaction during

20  the afternoon of August 7?

21      A.    Yes.

■

8        Q.    So I placed before the witness, a

9    document marked Exhibit -- Exhibit 10,

15        Q.    It's another Tweet or

16    screenshot'd Tweet sent by Mr. Musk.   In

17    particular, this ones had -- starts, "My

18    hope is all current investors stay with

19    Tesla, even if we're private."

20            Do you see that?

21        A.    Yes.

22        Q.    Do you recall seeing this Tweet

23    during the afternoon of August 7, 2018?

24        A.    Yes.

25        Q.    Do you see this Tweet refers to

1

2    "would create special purpose fund enabling

3    anyone to stay with Tesla," do you see that

4    there?

5        A.    Yes.

6        Q.    Do you recall having any reaction

7    to that suggestion in Mr. Musk's Tweet in

8    at 11 a.m.?

9        A.    Yes.

10       Q.    What was that reaction?

11       A.    Again, shock and confusion, and I

12   felt like my understanding of the situation

13   was becoming even less clear than before.

14            I didn't understand why if the

15   company was being taken private that all

16   shareholders would continue to be able to

17   participate in the company.  It didn't seem

18   to me at first to make a whole lot of

19   sense.  Yeah.

20            Also, I was doubting the -- how

21   this could work.  I think, you know, to

22   participate in private companies of this

23   sort, I believe you might have to be a

24   qualified investor with a certain amount of

25   assets or income or something like that.

1

2   It so it just seemed kind of strange and I

3   was a little confused by it.

██████████████████████████████████

██████████████████████████████

6       Q.    Just in response to your last

7   testimony about -- did you reach out about

8   your confusion -- in response to that 11

9   a.m. Tweet of Exhibit 10, did you reach out

10  to anyone within JP Morgan that might have

11  experience in going-private transactions or

12  anything like that to try and better

13  understand what Mr. Musk seemed to be

14  proposing in these Tweets?

15      A.    No, I don't think so.

16      Q.    This is just based on your

17  industry experience at this point 11 years

18  in the industry?

19      A.    Yeah, I mean, I was unfamiliar

20  with the ability for the public to

21  participate in privately-held companies in

22  the same way that they would in public

23  companies.  I hadn't heard of that before.

████████████████████████████████████

█████████████████

```
 3        Q.    So I have it placed before the
 4    witness a document marked as Exhibit 11.
```

```
 9        Q.    A Tweet at 11:13 a.m.,
10    "Shareholders could either to sell at 420
11    or hold shares and go private."
12              Do you see that?
13        A.    Yes.
14        Q.    Again, do you recall seeing this
15    Tweet during the afternoon of August 7?
16        A.    Yes.
17        Q.    What was your reaction to the --
18    this is the second e-mail we see now of
19    this potential price of 420 per share.  Do
20    you recall having any reaction to that
21    price level?
22        A.    Yes, I mean, there were a number
23    of media articles within moments, I
24    believe, of when the first Tweet came out
25    that were wondering whether Elon's account
```

1

2    had been hacked or whether this was, in

3    fact, a joke including a potential allusion

4    to April 20, 4/20, a common marijuana

5    allusion that Elon had, I believe,

6    referenced a number of times on Twitter

7    before.

8         Q.    Did you think that Elon's account

9    might have been hacked?

10        A.    That was my first reaction when I

11   first saw the headline that Elon had

12   Tweeted taking the company private at 420 a

13   share.

14             First of all, the 4/20 reference,

15   I thought that was a possible reference to

16   hacking, although it could have also been a

17   joke.  And then I thought the CEO of a

18   company wouldn't joke about this, so I

19   thought maybe it was a hack.

20             And it was only when he continued

21   to reply to other investors with additional

22   details and appeared serious that I began

23   to believe that it was not a hack which was

24   I think fully confirmed that evening when

25   the company had made some sort of e-mail

1

2    from Elon to employees public, that's when

3    I concluded that it certainly was not a

4    hack.

5            But within probably half an hour

6    or so, I was comfortable it was not a hack.

6    Q.    I place before the witness a

7   document marked as Exhibit 12.   The

8   document entitled "Taking Tesla Private."

9    A.    Yes, I see it.

10    Q.    Was this the document you were

11   referring to just in your prior testimony?

12    A.    Yes.

13    Q.    And what was it about this

14   document that confirmed for you the reality

15   of this proposal that I previously

16   mentioned in the Tweets from Elon Musk?

17    A.    It was notable to me that it was

18   on a Tesla corporate website.   It wasn't a

19   personal website of Elon Musk.

20         So now we have some sort of

21   document that is an official Tesla document

22   referring to the go-private consideration

23   which, in my mind, gave more veracity to

24   Elon's earlier Tweets.

25         It did stand out in my mind that

1

2    it wasn't a press release from the company.

3    It wasn't the company necessarily speaking

4    to investors and analysts.  It was the

5    revelation of an internal e-mail to its

6    from Elon to his employees and that seemed

7    interesting to me, and it was different

8    than a press release from the company and,

9    yet, it was on a company website.

10            I have to make decisions about

11   what I am going to be doing, what I'm going

12   to be publishing, and I wasn't getting all

13   the answers I was looking for.

14            So I was still a little confused,

15   but clearly, it means there -- it could not

16   have been a hack unless Tesla's corporate

17   website was also hacked.  So I was moving

18   more in the direction of this was certainly

19   real.

20       Q.   At the end of that first or

21   second paragraph, the first really long

22   paragraph, there is a sentence, it says, on

23   Exhibit 12, "Finally, as the most shorted

24   stock in the history of the stock market,

25   being public means there are large numbers

1

2    of people who have the incentive to attack

3    the company."

