1    UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4    ------------------------------)

5    IN RE TESLA, INC.

6    SECURITIES LITIGATION       Civil Action No.

7                                3:18:cv-04865-EMC

8    ------------------------------)

9

10

11

12          REMOTE DEPOSITION OF JOSEPH FATH

13                New York, New York

14                 July 12, 2021

15

16

17

18

19

20

21

22

23

24   Reported by:
     Linda Salzman
25   JOB NO. 196636

███████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████

████████████████████████████████████████

██████████████████████████████████

██████████████████████████████

```
11   J O S E P H   F A T H,

12        called as a witness, having been duly

13        sworn by a Notary Public, was examined

14        and testified as follows:
```

████████████████████

████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████ the

████████████████████████████████████████

████████████████████

```
22            Could you start off by just

23   stating your full name and position at T.

24   Rowe Price?

25        A.    Joseph Fath, F-A-T-H.  I run the
```

1    growth stock fund here, and I'm

2    technically a vice president.

3        Q.    And how long have you worked at

4    T. Rowe Price?

5        A.    Since the intern in 2001.  I

6    started full-time in August of 2002, so

7    going on 19 years.

8        Q.    And you said you are the

9    portfolio manager for the U.S. Growth

10   Stock Equity Strategy Fund; is that

11   correct?

12       A.    That's correct.

13       Q.    Okay.  Could you briefly

14   describe your responsibilities as a

15   portfolio manager for that fund.

16       A.    Yes.  I'm the lead portfolio

17   manager.  Product now is about $130

18   billion.  I run retail money in the United

19   States, as well as I have separate account

20   clients, a number of different

21   institutions.

22           Our strategy is focused on large

23   cap U.S. growth equities, but we also

24   invest internationally.  It's typically

25   companies over $10 billion in market cap.

```
1        Q.    And did you hold this position

2   in August 2018?

3        A.    I did.

4        Q.    How long have you been in this

5   position?

6        A.    Since January 2014.
```

18     Q.    And is one of your portfolio

19  companies Tesla?

20     A.   It is not currently, but it was

21  at the time in question.

22     Q.   Okay.  So it was a portfolio

23  company in August 2018?

24     A.   Correct.

19      Q.    In talking about the August 2018

20   timeframe, was -- were you the T. Rowe

21   Price manager with the most amount of

22   contact with Tesla management?

23      A.    Yeah.  I've taken a lead as a

24   portfolio manager in electric vehicles and

25   autonomous driving.  Even though we have

1    an analyst, some portfolio managers tend

2    to be experts in areas, and I was I think

3    arguably kind of the lead portfolio

4    manager with the relationship at Tesla and

5    multiple other companies then and since

6    that are in that space.

7        Q.    So you had a general awareness

8    in August 2018 of T. Rowe Price's overall

9    position in Tesla?

10       A.    Yes.



1

2

3

4

5

6

7

8

9

10      Q.     Was T. Rowe Price one of the

11   most significant investors in Tesla at the

12   time in 2018?

13      A.     I believe so.

17          MR. PORRITT:  So I've placed

18     before the witness a document marked

19     as Exhibit 39.

23          MR. PORRITT:  It is an email

24     dated July 19, 2018.  It is

25     Bates-stamped TRP_000192.

1      Q.    Do you have that in front of

2   you, Mr. Fath?

3      A.    I do.

4      Q.    Do you recognize this email?

5      A.    I do.

6      Q.    This is an email you received

7   from Martin Viecha on July 19, 2018?

8      A.    Correct.

9      Q.    In this email, Mr. Viecha refers

10  to a call that you were going to have.

11           Do you recall that call?

12     A.    I do.  I requested to have a

13  call directly with Elon Musk, the founder

14  and CEO of the company.

15     Q.    And why did you request that

16  call?

17     A.    Specifically related to the -- I

18  believe it was July 15th Tweet regarding

19  the situation in Thailand where the soccer

20  team was trapped in a cave, and he decided

21  to Tweet and call the individual that was

22  leading the rescue a pedophile.

23     Q.    And why did that cause you

24  concern?

25     A.    Clearly, reputational damage

1  potentially to Tesla and also the negative

2  press and implications for the individual

3  who was leading the company.

4     Q.   Do you recall if that Tweet had

5  an influence on Tesla's stock price?

6     A.   I don't recall at the time if it

7  did.  I believe it did.  Again, I have to

8  look at the exact date, but I believe it

9  did have a negative impact.

10    Q.   And what do you recall

11 discussing with Elon Musk on this

12 telephone call?

13    A.   Well, essentially, I told Elon

14 that he was in a position and had -- had

15 done a very good job utilizing Twitter and

16 other social media avenues to the benefit

17 of driving what was essentially free

18 marketing for the company and help the

19 brand.  He had done a very good job at

20 that, particularly in the buildup of the

21 company.

22         During the Model 3 production

23 when they were having problems with

24 ramping production, there were a number of

25 Tweets related to the business and

1    non-related to the business that I thought

2    were clearly derogatory, inflammatory

3    issues that I thought would impact both

4    the company and its brand and him

5    negatively.

6              And I wanted to have a

7    conversation to express my views and relay

8    views from other portfolio managers and

9    folks at T. Rowe about that behavior.

10       Q.    And what do you recall telling

11   Mr. Musk?

12       A.    I specifically told him and

13   shared a story.  And I didn't know how to

14   get through to Elon at the time.

15             But I specifically remember

16   telling him a story about Lindsay Lohan,

17   the actress, and I said if you recall,

18   Lindsay Lohan was constantly in the press

19   and the paparazzi was following her

20   looking for her to make a negative move.

