UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE TESLA, INC. SECURITIES LITIGATION ) Case No. 3:18-cv-04865-EMC

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF

ELON MUSK

NOVEMBER 5, 2021

ORAL AND VIDEOTAPED DEPOSITION OF ELON MUSK, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on November 5, 2021, from 10:32 a.m. to 8:04 p.m., before Candice Andino, Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at Armbrust & Brown, PLLC, 100 Congress Avenue, Suite 1300, Austin, Texas, pursuant to Notice and in accordance with the Federal Rules of Civil Procedure.

JOB NO. 202221

(Witness sworn.)

THE WITNESS: I do.

ELON MUSK,

having been first duly sworn, was examined and testified as follows:

[redacted]

Q. What did you think was going to happen in those three hours of trading time that required you to send out this tweet at 9:48 a.m. Pacific time?

A. Well, I mean, I expected that there would probably be some increase in the stock price. It seemed likely. If you say that you're considering taking a company private or acquiring a company, people know that there is going to be some premium. In this case, I'm being clear about what that premium would be. And so, most likely, there would be an increase in the stock price proportionate to people's belief that the

take-private would happen.

[redacted]

[redacted]

The reference here to "funding secured," that refers to the Saudi Arabia PIF; is that correct?

A. Yes.

[redacted]

And that was based on your discussion you'd had with the PIF on your July 31st, 2018, meeting; correct?

A. Correct.

[redacted]





.

Is someone not approving something when they don't have sufficient information on consistent with securing funding for that person?

A. The tweet is based on the conversation we had

on July 31st. In that conversation, they -- they -- they were unequivocally supportive of Tesla -- of taking Tesla private. That's what that tweet was based on. And, on that basis, I felt funding was secured.

[redacted]