# Prices of Standardized ATM-Forward Straddles



Heston 11/8/2021 Report: Fig. 14, p.42

# Daily Changes in Standardized ATM-Forward Straddles
# Feb. 13, 2018 to Aug. 17, 2018



Heston 11/8/2021 Report: Fig. 16, p.45

3

# Prices of Standardized ATM-Forward Straddles



Heston 11/8/2021 Report: Figure 17, p.47

# Prices of Tesla Puts on August 7, 2018

| Instrument | 12:47 p.m. EDT | 16:00 p.m. EDT | Change |
|---|---|---|---|
| Tesla Stock | $356.94 | $379.58 | **$22.64** |
| Tesla Put Option Sep 7, 2018 Expiry $420 Strike Price | $65.55 | $46.30 | **-$19.25** |
| Tesla put option Jan 17, 2020 expiry $420 strike price | $121.95 | $81.85 | **-$40.10** |

Heston 11/8/2021 Report: CBOE Data

5

# Prices of Tesla Calls on August 7, 2018

| Instrument | 12:47 p.m. EDT | 16:00 p.m. EDT | Change |
|---|---|---|---|
| Tesla Stock | $356.94 | $379.58 | **$22.64** |
| Tesla Call Option Sep 7, 2018 Expiry $420 Strike Price | $2.06 | $3.93 | **$1.87** |
| Tesla Call Option Jan 17, 2020 Expiry $420 Strike Price | $59.73 | $37.33 | **-$22.40** |

Heston 11/8/2021 Report: CBOE Data

# Black-Scholes-Merton Model
# Implied Volatilities

| | At Close | 12:47 | At Close | At Close | At Close | At Close | At Close | At Close | At Close | At Close | At Close |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Maturity Date | 6-Aug | 7-Aug | 7-Aug | 8-Aug | 9-Aug | 10-Aug | 13-Aug | 14-Aug | 15-Aug | 16-Aug | 17-Aug |
| Aug 10, 2018 | 43.19% | 53.65% | 66.99% | 61.90% | 70.04% | NA | NA | NA | NA | NA | NA |
| Aug 17, 2018 | 41.87% | 45.87% | 53.58% | 52.11% | 61.74% | 54.83% | 56.07% | 49.24% | 49.46% | 44.36% | NA |
| Aug 24, 2018 | 42.43% | 44.70% | 45.77% | 49.55% | 59.30% | 54.83% | 52.74% | 48.59% | 51.35% | 47.74% | 66.54% |
| Aug 31, 2018 | 42.91% | 44.06% | 45.58% | 47.81% | 56.97% | 54.06% | 51.79% | 49.77% | 51.77% | 49.45% | 64.71% |
| Sep 7, 2018 | 42.51% | 43.14% | 44.82% | 46.08% | 54.98% | 52.08% | 49.76% | 48.67% | 50.01% | 48.58% | 61.08% |
| Sep 14, 2018 | 43.03% | 43.39% | 41.50% | 45.39% | 53.88% | 51.55% | 49.63% | 48.96% | 50.09% | 49.24% | 59.88% |
| Sep 21, 2018 | 43.40% | 43.70% | 41.08% | 44.25% | 52.88% | 50.86% | 49.21% | 48.93% | 49.91% | 49.18% | 58.99% |
| Sep 28, 2018 | NA | NA | NA | NA | 52.11% | 50.29% | 48.55% | 48.60% | 49.70% | 49.33% | 58.46% |
| Oct 19, 2018 | 45.90% | 45.79% | 40.09% | 43.44% | 51.40% | 49.49% | 48.18% | 48.41% | 49.46% | 49.56% | 57.54% |
| Nov 16, 2018 | 49.45% | 49.22% | 41.33% | 44.12% | 51.55% | 50.29% | 49.14% | 49.51% | 50.06% | 50.28% | 59.05% |
| Dec 21, 2018 | 48.88% | 49.10% | 37.96% | 41.82% | 49.42% | 47.66% | 46.99% | 47.49% | 47.90% | 48.16% | 56.68% |
| Jan 18, 2019 | 48.82% | 48.97% | 36.75% | 40.92% | 48.36% | 46.69% | 45.94% | 46.41% | 46.85% | 47.00% | 55.39% |
| Feb 15, 2019 | 49.90% | 49.97% | 38.03% | 40.48% | 47.77% | 46.50% | 45.44% | 45.77% | 46.19% | 46.60% | 54.62% |
| Mar 15, 2019 | 50.16% | 50.14% | 36.80% | 39.96% | 47.17% | 45.65% | 44.99% | 45.17% | 45.50% | 45.94% | 53.92% |
| Jun 21, 2019 | 50.58% | 50.36% | 35.71% | 38.72% | 44.95% | 43.88% | 42.63% | 42.77% | 43.52% | 43.76% | 51.65% |
| Aug 16, 2019 | 50.96% | 50.63% | 34.78% | 38.46% | 44.73% | 43.04% | 41.65% | 41.90% | 42.74% | 42.95% | 50.88% |
| Jan 17, 2020 | 50.91% | 50.52% | 32.57% | 37.08% | 42.02% | 40.43% | 38.54% | 38.37% | 39.96% | 40.87% | 48.65% |

Heston 11/8/2021 Report: Table 6, p.59

# Stock and Options Volume (Shares)

| Date | Volume Traded | | Percent |
|---|---|---|---|
| | Equities | Options | |
| 8/7/18 | 30,875,770 | 49,975,500 | 162% |
| 8/8/18 | 24,571,163 | 53,065,900 | 216% |
| 8/9/18 | 17,183,811 | 50,786,200 | 296% |
| 8/10/18 | 11,552,044 | 41,118,700 | 356% |
| 8/13/18 | 10,463,881 | 20,441,200 | 195% |
| 8/14/18 | 6,986,427 | 18,392,100 | 263% |
| 8/15/18 | 9,101,258 | 25,218,100 | 277% |
| 8/16/18 | 6,064,033 | 18,501,100 | 305% |
| TOTAL | 135,756,998 | 337,068,100 | 248% |

Heston 11/8/2021 Report: Table 3, p.36