1  **LEVI & KORSINSKY, LLP**
   Adam M. Apton (SBN 316506)
2  Adam C. McCall (SBN 302130)
   75 Broadway, Suite 202
3  San Francisco, CA 94111
4  Tel.: (415) 373-1671
   Email: aapton@zlk.com
5          amccall@zlk.com

6  *Attorneys for Plaintiff and Counsel for the Class*

7  [Additional Counsel on Signature Block]

8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

11 | IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |
   |---|---|
   | | **EXHIBIT LIST** |

15     On Friday, January 27, 2023, Plaintiff marked 6 new exhibits and indicated to the Court

16 that Plaintiff would provide an updated exhibit list to the Court. Accordingly, Plaintiff hereby

17 submits the updated exhibit list.

18

19 Dated: February 3, 2023                Respectfully submitted,

20
                                          **LEVI & KORSINSKY, LLP**
21

22
                                           *s/ Adam M. Apton*
23                                        Adam M. Apton (SBN 316506)
                                          Adam C. McCall (SBN 302130)
24                                        75 Broadway, Suite 202
                                          San Francisco, CA 94111
25                                        Tel.: (415) 373-1671
                                          Email: aapton@zlk.com
26                                        Email: amccall@zlk.com

27                                        -and-
28

---

EXHIBIT LIST                                              CASE NO. 3:18-CV-04865-EMC

                                        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nicholas I. Porritt
Elizabeth K. Tripodi
Alexander A. Krot III
LEVI & KORSINSKY, LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Tel.: (202) 524-4290
Email: nporritt@zlk.com
Email: etripodi@zlk.com
Email: akrot@zlk.com
(admitted *pro hac vice*)

-and-

Joseph Levi
Eduard Korsinsky
Max Weiss
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Email: jlevi@zlk.com
Email: ek@zlk.com
(admitted *pro hac vice*)

*Attorneys for Plaintiff and Counsel for the Class*

---

EXHIBIT LIST                                                          CASE NO. 3:18-CV-04865-EMC

2