QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Alex Spiro (appearing *pro hac vice*)
  alexspiro@quinnemanuel.com
  Andrew J. Rossman (appearing *pro hac vice*)
  andrewrossman@quinnemanuel.com
  Ellyde R. Thompson (appearing *pro hac vice*)
  ellydethompson@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

  Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
  Anthony P. Alden (Bar No. 232220)
  anthonyalden@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FOR JUDGMENT AS A MATTER OF LAW** |

THE COURT, having considered the Motion for Judgment as a Matter of Law filed by Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice (together, "Defendants"), the trial record, associated argument, and all other filings in this case, and finds that:

1. The evidence is insufficient as a matter of law to establish Section 20(a) liability against Defendants Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice;
2. The evidence is insufficient as a matter of law to establish a Section 10 claim against Tesla;
3. The evidence is insufficient as a matter of law to establish fraud-on-the-market reliance;
4. The evidence is insufficient as a matter of law to prove loss causation;
5. The evidence is insufficient as a matter of law to prove damages with reasonable certainty;
6. The evidence is insufficient as a matter of law to prove that the August 7 Tweets were materially false;
7. The evidence is insufficient as a matter of law to prove knowing or deliberately reckless scienter.

**HEREBY ORDERS THAT:**

Pursuant to Federal Rule of Civil Procedure 50(a), judgment as a matter of law is entered in favor of Defendants.

**IT IS SO ORDERED.**

DATED: February_____, 2023

By_____
Honorable Edward M. Chen