QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Alex Spiro (appearing *pro hac vice*)
   alexspiro@quinnemanuel.com
   Andrew J. Rossman (appearing *pro hac vice*)
   andrewrossman@quinnemanuel.com
   Ellyde R. Thompson (appearing *pro hac vice*)
   ellydethompson@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

   Michael T. Lifrak (Bar No. 210846)
   michaellifrak@quinnemanuel.com
   Anthony P. Alden (Bar No. 232220)
   anthonyalden@quinnemanuel.com
   Kyle Batter (Bar No. 301803)
   kylebatter@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk,*
*Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,*
*Antonio J. Gracias, James Murdoch, Kimbal Musk,*
*and Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC |
|---|---|
| | **DEFENDANTS' FILING OF DEPOSITION DESIGNATIONS AND IMPEACHMENT CLIPS PLAYED DURING TRIAL** |

During trial in the above captioned action, Defendants played portions of videotaped depositions.  The trial court reporters indicated that they do not transcribe the videos and similarly do not attach transcripts of the testimony played in the videos to the court reporters' daily trial transcripts.  Accordingly, to create a complete record, Defendants have attached hereto transcripts of the deposition designations and impeachment clips Defendants played at trial:

- Exhibit A hereto: Excerpts from the deposition of Glen Littleton
- Exhibit B hereto: Excerpts from the deposition of Timothy Fries
- Exhibit C hereto: Excerpts from the deposition of Nii Koney

DATED:  February 3, 2023            Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alex Spiro*
Alex Spiro (appearing *pro hac vice*)

*Attorneys for Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice*

# **Exhibit A**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA


Case No. 18-cv-04856-EMC

```
                                              :
                                              :
                                              :
                                              :
                                              :
                                              :
                                              :
IN RE:  TESLA, INC., SECURITIES               :
LITIGATION                                    :
                                              :
                                              :
                                              :
                                              :
                                              :
                                              :
```

```
        ---------------------------------------
        DEPOSITION UNDER ORAL EXAMINATION OF:
                   GLEN LITTLETON
                   March 31, 2022
                   -----------
   REPORTED BY:  JENNIFER L. WIELAGE, CCR, RPR, CRR
                   -----------
```

JOB # 12108



       Q.     Sure.   You told us previously that

prior to that August 24 blog post, that you didn't

1   see anything between August 7th and August 24th that

2   changed your mind that the go-to private transaction

3   at 420 per share was a done deal?

4           A.      No, that's --

5           Q.      Is that right?

6           A.      That's correct, yes.

7           Q.      Is it also correct that you didn't

8   see anything then prior to August 24th that changed

9   your mind that the funding was secure?

10          ████████████      █████████████████

    ███    ███████

12          A.      You know, I can't recall.  I really

13  don't recall.  There was an awful lot of news about

14  it.  There were an awful lot of opinion pieces.  And

15  sometimes it's hard to separate these opinion, pieces

16  in the Wall Street Journal and the Bloomberg, from a

17  report -- a reporting article.  So I can't recall.

18          Q.      Would you have thought that the go-to

19  private transaction at 420 per share was a done deal

20  if you did not think funding was secure?

21          ████████████      ███████████████

22          A.      I wish -- you're doing your job.

23  You're trying to ask a question in many different

24  ways.

25                  I revert back to my talking points --

 1   not talking point, but my fundamental belief that

 2   420, funding was secured.  That's what I based my

 3   actions on.  That's why I liquidated everything and

 4   why I felt like I had to.

 5        Q.     Why did you refer to that as your

 6   talking points?

 7        A.     Because that's what I based all of my

 8   decisions on.



# **Exhibit B**

1          UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   In Re: Tesla, Inc., Securities )

5   Litigation.                    ) No. CV-18-04865-EMC

6                                  )
    _____

7

8

9

10                    September 23, 2022

11                    11:16 a.m.

