# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## TRIAL MINUTES

| **Date:** January 27, 2023 | **Time in Court:** 7 hours, 27 minutes | **Judge:** EDWARD M. CHEN |
|---|---|---|
| **Case No.:** 18-cv-04865-EMC | **Case Name:** In re Tesla Securities Litigation | |

**Attorneys for Plaintiffs:** Nicholas Porritt, Elizabeth Tripodi, Alexander Krot, Joseph Levi, Adam Apton

**Attorneys for Defendant:** Alexander Spiro, Andrew Rossman, Phillip Jobe, Ellyde Thompson, Jesse Bernstein, Michael Lifrak, Anthony Alden, Matthew Alexander Bergjans, William Price

**Deputy Clerks:** Vicky Ayala          **Court Reporters:** Belle Ball/Debra Pas

## PROCEEDINGS

Jury Trial: HELD.

## SUMMARY

Witnesses: Egon Durban, Dan Dees, Robyn Denholm, Bradley Buss

Admitted Exhibits:  175, 174, 177, 181, 185, 190, 191, 194, 196, 182, 201, 252, 253, 257, 261, 186, 265, 263, 289

See attached trial log for further details.