UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

| Date: January 31, 2023 | Time in Court: 6 hours, 5 minutes | Judge: EDWARD M. CHEN |
|---|---|---|
| Case No.: 18-cv-04865-EMC | Case Name: In re Tesla Securities Litigation | |

**Attorneys for Plaintiffs:** Nicholas Porritt, Elizabeth Tripodi, Alexander Krot, Joseph Levi, Adam Apton

**Attorneys for Defendant:** Alexander Spiro, Andrew Rossman, Phillip Jobe, Ellyde Thompson, Jesse Bernstein, Michael Lifrak, Anthony Alden, Matthew Alexander Bergjans, William Price

**Deputy Clerks:** Vicky Ayala          **Court Reporters:** Belle Ball/Debra Pas

## PROCEEDINGS

Jury Trial: HELD.

## SUMMARY

Witnesses: Egon Durban, Dan Dees, Robyn Denholm, Bradley Buss

Admitted Exhibits: 504, 505, 511, 298

See attached trial log for further details.