UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

| **Date:** February 1, 2023 | **Time in Court:** 5 hours, 36 minutes | **Judge:** EDWARD M. CHEN |
|---|---|---|
| **Case No.:** 18-cv-04865-EMC | **Case Name:** In re Tesla Securities Litigation | |

**Attorneys for Plaintiffs:** Nicholas Porritt, Elizabeth Tripodi, Alexander Krot, Joseph Levi, Adam Apton

**Attorneys for Defendant:** Alexander Spiro, Andrew Rossman, Phillip Jobe, Ellyde Thompson, Jesse Bernstein, Michael Lifrak, Anthony Alden, Matthew Alexander Bergjans, William Price

**Deputy Clerks:** Vicky Ayala     **Court Reporters:** Belle Ball/Debra Pas

## PROCEEDINGS

Jury Trial: HELD.

## SUMMARY

Witnesses: Michael Hartzmark, Sam Teller, Video Deposition of Nii Owuraka Koney, James Murdoch, Kimbal Musk, Ira Ehrenpreis, Linda Johnson Rice

Admitted Exhibits: 426, 33, 1008, 110A

See attached trial log for further details.