UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

| **Date:** February 3, 2023 | **Time in Court:** 4 hours, 56 minutes | **Judge:** EDWARD M. CHEN |
|---|---|---|
| **Case No.:** 18-cv-04865-EMC | **Case Name:** In re Tesla Securities Litigation | |

**Attorneys for Plaintiffs:** Nicholas Porritt, Elizabeth Tripodi, Alexander Krot, Joseph Levi, Adam Apton

**Attorneys for Defendant:** Alexander Spiro, Andrew Rossman, Phillip Jobe, Ellyde Thompson, Jesse Bernstein, Michael Lifrak, Anthony Alden, Matthew Alexander Bergjans, William Price

**Deputy Clerks:** Vicky Ayala   **Court Reporters:** Belle Ball

### PROCEEDINGS

Jury Trial: HELD.

### SUMMARY

Closing Arguments from Nicholas Porritt and Alexander Spiro. Closing Rebutal Argument from Nicholas Porritt. Jury reached a verdict.

Witnesses: N/A

Admitted Exhibits: N/A

See attached trial log for further details.