UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA INC., SECURITIES LITIGATION | Case No. 18-cv-04865-EMC<br><br>**VERDICT FORM** |

**VERDICT FORM**

A. **RULE 10B-5 CLAIM: LIABILITY**

**Statement No. 1: "Am considering taking Tesla private at $420. Funding secured."**

1. Has Plaintiff proved their Rule 10b-5 Claim against Elon Musk for Statement No. 1 identified above?

    Yes: _____    No: _✗_

2. Has Plaintiff proved their Rule 10b-5 Claim against Tesla Inc. for Statement No. 1 identified above?

    Yes: _____    No: _✗_

---

PLEASE PROCEED TO THE NEXT PAGE.

2

**Statement No. 2: "Investor support is confirmed.  Only reason why this is not certain is that it's continent on a shareholder vote."**

3. Has Plaintiff proved their Rule 10b-5 Claim against Elon Musk for Statement No. 2 identified above?

    Yes: _____    No: _X_

4. Has Plaintiff proved their Rule 10b-5 Claim against Tesla Inc. for Statement No. 2 identified above?

    Yes: _____    No: _X_

---

IF YOU CHECKED "YES" FOR ONE OR MORE QUESTIONS IN STATEMENT NOS. 1 OR 2, PLEASE PROCEED TO THE NEXT PAGE.


IF YOU CHECKED "NO" FOR EVERY QUESTION IN STATEMENT NOS. 1 AND 2, PLEASE PROCEED TO SECTION E.

3

B. **RULE 10B-5 CLAIM: DAMAGES**

1. Determine the amount of artificial inflation per share of Tesla stock proved by Plaintiff on each date during the Class Period and write it in the table below. If you find that Plaintiff did not prove artificial inflation on any particular day or days, please leave that date blank.

|  | 07-Aug | 08-Aug | 09-Aug | 10-Aug | 13-Aug | 14-Aug | 15-Aug | 16-Aug | 17-Aug |
|---|---|---|---|---|---|---|---|---|---|
| ($/share) | $__.__ | $__.__ | $__.__ | $__.__ | $__.__ | $__.__ | $__.__ | $__.__ | $__.__ |

PLEASE PROCEED TO THE NEXT PAGE.

4

2. Determine the "but for" implied volatility percentages proved by Plaintiff for each option contract maturity date during the Class Period and write it in the table below. If you find that Plaintiff did not prove "but-for" implied volatility for any particular option contract or for any particular date, please leave that date and/or option contract maturity date blank.

|  |  | Day of Class Period at Close of Market |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  | 07-Aug | 08-Aug | 09-Aug | 10-Aug | 13-Aug | 14-Aug | 15-Aug | 16-Aug |
| Maturity Date | Aug 10, 2018 | ___% | ___% | ___% | NA | NA | NA | NA | NA |
|  | Aug 17, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Aug 24, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Aug 31, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Sep 7, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Sep 14, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Sep 21, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Sep 28, 2018 | NA | NA | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Oct 19, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Nov 16, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Dec 21, 2018 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Jan 18, 2019 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Feb 15, 2019 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Mar 15, 2019 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Jun 21, 2019 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Aug 16, 2019 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |
|  | Jan 17, 2020 | ___% | ___% | ___% | ___% | ___% | ___% | ___% | ___% |

3. Determine the amount of artificial inflation per Tesla corporate bond proved by Plaintiff on each date during the Class Period and write it in the table below. If you find that Plaintiff did not prove artificial inflation on any particular day or days, please leave that date blank.

|  | 07-Aug | 08-Aug | 09-Aug | 10-Aug | 13-Aug | 14-Aug | 15-Aug | 16-Aug | 17-Aug |
|---|---|---|---|---|---|---|---|---|---|
| 2019 Note |  |  |  |  |  |  |  |  |  |
| 2021 Note |  |  |  |  |  |  |  |  |  |
| 2022 Note |  |  |  |  |  |  |  |  |  |

PLEASE PROCEED TO THE NEXT PAGE.

C. **SECTION 20(A) CLAIM: LIABLITY**

*If you answered "Yes" to one or more questions in Section A, please answer the following questions.*

1. Has Plaintiff proved the Section 20(a) Claim as to any of the Tesla Director Defendants (check all that apply):

   Brad W. Buss:         Yes: _____     No: _____
   Robyn Denholm:        Yes: _____     No: _____
   Ira Ehrenpreis:       Yes: _____     No: _____
   Antonio J. Gracias:   Yes: _____     No: _____
   James Murdoch:        Yes: _____     No: _____
   Kimbal Musk:          Yes: _____     No: _____
   Linda Johnson Rice:   Yes: _____     No: _____

2. If you answered "Yes" in response to Question No. 1 as to any Defendant, have Defendants proved a Good Faith Defense as to that Defendant (check all that apply):

   Brad W. Buss:         Yes: _____     No: _____
   Robyn Denholm:        Yes: _____     No: _____
   Ira Ehrenpreis:       Yes: _____     No: _____
   Antonio J. Gracias:   Yes: _____     No: _____
   James Murdoch:        Yes: _____     No: _____
   Kimbal Musk:          Yes: _____     No: _____
   Linda Johnson Rice:   Yes: _____     No: _____

7

D.  **ALLOCATION OF RESPONSIBILITY**

1.  For any Defendant whom you found liable, did that Defendant commit a knowing violation of the federal securities laws? Only answer this question as to the Defendants against whom you found that Plaintiff proved a claim.

| | | |
|---|---|---|
| Elon Musk: | Yes: _____ | No: _____ |
| Tesla: | Yes: _____ | No: _____ |
| Brad W. Buss: | Yes: _____ | No: _____ |
| Robyn Denholm: | Yes: _____ | No: _____ |
| Ira Ehrenpreis: | Yes: _____ | No: _____ |
| Antonio J. Gracias: | Yes: _____ | No: _____ |
| James Murdoch: | Yes: _____ | No: _____ |
| Kimbal Musk: | Yes: _____ | No: _____ |
| Linda Johnson Rice: | Yes: _____ | No: _____ |

PLEASE PROCEED TO THE NEXT PAGE.

2.     Please decide each Defendant's share of responsibility for Plaintiff's losses. Only assign a percentage of responsibility to those Defendants whom you found liable, including those who acted recklessly. The total must add up to 100%.

| | |
|---|---|
| Elon Musk: | _____ % |
| Tesla: | _____ % |
| Brad W. Buss: | _____ % |
| Robyn Denholm: | _____ % |
| Ira Ehrenpreis: | _____ % |
| Antonio J. Gracias: | _____ % |
| James Murdoch: | _____ % |
| Kimbal Musk: | _____ % |
| Linda Johnson Rice: | _____ % |

---

PLEASE PROCEED TO THE NEXT PAGE.

## E. **RETURN OF VERDICT**

Once the form is completed, the foreperson for the jury must sign and date it below.

Dated: FEBRUARY 3, 2023    Signed: _____
                                    Jury Foreperson