| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. | COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Sheelah Kolhatkar | 2a. CONTACT PHONE NUMBER<br>(212) 286-6232 | 3. CONTACT EMAIL ADDRESS<br>sheelah_kolhatkar@newyorker.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>1 World Trade Center, 23rd floor<br>New York, NY 11231 | 5. CASE NAME<br>In re Tesla Inc. Secs Litigation | 6. CASE NUMBER<br>3:18-cv-04865-EMC |
|---|---|---|

| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Belle Ball | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL ☒ CIVIL    CJA: Do not use this form; use Form CJA24 |
|---|---|

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type.

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 01/17/2023 | EMC | Trial | | ☒ | ○ | ○ | ○ | ○ | ○ | ○ | ☒ | ○ | ○ | ○ | ○ |
| 01/18/2023 | " | " | | ☒ | ○ | ○ | ○ | ○ | ○ | ○ | ☒ | ○ | ○ | ○ | ○ |
| 01/20/2023 | " | " | | ☒ | ○ | ○ | ○ | ○ | ○ | ○ | ☒ | ○ | ○ | ○ | ○ |
| 01/23/2023 | " | " | | ☒ | ○ | ○ | ○ | ○ | ○ | ○ | ☒ | ○ | ○ | ○ | ○ |
| 01/24/2023 | " | " | | ☒ | ○ | ○ | ○ | ○ | ○ | ○ | ☒ | ○ | ○ | ○ | ○ |
| 02/03/2023 | " | " | | ☒ | ○ | ○ | ○ | ○ | ○ | ○ | ☒ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.
We'd like to order transcripts for every day the trial is held--all delivered

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).
11. SIGNATURE *[signature]*

12. DATE
01/18/2023

Clear Form                    Save as new PDF