# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## *AMENDED TRIAL MINUTES

| **Date:** January 31, 2023 | **Time in Court:** 6 hours, 5 minutes | **Judge:** EDWARD M. CHEN |
|---|---|---|
| **Case No.:** 18-cv-04865-EMC | **Case Name:** In re Tesla Securities Litigation | |

**Attorneys for Plaintiffs:** Nicholas Porritt, Elizabeth Tripodi, Alexander Krot, Joseph Levi, Adam Apton
**Attorneys for Defendant:** Alexander Spiro, Andrew Rossman, Phillip Jobe, Ellyde Thompson, Jesse Bernstein, Michael Lifrak, Anthony Alden, Matthew Alexander Bergjans, William Price

**Deputy Clerks:** Vicky Ayala                                  **Court Reporters:** Belle Ball/Debra Pas

## PROCEEDINGS

Jury Trial: HELD.

## SUMMARY

*Witnesses: David Arnold, Steven Heston, Michael Hartzmark,

Admitted Exhibits: 504, 505, 511, 298

See attached trial log for further details.