**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel.: (415) 373-1671
Email: aapton@zlk.com
         amccall@zlk.com

*Attorneys for Plaintiff and Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT AS MATTER OF LAW OR IN THE ALTERNATIVE FOR A NEW TRIAL**<br><br>**Hon. Edward M. Chen** |

        This matter comes before the Court on Plaintiff's Motion for Judgment as Matter of Law and, in the alternative, Motion for New Trial. The Court has considered the Motion, any supporting material and argument of counsel. After considering the papers submitted by the parties and the argument of counsel, it is **HEREBY ORDERED** that Plaintiff's motion is **GRANTED** and **ORDERS** that pursuant to Fed. R. Civ. P. 50 and 59, Defendants have "been fully heard" and there is "no legally sufficient evidentiary basis for a reasonable jury to find for" Defendants. FED. R. CIV. P. 50. Accordingly, the jury's verdict is set aside. Judgment as a matter of law is hereby entered in favor of Plaintiff on the issues of materiality and reliance and a trial to determine the remaining issues will be held forthwith.

        **IT IS SO ORDERED.**

Dated: _____

                                                    _____
                                                    Hon. Edward M. Chen
                                                    United States District Judge