# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

### CIVIL MINUTES

**Date:** February 28, 2023     **Time:** 9:32- 9:38     **Judge:** EDWARD M. CHEN
6 minutes

**Case No.**: 18-cv-04865-EMC     **Case Name:** In re Tesla Inc. Securities Litigation

**Attorneys for Plaintiffs:** Nicholas Porritt, Adam Apton, Elizabeth Tripodi,
**Attorneys for Defendants:** Ellyde Thompson, Alex Bergjans

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Belle Ball

### PROCEEDINGS

Second Pretrial Conference - held

### SUMMARY

Parties stated appearances.

Plaintiffs intend to renew their 50(b) motion in combination with a Rule 59 motion. Plaintiffs will file their motion by March 7, 2023. Defendants' response will be filed by March 20, 2023, and Plaintiffs' reply will be due by March 24, 2023. The Court requests the timing to be compressed because the law clerk familiar with the case is leaving at the end of March.

Defendants note that the clerk's judgment has not been entered yet. The Court will do so.

The hearing will be on April 6, 2023, at 1:30pm by Zoom.