1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Alex Spiro (*appearing pro hac vice*)
2    alexspiro@quinnemanuel.com
     Andrew J. Rossman (*appearing pro hac vice*)
3    andrewrossman@quinnemanuel.com
     Ellyde R. Thompson (*appearing pro hac vice*)
4    ellydethompson@quinnemanuel.com
     Jesse Bernstein (*appearing pro hac vice*)
5    jessebernstein@quinnemanuel.com
6  51 Madison Avenue, 22nd Floor
   New York, New York 10010
7  Telephone: (212) 849-7000

     Michael T. Lifrak (Bar No. 210846)
9    michaellifrak@quinnemanuel.com
     Kyle Batter (Bar No. 301803)
10   kylebatter@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
11 Los Angeles, California 90017-2543
   Telephone: (213) 443-3000

*Attorneys for Defendants Tesla, Inc., Elon Musk,
Brad W. Buss, Robyn Denholm, Ira Ehrenpreis,
Antonio J. Gracias, James Murdoch, Kimbal Musk,
And Linda Johnson Rice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE A NEW TRIAL** |
|---|---|

THE COURT, having considered Plaintiff's Motion for Judgment as a Matter of Law or in the Alternative a New Trial ("Motion"), the opposition thereto filed by Defendants Tesla, Inc., Elon Musk, Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio J. Gracias, James Murdoch, Kimbal Musk, and Linda Johnson Rice, and all other filings in this case, has found:

(1) Plaintiff did not move under Rule 50(b) on all elements of his Rule 10b-5 claim and therefore Plaintiff's motion for judgment as a matter of law must be denied.

(2) Even if the Court could entertain Plaintiff's motion for judgment as a matter of law, Plaintiff's Motion should still be denied because the record shows that there is substantial evidence supporting the jury's verdict.

(3) Plaintiff's Motion must be denied as to his Rule 10b-5 claim against Tesla and his Section 20 claim against Director Defendants Buss, Denholm, Ehrenpreis, Gracias, Murdoch, Kimbal Musk, and Johnson Rice because he failed to move on these specific claims against them.

(4) Plaintiff's request for a new trial must also be denied.  Plaintiff did not move for a new trial as to liability, and his request for a new trial on damages should be denied because (a) the Court denies Plaintiff's motion for judgment as a matter of law, and therefore Plaintiff's motion for a new trial on damages is moot, and (b) even if Plaintiff's motion for a new trial on damages were not moot, the Court concludes it did not commit instructional error and any purported errors were harmless.

**THE COURT HEREBY ORDERS THAT**:

Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED**.

DATED:                   , 2023

By _____
Honorable Edward M. Chen