AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-04865-EMC |
| IN RE TESLA, INC. SECURITIES LITIGATION | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The plaintiff recovers nothing and the action be dismissed on the merits. Each party shall bear their own costs per Court Order dated June 14, 2023 (ECF No. 697).

This action was *(check one)*:

☑ tried by a jury with Judge Edward M. Chen presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: July 11, 2023

CLERK OF COURT

*Karen L. Hom*

*Signature of Clerk or* Deputy Clerk