**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
1160 Battery Street East
Suite 100 - #3425
San Francisco, CA 94111
Tel : 415-373-1671
Email:    aapton@zlk.com
            amccall@zlk.com

*Attorneys for Lead Plaintiff*
*and the Class*

[Additional Counsel on Signature Page]
___

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 3:18-cv-04865-EMC<br><br>**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 302 REPRESENTATION STATEMENT** |

Notice is hereby given that Lead Plaintiff Glen Littleton in the above-captioned case, on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's judgment dated July 11, 2023 (ECF No. 698), and all orders that merge into said judgment and appealable orders, including but not limited to the Court's Order dated June 14, 2023 (ECF No. 697).

//

//

//

//

//

//

1    Dated:  July 14, 2023                    Respectfully submitted,

2                                             **LEVI & KORSINSKY, LLP**

3                                              s/ Adam M. Apton
                                             _____
4                                            Adam M. Apton (SBN 316506)
                                             Adam C. McCall (SBN 302130)
5                                            1160 Battery Street East
                                             Suite 100 - #3425
6                                            San Francisco, CA 94111
                                             Tel : 415-373-1671
7                                            Fax : 415-484-1294
                                             E-mail: aapton@zlk.com
8                                            E-mail: amccall@zlk.com

9
                                             -and-
10
                                             Nicholas I. Porritt
11                                           Elizabeth K. Tripodi
                                             Alexander A. Krot III
12                                           LEVI & KORSINSKY, LLP
                                             1101 Vermont Ave. NW Suite 700
13                                           Washington, D.C. 20005
                                             Tel.: (202) 524-4290
14                                           Email: nporritt@zlk.com
                                             Email: etripodi@zlk.com
15                                           Email: akrot@zlk.com
                                             (*admitted pro hac vice*)
16
17                                           -and-
18
                                             Joseph Levi
19                                           Eduard Korsinsky
                                             LEVI & KORSINSKY, LLP
20                                           55 Broadway, 4th Floor Suite #427
                                             New York, New York 10006
21                                           Tel.: (212) 363-7500
                                             Fax: (212) 363-7171
22                                           Email: jlevi@zlk.com
                                             Email: ek@zlk.com
23                                           (*admitted pro hac vice*)

24
25                                           *Attorneys for Plaintiff and Counsel for the Class*
26
27
28

1

## NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

2

Lead Plaintiff Glen Littleton, on behalf of himself and all others similarly situated, is

3

represented by the following counsel:

4

5

Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
LEVI & KORSINSKY, LLP

6

E-mail: aapton@zlk.com
E-mail: amccall@zlk.com

7

1160 Battery Street East

8

Suite 100 - #3425
San Francisco, CA 94111

9

Tel : 415-373-1671
Fax : 415-484-1294

10

E-mail: aapton@zlk.com
E-mail: amccall@zlk.com

11

12

-and-

13

Nicholas I. Porritt
Elizabeth K. Tripodi

14

Alexander A. Krot III
LEVI & KORSINSKY, LLP

15

1101 Vermont Ave. NW Suite 700
Washington, D.C. 20005

16

Tel.: (202) 524-4290

17

Email: nporritt@zlk.com
Email: etripodi@zlk.com

18

Email: akrot@zlk.com

19

-and-

20

Joseph Levi

21

Eduard Korsinsky
LEVI & KORSINSKY, LLP

22

55 Broadway, 4th Floor Suite #427
New York, New York 10006

23

Tel.: (212) 363-7500
Fax: (212) 363-7171

24

Email: jlevi@zlk.com

25

Email: ek@zlk.com
(*admitted pro hac vice*)

26

27

*Attorneys for Plaintiff and Counsel for the Class*

28

NOTICE OF APPEAL AND REPRESENTATION STATEMENT
Case No. 3:18-cv-04865-EMC
3

1

2          Defendants in this action are represented by:

3    QUINN EMANUEL URQUHART & SULLIVAN, LLP

4    Alex Spiro
     alexspiro@quinnemanuel.com
5    Andrew J. Rossman
     andrewrossman@quinnemanuel.com
6    Ellyde R. Thompson
     ellydethompson@quinnemanuel.com
7    Jesse Bernstein
     jessebernstein@quinnemanuel.com
8    51 Madison Avenue, 22nd Floor
     New York, New York 10010
9    Telephone: (212) 849-7000

10

11   Michael T. Lifrak (Bar No. 210846)
     michaellifrak@quinnemanuel.com
12   Kyle Batter (Bar No. 301803)
     kylebatter@quinnemanuel.com
13   865 South Figueroa Street, 10th Floor
     Los Angeles, California 90017-2543
14   Telephone: (213) 443-3000

15

16   Dated: July 14, 2023                    Respectfully submitted,

17

18                                            **LEVI & KORSINSKY, LLP**

19                                            s/ Adam M. Apton
                                              Adam M. Apton (SBN 316506)
20                                            Adam C. McCall (SBN 302130)
                                              1160 Battery Street East
21                                            Suite 100 - #3425
                                              San Francisco, CA 94111
22                                            Tel : 415-373-1671
                                              Fax : 415-484-1294
23                                            E-mail: aapton@zlk.com
                                              E-mail: amccall@zlk.com
24

25                                            -and-

26

27

28              NOTICE OF APPEAL AND REPRESENTATION STATEMENT
                            Case No. 3:18-cv-04865-EMC
                                         4

1
2
3
4
5
6

Nicholas I. Porritt
Elizabeth K. Tripodi
Alexander A. Krot III
LEVI & KORSINSKY, LLP
1101 Vermont Ave. NW Suite 700
Washington, D.C. 20005
Tel.: (202) 524-4290
Email: nporritt@zlk.com
Email: akrot@zlk.com
(*admitted pro hac vice*)

7

-and-

8
9
10
11
12
13

Joseph Levi
Eduard Korsinsky
LEVI & KORSINSKY, LLP
55 Broadway, 4th Floor Suite #427
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: jlevi@zlk.com
Email: ek@zlk.com
(*admitted pro hac vice*)

14
15

*Attorneys for Plaintiff and Counsel for the Class*

16
17
18
19
20
21
22
23
24
25
26
27
28

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on July 14, 2023, I authorized the electronic filing of the foregoing

3 with the Clerk of the Court using the CM/ECF system which will send notification of such

4 filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.  I certify

5 under penalty of perjury under the laws of the United States of America that the foregoing is

6 true and correct.  Executed on July 14, 2023.

7
                                                    s/ Adam M. Apton
8                                                   Adam M. Apton

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28