Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:

- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | |
|---|---|
| **1. Your Name:\*** Adam Apton | **7. Your Phone Number:** (415) 373-1671 |
| **2. Your Email Address: \*** aapton@zlk.com | **8. Full Case Number (if applicable):** 3:18cv4865 |
| **3. Receipt Agency Tracking ID:\*** ACANDC-18452392 | **9. Fee Type:\*** ☐ Attorney Admission / ☐ Civil Case Filing / ☐ Audio Recording / ☑ Notice of Appeal / ☐ Pro Hac Vice / ☐ Writ of Habeas Corpus |
| **4. Transaction Date:\*** 07/14/2023 | |
| **5. Transaction Time:\*** 8:06 pm | |
| **6. Transaction Amount (Amount to be refunded):\*** $ 505.00 | |

**10. Reason for Refund Request:\*** *Explain in detail what happened to cause duplicate charges or no fee required.*

- *For a duplicate charge, provide the **correct** receipt number in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

This is a duplicate charge. The correct receipt number that appears on the docket is ACANDC-18452405.

✓ ***Efile this form using*** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved / ☐ Denied / ☒ Denied ─ Resubmit amended application (see reason for denial) | DENIED *By Ana Banares at 3:55 pm, Jul 21, 2023* |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Please explain in detail what happened to cause the duplicate charge in section 10. | |
| Referred for OSC date (if applicable): | |