WARREN METLITZKY (CA Bar No. 220758)
LIZ KIM (CA Bar No. 295277)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    (415) 343-7100
Facsimile:    (415) 343-7101
Email:        wmetlitzky@conmetkane.com
Email:        lkim@conmetkane.com

JULIE M. RIEWE (CA Bar No. 207520)
**DEBEVOISE & PLIMPTON LLP**
801 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone:    (202) 383-8070
Email:        jriewe@debevoise.com

ELLIOT GREENFIELD (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Telephone:    (212) 909-6772
Email:        egreenfield@debevoise.com

Attorneys for EGON PIERRE-DURBAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE TESLA, INC. SECURITIES LITIGATION | CASE NO. 3:18-CV-04865-EMC-KAW |
|---|---|
| | **NOTICE OF CHANGE OF ADDRESS** |

1    **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

2      Please enter the following change of address for Warren Metlitzky and Liz Kim as counsel for

3 Egon Pierre-Durban in this matter. All future correspondence and other communications regarding this

4 matter should be directed to Warren Metlitzky and Liz Kim at the address below. Warren Metlitzky and

5 Liz Kim's email addresses, telephone numbers, and fax numbers are unchanged.

6

7 WARREN METLITZKY
   LIZ KIM
   217 Leidesdorff Street
8 San Francisco, CA 94111
   Telephone:     (415) 343-7100
9 Facsimile:      (415) 343-7101
   Email:          wmetlitzky@conmetkane.com
10 Email:          lkim@conmetkane.com

11

12 DATED: February 7, 2024                 Respectfully submitted,

13                                    CONRAD | METLITZKY | KANE LLP

14

15

16                                    */s/ Warren Metlitzky*
                                   WARREN METLITZKY

17                                    LIZ KIM

18                                    Attorneys for EGON PIERRE-DURBAN

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:18-CV-04865-EMC-KAW                              NOTICE OF CHANGE OF ADDRESS