

FILED

MAY 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: TELSA, INC., SECURITIES LITIGATION. _____ GLEN LITTLETON, Lead Plaintiff, Plaintiff-Appellant, v. ELON MUSK; et al., Defendants-Appellees, _____ SILVER LAKE TECHNOLOGY MANAGEMENT, L.L.C., Intervenor-Pending. | No. 23-16010 D.C. No. 3:18-cv-04865-EMC Northern District of California, San Francisco ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Silver Lake Technology Management, L.L.C.'s unopposed motion (Docket Entry No. 22) to intervene for the limited purpose of moving to seal is granted. The unopposed motion (Docket Entry No. 24) to file under seal portions of Volumes 4 and 5 of the excerpts of record is granted.

The Clerk will file publicly the motion to seal (Docket Entry No. 24-1). The Clerk will maintain under seal Volumes 4 and 5 of the excerpts of record (Docket

Entry Nos. 7-5, 7-6).

Briefing is complete.