4          Do you see that?

5    A.    Yes.

6    Q.    What was your understanding of

7    the time of the short interest in Tesla on

8    August 7, 2018?

9    A.    Throughout most of the time -- I

10   don't recall what it was exactly on that

11   date, but throughout most of the time --

12   the shortage today is 5 percent, very low,

13   but most of the time I've covered the

14   company, it's generally a range between 20

15   and 35 percent, I would estimate.

16   Q.    Is that a high level of short

17   interest in your experience?

18   A.    For sure, particularly of a firm

19   of its market capitalization.

20   Q.    What does that mean?  Does that

21   have any effect on your views of the

22   company?

23   A.    Well, if there is a high short

24   interest, it would alert me to the fact

25   that others may have bearish views about

1

2    this company and I should be aware of why

3    people are short.

4             Also, it provides upside risk in

5    the event that those investors are wrong

6    and there could be a short squeeze.  So

7    those are the two primary reasons that I

8    would pay attention to a short interest.

9        Q.    You just mentioned a short

10   squeeze.  Could you explain what that

11   means?

12       A.    Well, as investors, when you are

13   long a stock, of course you could only lose

14   your principal.  But if you're short a

15   stock -- because the stock can only go from

16   where it is to zero.

17            But if you are short a stock,

18   theoretically there is no limit to the

19   amount at which it can rise.  We have seen

20   some big short squeezes in the auto

21   industry before including in Volkswagen

22   shares, and of course, more recently

23   outside the industry in Game Stop, et

24   cetera.

25            So that's what I would be

1

2    concerned about if everybody was short and

3    in an underweight rating, that could

4    provide some risk to an underweight rating.

5        Q.    And what happens when a short

6    squeeze is occurring?  What happens to the

7    stock price then?

8        A.    It rises, causing shorts to need

9    to buy to cover, causing the shares to rise

10   even more, causing even more to buy to

11   cover.  That's typically I think the

12   definition.

13       Q.    Is there a particular time period

14   that a short squeeze occurs?  Does it take

15   days, weeks, months, hours, minutes?  Is

16   there any particular time period?

17       A.    I think it could happen very

18   quickly.  It could feed on itself, the

19   faster it rises.  We just saw, for example,

20   in the case of some meme stocks earlier

21   this year, short squeezes that happened

22   much more quickly than probably most

23   participants would have imagined.

Page 58

22      Q.     When you were -- on the afternoon

23   of August 7, did you think that there might

24   be a potential for SpaceX to be involved in

25   this going-private transaction with Tesla?

1

2      A.    No.   I think there was already

3   speculation that the Saudi investment fund

4   was more likely -- I didn't myself think

5   that SpaceX was involved.

6      Q.    When you say there was already

7   speculation that the Saudi investment fund

8   may be involved, what are you referring to?

9      A.    I can't recall.  I think -- I'm

10  wondering if when I first heard about Saudi

11  investment fund, whether it was before or

12  after the Tweet.  I think it was before.

13         I think they may have already had

14  a stake and so there was some speculation,

15  maybe I read some media articles about

16  Saudi Arabia wanted to diversify away from

17  oil and gas and petro chemicals, I'm not

18  sure.

19         Certainly, SpaceX is a private

20  company itself that attracts external

21  investors with capital.  They don't have

22  large amounts of cash, certainly didn't at

23  the time.

24         In terms of who even could take

25  Tesla private, especially for somebody who

1

2    had funding secured, who has, you know,

3    tens and tens and tens of billions of

4    dollars just at the ready, the Saudi

5    investment fund was an obvious candidate.

6            There could also be other

7    sovereign wealth funds, maybe out of Norway

8    or Singapore, that perhaps could have

9    footed a bill like that.

10           But it was relatively few

11   number of companies that could make an

12   offer like that without, I think, making it

13   obvious that they were trying to raise

14   capital, et cetera.  So they were probably

15   at the top of a short list for a number of

16   market participants.

2       Q.    So placed before the witness a

3    document marked Exhibit 13, another Tweet

4    from Mr. Musk.  First sentence of which

5    reads investor support is confirmed.

6            Do you recall seeing this Tweet

7    on the August 7?

8       A.    Yes.

9       Q.    Do you recall what your reaction

10   was to this Tweet?

11      A.    Yes.  And I wrote about it in the

12   note that I published.

13            This was important for my

14   thinking, my reaction was, again, surprise,

15   but at the same time, you know, it was

16   really sort of completing in my mind the

17   questions that I had.  It was stating the

18   only reason  why this is not certain to go

19   private offer is that it's contingent on a

20   shareholder vote.

21            So that implied a number of

22   things in my mind and I think by logical

23   necessity as well because there is a number

24   of things that need to happen in order for

25   a company to be taken private.

Page 62

1

2          First of all, there needs to be a

3    formal offer from the acquirer.  It needs

4    to be approved by the acquirer's board of

5    directors.  It needs to be approved by the

6    company being taken private by their board,

7    and so -- now I did not see any kind of

8    statement from Tesla as mentioned --

9    nothing about the board of directors having

10   approved this offer.

11          But I -- when he says investor

12   support is confirmed, only reason why it's

13   not certain is because it's contingent on

14   shareholder vote, that tells me that he has

15   got a the approval of the board of

16   directors of Tesla, maybe they haven't

17   officially voted, but he has consulted with

18   them as you would imagine before the CEO

19   would go public saying he is considering

20   taking the company private.  And I imagine

21   that the board of directors had given Elon

22   a verbal OK and that the financing had been

23   secured and -- first of all because that's

24   another requirement for a company being

25   taken private apart from a shareholder vote

```
 1
 2   is the funding needs to be lined up and
 3   then there is the other Tweet saying the
 4   funding was secured.
 5        So this Tweet was important
 6   because it suggested in my mind that those,
 7   all those other things were true.  Of
 8   course, I also had doubts as mentioned
 9   earlier, the fact that it was a Tweet, that
10   wasn't a press release from the company,
11   per se, there wasn't an 8K.
```