21   And the more mistakes she made, the more

22   press it generated, and the more attention

23   it generated.

24             And I proceeded to tell him, do

25   you notice you don't hear about Lindsay

```
 1   Lohan anymore?  And he said yes.  And I
 2   said that's because she stopped giving the
 3   paparazzi and the press news to follow and
 4   write about.  So I said you should take a
 5   similar course and focus on things that
 6   are boring, i.e. promoting the company,
 7   and not instigating and, again, engaging
 8   in derogatory kind of actions on Twitter,
 9   Facebook, any social media avenues.  He
10   typically uses Twitter.
11           And I was trying to get through
12   to him to appeal to his better judgment
13   and senses to use Twitter for good and not
14   bad.
15      Q.    And what do you recall
16   Mr. Musk's reaction to your statements?
17      A.    We had a good conversation.  I
18   thought he was extremely receptive to the
19   views, and he said he wanted to do right
20   by his shareholders, his employees, and
21   his customers.
22           And I thought -- I felt good
23   after that call that I had gotten through
24   to him, and he had taken it under
25   advisement.
```

```
6            MR. PORRITT:  Yes, I see it.

7            So I'm placing before the

8      witness a document we will mark as

9      Exhibit 40.  It is an email dated July

10     19, 2018, Bates-stamped TRP_000194.
```

```
14     Q.    Do you see that, Mr. Fath?

15     A.    I do.

16     Q.    And is this an email you sent to

17 Elon Musk on July 19, 2018?

18     A.    It is, post our call.

19     Q.    So this call is referring to the

20 call you just testified about?

21     A.    Correct.

22     Q.    You see at the end of that, your

23 email, you say, "Take care in the interim

24 and remember the golden rule 'delete don't

25 Tweet.'"
```

```
 1              Do you see that?
 2      A.    Yep, I do.
 3      Q.    Do you recall giving that advice
 4   to Mr. Musk during the call as well?
 5      A.    I do.
 6      Q.    And, again, do you recall what
 7   Mr. Musk said, if anything, in response?
 8      A.    Again, broadly took it under
 9   advisement.  I thought he was extremely
10   receptive to the comments I had given him,
11   and I hoped to appeal to his better
12   senses.
13      Q.    Do you follow Mr. Musk on
14   Twitter?
15      A.    I do.
16      Q.    Okay.  Did you follow him at the
17   time in August of 2018?
18      A.    I did.
```

12    Q.    Mr. Fath, if you could refer to

13    document Bates-stamped TRP_000002, I'm

14    marking as Exhibit 41.

18    Q.    It's an email from you to Robert

19    Marcotte dated August 7, 2018.

20            Do you have that in front of

21    you?

22    A.    I do.

23    Q.    And is this an email that you

24    sent on August 7, 2018?

25    A.    It is.

1    Q.    And who is Robert Marcotte?

2    A.    He is one of our equity traders

3    internally at T. Rowe Price.

4    Q.    Okay.  You'll see below the

5    bottom of Exhibit 41 is an email -- looks

6    like an email from Mr. Marcotte to you

7    saying -- referencing "Musk Tweets.  I'm

8    considering taking Tesla private at $420."

9          Do you see that?

10   A.    I do.

11   Q.    Do you recall seeing a Tweet

12   from Mr. Musk that he was considering

13   taking Tesla private at $420?

14   A.    Oh, I absolutely do.

15   Q.    Did you -- where did you first

16   see it?

17   A.    I was laying in bed next to my

18   wife and kids in Nevis on vacation, and it

19   blew up my entire vacation and I'm lucky I

20   didn't get divorced.  So I remember it

21   vividly.

22   Q.    Okay.  Did you see it across

23   Twitter?

24   A.    I recall -- we were getting up

25   to head to the beach, and I recall my

1   phone was sitting on the nightstand and it

2   was buzzing incessantly and I picked it

3   up.

4           Didn't see it on Twitter, but I

5   saw -- he goes by Bobby -- Robert

6   Marcotte's email which wasn't just to me

7   but was to all the portfolio managers and

8   analysts that either owned Tesla or were

9   involved with Tesla.  And that's where I

10  saw it initially.

11      Q.    And what was your initial

12  reaction when you saw the Tweet from Elon

13  Musk?

14      A.    Shock.

15      Q.    Okay.  Why?

16      A.    Wouldn't expected a company with

17  -- effective where they were in their

18  lifecycle to be in a position to go

19  private at that point in their lifecycle.

20          Very rarely you see that occur

21  in a growth company that is in this case a

22  very capital-intensive business that's

23  still building, you know, its business in

24  its mode up.  It was very unusual to see

25  that.

1      Q.     Do you recall that the Musk

2  Tweet also mentioned the words "funding

3  secured"?

4      A.     I do remember that.

5      Q.     Okay.  Do you recall what your

6  reaction was to seeing those words in his

7  Tweet?

8      A.     Again, shock and surprise.

9  Again, at that price point, it would have

10  been a very healthy amount of capital you

11  would need to raise to take the company

12  private.  So I was surprised.

13          And I know we'll talk about

14  following emails, but we all internally

15  tried to speculate who would have the

16  wherewithal to do that type of

17  transaction.

18      Q.     And what was your interpretation

19  of the meaning of "funding secured"?

20      A.     Just as it states.  When I read

21  that, I assumed he had secured sources or

22  financial sources to fund a go-private

23  transaction.