12                    Flemington, New Jersey

13

14        REMOTE VIDEOTAPE DEPOSITION OF

15        TIMOTHY FRIES (On behalf of Plaintiffs)

16

17        Taken on behalf of the Defendant before

18   Michael J. D'Amato, RMR, Notary Public in and for the

19   State of Florida at Large, pursuant to Notice of Taking

20   Deposition in the above cause.

21

22

23

24

25   Job # 217595

1       

25       Q.   Now, I talked to you about what you thought

1  vetted meant.  Can you tell me your understanding of

2  what the process of vetting would have looked like?

3  That is, what would you think would have been done to

4  vet?

5      A.   Just Tesla and Elon ensuring that the finances

6  that were stated were available.

7      Q.   Did you have any understanding as to how Tesla

8  or the board of directors of Tesla would go about doing

9  that?

10     A.   No.



25      Q.   So I'm asking, did you take anything from this

1   as to whether or not that company had actually made a

2   commitment to provide the funding to take Tesla private

3   for 420?

4         A.   I didn't consider that.

5         Q.   So the way you understood this is that Tesla

6   and Mr. Musk had vetted to make sure that the company

7   had the financial ability to take Tesla private but --

8         A.   And that -- ok, go ahead.

9         Q.   -- but that -- but it wasn't saying that that

10  company had necessarily committed to making that

11  investment?

█████████████████████████████████████

13        A.   My understanding was that they had an interest

14  in purchasing Tesla to take them private and they had

15  the financial means to do that.

16        Q.   You said your understanding was that the

17  company had an interest in purchasing Tesla to take

18  them private and they had the financial means to do

19  that.  Did you take from this Tweet, Exhibit 8 here,

20  that that company had already made the commitment to do

21  that, that is, not only do we have the interest and the

22  means but we are going to do it?

23        █████████████████████████████

24        A.   I believe -- my understanding was they were

25  committed to doing it.

██████████████████████████████████

███████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

████████████

 9        Q.   I guess what I want to narrow down is, you

10   said this a few times and I want to see if this Tweet

11   meant anything else to you.  You said and I'm

12   reading -- I have a transcript of what you just said

13   here, it is called real time.

14             "My thinking is for the funding to be secured

15   that they would have expressed a strong interest and

16   they would have been vetted by Tesla and Tesla would

17   have come to the understanding that those funds were

18   available."

19             Did this Tweet mean anything else to you with

20   respect to whether or not the company that was going to

21   provide funding had actually made the commitment to do

22   so?

████████████████████████████████████████

24        A.   No, it didn't mean much more than what I've

25   already explained.

████████████████████

█████████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

8      Q.   If as of August 7th, the time of that Tweet,

9    Exhibit 8, as of that time the board of directors was

10   still in the process of taking steps to evaluate the

11   proposal to take Tesla private at 420, would that in

12   your mind make the statements in that Tweet false or

13   misleading?

14      A.   I don't think so.

15      Q.   Why not?

16      A.   Because it hadn't been closed yet.

██████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

██████████████

# **Exhibit C**

1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4   IN RE TESLA, INC.,              Civil Acton No.

5   SECURITIES LITIGATION          3:18-cv-04865-EMC

6

7                  CONFIDENTIAL

8

              Virtual Videotape Zoom Deposition
9                  Of Nii Owuraka Koney
                    July 14, 2021
10                   At 10:00 a.m.

11

12

13

14

15

16

17

18

19

20

21

22   Reported by LeShaunda Cass-Byrd, CSR, RPR

23   TSG Job No. 196498

24

25



3                    NII OWURAKA KONEY,

4    having been first duly sworn, was examined and

5    testified as follows:

13            Can you please just state your full name

14    for the record?

15        A.    Nii Owuraka Koney.



```
20      Q.      Okay.  So you worked at Jennison since
21   2007, 2008?
22      A.      Yes.  Yes, 2007.
23      Q.      Okay.  And what is your of current position
24   at Jennison?
25      A.      I am a managing director in the research
```

1    department.



```
20      Q.      Okay.  In the tweet contained here in

21   Exhibit 8, the second sentence, it says funding

22   secured.

23              Do you see that there?

24      A.      Yes.

25      Q.      Do you recall what your understanding of
```

1    what funding secured meant when you first read this

2    tweet?