████████████████████████████

```
13   A.   I was weighing these things, this
14   was an important Tweet, important
15   statement.  This was a strong statement,
16   just like funding secured, this is another
17   one that strongly supports that this is
18   really happening.
19        And then I had to weigh that in
20   my mind against the unconventional nature
21   of the announcement and the fact that it
22   was a Tweet and not an 8-K filing and
23   things of that sort.
24        But this was an important source
25   of information for my writing the note
```

```
 1

 2   later that evening.

 [REDACTED]

 [REDACTED]

 [REDACTED]

 6              What do you understand "funding

 7   being secured" to mean?

 8       A.      So I thought -- it means that the

 9   funding is secured.  Right.  That the

10   funding has been lined up.  It's not in

11   question.  It's secured.  It's not

12   insecure.

13              I assumed that that meant that

14   there has been a Wall Street bank or more

15   likely consortium of banks that have lined

16   up or committed to lining up this financing

17   or -- as speculated by myself at the time

18   potentially and I think in other sources as

19   well -- maybe funding didn't need to be

20   lined up by Wall Street because it was

21   already there because it was such a deep

22   pocketed acquirer of which of course there

23   are a few in the world.  I mean, Warren

24   Buffet could do it, Berkshire Hathaway,

25   although certainly that never crossed my
```

1

2    mind.  But the Saudi investment fund and

3    some other sovereign wealth funds with some

4    capital from Scandinavia or East Asia.

5    Very few probably.

6        Q.    But you understood it to be some

7    commitment to funding?

8        A.    Either a commitment to funding or

9    that it was already there and so didn't

10   need to be lined up because they were in

11   ownership, the acquirer already had that

12   capital.

13       Q.    When you see here "investor

14   support is confirmed," what did you

15   understand "investor support" to mean?

16       A.    Well, this is confusing because

17   what does it mean?  Does the mean the Tesla

18   shareholders themselves?  Because they are

19   just learning about this now.  So I don't

20   see how he could have confirmed support

21   amongst his own shareholders.

22            And he did say in the other Tweet

23   that it is contingent on a shareholder

24   vote.  So that didn't seem to me what was

25   meant by investor support confirmed.

1

2          But again, I was confused.  So I

3    thought perhaps that meant the support of

4    representatives of Tesla investors, like

5    the board of directors, for example.  Or

6    maybe the investors that are the new

7    investors that are coming in like the

8    acquirer.

9          It wasn't really clear, but it

10   couldn't have been in reference to the

11   common stockholder.  That would need to go

12   through the vote process.  But perhaps it

13   was in reference to the common stockholders

14   representatives which are the board of

15   directors.

12      Q.    I have placed before the witness

13   a document marked as Exhibit 14.  It is

14   Bates stamped JPMS 16045.  Do you see that

15   document in front of you?

16      A.    Yes.

17      Q.    Do you recognize this document?

18      A.    Yes.

19      Q.    What is this document?

20      A.    So at JP Morgan, research

21   analysts can make changes to their price

22   targets of less than 20 percent without

23   requesting the approval of management, but

24   if they request a price target change up or

25   down of more than 20 percent or they want

1

2  to effect a ratings change from one of our

3  three ratings to another, it requires the

4  approval of one of the top members of

5  management, one of the top three members of

6  management in the research -- the Americas

7  research department.  And that's what this

8  e-mail EQR approval request is, when you

9  want approval for a ratings change or a

10  price target change of that type.

11         So I felt I needed to raise my

12  price target on Tesla by more than 20

13  percent as a consequence of the events that

14  have day.  So I e-mailed the management

15  requesting the approval, I provided the

16  rationale there and I also pasted below my

17  rationale the actual text of the note which

18  I had already drafted.

19     Q.    So this e-mail got the time stamp

20  here of 2:29 and 51 seconds, I will round

21  it up 2:30 a.m.  But as previously stated,

22  I think that was UTC time, so that would be

23  10:30 p.m. New York time.

24         Does that reflect your

25  recollection this was late at night that

1

2   you were sending this update?

3       A.   Yes, this was the evening before

4   my annual automotive conference.  I was

5   hosting a number of dinners that day.  I

6   came back from the dinners to write the

7   Tesla note and after writing it, e-mailed

8   management.

9       Q.   This e-mail reflects your

10  thoughts about Tesla and potential price

11  target following August -- the events of

12  August 7, 2018?

13      A.   Yes.

18        Q.      So I placed before the witness a

19    document marked as Exhibit 15.

24        Q.      It is noted dated 8th of August

25    2018.  It is Bates stamped JPMS 00047.  It

1

2   refers to 61.

3          Have you had a chance to glance

4   through this document, Mr. Brinkman?

5      A.    Yes.

6      Q.    Do you recognize this document?

7      A.    Yes.

8      Q.    What is this document?

9      A.    This is the note that I wrote in

10  response to the events that we were talking

11  about earlier and was published overnight

12  and it was remaining underweight.

13         And yet, increasing my price

14  target very materially from 195 dollars to

15  308 dollars.  As a consequence of, as we

16  mentioned earlier, there were, you know, I

17  wanted to take a middle-of-the-road

18  approach.

19         There were a lot of reasons to

20  think there was a lot of veracity to this

21  and then there were also some lingering

22  concerns including that there was still not

23  a press release by the company and whatnot.

24  There was the blog post, but I decided to

25  weight it 50/50.  50 percent the same price

1

2    target I had before, which was based on the

3    fundamentals as if it was not going

4    private, and other 50 percent I weighted

5    420 dollars, and the note provides my

6    rationale for doing that, including the

7    thought process.  And it finishes by saying

8    that details are few and that investors

9    should be ready for me to potentially lower

10   my price target again if I needed to remove

11   the 50 percent go-private weight or

12   potentially to increase my price target if

13   it became more clear and maybe take it all

14   the way to 420.