24      Q.     And what does it mean by

25  "secured" in your mind?

1     A.     To have locked and loaded and no

2   question at all a hundred percent that you

3   have funding ready to go and you're

4   prepared to move forward with this

5   transaction.

6     Q.     So we can talk to -- back to

7   Exhibit 41.

8            You start off mentioning that

9   you were on vacation in Nevis.  Then you

10  say, "I just spoke to IR."

11           Do you see that?

12    A.     I do.

13    Q.     Who did you speak to in IR?

14    A.     I believe I spoke to Martin

15  Viecha.

16    Q.     Okay.  Do you recall what Martin

17  Viecha told you?

18    A.     He was as shocked as I was, and

19  I just, as you would as any portfolio

20  manager or analyst ask, I saw the Tweet.

21  Is there a press release coming with more

22  details?

23           And I got the sense they thought

24  the same thing I did, that that wouldn't

25  have been Tweeted unless there was

```
 1   veracity to that statement.
 2            But I got the sense -- and this
 3   is me reading between the lines -- that
 4   they were surprised as I was by the Tweet
 5   and weren't prepared for it.
 6       Q.    So your next sentence here in
 7   Exhibit 41 you say, "I got the sense
 8   company is getting their ducks in order to
 9   make a public statement but that this is
10   real."
11            Do you see that?
12       A.    Yes.
13       Q.    That accurately reflects your
14   impression derived from your conversation
15   with Mr. Viecha?
16       A.    It does.  The statement, as I
17   recall, was that they thought the same
18   thing I thought.  If this was Tweeted out
19   the way it was and the specific language
20   it was Tweeted out, this must be -- be
21   something that was going forward and it
22   was real.  That was my interpretation.
23       Q.    The next sentence continues,
24   "The" -- and then this is capitals --
25   S-A-M for mother -A "investment news being
```

1   broken by FT seems like the catalyst for

2   him to Tweet this."

3           Do you see that?

4       A.   I do.

5       Q.   What is the SAMA referring to?

6       A.    That stands for Saudi Arabian

7   Monetary Authority.

8       Q.    Okay.  What was this news broken

9   by FT, what is that referring to?

10      A.    There was news that the Saudis

11  and a number of other Middle East nations

12  were looking to diversify from oil and

13  they had been rumored to be making an

14  investment in Tesla.

15          I can't remember the dollar

16  amount, but they had invested in the

17  public equity, and this was one of the

18  parties that had clearly the wherewithal

19  to conduct a go-private transaction if

20  they so chose.

3       Q.    Mr. Fath, you have Exhibit 8 in

4    front of you?

5       A.    I do.

6       Q.    Is this the Tweet that you were

7    previously testifying about that you saw

8    on August 7, 2018?

9       A.    It was.



```
23              MR. PORRITT:  So I've placed

24        before the witness a document marked

25        as Exhibit 42.
```

1            It is an email dated August 7,

2       2018.  It is Bates-stamped TRP_000006

3       through to 08.

4       Q.    Have you had a chance to look at

5   Exhibit 42, Mr. Fath?

6       A.    I have.

7       Q.    Do you recognize it?

8       A.    I do.

9       Q.    This is an email you received

10   from amongst -- and others received from

11   Joel Grant?

12       A.    Correct.

5       Q.    If you can refer to -- in the

6    second paragraph on the top email of

7    Exhibit 42 Mr. Grant says, "If the bit

8    here is whether Elon is serious about

9    taking this private, then I think he is

10   definitely serious."

11             Do you see that?

12      A.    Yes.

13      Q.    Do you recall what your reaction

14   was to reading that sentence from

15   Mr. Grant?

16      A.    A little surprised.  I think it

17   was a similar reaction that I had when I

18   read the way the Tweet was worded that if

19   he was to state that, the likelihood of it

20   happening was very probable.  I think that

21   was his read as well.

22             And as an analyst, right, you

23   get into a different situation here where

24   he has to pivot from the fundamentals of

25   the business to whether there is a chance

1  that the company gets acquired for 420 or

2  potentially even higher if there's more

3  interest from other companies out there.

4  ███  ████████████████████████

██  ████████████████████████

6  ████████████████████████████

7  ████████████████████████████

8  ████████████████████████████

9  ████████████████████████████

10 ████████████████████████████

11 ████████████████████████████

12 ████████████████████████████

13     Q.    So referring back to Exhibit 42,

14 Mr. Grant continues, "Every conversation

15 we have had with him, he has expressed

16 frustration with the public markets."

17          Do you see that?

18     A.    I do.

19     Q.    He's referring to conversations

20 with Mr. Musk?

21     A.    Yes.  Not just his conversations

22 but us, T. Rowe as a group, over the prior

23 months and years.

24     Q.    Okay.  Were you part of some of

25 those conversations?

1      A.    Absolutely.

2      Q.    And during those conversations,

3  did Elon Musk express frustration with the

4  public markets?

5      A.    Yes.

6      Q.    What did Mr. Musk say?

7      A.    I don't recall the exact

8  wording, but there was, I think, clearly a

9  frustration of being under the microscope

10  as they were ramping production,

11  particularly with the Model 3, which was

12  their boldest project to date.  And as esd

13  witnessed at the time, they had a lot of

14  difficulty in scaling production.

15          So he was frustrated, and this

16  goes back to the conversation we had had

17  on the phone where I mentioned the "delete

18  don't Tweet."  A lot of this was of his

19  own doing because he created that

20  environment where the press would

21  constantly write, both accurately and

22  inaccurately, about all types of things

23  around Tesla and it created, you know,

24  really a firestorm of press activity

25  around the company, and he was frustrated

1    with that.