3        A.      It was not clear to me what funding secured

4    meant.  It wasn't clear whether it was a verbal

5    commitment or whether they had an offer letter of some

6    sort.

15    Q.    So what would be the difference between a

16    verbal commitment and an offer letter?

19            THE WITNESS:  Again, I -- again, like

20        my general view was that the money was out

21        there for them to go private.  I mean, just

22        cash among the sovereign world funds and a

23        bunch of investment funds that invest in

24        private companies.  And so I wanted to know

25        what that source of funding was.  That was

Page 57

```
 1        the basis of my question.
```

[REDACTED]

```
 9        Q.      What I'm trying to get at is you -- you've
10   testified that there was a lot of, you know, cash out
11   there and still is for potential investment in a
12   private company; is that fair?
13        A.      Yes.
14        Q.      And what -- what extra information on top
15   of that fact is -- are the words "funding secured"
16   from Mr. Musk adding to that did you -- did you think
17   at the time on August 7th, 2018?
18        A.      Well, I wasn't sure what it meant, which is
19   why I inquired as to whether there was a verbal
20   commitment or whether there was an actual offer letter
21   that they had.
22        Q.      And to go back, would it make a difference
23   to you if it was a verbal commitment versus an offer
24   letter?
25        A.      It's hard to say within the context of just
```

1   how much cash is available out there.  I was never

2   concerned about their ability to go private.

3           Again, my view -- I have a very strong view

4   that they should stay public, that they should not go

5   private.

6       Q.    If you go back to Exhibit 58, please, and

7   you -- there is an e-mail -- the next e-mail chain up

8   on the chain is, again, from Martin Viecha.  And it

9   says:  The very first tweet simply mentioned, quote,

10  funding secured, close quote, which means that this is

11  a firm offer.

12          Do you see that?

13      A.    Yes.

17      Q.    So then you -- then you continue in Exhibit

18  58:  The firm offer means there is a commitment

19  letter, or is this a verbal agreement?

20          Do you see that?

21      A.    Yes.

22      Q.    Again, does this confirm or refresh your

23  recollection that you had a difference in your mind

24  between a commitment letter or a verbal agreement?

25      A.    I think, again, it was just me trying to

1   get clarification on what firm offer means.

████████████████████████████████████████ █

████████████████████████████████████████████

████████████████████████████████████████████

████████████████

██████████████████████████████

██████████████████████

8      Q.      What did you understand Mr. Viecha's

9   statement "the offer is as firm as it gets" to mean?

10      A.      As you can see in my reply to him, I said

11   we will need a little more than that, which means I

12   had no idea what he meant.

13      Q.      What is your understanding of a firm offer

14   of funding?

██████████████████████████████████████

███████████████████████████████████

17            THE WITNESS:  Again, I wasn't clear

18         whether they defined a firm offer as a

19         commitment letter or verbal agreement.

██████████████████████

█████████████████████████████████████████

████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████

10          MR. PORRITT:  Okay.  All right.  Can

11      we bring up JENN 90, Elizabeth?

12          MS. TRIPODI:  It should be there.

13          (Plaintiff Exhibit 61 was marked for

14      identification.)

 5      Q.      Okay.  So the bottom e-mail on Exhibit 61

 6   is an e-mail from Mr. Baribeau to you stating:  Hi,

 7   should we be selling here?  The story could unravel

 8   quickly if Elon is found to be lying about the, quote,

 9   secured, close quote, financing for buyout.

10           Do you see that?

11      A.      Yes.

██████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

██████████████████████

10      Q.      Okay.  So you got -- Mr. Baribeau responds

11   back to you:  Assuming he has the funding, yes, but

12   there is no evidence of that.

13           Do you see that?

14      A.      Yes.

15      Q.      Did you believe there was no evidence of

16   funding as of 9:36 a.m. on August 9th, 2018 in

17   connection with the potential Tesla go-private

18   transaction?

████████████████████████████████████████████

20           THE WITNESS:  In my reply, I said

21       they haven't disclosed a source of funding

22       yet, very different from no evidence of

23       funding.