15       Q.    And this note reflects perhaps in

16   more detail your thoughts regarding the

17   potential going private transaction as of

18   the early morning of August 8, 2018?

19       A.    Yes.

20       Q.    In that opening on page 1 of

21   Exhibit 15, you state that, "The Tweets we

22   are talking about on August 7 are

23   nevertheless declarative statements from

24   the CEO of a public company which we feel

25   should be considered seriously.  Either

1

2    funding is secured or it is not secured.

3    Tesla CEO says funding is secured."

4             Do you see that?

5    A.    Yes.

6    Q.    Does that reflect what we talked

7    about earlier all the Tweets that took

8    place on August 7?

9    A.    Yes.  I was saying that it should

10   be taken seriously.

11   Q.    Do you recall getting any

12   questions or follow-up from any clients in

13   response to this note you published on

14   August 8, 2019?

15   A.    On August 8 and August 9, I was

16   100 percent focused on my auto conference,

17   hosting, you know, 50 or so companies one

18   after the other without even ability to

19   check my e-mail so much.

20            But I saw hundreds of investors

21   at that conference and probably spoke with

22   them about it.  But I wasn't actively using

23   my e-mail probably that day like I would

24   any other day.

25   Q.    Sorry, didn't mean to speak over

1

2    you.

3           Do you recall the reaction of the

4    investors you spoke to on that day to Tesla

5    and to Mr. Musk's public statements the

6    prior day?

7       A.    Yeah, it's what people were

8    talking about.  It was a lot of buzz at the

9    conference, a lot of excitement, and

10   everybody probably chatting about it,

11   um-hm.

19      Q.    Before we get to that -- after

20   following your conference, do you recall

21   what else you were doing to follow Tesla in

22   the subsequent days?

23      A.    Yes.   Certainly I was reading a

24   lot of headlines and a lot of articles

25   aggregated through Bloomberg.

1

2             I recall a very lengthy interview

3    and article in the New York Times that

4    entered my thinking.  I was checking the

5    company's website constantly for updates,

6    but the general -- I didn't have to look

7    too far, the data aggregating companies

8    were on top of the latest developments.

19        Q.    So I have placed before the

20   witness a document marked as Exhibit 16, it

21   is a blog post titled Update on Taking

22   Tesla Private," and dated August 13, 2018.

23        A.    I see, I'm looking at it now,

24   yeah.

25        Q.    Do you see it?  Do you recall

1
2    seeing this document?

3         A.    Yes, I do.

4         Q.    Do you recall when you read this

5    document?

6         A.    I'm sure it was the day that it

7    was posted.

8         Q.    Do you recall if this affected

9    your views on the transaction?

10        A.    Yes, this was the beginning of my

11   very serious doubts about the veracity of

12   the earlier statements that ultimately

13   culminated in a second note that I

14   published.

15        Q.    So you didn't publish a note

16   immediately after reading this blog post

17   Exhibit 16?

18        A.    That's right.

19        Q.    What was it about this that began

20   to create doubts in your mind about the

21   transaction?

22        A.    It appeared to be, you know,

23   providing cover sort of extricate from

24   earlier statements and, you know, concerns.

25             So for example, there was a lot

1

2      of reference in the media to the 420 price

3      which we discussed earlier may have been a

4      marijuana allusion or at least that was the

5      media speculation.

6              And here, instead, there is a

7      mathematical, more traditional financial

8      justification for the 420 dollar price, a

9      20 percent premium over the then roughly

10     350 dollar spot price.  That sounds like a

11     more typical way that a go-private number

12     would be formulated as opposed to using a

13     meme or a pop culture reference.

14             Also, he is talking about how

15     he'd come up with that number, as opposed

16     to the acquirer, which seemed to make it a

17     little bit less set in stone as well.

18             And here discussions that there

19     was an initial meeting of the board of

20     directors to discuss his proposal.  That

21     was very much walking back, in my mind,

22     when he had Tweeted earlier that the only

23     reason why this isn't happening now is it

24     is contingent on the shareholder vote.

25             Again, that had a lot of

1

2   implications.  It meant the Tesla board had

3   not already if formally approved, at least

4   informally approved it, whereas now we are

5   sort of reading and hearing that the board

6   is sort of initially taking up the

7   go-private proposal.

8            And I believe that there may have

9   been references -- I don't remember if it

10  was the New York Times article or elsewhere

11  in the media that the board of directors

12  wasn't even aware.

13           So this seemed to be walking

14  back.  And yeah, here he is talking about

15  why did I make a public announcement,

16  suggesting that there was some, you know,

17  deliberative process behind those initial

18  Tweets, talking about how that way, then he

19  could reach out to the institutional

20  investors and talk with them.

21           But again, we were talking

22  earlier, we weren't really sure what it

23  meant when he said that investor support

24  was already confirmed, et cetera.

25           And yeah, why did I say funding

1

2    was secured?  Here is reference to the

3    Saudi Arabia Sovereign Wealth Fund.  Again,

4    I don't know when I first heard about it

5    that.  I think they may have already been a

6    shareholder, but here there is -- he talks

7    about having met with them earlier and

8    several additional meetings, and he says,

9    "Obviously, the Saudi sovereign fund would

10   have more than enough capital needed."

11            So again, there was a lot of

12   speculation over the previous week what did

13   he mean by funding secured and here was

14   sort of a legal kind of justification in

15   his mind for saying that.

16            Of course funding is secured

17   because we have been talking to the Saudi

18   fund and they have so much money.  But then

19   it says here, it says here that he's

20   following the August 7 announcement, I have

21   continued to communicate with the managing

22   director of the Saudi fund.  He has

23   expressed support for proceeding subject to

24   financial and other due diligence and their

25   internal review processes for gaining --

1
2   for obtaining approval.