2            But my belief is he actually,

3    you know, fueled that also by his

4    Tweeting.

5        Q.    In these conversations you had

6    with Mr. Musk, did he ever mention short

7    sellers?

8        A.    I don't recall to us directly if

9    he made that comment.  But very, you know,

10   very prolific comments about short sellers

11   publicly, and some came up on their public

12   earnings calls as well.

13       Q.    When you said some came up on

14   their public earnings calls, what did you

15   mean by that?

16       A.    Discussion about short sellers.

17   I alluded to this in my email response

18   back to him.  ElecTek is an online

19   publication that talks a lot about

20   electric vehicles.

21           And I recall one earnings call,

22   I believe it was the one in August of '18,

23   where they were goading him on to continue

24   to be difficult or adversarial to short

25   sellers in the public domain, i.e. through

1   social media.





Page 44

25          MR. PORRITT:  I'm placing before

1      the witness a document previously

2      marked as Exhibit 13.

3      Q.    Do you see that, Mr. Fath?

4      A.    I do.

5      Q.    Do you recognize this document?

6      A.    I recognize that Tweet, yes.

7      Q.    Okay.  Do you recall when you

8  first saw that Tweet?

9      A.    Again, it was a frenzy that day,

10  but I see it's August 7th.  I remember

11  seeing it.  But, again, I was on vacation.

12  I saw it sometime during the day.

13      Q.    Do you recall reading the

14  statement there on the top of -- beginning

15  of the Tweet in Exhibit 13, "Investor

16  support is confirmed"?

17      A.    Absolutely.

18      Q.    Do you recall what your reaction

19  was to seeing those words?

20      A.    Yes.  I was shocked because I

21  said to myself, well, I know it's not us

22  because we haven't spoken to them.

23      Q.    What was your understanding of

24  the meaning of the words "investor support

25  is confirmed"?

1      A.    Well, with the funding secured

2   Tweet followed by this, that he had it

3   lined up, whatever investors that may be,

4   to support the transaction and be able to

5   take them private.

6          That was my, you know -- and

7   again, I think it just reinforced the

8   funding secured.

18          MR. PORRITT:  I've placed before

19      the witness a document marked as

20      Exhibit 44.  It's an email dated

21      August 8, 2018, Bates-stamped

22      TRP_000012.

23      Q.   Do you have that document in

24   front of you, Mr. Fath?

25      A.   I do.

1      Q.    Is this an email that you sent

2    on August 8, 2018?

3      A.    Correct.

18      Q.    Okay.  And why -- what was the

19    purpose of this email?

20      A.    I think we were considering if

21    it were to go private and there was an

22    opportunity not to be taken out in cash,

23    and I think some of his prior Tweets

24    alluded to shareholders being able to go

25    private alongside of it, would we even

1   have an interest to do that if that came

2   to bear.

3        Q.    And is that something you had

4   considered before?

5        A.    Yes.  We've been private

6   investors in our public mutual funds for

7   many years.  I believe beginning back in

8   2007, we started private investing, as

9   well as public investing.

13       Q.    Looking at -- back to Exhibit 44

14  the second sentence, you write, "I know

15  some separate accounts would be disallowed

16  given charter and I have Bonnie working up

17  those numbers now."

18            Do you see that?

19       A.    I do.

20       Q.    What do you mean when you say,

21  "would be disallowed given charter"?

22       A.    Some separate accounts have

23  mandates on their accounts that do not

24  allow privates, and so those accounts

25  aren't able to participate in a private

1    transaction.

2            So if we own Tesla in their

3    accounts publicly, we would have to

4    dispose of those shares upon a takeout

5    because those accounts would not be able

6    to go along privately if the company was

7    to go private.

8        Q.    You next write, "Company is

9    reaching out to the large holders now.

10   Good chance I get a call from Elon

11   directly later in the week."

12           Do you see that?

13       A.    I do.

14       Q.    As of this time August 18, 2018,

15   11:11 a.m., had you spoken to Elon Musk

16   about this potential transaction?

17       A.    I had not.

18       Q.    Do you know if anyone from T.

19   Rowe Price had spoken to Elon Musk

20   directly about this transaction?

21       A.    I know they did not.  There's

22   emails that you have in your other

23   documentation.

24           His chief of staff, his name was

25   Sam -- I can't recall his last name --

1   reached out to me when I was in Nevis

2   after the initial Tweets, and I knew right

3   away that I needed to contact our head of

4   equities, Eric Veiel, as well as our

5   in-house counsel, which I did.

6           And I stepped back completely

7   from them in case I did get this call and

8   we would have needed to be restricted.  So

9   I turned it over to them to deal with it

10  directly, and they handled all

11  conversations from there.

12          So I know once that transpired,

13  no one else in the organization, other

14  than Eric and/or our in-house counsel,

15  would have spoken to the company directly.

16  I never spoke with Elon after that Tweet.



```
23              MR. PORRITT:  So I've placed

24      before the witness a document marked

25      as Exhibit 46.
```

1                    It is an email dated August 8,

2        2018, at 11:19 a.m.  Bates-stamped

3        TRP_000016.

4        Q.    Do you have Exhibit 46 in front

5   of you?

6        A.    I do.

7        Q.    Do you recognize this document?

8        A.    I do.

9        Q.    It's an email you received from

10   Scott Berg on August 8, 2018?

11        A.    Correct.

12        Q.    And what fund did Mr. Berg

13   manage?