████████████████████████████████

25      Q.      So you disagreed with Mr. Baribeau on that

1    point?

2        A.      What I was trying to highlight is that --

3    and to the earlier back and forth I had with Martin

4    Viecha -- is trying to figure out what that source of

5    funding was within the context of knowing that there

6    is so much cash out there on the market available to

7    take them private.

8        Q.      So you say:  What we have is Elon's

9    statement on funding secured.

10              Do you see that?

11       A.      Yes.

████████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

███████████████████████

20       Q.      Was it important to you that the CEO of

21   Tesla had said that funding was secured publicly?

22       A.      Yes.

23       Q.      And then you have here:  Which IR confirmed

24   is accurate.

25              Do you see that?

1      A.      Yes.

2      Q.      Is that referring to your e-mail exchange

3   that Mr. Viecha that we were looking at in Exhibit --

4   bear with me -- Exhibit 58?

5      A.      I believe so.  I assume so, yes.

6      Q.      And that -- in that exchange, Mr. Viecha

7   told you that the offer was as firm as it gets.  Is

8   that what Mr. Viecha told you?

9      A.      If that's what it states, yes.

████████████████████████████████████

████████████████████████

3      Q.      And what is your understanding of -- you

4   just used it again, and we've used it a bunch today --

5   verbal agreement?

6              What is your understanding of what -- well,

7   what do you mean when you say verbal agreement?

8      A.      That he has spoken to someone, or investors

9   who have said they would be willing to take Tesla

10  private, and for him -- again, this is my assumption.

11  As I stated in this e-mail, it's an assumption upon an

12  assumption, so there's a lot of uncertainty.  And --

13  and so I just wanted to get -- that's why I wanted to

14  get some clarity on what I wasn't sure about.

████████████████████████████████████

████████████████████████████████████

██████████████████████

████████████████████████████████████

██████████████████████████████

████████████████████████████████

████████████████████████

████████████

████████████████████████████████

██████████████████████████████████████

████████████████████████████████

11      Q.      And it's your view that it's potentially

12      premature for Mr. Musk to announce the potential

13      transaction?

15              THE WITNESS:  That's a tough one

16      because I don't think Elon -- Elon could

17      have approached Jennison before making it

18      public, that he wanted to take Tesla

19      private, because that would have exposed us

20      to MNPI, material nonpublic information,

21      which would have restricted our ability to

22      trade the stock.  And so if the -- if the

23      plan was to have shareholders hold onto

24      their stock in a private company, the only

25      way to do it is to make it public to

1        everyone that this is what he wants to do

2        before engaging with us.  We would not have

3        engaged with him beforehand.

5          All right.  So I placed before the

6   witnesses, a document marked as Exhibit 66.

7          (Plaintiff Exhibit 66 was marked for

8       identification.)

9   BY MR. PORRITT:

10     Q.    It's Bates stamped SEC-EPROD-000009476.  It

11   also has JENN 000001 in the bottom right-hand corner.

12          Do you recognize this document, Exhibit 66,

13   Mr. Koney?

14     A.    Yes.

15     Q.    What is this document?

16     A.    It looks like notes -- I'm a terrible note

17   taker by the way -- that I took on the call with Elon.

18     Q.    So these are notes that you typed at the

19   time?

20     A.    Yes.

21     Q.    Okay.  And you typed them while

22   participating in the call or afterwards?

23     A.    I cannot say with certainty, but I believe

24   it would have been during the call.  But I can't say

25   that with absolute certainty.

1      Q.      Okay.  If you made them afterwards, would

2   it be shortly after the call?

3      A.      Yes.

4      Q.      Okay.  And then what is the purpose of you

5   taking these notes?

6      A.      To memorialize the discussion.

7      Q.      Okay.  Did you take notes every time you

8   spoke to the CEO of a portfolio company that you

9   follow?

10      A.      Most of the time.  I can't say all of the

11   time.

12      Q.      Okay.  But it's your general practice to do

13   that?

14      A.      Yes.

██████████████████████████████████████████

███████████████████████████████████████████

████████████████████

████████████████████████████████████

███████████████

██████████████████████████

████████████████████████████████

████████████████████████████████████████

██████████

24      Q.      Okay.  What do you recall Mr. Musk telling

25   you during this call?