3           It seemed to be a complete

4   walk-back of the earlier Tweets that

5   funding was secured and the only reason why

6   it wasn't happening was because it was

7   contingent on a shareholder vote.  Here,

8   now, he is essentially admitting there

9   wasn't even a proposal, a formal proposal

10  from the managing director of the Saudi

11  fund, not evenly managing director, what

12  about the board of directors, I don't know

13  who runs the Saudi fund.  It seems like

14  they didn't have their own internal

15  processes or approvals.

16          This was really the beginning of

17  the unraveling, I think, of the earlier

18  Tweets, and you're right, I didn't issue a

19  note right away, but between this and the

20  New York Times, I was working up the

21  courage to do so, and I think that my note

22  was I believe the first or one of the first

23  on Wall Street to come out and say that

24  this wasn't what we were initially told.

25          It did take me another several

1

2    days, I understand.

```
 6            I've placed before the witness a
 7    document marked as Exhibit 17.  This
 8    document Bates stamped JPMS02934.
 9            (Exhibit 17, document Bates
10      stamped JPMS 00002934 marked for
11      identification, as of this date.)
12      A.    I see it.
13      Q.    Do you recognize this document?
14      A.    Yes.
15      Q.    What is it?
16      A.    This is part -- called Summer
17    Lunch Series, and it's just a way for
18    research management and research sales to
19    kind of market analysts during a relatively
20    slower time of year to encourage them to
21    host, at that time, in-person lunches where
22    institutional investors would come and hear
23    our views while we ate lunch.  And I
24    traditionally would do mine right after my
25    auto conference so that I would have
```

1

2    something topical to talk about.

3            So I chose a number of special

4    topics, primarily the auto conference.  But

5    also decided to highlight published

6    research and updated views on events over

7    the recent past and included Tesla in there

8    as well as take-aways from the conference.

9        Q.    So you are the author of this

10   document?

11       A.    Yes.

███████████████████████████████████████

████████████████████████████████

██████████

████████████████

████████████████████████████████

██████████████████████████

███████████████████

19       Q.    So if I can refer you to this

20   document, the page is numbered 28 within

21   the document.  It is Bates stamped JPMS

22   02961 in Exhibit 17.

23       A.    Yes.

24       Q.    This is a slide relating to

25   Tesla, is that correct?

1

2      A.    Yes.

3      Q.    And this here looking at the --

4    in the middle of that page, the sort of

5    subbullet starts, "Already it seems such a

6    deal is in trouble."

7            Do you see that?

8      A.    Yes.

9      Q.    And this goes on to discuss the

10   August 13 blog post which is what we were

11   looking at earlier, Exhibit 16?

12     A.    Right.  And the New York Times

13   article.

14     Q.    Oh, that's -- so that was --

15   right, this is an August 13 New York Times

16   article?

17     A.    Um-hm.

18     Q.    You have to say yes,

19   Mr. Brinkman.  Sorry.

20     A.    Yes.

21     Q.    At this point, you were still

22   maintaining your price target of 308?

23     A.    Yes.

24     Q.    You had not seen enough to reduce

25   that?

1

2      A.    Doubts were growing.

3      Q.    You were still maintaining that

4   price target as of August 14?

5      A.    Yes.

██████████████████████████████████

███████████████████████████████████████

█████████████████████████████████████████████

███████████████████

10            (Exhibit 18, document Bates

11      stamped JPMS21193 marked for

12      identification, as of this date.)

13      Q.    I place before the witness a

14   document marked as Exhibit 18 and Bates

15   stamped JPMS 21193.

16            Do you recognize this document?

17      A.    Yes.

18      Q.    What is this document?

19      A.    This is an e-mail that is put out

20   by a desk or a suborganization within -- I

21   believe the trading or -- trading research,

22   research trading department at JP Morgan.

23   I'm not involved with it.

24            And it basically goes out to, I

25   believe, institutional investors, the

1

2     clients of JP Morgan that just provides

3     updates on what happened overnight in the

4     Asia market and what are the events that

5     are going to be happening today and who is

6     going to be reporting earnings and

7     reporting things to keep an eye on in the

8     markets.

19        Q.    Do you recall receiving this

20    e-mail, this -- this e-mail on August 17?

21        A.    No.  I mean, I do receive those

22    e-mails.  I don't always open them.  To the

23    extent that I do, I only look briefly.

24    Typically this is something that is meant

25    for generalist investors, whereas I'm a

1

2    little more particularly focused on the

3    auto industry.  Sometimes I would read it,

4    sometimes I would not.  Mostly I would not,

5    I would say.

6         Q.    If I could refer you to -- I'll

7    use the Bates stamp here.  Bates stamp

8    21198.  It's about six pages in.

9         A.    Yeah.

10             You see there is a bullet point

11   TSLA, which is the ticket for Tesla?

12        A.    Um-hm.

13        Q.    You have to say yes, I'm afraid.

14        A.    Yes, yes.

15        Q.    You see there it references, Elon

16   Musk is interviewed to the New York Times.

17   Do you see that?

18        A.    Yes.

19        Q.    Do you recall that interview?

20        A.    Yes, I do.

21        Q.    Do you recall when you read that

22   interview?

23        A.    I think it was a Sunday night.  I

24   can't remember exactly.  I remember he was

25   said to have teared up in the interview and

 1
 2    talked about the stress of the job, and it
 3    was a personal interview, as well as a
 4    business interview, and it received a lot
 5    of attention and I remember reading it.  In
 6    the evening.  I can't remember.
 7        Q.    Do you recall -- when you say a
 8    Sunday night, that's when you understood it
 9    was published or that's when you understood
10    you read it?
11        A.    I don't know.  I had seen some
12    references to the 13th.  I forget.  I just
13    remember reading a New York Times article
14    at the time that was very lengthy, very big
15    article, long article, and it was going
16    through the whole situation, and it was a
17    direct personal interview with Elon Musk
18    and there was an article and story that was
19    kind of built around it.
20        Q.    Why don't we go next to the --
21    mark as the next exhibit the New York Times
22    article.  I don't want to get ahead of
23    myself.  This will be Exhibit 19.
24              (Exhibit 19, article from New
25         York Times marked for identification,

1

2      as of this date.)