14        A.    Our Global Growth Stock Fund.

15        Q.    And Mr. Berg writes, "I would

16   definitely still be interested in holding

17   a decent position in accounts that would

18   allow it.  I fear many separate accounts

19   won't want to."

20                    Do you see that?

21        A.    I do.

22        Q.    Where Mr. Berg writes, "Fear

23   many separate accounts won't want to,"

24   what did you understand he meant by that?

25        A.    That if they go private, it

1    would be an illiquid security, and those

2    separate accounts don't either want to

3    hold those securities, those illiquid

4    private securities, or their mandate did

5    not allow them to do so.

6        Q.    So in the event of Tesla going

7    private, what would happen in those

8    accounts?

9        A.    They would need to -- that

10   public position, if it was taken out,

11   assuming, for $420 in cash, they would

12   sell all those securities for those

13   accounts that would not be willing to

14   stick along as it went private, maintain a

15   position or a smaller position.

23           MR. PORRITT:  So I'm placing

24      before the witness a document marked

25      as Exhibit 47.

1               It's an email dated August 8,

2        2018, Bates-stamped TRP_000017.

3        Q.    Do you have that Exhibit 47 in

4    front of you, Mr. Fath?

5        A.    I do.

6        Q.    And is this is an email you

7    received from Don Peters on August 8,

8    2018?

9        A.    Correct.

10       Q.    What fund does Don Peters

11   manage?

12       A.    He runs several funds, but

13   they're effectively tax-efficient funds, a

14   lot for private clients and some

15   institutional accounts.

16       Q.    Did you have an understanding of

17   the size of his position in Tesla on

18   August 8, 2018?

19       A.    I don't recall where he was then

20   with the size.  He runs relatively smaller

21   products versus some of the others on the

22   platform.

23            So of the overall pool, he was

24   relatively de minimis amount of the

25   holdings on an absolute basis.

1      Q.    And then Mr. Peters writes, "It

2   is unlikely I would want to continue on

3   the private side."

4          Do you see that?

5      A.    I do.

6      Q.    Do you recall -- did you get a

7   response from all the recipients of this

8   email that you sent on August 8, 2018?

9      A.    Unfortunately, I usually don't.

10  You get some and some you don't.  Others

11  may have communicated their intentions

12  directly to the trading desk.

13         That's why I copied those folks

14  including Phil Nestico, Mike Blandino, and

15  Todd Skacan.  They're three of the

16  individuals on the bottom of the cc line

17  in this email -- or exhibit that you're

18  referencing.

19     Q.    Right.  Do you recall in general

20  what percentage of T. Rowe Price

21  investment in Tesla would be able to

22  participate in a private Tesla?

23     A.    I don't.  I don't.  But it was a

24  reasonably large percentage of our overall

25  holdings.  And let me frame that for you.

Page 59

1          The vast majority of the assets

2    that were in Tesla's public stock are in

3    what they call our 1940F vehicles, so

4    Growth Stock Fund for me.  They don't have

5    a restriction on privates.  So a lot of

6    the bulk of the assets sit in those

7    vehicles.

8          So I don't know the percentage

9    off the top of my head, but I'm pretty

10   confident it was well over 50 percent that

11   could continue to stay private if folks so

12   choose to do so.



```
19       Q.    If you look to the -- and Mr.
20   Nickley responded to you at 1:53 p.m.; is
21   that correct?
22       A.    Yes, that's correct.
```

██████████████████████████████

████████████████████████████████████

```
 3              MR. PORRITT:  I've placed before

 4       the witness a document marked as

 5       Exhibit 50.

 6              It's an email dated August 8,

 7       2018.  It is Bates-stamped TRP_001609

 8       to 1611.

 9       Q.    Do you have Exhibit 50 in front

10   of you, Mr. Fath?

11       A.    I do.

12       Q.    Is this an email you sent on

13   August 8, 2018, at 6:13 p.m.?

14       A.    Correct, I did.

15       Q.    And it's sent to Bill Weeks; is

16   that correct?

17       A.    That is correct.

18       Q.    And who is Bill Weeks?

19       A.    Bill is a member of our public

20   relations department.
```

█████████████████████████████████

████████████████████████████████████████

█████████████████████████████████

██████████████

████████████████████████████████████████

22      Q.    Why did you notify Mr. Weeks at

23   that point?

24      A.    Well, I think there was a debate

25   at the time.  Again, the SEC was

1   clearly -- started an investigation, I

2   believe, or there was some news on that

3   front.

4           I know when the investigation

5   started.  It was Wednesday, August 8th.

6   But there had been a debate in the past

7   about whether to put out material

8   nonpublic information in the form of a

9   Tweet, whether that was considered a fair

10  dissemination of information and whether

11  it was broad dissemination of information.

12          And I was referring to the

13  ruling -- I noted this earlier -- but not

14  specifically to the ruling around Reid

15  Hastings, who was the CEO at Netflix at

16  the time, that the SEC did allow that.

17          So that wasn't the issue.  We

18  thought the SEC's inquiry, or at least I

19  did, was probably more around the

20  statement that he had the funding secured

21  and lined up and that that's what the SEC

22  would be probing.

23      Q.   And the fact that the SEC was

24  probing whether or not he has the funding

25  lined up, as you say in Exhibit 50, what

1   did that mean to you in terms of your

2   investment in Tesla?

3       A.    Oh, it's a tough one.  I mean we

4   use a mosaic, so it's multiple data

5   points.  But it was clearly, you know,

6   could be put in the negative column if the

7   SEC did not think that, you know, the

8   substance of this was factual or accurate

9   and that the funding wasn't there to

10  consummate this transaction.