1          Well, strike that.

2          How did the call start?

3     A.    Based on my notes, it seems like the call

4   started with Elon explaining his reasons for wanting

5   to take Tesla private.

6     Q.    All right.  Is that what you recall --

7   first of all, do you have any -- sitting here today,

8   do you have any recollection of this call?

9     A.    I mean, yes.  I remember doing the call.  I

10  don't remember all of the details of the call outside

11  of the notes that I have.

12    Q.    Okay.  After having reviewed these notes --

13  have you had a chance -- have you read all of your

14  notes is Exhibit 66 now?

15    A.    I have skimmed through most of it, you

16  know, as I've been speaking.

17    Q.    Why don't you just take a moment, just

18  to -- why don't you just read it from the top to

19  bottom.  It's only one page, and then we'll see if

20  that refreshes any recollection about what you recall

21  about the call.

22    A.    Okay.  I have read it.

12       Q.       In the next section there in Exhibit 66,

13   you've got a reference there to SWF?

14       A.       Yes.

15       Q.       SWFs, small s.

16       A.       Yes.

17       Q.       What's SWF referring to?

18       A.       Sovereign World Fund.

19       Q.       Okay.  So you continue:  Wouldn't want to

20   have too big a stake from one or two funds as they may

21   push Tesla to optimize for their country rather than

22   the world.

23                Do you see that?

24       A.       Yes.

25       Q.       So that reflects comments made by Mr. -- by

1    Elon Musk?

2         A.     Yes.

3         Q.     Okay.   What -- what --

4         A.     Not -- not verbatim comments, right?   That

5    is a summary of the essence of what he was saying.

18     Q.    And then you on saying:  Getting to a scale

19  where it would be difficult to take the company

20  private.  Last opportunity.

21         Do you see that?

22     A.    Yes.

23     Q.    What -- what was -- what did Mr. Musk say

24  that led you to write these notes?

25     A.    He must have said something to that extent,

1   which actually aligned with my view that they had the

2   funding available to go private at the $70 billion

3   valuation but at a higher price, significantly higher

4   price, they would have the funding available to go

5   private.

14       Q.      So was it your understanding, after this

15  conversation with Mr. Musk, on August 10th, 2018, that

16  they did have the funds to make it possible at an

17  approximately $70 billion valuation but not if it went

18  higher?

19       A.      It was my view that they had the capacity

20  to get those funds.  And as I -- as I have expressed

21  early, I think there was also a New York Times article

22  that came out that pointed out that they did have the

23  capacity to get the funds to take Tesla private around

24  that valuation.

███████████████████████████████

████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████

████████████████████████

██████████████████████████

██████████████████████████

██████████████

█████████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████████████

███████████

```
15          Backing you, can you explain what it is

16    that Jennison Associates does?
```

████████████████████████████████████

███████████████████████

██████████████████████████████

```
20          THE WITNESS:  Okay.  We are an asset

21    manager.  So on a large track growth team,

22    we have a mandate to invest in growth

23    companies.  And so we have a team of

24    portfolio managers and analysts.  Analysts

25    cover specific sectors, and they are
```

1        responsible for finding companies within

2        their specific coverage that meets the

3        mandate.

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

13       Q.    So just to put it in simpler terms,

14  Mr. Koney, am I correct that Jennison Associates

15  invests money on behalf of its clients?

16       A.    Yes.

17       Q.    And as an analyst, your role is to try to

18  help the portfolio managers make decisions about what

19  stocks to buy and sell and when in an effort to

20  maximize returns; is that correct?

21       A.    Generally speaking, yes.

22       Q.    Okay.  And in other words, your job is to

23  try as best you can, to predict whether a given stock

24  is going to go up or down over the long term; is that

25  fair?

```
1      A.      Yes.

2      Q.      Okay.  It's not easy to do, is it?

3      A.      Not at all.
```

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

13      Q.      Okay.  Let me ask you to turn to Exhibit

14   68.  It's the one that is labeled JENN 147.