3      A.    Yes, this is the one I recall

4    reading.

████████████████████████████████

████████████████████████████████

███████████████████

8            I placed before the witness a

9    document marked as Exhibit 19.  It is a

10   printout of a New York Times article.  And

11   this is the New York Times article you were

12   referring to earlier?

13     A.    Yes.

14     Q.    That you recall reading on a

15   Sunday evening?

16     A.    I don't remember when.  I

17   remember reading it in detail.

18     Q.    Do you recall reading it soon

19   after it was published?

20     A.    Yes, I believe so.  Right, I

21   think so, um-hm.

22     Q.    And can you recall what your

23   reaction was to this story in printed out

24   here in Exhibit 19?

25     A.    Yeah, there was a lot of just

1

2   personal intrigue and having been kind of

3   involved in this story and see it explored

4   in such an in-depth way with a human

5   element to it, it was captivating to me, I

6   remember at the time, and I was referring

7   to it earlier.  I don't know if this is for

8   sure the one, but it might have been the

9   article where there was reference to board

10  of directors not having known about the

11  go-private Tweet, which certainly would

12  have been impactful for my research and

13  understanding of the situation.

14       Q.    If you can turn --

15       A.    Maybe there were a couple of New

16  York Times articles and I'm conflating

17  them, but this one I remember for sure.

18       Q.    If we can refer to page the third

19  page of the exhibit.  This is a carry-over.

20       A.    "Unusual time to release major

21  news"?

22       Q.    Correct, yes.

23             Do you see it says there, the

24  next paragraph, "It seemed like better

25  karma at 420 than at 419"?  Do you see

1
2    that?
3        A.    Yes.
4        Q.    Did that change your views at all
5    about how the proposed price of 420 dollars
6    had been chosen by Mr. Musk?
7        A.    I think this was the first time
8    that he sort of acquiesced that there was
9    some sort of -- again, it's an allusion to
10   the marijuana reference.

███████████████████████████████████████

██████████████████████████████

13            If you go down further down the
14   page, immediately below the big Tesla
15   symbol, the article states, "What Mr. Musk
16   meant by 'funding secured' has become an
17   important question.  These two words helped
18   propel Tesla's shares higher.  That
19   funding, it turned out, is far from
20   secure."
21            Do you see that?
22       A.    Yes.
23       Q.    Do you recall what your reaction
24   was to reading those words in this New York
25   Times article?

Page 95

```
1
2      A.    I think I was already coming to
3   the conclusion that it was not secure.
4   So...
```

█████████████████████████████████

██████████

███████████████████████████████████

███████████████████████████████████

████████████████████████████████████████

██████████

████████████████████████

████████████████████

```
13     Q.    Still Exhibit 19.
14           Halfway into that paragraph, it
15   says, "Board members blind-sided by the
16   chief executive's market-moving statement
17   were angry they had not been briefed, two
18   people familiar with the matter said."
19           Do you see that there?
20     A.    Yes.
```

█████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████

███████████████

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

```
 5              You saw that sentence there in

 6    the New York Times article.  Do you recall

 7    reading that sentence?

 8        A.    Yes, it was important for me.

 9        Q.    OK, why was it important to you?

10        A.    Because it, you know, completely

11    contradicted the earlier Tweets, including

12    that the only reason this isn't happening

13    now is because it is subject to a

14    shareholder vote.

15              The board of directors would also

16    need to approve of it, and furthermore,

17    CEOs just don't come out with announcements

18    that the company is being taken private or

19    acquired by another company or even

20    acquiring another company without the board

21    of directors being at least aware.

22              So it -- it very much undermined

23    the veracity of the August 7 Tweets.
```

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

██

████████████████████████████

██████████████████████████████████

██████████████████

███████████████████████████████████

███████████████████████████████

```
 7      Q.    So I place before the witness a
 8   document marked as Exhibit 21.  It is an
 9   e-mail Bates -- dated August 17, 2018,
10   Bates stamped JPMS 4543.
```

███████████████████████████

█████████████████████████

████████████████████████████

```
14      Q.    Do you recognize this document,
15   Mr. Brinkman?
16      A.    Yes.
17      Q.    What is this document?
18      A.    This is an e-mail from myself to
19   David Kelly who was a junior analyst on my
20   team at that time and I'm asking for his
21   assistance in doing the sort of back-office
22   mechanical process to set up a note and to
23   paste in sort of the existing valuation
24   tables and things so that I can go in and
25   author the note myself.
```

```
 4      Q.     You see there in the second
 5   sentence there, you say, "Obviously a tough
 6   call."
 7             Do you see that?
 8      A.     Yes.
 9      Q.     What made this reduction and
10   price target a tough call?
11      A.     As mentioned, I think I was the
12   first analyst to come out and say -- or one
13   of the first, that these Tweets weren't
14   true and essentially it would be tantamount
15   to say the CEO had lied or mislead
16   investors which is, you know, something
17   that's impolitic and I think I handled it
18   in the best way possible.
19             I never used incendiary language.
20   My notes are very restrained in how I come
21   across and I took that balanced approach in
22   increase in the price target, and to come
23   out and remove the 420, 50 percent
24   weighting would be to say, I don't think
25   this is, you know -- really have any chance
```

1
2   of happening.  I don't think that this
3   is -- I don't think funding was secured.  I
4   don't think that, you know -- it is sort of
5   an acknowledgment of -- it would be
6   putting -- it would be picked up by all the
7   media, JP Morgan says that, you know, that
8   contradicts Elon's statements, calls him
9   out.
10          I tried to maintain good
11  relationships with all the companies that I
12  cover.  I wanted to do this in the best and
13  most responsible and even-handed way.  It
14  was going to be -- it's very difficult do
15  that though.  It's very difficult to come
16  out and contradict those earlier statements
17  in a fair and balanced way.
18          And you see the note that I'm
19  sure we are going to discuss next, that is
20  the outcome of my best effort there.
21          But I was also, as mentioned, the
22  first analyst, kind of sticking my neck
23  out, and yeah, it was a tough and
24  awkward -- the whole situation was
25  difficult to know how to respond to and I



1

2    feel I did my best.