11          So seeing that news that the SEC

12  was looking into it and speculating this

13  is what they were focused on, I would

14  chalk that up as one of the negatives in

15  the overall mosaic for the company.

3      Q.    Did you participate in a

4    conversation with Elon Musk regarding the

5    go-private transaction?

6      A.    I did not.

16      Q.     And you believe Mr. Veiel went

17   on to have a conversation with Mr. Teller?

18      A.     I don't know.  I removed myself

19   from the situation.  And when we do that

20   and it gets handed over, it's best for me

21   not to know.  And so, again, being on

22   vacation and being remote, I stepped out

23   after that.

24      Q.     Okay.  What about Mr. Grant, do

25   you know if he had a conversation with

1    Mr. Teller?

2         A.    I do not know.

3         Q.    Okay.  What about, did Mr. Grant

4    ever speak with Elon Musk about the

5    go-private transaction?

6         A.    I have no knowledge if he did or

7    did not.

8         Q.    And what about Mr. Spencer, do

9    you know if he had a conversation with

10   Mr. Teller?

11        A.    I don't know.

12        Q.    And did he ever have a

13   conversation with Elon Musk?

14        A.    I do not know.

15        Q.    Okay.  Did you ever speak to

16   Mr. Veiel about his conversation with

17   Mr. Teller?

18        A.    I did not.

████████████████████████████████████████

███████████████████

████████████████████████████████████

██████████████████████████████████████

██████████████

██████████████████████████████████

████████████████████████████████████

```
8       Q.    Do you recall -- what do you
 9   recall next following your return from
10   vacation about the Tesla go-private
11   transaction?
12       A.    Well, I think as the days passed
13   and given they were reaching out, I think
14   I became much more suspicious that the
15   funding was secured and that, you know,
16   they were clearly probably trying to set
17   up funding to consummate the transaction.
18            But I don't recall the
19   conversations that ensued in the days that
20   followed.
21       Q.    So what's the basis for the sort
22   of understanding that you just described?
23       A.    Well, I think that email that
24   you referenced before this, him just
25   reaching out and wanting to speak with me,
```

1    started to raise yellow flags in my mind

2    that a deal was done.

3              If a deal had been done and

4    funding had been secured, why reach out to

5    us.

23        Q.    When do you recall first

24   reaching the conclusion that the

25   go-private transaction was probably not

1   going to go forward?

2       A.    I can't recall the exact date.

3   But as details like this came out, it

4   became more and more clear that, you know,

5   it wasn't going to come to fruition.

6            But I don't remember when that

7   initially dawned on me.  I'd say, as I

8   noted earlier, that first yellow flag was

9   kind of him and his team reaching out to

10  us.

13           Did you ever have any

14  conversation with anyone at Silver Lake

15  regarding the go-private transaction for

16  Tesla?

17      A.    I did not.

18      Q.    Do you know if anyone at T. Rowe

19  Price had any conversations with anyone at

20  Silver Lake?

21      A.    I do not.

22      Q.    What about with Goldman Sachs,

23  do you recall if you had any conversations

24  with anyone at Goldman Sachs regarding the

25  Tesla go-private transaction?

1      A.    I did not have conversations.

2      Q.    Do you know if anyone at T. Rowe

3  Price had conversations with anyone at

4  Goldman Sachs regarding the Tesla

5  go-private transaction?

6      A.    I have no knowledge if they did

7  or did not.

8      Q.    Finally, do you recall, did you

9  have any conversations with anyone from

10  Morgan Stanley regarding the Tesla

11  go-private transaction?

12     A.    I did not.

13     Q.    Do you know if anyone else at T.

14  Rowe Price had any conversations with

15  anyone at Morgan Stanley regarding the

16  Tesla go-private transaction?

17     A.    I have no knowledge.

18     Q.    Do you recall that Tesla put out

19  a press release announcing that it was --

20  that the go-private transaction was no

21  longer being considered by Elon Musk and

22  the board?

23     A.    I don't remember the date, but I

24  do remember that.

25     Q.    Okay.  Do you recall what your

1    reaction to that press release was?

2        A.    I don't.   Frustration most

3    likely, given how tumultuous it had been

4    and how much time it had taken for

5    something that was initiated as a

6    go-private, and then there was no

7    substance behind it once they put out that

8    statement.

9        So I think you told Mr. Porritt

10   that in the first quarter of 2019, your

11   fund either completely or largely exited

12   its position in Tesla stock.

13        Did I recall that correctly?

14   A.    My fund did, correct.  I want to

15   clarify something that I didn't clarify

16   earlier.  Sometimes I have substitute

17   securities and, in some cases, when we own

18   privates in other electric vehicles

19   companies, when separate accounts cannot

20   own those, Tesla will be a sub, substitute

21   security for them.

22        So I may have small positions in

23   some of the separate accounts in Tesla.  I

24   know I stated earlier that I had

25   eliminated it.  I always look at

1   everything from my master fund, which is

2   my 40F vehicle.  So I had eliminated it

3   from my 40F vehicle, that's correct.

█████████████████████  █

██████████████████████████

██████████████████████

███████████████████████████

████████████████████

 9              So do you recall why you made

10   the decision to exit Tesla stock for the

11   main fund in Q1 of 2019?

12       A.    Yes.  I mean a big part of it

13   and a big part of what we do here is

14   investing behind management teams that we

15   think have vision and foresight and also

16   have a steady hand.