15      A.      I have it up.

16      Q.      This is your e-mail forwarding the August

17   13th, 2018 blog post by Mr. Musk?

18      A.      Uh-huh (affirmative).

19      Q.      When you were speaking to go Mr. Porritt

20   earlier, you -- you wanted to make the point I think

21   that your point about buying more shares at these

22   levels was based on the current price level and your

23   long-term views about the business.  It was not based

24   on the blog post.

25              Did I understand that correctly?

1        A.      Yes, it was not based on the blog post.

20          And I think you testified earlier that

21   nothing in this blog post changed your view about the

22   likelihood of a going-private transaction occurring;

23   is that fair?

25          THE WITNESS:  Yes.  My view on the

1           likelihood of a go-private transaction was

2           not -- was not influenced by -- that's the

3           wrong word.  I already viewed -- I already

4           believed that Tesla had the capacity to go

5           private at that price point.  I was just

6           adamantly opposed to them going private.

7  BY MR. GIBBS:

8      Q.     Understood.  And so to put a finer point on

9  it, nothing in this August 13th blog post changed your

10  view about the likelihood or the ability of Mr. Musk

11  to arrange financing for a take-private transaction at

12  a price of $420 per share; is that correct?

13      A.     I can't give a -- I can't say definitively,

14  I was not influenced in any way by this blog post.  My

15  view prior to this blog post was that they had the

16  capacity to do it and also enough cash available for

17  them to go through -- to take the company private.  I

18  can't go back -- I don't remember my thinking during

19  that period after I read this blog post, what my

20  immediate reaction was.  What I do know with certainty

21  was that I had that view before this blog post.

22      Q.     Okay.  So let me -- let me just try a

23  slightly different word and see if I can get it right.

24           Immediately after Mr. Musk's August 7th

25  tweet about considering taking Tesla private at a

1  price of $420 per share, you believed that there would

2  be funding available for such a transaction; is that

3  fair?

      █████████████████████████████████████████████

5           THE WITNESS:  Yes.

6  BY MR. GIBBS:

7     Q.     And nothing in this August 13th blog post

8  changed your view about the availability of funding

9  for such s transaction; isn't that fair?

10    A.     Again, my view did not change, so that is

11 accurate.  What I don't remember is if this gave me

12 higher conviction that the funding was available, if

13 that makes any sense.

14    Q.     It does.

15         And so this might have made it seem even

16 more likely that funding was available, but it

17 certainly didn't make it seem less likely that funding

18 was available; is that fair?

19    A.     Yes.  I can definitely say that reading

20 this blog post did not make me think it was less

21 likely -- did not make me think it was less likely

22 funding was available.

█████████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████

Page 164

14      Q.      And -- and you understood, too, that there

15   were many different reasons why a transaction at this

16   very early stage in the process might end up not

17   closing, correct?

18      A.      Yes, I understood that it was not

19   guaranteed to close.

20      Q.      Okay.  And in fact, this transaction never

21   came to fruition.

22              Do you have any information suggesting that

23   the reason this transaction did not ultimately close

24   was because of a lack of funding?

1        THE WITNESS:  I do not have any such

2    information.

1               REPORTER'S CERTIFICATE

2       I, LESHAUNDA CASS-BYRD, CSR No. B-2291, RPR,

3 Registered Professional Reporter, certify that the

4 foregoing proceedings were taken before me at the time

5 and place therein set forth, at which time the witness

6 was put under oath by me;

7       That the testimony of the witness, the questions

8 propounded, and all objections and statements made at

9 the time of the examination were recorded

10 stenographically by me and were thereafter

11 transcribed;

12      That the foregoing is a true and correct

13 transcript of my shorthand notes to taken.

14 I further certify that I am not a relative or employee

15 of any attorney or the parties, nor financially

16 interested in the action.

17      I declare under penalty of perjury under the laws

18 of North Carolina that the foregoing is true and

19 correct.

20      Dated this July 27, 2021.

21            *Leshaunda Byrd*

22      _____

23      LESHAUNDA CASS-BYRD, CCR-B-2291, RPR

24

25