8       Q.    I'll place before the witness a

9    document marked Exhibit 23.  And it is a

10   note research note dated 20 August 2018

11   Bates stamped JPMS000001.

12            Is that document in front of you?

13   A.    Yes.

14   Q.    Do you recognize this document?

15   A.    Yes.

16   Q.    What this document?

17   A.    This is the second note that I

18   published on the topic of Tesla potentially

19   going private and it is essentially undoing

20   the first note.

21            The first note was to increase

22   the price target from 195 dollars to 308

23   dollars by equal-weighting my 195 price

24   target 50 percent and the go-private offer

25   of 420 dollars at 50 percent.

1

2          This note removes the 420

3    dollars, and therefore, the 420 dollar 50

4    percent weighting and, therefore, lowers

5    the price target back down to 195 dollars

6    given -- the title of the note is reverting

7    to valuing TSLA shares on fundamentals

8    alone, given funding appears to not have

9    been secured.  Price target back to 195

10   dollars.

11       Q.    Once again, this note reflects

12   your views on the -- on Tesla and the

13   going-private transaction at the time it

14   was published in August 20, 2018?

15       A.    Yes.

```
 2       Q.    I think you have alluded to a

 3   fair amount of public discussion and

 4   discussion with the investors about what

 5   exactly Mr. Musk's August 7 Tweets meant.

 6   Am I correct?

 7       A.    Yes.

 8       Q.    Are you aware there were other

 9   market participants and investors who

10   interpreted those Tweets differently than

11   you did?

12       A.    Yes, the shares rose on the first

13   day -- not quite the level that -- because

14   I think I said it was still kind of 9 or 11

15   percent below the take-out number of 420.

16           So typically when an acquisition

17   is announced, the shares will go within 1

18   or 2 or 3 percent with some uncertainty

19   about regulatory requirements or something.

20           So it did suggest that the market

21   overall was not 100 percent accepting -- it

22   had more doubt than a typical take-over or

23   take-private announcement, and yet, the

24   shares did rise a lot.  So serious

25   consideration was being given to it.
```

1

2              I think my weighting of 50/50

3    probability was probably a little bit less

4    constructive than the market's

5    understanding.

6         Q.    Are you familiar with a group of

7    analysts at Evercore named George Galliers

8    G-A-L-L-I-E-R-S, Chris McNally, M-C,

9    N-A-L-L-Y, and Arndt, A-R-N-D-T

10   Ellinghorst, E-L-L-I-N-G-H-O-R-S-T?  Are

11   you familiar with them?

12        A.    I'm familiar with the first --

13   I'm familiar with all three of them.  I've

14   only met I believe the first two.

15             Yes, I know who they are.

16        Q.    Do you recall that team from

17   Evercore releasing an analyst report on

18   August 8 of 2018 that said, "Funding

19   secured should be interpreted as a strong

20   verbal commitment with funds available and

21   parties willing to execute quickly.

22   However, it could be less than this"?

23        A.    I did not have access to their

24   research.  Oftentimes, I will read

25   headlines about other analysts' research.

1

2   As much as I would like to have access to

3   the research, I typically don't.

4       Q.    In any event, I think you agree

5   with me that different people might have

6   interpreted Mr. Musk's August 7 Tweets

7   differently than you did?

8       A.    Yes, yes.

2        Q.      Before we get to it, I want to

3    orient you, Mr. Brinkman.

4               You had some discussion with

5    Mr. Porritt on the question of when you

6    first became aware that the Tesla board had

7    been surprised by Mr. Musk's initial

8    August 7 Tweet, and on that subject,

9    Mr. Porritt showed you a New York Times

10   article dated August 16.

11              Do you recall that conversation?

12       A.      Yes.

13       Q.      We just marked as Exhibit 27 a

14   New York Times article.  Let me know when

15   you have got it loaded and open in front of

16   you, please.

17       A.      Yes, I see it.

18       Q.      So this is a New York Times

19   article dated August 13, 2018 with the

20   headline, "Tesla Board Surprised by Elon

21   Musk's Tweet on Taking Car Maker Private."

22              Do you see that?

23       A.      Yes.

24       Q.      Do you recall this article?

25       A.      I think I'm recalling it now.

1
2    I'm sure I read it at the time because it
3    was so relevant.  And I did mention earlier
4    I think there were multiple articles from
5    the New York Times.
6        Q.    Yeah, so I -- you anticipated
7    some of my questions.  So I'm assuming from
8    our conversation so far that you were
9    paying close attention to this situation
10   during this time period, and therefore,
11   probably would have read this article soon
12   after it came out?
13       A.    I'm actually recalling now in the
14   earlier document we looked at called Summer
15   Lunch Series, there was a specific
16   reference to a August 13, New York Times
17   article.
18       Q.    Yes, so we don't need to go to
19   that now.  You can check one off my list.
20            So would you agree with me that
21   by August 13, 2018, it was being publicly
22   reported that Tesla's board had been
23   surprised by Mr. Musk's initial August 7
24   Tweet about taking the company private?