17              And to be completely honest,

18   what transpired in '18 gave us a lot less

19   confidence in Elon Musk's leadership, as

20   well as we had seen, you know, some

21   turnover start to occur inside the

22   organization for people that we thought

23   were very talented, and so that was part

24   of it.

25              I think there was also concern

1   around the fundamentals of more around the

2   supply side, less around the demand side.

3   We'd always been bullish on the prospects

4   for electric vehicles and the prospects

5   for what, you know, Tesla could do if they

6   could deliver the vehicles and actually

7   ramp up production.

8             We became more and more

9   concerned that the company had

10  over-automated.  And I think we saw what's

11  happened with -- as you may know, but I'll

12  state it -- General Assembly 4, which was

13  virtually a manual operation to assemble

14  the vehicles that they launched to try to

15  start ramping up production.

16            So it was two-fold.  We were

17  losing confidence in leadership and also

18  concern around the ability to ramp up

19  supply and production.

2            You discussed the content of the

3    Tweet with Mr. Porritt a little bit.  I

4    wanted to just follow-up on that.

5            Were you aware that as of August

6    2018, various analysts were interpreting

7    the phrase "funding secured" in different

8    ways?

9        A.    I did not.

10       Q.    Does the term "funding secured"

11   by itself indicate whether or not there is

12   a written or a verbal commitment?

13       A.    No.  But, again, it was my

14   interpretation, given he had stated it.

15       Q.    What was your interpretation?

16       A.    That he had secured funding and

17   he was ready to close a private

18   transaction.

19       Q.    Okay.  But secured funding could

20   mean a verbal commitment, could mean a

21   written commitment; is that right?

22       A.    That's correct.

23       Q.    And as you sit here today, do

24   you know whether Mr. Musk actually had a

25   verbal commitment for funding as of the

1   time he sent the August 7th Tweet?

2        A.    I do not, no.

3        Q.    Towards the end of your

4   conversation with Mr. Porritt -- well,

5   actually, let me -- before I move on, do

6   you understand that this case involves

7   claims of fraud against Mr. Musk and

8   Tesla?

9        A.    I'm not aware exactly what the

10  class action lawsuit is -- entails.  I do

11  not.

12       Q.    Okay.  Do you have any personal

13  knowledge of whether or not Mr. Musk

14  actually believed what he said in the

15  August 7th Tweet when he said it?

16       A.    I do not.

17       Q.    Okay.  Towards the end of your

18  conversation with Mr. Porritt, you were

19  talking about the press release in which

20  the company announced that it was no

21  longer pursuing a potential take-private

22  transaction at that time.

23             Do you recall that?

24       A.    I do.

25       Q.    And I think in your conversation

1    with Mr. Porritt, you referred to the

2    take-private proposal having no substance

3    behind it or something to that effect.

4           Do you recall that?

5       A.    I do.

6       Q.    And when you say no substance

7    behind it, do you mean anything other than

8    the fact that the transaction did not

9    proceed?

10      A.    I do not.

11      Q.    Okay.  So in other words, there

12   could be a transaction proposal that has

13   substance but ultimately doesn't turn into

14   a transaction, correct?

██          ████████████   ████████████

16      A.    Very possible.

17      Q.    And there could be a

18   take-private proposal where funding is

19   secured, but a transaction might not end

20   up occurring for all sorts of reasons,

21   correct?

██          ████████████   ████████████

23      A.    Correct.

24      Q.    And do you have personal

25   knowledge of why Mr. Musk and the Tesla

Page 108

1    board ultimately decided not to pursue

2    this potential take-private transaction?

3        A.    I do not.

4        Q.    Do you have any personal

5    knowledge of whether the availability of

6    funding for the potential transaction was

7    or was not a factor in the decision by Mr.

8    Musk and the board not to pursue it any

9    further?

10       A.    I don't.

11       Q.    In your discussion with

12   Mr. Porritt, you alluded to the email from

13   Mr. Teller reaching out and asking to have

14   a conversation about the potential

15   go-private transaction, and I think you

16   characterized that email as something of a

17   yellow flag to you.

18            Do you recall that?

19       A.    I do.

20       Q.    Do you recall early on in this

21   process, on or about August 7th or 8th,

22   Mr. Musk indicating that he was only

23   interested in proceeding with this

24   transaction if the company's existing

25   shareholders were supportive of it?

1      A.    I do remember him saying that.

2      Q.    And if the purpose of Mr. Teller

3  reaching out to you to discuss the

4  potential transaction was simply to gauge

5  whether or not your fund as a shareholder

6  would be supportive of the proposed

7  transaction, would that indicate a yellow

8  flag as to whether or not funding was

9  secured?

10      A.    No, it wouldn't if that's what

11  the case was.  But again, as you see and

12  as we discussed, I removed myself from

13  those conversations, so I wasn't privy to

14  that.

15      Q.    Okay.  So you don't actually

16  know whether that was the purpose for that

17  reach-out from Mr. Teller to you?

18      A.    That's correct.  Could have

19  been.

20      Q.    In some of your email

21  correspondence at the time which you

22  discussed with Mr. Porritt, you expressed

23  the view, in words or substance, that you

24  believed that the proposed transaction was

25  real, the proposal or the idea was a real

1   one.

2           Do you recall that?

3      A.    Correct.

4      Q.    Did you ever conclude that it

5   was not a real bona fide proposal?

6      A.    Since I concluded that it was

7   not, when the board and the company

8   decided not to move forward with it, that

9   was my assumption.