3      A.    Yes, this article says that the

4    board was surprised.

```
10              So are you aware that the
11   plaintiffs in this case are accusing
12   Mr. Musk of fraud?
13       Q.    I don't know who the plaintiffs
14   are.  I surmised that, but I don't know
15   who -- I don't know the details of this
16   lawsuit.
17       Q.    OK.  And I'll just tell you that
18   as a consequence of that, the claim that
19   the plaintiff is making here is that when
20   Mr. Musk Tweeted about taking the company
21   private on August 7th, 2018, he made
22   statements that he knew were false and he
23   did so with an intent to mislead investors.
```

4    Q.    So a few things I want to get

5  clear with you.

6            Would you agree with me,

7  Mr. Brinkman, that neither back in August

8  of 2018 nor today would you have known all

9  of the information that was known to

10  Mr. Musk about the situation when he made

11  those Tweets on August 7, 2018?

12    A.    Of course, I would not have had

13  his information for sure.

14    Q.    And you wouldn't have any

15  personal knowledge as to what his intent

16  was in making those Tweets, correct?

17    A.    Correct.  I did not speak with

18  him.  I was only operating with information

19  in the public domain.

20    Q.    OK.

21            So now let me turn to Exhibit 22.

22  It's that August 20, 2018 e-mail.  And take

23  as much time if you need to review the

24  context, but I'm focused on the

25  parenthetical in the sentence that begins,

1

2    "As we explained in the note before."

3            Towards the end of that sentence

4    in the parenthetical, you say, "Charitably

5    interpreted, there was a misunderstanding

6    on Tesla's CEO Elon Musk's part that the

7    Saudi Sovereign Wealth Fund was ready to

8    fund such a transaction although it has

9    since been clarified through subsequent

10   discussions between Mr. Musk and the fund

11   that the fund has not make any decision and

12   did not commit to any offer."

13           Do you see that?

14       A.    Yes.

15       Q.    OK.  And I understand you're

16   offering up one potential interpretation of

17   the situation as you understood it at the

18   time, correct?

▮                 ▮▮▮▮▮▮▮▮▮▮     ▮▮▮▮▮▮▮▮▮▮▮

20       A.    That was my interpretation, yes.

21       Q.    And let me suggest a slightly

22   different interpretation, and just so you

23   know, the reason I'm going to frame this up

24   is to ask you whether you considered that

25   interpretation at the time and also whether

1

2    you have any facts one way or the other as

3    to whether this alternative interpretation

4    is true or false.  OK?

5              So the alternative interpretation

6    I want to ask you to consider is that

7    during the July 31 meeting with Mr. Musk,

8    the managing director of the Saudi PIF was

9    unequivocal in stating the PIF was ready to

10   support a going-private transaction; that

11   he had support of the crown prince; and no

12   further approval was necessary; and then

13   later, when there was a press storm around

14   all of these events, the Saudi PIF started

15   talking then and only then about needing to

16   go through due diligence and needing to go

17   through internal approval processes and the

18   like.

19              Do you understand the scenario

20   that I've posited for you?

24   A.    I understand the scenario.

25   Q.    Mr. Brinkman, just for the

1

2    record, when I said PIF, I assume you

3    understand that I was referring to the

4    Saudi Public Investment Fund?

5        A.    Yes.

6        Q.    Which you have alluded to

7    previously as the Sovereign Wealth Fund or

8    the sovereign fund?

9        A.    Yes.

10       Q.    OK.  Going back to the scenario

11   that I have posited for you, do you recall

12   whether you considered that possibility

13   when you were speaking about whether to

14   revise your price target?

█     ████████████      ████████████████

█         ████████████████████████████

17       A.    I can't recall necessarily my

18   thinking at the time, but my interpretation

19   was that, yeah, I guess what you are

20   saying, that the representative of the fund

21   made statements to Mr. Musk that said we

22   have the approvals when he didn't have the

23   approvals and I did not consider that.

24       Q.    Do you have any personal

25   knowledge one way or the other as to what

1

2    the managing director of the Saudi public

3    investor fund said to Mr. Musk during that

4    meeting?

5        A.    No, I don't know the details of

6    their conversation, I was only working off

7    Mr. Musk's statements later saying that he

8    has continued to speak with the

9    representative and that the representative

10   is saying that we need to get these

11   approvals.

12            I assumed that meant that the

13   approvals weren't previously there.

14       Q.    OK.  But that was your assumption

15   or interpretation of those later

16   statements, right?

17       A.    Yes, um-hm.  Yes.

18       Q.    I want to turn to a slightly

19   different subject, although it's similar in

20   the sense that I want to make sure we are

21   very clear about what facts you do and do

22   not have personal knowledge of.

23            Again, I apologize, I know it is

24   tedious.  I appreciate your patience.

25            We haven't talked today yet about

1

2    the ultimate reason or reasons why Mr. Musk

3    eventually decided not to pursue a

4    going-private transaction, but that's the

5    topic I would like to discuss with you.

6             The question is, do you have any

7    personal knowledge as to what were the

8    reasons or what was the reason why Mr. Musk

9    ultimately decided not to further pursue a

10   going-private transaction?

11       A.    I would have only had the

12   knowledge that was available to everybody

13   else reading the statements from the

14   company and Mr. Musk, et cetera.

15       Q.    And just changing the focus a

16   little bit to the question of whether or

17   not funding was or would have been

18   available had Mr. Musk and others decided

19   to pursue the transaction, do you have any

20   personal knowledge as to whether or not

21   funding was or would have been available in

22   the event that Mr. Musk and others had

23   decided instead to go ahead and pursue a

24   potential going-private transaction?

25       A.    I don't have -- I didn't have any

1

2    access to any special nonpublicly-available

3    information.

4            I mentioned earlier one possible

5    scenario I had considered was that maybe

6    the funding didn't need to be arranged

7    because it was already available; that such

8    a deep pocketed acquirer such as the

9    Sovereign Wealth Fund or the Public

10   Investment Fund of Saudi Arabia, they

11   wouldn't need to secure funding because it

12   was already secured.

13           I did mention that as one

14   possibility, but I was only working off my

15   own extrapolation and understanding based

16   upon publicly available information.