10     Q.    But you would agree with me that

11  there could be a real bona fide proposal

12  that does not end up resulting in the

13  transaction, correct?

14     A.    Correct.

6     Q.    Okay.  So I just want to be --

7   well, following up on my last question,

8   what I was going to ask is, in other

9   words, you could have a proposal to take a

10   company private that is real and is bona

11   fide, but that proposal might not end up

12   maturing into a completed transaction for

13   any number of reasons, correct?

14     A.    That's correct.

15     Q.    Okay.  Looking back at Exhibit

16   8, if you still have that in front of you.

17     A.    Okay.

18     Q.    So the Tweet says, "Am

19   considering taking Tesla private at $420."

20           You don't have any information

21   suggesting that Mr. Musk was not, in fact,

22   considering taking Tesla private at that

23   point in time, do you?

24     A.    I do not.

25     Q.    And you don't have any

Page 112

1    information suggesting that he was not, in

2    fact, considering taking it private at a

3    price of $420 per share, correct?

4            MR. PORRITT:  Object to form.

5        A.    Correct.

6        Q.    And you don't know what

7    information Mr. Musk had in mind when he

8    referred to "funding secured," do you?

9        A.    I do not.



22       Q.    Okay.   And you spent some time

23   talking to Mr. Porritt about views that

24   Mr. Musk had expressed about short

25   sellers.

1            Do you recall that topic?

2     A.    I do.

3     Q.    And I think you said, in

4  substance, Mr. Musk had expressed

5  frustration in many venues about short

6  sellers; is that correct?

7     A.    I do.

8     Q.    Have you ever spoken to any

9  other public company CEO who expressed

10  frustration with short sellers?

11     A.    Many.

12     Q.    Pretty common view among public

13  company CEOs?

14     A.    Yes, indeed.

15     Q.    And along a similar vein, you

16  described some instances in which Mr. Musk

17  expressed frustrations at managing a

18  company that is subject to the public

19  markets.

20            Do you recall that subject?

21     A.    Correct.

22     Q.    Can you elaborate on that a

23  little bit about what kinds of things he

24  expressed frustration about being a public

25  company?

1     A.    Well, keep in mind, right, when

2    Tesla went public, it was relatively early

3    in their lifecycle, and it's a

4    capital-intensive business.

5          Being under the microscope and

6    having both factual and I would say not

7    factual things put out in the public

8    domain, impacted their stock price

9    materially up or down, and this is a

10   company that is continuously in the public

11   markets to raise capital to build out

12   their business and build out their

13   manufacturing footprint.

14         So that can be a lot of noise

15   and extremely aggravating to a CEO who is

16   trying to run the business for the long

17   haul.  So I think that was his primary,

18   you know, concern around it and the

19   volatility that created around his stock.

20    Q.    Is that also a view you've heard

21   expressed by other public company CEOs and

22   executives?

23    A.    Yes.

15          Let me ask you to take a look at

16   Exhibit 13, which you also discussed with

17   Mr. Porritt, please.

18      A.    Okay.

19      Q.    In this Tweet also on August 7,

20   2018, Mr. Musk writes, "Investor support

21   is confirmed."

22          Do you see that?

23      A.    I do.

24      Q.    And I think when you spoke to

25   Mr. Porritt about this Tweet, you said

1   that you interpreted the statement about

2   investor support being confirmed as

3   essentially reiterating what he had said

4   about funding secured in the Tweet we just

5   looked at previously; is that correct?

8       A.    Correct.

9       Q.    So in other words, the reference

10  to investor in this Tweet, you understood

11  that to be a reference to the investors

12  who might provide capital for a

13  going-private transaction, rather than a

14  reference to the company's then-existing

15  shareholders; is that correct?

18      A.    That's correct.

19      Q.    As you sit here today, do you

20  have an understanding of what it was that

21  Mr. Musk was referring to when he said

22  "funding secured" or "investor support

23  confirmed"?

24      A.    I still do not.

20      Q.    So I've had marked as Exhibit 53

21   a copy of a blog post that's dated August

22   13, 2018.  It's titled "Update on Taking

23   Tesla Private."

24             And I'll just represent to you

25   that the company actually Tweeted out a

1   link to this blog post on August 13, 2018.

2   You can ignore the date on the upper

3   left-hand corner.  That's a print date.

4          So, Mr. Fath, take as much time

5   as you need to look over the document.

6   But my first question is just going to be

7   whether you remember reading this blog

8   post on or about August 13th of 2018.

9      A.   I do.  I mean, I haven't read it

10  all, but reading the first several

11  paragraphs, yes.

12     Q.   So given the significance of

13  what was going on at the time, if the

14  company had Tweeted out a link to a blog

15  post discussing the potential transaction,

16  is it fair to assume that you would have

17  read it fairly soon after it was

18  published?

19     A.   Absolutely.

20     Q.   Okay.  Let me ask you to scroll

21  down to the section with the heading that

22  says, "Why did I say, 'funding secured?'"

23         Do you see that?

24     A.   I do.

25     Q.   Do you recall reading this part

1    of the blog post on or about August 13th

2    of 2018?

3        A.    I do.

4        Q.    Okay.  Do you recall what your

5    reaction was at the time?

6        A.    Well, I referred to them being a

7    potential prospect in earlier emails that

8    we discussed prior to this conversation.

9            So there was only a handful of

10   parties that outside of existing holders

11   that would have the wherewithal to do

12   this, and the Saudi Arabian -- the SAMA,

13   Saudi Arabian Sovereign Wealth Fund was

14   one of them.  So I wasn't shocked.